KLESTADT & WINTERS, LLP
Tracy L. Klestadt
Samir P. Gebrael
292 Madison Avenue, 17th Floor
New York, New York 10017
(212) 972-3000

- and -

MEYER AND WILLIAMS,
ATTORNEYS AT LAW, P.C.
P. Richard Meyer
Robert N. Williams
350 E. Broadway
P.O. Box 2608
(307) 733-8300

Co-Counsel to Julie and David Brittingham

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re

MOTORS LIQUIDATION COMPANY, et al.,
f/k/a GENERAL MOTORS, CORP. et al.,

                                                            Debtors.
-----------------------------------------------------------X

Chapter 11

Case No. 09-50026 (REG)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

RENEA A. GARGIULO, being duly sworn, deposes and says:

1.      I am over the age of 18, am not a party to this action, and am employed by Klestadt & Winters, LLP, 292 Madison Avenue, 17th Floor, New York, New York, 10017.

2.      On the 15th day of June, 2010, I served a copy of a *Notice Of Hearing On Motion Of Julie And David Brittingham For Relief From The Automatic Stay To Allow The Completion Of A Pending Personal Injury Action* and *Motion Of Julie And David Brittingham For Relief From The Automatic Stay To Allow The Completion Of A Pending Personal Injury Action* by depositing a true copy thereof enclosed post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon the party listed below.

                                        */s/Renea A. Gargiulo*
                                        Renea A. Gargiulo

Sworn to and Subscribed before me this
16th day of June 2010

*/s/Joseph C. Corneau*
Notary Public

**SERVICE LIST TO FOLLOW**

3M COMPANY
OFFICE OF GENERAL COUNSEL
3M CENTER, BUILDING 220-9E-02
ST. PAUL, MN 55144
ATT: ALAN E. BROWN

AIKEN SCHENK HAWKINS & RICCARDI P.C.
4742 NORTH 24TH STREET, SUITE 100
PHOENIX, AZ 85016
ATT: BARBARA LEE CALDWELL

AIRGAS, INC.
259 RADNOR CHESTER ROAD
RADNOR, PA 19087
ATT: DAVID BOYLE, CONSULTANT TO LEGAL DEPT

ALDINE INDEPENDENT SCHOOL DISTRICT
14910 ALDINE-WESTFIELD ROAD
HOUSTON, TX 77032
ATT: ANNETTEE RAMIREZ

ALIX PARTNERS LLP
300 N LASALLE STREET
CHICAGO, IL 60654
ATTN: CARRIANNE BASLER

ALLARD & FISH, P.C.
2600 BUHL BLDG
535 GRISWOLD
DETROIT, MI 48226
ATT: DEBORAH L. FISH, ESQ.

ALPINE ELECTRONICS OF AMERICA, INC.
19145 GRAMERCY PLACE
TORRANCE, CA 90501
ATT: CYNTHIA WOODRUFF-NEER, ESQ.

ARCADIS U.S., INC.
630 PLAZA DRIVE, SUITE 100
HIGHLANDS RANCH, CO 80129
ATT: LIESL SPANGLER, ASSOCIATE COUNSEL

ARENT FOX LLP
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036
ATT: CHRISTOPHER GIAIMO, JEFFREY ROTHLEDER, ANDREA
CAMPBELL, ESQS

ARENT FOX LLP
1675 BROADWAY
NEW YORK, NY 10019
ATT: JAMES M. SULLIVAN, ESQ.

ARENT FOX LLP
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036
ATT: MARY JOANNE DOWD, ESQ.

ARMSTRONG TEASDALE, LLP
ONE METROPOLITAN SQUARE, SUITE 2600
ST. LOUIS, MO 63102
ATT: DAVID L. GOING, ESQ.

ARNALL GOLDEN GREGORY LLP
171 17TH STREET, NW, SUITE 2100
ATLANTA, GA 30363
ATT: DARRYL S. LADDIN & FRANK N. WHITE

ASPLUNDH TREE EXPERT CO.
VICE PRESIDENT AND GENERAL COUNSEL
708 BLAIR MILL RD
WILLOW GROVE, PA 19090
ATT: PHILIP E. TATOIAN, JR., ESQ.

AT&T SERVICES INC.
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921
ATTN: JAMES W. GRUDUS

ATLAS OIL COMPANY
124501 ECORSE ROAD
TAYLOR, MI 48180

ATTORNEY GENERAL FOR THE STATE OF MICHIGAN
 GROWTH, UNEMPLOYMENT INSURANCE AGENCY
3030 W. GRAND BOULEVARD, SUITE 9-600
DETROIT, MI 48202
ATTN: ROLAND HWANG, ESQ.

ATTORNEY GENERAL FOR THE STATE OF NEBRASKA
2115 STATE CAPITOL BUILDING
LINCOLN, NE 68509
ATT: LESLIE C. LEVY, ASSISTANT ATTORNEY GENERAL

ATTORNEY GENERAL FOR THE STATE OF TEXAS
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX 78711
ATT: MARK BROWNING, ASSISTANT ATTORNEY GENERAL

ATTORNEY GENERAL OF OHIO
COLLECTIONS & ENFORCEMENT
441 VINE STREET
CINCINNATI, OH 45202
ATT: VICTORIA D. GARRY, ASSISTANT ATTORNEY GENERAL

ATTORNEY GENERAL OF STATE OF MICHIGAN
LABOR DIVISION
P.O. BOX 30736
LANSING, MI 48909
ATTN: MICHAEL A. COX & DENNIS J. RATERINK

ATTORNEY GENERAL OF STATE OF TEXAS
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX 78711
ATT: KIMBERLY A. WALSH, ASST. ATTORNEY GENERAL

ATTORNEY GENERAL OF THE STATE OF MICHIGAN - LABOR
DIVISION
P.O. BOX 30736
LANSING, MI 48909
ATT: SUSAN PRZEKOP-SHAW, ASSISTANT ATTORNEY
GENERAL

ATTORNEY GENERAL OF THE STATE OF NEW YORK
120 BROADWAY - 24TH FLOOR
NEW YORK, NY 10271
ATT: NEAL S. MANN, ASSTISTANT ATTORNEY GENERAL

BAKER & HOSTETLER LLP
3200 NATIONAL CITY CENTER
1900 E. 9TH STREET
CLEVELAND, OH 44114
ATT: JOSEPH F. HUTCHINSON, JR.,  ERIC GOODMAN, WENDY
J. GIBSON

BAKER & HOSTETLER LLP
45 ROCKEFELLER PLAZA
NEW YORK, NY 10111
ATT: RICHARD BERNARD, ESQ.

BAKER & HOSTETLER LLP
3200 NATIONAL CITY CENTER
1900 EAST NINTH STREET
CLEVELAND, OH 44114
ATTN: WENDY J. GIBSON, ESQ.

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ,
PC
420 2OTH STREET NORTH 1600 WACHOVIA TOWER
BIRMINGHAM, AL 35203
ATTN: MAX A. MOSELEY

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
300 EAST LOMBARD STREET, 18TH FLOOR
BALTIMORE, MD 21202
ATT: MATTHEW G. SUMMERS, ESQ.

BARNES & THORNBURG LLP
171 MONROE AVENUE, NW, SUITE 1000
GRAND RAPIDS, MI 49503
ATT: JOHN T. GREGG, ESQ.

BARNES & THORNBURG LLP
11 SOUTH MERIDIAN STREET
INDIANAPOLIS, IN 46204
ATTN: MARK R. OWENS, ESQ.

BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA
6833 STALTER DRIVE, FIRST FLOOR
ROCKFORD, IL 61108
ATTN: ROBERT C. POTTINGER, ESQ.

BARTLETT HACKETT FEINBERG P.C.
155 FEDERAL STREET, 9TH FLOOR
BOSTON, MA 02110
ATT: FRANK F. MCGINN, ESQ.

BECKER, GLYNN, MELAMED & MUFFLY LLP
299 PARK AVENUE, 16TH FLOOR
NEW YORK, NY 10171
ATT: CHESTER B. SALOMON, ESQ.

BERGER SINGERMAN, P.A.
350 E. LAS OLAS BOULEVARD
10TH FLOOR
FORT LAUDERDALE, FL 33301
ATT: ARTHUR J. SPECTOR, ESQ.

BIALSON, BERGEN & SCHWAB
2600 EL CAMINO REAL, SUITE 300
PALO ALTO, CA 94306
ATTN: PATRICK M. COSTELLO & THOMAS M. GAA

BINGHAM MCCUTCHEN LLP
ONE STATE STREET
HARTFORD, CT 06103
ATT: ANNA M. BOELITZ, ESQ.

BINGHAM MCCUTCHEN LLP
399 PARK AVENUE
NEW YORK, NY 10022
ATTN ROBERT M DOMBROFF & JEFFREY S SABIN ESQ

BINGHAM MCCUTCHEN LLP
ONE STATE STREET
HARTFORD, CT 06103
ATTN: JONATHAN B. ALTER, ESQ.

BLANK ROME LLP
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
ATT: MARC E. RICHARDS, ESQ.

BLANK ROME LLP
ONE LOGAN SQUARE
PHILADELPHIA, PA 19103
ATT: REGINA STANGO KELBON, ESQ.

BLUE CROSS AND BLUE SHIELD OF MICHIGAN
600 LAFAYETTE EAST #1925
DETROIT, MI 48226
ATT: JEFFREY RUMLEY, ASSISTANT GENERAL COUNSEL

BNSF RAILWAY COMPANY
3001 WESTERN CENTER BLVD
FORT WORTH, TX 76131
ATT: QUINCY CHUMLEY

BOB HASTINGS BUICK GMC, INC.
800 PANORAMA TRAIL SOUTH
ROCHESTER, NY 14625
ATT: DAVID P. STOETZEL

BODMAN LLP
1901 ST. ANTOINE STREET
6TH FLOOR AT FORD FIELD
DETROIT, MI 48226
ATTN: COLIN T. DARKE, ESQ.

BODMAN LLP
6TH FLOOR AT FORD FIELD
1901 ST. ANTOINE STREET
DETROIT, MI 48226
ATTN: MARC M. BAKST, ESQ.

BORGES & ASSOCIATES, LLC
575 UNDERHILL BLVD., SUITE 118
SYOSSET, NY 11791
ATTN: WANDA BORGES, ESQ.

BRACEWELL & GIULIANI LLP
225 ASYLUM STREET, 26TH FLOOR
HARTFORD, CT 06103
ATT: RENEE DAILEY

BRADY C WILLIAMSON
GODFREY & KAHN SC
ONE EAST MAIN ST
MADISON, WI 53703

BRAYTON PURCELL LLP
222 RUSH LANDING ROAD
NOVATO, CA 94945
ATT: ALAN R. BRAYTON, CHRISTINA C. SKUBIC, MATTHEW B.
LEE, ESQS

BRIGGS AND MORGAN P.A.
2200 IDS CENTER
80 SOUTH 8TH STREET
MINNEAPOLIS, MN 55402
ATT: JOHN R. MCDONALD, ESQ.

BROOKS WILKINS SHARKEY & TURCO, PLLC
401 S. OLD WOODWARD AVENUE, SUITE 460
BIRMINGHAM, MI 48009
ATT: MATTHEW E. WILKINS

BROOKS WILKINS SHARKEY & TURCO, PLLC
401 S. OLD WOODWARD AVENUE, SUITE 460
BIRMINGHAM, MI 48009
ATTN: PAULA A. HALL, ESQ.

BROWN & WHALEN, P.C.
700 THIRD AVENUE, 20TH FLOOR
NEW YORK, NY 10017
ATT: RODNEY A. BROWN, ESQ.

BUCHALTER NEMER, PC
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105
ATT: SHAWN M. CHRISTIANSON, ESQ.

BURKE, WARREN, MACKAY & SERRITELLA, P.C.
330 N. WABUSH AVE. 22ND FLOOR
CHICAGO, IL 60611
ATT: J. KIM & G. RING

BURLINGTON NORTHERN SANTE FE RAILWAY COMPANY
2500 LEW MENK DRIVE
P.O. BOX 961039
FT. WORTH, TX 76161
ATT: PETER M. LEE, SENIOR GENERAL ATTORNEY

BURR & FORMAN LLP
420 NORTH 20TH STREET, SUITE 3400
BIRMINGHAM, AL 35203
ATT: D.CHRISTOPHER CARSON

BUSH SEYFERTH & PAIGE PLLC
3001 W. BIG BEAVER RD., SUITE 600
TROY, MI 48084
ATT: RICHARD W. PAIGE

BUTZEL LONG, PC
380 MADISON AVENUE
NEW YORK, NY 10017
ATT: ROBERT SIDORSKY & ERIC B. FISHER

BUTZEL LONG, PC
380 MADISON AVENUE
NEW YORK, NY 10017
ATTN: ROBERT SIDORSKY & ERIC B. FISHER

BUTZEL LONG, PC
41000 WOODWARD AVENUE
BLOOMFIELD HILLS, MI 48304
ATTN: THOMAS B. RADOM & MAX J. NEWMAN

C.B. BLACKARD, III
CORPORATE COUNSEL
ACXIOM CORPORATION
CONWAY, AR 72033

CADWALADER, WICKERSHAM & TAFT LLP
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
ATT: JOHN J. RAPISARDI, ESQ.

CAMPBELL, O'BRIEN & MISTELE, P.C.
100 W. BIG BEAVER ROAD, SUITE 385
TROY, MI 48084
ATTN: ROBERT J. FIGA, ESQ.

CANON U.S.A, INC.
ONE CANON PLAZA
LAKE SUCCESS, NY 11042
ATTN: RUTH E. WEINSTEIN

CAPLIN & DRYSDALE, CHARTERED
 MARK BUTTITA
375 PARK AVENUE, 35TH FLOOR
NEW YORK, NY 10152
ATT: ELIHU INSELBUCH & RITA TOBIN

CAPLIN & DRYSDALE, CHARTERED
 MARK BUTTITA
1 THOMAS CIRCLE
WASHINGTON, DC 20005
ATT: PETER VAN LOCKWOOD, RONALD REINSEL & TREVOR SWETT, III, ESQS

CAPLIN & DRYSDALE, CHARTERED
375 PARK AVENUE, 35TH FLOOR
NEW YORK, NY 10152
ATTN: ELIHU INSELBUCH, RITA C. TOBIN

CAPLIN & DRYSDALE, CHARTERED
ONE THOMAS CIRCLE, NW, SUITE 1100
WASHINGTON, DC 20005
ATTN: KEVIN C. MACLAY, TREVOR W. SWETT III

CARSON FISCHER, P.L.C.
4111 ANDOVER ROAD, WEST-2ND FLOOR
BLOOMFIELD HILLS, MI 48302
ATT: JOSEPH M. FISCHER, LAWRENCE A. LICHTMAN, PATRICK J. KUKLA

CARSON FISCHER, P.L.C.
4111 ANDOVER ROAD, WEST-2ND FLOOR
BLOOMFIELD HILLS, MI 48302
ATTN: CHRISTOPHER A. GROSMAN & PATRICK J. KUKLA

CASSELS BROCK
2100 SCOTIA PLAZA - 40 KING STREET WEST
TORONTO, ON M5H 3C2

ATT: MICHAEL WEINCZOK

CHAPELL & ASSOCIATES LLC
CONSUMER PRIVACY OMBUDSMAN
297 DRIGGS AVENUE SUITE 3A
BROOKLYN, NY 11222
ATTN ALAN CHAPELL CIPP

CHARLES CLARK CHEVROLET CO.
P.O. BOX 520
MCALLEN, TX 78505

CLARK HILL PLC
151 SOUTH OLD WOODWARD AVENUE SUITE 200
BIRMINGHAM, MI 48009
ATT: CHRISTOPHER M. CAHILL

CLARK HILL PLC
151 SOUTH OLD WOODWARD AVENUE, SUITE 200
BIRMINGHAM, MI 48009
ATTN: ROBERT D. GORDON, ESQ.

CLEARY GOTTLIEB STEEN & HAMILTON LLP
A RICHARD SUSKO, ESQ
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
TRAMSMISIONES Y EQUIPOS MECANICOS, PISTONES MORESA
ONE LIBERTY PLAZA
NEW YORK, NY 10006
ATT: DEBORAH M. BUELL, ESQ.

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006
ATT: JAMES L. BROMLEY, ESQ.

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006
ATT: SEAN A. O'NEAL, ESQ.

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006
DAVID I GOTTLIEB, ESQ.

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006
RICHARD S LINCER, ESQ.

COHEN, WEISS AND SIMON LLP
330 WEST 42ND STREET
NEW YORK, NY 10036
ATT: BABETTE A. CECCOTTI, ESQ.

COHN WHITESELL & GOLDBERG LLP
ATT FOR: CABOT INDUSTRIAL VALUE FUND II OPERATING
PARTNERSHIP L.P
101 ARCH ST. SUITE 1605
BOSTON, MA 02110
ATT: MICHAEL J. GOLDBERG, ESQ.

COMMONWEALTH OF PENNSYLVANIA
DEPT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPL. UNIT
READING, PA 19602

CONNELL FOLEY LLP
888 SEVENTH AVENUE
NEW YORK, NY 10106
ATTN: STEPHEN V. FALANGA & CHRISTOPHER M. HEMRICK

COOLIDGE WALL CO., L.P.A.
33 WEST FIRST STREET, SUITE 600
DAYTON, OH 45402
ATT: RONALD S. PRETEKIN, ESQ.

COUNTY ATTORNEY
ONE HARRISON STREET, S.E., 5TH FLOOR
LEESBURG, VA 20175
ATTN: BELKYS ESCOBAR, ASSISTANT COUNTY ATTORNEY

COVINGTON & BURLING LLP
1201 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004
ATTN: MICHAEL ST. PATRICK BAXTER, ESQ.

COVINGTON & BURLING LLP
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK, NY 10018
ATTN: SUSAN POWER JOHNSTON, ESQ.

CUMMINGS & LOCKWOOD LLC
SIX LANDMARK SQUARE
STAMFORD, CT 06901
ATT: JOHN F. CARBERRY, ESQ.

DANA HOLDING COMPANY
PO BOX 1000
MAUMEE, OH 43537
ATT: LISA WURSTER

DANIEL W. SHERRICK, GENERAL COUNSEL
8000 EAST JEFFERSON AVE
DETROIT, MI 48214

DAVID V. COOKE, ASSISTANT CITY ATTORNEY
MUNICIPAL OPERATIONS
201 WEST COLFAX AVENUE, DEPT. 1207
DENVER, CO 80202

DAVIS POLK & WARDWELL
450 LEXINGTON AVENUE
NEW YORK, NY 10017
ATT: DONALD S. BERNSTEIN & MARSHALL S. HUEBNER

DAWDA, MANN, MULCAHY & SADLER, PLC
39533 WOODWARD AVENUE, SUITE 200
BLOOMFIELD HILLS, MI 48304
ATT: WILLIAM ROSIN & KENNETH FLASKA

DAY PITNEY
P.O. BOX 1945
MORRISTOWN, NJ 07962
ATT: RICHARD M. METH, ESQ.

DAY PITNEY LLP
P.O. BOX 1945
MORRISTOWN, NJ 07962
ATT: HERBERT K. RYDER

DAY PITNEY LLP
7 TIMES SQUARE
NEW YORK, NY 10036
ATT: HERBERT RYDER, ESQ.

DAY PITNEY LLP
200 CAMPUS DRIVE
FLORHAM PARK, NJ 07932
ATT: RICHARD M. METH, ESQ.

DAY PITNEY LLP
7 TIMES SQUARE
NEW YORK, NY 10036
ATTN: AMISH R. DOSHI, ESQ.

DEALER TIRE, LLC
3711 CHESTER AVENUE
CLEVELAND, OH 44114

DEBEVOISE & PLIMPTON LLP
919 THIRD AVENUE
NEW YORK, NY 10022
ATT: JASMINE POWERS, ESQ.

DEBEVOISE & PLIMPTON LLP
919 THIRD AVENUE
NEW YORK, NY 10022
ATT: RICHARD F. HAHN, ESQ.

DECHERT LLP
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
ATTN: JAMES O. MOORE, ESQ.

DECHERT LLP
CIRA CENTRE
2929 ARCH STREET
PHILADELPHIA, PA 19104
ATTN: JULIET SARKESSIAN, ESQ.

DECHERT LLP
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
ATTN: SHMUEL VASSER, ESQ.

DEPARTMENT OF LABOR
200 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20201
ATTN: DEPUTY SOLICITOR OF LABOR

DEPARTMENT OF LABOR & INDUSTRY
READING BANKRUPTCY & COMPLIANCE UNIT
625 CHERRY STREET, ROOM 203
READING, PA 19602
ATTN: DENISE A. MERTZ

DEPARTMENT OF THE TREASURY
1500 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20220
ATTN: OFFICE OF GENERAL COUNSEL

DICKINSON WRIGHT PLLC
424 CHURCH STREET, SUITE 1401
NASHVILLE, TN 37219
ATT: COLLEEN M. SWEENEY, ESQ.

DICKINSON WRIGHT PLLC
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI 48226
ATT: DAWN R. COPLEY, ESQ.

DICKINSON WRIGHT PLLC
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI 48104
ATT: DORON YITZCHAKI, ESQ.

DICKINSON WRIGHT PLLC
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI 48226
ATT: JAMES A. PLEMMONS, ESQ.

DICKINSON WRIGHT PLLC
424 CHURCH STREET, SUITE 1401
NASHVILLE, TN 37219
ATT: KERRY MASTERS EWALD, ESQ.

DICKINSON WRIGHT PLLC
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI 48104
ATT: MICHAEL C. HAMMER, ESQ.

DICONZA LAW P.C.
630 THIRD AVENUE, 7TH FLOOR
NEW YORK, NY 10017
ATT: GERARD DICONZA, ESQ.

DLA PIPER LLP
550 S. HOPE STREET, SUITE 2300
LOS ANGELES, CA 90071
ATT: KAROL DENNISTON & JENNIFER NASSIRI, ESQS

DORSEY & WHITNEY LLP
250 PARK AVENUE
NEW YORK, NY 10177
ATTN: MICHAEL FOREMAN, ESQ.

DRINKER BIDDLE & REATH LLP
1500 K STREET, N.W.
WASHINGTON, DC 20005
ATT: KRISTEN K. GOING, ESQ.

DRINKER BIDDLE & REATH LLP
140 BROADWAY, 39TH FLOOR
NEW YORK, NY 10005
ATT: STEPHANIE WICKOUSKI, ESQ., KIRSTIN K. GOING

EATON CORPORATION
1111 SUPERIOR AVENUE
CLEVELAND, OH 44114

EDS, AN HP COMPANY
BANKRUPTCY & INSOLVENCY, SENIOR ATTORNEY
H3-3A-05
PLANO, TX 75024
ATT: AYALA HASSELL

EDWARD S. DONINI, ESQ.
P.O. BOX 605
NEW SMFRNA BEACH, FL 32170

EDWARDS ANGELL PALMER & DODGE LLP
111 HUNTINGTON AVENUE
BOSTON, MA 02199
ATTN J WHITLOCK

EL PASO CORPORATION
1001 LOUISIANA, SUITE E 1943 A
HOUSTON, TX 77002
ATT: MICHAEL J. MCGINNIS, SENIOR ATTORNEY

ELLIAS GROUP LLC
411 THEODORE FREMD AVENUE, SUITE 102
RYE, NY 10580
ATT: DAN ELLIAS

ELLIOTT GREENLEAF
FOR 3 M PURIFICATION INC
1105 NORTH MARKET ST. 17TH FLOOR
WILMINGTON, DE 19801
ATT: R. Z - ARAVENA & T. KITTILA,ESQ.

ELLIS & WINTERS LLP
P.O. BOX 33550
RALEIGH, NC 27636
ATT: GEORGE F. SANDERSON III

ENTERGY SERVICES, INC
639 LOYOLA AVENUE, 26TH FLOOR
NEW ORLEANS, LA 70113
ATT: ALAN H. KATZ, ASSISTANT GENERAL COUNSEL

EQUITABLE GAS BANKRUPTCY DEPARTMENT
200 ALLEGHENY CENTER MALL
PITTSBURGH, PA 15212
ATT: JUDY GAWLOWSKI

ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P.C.
400 GALLERIA OFFICENTRE, STE. 444
SOUTHFIELD, MI 48034
ATT: DAVID M. EISENBERG, ESQ.

ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P.C.
400 GALLERIA OFFICENTRE, STE. 444
SOUTHFIELD, MI 48034
ATT: DIANNE S. RUHLANDT, ESQ. & EARLE I. ERMAN

ERVIN COHEN & JESSUP LLP
9401 WILSHIRE BOULEVARD
BEVERLY HILLS, CA 90212
ATTN: MICHAEL S. KOGAN & PETER JAZAYERI

FACTORY MOTOR PARTS COMPANY
1380 CORPORATE CENTER CURVE
EAGAN, MN 55121

FARELLA BRAUN & MARTEL LLP
235 MONTGOMERY STREET, 17TH FLOOR
SAN FRANCISCO, CA 94104
ATT: NEIL A. GOTEINER, ESQ.

FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP
400 CAPITAL MALL, SUITE 1450
SACRAMENTO, CA 95814
ATT: PAUL J. PASCUZZI, ESQ.

FOLEY & LARDNER LLP
WASHINGTON HARBOUR
3000 K STREET, N.W., SUITE 600
WASHINGTON, DC 20007
ATT: ROBERT H. HUEY, ESQ.

FOLEY & LARDNER LLP
402 WEST BROADWAY, SUITE 2100
SAN DIEGO, CA 92101
ATT: VICTOR A. VILAPLANA & MATTHEW J. RIOPELLE

FOLEY & LARDNER LLP
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202
ATTN: FRANK DICASTRI, ESQ.

FOLEY & LARDNER LLP
321 NORTH CLARK STREET, SUITE 2800
CHICAGO, IL 60654
ATTN: JILL L. MUNCH & JOANNE LEE

FOLEY & LARDNER LLP
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226
ATTN: MARK A. AIELLO & SALVATORE A. BARBATANO

FOLEY & LARDNER LLP
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226
ATTN: SALVATORE A. BARBATANO & STEVEN H. HILFINGER

FOLEY & LARDNER LLP
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226
ATTN: SALVATORE A. BARBATANO, JOHN A. SIMON,
KATHERINE R. CATANESE

FOLEY & LARDNER LLP
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226
ATTN: SCOTT T. SEABOLT, ESQ.

FOLEY & LARDNER LLP
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226
ATTN: STEVEN H. HILFINGER, FRANK W. DICASTRI, JOHN A.
SIMON

FOLEY & LARDNER LLP
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226
ATTN: STEVEN H. HILFINGER, JOHN A. SIMON, KATHERINE R.
CATANESE

FORMAN HOLT ELIADES & RAVIN, LLC
80 ROUTE 4 EAST, SUITE 290
PARAMUS, NJ 07652
ATT: KIM R. LYNCH, ESQ.

FOX ROTHSCHILD LLP
100 PARK AVENUE, SUITE 1500
NEW YORK, NY 10017
ATTN: FRED STEVENS, ESQ.

FRASER TREBILCOCK DAVIS & DUNLAP, P.C.
124 WEST ALLEGAN STREET, SUITE 1000
LANSING, MI 48933
ATTN: G. ALAN WALLACE, ESQ.

FREEBORN & PETERS LLP
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606
ATT: AARON L. HAMMER & THOMAS R. FAWKES, ESQS

FRIEDLANDER MISLER, PLLC
1101 SEVENTEENTH STREET, N.W., SUITE 700
WASHINGTON, DC 20036
ATTN: ROBERT E. GREENBERG, ESQ.

FROST BROWN TODD
424 CHURCH STREET, SUITE 1600
NASHVILLE, TN 37219
ATT: ROBERT A. GUY JR. & J.MATTHEW KROPLIN

FULBRIGHT & JAWORSKI L.L.P.
666 FIFTH AVENUE
NEW YORK, NY 10103
ATT: DAVID A. ROSENZWEIG & MARK C. HAUT

FULBRIGHT & JAWORSKI L.L.P.
2200 ROSS AVENUE, SUITE 2800
DALLAS, TX 75201
ATT: LIZ BOYDSTON, ESQ.

FULBRIGHT & JAWORSKI L.L.P.
2200 ROSS AVENUE, SUITE 2800
DALLAS, TX 75201
ATT: LOUIS R. STRUBECK & LIZ BOYDSTON, ESQ.

FULBRIGHT & JAWORSKI L.L.P.
300 CONVENT STREET, SUITE 2200
SAN ANTONIO, TX 78205
ATT: MICHAEL M. PARKER, ESQ.

FULBRIGHT & JAWORSKI L.L.P.
666 FIFTH AVENUE
NEW YORK, NY 10103
ATTN: DAVID A. ROSENZWEIG & JACLYN L. RABIN

GAY D. PELZER
DEPUTY GENERAL COUNSEL
THE UNIVERSITY OF IOWA
IOWA CITY, IA 52242

GENERAL MOTORS, LLC
400 RENAISSANCE CENTER
DETROIT, MI 48265
ATT LAWRENCE S BUONOMO ESQ

GERSTEN SAVAGE, LLP
600 LEXINGTON AVENUE
NEW YORK, NY 10022
ATT: PAUL RACHMUTH

GHSP, INC.
1250 SOUTH BEECHTREE STREET
GRAND HAVEN, MI 49417
ATTN: RON WALLISH

GIBBONS P.C.
ONE GATEWAY CENTER
NEWARK, NJ 07102
ATT: DAVID N. CRAPO, ESQ.

GIBSON, DUNN & CRUTCHER LLP
200 PARK AVENUE
NEW YORK, NY 10166
ATT: DAVID M. FELDMAN, ESQ.

GIBSON, DUNN & CRUTCHER LLP
200 PARK AVENUE
NEW YORK, NY 10166
ATT: MATTHEW J. WILLIAMS, ESQ.

GIRRARD GIBBS LLP
601 CALIFORNIA STREET, SUITE 1400
SAN FRANCISCO, CA 94108
ATT: D. GIRARD & A.J. DE BARTOLOMEO

GLADFELTER & GALVANO, P.L.
GRIMES GOEBEL GRIMES HAWKINS
1023 MANATEE AVE WEST
BRADENTON, FL 34205
ATT: SACHA ROASS, ESQ.

GLENN M. REISMAN, ESQ.
TWO CORPORATE DRIVE, SUITE 234
SHELTON, CT 06484

GODFREY & KAHN, S.C.
780 NORTH WATER STREET
MILWAUKEE, WI 53202
ATTN: TIMOTHY F. NIXON, ESQ

GOHN, HANKEY & STICHEL, LLP
201 N. CHARLES STREET - SUITE 2101
BALTIMORE, MD 21201
ATT: JAN I. BERLAGE

GOLDBERG SEGALLA LLP
665 MAIN STREET, SUITE 400
BUFFALO, NY 14203
ATT: B. HOOVER & C. BELTER, ESQ.

GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
CORP OF N.A., FORMERLY KNOWN AS MATSUSHITA ELEC
CORP IF AMERICA
437 MADISON AVENUE
NEW YORK, NY 10022
ATT: JONATHAN L. FLAXER, DOUGLAS L. FURTH, ANTHONY

GORLICK, KRAVITZ & LISTHAUS, P.C.
17 STATE STREET, 4TH FLOOR
NEW YORK, NY 10004
ATT: BARBARA S. MEHLSACK, ESQ.

GOULSTON & STORRS, P.C.
400 ATLANTIC AVENUE
BOSTON, MA 02110
ATT: DOUGLAS B. ROSNER, ESQ.

GOULSTON & STORRS, P.C.
400 ATLANTIC AVENUE
BOSTON, MA 02110
ATT: GREGORY O. KADEN, ESQ.

GREENBERG TRAURIG, LLP
200 PARK AVENUE
NEW YORK, NY 10166
ATT: B. ZIRINSKY, N. MITCHELL & A. KADISH

HAHN & HESSEN LLP
488 MADISON AVENUE, 15TH FLOOR
NEW YORK, NY 10022
ATT: J. DIVACK & H. PATWARDHAN, ESQ.

HAHN LOESER & PARKS LLP
200 PUBLIC SQUARE, SUITE 2800
CLEVELAND, OH 44114
ATT: LEE D. POWAR & DANIEL A. DEMARCO & ROCCO I.
DEBITETTO

HALPERIN BATTAGLIA RAICHT, LLP
555 MADISON AVENUE, 9TH FLOOR
NEW YORK, NY 10022
ATT: CHRISTOPHER J. BATTAGLIA & JULIE D. DAYAS, ESQ.

HARMAN BECKER AUTOMOTIVE SYSTEMS, INC.
39001 WEST 12 MILE ROAD
FARMINGTON HILLS, MI 48331

HAYNES AND BOONE LLP
1221 AVENUE OF THE AMERICAS 26TH FL
NEW YORK, NY 10020
ATT: JONATHAN HOOK, ESQ.

HAYNES AND BOONE LLP
1221 MCKINNEY, SUITE 2100
HOUSTON, TX 77010
ATT: PATRICK L. HUGHES & PETER C. RUGGERO

HAYNES AND BOONE LLP
1221 MCKINNEY, SUITE 2100
HOUSTON, TX 77010
ATTN: CHARLES A. BECKMAN & BROOKS HAMILTON

HAYNES AND BOONE, LLP
1221 AVENUE OF THE AMERICAS, 26TH FLOOR
NEW YORK, NY 10020
ATTN: JUDITH ELKIN

HAYNES AND BOONE, LLP
1221 AVENUE OF THE AMERICAS, 26TH FL
NEW YORK, NY 10020
ATTN: MATTHEW E. RUSSELL, ESQ.

HAYNSWORTH SINKLER BOYD, P.A.
POST OFFICE BOX 11889
COLUMBIA, SC 29211
ATTN: WILLIAM H. SHORT, JR., ESQ.

HERRICK, FEINSTEIN LLP
2 PARK AVENUE
NEW YORK, NY 10016
ATT: STEPHEN B. SELBST & PAUL RUBIN

HESS CORPORATION
1 HESS PLAZA
WOODBRIDGE, NJ 07095
ATT: ELIZABETH ANNE CARINI CURRENTI, ESQ.

HEWLETT-PACKARD COMPANY LP
11311 CHINDEN BOULEVARD
MAIL STOP 314
BOISE, ID 83714
ATT: RAMONA NEAL, SENIOR COUNSEL

HEWLETT-PACKARD FINANCIAL SERVICES COMPANY
420 MOUNTAIN AVENUE
MURRAY HILL, NJ 07640
ATT: AMY S. CHIPPERSON, ESQ.

HINCKLEY, ALLEN & SNYDER LLP
28 STATE STREET
BOSTON, MA 02109
ATT: THOMAS H CURRAN, PAUL F O'DONNELL & JENNIFER V DORAN

HISCOCK & BARCLAY LLP
ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
ATTN SUSAN R KATZOFF ESQ

HISCOCK & BARCLAY, LLP
ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
ATT: SUSAN R. KATZOFF, ESQ.

HOGAN & HARTSON LLP
875 THIRD AVENUE
NEW YORK, NY 10022
ATT: SCOTT A. GOLDEN & BRIAN J GRIECO, ESQ.

HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI 48226
ATT: TRICIA A. SHERICK, ESQ.

HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI 48226
ATTN JOSEPH R SGROI ESQ

HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI 48226
ATTN ROBERT B WEISS ESQ

HOWARD COUNTY OFFICE OF LAW
GEORGE HOWARD BUILDING
3430 COURTHOUSE DRIVE
ELLICOTT CITY, MD 21043
ATT: CAMELA J. SANDMANT, ASSISTANT COUNTY SOLICITOR

HUNTER & SCHANK CO., LPA
ONE CANTON SQUARE
1700 CANTON AVENUE
TOLEDO, OH 43604
ATT: JOHN J. HUNTER, JR., ESQ.

HUNTER & SCHANK CO., LPA
ONE CANTON SQUARE
1700 CANTON AVENUE
TOLEDO, OH 43604
ATT: THOMAS J. SCHANK, ESQ.

IMPERICAL COUNTY TREASURER-TAX COLLECTOR
KAREN VOGEL, TREASURER TAX COLLECTOR
940 WEST MAIN STREET, SUITE 106
EL CENTRO, CA 92243

INDUSTRY CANADA, LEGAL SERVICES
235 QUEEN STREET
OTTAWA, ON K1A OH5

ATT: ANNE BOUDREAU

INTERNAL REVENUE SERVICE
290 BROADWAY
NEW YORK, NY 10007
ATTN: INSOLVENCY SECTION

INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114
ATTN: INSOLVENCY SECTION

INTERNATIONAL UNION OF OPERATING ENGINEERS
1125 SEVENTEENTH STREET, NW
WASHINGTON, DC 20036
ATT: RICHARD GRIFFIN, GENERAL COUNSEL

INTERNATIONAL UNION, UAW
8000 EAST JEFFERSON AVENUE
DETROIT, MI 48214
ATT: DANIEL SHERRICK & NIRAJ GANATRA, LEGAL DEPT.

IVEY, BARNUM AND O'MARA, LLC
170 MASON STREET
GREENWICH, CT 06830
ATTN: MELISSA ZELEN NEIER, ESQ.

J.L. SAFFER, P.C.
20 VESEY STREET, 7TH FLOOR
NEW YORK, NY 10007
ATTN: JENNIFER L. SAFFER, ESQ.

JAFFE, RAITT, HEUER, & WEISS, P.C.
27777 FRANKLIN RD. SUITE 2500
SOUTHFIELD, MI 48034
ATT: RICHARD E. KRUGER

JENNER & BLOCK LLP
SPECIAL COUNSEL FOR DEBTORS
353 N. CLARK ST.
CHICAGO, IL 60654
ATTN: DANIEL R. MURRAY & JOSEPH P. GROMACKI

JENNER & BLOCK LLP
SPECIAL COUNSEL FOR DEBTORS
919 THIRD AVENUE, 37TH FLOOR
NEW YORK, NY 10022
ATTN: PATRICK J. TROSTLE & HEATHER D. MCARN

JIM BARNARD CHEVROLET, INC.
7107 BUFFALO ROAD
CHURCHVILLE, NY 14428
ATT: ALLYN BARNARD, PRESIDENT

JOHNSON, HEARN, VINEGAR, GEE & GLASS, PLLC
P.O. BOX 1776
RALEIGH, NC 27602
ATT: JEAN WINBORNE BOYLES, ESQ.

JOHNSTON BARTON PROCTOR & ROSE LLP
569 BROOKWOOD VILLAGE
SUITE 901
BIRMINGHAM, AL 35209
ATTN: MAX A. MOSELEY, ESQ.

JUANITA PEREZ WILLIAMS, ESQ.
CORPORATION COUNSEL
300 CITY HALL
SYRACUSE, NY 13202

K&L GATES LLP
599 LEXINGTON AVENUE
NEW YORK, NY 10022
ATT: JEFFREY N. RICH & ERIC T. MOSER, ESQS.

KAYE SCHOLER LLP
425 PARK AVENUE
NEW YORK, NY 10022
ATT: RICHARD G. SMOLEV & STEWART B. HERMAN

KEATING MUETHING & KLEKAMP PLL
ONE EAST FOURTH STREET, SUITE 1400
CINCINNATI, OH 45202
ATTN: JASON V. STITT, ESQ.

KELLEY & FERRARO, L.L.P.
2200 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND, OH 44114
ATT: THOMAS M. WILSON, ESQ.

KELLEY DRYE & WARREN LLP
101 PARK AVENUE
NEW YORK, NY 10178
ATTN: DAVID RETTER, PAMELA BRUZZESE-SZCZGIEL,
JENNIFER CHRISTIAN, ESQS

KELLEY DRYE & WARREN, LLP
101 PARK AVENUE
NEW YORK, NY 10178
ATT: JAMES S. CARR & JORDAN A. BERGMAN, ESQS

KENNEDY, JENNIK & MURRAY P.C.
113 UNIVERSITY PLACE
7TH FL
NEW YORK, NY 10003
ATTN: SUSAN JENNIK, ESQ.

KENNEDY, JENNIK & MURRAY P.C.
113 UNIVERSITY PLACE
7TH FL
NEW YORK, NY 10003
ATTN: THOMAS M  KENNEDY, ESQ.

KERR, RUSSELL AND WEBER, PLC
500 WOODWARD AVENUE, SUITE 2500
DETROIT, MI 48226
ATT: P. WARREN HUNT, ESQ. & JAMES DELINE

KERR, RUSSELL AND WEBER, PLC
500 WOODWARD AVENUE, SUITE 2500
DETROIT, MI 48226
ATTN: JAMES E. DELINE, ESQ.

KILPATRICK & ASSOCIATES, P.C.
903 N. OPDYKE ROAD, SUITE C
AUBURN HILLS, MI 48326
ATT: RICHARDO I. KILPATRICK & LEONORA K. BAUGHMAN

KLEHR HARRISON HARVEY BRANZBURG & ELLERS LLP
260 S BROAD STREET
PHILADELPHIA, PA 19102
ATTN MORTON R BRANZBURG

KNAPP CHEVROLET
815 HOUSTON AVENUE
HOUSTON, TX 77007

KOHRMAN JACKSON & KRANTZ, PLL
ONE CLEVELAND CENTER, 20TH FLOOR
1375 EAST NINTH STREET
CLEVELAND, OH 44114
ATT: JAMES W. EHRMAN, ESQ.

KOTZ, SANGSTER, WYSOCKI AND BERG, P.C.
400 RENAISSANCE CENTER, SUITE 3400
DETROIT, MI 48243
ATTN: FREDERICK A. BERG & JAYSON M. MACYDA, ESQS

KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
ATTN: THOMAS MOERS MAYER, AMY CATON, LAUREN MACKSOUD, & JEN SHARRET

KUPELIAN ORMOND & MAGY, P.C.
25800 NORTHWESTERN HIGHWAY, SUITE 950
SOUTHFILED, MI 48075
ATT: TERRANCE HILLER, DAVID BLAU, PAUL MAGY, MATTHEW SCHLEGEL

LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.
916 WASHINGTON AVENUE, SUITE 309
BAY CITY, MI 48708
ATTN: ADAM D. BRUSKI, ESQ.

LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.
916 WASHINGTON AVENUE, SUITE 309
BAY CITY, MI 48708
ATTN: SUSAN M. COOK, ESQ.

LATHAM & WATKINS LLP
885 THIRD AVENUE, SUITE 1000
NEW YORK, NY 10022
ATTN: ROBERT J. ROSENBERG & ADAM J. GOLDBERG

LAW OFFICES OF GABRIEL DEL VIRGINIA
488 MADISON AVE
NEW YORK, NY 10022
ATT: GABRIEL DEL VIRGINIA, ESQ.

LAW OFFICES OF ROBERT E. LUNA, P.C.
4411 N. CENTRAL EXPRESSWAY
DALLAS, TX 75205
ATT: ANDREA SHEEHAN, ESQ.

LAWRENCE JAY KRAINES, ESQ.
14235 DICKENS STREET, SUITE 4
SHERMAN OAKS, CA 91423

LECLAIRRYAN P.C
830 THIRD AVENUE, 5TH FLOOR
NEW YORK, NY 10022
ATT: MICHAEL E. HASTINGS & MICHAEL T. CONWAY, ESQS

LEVY RATNER P.C.
80 EIGHTH AVENUE, 8TH FLOOR
NEW YORK, NY 10011
ATT: SUZANNE HEPNER, RYAN J. BARBUR & ROBERT H.
STROUP

LEWIS LAW PLLC
120 BLOOMINGDALE RD., SUITE 100
WHITE PLAINS, NY 10605
ATT: KENNETH M. LEWIS

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
2323 BRYAN STREET, SUITE 1600
DALLAS, TX 75201
ATT: ELIZABETH WELLER, ESQ.

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
STATE OF TEXAS TAXING AUTHORITIES
POST OFFICE BOX 3064
HOUSTON, TX 77253
ATT: JOHN P. DILLMAN, ESQ.

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2700 VIA FORTUNA DRIVE, SUITE 400
P.O. BOX 17428
AUSTIN, TX 78760
ATTN: DIANE W. SANDERS, ESQ.

LOCKE LORD BISSELL & LIDDELL LLP
3 WORLD FINANCIAL CTR FL 20
NEW YORK, NY 10281
ATT: KEVIN J. WALSH, ESQ.

LOCKE LORD BISSELL & LIDDELL LLP
111 SOUTH WACKER DRIVE
CHICAGO, IL 60606
ATT: TIMOTHY S. MCFADDEN, ESQ.

LOWENSTEIN SANDLER PC
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10022
ATT: MICHAEL S. ETKIN, S. JASON TEELE, IRA M. LEVEE

LOWENSTEIN SANDLER PC
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068
ATT: MICHAEL S. ETKIN, S. JASON TEELE, IRA M. LEVEE

MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD, MI 48034
ATTN: KATHLEEN H. KLAUS, ESQ.

MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD, MI 48034
ATTN: MICHAEL S. LIEB, ESQ.

MADISON COUNTY, TAX COLLECTOR
MADISON COUNTY COURT HOUSE
100 NORTHSIDE SQUARE
HUNTSVILLE, AL 35801
ATT: LYNDA HALL

MATTA BLAIR, PLC
4145 DUBLIN DRIVE, SUITE 100
BLOOMFIELD HILLS, MI 48302
ATT: STEVEN A. MATTA, ESQ.

MAZZEO SONG & BRADHAM LLP
708 THIRD AVENUE, 19TH FLOOR
NEW YORK, NY 10017
ATTN: DAVID H. HARTHEIMER, ESQ.

MCCARTER & ENGLISH, LLP
NEW JERSEY SELF INSURERS GUARANTY ASSOC
FOUR GATEWAY CENTER
NEWARK, NJ 07102
ATT: CHARLES A. STANZIALE, JR.

MCCARTER & ENGLISH, LLP
FOUR GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NJ 07102
ATT: JEFFREY T.TESTA, ESQ.

MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO., L.P.A.
101 WEST PROSPECT AVENUE, SUITE 1800
CLEVELAND, OH 44115
ATTN: KIMBERLY A. BRENNAN, ESQ.

MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO., L.P.A.
101 WEST PROSPECT AVENUE, SUITE 1800
CLEVELAND, OH 44115
ATTN: ROBERT R. KRACHT, ESQ.

MCCREARY VESELKA BRAGG & ALLEN PC
PO BOX 1269
ROUND ROCK, TX 78680
ATTN MICHAEL REED ESQ

MCKENNA LONG & ALDRIDGE LLP
230 PARK AVENUE, SUITE 1700
NEW YORK, NY 10169
ATT: CHARLES E. DORKEY III

MCKENNA LONG & ALDRIDGE LLP
230 PARK AVENUE STE 1700
NEW YORK, NY 10169
ATT: CHRISTOPHER F. GRAHAM, ESQ.

MCKENNA LONG & ALDRIDGE LLP
230 PARK AVENUE, SUITE 1700
NEW YORK, NY 10169
ATT: JESSICA H. MAYES, ESQ.

MCNAMEE, LOCHNER, TITUS & WILLIAMS, P.C.
677 BROADWAY
ALBANY, NY 12207
ATT: JACOB F. LAMME, ESQ.

MCNAMEE, LOCHNER, TITUS & WILLIAMS, P.C.
677 BROADWAY
ALBANY, NY 12207
ATT: JOHN J. PRIVITERA, ESQ.

MELTZER, PURTILL & STELLE, LLC
300 SOUTH WACKER DRIVE, SUITE 3500
CHICAGO, IL 60606
ATT: FORREST B. LAMMIMAN

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
1350 BROADWAY, SUITE 501
P.O. BOX 822
NEW YORK, NY 10018
ATT: EDWARD J. LOBELLO, ESQ.

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 STEWART AVENUE, SUITE 300
GARDEN CITY, NY 11530
ATT: EDWARD LOBELLO, ALAN MARDER. JIL MAZER-
MARINO, J. RANDO CRISTIANO

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
1350 BROADWAY, SUITE 501
P.O. BOX 822
NEW YORK, NY 10018
ATT: HANAN B. KOLKO, ESQ.

MICHAEL A. COX, ATTY GENERAL
KATHLLEN A. GARDINER, ASST. ATTY GENERAL
CADILLAC PLACE
DETROIT, MI 48202

MICHAEL S. HOLMES, P.C.
8100 WASHINGTON AVENUE, SUITE 120
HOUSTON, TX 77007
ATT: MICHAEL S. HOLMES, ESQ.

MICHIGAN ENVIRONMENT, NATURAL RESOURCES AND
AGRICULTURE DIVISION
525 W. OTTAWA, 6TH FLOOR, G. MENNE WILLIAMS
BUILDING
P.O. BOX 30755
LANSING, MI 48909

MICHIGAN FUNDS ADMINISTRATION
7201 W. SAGINAW HWY, STE 110
LANSING, MI 48917

MICHIGAN WORKERS' COMPENSATION AGENCY
7150 HARRIS DR.
DIMONDALE, MI 48821

MICHIGAN WORKERS' COMPENSATION AGENCY
7150 HARRIS DRIVE
PO BOX 30016
LANSING, MI 48909

MIKE BARNARD CHEVROLET-CADILLAC-BUICK-PONTIAC-
GMC, INC.
616 THAYER ROAD
FAIRPORT, NY 14450
ATT: MICHAEL E. BARNARD, PRESIDENT

MILBANK, TWEED, HADLEY & MCCLOY LLP
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
ATT: MATTHEW S. BARR, TYSON M. LOMAZOW & SAMUEL
A. KHALIL, ESQ.

MILLER JOHNSON
250 MONROE AVE., STE 800
GRAND RAPIDS, MI 49501
ATT THOMAS P. SARB, ESQ

MILLER JOHNSON
250 MONROE AVENUE, N.W., SUITE 800
P.O. BOX 306
GRAND RAPIDS, MI 49501
ATTN: ROBERT D. WOLFORD, ESQ.

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 WEST JEFFERSON AVENUE, SUITE 2500
DETROIT, MI 48226
ATT: DONALD J. HUTCHINSON, ESQ.

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
500 FIFTH AVENUE, SUITE 1815
ATT: SUSAN I. ROBBINS, ESQ.
NEW YORK, NY 10110
ATT: SUSAN I. ROBBINS, ESQ.

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 WEST JEFFERSON AVENUE, SUITE 2500
DETROIT, MI 48226
ATT: TIMOTHY A. FUSCO, ESQ.

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
KONGSBERG INTERIOR SYS, KONGSBERG POWER PRODUCT
SYS, KONGSBERG HOLDING
150 WEST JEFFERSON AVENUE, SUITE 2500
DETROIT, MI 48226
ATTN: MARC N. SWANSON, ESQ.

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, P.C.
TOKICO (USA), INC. AND HITACHI CABLE INDIANA, INC.
ONE FINANCIAL CENTER
BOSTON, MA 02111
ATT: PAUL J. RICOTTA, ESQ.

MISSOURI DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
P.O. BOX 475
JEFFERSON CITY, MO 65105
ATT: STEVEN A. GINTHER, ESQ.

MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
ATTN: NATALIE RAMSEY & JOSEPH O'NEIL, JR.
123 SOUTH BROAD STREET
PHILADELPHIA, PA 19109
ATTY FOR STEVEN KAZAN, ESQ.

MORGAN, LEWIS & BOCKIUS LLP
101 PARK AVENUE
NEW YORK, NY 10178
ATTN:  ANDREW D GOTTFRIED, ESQ.

MORGAN, LEWIS & BOCKIUS LLP
101 PARK AVENUE
NEW YORK, NY 10178
ATTN:  RICHARD S. TODER, ESQ.

MORGAN, LEWIS & BOCKIUS LLP
101 PARK AVENUE
NEW YORK, NY 10178
ATTN: HOWARD S. BELTZER & EMMELINE S. LIU, ESQS

MORGAN, LEWIS & BOCKIUS LLP
1701 MARKET STREET
PHILADELPHIA, PA 19103
ATTN: MICHAEL A. BLOOM & RACHEL JAFFE MAUCERI, ESQS

MORRISON COHEN LLP
909 THIRD AVENUE
NEW YORK, NY 10022
ATT: JOSEPH T. MOLDOVAN & MICHAEL R. DAL LAGO, ESQS

MOTLEY RICE LLC
28 BRIDGESIDE BLVD.
MT. PLEASANT, SC 29464
ATT: JEANETTE M. GILBERT, JOSEPH F. RICE, JOHN A. BADEN
IV, ESQS

MOTORS LIQUIDATION COMPANY
FKA GENERAL MOTORS CORP
500 RENAISSANCE CENTER, SUITE 1400
DETROIT, MI 48243
ATTN: TED STENGER

MOTORS LIQUIDATION COMPANY
FKA GENERAL MOTORS CORP
500 RENAISSANCE CENTER, SUITE 1400
DETROIT, MI 48243
ATTN; LAWRENCE S. BUONOMA, ESQ.

MUCH SHELIST DENENBERG AMENT AND RUBENSTEIN, P.C.
191 NORTH WACKER DRIVE, SUITE 1800
CHICAGO, IL 60606
ATT: COLLEEN E. MCMANUS, ESQ.

MUNSCH HARDT KOPF & HARR, P.C.
700 LOUISIANA, SUITE 4600
HOUSTON, TX 77002
ATT: MARY W. KOKS

MUNSCH HARDT KOPF & HARR, P.C.
3800 LINCOLN PLAZA
500 N. AKARD STREET
DALLAS, TX 75201
ATT: RAYMOND J. URBANIK, ESQ.

MYERS & FULLER, P.A.
2822 REMINGTON GREEN CIRCLE
TALLAHASSEE, FL 32308
ATT: RICHARD SOX, ESQ.

N.W. BERNSTEIN & ASSOCIATES, LLC
800 WESTCHESTER AVENUE, SUITE 319 NORTH
RYE BROOK, NY 10573
ATT: NORMAN W. BERNSTEIN, ESQ.

NAHINS & GOIDEL, P.C.
377 BROADWAY
NEW YORK, NY 10013
ATT: BORAH GOLDSTEIN ALTSCHULER & JEFFREY CHANCAS

NARMCO GROUP
2575 AIRPORT ROAD
WINDSOR, ONTARIO N8W 1Z4

ATTN: GARY KELLY

NELSON MULLINS RILEY & SCARBOROUGH LLP
1320 MAIN STREET, 17TH FLOOR
POST OFFICE BOX 11070
COLUMBIA, SC 29201
ATT: GEORGE CAUTHEN, CAMERON CURRIE, ESQS

NELSON MULLINS RILEY & SCARBOROUGH LLP
200 CLARENDON ST  FL 35
BOSTON, MA 02116
ATT: PETER J. HALEY, ESQ.

NEW YORK CITY DEPT. OF FINANCE
345 ADAMS ST- 3RD FLOOR
BROOKLYN, NY 11201
ATTN: LEGAL AFFAIRS - DEVORA COHN

NEW YORK STATE DEPARTMENT OF LAW
ENVIRONMENTAL PROTECTION BUREAU
THE CAPITOL
ALBANY, NY 12224
ATT: MAUREEN F. LEARY, ASSISTANT ATTORNEY GENERAL

NEW YORK STATE DEPARTMENT OF LAW
ENVIRONMENTAL PROTECTION BUREAU
THE CAPITOL
ALBANY, NY 12224
ATT: SUSAN L. TAYLOR, ASSISTANT ATTORNEY GENERAL

NEW YORK STATE DEPT TAXATION & FINANCE
PO BOX 5300
ALBANY, NY 12205
ATTN: BANKRUPTCY/SPECIAL PROC. SECT.

NORTH AMERICA TONNAGE LINDE, INC.
575 MOUNTAIN AVENUE
MURRAY HILL, NJ 07974
ATT: JEFFREY J. JOHNS, COMMERCIAL DIRECTOR

OFFICE OF ATTORNEY GENERAL FOR PENNSYLVANIA
21 S. 12TH STREET, 3RD FLOOR
PHILADELPHIA, PA 19107
ATT: CAROL E. MOMJIAN, SENIOR DEPUTY ATTY GENERAL

OFFICE OF THE ATTORNEY GENERAL
ANDREW M. CUOMO
120 BROADWAY
NEW YORK, NY 10271

OFFICE OF THE OHIO ATTORNEY GENERAL
150 EAST GAY STREET, 21ST FLOOR
COLUMBUS, OH 43215
ATT: LUCAS WARD, ESQ.

OFFICE OF THE UNITED STATES TRUSTEE
DIANA G ADAMS
33 WHITEHALL STREET
NEW YORK, NY 10004

OFFICE OF WESTCHESTER COUNTY ATTY
148 MARTINE AVENUE, 6TH FLOOR
WHITE PLAINS, NY 10601
ATT: MELISSA-JEAN ROTINI, ESQ.

OHIO ATTORNEY GENERAL
ENVIRONMENTAL ENFORCEMENT SECTION
30 E. BROAD STREET, 25TH FLOOR
COLUMBUS, OH 43215
ATT: MICHELLE T. SUTTER, PRINCIPAL ASST. ATTORNEY
GENERAL

ORNELAS, CASTILLO & ORNELAS, PLLC
401 EAST HILLSIDE RD., 2ND FLOOR
LAREDO, TX 78041
ATT: S. ORNELAS & M. CASTILLO JR.

ORRICK HERRINGTON & SUTCLIFF LLP
COLUMBIA CENTER
1152 15TH STREET, N.W
WASHINGTON, DC 20005
ATTN: RICHARD H WYRON, ESQ.

ORRICK HERRINGTON & SUTCLIFF LLP
COLUMBIA CENTER
1152 15TH STREET, N.W
WASHINGTON, DC 20005
ATTN: ROGER FRANKEL, ESQ

ORRICK, HERRINGTON & SUTCLIFFE LLP
666 FIFTH AVENUE
NEW YORK, NY 10103
ATTN: JOHN ANSBRO & COURTNEY M. ROGERS

ORUM & ROTH, LLC
53 WEST JACKSON BOULEVARD
CHICAGO, IL 60604
ATTN: MARK D. ROTH, ESQ.

OSLER, HOSKIN & HARCOURT LLP
100 KING STREET WEST
1 FIRST CANADIAN PLACE, SUITE 6100

ATTN: TRACY C SANDLER, ESQ.

OTTERBOURG STEINDLER HOUSTON & ROSEN PC
230 PARK AVENUE
NEW YORK, NY 10169
ATTN: JONATHAN N. HELFAT, ESQ., STEVEN SOLL, ESQ.

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
STEVEN B. SOLL, ESQS.
230 PARK AVENUE
NEW YORK, NY 10169
ATT: DANIEL WALLEN, MELANIE L. CYGANOWSKI, JONATHAN
N. HELFAT &

P. RICHARD HARTLEY
415 E. COMMERCE STREET, SUITE 101
POST OFFICE BOX 583
GREENVILLE, AL 36037

PADDOCK CHEVROLET, INC.
3232 DELAWARE AVENUE
KENMORE, NY 14217
ATT: DUANE PADDOCK, PRESIDENT

PARKER POE ADAMS & BERNSTEIN LLP
THREE WACHOVIA CENTER
401 S. TRYON STREET, SUITE 3000
CHARLOTTE, NC 28202
ATTN: KIAH T. FORD IV, ESQ.

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
ANDREW N. ROSENBERG, ESQ.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 EAST 55TH STREET
NEW YORK, NY 10022
ATT: HARVEY A. STRICKON, ESQ.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
ATT: ALAN W. KORNBERG & JONATHAN T. KOEVARY, ESQ.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
ATT: ALAN W. KORNBERG, REBECCA ZUBATY & IAN POHL, ESQS.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
ATT: ANDREW ROSENBERG, BRIAN HERMANN, MARGARET PHILLIPS

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
ATTN: STEPHEN J. SHIMSHAK & PHILIP A. WEINTRAUB

PENSION BENEFIT GUARANTY CORPORATION
OFFICE OF THE GENERAL COUNSEL
RALPH L LANDY, MICHAEL A. MARICCO, ESQS.
WASHINGTON, DC 20005
ATTN: ISRAEL GOLDOWITZ, KAREN MORRIS, JOHN MENKE,

PENSKE AUTO GROUP
18600 SOUTH HAWTHORNE BOULEVARD
TORRANCE, CA 90504

PEPPER HAMILTON LLP
3000 TWO LOGAN SQUARE
EIGHTEENTH AND ARCH STREETS
PHILADELPHIA, PA 19103
ATT: EDWARD C. TOOLE & LINDA J. CASEY

PEPPER HAMILTON LLP
HERCULES PLAZA, SUITE 5100
1313 MARKET STREET, P.O. BOX 1709
WILMINGTON, DE 19899
ATT: HENRY J. JAFFE & JAMES C. CARIGNAN

PEPPER HAMILTON LLP
THE NEW YORK TIMES BUILDING 37TH FL, 620 8TH AVE
NEW YORK, NY 10018
ATTN: LAURA LINN NOGGLE

PEPPER-HAMILTON LLP
100 RENAISSANCE CENTER, SUITE 3600
DETROIT, MI 48243
ATT: DENNIS S. KAYES & LAURA LINN NOGGLE

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
P.O. BOX 13430
ARLINGTON, TX 76094
ATT: ELIZABETH BANDA CALVO

PHILIP MORRIS USA
615 MAURY STREET
RICHMOND, VA 23224
ATT: JOY TANNER

PIMA COUNTY
C/O BARBARA LAWALL, CIVIL DIVISION
T. ROBERTS & G. YUSUFOV, DEPUTY COUNTY ATTORNEYS
TUCSON, AZ 85701

PLATZER, SWERGOLD, KARLIN, LEVINE, GOLDBERG &
JASLOW, LLP
1065 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10018
ATT: TERESA SADUTTO-CARLEY, ESQ.

PLUNKETT COONEY
38505 WOODWARD AVENUE, SUITE 2000
BLOOMFIELD HILLS, MI 48304
ATT: DAVID A. LERNER, ESQ.

PLUNKETT COONEY
38505 WOODWARD AVENUE, SUITE 2000
BLOOMFIELD HILLS, MI 48304
ATTN: DOUGLAS C. BERNSTEIN & MICHAEL A. FLEMING

PORZIO BROMBERG & NEWMAN P.C.
100 SOUTHGATE PARKWAY
MORRISTOWN, NJ 07962
ATT: JOHN MAIRO & ROBERT SCHECHTER

POTTER ANDERSON & CORROON LLP
HERCULES PLAZA, 6TH FLOOR
1313 NORTH MARKET STREET P.O. BOX 951
WILMINGTON, DE 19801
ATT: DAVID BALDWIN, THERESA BROWN-EDWARDS, R.
STEPHEN MCNEILL, ESQS.

PREVIANT, GOLDBERG, UELMEN, GRATZ, MILLER &
BRUEGGEMAN, S.C.
1555 N. RIVERCENTER DRIVE, SUITE 202
P.O. BOX 12993
MILWAUKEE, WI 53212
ATT: SARA J. GEENEN, ESQ.

PREVIANT, GOLDBERG, UELMEN, GRATZ, MILLER &
BRUEGGEMAN, S.C.
1555 N. RIVERCENTER DRIVE, SUITE 202
P.O. BOX 12993
MILWAUKEE, WI 53212
ATTN: FREDERICK PERILLO

PRONSKE & PATEL PC
2200 ROSS AVENUE SUITE 5350
DALLAS, TX 75201
ATTN RAKHEE V PATEL ESQ

PROSKAUER ROSE LLP
1585 BROADWAY
NEW YORK, NY 10036
ATT: SCOTT K. RUTSKY & ADAM T. BERKOWITZ

PYEONG HWA AUTOMOTIVE CO., LTD.
1032 DAECHEON-DONG
DALSEO-GU

QUARLES & BRADY LLP
300 NORTH LASALLE STREET, SUITE 4000
CHICAGO, IL 60654
ATT: FAYE FEINSTEIN & CHRISTOPHER COMBEST

R. ELPING, K. DINE & E. CARRIG
1540 BROADWAY
NEW YORK, NY 11036

RABINOWITZ, LUBETKIN & TULLY, L.L.C.
293 EISENHOWER PARKWAY, SUITE 100
LIVINGSTON, NJ 07039
ATTN: JONATHAN I. RABINOWITZ, ESQ.

RADHA R. M NARUMANCHI
657 MIDDLETON AVENUE
NEW HAVEN, CT 06513

RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, SUITE 1400
P.O. BOX 45385
SALT LAKE CITY, UT 84145
ATT: STEPHEN C. TINGEY

RAYTHEON PROFESSIONAL SERVICES LLC
12160 SUNRISE VALLEY DRIVE
RESTON, VA 20191

REED SMITH LLP
435 SIXTH AVE.
PITTSBURGH, PA 15219
ATT ERIC A. SCHAFFER, ESQ.

REED SMITH LLP
1201 MARKET STREET, SUITE 1500
WILMINGTON, DE 19801
ATT: KURT F. GWYNNE, ESQ.

REID AND REIGE, P.C.
195 CHURCH STREET
NEW HAVEN, CT 06510
ATT: CAROL A. FELICETTA, ESQ.

RHOADES MCKEE
161 OTTAWA AVENUE, NW, SUITE 600
GRAND RAPIDS, MI 49503
ATTN: TERRY L. ZABEL, ESQ.

RICHARD M. ALLEN, ESQ
223 EGREMONT PLAIN RD, PMB 108
NORTH EGREMONT, MA 01252

RICHARD W. MARTINEZ, APLC
228 ST. CHARLES AVENUE, SUITE 1310
NEW ORLEANS, LA 70130
ATT: RICHARD W. MARTINEZ, ESQ.

RICHARDS KIBBE & ORBE LLP
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
ATT: MICHAEL FRIEDMAN & KEITH SAMBUR

RIDDELL WILLIAMS P.S.
1001 - 4TH AVENUE, SUITE 4500
SEATTLE, WA 98154
ATT: JOSEPH E. SHICKICH, ESQ.

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
500 FIFTH AVENUE, SUITE 4920
NEW YORK, NY 10110
ATT: J. ALEX KRESS & KEVIN J. LARNER, ESQ

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
HEADQUARTERS PLAZA
ONE SPEEDWELL AVENUE
MORRISTOWN, NJ 07962
ATT: J. ALEX KRESS & KEVIN J. LARNER, ESQ.

RK CHEVROLET/RK AUTO GROUP
2661 VIRGINIA BEACH BOULEVARD
VIRGINIA BEACH, VA 23451

ROBERT BOSCH LLC
ASSISTANT GENERAL COUNSEL
38000 HILLS TECH DRIVE
FARMINGTON HILLS, MI 48331
ATTN: JUDITH LOWITZ ADLER, ESQ.

ROBERT T. SMITH, ESQ.
1451 EAST LINCOLN AVENUE
MADISON HEIGHTS, MI 48071

ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK
P.C.
1345 AVENUE OF THE AMERICAS
NEW YORK, NY 10105
ATT: RUSSELL P. MCRORY, ESQ.

ROBINSON WATERS & O'DORISIO, P.C.
1099 18TH STREET, SUITE 2600
DENVER, CO 80202
ATT: ANTHONY L. LEFFERT, ESQ.

ROPERS MAJESKI KOHN & BENTLEY
201 SPEAR STREET SUITE 1000
SAN FRANCISCO, NY 94105
ATTN N KATHLEEN STRICKLAND

SATTERLEE STEPHENS BURKE & BURKE LLP
230 PARK AVENUE
NEW YORK, NY 10169
ATT: CHRISTOPHER BELMONTE & PAMELA BOSSWICK, ESQS

SAUL EWING LLP
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA 19102
ATT: ADAM H. ISENBERG, ESQ.

SAUL EWING LLP
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA 19102
ATT: JEFFREY C. HAMPTON, ESQ.

SAUL EWING LLP
222 DELAWARE AVENUE, SUITE 1200
P.O. BOX 1266
WILMINGTON, DE 19899
ATTN: TERESA K.D. CURRIER, ESQ.

SCHAFER AND WEINER, PLLC
40950 WOODWARD AVENUE, SUITE 100
BLOOMFIELD HILLS, MI 48304
ATT: RYAN D. HEILMAN, ESQ.

SCHNADER HARRISON SEGAL & LEWIS LLP
140 BROADWAY, SUITE 3100
NEW YORK, NY 10005
ATT: BENJAMIN P. DEUTSCH, ESQ.

SCHNADER HARRISON SEGAL & LEWIS LLP
1600 MARKET STREET SUITE 3600
PHILADELPHIA, PA 19103
ATTN BARRY E BRESSLER ESQ

SCHOENL KEVIN M
SCHOENL, CONNIE
20 JADE CREEK DR
HILTON, NY 14468

SCHULTE ROTH & ZABEL LLP
PARTNERS II, LP
919 THIRD AVENUE
NEW YORK, NY 10022
ATTN: DAVID J. KARP AND ADAM HARRIS, ESQS.

SECURITIES AND EXCHANGE COMMISSION
100 F STREET, ND
WASHINGTON, DC 20549
ATTN: ANDREW N. VOLLMER, ACTING GEN. COUNSEL

SECURITIES AND EXCHANGE COMMISSION
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK, NY 10281
ATTN: MARK SCHONFELD, REGIONAL DIRECTOR

SEYBURN, KAHN, GINN, BESS & SERLIN P.C.
GREAT LAKES COMPANY
2000 TOWN CENTER, SUITE 1500
SOUTHFIELD, MI 48075
ATT: DAVID T. LIN, ESQ.

SEYBURN, KAHN, GINN, BESS & SERLIN, P.C.
GREAT LAKES COMPANY
2000 TOWN CENTER, SUITE 1500
SOUTHFIELD, MI 48075
ATT: DAVID LIN

SHAPE CORP.
1900 HAYES STREET
GRAND HAVEN, MI 49417
ATTN: BUDD BRINK

SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC
321 N. CLARK STREET, SUITE 800
CHICAGO, IL 60654
ATT: BRIAN L. SHAW, ESQ.

SHEARMAN & STERLING LLP
599 LEXINGTON AVENUE
NEW YORK, NY 10022
ATTN: FREDRIC SOSNICK & JILL FRIZZLEY, ESQS

SHEPPARD MULLIN RICHTER & HAMPTON LLP
30 ROCFEFELLER PLAZA, 24TH FLOOR
NEW YORK, NY 10112
ATT: EDWARD TILLINGHAST, MALANI CADEMARTORI,
BLANKA WOLFE

SHINN FU CORPORATION
10939 N. POMONA AVE.
KANSAS CITY, MO 64153
C/O ARTHUR A. CHAYKIN, ESQ.

SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN
CHICAGO, IL 60603
ATTN: KENNETH P. KANSA, ESQ.

SILVERMAN & MORRIS, P.L.L.C.
7115 ORCHARD LAKE ROAD, SUITE 500
WEST BLOOMFIELD, MI 48322
ATTN: GEOFFREY L. SILVERMAN & KARIN F. AVERY, ESQS

SILVERMANACAMPORA LLP
DIGITAS, INC., PUBLICIS GROUPE OPERATING DIV, LLC, ET AL
100 JERICHO QUADRANGLE, SUITE 300
JERICHO, NY 11753
ATT: ADAM L. ROSEN, ESQ.

SIMPSON THACHER & BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017
ATTN: DAVID J. MACK, ESQ.

SIMPSON THACHER & BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017
ATTN: PETER V. PANTALEO, ESQ.

SINGER & LEVICK P.C.
16200 ADDISON ROAD, SUITE 140
ADDISON, TX 75001
ATT: LARRY A. LEVICK, ESQ.; MICHELLE E. SHIRRO

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
FOUR TIMES SQUARE
NEW YORK, NY 10036
ATT: KAYALYN A. MARAFIOTI & GREGORY W. FOX, ESQ.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN:  RON W MEISLER, ESQ.
155 N. WACKER DRIVE, SUITE 2700
CHICAGO, IL 60606
ATTN: JOHN WM. BUTLER, JR., ESQ.

SMITH & PARTNERS
HERRENBERGER STRASSE 12
BOEBLINGEN 71032
ATT: NICOLE B. BOEHLER

SMITH & PARTNERS
HERRENBERGER STRASSE 12
71032 BOEBLINGEN

ATT: NICOLE B. BOEHLER

SQUIRE, SANDERS & DEMPSEY, L.L.P.
4900 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND, OH 44114
ATTN: G. CHRISTOPHER MEYER, ESQ.

STAHL COWEN CROWLEY ADDIS LLC
55 WEST MONROE STREET, SUITE 1200
CHICAGO, IL 60603
ATT: TRENT P. CORNELL, ESQ.

STARK REAGAN
1111 W. LONG LAKE ROAD, SUITE 202
TROY, MI 48098
ATTN: J. CHRISTOPHER CALDWELL, ESQ.

STEMBER FEINSTEIN DOYLE & PAYNE, LLC
429 FORBES AVENUE
ALLEGHENY BUILDING STE 1705
PITTSBURGH, PA 15219
ATT: WILLIAM PAYNE, J. STEMBER, E. DOYLE, S. PINCUS, P. EWING, J. HURT

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
429 FORBES AVENUE
ALLEGHENY BUILDING  STE 1705
PITTSBURGH, PA 15219
ELLEN M DOYLE, ESQ. & JOEL HURT, ESQ. & PAMINA EWING, ESQ.

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
429 FORBES AVENUE
ALLEGHENY BUILDING  STE 1705
PITTSBURGH, PA 15219
JOHN STEMBER, ESQ.

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
429 FORBES AVENUE
ALLEGHENY BUILDING  STE 1705
PITTSBURGH, PA 15219
STEPHEN M. PINCUS, ESQ.

STEPHEN H. GROSS, ESQ.
35 OLD SPORT HILL ROAD
EASTON, CT 06612

STEVENSON & BULLOCK PLC
26100 AMERICAN DR STE 500
SOUTHFIELD, MI 48034
ATTN: CHARLES D. BULLOCK, ESQ.

STEVENSON & BULLOCK PLC
26100 AMERICAN DR STE 500
SOUTHFIELD, MI 48034
ATTN: SONYA N. GOLL, ESQ.

STITES & HARBISON PLLC
401 CHURCH STREET, SUITE 800
NASHVILLE, TN 37219
ATT: ROBERT C. GOODRICH JR  & MADISON L. MARTIN

STITES & HARBISON, PLLC
400 W. MARKET STREET, SUITE 1600
LOUISVILLE, KY 40202
ATT: BRIAN H. MELDRUM, ESQ.

STREUSAND & LANDON, LLP
811 BARTON SPRINGS RD STE 811
AUSTIN, TX 78704
ATTN: SABRINA L. STREUSAND, ESQ.

STUTZMAN BROMBERG ESSERMAN & PLIFKA PC
2323 BRYAN STREET SUITE 2200
DALLAS, TX 75201
ATTN SANDER ESSERMAN PETER  D'APICE JO HARTWICK
JACOB NEWTON

STUTZMAN BROMBERG ESSERMAN & PLIFKA PC
LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS PERSONAL
INJURY CLAIMANTS
2323 BRYAN STREET, SUITE 2200
DALLAS, TX 75201
ATTN: SANDER ESSERMAN, ROBERT BROUSSEAU, PETER

SULLIVAN & WORCESTER LLP
ONE POST OFFICE SQUARE
BOSTON, MA 02109
ATT: HIERSTEINER, DARCEY, ZUCCARELLO, GROVES &
BODELL

SULLIVAN, WARD, ASHER & PATTON, P.C.
1000 MACCABEES CENTER
25800 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48037
ATTN: DAVID J. SELWOCKI, ESQ.

TEAM CHEVROLET, INC.
ROUTE 16
OLEAN, NY 14760
ATT: THOMAS STEIGERWALD, VICE PRESIDENT

TEITELBAUM & BASKIN, LLP
3 BARKER AVENUE, THIRD FLOOR
WHITE PLAINS, NY 10601
ATT: JAY TEITELBAUM

TENNESSEE ATTORNEY GENERAL'S OFFICE
BANKRUPTCY DIVISION
PO BOX 20207
NASHVILLE, TN 37202
ATT: ROBERT COOPER & MARVIN CLEMENTS

THE CHURCH OF THE GOOD NEWS
1599 COLUMBUS AVENUE
BOSTON, MA 02119

THE CREDITOR'S LAW GROUP, PC
2301 HYPERION AVENUE, STE. A
LOS ANGELES, CA 90027
ATT: DAVID J. RICHARDSON

THE GARDEN CITY GROUP INC
105 MAXESS ROAD
MELVILLE, NY 11747
ATTN: KEN FREDA

THE TEXAS ATTORNEY GENERAL'S  OFFICE
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548, MC-008
AUSTIN, TX 78711
ATTN: J. CASEY ROY, ASST. ATTORNEY GENERAL

THE UNIVERSITY OF MICHIGAN OFFICE OF THE V P AND
GENERAL COUNSEL
503 THOMPSON STREET, ROOM 5048
ANN ARBOR, MI 48109
ATT: DEBRA A. KOWICH, ESQ.

THE VALLEY CADILLAC CORPORATION
3100 WINTON ROAD SOUTH
ROCHESTER, NY 14623
ATT: EDWARD T. MEAGHAR, JR., PRESIDENT

THOMPSON COBURN LLP
ONE U.S. BANK PLAZA, SUITE 2600
ST. LOUIS, MO 63101
ATTN: ROBERT H. BROWNLEE, ESQ.

TIPOTEX CHEVROLET, INC.
1600 N. EXPRESSWAY 77/83
BROWNSVILLE, TX 78521

TORRE, LENTZ, GAMELL, GARY & RITTMASTER, LLP
100 JERICHO QUADRANGLE, SUITE 309
JERICHO, NY 11753
ATT: MARK S. GAMELL, ESQ.

TORRES EDWARD ZUNIGA
BERMUDEZ, GENOVEVA
C/O COHEN & ASSOCIATES
SCOTTSDALE, AZ 85255

TORYS LLP
237 PARK AVENUE
NEW YORK, NY 10017
ATT: ALISON D. BAUER & TIMOTHY B. MARTIN, ESQS

TOYOTA BOSHOKU AMERICA, INC.
28000 WEST PARK DRIVE
NOVI, MI 48377

TOYOTA MOTOR SALES U.S.A, INC.
19001 SOUTH WESTERN AVE, HQ12
TORRANCE, CA 90509
ATT: TOBIN LIPPERT

TRENK DIPASQUALE WEBSTER DELLA FERA & SODONA, P.C.
347 MT. PLEASANT AVENUE, SUITE 300
WEST ORANGE, NJ 07052
ATT: SAM DELLA FERA, JR., ESQ.

TROUTMAN SANDERS LLP
AND TRANSPORT SUPPORT LLC
405 LEXINGTON AVENUE
NEW YORK, NY 10174
ATT: BRETT D. GOODMAN, ESQ., THE CHRYSLER BUILDING

TROUTMAN SANDERS LLP
AND TRANSPORT SUPPORT LLC
600 PEACHTREE STREET, NE SUITE 5200
ATLANTA, GA 30308
ATT: JEFFREY W. KELLEY, ESQ.

TRW AUTOMOTIVE U.S. LLC
12001 TECH CENTER DRIVE
LIVONIA, MI 48150

U.S. TREASURY
1500 PENNSYLVANIA AVENUE NW
ROOM 2312
WASHINGTON, DC 20220
ATTN:  JOSEPH SAMARIAS, ESQ.

UNDERWOOD & ASSOCIATES, P.C.
167 S. WASHINGTON ST.
OXFORD, MI 48371
ATT: OTIS M. UNDERWOOD JR.

UNION PACIFIC RAILROAD COMPANY
1400 DOUGLAS STREET, STOP 1580
OMAHA, NE 68179
ATTN: MARY ANN KILGORE, ESQ.

UNITED STATES ATTORNEY
FOR THE SOUTHERN DISTRICT OF NEW YORK
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY 10007
ATTN: NATALIE KUEHLER, ESQ., AND DAVID S. JONES, ESQS.

UNITED STATES ATTORNEY'S OFFICE
ONE ST. ANDREWS PLAZA
NEW YORK, NY 10007
ATTN: CLAIMS UNIT - ROOM 417

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
THE HONORABLE ROBERT E GERBER
NEW YORK, NY 10004

UNITED STATES DEPT. OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530
ATTN: ANTI-TRUST DIVISION

UNITED STATES DEPT. OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530
ATTN: ERIC H. HOLDER, JR., ATTORNEY GENERAL

UNITED STEELWORKERS
FIVE GATEWAY CENTER, SUITE 807
PITTSBURGH, PA 15222
ATT: DAVID R. JURY, ESQ.

VEDDER PRICE
1633 BROADWAY
47TH FLOOR
NEW YORK, NY 10019
MICHAEL EDELMAN, ESQ.

VEDDER PRICE P.C.
1633 BROADWAY, 47TH FLOOR
NEW YORK, NY 10019
ATT: MICHAEL EDELMAN, MICHAEL SCHEIN

VENABLE LLP
8010 TOWERS CRESCENT DRIVE, SUITE 300
VIENNA, VA 22182
ATTN: LAWRENCE A. KATZ, ESQ.

VINSON & ELKINS L.L.P.
666 FIFTH AVENUE, 26TH FLOOR
NEW YORK, NY 10103
ATT: RONALD L. ORAN, ESQ.

VORYS, SATER, SEYMOUR AND PEASE LLP
52 EAST GAY STREET
COLUMBUS, OH 43215
ATTN: TIFFANY STRELOW COBB, ESQ.

WARNER NORCROSS & JUDD LLP
900 FIFTH THIRD CENTER
111 LYON STREET, NW
GRAND RAPIDS, MI 49503
ATT: GORDON J. TOERING, ESQ.

WARNER NORCROSS & JUDD LLP
2000 TOWN CENTER, SUITE 2700
SOUTHFIELD, MI 48075
ATT: MICHAEL G. CRUSE

WARNER NORCROSS & JUDD LLP
900 FIFTH THIRD CENTER
111 LYON STREET, NW
GRAND RAPIDS, MI 49503
ATTN: STEPHEN B. GROW, ESQ.

WARREN, DRUGAN & BARROWS, P.C.
800 BROADWAY
SAN ANTONIO, TX 78215
ATT: ROBERT L. BARROW, ESQ.

WASHINGTON DEPARTMENT OF REVENUE
C/O ZACHARY MOSNER, ASST. ATTY GENERAL
800 FIFTH AVENUE, SUITE 2000
SEATTLE, WA 98104

WEIL, GOTSHAL & MANGES LLP
767 FIFTH AVE
NEW YORK, NY 10153
ATTN: HARVEY R. MILLER, ESQ.

WEIL, GOTSHAL & MANGES LLP
767 FIFTH AVE
NEW YORK, NY 10153
ATTN: JOSEPH H. SMOLINSKY, ESQ.

WEIL, GOTSHAL & MANGES LLP
767 FIFTH AVE
NEW YORK, NY 10153
ATTN: STEPHEN KAROTKIN, ESQ.

WHITE AND WILLIAMS LLP
ONE PENN PLAZA, SUITE 4110
NEW YORK, NY 10119
ATTN: KAREL S. KARPE, ESQ.

WILDMAN, HARROLD, ALLEN & DIXON
DIGITAS, INC., PUBLICIS GROUPE OPERATING DIV, LLC, ET AL
225 WEST WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606
ATT: MICHAEL DOCKTERMAN, JONATHAN YOUNG, RENE FRIEDMAN

WILENTZ, GOLDMAN & SPITZER, P.A.
90 WOODBRIDGE CENTER DRIVE
SUITE 900, BOX 10
WOODBRIDGE, NJ 07095
ATT: DEIRDRE WOULFE PACHECO, ESQ.

WILENTZ, GOLDMAN & SPITZER, P.A.
90 WOODBRIDGE CENTER DRIVE
SUITE 900, BOX 10
WOODBRIDGE, NJ 07095
ATT: LETITIA ACCARRINO, ESQ.

WILLIAM T. GREEN, III, P.C.
11 GREENWAY PLAZA, SUITE 2820
HOUSTON, TX 77046
ATT: WILLIAM T. GREEN III, ESQ.

WILMER CUTLER PICKERING HALE AND DORR LLP
60 STATE STREET
BOSTON, MA 02109
ATT: DENNIS L. JENKINS, ESQ.

WILMER CUTLER PICKERING HALE AND DORR LLP
399 PARK AVENUE
NEW YORK, NY 10022
ATT: PHILIP D. ANKER & MELANIE J. DRITZ, ESQS

WINSTON & STRAWN LLP
200 PARK AVENUE
NEW YORK, NY 10166
ATTN: CAREY D. SCHREIBER, ESQ.

WINSTON & STRAWN LLP
35 WEST WACKER DRIVE
CHICAGO, IL 60601
ATTN: MATTHEW J. BOTICA & MINDY D. COHN & CAREY D.
SCHREIBER

WINSTON & STRAWN LLP
200 PARK AVENUE
NEW YORK, NY 10166
ATTN: STEVEN M. SCHWARTZ

WM. DAVID COFFEY & ASSOCIATES
13810 FM 1826
AUSTIN, TX 78737
ATT: WM. DAVID COFFEY, III & MARTIN ALANIZ

WOLFSON BOLTON PLLC
3150 LIVERNOIS RD., SUITE 275
TROY, MI 48083
ATT: SCOTT A. WOLFSON, ESQ.

WYLY-ROMMEL, PLLC
2311 MOORES LANE
TEXARKANA, TX 75503
ATT: JIM WYLY

ZEICHNER ELLMAN & KRAUSE LLP
575 LEXINGTON AVENUE
NEW YORK, NY 10022
ATT: STUART A. KRAUSE & BRYAN D. LEINBACH, ESQS