PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.
ATTORNEYS AT LAW
P O BOX 9132
AMARILLO, TEXAS 79105
(806) 359-3188 FAX: (806) 359-5126

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | § § | |
| MOTORS LIQUIDATION COMPANY, et al., fka General Motors Corp., et al. | § § § § | Case No. 09-50026<br><br>Chapter 11 |
| Debtor/s | § § | |

CLAIM WITHDRAWAL

COMES NOW, Claimant, **HUTCHINSON COUNTY APPRAISAL DISTRICT**, in the above entitled Bankruptcy case, by and through their attorney, D'Layne Peeples of Perdue, Brandon, Fielder, Collins & Mott, L.L.P., do hereby withdrawal their claim due to payment in full of the claim. Our claim is to be withdrawn as follows:

| Claim Type & Claim No. | Claimant | Date Filed | Amount |
|---|---|---|---|
| SECURED #831 | Hutchinson County Appraisal District | 7-23-2009 | $31.36 |

Respectfully submitted,

PERDUE BRANDON FIELDER
COLLINS & MOTT, L.L.P.
P O Box 9132
Amarillo, Texas 79105
(806) 359-3188 FAX: (806) 359-5126
Email: dpeeples@pbfcm.com

By: _____
D'Layne Peeples
State Bar #00792988

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Withdrawal of Claim was sent via First Class U.S. Mail to the following person on the 10th day of June, 2010:

By: _____
D'Layne Peeples



United States Trustee
33 Whitehall St.
21st Floor
New York, NY 10004

Brian Shoichi Masumoto
Office of the United States Trustee
33 Whitehall St.
21st Floor
New York, NY 10004

Andrew D. Velez-Rivera
Office of the United States Trustee
33 Whitehall St.
21st Floor
New York, NY 10004

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Ave.
New York, NY 10153