PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.
ATTORNEYS AT LAW
P O BOX 9132
AMARILLO, TEXAS 79105
(806) 359-3188 FAX: (806) 359-5126

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE:                                          §
                                                §
MOTORS LIQUIDATION COMPANY, et al.,             §    Case No. 09-50026
fka General Motors Corp., et al.                §
                                                §    Chapter 11
                                                §
        Debtor/s                                §

## CLAIM WITHDRAWAL

COMES NOW, Claimant, **WHEELER COUNTY**, in the above entitled Bankruptcy case, by and through their attorney, D'Layne Peeples of Perdue, Brandon, Fielder, Collins & Mott, L.L.P., do hereby withdrawal their claim due to payment in full of the claim. Our claim is to be withdrawn as follows:

| Claim Type & Claim No. | Claimant | Date Filed | Amount |
| --- | --- | --- | --- |
| SECURED #563 | Wheeler County | 7-26-2009 | $5.43 |

Respectfully submitted,

PERDUE BRANDON FIELDER
COLLINS & MOTT, L.L.P.
P O Box 9132
Amarillo, Texas 79105
(806) 359-3188 FAX: (806) 359-5126
Email: dpeeples@pbfcm.com

By: _____
D'Layne Peeples
State Bar #00792988

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Withdrawal of Claim was sent via First Class U.S. Mail to the following person on the 10th day of June, 2010:

By: /s/ D'Layne Peeples
D'Layne Peeples

United States Trustee
33 Whitehall St.
21st Floor
New York, NY  10004

Brian Shoichi Masumoto
Office of the United States Trustee
33 Whitehall St.
21st Floor
New York, NY  10004



Andrew D. Velez-Rivera
Office of the United States Trustee
33 Whitehall St.
21st Floor
New York, NY  10004

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Ave.
New York, NY  10153