**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
: 
In re:                                                    :    Chapter 11
:
MOTORS LIQUIDATION COMPANY, *et al.*,    :    Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.,*        :
:    (Jointly Administered)
                    Debtors.    :
:
---------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                               ) SS.:
COUNTY OF NEW YORK )

        CHARMAINE THOMAS, being duly sworn, deposes and says:

        I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Milbank, Tweed, Hadley & M$^{c}$Cloy LLP, counsel for Wells Fargo Northwest, National Association, solely in its capacity as Indenture Trustees under the GM 2001A leveraged lease transaction, respectively, in the above-captioned cases.

        On the 14th of June, 2010, I caused a copy of the following document:

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NOS. 66690 AND 66691 FILED BY WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, AND PROOF OF CLAIM NO. 66689 FILED BY MANUFACTURERS AND TRADERS TRUST COMPANY, AS INDENTURE TRUSTEE**
[Docket No. 5996]

to be served by electronic mail upon the parties identified on Exhibit A attached hereto, to be served by United States Postal Service for delivery by first class mail to the parties identified on Exhibit B attached hereto, and to be served by facsimile upon the parties identified on Exhibit C attached hereto.

                                                /s/ Charmaine Thomas
                                                CHARMAINE THOMAS

SWORN TO AND SUBSCRIBED before me this 16th day of June, 2009.

/s/ Jacqueline Brewster
Jacqueline Brewster
Notary Public, State of New York
No. 03BR6093249
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires June 2, 2011

# EXHIBIT A

arbrown@mmm.com; david.boyle@airgas.com; dfish@allardfishpc.com; Elizabeth.Spangler@arcadis-us.com; dowd.mary@arentfox.com; dgoing@armstrongteasdale.com; 1jg5786@att.com; leslie.levy@nebraska.gov; victoria.garry@ohioattorneygeneral.gov; bk-kwalsh@oag.state.tx.us; neal.mann@oag.state.ny.us; jhutchinson@bakerlaw.com; egoodman@bakerlaw.com; wgibson@bakerlaw.com; mmoseley@bakerdonelson.com; jgregg@btlaw.com; rcpottinger@bslbv.com; CSALOMON@BECKERGLYNN.COM; patrick@bbslaw.com; tom@bbslaw.com; jonathan.alter@bingham.com; mrichards@blankrome.com; JRumley@bcbsm.com; mbakst@bodmanllp.com; renee.dailey@bgllp.com; bankruptcy.asbpo.asbdom@braytonlaw.com; hall@bwst-law.com; rbrown@brownwhalen.com; JKim@burkelaw.com; Gring@Burkelaw.com; ccarson@burr.com; jkimble@burr.com; sidorsky@butzel.com; fishere@butzel.com; seidel@butzel.com; sidorsky@butzel.com; fishere@butzel.com; john.rapisardi@cwt.com; douglas.mintz@cwt.com; peter.friedman@cwt.com; zachary.smith@cwt.com; rweinstein@cusa.canon.com; pvnl@capdale.com; rer@capdale.com; tws@capdale.com; ei@capdale.com; rct@capdale.com; brcy@carsonfischer.com; brcy@carsonfischer.com; alan@chapellassociates.com; ccahill@clarkhill.com; soneal@cgsh.com; BSUSKO@CGSH.COM; DGOTTLIEB@CGSH.COM; goldberg@cwg11.com; pretekin@coollaw.com; mbaxter@cov.com; jcarberry@d-law.com; donald.bernstein@dpw.com; rmeth@daypitney.com; msteen@daypitney.com; rmeth@daypitney.com; msteen@daypitney.com; hryder@daypitney.com; rfhahn@debevoise.com; shmuel.vasser@dechert.com; juliet.sarkessian@dechert.com; dmertz@state.pa.us; mchammer3@dickinsonwright.com; kewald@dickinsonwright.com; dyitzchaki@dickinsonwright.com; karol.denniston@dlapiper.com; jennifer.nassiri@dlapiper.com; kristin.going@dbr.com; jwhitlock@eapdlaw.com; george.sanderson@elliswinters.com; druhlandt@ermanteicher.com; eerman@ermanteicher.com; mkogan@ecjlaw.com; pjazayeri@ecjlaw.com; ppascuzzi@flwplaw.com; jmurch@foley.com; jlee@foley.com; shilfinger@foley.com; jsimon@foley.com; kcatanese@foley.com; shilfinger@foley.com; fdicastri@foley.com; jsimon@foley.com; sseabolt@foley.com; vavilaplana@foley.com; mriopelle@foley.com; fstevens@foxrothschild.com; ahammer@freebornpeters.com; tfawkes@freebornpeters.com; bguy@fbtlaw.com; mkroplin@fbtlaw.com; lstrubeck@fulbright.com; lboydston@fulbright.com; drosenzweig@fulbright.com; mhaut@fulbright.com; lawrence.s.buonomo@gm.com; dcrapo@gibbonslaw.com; mjwilliams@gibsondunn.com; Glenn.Reisman@ge.com; jberlage@ghsllp.com; jflaxer@golenbock.com; dfurth@golenbock.com; drosner@goulstonstorrs.com; Zirinskyb@gtlaw.com; Mitchelln@gtlaw.com; Kadisha@gtlaw.com; ldpowar@hahnlaw.com; dademarco@hahnlaw.com; 1info@harmanbecker.de; patrick.hughes@haynesboone.com; peter.ruggero@haynesboone.com; judith.elkin@haynesboone.com; bshort@hsblawfirm.com; ecurrenti@hess.com; amy.chipperson@hp.com; skatzoff@hblaw.com; sagolden@hhlaw.com; bjgrieco@hhlaw.com; tsherick@honigman.com; jrhunter@hunterschank.com; anne.boudreau@ic.gc.ca; memberservices@iuawfcu.com; nganatra@uaw.net; jlsaffer@jlsaffer.com; ptrostle@jenner.com; jboyles@jhvgglaw.com;

jeff.rich@klgates.com; eric.moser@klgates.com; jstitt@kmklaw.com; KDWBankruptcyDepartment@kelleydrye.com; tmurray@kjmlabor.com; 6jed@krwlaw.com; ecf@kaalaw.com; jwe@kjk.com; acaton@kramerlevin.com; tmayer@kramerlevin.com; rschmidt@kramerlevin.com; lmacksoud@kramerlevin.com; jsharret@kramerlevin.com; scook@lambertleser.com; Robert.Rosenberg@lw.com; Adam.Goldberg@lw.com; sheehan@txschoollaw.com; michael.hastings@ledairryan.com; michael.conway@ledairryan.com; klewis@lewispllc.com; austin.bankruptcy@publicans.com; tmcfadden@lockelord.com; metkin@lowenstein.com; steele@lowenstein.com; ilevee@lowenstein.com; khk@maddinhauser.com; smatta@mattablair.com; cstanziale@mccarter.com; rrk@mccarthylebit.com; mreed@mvbalaw.com; sveselka@mvbalaw.com; gbragg@mvbalaw.com; jmayes@mckennalong.com; lamme@mltw.com; hkolko@msek.com; elobello@msek.com; msholmes@cowgillholmes.com; funds@michigan.gov; Barr, Matthew; Lomazow, Tyson; Khalil, Samuel; ecfsarbt@millerjohnson.com; robbins@millercanfield.com; fusco@millercanfield.com; sdnyecf@dor.mo.gov; hbeltzer@morganlewis.com; eliu@morganlewis.com; RTODER@MORGANLEWIS.COM; bankruptcy@morrisoncohen.com; TStenger@alixpartners.com; CMcManus@muchshelist.com; mkoks@munsch.com; nwbernstein@nwbllc.com; Gkelly@narmco.com; peter.haley@nelsonmullins.com; Susan.Taylor@oag.state.ny.us; lnfo@AndrewCuomo.com; MJR1@westchestergov.com; RFRANKEL@ORRICK.COM; crogers@orrick.com; rwyron@orrick.com; rlawrence@orrick.com; tsandler@osler.com; OSHR-GM-bk@oshr.com; AROSENBERG@PAULWEISS.COM; akornberg@paulweiss.com; rzubaty@paulweiss.com; ipohl@paulweiss.com; arosenberg@paulweiss.com; bhermann@paulweiss.com; mphillips@paulweiss.com; maricco.michael@pbgc.gov; toolee@pepperlaw.com; caseyl@pepperlaw.com; kayesd@pepperlaw.com; nogglel@pepperlaw.com; joy.e.tanner@altria.com; dlerner@plunkettcooney.com; jsmairo@pbnlaw.com; rmschechter@pbnlaw.com; sjg@previant.com; rpatel@pronskepatel.com; Faye.Feinstein@quarles.com; Christopher.Combest@quarles.com; rrm_narumanchi@hotmail.com; Lee_Cooper@raytheon.com; eschaffer@reedsmith.com; tlzabel@rhoadesmckee.com; richardnotice@rwmaplc.com; jshickich@riddellwilliams.com; akress@riker.com; judith.adler@us.bosch.com; rpm@robinsonbrog.com; kstrickland@rmkb.com; jhampton@saul.com; tcurrier@saul.com; bdeutsch@schnader.com; david.karp@srz.com; adam.harris@srz.com; dlin@seyburn.com; bshaw100@shawgussis.com; etillinghast@sheppardmullin.com; mcademartori@sheppardmullin.com; bwolfe@sheppardmullin.com; kkansa@sidley.com; ARosen@SilvermanAcampora.com; DMACK@STBLAW.COM; jack.butler@skadden.com; nboehler@cbmlaw.com; cmeyer@ssd.com; ccaldwell@starkreagan.com; JSTEMBER@STEMBERFEINSTEIN.COM; EDOYLE@STEMBERFEINSTEIN.COM; sgoll@sbpldaw.com; nashvillebankruptcyfilings@stites.com; streusand@streusandlandon.com; brousseau@sbep-law.com; esserman@sbep-law.com; hartwick@sbep-law.com; d'apice@sbep-law.com; newton@sbep-law.com; dselwocki@swappc.com; marvin.clements@ag.tn.gov; djr@thecreditorslawgroup.com; casey.roy@oag.state.tx.us; dkowich@umich.edu; rbrownlee@thompsoncoburn.com; mgamell@tlggr.com; sdellafera@trenklawfirm.com; jeffrey.kelley@troutmansanders.com; JOSEPH.SAMARIAS@DO.TREAS.GOV; david.jones6@usdoj.gov;

jeffrey.oestericher@usdoj.gov; joseph.cordaro@usdoj.gov; natalie.kuehler@usdoj.gov; antitrust.atr@usdoj.gov; MJEDELMAN@VEDDERPRICE.COM; lakatz@venable.com; tscobb@vorys.com; sgrow@wnj.com; rbarrows@wdblaw.com; rbarrows800@gmail.com; HARVEY.MILLER@WEIL.COM; JOSEPH.SMOLINSKY@WEIL.COM; dockterman@wildman.com; young@wildman.com; dpacheco@wilentz.com; philip.anker@wilmerhale.com; melanie.dritz@wilmerhale.com; mbotica@winston.com; mcohn@winston.com; cschreiber@winston.com; swolfson@wolfsonbolton.com; skrause@zeklaw.com; bleinbach@zeklaw.com; blc@ashrlaw.com; cbasler@alixpartners.com; cwoodruff-neer@alpine-usa.com; sullivan.james@arentfox.com; giaimo.christopher@arentfox.com; rothleder.jeffrey@arentfox.com; campbell.andrea@arentfox.com; dladdin@agg.com; frank.white@agg.com; hwangr@michigan.gov; bk-mbrowning@oag.state.tx.us; raterinkd@michigan.gov; przekopshaws@michigan.gov; wgibson@bakerlaw.com; rbernard@bakerlaw.com; summersm@ballardspahr.com; mark.owens@btlaw.com; ffm@bostonbusinesslaw.com; aspector@bergersingerman.com; robert.dombroff@bingham.com; jeffrey.sabin@bingham.com; jared.clark@bingham.com; anna.boelitz@bingham.com; Kelbon@blankrome.com; cdarke@bodmanllp.com; borgeslawfirm@aol.com; bwilliam@gklaw.com; JMcDonald@Briggs.com; wilkins@bwst-law.com; schristianson@buchalter.com; Peter.Lee@bnsf.com; paige@bsplaw.com; radom@butzel.com; newman@butzel.com; cbblac@acxiom.com; rfiga@comlawone.com; ei@capdale.com; kcm@capdale.com; tws@capdale.com; brcy@carsonfischer.com; mweinczok@casselsbrock.com; rgordon@clarkhill.com; jbromley@cgsh.com; dbuell@cgsh.com; RLINCER@CGSH.COM; bceccotti@cwsny.com; sfalanga@connellfoley.com; chemrick@connellfoley.com; belkys.escobar@loudoun.gov; sjohnston@cov.com; lisa.wurster@dana.com; gm@dmms.com; adoshi@daypitney.com; hryder@daypitney.com; info@dealertire.com; jpowers@debevoise.com; james.moore@dechert.com; CONTACT-OCFO@DOL.GOV; jplemmons2@dickinsonwright.com; dcopley@dickinsonwright.com; csweeney@dickinsonwright.com; gdiconza@dlawpc.com; stephanie.wickouski@dbr.com; Kristin.Going@dbr.com; ayala.hassell@hp.com; rxza@elliottgreenleaf.com; tak@elliottgreenleaf.com; akatz@entergy.com; deisenberg@ermanteicher.com; 04ngoteiner@fbm.com; sbarbatano@foley.com; maiello@foley.com; sbarbatano@foley.com; shilfinger@foley.com; sbarbatano@foley.com; jsimon@foley.com; kcatanese@foley.com; fdicastri@foley.com; rhuey@foley.com; klynch@formanlaw.com; gwallace@fraserlawfirm.com; rgreenberg@dclawfirm.com; drosenzweig@fulbright.com; jrabin@fulbright.com; mparker@fulbright.com; lboydston@fulbright.com; prachmuth@gerstensavage.com; dfeldman@gibsondunn.com; dcg@girardgibbs.com; ajd@girardgibbs.com; tnixon@gklaw.com; candres@gklaw.com; kstadler@gklaw.com; bhoover@goldbergsegalla.com; cbelter@goldbergsegalla.com; bmehlsack@gkllaw.com; gkaden@goulstonstorrs.com; jdivack@hahnhessen.com; hpatwardhan@hahnhessen.com; cbattaglia@halperinlaw.net; jdyas@halperinlaw.net; jonathan.hook@haynesboone.com; charles.beckham@haynesboone.com; brooks.hamilton@haynesboone.com; matthew.russell@haynesboone.com; sselbst@herrick.com; prubin@herrick.com; Ramona.neal@hp.com; tcurran@haslaw.com; skatzoff@hblaw.com; rweiss@honigman.com; jsgroi@honigman.com; tomschank@hunterschank.com; rgriffin@iuoe.org; mneier@ibolaw.com;

rkruger@jaffelaw.com; dmurray@jenner.com; mam@johnstonbarton.com; rsmolev@kayescholer.com; twilson@kelley-ferraro.com; KDWBankruptcyDepartment@kelleydrye.com; sjennik@kjmlabor.com; pwh@krwlaw.com; MBranzburg@klehr.com; fberg@kotzsangster.com; jmacyda@kotzsangster.com; dmb@kompc.com; psm@kompc.com; mws@kompc.com; abruski@lambertleser.com; gabriel.delvirginia@verizon.net; larrykraines@gmail.com; shepner@lrbpc.com; rbarbur@lrbpc.com; rstroup@lrbpc.com; dallas.bankruptcy@publicans.com; houston_bankruptcy@publicans.com; kwalsh@lockelord.com; metkin@lowenstein.com; steele@lowenstein.com; ilevee@lowenstein.com; msl@maddinhauser.com; dhartheimer@mazzeosong.com; jtesta@mccarter.com; kab@mccarthylebit.com; cgraham@mckennalong.com; cdorkey@mckennalong.com; privitera@mltw.com; elobello@msek.com; gardinerk@michigan.gov; gillcr@michigan.gov; wcacinfo@michigan.gov; ecfwolfordr@millerjohnson.com; hutchinson@millercanfield.com; swansonm@millercanfield.com; pricotta@mintz.com; nramsey@mmwr.com; joneil@mmwr.com; rmauceri@morganlewis.com; AGOTTFRIED@MORGANLEWIS.COM; jgilbert@motleyrice.com; jrice@motleyrice.com; jbaden@motleyrice.com; lawrence.s.buonomo@gm.com; rurbanik@munsch.com; rsox@dealerlawyer.com; dbrody@borahgoldstein.com; george.cauthen@nelsonmullins.com; cameron.currie@nelsonmullins.com; Maureen.Leary@oag.state.ny.us; cmomjian@attorneygeneral.gov; lucas.ward@ohioattorneygeneral.gov; Michelle.sutter@ohioattorneygeneral.gov; RWYRON@ORRICK.COM; jansbro@orrick.com; crogers@orrick.com; email@orumroth.com; DWALLEN@OSHR.COM; JHELFAT@OSHR.COM; SSOLL@OSHR.COM; chipford@parkerpoe.com; harveystrickon@paulhastings.com; akornberg@paulweiss.com; jkoevary@paulweiss.com; sshimshak@paulweiss.com; pweintraub@paulweiss.com; jaffeh@pepperlaw.com; carignanj@pepperlaw.com; nogglel@pepperlaw.com; ebcalvo@pbfcm.com; tsadutto@platzerlaw.com; DBernstein@plunkettcooney.com; MFIeming@plunkettcooney.com; dbaldwin@potteranderson.com; tbrown-edwards@potteranderson.com; rmcneill@potteranderson.com; fp@previant.com; srutsky@proskauer.com; aberkowitz@proskauer.com; jrabinowitz@rltlawfirm.com; stingey@rqn.com; kgwynne@reedsmith.com; cfelicetta@reidandriege.com; rmallenski@aol.com; mfriedman@rkollp.com; ksambur@rkollp.com; akress@riker.com; rkchevysales@rkautogroup.net; rsmith@cniinc.cc; aleffert@rwolaw.com; cbelmonte@ssbb.com; pbosswick@ssbb.com; aisenberg@saul.com; rheilman@schaferandweiner.com; glee@schaferandweiner.com; bbressler@schnader.com; mschonfeld@gibsondunn.com; dlin@seyburn.com; fsosnick@shearman.com; jfrizzley@shearman.com; achaykin@shinnfuamerica.com; avery@silvermanmorris.com; PPANTALEO@STBLAW.COM; levick@singerlevick.com; mshriro@singerlevick.com; kayalyn.marafioti@skadden.com; nboehler@cbmlaw.com; tcornell@stahlcowen.com; wpayne@stemberfeinstein.com; EFEINSTEIN@STEMBERFEINSTEIN.COM; shgross5@yahoo.com; cbullock@sbplclaw.com; bmeldrum@stites.com; brousseau@sbep-law.com; esserman@sbep-law.com; hartwick@sbep-law.com; d'apice@sbep-law.com; newton@sbep-law.com; rhiersteiner@sandw.com; jdarcey@sandw.com; azuccarello@sandw.com; jgroves@sandw.com; cbodell@sandw.com;

jteitelbaum@tblawllp.com; lischen@tcwtgn.com;
KENNETH_FREDA@GARDENCITYGROUP.COM; jesse@tipotexchevrolet.com;
abauer@torys.com; tmartin@torys.com;
BRETT.GOODMAN@TROUTMANSANDERS.COM; paula.christ@trw.com;
mkilgore@up.com; askDOJ@usdoj.gov; djury@usw.org; MJEdelman@vedderprice.com;
MSchein@vedderprice.com; roran@velaw.com; gtoering@wnj.com; crusemg@wnj.com;
zacharym@atg.wa.gov; STEPHEN.KAROTKIN@WEIL.COM;
karpek@whiteandwilliams.com; laccarrino@wilentz.com; uncbill@msn.com;
dennis.jenkins@wilmerhale.com; sschwartz@winston.com; wdcoffeylaw@yahoo.com;
jwyly@wylyrommel.com

**EXHIBIT B**

WEIL, GOTSHAL & MANGES LLP
767 FIFTH AVENUE
NEW YORK, NEW YORK 10153
(ATTN: HARVEY R. MILLER, ESQ., STEPHEN KAROTKIN, ESQ., AND JOSEPH H. SMOLINSKY, ESQ.)

DEBTORS, C/O MOTORS LIQUIDATION COMPANY
300 RENAISSANCE CENTER
DETROIT, MICHIGAN 48265
(ATTN: TED STENGER)

GENERAL MOTORS COMPANY
300 RENAISSANCE CENTER
DETROIT, MICHIGAN 48265
(ATTN: LAWRENCE S. BUONOMO, ESQ.)

CADWALADER, WICKERSHAM & TAFT LLP
ONE WORLD FINANCIAL CENTER
NEW YORK, NEW YORK 10281
(ATTN: JOHN J. RAPISARDI, ESQ.)

UNITED STATES DEPARTMENT OF THE TREASURY
1500 PENNSYLVANIA AVENUE NW
ROOM 2312
WASHINGTON, D.C. 20220
(ATTN: MATTHEW FELDMAN, ESQ.)

VEDDER PRICE, P.C.
1633 BROADWAY, 47TH FLOOR
NEW YORK, NEW YORK 10019
(ATTN: MICHAEL J. EDELMAN, ESQ. AND MICHAEL L. SCHEIN, ESQ.)

KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
(ATTN: KENNETH H. ECKSTEIN, ESQ., THOMAS MOERS MAYER, ESQ., ADAM C. ROGOFF, ESQ., AND GORDON Z. NOVOD, ESQ.

OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NEW YORK 10004
ATTN: DIANA G. ADAMS, ESQ.

U.S. ATTORNEY'S OFFICE, S.D.N.Y.
86 CHAMBERS STREET, THIRD FLOOR
NEW YORK, NEW YORK 10007
(ATTN: DAVID S. JONES, ESQ. AND NATALIE KUEHLER, ESQ.)

CAPLIN & DRYSDALE
375 PARK AVENUE, 35TH FLOOR, NEW
YORK, NEW YORK 10152-3500
(ATTN: ELIHU INSELBUCH, ESQ. AND RITA C. TOBIN, ESQ.)

STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, PC
2323 BRYAN STREET, SUITE 2200
DALLAS, TEXAS 7520
(ATTN: SANDER L. ESSERMAN, ESQ. AND ROBERT T. BROUSSEAU)

ADRIAN ENVIRONMENTAL MANAGEMENT, INC.
C/O KENNETH RICHARDS
7533 WILLOW CREEK DRIVE
CANTON MI 48187

AIMS/LATHROP & GAGE LC
2345 GRAND BLVD.
KANSAS CITY MO 64108

ARCADIS BBL
10559 CITATION DRIVE
SUITE 100
BRIGHTON MI 48118

ARCADIS GERAGHTY & MILLER,
ATTN: CHRIS PETERS
10559 CITATION DRIVE
SUITE 100
BRIGHTON MI 48118

CHARTER TOWNSHIP OF FLINT
ATTN: SANDRA S WRIGHT
1490 S. DYE ROAD
FLINT MI 48532

CHARTER TOWNSHIP OF GENESSEE
ATTN: TOM MANNOR, TREASURER
7244 N. GENESSE ROAD
P.O. BOX 215
GENESEE MI 48437

CITY OF SIOUX CITY

CITY TREASURER
P.O. BOX 447
SIOUX CITY IA 51102

CONESTOGA-ROVERS & ASSOC.
ATTN: BETH LANDALE
22055 NIAGARA FALLS BLVD.
SUITE #3
NIAGARA FALLS NY 14304

ENCORE ENVIRONMENTAL CONSORTIUM
ATTN: MARK QUILTER
P.O. BOX 66
6723 TOWPATH ROAD
SYRACUSE NY 13214-0066

FAVERO GEOSCIENCES
ATTN: DAVE FAVERO
1210 SOUTH 5TH STREET, SUITE 2
SPRINGFIELD IL 62703

AIMS/DYKEMA GOSSETT PLLC
10 SOUTH WACKER DRIVE
CHICAGO IL 60606

AIMS/STEPHENS & STEPHENS
410 MAIN STREET
BUFFALO NY 14202


ARCADIS BBL
ATTN: CHRIS PETERS
10559 CITATION DRIVE
SUITE 100
BRIGHTON MI 48118

BT2, INC.
ATTN: MARK HUBER
2830 DAIRY DRIVE
Madison, WI 53718-6751

CHARTER TOWNSHIP OF YPSILANTI
LARRY J. DOE, TREASURER
7200 S. HURON RIVER DR.
YPSILANTI MI 48197

CITY OF SAGINAW, TREASURER
1315 S. WASHINGTON AVE.
SAGINAW MI 48601

CLEAN HARBORS ENVIRONMENTAL SERVICES
P.O. BOX 3442
BOSTON MA 02241-3442

CONESTOGA-ROVERS & ASSOCIATES
22055 NIAGARA FALLS BLVD
SUITE #3
NIAGARA FALLS NY 14304

ENVIRON INTERNATIONAL CORPORATION
214 CARNEGIE STREET
PRINCETON NJ 08540

GENERAL OIL COMPANY, INC.
35796 VERONICA ST.
LIVONIA MI 48150

GLOBAL ENVIRONMENTAL ENGINEERING INC.
6140 HILL 23 DRIVE
SUITE 1
FLINT MI 48507

GROUNDWATER & ENVIRONMENTAL SERVICES, INC
440 CREAMERY WAY
SUITE 500
EXTON PA 19341-2577

HALEY & ALDRICH OF NEW YORK
200 TOWN CENTRE DRIVE, STE 2
ROCHESTER NY 14623-4264

IOWA DEPT OF NATIONAL RESOURCES
HAZARDOUS WASTE REMEDIAL FUND
502 E. 9TH STREET
DES MOINES IA 50319-0034

NOVA CONSULTANTS, INC
21580 NOVI ROAD
#300
NOVI MI 48375

ROYAL ENVIRONMENTAL, INC.

720 LEXINGTON AVENUE
P.O. BOX 15719
ROCHESTER NY 14615

THE BANK OF NEW YORK
FINANCIAL CONTROL BILLING DEPARTMENT
P.O. BOX 19445
NEWARK NJ 07195-0445

TOWN OF FRAMINGHAM
TAX COLLECTOR'S OFFICE
150 CONCORD ST
FRAMINGHAM MA 01702

WASTE MANAGEMENT
P.O. BOX 9001054
LOUISVILLE KY 40290-1054

YOUNG'S ENVIRONMENTAL CLEANUP, INC
G-5305 NORTH DORT HIGHWAY
FLINT MI 48505

GLOBAL ENVIRONMENTAL ENGINEERING, INC.
6140 HILL 23 DRIVE
STE 1
FLINT MI 48507

HALEY & ALDRICH DESIGN AND CONSTRUCTION
56 ROLAND STREET
BOSTON MA 02129-1400

HDR ENGINEERING
ATTN: DICK BELL
8404 INDIAN HILLS DRIVE
OMAHA NE 68114

J.A. LOMBARDO & ASSOCIATES
ATTN: JOSEPH A. LOMBARDO
445 S. LIVERNOIS - SUITE 202
ROCHESTER MI 48307

O'BRIEN & GERE ENGINEERS, INC.
ATTN: TERRY L. BROWN
5000 BRITTONFIELD PKWY
SYRACUSE NY 13057-9226

SEVENSON ENVIRONMENTAL SERVICES, INC.

2749 LOCKPORT ROAD
NIAGARA FALLS NY 14302

THE BARTECH GROUP
17199 NORTH LAUREL PARK DR.
SUITE 224
LIVONIA MI 48152

WASHTENAW COUNTY TREASURER
P.O. BOX 8645
200 N. MAIN ST
STE 200
ANN ARBOR MI 48107-8645

WDC EXPLORATION & WELLS
500 MAIN STREET
WOODLAND CA 95695

SETTLEMENT AGREEMENT IN SODERS V
GENERAL MOTORS CORPORATION AND RODANAST P C
ATTN: JOSEPH F RODA, ESQUIRE, RODANAST PC
801 ESTELLE DR
LANCASTER PA 17601

THE GIBSON LAW FIRM
ATTY FOR KAREN AND GEORGE KAIRIS
ATTN ROBERT T GIBSON
319 WEST FRONT STREET
MEDIA PA 19063-2340

## **EXHIBIT C**

ARENT FOX LLP
ATTY FOR HARMAN BECKER AUTOMOTIVE SYSTEMS, INC.
ATT: CHRISTOPHER GIAIMO, JEFFREY ROTHLEDER, ANDREA CAMPBELL,
1050 CONNECTICUT AVENUE, NW
WASHINGTON DC 20036
FAX: 202-857-6395

ERVIN COHEN & JESSUP LLP
ATTY FOR SALAS AUTOMOTIVE GROUP, INC. DBA POWAY CHEVROLET
ATTN: MICHAEL S. KOGAN & PETER JAZAYERI
9401 WILSHIRE BOULEVARD
BEVERLY HILLS CA 90212
FAX: 310-859-2325

OFFICE OF THE UNITED STATES TRUSTEE
DIANA G ADAMS
33 WHITEHALL STREET
21ST FLOOR
NEW YORK NY 10004
FAX: 212-668-2255