Hearing Date and Time: August 6, 2010 at 9:45 a.m.<br>
Objection Deadline:   June 18, 2010 at 4:00 p.m.<br>
Reply Deadline: July 12, 2010 at 4:00 p.m.<br>
Cross-Motion Reply Deadline: August 2, 2010 at 4:00 p.m.

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone:  (212) 594-5000
Facsimile:  (212) 752-5378
Albert Togut
Scott E. Ratner
Richard K. Milin

Attorneys for Debtors Motors
Liquidation Company *et al.*

BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, New York 10022
Telephone:  (212) 705-7000
Facsimile:  (212) 752-5378
Robert M. Dombroff
Jeffrey S. Sabin
Jared R. Clark

Attorneys for Deutsche Bank AG

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## STIPULATION

It is hereby stipulated and agreed, by and between the parties through their undersigned counsel, that the deadline for the objection of debtors Motors Liquidation Company, *et al.* (the "Debtors") to Deutsche Bank AG's Motion for Relief from Automatic Stay to Effect Setoff [the

"Motion," Docket No. 4529] shall be June 18, 2010 at 4:00 p.m., that the deadline for any reply to the Debtors' objection shall be July 12, 2010 at 4:00 p.m., and that the deadline for the Debtors' reply with respect to their cross-motion shall be August 2, 2010 at 4:00 p.m.  In addition, the deadline for any joinder in the Debtors' objection by the Official Committee of Unsecured Creditors for Motors Liquidation Company or its members shall be June 25, 2010 at 4:00 p.m.

Dated:  New York, New York
        June 16, 2010

        BINGHAM McCUTCHEN LLP

        By:  /s/Jared R. Clark
           Robert M. Dombroff
           Jeffrey S. Sabin
           Jared R. Clark
           399 Park Avenue
           New York, NY 10022
           (212) 705-7000

        Attorneys for Deutsche Bank AG

        TOGUT, SEGAL & SEGAL LLP

        By:  /s/Richard K. Milin
           Albert Togut
           Scott E. Ratner
           Richard K. Milin
           One Penn Plaza, Suite 3335
           New York, NY 10119
           (212) 594-5000

        Attorneys for Debtors Motors
        Liquidation Company *et al.*

**[Signatures continued on following page.]**

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: /s/Robert T. Schmidt
    Robert T. Schmidt
    1177 Avenue of the Americas
    New York, NY 10036
    (212) 715-9100

Attorneys for the Official Committee of Unsecured Creditors for Motors Liquidation Company

SO ORDERED

*s/ Robert E. Gerber   6/17/2010*

UNITED STATES BANKRUPTCY JUDGE