June 11, 2010

Re: In re Motors Liquidation Company, et al.
f/k/a General Motors Corporation, et al
Case No: 09-50026 (REG)

I Sheryl Y. Carter reside at 1541 LaSalle Ave # Niagara Falls, New York 14301. My numbers are (716) 282-3624 and (934) 302-8072.

Enclosed is copies of the documents that was mailed to me, requesting me to fill out an amount on claims numbers 14901, 7020 and 9072. I Sheryl Y. Carter filled out the documents, and placed an amount of ($5 million) $5,000,000.00 on each claims.

I Sheryl Y. Carter have several claims against Motors Liquidation Company and their affiliated Debtors in the courts system.

If you have any questions contact me at the above numbers.

Sincerely
Sheryl Y. Carter



```
046 32046941
$00.880
05/25/2010
Mailed From 75201
US POSTAGE
neopost
```

Motors Liquidation Company
2101 Cedar Springs Road, Suite 1100
Dallas, Texas 75201

SHARYL Y CARTER
1541 LASALLE AVE #1
NIAGRA FALLS, NY 14301

**VIA FIRST CLASS MAIL**

SHARYL Y CARTER
1541 LASALLE AVE #1
NIAGRA FALLS, NY 14301

Re:   In re Motors Liquidation Company, et al. (f/k/a/ General Motors Corporation, et al.) Case No.: 09-50026 (REG)

Dear Claimant,

Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors (collectively, "MLC") are in receipt of the following proof(s) of claim that you filed against MLC in an unspecified and unsecured amount:

Creditor Name

SHARYL Y CARTER

Claim Number(s):

9072

The purpose of this letter is to request that you provide MLC with a liquidated amount for your proof(s) of claim against MLC. If you do not provide us with a liquidated amount for your proof(s) of claim, MLC may be compelled to pursue liquidation of your proof(s) of claim in the Bankruptcy Court through an objection or other available procedures. If you wish to provide MLC with a liquidated amount for your proof(s) of claim, please fill out the enclosed Claim Liquidation Letter and return it to MLC at the address indicated in the top left hand corner of the letter no later than June 18, 2010. Please attach any relevant documentation to your Claim Liquidation Letter.

Upon receipt of your Claim Liquidation Letter, MLC will direct its claims agent to update the official claims register with the liquidated amount for the above-listed proof(s) of claim provided in the Claim Liquidation Letter. Please be informed that submission of a Claim Liquidation Letter will not result in allowance of your proof(s) of claim. MLC reserves all rights with regard to the above-listed proof(s) of claim, including the right to object to the liquidated amount included in the Claim Liquidation Letter.

Should you have any questions about this matter, please contact MLC at 1-800-414-9607 or by e-mail at claims@motorsliquidation.com.

Sincerely,
Motors Liquidation Company


Enclosure

**VIA EMAIL AND FIRST CLASS MAIL**

Motors Liquidation Company
Attn: Claims Team
2101 Cedar Springs Road
Suite 1100
Dallas, TX 75201
claims@motorsliquidation.com

Re:   In re Motors Liquidation Company, et al. ("Debtors"), Case No. 09-50026 (REG) –
      Claim Liquidation Letter

Dear Motors Liquidation Company,

By this letter, I hereby submit a liquidated amount for the following proof(s) of claim:

| **Proof(s) of Claim Number** | **Liquidated Amount (Unsecured)** |
|---|---|
| 9072 | $5,000,000.00 ($5 million) |

I understand and acknowledge that submission of this letter does not constitute allowance of the above-described proof(s) of claim, and that the Debtors reserve all rights with respect to these claims. I further acknowledge that upon receipt of this letter, the Debtors will direct their claims agent to update the official claims register with the liquidated amount provided in this letter for the corresponding proof(s) of claim listed above.

Very truly yours,

X _____

Print Name _____
Address  154 [illegible] Ave #1
City and State  Niagara Falls, New York 14301

Motors Liquidation Company
2101 Cedar Springs Road, Suite 1100
Dallas, Texas 75201

SHARYL Y CARTER
1541 LASALLE AVE #1
NIAGRA FALLS, NY 14301



neopost
$00.880
Mailed From 75201
05/25/2010
US POSTAGE

**VIA FIRST CLASS MAIL**

SHARYL Y CARTER
1541 LASALLE AVE #1
NIAGRA FALLS, NY 14301

Re: In re Motors Liquidation Company, et al. (f/k/a/ General Motors Corporation, et al.) Case No.: 09-50026 (REG)

Dear Claimant,

Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors (collectively, "MLC") are in receipt of the following proof(s) of claim that you filed against MLC in an unspecified and unsecured amount:

Creditor Name

SHARYL Y CARTER

Claim Number(s):

7020

The purpose of this letter is to request that you provide MLC with a liquidated amount for your proof(s) of claim against MLC. If you do not provide us with a liquidated amount for your proof(s) of claim, MLC may be compelled to pursue liquidation of your proof(s) of claim in the Bankruptcy Court through an objection or other available procedures. If you wish to provide MLC with a liquidated amount for your proof(s) of claim, please fill out the enclosed Claim Liquidation Letter and return it to MLC at the address indicated in the top left hand corner of the letter no later than June 18, 2010. Please attach any relevant documentation to your Claim Liquidation Letter.

Upon receipt of your Claim Liquidation Letter, MLC will direct its claims agent to update the official claims register with the liquidated amount for the above-listed proof(s) of claim provided in the Claim Liquidation Letter. Please be informed that submission of a Claim Liquidation Letter will not result in allowance of your proof(s) of claim. MLC reserves all rights with regard to the above-listed proof(s) of claim, including the right to object to the liquidated amount included in the Claim Liquidation Letter.

Should you have any questions about this matter, please contact MLC at 1-800-414-9607 or by e-mail at claims@motorsliquidation.com.

Sincerely,
Motors Liquidation Company

Enclosure

**VIA EMAIL AND FIRST CLASS MAIL**

Motors Liquidation Company
Attn: Claims Team
2101 Cedar Springs Road
Suite 1100
Dallas, TX 75201
claims@motorsliquidation.com

Re:   In re Motors Liquidation Company, et al. ("Debtors"), Case No. 09-50026 (REG) –
      Claim Liquidation Letter

Dear Motors Liquidation Company,

By this letter, I hereby submit a liquidated amount for the following proof(s) of claim:

**Proof(s) of Claim Number**      **Liquidated Amount (Unsecured)**
7020                              $5,000,000.00 ($5 million) SYC

I understand and acknowledge that submission of this letter does not constitute allowance of the above-described proof(s) of claim, and that the Debtors reserve all rights with respect to these claims. I further acknowledge that upon receipt of this letter, the Debtors will direct their claims agent to update the official claims register with the liquidated amount provided in this letter for the corresponding proof(s) of claim listed above.

Very truly yours,

x _[signature]_

Print Name      Sheryl Y. Carter
Address         1591 LaSalle Ave #1
City and State  Niagara Falls, New York 14301

$00.880
05/25/2010
Mailed from 75201
US POSTAGE

neopost

5/28/10

Motors Liquidation Company
2101 Cedar Springs Road, Suite 1100
Dallas, Texas 75201

**SHARYL Y CARTER**
**1541 LASALLE AVE #1**
**NIAGARA FALLS, NY 14301**

<u>VIA FIRST CLASS MAIL</u>

SHARYL Y CARTER
1541 LASALLE AVE #1
NIAGARA FALLS, NY 14301

Re:   In re Motors Liquidation Company, et al. (f/k/a/ General Motors Corporation, et al.) Case No.: 09-50026 (REG)

Dear Claimant,

Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors (collectively, "MLC") are in receipt of the following proof(s) of claim that you filed against MLC in an unspecified and unsecured amount:

Creditor Name

SHARYL Y CARTER

Claim Number(s):

14901

The purpose of this letter is to request that you provide MLC with a liquidated amount for your proof(s) of claim against MLC. If you do not provide us with a liquidated amount for your proof(s) of claim, MLC may be compelled to pursue liquidation of your proof(s) of claim in the Bankruptcy Court through an objection or other available procedures. If you wish to provide MLC with a liquidated amount for your proof(s) of claim, please fill out the enclosed Claim Liquidation Letter and return it to MLC at the address indicated in the top left hand corner of the letter no later than June 18, 2010. Please attach any relevant documentation to your Claim Liquidation Letter.

Upon receipt of your Claim Liquidation Letter, MLC will direct its claims agent to update the official claims register with the liquidated amount for the above-listed proof(s) of claim provided in the Claim Liquidation Letter. Please be informed that submission of a Claim Liquidation Letter will not result in allowance of your proof(s) of claim. MLC reserves all rights with regard to the above-listed proof(s) of claim, including the right to object to the liquidated amount included in the Claim Liquidation Letter.

Should you have any questions about this matter, please contact MLC at 1-800-414-9607 or by e-mail at claims@motorsliquidation.com.

Sincerely,
Motors Liquidation Company

Enclosure

**VIA EMAIL AND FIRST CLASS MAIL**

Motors Liquidation Company
Attn: Claims Team
2101 Cedar Springs Road
Suite 1100
Dallas, TX 75201
claims@motorsliquidation.com

  Re: In re Motors Liquidation Company, et al. ("Debtors"), Case No. 09-50026 (REG) –
     Claim Liquidation Letter

Dear Motors Liquidation Company,

By this letter, I hereby submit a liquidated amount for the following proof(s) of claim:

| **Proof(s) of Claim Number** | **Liquidated Amount (Unsecured)** |
|---|---|
| 14901 | ~~$5,000,000.00~~ ~~(5 million)~~ ($5 million) SLC |

I understand and acknowledge that submission of this letter does not constitute allowance of the above-described proof(s) of claim, and that the Debtors reserve all rights with respect to these claims. I further acknowledge that upon receipt of this letter, the Debtors will direct their claims agent to update the official claims register with the liquidated amount provided in this letter for the corresponding proof(s) of claim listed above.

Very truly yours,

X _Sheryl Z. Carter_ (signature)

Print Name: Sheryl Z. Carter
Address: 1274 LaSalle Ave #1
City and State: Niagara Falls, New York 14301

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7008 3230 0000 5111 1046
7008 3230 0000 5111 1046

Sent To: Honorable Robert E. Gerber
Street, Apt. No. or PO Box No.: United States Bankruptcy Ct - Southern District NY
One Bowling Green, Room 621
City, State, ZIP+4: New York, New York 10004

PS Form 3800, August 2006    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Honorable Robert E. Gerber
United States Bankruptcy Ct Southern District of New York
One Bowling Green Room 621
New York, New York 10004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Motors Liquidation Company
Street, Apt. No.; ATN: Claims Team
or PO Box No. 2101 Cedar Springs Rd, Suite 1100
City, State, ZIP+4 Dallas, Texas 75201

PS Form 3800, August 2006 — See Reverse for Instructions

7008 3230 0000 5111 1077
7008 3230 0000 5111 1077

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Motors Liquidation Company
ATN: Claims Team
2101 Cedar Springs Rd, Suite 1100
Dallas Texas 75201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540