

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | [X] Motors Liquidation Company, Case No. 09-50026 |
| --- | --- |
| | [ ] MLC of Harlem, Inc., Case No. 09-13558 |
| | [ ] MLCS, LLC, Case No. 09-50027 |
| | [ ] MLCS Distribution Corporation, Case No. 09-50028 |
| | [ ] Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | [ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | AMERICAN INFOSOURCE LP AS AGENT FOR T MOBLIE/T-MOBILE USA INC<br>PO BOX 248848<br>OKLAHOMA CITY, OK 73124 |
| Claim Number (if known): | 20995 |
| Date Claim Filed: | 10/5/2009 |
| Total Amount of Claim Filed: | $14,658.26 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: June 10, 2010

*Karla Sutherland*

Print Name: Karla Sutherland

Title (if applicable): Director

ORIGINAL