# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM


RECEIVED JUN 15 2010 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

| Debtor Name and Case Number: | ☐ Motors Liquidation Company, Case No. 09-50026 |
| --- | --- |
| | ☐ MLC of Harlem, Inc., Case No. 09-13558 |
| | ☐ MLCS, LLC, Case No. 09-50027 |
| | ☐ MLCS Distribution Corporation, Case No. 09-50028 |
| | ☒ Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Haley & Aldrich, Inc 465 Medford Street, Ste 2200, Boston Mass 02129 |
| Claim Number (if known): | 69884 |
| Date Claim Filed: | 27 January 2010 |
| Total Amount of Claim Filed: | $28,815.05 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 10 June 2010

Print Name: PATRICIA E MCKEE

Title (if applicable): GENERAL COUNSEL