# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☑ Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | AUTOMATIC SYSTEMS INC<br>1300 RICKETT RD<br>BRIGHTON, MI, 48116 |
| Claim Number (if known): | 67668 |
| Date Claim Filed: | 11/30/2009 |
| Total Amount of Claim Filed: | $108,755.16 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 6/7/2010

Print Name: EDWARD J. MEYER

Title (if applicable): TREASURER/CFO

---

**DEFINITIONS**



US_ACTIVE:¥43219392¥02¥72240.0639