

6/8/2010



U.S. Bankruptcy Court
Office of the Clerk
Southern District of New York
One Bowling Green
New York, New York 10004

Re: Motors Liquidation Company f/k/a General Motors Corporation   Case # 09-50026 (REG)

Dear Sir or Madam:

This letter is being sent in response to the Debtors' Seventeenth Omnibus Objection to Claims dated 5/27/10.

The proof of claim (#37611) filed 11/23/09 by the State of Connecticut, Department of Labor on Reg. xx-x75-59 in the amount of $255.62 listed on Exhibit A - refers to State Unemployment Tax still due as follows:

Unsecured Priority 3rd Qtr. 2007 balance due after applied payment made @ 1.2 % instead of 2.3%:
   Contributions Due $200.01   (Taxable Wages $8,696.16 x 2.3%)
   *Payment 10/23/07  104.35*
   Bal. Contributions   $95.66

Unsecured Non-Priority 1st Qtr. 2006 balance due is a result of a late return filed 7/31/08, instead of 4/30/06.
   *Payment 4/30/06  $4,250.60  (Taxable Wages $354,216.74 x 1.2 %)*
   Late Fee  5/1/06       -25.00
   Interest Due 7/31/08    -6.75
   Penalty Due 6/30/06    -50.00
   Contributions         -4,168.85   (this amount available for contributions)
   Bal. Contributions  $  81.75

We respectfully ask The Court to allow our claim as a justifiable expense in lieu of our appearance.
Please acknowledge receipt of this letter with the envelope provided.  If you wish you may
Contact Valla Dunko @ 860-263-6185 for assistance.

Very Truly Yours,

*Virginia A. Hill*

Virginia A. Hill, Supervisor
John Ciotto, Assistant Supervisor

VAH/vd

200 Folly Brook Boulevard, Wethersfield, CT 06109-1114 • www.ct.gov/dol
An Equal Opportunity/Affirmative Action Employer

CC: Weil, Gotshal & Manges LLP, Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.
The Debtors, c/o Motors Liquidation Company, Attn: Ted Stenger
General Motors, LLC, Attn: Lawrence S. Buonomo, Esq.
Cadwalader, Wickersham & Taft LLP, Attn: John J. Rapisardi, Esq.
The United States Department of the Treasury, Attn: Joseph Samarias, Esq.
Vedder Price, P.C., Attn: Michael J. Edelman, Esq., Michael L. Schein, Esq.
Kramer Levin Naftalis & Frankel LLP, Attn: Thomas Moers Mayer, Esq, Amy Caton, Esq., Lauren Macksoud, Esq., Jennifer Sharret, Esq.
The Office of the United States Trustee for the Southern District of New York, Attn: Diana G. Adams, Esq.
The U.S. Attorney's Office, S.D.N.Y., Attn: David S. Jones, Esq., Natalie Kuehler, Esq.
Caplin & Drysdale, Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.
One Thomas Circle, Attn: Trevor W. Swett III, Esq., Kevin C. Maclay, Esq.
Stutzman, Bromberg, Esserman & Plifka, Attys. For Dean M. Trafelet, Attn: Sander L. Esserman, Esq., Robert T. Brousseau, Esq.