# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No.09-50026 |
| Creditor Name and Address: | ATMOS ENERGY/KENTUCKY DIVISION<br>A DIVISION OF ATMOS ENERGY CORP<br>ATTN BANKRUPTCY GROUP<br>PO BOX 650205<br>DALLAS,TX,75265-0205 |
| Claim Number (if known): | 829 |
| Date Claim Filed: | 7/10/2009 |
| Total Amount of Claim Filed: | $3,712.58 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _6-10-10_

_[signature]_

Print Name: _Velinda L. Hunter_

Title (if applicable): _Bnkrpt Specialist_

RECEIVED
JUN 16 2010
U.S. BANKRUPTCY COURT, SDNY

US_ACTIVE:¥43219392¥02¥72240.0639