# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☑ Motors Liquidation Company, Case No. 09-50026<br>☐ MLC of Harlem, Inc., Case No. 09-13558<br>☐ MLCS, LLC, Case No. 09-50027<br>☐ MLCS Distribution Corporation, Case No. 09-50028<br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | ATMOS ENERGY/MID STATES DIVISIONS<br>A DIVISION OF ATMOS ENERGY CORP<br>ATTN BANKRUPTCY GROUP<br>DALLAS, TX, 75265 |
| Claim Number (if known): | 828 |
| Date Claim Filed: | 7/10/2009 |
| Total Amount of Claim Filed: | $70.92 |

RECEIVED JUN 16 2010 U.S. BANKRUPTCY COURT, SDNY

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 6-10-10

Print Name: Velinda L. Hunter

Title (if applicable): Bnkrpt Specialist

US_ACTIVE:¥43219392¥02¥72240.0639