**NEW HEARING DATE AND TIME: August 6, 2010 at 9:45 a.m. (Eastern Time)**
**NEW OBJECTION DEADLINE: July 30, 2010 at 4:00 p.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
David R. Berz
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
:
**MOTORS LIQUIDATION COMPANY,** *et al.*, : **09-50026 (REG)**
   f/k/a General Motors Corp., *et al.* :
:
Debtors. : **(Jointly Administered)**
:
---------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF**
**GENOVEVA BERMUDEZ TO FILE PROOF OF CLAIM**
**AFTER CLAIMS BAR DATE OR, IN THE ALTERNATIVE,**
**TO AMEND INFORMAL PROOF OF CLAIM**

PLEASE TAKE NOTICE THAT

The hearing on the Motion of Genoveva Bermudez to File Proof of Claim After Claims Bar Date or, in the Alternative, to Amend Informal Proof of Claim [Docket No. 5747] (the "**Motion**"), which was originally scheduled to occur before the Honorable Robert E. Gerber, United States Bankruptcy Judge, One Bowling Green, Room 621, New York, New York 10004, on June 29, 2010 at 9:45 a.m. (Eastern Time), has been adjourned to **August 6, 2010 at 9:45 a.m. (Eastern Time)** (the "**Hearing**"). The new objection deadline shall be **July 30, 2010 at 4:00 p.m. (Eastern Time)**. The Hearing

may be further adjourned from time to time without further notice other than an

announcement at the Hearing.

Dated: New York, New York
       June 21, 2010

                                    /s/ David Berz
                                    Harvey R. Miller
                                    Stephen Karotkin
                                    Joseph H. Smolinsky
                                    David R. Berz

                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone: (212) 310-8000
                                    Facsimile: (212) 310-8007

                                    Attorneys for Debtors
                                    and Debtors in Possession