# EXHIBIT A1

(Invoice Schedule – With Comparison of Conversions to U.S. Dollars)

EXHIBIT A-1

Invoice Schedule - With Comparison of Conversions to U.S. Dollars

Baker & McKenzie

| Invoice Number | Invoice Date | Fee Services From | Fee Services To | Matter | Currency | Fees Billed in Invoice Currency | Expenses Billed in Invoice Currency | Total Billed in Invoice Currency | Reconstruction of Baker & McKenzie Calculations ||| Stuart Maue Calculation (Fed. Ret. 11/15/09) ||| Baker Conversion Rate | SMM Conversion Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Fees Billed in U.S. Dollars | Expenses Billed in U.S. Dollars | Total Billed in U.S. Dollars | Fees Billed in U.S. Dollars | Expenses Billed in U.S. Dollars | Total Billed in U.S. Dollars | | |
| 94072942 | 07/24/09 | 05/21/09 | 06/30/09 | Chapter 11 Special Tax Counsel | U.S. Dollars | 55,027.00 | 29.35 | 55,056.35 | $ 55,027.00 | $ 29.35 | $ 55,056.35 | $ 55,027.00 | $ 29.35 | $ 55,056.35 | 1 | 1 |
| 94073622 | 08/31/09 | 06/11/09 | 07/31/09 | Chapter 11 Special Tax Counsel | U.S. Dollars | 19,629.00 | 140.05 | 19,769.05 | $ 19,629.00 | $ 140.05 | $ 19,769.05 | $ 19,629.00 | $ 140.05 | $ 19,769.05 | 1 | 1 |
| 1120581 | 08/27/09 | 06/01/09 | 06/30/09 | Delphi Steering Acquisition | U.S. Dollars | 280,314.60 | 3,909.46 | 284,224.06 | $ 280,314.60 | $ 3,909.46 | $ 284,224.06 | $ 280,314.60 | $ 3,909.46 | $ 284,224.06 | 1 | 1 |
| 1122420 | 09/30/09 | 07/01/09 | 07/09/09 | Delphi Steering Acquisition | U.S. Dollars | 100,582.96 | 1,689.73 | 102,272.69 | $ 100,582.96 | $ 1,689.73 | $ 102,272.69 | $ 100,582.96 | $ 1,689.73 | $ 102,272.69 | 1.511908212 | 1.4977 |
| 99172737 | 08/12/09 | 07/01/09 | 07/09/09 | Project Beam | Euros | 68,463.00 | 6,683.12 | 75,146.12 | $ 103,509.77 | $ 10,104.26 | $ 113,614.04 | $ 102,537.04 | $ 10,009.31 | $ 112,546.34 | 1.511908212 | 1.4977 |
| 99172736 | 08/12/09 | 06/01/09 | 06/30/09 | Project Beam | Euros | 218,796.00 | 5,122.77 | 223,918.77 | $ 330,799.47 | $ 7,745.16 | $ 338,544.63 | $ 327,690.77 | $ 7,672.37 | $ 335,363.14 | 0.87082843 | 0.9369 |
| 1150643 | 10/28/09 | 08/11/09 | 09/30/09 | Project Three - Restructure of AP Subsidiaries | AUS Dollars | 22,659.06 | 1,063.45 | 23,722.51 | $ 19,732.15 | $ 926.08 | $ 20,658.24 | $ 21,229.27 | $ 996.35 | $ 22,225.62 | 0.94079566 | 0.9369 |
| 1145843 | 08/13/09 | 06/01/09 | 06/09/09 | Project Two - Asia Pacific Regional Co-ordination | AUS Dollars | 231,139.50 | 3,091.09 | 234,230.59 | $ 217,455.04 | $ 2,908.08 | $ 220,363.12 | $ 216,554.60 | $ 2,896.04 | $ 219,450.64 | 0.94088489 | 0.9369 |
| 1147158 | 08/31/09 | 07/10/09 | 07/31/09 | Project Two - Asia Pacific Regional Co-ordination | AUS Dollars | 6,923.80 | 219.55 | 7,143.35 | $ 6,514.50 | $ 206.57 | $ 6,721.07 | $ 6,486.91 | $ 205.70 | $ 6,692.60 | 0.826791654 | 0.9369 |
| 1148366 | 09/21/09 | 08/01/09 | 08/31/09 | Project Two - Asia Pacific Regional Co-ordination | AUS Dollars | 5,461.75 | 1,856.16 | 7,317.91 | $ 4,515.73 | $ 1,534.66 | $ 6,050.39 | $ 5,117.11 | $ 1,739.04 | $ 6,856.15 | 1 | 1 |
| 94072943 | 07/24/09 | 05/07/09 | 06/30/09 | Retention and Fee Applications | U.S. Dollars | 66,658.61 | - | 66,658.61 | $ 66,658.61 | $ - | $ 66,658.61 | $ 66,658.61 | $ - | $ 66,658.61 | 1 | 1 |
| 94073639 | 08/20/09 | 07/01/09 | 07/31/09 | Retention and Fee Applications | U.S. Dollars | 14,114.20 | 61.59 | 14,175.79 | $ 14,114.20 | $ 61.59 | $ 14,175.79 | $ 14,114.20 | $ 61.59 | $ 14,175.79 | 1 | 1 |
| 94074360 | 09/16/09 | 08/01/09 | 08/31/09 | Retention and Fee Applications | U.S. Dollars | 32,060.00 | - | 32,060.00 | $ 32,060.00 | $ - | $ 32,060.00 | $ 32,060.00 | $ - | $ 32,060.00 | 1 | 1 |
| 94074893 | 10/06/09 | 09/01/09 | 09/29/09 | Retention and Fee Applications | U.S. Dollars | 9,389.50 | 108.09 | 9,497.59 | $ 9,389.50 | $ 108.09 | $ 9,497.59 | $ 9,389.50 | $ 108.09 | $ 9,497.59 | 1 | 1 |
| 94072518 | 07/09/09 | 06/11/09 | 06/26/09 | Technology Company | U.S. Dollars | 2,268.00 | - | 2,268.00 | $ 2,268.00 | $ - | $ 2,268.00 | $ 2,268.00 | $ - | $ 2,268.00 | 1 | 1 |
| 94073787 | 08/26/09 | 07/01/09 | 07/01/09 | Technology Company | U.S. Dollars | 222.00 | 1.34 | 223.34 | $ 222.00 | $ 1.34 | $ 223.34 | $ 222.00 | $ 1.34 | $ 223.34 | 1 | 1 |
| TOTALS - Based on Conversion by Stuart Maue of Invoice Totals | | | | | | 1,133,708.98 | 23,975.75 | 1,157,684.73 | $ 1,262,792.53 | $ 29,364.43 | $ 1,292,156.96 | $ 1,259,881.57 | $ 29,458.41 | $ 1,289,339.98 | | |
| Amounts Computed by Stuart Maue based on Detail Entries in First Interim Fee Application | | | | | | 1,134,266.31 | 23,975.75 | 1,158,242.06 | $ 1,263,361.09 | $ 28,121.99 | $ 1,291,483.08 | $ 1,260,444.69 | $ 29,458.41 | $ 1,289,903.10 | | |
| Amounts Requested in First Interim Application - Based on Conversion by Baker & McKenzie | | | | | | | | | $ 1,262,789.76 | $ 21,619.20 | $ 1,284,408.96 | $ 1,262,789.76 | $ 21,619.20 | $ 1,284,408.96 | | |