# EXHIBIT A2

(Summary of All Expenses by Category (with Comparison of Conversion Rates))

**EXHIBIT A-2**

## Summary of All Expenses by Category (with Comparison of Conversion Rates)
### Baker & McKenzie

| Fee Examiner's Category | Amount on Baker's Summary by Category | Reconstruction of Baker & McKenzie Calculations | Stuart Maue Calculation (Fed. Res. 11/16/09) | Difference Between Baker's Summary and Stuart Maue's Calculation |
|---|---|---|---|---|
| Corporate Document Services | $ 1,726.55 | $ 1,726.57 | $ 1,774.46 | $ (47.89) |
| Commercial Register | $ 63.37 | $ 63.37 | $ 63.37 | $ - |
| Duty Stamps | $ 18.68 | $ 18.68 | $ 20.89 | $ (2.21) |
| Photocopies | $ 1,548.51 | $ 1,548.51 | $ 1,541.65 | $ 6.86 |
| Telephone (Long Distance) | $ 226.51 | $ 226.51 | $ 226.49 | $ 0.01 |
| Computer Assisted Legal Research | $ 367.70 | $ 367.70 | $ 366.69 | $ 1.01 |
| Courier/Messenger Services | $ 268.04 | $ 268.04 | $ 272.90 | $ (4.86) |
| Postage | $ 7.02 | $ 7.02 | $ 7.02 | $ - |
| Transportation (Local) | $ 637.88 | $ 637.89 | $ 636.25 | $ 1.64 |
| Travel (Out-of-Town) | $ 9,176.96 | $ 9,176.96 | $ 9,090.72 | $ 86.24 |
| Filing & Court Fees | $ 29.85 | $ 29.85 | $ 29.79 | $ 0.07 |
| Outside Information Services | $ 65.14 | $ 65.14 | $ 65.14 | $ - |
| Notary | $ 501.18 | $ 501.18 | $ 503.72 | $ (2.54) |
| Office Supplies | $ 37.56 | $ 37.56 | $ 37.56 | $ - |
| Taxes (Local, e.g., VAT) | $ 6,944.25 | $ 6,944.24 | $ 7,149.33 | $ (205.10) |
| **Grand Total** | **$ 21,619.20** | **$ 21,619.22** | **$ 21,785.99** | **$ (166.77)** |

| Amount Requested in Application | $ 21,619.20 |
|---|---|