# EXHIBIT B

(Pre-Petition Billing)

## EXHIBIT B
### PRE-PETITION BILLING
Baker & McKenzie

| TIMEKEEPER NAME | HOURS | Baker & McKenzie U.S. Dollar RATE | FEES | Stuart Maue U.S. Dollar RATE | FEES |
|---|---|---|---|---|---|
| Gurevich, L | 2.30 | 280.00 | 644.00 | 280.00 | 644.00 |
| Heroy, D | 0.90 | 795.00 | 715.50 | 795.00 | 715.50 |
| Houghton, K | 2.00 | 650.00 | 1,300.00 | 650.00 | 1,300.00 |
| Urban, C | 2.80 | 410.00 | 1,148.00 | 410.00 | 1,148.00 |
| Webber, A | 0.70 | 820.00 | 574.00 | 820.00 | 574.00 |
| | 8.70 | | 4,381.50 | | 4,381.50 |

| MATTER NAME | HOURS | Baker & McKenzie U.S. Dollar RATE | FEES | Stuart Maue U.S. Dollar RATE | FEES |
|---|---|---|---|---|---|
| Chapter 11 Special Tax Counsel | 2.30 | 280.00 | 644.00 | 280.00 | 644.00 |
| Chapter 11 Special Tax Counsel | 2.80 | 410.00 | 1,148.00 | 410.00 | 1,148.00 |
| Chapter 11 Special Tax Counsel | 2.00 | 650.00 | 1,300.00 | 650.00 | 1,300.00 |
| Chapter 11 Special Tax Counsel | 0.70 | 820.00 | 574.00 | 820.00 | 574.00 |
| Retention and Fee Applications | 0.90 | 795.00 | 715.50 | 795.00 | 715.50 |
| | 8.70 | | 4,381.50 | | 4,381.50 |

EXHIBIT B

PRE-PETITION BILLING

Baker & McKenzie

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | Baker & McKenzie U.S. Dollar RATE | Baker & McKenzie U.S. Dollar FEES | Stuart Maue U.S. Dollar RATE | Stuart Maue U.S. Dollar FEES | TASK HOURS ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 05/07/09 Thu | Heroy, D 94072943/1 | 0.90 | 0.90 | 795.00 | 715.50 | 795.00 | 715.50 | 0.50 F  0.20 F  0.20 F | MATTER NAME: Retention and Fee Applications  1 TELEPHONE D. WEBBER ET AL. RE BANKRUPTCY REQUIREMENTS FOR REPRESENTATION (.5);  2 REVIEW STATUTE (.2)  3 AND PARALLEL ISSUES (.2). [CHICAGO OFFICE] |
| 05/21/09 Thu | Gurevich, L 94072942/3 | 1.00 | 1.00 | 280.00 | 280.00 | 280.00 | 280.00 | | MATTER NAME: Chapter 11 Special Tax Counsel  1 MEETING WITH T. LINGUANTI AND C. URBAN RE GM TAX CLAIMS EXTRANET DATABASE. [CHICAGO OFFICE] |
| 05/21/09 Thu | Urban, C 94072942/21 | 1.20 | 1.20 | 410.00 | 492.00 | 410.00 | 492.00 | | MATTER NAME: Chapter 11 Special Tax Counsel  1 MEETING WITH T. LINGUANTI AND L. GUREVICH TO DISCUSS DATABASE AND EXTRANET SITE FOR ORGANIZING CLAIMS AND ALLOWING CLIENT ACCESS TO DATA AND DOCUMENTS. [CHICAGO OFFICE] |
| 05/22/09 Fri | Webber, A 94072942/91 | 0.40 | 0.40 | 820.00 | 328.00 | 820.00 | 328.00 | | MATTER NAME: Chapter 11 Special Tax Counsel  1 ANALYZE STRATEGY FOR BANKRUPTCY TAX ISSUES AND MANAGEMENT OF SAME. [WASHINGTON, D.C. OFFICE] |
| 05/25/09 Mon | Houghton, K 94072942/73 | 2.00 | 2.00 | 650.00 | 1,300.00 | 650.00 | 1,300.00 | | MATTER NAME: Chapter 11 Special Tax Counsel  1 REVIEW BANKRUPTCY COURT MATERIALS, CHRYSLER PRE-PETITION TAX MOTIONS. [WASHINGTON, D.C. OFFICE] |
| 05/29/09 Fri | Gurevich, L 94072942/4 | 1.30 | 1.30 | 280.00 | 364.00 | 280.00 | 364.00 | | MATTER NAME: Chapter 11 Special Tax Counsel  1 MEETING WITH T. LINGUANTI AND C. URBAN RE GM TAX CLAIMS EXTRANET DATABASE;  2 PREPARED REQUEST TO CREATED EXTRANET SITE. [CHICAGO OFFICE] |
| 05/29/09 Fri | Urban, C 94072942/22 | 1.60 | 1.60 | 410.00 | 656.00 | 410.00 | 656.00 | | MATTER NAME: Chapter 11 Special Tax Counsel  1 MEETING WITH T. LINGUANTI AND L. GUREVICH TO DISCUSS EXTRANET SITE AND DATABASE FOR HANDLING TAX CLAIMS;  2 TELEPHONE CALL WITH T. LINGUANTI AND A. WEBBER TO DISCUSS ORGANIZATION OF CLAIMS. [CHICAGO OFFICE] |
| 05/29/09 Fri | Webber, A 94072942/92 | 0.30 | 0.30 | 820.00 | 246.00 | 820.00 | 246.00 | | MATTER NAME: Chapter 11 Special Tax Counsel  1 ANALYZE DATABASE APPROACH FOR MANAGING TAX CLAIMS IN BANKRUPTCY CASE;  2 TELEPHONE CONFERENCE RE SAME. [WASHINGTON, D.C. OFFICE] |
| Total Number of Entries: 8 | | | 8.70 | | 4,381.50 | | 4,381.50 | | |

~ See the last page of exhibit for explanation

EXHIBIT B

PRE-PETITION BILLING

Baker & McKenzie

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| | | Baker & McKenzie | | Stuart Maue | |
| | | U.S. Dollar | | U.S. Dollar | |
| TIMEKEEPER NAME | HOURS | RATE | FEES | RATE | FEES |
| --- | --- | --- | --- | --- | --- |
| Gurevich, L | 2.30 | 280.00 | 644.00 | 280.00 | 644.00 |
| Heroy, D | 0.90 | 795.00 | 715.50 | 795.00 | 715.50 |
| Houghton, K | 2.00 | 650.00 | 1,300.00 | 650.00 | 1,300.00 |
| Urban, C | 2.80 | 410.00 | 1,148.00 | 410.00 | 1,148.00 |
| Webber, A | 0.70 | 820.00 | 574.00 | 820.00 | 574.00 |
| | 8.70 | | 4,381.50 | | 4,381.50 |

SUMMARY OF HOUR AND FEES BY MATTER

| | | Baker & McKenzie | | Stuart Maue | |
| | | U.S. Dollar | | U.S. Dollar | |
| MATTER NAME | HOURS | RATE | FEES | RATE | FEES |
| --- | --- | --- | --- | --- | --- |
| Chapter 11 Special Tax Counsel | 2.30 | 280.00 | 644.00 | 280.00 | 644.00 |
| Chapter 11 Special Tax Counsel | 2.80 | 410.00 | 1,148.00 | 410.00 | 1,148.00 |
| Chapter 11 Special Tax Counsel | 2.00 | 650.00 | 1,300.00 | 650.00 | 1,300.00 |
| Chapter 11 Special Tax Counsel | 0.70 | 820.00 | 574.00 | 820.00 | 574.00 |
| Retention and Fee Applications | 0.90 | 795.00 | 715.50 | 795.00 | 715.50 |
| | 8.70 | | 4,381.50 | | 4,381.50 |

(~) REASONS FOR TASK HOUR ASSIGNMENTS
F    FINAL BILL