# EXHIBIT C

## (Chapter 11 Special Tax Counsel)

CHAPTER 11 SPECIAL TAX COUNSEL

Baker & McKenzie

|  |  | Baker & McKenzie | | Stuart Maue | |
|  |  | U.S. Dollar | | U. S. Dollar | |
| TIMEKEEPER NAME | HOURS | RATE | FEES | RATE | FEES |
| --- | --- | --- | --- | --- | --- |
| Schechter, E | 0.70 | 595.00 | 416.50 | 595.00 | 416.50 |
|  | 0.70 |  | 416.50 |  | 416.50 |

|  |  | Baker & McKenzie | | Stuart Maue | |
|  |  | U.S. Dollar | | U. S. Dollar | |
| MATTER NAME | HOURS | RATE | FEES | RATE | FEES |
| --- | --- | --- | --- | --- | --- |
| Chapter 11 Special Tax Counsel | 0.70 | 595.00 | 416.50 | 595.00 | 416.50 |
|  | 0.70 |  | 416.50 |  | 416.50 |

EXHIBIT C  PAGE 1 of 3

CHAPTER 11 SPECIAL TAX COUNSEL

Baker & McKenzie

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | Baker & McKenzie | | Stuart Maue | | DESCRIPTION |
|------|-----------------|-------------|-------|-----------------|---|-------------|---|-------------|
| | | | | U.S. Dollar | | U. S. Dollar | | |
| | | | | RATE | FEES | RATE | FEES | |
| 07/31/09 | Schechter, E | 0.70 | 0.70 | 595.00 | 416.50 | 595.00 | 416.50 | *MATTER NAME:* Chapter 11 Special Tax Counsel |
| Fri | 94073622/19 | | | | | | | 1 REVIEW AND ANALYZE COURT DOCUMENTS FOR DATABASE. [CHICAGO OFFICE] |
| Total | | | 0.70 | | 416.50 | | 416.50 | |
| Number of Entries: | 1 | | | | | | | |

EXHIBIT C  PAGE 2 of 3

CHAPTER 11 SPECIAL TAX COUNSEL

Baker & McKenzie

### SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| | | Baker & McKenzie | | Stuart Maue | |
| | | U.S. Dollar | | U. S. Dollar | |
| TIMEKEEPER NAME | HOURS | RATE | FEES | RATE | FEES |
| Schechter, E | 0.70 | 595.00 | 416.50 | 595.00 | 416.50 |
| | 0.70 | | 416.50 | | 416.50 |

### SUMMARY OF HOUR AND FEES BY MATTER

| | | Baker & McKenzie | | Stuart Maue | |
| | | U.S. Dollar | | U. S. Dollar | |
| MATTER NAME | HOURS | RATE | FEES | RATE | FEES |
| Chapter 11 Special Tax Counsel | 0.70 | 595.00 | 416.50 | 595.00 | 416.50 |
| | 0.70 | | 416.50 | | 416.50 |

EXHIBIT C  PAGE 3 of 3