# EXHIBIT D

(Potential Double Billing)

POTENTIAL DOUBLE BILLING

Baker & McKenzie

### POTENTIAL DOUBLE BILLING

| | | Baker & McKenzie | | Stuart Maue | |
| --- | --- | --- | --- | --- | --- |
| | | U.S. Dollar | | U. S. Dollar | |
| TIMEKEEPER | HOURS | RATE | FEES | RATE | FEES |
| Jacinto, M | 0.75 | 209.65 | 157.24 | 208.78 | 156.59 |
| | 0.75 | | 157.24 | | 156.59 |

### POTENTIAL DOUBLE BILLING - QUESTIONED

| | | Baker & McKenzie | | Stuart Maue | |
| --- | --- | --- | --- | --- | --- |
| | | U.S. Dollar | | U. S. Dollar | |
| TIMEKEEPER | HOURS | RATE | FEES | RATE | FEES |
| Jacinto, M | 0.30 | 209.65 | 62.90 | 209.65 | 62.63 |
| | 0.30 | | 62.90 | | 62.63 |

POTENTIAL DOUBLE BILLING

Baker & McKenzie

### POTENTIAL DOUBLE BILLING

| | | Baker & McKenzie | | Stuart Maue | |
| --- | --- | --- | --- | --- | --- |
| | | U.S. Dollar | | U. S. Dollar | |
| MATTER | HOURS | RATE | FEES | RATE | FEES |
| Project Two - Asia Pacific Regional Co-ordination | 0.75 | 209.65 | 157.24 | 208.78 | 156.59 |
| | 0.75 | | 157.24 | | 156.59 |

### POTENTIAL DOUBLE BILLING - QUESTIONED

| | | Baker & McKenzie | | Stuart Maue | |
| --- | --- | --- | --- | --- | --- |
| | | U.S. Dollar | | U. S. Dollar | |
| MATTER | HOURS | RATE | FEES | RATE | FEES |
| Project Two - Asia Pacific Regional Co-ordination | 0.30 | 209.65 | 62.90 | 209.65 | 62.63 |
| | 0.30 | | 62.90 | | 62.63 |

POTENTIAL DOUBLE BILLING

Baker & McKenzie

| DATE | TIMEKEEPER | ENTRY HOURS | Baker & McKenzie U.S. Dollar | | | Stuart Maue U.S. Dollar | | TASK HOURS ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| | | | HOURS | RATE | FEES | RATE | FEES | | |
| 07/03/09 Fri | Jacinto, M 1145843 52A | 0.90 | 0.45 | 209.65 | 94.34 AUD | 208.78 | 93.95 | | Matter: Project Two - Asia Pacific Regional Co-ordination<br>1 DISCUSSION WITH DGDIMAGIBA RE THE BOOK VALUE OF THE COMMON SHARES AND THE PREFERRED SHARES THAT ARE PREFERRED IN LIQUIDATION AND ITS RESULTING LIQUIDATION VALUE. DGDIMAGIBA'S COMMENTS AND SUGGESTIONS AND SEND A REVISED DRAFT FOR REVIEW;<br>2 <u>FINALIZE OPINION AND SEND TO GBTOMBOC AND LGDOMINGUEZ FOR CONSOLIDATION.</u> |
| 07/03/09 Fri | Jacinto, M 1145843 52B | 0.30 | 0.30 | 209.65 | 62.90 AUD | 208.78 | 62.63 | & | Matter: Project Two - Asia Pacific Regional Co-ordination<br>1 <u>FINALIZE OPINION AND SEND TO GBTOMBOC AND LGDOMINGUEZ FOR CONSOLIDATION.</u> |

|  |  |  |
|---|---|---|
| TOTAL OF ALL ENTRIES | 0.75   157.24 | 156.59 |
| TOTAL ENTRY COUNT: 2 | | |
| TOTAL TASK COUNT: 2 | | |
| TOTAL OF ALL ENTRIES | 0.30    62.90 | 62.63 |
| TOTAL ENTRY COUNT: 1 | | |
| TOTAL TASK COUNT: 1 | | |

& POTENTIAL DOUBLE BILLING - QUESTIONED
~ See the last page of exhibit for explanation

Exhibit D   Page 3 of 5

POTENTIAL DOUBLE BILLING

Baker & McKenzie

### POTENTIAL DOUBLE BILLING

|  |  | Baker & McKenzie | | Stuart Maue | |
|---|---|---|---|---|---|
|  |  | U.S. Dollar | | U. S. Dollar | |
| TIMEKEEPER | HOURS | RATE | FEES | RATE | FEES |
| Jacinto, M | 0.75 | 209.65 | 157.24 | 208.78 | 156.59 |
|  | 0.75 |  | 157.24 |  | 156.59 |

### POTENTIAL DOUBLE BILLING - QUESTIONED

|  |  | Baker & McKenzie | | Stuart Maue | |
|---|---|---|---|---|---|
|  |  | U.S. Dollar | | U. S. Dollar | |
| TIMEKEEPER | HOURS | RATE | FEES | RATE | FEES |
| Jacinto, M | 0.30 | 209.65 | 62.90 | 209.65 | 62.63 |
|  | 0.30 |  | 62.90 |  | 62.63 |

POTENTIAL DOUBLE BILLING

Baker & McKenzie

### POTENTIAL DOUBLE BILLING

| | | Baker & McKenzie | | Stuart Maue | |
| | | U.S. Dollar | | U. S. Dollar | |
| MATTER | HOURS | RATE | FEES | RATE | FEES |
| --- | --- | --- | --- | --- | --- |
| Project Two - Asia Pacific Regional Co-ordination | 0.75 | 209.65 | 157.24 | 208.78 | 156.59 |
| | 0.75 | | 157.24 | | 156.59 |

### POTENTIAL DOUBLE BILLING - QUESTIONED

| | | Baker & McKenzie | | Stuart Maue | |
| | | U.S. Dollar | | U. S. Dollar | |
| MATTER | HOURS | RATE | FEES | RATE | FEES |
| --- | --- | --- | --- | --- | --- |
| Project Two - Asia Pacific Regional Co-ordination | 0.30 | 209.65 | 62.90 | 209.65 | 62.63 |
| | 0.30 | | 62.90 | | 62.63 |