# EXHIBIT E

(Summer Associates)

EXHIBIT E

SUMMER ASSOCIATES

Baker & McKenzie

| TIMEKEEPER NAME | HOURS | Baker & McKenzie U.S. Dollar | | Stuart Maue U.S. Dollar | |
|---|---|---|---|---|---|
| | | RATE | FEES | RATE | FEES |
| Dickson, J | 16.30 | 150.00 | 2,445.00 | 150.00 | 2,445.00 |
| | 16.30 | | 2,445.00 | | 2,445.00 |

| MATTER NAME | HOURS | Baker & McKenzie U.S. Dollar | | Stuart Maue U.S. Dollar | |
|---|---|---|---|---|---|
| | | RATE | FEES | RATE | FEES |
| Chapter 11 Special Tax Counsel | 16.30 | 150.00 | 2,445.00 | 150.00 | 2,445.00 |
| | 16.30 | | 2,445.00 | | 2,445.00 |

EXHIBIT E

SUMMER ASSOCIATES

Baker & McKenzie

| DATE | ENTRY HOURS | HOURS | Baker & McKenzie U.S. Dollar | | Stuart Maue U.S. Dollar | | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| | | | RATE | FEES | RATE | FEES | |
| **Dickson, J** | | | | | | | |
| 06/11/09 Thu 94073622/1 | 0.40 | 0.40 | 150.00 | 60.00 | 150.00 | 60.00 | MATTER NAME: Chapter 11 Special Tax Counsel<br>1 CONFERENCE WITH E. SCHECHTER TO RECEIVE ASSIGNMENT. [CHICAGO OFFICE] |
| 06/15/09 Mon 94073622/2 | 1.50 | 1.50 | 150.00 | 225.00 | 150.00 | 225.00 | MATTER NAME: Chapter 11 Special Tax Counsel<br>1 PREPARE MEMORANDUM RE TREATMENT OF TAX ISSUES IN THE CHRYSLER BANKRUPTCY. [CHICAGO OFFICE] |
| 06/16/09 Tue 94073622/3 | 5.10 | 5.10 | 150.00 | 765.00 | 150.00 | 765.00 | MATTER NAME: Chapter 11 Special Tax Counsel<br>1 PREPARE MEMORANDUM RE TREATMENT OF TAX ISSUES IN CHRYSLER BANKRUPTCY. [CHICAGO OFFICE] |
| 06/19/09 Fri 94073622/4 | 4.80 | 4.80 | 150.00 | 720.00 | 150.00 | 720.00 | MATTER NAME: Chapter 11 Special Tax Counsel<br>1 PREPARE MEMORANDUM RE TREATMENT OF TAX CLAIMS IN CHRYSLER BANKRUPTCY. [CHICAGO OFFICE] |
| 06/22/09 Mon 94073622/5 | 4.50 | 4.50 | 150.00 | 675.00 | 150.00 | 675.00 | MATTER NAME: Chapter 11 Special Tax Counsel<br>1 PREPARE MEMORANDUM RE TAX ISSUES IN CHRYSLER BANKRUPTCY. [CHICAGO OFFICE] |
| | | 16.30 | | 2,445.00 | | 2,445.00 | |

Total
Number of Entries:    5

EXHIBIT E

SUMMER ASSOCIATES

Baker & McKenzie

### SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| | | Baker & McKenzie | | Stuart Maue | |
| | | U.S. Dollar | | U. S. Dollar | |
| TIMEKEEPER NAME | HOURS | RATE | FEES | RATE | FEES |
| --- | --- | --- | --- | --- | --- |
| Dickson, J | 16.30 | 150.00 | 2,445.00 | 150.00 | 2,445.00 |
| | 16.30 | | 2,445.00 | | 2,445.00 |

### SUMMARY OF HOUR AND FEES BY MATTER

| | | Baker & McKenzie | | Stuart Maue | |
| | | U.S. Dollar | | U. S. Dollar | |
| MATTER NAME | HOURS | RATE | FEES | RATE | FEES |
| --- | --- | --- | --- | --- | --- |
| Chapter 11 Special Tax Counsel | 16.30 | 150.00 | 2,445.00 | 150.00 | 2,445.00 |
| | 16.30 | | 2,445.00 | | 2,445.00 |