# EXHIBIT F

## (Non-Working Travel Time)

EXHIBIT F

NON-WORKING TRAVEL TIME

Baker & McKenzie

| | | Baker & McKenzie | | Stuart Maue | |
| | | U.S. Dollar | | U. S. Dollar | |
| TIMEKEEPER NAME | HOURS | RATE | FEES | RATE | FEES |
| --- | --- | --- | --- | --- | --- |
| Celescuekci, H | 3.50 | 420.00 | 1,470.00 | 420.00 | 1,470.00 |
| Cruz, F | 4.00 | 64.39 | 257.56 | 72.97 | 291.88 |
| Komatsuzaki, T | 1.80 | 140.00 | 252.00 | 140.00 | 252.00 |
| Munoz-Garcia, E | 20.30 | 60.00 | 1,218.00 | 60.00 | 1,218.00 |
| Pacheco, M | 3.50 | 265.00 | 927.50 | 265.00 | 927.50 |
| Vazquez-Silveyra, J | 2.10 | 200.00 | 420.00 | 200.00 | 420.00 |
| | 35.20 | | 4,545.06 | | 4,579.38 |

| | | Baker & McKenzie | | Stuart Maue | |
| | | U.S. Dollar | | U. S. Dollar | |
| MATTER NAME | HOURS | RATE | FEES | RATE | FEES |
| --- | --- | --- | --- | --- | --- |
| Delphi Steering Acquisition | 20.30 | 60.00 | 1,218.00 | 60.00 | 1,218.00 |
| Delphi Steering Acquisition | 1.80 | 140.00 | 252.00 | 140.00 | 252.00 |
| Delphi Steering Acquisition | 2.10 | 200.00 | 420.00 | 200.00 | 420.00 |
| Delphi Steering Acquisition | 3.50 | 265.00 | 927.50 | 265.00 | 927.50 |
| Delphi Steering Acquisition | 3.50 | 420.00 | 1,470.00 | 420.00 | 1,470.00 |
| Project Two - Asia Pacific Regional Co-ordination | 4.00 | 64.39 | 257.56 | 72.97 | 291.88 |
| | 35.20 | | 4,545.06 | | 4,579.38 |

EXHIBIT F
NON-WORKING TRAVEL TIME
Baker & McKenzie

| | | | Baker & McKenzie | | Stuart Maue | | | |
| | | | — U.S. Dollar — | | — U.S. Dollar — | | TASK | |
| DATE | ENTRY HOURS | HOURS | RATE | FEES | RATE | FEES | HOURS ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| **Celescuekci, H** | | | | | | | | |
| | | | | | | | | MATTER NAME: Delphi Steering Acquisition |
| 06/19/09 Fri 1120581/394 | 4.30 | 3.50 | 420.00 | 1,470.00 | 420.00 | 1,470.00 | 3.50 F | 1 VISITING GENERAL MOTORS'S PREMISES TO MEET WITH P FRAUENDORF, A PASCOTTO, A NETO, E CHIDERELI, C CLAUDINO AND R LUZ TO DISCUSS PRE-CLOSING ACTIONS ON RHODES - MASTER SALE AND PURCHASE AGREEMENT (3,5); |
| | | | | | | | 0.30 F | 2 REVIEWING EMAIL FROM R DOOKHUN ASKING QUESTIONS ON LIABILITIES RELATED TO EMPLOYEES IN CASE PROJECT RHODES IS NOT CLOSED DUE TO DIFFERENT OUTCOMES FROM BANKRUPTCY COURT (0,3); |
| | | | | | | | 0.50 F | 3 PREPARING EMAIL TO R DOOKHUN WITH COMMENTS RELATED TO BANKRUPTCY COURT (0,5). [SAO PAULO OFFICE] |
| **Cruz, F** | | | | | | | | |
| | | | | | | | | MATTER NAME: Project Two - Asia Pacific Regional Co-ordination |
| 08/06/09 Thu 1148366/16 | 4.00 | 4.00 | 64.39 | 257.56 | 72.97 | 291.88 | | 1 TRAVEL TO DEVELOPMENT BANK OF THE PHILIPPINES, QUEZON AVENUE BRANCH REGARDING PAYMENT OF DOCUMENTARY STAMP TAXES ON TRANSFER OF SHARES OF MOTORS LIQUIDATION COMPANY. |
| **Komatsuzaki, T** | | | | | | | | |
| | | | | | | | | MATTER NAME: Delphi Steering Acquisition |
| 06/15/09 Mon 1120581/451 | 0.80 | 0.80 | 140.00 | 112.00 | 140.00 | 112.00 | | 1 VISITING BANK OF TOKYO MITSUBISHI UFJ, AKASAKA BRANCH REGARDING CHANGE OF REGISTERED ADDRESS OF RHODES JAPAN LLC. [TOKYO OFFICE] |
| | | | | | | | | MATTER NAME: Delphi Steering Acquisition |
| 07/06/09 Mon 1122420/178 | 1.00 | 1.00 | 140.00 | 140.00 | 140.00 | 140.00 | | 1 VISITING BANK OF TOKYO MITSUBISHI UFJ, AKASAKA BRANCH IN ORDER TO REGISTER BANK SEALS FOR D KNILL, S BROWN (RHODES JAPAN LLC) AND T FUKUOKA. [TOKYO OFFICE] |
| **Munoz-Garcia, E** | | | | | | | | |
| | | | | | | | | MATTER NAME: Delphi Steering Acquisition |
| 06/02/09 Tue 1120581/286 | 8.30 | 8.30 | 60.00 | 498.00 | 60.00 | 498.00 | 2.20 F | 1 PER INSTRUCTIONS OF J VAZQUEZ-SILVEYRA, VISITING OFFICES OF CADASTRE OF THE MUNICIPALITY OF SABINAS HIDALGO, NUEVO LEON AND REQUESTING COPIES OF PLOT PLANS OF PROPERTY LOCATED IN SUCH MUNICIPALITY (2.2 HRS); |
| | | | | | | | 6.10 F | 2 VISITING OFFICES OF PUBLIC REGISTRY OF PROPERTY AND COMMERCE LOCATED IN THE MUNICIPALITY OF VILLALDAMA, NUEVO LEON IN ORDER TO REQUEST INFORMATION REGARDING NEIGHBOUR PROPERTIES TO LAND LOCATED IN SABINAS HIDALGO, NUEVO LEON (6.1 HRS); ANALYZING POTENTIAL DEFECT OF DELPHI'S TITLE TO SABINAS PROPERTY. [MONTERREY OFFICE] |
| | | | | | | | | MATTER NAME: Delphi Steering Acquisition |
| 06/03/09 Wed 1120581/289 | 6.40 | 6.00 | 60.00 | 360.00 | 60.00 | 360.00 | 6.00 F | 1 AS PER INSTRUCTIONS OF J VAZQUEZ-SIIVEYRA, VISITING OFFICES OF PUBLIC REGISTRY OF PROPERTY AND COMMERCE OF THE MUNICIPALITY OF VILLALDAMA, NUEVO LEON (6.0 HRS); |
| | | | | | | | 0.40 F | 2 FILING PAYMENT OF RIGHTS IN ORDER TO REQUEST COPIES OF FILES RECORDED AT PUBLIC REGISTRY REGARDING PROPERTY LOCATED IN SABINAS HIDALGO (.4 HRS); ANALYZING POTENTIAL DEFECT OF DELPHI'S TITLE TO SABINAS PROPERTY. [MONTERREY OFFICE] |
| | | | | | | | | MATTER NAME: Delphi Steering Acquisition |
| 06/04/09 Thu 1120581/291 | 1.20 | 0.70 | 60.00 | 42.00 | 60.00 | 42.00 | 0.70 F | 1 PER INSTRUCTIONS OF J VAZQUEZ-SILVEYRA, VISITING OFFICES OF DEPARTMENT OF AGRARIAN MATTERS OF THE STATE OF NUEVO LEON (.7 HRS) IN ORDER TO COORDINATE MEETING WITH OFFICER GILBERTO TO REVIEW ANTECEDENTS OF PROPERTY LOCATED IN SABINAS HIDALGO, NUEVO LEON |
| | | | | | | | 0.50 F | 2 (.5 HRS); ANALYZING POTENTIAL DEFECT OF DELPHI'S TITLE TO SABINAS PROPERTY. [MONTERREY OFFICE] |

~ See the last page of exhibit for explanation

NON-WORKING TRAVEL TIME

Baker & McKenzie

| DATE | ENTRY HOURS | HOURS | Baker & McKenzie U.S. Dollar | | Stuart Maue U.S. Dollar | | TASK HOURS ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | RATE | FEES | RATE | FEES | | |

**Munoz-Garcia, E**

MATTER NAME: Delphi Steering Acquisition

| 06/10/09 | 6.10 | 5.30 | 60.00 | 318.00 | 60.00 | 318.00 | 0.80 F | 1 AS PER INSTRUCTIONS OF J VAZQUEZ-SILVEYRA, DRAFTING REQUEST OF CERTIFIED COPIES OF ANTECEDENTS OF PROPERTY LOCATED IN THE MUNICIPALITY OF SABINAS HIDALGO (0.8 HRS); |
| Wed   1120581/301 | | | | | | | 0.70 F | 2 VISITING OFFICES OF DEPARTMENT OF AGRARIAN MATTERS OF STATE OF NUEVO LEON IN ORDER FILE SUCH SOLICITUDE (0.7 HRS); |
| | | | | | | | 4.60 F | 3 VISITING OFFICES OF PUBLIC REGISTRY OF PROPERTY AND COMMERCE OF THE MUNICIPALITY OF VILLALDAMA, NUEVO LEON IN ORDER TO OBTAIN PREVIOUSLY REQUESTED CERTIFIED COPIES OF ANTECEDENTS OF PROPERTY TITLES OF THE LAND LOCATED IN THE MUNICIPALITY OF SABINAS HIDALGO, NUEVO LEON (4.6 HRS); ANALYZING POTENTIAL DEFECT OF DELPHI'S TITLE TO SABINAS PROPERTY. [MONTERREY OFFICE] |

**Pacheco, M**

MATTER NAME: Delphi Steering Acquisition

| 06/19/09 | 4.80 | 3.50 | 265.00 | 927.50 | 265.00 | 927.50 | 3.50 F | 1 VISITING GENERAL MOTORS'S PREMISES TO MEET WITH P FRAUENDORF, A PASCOTTO, A NETO, E CHIDERELI, C CLAUDINO AND R LUZ TO DISCUSS PRE-CLOSING ACTIONS ON RHODES - MASTER DISPOSITION AGREEMENT (3,5); |
| Fri   1120581/395 | | | | | | | 0.50 F | 2 INTERNAL MEETING WITH LAW CLERK J WINGE REGARDING POST CLOSING ISSUES OF PROJECT RHODES (0,5); |
| | | | | | | | 0.50 F | 3 CONFERENCE CALL WITH P FRAUENDORF AND M FUNCHAL REGARDING PENDING ACTIONS TO CONCLUDE TRANSFER OF REAL ESTATE (0,5); |
| | | | | | | | 0.30 F | 4 ANALYSING PRE-CLOSING CHECKLIST OR PROJECT RHODES (0,3). [SAO PAULO OFFICE] |

**Vazquez-Silveyra, J**

MATTER NAME: Delphi Steering Acquisition

| 06/01/09 | 3.00 | 1.10 | 200.00 | 220.00 | 200.00 | 220.00 | 0.40 F | 1 RE: ANALYZING POTENTIAL DEFECT OF DELPHI'S TITLE TO SABINAS PROPERTY. COORDINATING VISIT TO VILLALDAMA (.4 HRS); |
| Mon   1120581/284 | | | | | | | 1.10 A | 2 SEARCHING ANTECEDENTS TO APPLICABLE LAWS BACK IN 1960S; |
| | | | | | | | 1.10 A | 3 VISITING PUBLIC REGISTRY OF PROPERTY AND COMMERCE AND CADASTRAL OFFICE (2.2 HRS); |
| | | | | | | | 0.40 F | 4 INTEROFFICE MEETING WITH E MUNOZ-GARCIA TO COORDINATE SEARCH OF PENDING MATTER (.4 HRS); ANALYZING POTENTIAL DEFECT ON DELPHI'S TITLE TO SABINAS HIDALGO NUEVO LEON PROPERTY. [MONTERREY OFFICE] |
| | | | | | | | | MATTER NAME: Delphi Steering Acquisition |
| 06/09/09 | 4.20 | 1.00 | 200.00 | 200.00 | 200.00 | 200.00 | 0.70 F | 1 CONTINUE REVIEWING LAW FOR DISSOLUTION OF RURAL CO-OWNERSHIPS OF THE STATE OF NUEVO LEON (0.7 HRS); |
| Tue   1120581/297 | | | | | | | 0.70 F | 2 REVIEWING GENERAL COMMUNITY ASSEMBLY MEETINGS REGARDING RECOGNITION OF RIGHTS OVER THE SABINAS PROPERTY IN FAVOUR OF J LARRALDE (0.7 HRS); |
| | | | | | | | 0.30 F | 3 INTEROFFICE MEETING WITH E MUNOZ-GARCIA (0.3 HRS) RE: ANALYZING POTENTIAL DEFECT OF DELPHI'S TITLE TO SABINAS PROPERTY; |
| | | | | | | | 1.00 F | 4 VISITING OFFICES OF DIRECTION OF AGRARIAN MATTERS OF STATE OF NUEVO LEON TO PROCURE PENDING ANTECEDENTS (1.0 HRS); |
| | | | | | | | 0.40 F | 5 SENDING EMAIL REPORT TO G ADAME-ALVAREZ WITH STATUS OF SEARCH OF ANTECEDENTS (0,4 HRS); |
| | | | | | | | 0.40 F | 6 INTEROFFICE MEETING WITH F TREVIFLO MARTINEZ TO DISCUSS RELATED MATTERS (0.4 HRS); |
| | | | | | | | 0.40 F | 7 INTEROFFICE CONFERENCE WITH J GARCIA-GARZA TO DISCUSS RELATED MATTERS (0.4 HRS); |
| | | | | | | | 0.30 A | 8 ANALYZING POTENTIAL DEFECT OF TITLE TO SABINAS PROPERTY OWNED BY DELPHI. [MONTERREY OFFICE] |

~ See the last page of exhibit for explanation

EXHIBIT F
NON-WORKING TRAVEL TIME
Baker & McKenzie

| DATE | ENTRY HOURS | HOURS | Baker & McKenzie U.S. Dollar | | Stuart Maue U.S. Dollar | | TASK | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | RATE | FEES | RATE | FEES | HOURS ~ | |
| | | 35.20 | | 4,545.06 | | 4,579.38 | | |

Total
Number of Entries:     11

EXHIBIT F

NON-WORKING TRAVEL TIME

Baker & McKenzie

## SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| | | Baker & McKenzie | | Stuart Maue | |
| | | U.S. Dollar | | U. S. Dollar | |
| TIMEKEEPER NAME | HOURS | RATE | FEES | RATE | FEES |
|---|---|---|---|---|---|
| Celescuekci, H | 3.50 | 420.00 | 1,470.00 | 420.00 | 1,470.00 |
| Cruz, F | 4.00 | 64.39 | 257.56 | 72.97 | 291.88 |
| Komatsuzaki, T | 1.80 | 140.00 | 252.00 | 140.00 | 252.00 |
| Munoz-Garcia, E | 20.30 | 60.00 | 1,218.00 | 60.00 | 1,218.00 |
| Pacheco, M | 3.50 | 265.00 | 927.50 | 265.00 | 927.50 |
| Vazquez-Silveyra, J | 2.10 | 200.00 | 420.00 | 200.00 | 420.00 |
| | 35.20 | | 4,545.06 | | 4,579.38 |

## SUMMARY OF HOUR AND FEES BY MATTER

| | | Baker & McKenzie | | Stuart Maue | |
| | | U.S. Dollar | | U. S. Dollar | |
| MATTER NAME | HOURS | RATE | FEES | RATE | FEES |
|---|---|---|---|---|---|
| Delphi Steering Acquisition | 20.30 | 60.00 | 1,218.00 | 60.00 | 1,218.00 |
| Delphi Steering Acquisition | 1.80 | 140.00 | 252.00 | 140.00 | 252.00 |
| Delphi Steering Acquisition | 2.10 | 200.00 | 420.00 | 200.00 | 420.00 |
| Delphi Steering Acquisition | 3.50 | 265.00 | 927.50 | 265.00 | 927.50 |
| Delphi Steering Acquisition | 3.50 | 420.00 | 1,470.00 | 420.00 | 1,470.00 |
| Project Two - Asia Pacific Regional Co-ordination | 4.00 | 64.39 | 257.56 | 72.97 | 291.88 |
| | 35.20 | | 4,545.06 | | 4,579.38 |

(~) REASONS FOR TASK HOUR ASSIGNMENTS

A    Task Hours Allocated By Fee Auditor

F    FINAL BILL