# EXHIBIT G

(Partner Docket Review)

# PARTNER DOCKET REVIEW
Baker & McKenzie

|  |  | Baker & McKenzie | | Stuart Maue | |
|  |  | U.S. Dollar | | U. S. Dollar | |
| TIMEKEEPER NAME | HOURS | RATE | FEES | RATE | FEES |
| --- | --- | --- | --- | --- | --- |
| Houghton, K | 1.00 | 650.00 | 650.00 | 650.00 | 650.00 |
| Reid, I | 6.20 | 560.00 | 3,472.00 | 560.00 | 3,472.00 |
|  | 7.20 |  | 4,122.00 |  | 4,122.00 |

|  |  | Baker & McKenzie | | Stuart Maue | |
|  |  | U.S. Dollar | | U. S. Dollar | |
| MATTER NAME | HOURS | RATE | FEES | RATE | FEES |
| --- | --- | --- | --- | --- | --- |
| Chapter 11 Special Tax Counsel | 5.75 | 560.00 | 3,220.00 | 560.00 | 3,220.00 |
| Chapter 11 Special Tax Counsel | 1.00 | 650.00 | 650.00 | 650.00 | 650.00 |
| Retention and Fee Applications | 0.45 | 560.00 | 252.00 | 560.00 | 252.00 |
|  | 7.20 |  | 4,122.00 |  | 4,122.00 |

EXHIBIT G

PARTNER DOCKET REVIEW

Baker & McKenzie

| DATE | ENTRY HOURS | HOURS | Baker & McKenzie U.S. Dollar RATE | FEES | Stuart Maue U.S. Dollar RATE | FEES | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| **Houghton, K** | | | | | | | |
| 06/16/09 Tue  94072942/82 | 1.00 | 1.00 | 650.00 | 650.00 | 650.00 | 650.00 | *MATTER NAME:* Chapter 11 Special Tax Counsel<br>1 REVIEW BANKRUPTCY DOCKET TO ASCERTAIN STATUS OF CLAIMS REGISTERED AND RELATED MOTIONS. [WASHINGTON, D.C. OFFICE] |
| **Reid, I** | | | | | | | |
| 06/01/09 Mon 94072942/38 | 1.00 | 1.00 | 560.00 | 560.00 | 560.00 | 560.00 | *MATTER NAME:* Chapter 11 Special Tax Counsel<br>1 REVIEWED COURT DOCKET AND FILINGS INCLUDING CHAPTER 11 PETITION. [NEW YORK OFFICE] |
| 06/02/09 Tue  94072942/40 | 1.10 | 0.55 | 560.00 | 308.00 | 560.00 | 308.00 | *MATTER NAME:* Chapter 11 Special Tax Counsel<br>1 REVIEWED COURT DOCKET AND FILINGS;<br>2 ANALYZED PRE-PETITION TAX MOTION AND ORDER. [NEW YORK OFFICE] |
| 06/04/09 Thu  94072942/43 | 0.20 | 0.20 | 560.00 | 112.00 | 560.00 | 112.00 | *MATTER NAME:* Chapter 11 Special Tax Counsel<br>1 REVIEWED COURT DOCKET AND FILINGS. [NEW YORK OFFICE] |
| 06/05/09 Fri  94072942/46 | 0.30 | 0.30 | 560.00 | 168.00 | 560.00 | 168.00 | *MATTER NAME:* Chapter 11 Special Tax Counsel<br>1 REVIEWED COURT DOCKET AND FILINGS. [NEW YORK OFFICE] |
| 06/08/09 Mon 94072942/51 | 0.20 | 0.20 | 560.00 | 112.00 | 560.00 | 112.00 | *MATTER NAME:* Chapter 11 Special Tax Counsel<br>1 REVIEWED COURT DOCKET AND FILINGS. [NEW YORK OFFICE] |
| 06/09/09 Tue  94072942/54 | 0.20 | 0.20 | 560.00 | 112.00 | 560.00 | 112.00 | *MATTER NAME:* Chapter 11 Special Tax Counsel<br>1 REVIEWED COURT DOCKET AND FILINGS. [NEW YORK OFFICE] |
| 06/10/09 Wed 94072942/55 | 0.40 | 0.40 | 560.00 | 224.00 | 560.00 | 224.00 | *MATTER NAME:* Chapter 11 Special Tax Counsel<br>1 REVIEWED COURT DOCKET AND FILINGS. [NEW YORK OFFICE] |
| 06/12/09 Fri  94072942/57 | 0.20 | 0.20 | 560.00 | 112.00 | 560.00 | 112.00 | *MATTER NAME:* Chapter 11 Special Tax Counsel<br>1 REVIEWED COURT DOCKET AND FILINGS. [NEW YORK OFFICE] |
| 06/15/09 Mon 94072942/58 | 0.20 | 0.20 | 560.00 | 112.00 | 560.00 | 112.00 | *MATTER NAME:* Chapter 11 Special Tax Counsel<br>1 REVIEWED COURT DOCKET AND FILINGS. [NEW YORK OFFICE] |
| 06/16/09 Tue  94072942/59 | 1.30 | 1.30 | 560.00 | 728.00 | 560.00 | 728.00 | *MATTER NAME:* Chapter 11 Special Tax Counsel<br>1 REVIEWED COURT DOCKET AND FILINGS AND OBJECTIONS BY TAXING AUTHORITIES TO DIP FINANCING/CASH COLLATERAL ORDERS, AND MEMORANDUM TO BAKER TAX TEAM REGARDING SAME. [NEW YORK OFFICE] |
| 06/19/09 Fri  94072942/60 | 1.20 | 1.20 | 560.00 | 672.00 | 560.00 | 672.00 | *MATTER NAME:* Chapter 11 Special Tax Counsel<br>1 REVIEWED COURT DOCKET, CLAIMS DOCKET AND TAX FILINGS/CLAIMS AND ISSUES. [NEW YORK OFFICE] |

PARTNER DOCKET REVIEW

Baker & McKenzie

| DATE | ENTRY HOURS | HOURS | Baker & McKenzie U.S. Dollar RATE | FEES | Stuart Maue U.S. Dollar RATE | FEES | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Reid, I | | | | | | | |
| 06/26/09 Fri  94072943/122 | 0.30 | 0.15 | 560.00 | 84.00 | 560.00 | 84.00 | *MATTER NAME: Retention and Fee Applications*<br>1 CONFERENCE WITH J. SAMET REGARDING RETENTION STATUS;<br>2 REVIEWED COURT DOCKET AND E-MAIL TO A. MCDERMOTT. [NEW YORK OFFICE] |
| 06/29/09 Mon  94072943/124 | 0.20 | 0.20 | 560.00 | 112.00 | 560.00 | 112.00 | *MATTER NAME: Retention and Fee Applications*<br>1 REVIEWED COURT DOCKET AND FILINGS IN CONNECTION WITH RETENTION ISSUES. [NEW YORK OFFICE] |
| 06/30/09 Tue  94072943/125 | 0.20 | 0.10 | 560.00 | 56.00 | 560.00 | 56.00 | *MATTER NAME: Retention and Fee Applications*<br>1 REVIEWED COURT DOCKET;<br>2 CONFERENCE WITH J. SAMET REGARDING STATUS OF RETENTION. [NEW YORK OFFICE] |
| Total | | 7.20 | | 4,122.00 | | 4,122.00 | |
| Number of Entries: 15 | | | | | | | |

EXHIBIT G

PARTNER DOCKET REVIEW

Baker & McKenzie

### SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| | | Baker & McKenzie | | Stuart Maue | |
| | | U.S. Dollar | | U. S. Dollar | |
| TIMEKEEPER NAME | HOURS | RATE | FEES | RATE | FEES |
| --- | --- | --- | --- | --- | --- |
| Houghton, K | 1.00 | 650.00 | 650.00 | 650.00 | 650.00 |
| Reid, I | 6.20 | 560.00 | 3,472.00 | 560.00 | 3,472.00 |
| | 7.20 | | 4,122.00 | | 4,122.00 |

### SUMMARY OF HOUR AND FEES BY MATTER

| | | Baker & McKenzie | | Stuart Maue | |
| | | U.S. Dollar | | U. S. Dollar | |
| MATTER NAME | HOURS | RATE | FEES | RATE | FEES |
| --- | --- | --- | --- | --- | --- |
| Chapter 11 Special Tax Counsel | 5.75 | 560.00 | 3,220.00 | 560.00 | 3,220.00 |
| Chapter 11 Special Tax Counsel | 1.00 | 650.00 | 650.00 | 650.00 | 650.00 |
| Retention and Fee Applications | 0.45 | 560.00 | 252.00 | 560.00 | 252.00 |
| | 7.20 | | 4,122.00 | | 4,122.00 |