Clerical / Administrative    Pg 1 of 8

# EXHIBIT H

(Clerical / Administrative)

EXHIBIT H

CLERICAL/ADMINISTRATIVE

Baker & McKenzie

| TIMEKEEPER NAME | HOURS | Baker & McKenzie U.S. Dollar RATE | FEES | Stuart Maue U.S. Dollar RATE | FEES |
|---|---|---|---|---|---|
| Chauhan, D | 0.10 | 248.04 | 24.80 | 281.07 | 28.11 |
| Chauhan, D | 7.90 | 282.24 | 2,229.70 | 281.07 | 2,220.45 |
| Chertok, S | 0.80 | 370.00 | 296.00 | 370.00 | 296.00 |
| Ding, Y | 0.25 | 225.79 | 56.45 | 224.86 | 56.22 |
| Gurevich, L | 7.50 | 280.00 | 2,100.00 | 280.00 | 2,100.00 |
| Heroy, D | 0.40 | 795.00 | 318.00 | 795.00 | 318.00 |
| Johnson, D | 2.50 | 280.00 | 700.00 | 280.00 | 700.00 |
| Komatsuzaki, T | 0.60 | 140.00 | 84.00 | 140.00 | 84.00 |
| Komatsuzaki, T | 0.25 | 163.06 | 40.77 | 162.38 | 40.60 |
| Mahalingam, D | 0.10 | 284.00 | 28.40 | 284.00 | 28.40 |
| Saw, J | 1.00 | 225.79 | 225.79 | 224.86 | 224.86 |
| Sharma, S | 0.60 | 508.03 | 304.82 | 505.93 | 303.56 |
| Silva, R | 0.10 | 210.00 | 21.00 | 210.00 | 21.00 |
| | 22.10 | | 6,429.72 | | 6,421.19 |

| MATTER NAME | HOURS | Baker & McKenzie U.S. Dollar RATE | FEES | Stuart Maue U.S. Dollar RATE | FEES |
|---|---|---|---|---|---|
| Chapter 11 Special Tax Counsel | 10.00 | 280.00 | 2,800.00 | 280.00 | 2,800.00 |
| Delphi Steering Acquisition | 0.60 | 140.00 | 84.00 | 140.00 | 84.00 |
| Delphi Steering Acquisition | 0.10 | 210.00 | 21.00 | 210.00 | 21.00 |
| Delphi Steering Acquisition | 0.10 | 284.00 | 28.40 | 284.00 | 28.40 |
| Project Two - Asia Pacific Regional Co-ordination | 0.25 | 163.06 | 40.77 | 162.38 | 40.60 |
| Project Two - Asia Pacific Regional Co-ordination | 1.25 | 225.79 | 282.24 | 224.86 | 281.08 |
| Project Two - Asia Pacific Regional Co-ordination | 7.90 | 282.24 | 2,229.70 | 281.07 | 2,220.45 |
| Project Two - Asia Pacific Regional Co-ordination | 0.60 | 508.03 | 304.82 | 505.93 | 303.56 |
| Project Two - Asia Pacific Regional Co-ordination | 0.10 | 248.04 | 24.80 | 281.07 | 28.11 |
| Retention and Fee Applications | 0.80 | 370.00 | 296.00 | 370.00 | 296.00 |
| Retention and Fee Applications | 0.40 | 795.00 | 318.00 | 795.00 | 318.00 |
| | 22.10 | | 6,429.72 | | 6,421.19 |

EXHIBIT H

CLERICAL/ADMINISTRATIVE

Baker & McKenzie

| | | | Baker & McKenzie | | Stuart Maue | | | |
|---|---|---|---|---|---|---|---|---|
| | | | U.S. Dollar | | U.S. Dollar | | | |
| DATE | ENTRY HOURS | HOURS | RATE | FEES | RATE | FEES | TASK HOURS ~ | DESCRIPTION |

**Chauhan, D**

*MATTER NAME: Project Two - Asia Pacific Regional Co-ordination*

| 06/04/09 | 1.70 | 1.70 | 282.24 | 479.81 | 281.07 | 477.82 | | 1 UPDATE INDEX OF DOCUMENTS FOR ASIA PACIFIC TO INCLUDE NEW INDIAN DOCUMENTS. |
| Thu  1145843/57 | | | | | | | | |

*MATTER NAME: Project Two - Asia Pacific Regional Co-ordination*

| 06/12/09 | 1.50 | 1.50 | 282.24 | 423.36 | 281.07 | 421.61 | | 1 UPDATE INDEX OF ASIA PACIFIC DOCUMENTS TO INCLUDE ADDITIONAL AGREEMENTS RECEIVED. |
| Fri  1145843/80 | | | | | | | | |

*MATTER NAME: Project Two - Asia Pacific Regional Co-ordination*

| 06/12/09 | 2.30 | 2.30 | 282.24 | 649.15 | 281.07 | 646.46 | | 1 UPLOAD REMAINING KOREAN DOCUMENTS ONTO EXTRANET. |
| Fri  1145843/81 | | | | | | | | |

*MATTER NAME: Project Two - Asia Pacific Regional Co-ordination*

| 06/17/09 | 0.80 | 0.80 | 282.24 | 225.79 | 281.07 | 224.86 | | 1 UPLOAD ADDITIONAL CHINESE DOCUMENTS ONTO EXTRANET. |
| Wed  1145843/164 | | | | | | | | |

*MATTER NAME: Project Two - Asia Pacific Regional Co-ordination*

| 06/24/09 | 0.90 | 0.90 | 282.24 | 254.02 | 281.07 | 252.96 | | 1 LOCATE AND SEND ARTICLES OF ASSOCIATION TO COUNSEL FOR THE FOLLOWING JURISDICTIONS: INDIA, INDONESIA, JAPAN, MALAYSIA, NEW ZEALAND, PHILIPPINES AND THAILAND. |
| Wed  1145843/256 | | | | | | | | |

*MATTER NAME: Project Two - Asia Pacific Regional Co-ordination*

| 06/29/09 | 0.30 | 0.10 | 282.24 | 28.22 | 281.07 | 28.11 | | 1 REVIEW CORRESPONDENCE IN RELATION TO PROJECT TWO; |
| Mon  1145843/394 | | | | | | | | 2 FOLLOW UP WITH ASIA PACIFIC COUNSEL REGARDING CORRESPONDENCE FROM GENERAL MOTORS OR JENNER; |
| | | | | | | | | 3 CHECK EXTRANET TO SEE IF HAVE RECEIVED ARTICLES OF ASSOCIATION FOR GM ASIA PACIFIC PTE. LTD. |

*MATTER NAME: Project Two - Asia Pacific Regional Co-ordination*

| 07/01/09 | 0.30 | 0.30 | 282.24 | 84.67 | 281.07 | 84.32 | | 1 COORDINATE ADDITION OF DOCUMENTS ONTO EXTRANET. |
| Wed  1145843/469 | | | | | | | | |

*MATTER NAME: Project Two - Asia Pacific Regional Co-ordination*

| 07/02/09 | 0.30 | 0.10 | 282.24 | 28.22 | 281.07 | 28.11 | | 1 REVIEW CORRESPONDENCE RECEIVED FROM INDONESIA; |
| Thu  1145843/501 | | | | | | | | 2 FORWARD INFORMATION TO T. RYAN AND A. MATUTE; |
| | | | | | | | | 3 CORRESPOND WITH D. FIKRY REGARDING PREPARING CONDITIONAL SHARE TRANSFERS. |

*MATTER NAME: Project Two - Asia Pacific Regional Co-ordination*

| 07/06/09 | 0.20 | 0.20 | 282.24 | 56.45 | 281.07 | 56.21 | | 1 FORWARD JAPANESE DOCUMENTS TO T. HALL. |
| Mon  1145843/574 | | | | | | | | |

*MATTER NAME: Project Two - Asia Pacific Regional Co-ordination*

| 08/04/09 | 0.10 | 0.10 | 248.04 | 24.80 | 281.07 | 28.11 | | 1 CORRESPONDENCE WITH G. TOMBOC REGARDING ORIGINAL PHILIPPINES DOCUMENTATION AND PROVIDING A NOTARISED COPY TO GENERAL MOTORS ASIA PACIFIC TAX FOR CAPITAL GAINS TAX RETURN. |
| Tue  1148366/9 | | | | | | | | |

**Chertok, S**

*MATTER NAME: Retention and Fee Applications*

| 09/01/09 | 0.20 | 0.20 | 370.00 | 74.00 | 370.00 | 74.00 | | 1 COORDINATE MAILING MONTHLY STATEMENT PURSUANT TO INTERIM COMPENSATION ORDER. [CHICAGO OFFICE] |
| Tue  94074893/1 | | | | | | | | |

~ See the last page of exhibit for explanation

EXHIBIT H
CLERICAL/ADMINISTRATIVE
Baker & McKenzie

| | | | Baker & McKenzie | | Stuart Maue | | | |
|---|---|---|---|---|---|---|---|---|
| | | | U.S. Dollar | | U.S. Dollar | | | |
| DATE | ENTRY HOURS | HOURS | RATE | FEES | RATE | FEES | TASK HOURS~ | DESCRIPTION |

**Chertok, S**

| 09/01/09 Tue 94074893/2 | 0.20 | 0.20 | 370.00 | 74.00 | 370.00 | 74.00 | | *MATTER NAME: Retention and Fee Applications*<br>1 COORDINATE MAILING MONTHLY STATEMENT PURSUANT TO INTERIM COMPENSATION ORDER. [CHICAGO OFFICE] |
| 09/01/09 Tue 94074893/3 | 0.20 | 0.20 | 370.00 | 74.00 | 370.00 | 74.00 | | *MATTER NAME: Retention and Fee Applications*<br>1 COORDINATE MAILING MONTHLY STATEMENT PURSUANT TO INTERIM COMPENSATION ORDER. [CHICAGO OFFICE] |
| 09/01/09 Tue 94074893/4 | 0.20 | 0.20 | 370.00 | 74.00 | 370.00 | 74.00 | | *MATTER NAME: Retention and Fee Applications*<br>1 COORDINATE MAILING OUT MONTHLY STATEMENT PURSUANT TO INTERIM COMPENSATION ORDER. [CHICAGO OFFICE] |

**Ding, Y**

| 06/04/09 Thu 1145843/54 | 0.50 | 0.25 | 225.79 | 56.45 | 224.86 | 56.22 | | *MATTER NAME: Project Two - Asia Pacific Regional Co-ordination*<br>1 PRINT OUT RELEVANT CONTRACTS THAT HAVE NOT BEEN REVIEWED BY BAKER & MCKENZIE OR HAVE ONLY BEEN REVIEWED BY A. LOZYNKSKI FOR D. CHAUHAN;<br>2 DISCUSS CONTRACT LIST WITH D. CHAUHAN. |

**Gurevich, L**

| 06/05/09 Fri 94072942/6 | 1.30 | 1.30 | 280.00 | 364.00 | 280.00 | 364.00 | | *MATTER NAME: Chapter 11 Special Tax Counsel*<br>1 UPDATED TAX CLAIMS EXTRANET DATABASE AND DOCUMENT STRUCTURE FOR THE GENERAL MOTORS EXTRANET DATABASE. [CHICAGO OFFICE] |
| 06/26/09 Fri 94072942/7 | 3.20 | 3.20 | 280.00 | 896.00 | 280.00 | 896.00 | | *MATTER NAME: Chapter 11 Special Tax Counsel*<br>1 INPUT INFORMATION TO THE GENERAL MOTOR DATABASE ON THE EXTRANET. [CHICAGO OFFICE] |
| 07/01/09 Wed 94073622/6 | 2.20 | 2.20 | 280.00 | 616.00 | 280.00 | 616.00 | 0.80 F<br>0.70 F<br>0.70 F | *MATTER NAME: Chapter 11 Special Tax Counsel*<br>1 ENTERED CLAIM INFORMATION FOR VARIOUS NEW CLAIMS (0.8);<br>2 UPLOADED DOCUMENTS TO THE DOCUMENT SECTION OF THE DATABASE (0.7);<br>3 RESOLVING LOGIN INFORMATION FOR THE DATABASE USERS (0.7). [CHICAGO OFFICE] |
| 07/09/09 Thu 94073622/9 | 0.80 | 0.80 | 280.00 | 224.00 | 280.00 | 224.00 | 0.50 F<br>0.30 F | *MATTER NAME: Chapter 11 Special Tax Counsel*<br>1 ENTERED NEW RECORD INFORMATION INTO GENERAL MOTORS DATABASE (0.5);<br>2 UPLOADED DOCUMENTS TO THE DOCUMENT SECTION OF THE GENERAL MOTORS DATABASE (0.3). [CHICAGO OFFICE] |

**Heroy, D**

| 06/16/09 Tue 94072943/13 | 2.40 | 0.40 | 795.00 | 318.00 | 795.00 | 318.00 | 0.40 A<br>0.40 A<br>1.10 F<br>0.30 F<br>0.20 F | *MATTER NAME: Retention and Fee Applications*<br>1 ADMINISTRATION AND ORGANIZATION FOR TIME -- OPEN NEW MATTER;<br>2 EMAIL P. SUSE ET AL, (.8);<br>3 REVIEW WGM, J&B, H PAPER (1.1);<br>4 EMAILS WITH A. MCDERMOTT AND CONFERENCE RE PROCESS (.3);<br>5 FOLLOW UP RE AFFIDAVIT WITH DUANE WEBBER (.2). [CHICAGO OFFICE] |

**Johnson, D**

~ See the last page of exhibit for explanation

EXHIBIT H
CLERICAL/ADMINISTRATIVE
Baker & McKenzie

| DATE | ENTRY HOURS | HOURS | Baker & McKenzie U.S. Dollar RATE | FEES | Stuart Maue U.S. Dollar RATE | FEES | TASK HOURS~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| **Johnson, D** | | | | | | | | |
| | | | | | | | | MATTER NAME: Chapter 11 Special Tax Counsel |
| 07/07/09 Tue  94073622/10 | 2.50 | 2.50 | 280.00 | 700.00 | 280.00 | 700.00 | | 1 REVIEW TAX CLAIMS DOWNLOADED FROM PACER AND TRANSFER DATA FROM CLAIMS ONTO TAX CLAIM EXCEL SPREADSHEET. [CHICAGO OFFICE] |
| **Komatsuzaki, T** | | | | | | | | |
| | | | | | | | | MATTER NAME: Delphi Steering Acquisition |
| 06/30/09 Tue  1120581/468 | 0.50 | 0.20 | 140.00 | 28.00 | 140.00 | 28.00 | 0.20 F | 1 CORRESPONDENCES WITH MS IKEDA (BANK OF TOKYO MITSUBISHI, AKASAKA BRANCH) REGARDING CHANGE OF REGISTERED SEAL (0.2HR); |
| | | | | | | | 0.10 F | 2 REPORTING TO J MARX (0.1 HR); |
| | | | | | | | 0.20 F | 3 AFFIXING THE CORPORATE SEAL TO APPLICATION DOCUMENTS FOR SOCIAL INSURANCE(0.2HR). [TOKYO OFFICE] |
| | | | | | | | | MATTER NAME: Project Two - Asia Pacific Regional Co-ordination |
| 07/01/09 Wed  1145843/461 | 0.50 | 0.25 | 163.06 | 40.77 | 162.38 | 40.60 | | 1 ARRANGE TO OBTAIN ONLINE COMMERCIAL REGISTRATION INFORMATION FOR GM DIESEL ENGINEERING LIMITED, GM AUTO WORD AND GENERAL MOTORS ASIA PACIFIC JAPAN; 2 SEND TO S MARUYAMA. |
| | | | | | | | | MATTER NAME: Delphi Steering Acquisition |
| 07/07/09 Tue  1122420/182 | 0.40 | 0.40 | 140.00 | 56.00 | 140.00 | 56.00 | 0.20 F | 1 AFFIXING BANK SEAL OF SR BROWN OF RHODES JAPAN LLC TO APPLICATION FORM FOR HEALTH INSURANCE PROGRAM (0.2HR); |
| | | | | | | | 0.20 F | 2 ARRANGING TO SEND SAME TO K YAMAGUCHI OF DELPHI JAPAN (0.2 HR). [TOKYO OFFICE] |
| **Mahalingam, D** | | | | | | | | |
| | | | | | | | | MATTER NAME: Delphi Steering Acquisition |
| 06/29/09 Mon  1120581/433 | 0.30 | 0.10 | 284.00 | 28.40 | 284.00 | 28.40 | 0.10 F | 1 ATTENDING TO J CROZIER'S EMAIL REGARDING PARTICULARS, OFFICERS, ADDRESS AND MEMORANDUM AND ARTICLES OF ASSOCIATION OF COMPANY. PREPARE THE LIST OF OFFICERS (0.10). |
| | | | | | | | 0.10 F | 2 PERUSE THE LIST OF OFFICERS OF THE COMPANY AND THE LATEST BUSINESS PROFILE OF THE COMPANY PURCHASED FROM ACCOUNTING AND CORPORATE REGULATORY AUTHORITY. FORWARD THE BUSINESS PROFILE TO J CROZIER (0.10). |
| | | | | | | | 0.10 F | 3 SCAN A COPY OF MEMORANDUM AND ARTICLES OF ASSOCIATION OF COMPANY AND FORWARD THE SAME TO J CROZIER (0.10). [SINGAPORE OFFICE] |
| **Saw, J** | | | | | | | | |
| | | | | | | | | MATTER NAME: Project Two - Asia Pacific Regional Co-ordination |
| 06/09/09 Tue  1145843/72 | 0.30 | 0.30 | 225.79 | 67.74 | 224.86 | 67.46 | | 1 UPLOAD KOREAN AND INDIAN JURISDICTION DOCUMENTS ONTO EXTRANET DATABASE. |
| | | | | | | | | MATTER NAME: Project Two - Asia Pacific Regional Co-ordination |
| 06/17/09 Wed  1145843/154 | 0.70 | 0.70 | 225.79 | 158.05 | 224.86 | 157.40 | | 1 COLLATE AND INDEX GM MATERIAL CONTRACTS INTO FILE. |
| **Sharma, S** | | | | | | | | |
| | | | | | | | | MATTER NAME: Project Two - Asia Pacific Regional Co-ordination |
| 06/09/09 Tue  1145843/70 | 0.60 | 0.60 | 508.03 | 304.82 | 505.93 | 303.56 | | 1 CHECK AMENDED MATERIAL CONTRACTS LIST AND SUPERVISE UPLOADING OF DOCUMENTS. |
| **Silva, R** | | | | | | | | |

~ See the last page of exhibit for explanation

EXHIBIT H
CLERICAL/ADMINISTRATIVE
Baker & McKenzie

| | | | Baker & McKenzie | | Stuart Maue | | | |
| | | | U.S. Dollar | | U.S. Dollar | | | |
| DATE | ENTRY HOURS | HOURS | RATE | FEES | RATE | FEES | TASK HOURS ~ | DESCRIPTION |

Silva, R

| | | | | | | | | *MATTER NAME: Delphi Steering Acquisition* |
| 06/19/09 | 0.20 | 0.10 | 210.00 | 21.00 | 210.00 | 21.00 | 0.10 F | 1) UNDERSTANDING WITH MAURICIO PACHECO REGARDING THE UPDATED ENROLLMENT OF THE REAL ESTATE IN WHICH IS LOCATED THE HEAD OFFICE OF SAGINAW IN THE CITY OF PORTO ALEGRE, STATE OF RIO GRANDE DO SUL (0.10); |
| Fri  1120581/333 | | | | | | | 0.10 F | 2) SENDING TO M PACHECO A DIGITAL VERSION OF SUCH DOCUMENT (0.10). [PORTO ALEGRE OFFICE] |

Total    22.10        6,429.72        6,421.19
Number of Entries:    29

~ See the last page of exhibit for explanation

EXHIBIT H PAGE 5 of 7

CLERICAL/ADMINISTRATIVE

Baker & McKenzie

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

|  |  | Baker & McKenzie | | Stuart Maue | |
|  |  | U.S. Dollar | | U.S. Dollar | |
| TIMEKEEPER NAME | HOURS | RATE | FEES | RATE | FEES |
| --- | --- | --- | --- | --- | --- |
| Chauhan, D | 0.10 | 248.04 | 24.80 | 281.07 | 28.11 |
| Chauhan, D | 7.90 | 282.24 | 2,229.70 | 281.07 | 2,220.45 |
| Chertok, S | 0.80 | 370.00 | 296.00 | 370.00 | 296.00 |
| Ding, Y | 0.25 | 225.79 | 56.45 | 224.86 | 56.22 |
| Gurevich, L | 7.50 | 280.00 | 2,100.00 | 280.00 | 2,100.00 |
| Heroy, D | 0.40 | 795.00 | 318.00 | 795.00 | 318.00 |
| Johnson, D | 2.50 | 280.00 | 700.00 | 280.00 | 700.00 |
| Komatsuzaki, T | 0.60 | 140.00 | 84.00 | 140.00 | 84.00 |
| Komatsuzaki, T | 0.25 | 163.06 | 40.77 | 162.38 | 40.60 |
| Mahalingam, D | 0.10 | 284.00 | 28.40 | 284.00 | 28.40 |
| Saw, J | 1.00 | 225.79 | 225.79 | 224.86 | 224.86 |
| Sharma, S | 0.60 | 508.03 | 304.82 | 505.93 | 303.56 |
| Silva, R | 0.10 | 210.00 | 21.00 | 210.00 | 21.00 |
|  | 22.10 |  | 6,429.72 |  | 6,421.19 |

EXHIBIT H

CLERICAL/ADMINISTRATIVE

Baker & McKenzie

SUMMARY OF HOUR AND FEES BY MATTER

| | | Baker & McKenzie | | Stuart Maue | |
| | | U.S. Dollar | | U.S. Dollar | |
| MATTER NAME | HOURS | RATE | FEES | RATE | FEES |
| --- | --- | --- | --- | --- | --- |
| Chapter 11 Special Tax Counsel | 10.00 | 280.00 | 2,800.00 | 280.00 | 2,800.00 |
| Delphi Steering Acquisition | 0.60 | 140.00 | 84.00 | 140.00 | 84.00 |
| Delphi Steering Acquisition | 0.10 | 210.00 | 21.00 | 210.00 | 21.00 |
| Delphi Steering Acquisition | 0.10 | 284.00 | 28.40 | 284.00 | 28.40 |
| Project Two - Asia Pacific Regional Co-ordination | 0.25 | 163.06 | 40.77 | 162.38 | 40.60 |
| Project Two - Asia Pacific Regional Co-ordination | 1.25 | 225.79 | 282.24 | 224.86 | 281.08 |
| Project Two - Asia Pacific Regional Co-ordination | 7.90 | 282.24 | 2,229.70 | 281.07 | 2,220.45 |
| Project Two - Asia Pacific Regional Co-ordination | 0.60 | 508.03 | 304.82 | 505.93 | 303.56 |
| Project Two - Asia Pacific Regional Co-ordination | 0.10 | 248.04 | 24.80 | 281.07 | 28.11 |
| Retention and Fee Applications | 0.80 | 370.00 | 296.00 | 370.00 | 296.00 |
| Retention and Fee Applications | 0.40 | 795.00 | 318.00 | 795.00 | 318.00 |
| | 22.10 | | 6,429.72 | | 6,421.19 |

(~) REASONS FOR TASK HOUR ASSIGNMENTS

A    Task Hours Allocated By Fee Auditor

F    FINAL BILL