# EXHIBIT I

(Unexplained Travel (Fees))

### EXHIBIT I
### UNEXPLAINED TRAVEL (FEES)
### Baker & McKenzie

| TIMEKEEPER NAME | HOURS | Baker & McKenzie U.S. Dollar RATE | FEES | Stuart Maue U.S. Dollar RATE | FEES |
|---|---|---|---|---|---|
| Cogan, E | 43.50 | 544.29 | 23,676.62 | 539.17 | 23,453.90 |
|  | 43.50 |  | 23,676.62 |  | 23,453.90 |

| MATTER NAME | HOURS | Baker & McKenzie U.S. Dollar RATE | FEES | Stuart Maue U.S. Dollar RATE | FEES |
|---|---|---|---|---|---|
| Project Beam | 43.50 | 544.29 | 23,676.62 | 539.17 | 23,453.90 |
|  | 43.50 |  | 23,676.62 |  | 23,453.90 |

EXHIBIT I PAGE 1 of 3

EXHIBIT I

UNEXPLAINED TRAVEL (FEES)

Baker & McKenzie

| DATE | ENTRY HOURS | HOURS | Baker & McKenzie U.S. Dollar RATE | FEES | Stuart Maue U.S. Dollar RATE | FEES | TASK HOURS ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Cogan, E | | | | | | | | |
| 06/14/09 Sun 99172736/81 | 2.00 | 2.00 | 544.29 | 1,088.58 | 539.17 | 1,078.34 | 2.00 F | MATTER NAME: Project Beam<br>1 TRAVEL TIME UK TO ZURICH (4.0 HRS. TRAVEL BILLED AT 2.0 HRS.). |
| 06/15/09 Mon 99172736/82 | 10.00 | 10.00 | 544.29 | 5,442.90 | 539.17 | 5,391.70 | | MATTER NAME: Project Beam<br>1 MEETING AT OFFICES OF GM EUROPE WITH MAGNA TEAM, TERESA HOLDERER AND GM TEAM, C. WHITEFOORD AND P. WESSELS TO DISCUSS SPA. |
| 06/16/09 Tue 99172736/97 | 1.80 | 1.80 | 544.29 | 979.72 | 539.17 | 970.51 | 1.80 F | MATTER NAME: Project Beam<br>1 TRAVEL TIME GM EUROPE OFFICES TO UK (3.6 HRS. TRAVEL BILLED AT 1.8 HRS.). |
| 06/16/09 Tue 99172736/98 | 4.00 | 4.00 | 544.29 | 2,177.16 | 539.17 | 2,156.68 | | MATTER NAME: Project Beam<br>1 MEETING AT OFFICES OF GM EUROPE WITH MAGNA TEAM, TERESA HOLDERER, C. WHITEFOORD AND P. WESSELS TO DISCUSS SPA. |
| 07/06/09 Mon 99172737/25 | 3.60 | 3.60 | 544.29 | 1,959.44 | 539.17 | 1,941.01 | | MATTER NAME: Project Beam<br>1 TRAVEL TO AND FROM ZURICH FOR MEETINGS (7.2 HOURS RECORDED AT 50 % RATE = 3.6 HOURS). |
| 07/06/09 Mon 99172737/26 | 9.50 | 9.50 | 544.29 | 5,170.76 | 539.17 | 5,122.12 | | MATTER NAME: Project Beam<br>1 MEETING AT GM'S OFFICES IN ZURICH WITH MAGNA AND SBERBANK TEAMS TO DISCUSS SPA. |
| 07/08/09 Wed 99172737/40 | 3.60 | 3.60 | 544.29 | 1,959.44 | 539.17 | 1,941.01 | | MATTER NAME: Project Beam<br>1 TRAVEL TO AND FROM ZURICH FOR MEETINGS (7.2 HRS. RECORDED AT 50 % RATE = 3.6 HRS.). |
| 07/08/09 Wed 99172737/41 | 9.00 | 9.00 | 544.29 | 4,898.61 | 539.17 | 4,852.53 | | MATTER NAME: Project Beam<br>1 MEETING AT GM'S OFFICES IN ZURICH WITH MAGNA AND SBERBANK TEAMS TO DISCUSS SPA (INCLUDING LAWYERS ONLY MEETING WITH ALEXANDER SCHWARZ OF GLEISS LUTZ AND ANDREAS STILCKEN OF WHITE & CASE). |
| | | 43.50 | | 23,676.62 | | 23,453.90 | | |

Total
Number of Entries:    8

~ See the last page of exhibit for explanation

EXHIBIT I PAGE 2 of 3

UNEXPLAINED TRAVEL (FEES)

Baker & McKenzie

### SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | Baker & McKenzie U.S. Dollar RATE | FEES | Stuart Maue U. S. Dollar RATE | FEES |
|---|---|---|---|---|---|
| Cogan, E | 43.50 | 544.29 | 23,676.62 | 539.17 | 23,453.90 |
|  | 43.50 |  | 23,676.62 |  | 23,453.90 |

### SUMMARY OF HOUR AND FEES BY MATTER

| MATTER NAME | HOURS | Baker & McKenzie U.S. Dollar RATE | FEES | Stuart Maue U. S. Dollar RATE | FEES |
|---|---|---|---|---|---|
| Project Beam | 43.50 | 544.29 | 23,676.62 | 539.17 | 23,453.90 |
|  | 43.50 |  | 23,676.62 |  | 23,453.90 |

(~) REASONS FOR TASK HOUR ASSIGNMENTS
F    FINAL BILL

EXHIBIT I  PAGE 3 of 3