# EXHIBIT J

(Unexplained Travel (Expenses))

**EXHIBIT J**

**Unexplained Travel (Expenses)**
**Baker & McKenzie**

| Invoice Number | Entry Number | Invoice Entry Date | Amount in Invoice Currency | Baker's Conversion Rate | U.S. Dollars (Conversion by Baker) | Stuart Maue's Conversion Rate | U.S. Dollars (Conversion by Stuart Maue) | Currency | Description | Fee Examiner's Category | Matter |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 99172736 | 9 | 06/30/09 | 411.76 | 1.51190821 | $ 622.54 | 1.4977 | $ 616.69 | EUROS | E. ECOG: OUT-OF-TOWN TRAVEL; HILTON HOTEL ZURICH JUNE 14-15,2009. | E110 | Project Beam |
| 99172736 | 15 | 06/30/09 | 770.63 | 1.51190821 | $ 1,165.12 | 1.4977 | $ 1,154.17 | EUROS | E. ECOG: OUT-OF-TOWN TRAVEL - REED AND MACKAY; LONDON CITY-ZURICH-LHR ON JUNE 14, 2009; R1677585 GBP658.15. | E110 | Project Beam |
| 99172737 | 5 | 07/09/09 | 459.74 | 1.51190821 | $ 695.08 | 1.4977 | $ 688.55 | EUROS | E. COGAN: OUT-OF-TOWN TRAVEL - REED AND MACKAY; LONDON CITY-ZURICH-LHR 06/07/2009; R1688467 GBP392.05. | E110 | Project Beam |
| 99172737 | 7 | 07/09/09 | 874.75 | 1.51190821 | $ 1,322.54 | 1.4977 | $ 1,310.11 | EUROS | E. COGAN: OUT-OF-TOWN TRAVEL - REED AND MACKAY; LHR-ZURICH-LONDON CITY 08/07/2009; R1690639 GBP745.95. | E110 | Project Beam |
| 99172737 | 12 | 07/16/09 | 1,224.69 | 1.51190821 | $ 1,851.62 | 1.4977 | $ 1,834.22 | EUROS | E. COGAN: OUT-OF-TOWN TRAVEL - REED AND MACKAY; ZURICH-LHR-ZURICH 08/07/2009; R1691466 GBP1044.37. | E110 | Project Beam |
| 99172736 | 14 | 06/30/09 | 36.08 | 1.51190821 | $ 54.55 | 1.4977 | $ 54.04 | EUROS | E. ECOG: TRANSPORTATION - LOCAL; GREATER LONDON HIRE (GLH) E. ECOG N5 TO CITY AIRPORT ON JUNE 14, 2009. | E110 | Project Beam |
| | | | | TOTAL | $ 5,711.46 | | $ 5,657.79 | | | | |