# EXHIBIT M

(Billing Increments)

EXHIBIT M

BILLING INCREMENTS

Baker & McKenzie

| TIMEKEEPER NAME | HOURS | Baker & McKenzie U.S. Dollar | | Stuart Maue U.S. Dollar | |
|---|---|---|---|---|---|
| | | RATE | FEES | RATE | FEES |
| Crozier, J | 93.50 | 656.27 | 61,361.25 | 656.27 | 61,361.25 |
| Crozier, J | 25.00 | 687.44 | 17,186.00 | 687.44 | 17,186.00 |
| | 118.50 | | 78,547.25 | | 78,547.25 |

| MATTER NAME | HOURS | Baker & McKenzie U.S. Dollar | | Stuart Maue U.S. Dollar | |
|---|---|---|---|---|---|
| | | RATE | FEES | RATE | FEES |
| Delphi Steering Acquisition | 93.50 | 656.27 | 61,361.25 | 656.27 | 61,361.25 |
| Delphi Steering Acquisition | 25.00 | 687.44 | 17,186.00 | 687.44 | 17,186.00 |
| | 118.50 | | 78,547.25 | | 78,547.25 |

EXHIBIT M

BILLING INCREMENTS

Baker & McKenzie

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | Baker & McKenzie U.S. Dollar RATE | FEES | Stuart Maue U.S. Dollar RATE | FEES | TASK HOURS ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 06/01/09 Mon | Crozier, J 1120581/3 | 14.00 | 14.00 | 656.27 | 9,187.78 | 656.27 | 9,187.78 | | MATTER NAME: Delphi Steering Acquisition<br>1 PREPARING FOR SIGNING OF THE MDA BY FINALIZING ALL INTERNATIONAL ANCILLARY AGREEMENTS;<br>2 LIAISING WITH GM/HONIGMANS TO FINALIZE THE ANCILLARY AGREEMENTS AND CO-ORDINATING THE INTERNATIONAL TEAMS WITH RESPECT TO FINALIZING THE INTERNATIONAL AGREEMENTS. [LONDON OFFICE] |
| 06/02/09 Tue | Crozier, J 1120581/6 | 3.00 | 3.00 | 656.27 | 1,968.81 | 656.27 | 1,968.81 | 2.00 F<br>1.00 F | MATTER NAME: Delphi Steering Acquisition<br>1 ATTENDING TO POST SIGNING MATTERS RELATING TO THE MDA AND QUERIES FROM HONIGMANS ON THE INTERNATIONAL ANCILLARY AGREEMENTS (2HS)<br>2 AND UPDATING THE TRANSACTION AGENDA (1HR). [LONDON OFFICE] |
| 06/03/09 Wed | Crozier, J 1120581/9 | 6.00 | 6.00 | 656.27 | 3,937.62 | 656.27 | 3,937.62 | 1.00 F<br>1.50 F<br>3.50 F | MATTER NAME: Delphi Steering Acquisition<br>1 ATTENDING TO POST SIGNING MATTERS RELATING TO THE MDA (1HR);<br>2 LIAISING WITH HONIGMANN ON EXHIBITS TO MDA (1.5HRS);<br>3 REVIEWING ALL LOCAL TRANSFER AGREEMENTS FOR OUTSTANDING POINTS (3.5HRS). [LONDON OFFICE] |
| 06/04/09 Thu | Crozier, J 1120581/13 | 3.00 | 3.00 | 656.27 | 1,968.81 | 656.27 | 1,968.81 | 1.50 F<br>1.00 F<br>0.50 F | MATTER NAME: Delphi Steering Acquisition<br>1 TELEPHONE CALL WITH HONIGMANN REGARDING EXHIBITS AND OUTSTANDING POINTS (1.5HRS);<br>2 TELEPHONE CALL WITH DELPHI ON EXHIBITS (1HR);<br>3 INSTRUCTIONS TO LOCAL TEAMS REGARDING CLOSING PROCESS AND PROCEDURE (0.5HRS). [LONDON OFFICE] |
| 06/05/09 Fri | Crozier, J 1120581/17 | 4.00 | 4.00 | 656.27 | 2,625.08 | 656.27 | 2,625.08 | | MATTER NAME: Delphi Steering Acquisition<br>1 ATTENDING TO LOCAL TRANSFER AGREEMENT ISSUES. [LONDON OFFICE] |
| 06/06/09 Sat | Crozier, J 1120581/19 | 1.00 | 1.00 | 656.27 | 656.27 | 656.27 | 656.27 | | MATTER NAME: Delphi Steering Acquisition<br>1 ATTENDING TO LOCAL TRANSFER AGREEMENT ISSUES. [LONDON OFFICE] |
| 06/07/09 Sun | Crozier, J 1120581/20 | 2.00 | 2.00 | 656.27 | 1,312.54 | 656.27 | 1,312.54 | | MATTER NAME: Delphi Steering Acquisition<br>1 ATTENDING TO LOCAL TRANSFER AGREEMENT ISSUES. [LONDON OFFICE] |
| 06/08/09 Mon | Crozier, J 1120581/22 | 7.00 | 7.00 | 656.27 | 4,593.89 | 656.27 | 4,593.89 | 5.00 F<br>0.50 F<br>1.50 F | MATTER NAME: Delphi Steering Acquisition<br>1 PROJECT MANAGEMENT OF INTERNATIONAL PORTION OF STEERING TRANSACTION BY RESPONDING TO MULTIPLE EMAILS FROM LOCAL TEAMS ON PRE-CLOSING ISSUES (5HRS);<br>2 TELEPHONE CALLS WITH THE US REGARDING PRE-CLOSING STEPS (0.5HRS);<br>3 FINALISING LOCAL TRANSFER AGREEMENTS AND AGREEING LOCAL POINTS WITH DELPHI (1.5HRS). [LONDON OFFICE] |
| 06/09/09 Tue | Crozier, J 1120581/28 | 8.00 | 8.00 | 656.27 | 5,250.16 | 656.27 | 5,250.16 | 2.50 F<br>3.00 F<br>1.50 F<br>1.00 F | MATTER NAME: Delphi Steering Acquisition<br>1 FINALISING LOCAL TRANSFER AGREEMENTS WITH LOCAL TEAMS AND REVIEWING REVISED PROVISIONS (2.5HRS);<br>2 RESPONDING TO MULTIPLE EMAILS FROM LOCAL TEAMS RE PRE-CLOSING ISSUES (3HRS);<br>3 EMPLOYMENT TELEPHONE CALL WITH GENERAL MOTORS AND DELPHI (1.5HRS);<br>4 TELEPHONE CALLS WITH DELPHI RE CLOSING STEPS (1HR). [LONDON OFFICE] |

~ See the last page of exhibit for explanation

# EXHIBIT M
## BILLING INCREMENTS
### Baker & McKenzie

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | Baker & McKenzie U.S. Dollar RATE | Baker & McKenzie U.S. Dollar FEES | Stuart Maue U.S. Dollar RATE | Stuart Maue U.S. Dollar FEES | TASK HOURS ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 06/10/09 Wed | Crozier, J 1120581/32 | 5.00 | 5.00 | 656.27 | 3,281.35 | 656.27 | 3,281.35 | | MATTER NAME: Delphi Steering Acquisition |
| | | | | | | | | 3.00 F | 1 PROJECT MANAGEMENT BY RESPONDING TO EMAILS AND CALLS FROM LOCAL TEAMS REGARDING PRE-CLOSING STEPS (3HRS); |
| | | | | | | | | 2.00 F | 2 REVIEWING AND UPDATING THE CLOSING AGENDA AND DISCUSSING THE SAME WITH TOM BOLSTER (2HRS). [LONDON OFFICE] |
| 06/11/09 Thu | Crozier, J 1120581/34 | 2.00 | 2.00 | 656.27 | 1,312.54 | 656.27 | 1,312.54 | | MATTER NAME: Delphi Steering Acquisition |
| | | | | | | | | 1.50 F | 1 FINALISING LOCAL TRANSFER AGREEMENTS (1.5HRS); |
| | | | | | | | | 0.50 F | 2 RESPONDING ON MEXICAN ISSUES REGARDING TRANSFER OF 3 BUSINESSES TO STEERINGMEX (0.5HRS). [LONDON OFFICE] |
| 06/12/09 Fri | Crozier, J 1120581/36 | 2.00 | 2.00 | 656.27 | 1,312.54 | 656.27 | 1,312.54 | | MATTER NAME: Delphi Steering Acquisition |
| | | | | | | | | | 1 RESPONDING ON PROPERTY QUERIES FROM FRED ZEHNDER AND TEAM AT GM AND LIAISING WITH LOCAL TEAMS TO GET ANSWERS AND RESPONDING ON LOCAL TRANSFER AGREEMENT QUERIES. [LONDON OFFICE] |
| 06/15/09 Mon | Crozier, J 1120581/39 | 2.00 | 2.00 | 656.27 | 1,312.54 | 656.27 | 1,312.54 | | MATTER NAME: Delphi Steering Acquisition |
| | | | | | | | | 1.50 F | 1 ATTENDING TO INDIAN LOCAL TRANSFER AGREEMENT AND EMPLOYMENT ARRANGEMENTS (1.5HRS); |
| | | | | | | | | 0.50 F | 2 ATTENDING TO PROPERTY QUERY FROM F ZEHNDER (0.5HRS). [LONDON OFFICE] |
| 06/16/09 Tue | Crozier, J 1120581/42 | 4.00 | 4.00 | 656.27 | 2,625.08 | 656.27 | 2,625.08 | | MATTER NAME: Delphi Steering Acquisition |
| | | | | | | | | | 1 DEALING WITH EMAILS FROM LOCAL TEAMS REGARDING PROJECT MANAGEMENT AND PRE-CLOSING ISSUES. [LONDON OFFICE] |
| 06/17/09 Wed | Crozier, J 1120581/46 | 3.90 | 3.00 | 656.27 | 1,968.81 | 656.27 | 1,968.81 | | MATTER NAME: Delphi Steering Acquisition |
| | | | | | | | | 0.90 F | 1 ATTENDING FRANCE EXCLUSION TELEPHONE CALL AND EMPLOYEE FOLLOW-UP (0.9HRS); |
| | | | | | | | | 0.50 F | 2 TELEPHONE CALL WITH WALT REGARDING EMPLOYMENT ISSUES (0.5HRS); |
| | | | | | | | | 2.50 F | 3 ATTENDING TO TRANSACTION AGENDA AND PROJECT MANAGEMENT (2.5HRS). [LONDON OFFICE] |
| 06/22/09 Mon | Crozier, J 1120581/60 | 4.00 | 4.00 | 656.27 | 2,625.08 | 656.27 | 2,625.08 | | MATTER NAME: Delphi Steering Acquisition |
| | | | | | | | | 1.00 F | 1 ATTENDING BANK ACCOUNT DISCUSSIONS WITH AJAI SHANKER AT GM (1HR); |
| | | | | | | | | 1.00 F | 2 TELEPHONE CALL WITH HONIGMANN RE STATUS UPDATE ON INTERNATIONAL ISSUES (1 HRS); |
| | | | | | | | | 2.00 F | 3 STATUS UPDATE TO TEAM AND PROJECT MANAGEMENT OF PRE-CLOSING ISSUES (2HRS). [LONDON OFFICE] |
| 06/23/09 Tue | Crozier, J 1120581/64 | 5.00 | 5.00 | 656.27 | 3,281.35 | 656.27 | 3,281.35 | | MATTER NAME: Delphi Steering Acquisition |
| | | | | | | | | 1.00 F | 1 REVIEWING TRANSACTION AGENDA (1 HR); |
| | | | | | | | | 1.50 F | 2 LIAISING WITH EMPLOYMENT TEAM ON INTERNATIONAL EMPLOYMENT ISSUES (1.5HRS); |
| | | | | | | | | 2.50 F | 3 RESPONDING TO MULTIPLE EMAILS REGARDING PROJECT MANAGEMENT AND PRE-CLOSING ISSUES (2.5HRS). [LONDON OFFICE] |
| 06/24/09 Wed | Crozier, J 1120581/68 | 7.00 | 7.00 | 656.27 | 4,593.89 | 656.27 | 4,593.89 | | MATTER NAME: Delphi Steering Acquisition |
| | | | | | | | | 1.50 F | 1 CONFERENCE CALL WITH ALIX PARTNERS REGARDING STATUS OF INTERNATIONAL ISSUES (1.5HRS); |
| | | | | | | | | 2.00 F | 2 CONFERENCE CALL ON FRANCE SITE AND CONFERENCE CALL ON ITALY (2HRS); |
| | | | | | | | | 2.50 F | 3 PROJECT MANAGEMENT OF INTERNATIONAL ISSUES AND RESPONDING TO EMAILS (2.5HRS) |
| | | | | | | | | 1.00 F | 4 AND TELEPHONE CALLS REGARDING BANK ACCOUNTS (1HR). [LONDON OFFICE] |

~ See the last page of exhibit for explanation

EXHIBIT M
BILLING INCREMENTS
Baker & McKenzie

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | Baker & McKenzie U.S. Dollar RATE | FEES | Stuart Maue U.S. Dollar RATE | FEES | TASK HOURS ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/25/09 Thu | Crozier, J 1120581/70 | 4.00 | 4.00 | 656.27 | 2,625.08 | 656.27 | 2,625.08 | | | MATTER NAME: Delphi Steering Acquisition |
| | | | | | | | | 1.00 F | 1 | TELEPHONE CALL WITH PARIS REGARDING FRENCH SITE CLOSURE AND FOLLOWING UP EMAIL TO GENERAL MOTORS (1HR); |
| | | | | | | | | 0.50 F | 2 | ARRANGING FOR AUSTRALIAN AGREEMENTS AND INDIAN AGREEMENTS TO BE SIGNED (0.5HRS); |
| | | | | | | | | 2.00 F | 3 | PROJECT MANAGEMENT AND COORDINATION BY RESPONDING TO EMAILS FROM LOCAL TEAMS (2HRS); |
| | | | | | | | | 0.50 F | 4 | ATTENDING TURKISH TELEPHONE CALL ON BRANCH OPENING (0.5HRS). [LONDON OFFICE] |
| 06/29/09 Mon | Crozier, J 1120581/79 | 4.00 | 4.00 | 656.27 | 2,625.08 | 656.27 | 2,625.08 | | | MATTER NAME: Delphi Steering Acquisition |
| | | | | | | | | 3.00 F | 1 | PROJECT MANAGEMENT BY RESPONDING TO MULTIPLE LOCAL COUNSEL EMAILS RE INTERNATIONAL ISSUES (3HRS); |
| | | | | | | | | 1.00 F | 2 | ATTENDING GENERAL MOTORS PROCESS TELEPHONE CALL AND GENERAL MOTORS FRANCE TELEPHONE CALL (1HR). [LONDON OFFICE] |
| 06/30/09 Tue | Crozier, J 1120581/85 | 3.50 | 3.50 | 656.27 | 2,296.95 | 656.27 | 2,296.95 | | | MATTER NAME: Delphi Steering Acquisition |
| | | | | | | | | 1.00 F | 1 | MEETING WITH KAREN GUCH RE UPDATE OF TRANSACTION (1HR); |
| | | | | | | | | 1.50 F | 2 | PROJECT MANAGEMENT BY RESPONDING TO MULTIPLE EMAILS FROM LOCAL TEAMS (1.5HRS) |
| | | | | | | | | 1.00 F | 3 | AND REVIEWING CLOSING AGENDA (1HR). [LONDON OFFICE] |
| 07/01/09 Wed | Crozier, J 1122420/1 | 6.00 | 6.00 | 687.44 | 4,124.64 | 687.44 | 4,124.64 | | | MATTER NAME: Delphi Steering Acquisition |
| | | | | | | | | 1.00 F | 1 | ATTENDING WEEKLY UPDATE MEETING WITH LONDON TEAM (1HR); |
| | | | | | | | | 0.50 F | 2 | ARRANGING LICENCES AND PERMITS TELEPHONE CALL (0.5HRS); |
| | | | | | | | | 1.50 F | 3 | TELEPHONE CALL WITH ALIXPARTNERS ON TRASACTION STATUS (1.5HRS); |
| | | | | | | | | 1.00 F | 4 | TELEPHONE CALL WITH W RALPH REGARDING HR UPDATE (1HR); |
| | | | | | | | | 2.00 F | 5 | DEALING WITH EMAIL QUERIES FROM LOCAL TEAMS AND GENERAL MOTORS (2HRS). [LONDON OFFICE] |
| 07/03/09 Fri | Crozier, J 1122420/9 | 4.00 | 5.00 | 687.44 | 3,437.20 | 687.44 | 3,437.20 | | | MATTER NAME: Delphi Steering Acquisition |
| | | | | | | | | 0.50 F | 1 | TELEPHONE CALL WITH J FREEBURG REGARDING EXPENSES RELATING TO STEERING BUSINESS (0.5HRS), |
| | | | | | | | | 2.00 F | 2 | PROJECT MANAGEMENT BY RESPONDING TO MULTIPLE EMAILS FROM LOCAL TEAMS RE PRE CLOSE ISSUES (2HRS), |
| | | | | | | | | 0.50 F | 3 | TELEPHONE CALL WITH HONGIMANNS RE UPDATE ON INTERNATIONAL TRANSACTION (0.5HRS); |
| | | | | | | | | 0.50 F | 4 | REVIEWING UPDATED EXPENSES TABLE (0.5HRS); |
| | | | | | | | | 1.00 F | 5 | REVIEWING UPDATED TRANSACTION AGENDA (1HR); |
| | | | | | | | | 0.50 F | 6 | CIRCULATING TRANSACTION AGENDA AND EXPENSES TABLE; LOCAL DIRECTOR QUERIES (0.5HRS). [LONDON OFFICE] |
| 07/06/09 Mon | Crozier, J 1122420/13 | 3.50 | 3.50 | 687.44 | 2,406.04 | 687.44 | 2,406.04 | | | MATTER NAME: Delphi Steering Acquisition |
| | | | | | | | | 1.00 F | 1 | UPDATING TRANSACTION MEETING WITH T BOLSTER AND J MAITLAND (1HR); |
| | | | | | | | | 0.50 F | 2 | RESPONDING TO QUERIES FROM DELPHI AND GENERAL MOTORS RE PRE CLOSING ISSUES (0.5HR); |
| | | | | | | | | 0.50 F | 3 | DEALING WITH FOLLOW UP ISSUES ON EMPLOYEES, MEXICO (0.5HRS), |
| | | | | | | | | 0.50 F | 4 | DEALING WITH EY APPOINTMENT AS AUDITORS FOR STEERING ENTITIES (0.5HRS), |
| | | | | | | | | 0.50 F | 5 | BOARD RESOLUTIONS FOR TRANSACTION (0.5HRS), |
| | | | | | | | | 0.50 F | 6 | BANKING APPOINTMENTS (0.5HRS), TURKISH BRANCH. [LONDON OFFICE] |

~ See the last page of exhibit for explanation

EXHIBIT M
BILLING INCREMENTS
Baker & McKenzie

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | Baker & McKenzie — U.S. Dollar RATE | FEES | Stuart Maue — U.S. Dollar RATE | FEES | TASK HOURS - | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 07/07/09 Tue | Crozier, J 1122420/17 | 3.00 | 3.00 | 687.44 | 2,062.32 | 687.44 | 2,062.32 | | *MATTER NAME: Delphi Steering Acquisition* |
| | | | | | | | | 1.00 F | 1 PREPARING WEEKLY UPDATE WITH ALIZPATNERS ON TELEPHONE CALL (1HR); |
| | | | | | | | | 1.00 F | 2 TELEPHONE CALLS WITH GENERAL MOTORS RE STATUS OF TRANSACTION (1HR); |
| | | | | | | | | 1.00 F | 3 TELEPHONE CALL WITH HONIGMAN'S PROJECT MANAGEMENT (1 HR). [LONDON OFFICE] |
| 07/08/09 Wed | Crozier, J 1122420/22 | 4.50 | 4.50 | 687.44 | 3,093.48 | 687.44 | 3,093.48 | | *MATTER NAME: Delphi Steering Acquisition* |
| | | | | | | | | 1.00 F | 1 CONDUCTING LICENCES AND PERMITS TELEPHONE CALL (1HR); |
| | | | | | | | | 2.00 F | 2 PREPARING FOR AND TELEPHONE CALL WITH GENERAL MOTORS REGARDING FRANCE EXCLUSION OF STEERING BUSINESS (2HRS); |
| | | | | | | | | 1.50 F | 3 TELEPHONE CALL WITH ALIX PARTNERS ON PROJECT MANAGEMENT (1.5HRS). [LONDON OFFICE] |
| 07/09/09 Thu | Crozier, J 1122420/28 | 3.00 | 3.00 | 687.44 | 2,062.32 | 687.44 | 2,062.32 | | *MATTER NAME: Delphi Steering Acquisition* |
| | | | | | | | | 0.50 F | 1 TELEPHONE CALL ON FRANCE STEERING BUSINESS AND EXCLUDING FROM THE SALE (0.5HRS); |
| | | | | | | | | 1.00 F | 2 LIAISING WITH PARIS TEAM REGARDING FRENCH OPTIONS (1HR); |
| | | | | | | | | 0.50 F | 3 REVIEWING TURKISH BRANCH ARRANGEMENTS (0.5HRS); |
| | | | | | | | | 0.50 F | 4 BANK ACCOUNTS UPDATE ON APPOINTMENT OF GM SIGNATORIES (0.5HRS); |
| | | | | | | | | 0.50 F | 5 AND JAPANESE LEASE REVIEW OF TERMINATION PROVISIONS (0.5HRS). [LONDON OFFICE] |
| Total | | | 118.50 | | 78,547.25 | | 78,547.25 | | |
| Number of Entries: | 27 | | | | | | | | |

~ See the last page of exhibit for explanation

EXHIBIT M
BILLING INCREMENTS
Baker & McKenzie

## SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| | | Baker & McKenzie | | Stuart Maue | |
| | | U.S. Dollar | | U. S. Dollar | |
| TIMEKEEPER NAME | HOURS | RATE | FEES | RATE | FEES |
| --- | --- | --- | --- | --- | --- |
| Crozier, J | 93.50 | 656.27 | 61,361.25 | 656.27 | 61,361.25 |
| Crozier, J | 25.00 | 687.44 | 17,186.00 | 687.44 | 17,186.00 |
| | 118.50 | | 78,547.25 | | 78,547.25 |

## SUMMARY OF HOUR AND FEES BY MATTER

| | | Baker & McKenzie | | Stuart Maue | |
| | | U.S. Dollar | | U. S. Dollar | |
| MATTER NAME | HOURS | RATE | FEES | RATE | FEES |
| --- | --- | --- | --- | --- | --- |
| Delphi Steering Acquisition | 93.50 | 656.27 | 61,361.25 | 656.27 | 61,361.25 |
| Delphi Steering Acquisition | 25.00 | 687.44 | 17,186.00 | 687.44 | 17,186.00 |
| | 118.50 | | 78,547.25 | | 78,547.25 |

(~) REASONS FOR TASK HOUR ASSIGNMENTS
F    FINAL BILL