# EXHIBIT O

(Vague Tasks)

## EXHIBIT O
### VAGUE TASKS
Baker & McKenzie

| TIMEKEEPER NAME | HOURS | Baker & McKenzie U.S. Dollar RATE | FEES | Stuart Maue U.S. Dollar RATE | FEES |
|---|---|---|---|---|---|
| Guch, K | 5.10 | 980.36 | 4,999.84 | 980.36 | 4,999.84 |
| Holmes, S | 0.10 | 740.84 | 74.08 | 733.87 | 73.39 |
| Marx, J | 1.80 | 683.51 | 1,230.32 | 683.51 | 1,230.32 |
| Postigo Uribe, J | 0.23 | 290.00 | 66.70 | 290.00 | 66.70 |
| Rawski, P | 1.20 | 551.04 | 661.25 | 551.04 | 661.25 |
| Surasathian, J | 0.50 | 299.46 | 149.73 | 298.22 | 149.11 |
| Wolff, A | 0.17 | 573.89 | 95.65 | 571.51 | 95.25 |
| Wolff, A | 0.20 | 652.40 | 130.48 | 652.40 | 130.48 |
|  | 9.30 |  | 7,408.04 |  | 7,406.33 |

| MATTER NAME | HOURS | Baker & McKenzie U.S. Dollar RATE | FEES | Stuart Maue U.S. Dollar RATE | FEES |
|---|---|---|---|---|---|
| Delphi Steering Acquisition | 0.23 | 290.00 | 66.70 | 290.00 | 66.70 |
| Delphi Steering Acquisition | 1.20 | 551.04 | 661.25 | 551.04 | 661.25 |
| Delphi Steering Acquisition | 0.20 | 652.40 | 130.48 | 652.40 | 130.48 |
| Delphi Steering Acquisition | 1.80 | 683.51 | 1,230.32 | 683.51 | 1,230.32 |
| Delphi Steering Acquisition | 5.10 | 980.36 | 4,999.84 | 980.36 | 4,999.84 |
| Project Beam | 0.10 | 740.84 | 74.08 | 733.87 | 73.39 |
| Project Two - Asia Pacific Regional Co-ordination | 0.50 | 299.46 | 149.73 | 298.22 | 149.11 |
| Project Two - Asia Pacific Regional Co-ordination | 0.17 | 573.89 | 95.65 | 571.51 | 95.25 |
|  | 9.30 |  | 7,408.04 |  | 7,406.33 |

EXHIBIT O
VAGUE TASKS
Baker & McKenzie

| DATE | ENTRY HOURS | Baker & McKenzie U.S. Dollar HOURS | Baker & McKenzie U.S. Dollar RATE | Baker & McKenzie U.S. Dollar FEES | Stuart Maue U.S. Dollar RATE | Stuart Maue U.S. Dollar FEES | TASK HOURS ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Guch, K | | | | | | | | |
| 06/01/09 Mon 1120581/1 | 6.10 | 3.00 | 980.36 | 2,941.08 | 980.36 | 2,941.08 | 2.20 F 3.00 F 0.60 F 0.30 F | MATTER NAME: Delphi Steering Acquisition 1 TELEPHONE CALLS WITH ALL PARTIES TO GO THROUGH FINAL MDA (2.2); 2 DEALING WITH CHANGES FROM LOCAL COUNTRIES FOLLOWING AGREEMENT ON MDA (3); 3 EXCHANGING EMAILS WITH INDIA REGARDING VARIOUS ISSUES RELATING TO THE LOCAL INDIAN LTA AND GURGOAN SITE (0.6); 4 DISCUSSIONS WITH J CROZIER REGARDING APPROACH TO CHANGES REQUIRED TO LOCAL LTAS (0.3). [LONDON OFFICE] |
| 06/03/09 Wed 1120581/7 | 2.10 | 2.10 | 980.36 | 2,058.76 | 980.36 | 2,058.76 | | MATTER NAME: Delphi Steering Acquisition 1 DEALING WITH VARIOUS QUERIES REGARDING LOCAL TRANSFER AGREEMENTS AND NEXT STEPS. [LONDON OFFICE] |
| Holmes, S | | | | | | | | |
| 06/23/09 Tue 99172736/128 | 0.20 | 0.10 | 740.84 | 74.08 | 733.87 | 73.39 | | MATTER NAME: Project Beam 1 REVIEWING IP ISSUES; 2 DISCUSSING WITH C. GLATT. |
| Marx, J | | | | | | | | |
| 06/05/09 Fri 1120581/443 | 0.30 | 0.30 | 683.51 | 205.05 | 683.51 | 205.05 | 0.80 F | MATTER NAME: Delphi Steering Acquisition 1 ATTENDING TO SOCIAL INSURANCE REGISTRATION ISSUES. [TOKYO OFFICE] |
| 06/15/09 Mon 1120581/450 | 1.20 | 0.20 | 683.51 | 136.70 | 683.51 | 136.70 | 0.20 F 0.20 F | MATTER NAME: Delphi Steering Acquisition 1 REVIEWING 10.1.C OF JAPANESE LTA (0.80); 2 LIAISING WITH DELPHI REVISED ARTICLE 10.1.C OF JAPANESE LTA (0.20); 3 ATTENDING TO CORPORATE INFORMATION ON RHODES JAPAN (0.20). [TOKYO OFFICE] |
| 06/17/09 Wed 1120581/453 | 0.30 | 0.30 | 683.51 | 205.05 | 683.51 | 205.05 | | MATTER NAME: Delphi Steering Acquisition 1 ATTENDING TO REVISED 10.1.C OF JAPANESE LTA. [TOKYO OFFICE] |
| 06/22/09 Mon 1120581/456 | 0.50 | 0.50 | 683.51 | 341.76 | 683.51 | 341.76 | | MATTER NAME: Delphi Steering Acquisition 1 ATTENDING TO REVISED 10.1.C OF JAPANESE LTA. [TOKYO OFFICE] |
| 07/02/09 Thu 1122420/172 | 0.50 | 0.50 | 683.51 | 341.76 | 683.51 | 341.76 | | MATTER NAME: Delphi Steering Acquisition 1 ATTENDING TO FINAL VERSION OF LOCAL TRANSFER AGREEMENT. [TOKYO OFFICE] |
| Postigo Uribe, J | | | | | | | | |

~ See the last page of exhibit for explanation

## EXHIBIT O
## VAGUE TASKS
### Baker & McKenzie

| | | | Baker & McKenzie | | Stuart Maue | | | |
|---|---|---|---|---|---|---|---|---|
| | | | U.S. Dollar | | U.S. Dollar | | | |
| DATE | ENTRY HOURS | HOURS | RATE | FEES | RATE | FEES | TASK HOURS ~ | DESCRIPTION |

**Postigo Uribe, J**

MATTER NAME: *Delphi Steering Acquisition*

| 06/09/09 | 2.50 | 0.10 | 290.00 | 29.00 | 290.00 | 29.00 | | |
| Tue  1120581/225 | | | | | | | 0.40 A | 1 REVIEW EMAILS BY J LEON; |
| | | | | | | | 0.40 A | 2 REVIEW AND ANALYSIS OF ISSUES ON JURISDICTION CLAUSE, PARTICULARITIES OF TRANSACTION IN MEXICO AND PRE-CLOSING TRANSFERS (0.8); |
| | | | | | | | 0.40 F | 3 EXCHANGE EMAILS WITH T BOLSTER,REVIEW AND DISCUSS AGENDA (0.4); |
| | | | | | | | 0.25 A | 4 INTEROFFICE CONFERENCE WITH G ADAME-ALVAREZ; |
| | | | | | | | 0.25 A | 5 REVIEW MATTERS ON REAL ESTATE INVESTIGATION AND PROCEDURES, REVIEW EMAILS BY J VAZQUEZ-SILVEYRA (0.5); |
| | | | | | | | 0.10 A | 6 REVIEW EMAIL BY J CROZIER; |
| | | | | | | | 0.10 A | 7 REVIEW LABOUR MATTERS (0.2); |
| | | | | | | | 0.40 F | 8 REVIEW ISSUES ON LOCAL TRANSFER AGREEMENTS ADDITIONAL REPRESENTATIONS AND WARRANTIES (0.4); |
| | | | | | | | 0.20 F | 9 CONFERENCE CALL WITH C SALAZAR, REVIEW MATTERS ON FINDINGS ON REAL ESTATE INFORMATION AT NUEVO LEON (0.2). [MEXICO CITY OFFICE] |

MATTER NAME: *Delphi Steering Acquisition*

| 06/11/09 | 1.00 | 0.13 | 290.00 | 37.70 | 290.00 | 37.70 | 0.20 A | 1 REVIEW MATTERS ON LOCAL TRANSFER AGREEMENTS; |
| Thu  1120581/229 | | | | | | | 0.20 A | 2 REVIEW EMAILS BY C SALAZAR, J CROZIER, M TAIGMAN AND J KANNAN; |
| | | | | | | | 0.20 A | 3 REVIEW MATTERS ON REPS AND WARRANTIES AND JURISDICTION (0.6); |
| | | | | | | | 0.13 A | 4 SEVERAL TELEPHONE CONFERENCE WITH G ADAME-ALVAREZ; |
| | | | | | | | 0.13 A | 5 REVIEW MATTERS ON REAL PROPERTY ISSUES; |
| | | | | | | | 0.14 A | 6 REVIEW LEGAL MEMORANDUM AND PROCESSES (0.4). [MEXICO CITY OFFICE] |

**Rawski, P**

MATTER NAME: *Delphi Steering Acquisition*

| 06/16/09 | 0.50 | 0.40 | 551.04 | 220.42 | 551.04 | 220.42 | 0.40 F | 1 ASSISTING IN LEASE AGREEMENTS RELATED ISSUES (0.40 HRS); |
| Tue  1120581/479 | | | | | | | 0.10 F | 2 EXCHANGING VARIOUS EMAILS REGARDING SAME (0.1 HRS). [WARSAW OFFICE] |

MATTER NAME: *Delphi Steering Acquisition*

| 06/22/09 | 0.40 | 0.40 | 551.04 | 220.42 | 551.04 | 220.42 | | 1 ATTENDING TO VARIOUS ACTIONS LINKED TO CLOSING OF THE LOCAL TRANSFER AGREEMENT (INTER ALIA RELATED TO BANK ACCOUNTS). [WARSAW OFFICE] |
| Mon  1120581/480 | | | | | | | | |

MATTER NAME: *Delphi Steering Acquisition*

| 06/30/09 | 0.40 | 0.40 | 551.04 | 220.42 | 551.04 | 220.42 | | 1 WORKING ON FINAL EMPLOYMENT ISSUES REGARDING CLOSING. [WARSAW OFFICE] |
| Tue  1120581/484 | | | | | | | | |

**Surasathian, J**

MATTER NAME: *Project Two - Asia Pacific Regional Co-ordination*

| 06/25/09 | 0.50 | 0.50 | 299.46 | 149.73 | 298.22 | 149.11 | | 1 ANALYSE ISSUES RELATING TO THE TRANSFER OF SHARE. |
| Thu  1145843/314 | | | | | | | | |

**Wolff, A**

~ See the last page of exhibit for explanation

EXHIBIT O
VAGUE TASKS
Baker & McKenzie

| | | Baker & McKenzie | | | Stuart Maue | | | |
| | | U.S. Dollar | | | U. S. Dollar | | | |
| DATE | ENTRY HOURS | HOURS | RATE | FEES | RATE | FEES | TASK HOURS ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Wolff, A | | | | | | | | |
| | | | | | | | | MATTER NAME:  Project Two - Asia Pacific Regional Co-ordination |
| 06/02/09 | 0.50 | 0.17 | 573.89 | 95.65 | 571.51 | 95.25 | | 1 REVIEW ANNOUNCEMENTS; |
| Tue  1145843/14 | | | | | | | | 2 LIAISE WITH A. POKE; |
| | | | | | | | | 3 PERUSE E-MAIL REGARDING CORPORATE FILINGS. |
| | | | | | | | | MATTER NAME:  Delphi Steering Acquisition |
| 06/08/09 | 0.40 | 0.20 | 652.40 | 130.48 | 652.40 | 130.48 | | 1 REVIEWING STATE OF AFFAIRS IN EMPLOYMENT MATTERS; |
| Mon  1120581/128 | | | | | | | | 2 PREPARING EMAIL H HINDERER REGARDING LOCAL TRANSFER AGREEMENT CONCERNING TRANSFERRED EMPLOYEES. [BERLIN OFFICE] |
| Total | | 9.30 | | 7,408.04 | | 7,406.33 | | |
| Number of Entries: 16 | | | | | | | | |

~ See the last page of exhibit for explanation

# EXHIBIT O
## VAGUE TASKS
### Baker & McKenzie

#### SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| | | Baker & McKenzie | | Stuart Maue | |
| --- | --- | --- | --- | --- | --- |
| | | U.S. Dollar | | U. S. Dollar | |
| TIMEKEEPER NAME | HOURS | RATE | FEES | RATE | FEES |
| Guch, K | 5.10 | 980.36 | 4,999.84 | 980.36 | 4,999.84 |
| Holmes, S | 0.10 | 740.84 | 74.08 | 733.87 | 73.39 |
| Marx, J | 1.80 | 683.51 | 1,230.32 | 683.51 | 1,230.32 |
| Postigo Uribe, J | 0.23 | 290.00 | 66.70 | 290.00 | 66.70 |
| Rawski, P | 1.20 | 551.04 | 661.25 | 551.04 | 661.25 |
| Surasathian, J | 0.50 | 299.46 | 149.73 | 298.22 | 149.11 |
| Wolff, A | 0.17 | 573.89 | 95.65 | 571.51 | 95.25 |
| Wolff, A | 0.20 | 652.40 | 130.48 | 652.40 | 130.48 |
| | 9.30 | | 7,408.04 | | 7,406.33 |

#### SUMMARY OF HOUR AND FEES BY MATTER

| | | Baker & McKenzie | | Stuart Maue | |
| --- | --- | --- | --- | --- | --- |
| | | U.S. Dollar | | U. S. Dollar | |
| MATTER NAME | HOURS | RATE | FEES | RATE | FEES |
| Delphi Steering Acquisition | 0.23 | 290.00 | 66.70 | 290.00 | 66.70 |
| Delphi Steering Acquisition | 1.20 | 551.04 | 661.25 | 551.04 | 661.25 |
| Delphi Steering Acquisition | 0.20 | 652.40 | 130.48 | 652.40 | 130.48 |
| Delphi Steering Acquisition | 1.80 | 683.51 | 1,230.32 | 683.51 | 1,230.32 |
| Delphi Steering Acquisition | 5.10 | 980.36 | 4,999.84 | 980.36 | 4,999.84 |
| Project Beam | 0.10 | 740.84 | 74.08 | 733.87 | 73.39 |
| Project Two - Asia Pacific Regional Co-ordination | 0.50 | 299.46 | 149.73 | 298.22 | 149.11 |
| Project Two - Asia Pacific Regional Co-ordination | 0.17 | 573.89 | 95.65 | 571.51 | 95.25 |
| | 9.30 | | 7,408.04 | | 7,406.33 |

(~) REASONS FOR TASK HOUR ASSIGNMENTS
A    Task Hours Allocated By Fee Auditor
F    FINAL BILL