Alan W. Kornberg
Rebecca R. Zubaty
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Attorneys for Dana Holding Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
: 
In re : Chapter 11
:
: Case No. 09-50026 (REG)
MOTORS LIQUIDATION COMPANY, et al., :
: (Jointly Administered)
Debtors. :
------------------------------------- x

## REQUEST TO BE REMOVED FROM ELECTRONIC SERVICE LIST

Paul, Weiss, Rifkind, Wharton & Garrison LLP, attorneys for Dana Holding Corporation in the above-referenced case, requests that the following person and e-mail address be removed from ECF notification, and requests that she no longer receive electronic filings in this case: Lisa Wurster (lisa.wurster@dana.com).

Dated: New York, New York          PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
       June 22, 2010

                                   By:  /s/ Alan W. Kornberg
                                        Alan W. Kornberg
                                        (A Member of the Firm)
                                        Alan W. Kornberg (akornberg@paulweiss.com)
                                        Rebecca R. Zubaty (rzubaty@paulweiss.com)
                                        1285 Avenue of the Americas
                                        New York, New York 10019-6064
                                        Telephone: (212) 373-3000
                                        Facsimile: (212) 757-3990

                                   *Attorneys for Dana Holding Corporation*