# EXHIBIT A

(Clerical / Administrative)

CLERICAL/ADMINISTRATIVE

Kramer Levin Naftalis & Frankel

### SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES STANDARD RATES | FEES CLERICAL RATE OF $260/$275 | DIFFERENCE |
|---|---|---|---|---|
| Caton, A | 0.30 | 213.00 | 82.50 | 130.50 |
| Macksoud, L | 1.80 | 1,080.00 | 468.00 | 612.00 |
| Sharret, J | 11.30 | 5,512.50 | 2,962.00 | 2,550.50 |
| | 13.40 | $6,805.50 | $3,512.50 | $3,293.00 |

### SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES STANDARD RATES | FEES CLERICAL RATE OF $260/$275 | DIFFERENCE |
|---|---|---|---|---|
| Case Administration | 0.50 | 242.50 | 130.00 | 112.50 |
| Fee Application/Monthly Invoices | 12.90 | 6,563.00 | 3,382.50 | 3,180.50 |
| | 13.40 | $6,805.50 | $3,512.50 | $3,293.00 |

* Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT A PAGE 1 of 4

EXHIBIT A

CLERICAL/ADMINISTRATIVE

Kramer Levin Naftalis & Frankel

| TIMEKEEPER NAME | DATE | ENTRY HOURS | TASK HOURS | FEES STANDARD RATES | FEES CLERICAL RATE OF | DIFFERENCE | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Caton, A | 01/27/10  Wed 541031019/1146 | 0.30 | 0.30 | 213.00 | 82.50 | 130.50 | *MATTER NAME: Fee Application/Monthly Invoices*<br>1 REVIEW DECEMBER FEE STATEMENT. |
| | TOTAL FOR TIMEKEEPER: | | 0.30 | $213.00 | $82.50 | $130.50 | |
| | NUMBER OF ENTRIES: | 1 | | | | | |
| Macksoud, L | 10/23/09  Fri 541031019/1057 | 1.80 | 1.80 | 1,080.00 | 468.00 | 612.00 | *MATTER NAME: Fee Application/Monthly Invoices*<br>1 REVIEW SEPTEMBER BILL AND PROVIDE COMMENTS TO SAME. |
| | TOTAL FOR TIMEKEEPER: | | 1.80 | $1,080.00 | $468.00 | $612.00 | |
| | NUMBER OF ENTRIES: | 1 | | | | | |
| Sharret, J | 10/23/09  Fri 541031019/1054 | 2.40 | 2.40 | 1,164.00 | 624.00 | 540.00 | *MATTER NAME: Fee Application/Monthly Invoices*<br>1 REVIEW SEPTEMBER INVOICE. |
| | 10/28/09  Wed 541031019/1058 | 2.00 | 2.00 | 970.00 | 520.00 | 450.00 | *MATTER NAME: Fee Application/Monthly Invoices*<br>1 REVIEW SEPTEMBER FEE DETAIL. |
| | 10/29/09  Thu 541031019/1068 | 0.50 | 0.50 | 242.50 | 130.00 | 112.50 | *MATTER NAME: Fee Application/Monthly Invoices*<br>1 REVIEW REVISED GM BILL. |
| | 11/23/09  Mon 541031019/1098 | 0.60 | 0.60 | 291.00 | 156.00 | 135.00 | *MATTER NAME: Fee Application/Monthly Invoices*<br>1 REVISING OCTOBER MONTHLY INVOICE. |
| | 11/24/09  Tue 541031019/1100 | 2.20 | 2.20 | 1,067.00 | 572.00 | 495.00 | *MATTER NAME: Fee Application/Monthly Invoices*<br>1 REVIEWING OCTOBER MONTHLY FEE INVOICE. |
| | 11/25/09  Wed 541031019/1104 | 0.60 | 0.60 | 291.00 | 156.00 | 135.00 | *MATTER NAME: Fee Application/Monthly Invoices*<br>1 REVIEWING MARK-UP OF OCTOBER FEE DETAIL. |
| | 12/04/09  Fri 541031019/1122 | 0.40 | 0.30 | 145.50 | 78.00 | 67.50 | *MATTER NAME: Fee Application/Monthly Invoices*<br>1 REVIEW FEE AUDITOR ORDER (.1);<br>2 REVIEW NOVEMBER FEE DETAIL (.3) |

\* Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT A PAGE 2 of 4

CLERICAL/ADMINISTRATIVE

Kramer Levin Naftalis & Frankel

| TIMEKEEPER NAME | DATE | ENTRY HOURS | TASK HOURS | FEES STANDARD RATES | FEES CLERICAL RATE OF | DIFFERENCE | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Sharret, J | 12/11/09  Fri 541031019/1113 | 0.60 | 0.60 | 291.00 | 156.00 | 135.00 | MATTER NAME: Fee Application/Monthly Invoices<br>1 REVIEW MONTHLY INVOICE FOR NOVEMBER AND COORDINATE DELIVERY OF SAME |
| | 12/22/09  Tue 541031001/83 | 0.80 | 0.50 | 242.50 | 130.00 | 112.50 | MATTER NAME: Case Administration<br>1 ATTENTION TO CASE ADMIN ISSUES: REVIEW CASE FILES AND ORGANIZE SAME (.5);<br>2 MEETING WITH R. CHAIKIN (.3). |
| | 01/26/10  Tue 541031019/1145 | 0.50 | 0.50 | 252.50 | 137.50 | 115.00 | MATTER NAME: Fee Application/Monthly Invoices<br>1 REVIEWING DECEMBER TIME DETAIL |
| | 01/27/10  Wed 541031019/1144 | 0.60 | 0.60 | 303.00 | 165.00 | 138.00 | MATTER NAME: Fee Application/Monthly Invoices<br>1 REVIEW DECEMBER TIME DETAIL. |
| | 01/28/10  Thu 541031019/1143 | 0.50 | 0.50 | 252.50 | 137.50 | 115.00 | MATTER NAME: Fee Application/Monthly Invoices<br>1 REVIEW DECEMBER BILL. |
| | TOTAL FOR TIMEKEEPER: | | 11.30 | $5,512.50 | $2,962.00 | $2,550.50 | |
| | NUMBER OF ENTRIES:  12 | | | | | | |
| TOTAL:<br>NUMBER OF ENTRIES  14 | | | 13.40 | $6,805.50 | $3,512.50 | $3,293.00 | |

\* Amount billed adjusted to reflect percentage shown to be due on the invoice.

CLERICAL/ADMINISTRATIVE

Kramer Levin Naftalis & Frankel

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES STANDARD RATES | FEES CLERICAL RATE OF $260/$275 | DIFFERENCE |
|---|---|---|---|---|
| Caton, A | 0.30 | 213.00 | 82.50 | 130.50 |
| Macksoud, L | 1.80 | 1,080.00 | 468.00 | 612.00 |
| Sharret, J | 11.30 | 5,512.50 | 2,962.00 | 2,550.50 |
| | 13.40 | $6,805.50 | $3,512.50 | $3,293.00 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES STANDARD RATES | FEES CLERICAL RATE OF $260/$275 | DIFFERENCE |
|---|---|---|---|---|
| Case Administration | 0.50 | 242.50 | 130.00 | 112.50 |
| Fee Application/Monthly Invoices | 12.90 | 6,563.00 | 3,382.50 | 3,180.50 |
| | 13.40 | $6,805.50 | $3,512.50 | $3,293.00 |

\* Amount billed adjusted to reflect percentage shown to be due on the invoice.