# EXHIBIT B

(Cho's Monitoring Activities)

CHO'S MONITORING ACTIVITIES

Kramer Levin Naftalis & Frankel

### SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES STANDARD RATES | FEES CLERICAL RATE OF $260/$275 | DIFFERENCE |
|---|---|---|---|---|
| Cho, D | 12.80 | 5,632.00 | 3,328.00 | 2,304.00 |
| | 12.80 | $5,632.00 | $3,328.00 | $2,304.00 |

### SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES STANDARD RATES | FEES CLERICAL RATE OF $260/$275 | DIFFERENCE |
|---|---|---|---|---|
| Appellate Issues | 11.90 | 5,236.00 | 3,094.00 | 2,142.00 |
| Motions | 0.90 | 396.00 | 234.00 | 162.00 |
| | 12.80 | $5,632.00 | $3,328.00 | $2,304.00 |

* Amount billed adjusted to reflect percentage shown to be due on the invoice.

CHO'S MONITORING ACTIVITIES

Kramer Levin Naftalis & Frankel

| TIMEKEEPER NAME | DATE | ENTRY HOURS | TASK HOURS | FEES STANDARD RATES | FEES CLERICAL RATE OF | DIFFERENCE | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Cho, D | 10/14/09    Wed 541031032/1359 | 0.90 | 0.90 | 396.00 | 234.00 | 162.00 | MATTER NAME: Motions<br>1 ANALYZE AND SUMMARIZE MOTIONS INCLUDING REYNOLDS AND LAWRENCE LIFT STAY MOTIONS. |
|  | 10/20/09    Tue 541031022/1147 | 2.30 | 2.30 | 1,012.00 | 598.00 | 414.00 | MATTER NAME: Appellate Issues<br>1 ANALYZE AND SUMMARIZE APPEAL OF SALE OPINION AND ORDER BY CAMPBELL CALLAS. |
|  | 10/25/09    Sun 541031022/1148 | 1.50 | 1.50 | 660.00 | 390.00 | 270.00 | MATTER NAME: Appellate Issues<br>1 ANALYZE AND SUMMARIZE DEBTOR'S RESPONSE TO APPEAL. |
|  | 11/20/09    Fri 541031022/1158 | 4.50 | 4.50 | 1,980.00 | 1,170.00 | 810.00 | MATTER NAME: Appellate Issues<br>1 ANALYZE/SUMMARIZE APPEAL MOTIONS FOR THE PARKER, ROLLOVER VICTIMS, NARUMANCHI, ACCIDENT LITIGANT APPEALS. |
|  | 11/23/09    Mon 541031022/1159 | 1.40 | 1.40 | 616.00 | 364.00 | 252.00 | MATTER NAME: Appellate Issues<br>1 ANALYZE/SUMMARIZE ACCIDENT VICTIM APPEAL MOTIONS. |
|  | 11/25/09    Wed 541031022/1160 | 2.20 | 2.20 | 968.00 | 572.00 | 396.00 | MATTER NAME: Appellate Issues<br>1 SUMMARIZE/ANALYZE PARKER APPEAL MOTIONS. |
|  | TOTAL FOR TIMEKEEPER: | | 12.80 | $5,632.00 | $3,328.00 | $2,304.00 | |
|  | NUMBER OF ENTRIES: | 6 | | | | | |
| TOTAL:<br>NUMBER OF ENTRIES | | 6 | 12.80 | $5,632.00 | $3,328.00 | $2,304.00 | |

CHO'S MONITORING ACTIVITIES

Kramer Levin Naftalis & Frankel

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES STANDARD RATES | FEES CLERICAL RATE OF $260/$275 | DIFFERENCE |
|---|---|---|---|---|
| Cho, D | 12.80 | 5,632.00 | 3,328.00 | 2,304.00 |
| | 12.80 | $5,632.00 | $3,328.00 | $2,304.00 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES STANDARD RATES | FEES CLERICAL RATE OF $260/$275 | DIFFERENCE |
|---|---|---|---|---|
| Appellate Issues | 11.90 | 5,236.00 | 3,094.00 | 2,142.00 |
| Motions | 0.90 | 396.00 | 234.00 | 162.00 |
| | 12.80 | $5,632.00 | $3,328.00 | $2,304.00 |

* Amount billed adjusted to reflect percentage shown to be due on the invoice.                    EXHIBIT B  PAGE 3 of 3