# EXHIBIT C

(Block Billing)


EXHIBIT C

BLOCK BILLING

Kramer Levin Naftalis & Frankel

| TIMEKEEPER NAME | INITIALS | HOURS | RATE | FEES |
|---|---|---|---|---|
| Plotko, G | GGPL | 8.10 | $665.00 | 5,386.50 |
| Rogoff, A | ACRO | 22.35 | $795.00 | 17,768.25 |
| | | 2.20 | $850.00 | 1,870.00 |
| Schmidt, R | RTSC | 1.00 | $735.00 | 735.00 |
| Sharret, J | JSHA | 5.80 | $485.00 | 2,813.00 |
| | | 39.45 | | $28,572.75 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Claims Administration & Objections | 12.40 | 8,840.00 |
| Committee Meetings/Communications | 3.30 | 1,972.50 |
| Executory Contracts/Leases | 1.00 | 795.00 |
| Insurance And Other Business Operations | 0.80 | 636.00 |
| International Issues | 4.40 | 3,498.00 |
| Motions | 2.70 | 1,309.50 |
| Plan & Disclosure Statement | 3.25 | 2,271.75 |
| Retention Of Professionals | 1.80 | 1,371.00 |
| Wind-Down Issues | 9.80 | 7,879.00 |
| | 39.45 | $28,572.75 |

EXHIBIT C PAGE 1 of 7

# EXHIBIT C
## BLOCK BILLING
### Kramer Levin Naftalis & Frankel

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | **MATTER NAME:** Plan & Disclosure Statement |
| GGPL | $665.00 | 10/05/09 | Mon | 4.40 | 2.40 | 1,596.00 | 0.90 | 1 | MULTIPLE DISCUSSIONS WITH J. ROSENSAFT RE SECTION 1145 AND POST-CONFIRMATION STRUCTURE (.9); |
| Plotko, G | | | | | | | 1.10 | 2 | REVIEW ADELPHIA DISCLOSURE STATEMENT FOR CLAIM TRADING PROVISIONS AND DISCUSSION WITH J. ROSENSAFT (1.1); |
| | | | | | | | 1.20 A | 3 | REVIEW OF SECTION 1145 CASE LAW AND MEMOS AND TERM SHEET; |
| | | | | | | | 1.20 A | 4 | PROVIDED COMMENTS TO TERMSHEET (2.4). |
| | | | | | | | | | **MATTER NAME:** Claims Administration & Objections |
| | $665.00 | 10/07/09 | Wed | 4.40 | 4.10 | 2,726.50 | 1.15 A | 1 | ATTENTION TO ESTIMATION PROCEDURES IMPLEMENTED IN ASARCO; |
| | | | | | | | 1.15 A | 2 | REVIEW RELATED CASE LAW (2.3); |
| | | | | | | | 0.90 A | 3 | ATTENTION TO GM NOVA SCOTIA ISSUES; |
| | | | | | | | 0.90 A | 4 | REVIEW BACKGROUND DOCUMENTS (1.8); |
| | | | | | | | 0.30 | 5 | ATTENTION TO SATURN CLAIMS (.3). |
| | | | | | | | | | **MATTER NAME:** Claims Administration & Objections |
| | $665.00 | 12/02/09 | Wed | 2.90 | 1.60 | 1,064.00 | 1.30 | 1 | ATTN TO SUPPLEMENTAL BAR DATE MOTION (1.3); |
| | | | | | | | 0.80 A | 2 | ATTN TO ASBESTOS CLAIMS MOTION; |
| | | | | | | | 0.80 A | 3 | REVIEWED PRECEDENT CASES (1.6) |
| | NUMBER OF ENTRIES: | | 3 | | 8.10 | 5,386.50 | | | |
| | | | | | | | | | **MATTER NAME:** Retention Of Professionals |
| ACRO | $795.00 | 10/06/09 | Tue | 0.80 | 0.80 | 636.00 | | 1 | ATTENTION TO EVERCORE; |
| Rogoff, A | | | | | | | | 2 | EMAILS AND CALLS T. MAYER, S. KAROTKIN AND US TRUSTEE OFFICE RE: SAME. |
| | | | | | | | | | **MATTER NAME:** Plan & Disclosure Statement |
| | $795.00 | 10/14/09 | Wed | 1.70 | 0.85 | 675.75 | | 1 | ATTENTION TO PLAN STRUCTURE ISSUES. |
| | | | | | | | | 2 | ATTENTION TO COMMITTEE CALL; |
| | | | | | | | | 3 | CALLS FTI RE: SAME; |
| | | | | | | | | 4 | CALLS A. CATON RE: SAME. |
| | | | | | | | | | **MATTER NAME:** Executory Contracts/Leases |
| | $795.00 | 10/15/09 | Thu | 1.00 | 1.00 | 795.00 | | 1 | ATTENTION TO JSSI CONTRACT ISSUES AND RESOLUTION OF SAME; |
| | | | | | | | | 2 | EMAILS AND MEETINGS SHARRET RE: SAME. |
| | | | | | | | | | **MATTER NAME:** International Issues |
| | $795.00 | 10/15/09 | Thu | 0.90 | 0.90 | 715.50 | | 1 | ATTENTION TO GM STRASBOURG ISSUES; |
| | | | | | | | | 2 | MULTIPLE CALLS AND EMAILS W/ FTI, WEIL RE: SAME; |
| | | | | | | | | 3 | CONFERENCES A. CATON RE: SAME. |

~ See the last page of exhibit for explanation

EXHIBIT C PAGE 2 of 7

EXHIBIT C

BLOCK BILLING

Kramer Levin Naftalis & Frankel

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| ACRO<br>Rogoff, A | $795.00 | 10/19/09 | Mon | 0.80 | 0.80 | 636.00 | | | MATTER NAME: Insurance And Other Business Operations<br>1 ATTENTION TO INSURANCE ISSUES. ATTENTION TO GM STRASBOURG ISSUES;<br>2 EMAILS W/ WEIL RE: SAME;<br>3 EMAILS A. CATON RE: SAME. |
| | $795.00 | 10/20/09 | Tue | 0.90 | 0.90 | 715.50 | | | MATTER NAME: International Issues<br>1 ATTENTION TO GM STRASBOURG ISSUES;<br>2 EMAILS TO WEIL RE: SAME;<br>3 EMAILS A. CATON RE: SAME;<br>4 CALL FTI RE: SAME. ATTENTION TO DE MINIMIS ASSET SALE ISSUES;<br>5 CALLS AND EMAILS R. BERKOVICH AND J. SHARRET RE: SAME. |
| | $795.00 | 10/22/09 | Thu | 2.10 | 2.10 | 1,669.50 | | | MATTER NAME: Wind-Down Issues<br>1 ATTENTION TO WIND DOWN ISSUES, INCLUDING RECENTLY FILED DOCUMENTS;<br>2 EMAILS AND CALLS R. BERKOVICH, LEDERMAN, J. SHARRET AND G. PLOTKO RE: SAME. |
| | $795.00 | 10/28/09 | Wed | 1.40 | 1.40 | 1,113.00 | | | MATTER NAME: International Issues<br>1 ATTENTION TO ASSET GM STRASBOURG ISSUES;<br>2 CALLS FTI REGARDING SAME;<br>3 EMAILS S. KAROTKIN REGARDING SAME. |
| | $795.00 | 10/29/09 | Thu | 0.60 | 0.60 | 477.00 | | | MATTER NAME: International Issues<br>1 ATTENTION TO GM STRASBOURG AND EMAILS WEIL RE: SAME;<br>2 EMAILS A. CATON RE: SAME. |
| | $795.00 | 10/29/09 | Thu | 3.10 | 2.20 | 1,749.00 | 0.90 | F | MATTER NAME: Wind-Down Issues<br>1 CALL WITH J. SMOLINSKY RE: NEW GM VS MLC ISSUES; ATTENTION TO SAME (.9). |
| | | | | | | | 1.10 | A | 2 ATTENTION TO WIND DOWN ISSUES, INCLUDING NEW MOTIONS, STATEMENTS AND FILINGS; |
| | | | | | | | 1.10 | A | 3 EMAILS AND CALLS L. MACKSOUD, J. SHARRET AND G. PLOTKO RE: SAME (2.2). |
| | $795.00 | 11/03/09 | Tue | 2.60 | 1.40 | 1,113.00 | 0.90 | F | MATTER NAME: Wind-Down Issues<br>1 ATTN TO WIND DOWN ISSUES, INCLUDING STATUS OF MATTERS SCHEDULED FOR NEXT OMNI HEARING, REALM/ENCORE BAR DATE, ASBESTOS INSURANCE (.9); |
| | | | | | | | 0.70 | A | 2 REVIEW NEWLY FILED PLEADINGS AND STATEMENTS; |
| | | | | | | | 0.70 | A | 3 EMAILS AND CALLS L. MACKSOUD, J. SHARRET AND G. PLOTKO RE: SAME, CALL WITH ALIX AND COORDINATION REGARDING SAME (1.4); |
| | | | | | | | 0.30 | F | 4 ATTN TO ASSET ABANDONMENT ISSUES (.3). |

~ See the last page of exhibit for explanation

EXHIBIT C PAGE 3 of 7

# EXHIBIT C

## BLOCK BILLING

### Kramer Levin Naftalis & Frankel

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| ACRO<br>Rogoff, A | $795.00 | 11/09/09 | Mon | 0.60 | 0.60 | 477.00 | | | *MATTER NAME: Claims Administration & Objections*<br>1 ATTN TO NOVA SCOTIA ISSUES: EMAILS A. CATON, J. SHARRET, AND G. PLOTKO REGARDING SAME;<br>2 REVIEW CLAIMS BAR DATE MOTION REGARDING SAME. |
| | $795.00 | 11/09/09 | Mon | 0.60 | 0.60 | 477.00 | | | *MATTER NAME: International Issues*<br>1 ATTN TO GM STRASBOURG;<br>2 CALLS S. KAROTKIN REGARDING SAME;<br>3 REVIEW ML LETTER;<br>4 MEETING WITH A. CATON REGARDING SAME. |
| | $795.00 | 11/12/09 | Thu | 0.60 | 0.60 | 477.00 | | | *MATTER NAME: Claims Administration & Objections*<br>1 ATTN TO OBJECTION TO MOTION FILED BY NOVA SCOTIA BONDHOLDERS;<br>2 MEETING L. MACKSOUD REGARDING SAME;<br>3 EMAIL A. CATON REGARDING SAME. |
| | $795.00 | 11/14/09 | Sat | 1.20 | 1.20 | 954.00 | | | *MATTER NAME: Claims Administration & Objections*<br>1 ATTN TO OBJECTION TO MOTION FILED BY NOVA SCOTIA BONDHOLDERS;<br>2 EMAIL CATON REGARDING SAME. |
| | $795.00 | 11/18/09 | Wed | 0.80 | 0.80 | 636.00 | | | *MATTER NAME: Claims Administration & Objections*<br>1 ATTN TO MOTION FILED BY NOVA SCOTIA BONDHOLDERS;<br>2 EMAILS MACKSOUD AND CATON REGARDING SAME. |
| | $795.00 | 11/19/09 | Thu | 0.60 | 0.60 | 477.00 | | | *MATTER NAME: Claims Administration & Objections*<br>1 ATTN TO NOVA SCOTIA BONDHOLDERS;<br>2 EMAILS L. MACKSOUD AND A. CATON REGARDING SAME. |
| | $795.00 | 11/20/09 | Fri | 0.70 | 0.70 | 556.50 | | | *MATTER NAME: Claims Administration & Objections*<br>1 ATTN TO NOVA SCOTIA BONDHOLDERS AND HEARING STATUS;<br>2 EMAILS AND MEETINGS L. MACKSOUD AND A. CATON REGARDING SAME. |
| | $795.00 | 11/23/09 | Mon | 0.60 | 0.60 | 477.00 | | | *MATTER NAME: Claims Administration & Objections*<br>1 ATTN TO ORDER RE: NOVA SCOTIA BONDHOLDERS;<br>2 EMAILS L. MACKSOUD AND A. CATON REGARDING SAME. |
| | $795.00 | 11/23/09 | Mon | 1.20 | 1.00 | 795.00 | 0.20 F<br>0.50 A<br>0.50 A | | *MATTER NAME: Wind-Down Issues*<br>1 ATTN TO WIND DOWN ISSUES INCLUDING STATUS OF ASSET SALES AND UPDATE REPORTS FOR COMMITTEE (.2);<br>2 REVIEW NEWLY FILED DOCUMENT;<br>3 EMAILS AND CALLS J. SHARRET AND A. CATON RE: SAME (1.0). |

~ See the last page of exhibit for explanation

EXHIBIT C PAGE 4 of 7

EXHIBIT C
BLOCK BILLING
Kramer Levin Naftalis & Frankel

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| ACRO Rogoff, A | $795.00 | 11/30/09 | Mon | 1.20 | 1.20 | 954.00 | | | MATTER NAME: Committee Meetings/Communications |
| | | | | | | | | 1 | PREPARE FOR AND PARTICIPATE IN COMMITTEE CALL; |
| | | | | | | | | 2 | MTGS J. SHARRET AND T. MAYER RE: SAME (1.2). |
| | | | | | | | | | MATTER NAME: Wind-Down Issues |
| | $795.00 | 11/30/09 | Mon | 2.10 | 1.50 | 1,192.50 | 0.75 A | 1 | ATTN TO WIND DOWN ISSUES INCLUDING MISC ASSET SALES; |
| | | | | | | | 0.75 A | 2 | REVIEW FILED PLEADINGS AND FEE EXAMINER ISSUES (1.5); |
| | | | | | | | 0.60 F | 3 | EMAILS AND CALLS L. MACKSOUD, G. PLOTKO, J. SHARRET AND A. CATON RE: SAME (.6). |
| | | | | | | | | | MATTER NAME: Wind-Down Issues |
| | $850.00 | 12/04/09 | Fri | 1.80 | 1.60 | 1,360.00 | 0.80 A | 1 | ATTN TO WIND DOWN ISSUES -- ASSET SALES AND CONTRACT MATTERS; |
| | | | | | | | 0.80 A | 2 | ATTN TO NEW PLEADINGS, ASBESTOS ISSUES, FEE EXAMINER (1.6); |
| | | | | | | | 0.20 F | 3 | VARIOUS EMAILS AND MTGS L. MACKSOUD, J. SHARRET AND G. PLOTKO RE: SAME (.2). |
| | | | | | | | | | MATTER NAME: Claims Administration & Objections |
| | $850.00 | 12/09/09 | Wed | 0.90 | 0.60 | 510.00 | 0.20 A | 1 | ATTN TO NOVA SCOTIA BONDS CLAIMS; |
| | | | | | | | 0.20 A | 2 | CALL MITCHELL AND |
| | | | | | | | 0.20 A | 3 | MEETING L. MACKSOUD REGARDING SAME. (.6); |
| | | | | | | | 0.30 F | 4 | ATTN TO CLAIMS OBJECTION PROCESS. (.3); |
| | NUMBER OF ENTRIES: | | 24 | | 24.55 | 19,638.25 | | | |
| RTSC Schmidt, R | $735.00 | 10/27/09 | Tue | 1.00 | 1.00 | 735.00 | | | MATTER NAME: Retention Of Professionals |
| | | | | | | | | 1 | EMAIL UNITED STATES TRUSTEE RE FEE REPORTING, EVERCORE; |
| | | | | | | | | 2 | FOLLOW-UP KRAMER LEVIN TEAM; |
| | | | | | | | | 3 | TELEPHONE CONFERENCE WITH BRIAN MASUMOTO; |
| | | | | | | | | 4 | OFFICE CONFERENCE WITH L. MACKSOUD. |
| | NUMBER OF ENTRIES: | | 1 | | 1.00 | 735.00 | | | |
| JSHA Sharret, J | $485.00 | 11/02/09 | Mon | 1.50 | 1.50 | 727.50 | | | MATTER NAME: Motions |
| | | | | | | | | 1 | TELEPHONE CONFERENCE WITH A. ROGOFF RE: MOTIONS SCHEDULED FOR HEARING; |
| | | | | | | | | 2 | TELEPHONE CONFERENCE WITH G. PLOTKO RE: SAME. |
| | | | | | | | | | MATTER NAME: Motions |
| | $485.00 | 11/06/09 | Fri | 1.20 | 1.20 | 582.00 | | 1 | CONFERENCE CALL WITH WEIL, ALIX AND FTI RE: NATIXIS STIPULATION; |
| | | | | | | | | 2 | EMAILS RE: SAME. |

~ See the last page of exhibit for explanation

EXHIBIT C PAGE 5 of 7

EXHIBIT C
BLOCK BILLING

Kramer Levin Naftalis & Frankel

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | MATTER NAME: Committee Meetings/Communications |
| JSHA | $485.00 | 11/30/09 | Mon | 2.10 | 2.10 | 1,018.50 | | 1 | PREPARING DRAFT AGENDA FOR COMMITTEE CALL; |
| Sharret, J | | | | | | | | 2 | RESPONDING TO INQUIRY RE: EVERCORE FEES; |
| | | | | | | | | 3 | PREPARING FOR AND PARTICIPATING IN COMMITTEE CALL. |
| | | | | | | | | | MATTER NAME: Claims Administration & Objections |
| | $485.00 | 12/03/09 | Thu | 1.90 | 1.00 | 485.00 | 0.50 A | 1 | PREP FOR AND PARTICIPATE IN CONFERENCE CALL RE: ELMO III SETTLEMENT; |
| | | | | | | | 0.50 A | 2 | REVIEW DOCUMENTS RE: SAME (1.0); |
| | | | | | | | 0.40 F | 3 | REVIEWING CONNELL AGREEMENT (.4). |
| | | | | | | | 0.40 F | 4 | C/F WITH G. PLOTKO RE: SUPPLEMENTAL BAR DATE MOTION AND ASBESTOS MOTION (.4); |
| | | | | | | | 0.10 F | 5 | EMAIL TO S. KAROTKIN RE: SAME (.1). |
| | NUMBER OF ENTRIES: | | 4 | | 5.80 | 2,813.00 | | | |
| Total | | | | | 39.45 | $28,572.75 | | | |
| Number of Entries: | 32 | | | | | | | | |

~ See the last page of exhibit for explanation

EXHIBIT C PAGE 6 of 7

EXHIBIT C

BLOCK BILLING

Kramer Levin Naftalis & Frankel

| TIMEKEEPER NAME | INITIALS | HOURS | RATE | FEES |
|---|---|---|---|---|
| Plotko, G | GGPL | 8.10 | $665.00 | 5,386.50 |
| Rogoff, A | ACRO | 22.35 | $795.00 | 17,768.25 |
| | | 2.20 | $850.00 | 1,870.00 |
| Schmidt, R | RTSC | 1.00 | $735.00 | 735.00 |
| Sharret, J | JSHA | 5.80 | $485.00 | 2,813.00 |
| | | 39.45 | | $28,572.75 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Claims Administration & Objections | 12.40 | 8,840.00 |
| Committee Meetings/Communications | 3.30 | 1,972.50 |
| Executory Contracts/Leases | 1.00 | 795.00 |
| Insurance And Other Business Operations | 0.80 | 636.00 |
| International Issues | 4.40 | 3,498.00 |
| Motions | 2.70 | 1,309.50 |
| Plan & Disclosure Statement | 3.25 | 2,271.75 |
| Retention Of Professionals | 1.80 | 1,371.00 |
| Wind-Down Issues | 9.80 | 7,879.00 |
| | 39.45 | $28,572.75 |

(~) REASONS FOR TASK HOUR ASSIGNMENTS

A     Task Hours Allocated By Fee Auditor
F     FINAL BILL

EXHIBIT C  PAGE 7 of 7