# EXHIBIT D

(Kramer Levin Retention / Compensation)

EXHIBIT D

KRAMER LEVIN RETENTION/COMPENSATION

Kramer Levin Naftalis & Frankel

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Caton, A | 0.50 | 340.00 |
| Chaikin, R | 79.20 | 20,826.00 |
| Chouprouta, A | 2.80 | 728.00 |
| Colbourne, P | 2.10 | 220.50 |
| Macksoud, L | 5.10 | 3,060.00 |
| Mayer, T | 4.50 | 4,185.00 |
| Plotko, G | 3.55 | 2,360.75 |
| Rogoff, A | 4.10 | 3,325.50 |
| Schmidt, R | 1.30 | 955.50 |
| Sharret, J | 24.90 | 12,090.50 |
| | 128.05 | $48,091.75 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Committee Meetings/Communications | 2.00 | 1,785.00 |
| Fee Application/Monthly Invoices | 123.15 | 44,174.75 |
| Motions | 1.20 | 720.00 |
| Wind-Down Issues | 1.70 | 1,412.00 |
| | 128.05 | $48,091.75 |

# EXHIBIT D

## KRAMER LEVIN RETENTION/COMPENSATION

Kramer Levin Naftalis & Frankel

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 10/05/09 Mon | Mayer, T 541031019/1049 | 0.50 | 0.50 | 465.00 | | | 1 | *MATTER NAME: Fee Application/Monthly Invoices*<br>PREPARE FOR STATUS CONFERENCE ON FEE EXAMINER STIPULATION, REVIEW LATEST DRAFT. |
| 10/06/09 Tue | Mayer, T 541031019/1050 | 0.50 | 0.50 | 465.00 | | | 1 | *MATTER NAME: Fee Application/Monthly Invoices*<br>PRIOR TO STATUS CONFERENCE, FURTHER REVIEW FEE EXAMINER STIPULATION AND EMAILS TO/FROM A. ROGOFF, CONFERENCES WITH A. ROGOFF, S. KAROTKIN RE SETTING UP COMMITTEE & COURT PROCESS FOR IMPLEMENTATION OF FEE EXAMINER STIPULATION. |
| 10/07/09 Wed | Chaikin, R 541031019/1041 | 0.40 | 0.40 | 104.00 | | | 1 | *MATTER NAME: Fee Application/Monthly Invoices*<br>REVIEW SEPTEMBER FEE DETAIL FOR TIME TO BE MOVED TO APPROPRIATE MATTERS. |
| 10/07/09 Wed | Mayer, T 541031019/1051 | 1.00 | 1.00 | 930.00 | 0.20<br>0.10<br>0.70 | F<br>F<br>F | 1<br>2<br>3 | *MATTER NAME: Fee Application/Monthly Invoices*<br>CALL WITH H. MILLER RE DEBTORS' FIVE NOMINEES FOR FEE EXAMINER (.2);<br>EMAIL FROM D. ADAMS ASKING FOR NOMINEES, CALL D. ADAMS RE TIME NEEDED FOR COMMITTEE TO COME UP WITH AND FORWARD LIST (.1);<br>DRAFT AND DISPATCH DETAILED MEMO TO COMMITTEE OUTLINING FEE EXAMINER STIPULATION, REPORTING ON FEE EXAMINER PROCESS AND REQUESTING NOMINEES FOR FEE EXAMINER (.7). |
| 10/07/09 Wed | Plotko, G 541031019/1060 | 0.70 | 0.70 | 465.50 | | | 1<br>2 | *MATTER NAME: Fee Application/Monthly Invoices*<br>REVIEW FEE EXAMINER STIPULATION AND<br>REVIEW PRECEDENTS. |
| 10/07/09 Wed | Schmidt, R 541031019/1039 | 0.50 | 0.25 | 183.75 | | | 1<br>2 | *MATTER NAME: Fee Application/Monthly Invoices*<br>ATTENTION TO FEE AUDITOR STIPULATION;<br>OFFICE CONFERENCES WITH T. MAYER. |
| 10/08/09 Thu | Plotko, G 541031019/1061 | 0.50 | 0.50 | 332.50 | | | 1 | *MATTER NAME: Fee Application/Monthly Invoices*<br>REVIEW CHANGES TO STIP ON APPOINTMENT OF FEE EXAMINER. |
| 10/08/09 Thu | Sharret, J 541031019/1043 | 0.40 | 0.40 | 194.00 | | | 1 | *MATTER NAME: Fee Application/Monthly Invoices*<br>TELEPHONE CONFERENCE WITH G. PLOTKO RE: FEE EXAMINER. |
| 10/09/09 Fri | Caton, A 541031010/760 | 0.50 | 0.30 | 204.00 | 0.30<br>0.20 | F<br>F | 1<br>2 | *MATTER NAME: Committee Meetings/Communications*<br>TELEPHONE CONFERENCE WITH M. WILLIAMS RE MEETING W WEIL, FEE EXAMINER (.3);<br>REVIEW EMAILS RE SAME (.2). |
| 10/09/09 Fri | Chaikin, R 541031019/1042 | 2.70 | 2.70 | 702.00 | | | 1 | *MATTER NAME: Fee Application/Monthly Invoices*<br>REVIEW TIME DETAIL TO MOVE ENTRIES TO APPROPRIATE MATTERS. |
| 10/12/09 Mon | Chaikin, R 541031019/1055 | 0.30 | 0.30 | 78.00 | | | 1 | *MATTER NAME: Fee Application/Monthly Invoices*<br>REVIEW FEE TIME DETAIL. |
| 10/12/09 Mon | Plotko, G 541031019/1062 | 0.30 | 0.15 | 99.75 | | | 1<br>2 | *MATTER NAME: Fee Application/Monthly Invoices*<br>ATTENTION TO FEE EXAMINER NOMINATIONS;<br>DISCUSS WITH J. SHARRET. |

~ See the last page of exhibit for explanation

EXHIBIT D

KRAMER LEVIN RETENTION/COMPENSATION

Kramer Levin Naftalis & Frankel

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 10/12/09 Mon | Sharret, J 541031019/1045 | 0.20 | 0.20 | 97.00 | | | 1 | MATTER NAME: Fee Application/Monthly Invoices<br>REVIEW AND ORGANIZE NOMINATIONS FOR FEE AUDITOR. |
| 10/13/09 Tue | Plotko, G 541031019/1063 | 0.60 | 0.60 | 399.00 | | | 1 | MATTER NAME: Fee Application/Monthly Invoices<br>ATTENTION TO FEE EXAMINER PRESENTATION AND SUGGESTED CHANGES TO R. CHAIKIN. |
| 10/13/09 Tue | Schmidt, R 541031019/1044 | 0.50 | 0.50 | 367.50 | 0.10<br>0.40 | | 1<br>2 | MATTER NAME: Fee Application/Monthly Invoices<br>VOICEMAIL TO US TRUSTEE (.1);<br>REVIEW FEE EXAMINER STIPULATION (.4). |
| 10/14/09 Wed | Mayer, T 541031010/762 | 1.80 | 1.70 | 1,581.00 | 0.10<br>1.50<br><br><br>0.20 | | 1<br>2<br><br><br>3 | MATTER NAME: Committee Meetings/Communications<br>CALL WITH D. JURY RE AGENDA ITEM: 1114 SETTLEMENT (.1);<br>PREPARE FOR AND PARTICIPATE IN TELEPHONIC MEETING WITH COMMITTEE RE [A] MEETING AT WEIL AND STATUS OF REORGANIZATION, [B] FEE EXAMINER, NEED FOR NOMINEES, [C] STATUS OF ASBESTOS/PRODUCT LIABILITY DISCUSSIONS, [D] 1114 SETTLEMENT, COMMITTEE POSITION THEREON (1.5);<br>FOLLOW-UP EMAILS TO AND FROM JURY, KENNEDY RE COMMITTEE VOTE (.2), EMAIL FROM AND TO DIANA ADAMS RE THREE NOMINEES FOR FEE EXAMINER. |
| 10/15/09 Thu | Mayer, T 541031019/1052 | 0.20 | 0.20 | 186.00 | | | 1 | MATTER NAME: Fee Application/Monthly Invoices<br>CALL WITH S. KAROTKIN RE COMMITTEE NOMINEES FOR FEE EXAMINER, SUGGEST 2 & 2. |
| 10/15/09 Thu | Rogoff, A 541031019/1047 | 0.30 | 0.30 | 238.50 | | | 1<br>2 | MATTER NAME: Fee Application/Monthly Invoices<br>ATTENTION TO FEE AUDITOR AND COORDINATION WITH COMMITTEE RE: SAME;<br>CALLS T. MAYER AND J. SHARRET RE: SAME. |
| 10/16/09 Fri | Rogoff, A 541031019/1046 | 0.20 | 0.20 | 159.00 | | | 1<br>2 | MATTER NAME: Fee Application/Monthly Invoices<br>ATTENTION TO FEE AUDITOR AND COORDINATION WITH COMMITTEE RE: SAME;<br>CONFERENCE CALLS T. MAYER AND J. SHARRET RE: SAME. |
| 10/19/09 Mon | Mayer, T 541031019/1053 | 0.30 | 0.30 | 279.00 | | | 1 | MATTER NAME: Fee Application/Monthly Invoices<br>FINAL EMAILS RE NOMINEES FOR FEE EXAMINER: A. ROGOFF, H. MILLER, BRIEF CONFERENCE D. ADAMS AT JUDGES' CONFERENCE. |
| 10/19/09 Mon | Rogoff, A 541031019/1048 | 0.20 | 0.20 | 159.00 | | | 1<br>2 | MATTER NAME: Fee Application/Monthly Invoices<br>ATTENTION TO FEE AUDITOR AND COORDINATION WITH COMMITTEE RE: SAME;<br>CALLS T. MAYER AND J. SHARRET RE: SAME. |
| 10/20/09 Tue | Chaikin, R 541031019/1056 | 0.60 | 0.60 | 156.00 | | | 1 | MATTER NAME: Fee Application/Monthly Invoices<br>ASSEMBLE NOMINEES' NAMES FOR FEE AUDITOR'S CREDENTIALS. |
| 10/27/09 Tue | Chaikin, R 541031019/1064 | 2.10 | 2.10 | 546.00 | | | 1 | MATTER NAME: Fee Application/Monthly Invoices<br>UPDATE FEE LETTER, REVIEW APPLICATION, ETC. |
| 10/28/09 Wed | Chaikin, R 541031019/1065 | 4.10 | 4.10 | 1,066.00 | 3.60<br>0.50 | | 1<br>2 | MATTER NAME: Fee Application/Monthly Invoices<br>MULTIPLE REVIEWS OF DRAFT TIME DETAIL (3.6);<br>CONFERENCE WITH J. SHARRET RE SAME (.5). |

~ See the last page of exhibit for explanation

EXHIBIT D

KRAMER LEVIN RETENTION/COMPENSATION

Kramer Levin Naftalis & Frankel

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 10/29/09 Thu | Chaikin, R 541031019/1066 | 1.90 | 1.90 | 494.00 | 0.60 1.00 0.30 | | 1 2 3 | MATTER NAME: Fee Application/Monthly Invoices ASSEMBLE BINDER OF PAST FEE STATEMENTS (.6); ENTER A. ROGOFF'S EDITS TO FEE APPLICATION (1.0); CONFERENCE WITH J. SHARRET RE FEE APPLICATION (.3). |
| 10/29/09 Thu | Rogoff, A 541031019/1059 | 0.30 | 0.30 | 238.50 | | | 1 2 | MATTER NAME: Fee Application/Monthly Invoices REVIEW FEE STATEMENT; COORDINATION WITH SHARRET RE: SAME. |
| 10/30/09 Fri | Chaikin, R 541031019/1067 | 1.50 | 1.50 | 390.00 | | | 1 | MATTER NAME: Fee Application/Monthly Invoices FINALIZE, ASSEMBLE AND MAIL MONTHLY FEE STATEMENT. |
| 11/02/09 Mon | Chaikin, R 541031019/1070 | 0.50 | 0.50 | 130.00 | | | 1 | MATTER NAME: Fee Application/Monthly Invoices REVIEW US TRUSTEE'S INSTRUCTIONS RE: INTERIM FEE APPLICATION. |
| 11/05/09 Thu | Chouprouta, A 541031019/1071 | 1.70 | 1.70 | 442.00 | 1.40 0.30 | F F | 1 2 | MATTER NAME: Fee Application/Monthly Invoices FOLLOW UP WITH C. PORTER OF US TRUSTEE'S OFFICE AND FTI CONSULTANTS RE: ELECTRONIC FORMAT OF TIME (1.4). DISCUSSIONS WITH ACCOUNTING AND IT RE: SAME (.3). |
| 11/09/09 Mon | Chouprouta, A 541031019/1069 | 0.60 | 0.60 | 156.00 | | | 1 | MATTER NAME: Fee Application/Monthly Invoices FOLLOW UP WITH ACCOUNTING RE: ELECTRONIC TRANSMISSION OF .TXT FILES FOR FIRST INTERIM PERIOD. |
| 11/09/09 Mon | Macksoud, L 541031019/1077 | 1.80 | 1.80 | 1,080.00 | | | 1 | MATTER NAME: Fee Application/Monthly Invoices DRAFTING SECTIONS OF INTERIM FEE APPLICATION RELATED TO DEALER, SUPPLIER AND ENVIRONMENTAL ISSUES. |
| 11/09/09 Mon | Sharret, J 541031019/1073 | 1.80 | 1.80 | 873.00 | | | 1 | MATTER NAME: Fee Application/Monthly Invoices DRAFTING INTERIM FEE APPLICATION. |
| 11/10/09 Tue | Chaikin, R 541031019/1088 | 4.00 | 4.00 | 1,040.00 | 0.50 0.30 0.90 2.30 | F F F F | 1 2 3 4 | MATTER NAME: Fee Application/Monthly Invoices MEETINGS WITH J. SHARRET AND G. PLOTKO (.5) AND L. MACKSOUD (.3) RE INTERIM FEE APPLICATION; CREATE BINDERS OF FILED FEE STATEMENTS AND FEE APPLICATION GUIDELINES (.9); EDIT, FORMAT AND INSERT NUMBERS INTO INTERIM APPLICATION (2.3). |
| 11/10/09 Tue | Macksoud, L 541031019/1078 | 0.60 | 0.60 | 360.00 | 0.30 0.30 | F F | 1 2 | MATTER NAME: Fee Application/Monthly Invoices CONFERRING WITH J. SHARRET REGARDING INTERIM FEE STATEMENT (.3), CONFERRING WITH R. CHAIKIN REGARDING SAME (.3). |
| 11/10/09 Tue | Schmidt, R 541031019/1072 | 0.40 | 0.40 | 294.00 | | | 1 2 | MATTER NAME: Fee Application/Monthly Invoices ATTN TO USTRUSTEE EMAIL RE COUNSEL ISSUES; FOLLOW-UP; TELEPHONE CONFERENCE RE SAME. |
| 11/10/09 Tue | Sharret, J 541031019/1074 | 2.90 | 2.90 | 1,406.50 | | | 1 | MATTER NAME: Fee Application/Monthly Invoices DRAFTING INTERIM FEE APPLICATION. |

~ See the last page of exhibit for explanation

EXHIBIT D
KRAMER LEVIN RETENTION/COMPENSATION
Kramer Levin Naftalis & Frankel

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 11/11/09 Wed | Chaikin, R 541031019/1089 | 0.50 | 0.50 | 130.00 | | 1 | MATTER NAME: Fee Application/Monthly Invoices ASSEMBLE MEETING MINUTES AND HEARING AGENDAS FOR REVIEW FOR FEE APPLICATION. |
| 11/11/09 Wed | Sharret, J 541031019/1075 | 3.70 | 3.70 | 1,794.50 | | 1 | MATTER NAME: Fee Application/Monthly Invoices DRAFTING FIRST INTERIM FEE APPLICATION. |
| 11/12/09 Thu | Chaikin, R 541031019/1090 | 0.50 | 0.50 | 130.00 | | 1 | MATTER NAME: Fee Application/Monthly Invoices ENTER EDITS TO FEE APPLICATION. |
| 11/12/09 Thu | Plotko, G 541031019/1105 | 1.00 | 1.00 | 665.00 | | 1 | MATTER NAME: Fee Application/Monthly Invoices REVIEW INTERIM FEE APPLICATION AND MAKE CHANGES THERETO. |
| 11/12/09 Thu | Sharret, J 541031019/1076 | 2.80 | 2.80 | 1,358.00 | | 1 | MATTER NAME: Fee Application/Monthly Invoices DRAFTING FIRST INTERIM FEE APPLICATION. |
| 11/13/09 Fri | Chaikin, R 541031019/1091 | 0.40 | 0.40 | 104.00 | | 1 | MATTER NAME: Fee Application/Monthly Invoices CONFERENCES W/ J. SHARRET AND F. ARIAS RE INTERIM FEE APPLICATION. |
| 11/14/09 Sat | Rogoff, A 541031019/1079 | 1.10 | 1.10 | 874.50 | | 1 | MATTER NAME: Fee Application/Monthly Invoices REVIEW AND REVISE FIRST INTERIM FEE APPLICATION. |
| 11/15/09 Sun | Chaikin, R 541031019/1092 | 1.50 | 1.50 | 390.00 | | 1 | MATTER NAME: Fee Application/Monthly Invoices EDIT APPLICATION AND INSERT NUMERICAL DATA. |
| 11/15/09 Sun | Sharret, J 541031019/1106 | 0.60 | 0.50 | 242.50 | 0.50 0.10 | 1 2 | MATTER NAME: Fee Application/Monthly Invoices REVIEWING MARK-UP TO INTERIM FEE APPLICATION (.5); EMAILS RE: SAME (.1). |
| 11/16/09 Mon | Chaikin, R 541031019/1093 | 8.50 | 8.50 | 2,210.00 | 1.00 6.50 1.00 | 1 2 3 | MATTER NAME: Fee Application/Monthly Invoices INTERIM FEE APPLICATION: CONFERENCES W/ J. SHARRET (1.0); NUMEROUS ROUNDS OF EDITS (6.5); ASSEMBLE EXHIBITS AND FILE (1.0). |
| 11/16/09 Mon | Chouprouta, A 541031019/1082 | 0.30 | 0.30 | 78.00 | | 1 | MATTER NAME: Fee Application/Monthly Invoices DISCUSSION WITH IT PERSONNEL AT US TRUSTEE OFFICE RE: TEST RUN OF ASCII FILES. |
| 11/16/09 Mon | Macksoud, L 541031019/1087 | 0.80 | 0.80 | 480.00 | | 1 | MATTER NAME: Fee Application/Monthly Invoices CONFERRING WITH J. SHARRET AND G. PLOTKO REGARDING FINALIZING QUARTERLY FEE APPLICATION. |

~ See the last page of exhibit for explanation

EXHIBIT D

KRAMER LEVIN RETENTION/COMPENSATION

Kramer Levin Naftalis & Frankel

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 11/16/09 Mon | Rogoff, A 541031019/1080 | 0.40 | 0.20 | 159.00 | | | MATTER NAME: Fee Application/Monthly Invoices<br>1 ATTN TO FEE APPLICATION;<br>2 MTG W/ J. SHARRET RE: SAME. |
| 11/16/09 Mon | Sharret, J 541031019/1083 | 8.10 | 8.10 | 3,928.50 | | | MATTER NAME: Fee Application/Monthly Invoices<br>1 REVIEWING INTERIM FEE APPLICATION. |
| 11/17/09 Tue | Chaikin, R 541031019/1094 | 2.50 | 2.50 | 650.00 | | | MATTER NAME: Fee Application/Monthly Invoices<br>1 ASSEMBLE AND SERVE FEE APPLICATIONS OF COMMITTEE'S PROFESSIONALS. |
| 11/17/09 Tue | Chouprouta, A 541031019/1081 | 0.20 | 0.20 | 52.00 | | | MATTER NAME: Fee Application/Monthly Invoices<br>1 EMAILS TO AND FROM US TRUSTEE'S OFFICE RE: FINAL SUBMISSION OF GM ASCII TIME RECORDS. CONFIRM SUCCESSFUL TRANSMISSION OF SAME. |
| 11/17/09 Tue | Mayer, T 541031019/1102 | 0.20 | 0.20 | 186.00 | | | MATTER NAME: Fee Application/Monthly Invoices<br>1 CONFERENCE WITH J. SHARRET RE STATUS OF GM FEE APPS, CALL H. MILLER RE MONTHLY INVOICES. |
| 11/17/09 Tue | Sharret, J 541031019/1084 | 1.10 | 1.10 | 533.50 | | | MATTER NAME: Fee Application/Monthly Invoices<br>1 REVIEWING INTERIM FEE APPLICATION AND FOLLOW-UP WITH ACCOUNTING RE: SAME. |
| 11/18/09 Wed | Chaikin, R 541031019/1095 | 2.70 | 2.70 | 702.00 | 0.60<br>0.10<br>0.80<br>0.20<br>1.00 | | MATTER NAME: Fee Application/Monthly Invoices<br>1 DRAFT TO DO LIST FOR FEE STATEMENTS AND APPLICATIONS (.6);<br>2 EMAIL W/ US TRUSTEE'S OFFICE RE EXHIBITS TO FEE APPLICATION (.1);<br>3 CREATE BINDER OF COMMITTEE'S PROFESSIONALS' FEE APPLICATIONS (.8);<br>4 DRAFT OCTOBER FEE LETTER (.2);<br>5 REVIEW OCTOBER TIME DETAIL (1.0). |
| 11/18/09 Wed | Sharret, J 541031019/1085 | 0.10 | 0.10 | 48.50 | | | MATTER NAME: Fee Application/Monthly Invoices<br>1 TELEPHONE CONFERENCE WITH F. ARIAS RE: GM INTERIM FEE APPLICATION. |
| 11/19/09 Thu | Chaikin, R 541031019/1096 | 1.40 | 1.40 | 364.00 | 1.00<br>0.40 | | MATTER NAME: Fee Application/Monthly Invoices<br>1 REVIEW OCTOBER TIME DETAIL (1.0);<br>2 DRAFT AND FILE AFFIDAVIT OF SERVICE FOR INTERIM FEE APPLICATIONS (.4). |
| 11/19/09 Thu | Sharret, J 541031019/1086 | 0.10 | 0.10 | 48.50 | | | MATTER NAME: Fee Application/Monthly Invoices<br>1 TELEPHONCE CONFERENCE WITH D. INDELLICATI AND F. ARIAS RE: INTERIM FEE APPLICATION. |
| 11/20/09 Fri | Chaikin, R 541031019/1097 | 6.20 | 6.20 | 1,612.00 | | | MATTER NAME: Fee Application/Monthly Invoices<br>1 CONTINUE REVIEW OF OCTOBER TIME DETAIL, MOVE TIME TO APPROPRIATE MATTERS. |
| 11/20/09 Fri | Sharret, J 541031019/1099 | 0.40 | 0.20 | 97.00 | | | MATTER NAME: Fee Application/Monthly Invoices<br>1 ATTENTION TO OCTOBER MONTHLY INVOICE;<br>2 REVIEWING HONIGMAN STATEMENT ON TIME DETAIL. |

~ See the last page of exhibit for explanation

EXHIBIT D

KRAMER LEVIN RETENTION/COMPENSATION

Kramer Levin Naftalis & Frankel

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 11/23/09 Mon | Chaikin, R 541031019/1108 | 2.60 | 2.10 | 546.00 | 0.50 0.60 1.50 | | 1 2 3 | MATTER NAME: Fee Application/Monthly Invoices CONFERENCE W/ J. SHARRET (.5); ENTER ATTORNEY EDITS (.6); REVIEW TIME DETAIL (1.5). |
| 11/24/09 Tue | Chaikin, R 541031019/1107 | 2.80 | 2.80 | 728.00 | | | 1 | MATTER NAME: Fee Application/Monthly Invoices REVIEW TIME DETAIL. |
| 11/24/09 Tue | Plotko, G 541031019/1109 | 0.60 | 0.60 | 399.00 | | | 1 | MATTER NAME: Fee Application/Monthly Invoices DISCUSSION W/ J. SHARRET RE: BILLING AND HOLD-BACK ISSUES. |
| 11/24/09 Tue | Schmidt, R 541031019/1101 | 0.30 | 0.15 | 110.25 | | | 1 2 | MATTER NAME: Fee Application/Monthly Invoices ATTN TO BILLING ISSUES; OFFICE CONFERENCE W/ G. PLOTKO AND ACCOUNTING. |
| 11/30/09 Mon | Macksoud, L 541031032/1373 | 1.20 | 1.20 | 720.00 | | | 1 | MATTER NAME: Motions REVIEWING DOCKET, RECENTLY FILED MOTIONS AND MOTION REGARDING APPOINTMENT OF EXAMINER. |
| 11/30/09 Mon | Rogoff, A 541031041/1513 | 2.10 | 0.60 | 477.00 | 0.75 0.75 0.60 | A A F | 1 2 3 | MATTER NAME: Wind-Down Issues ATTN TO WIND DOWN ISSUES INCLUDING MISC ASSET SALES; REVIEW FILED PLEADINGS AND FEE EXAMINER ISSUES (1.5); EMAILS AND CALLS L. MACKSOUD, G. PLOTKO, J. SHARRET AND A. CATON RE: SAME (.6). |
| 12/01/09 Tue | Chaikin, R 541031019/1111 | 1.10 | 1.10 | 286.00 | | | 1 | MATTER NAME: Fee Application/Monthly Invoices ASSEMBLE DOCUMENTS RELATING TO RETENTION OF EVERCORE AND AP SERVICES FOR FEE AUDITOR CANDIDATE. |
| 12/01/09 Tue | Rogoff, A 541031041/1514 | 2.20 | 0.90 | 765.00 | 1.30 0.60 0.30 | | 1 2 3 | MATTER NAME: Wind-Down Issues FOCUS ON WIND DOWN MATTERS, INCLUDING EL-MO AND MISC ASSET SALES, FEE EXAMINER DECLARATIONS AND CEO RESIGNATION (1.3); REVIEW NEWLY FILED PLEADINGS AND DOCUMENTS (.6); EMAILS AND CALLS L. MACKSOUD, J. SHARRET AND A. CATON RE: SAME (.3). |
| 12/03/09 Thu | Rogoff, A 541031019/1110 | 0.10 | 0.10 | 85.00 | | | 1 | MATTER NAME: Fee Application/Monthly Invoices REVIEW FEE EXAMINER ISSUE AND MEETING W/ J. SHARRET REGARDING SAME. |
| 12/04/09 Fri | Chaikin, R 541031019/1139 | 0.70 | 0.70 | 182.00 | 0.20 0.50 | F F | 1 2 | MATTER NAME: Fee Application/Monthly Invoices MAIL EVERCORE AND AP SERVICES RETENTION DOCUMENTS TO FEE AUDITOR CANDIDATE (.2). CREATE BINDER FOR 2ND INTERIM PERIOD FEE STATEMENTS AND APPLICATION (.5). |
| 12/04/09 Fri | Rogoff, A 541031041/1518 | 1.80 | 0.20 | 170.00 | 0.80 0.80 0.20 | A A F | 1 2 3 | MATTER NAME: Wind-Down Issues ATTN TO WIND DOWN ISSUES -- ASSET SALES AND CONTRACT MATTERS; ATTN TO NEW PLEADINGS, ASBESTOS ISSUES, FEE EXAMINER (1.6); VARIOUS EMAILS AND MTGS L. MACKSOUD, J. SHARRET AND G. PLOTKO RE: SAME (.2). |

~ See the last page of exhibit for explanation

EXHIBIT D

KRAMER LEVIN RETENTION/COMPENSATION

Kramer Levin Naftalis & Frankel

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 12/04/09 Fri | Sharret, J 541031019/1122 | 0.40 | 0.10 | 48.50 | 0.10 0.30 | | 1 2 | *MATTER NAME: Fee Application/Monthly Invoices* REVIEW FEE AUDITOR ORDER (.1); REVIEW NOVEMBER FEE DETAIL (.3) |
| 12/08/09 Tue | Chaikin, R 541031019/1116 | 3.60 | 3.60 | 936.00 | | | 1 | *MATTER NAME: Fee Application/Monthly Invoices* REVIEW NOVEMBER FEE DETAIL. |
| 12/09/09 Wed | Chaikin, R 541031019/1117 | 0.60 | 0.60 | 156.00 | | | 1 | *MATTER NAME: Fee Application/Monthly Invoices* REVIEW NOVEMBER TIME DETAIL. |
| 12/10/09 Thu | Chaikin, R 541031019/1118 | 0.70 | 0.70 | 182.00 | | | 1 | *MATTER NAME: Fee Application/Monthly Invoices* ASSEMBLE NOVEMBER FEE STATEMENT. |
| 12/10/09 Thu | Mayer, T 541031019/1112 | 0.10 | 0.10 | 93.00 | | | 1 | *MATTER NAME: Fee Application/Monthly Invoices* CALL WITH D. ADAMS RE FEE EXAMINER. |
| 12/11/09 Fri | Colbourne, P 541031019/1114 | 2.10 | 2.10 | 220.50 | | | 1 | *MATTER NAME: Fee Application/Monthly Invoices* SERVE GM FEE APPLICATION AT 767 FIFTH AVENUE. SERVE GM FEE APPLICATION ON US TRUSTEE AT 33 WHITEHALL ST. |
| 12/16/09 Wed | Macksoud, L 541031019/1119 | 0.70 | 0.70 | 420.00 | | | 1 | *MATTER NAME: Fee Application/Monthly Invoices* REVIEW FEE EXAMINER STIPULATION. |
| 12/18/09 Fri | Chaikin, R 541031019/1121 | 0.50 | 0.50 | 130.00 | 0.40 0.10 | F F | 1 2 | *MATTER NAME: Fee Application/Monthly Invoices* UPDATE FEE STATEMENT BINDER AND RECORDS (.4) AND DRAFT DECEMBER STATEMENT (.1). |
| 12/22/09 Tue | Caton, A 541031019/1123 | 0.20 | 0.20 | 136.00 | | | 1 | *MATTER NAME: Fee Application/Monthly Invoices* REVIEW FEE EXAMINER ISSUES. |
| 12/24/09 Thu | Sharret, J 541031019/1124 | 0.30 | 0.30 | 145.50 | | | 1 | *MATTER NAME: Fee Application/Monthly Invoices* REVIEWING FEE EXAMINER ORDER |
| 12/28/09 Mon | Chaikin, R 541031019/1140 | 4.70 | 4.70 | 1,222.00 | 1.10 2.10 0.50 1.00 | F F | 1 2 3 4 | *MATTER NAME: Fee Application/Monthly Invoices* DRAFT STATEMENT FOR TIME RECORD SUPPLEMENT TO FIRST INTERIM APPLICATION (1.1); ASSEMBLE BINDER OF FEE DOCUMENTS FOR COMMITTEE PROFESSIONALS FOR FEE EXAMINER (2.1); CONFS. W/ J. SHARRET RE SAME (.5). DRAFT MEMO ON BILLING PROCEDURES (1.0). |
| 12/28/09 Mon | Sharret, J 541031019/1129 | 0.90 | 0.90 | 436.50 | 0.30 0.60 | | 1 2 | *MATTER NAME: Fee Application/Monthly Invoices* ATTENTION TO FEE AUDITOR APPOINTMENT AND SUPPLEMENT LETTER OF FEE DETAIL (.3); REVIEWING BINDER OF COMMITTEE PROFESSIONAL INTERIM FEE APPLICATIONS (.6). |

~ See the last page of exhibit for explanation

EXHIBIT D

KRAMER LEVIN RETENTION/COMPENSATION

Kramer Levin Naftalis & Frankel

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 12/29/09 Tue | Chaikin, R 541031019/1127 | 3.90 | 3.90 | 1,014.00 | 0.70 1.20 0.90 0.80 0.30 | | 1 2 3 4 5 | *MATTER NAME: Fee Application/Monthly Invoices*<br>CONFS. W/ J. SHARRET RE PROVIDING FEE DOCUMENTS TO FEE EXAMINER AND SUPPLEMENT TO FEE APPLICATION (.7);<br>EDIT AND FINALIZE NOTICE OF SUPPLEMENT (1.2);<br>REVIEW AND ASSEMBLE EXHIBITS FOR NOTICE OF SUPPLEMENT (.9);<br>UPDATE BINDER OF FEE DOCUMENTS FOR FEE EXAMINER (.8);<br>FILE SUPPLEMENT TO FEE APPLICATION (.3). |
| 12/29/09 Tue | Sharret, J 541031019/1125 | 1.00 | 1.00 | 485.00 | 0.70 0.30 | F F | 1 2 | *MATTER NAME: Fee Application/Monthly Invoices*<br>C/F WITH R. CHAIKIN RE: FEE AUDITOR PACKAGE (.7)<br>AND REVISING SUPPLEMENT OF FILING TIME DETAIL (.3). |
| 12/30/09 Wed | Chaikin, R 541031019/1128 | 0.60 | 0.60 | 156.00 | | | 1 | *MATTER NAME: Fee Application/Monthly Invoices*<br>DRAFT COVER LETTER AND MAIL FEE DOCUMENTS BINDER TO FEE EXAMINER. |
| 01/04/10 Mon | Chaikin, R 541031019/1130 | 3.40 | 3.40 | 935.00 | 0.50 0.50 0.30 2.10 | | 1 2 3 4 | *MATTER NAME: Fee Application/Monthly Invoices*<br>REVIEW NEW SDNY FEE GUIDELINES (.5);<br>SEND DOCUMENTS RELATING TO ALIX AND EVERCORE TO FEE EXAMINER (.5);<br>FILE EPIQ AFFIDAVIT OF SERVICE OF FEE SUPPLEMENT (.3);<br>REVIEW DECEMBER TIME DETAIL (2.1). |
| 01/05/10 Tue | Chaikin, R 541031019/1131 | 0.60 | 0.60 | 165.00 | | | 1 | *MATTER NAME: Fee Application/Monthly Invoices*<br>REVIEW DECEMBER TIME DETAIL. |
| 01/06/10 Wed | Chaikin, R 541031019/1132 | 0.60 | 0.60 | 165.00 | | | 1 | *MATTER NAME: Fee Application/Monthly Invoices*<br>ATTENTION TO FEE DETAIL. |
| 01/08/10 Fri | Chaikin, R 541031019/1133 | 2.10 | 2.10 | 577.50 | 1.90 0.20 | F F | 1 2 | *MATTER NAME: Fee Application/Monthly Invoices*<br>REVIEW DECEMBER FEE DETAIL (1.9),<br>CONF. W/ F. ARIAS RE SAME (.2). |
| 01/11/10 Mon | Chaikin, R 541031019/1134 | 2.50 | 2.50 | 687.50 | | | 1 | *MATTER NAME: Fee Application/Monthly Invoices*<br>SECOND REVIEW OF DECEMBER FEE DETAIL. |
| 01/12/10 Tue | Sharret, J 541031019/1137 | 0.30 | 0.30 | 151.50 | | | 1 | *MATTER NAME: Fee Application/Monthly Invoices*<br>ATTENTION TO BUDGET FOR FEE AUDITOR. |
| 01/13/10 Wed | Chaikin, R 541031019/1135 | 1.70 | 1.70 | 467.50 | | | 1 | *MATTER NAME: Fee Application/Monthly Invoices*<br>CREATE SPREADSHEET OF FEES AND EXPENSES BILLED BY MONTH, AVERAGES AND CALCULATE ESTIMATED FEES AND EXPENSES FOR MONTH OF FEBRUARY IN ANTICIPATION OF BUDGET REPORT TO FEE EXAMINER. |
| 01/15/10 Fri | Chaikin, R 541031019/1136 | 0.80 | 0.80 | 220.00 | 0.20 0.20 0.40 | F F F | 1 2 3 | *MATTER NAME: Fee Application/Monthly Invoices*<br>CONF. W/ J. SHARRET RE BUDGET FOR FEE EXAMINER (.2),<br>DRAFT COVER LETTER TO FEE EXAMINER (.2),<br>FINALIZE BUDGET CHART AND FAX/EMAIL SAME (.4). |

~ See the last page of exhibit for explanation

EXHIBIT D

KRAMER LEVIN RETENTION/COMPENSATION

Kramer Levin Naftalis & Frankel

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 01/15/10 Fri | Sharret, J 541031019/1138 | 0.40 | 0.40 | 202.00 | | 1 2 | MATTER NAME: Fee Application/Monthly Invoices REVIEW FEBRUARY BUDGET AND FINALIZE; CONF. W/ R. CHAIKIN RE SAME. | |
| 01/27/10 Wed | Chaikin, R 541031019/1141 | 2.40 | 2.40 | 660.00 | 2.10 0.30 | 1 2 | MATTER NAME: Fee Application/Monthly Invoices REVIEW TIME DETAIL (2.1); CONFS. W/ F. ARIAS RE SAME (.3). | |
| 01/28/10 Thu | Chaikin, R 541031019/1142 | 1.50 | 1.50 | 412.50 | 0.80 0.70 | 1 2 | MATTER NAME: Fee Application/Monthly Invoices FINAL REVISIONS TO DECEMBER FEE STATEMENT (.8); PREPARE AND MAIL FEE STATEMENT TO DEBTORS, COUNSEL, UST AND EXAMINER (.7). | |

Total | | | 128.05 | $48,091.75

Number of Entries: 97

~ See the last page of exhibit for explanation

EXHIBIT D

KRAMER LEVIN RETENTION/COMPENSATION

Kramer Levin Naftalis & Frankel

### SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Caton, A | 0.50 | 340.00 |
| Chaikin, R | 79.20 | 20,826.00 |
| Chouprouta, A | 2.80 | 728.00 |
| Colbourne, P | 2.10 | 220.50 |
| Macksoud, L | 5.10 | 3,060.00 |
| Mayer, T | 4.50 | 4,185.00 |
| Plotko, G | 3.55 | 2,360.75 |
| Rogoff, A | 4.10 | 3,325.50 |
| Schmidt, R | 1.30 | 955.50 |
| Sharret, J | 24.90 | 12,090.50 |
| | 128.05 | $48,091.75 |

### SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Committee Meetings/Communications | 2.00 | 1,785.00 |
| Fee Application/Monthly Invoices | 123.15 | 44,174.75 |
| Motions | 1.20 | 720.00 |
| Wind-Down Issues | 1.70 | 1,412.00 |
| | 128.05 | $48,091.75 |

(~) REASONS FOR TASK HOUR ASSIGNMENTS

A    Task Hours Allocated By Fee Auditor

F    FINAL BILL