# EXHIBIT E

(Rogoff's Repetitive Task Descriptions)

09-50026-mg    Doc 6091-5    Filed 06/22/10    Entered 06/22/10 12:42:37    Exhibit E
Pg 1 of 16

EXHIBIT E

ROGOFF'S REPETITIVE TASK DESCRIPTIONS

Kramer Levin Naftalis & Frankel

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Rogoff, A | 62.52 | 50,316.75 |
|  | 62.52 | $50,316.75 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Case Administration | 36.50 | 29,562.00 |
| Creditor Communications | 9.00 | 7,166.00 |
| Environmental Issues | 4.00 | 3,180.00 |
| Insurance And Other Business Operations | 3.97 | 3,214.00 |
| Plan & Disclosure Statement | 9.05 | 7,194.75 |
|  | 62.52 | $50,316.75 |

EXHIBIT E
ROGOFF'S REPETITIVE TASK DESCRIPTIONS

Kramer Levin Naftalis & Frankel

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| MATTER NAME: Case Administration | | | | | | | |
| 10/01/09 Thu | Rogoff, A 541031001/31 | 1.20 | 1.20 | 954.00 | 0.30 0.50 0.40 | 1 2 3 | ATTENTION TO STAFFING AND PROJECT ALLOCATION (.3); EMAILS L. MACKSOUD, J. SHARRET, A. CATON AND G. PLOTKO REGARDING CASE ADMINISTRATION ISSUES (.5); REVIEW CORRESPONDENCE RE: CASE (.4); |
| 10/02/09 Fri | Rogoff, A 541031001/32 | 0.40 | 0.40 | 318.00 | 0.10 0.10 0.20 | 1 2 3 | ATTENTION TO STAFFING AND PROJECT ALLOCATION (.1); EMAILS L. MACKSOUD, J. SHARRET, A. CATON AND G. PLOTKO REGARDING CASE ADMINISTRATION ISSUES (.1); REVIEW CORRESPONDENCE RE: CASE (.2); |
| 10/05/09 Mon | Rogoff, A 541031001/33 | 1.00 | 1.00 | 795.00 | 0.30 0.20 0.50 | 1 2 3 | ATTENTION TO STAFFING AND PROJECT ALLOCATION (.3); EMAILS L. MACKSOUD, J. SHARRET, A. CATON AND G. PLOTKO REGARDING CASE ADMINISTRATION ISSUES (.2); REVIEW CORRESPONDENCE RE: CASE (.5); |
| 10/06/09 Tue | Rogoff, A 541031001/138 | 0.80 | 0.80 | 636.00 | 0.20 0.30 0.30 | 1 2 3 | ATTENTION TO STAFFING AND PROJECT ALLOCATION (.2); EMAILS L. MACKSOUD, J. SHARRET, A. CATON AND G. PLOTKO REGARDING CASE ADMINISTRATION ISSUES (.3); REVIEW CORRESPONDENCE RE: CASE (.3); |
| 10/07/09 Wed | Rogoff, A 541031001/34 | 0.90 | 0.90 | 715.50 | 0.20 0.40 0.30 | 1 2 3 | ATTENTION TO STAFFING AND PROJECT ALLOCATION (.2); EMAILS L. MACKSOUD, J. SHARRET, A. CATON AND G. PLOTKO REGARDING CASE ADMINISTRATION ISSUES (.4); REVIEW CORRESPONDENCE RE: CASE (.3); |
| 10/08/09 Thu | Rogoff, A 541031001/35 | 0.90 | 0.90 | 715.50 | 0.20 0.40 0.30 | 1 2 3 | ATTENTION TO STAFFING AND PROJECT ALLOCATION (.2); EMAILS L. MACKSOUD, J. SHARRET, A. CATON AND G. PLOTKO REGARDING CASE ADMINISTRATION ISSUES (.4); REVIEW CORRESPONDENCE RE: CASE. (.3); |
| 10/09/09 Fri | Rogoff, A 541031001/36 | 0.80 | 0.80 | 636.00 | 0.20 0.30 0.30 | 1 2 3 | ATTENTION TO STAFFING AND PROJECT ALLOCATION (.2); EMAILS L. MACKSOUD, J. SHARRET, A. CATON AND G. PLOTKO REGARDING CASE ADMINISTRATION ISSUES (.3); REVIEW CORRESPONDENCE RE: CASE (.3); |
| 10/13/09 Tue | Rogoff, A 541031001/37 | 0.40 | 0.40 | 318.00 | 0.10 0.20 0.10 | 1 2 3 | ATTENTION TO STAFFING AND PROJECT ALLOCATION (.1); EMAILS L. MACKSOUD, J. SHARRET, A. CATON AND G. PLOTKO REGARDING CASE ADMINISTRATION ISSUES (.2); REVIEW CORRESPONDENCE RE: CASE (.1); |
| 10/14/09 Wed | Rogoff, A 541031001/38 | 0.50 | 0.50 | 397.50 | 0.10 0.20 0.20 | 1 2 3 | ATTENTION TO STAFFING AND PROJECT ALLOCATION (.1); EMAILS J. SHARRET, A. CATON AND G. PLOTKO REGARDING CASE ADMINISTRATION ISSUES (.2); REVIEW CORRESPONDENCE RE: CASE (.2) |
| 10/15/09 Thu | Rogoff, A 541031001/39 | 0.70 | 0.70 | 556.50 | 0.10 0.20 0.40 | 1 2 3 | ATTENTION TO STAFFING AND PROJECT ALLOCATION (.1); EMAILS J. SHARRET, A. CATON AND G. PLOTKO REGARDING CASE ADMINISTRATION ISSUES (.2); REVIEW CORRESPONDENCE RE: CASE (.4) |

~ See the last page of exhibit for explanation

ROGOFF'S REPETITIVE TASK DESCRIPTIONS

Kramer Levin Naftalis & Frankel

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| MATTER NAME: Case Administration | | | | | | | |
| 10/16/09 Fri | Rogoff, A 541031001/40 | 0.80 | 0.80 | 636.00 | 0.20 0.30 0.30 | 1 2 3 | ATTENTION TO STAFFING AND PROJECT ALLOCATION (.2); EMAILS J. SHARRET, A. CATON AND G. PLOTKO REGARDING CASE ADMINISTRATION ISSUES (.3); REVIEW CORRESPONDENCE RE: CASE (.3); |
| 10/19/09 Mon | Rogoff, A 541031001/41 | 0.90 | 0.90 | 715.50 | 0.20 0.30 0.40 | 1 2 3 | ATTENTION TO STAFFING AND PROJECT ALLOCATION (.2); EMAILS J. SHARRET, A. CATON AND G. PLOTKO REGARDING CASE ADMINISTRATION ISSUES (.3); REVIEW CORRESPONDENCE RE: CASE (.4); |
| 10/20/09 Tue | Rogoff, A 541031001/42 | 0.60 | 0.60 | 477.00 | 0.10 0.20 0.30 | 1 2 3 | ATTENTION TO STAFFING AND PROJECT ALLOCATION (.1); EMAILS J. SHARRET, A. CATON AND G. PLOTKO REGARDING CASE ADMINISTRATION ISSUES (.2); REVIEW CORRESPONDENCE RE: CASE (.3); |
| 10/21/09 Wed | Rogoff, A 541031001/44 | 0.50 | 0.50 | 397.50 | 0.10 0.20 0.20 | 1 2 3 | ATTENTION TO STAFFING AND PROJECT ALLOCATION (.1); EMAILS SHARRET, MACKSOUD, CATON AND PLOTKO REGARDING CASE ADMINISTRATION ISSUES (.2); REVIEW CORRESPONDENCE RE: CASE (.2); |
| 10/22/09 Thu | Rogoff, A 541031001/45 | 0.50 | 0.50 | 397.50 | 0.10 0.20 0.20 | 1 2 3 | ATTENTION TO STAFFING AND PROJECT ALLOCATION (.1); EMAILS J. SHARRET, L. MACKSOUD, A. CATON AND G. PLOTKO REGARDING CASE ADMINISTRATION ISSUES (.2); REVIEW CORRESPONDENCE RE: CASE (.2); |
| 10/23/09 Fri | Rogoff, A 541031001/46 | 0.90 | 0.90 | 715.50 | 0.30 0.20 0.40 | 1 2 3 | ATTENTION TO STAFFING AND PROJECT ALLOCATION (.3); EMAILS J. SHARRET, L. MACKSOUD, A. CATON AND G. PLOTKO REGARDING CASE ADMINISTRATION ISSUES (.2); REVIEW CORRESPONDENCE RE: CASE (.4); |
| 10/26/09 Mon | Rogoff, A 541031001/47 | 0.60 | 0.60 | 477.00 | 0.10 0.20 0.30 | 1 2 3 | ATTN TO STAFFING AND PROJECT ALLOCATION (.1); EMAILS J. SHARRET, L. MACKSOUD, A. CATON AND G. PLOTKO REGARDING CASE ADMINISTRATION ISSUES (.2); REVIEW CORRESPONDENCE RE: CASE (.3); |
| 10/27/09 Tue | Rogoff, A 541031001/48 | 0.70 | 0.70 | 556.50 | 0.10 0.30 0.30 | 1 2 3 | ATTENTION TO STAFFING AND PROJECT ALLOCATION (.1); EMAILS J. SHARRET, L. MACKSOUD, A. CATON AND G. PLOTKO REGARDING CASE ADMINISTRATION ISSUES (.3); REVIEW CORRESPONDENCE RE: CASE (.3); |
| 10/28/09 Wed | Rogoff, A 541031001/49 | 0.50 | 0.50 | 397.50 | 0.10 0.20 0.20 | 1 2 3 | ATTENTION TO STAFFING AND PROJECT ALLOCATION (.1); EMAILS J. SHARRET, L. MACKSOUD, A. CATON AND G. PLOTKO REGARDING CASE ADMINISTRATION ISSUES (.2); REVIEW CORRESPONDENCE RE: CASE (.2); |
| 10/29/09 Thu | Rogoff, A 541031001/50 | 0.80 | 0.80 | 636.00 | 0.10 0.30 0.40 | 1 2 3 | ATTENTION TO STAFFING AND PROJECT ALLOCATION (.1); EMAILS J. SHARRET, L. MACKSOUD, A. CATON AND G. PLOTKO REGARDING CASE ADMINISTRATION ISSUES (.3); REVIEW CORRESPONDENCE RE: CASE (.4); |

~ See the last page of exhibit for explanation

ROGOFF'S REPETITIVE TASK DESCRIPTIONS

Kramer Levin Naftalis & Frankel

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| MATTER NAME: Case Administration | | | | | | | | |
| 10/30/09 Fri | Rogoff, A 541031001/51 | 0.60 | 0.60 | 477.00 | 0.20 0.20 0.20 | | 1 2 3 | ATTENTION TO STAFFING AND PROJECT ALLOCATION (.2); EMAILS J. SHARRET, L. MACKSOUD, A. CATON AND G. PLOTKO REGARDING CASE ADMINISTRATION ISSUES (.2); REVIEW CORRESPONDENCE RE: CASE (.2); |
| 11/02/09 Mon | Rogoff, A 541031001/56 | 0.60 | 0.60 | 477.00 | 0.10 0.40 0.10 | | 1 2 3 | ATTN TO STAFFING AND PROJECT ALLOCATION (.1); EMAILS L. MACKSOUD, J. SHARRET, A. CATON AND G. PLOTKO REGARDING CASE ADMINISTRATION ISSUES (.4); REVIEW CORRESPONDENCE RE CASE (.1). |
| 11/03/09 Tue | Rogoff, A 541031001/57 | 0.90 | 0.90 | 715.50 | 0.30 0.20 0.40 | | 1 2 3 | ATTN TO STAFFING AND PROJECT ALLOCATION (.3); EMAILS L. MACKSOUD, J. SHARRET, A. CATON AND G. PLOTKO REGARDING CASE ADMINISTRATION ISSUES (.2); REVIEW CORRESPONDENCE RE CASE (.4). |
| 11/04/09 Wed | Rogoff, A 541031001/58 | 0.90 | 0.90 | 715.50 | 0.10 0.10 0.30 0.40 | F F | 1 2 3 4 | ATTN TO STAFFING AND PROJECT ALLOCATION (.1); EMAILS L. MACKSOUD, J. SHARRET, A. CATON AND G. PLOTKO REGARDING CASE ADMINISTRATION ISSUES (.1); REVIEW CORRESPONDENCE RE CASE (.3). ATTN TO REALM AND ENCORE. (.4). |
| 11/05/09 Thu | Rogoff, A 541031001/59 | 0.50 | 0.50 | 397.50 | 0.10 0.10 0.30 | | 1 2 3 | ATTN TO STAFFING AND PROJECT ALLOCATION (.1); EMAILS L. MACKSOUD, J. SHARRET, A. CATON AND G. PLOTKO REGARDING CASE ADMINISTRATION ISSUES (.1); REVIEW CORRESPONDENCE RE CASE (.3). |
| 11/06/09 Fri | Rogoff, A 541031001/18 | 0.10 | 0.10 | 79.50 | 0.10 | | 1 | ATTN TO STAFFING AND PROJECT ALLOCATION (.1); |
| 11/06/09 Fri | Rogoff, A 541031001/19 | 0.30 | 0.30 | 238.50 | | | 1 | EMAILS L. MACKSOUD, J. SHARRET, A. CATON AND G. PLOTKO REGARDING CASE ADMINISTRATION ISSUES (.3). |
| 11/06/09 Fri | Rogoff, A 541031001/20 | 0.30 | 0.30 | 238.50 | | | 1 | REVIEW CORRESPONDENCE RE CASE (.3). |
| 11/09/09 Mon | Rogoff, A 541031001/60 | 0.70 | 0.70 | 556.50 | 0.10 0.10 0.40 0.10 | F F | 1 2 3 4 | ATTN TO STAFFING AND PROJECT ALLOCATION (.1); EMAILS L. MACKSOUD, J. SHARRET, A. CATON AND G. PLOTKO REGARDING CASE ADMINISTRATION ISSUES (.1); REVIEW CORRESPONDENCE RE CASE (.4). ATTN TO REALM AND ENCORE. (.1). |
| 11/10/09 Tue | Rogoff, A 541031001/61 | 0.80 | 0.80 | 636.00 | 0.20 0.40 0.20 | | 1 2 3 | ATTN TO STAFFING AND PROJECT ALLOCATION (.2); EMAILS L. MACKSOUD, J. SHARRET, A. CATON AND G. PLOTKO REGARDING CASE ADMINISTRATION ISSUES (.4); REVIEW CORRESPONDENCE RE: CASE AND ATTN TO REALM AND ENCORE BAR DATE (.2). |
| 11/11/09 Wed | Rogoff, A 541031001/62 | 0.60 | 0.60 | 477.00 | 0.10 0.10 0.10 0.30 | F F | 1 2 3 4 | ATTN TO STAFFING AND PROJECT ALLOCATION (.1); EMAILS L. MACKSOUD, J. SHARRET, A. CATON AND G. PLOTKO REGARDING CASE ADMINISTRATION ISSUES (.1); REVIEW CORRESPONDENCE RE CASE (.1). ATTN TO REALM AND ENCORE. (.3) |

~ See the last page of exhibit for explanation

ROGOFF'S REPETITIVE TASK DESCRIPTIONS

Kramer Levin Naftalis & Frankel

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| MATTER NAME: Case Administration | | | | | | | | |
| 11/12/09 Thu | Rogoff, A 541031001/63 | 0.40 | 0.40 | 318.00 | 0.10 0.10 0.20 | | 1 2 3 | ATTN TO STAFFING AND PROJECT ALLOCATION (.1); EMAILS L. MACKSOUD, J. SHARRET, A. CATON AND G. PLOTKO REGARDING CASE ADMINISTRATION ISSUES (.1); REVIEW CORRESPONDENCE RE CASE (.2). |
| 11/13/09 Fri | Rogoff, A 541031001/64 | 0.30 | 0.30 | 238.50 | 0.10 0.10 0.10 | | 1 2 3 | ATTN TO STAFFING AND PROJECT ALLOCATION (.1); EMAILS L. MACKSOUD, J. SHARRET, A. CATON AND G. PLOTKO REGARDING CASE ADMINISTRATION ISSUES (.1); REVIEW CORRESPONDENCE RE: CASE (.1). |
| 11/16/09 Mon | Rogoff, A 541031001/65 | 0.90 | 0.90 | 715.50 | 0.20 0.20 0.30 0.20 | F F | 1 2 3 4 | ATTN TO STAFFING AND PROJECT ALLOCATION (.2); EMAILS L. MACKSOUD, J. SHARRET, A. CATON AND G. PLOTKO REGARDING CASE ADMINISTRATION ISSUES (.2); REVIEW CORRESPONDENCE RE CASE (.3). ATTN TO REALM AND ENCORE ISSUES (.2). |
| 11/17/09 Tue | Rogoff, A 541031001/66 | 0.60 | 0.60 | 477.00 | 0.10 0.20 0.20 0.10 | F F | 1 2 3 4 | ATTN TO STAFFING AND PROJECT ALLOCATION (.1); EMAILS L. MACKSOUD, J. SHARRET, A. CATON AND P. PLOTKO REGARDING CASE ADMINISTRATION ISSUES (.2); REVIEW CORRESPONDENCE RE CASE (.2). ATTN TO REALM AND ENCORE (.1). |
| 11/18/09 Wed | Rogoff, A 541031001/67 | 0.70 | 0.70 | 556.50 | 0.10 0.30 0.20 0.10 | F F | 1 2 3 4 | ATTN TO STAFFING AND PROJECT ALLOCATION (.1); EMAILS L. MACKSOUD, J. SHARRET, A. CATON AND G. PLOTKO REGARDING CASE ADMINISTRATION ISSUES (.3); REVIEW CORRESPONDENCE RE CASE (.2). ATTN TO REALM AND ENCORE (.1). |
| 11/19/09 Thu | Rogoff, A 541031001/68 | 0.40 | 0.40 | 318.00 | 0.10 0.20 0.10 | | 1 2 3 | ATTN TO STAFFING AND PROJECT ALLOCATION (.1); EMAILS L. MACKSOUD, J. SHARRET, A. CATON AND G. PLOTKO REGARDING CASE ADMINISTRATION ISSUES (.2); REVIEW CORRESPONDENCE RE CASE (.1). |
| 11/20/09 Fri | Rogoff, A 541031001/69 | 0.40 | 0.40 | 318.00 | 0.10 0.20 0.10 | | 1 2 3 | ATTN TO STAFFING AND PROJECT ALLOCATION (.1); EMAILS L. MACKSOUD, J. SHARRET, A. CATON AND G. PLOTKO REGARDING CASE ADMINISTRATION ISSUES (.2); REVIEW CORRESPONDENCE RE CASE (.1). |
| 11/23/09 Mon | Rogoff, A 541031001/70 | 0.40 | 0.40 | 318.00 | 0.10 0.10 0.20 | | 1 2 3 | ATTN TO STAFFING AND PROJECT ALLOCATION (.1); EMAILS L. MACKSOUD, J. SHARRET, A. CATON AND G. PLOTKO REGARDING CASE ADMINISTRATION ISSUES (.1); REVIEW CORRESPONDENCE RE CASE (.2). |
| 11/24/09 Tue | Rogoff, A 541031001/72 | 0.70 | 0.70 | 556.50 | 0.40 0.20 0.10 | | 1 2 3 | REVIEW CORRESPONDENCE RE CASE (.4); EMAILS L. MACKSOUD, J. SHARRET, A. CATON AND G. PLOTKO REGARDING CASE ADMINISTRATION ISSUES (.2); ATTN TO STAFFING AND PROJECT ALLOCATION (.1). |

~ See the last page of exhibit for explanation

ROGOFF'S REPETITIVE TASK DESCRIPTIONS

Kramer Levin Naftalis & Frankel

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| MATTER NAME: Case Administration | | | | | | | |
| 11/25/09 Wed | Rogoff, A 541031001/74 | 0.50 | 0.50 | 397.50 | 0.10 0.20 0.20 | 1 2 3 | ATTN TO STAFFING AND PROJECT ALLOCATION (.1); EMAILS L. MACKSOUD, J. SHARRET, A. CATON AND G. PLOTKO REGARDING CASE ADMINISTRATION ISSUES (.2); REVIEW CORRESPONDENCE RE CASE (.2). |
| 11/30/09 Mon | Rogoff, A 541031001/75 | 0.60 | 0.60 | 477.00 | 0.10 0.20 0.30 | 1 2 3 | ATTN TO STAFFING AND PROJECT ALLOCATION (.1); ATTN TO CASE ADMINISTRATION AND INTERNAL MTGS AND EMAILS RE: SAME. (.2); REVIEW CORRESPONDENCE RE CASE (.3). |
| 12/01/09 Tue | Rogoff, A 541031001/99 | 0.50 | 0.50 | 425.00 | 0.10 0.20 0.20 | 1 2 3 | ATTN TO STAFFING AND PROJECT ALLOCATION (.1); ATTN TO CASE ADMINISTRATION AND INTERNAL MTGS AND EMAILS RE: SAME (.2); REVIEW CORRESPONDENCE RE: CASE (.2). |
| 12/02/09 Wed | Rogoff, A 541031001/100 | 0.50 | 0.50 | 425.00 | 0.10 0.30 0.10 | 1 2 3 | ATTN TO STAFFING AND PROJECT ALLOCATION (.1); ATTN TO CASE ADMINISTRATION AND INTERNAL MTGS AND EMAILS RE: SAME (.3); REVIEW CORRESPONDENCE RE: CASE (.1). |
| 12/03/09 Thu | Rogoff, A 541031001/101 | 0.70 | 0.70 | 595.00 | 0.10 0.40 0.20 | 1 2 3 | ATTN TO STAFFING AND PROJECT ALLOCATION (.1); ATTN TO CASE ADMINISTRATION AND INTERNAL MTGS AND EMAILS RE: SAME (.4); REVIEW CORRESPONDENCE RE: CASE (.2). |
| 12/04/09 Fri | Rogoff, A 541031001/102 | 0.60 | 0.60 | 510.00 | 0.10 0.30 0.20 | 1 2 3 | ATTN TO STAFFING AND PROJECT ALLOCATION (.1); ATTN TO CASE ADMINISTRATION AND INTERNAL MTGS AND EMAILS RE: SAME (.3); REVIEW CORRESPONDENCE RE: CASE (.2). |
| 12/07/09 Mon | Rogoff, A 541031001/103 | 0.30 | 0.30 | 255.00 | 0.10 0.20 | 1 2 | ATTN TO STAFFING AND PROJECT ALLOCATION (.1); ATTN TO CASE ADMINISTRATION AND INTERNAL MTGS AND EMAILS RE: SAME (.2). |
| 12/08/09 Tue | Rogoff, A 541031001/104 | 0.50 | 0.50 | 425.00 | 0.10 0.20 0.20 | 1 2 3 | ATTN TO STAFFING AND PROJECT ALLOCATION (.1); ATTN TO CASE ADMINISTRATION AND INTERNAL MTGS AND EMAILS RE: SAME (.2); REVIEW CORRESPONDENCE RE: CASE (.2). |
| 12/09/09 Wed | Rogoff, A 541031001/139 | 0.30 | 0.30 | 255.00 | 0.30 | 1 | ATTN TO STAFFING AND PROJECT ALLOCATION (.3); |
| 12/09/09 Wed | Rogoff, A 541031001/140 | 0.60 | 0.60 | 510.00 | | 1 | REVIEW CORRESPONDENCE RE CASE (.6) |
| 12/10/09 Thu | Rogoff, A 541031001/105 | 0.40 | 0.40 | 340.00 | 0.10 0.10 0.20 | 1 2 3 | ATTN TO STAFFING AND PROJECT ALLOCATION (.1); ATTN TO CASE ADMINISTRATION AND INTERNAL MTGS AND EMAILS RE: SAME (.1); REVIEW CORRESPONDENCE RE: CASE (.2). |

~ See the last page of exhibit for explanation

ROGOFF'S REPETITIVE TASK DESCRIPTIONS

Kramer Levin Naftalis & Frankel

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| MATTER NAME: Case Administration | | | | | | | |
| 12/11/09 Fri | Rogoff, A 541031001/106 | 0.30 | 0.30 | 255.00 | 0.10 0.10 0.10 | 1 2 3 | ATTN TO STAFFING AND PROJECT ALLOCATION (.1); ATTN TO CASE ADMINISTRATION (.1); REVIEW CORRESPONDENCE RE: CASE (.1). |
| 12/14/09 Mon | Rogoff, A 541031001/107 | 0.30 | 0.30 | 255.00 | 0.10 0.10 0.10 | 1 2 3 | ATTN TO STAFFING AND PROJECT ALLOCATION (.1); ATTN TO CASE ADMINISTRATION (.1); REVIEW CORRESPONDENCE RE: CASE. (.1). |
| 12/16/09 Wed | Rogoff, A 541031001/108 | 0.20 | 0.20 | 170.00 | 0.10 0.10 | 1 2 | ATTN TO CASE ADMINISTRATION (.1); REVIEW CORRESPONDENCE RE: CASE (.1). |
| 12/17/09 Thu | Rogoff, A 541031001/109 | 0.20 | 0.20 | 170.00 | 0.10 0.10 | 1 2 | ATTN TO CASE ADMINISTRATION (.1); REVIEW CORRESPONDENCE RE: CASE (.1). |
| 12/18/09 Fri | Rogoff, A 541031001/110 | 0.20 | 0.20 | 170.00 | 0.10 0.10 | 1 2 | ATTN TO CASE ADMINISTRATION (.1); REVIEW CORRESPONDENCE RE: CASE (.1). |
| 12/21/09 Mon | Rogoff, A 541031001/111 | 0.20 | 0.20 | 170.00 | 0.10 0.10 | 1 2 | ATTN TO CASE ADMINISTRATION (.1); REVIEW CORRESPONDENCE RE: CASE (.1). |
| 12/22/09 Tue | Rogoff, A 541031001/112 | 0.20 | 0.20 | 170.00 | 0.10 0.10 | 1 2 | ATTN TO CASE ADMINISTRATION (.1); REVIEW CORRESPONDENCE RE: CASE (.1). |
| 12/29/09 Tue | Rogoff, A 541031001/113 | 0.20 | 0.20 | 170.00 | 0.10 0.10 | 1 2 | ATTN TO CASE ADMINISTRATION (.1); REVIEW CORRESPONDENCE RE: CASE (.1). |
| 12/30/09 Wed | Rogoff, A 541031001/114 | 0.20 | 0.20 | 170.00 | 0.10 0.10 | 1 2 | ATTN TO CASE ADMINISTRATION (.1); REVIEW CORRESPONDENCE RE: CASE (.1); |
| 12/31/09 Thu | Rogoff, A 541031001/115 | 0.20 | 0.20 | 170.00 | 0.10 0.10 | 1 2 | ATTN TO CASE ADMINISTRATION (.1); REVIEW CORRESPONDENCE RE: CASE (.1). |
| 01/04/10 Mon | Rogoff, A 541031001/123 | 0.20 | 0.20 | 170.00 | 0.10 0.10 | 1 2 | ATTN TO CASE ADMINISTRATION (.1); REVIEW CORRESPONDENCE RE: CASE (.1). |
| 01/05/10 Tue | Rogoff, A 541031001/124 | 0.20 | 0.20 | 170.00 | 0.10 0.10 | 1 2 | ATTN TO CASE ADMINISTRATION (.1); REVIEW CORRESPONDENCE RE: CASE (.1). |
| 01/06/10 Wed | Rogoff, A 541031001/125 | 0.20 | 0.20 | 170.00 | 0.10 0.10 | 1 2 | ATTN TO CASE ADMINISTRATION (.1); REVIEW CORRESPONDENCE RE: CASE (.1). |

~ See the last page of exhibit for explanation

ROGOFF'S REPETITIVE TASK DESCRIPTIONS

Kramer Levin Naftalis & Frankel

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| MATTER NAME: Case Administration | | | | | | | | |
| 01/07/10 Thu | Rogoff, A 541031001/126 | 0.20 | 0.20 | 170.00 | 0.10 0.10 | | 1 2 | ATTN TO CASE ADMINISTRATION (.1); REVIEW CORRESPONDENCE RE: CASE (.1). |
| 01/08/10 Fri | Rogoff, A 541031001/127 | 0.20 | 0.20 | 170.00 | 0.10 0.10 | | 1 2 | ATTN TO CASE ADMINISTRATION (.1); REVIEW CORRESPONDENCE RE: CASE (.1). |
| 01/11/10 Mon | Rogoff, A 541031001/128 | 0.20 | 0.20 | 170.00 | 0.10 0.10 | | 1 2 | ATTN TO CASE ADMINISTRATION (.1); REVIEW CORRESPONDENCE RE: CASE. (.1). |
| 01/12/10 Tue | Rogoff, A 541031001/129 | 0.20 | 0.20 | 170.00 | 0.10 0.10 | | 1 2 | ATTN TO CASE ADMINISTRATION (.1); REVIEW CORRESPONDENCE RE: CASE (.1). |
| 01/13/10 Wed | Rogoff, A 541031001/130 | 0.20 | 0.20 | 170.00 | 0.10 0.10 | | 1 2 | ATTN TO CASE ADMINISTRATION (.1); REVIEW CORRESPONDENCE RE: CASE. (.1). |
| 01/14/10 Thu | Rogoff, A 541031001/131 | 0.20 | 0.20 | 170.00 | 0.10 0.10 | | 1 2 | ATTN TO CASE ADMINISTRATION (.1); REVIEW CORRESPONDENCE RE: CASE. (.1); |
| 01/15/10 Fri | Rogoff, A 541031001/132 | 0.20 | 0.20 | 170.00 | 0.10 0.10 | | 1 2 | ATTN TO CASE ADMINISTRATION (.1); REVIEW CORRESPONDENCE RE: CASE (.1). |
| 01/19/10 Tue | Rogoff, A 541031001/133 | 0.30 | 0.30 | 255.00 | 0.10 0.20 | | 1 2 | ATTN TO CASE ADMINISTRATION (.1); REVIEW CORRESPONDENCE RE: CASE (.2). |
| 01/20/10 Wed | Rogoff, A 541031001/134 | 0.20 | 0.20 | 170.00 | 0.10 0.10 | | 1 2 | ATTN TO CASE ADMINISTRATION (.1); REVIEW CORRESPONDENCE RE: CASE (.1). |
| 01/22/10 Fri | Rogoff, A 541031001/136 | 0.20 | 0.20 | 170.00 | 0.10 0.10 | F F | 1 2 | ATTN TO CASE ADMINISTRATION (.1). REVIEW CORRESPONDENCE RE: CASE. (.1). |
| 01/25/10 Mon | Rogoff, A 541031001/137 | 0.20 | 0.20 | 170.00 | 0.10 0.10 | | 1 2 | ATTN TO CASE ADMINISTRATION (.1); REVIEW CORRESPONDENCE RE: CASE (.1). |
| 01/26/10 Tue | Rogoff, A 541031001/119 | 0.10 | 0.10 | 85.00 | | | 1 | ATTN TO CASE ADMINISTRATION. (.1) |
| 01/27/10 Wed | Rogoff, A 541031001/118 | 0.10 | 0.10 | 85.00 | | | 1 | ATTN TO CASE ADMINISTRATION. |
| 01/28/10 Thu | Rogoff, A 541031001/117 | 0.10 | 0.10 | 85.00 | | | 1 | ATTN TO CASE ADMINISTRATION. |
| 01/29/10 Fri | Rogoff, A 541031001/120 | 0.10 | 0.10 | 85.00 | | | 1 | ATTN TO CASE ADMINISTRATION. |

~ See the last page of exhibit for explanation

EXHIBIT E
ROGOFF'S REPETITIVE TASK DESCRIPTIONS

Kramer Levin Naftalis & Frankel

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| MATTER NAME: Case Administration | | | | | | | |
| | Number of Entries: 79 | | 36.50 | 29,562.00 | | | |
| MATTER NAME: Creditor Communications | | | | | | | |
| 10/01/09 Thu | Rogoff, A 541031009/613 | 0.20 | 0.20 | 159.00 | | 1 | CALLS TO CREDITORS REGARDING STATUS OF CASE. |
| 10/05/09 Mon | Rogoff, A 541031009/614 | 0.50 | 0.50 | 397.50 | | 1 | CALLS TO CREDITORS REGARDING STATUS OF CASE. |
| 10/06/09 Tue | Rogoff, A 541031009/624 | 0.30 | 0.30 | 238.50 | | 1 | CALLS TO CREDITORS REGARDING STATUS OF CASE. |
| 10/07/09 Wed | Rogoff, A 541031009/622 | 0.40 | 0.40 | 318.00 | | 1 | CALLS TO CREDITORS REGARDING STATUS OF CASE. |
| 10/08/09 Thu | Rogoff, A 541031009/623 | 0.20 | 0.20 | 159.00 | | 1 | CALLS TO CREDITORS REGARDING STATUS OF CASE. |
| 10/09/09 Fri | Rogoff, A 541031009/635 | 0.30 | 0.30 | 238.50 | | 1 | CALLS TO CREDITORS REGARDING STATUS OF CASE. |
| 10/13/09 Tue | Rogoff, A 541031009/637 | 0.60 | 0.60 | 477.00 | | 1 | CALLS TO CREDITORS REGARDING STATUS OF CASE. |
| 10/14/09 Wed | Rogoff, A 541031009/638 | 0.30 | 0.30 | 238.50 | | 1 | CALLS TO CREDITORS REGARDING STATUS OF CASE. |
| 10/15/09 Thu | Rogoff, A 541031009/640 | 0.20 | 0.20 | 159.00 | | 1 | CALLS TO CREDITORS REGARDING STATUS OF CASE. |
| 10/16/09 Fri | Rogoff, A 541031009/639 | 0.40 | 0.40 | 318.00 | | 1 | CALLS TO CREDITORS REGARDING STATUS OF CASE. |
| 10/19/09 Mon | Rogoff, A 541031009/641 | 0.30 | 0.30 | 238.50 | | 1 | CALLS TO CREDITORS REGARDING STATUS OF CASE. |
| 10/20/09 Tue | Rogoff, A 541031009/644 | 0.40 | 0.40 | 318.00 | | 1 | CALLS CREDITORS REGARDING STATUS OF CASE. |
| 10/21/09 Wed | Rogoff, A 541031009/645 | 0.20 | 0.20 | 159.00 | | 1 | CALLS TO CREDITORS REGARDING STATUS OF CASE. |
| 10/22/09 Thu | Rogoff, A 541031009/652 | 0.20 | 0.20 | 159.00 | | 1 | CALLS CREDITORS REGARDING STATUS OF CASE. |
| 10/23/09 Fri | Rogoff, A 541031009/673 | 0.20 | 0.20 | 159.00 | | 1 | CALLS TO CREDITORS REGARDING STATUS OF CASE. |
| 10/26/09 Mon | Rogoff, A 541031009/682 | 0.10 | 0.10 | 79.50 | | 1 | CALLS CREDITORS REGARDING STATUS OF CASE. |

~ See the last page of exhibit for explanation

ROGOFF'S REPETITIVE TASK DESCRIPTIONS

Kramer Levin Naftalis & Frankel

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| MATTER NAME: Creditor Communications | | | | | | | |
| 10/27/09 Tue | Rogoff, A 541031009/683 | 0.20 | 0.20 | 159.00 | | 1 | CALLS TO CREDITORS REGARDING STATUS OF CASE. |
| 10/28/09 Wed | Rogoff, A 541031009/687 | 0.30 | 0.30 | 238.50 | | 1 | CALLS TO CREDITORS REGARDING STATUS OF CASE. |
| 10/29/09 Thu | Rogoff, A 541031009/690 | 0.30 | 0.30 | 238.50 | | 1 | CALLS WITH CREDITORS REGARDING STATUS OF CASE. |
| 10/30/09 Fri | Rogoff, A 541031009/693 | 0.10 | 0.10 | 79.50 | | 1 | CALLS CREDITORS REGARDING STATUS OF CASE. |
| 11/02/09 Mon | Rogoff, A 541031009/700 | 0.60 | 0.60 | 477.00 | | 1 | CALLS CREDITORS REGARDING STATUS OF CASE. |
| 11/03/09 Tue | Rogoff, A 541031009/699 | 0.20 | 0.20 | 159.00 | | 1 | CALLS CREDITORS REGARDING STATUS OF CASE. |
| 11/04/09 Wed | Rogoff, A 541031009/698 | 0.40 | 0.40 | 318.00 | | 1 | CALLS CREDITORS REGARDING STATUS OF CASE. |
| 11/05/09 Thu | Rogoff, A 541031009/703 | 0.20 | 0.20 | 159.00 | | 1 | CALLS CREDITORS REGARDING STATUS OF CASE. |
| 11/06/09 Fri | Rogoff, A 541031009/704 | 0.20 | 0.20 | 159.00 | | 1 | CALLS CREDITORS REGARDING STATUS OF CASE. |
| 11/09/09 Mon | Rogoff, A 541031009/710 | 0.20 | 0.20 | 159.00 | | 1 | CALLS CREDITORS REGARDING STATUS OF CASE. |
| 11/10/09 Tue | Rogoff, A 541031009/709 | 0.20 | 0.20 | 159.00 | | 1 | CALLS CREDITORS REGARDING STATUS OF CASE. |
| 11/11/09 Wed | Rogoff, A 541031009/708 | 0.30 | 0.30 | 238.50 | | 1 | CALLS CREDITORS REGARDING STATUS OF CASE. |
| 11/12/09 Thu | Rogoff, A 541031009/714 | 0.10 | 0.10 | 79.50 | | 1 | CALLS CREDITORS REGARDING STATUS OF CASE. |
| 11/16/09 Mon | Rogoff, A 541031009/717 | 0.40 | 0.40 | 318.00 | | 1 | CALLS CREDITORS REGARDING STATUS OF CASE. |
| 11/17/09 Tue | Rogoff, A 541031009/718 | 0.20 | 0.20 | 159.00 | | 1 | CALLS CREDITORS REGARDING STATUS OF CASE. |
| 11/18/09 Wed | Rogoff, A 541031009/722 | 0.10 | 0.10 | 79.50 | | 1 | CALLS CREDITORS REGARDING STATUS OF CASE. |
| 01/05/10 Tue | Rogoff, A 541031009/737 | 0.20 | 0.20 | 170.00 | | 1 | TEL CALL CREDITOR REGARDING STATUS. |
| | Number of Entries: 33 | | 9.00 | 7,166.00 | | | |

~ See the last page of exhibit for explanation

ROGOFF'S REPETITIVE TASK DESCRIPTIONS

Kramer Levin Naftalis & Frankel

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| MATTER NAME: Environmental Issues | | | | | | | |
| 10/01/09 Thu | Rogoff, A 541031015/846 | 0.80 | 0.80 | 636.00 | | 1 2 | ATTENTION TO ENVIRONMENTAL ISSUES FOR REMAINING PROPERTIES; REVIEW MATERIALS REGARDING SAME. |
| 10/02/09 Fri | Rogoff, A 541031015/845 | 0.20 | 0.20 | 159.00 | | 1 2 | ATTENTION TO ENVIRONMENTAL ISSUES FOR REMAINING PROPERTIES; REVIEW MATERIALS REGARDING SAME. |
| 10/05/09 Mon | Rogoff, A 541031015/848 | 0.30 | 0.30 | 238.50 | | 1 2 | ATTENTION TO ENVIRONMENTAL ISSUES FOR REMAINING PROPERTIES; REVIEW MATERIALS REGARDING SAME. |
| 10/06/09 Tue | Rogoff, A 541031015/867 | 0.40 | 0.40 | 318.00 | | 1 2 | ATTENTION TO ENVIRONMENTAL ISSUES FOR REMAINING PROPERTIES; REVIEW MATERIALS REGARDING SAME. |
| 10/07/09 Wed | Rogoff, A 541031015/857 | 0.40 | 0.40 | 318.00 | | 1 2 | ATTENTION TO ENVIRONMENTAL ISSUES FOR REMAINING PROPERTIES; REVIEW MATERIALS REGARDING SAME. |
| 10/08/09 Thu | Rogoff, A 541031015/858 | 0.40 | 0.40 | 318.00 | | 1 2 | ATTENTION TO ENVIRONMENTAL ISSUES FOR REMAINING PROPERTIES; REVIEW MATERIALS REGARDING SAME. |
| 10/09/09 Fri | Rogoff, A 541031015/868 | 0.40 | 0.40 | 318.00 | | 1 2 | ATTENTION TO ENVIRONMENTAL ISSUES FOR REMAINING PROPERTIES; REVIEW MATERIALS REGARDING SAME. |
| 10/13/09 Tue | Rogoff, A 541031015/869 | 0.20 | 0.20 | 159.00 | | 1 2 | ATTENTION TO ENVIRONMENTAL ISSUES FOR REMAINING PROPERTIES; REVIEW MATERIALS REGARDING SAME. |
| 10/14/09 Wed | Rogoff, A 541031015/873 | 0.10 | 0.10 | 79.50 | | 1 | ATTENTION TO ENVIRONMENTAL ISSUES FOR REMAINING PROPERTIES. |
| 10/15/09 Thu | Rogoff, A 541031015/875 | 0.20 | 0.20 | 159.00 | | 1 | ATTENTION TO ENVIRONMENTAL ISSUES FOR REMAINING PROPERTIES. |
| 10/16/09 Fri | Rogoff, A 541031015/874 | 0.10 | 0.10 | 79.50 | | 1 | ATTN TO ENVIRONMENTAL ISSUES FOR REMAINING PROPERTIES. |
| 10/19/09 Mon | Rogoff, A 541031015/876 | 0.30 | 0.30 | 238.50 | | 1 | ATTN TO ENVIRONMENTAL ISSUES FOR REMAINING PROPERTIES. |
| 10/20/09 Tue | Rogoff, A 541031015/878 | 0.20 | 0.20 | 159.00 | | 1 | ATTN TO ENVIRONMENTAL ISSUES FOR REMAINING PROPERTIES. |
| | Number of Entries: 13 | | 4.00 | 3,180.00 | | | |

~ See the last page of exhibit for explanation

ROGOFF'S REPETITIVE TASK DESCRIPTIONS

Kramer Levin Naftalis & Frankel

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| MATTER NAME: Insurance And Other Business Operations | | | | | | | |
| 11/04/09 Wed | Rogoff, A 541031004/336 | 0.50 | 0.07 | 53.00 | 0.30 | 1 2 3 4 | EMAIL R. BERKOVICH RE: REAL ESTATE ISSUES; EMAILS L. MACKSOUD AND REAL ESTATE ASSOCIATES RE: SAME; REVIEW EMAILS RE: SAME (.3); ATTN TO INSURANCE ISSUES AND EMAILS BERZ REGARDING SAME. |
| 11/05/09 Thu | Rogoff, A 541031004/219 | 0.10 | 0.10 | 79.50 | | 1 | ATTN TO INSURANCE COVERAGE ISSUES FOR THE ESTATE. |
| 11/06/09 Fri | Rogoff, A 541031004/220 | 0.80 | 0.80 | 636.00 | 0.20 0.60 | 1 2 | ATTN TO INSURANCE COVERAGE ISSUES FOR THE ESTATE (.2); CALL BERZ AND A. REZNICK RE: SAME (.6). |
| 11/09/09 Mon | Rogoff, A 541031004/227 | 0.10 | 0.10 | 79.50 | | 1 | ATTN TO INSURANCE ISSUES. |
| 11/10/09 Tue | Rogoff, A 541031004/226 | 0.10 | 0.10 | 79.50 | | 1 | ATTN TO INSURANCE ISSUES |
| 11/12/09 Thu | Rogoff, A 541031004/280 | 0.20 | 0.10 | 79.50 | 0.10 0.10 | 1 2 | ATTN TO INSURANCE ISSUES (0.1); ATTN TO REALM AND ENCORE. (.1). |
| 11/16/09 Mon | Rogoff, A 541031004/234 | 0.40 | 0.40 | 318.00 | | 1 2 | ATTN TO INSURANCE ISSUES; EMAILS A. PHILLIPS, A. REZNICK AND D. BERZ RE: SAME (.4); |
| 11/17/09 Tue | Rogoff, A 541031004/235 | 0.60 | 0.60 | 477.00 | | 1 | ATTN TO INSURANCE ISSUES: EMAILS A. REZNICK, BERZ AND A. PHILLIPS REGARDING SAME (.6) |
| 11/18/09 Wed | Rogoff, A 541031004/245 | 0.30 | 0.30 | 238.50 | | 1 | ATTN TO INSURANCE ISSUES (.3). |
| 11/23/09 Mon | Rogoff, A 541031004/255 | 0.20 | 0.20 | 159.00 | | 1 | ATTN TO INSURANCE ISSUES AND CALL A. REZNICK RE: SAME. |
| 11/30/09 Mon | Rogoff, A 541031004/262 | 0.10 | 0.10 | 79.50 | | 1 | ATTN TO INSURANCE ISSUES. |
| 12/04/09 Fri | Rogoff, A 541031004/277 | 0.20 | 0.20 | 170.00 | | 1 | ATTN TO INSURANCE ISSUES. |
| 12/07/09 Mon | Rogoff, A 541031004/276 | 0.10 | 0.10 | 85.00 | | 1 | ATTN TO INSURANCE ISSUES AND CALLS A. REZNICK. |
| 12/08/09 Tue | Rogoff, A 541031004/279 | 0.10 | 0.10 | 85.00 | | 1 | ATTN TO INSURANCE ISSUES AND CALLS A. REZNICK. |
| 12/09/09 Wed | Rogoff, A 541031004/278 | 0.50 | 0.50 | 425.00 | | 1 | ATTN TO INSURANCE ISSUES AND CALLS A. REZNICK. |
| 12/10/09 Thu | Rogoff, A 541031004/284 | 0.10 | 0.10 | 85.00 | | 1 | ATTN TO INSURANCE ISSUES AND CALLS A. REZNICK. |
| 12/11/09 Fri | Rogoff, A 541031004/285 | 0.10 | 0.10 | 85.00 | | 1 | ATTN TO INSURANCE ISSUES AND CALLS A. REZNICK. |

~ See the last page of exhibit for explanation

EXHIBIT E
ROGOFF'S REPETITIVE TASK DESCRIPTIONS

Kramer Levin Naftalis & Frankel

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| MATTER NAME: Insurance And Other Business Operations | | | | | | | |
| | Number of Entries: 17 | | 3.97 | 3,214.00 | | | |
| | | | | | | | |
| MATTER NAME: Plan & Disclosure Statement | | | | | | | |
| 10/01/09 Thu | Rogoff, A 541031027/1265 | 0.70 | 0.70 | 556.50 | | 1 | ATTENTION TO PLAN STRUCTURE ISSUES. |
| 10/02/09 Fri | Rogoff, A 541031027/1264 | 0.20 | 0.20 | 159.00 | | 1 | ATTENTION TO PLAN STRUCTURE ISSUES. |
| 10/05/09 Mon | Rogoff, A 541031027/1266 | 0.70 | 0.70 | 556.50 | | 1 | ATTENTION TO PLAN STRUCTURE ISSUES. |
| 10/06/09 Tue | Rogoff, A 541031027/1279 | 0.70 | 0.70 | 556.50 | | 1 | ATTENTION TO PLAN STRUCTURE ISSUES. |
| 10/07/09 Wed | Rogoff, A 541031027/1274 | 1.10 | 1.10 | 874.50 | | 1 | ATTENTION TO PLAN STRUCTURE ISSUES. |
| 10/08/09 Thu | Rogoff, A 541031027/1275 | 0.50 | 0.50 | 397.50 | | 1 | ATTENTION TO PLAN STRUCTURE ISSUES. |
| 10/09/09 Fri | Rogoff, A 541031027/1283 | 0.90 | 0.90 | 715.50 | | 1 | ATTENTION TO PLAN STRUCTURE ISSUES. |
| 10/13/09 Tue | Rogoff, A 541031027/1290 | 1.10 | 1.10 | 874.50 | | 1 | ATTENTION TO PLAN STRUCTURE ISSUES. |
| 10/14/09 Wed | Rogoff, A 541031027/1342 | 1.70 | 0.85 | 675.75 | | 1 2 3 4 | ATTENTION TO PLAN STRUCTURE ISSUES. ATTENTION TO COMMITTEE CALL; CALLS FTI RE: SAME; CALLS A. CATON RE: SAME. |
| 10/15/09 Thu | Rogoff, A 541031027/1295 | 0.60 | 0.60 | 477.00 | | 1 | ATTENTION TO PLAN STRUCTURE ISSUES. |
| 10/19/09 Mon | Rogoff, A 541031027/1296 | 0.50 | 0.50 | 397.50 | | 1 | ATTENTION TO PLAN STRUCTURE ISSUES. |
| 10/21/09 Wed | Rogoff, A 541031027/1300 | 0.20 | 0.20 | 159.00 | | 1 | ATTENTION TO PLAN STRUCTURE ISSUES. |
| 10/29/09 Thu | Rogoff, A 541031027/1312 | 0.20 | 0.20 | 159.00 | | 1 | ATTENTION TO PLAN ISSUES. |
| 11/02/09 Mon | Rogoff, A 541031027/1322 | 0.20 | 0.20 | 159.00 | | 1 | ATTN TO PLAN ISSUES. |
| 11/03/09 Tue | Rogoff, A 541031027/1321 | 0.10 | 0.10 | 79.50 | | 1 | ATTN TO PLAN ISSUES. |

~ See the last page of exhibit for explanation

EXHIBIT E
ROGOFF'S REPETITIVE TASK DESCRIPTIONS

Kramer Levin Naftalis & Frankel

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | DESCRIPTION |
|---|---|---|---|---|---|---|
| MATTER NAME: Plan & Disclosure Statement | | | | | | |
| 11/04/09 Wed | Rogoff, A 54103102711320 | 0.10 | 0.10 | 79.50 | 1 | ATTN TO PLAN ISSUES. |
| 11/06/09 Fri | Rogoff, A 54103102711323 | 0.30 | 0.30 | 238.50 | 1 | ATTN TO PLAN ISSUES. |
| 11/09/09 Mon | Rogoff, A 54103102711324 | 0.10 | 0.10 | 79.50 | 1 | ATTN TO PLAN STRUCTURE ISSUES. |
| | Number of Entries: 18 | | 9.05 | 7,194.75 | | |
| | Total: Number of Entries: 160 | | 62.52 | $50,316.75 | | |

~ See the last page of exhibit for explanation

EXHIBIT E PAGE 14 of 15

ROGOFF'S REPETITIVE TASK DESCRIPTIONS

Kramer Levin Naftalis & Frankel

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Rogoff, A | 62.52 | 50,316.75 |
|  | 62.52 | $50,316.75 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Case Administration | 36.50 | 29,562.00 |
| Creditor Communications | 9.00 | 7,166.00 |
| Environmental Issues | 4.00 | 3,180.00 |
| Insurance And Other Business Operations | 3.97 | 3,214.00 |
| Plan & Disclosure Statement | 9.05 | 7,194.75 |
|  | 62.52 | $50,316.75 |

(~) REASONS FOR TASK HOUR ASSIGNMENTS

F    FINAL BILL