# EXHIBIT F

(Vague Communications)

EXHIBIT F

## VAGUE COMMUNICATIONS

Kramer Levin Naftalis & Frankel

| TIMEKEEPER NAME | INITIALS | HOURS | RATE | FEES |
|---|---|---|---|---|
| Arrighi, F | FARR | 0.20 | $475.00 | 95.00 |
| Caton, A | ACAT | 0.70 | $680.00 | 476.00 |
| Chaikin, R | RBCH | 1.00 | $260.00 | 260.00 |
| Fein, M | MFEI | 0.20 | $690.00 | 138.00 |
| Finger, T | TFIN | 0.10 | $660.00 | 66.00 |
| Fisher, D | DJFI | 0.15 | $835.00 | 125.25 |
| Folb, K | KFOL | 7.10 | $650.00 | 4,615.00 |
|  |  | 2.10 | $680.00 | 1,428.00 |
| Godman, J | JPGO | 0.20 | $710.00 | 142.00 |
| Herzog, B | BHER | 1.20 | $750.00 | 900.00 |
| Krouner, S | SKRO | 1.20 | $715.00 | 858.00 |
| Macksoud, L | LMMA | 0.20 | $600.00 | 120.00 |
|  |  | 0.70 | $630.00 | 441.00 |
| Plotko, G | GGPL | 1.50 | $665.00 | 997.50 |
| Reznick, A | AERE | 1.80 | $775.00 | 1,395.00 |
|  |  | 0.60 | $795.00 | 477.00 |
| Rogoff, A | ACRO | 3.90 | $795.00 | 3,100.50 |
|  |  | 1.50 | $850.00 | 1,275.00 |
| Rosensaft, J | JROS | 1.40 | $600.00 | 840.00 |
|  |  | 0.10 | $630.00 | 63.00 |
| Ruggiu, C | CRUG | 2.40 | $260.00 | 624.00 |
| Schmidt, R | RTSC | 0.25 | $735.00 | 183.75 |
| Sharret, J | JSHA | 4.77 | $485.00 | 2,311.83 |
|  |  | 0.90 | $505.00 | 454.50 |
| Warren, C | CSWA | 2.10 | $735.00 | 1,543.50 |
|  |  | 0.40 | $770.00 | 308.00 |
|  |  | 36.67 |  | $23,237.83 |

EXHIBIT F

VAGUE COMMUNICATIONS

Kramer Levin Naftalis & Frankel

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Automatic Stay Matters/Relief | 0.80 | 543.00 |
| Case Administration | 1.27 | 614.33 |
| Claims Administration & Objections | 2.75 | 1,602.25 |
| Committee Meetings/Communications | 1.00 | 524.00 |
| Dip Financing/Cash Collateral | 0.15 | 125.25 |
| Employee Benefits/Labor Issues | 0.60 | 178.50 |
| Environmental Issues | 10.70 | 7,203.00 |
| Executory Contracts/Leases | 3.00 | 2,385.00 |
| Fee Application/Monthly Invoices | 0.85 | 362.25 |
| Hearings | 0.10 | 48.50 |
| Insurance And Other Business Operations | 3.50 | 2,631.00 |
| International Issues | 3.30 | 1,058.50 |
| Other Asset Sales And Analysis | 1.60 | 1,086.00 |
| Plan & Disclosure Statement | 4.10 | 2,580.00 |
| Tax Issues | 1.20 | 900.00 |
| Tort/Asbestos Issues | 0.25 | 121.25 |
| Wind-Down Issues | 1.50 | 1,275.00 |
| | 36.67 | $23,237.83 |

EXHIBIT F

VAGUE COMMUNICATIONS

Kramer Levin Naftalis & Frankel

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| FARR<br>Arrighi, F | $475.00 | 10/23/09 | Fri | 0.10 | 0.10 | 47.50 | | 1 | MATTER NAME: International Issues<br>BRIEF MEETING WITH J. STEVENSON. |
| | $475.00 | 11/06/09 | Fri | 0.50 | 0.10 | 47.50 | 0.40<br>0.10 | 1<br>2 | MATTER NAME: International Issues<br>REVIEW OF THE SOCIAL ASPECTS OF THE MEMO (.4);<br>PHONE CONVERSATION WITH J. SHARRET (.1). |
| | NUMBER OF ENTRIES: | | 2 | | 0.20 | 95.00 | | | |
| ACAT<br>Caton, A | $680.00 | 10/09/09 | Fri | 0.50 | 0.20 | 136.00 | 0.30 F<br>0.20 F | 1<br>2 | MATTER NAME: Committee Meetings/Communications<br>TELEPHONE CONFERENCE WITH M. WILLIAMS RE MEETING W WEIL, FEE EXAMINER (.3),<br>REVIEW EMAILS RE SAME (.2). |
| | $680.00 | 11/16/09 | Mon | 0.70 | 0.10 | 68.00 | 0.30<br>0.30<br>0.10 | 1<br>2<br>3 | MATTER NAME: Claims Administration & Objections<br>REVIEW REVISED PLEADING (.3);<br>DISCUSS SAME W ROGOFF (.3);<br>EMAILS RE HEARING (.1). |
| | $680.00 | 11/19/09 | Thu | 0.70 | 0.40 | 272.00 | 0.40<br>0.20<br>0.10 | 1<br>2<br>3 | MATTER NAME: Claims Administration & Objections<br>REVIEW EMAILS RE GM NOVA SCOTIA MOTION SETTLEMENT (.4);<br>TELEPHONE CONFERENCE S. KAROTKIN RE SAME (.2);<br>OFFICE CONFERENCE J. SHARRET RE SAME (.1).` |
| | NUMBER OF ENTRIES: | | 3 | | 0.70 | 476.00 | | | |
| RBCH<br>Chaikin, R | $260.00 | 10/08/09 | Thu | 1.70 | 0.50 | 130.00 | 0.50<br>1.20 | 1<br>2 | MATTER NAME: Employee Benefits/Labor Issues<br>MEETING W/ J.SHARRET (.5);<br>ASSEMBLE, REVIEW AND HIGHLIGHT PERTINENT CLAUSES IN MEMORANDA OF UNDERSTANDING/ TERM SHEETS FOR GUARANTEES OF UNION BENEFITS (1.2). |
| | $260.00 | 11/23/09 | Mon | 2.60 | 0.50 | 130.00 | 0.50<br>0.60<br>1.50 | 1<br>2<br>3 | MATTER NAME: Fee Application/Monthly Invoices<br>CONFERENCE W/ J. SHARRET (.5);<br>ENTER ATTORNEY EDITS (.6);<br>REVIEW TIME DETAIL (1.5). |
| | NUMBER OF ENTRIES: | | 2 | | 1.00 | 260.00 | | | |

MFEI

~ See the last page of exhibit for explanation

EXHIBIT F

VAGUE COMMUNICATIONS

Kramer Levin Naftalis & Frankel

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| MFEI<br>Fein, M | $690.00 | 11/24/09 | Tue | 1.50 | 0.20 | 138.00 | | *MATTER NAME: Other Asset Sales And Analysis* |
| | | | | | | | 1.30 | 1 REVISE FISKER CONTRACT COMMENTS (1.3); |
| | | | | | | | 0.20 | 2 TCS AND EMAIL W J. SHARRET (.2). |
| | NUMBER OF ENTRIES: | | 1 | | 0.20 | 138.00 | | |
| TFIN<br>Finger, T | $660.00 | 10/01/09 | Thu | 0.10 | 0.10 | 66.00 | | *MATTER NAME: Environmental Issues*<br>1 CALL WITH K. FOLB RE: STATUS. |
| | NUMBER OF ENTRIES: | | 1 | | 0.10 | 66.00 | | |
| DJFI<br>Fisher, D | $835.00 | 01/10/10 | Sun | 0.30 | 0.15 | 125.25 | | *MATTER NAME: Dip Financing/Cash Collateral*<br>1 REVIEW ANALYSIS;<br>2 COMMUNICATIONS TO A. CATON. |
| | NUMBER OF ENTRIES: | | 1 | | 0.15 | 125.25 | | |
| KFOL<br>Folb, K | $650.00 | 10/14/09 | Wed | 4.60 | 0.70 | 455.00 | | *MATTER NAME: Environmental Issues* |
| | | | | | | | 1.00 | 1 REVIEW DOCUMENTS (1.0); |
| | | | | | | | 0.80 | 2 CONFERENCE CALL WITH DEBTORS (.8); |
| | | | | | | | 2.10 | 3 REVIEW DRAFT REPORT TO COMMITTEE (2.1); |
| | | | | | | | 0.70 | 4 CALL WITH HANSEN AT FTI (.7). |
| | $650.00 | 10/22/09 | Thu | 0.30 | 0.30 | 195.00 | | *MATTER NAME: Environmental Issues*<br>1 CONFERENCE CALL RE: TRAINING ON NEW WEBSITE. |
| | $650.00 | 10/29/09 | Thu | 1.30 | 0.30 | 195.00 | | *MATTER NAME: Environmental Issues* |
| | | | | | | | 0.30 | 1 CONFERENCE WITH C. DAGGAN (.3); |
| | | | | | | | 0.70 | 2 ATTENTION TO NEW DOCS ON IDEA (.7); |
| | | | | | | | 0.30 | 3 CONFERENCE CALL WITH DEBTOR (.3). |
| | $650.00 | 11/11/09 | Wed | 1.20 | 1.20 | 780.00 | | *MATTER NAME: Environmental Issues*<br>1 CONFERENCE CALL RE ENVIRONMENTAL ISSUES. |
| | $650.00 | 11/18/09 | Wed | 1.50 | 0.80 | 520.00 | | *MATTER NAME: Environmental Issues* |
| | | | | | | | 0.20 | 1 ATTENTION TO DE ESTIMATES (.2); |
| | | | | | | | 0.50 | 2 REVIEW REPORT RE: ENV. COST REFINEMENT EFFORTS (.5); |
| | | | | | | | 0.80 | 3 CONF CALL WITH MLC (.8). |

~ See the last page of exhibit for explanation

# EXHIBIT F
## VAGUE COMMUNICATIONS
### Kramer Levin Naftalis & Frankel

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| KFOL<br>Folb, K | $650.00 | 11/19/09 | Thu | 1.20 | 0.20 | 130.00 | | *MATTER NAME: Other Asset Sales And Analysis* | |
| | | | | | | | 0.60 | 1 REVIEW DE AGREEMENT (.6); | |
| | | | | | | | 0.20 | 2 CONF WITH C. WARREN (.2); | |
| | | | | | | | 0.40 | 3 COMMENTS ON AGREEMENT (.4). | |
| | $650.00 | 11/23/09 | Mon | 1.00 | 0.40 | 260.00 | | *MATTER NAME: Other Asset Sales And Analysis* | |
| | | | | | | | 0.10 | 1 CALL WITH J. SHARRET (.1); | |
| | | | | | | | 0.20 | 2 EMAIL RE: COMMENTS TO DE AGREEMENT (.2); | |
| | | | | | | | 0.60 | 3 REVIEW FTI REPORT (.6); | |
| | | | | | | | 0.10 | 4 EMAIL TO J. SHARRET (.1). | |
| | $650.00 | 11/24/09 | Tue | 2.50 | 0.20 | 130.00 | | *MATTER NAME: Environmental Issues* | |
| | | | | | | | 1.30 | 1 REVIEW C. DAGGAN MEMO (1.3); | |
| | | | | | | | 0.20 | 2 CONF WITH C. DAGGAN (.2); | |
| | | | | | | | 1.00 | 3 UPDATE SUMMARY CHART (1). | |
| | $650.00 | 11/25/09 | Wed | 3.20 | 0.80 | 520.00 | | *MATTER NAME: Environmental Issues* | |
| | | | | | | | 1.40 | 1 REVIEW NYS NOTICE OF CLAIM (1.4); | |
| | | | | | | | 1.00 | 2 UPDATE SUMMARY CHART (1.0); | |
| | | | | | | | 0.80 | 3 CONF CALL WITH MLC (.8). | |
| | $650.00 | 12/03/09 | Thu | 2.00 | 0.20 | 130.00 | | *MATTER NAME: Environmental Issues* | |
| | | | | | | | 0.80 | 1 REVIEW C. DAGGAN'S MEMO (.8); | |
| | | | | | | | 0.20 | 2 CONF WITH C. DAGGAN (.2); | |
| | | | | | | | 1.00 | 3 UPDATE SUMMARY MEMO (1). | |
| | $650.00 | 12/10/09 | Thu | 0.80 | 0.80 | 520.00 | | *MATTER NAME: Environmental Issues* | |
| | | | | | | | | 1 CONF CALL RE ENVIRONMENTAL ISSUES. | |
| | $650.00 | 12/16/09 | Wed | 0.80 | 0.70 | 455.00 | | *MATTER NAME: Environmental Issues* | |
| | | | | | | | 0.70 | 1 CONF CALL (.7); | |
| | | | | | | | 0.10 | 2 ATTENTION TO C. DAGGAN MEMO (.1). | |
| | $650.00 | 12/22/09 | Tue | 0.20 | 0.20 | 130.00 | | *MATTER NAME: Environmental Issues* | |
| | | | | | | | | 1 CONF WITH C. DAGGAN | |
| | $650.00 | 12/23/09 | Wed | 0.30 | 0.30 | 195.00 | | *MATTER NAME: Environmental Issues* | |
| | | | | | | | | 1 CONF WITH C. DAGGAN; | |
| | | | | | | | | 2 EMAILS WITH P. HANSEN | |

~ See the last page of exhibit for explanation

EXHIBIT F

VAGUE COMMUNICATIONS

Kramer Levin Naftalis & Frankel

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| KFOL Folb, K | $680.00 | 01/05/10 | Tue | 0.50 | 0.40 | 272.00 | | *MATTER NAME: Environmental Issues* |
| | | | | | | | 0.40 | 1 CONF. WITH C. WARREN (.4); |
| | | | | | | | 0.10 | 2 EMAIL FROM D. BERZ RE: SUPERFUND SITES (.1). |
| | $680.00 | 01/13/10 | Wed | 1.70 | 1.00 | 680.00 | | *MATTER NAME: Environmental Issues* |
| | | | | | | | 0.50 | 1 REVIEW STAY STIPULATION (.5); |
| | | | | | | | 1.00 | 2 CONF CALL W. WEIL AND ALIX (1.0); |
| | | | | | | | 0.20 | 3 REVIEW STAY-LIST OF SITES (.2). |
| | $680.00 | 01/14/10 | Thu | 1.00 | 0.60 | 408.00 | | *MATTER NAME: Environmental Issues* |
| | | | | | | | 0.40 | 1 REVIEW CHART RE: SITES AND STIPULATION TO LIFT STAY (.4); |
| | | | | | | | 0.30 | 2 CONF WITH C. DAGGAN (.3); |
| | | | | | | | 0.10 | 3 PHONE CONF, EMAIL WITH BENFIELD (.1); |
| | | | | | | | 0.20 | 4 PHONE CONF. WITH GOSLIN, BENFIELD (.2). |
| | $680.00 | 01/27/10 | Wed | 0.90 | 0.10 | 68.00 | | *MATTER NAME: Environmental Issues* |
| | | | | | | | 0.40 | 1 ATTENTION TO TERM SHEET (.4); |
| | | | | | | | 0.40 | 2 REVIEW REVISED WESTCHESTER STIP (.4); |
| | | | | | | | 0.10 | 3 CONF WITH C. WARREN (.1). |
| | NUMBER OF ENTRIES: | | 18 | | 9.20 | 6,043.00 | | |
| JPGO Godman, J | $710.00 | 12/15/09 | Tue | 0.20 | 0.20 | 142.00 | | *MATTER NAME: Other Asset Sales And Analysis* 1 TELECONFS/EMAILS W/ K. KOPELMAN, M. FEIN. |
| | NUMBER OF ENTRIES: | | 1 | | 0.20 | 142.00 | | |
| BHER Herzog, B | $750.00 | 10/09/09 | Fri | 2.60 | 1.20 | 900.00 | | *MATTER NAME: Tax Issues* |
| | | | | | | | 1.20 | 1 MEETING TO DISC PLAN STRUCTURE (1.2); |
| | | | | | | | 0.90 | 2 DISC. W/S. GOLDRING RE: SAME (.9); |
| | | | | | | | 0.50 | 3 RELATED ANALYSIS (.5). |
| | NUMBER OF ENTRIES: | | 1 | | 1.20 | 900.00 | | |
| SKRO Krouner, S | $715.00 | 10/01/09 | Thu | 1.20 | 1.20 | 858.00 | | *MATTER NAME: Plan & Disclosure Statement* 1 DISCUSSION REGARDING NO ACTION LETTER AND POTENTIAL STRUCTURE. |

~ See the last page of exhibit for explanation

EXHIBIT F
VAGUE COMMUNICATIONS
Kramer Levin Naftalis & Frankel

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| SKRO<br>Krouner, S | | NUMBER OF ENTRIES: | 1 | | 1.20 | 858.00 | | | |
| LMMA<br>Macksoud, L | $600.00 | 11/18/09 | Wed | 0.80 | 0.20 | 120.00 | 0.60<br>0.20 | 1<br>2 | MATTER NAME: Claims Administration & Objections<br>DRAFTING EMAIL TO COMMITTEE REGARDING STATUS OF AURELIUS' MOTION (.6);<br>CONFERRING INTERNALLY REGARDING SAME (.2). |
| | $630.00 | 01/05/10 | Tue | 1.40 | 0.10 | 63.00 | 1.10 F<br>0.10 F<br>0.20 F | 1<br>2<br>3 | MATTER NAME: Insurance And Other Business Operations<br>CALL WITH TORT COMMITTEE MEMBERS REGARDING ASBESTOS INSURANCE (1.1),<br>DRAFT FOLLOW-UP EMAIL (.1),<br>CONFER WITH COMMITTEE MEMBER REGARDING SAME (.2). |
| | $630.00 | 01/11/10 | Mon | 1.30 | 0.60 | 378.00 | 0.60 F<br>0.70 F | 1<br>2 | MATTER NAME: Insurance And Other Business Operations<br>CONFERENCE CALL REGARDING ASBESTOS INSURANCE (.6).<br>CONFERRING WITH A. REZNICK REGARDING RELEASE OF CONFIDENTIAL INFORMATION TO TORT CLAIMANTS (.7). |
| | | NUMBER OF ENTRIES: | 3 | | 0.90 | 561.00 | | | |
| GGPL<br>Plotko, G | $665.00 | 10/09/09 | Fri | 1.10 | 0.70 | 465.50 | 0.70<br>0.20<br>0.20 | 1<br>2<br>3 | MATTER NAME: Plan & Disclosure Statement<br>MEETING RE PLAN PROVISIONS AND STRUCTURES (.7);<br>PREPARE FOR MEETING WITH WEIL RE OPEN PLAN ISSUES (.2);<br>FOLLOW-UP DISCUSSIONS WITH J. SHARRET (.2). |
| | $665.00 | 10/15/09 | Thu | 1.00 | 0.80 | 532.00 | 0.80<br>0.20 | 1<br>2 | MATTER NAME: Claims Administration & Objections<br>ATTEND AND PARTICIPATE IN CONFERENCE CALL RE PRODUCT LIABILITY CLAIM (.8);<br>FOLLOW-UP DISCUSSIONS WITH JUAN S (.2). |
| | | NUMBER OF ENTRIES: | 2 | | 1.50 | 997.50 | | | |
| AERE<br>Reznick, A | | | | | | | | | |

~ See the last page of exhibit for explanation

EXHIBIT F

VAGUE COMMUNICATIONS

Kramer Levin Naftalis & Frankel

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| AERE<br>Reznick, A | $775.00 | 11/18/09 | Wed | 3.60 | 0.70 | 542.50 | | | MATTER NAME: Insurance And Other Business Operations |
| | | | | | | | 0.40 | 1 | REVIEW SUMMARY OF POLICIES (.4); |
| | | | | | | | 0.40 | 2 | REVIEW DRAFT ASSIGNMENT AND ASSUMPTION AGREEMENT (.4); |
| | | | | | | | 0.50 | 3 | REVIEW COVERAGE CHART (.5); |
| | | | | | | | 0.20 | 4 | REVIEW D. BERZ EMAILS (.2); |
| | | | | | | | 0.20 | 5 | CONFERENCE W/ J. ERREA (.2); |
| | | | | | | | 0.60 | 6 | REVIEW ROYAL GL AND PROP POLICY (.6); |
| | | | | | | | 0.30 | 7 | MEETING M. FULLER AND J. ERREA (.3); |
| | | | | | | | 0.90 | 8 | CONFERENCE CALL D. BERZ, J. ERREA, M. FULLER RE ROYAL SETTLEMENT (.9); |
| | | | | | | | 0.10 | 9 | TC W/ A. ROGOFF AND VOICEMAIL TO A. ROGOFF RE ROYAL SETTLEMENT (.1). |
| | $775.00 | 11/23/09 | Mon | 2.80 | 0.80 | 620.00 | | | MATTER NAME: Insurance And Other Business Operations |
| | | | | | | | 1.00 F | 1 | CONFERENCES J. ERREA AND M. FULLER. "FOLLOW FORM" AND MEANING OF "OCCURRENCE" (1.0); |
| | | | | | | | 0.40 F | 2 | CONF D. BERZ (.4); |
| | | | | | | | 0.40 A | 3 | CONFERENCE W/ A. ROGOFF; |
| | | | | | | | 0.60 F | 4 | REVIEW ROYAL SETTLEMENT AND RELEASE (.6); |
| | | | | | | | 0.40 F | 5 | CONFERENCE J. ERREA RE EXCLUDED ASSETS (.4). |
| | $775.00 | 12/04/09 | Fri | 2.30 | 0.30 | 232.50 | | | MATTER NAME: Insurance And Other Business Operations |
| | | | | | | | 1.60 F | 1 | REVIEW POLICIES AND INSURANCE SETTLEMENT (1.6); |
| | | | | | | | 0.20 A | 2 | REVIEW COVERAGE MAP, |
| | | | | | | | 0.20 A | 3 | REVIEW RESEARCH RE: "ALL SUMS" AND "PRO RATA" (.4); |
| | | | | | | | 0.30 F | 4 | CONF M. FULLER (.3). |
| | $795.00 | 01/21/10 | Thu | 0.40 | 0.40 | 318.00 | | | MATTER NAME: Insurance And Other Business Operations |
| | | | | | | | | 1 | T/C L. MACKSOUD, |
| | | | | | | | | 2 | T/C T. SWETT. |
| | $795.00 | 01/22/10 | Fri | 2.30 | 0.20 | 159.00 | | | MATTER NAME: Insurance And Other Business Operations |
| | | | | | | | 0.30 | 1 | CALL WITH T. SWETT REGARDING CONVERSATION WITH S. GILBERT (.3); |
| | | | | | | | 0.10 | 2 | V/M K. HENRY (.1); |
| | | | | | | | 0.10 | 3 | T/C L. MACKSOUD (.1); |
| | | | | | | | 1.80 | 4 | DRAFT MEMO TO L. MACKSOUD AND T. MAYER (1.8). |
| | | NUMBER OF ENTRIES: | | 5 | 2.40 | 1,872.00 | | | |

ACRO
Rogoff, A

~ See the last page of exhibit for explanation

EXHIBIT F

VAGUE COMMUNICATIONS

Kramer Levin Naftalis & Frankel

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| ACRO<br>Rogoff, A | $795.00 | 10/01/09 | Thu | 2.70 | 0.80 | 636.00 | | *MATTER NAME: Executory Contracts/Leases* |
| | | | | | | | 0.70 | 1 ATTENTION TO ASSET SALE AND EXECUTORY CONTRACT ISSUES (.7); |
| | | | | | | | 1.20 | 2 EMAILS E. LEDERMAN, J. SMOLINSKY, HONIGMAN AND J. SHARRET RE: SAME (1.2); |
| | | | | | | | 0.80 | 3 MULTIPLE CALLS RE: SAME (.8). |
| | $795.00 | 10/05/09 | Mon | 3.10 | 0.60 | 477.00 | | *MATTER NAME: Executory Contracts/Leases* |
| | | | | | | | 1.40 | 1 ATTENTION TO ASSET SALE AND EXECUTORY CONTRACT ISSUES (1.4); |
| | | | | | | | 0.20 | 2 EMAILS R. BERKOVITCH AND J. SHARRET RE: SAME (.2); |
| | | | | | | | 0.90 | 3 ATTN BILL HEARD ISSUES (.9); |
| | | | | | | | 0.60 | 4 MULTIPLE CALLS RE: SAME (.6). |
| | $795.00 | 10/06/09 | Tue | 2.20 | 0.40 | 318.00 | | *MATTER NAME: Executory Contracts/Leases* |
| | | | | | | | 1.30 | 1 ATTENTION TO ASSET SALE AND EXECUTORY CONTRACT ISSUES (1.3); |
| | | | | | | | 0.50 | 2 EMAILS E. LEDERMAN, J. SMOLINSKY, HONIGMAN AND J. SHARRET RE: SAME (.5); |
| | | | | | | | 0.40 | 3 MULTIPLE CALLS RE: SAME (.4). |
| | $795.00 | 10/07/09 | Wed | 2.60 | 0.60 | 477.00 | | *MATTER NAME: Executory Contracts/Leases* |
| | | | | | | | 1.50 | 1 ATTENTION TO ASSET SALE AND EXECUTORY CONTRACT ISSUES (1.5); |
| | | | | | | | 0.50 | 2 EMAILS E. LEDERMAN, J. SMOLINSKY, HONIGMAN AND J. SHARRET RE: SAME (.5); |
| | | | | | | | 0.60 | 3 MULTIPLE CALLS RE: SAME (.6). |
| | $795.00 | 10/08/09 | Thu | 2.40 | 0.60 | 477.00 | | *MATTER NAME: Executory Contracts/Leases* |
| | | | | | | | 1.20 | 1 ATTENTION TO ASSET SALE AND EXECUTORY CONTRACT ISSUES (1.2); |
| | | | | | | | 0.60 | 2 EMAILS E. LEDERMAN, J. SMOLINSKY, HONIGMAN AND J. SHARRET RE: SAME (.6); |
| | | | | | | | 0.60 | 3 MULTIPLE CALLS RE: SAME (.6). |
| | $795.00 | 10/09/09 | Fri | 2.10 | 0.30 | 238.50 | | *MATTER NAME: Automatic Stay Matters/Relief* |
| | | | | | | | 1.40 | 1 ATTENTION TO ASSET SALE AND EXECUTORY CONTRACT ISSUES, INCLUDING BILL HEARD ISSUES (1.4); |
| | | | | | | | 0.40 | 2 EMAILS AND MEETINGS W/ J. SHARRET RE: SAME (.4); |
| | | | | | | | 0.30 | 3 MULTIPLE CALLS RE: SAME (.3). |
| | $795.00 | 10/13/09 | Tue | 1.40 | 0.20 | 159.00 | | *MATTER NAME: Automatic Stay Matters/Relief* |
| | | | | | | | 0.90 | 1 ATTENTION TO ASSET SALE AND EXECUTORY CONTRACT ISSUES, INCLUDING BILL HEARD ISSUES (.9); |
| | | | | | | | 0.30 | 2 EMAILS AND MEETINGS W/ J. SHARRET RE: SAME (.3); |
| | | | | | | | 0.20 | 3 MULTIPLE CALLS RE: SAME (.2). |

~ See the last page of exhibit for explanation

EXHIBIT F

VAGUE COMMUNICATIONS

Kramer Levin Naftalis & Frankel

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| ACRO<br>Rogoff, A | $795.00 | 11/03/09 | Tue | 0.60 | 0.10 | 79.50 | 0.20<br>0.30<br>0.10 | 1<br>2<br>3 | *MATTER NAME: Insurance And Other Business Operations*<br>EMAIL R. BERKOVICH RE: REAL ESTATE ISSUES (.2);<br>EMAILS L. MACKSOUD AND REAL ESTATE ASSOCIATES RE: SAME (.3);<br>REVIEW EMAILS RE: SAME (.1). |
| | $795.00 | 11/04/09 | Wed | 0.50 | 0.30 | 238.50 | <br><br>0.30<br> | 1<br>2<br>3<br>4 | *MATTER NAME: Insurance And Other Business Operations*<br>EMAIL R. BERKOVICH RE: REAL ESTATE ISSUES;<br>EMAILS L. MACKSOUD AND REAL ESTATE ASSOCIATES RE: SAME;<br>REVIEW EMAILS RE: SAME (.3);<br>ATTN TO INSURANCE ISSUES AND EMAILS BERZ REGARDING SAME. |
| | $850.00 | 12/09/09 | Wed | 1.50 | 1.50 | 1,275.00 | | 1 | *MATTER NAME: Wind-Down Issues*<br>INTERNAL MTGS RE CASE STATUS (1.5) |
| | NUMBER OF ENTRIES: | | 10 | | 5.40 | 4,375.50 | | | |
| JROS<br>Rosensaft, J | $600.00 | 10/05/09 | Mon | 3.80 | 0.60 | 360.00 | 1.10<br>0.60<br>0.40<br>1.30 F<br>0.40 F | 1<br>2<br>3<br>4<br>5 | *MATTER NAME: Plan & Disclosure Statement*<br>ATTENTION TO DISPUTED CLAIM RESERVE TRUST TERM SHEET AND RELATED SECURITIES LAW ISSUES (1.1);<br>CONFERENCE WITH T. MAYER (.6);<br>RELATED CALLS AND CORRESPONDENCE WITH A. DIENSTAG (.4);<br>ATTENTION TO INVESTMENT COMPANY ACT RESEARCH (1.3)<br>AND RELATED CALLS/CORRESPONDENCE WITH A. GROSSMAN (.4). |
| | $600.00 | 10/12/09 | Mon | 4.70 | 0.60 | 360.00 | 1.50<br>2.60<br>0.30<br>0.30 F | 1<br>2<br>3<br>4 | *MATTER NAME: Plan & Disclosure Statement*<br>ATTENTION TO TRUST TERM SHEET (1.5);<br>RELATED RESEARCH ON TRUST STRUCTURE (2.6);<br>CALLS/CORRESPONDENCE WITH MEMBERS OF INTERNAL WORKING GROUP INCLUDING A. DIENSTAG (.3),<br>G. PLOTKO AND J. SHARRET (.3). |
| | $600.00 | 12/15/09 | Tue | 0.50 | 0.20 | 120.00 | 0.20<br>0.30 | 1<br>2 | *MATTER NAME: Plan & Disclosure Statement*<br>CALL WITH J. SHARRET (.2);<br>ATTENTION TO REVISED TERM SHEET AND RELATED MATERIALS (.3). |
| | $630.00 | 01/06/10 | Wed | 0.10 | 0.10 | 63.00 | | 1 | *MATTER NAME: Plan & Disclosure Statement*<br>CORRESPONDENCE WITH J. SHARRET AND B. HERZOG. |
| | NUMBER OF ENTRIES: | | 4 | | 1.50 | 903.00 | | | |

~ See the last page of exhibit for explanation

EXHIBIT F

VAGUE COMMUNICATIONS

Kramer Levin Naftalis & Frankel

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | *MATTER NAME: International Issues* |
| CRUG | $260.00 | 10/27/09 | Tue | 5.50 | 2.00 | 520.00 | 3.00 | | 1 RESEARCH RE QUESTIONS CONCERNING GM STRASBOURG (3.0); |
| Ruggiu, C | | | | | | | 1.00 | | 2 CONFERENCE WITH J. STEVENSON (1.0); |
| | | | | | | | 1.00 | F | 3 ATTEND CONFERENCE CALL WITH J. STEVENSON AND NY OFFICE (1.0), |
| | | | | | | | 0.50 | F | 4 FOLLOW UP ORDER OF DOCS FROM STRASBOURG GREFFE (.5). |
| | | | | | | | | | *MATTER NAME: International Issues* |
| | $260.00 | 11/06/09 | Fri | 1.50 | 0.40 | 104.00 | 0.50 | F | 1 REVIEW MEMO RE: GM STRASBOURG AND SHAREHOLDER LIABILITY (.5), |
| | | | | | | | 0.40 | F | 2 CONFERENCE WITH J. STEVENSON (.4), |
| | | | | | | | 0.10 | F | 3 SEND DRAFT BY EMAIL TO A. CATON (.1); |
| | | | | | | | 0.50 | F | 4 DRAFT CHANGES TO MEMO (.5). |
| | NUMBER OF ENTRIES: | | | 2 | 2.40 | 624.00 | | | |
| | | | | | | | | | *MATTER NAME: Fee Application/Monthly Invoices* |
| RTSC | $735.00 | 10/07/09 | Wed | 0.50 | 0.25 | 183.75 | | | 1 ATTENTION TO FEE AUDITOR STIPULATION; |
| Schmidt, R | | | | | | | | | 2 OFFICE CONFERENCES WITH T. MAYER. |
| | NUMBER OF ENTRIES: | | | 1 | 0.25 | 183.75 | | | |
| | | | | | | | | | *MATTER NAME: Employee Benefits/Labor Issues* |
| JSHA | $485.00 | 10/04/09 | Sun | 0.60 | 0.10 | 48.50 | 0.50 | F | 1 REVIEW DRAFT 1114 MEMO (.5) |
| Sharret, J | | | | | | | 0.10 | F | 2 AND EMAILS RE: SAME (.1). |
| | | | | | | | | | *MATTER NAME: Automatic Stay Matters/Relief* |
| | $485.00 | 10/07/09 | Wed | 3.40 | 0.30 | 145.50 | 0.50 | | 1 TELEPHONE CONFERENCE WITH A. ROGOFF RE: BILL HEARD ISSUES (.5); |
| | | | | | | | 1.50 | | 2 LISTEN TO BILL HEARD CONFIRMATION HEARING (1.5); |
| | | | | | | | 0.30 | | 3 EMAIL RE: OUTCOME OF HEARING (.3); |
| | | | | | | | 1.10 | | 4 DRAFT MOTION TO ENFORCE AUTOMATIC STAY (1.1). |
| | | | | | | | | | *MATTER NAME: Case Administration* |
| | $485.00 | 10/09/09 | Fri | 0.90 | 0.90 | 436.50 | | | 1 INTERNAL MEETING RE: MEETING WITH DEBTORS AND NEXT STEPS. |
| | | | | | | | | | *MATTER NAME: International Issues* |
| | $485.00 | 10/27/09 | Tue | 1.40 | 0.70 | 339.50 | 0.70 | | 1 T/C WITH FRENCH COUNSEL RE: STRASBOURG (.7); |
| | | | | | | | 0.70 | | 2 DRAFT EMAIL SUMMARY RE: SAME (.7). |

~ See the last page of exhibit for explanation

EXHIBIT F

VAGUE COMMUNICATIONS

Kramer Levin Naftalis & Frankel

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| JSHA Sharret, J | $485.00 | 11/06/09 | Fri | 0.80 | 0.40 | 194.00 | 0.20 0.20 0.40 | | MATTER NAME: Claims Administration & Objections<br>1 TELEPHONE CONFERENCE WITH S. KAROTKIN RE: BAR DATE (.2);<br>2 TELEPHONE CONFERENCE WITH K. MARTORANA RE: ITALIAN BONDHOLDERS ISSUE RE: BAR DATE (.2);<br>3 EMAILS RE: SAME (.4). |
| | $485.00 | 11/15/09 | Sun | 0.60 | 0.10 | 48.50 | 0.50 0.10 | | MATTER NAME: Fee Application/Monthly Invoices<br>1 REVIEWING MARK-UP TO INTERIM FEE APPLICATION (.5);<br>2 EMAILS RE: SAME (.1). |
| | $485.00 | 11/19/09 | Thu | 3.10 | 0.20 | 97.00 | 0.50 0.20 0.40 0.80 1.00 0.20 | | MATTER NAME: Claims Administration & Objections<br>1 REVIEWING AURELIUS RESPONSE TO OBJECTIONS (.5);<br>2 TELEPHONE CONFERENCE WITH S. KAROTKIN RE: SAME (.2);<br>3 VARIOUS EMAILS TO KL TEAM RE: SAME (.4);<br>4 REVIEW AND SUMMARIZE DRAFT MOTION TO SUPPLEMENT THE BAR DATE AND EMAIL TO S. KAROTKIN RE: SAME (.8);<br>5 REVIEWING PURCHASE AGREEMENT FOR PACIFIC RIM PURCHASE AGREEMENT FOR MOBILE EQUIPMENT LEASE AS PART OF SETTLEMENT PROCEDURES (1);<br>6 DRAFTING EMAIL RE: SAME (.2). |
| | $485.00 | 11/25/09 | Wed | 0.20 | 0.07 | 32.33 | | | MATTER NAME: Case Administration<br>1 REVIEW LIST OF COMMITTEE MEMBERS AND DATE OF RESIGNATION;<br>2 CIRCULATE TO U.S. TRUSTEE;<br>3 ATTENTION TO EMAILS RE: MEETING WITH DEBTORS ON NEXT STEPS. |
| | $485.00 | 11/30/09 | Mon | 1.20 | 0.25 | 121.25 | 0.30 0.25 0.25 0.40 | F A A F | MATTER NAME: Tort/Asbestos Issues<br>1 REVIEW MOTION TO APPOINT ASBSTOS FUTURES REPRESENTATIVE (.3);<br>2 REVIEW COMPARISON CHART OF ASBESTOS FUTURE REPRESENTATIVES AND MEMORANDUM ON FUTURE ASBESTOS REPS;<br>3 EMAILS RE: SAME (.5);<br>4 RESEARCH RE: 524(G) (.4). |
| | $485.00 | 12/01/09 | Tue | 0.50 | 0.25 | 121.25 | | | MATTER NAME: Claims Administration & Objections<br>1 T/C WITH G. PLOTKO RE: BAR DATE ORDER;<br>2 REVIEW EMAILS RE: SUPPLEMENTAL BAR DATE MOTION |
| | $485.00 | 12/02/09 | Wed | 0.10 | 0.10 | 48.50 | | | MATTER NAME: Hearings<br>1 EMAILS RE: DECEMBER 3 HEARING |
| | $485.00 | 12/07/09 | Mon | 0.20 | 0.20 | 97.00 | | | MATTER NAME: Claims Administration & Objections<br>1 EMAILS RE: SUPPLEMENTAL BAR DATE ORDER |

~ See the last page of exhibit for explanation

EXHIBIT F

VAGUE COMMUNICATIONS

Kramer Levin Naftalis & Frankel

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| JSHA Sharret, J | $485.00 | 12/16/09 | Wed | 0.70 | 0.70 | 339.50 | | | MATTER NAME: Committee Meetings/Communications<br>1  VARIOUS EMAILS AND CALLS RE: RESCHEDULING GM COMMITTEE CALL |
| | $485.00 | 12/18/09 | Fri | 0.10 | 0.10 | 48.50 | | | MATTER NAME: Committee Meetings/Communications<br>1  EMAILS RE: PREP FOR COMMITTEE CALL |
| | $485.00 | 12/18/09 | Fri | 0.10 | 0.10 | 48.50 | | | MATTER NAME: Other Asset Sales And Analysis<br>1  FOLLOW-UP EMAIL RE: FISKER SALE |
| | $485.00 | 12/22/09 | Tue | 0.80 | 0.30 | 145.50 | 0.50<br>0.30 | | MATTER NAME: Case Administration<br>1  ATTENTION TO CASE ADMIN ISSUES: REVIEW CASE FILES AND ORGANIZE SAME (.5);<br>2  MEETING WITH R. CHAIKIN (.3). |
| | $505.00 | 01/13/10 | Wed | 0.20 | 0.20 | 101.00 | | | MATTER NAME: Claims Administration & Objections<br>1  EMAILS RE: ADR PROCEDURES |
| | $505.00 | 01/28/10 | Thu | 0.70 | 0.70 | 353.50 | | | MATTER NAME: Plan & Disclosure Statement<br>1  EMAILS RE: PLAN TERM SHEET, COMPILING MASTER ISSUES LIST. |
| | NUMBER OF ENTRIES: | | 18 | | 5.67 | 2,766.33 | | | |
| CSWA Warren, C | $735.00 | 10/09/09 | Fri | 0.80 | 0.80 | 588.00 | | | MATTER NAME: Environmental Issues<br>1  MEETING IN PREPARATION FOR WEIL MEETING. |
| | $735.00 | 10/26/09 | Mon | 0.80 | 0.20 | 147.00 | 0.60<br>0.20 | | MATTER NAME: Other Asset Sales And Analysis<br>1  TELEPHONE WEIL ON WILMINGTON SALE AND MERCURY SWITCHES (.6);<br>2  MESSAGES ON SAME (.2). |
| | $735.00 | 10/28/09 | Wed | 0.30 | 0.30 | 220.50 | | | MATTER NAME: Other Asset Sales And Analysis<br>1  CONFERENCE ON WILMINGTON SITE SALE. |
| | $735.00 | 11/06/09 | Fri | 0.80 | 0.80 | 588.00 | | | MATTER NAME: Environmental Issues<br>1  ENVIRONMENTAL CONFERENCE CALL. |
| | $770.00 | 01/05/10 | Tue | 1.30 | 0.40 | 308.00 | 0.60<br>0.40<br>0.30 | | MATTER NAME: Environmental Issues<br>1  REVIEW INFORMATION ON SUPERFUND SITES (.6);<br>2  CONFER ON SITES (.4);<br>3  TELEPHONE WEIL ON SITES (.3). |

~ See the last page of exhibit for explanation

## Exhibit F
### VAGUE COMMUNICATIONS
Kramer Levin Naftalis & Frankel

| TIMEKEEPER | RATE | DATE | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| | NUMBER OF ENTRIES: | | 5 | 2.50 | 1,851.50 | | |
| CSWA | | | | | | | |
| Warren, C | | | | | | | |
| | | | | | | | |
| Total | | | | 36.67 | $23,237.83 | | |
| Number of Entries: | 81 | | | | | | |

EXHIBIT F
VAGUE COMMUNICATIONS
Kramer Levin Naftalis & Frankel

| TIMEKEEPER NAME | INITIALS | HOURS | RATE | FEES |
|---|---|---|---|---|
| Arrighi, F | FARR | 0.20 | $475.00 | 95.00 |
| Caton, A | ACAT | 0.70 | $680.00 | 476.00 |
| Chaikin, R | RBCH | 1.00 | $260.00 | 260.00 |
| Fein, M | MFEI | 0.20 | $690.00 | 138.00 |
| Finger, T | TFIN | 0.10 | $660.00 | 66.00 |
| Fisher, D | DJFI | 0.15 | $835.00 | 125.25 |
| Folb, K | KFOL | 7.10 | $650.00 | 4,615.00 |
| | | 2.10 | $680.00 | 1,428.00 |
| Godman, J | JPGO | 0.20 | $710.00 | 142.00 |
| Herzog, B | BHER | 1.20 | $750.00 | 900.00 |
| Krouner, S | SKRO | 1.20 | $715.00 | 858.00 |
| Macksoud, L | LMMA | 0.20 | $600.00 | 120.00 |
| | | 0.70 | $630.00 | 441.00 |
| Plotko, G | GGPL | 1.50 | $665.00 | 997.50 |
| Reznick, A | AERE | 1.80 | $775.00 | 1,395.00 |
| | | 0.60 | $795.00 | 477.00 |
| Rogoff, A | ACRO | 3.90 | $795.00 | 3,100.50 |
| | | 1.50 | $850.00 | 1,275.00 |
| Rosensaft, J | JROS | 1.40 | $600.00 | 840.00 |
| | | 0.10 | $630.00 | 63.00 |
| Ruggiu, C | CRUG | 2.40 | $260.00 | 624.00 |
| Schmidt, R | RTSC | 0.25 | $735.00 | 183.75 |
| Sharret, J | JSHA | 4.77 | $485.00 | 2,311.83 |
| | | 0.90 | $505.00 | 454.50 |
| Warren, C | CSWA | 2.10 | $735.00 | 1,543.50 |
| | | 0.40 | $770.00 | 308.00 |
| | | 36.67 | | $23,237.83 |

EXHIBIT F

VAGUE COMMUNICATIONS

Kramer Levin Naftalis & Frankel

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Automatic Stay Matters/Relief | 0.80 | 543.00 |
| Case Administration | 1.27 | 614.33 |
| Claims Administration & Objections | 2.75 | 1,602.25 |
| Committee Meetings/Communications | 1.00 | 524.00 |
| Dip Financing/Cash Collateral | 0.15 | 125.25 |
| Employee Benefits/Labor Issues | 0.60 | 178.50 |
| Environmental Issues | 10.70 | 7,203.00 |
| Executory Contracts/Leases | 3.00 | 2,385.00 |
| Fee Application/Monthly Invoices | 0.85 | 362.25 |
| Hearings | 0.10 | 48.50 |
| Insurance And Other Business Operations | 3.50 | 2,631.00 |
| International Issues | 3.30 | 1,058.50 |
| Other Asset Sales And Analysis | 1.60 | 1,086.00 |
| Plan & Disclosure Statement | 4.10 | 2,580.00 |
| Tax Issues | 1.20 | 900.00 |
| Tort/Asbestos Issues | 0.25 | 121.25 |
| Wind-Down Issues | 1.50 | 1,275.00 |
|  | 36.67 | $23,237.83 |

(~) REASONS FOR TASK HOUR ASSIGNMENTS

A    Task Hours Allocated By Fee Auditor
F    FINAL BILL