# EXHIBIT G

## (Vague Tasks)

EXHIBIT G
VAGUE TASKS
Kramer Levin Naftalis & Frankel

| TIMEKEEPER NAME | INITIALS | HOURS | RATE | FEES |
|---|---|---|---|---|
| Caton, A | ACAT | 0.20 | $710.00 | 142.00 |
| Finger, T | TFIN | 1.20 | $660.00 | 792.00 |
| Folb, K | KFOL | 4.00 | $650.00 | 2,600.00 |
| | | 0.40 | $680.00 | 272.00 |
| Herzog, B | BHER | 0.80 | $750.00 | 600.00 |
| Macksoud, L | LMMA | 0.60 | $630.00 | 378.00 |
| Plotko, G | GGPL | 6.55 | $665.00 | 4,355.75 |
| Rogoff, A | ACRO | 67.67 | $795.00 | 53,795.00 |
| | | 5.60 | $850.00 | 4,760.00 |
| Schmidt, R | RTSC | 0.15 | $735.00 | 110.25 |
| Sharret, J | JSHA | 3.70 | $485.00 | 1,794.50 |
| | | 0.20 | $505.00 | 101.00 |
| Webber, A | AWEB | 1.00 | $485.00 | 485.00 |
| | | 92.07 | | $70,185.50 |

EXHIBIT G

VAGUE TASKS

Kramer Levin Naftalis & Frankel

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Appellate Issues | 0.10 | 79.50 |
| Automatic Stay Matters/Relief | 14.60 | 11,271.00 |
| Case Administration | 0.30 | 145.50 |
| Claims Administration & Objections | 6.75 | 4,742.25 |
| Committee Meetings/Communications | 0.30 | 199.50 |
| Creditor Communications | 0.10 | 50.50 |
| Employee Benefits/Labor Issues | 0.20 | 133.00 |
| Environmental Issues | 6.40 | 4,300.00 |
| Executory Contracts/Leases | 15.30 | 12,180.00 |
| Fee Application/Monthly Invoices | 2.70 | 1,681.00 |
| Hearings | 0.50 | 366.50 |
| Insurance And Other Business Operations | 1.60 | 1,155.00 |
| International Issues | 2.67 | 1,810.00 |
| Meetings With Debtors/Other Major Constituents | 0.90 | 650.50 |
| Motions | 0.90 | 715.50 |
| Other Asset Sales And Analysis | 0.20 | 97.00 |
| Plan & Disclosure Statement | 1.80 | 1,431.00 |
| Retention Of Professionals | 0.30 | 238.50 |
| Tort/Asbestos Issues | 1.70 | 1,076.50 |
| Wind-Down Issues | 34.75 | 27,862.75 |
|  | 92.07 | $70,185.50 |

EXHIBIT G

VAGUE TASKS

Kramer Levin Naftalis & Frankel

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| ACAT Caton, A | $710.00 | 01/05/10 | Tue | 0.20 | 0.20 | 142.00 | | | *MATTER NAME: Claims Administration & Objections* |
| | | | | | | | | 1 | REVIEW BAR DATE ISSUES. |
| | | NUMBER OF ENTRIES: | 1 | | 0.20 | 142.00 | | | |
| TFIN Finger, T | $660.00 | 10/02/09 | Fri | 0.80 | 0.80 | 528.00 | | | *MATTER NAME: Environmental Issues* |
| | | | | | | | | 1 | REVIEW MEMO |
| | $660.00 | 10/05/09 | Mon | 0.30 | 0.30 | 198.00 | | | *MATTER NAME: Environmental Issues* |
| | | | | | | | | 1 | REVIEW MEMO COMMENTS. |
| | $660.00 | 10/06/09 | Tue | 0.10 | 0.10 | 66.00 | | | *MATTER NAME: Environmental Issues* |
| | | | | | | | | 1 | ATTENTION TO EMAIL; REVIEW REVISED MEMO. |
| | | NUMBER OF ENTRIES: | 3 | | 1.20 | 792.00 | | | |
| KFOL Folb, K | $650.00 | 10/01/09 | Thu | 0.50 | 0.50 | 325.00 | | | *MATTER NAME: Environmental Issues* |
| | | | | | | | | 1 | ATTENTION TO DOCUMENTS ON DATABASE. |
| | $650.00 | 10/08/09 | Thu | 0.60 | 0.60 | 390.00 | | | *MATTER NAME: Environmental Issues* |
| | | | | | | | | 1 | ATTENTION TO EMAILS AND ATTACHMENTS FROM FTI. |
| | $650.00 | 10/14/09 | Wed | 4.60 | 1.00 | 650.00 | 1.00 | 1 | *MATTER NAME: Environmental Issues* |
| | | | | | | | | | REVIEW DOCUMENTS (1.0); |
| | | | | | | | 0.80 | 2 | CONFERENCE CALL WITH DEBTORS (.8); |
| | | | | | | | 2.10 | 3 | REVIEW DRAFT REPORT TO COMMITTEE (2.1); |
| | | | | | | | 0.70 | 4 | CALL WITH HANSEN AT FTI (.7). |
| | $650.00 | 10/21/09 | Wed | 0.20 | 0.20 | 130.00 | | | *MATTER NAME: Environmental Issues* |
| | | | | | | | | 1 | ATTENTION TO NEW DATABASE. |
| | $650.00 | 10/29/09 | Thu | 1.30 | 0.70 | 455.00 | 0.30 | 1 | *MATTER NAME: Environmental Issues* |
| | | | | | | | | | CONFERENCE WITH C. DAGGAN (.3); |
| | | | | | | | 0.70 | 2 | ATTENTION TO NEW DOCS ON IDEA (.7); |
| | | | | | | | 0.30 | 3 | CONFERENCE CALL WITH DEBTOR (.3). |

~ See the last page of exhibit for explanation

EXHIBIT G

VAGUE TASKS

Kramer Levin Naftalis & Frankel

| TIMEKEEPER | RATE | DATE | ENTRY HOURS | | HOURS | FEES | TASK HOURS ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| KFOL Folb, K | $650.00 | 11/02/09 | Mon | 0.50 | 0.50 | 325.00 | | *MATTER NAME: Environmental Issues*<br>1 ATTENTION TO NEW DOCS ON IDEA. |
| | $650.00 | 11/17/09 | Tue | 0.20 | 0.20 | 130.00 | | *MATTER NAME: Environmental Issues*<br>1 ATTENTION TO DOCUMENTS ON IDEA. |
| | $650.00 | 11/18/09 | Wed | 1.50 | 0.20 | 130.00 | 0.20<br>0.50<br>0.80 | *MATTER NAME: Environmental Issues*<br>1 ATTENTION TO DE ESTIMATES (.2);<br>2 REVIEW REPORT RE: ENV. COST REFINEMENT EFFORTS (.5);<br>3 CONF CALL WITH MLC (.8). |
| | $650.00 | 12/16/09 | Wed | 0.80 | 0.10 | 65.00 | 0.70<br>0.10 | *MATTER NAME: Environmental Issues*<br>1 CONF CALL (.7);<br>2 ATTENTION TO C. DAGGAN MEMO (.1). |
| | $680.00 | 01/27/10 | Wed | 0.90 | 0.40 | 272.00 | 0.40<br>0.40<br>0.10 | *MATTER NAME: Environmental Issues*<br>1 ATTENTION TO TERM SHEET (.4);<br>2 REVIEW REVISED WESTCHESTER STIP (.4);<br>3 CONF WITH C. WARREN (.1). |
| | NUMBER OF ENTRIES: | | 10 | | 4.40 | 2,872.00 | | |
| BHER Herzog, B | $750.00 | 10/13/09 | Tue | 3.40 | 0.80 | 600.00 | 2.60<br>0.80 | *MATTER NAME: Meetings With Debtors/Other Major Constituents*<br>1 MEETING WITH DEBTOR'S COUNSEL TO DISCUSSION PLAN STRUCTURE AND RELATED ISSUES (2.6);<br>2 RELATED FOLLOW-UP (0.8). |
| | NUMBER OF ENTRIES: | | 1 | | 0.80 | 600.00 | | |
| LMMA Macksoud, L | $630.00 | 01/29/10 | Fri | 0.60 | 0.60 | 378.00 | | *MATTER NAME: Claims Administration & Objections*<br>1 ATTN TO ADR PROCEDURES. |
| | NUMBER OF ENTRIES: | | 1 | | 0.60 | 378.00 | | |
| GGPL Plotko, G | | | | | | | | |

~ See the last page of exhibit for explanation

EXHIBIT G

VAGUE TASKS

Kramer Levin Naftalis & Frankel

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | MATTER NAME: *Claims Administration & Objections* |
| GGPL | $665.00 | 10/07/09 | Wed | 4.40 | 0.30 | 199.50 | 1.15 | A | 1 ATTENTION TO ESTIMATION PROCEDURES IMPLEMENTED IN ASARCO; |
| Plotko, G | | | | | | | 1.15 | A | 2 REVIEW RELATED CASE LAW (2.3); |
| | | | | | | | 0.90 | A | 3 ATTENTION TO GM NOVA SCOTIA ISSUES; |
| | | | | | | | 0.90 | A | 4 REVIEW BACKGROUND DOCUMENTS (1.8); |
| | | | | | | | 0.30 | | 5 ATTENTION TO SATURN CLAIMS (.3). |
| | | | | | | | | | MATTER NAME: *Fee Application/Monthly Invoices* |
| | $665.00 | 10/12/09 | Mon | 0.30 | 0.15 | 99.75 | | | 1 ATTENTION TO FEE EXAMINER NOMINATIONS; |
| | | | | | | | | | 2 DISCUSS WITH J. SHARRET. |
| | | | | | | | | | MATTER NAME: *Employee Benefits/Labor Issues* |
| | $665.00 | 10/13/09 | Tue | 0.20 | 0.20 | 133.00 | | | 1 ATTN TO MOTION FOR UNION SETTLEMENT. |
| | | | | | | | | | MATTER NAME: *Automatic Stay Matters/Relief* |
| | $665.00 | 10/14/09 | Wed | 0.50 | 0.20 | 133.00 | 0.20 | F | 1 ATTENTION TO COMMITTEE COMMUNICATION (.2) |
| | | | | | | | 0.30 | F | 2 AND SUMMARIES OF MOTIONS FOR AUTOMATIC STAY. (.3). |
| | | | | | | | | | MATTER NAME: *Committee Meetings/Communications* |
| | $665.00 | 10/15/09 | Thu | 0.30 | 0.30 | 199.50 | | | 1 ATTENTION TO SUMMARY FOR GM COMMITTEE. |
| | | | | | | | | | MATTER NAME: *Tort/Asbestos Issues* |
| | $665.00 | 10/21/09 | Wed | 1.90 | 1.10 | 731.50 | 1.10 | F | 1 ATTENTION TO ASBESTOS REPRESENTATIVE MEMORANDUM (1.1). |
| | | | | | | | 0.80 | F | 2 REVIEW ARMSTRONG WORLD INDUSTRIES CASE (.8). |
| | | | | | | | | | MATTER NAME: *Tort/Asbestos Issues* |
| | $665.00 | 11/03/09 | Tue | 0.30 | 0.30 | 199.50 | | | 1 ATTENTION TO FUTURES REPS. |
| | | | | | | | | | MATTER NAME: *Insurance And Other Business Operations* |
| | $665.00 | 11/06/09 | Fri | 1.10 | 0.90 | 598.50 | 0.90 | F | 1 ATTN TO INSURANCE L/C'S ISSUES; (.9) |
| | | | | | | | 0.20 | | 2 DISC WITH J SHARRET RE SAME (.2). |
| | | | | | | | | | MATTER NAME: *Claims Administration & Objections* |
| | $665.00 | 11/10/09 | Tue | 1.30 | 1.30 | 864.50 | 0.30 | | 1 ATTN TO REALM AND ENCORE BAR DATE LANGUAGE (.3); |
| | | | | | | | 1.00 | | 2 ATTN TO MOTION ON SETTLEMENT PROCEDURES AND CLAIMS OBJECTION (1.0). |

~ See the last page of exhibit for explanation

EXHIBIT G
VAGUE TASKS
Kramer Levin Naftalis & Frankel

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| GGPL Piotko, G | $665.00 | 12/02/09 | Wed | 2.90 | 1.30 | 864.50 | | *MATTER NAME: Claims Administration & Objections* |
| | | | | | | | 1.30 | 1 ATTN TO SUPPLEMENTAL BAR DATE MOTION (1.3) |
| | | | | | | | 0.80 A | 2 ATTN TO ASBESTOS CLAIMS MOTION; |
| | | | | | | | 0.80 A | 3 REVIEWED PRECEDENT CASES (1.6) |
| | $665.00 | 12/03/09 | Thu | 0.50 | 0.50 | 332.50 | | *MATTER NAME: Fee Application/Monthly Invoices* |
| | | | | | | | | 1 ATTN TO FEE EXAMINER STIP |
| | NUMBER OF ENTRIES: | 11 | | | 6.55 | 4,355.75 | | |
| ACRO Rogoff, A | $795.00 | 10/01/09 | Thu | 2.70 | 0.70 | 566.50 | | *MATTER NAME: Executory Contracts/Leases* |
| | | | | | | | 0.70 | 1 ATTENTION TO ASSET SALE AND EXECUTORY CONTRACT ISSUES (.7); |
| | | | | | | | 1.20 | 2 EMAILS E. LEIDERMAN, J. SMOLINSKY, HONIGMAN AND J. SHARRET RE: SAME (1.2); |
| | | | | | | | 0.80 | 3 MULTIPLE CALLS RE: SAME (.8). |
| | $795.00 | 10/02/09 | Fri | 1.30 | 0.60 | 477.00 | | *MATTER NAME: Executory Contracts/Leases* |
| | | | | | | | 0.60 | 1 ATTENTION TO ASSET SALE AND EXECUTORY CONTRACT ISSUES (.6); |
| | | | | | | | 0.70 | 2 EMAILS AND CALLS R. BERKOVITCH, J. SMOLINSKY, WEISS, AND J. SHARRET RE: SAME (.7). |
| | $795.00 | 10/02/09 | Fri | 1.20 | 0.10 | 79.50 | | *MATTER NAME: Wind-Down Issues* |
| | | | | | | | 0.10 | 1 ATTENTION TO WIND DOWN ISSUES, INCLUDING RECENTLY FILED PLEADINGS AND DOCUMENTS (.1); |
| | | | | | | | 0.90 | 2 MEETING WITH WEIL, BILL HEARD, GMC TRUST TERM SHEET (.9). |
| | | | | | | | 0.20 | 3 EMAILS AND CALLS J. SMOLINSKY, S. KAROTKIN, A. CATON, L. MACKSOUD, J. SHARRET AND G. PLOTKO RE: SAME (.2). |
| | $795.00 | 10/05/09 | Mon | 0.40 | 0.40 | 318.00 | | *MATTER NAME: Hearings* |
| | | | | | | | | 1 ATTENTION TO OMNIBUS HEARING. |
| | $795.00 | 10/05/09 | Mon | 3.10 | 2.30 | 1,828.50 | | *MATTER NAME: Executory Contracts/Leases* |
| | | | | | | | 1.40 | 1 ATTENTION TO ASSET SALE AND EXECUTORY CONTRACT ISSUES (1.4); |
| | | | | | | | 0.20 | 2 EMAILS R. BERKOVITCH AND J. SHARRET RE: SAME (2). |
| | | | | | | | 0.90 | 3 ATTN BILL HEARD ISSUES (.9). |
| | | | | | | | 0.60 | 4 MULTIPLE CALLS RE: SAME (.6). |
| | $795.00 | 10/05/09 | Mon | 0.20 | 0.10 | 79.50 | | *MATTER NAME: Retention Of Professionals* |
| | | | | | | | | 1 ATTENTION TO EVERCORE; |
| | | | | | | | | 2 EMAILS KAROTKIN REGARDING SAME. |

~ See the last page of exhibit for explanation

EXHIBIT G

VAGUE TASKS

Kramer Levin Naftalis & Frankel

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| ACRO | $795.00 | 10/06/09 | Tue | 2.20 | 1.30 | 1,033.50 | | *MATTER NAME: Executory Contracts/Leases* |
| Rogoff, A | | | | | | | 1.30 | 1 ATTENTION TO ASSET SALE AND EXECUTORY CONTRACT ISSUES (1.3); |
| | | | | | | | 0.50 | 2 EMAILS E. LEDERMAN, J. SMOLINSKY, HONIGMAN AND J. SHARRET RE: SAME (.5); |
| | | | | | | | 0.40 | 3 MULTIPLE CALLS RE: SAME (.4). |
| | $795.00 | 10/07/09 | Wed | 2.60 | 1.50 | 1,192.50 | | *MATTER NAME: Executory Contracts/Leases* |
| | | | | | | | 1.50 | 1 ATTENTION TO ASSET SALE AND EXECUTORY CONTRACT ISSUES (1.5); |
| | | | | | | | 0.50 | 2 EMAILS E. LEDERMAN, J. SMOLINSKY, HONIGMAN AND J. SHARRET RE: SAME (.5); |
| | | | | | | | 0.60 | 3 MULTIPLE CALLS RE: SAME (.6). |
| | $795.00 | 10/08/09 | Thu | 2.40 | 1.20 | 954.00 | | *MATTER NAME: Executory Contracts/Leases* |
| | | | | | | | 1.20 | 1 ATTENTION TO ASSET SALE AND EXECUTORY CONTRACT ISSUES (1.2); |
| | | | | | | | 0.60 | 2 EMAILS E. LEDERMAN, J. SMOLINSKY, HONIGMAN AND J. SHARRET RE: SAME (.6); |
| | | | | | | | 0.60 | 3 MULTIPLE CALLS RE: SAME (.6). |
| | $795.00 | 10/08/09 | Thu | 0.20 | 0.20 | 159.00 | | *MATTER NAME: Fee Application/Monthly Invoices* |
| | | | | | | | | 1 ATTENTION TO FEE EXAMINER. |
| | $795.00 | 10/08/09 | Thu | 0.20 | 0.20 | 159.00 | | *MATTER NAME: Retention Of Professionals* |
| | | | | | | | | 1 ATTENTION TO EVERCORE. |
| | $795.00 | 10/08/09 | Thu | 2.60 | 1.50 | 1,192.50 | | *MATTER NAME: Wind-Down Issues* |
| | | | | | | | 1.50 | 1 ATTENTION TO WIND DOWN ISSUES, INCLUDING RECENTLY FILED PLEADINGS AND DOCUMENTS (1.5); |
| | | | | | | | 1.10 | 2 VARIOUS EMAILS AND CALLS SMOLINSKY, KAROTKIN, A. CATON, L. MACKSOUD, J. SHARRET AND G. PLOTKO RE: SAME (1.1). |
| | $795.00 | 10/09/09 | Fri | 2.10 | 1.40 | 1,113.00 | | *MATTER NAME: Automatic Stay Matters/Relief* |
| | | | | | | | 1.40 | 1 ATTENTION TO ASSET SALE AND EXECUTORY CONTRACT ISSUES, INCLUDING BILL HEARD ISSUES (1.4); |
| | | | | | | | 0.40 | 2 EMAILS AND MEETINGS W/ J. SHARRET RE: SAME (.4); |
| | | | | | | | 0.30 | 3 MULTIPLE CALLS RE: SAME (.3). |
| | $795.00 | 10/09/09 | Fri | 2.80 | 1.40 | 1,113.00 | | *MATTER NAME: Wind-Down Issues* |
| | | | | | | | 1.40 | 1 ATTENTION TO WIND DOWN ISSUES, INCLUDING RECENTLY FILED PLEADINGS AND DOCUMENTS AND REALM AND ENCORE FILINGS (1.4); |
| | | | | | | | 1.40 | 2 VARIOUS EMAILS AND CALLS R. BERKOVITCH, A. CATON, L. MACKSOUD, J. SHARRET AND G. PLOTKO RE: SAME. (1.4) |
| | $795.00 | 10/13/09 | Tue | 1.40 | 0.90 | 715.50 | | *MATTER NAME: Automatic Stay Matters/Relief* |
| | | | | | | | 0.90 | 1 ATTENTION TO ASSET SALE AND EXECUTORY CONTRACT ISSUES, INCLUDING BILL HEARD ISSUES (.9); |
| | | | | | | | 0.30 | 2 EMAILS AND MEETINGS W/ J. SHARRET RE: SAME (.3); |
| | | | | | | | 0.20 | 3 MULTIPLE CALLS RE: SAME (.2). |

~ See the last page of exhibit for explanation

EXHIBIT G
VAGUE TASKS
Kramer Levin Naftalis & Frankel

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| AGRO Rogoff, A | $795.00 | 10/13/09 | Tue | 2.10 | 0.90 | 715.50 | | *MATTER NAME: Motions*<br>0.90 — 1 ATTENTION TO WIND DOWN ISSUES, INCLUDING RECENTLY FILED PLEADINGS AND DOCUMENTS (.9);<br>0.30 — 2 EMAILS AND CALLS R. BERKOVITCH, A. CATON, L. MACKSOUD, J. SHARRET AND G. PLOTKO RE: SAME (.3). |
| | $795.00 | 10/14/09 | Wed | 1.90 | 1.10 | 874.50 | | *MATTER NAME: Automatic Stay Matters/Relief*<br>1.10 — 1 ATTENTION TO ASSET SALE AND EXECUTORY CONTRACT ISSUES, INCLUDING BILL HEARD ISSUES (1.1);<br>0.40 — 2 EMAILS AND CIF W/ J. SHARRET RE: BILL HEARD (.4);<br>0.40 — 3 CALLS TO PARTIES RE: BILL HEARD RE: SAME (.4). |
| | $795.00 | 10/14/09 | Wed | 0.30 | 0.30 | 238.50 | | *MATTER NAME: Claims Administration & Objections*<br>1 ATTENTION TO CLAIMS ADMINISTRATION ISSUES. |
| | $795.00 | 10/14/09 | Wed | 2.30 | 1.20 | 954.00 | | *MATTER NAME: Wind-Down Issues*<br>1.20 — 1 ATTENTION TO WIND DOWN ISSUES, INCLUDING RECENTLY FILED PLEADINGS AND DOCUMENTS, JSSI, CISCO STIPULATION (1.2);<br>1.10 — 2 VARIOUS EMAILS AND CALLS R. BERKOVITCH, A. CATON, J. SHARRET AND G. PLOTKO RE: SAME (1.1). |
| | $795.00 | 10/15/09 | Thu | 1.30 | 0.80 | 636.00 | | *MATTER NAME: Automatic Stay Matters/Relief*<br>0.60 — 1 ATTENTION TO BILL HEARD ISSUES (.8);<br>0.50 — 2 CALLS NEW GM, WEIL AND GMAC RE: SAME (.5). |
| | $795.00 | 10/15/09 | Thu | 2.90 | 1.90 | 1,510.50 | | *MATTER NAME: Wind-Down Issues*<br>1.90 — 1 ATTENTION TO WIND DOWN ISSUES, INCLUDING RECENTLY FILED PLEADINGS AND DOCUMENTS, SCHEDULES AND SOFAS (1.9);<br>1.00 — 2 EMAILS AND CALLS R. BERKOVITCH, A. CATON, J. SHARRET AND G. PLOTKO RE: SAME (1.0). |
| | $795.00 | 10/15/09 | Thu | 0.30 | 0.30 | 238.50 | | *MATTER NAME: Wind-Down Issues*<br>0.30 — 1 ATTENTION TO DEALER ISSUES (.3). |
| | $795.00 | 10/16/09 | Fri | 0.20 | 0.07 | 53.00 | | *MATTER NAME: International Issues*<br>1 ATTENTION TO GM STRASBOURG ISSUES:<br>2 EMAILS WEIL RE: SAME;<br>3 EMAILS CATON RE: SAME: |
| | $795.00 | 10/16/09 | Fri | 0.40 | 0.40 | 318.00 | | *MATTER NAME: Plan & Disclosure Statement*<br>1 ATTENTION TO PLAN FORMULATION. |
| | $795.00 | 10/16/09 | Fri | 2.90 | 1.60 | 1,272.00 | | *MATTER NAME: Wind-Down Issues*<br>1.60 — 1 ATTENTION TO WIND DOWN ISSUES, INCLUDING RECENTLY FILED PLEADINGS AND DOCUMENTS, JSSI, SCHEDULES, SOFAS (1.6);<br>1.10 — 2 EMAILS AND CALLS LEDERMAN, R. BERKOVITCH, J. SHARRET AND G. PLOTKO RE: SAME (1.1), ATTENTION TO DEALER ISSUES;<br>0.20 — 3 TELEPHONE CALL W/R. BERKOVICH RE: SAME (.2). |

~ See the last page of exhibit for explanation

EXHIBIT G

VAGUE TASKS

Kramer Levin Naftalis & Frankel

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | *MATTER NAME: Automatic Stay Matters/Relief* |
| ACRO | $795.00 | 10/19/09 | Mon | 2.30 | 0.70 | 556.50 | 0.70 | 1 ATTENTION TO ASSET SALE AND EXECUTORY CONTRACT ISSUES, INCLUDING BILL HEARD SETTLEMENT (.7); |
| Rogoff, A | | | | | | | 0.50 | 2 CALLS AND EMAILS COUNSEL FOR NEW GM, WEIL AND GMAC RE: SAME (.5); |
| | | | | | | | 0.80 | 3 REVIEW AND REVISE SETTLEMENT PAPERS (.8); |
| | | | | | | | 0.30 | 4 EMAILS W/J. SHARRET RE: SAME (.3). |
| | | | | | | | | *MATTER NAME: Wind-Down Issues* |
| | $795.00 | 10/19/09 | Mon | 2.30 | 0.80 | 636.00 | 0.80 | 1 ATTENTION TO WIND DOWN ISSUES, INCLUDING RECENTLY FILED PLEADINGS AND DOCUMENTS (.8); |
| | | | | | | | 1.50 | 2 EMAILS AND CALLS LEDERMAN, R. BERKOVITCH, J. SHARRET AND G. PLOTKO RE: SAME (1.5). |
| | | | | | | | | *MATTER NAME: Automatic Stay Matters/Relief* |
| | $795.00 | 10/20/09 | Tue | 2.60 | 0.80 | 636.00 | 0.80 | 1 ATTENTION TO ASSET SALE AND EXECUTORY CONTRACT ISSUES, INCLUDING BILL HEARD SETTLEMENT (.8); |
| | | | | | | | 0.40 | 2 CALLS AND EMAILS COUNSEL FOR NEW GM, WEIL AND GMAC RE: SAME (.4); |
| | | | | | | | 1.00 | 3 REVIEW AND REVISE SETTLEMENT PAPERS (1.0); |
| | | | | | | | 0.40 | 4 EMAILS AND MEETINGS J. SHARRET RE: SAME (.4). |
| | | | | | | | | *MATTER NAME: Plan & Disclosure Statement* |
| | $795.00 | 10/20/09 | Tue | 0.60 | 0.60 | 477.00 | | 1 ATTENTION TO PLAN DEVELOPMENT. |
| | | | | | | | | *MATTER NAME: Wind-Down Issues* |
| | $795.00 | 10/20/09 | Tue | 2.50 | 1.80 | 1,431.00 | 1.80 | 1 ATTENTION TO WIND DOWN ISSUES, INCLUDING RECENTLY FILED PLEADINGS AND DOCUMENTS, MLC DATASITE (1.8); |
| | | | | | | | 0.70 | 2 EMAILS AND CALLS CATON, R. BERKOVITCH, SHARRET AND PLOTKO RE: SAME (.7). |
| | | | | | | | | *MATTER NAME: Automatic Stay Matters/Relief* |
| | $795.00 | 10/21/09 | Wed | 2.10 | 1.10 | 874.50 | 1.10 | 1 ATTENTION TO ASSET SALE AND EXECUTORY CONTRACT ISSUES, INCLUDING BILL HEARD SETTLEMENT (1.1); |
| | | | | | | | 1.00 | 2 REVIEW SETTLEMENT AGREEMENT REVISIONS (1.0). |
| | | | | | | | | *MATTER NAME: Wind-Down Issues* |
| | $795.00 | 10/21/09 | Wed | 2.10 | 1.80 | 1,431.00 | 1.80 | 1 ATTENTION TO WIND DOWN ISSUES, INCLUDING RECENTLY FILED DOCUMENTS (1.8); |
| | | | | | | | 0.30 | 2 EMAILS AND CALLS R. BERKOVICH, LEDERMAN, J. SHARRET AND G. PLOTKO RE: SAME (.3). |
| | | | | | | | | *MATTER NAME: Automatic Stay Matters/Relief* |
| | $795.00 | 10/22/09 | Thu | 2.10 | 1.00 | 795.00 | 1.00 | 1 ATTENTION TO ASSET SALE AND EXECUTORY CONTRACT ISSUES, INCLUDING BILL HEARD SETTLEMENT (1.0); |
| | | | | | | | 1.10 | 2 REVIEW SETTLEMENT AGREEMENT REVISIONS (1.1). |
| | | | | | | | | *MATTER NAME: Plan & Disclosure Statement* |
| | $795.00 | 10/22/09 | Thu | 0.20 | 0.20 | 159.00 | | 1 ATTENTION TO PLAN TRUST ISSUES. |

~ See the last page of exhibit for explanation

EXHIBIT G

VAGUE TASKS

Kramer Levin Naftalis & Frankel

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| ACRO<br>Rogoff, A | $795.00 | 10/23/09 | Fri | 0.30 | 0.30 | 238.50 | | MATTER NAME: Insurance And Other Business Operations<br>1 FOCUS ON INSURANCE ISSUES. |
| | $795.00 | 10/23/09 | Fri | 0.20 | 0.20 | 159.00 | | MATTER NAME: Environmental Issues<br>1 FOCUS ON ENVIRONMENTAL ISSUES FOR REMAINING PROPERTIES. |
| | $795.00 | 10/23/09 | Fri | 0.50 | 0.50 | 397.50 | | MATTER NAME: Executory Contracts/Leases<br>1 ATTENTION TO MISC ASSET SALE AND EXECUTORY CONTRACT ISSUES. |
| | $795.00 | 10/23/09 | Fri | 0.30 | 0.15 | 119.25 | | MATTER NAME: International Issues<br>1 FOCUS ON GM STRASBOURG ISSUES;<br>2 EMAILS A. CATON RE: SAME. |
| | $795.00 | 10/23/09 | Fri | 0.20 | 0.20 | 159.00 | | MATTER NAME: Plan & Disclosure Statement<br>1 ATTENTION TO PLAN RESERVE ISSUES. |
| | $795.00 | 10/23/09 | Fri | 2.20 | 1.40 | 1,113.00 | 1.40<br>0.80 | MATTER NAME: Wind-Down Issues<br>1 FOCUS ON VARIOUS WIND DOWN ISSUES, INCLUDING NEWLY FILED PLEADINGS, DECLARATION AND AFFIDAVIT, NO-ACTION LETTER (1.4);<br>2 EMAILS AND CALLS L. MACKSOUD, R. BERKOVITCH, J. SHARRET AND G. PLOTKO RE: SAME (.8). |
| | $795.00 | 10/26/09 | Mon | 2.10 | 2.10 | 1,669.50 | | MATTER NAME: Automatic Stay Matters/Relief<br>1 ATTENTION TO ASSET SALE AND EXECUTORY CONTRACT ISSUES, INCLUDING BILL HEARD. |
| | $795.00 | 10/26/09 | Mon | 0.20 | 0.20 | 159.00 | | MATTER NAME: Environmental Issues<br>1 ATTN TO ENVIRONMENTAL ISSUES. |
| | $795.00 | 10/26/09 | Mon | 0.10 | 0.10 | 79.50 | | MATTER NAME: Appellate Issues<br>1 ATTENTION TO SALE APPEALS. |
| | $795.00 | 10/26/09 | Mon | 0.10 | 0.10 | 79.50 | | MATTER NAME: Plan & Disclosure Statement<br>1 ATTENTION TO PLAN DEVELOPMENT. |
| | $795.00 | 10/26/09 | Mon | 2.40 | 2.10 | 1,669.50 | 2.10<br>0.30 | MATTER NAME: Wind-Down Issues<br>1 ATTN TO WIND DOWN ISSUES, INCLUDING NEWLY FILED PLEADINGS (2.1);<br>2 EMAILS AND CALLS L. MACKSOUD, J. SHARRET AND G. PLOTKO RE: SAME (.3). |
| | $795.00 | 10/27/09 | Tue | 0.10 | 0.10 | 79.50 | | MATTER NAME: Environmental Issues<br>1 ATTN TO ENVIRONMENTAL ISSUES FOR REMAINING PROPERTIES. |

~ See the last page of exhibit for explanation

EXHIBIT G

VAGUE TASKS

Kramer Levin Naftalis & Frankel

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|
| ACRO Rogoff, A | $795.00 | 10/27/09 | Tue | 1.10 | 1.10 | 874.50 | | | | *MATTER NAME: Executory Contracts/Leases* <br> 1 ATTENTION TO ASSET SALE AND EXECUTORY CONTRACT ISSUES. |
| | $795.00 | 10/27/09 | Tue | 0.20 | 0.20 | 159.00 | | | | *MATTER NAME: Plan & Disclosure Statement* <br> 1 ATTENTION TO PLAN TRUSTS. |
| | $795.00 | 10/27/09 | Tue | 2.10 | 1.90 | 1,510.50 | 1.90 <br> 0.20 | | | *MATTER NAME: Wind-Down Issues* <br> 1 ATTENTION TO WIND DOWN ISSUES, INCLUDING NEWLY FILED MOTIONS (1.9); <br> 2 EMAILS AND CALLS A. CATON, L. MACKSOUD, J. SHARRET AND G. PLOTKO RE: SAME (.2). |
| | $795.00 | 10/28/09 | Wed | 0.20 | 0.20 | 159.00 | | | | *MATTER NAME: Environmental Issues* <br> 1 ATTENTION TO ENVIRONMENTAL ISSUES FOR REMAINING PROPERTIES. |
| | $795.00 | 10/29/09 | Thu | 0.10 | 0.10 | 79.50 | | | | *MATTER NAME: Insurance And Other Business Operations* <br> 1 ATTENTION TO INSURANCE COVERAGE ISSUES FOR THE ESTATE. |
| | $795.00 | 10/29/09 | Thu | 0.10 | 0.10 | 79.50 | | | | *MATTER NAME: Environmental Issues* <br> 1 ATTN TO ENVIRONMENTAL ISSUES FOR REMAINING PROPERTIES. |
| | $795.00 | 10/30/09 | Fri | 0.20 | 0.10 | 79.50 | | | | *MATTER NAME: Insurance And Other Business Operations* <br> 1 ATTENTION TO INSURANCE COVERAGE ISSUES FOR THE ESTATE; <br> 2 CALL FTI RE: SAME. |
| | $795.00 | 10/30/09 | Fri | 2.00 | 1.60 | 1,272.00 | 0.20 <br> 0.20 <br> 0.80 <br> 0.80 | A <br> A <br> F <br> F | | *MATTER NAME: Executory Contracts/Leases* <br> 1 EMAIL R. BERKOVICH RE: REAL ESTATE ISSUES; <br> 2 CALLS L. MACKSOUD RE: SAME AND REVIEW MATERIALS RE: SAME (.4). <br> 3 ATTENTION TO ASSET SALE AND EXECUTORY CONTRACT ISSUES (.8); <br> 4 ATTN TO SETTLEMENT ISSUES BETWEEN NEW GM AND MLC ISSUES (.8). |
| | $795.00 | 10/30/09 | Fri | 0.10 | 0.10 | 79.50 | | | | *MATTER NAME: Plan & Disclosure Statement* <br> 1 ATTENTION TO PLAN RESERVES. |
| | $795.00 | 10/30/09 | Fri | 2.40 | 1.80 | 1,431.00 | 1.80 <br> 0.60 | F | | *MATTER NAME: Wind-Down Issues* <br> 1 ATTENTION TO WIND DOWN ISSUES, INCLUDING STATUS OF MOTIONS FOR NEXT OMNI HEARING; NEWLY FILED PLEADINGS AND STATEMENTS (1.8); <br> 2 EMAILS AND CALLS L. MACKSOUD, J. SHARRET AND G. PLOTKO RE: SAME (.6). |

~ See the last page of exhibit for explanation

VAGUE TASKS

Kramer Levin Naftalis & Frankel

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | *MATTER NAME: Automatic Stay Matters/Relief* |
| ACRO | $795.00 | 11/02/09 | Mon | 1.80 | 1.80 | 1,431.00 | 0.80 | 1 | ATTENTION TO ASSET SALE AND EXECUTORY CONTRACT ISSUES (.8); |
| Rogoff, A | | | | | | | 1.00 | 2 | ATTENTION TO SETTLEMENT ISSUES BETWEEN NEW GM AND MLC ISSUES, INCLUDING NEW ISSUES RE: BILL HEARD ESTATES (1). |
| | | | | | | | | | *MATTER NAME: Insurance And Other Business Operations* |
| | $795.00 | 11/02/09 | Mon | 0.40 | 0.10 | 79.50 | 0.10 F | 1 | ATTN TO INSURANCE COVERAGE ISSUES FOR THE ESTATE (.1). |
| | | | | | | | 0.30 A | 2 | CALLS W/ L. MACKSOUD RE: REAL ESTATE LICENSE AND TSA; ATTN TO EMAIL RE: SAME. |
| | | | | | | | | | *MATTER NAME: Claims Administration & Objections* |
| | $795.00 | 11/02/09 | Mon | 0.10 | 0.10 | 79.50 | | 1 | ATTN TO NOVA SCOTIA CLAIMS ISSUES. |
| | | | | | | | | | *MATTER NAME: Wind-Down Issues* |
| | $795.00 | 11/02/09 | Mon | 2.20 | 1.20 | 954.00 | 0.60 | 1 | ATTN TO WIND DOWN ISSUES, INCLUDING MOTIONS FOR NEXT OMNI HEARING (.6); |
| | | | | | | | 0.60 | 2 | ATTN TO RECENTLY FILED COURT DOCUMENTS AND MOTIONS, INCLUDING NEW LEASES (.6); |
| | | | | | | | 1.00 | 3 | EMAILS AND CALLS J. SHARRET, L. MACKSOUD, A. CATON AND G. PLOTKO RE: SAME (1.0). |
| | | | | | | | | | *MATTER NAME: Automatic Stay Matters/Relief* |
| | $795.00 | 11/03/09 | Tue | 1.50 | 1.50 | 1,192.50 | 0.70 F | 1 | ATTENTION TO ASSET SALE AND EXECUTORY CONTRACT ISSUES; (.7) |
| | | | | | | | 0.80 | 2 | ATTENTION TO BILL HEARD SETTLEMENT PAPERS (.8). |
| | | | | | | | | | *MATTER NAME: International Issues* |
| | $795.00 | 11/03/09 | Tue | 0.20 | 0.20 | 159.00 | | 1 | ATTN TO GM STRASBOURG. |
| | | | | | | | | | *MATTER NAME: Wind-Down Issues* |
| | $795.00 | 11/03/09 | Tue | 2.60 | 1.20 | 954.00 | 0.90 F | 1 | ATTN TO WIND DOWN ISSUES, INCLUDING STATUS OF MATTERS SCHEDULED FOR NEXT OMNI HEARING, REALM/ENCORE BAR DATE, ASBESTOS INSURANCE (.9); |
| | | | | | | | 0.70 A | 2 | REVIEW NEWLY FILED PLEADINGS AND STATEMENTS; |
| | | | | | | | 0.70 A | 3 | EMAILS AND CALLS L. MACKSOUD, J. SHARRET AND G. PLOTKO RE: SAME, CALL WITH ALIX AND COORDINATION REGARDING SAME (1.4); |
| | | | | | | | 0.30 F | 4 | ATTN TO ASSET ABANDONMENT ISSUES (.3). |
| | | | | | | | | | *MATTER NAME: Executory Contracts/Leases* |
| | $795.00 | 11/04/09 | Wed | 1.10 | 0.60 | 477.00 | 0.60 | 1 | ATTN TO ASSET SALE AND EXECUTORY CONTRACT ISSUES (.6); |
| | | | | | | | 0.50 | 2 | EMAILS J. SHARRET, FTI AND R. BERKOVICH REGARDING SAME (.5). |
| | | | | | | | | | *MATTER NAME: International Issues* |
| | $795.00 | 11/04/09 | Wed | 0.10 | 0.10 | 79.50 | | 1 | ATTN TO GM STRASBOURG. |

~ See the last page of exhibit for explanation

Exhibit G

VAGUE TASKS

Kramer Levin Naftalis & Frankel

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| ACRO Rogoff, A | $795.00 | 11/04/09 | Wed | 2.20 | 0.80 | 636.00 | | MATTER NAME: Wind-Down Issues |
| | | | | | | | 0.40 | 1 ATTN TO WIND DOWN ISSUES, INCLUDING STATUS OF MATTERS SCHEDULED FOR NEXT OMNI HEARING (.4); |
| | | | | | | | 0.40 | 2 ATTN TO ASSET AND CONTRACT REJECTION ISSUES (.4); |
| | | | | | | | 0.80 | 3 REVIEW NEWLY FILED PLEADINGS AND STATEMENTS (.8); |
| | | | | | | | 0.60 | 4 EMAILS AND CALLS L. MACKSOUD, J. SHARRET AND G. PLOTKO RE: PERSONAL PROPERTY REJECTION MOTION, REALM/ENCORE BAR DATE MOTION, MLC LICENSES (.6). |
| | $795.00 | 11/05/09 | Thu | 1.10 | 0.40 | 318.00 | | MATTER NAME: Executory Contracts/Leases |
| | | | | | | | 0.40 | 1 ATTN TO ASSET SALE AND EXECUTORY CONTRACT ISSUES AND CONTRACT REJECTION MOTIONS (.4); |
| | | | | | | | 0.40 F | 2 EMAILS B. WEISS REGARDING SAME (.4) |
| | | | | | | | 0.30 F | 3 AND MEETINGS SHARRET REGARDING SAME (.3). |
| | $795.00 | 11/05/09 | Thu | 2.10 | 0.80 | 636.00 | | MATTER NAME: Wind-Down Issues |
| | | | | | | | 0.80 | 1 ATTN TO WIND DOWN ISSUES, INCLUDING BAR DATE MOTION ISSUES, PERSONAL PROPERTY REJECTION, EUROPEAN BAR DATE MOTION (.8); |
| | | | | | | | 0.50 | 2 RECENTLY FILED DOCUMENTS AND STATEMENTS (.5); |
| | | | | | | | 0.80 | 3 EMAILS AND CALLS A. CATON, L. MACKSOUD, J. SHARRET AND G. PLOTKO RE: SAME (.8). |
| | $795.00 | 11/06/09 | Fri | 1.40 | 1.40 | 1,113.00 | | MATTER NAME: Executory Contracts/Leases |
| | | | | | | | | 1 ATTN TO ASSET SALE AND EXECUTORY CONTRACT ISSUES, INCLUDING ISSUES RE: REJECTION AND ASSUMPTION OF CONTRACTS AND OBJECTIONS THERETO. |
| | $795.00 | 11/06/09 | Fri | 2.10 | 1.50 | 1,192.50 | | MATTER NAME: Wind-Down Issues |
| | | | | | | | 1.50 | 1 ATTN TO ISSUES RE: WIND DOWN, INCLUDING NEWLY FILED PLEADINGS, BAR DATE AND ASBESTOS (1.5); |
| | | | | | | | 0.60 | 2 EMAILS AND CALLS A. CATON, L. MACKSOUD, J. SHARRET AND G. PLOTKO RE: SAME (.6). |
| | $795.00 | 11/10/09 | Tue | 1.20 | 1.00 | 795.00 | | MATTER NAME: Executory Contracts/Leases |
| | | | | | | | 1.00 | 1 ATTN TO ASSET SALE AND ASSUMPTION AND REJECTION OF EXECUTORY CONTRACT ISSUES (1.0); |
| | | | | | | | 0.20 | 2 EMAILS J. SHARRET REGARDING SAME (.2). |
| | $795.00 | 11/10/09 | Tue | 2.40 | 0.40 | 318.00 | | MATTER NAME: Wind-Down Issues |
| | | | | | | | 0.40 | 1 ATTN TO STATUS OF VARIOUS WIND DOWN ISSUES AND UPCOMING HEARINGS, AURELIUS MOTION (.4); |
| | | | | | | | 0.40 | 2 REVIEW NEW OBJECTIONS AND PLEADINGS (.4); |
| | | | | | | | 1.60 | 3 EMAILS AND CALLS L. MACKSOUD, J. SHARRET AND G. PLOTKO RE: SAME AND COORDINATION REGARDING SAME (1.6). |
| | $795.00 | 11/11/09 | Wed | 0.80 | 0.80 | 636.00 | | MATTER NAME: Executory Contracts/Leases |
| | | | | | | | | 1 ATTN TO ASSET SALE AND EXECUTORY CONTRACT ISSUES AND OBJECTIONS. |
| | $795.00 | 11/11/09 | Wed | 0.10 | 0.10 | 79.50 | | MATTER NAME: International Issues |
| | | | | | | | | 1 ATTN TO GM STRASBOURG. |

~ See the last page of exhibit for explanation

EXHIBIT G

VAGUE TASKS

Kramer Levin Naftalis & Frankel

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| ACRO Rogoff, A | $795.00 | 11/11/09 | Wed | 2.30 | 1.00 | 795.00 | | *MATTER NAME: Wind-Down Issues* |
| | | | | | | | 1.00 | 1 ATTN TO WIND DOWN ISSUES, INCLUDING STATUS OF PENDING MOTIONS AND RELATED MATTERS (1.0); |
| | | | | | | | 0.90 | 2 REVIEW NEWLY FILED OBJNS AND PLEADINGS/STATEMENTS (.9); |
| | | | | | | | 0.40 | 3 EMAILS AND CALLS L. MACKSOUD, J. SHARRET AND G. PLOTKO RE: SAME AND COORDINATION REGARDING SAME (.4). |
| | $795.00 | 11/12/09 | Thu | 0.20 | 0.10 | 79.50 | | *MATTER NAME: Insurance And Other Business Operations* |
| | | | | | | | 0.10 | 1 ATTN TO INSURANCE ISSUES (0.1); |
| | | | | | | | 0.10 | 2 ATTN TO REALM AND ENCORE. (.1). |
| | $795.00 | 11/12/09 | Thu | 0.20 | 0.20 | 159.00 | | *MATTER NAME: International Issues* |
| | | | | | | | | 1 ATTN TO GM STRASBOURG. |
| | $795.00 | 11/12/09 | Thu | 1.10 | 0.60 | 477.00 | | *MATTER NAME: Wind-Down Issues* |
| | | | | | | | 0.30 | 1 ATTN TO WIND DOWN ISSUES, INCLUDING PENDING HEARINGS AND LAND INSTALLMENT CONTRACT (.3); |
| | | | | | | | 0.30 | 2 FOCUS ON CONTRACT ASSIGNMENT AND REJECTION OBJECTION ISSUES (.3); |
| | | | | | | | 0.30 | 3 REVIEW FILED PLEADINGS AND STATEMENTS (.3); |
| | | | | | | | 0.20 | 4 EMAILS AND CALLS L. MACKSOUD, J. SHARRET AND G. PLOTKO RE: SAME AND COORDINATION REGARDING SAME (.2). |
| | $795.00 | 11/13/09 | Fri | 0.10 | 0.10 | 79.50 | | *MATTER NAME: International Issues* |
| | | | | | | | | 1 ATTN TO GM STRASBOURG. |
| | $795.00 | 11/13/09 | Fri | 0.50 | 0.25 | 198.75 | | *MATTER NAME: Wind-Down Issues* |
| | | | | | | | | 1 ATTN TO WIND DOWN ISSUES INCLUDING TREASURY CLAIMS AND DEALER AGREEMENTS; |
| | | | | | | | | 2 EMAILS L. MACKSOUD, J. SHARRET AND G. PLOTKO RE: SAME. |
| | $795.00 | 11/14/09 | Sat | 0.10 | 0.10 | 79.50 | | *MATTER NAME: International Issues* |
| | | | | | | | | 1 ATTN TO GM STRASBOURG. |
| | $795.00 | 11/16/09 | Mon | 0.70 | 0.20 | 159.00 | | *MATTER NAME: Claims Administration & Objections* |
| | | | | | | | 0.20 | 1 ATTN TO REVISIONS TO OBJECTION TO MOTION FILED BY NOVA SCOTIA BONDHOLDERS (.2); |
| | | | | | | | 0.20 | 2 CALLS WITH L. MACKSOUD REGARDING SAME (.2); |
| | | | | | | | 0.30 | 3 EMAILS TO/FROM A. CATON REGARDING SAME (.3). |
| | $795.00 | 11/16/09 | Mon | 0.40 | 0.20 | 159.00 | | *MATTER NAME: Fee Application/Monthly Invoices* |
| | | | | | | | | 1 ATTN TO FEE APPLICATION; |
| | | | | | | | | 2 MTG W/ J. SHARRET RE: SAME. |
| | $795.00 | 11/16/09 | Mon | 0.30 | 0.30 | 238.50 | | *MATTER NAME: International Issues* |
| | | | | | | | | 1 ATTN TO GM STRASBOURG ISSUES. |

~ See the last page of exhibit for explanation

EXHIBIT G
VAGUE TASKS
Kramer Levin Naftalis & Frankel

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | MATTER NAME: Wind-Down Issues |
| ACRO | $795.00 | 11/16/09 | Mon | 2.20 | 1.10 | 874.50 | 0.90 | 1 ATTN TO WIND DOWN ISSUES, INCLUDING THIS WEEK'S HEARING, ROYAL SETTLEMENT, AURELIUS OBJECTION, FISKER (.9); |
| Rogoff, A | | | | | | | 0.20 | 2 ATTN TO CONTRACT ISSUES (.2); |
| | | | | | | | 0.30 | 3 REVIEW NEWLY FILED COURT DOCUMENTS (.3); |
| | | | | | | | 0.80 | 4 EMAILS AND CALLS A. CATON, L. MACKSOUD, J. SHARRET AND G. PLOTKO RE: SAME AND COORDINATION REGARDING SAME (.8). |
| | | | | | | | | MATTER NAME: Claims Administration & Objections |
| | $795.00 | 11/17/09 | Tue | 0.50 | 0.25 | 198.75 | | 1 ATTN TO DEBTOR'S OBJECTION TO MOTION FILED BY NOVA SCOTIA BONDHOLDERS; |
| | | | | | | | | 2 EMAILS J. SMOLINSKY AND A. CATON REGARDING SAME. |
| | | | | | | | | MATTER NAME: International Issues |
| | $795.00 | 11/17/09 | Tue | 0.30 | 0.15 | 119.25 | | 1 ATTN TO GM STRASBOURG; |
| | | | | | | | | 2 EMAILS FTI REGARDING SAME. |
| | | | | | | | | MATTER NAME: International Issues |
| | $795.00 | 11/18/09 | Wed | 0.20 | 0.20 | 159.00 | | 1 ATTN TO GM STRASBOURG. |
| | | | | | | | | MATTER NAME: Wind-Down Issues |
| | $795.00 | 11/18/09 | Wed | 2.10 | 1.00 | 795.00 | 1.00 | 1 ATTN TO WIND DOWN ISSUES AND MISC ASSETS DISPOSITION (1.0); |
| | | | | | | | 0.50 | 2 REVIEW FILED PLEADINGS AND STATEMENTS AND FISKERDOCS (.5); |
| | | | | | | | 0.60 | 3 EMAILS AND CALLS L. MACKSOUD, J. SHARRET AND G. PLOTKO RE: SAME (.6). |
| | | | | | | | | MATTER NAME: Wind-Down Issues |
| | $795.00 | 11/19/09 | Thu | 0.80 | 0.20 | 159.00 | 0.20 | 1 ATTN TO WIND DOWN ISSUES, INCLUDING PENDING HEARINGS AND AURELIUS MOTION (.2); |
| | | | | | | | 0.20 | 2 REVIEW NEWLY FILED STATEMENTS (.2); |
| | | | | | | | 0.40 | 3 EMAILS AND CALLS L. MACKSOUD, J. SHARRET AND G. PLOTKO RE: SAME AND COORDINATION REGARDING SAME (.4). |
| | | | | | | | | MATTER NAME: Wind-Down Issues |
| | $795.00 | 11/20/09 | Fri | 0.90 | 0.40 | 318.00 | 0.40 | 1 ATTN TO WIND DOWN ISSUES, INCLUDING PENDING HEARINGS AND DEALER AGREEMENT (.4); |
| | | | | | | | 0.10 | 2 REVIEW NEWLY FILED STATEMENTS (.1); |
| | | | | | | | 0.40 | 3 EMAILS AND CALLS L. MACKSOUD, J. SHARRET AND G. PLOTKO RE: SAME AND COORDINATION REGARDING SAME (.4). |
| | | | | | | | | MATTER NAME: Claims Administration & Objections |
| | $795.00 | 11/24/09 | Tue | 0.50 | 0.25 | 198.75 | | 1 ATTN TO ORDER RE: NOVA SCOTIA BONDHOLDERS; |
| | | | | | | | | 2 EMAILS AND MTGS L. MACKSOUD REGARDING SAME. |
| | | | | | | | | MATTER NAME: Fee Application/Monthly Invoices |
| | $795.00 | 11/24/09 | Tue | 0.30 | 0.30 | 238.50 | | 1 ATTN TO FEE STATEMENT. |

~ See the last page of exhibit for explanation

EXHIBIT G

VAGUE TASKS

Kramer Levin Naftalis & Frankel

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| ACRO Rogoff, A | $795.00 | 11/25/09 | Wed | 0.50 | 0.25 | 198.75 | | *MATTER NAME: Claims Administration & Objections*<br>1 ATTN TO ORDER RE: NOVA SCOTIA BONDHOLDERS;<br>2 EMAILS AND MTGS L. MACKSOUD REGARDING SAME. |
| | $795.00 | 11/25/09 | Wed | 1.10 | 0.40 | 318.00 | 0.40<br>0.60<br>0.10 | *MATTER NAME: Wind-Down Issues*<br>1 ATTN TO WIND DOWN ISSUES WITH FOCUS ON ASSET SALES (.4);<br>2 REVIEW RECENTLY FILED DOCUMENT AND DEX-COOL STIPULATION (.6);<br>3 EMAILS AND CALLS J. SHARRET, G. PLOTKO AND A. CATON RE: SAME (.1). |
| | $795.00 | 11/30/09 | Mon | 0.20 | 0.20 | 159.00 | | *MATTER NAME: Automatic Stay Matters/Relief*<br>1 ATTENTION TO AUTOMATIC STAY RELIEF REQUESTS. |
| | $795.00 | 11/30/09 | Mon | 0.10 | 0.10 | 79.50 | | *MATTER NAME: Claims Administration & Objections*<br>1 ATTN TO REVISED ORDER RE: NOVA SCOTIA BONDHOLDERS. |
| | $850.00 | 12/01/09 | Tue | 2.20 | 1.30 | 1,105.00 | 1.30<br><br>0.60<br>0.30 | *MATTER NAME: Wind-Down Issues*<br>1 FOCUS ON WIND DOWN MATTERS, INCLUDING EL-MO AND MISC ASSET SALES, FEE EXAMINER DECLARATIONS AND CEO RESIGNATION (1.3);<br>2 REVIEW NEWLY FILED PLEADINGS AND DOCUMENTS (.6);<br>3 EMAILS AND CALLS L. MACKSOUD, J. SHARRET AND A. CATON RE: SAME (.3). |
| | $850.00 | 12/03/09 | Thu | 0.20 | 0.20 | 170.00 | | *MATTER NAME: Claims Administration & Objections*<br>1 ATTN TO NOVA SCOTIA BOND ISSUES. (.2). |
| | $850.00 | 12/03/09 | Thu | 0.30 | 0.30 | 255.00 | | *MATTER NAME: Executory Contracts/Leases*<br>1 ATTN TO CONTRACT REJECTIONS. |
| | $850.00 | 12/03/09 | Thu | 2.20 | 2.00 | 1,700.00 | 1.20<br>0.80<br>0.20 | *MATTER NAME: Wind-Down Issues*<br>1 ATTN TO WIND DOWN ISSUES AND MISC ASSET SALES (1.2);<br>2 ATTN TO FILED PLEADINGS (.8);<br>3 EMAILS AND CALLS L. MACKSOUD, G. PLOTKO, J. SHARRET AND A. CATON RE: SAME (.2). |
| | $850.00 | 12/04/09 | Fri | 0.10 | 0.10 | 85.00 | | *MATTER NAME: Claims Administration & Objections*<br>1 ATTN TO NOVA SCOTIA BONDS CLAIMS. |
| | $850.00 | 12/07/09 | Mon | 0.10 | 0.10 | 85.00 | | *MATTER NAME: Claims Administration & Objections*<br>1 ATTN TO NOVA SCOTIA BONDS CLAIMS. |

~ See the last page of exhibit for explanation

EXHIBIT G
VAGUE TASKS
Kramer Levin Naftalis & Frankel

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| ACRO Rogoff, A | $850.00 | 12/07/09 | Mon | 1.60 | 0.60 | 510.00 | 0.60<br>0.70<br>0.30 | | *MATTER NAME: Wind-Down Issues*<br>1 CONT ATTN TO WIND DOWN ISSUES – ASSET SALES AND CONTRACT MATTERS (.6);<br>2 REVIEW FILED PLEADINGS, GLOBAL PROOF OF CLAIM, EUROPEAN OPEN ISSUES (.7);<br>3 VARIOUS EMAILS AND MTGS J. SHARRET AND G. PLOTKO RE: SAME (.3). |
| | $850.00 | 12/08/09 | Tue | 0.40 | 0.20 | 170.00 | 0.20 | | *MATTER NAME: Claims Administration & Objections*<br>1 ATTN TO NOVA SCOTIA BONDS CLAIMS;<br>2 CALL MITCHELL RE: SAME. |
| | $850.00 | 12/08/09 | Tue | 1.10 | 0.20 | 170.00 | 0.20<br>0.60<br>0.30 | | *MATTER NAME: Wind-Down Issues*<br>1 CONT ATTN TO WIND DOWN ISSUES – ASSET SALES AND CONTRACT MATTERS (.2);<br>2 REVIEW FILED PLEADINGS, AURELIUS ORDER, EUROPEAN OPEN ISSUES (.6);<br>3 VARIOUS EMAILS AND MTGS J. SHARRET AND G. PLOTKO RE: SAME (.3). |
| | $850.00 | 12/09/09 | Wed | 0.90 | 0.30 | 255.00 | 0.20 A<br>0.20 A<br>0.20 A<br>0.30 F | | *MATTER NAME: Claims Administration & Objections*<br>1 ATTN TO NOVA SCOTIA BONDS CLAIMS;<br>2 CALL MITCHELL AND<br>3 MEETING L. MACKSOUD REGARDING SAME. (.6);<br>4 ATTN TO CLAIMS OBJECTION PROCESS. (.3) ; |
| | $850.00 | 12/09/09 | Wed | 0.20 | 0.20 | 170.00 | 0.20 | | *MATTER NAME: Wind-Down Issues*<br>1 CONT ATTN TO WIND DOWN ISSUES, INCLUDING NUMMI CLAIMS |
| | $850.00 | 12/10/09 | Thu | 0.10 | 0.10 | 85.00 | 0.10 | | *MATTER NAME: Claims Administration & Objections*<br>1 ATTN TO NOVA SCOTIA BONDS CLAIMS. |
| | NUMBER OF ENTRIES: | | 109 | 73.27 | | 58,555.00 | | | |
| RTSC Schmidt, R | $735.00 | 11/24/09 | Tue | 0.30 | 0.15 | 110.25 | 0.15 | | *MATTER NAME: Fee Application/Monthly Invoices*<br>1 ATTN TO BILLING ISSUES;<br>2 OFFICE CONFERENCE W/ G. PLOTKO AND ACCOUNTING. |
| | NUMBER OF ENTRIES: | | 1 | | 0.15 | 110.25 | | | |
| JSHA Sharret, J | $485.00 | 10/12/09 | Mon | 0.30 | 0.30 | 145.50 | 0.30 | | *MATTER NAME: Case Administration*<br>1 ATTENTION TO CASE ADMIN ISSUES. |

~ See the last page of exhibit for explanation

EXHIBIT G  PAGE 17 of 21

EXHIBIT G

VAGUE TASKS

Kramer Levin Naftalis & Frankel

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| JSHA Sharret, J | $485.00 | 11/02/09 | Mon | 0.10 | 0.10 | 48.50 | | *MATTER NAME: Automatic Stay Matters/Relief*<br>1 ATTENTION TO BILL HEARD SETTLEMENT ISSUES. |
| | $485.00 | 11/03/09 | Tue | 0.90 | 0.90 | 436.50 | | *MATTER NAME: Automatic Stay Matters/Relief*<br>1 ATTENTION TO BILL HEARD AUTOMATIC STAY ISSUES. |
| | $485.00 | 11/20/09 | Fri | 0.40 | 0.20 | 97.00 | | *MATTER NAME: Fee Application/Monthly Invoices*<br>1 ATTENTION TO OCTOBER MONTHLY INVOICE;<br>2 REVIEWING HONIGMAN STATEMENT ON TIME DETAIL. |
| | $485.00 | 11/20/09 | Fri | 0.20 | 0.20 | 97.00 | | *MATTER NAME: Other Asset Sales And Analysis*<br>1 ATTENTION TO FISKER SALE. |
| | $485.00 | 11/23/09 | Mon | 0.50 | 0.30 | 145.50 | 0.30<br>0.20 | *MATTER NAME: Claims Administration & Objections*<br>1 ATTENTION TO NOVA SCOTIA ISSUES (.3);<br>2 DRAFTING INSERT FOR PACIFIC RIM AGREEMENT (.2). |
| | $485.00 | 11/30/09 | Mon | 0.10 | 0.10 | 48.50 | | *MATTER NAME: Hearings*<br>1 FOLLOW-UP RE: STATUS OF HEARINGS. |
| | $485.00 | 12/09/09 | Wed | 0.60 | 0.60 | 291.00 | | *MATTER NAME: Fee Application/Monthly Invoices*<br>1 ATTENTION TO NOVEMBER INVOICE. |
| | $485.00 | 12/17/09 | Thu | 0.30 | 0.30 | 145.50 | | *MATTER NAME: Claims Administration & Objections*<br>1 ATTENTION TO ADR PROCEDURES. |
| | $485.00 | 12/17/09 | Thu | 0.30 | 0.30 | 145.50 | | *MATTER NAME: Tort/Asbestos Issues*<br>1 ATTENTION TO FUTURE ASBESTOS REPRESENTATIVE ISSUES. |
| | $485.00 | 12/30/09 | Wed | 0.40 | 0.40 | 194.00 | | *MATTER NAME: Fee Application/Monthly Invoices*<br>1 ATTENTION TO SERVICE ISSUES OF SUPPLEMENTAL DECLARATION |
| | $505.00 | 01/03/10 | Sun | 0.10 | 0.10 | 50.50 | | *MATTER NAME: Meetings With Debtors/Other Major Constituents*<br>1 ATTENTION TO 1/7 MEETING WITH DEBTORS. |
| | $505.00 | 01/08/10 | Fri | 0.10 | 0.10 | 50.50 | | *MATTER NAME: Creditor Communications*<br>1 ATTENTION TO CREDITOR INQUIRY. |

~ See the last page of exhibit for explanation

Exhibit G

VAGUE TASKS

Kramer Levin Naftalis & Frankel

| TIMEKEEPER | RATE | DATE | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| JSHA | | | | | | | |
| Sharret, J | NUMBER OF ENTRIES: | | 13 | 3.90 | 1,895.50 | | |
| | | | | | | | MATTER NAME: *International Issues* |
| AWEB | $485.00 | 10/20/09 | Tue 1.00 | 1.00 | 485.00 | | 1 ATTENTION TO ISSUE REGARDING TREATMENT OF INTERCOMPANY OBLIGATIONS AS PURCHASED ASSETS, RETAINED LIABILITIES |
| Webber, A | | | | | | | AND ASSUMED LIABILITIES IN THE MSPA AND AMENDED AND RESTATED MSPA RE: STRASBOURG (1.0). |
| | NUMBER OF ENTRIES: | | 1 | 1.00 | 485.00 | | |
| Total | | | | 92.07 | $70,185.50 | | |
| Number of Entries: | 151 | | | | | | |

~ See the last page of exhibit for explanation

EXHIBIT G
VAGUE TASKS

Kramer Levin Naftalis & Frankel

| TIMEKEEPER NAME | INITIALS | HOURS | RATE | FEES |
|---|---|---|---|---|
| Caton, A | ACAT | 0.20 | $710.00 | 142.00 |
| Finger, T | TFIN | 1.20 | $660.00 | 792.00 |
| Folb, K | KFOL | 4.00 | $650.00 | 2,600.00 |
| | | 0.40 | $680.00 | 272.00 |
| Herzog, B | BHER | 0.80 | $750.00 | 600.00 |
| Macksoud, L | LMMA | 0.60 | $630.00 | 378.00 |
| Plotko, G | GGPL | 6.55 | $665.00 | 4,355.75 |
| Rogoff, A | ACRO | 67.67 | $795.00 | 53,795.00 |
| | | 5.60 | $850.00 | 4,760.00 |
| Schmidt, R | RTSC | 0.15 | $735.00 | 110.25 |
| Sharret, J | JSHA | 3.70 | $485.00 | 1,794.50 |
| | | 0.20 | $505.00 | 101.00 |
| Webber, A | AWEB | 1.00 | $485.00 | 485.00 |
| | | 92.07 | | $70,185.50 |

EXHIBIT G

VAGUE TASKS

Kramer Levin Naftalis & Frankel

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Appellate Issues | 0.10 | 79.50 |
| Automatic Stay Matters/Relief | 14.60 | 11,271.00 |
| Case Administration | 0.30 | 145.50 |
| Claims Administration & Objections | 6.75 | 4,742.25 |
| Committee Meetings/Communications | 0.30 | 199.50 |
| Creditor Communications | 0.10 | 50.50 |
| Employee Benefits/Labor Issues | 0.20 | 133.00 |
| Environmental Issues | 6.40 | 4,300.00 |
| Executory Contracts/Leases | 15.30 | 12,180.00 |
| Fee Application/Monthly Invoices | 2.70 | 1,681.00 |
| Hearings | 0.50 | 366.50 |
| Insurance And Other Business Operations | 1.60 | 1,155.00 |
| International Issues | 2.67 | 1,810.00 |
| Meetings With Debtors/Other Major Constituents | 0.90 | 650.50 |
| Motions | 0.90 | 715.50 |
| Other Asset Sales And Analysis | 0.20 | 97.00 |
| Plan & Disclosure Statement | 1.80 | 1,431.00 |
| Retention Of Professionals | 0.30 | 238.50 |
| Tort/Asbestos Issues | 1.70 | 1,076.50 |
| Wind-Down Issues | 34.75 | 27,862.75 |
| | 92.07 | $70,185.50 |

(~) REASONS FOR TASK HOUR ASSIGNMENTS

A     Task Hours Allocated By Fee Auditor

F     FINAL BILL