Thomas E. Coughlin
Jaffe Raitt Heuer & Weiss, P.C.
27777 Franklin Road, Ste. 2500
Southfield, MI 48034
Telephone: (248) 351-3000
Facsimile: (248) 351-3082
Attorneys for MCM Management Corp.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------)
                                                       )
In re:                                                 )
                                                       )   Chapter 11
MOTORS LIQUIDATION COMPANY, et al.)        Case No. 09-50026 (REG)
      f/k/a General Motors Corp., et al.        )
                                                       )
                   Debtors.                      )   (Jointly Administered)
_____)


### REQUEST TO BE REMOVED FROM THE SERVICE LIST AND MATRIX

JAFFE RAITT HEUER & WEISS, P.C. requests that the following attorney and email address be removed from ECF notification, and requests that he no longer receive filings in this case:

Thomas E. Coughlin: tcoughlin@jaffelaw.com

JAFFE, RAITT, HEUER & WEISS,
Professional Corporation

By:   /s/ Thomas E. Coughlin
      Thomas E. Coughlin (P40561)
Attorneys for MCM Management Corp.
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Phone: (248) 351-3000
Facsimile: (248) 351-3082
tcoughlin@jaffelaw.com

Dated: June 22, 2010

1902776