**Exhibit A**
Summary of Recommended Deductions
Weil, Gotshal & Manges LLP
Second Interim Fee Application
*In re Motors Liquidation Co. et al.*

| Fee Category | Recommended Disallowance |
|---|---:|
| Project staffing | $0.00 |
| Firm compensation | $138,383.00 |
| Non-working travel time | $1,177.50 |
| Time increments | $5,680.00 |
| Transitory billers | $0.00 |
| Law clerks | $0.00 |
| Clerical/administrative | $7,002.50 |
| Vague entries | $8,654.25 |
| Appellate Briefs | $0.00 |
| Multiple attendance | $0.00 |
| **Fees -- recommended disallowance** | **$160,897.25** |

| Expense Category | Recommended Disallowance |
|---|---:|
| Pre-petition | $18,386.88 |
| Airfare | $302.28 |
| Hotel | $287.34 |
| Meals | $1,083.84 |
| Local transportation | $12,346.83 |
| Administrative | $1,047.89 |
| **Expenses -- recommended disallowance** | **$33,455.06** |

**Fees and Expenses**
**Total Recommended Disallowance** — **$194,352.31**