# EXHIBIT B

(Tasks Pre-Dating Fee Application Period)

EXHIBIT B

TASKS PRE-DATING FEE APPLICATION PERIOD

Weil, Gotshal & Manges

| TIMEKEEPER NAME | INITIALS | HOURS | RATE | FEES |
|---|---|---|---|---|
| Barahona, P | 5866 | 0.30 | $195.00 | 58.50 |
| Bergman, M | 5327 | 11.10 | $355.00 | 3,940.50 |
| Berkovich, R | 3331 | 0.30 | $630.00 | 189.00 |
| Deshpande, P | 1495 | 0.50 | $765.00 | 382.50 |
| Goodman, M | 3628 | 0.40 | $580.00 | 232.00 |
| Hannotin, G | 6928 | 7.00 | $175.00 | 1,225.00 |
| Karotkin, S | 0080 | 10.10 | $950.00 | 9,595.00 |
| Lynch, M | 6622 | 0.70 | $160.00 | 112.00 |
| Nagar, R | 3565 | 4.10 | $640.00 | 2,624.00 |
| Noury, A | 1531 | 15.90 | $525.00 | 8,347.50 |
| Pais, H | 1114 | 0.50 | $465.00 | 232.50 |
| Smolinsky, J | 0663 | 1.20 | $825.00 | 990.00 |
| | | 52.10 | | $27,928.50 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| 363 Transaction (MPA, sale of subst all assets) | 1.20 | 990.00 |
| Bar Date Motion and Claims Reconciliation Issues | 5.70 | 5,415.00 |
| Canada | 0.50 | 232.50 |
| Corporate/Securities | 7.70 | 4,189.50 |
| DIP Financing / Cash Collateral | 2.30 | 816.50 |
| Environmental Issues | 2.20 | 1,971.00 |
| Europe | 22.90 | 9,572.50 |
| General Case Strategy | 0.30 | 58.50 |
| Hearings and Court Matters | 0.80 | 760.00 |
| Other asset sales | 3.30 | 1,171.50 |
| Plan of Reorganization/Plan Confirmation | 1.20 | 1,140.00 |
| Schedules/Statement of Financial Affairs | 2.10 | 745.50 |
| Tax Issues | 0.40 | 232.00 |
| Unsecured Creditors Issues/Meetings/Communications | 1.10 | 254.00 |
| WG&M Retention/Billing/Fee Applications | 0.40 | 380.00 |
| | 52.10 | $27,928.50 |

# EXHIBIT B
## TASKS PRE-DATING FEE APPLICATION PERIOD
### Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 5866<br>Barahona, P | $195.00 | 08/25/09 | Tue | 0.30 | 0.30 | 58.50 | | | MATTER NAME: General Case Strategy<br>1 RESEARCH 11 USC 548 FOR D. MESHKOV |
| | NUMBER OF ENTRIES: | | 1 | | 0.30 | 58.50 | | | |
| 5327<br>Bergman, M | $355.00 | 09/01/09 | Tue | 0.20 | 0.20 | 71.00 | | | MATTER NAME: Environmental Issues<br>1 EMAIL AND PHONE CORRESPONDENCE WITH J. MAPES RE: WIND-DOWN ENVIRONMENTAL INDEMNITY AGREEMENT. |
| | $355.00 | 09/09/09 | Wed | 0.40 | 0.40 | 142.00 | | | MATTER NAME: Unsecured Creditors Issues/Meetings/Communications<br>1 RETURN PHONE INQUIRIES PERTAINING TO GM CHAPTER 11 FILING, ASSET SALE, ETC. |
| | $355.00 | 09/09/09 | Wed | 0.50 | 0.50 | 177.50 | | | MATTER NAME: DIP Financing / Cash Collateral<br>1 REVISE ANNEX A OF EQUITY PLEDGE AGREEMENT (WIND-DOWN FACILITY). |
| | $355.00 | 09/10/09 | Thu | 0.30 | 0.30 | 106.50 | | | MATTER NAME: DIP Financing / Cash Collateral<br>1 REVISE ANNEX A TO EQUITY PLEDGE AGREEMENT (WIND-DOWN FACILITY). |
| | $355.00 | 09/14/09 | Mon | 2.30 | 2.30 | 816.50 | | | MATTER NAME: Other asset sales<br>1 REVIEW SELECTED PORTIONS OF GM LIEN ABSTRACT AND UNSECURED CREDITORS COMMITTEES FOR DE MINIMIS ASSETS ORDER. |
| | $355.00 | 09/15/09 | Tue | 2.10 | 2.10 | 745.50 | | | MATTER NAME: Schedules/Statement of Financial Affairs<br>1 REVIEW SCHEDULES OF GM'S PRE-UST SENIOR SECURED DEBT FACILITIES AND MEETING WITH R. BERKOVICH AND L. LAKEN |
| | $355.00 | 09/15/09 | Tue | 1.00 | 1.00 | 355.00 | | | MATTER NAME: Other asset sales<br>1 WORK IN CONNECTION WITH IMPLEMENTATION OF PROCESS FOR RELEASING LIENS PERMITTED TO BE SOLD PURSUANT TO THE DE-MINIMIS ASSETS ORDER |
| | $355.00 | 09/25/09 | Fri | 1.50 | 1.50 | 532.50 | 1.00<br><br>0.50 | | MATTER NAME: DIP Financing / Cash Collateral<br>1 COORDINATE UNSECURED CREDITORS' COMMITTEE'S REVIEW OF SECOND AMENDMENT TO WIND-DOWN CREDIT FACILITY AND FIRST AMENDMENT TO EQUITY PLEDGE AGREEMENT (WIND-DOWN) (1.0);<br>2 COORDINATE EXECUTION OF SECOND AMENDMENT TO WIND-DOWN CREDIT FACILITY AND FIRST AMENDMENT TO EQUITY PLEDGE AGREEMENT (WIND-DOWN) (.5). |
| | $355.00 | 09/25/09 | Fri | 2.80 | 2.80 | 994.00 | 1.90<br><br>0.90 | | MATTER NAME: Corporate/Securities<br>1 PREPARE AND COORDINATE LIEN RELEASE DOCUMENTATION FOR 11 NON-WHOLLY OWNED DEALERSHIPS (1.9);<br>2 MEETINGS AND EMAIL CORRESPONDENCE WITH U.S. TRUSTEE AND COUNSEL TO EXPORT DEVELOPMENT CANADA RE: LIEN RELEASE DOCUMENTATION (.9). |
| | NUMBER OF ENTRIES: | | 9 | | 11.10 | 3,940.50 | | | |

EXHIBIT B

TASKS PRE-DATING FEE APPLICATION PERIOD

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | MATTER NAME: Corporate/Securities |
| 3331 Berkovich, R | $630.00 | 09/01/09 | Tue | 0.30 | 0.30 | 189.00 | 0.10 | 1 CONFER WITH G. VELLO RE: MOTION RE: INDUSTRIAL REVENUE BOND BONDS, REVIEW DOCUMENTS RE: SAME (.1); |
| | | | | | | | 0.20 | 2 EMAIL D. METTE RE: SAME (.2). |
| | | NUMBER OF ENTRIES: | 1 | | 0.30 | 189.00 | | |
| | | | | | | | | MATTER NAME: Corporate/Securities |
| 1495 Deshpande, P | $765.00 | 09/03/09 | Thu | 0.50 | 0.50 | 382.50 | 0.20 | 1 REVIEW EMAILS (.2); |
| | | | | | | | 0.30 | 2 REVIEW PENNY'S CHANGES TO SECURITY DOCUMENT (.3). |
| | | NUMBER OF ENTRIES: | 1 | | 0.50 | 382.50 | | |
| | | | | | | | | MATTER NAME: Tax Issues |
| 3628 Goodman, M | $580.00 | 09/01/09 | Tue | 0.40 | 0.40 | 232.00 | | 1 MARK UP PROPERTY TAX FREQUENTLY ASKED QUESTIONS |
| | | NUMBER OF ENTRIES: | 1 | | 0.40 | 232.00 | | |
| | | | | | | | | MATTER NAME: Europe |
| 6928 Hannotin, G | $175.00 | 09/07/09 | Mon | 7.00 | 7.00 | 1,225.00 | | 1 LEGAL RESEARCH FOR A. NOURY ON THE LIABILITY OF THE MOTHER COMPANY AND OF THE DIRECTOR IN CASE OF THE DISTRIBUTION OF AN EXCEPTIONAL DIVIDEND. |
| | | NUMBER OF ENTRIES: | 1 | | 7.00 | 1,225.00 | | |
| | | | | | | | | MATTER NAME: Bar Date Motion and Claims Reconciliation Issues |
| 0080 Karotkin, S | $950.00 | 09/10/09 | Thu | 2.80 | 2.80 | 2,660.00 | | 1 CONFERENCE AND OBJECTION TO BAR DATE OBJECTION |
| | | | | | | | | MATTER NAME: WG&M Retention/Billing/Fee Applications |
| | $950.00 | 09/12/09 | Sat | 0.40 | 0.40 | 380.00 | | 1 REVIEW FEE EXAMINER STIPULATION |
| | | | | | | | | MATTER NAME: Bar Date Motion and Claims Reconciliation Issues |
| | $950.00 | 09/12/09 | Sat | 0.70 | 0.70 | 665.00 | | 1 REVIEW AND REVISE PROPOSED BAR DATE ORDER |
| | | | | | | | | MATTER NAME: Hearings and Court Matters |
| | $950.00 | 09/13/09 | Sun | 0.80 | 0.80 | 760.00 | | 1 PREPARE FOR COURT HEARING |
| | | | | | | | | MATTER NAME: Bar Date Motion and Claims Reconciliation Issues |
| | $950.00 | 09/15/09 | Tue | 1.40 | 1.40 | 1,330.00 | | 1 FINALIZE PROPOSED BAR DATE ORDER |

EXHIBIT B

TASKS PRE-DATING FEE APPLICATION PERIOD

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 0080 Karotkin, S | $950.00 | 09/15/09 | Tue | 0.80 | 0.80 | 760.00 | | | *MATTER NAME: Plan of Reorganization/Plan Confirmation* <br> 1 TELEPHONE CONFERENCE WITH T. STENGER RE: PLAN ISSUES |
| | $950.00 | 09/15/09 | Tue | 0.80 | 0.80 | 760.00 | | | *MATTER NAME: Environmental Issues* <br> 1 REVIEW MEMORANDA RE: ENVIRONMENTAL ISSUES |
| | $950.00 | 09/22/09 | Tue | 0.30 | 0.30 | 285.00 | | | *MATTER NAME: Bar Date Motion and Claims Reconciliation Issues* <br> 1 TELEPHONE CONFERENCE WITH T. STENGER RE: CLAIMS ISSUES |
| | $950.00 | 09/22/09 | Tue | 0.50 | 0.50 | 475.00 | 0.10 <br> 0.40 | 1 <br> 2 | *MATTER NAME: Bar Date Motion and Claims Reconciliation Issues* <br> CONFERENCE WITH H. MILLER RE: ASBESTOS CLAIMS ISSUES AND PENDING MATTERS (.1); <br> REVIEW SAME (.4) |
| | $950.00 | 09/22/09 | Tue | 0.40 | 0.40 | 380.00 | | | *MATTER NAME: Plan of Reorganization/Plan Confirmation* <br> 1 TELEPHONE CONFERENCE WITH T. MAYER RE: PLAN ISSUES |
| | $950.00 | 09/22/09 | Tue | 0.70 | 0.70 | 665.00 | 0.20 <br> 0.50 | 1 <br> 2 | *MATTER NAME: Environmental Issues* <br> CONFERENCE M. MEISES RE: ENVIRONMENTAL ISSUES (.2); <br> REVISE MEMORANDA TO ALIXPARTNERS RE: SAME (.5) |
| | $950.00 | 09/22/09 | Tue | 0.50 | 0.50 | 475.00 | | | *MATTER NAME: Environmental Issues* <br> 1 REVIEW ENVIRONMENTAL ISSUES |
| | | NUMBER OF ENTRIES: | 12 | | 10.10 | 9,595.00 | | | |
| 6622 Lynch, M | $160.00 | 08/25/09 | Tue | 0.70 | 0.70 | 112.00 | | | *MATTER NAME: Unsecured Creditors Issues/Meetings/Communications* <br> 1 ATTEND TO CALL LOG |
| | | NUMBER OF ENTRIES: | 1 | | 0.70 | 112.00 | | | |
| 3565 Nagar, R | $640.00 | 09/15/09 | Tue | 1.60 | 1.60 | 1,024.00 | 0.70 <br> 0.40 <br> 0.10 <br> 0.40 | 1 <br> 2 <br> 3 <br> 4 | *MATTER NAME: Corporate/Securities* <br> REVIEW HILCO AUCTION AGREEMENT (.7); <br> CONFER WITH M. BERGMAN AND S. DEVANEY RE: UNSECURED CREDITORS COMMITTEE RELEASE ISSUES (.4); <br> CORRESPONDENCE WITH R. BERKOVICH RE: UNSECURED CREDITORS COMMITTEE SEARCHES (.1); <br> CONFER WITH R. BERKOVICH, M. BERGMAN AND S. DEVANEY RE: UNSECURED CREDITORS COMMITTEE SEARCHES AND ASSET SALES (.4). |

EXHIBIT B

TASKS PRE-DATING FEE APPLICATION PERIOD

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | MATTER NAME: Corporate/Securities |
| 3565 Nagar, R | $640.00 | 09/16/09 | Wed | 2.50 | 2.50 | 1,600.00 | 2.00 | 1 REVIEW UNSECURED CREDITORS COMMITTEE LIEN SEARCHES (2.0); |
| | | | | | | | 0.20 | 2 CORRESPONDENCE WITH R. BERKOVICH RE: UNSECURED CREDITORS COMMITTEE SEARCHES (.2); |
| | | | | | | | 0.10 | 3 CORRESPONDENCE WITH M. BERGMAN RE: UNSECURED CREDITORS COMMITTEE LIEN ISSUE (.1); |
| | | | | | | | 0.20 | 4 ATTEND TO UK BLOCKED ACCOUNT ISSUE (.2). |
| | NUMBER OF ENTRIES: | | 2 | | 4.10 | 2,624.00 | | |
| | | | | | | | | MATTER NAME: Europe |
| 1531 Noury, A | $525.00 | 09/03/09 | Thu | 2.20 | 2.20 | 1,155.00 | | 1 ANALYZE THE DOCUMENTS WITH RESPECT TO THE RESTRUCTURING OF GM STRASBOURG AND DRAFT EMAIL TO P. DRUON FOR THE WGM US OFFICE RELATING TO SUCH TRANSACTION AND MEMORANDA ON DIRECTORS LIABILITIES IN FRENCH PROCEEDINGS. |
| | | | | | | | | MATTER NAME: Europe |
| | $525.00 | 09/04/09 | Fri | 7.00 | 7.00 | 3,675.00 | | 1 MEMORANDA ON DIRECTORS' LIABILITY UNDER FRENCH INSOLVENCY LAW - RESEARCH ON THE DISTRIBUTION OF DIVIDENDS |
| | | | | | | | | MATTER NAME: Europe |
| | $525.00 | 09/07/09 | Mon | 2.20 | 2.20 | 1,155.00 | | 1 RESEARCH ON THE DISTRIBUTION OF DIVIDENDS. |
| | | | | | | | | MATTER NAME: Europe |
| | $525.00 | 09/08/09 | Tue | 4.50 | 4.50 | 2,362.50 | | 1 RESEARCH THE DISTRIBUTION OF DIVIDENDS AND |
| | | | | | | | | 2 MEETING WITH R. MCNEEL, G. CANTU, S. JENKINS AND S. ESQUIVA HESSE |
| | NUMBER OF ENTRIES: | | 4 | | 15.90 | 8,347.50 | | |
| | | | | | | | | MATTER NAME: Canada |
| 1114 Pais, H | $465.00 | 09/28/09 | Mon | 0.50 | 0.50 | 232.50 | | 1 REVIEW EXPORT DEVELOPMENT CANADA SUBSCRIPTION DOCUMENTS AND RESPOND TO RELATED QUESTIONS |
| | NUMBER OF ENTRIES: | | 1 | | 0.50 | 232.50 | | |
| | | | | | | | | MATTER NAME: 363 Transaction (MPA, sale of subst all assets) |
| 0663 Smolinsky, J | $825.00 | 09/08/09 | Tue | 1.20 | 1.20 | 990.00 | | 1 ADDRESS QUESTIONS FOR R. BERKOVICH, D. BERZ AND M. RIDEN RE: ASSUMED LIABILITIES AND FREQUENTLY ASKED QUESTIONS. |
| | NUMBER OF ENTRIES: | | 1 | | 1.20 | 990.00 | | |

EXHIBIT B PAGE 5 of 7

EXHIBIT B

TASKS PRE-DATING FEE APPLICATION PERIOD

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Total | | | | 52.10 | $27,928.50 | | |
| Number of Entries: | 35 | | | | | | |

EXHIBIT B

TASKS PRE-DATING FEE APPLICATION PERIOD

Weil, Gotshal & Manges

| TIMEKEEPER NAME | INITIALS | HOURS | RATE | FEES |
|---|---|---|---|---|
| Barahona, P | 5866 | 0.30 | $195.00 | 58.50 |
| Bergman, M | 5327 | 11.10 | $355.00 | 3,940.50 |
| Berkovich, R | 3331 | 0.30 | $630.00 | 189.00 |
| Deshpande, P | 1495 | 0.50 | $765.00 | 382.50 |
| Goodman, M | 3628 | 0.40 | $580.00 | 232.00 |
| Hannotin, G | 6928 | 7.00 | $175.00 | 1,225.00 |
| Karotkin, S | 0080 | 10.10 | $950.00 | 9,595.00 |
| Lynch, M | 6622 | 0.70 | $160.00 | 112.00 |
| Nagar, R | 3565 | 4.10 | $640.00 | 2,624.00 |
| Noury, A | 1531 | 15.90 | $525.00 | 8,347.50 |
| Pais, H | 1114 | 0.50 | $465.00 | 232.50 |
| Smolinsky, J | 0663 | 1.20 | $825.00 | 990.00 |
|  |  | 52.10 |  | $27,928.50 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| 363 Transaction (MPA,sale of subst all assets) | 1.20 | 990.00 |
| Bar Date Motion and Claims Reconciliation Issues | 5.70 | 5,415.00 |
| Canada | 0.50 | 232.50 |
| Corporate/Securities | 7.70 | 4,189.50 |
| DIP Financing / Cash Collateral | 2.30 | 816.50 |
| Environmental Issues | 2.20 | 1,971.00 |
| Europe | 22.90 | 9,572.50 |
| General Case Strategy | 0.30 | 58.50 |
| Hearings and Court Matters | 0.80 | 760.00 |
| Other asset sales | 3.30 | 1,171.50 |
| Plan of Reorganization/Plan Confirmation | 1.20 | 1,140.00 |
| Schedules/Statement of Financial Affairs | 2.10 | 745.50 |
| Tax Issues | 0.40 | 232.00 |
| Unsecured Creditors Issues/Meetings/Communications | 1.10 | 254.00 |
| WG&M Retention/Billing/Fee Applications | 0.40 | 380.00 |
|  | 52.10 | $27,928.50 |