# EXHIBIT C

(Summary of Hours and Fees by Position and Individual Computed at Standard Rates)

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL
## COMPUTED AT STANDARD RATES
### Weil, Gotshal & Manges

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 0094 | Berz, David R. | PARTNER | $430.00 | $900.00 | 689.50 | $599,413.00 |
| 0080 | Karotkin, Stephen | PARTNER | $475.00 | $990.00 | 322.90 | $301,103.00 |
| 0663 | Smolinsky, Joseph H. | PARTNER | $450.00 | $900.00 | 321.20 | $270,255.00 |
| 0458 | Beagles, Vance L. | PARTNER | $790.00 | $845.00 | 147.30 | $121,042.00 |
| 0020 | Miller, Harvey R. | PARTNER | $950.00 | $990.00 | 125.90 | $119,897.00 |
| 0069 | Warren, Irwin H. | PARTNER | $950.00 | $990.00 | 78.40 | $74,556.00 |
| 0196 | Goldring, Stuart J. | PARTNER | $900.00 | $990.00 | 78.10 | $71,829.00 |
| 0539 | Osterman, Jeffrey D. | PARTNER | $790.00 | $845.00 | 67.90 | $53,844.50 |
| 0617 | Zambrano, Angela C. | PARTNER | $725.00 | $780.00 | 60.10 | $44,848.50 |
| 0494 | Grauke, Stephan K. | PARTNER | $805.00 | $805.00 | 44.30 | $35,661.50 |
| 0139 | Gietz, Raymond O. | PARTNER | $450.00 | $990.00 | 39.50 | $33,840.00 |
| 0212 | Hird, David B. | PARTNER | $790.00 | $845.00 | 32.40 | $25,662.00 |
| 0534 | Druon, Philippe | PARTNER | $910.00 | $945.00 | 27.40 | $25,403.00 |
| 3331 | Berkovich, Ronit J. | PARTNER | $725.00 | $725.00 | 29.00 | $21,025.00 |
| 0580 | Bernstein, Steven K. | PARTNER | $865.00 | $865.00 | 22.30 | $19,289.50 |
| 0246 | Guy, Ray T. | PARTNER | $850.00 | $885.00 | 21.70 | $18,728.50 |
| 0496 | Boerst, Juergen | PARTNER | $805.00 | $805.00 | 21.60 | $17,388.00 |
| 0567 | Neuwirth, John A. | PARTNER | $760.00 | $760.00 | 21.90 | $16,644.00 |
| 0397 | Dixon, Catherine T. | PARTNER | $950.00 | $990.00 | 15.40 | $14,814.00 |
| 0284 | Gregory, Holly J. | PARTNER | $810.00 | $885.00 | 16.60 | $14,526.00 |
| 0163 | Kam, Michael K. | PARTNER | $875.00 | $900.00 | 11.10 | $9,737.50 |
| 0388 | Zalenski, Walter E. | PARTNER | $790.00 | $790.00 | 11.10 | $8,769.00 |
| 0396 | Bahlke, Conrad G. | PARTNER | $790.00 | $790.00 | 4.70 | $3,713.00 |
| 0225 | Mette, Daniel J. | PARTNER | $825.00 | $825.00 | 4.30 | $3,547.50 |
| 0061 | McCaffrey, Carlyn S. | PARTNER | $950.00 | $950.00 | 2.30 | $2,185.00 |
| 0608 | Daudier de Cassini, Jean-Dominique | PARTNER | $945.00 | $945.00 | 1.80 | $1,701.00 |
| 0587 | Grauke, Britta | PARTNER | $835.00 | $835.00 | 2.00 | $1,670.00 |
| 0114 | Messineo, Robert L. | PARTNER | $925.00 | $925.00 | 1.30 | $1,202.50 |
| 0064 | Gold, Simeon | PARTNER | $925.00 | $925.00 | 1.30 | $1,202.50 |
| 0318 | Francies, Mike | PARTNER | $1,000.00 | $1,000.00 | 1.10 | $1,100.00 |
| 0561 | Albanese, Anthony J. | PARTNER | $760.00 | $760.00 | 1.40 | $1,064.00 |
| 0552 | Cole, James | PARTNER | $1,000.00 | $1,000.00 | 1.00 | $1,000.00 |

# EXHIBIT C
## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL
## COMPUTED AT STANDARD RATES
### Weil, Gotshal & Manges

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 0427 | Chandler, Todd R. | PARTNER | $790.00 | $790.00 | 1.20 | $948.00 |
| 0596 | Himelfarb, P. J. | PARTNER | $725.00 | $780.00 | 1.10 | $825.00 |
| 0483 | Kirschner, Elyse G. | PARTNER | $740.00 | $740.00 | 1.10 | $814.00 |
| 0123 | Green, Frederick S. | PARTNER | $950.00 | $950.00 | 0.80 | $760.00 |
| 0060 | Krasnow, Richard P. | PARTNER | $950.00 | $990.00 | 0.70 | $681.00 |
| 0406 | Blanchard, Kimberly S. | PARTNER | $900.00 | $900.00 | 0.40 | $360.00 |
| 0070 | Waksman, Ted S. | PARTNER | $925.00 | $925.00 | 0.30 | $277.50 |
| 0306 | Dicker, Howard B. | PARTNER | $850.00 | $850.00 | 0.30 | $255.00 |
| | No. of Billers for Position: 40 | Blended Rate for Position: | $869.61 | | 2,232.70 | $1,941,582.00 |
| | | | | % of Total: | 19.22% | % of Total: 32.89% |
| 0487 | Meises, Michele J. | COUNSEL | $650.00 | $700.00 | 589.20 | $390,600.00 |
| 0337 | Baer, Lawrence J. | COUNSEL | $700.00 | $720.00 | 15.70 | $11,010.00 |
| 0607 | Hull, Gregory D. | COUNSEL | $670.00 | $670.00 | 0.20 | $134.00 |
| 3520 | O'Toole, Jr., P. | COUNSEL | $650.00 | $650.00 | 0.20 | $130.00 |
| | No. of Billers for Position: 4 | Blended Rate for Position: | $663.93 | | 605.30 | $401,874.00 |
| | | | | % of Total: | 5.21% | % of Total: 6.81% |
| 1669 | Lederman, Evan S. | ASSOCIATE | $500.00 | $595.00 | 677.60 | $347,920.00 |
| 5334 | Brooks, Russell | ASSOCIATE | $227.50 | $455.00 | 741.50 | $284,358.75 |
| 1200 | Falabella, Pablo | ASSOCIATE | $415.00 | $515.00 | 616.40 | $264,886.00 |
| 5560 | Benfield, Brianna N. | ASSOCIATE | $177.50 | $455.00 | 483.10 | $180,543.00 |
| 1448 | Goslin, Thomas D. | ASSOCIATE | $500.00 | $595.00 | 321.40 | $169,069.50 |
| 4218 | Morton, Matthew D. | ASSOCIATE | $580.00 | $665.00 | 276.20 | $168,254.00 |
| 3331 | Berkovich, Ronit J. | ASSOCIATE | $315.00 | $630.00 | 220.20 | $138,253.50 |
| 5318 | Arons, Andrew | ASSOCIATE | $355.00 | $455.00 | 286.20 | $104,601.00 |
| 4148 | Allen, Margaret H. | ASSOCIATE | $540.00 | $630.00 | 173.70 | $102,618.00 |
| 4158 | Dummer, David W. | ASSOCIATE | $640.00 | $695.00 | 127.30 | $83,017.50 |
| 1648 | Laken, Lacey | ASSOCIATE | $415.00 | $515.00 | 193.60 | $82,484.00 |
| 2152 | Smith, Leslie S. | ASSOCIATE | $640.00 | $695.00 | 113.00 | $73,420.00 |
| 1461 | Petherbridge, Vaughan | ASSOCIATE | $580.00 | $665.00 | 118.30 | $69,005.00 |

## EXHIBIT C
### SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL
### COMPUTED AT STANDARD RATES
### Weil, Gotshal & Manges

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 3628 | Goodman, Max A. | ASSOCIATE | $580.00 | $665.00 | 113.20 | $68,410.00 |
| 4684 | Wine, Jennifer L. | ASSOCIATE | $232.50 | $550.00 | 140.60 | $65,494.50 |
| 2947 | Amsel, Joshua S. | ASSOCIATE | $640.00 | $640.00 | 100.30 | $64,192.00 |
| 1455 | Pae, Joonbeom | ASSOCIATE | $415.00 | $515.00 | 146.60 | $61,479.00 |
| 3682 | Eckols, Erin D. | ASSOCIATE | $580.00 | $665.00 | 85.60 | $52,172.50 |
| 1531 | Noury, Anne-Sophie | ASSOCIATE | $525.00 | $615.00 | 89.20 | $48,702.00 |
| 1535 | Christensen, Evert J. | ASSOCIATE | $415.00 | $415.00 | 103.10 | $42,786.50 |
| 5391 | O'Connor, John T. | ASSOCIATE | $415.00 | $515.00 | 92.40 | $39,936.00 |
| 1239 | Spizzichino, Lionel | ASSOCIATE | $690.00 | $700.00 | 55.50 | $38,595.00 |
| 5202 | Decker, Sarah M. | ASSOCIATE | $465.00 | $550.00 | 79.10 | $37,308.50 |
| 2966 | Hahn, Arlene A. | ASSOCIATE | $640.00 | $695.00 | 55.90 | $36,117.00 |
| 5460 | Hatcher, R. Todd T. | ASSOCIATE | $355.00 | $455.00 | 83.20 | $30,676.00 |
| 1285 | Mapes, Justin G. | ASSOCIATE | $580.00 | $665.00 | 52.30 | $30,512.50 |
| 5171 | Rosen, Marc B. | ASSOCIATE | $465.00 | $550.00 | 61.10 | $29,397.50 |
| 1204 | Godhard, Peter | ASSOCIATE | $465.00 | $550.00 | 54.80 | $26,009.00 |
| 3148 | Gandhi, Ashish D. | ASSOCIATE | $630.00 | $630.00 | 37.30 | $23,499.00 |
| 1193 | Bronder, Vigdis | ASSOCIATE | $415.00 | $515.00 | 54.20 | $23,053.00 |
| 1257 | Stewart, Benjamin L. | ASSOCIATE | $500.00 | $595.00 | 39.50 | $20,491.00 |
| 3799 | Empting, Tobias | ASSOCIATE | $420.00 | $420.00 | 46.20 | $19,404.00 |
| 3282 | Auchterlonie, Sarah J. | ASSOCIATE | $610.00 | $685.00 | 28.20 | $19,122.00 |
| 3190 | Delaney, Edwin M. | ASSOCIATE | $540.00 | $540.00 | 33.60 | $18,144.00 |
| 1559 | Yates, Erin K. | ASSOCIATE | $355.00 | $455.00 | 45.90 | $17,724.50 |
| 1409 | Kohl, Michael | ASSOCIATE | $630.00 | $655.00 | 25.50 | $16,077.50 |
| 1100 | Burns, Gregory C. | ASSOCIATE | $465.00 | $550.00 | 28.70 | $13,609.00 |
| 2198 | Parker, Christopher M. | ASSOCIATE | $695.00 | $695.00 | 18.20 | $12,649.00 |
| 1336 | Fortin, Isabelle | ASSOCIATE | $580.00 | $630.00 | 18.60 | $11,568.00 |
| 1308 | Schroeder, Friederike | ASSOCIATE | $385.00 | $400.00 | 29.80 | $11,476.00 |
| 1467 | Shiffman, Jonathan | ASSOCIATE | $640.00 | $640.00 | 17.90 | $11,456.00 |
| 5355 | Esposito, Michael J. | ASSOCIATE | $355.00 | $455.00 | 28.70 | $10,258.50 |
| 5476 | Kulawik, Tomasz | ASSOCIATE | $355.00 | $455.00 | 27.30 | $9,851.50 |
| 1367 | Perheentupa, Ilkka I. | ASSOCIATE | $580.00 | $580.00 | 15.30 | $8,874.00 |
| 5327 | Bergman, Matthew D. | ASSOCIATE | $355.00 | $355.00 | 22.10 | $7,845.50 |

## Exhibit C
### SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL
### COMPUTED AT STANDARD RATES
### Weil, Gotshal & Manges

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 5280 | Hines, Nichole | ASSOCIATE | $415.00 | $415.00 | 15.70 | $6,515.50 |
| 1622 | Bruck, Rolf | ASSOCIATE | $350.00 | $350.00 | 18.20 | $6,370.00 |
| 5274 | Forlenza, Justin | ASSOCIATE | $415.00 | $515.00 | 14.90 | $6,363.50 |
| 5123 | Cutting, Dionne | ASSOCIATE | $415.00 | $515.00 | 14.40 | $6,046.00 |
| 1146 | Blanchard, Aimee N. | ASSOCIATE | $500.00 | $500.00 | 11.30 | $5,650.00 |
| 5484 | Lottmann, Annelies | ASSOCIATE | $355.00 | $355.00 | 14.90 | $5,289.50 |
| 1110 | Heyliger, Adelaja K. | ASSOCIATE | $580.00 | $665.00 | 8.00 | $4,810.00 |
| 5133 | Grabill, Jeremy T. | ASSOCIATE | $465.00 | $465.00 | 9.60 | $4,464.00 |
| 5673 | Rosen, Chelsea | ASSOCIATE | $395.00 | $395.00 | 10.20 | $4,029.00 |
| 5542 | Yung, Kevin | ASSOCIATE | $355.00 | $355.00 | 11.10 | $3,940.50 |
| 1190 | Biernacki, Jakub | ASSOCIATE | $415.00 | $515.00 | 9.20 | $3,838.00 |
| 5501 | Pearson, Tashanna B. | ASSOCIATE | $355.00 | $355.00 | 9.50 | $3,372.50 |
| 1591 | Koch, Eberhard | ASSOCIATE | $400.00 | $400.00 | 8.30 | $3,320.00 |
| 5688 | Evans, Christopher L. | ASSOCIATE | $355.00 | $355.00 | 8.70 | $3,088.50 |
| 3565 | Nagar, Roshelle A. | ASSOCIATE | $640.00 | $640.00 | 4.10 | $2,624.00 |
| 4056 | Morneau, Jeff M. | ASSOCIATE | $540.00 | $630.00 | 4.30 | $2,340.00 |
| 3793 | Kotcher, Liani G. | ASSOCIATE | $540.00 | $540.00 | 4.00 | $2,160.00 |
| 4145 | Ruegenberg, Guido | ASSOCIATE | $525.00 | $525.00 | 4.10 | $2,152.50 |
| 1441 | Kim, Hyun K. | ASSOCIATE | $540.00 | $540.00 | 3.70 | $1,998.00 |
| 5481 | Levy, Zohar R. | ASSOCIATE | $355.00 | $355.00 | 5.10 | $1,810.50 |
| 1626 | Nelsen, Jennifer M. | ASSOCIATE | $515.00 | $515.00 | 2.80 | $1,442.00 |
| 2069 | Parenti, Meredith | ASSOCIATE | $695.00 | $695.00 | 1.70 | $1,181.50 |
| 2628 | Burshtine, Ram | ASSOCIATE | $640.00 | $640.00 | 1.60 | $1,024.00 |
| 1569 | Gelfand, Joshua S. | ASSOCIATE | $355.00 | $355.00 | 2.50 | $887.50 |
| 3327 | Buchwaldt, Konrad V. | ASSOCIATE | $525.00 | $525.00 | 1.10 | $577.50 |
| 4135 | Heller, Amy E. | ASSOCIATE | $610.00 | $610.00 | 0.70 | $427.00 |
| 1495 | Deshpande, Pia A. | ASSOCIATE | $765.00 | $765.00 | 0.50 | $382.50 |
| 5305 | Pruzansky, Jason | ASSOCIATE | $415.00 | $415.00 | 0.70 | $290.50 |
| 1114 | Pais, Harsh | ASSOCIATE | $465.00 | $465.00 | 0.50 | $232.50 |
| 5118 | Coelho, Sara | ASSOCIATE | $550.00 | $550.00 | 0.40 | $220.00 |
| 4270 | Gilbane, Eleanor H. | ASSOCIATE | $695.00 | $695.00 | 0.30 | $208.50 |
| 1538 | Hawkins, Eric C. | ASSOCIATE | $415.00 | $415.00 | 0.10 | $41.50 |

## EXHIBIT C
## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL
## COMPUTED AT STANDARD RATES
### Weil, Gotshal & Manges

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 1539 | Horwitz, Maurice | ASSOCIATE | $415.00 | $415.00 | 0.10 | $41.50 |
| 5525 | Spritz, Matthew M. | ASSOCIATE | $355.00 | $355.00 | 0.10 | $35.50 |
| | No. of Billers for Position: 79 | Blended Rate for Position: | $483.09 | | 6,380.80 | $3,082,494.75 |
| | | | | % of Total: | 54.92% | % of Total: 52.21% |
| 5673 | Rosen, Chelsea | LAW CLERK | $225.00 | $225.00 | 159.60 | $35,910.00 |
| 6905 | Klemm, Mira | LAW CLERK | $175.00 | $175.00 | 62.70 | $10,972.50 |
| 6968 | Menez, Benoit | LAW CLERK | $175.00 | $175.00 | 32.00 | $5,600.00 |
| 6928 | Hannotin, Gabriel | LAW CLERK | $175.00 | $175.00 | 31.00 | $5,425.00 |
| 6998 | Brogi, Alice | LAW CLERK | $180.00 | $180.00 | 15.00 | $2,700.00 |
| 6903 | de Maussion, Jean-Baptiste | LAW CLERK | $175.00 | $175.00 | 7.00 | $1,225.00 |
| 7008 | Rapp, Alexis | LAW CLERK | $180.00 | $180.00 | 3.00 | $540.00 |
| | No. of Billers for Position: 7 | Blended Rate for Position: | $201.01 | | 310.30 | $62,372.50 |
| | | | | % of Total: | 2.67% | % of Total: 1.06% |
| 6558 | Rodriguez, Ilusion | LEGAL ASSISTANT | $180.00 | $200.00 | 561.70 | $103,142.00 |
| 7374 | Hausman, Jeffrie | LEGAL ASSISTANT | $230.00 | $260.00 | 162.80 | $38,608.00 |
| 7193 | Schell, Peter | LEGAL ASSISTANT | $205.00 | $225.00 | 147.00 | $30,325.00 |
| 6753 | Shrestha, Christine | LEGAL ASSISTANT | $245.00 | $275.00 | 106.30 | $26,673.50 |
| 7331 | George, Camille A. | LEGAL ASSISTANT | $210.00 | $240.00 | 117.20 | $25,356.00 |
| 6617 | Jones, Peggy | LEGAL ASSISTANT | $230.00 | $260.00 | 86.80 | $20,384.00 |
| 6894 | Shapiro, Rachel | LEGAL ASSISTANT | $160.00 | $160.00 | 100.90 | $16,144.00 |
| 6746 | Lee, Kathleen | LEGAL ASSISTANT | $245.00 | $275.00 | 64.70 | $16,127.50 |
| 7364 | Mehta, Mona V. | LEGAL ASSISTANT | $160.00 | $180.00 | 82.50 | $13,490.00 |
| 6898 | Perkari, Harish | LEGAL ASSISTANT | $170.00 | $190.00 | 73.10 | $12,627.00 |
| 6718 | Prindle, Kaitlin C. | LEGAL ASSISTANT | $180.00 | $200.00 | 61.10 | $11,310.00 |
| 6563 | Maravilla, Mel C. | LEGAL ASSISTANT | $200.00 | $225.00 | 51.10 | $10,430.00 |
| 6685 | Burns, Jo N. | LEGAL ASSISTANT | $230.00 | $260.00 | 25.10 | $6,358.00 |
| 6835 | Siebel, Peter A. | LEGAL ASSISTANT | $210.00 | $210.00 | 26.80 | $5,628.00 |
| 6839 | Phillips, Lesley | LEGAL ASSISTANT | $210.00 | $210.00 | 25.90 | $5,439.00 |
| 7243 | Flinn, Deborah C. | LEGAL ASSISTANT | $210.00 | $240.00 | 24.20 | $5,232.00 |

EXHIBIT C

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL
## COMPUTED AT STANDARD RATES
### Weil, Gotshal & Manges

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 5065 | Fuller, Deidre E. | LEGAL ASSISTANT | $230.00 | $260.00 | 20.10 | $4,857.00 |
| 8840 | Oh, Doe Y. | LEGAL ASSISTANT | $195.00 | $215.00 | 22.30 | $4,444.50 |
| 6687 | Potter, Lougran | LEGAL ASSISTANT | $180.00 | $200.00 | 18.70 | $3,424.00 |
| 7168 | Etienne, Donald | LEGAL ASSISTANT | $90.00 | $160.00 | 18.20 | $2,863.00 |
| 6780 | Cade, Nancy P. | LEGAL ASSISTANT | $210.00 | $250.00 | 12.70 | $2,743.00 |
| 7341 | Kerley, Peggy N. | LEGAL ASSISTANT | $210.00 | $250.00 | 12.10 | $2,641.00 |
| 6472 | Chettri, Anupama | LEGAL ASSISTANT | $180.00 | $200.00 | 13.00 | $2,406.00 |
| 6581 | Viola, Matthew | LEGAL ASSISTANT | $245.00 | $275.00 | 5.20 | $1,286.00 |
| 6927 | Aliseo, Nicole K. | LEGAL ASSISTANT | $160.00 | $180.00 | 7.70 | $1,242.00 |
| 6568 | Jackson, Michael | LEGAL ASSISTANT | $200.00 | $200.00 | 6.20 | $1,240.00 |
| 7471 | Bennett, Victoria A. | LEGAL ASSISTANT | $195.00 | $215.00 | 6.20 | $1,225.00 |
| 6828 | Amponsah, Duke | LEGAL ASSISTANT | $180.00 | $200.00 | 4.90 | $952.00 |
| 6820 | Castillero, Francene S. | LEGAL ASSISTANT | $170.00 | $170.00 | 5.50 | $935.00 |
| 5068 | Leonard, Sarah A. | LEGAL ASSISTANT | $200.00 | $200.00 | 3.70 | $740.00 |
| 5906 | Melson, Elizabeth E. | LEGAL ASSISTANT | $225.00 | $225.00 | 3.20 | $720.00 |
| 4475 | Stewart, LaSonya R. | LEGAL ASSISTANT | $160.00 | $160.00 | 4.40 | $704.00 |
| 8375 | Kimmel, Gregory | LEGAL ASSISTANT | $210.00 | $210.00 | 3.00 | $630.00 |
| 7410 | Kim, Andrew | LEGAL ASSISTANT | $160.00 | $160.00 | 3.80 | $608.00 |
| 6544 | Burke, Catherine D. | LEGAL ASSISTANT | $160.00 | $160.00 | 3.60 | $576.00 |
| 7089 | Washington, Yvonne | LEGAL ASSISTANT | $230.00 | $230.00 | 2.20 | $506.00 |
| 6777 | Bartram, Lyle S. | LEGAL ASSISTANT | $230.00 | $230.00 | 2.10 | $483.00 |
| 6705 | Ellsworth, John A. | LEGAL ASSISTANT | $230.00 | $230.00 | 1.70 | $391.00 |
| 6698 | Koul, Yashomati B. | LEGAL ASSISTANT | $180.00 | $180.00 | 2.00 | $360.00 |
| 6622 | Lynch, Michael R. | LEGAL ASSISTANT | $160.00 | $160.00 | 1.70 | $272.00 |
| 7317 | Matiteyahu, Gillad | LEGAL ASSISTANT | $215.00 | $215.00 | 1.00 | $215.00 |
| 6871 | Chan, Herbert | LEGAL ASSISTANT | $195.00 | $195.00 | 0.70 | $136.50 |
| 7403 | Swaney, Nicole | LEGAL ASSISTANT | $160.00 | $160.00 | 0.60 | $96.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| No. of Billers for Position: 43 | | Blended Rate for Position: | $201.70 | | 1,903.70 | $383,970.00 |
| | | | | % of Total: 16.39% | % of Total: | 6.50% |
| 5035 | Burdette, Leslie A. | MANAG CLERK | $140.00 | $140.00 | 49.90 | $6,986.00 |

# Exhibit C

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL
## COMPUTED AT STANDARD RATES
### Weil, Gotshal & Manges

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 5095 | Bailey, Gregory | MANAG CLERK | $170.00 | $170.00 | 25.90 | $4,403.00 |
| 4912 | Pasion, Luis L. | MANAG CLERK | $140.00 | $140.00 | 28.50 | $3,990.00 |
| | No. of Billers for Position: 3 | Blended Rate for Position: | $147.45 | | 104.30 | $15,379.00 |
| | | | | % of Total: | 0.90% | % of Total: 0.26% |
| 8044 | Robin, Artur | LITIGATION SUPP | $215.00 | $215.00 | 19.30 | $4,149.50 |
| 8050 | Nudelman, Peter | LITIGATION SUPP | $215.00 | $215.00 | 16.00 | $3,440.00 |
| 7689 | Sam, Mili | LITIGATION SUPP | $235.00 | $235.00 | 11.00 | $2,585.00 |
| | No. of Billers for Position: 3 | Blended Rate for Position: | $219.75 | | 46.30 | $10,174.50 |
| | | | | % of Total: | 0.40% | % of Total: 0.17% |
| 8119 | Quarry, Michael | OTHER NON-LEGAL | $215.00 | $215.00 | 6.90 | $1,483.50 |
| 5883 | Hwang, Edith | OTHER NON-LEGAL | $195.00 | $195.00 | 3.70 | $721.50 |
| 5875 | Cruz, Luis | OTHER NON-LEGAL | $135.00 | $135.00 | 3.50 | $472.50 |
| 5888 | Greco, Maximiliano | OTHER NON-LEGAL | $85.00 | $85.00 | 5.20 | $442.00 |
| 6671 | Larangeira, Scott | OTHER NON-LEGAL | $215.00 | $215.00 | 2.00 | $430.00 |
| 7580 | Haiken, Lauren C. | OTHER NON-LEGAL | $210.00 | $210.00 | 2.00 | $420.00 |
| 5016 | Ribaudo, Mark | OTHER NON-LEGAL | $170.00 | $170.00 | 2.10 | $357.00 |
| 5852 | Losick, Merill | OTHER NON-LEGAL | $195.00 | $195.00 | 1.80 | $351.00 |
| 6477 | Scopas, George | OTHER NON-LEGAL | $215.00 | $215.00 | 1.20 | $258.00 |
| 5834 | Fredrick, Frances | OTHER NON-LEGAL | $195.00 | $195.00 | 1.10 | $214.50 |
| 5886 | Bauche, Ellen | OTHER NON-LEGAL | $170.00 | $170.00 | 0.90 | $153.00 |
| 5866 | Barahona, Philip | OTHER NON-LEGAL | $195.00 | $195.00 | 0.70 | $136.50 |
| 9077 | Bettini, Elio | OTHER NON-LEGAL | $125.00 | $125.00 | 1.00 | $125.00 |
| 9797 | DeCoteau, Meshawn | OTHER NON-LEGAL | $235.00 | $235.00 | 0.50 | $117.50 |
| 5869 | Carmant, Marie J. | OTHER NON-LEGAL | $145.00 | $145.00 | 0.80 | $116.00 |
| 9469 | Gaudio, Laura A. | OTHER NON-LEGAL | $145.00 | $145.00 | 0.80 | $116.00 |
| 5894 | McLaughlin, Daniel F. | OTHER NON-LEGAL | $195.00 | $195.00 | 0.50 | $97.50 |
| 6941 | Bollen, MaryAnne | OTHER NON-LEGAL | $215.00 | $215.00 | 0.20 | $43.00 |

# EXHIBIT C

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL
## COMPUTED AT STANDARD RATES
### Weil, Gotshal & Manges

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| | No. of Billers for Position: 18 | Blended Rate for Position: | $173.48 | | 34.90 | $6,054.50 |
| | | | | % of Total: | 0.30% | % of Total: 0.10% |
| | Total No. of Billers: 195 | Blended Rate for Report: | $508.16 | | 11,618.30 | $5,903,901.25 |