# EXHIBIT F

(Nonworking Travel Billed at Half Rate)

NONWORKING TRAVEL BILLED AT > HALF RATE

Weil, Gotshal & Manges

| TIMEKEEPER NAME | HOURS | FEES AT FULL RATE | FEES AT HALF RATE |
|---|---|---|---|
| Berkovich, R | 0.70 | 441.00 | 220.50 |
| Morton, M | 3.30 | 1,914.00 | 957.00 |
|  | 4.00 | $2,355.00 | $1,177.50 |

| MATTER NAME | HOURS | FEES AT FULL RATE | FEES AT HALF RATE |
|---|---|---|---|
| Environmental Issues | 3.30 | 1,914.00 | 957.00 |
| Non-Working Travel | 0.70 | 441.00 | 220.50 |
|  | 4.00 | $2,355.00 | $1,177.50 |

EXHIBIT F
NONWORKING TRAVEL BILLED AT > HALF RATE
Weil, Gotshal & Manges

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | MATTER NAME: Non-Working Travel |
| 11/20/09 Fri | Berkovich, R 10400036/1246 | 0.70 | 0.70 | 441.00 | | | 1 | TRAVEL TO COURT FOR NOVA SCOTIA HEARING. |
| | | | | | | | | MATTER NAME: Environmental Issues |
| 12/03/09 Thu | Morton, M 10400035/222 | 13.20 | 3.30 | 1,914.00 | 7.50 | W | 1 | CONDUCT AND |
| | | | | | 3.30 | W | 2 | TRAVEL FROM MASSENA, NY REGULATORY AUTHORITY SITE TOUR (10.8); |
| | | | | | 2.40 | F | 3 | REVIEW FILE DOCUMENTS (2.4). |

Total
Number of Entries:    2

|  |  |
|---|---|
| 4.00 | $2,355.00 |

~ See the last page of exhibit for explanation

EXHIBIT F
NONWORKING TRAVEL BILLED AT > HALF RATE

Weil, Gotshal & Manges

### SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES AT FULL RATE | FEES AT HALF RATE |
|---|---|---|---|
| Berkovich, R | 0.70 | 441.00 | 220.50 |
| Morton, M | 3.30 | 1,914.00 | 957.00 |
| | 4.00 | $2,355.00 | $1,177.50 |

### SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES AT FULL RATE | FEES AT HALF RATE |
|---|---|---|---|
| Environmental Issues | 3.30 | 1,914.00 | 957.00 |
| Non-Working Travel | 0.70 | 441.00 | 220.50 |
| | 4.00 | $2,355.00 | $1,177.50 |

(~) REASONS FOR TASK HOUR ASSIGNMENTS

F   FINAL BILL
W   Additional information provided by Weil Gotshal