# EXHIBIT H

## (Clerical/Administrative)

EXHIBIT H

CLERICAL/ADMINISTRATIVE

Weil, Gotshal & Manges

| TIMEKEEPER NAME | INITIALS | HOURS | RATE | FEES |
|---|---|---|---|---|
| Amponsah, D | 6828 | 1.40 | $180.00 | 252.00 |
| Etienne, D | 7168 | 0.70 | $90.00 | 63.00 |
|  |  | 15.10 | $160.00 | 2,416.00 |
| Leonard, S | 5068 | 0.50 | $200.00 | 100.00 |
| Pasion, L | 4912 | 23.00 | $140.00 | 3,220.00 |
| Prindle, K | 6718 | 0.70 | $180.00 | 126.00 |
| Rodriguez, I | 6558 | 2.00 | $180.00 | 360.00 |
| Shrestha, C | 6753 | 0.70 | $275.00 | 192.50 |
| Siebel, P | 6835 | 1.30 | $210.00 | 273.00 |
|  |  | 45.40 |  | $7,002.50 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| 363 Transaction (MPA,sale of subst all assets) | 21.00 | 2,940.00 |
| Adversary Proceedings | 1.30 | 273.00 |
| Case Administration | 5.70 | 892.00 |
| Corporate Governance | 0.70 | 192.50 |
| Hearings and Court Matters | 16.00 | 2,642.00 |
| Non-Working Travel | 0.70 | 63.00 |
|  | 45.40 | $7,002.50 |

EXHIBIT H

CLERICAL/ADMINISTRATIVE

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 6828 Amponsah, D | $180.00 | 10/05/09 | Mon | 1.40 | 1.40 | 252.00 | | MATTER NAME: Hearings and Court Matters<br>1 DELIVER HEARING BINDERS TO CHAMBERS |
| | NUMBER OF ENTRIES: | | 1 | | 1.40 | 252.00 | | |
| 7168 Etienne, D | $160.00 | 11/02/09 | Mon | 2.40 | 2.40 | 384.00 | | MATTER NAME: Case Administration<br>1 DELIVER MONTHLY OPERATING REPORT TO JUDGE GERBER AND US TRUSTEE. |
| | $160.00 | 11/12/09 | Thu | 1.20 | 1.20 | 192.00 | | MATTER NAME: Hearings and Court Matters<br>1 ORGANIZE AND DELIVER HEARING BINDER TO JUDGE GERBER |
| | $160.00 | 11/20/09 | Fri | 1.40 | 1.40 | 224.00 | | MATTER NAME: Hearings and Court Matters<br>1 DELIVER HEARING BINDER TO JUDGE GERBER |
| | $160.00 | 11/23/09 | Mon | 2.00 | 1.40 | 224.00 | 0.60<br>1.40 | MATTER NAME: Hearings and Court Matters<br>1 ASSIST I. RODRIGUEZ WITH HEARING BINDER FOR NOVEMBER 24, 2009 FOR JUDGE GERBER FOR DELIVERY (.6);<br>2 DELIVER HEARING BINDER FOR MATTERS SCHEDULE FOR HEARING ON NOVEMBER 24, 2009 TO JUDGE GERBER (1.4). |
| | $160.00 | 11/24/09 | Tue | 1.80 | 1.40 | 224.00 | 0.20<br>0.20<br>1.40 | MATTER NAME: Hearings and Court Matters<br>1 EMAIL EXCHANG WITH I. RODRIGUEZ RE: ORDER TO JUDGE GERBER (.2);<br>2 ASSIST WITH PREPARATION OF NOTICE OF PROPOSED ORDER TO JUDGE GERBER (.2);<br>3 DELIVER NOTICE OF PROPOSED ORDER TO JUDGE GERBER (1.4). |
| | $160.00 | 11/25/09 | Wed | 1.40 | 1.40 | 224.00 | | MATTER NAME: Hearings and Court Matters<br>1 DELIVER NOTICE OF PROPOSE STIPULATION AND ORDER TO JUDGE GERBER |
| | $160.00 | 11/30/09 | Mon | 1.40 | 1.40 | 224.00 | | MATTER NAME: Hearings and Court Matters<br>1 DELIVER HEARING BINDER TO JUDGE GERBER |
| | $160.00 | 12/08/09 | Tue | 2.00 | 1.20 | 192.00 | 0.80<br>1.20 | MATTER NAME: Hearings and Court Matters<br>1 ASSIST WITH PREPARATION OF DOCUMENTS FOR COURT (.8);<br>2 DELIVER NOTICE OF PROPOSED ORDER TO BANKRUPTCY COURT (1.2) |
| | $160.00 | 12/11/09 | Fri | 0.80 | 0.80 | 128.00 | | MATTER NAME: Case Administration<br>1 DELIVER MONTHLY OPERATING REPORT TO JUDGE GERBER AND U.S. TRUSTEE |
| | $160.00 | 12/15/09 | Tue | 1.30 | 1.30 | 208.00 | | MATTER NAME: Hearings and Court Matters<br>1 DELIVER PROPOSED ORDER TO JUDGE GERBER |

EXHIBIT H

CLERICAL/ADMINISTRATIVE

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 7168 Etienne, D | $160.00 | 12/16/09 | Wed | 1.80 | 1.20 | 192.00 | 0.60 1.20 | MATTER NAME: Hearings and Court Matters<br>1 ASSIST WITH PREPARATION OF PLEADINGS FOR COURT (.6);<br>2 DELIVER SUPPLEMENT TO BAR DATE ORDER TO JUDGE GERBER AND U.S. TRUSTEE (1.2) |
| | $90.00 | 01/12/10 | Tue | 0.70 | 0.70 | 63.00 | | MATTER NAME: Non-Working Travel<br>1 DELIVER DOCUMENTS TO JUDGE GERBER |
| | NUMBER OF ENTRIES: | | 12 | | 15.80 | 2,479.00 | | |
| 5068 Leonard, S | $200.00 | 01/21/10 | Thu | 3.70 | 0.50 | 100.00 | 0.30 0.70 0.30 0.50 1.40 0.50 | MATTER NAME: Case Administration<br>1 CONFERENCE WITH D. DUMMER RE: OBTAINING DOCKET AND PLEADING'S FROM SUFFOLK SUPERIOR COURT HOUSE (.3);<br>2 RETRIEVED DOCKET AND CIRCULATED TO D. DUMMER FOR REVIEW (.7);<br>3 REVIEW OF E-MAIL MESSAGE FROM D. DUMMER RE: PLEADING'S TO OBTAIN FROM COURT HOUSE (.3);<br>4 TRAVEL TO COURT HOUSE TO OBTAIN COURT FILINGS (.5);<br>5 OBTAIN COURT FILINGS AND CIRCULATE TO D. DUMMER FOR REVIEW (1.4);<br>6 CONDUCT SEARCH ON SUFFOLK SUPERIORS WEBSITE FOR ANY ADDITIONAL INFORMATION RE: THE PLAINTIFF PER D. DUMMER (.5). |
| | NUMBER OF ENTRIES: | | 1 | | 0.50 | 100.00 | | |
| 4912 Pasion, L | $140.00 | 10/02/09 | Fri | 1.50 | 1.50 | 210.00 | | MATTER NAME: 363 Transaction (MPA,sale of subst all assets)<br>1 COURT RESEARCH AND CHECK PROPOSED ORDER DISMISSING APPEAL WAS STILL PENDING UNDER UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK - M- 47. |
| | $140.00 | 10/14/09 | Wed | 2.00 | 2.00 | 280.00 | | MATTER NAME: 363 Transaction (MPA,sale of subst all assets)<br>1 COURT RESEARCH AND CHECK PROPOSED ORDER DISMISSING APPEAL WAS STILL PENDING UNDER # M- 47, UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK. |
| | $140.00 | 10/19/09 | Mon | 2.00 | 2.00 | 280.00 | | MATTER NAME: 363 Transaction (MPA,sale of subst all assets)<br>1 CONDUCT COURT RESEARCH AND CHECK THAT PROPOSED ORDER DISMISSING APPEAL WAS STILL PENDING UNDER M-47 , UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK. |
| | $140.00 | 10/22/09 | Thu | 2.00 | 2.00 | 280.00 | | MATTER NAME: 363 Transaction (MPA,sale of subst all assets)<br>1 COURT RESEARCH AND CHECK PROPOSED ORDER TO DISMISS APPEAL UNDER M- 47, UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK. |
| | $140.00 | 10/26/09 | Mon | 2.00 | 2.00 | 280.00 | | MATTER NAME: 363 Transaction (MPA,sale of subst all assets)<br>1 CONDUCT COURT RESEARCH RE: PROPOSED ORDER TO DISMISS APPEAL UNDER M-47 IN SOUTHERN DISTRICT OF NEW YORK AND RETRIEVE RELEVANT DOCUMENTS. |
| | $140.00 | 10/28/09 | Wed | 1.50 | 1.50 | 210.00 | | MATTER NAME: 363 Transaction (MPA,sale of subst all assets)<br>1 CONDUCT RESEARCH AND CHECK THAT PROPOSED ORDER TO DISMISS APPEAL WAS STILL PENDING. |

EXHIBIT H

CLERICAL/ADMINISTRATIVE

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 4912 Pasion, L | $140.00 | 10/29/09 | Thu | 2.00 | 2.00 | 280.00 | | MATTER NAME: 363 Transaction (MPA,sale of subst all assets) |
| | | | | | | | 1 | CONDUCT COURT RESEARCH AND CHECK THAT PROPOSED ORDER TO DISMISS APPEAL WAS STILL UNDER # M-47, UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK. |
| | $140.00 | 11/03/09 | Tue | 2.00 | 2.00 | 280.00 | | MATTER NAME: 363 Transaction (MPA,sale of subst all assets) |
| | | | | | | | 1 | COURT RESEARCH AND CHECK THAT PROPOSED ORDER TO DISMISS APPEAL WAS STILL PENDING UNDER # M-47, UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK. |
| | $140.00 | 11/05/09 | Thu | 2.00 | 2.00 | 280.00 | | MATTER NAME: 363 Transaction (MPA,sale of subst all assets) |
| | | | | | | | 1 | COURT RESEARCH AND CHECK PROPOSED ORDER TO DISMISS APPEAL WAS STILL PENDING. |
| | $140.00 | 11/06/09 | Fri | 2.00 | 2.00 | 280.00 | | MATTER NAME: 363 Transaction (MPA,sale of subst all assets) |
| | | | | | | | 1 | CONDUCT COURT RESEARCH AND CHECK THAT PROPOSED ORDER TO DISMISS APPEAL WAS STILL PENDING. |
| | $140.00 | 11/18/09 | Wed | 2.00 | 2.00 | 280.00 | | MATTER NAME: Case Administration |
| | | | | | | | 1 | ATTEND TO COURT RESEARCH AND CHECK THAT PROPOSED ORDER TO DISMISS APPEAL WAS STILL PENDING UNDER M-47, UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK. |
| | $140.00 | 12/03/09 | Thu | 2.00 | 2.00 | 280.00 | | MATTER NAME: 363 Transaction (MPA,sale of subst all assets) |
| | | | | | | | 1 | COURT RESEARCH AND CHECK THAT PROPOSED ORDER DISMISSING THE APPEAL UNDER M-47 UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK WAS STILL PENDING. |
| | NUMBER OF ENTRIES: | | 12 | | 23.00 | 3,220.00 | | |
| 6718 Prindle, K | $180.00 | 12/02/09 | Wed | 0.70 | 0.70 | 126.00 | | MATTER NAME: Hearings and Court Matters |
| | | | | | | | 1 | ATTEND TO DELIVERY TO CHAMBERS. |
| | NUMBER OF ENTRIES: | | 1 | | 0.70 | 126.00 | | |
| 6558 Rodriguez, I | $180.00 | 11/04/09 | Wed | 9.90 | 1.00 | 180.00 | | MATTER NAME: Hearings and Court Matters |
| | | | | | | | 8.90 | 1 PREPARE FOR HEARING NOVEMBER 5, PREVIOUSLY SCHEDULED FOR NOV 6TH (8.9); |
| | | | | | | | 1.00 | 2 DELIVER HEARING BINDER TO HOTEL FOR B. BENFEILD AS PER E. LEDERMAN (1.0) |
| | $180.00 | 11/11/09 | Wed | 10.60 | 1.00 | 180.00 | | MATTER NAME: Hearings and Court Matters |
| | | | | | | | 0.70 | 1 PREPARE AND FILE AMENDED NATAXIS STIPULATION FOR B. BENFEILD (.7); |
| | | | | | | | 5.00 | 2 HEARING AND ORDER PREPARATION (5.0); |
| | | | | | | | 0.50 | 3 REPLY TO EMAILS FROM M. MEISES RE: NOTICE OF ADJOURNMENT FILED (.5); |
| | | | | | | | 0.70 | 4 PREPARE AND FILE DOCKET 4427- OPPOSITION TO DECLARATION OF S. RAND-LEWIS (.7); |
| | | | | | | | 1.00 | 5 PULL CASES AND DELIVER HEARING BINDER TO B. BENFIELD (1.0); |
| | | | | | | | 2.70 | 6 ASSIST LIGATION TEAM WITH FILING OF DOCUMENT (2.7). |

EXHIBIT H

CLERICAL/ADMINISTRATIVE

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 6558 Rodriguez, I | | NUMBER OF ENTRIES: | 2 | | 2.00 | 360.00 | | |
| | | | | | | | | MATTER NAME: Corporate Governance |
| 6753 Shrestha, C | $275.00 | 01/22/10 | Fri | 1.50 | 0.70 | 192.50 | 0.70 | 1 PREPARE MEMO AND DELIVER ORIGINAL EXECUTED CERTIFICATE OF WITHDRAWAL TO CT CORP FOR FILING IN SC (.7); |
| | | | | | | | 0.40 | 2 REVIEW CHART AGAINST MASTER CHART TO DETERMINE DIFFERENCES INCLUDING WHICH ENTITIES REMAIN TO WITHDRAW, AND FIND OUT WHERE THEY ARE THEY QUALIFIED (.4); |
| | | | | | | | 0.40 | 3 REVIEW MI DISSO FORMS AND CHECK STATUS OF ENTITIES ON STATE WEBSITE AND PREPARE FORMS (.4) |
| | | NUMBER OF ENTRIES: | 1 | | 0.70 | 192.50 | | |
| | | | | | | | | MATTER NAME: Adversary Proceedings |
| 6835 Siebel, P | $210.00 | 10/14/09 | Wed | 1.30 | 1.30 | 273.00 | | 1 HAND DELIVER TO JUDGE GERBER'S CHAMBERS FIRST DAY BINDER FOR REALM/ENCORE AND NOTICE OF SETTLEMENT IN ADVERSARY PROCEEDING NO. 09-00500 |
| | | NUMBER OF ENTRIES: | 1 | | 1.30 | 273.00 | | |
| Total | | | | | 45.40 | $7,002.50 | | |
| Number of Entries: | 31 | | | | | | | |

EXHIBIT H

CLERICAL/ADMINISTRATIVE

Weil, Gotshal & Manges

| TIMEKEEPER NAME | INITIALS | HOURS | RATE | FEES |
|---|---|---|---|---|
| Amponsah, D | 6828 | 1.40 | $180.00 | 252.00 |
| Etienne, D | 7168 | 0.70 | $90.00 | 63.00 |
|  |  | 15.10 | $160.00 | 2,416.00 |
| Leonard, S | 5068 | 0.50 | $200.00 | 100.00 |
| Pasion, L | 4912 | 23.00 | $140.00 | 3,220.00 |
| Prindle, K | 6718 | 0.70 | $180.00 | 126.00 |
| Rodriguez, I | 6558 | 2.00 | $180.00 | 360.00 |
| Shrestha, C | 6753 | 0.70 | $275.00 | 192.50 |
| Siebel, P | 6835 | 1.30 | $210.00 | 273.00 |
|  |  | 45.40 |  | $7,002.50 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| 363 Transaction (MPA, sale of subst all assets) | 21.00 | 2,940.00 |
| Adversary Proceedings | 1.30 | 273.00 |
| Case Administration | 5.70 | 892.00 |
| Corporate Governance | 0.70 | 192.50 |
| Hearings and Court Matters | 16.00 | 2,642.00 |
| Non-Working Travel | 0.70 | 63.00 |
|  | 45.40 | $7,002.50 |