# EXHIBIT I

(Vague Entries)

EXHIBIT I

VAGUE ENTRIES

Weil, Gotshal & Manges

| TIMEKEEPER NAME | INITIALS | HOURS | RATE | FEES |
|---|---|---|---|---|
| Berkovich, R | 3331 | 14.40 | $630.00 | 9,072.00 |
| | | 2.10 | $725.00 | 1,522.50 |
| Falsbella, P | 1200 | 16.70 | $415.00 | 6,930.50 |
| Goodman, M | 3628 | 11.30 | $580.00 | 6,554.00 |
| | | 1.50 | $665.00 | 997.50 |
| Hatcher, R | 5460 | 50.40 | $355.00 | 17,892.00 |
| | | 6.80 | $455.00 | 3,094.00 |
| Karotkin, S | 0080 | 8.00 | $950.00 | 7,600.00 |
| | | 0.90 | $990.00 | 891.00 |
| Lederman, E | 1669 | 5.45 | $500.00 | 2,725.00 |
| | | 0.70 | $595.00 | 416.50 |
| | | 118.25 | | $57,695.00 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| 365/Executory Contracts/ Leases/ Real Property | 4.15 | 2,141.50 |
| Adversary Proceedings | 0.10 | 50.00 |
| Bar Date Motion and Claims Reconciliation Issues | 17.20 | 7,245.50 |
| Case Administration | 6.50 | 6,211.00 |
| Claims Objection Litigation | 0.50 | 250.00 |
| Customer/Vendor/Supplier/Dealer Issues | 0.60 | 300.00 |
| Environmental Issues | 0.30 | 150.00 |
| General Case Strategy | 17.70 | 11,958.50 |
| Non-Bankruptcy Litigation | 0.70 | 376.00 |
| Other asset sales | 0.50 | 475.00 |
| Plan of Reorganization/Plan Confirmation | 4.90 | 1,739.50 |
| Tax Issues | 65.10 | 26,798.00 |
| | 118.25 | $57,695.00 |

EXHIBIT I PAGE 1 of 18

EXHIBIT I

VAGUE ENTRIES

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 3331 Berkovich, R | $630.00 | 10/01/09 | Thu | 0.30 | 0.30 | 189.00 | | MATTER NAME: General Case Strategy<br>1 REVIEW AND REPLY TO VARIOUS EMAILS |
| | $630.00 | 10/02/09 | Fri | 0.10 | 0.10 | 63.00 | | MATTER NAME: General Case Strategy<br>1 REVIEW AND RESPOND TO VARIOUS EMAILS. |
| | $630.00 | 10/03/09 | Sat | 0.30 | 0.30 | 189.00 | | MATTER NAME: General Case Strategy<br>1 REVIEW AND REPLY TO VARIOUS EMAILS. |
| | $630.00 | 10/04/09 | Sun | 0.60 | 0.40 | 252.00 | 0.20<br>0.40 | MATTER NAME: General Case Strategy<br>1 CALLS WITH J. SMOLINSKY RE: VARIOUS MATTERS (.2);<br>2 REVIEW AND REPLY TO VARIOUS EMAILS (.4). |
| | $630.00 | 10/05/09 | Mon | 1.40 | 0.40 | 252.00 | 1.00<br>0.40 | MATTER NAME: General Case Strategy<br>1 PARTICIPATE IN WEEKLY TEAM MEETING (1.0);<br>2 REVIEW AND RESPOND TO VARIOUS EMAILS (.4). |
| | $630.00 | 10/06/09 | Tue | 0.80 | 0.40 | 252.00 | 0.10<br>0.30<br>0.40 | MATTER NAME: General Case Strategy<br>1 CONFER WITH R. BROOKS RE: REALM/ENCORE (.1);<br>2 REVIEW AND REVISE PETITIONS AND FIRST DAY MOTIONS RE: SAME (.3);<br>3 REVIEW AND REPLY TO VARIOUS EMAILS (.4). |
| | $630.00 | 10/07/09 | Wed | 0.30 | 0.20 | 126.00 | 0.10<br>0.20 | MATTER NAME: General Case Strategy<br>1 CONFER WITH J. SMOLINSKY RE: VARIOUS ISSUES (.1);<br>2 REVIEW AND REPLY TO MISCELLANEOUS EMAILS (.2). |
| | $630.00 | 10/08/09 | Thu | 0.50 | 0.30 | 189.00 | 0.20<br>0.30 | MATTER NAME: General Case Strategy<br>1 CONFER WITH J. SMOLINSKY RE: MISCELLANEOUS MATTERS (.2);<br>2 REVIEW AND RESPOND TO VARIOUS EMAILS (.3). |
| | $630.00 | 10/12/09 | Mon | 2.10 | 0.80 | 504.00 | 0.80<br>1.30 | MATTER NAME: General Case Strategy<br>1 REVIEW AND REPLY TO VARIOUS EMAILS (.8);<br>2 PARTICIPATE IN WEEKLY TEAM MEETING (1.3). |
| | $630.00 | 10/13/09 | Tue | 0.50 | 0.50 | 315.00 | | MATTER NAME: General Case Strategy<br>1 REVIEW AND REPLY TO VARIOUS EMAILS. |

EXHIBIT I PAGE 2 of 18

EXHIBIT I

VAGUE ENTRIES

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 3331 Berkovich, R | $630.00 | 10/14/09 Wed | 0.90 | 0.50 | 315.00 | 0.50 0.40 | MATTER NAME: General Case Strategy<br>1 REVIEW AND REPLY TO VARIOUS EMAILS (.5);<br>2 WEEKLY STATUS CALL WITH MOTORS LIQUIDATION CO. (.4). |
| | $630.00 | 10/15/09 Thu | 0.20 | 0.20 | 126.00 | | MATTER NAME: General Case Strategy<br>1 REVIEW AND REPLY TO VARIOUS EMAILS. |
| | $630.00 | 10/16/09 Fri | 0.50 | 0.50 | 315.00 | | MATTER NAME: General Case Strategy<br>1 REVIEW AND REPLY TO VARIOUS EMAILS. |
| | $630.00 | 10/18/09 Sun | 0.30 | 0.20 | 126.00 | 0.10 0.20 | MATTER NAME: General Case Strategy<br>1 ORGANIZE CASE FILES (.1);<br>2 REVIEW AND REPLY TO VARIOUS EMAILS (.2). |
| | $630.00 | 10/19/09 Mon | 0.50 | 0.50 | 315.00 | | MATTER NAME: Bar Date Motion and Claims Reconciliation Issues<br>1 REVIEW AND REPLY TO VARIOUS EMAILS. |
| | $630.00 | 10/20/09 Tue | 2.40 | 0.30 | 189.00 | 0.10 1.00 0.30 1.00 | MATTER NAME: General Case Strategy<br>1 CONFER WITH J. SMOLINSKY RE: VARIOUS MATTERS (.1);<br>2 WEEKLY TEAM MEETING (1.0);<br>3 REVIEW AND REPLY TO EMAILS (.3);<br>4 WEEKLY CALL WITH MOTORS LIQUIDATION CO. RE: VARIOUS ISSUES (1.0). |
| | $630.00 | 10/21/09 Wed | 0.10 | 0.10 | 63.00 | | MATTER NAME: General Case Strategy<br>1 REVIEW AND REPLY TO VARIOUS EMAILS. |
| | $630.00 | 10/22/09 Thu | 0.40 | 0.40 | 252.00 | | MATTER NAME: General Case Strategy<br>1 REVIEW AND REPLY TO VARIOUS EMAILS. |
| | $630.00 | 10/26/09 Mon | 0.40 | 0.40 | 252.00 | | MATTER NAME: General Case Strategy<br>1 REVIEW AND REPLY TO VARIOUS EMAILS. |
| | $630.00 | 10/27/09 Tue | 0.10 | 0.10 | 63.00 | | MATTER NAME: General Case Strategy<br>1 REVIEW AND RESPOND TO VARIOUS EMAILS |
| | $630.00 | 10/28/09 Wed | 0.10 | 0.10 | 63.00 | | MATTER NAME: General Case Strategy<br>1 REVIEW AND RESPOND TO VARIOUS EMAILS. |

EXHIBIT I PAGE 3 of 18

EXHIBIT I

VAGUE ENTRIES

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 3331 Berkovich, R | $630.00 | 10/29/09 | Thu | 0.80 | 0.40 | 252.00 | 0.40 0.40 | *MATTER NAME: General Case Strategy* <br> 1 REVIEW AND RESPOND TO EMAIL WITH J. SMOLINSKY RE: NUMEROUS ISSUES (.4); <br> 2 REVIEW AND RESPOND TO VARIOUS EMAILS (.4). |
| | $630.00 | 11/01/09 | Sun | 0.30 | 0.30 | 189.00 | | *MATTER NAME: General Case Strategy* <br> 1 REVIEW AND REPLY TO EMAILS. |
| | $630.00 | 11/03/09 | Tue | 0.20 | 0.20 | 126.00 | | *MATTER NAME: General Case Strategy* <br> 1 REVIEW AND REPLY TO EMAILS. |
| | $630.00 | 11/05/09 | Thu | 0.20 | 0.20 | 126.00 | | *MATTER NAME: General Case Strategy* <br> 1 REVIEW AND REPLY TO VARIOUS EMAILS |
| | $630.00 | 11/05/09 | Thu | 0.20 | 0.20 | 126.00 | | *MATTER NAME: Non-Bankruptcy Litigation* <br> 1 CONFER WITH B. BENFIELD AND E. LEDERMAN RE: NUMEROUS MATTERS. |
| | $630.00 | 11/06/09 | Fri | 0.50 | 0.50 | 315.00 | | *MATTER NAME: General Case Strategy* <br> 1 REVIEW AND REPLY TO VARIOUS EMAILS. |
| | $630.00 | 11/09/09 | Mon | 0.50 | 0.50 | 315.00 | | *MATTER NAME: General Case Strategy* <br> 1 REVIEW AND REPLY TO VARIOUS EMAILS. |
| | $630.00 | 11/10/09 | Tue | 0.30 | 0.30 | 189.00 | | *MATTER NAME: General Case Strategy* <br> 1 REVIEW AND REPLY TO VARIOUS EMAILS. |
| | $630.00 | 11/16/09 | Mon | 0.40 | 0.40 | 252.00 | | *MATTER NAME: General Case Strategy* <br> 1 REVIEW AND REPLY TO VARIOUS EMAILS. |
| | $630.00 | 11/17/09 | Tue | 1.50 | 0.30 | 189.00 | 0.30 0.20 0.10 0.10 0.80 | *MATTER NAME: General Case Strategy* <br> 1 REVIEW AND REPLY TO VARIOUS EMAILS (.3); <br> 2 WEEKLY STATUS CALL WITH MOTORS LIQUIDATION CO. (.2); <br> 3 CONFER WITH R. BROOKS RE: VARIOUS MATTERS (.1); <br> 4 CONFER WITH S. KAROTKIN RE: SAME (.1); <br> 5 PARTICIPATE IN OFFICE CONFERENCE WITH L. LAKEN RE: CASE STRATEGY (.8). |
| | $630.00 | 11/18/09 | Wed | 1.30 | 0.20 | 126.00 | 1.10 0.20 | *MATTER NAME: General Case Strategy* <br> 1 ATTEND WEEKLY TEAM MEETING (1.1); <br> 2 REVIEW AND REPLY TO MISCELLANEOUS EMAILS (.2). |

EXHIBIT I PAGE 4 of 18

EXHIBIT I
VAGUE ENTRIES
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 3331 Berkovich, R | $630.00 | 11/19/09 | Thu | 0.10 | 0.10 | 63.00 | | *MATTER NAME: General Case Strategy*<br>1 REVIEW AND REPLY TO VARIOUS EMAILS. |
| | $630.00 | 11/20/09 | Fri | 0.20 | 0.20 | 126.00 | | *MATTER NAME: General Case Strategy*<br>1 REVIEW AND REPLY TO VARIOUS EMAILS. |
| | $630.00 | 11/21/09 | Sat | 0.10 | 0.10 | 63.00 | | *MATTER NAME: General Case Strategy*<br>1 REVIEW AND REPLY TO VARIOUS EMAILS. |
| | $630.00 | 11/23/09 | Mon | 0.30 | 0.30 | 189.00 | | *MATTER NAME: General Case Strategy*<br>1 REVIEW AND REPLY TO VARIOUS EMAILS. |
| | $630.00 | 12/01/09 | Tue | 0.60 | 0.60 | 378.00 | | *MATTER NAME: General Case Strategy*<br>1 REVIEW AND REPLY TO VARIOUS EMAILS. |
| | $630.00 | 12/02/09 | Wed | 0.10 | 0.10 | 63.00 | | *MATTER NAME: General Case Strategy*<br>1 REVIEW AND REPLY TO VARIOUS EMAILS. |
| | $630.00 | 12/03/09 | Thu | 0.20 | 0.20 | 126.00 | | *MATTER NAME: General Case Strategy*<br>1 REVIEW AND REPLY TO VARIOUS EMAILS. |
| | $630.00 | 12/05/09 | Sat | 0.40 | 0.40 | 252.00 | | *MATTER NAME: General Case Strategy*<br>1 REVIEW AND REPLY TO VARIOUS EMAILS. |
| | $630.00 | 12/06/09 | Sun | 0.30 | 0.30 | 189.00 | | *MATTER NAME: General Case Strategy*<br>1 REVIEW AND REPLY TO VARIOUS EMAILS. |
| | $630.00 | 12/07/09 | Mon | 0.10 | 0.10 | 63.00 | | *MATTER NAME: General Case Strategy*<br>1 REVIEW AND REPLY TO VARIOUS EMAILS. |
| | $630.00 | 12/09/09 | Wed | 0.20 | 0.20 | 126.00 | | *MATTER NAME: General Case Strategy*<br>1 REVIEW AND REPLY TO VARIOUS EMAILS. |
| | $630.00 | 12/11/09 | Fri | 0.10 | 0.10 | 63.00 | | *MATTER NAME: General Case Strategy*<br>1 REVIEW AND REPLY TO VARIOUS EMAILS. |
| | $630.00 | 12/12/09 | Sat | 0.20 | 0.20 | 126.00 | | *MATTER NAME: General Case Strategy*<br>1 REVIEW AND REPLY TO VARIOUS EMAILS. |

EXHIBIT I PAGE 5 of 18

EXHIBIT I
VAGUE ENTRIES
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 3331 Berkovich, R | $630.00 | 12/13/09 | Sun | 0.20 | 0.20 | 126.00 | | MATTER NAME: General Case Strategy<br>1 REVIEW AND REPLY TO VARIOUS EMAILS |
| | $630.00 | 12/14/09 | Mon | 1.00 | 0.10 | 63.00 | 0.90<br>0.10 | MATTER NAME: General Case Strategy<br>1 ATTEND AND PARTICIPATE IN WEEKLY TEAM MEETING (.9);<br>2 REVIEW VARIOUS EMAILS AND REPLY TO SAME (.1). |
| | $630.00 | 12/15/09 | Tue | 0.30 | 0.30 | 189.00 | | MATTER NAME: General Case Strategy<br>1 REVIEW AND REPLY TO VARIOUS EMAILS RE: CASE ISSUES |
| | $630.00 | 12/17/09 | Thu | 0.20 | 0.20 | 126.00 | | MATTER NAME: General Case Strategy<br>1 REVIEW AND REPLY TO VARIOUS EMAILS. |
| | $630.00 | 12/19/09 | Sat | 0.10 | 0.10 | 63.00 | | MATTER NAME: General Case Strategy<br>1 REVIEW AND REPLY TO VARIOUS EMAILS. |
| | $630.00 | 12/23/09 | Wed | 0.10 | 0.10 | 63.00 | | MATTER NAME: General Case Strategy<br>1 REVIEW AND REPLY TO VARIOUS EMAILS. |
| | $725.00 | 01/04/10 | Mon | 1.40 | 0.30 | 217.50 | 1.10<br>0.20<br>0.10 | MATTER NAME: General Case Strategy<br>1 PARTICIPATE IN WEEKLY TEAM MEETING (1.1);<br>2 REVIEW AND REPLY TO VARIOUS EMAILS (.2);<br>3 EMAIL S. KAROTKIN RE: VARIOUS MATTERS (.1). |
| | $725.00 | 01/06/10 | Wed | 0.40 | 0.40 | 290.00 | | MATTER NAME: General Case Strategy<br>1 REVIEW AND REPLY TO VARIOUS EMAILS. |
| | $725.00 | 01/09/10 | Sat | 0.10 | 0.10 | 72.50 | | MATTER NAME: General Case Strategy<br>1 REVIEW AND REPLY TO VARIOUS EMAILS. |
| | $725.00 | 01/11/10 | Mon | 0.80 | 0.10 | 72.50 | 0.10<br>0.70 | MATTER NAME: General Case Strategy<br>1 REVIEW AND REPLY TO VARIOUS EMAILS (.1);<br>2 ATTEND AND PARTICIPATE IN WEEKLY TEAM MEETING (.7). |
| | $725.00 | 01/12/10 | Tue | 0.10 | 0.10 | 72.50 | | MATTER NAME: General Case Strategy<br>1 REVIEW AND REPLY TO VARIOUS EMAILS. |

EXHIBIT I PAGE 6 of 18

EXHIBIT I

VAGUE ENTRIES

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 3331 Berkovich, R | $725.00 | 01/14/10 | Thu | 0.10 | 0.10 | 72.50 | | MATTER NAME: General Case Strategy<br>1 REVIEW AND REPLY TO VARIOUS EMAILS. |
| | $725.00 | 01/18/10 | Mon | 0.30 | 0.30 | 217.50 | | MATTER NAME: General Case Strategy<br>1 REVIEW AND REPLY TO MISCELLANEOUS EMAILS |
| | $725.00 | 01/19/10 | Tue | 0.80 | 0.10 | 72.50 | 0.10<br>0.70 | MATTER NAME: General Case Strategy<br>1 REVIEW AND REPLY TO VARIOUS EMAILS (.1);<br>2 ATTEND WEEKLY TEAM MEETING (.7). |
| | $725.00 | 01/20/10 | Wed | 0.10 | 0.10 | 72.50 | | MATTER NAME: General Case Strategy<br>1 REVIEW AND REPLY TO VARIOUS EMAILS RE: GENERAL CASE STRATEGY |
| | $725.00 | 01/21/10 | Thu | 0.10 | 0.10 | 72.50 | | MATTER NAME: General Case Strategy<br>1 REVIEW AND REPLY TO VARIOUS EMAILS RE: GENERAL CASE STRATEGY. |
| | $725.00 | 01/26/10 | Tue | 0.90 | 0.10 | 72.50 | 0.80<br>0.10 | MATTER NAME: General Case Strategy<br>1 ATTEND WEEKLY TEAM MEETING (.8);<br>2 REVIEW AND REPLY TO VARIOUS EMAILS RE: CASE STRATEGY (.1). |
| | $725.00 | 01/28/10 | Thu | 0.10 | 0.10 | 72.50 | | MATTER NAME: General Case Strategy<br>1 REVIEW AND REPLY TO VARIOUS EMAILS. |
| | $725.00 | 01/29/10 | Fri | 0.20 | 0.20 | 145.00 | | MATTER NAME: General Case Strategy<br>1 REVIEW AND REPLY TO EMAILS. |
| | NUMBER OF ENTRIES: | 64 | | | 16.50 | 10,594.50 | | |
| 1200 Falabella, P | $415.00 | 10/01/09 | Thu | 8.40 | 8.40 | 3,486.00 | | MATTER NAME: Bar Date Motion and Claims Reconciliation Issues<br>1 CONDUCT RESEARCH ON ESTIMATION |
| | $415.00 | 10/02/09 | Fri | 8.70 | 8.30 | 3,444.50 | 8.30<br>0.40 | MATTER NAME: Bar Date Motion and Claims Reconciliation Issues<br>1 CONDUCT RESEARCH ON ESTIMATION AND PREPARED MEMORANDA RE: SAME (8.3);<br>2 CONFER WITH R. BERKOVICH RE: ESTIMATION MEMORANDA (.4). |
| | NUMBER OF ENTRIES: | 2 | | | 16.70 | 6,930.50 | | |

3628

EXHIBIT I PAGE 7 of 18

EXHIBIT I

VAGUE ENTRIES

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 3628 Goodman, M | $580.00 | 10/01/09 | Thu | 2.30 | 0.80 | 464.00 | 0.30 | MATTER NAME: Tax Issues<br>1 RESPOND TO E-MAILS RE: TAX ISSUES (.3); |
| | | | | | | | 1.20 | 2 MEET WITH TEAM RE: TRANSACTION STRUCTURE (1.2); |
| | | | | | | | 0.80 | 3 RESEARCH TAX ISSUES (.8). |
| | $580.00 | 10/02/09 | Fri | 0.50 | 0.50 | 290.00 | | MATTER NAME: Tax Issues<br>1 RESEARCH TAX ISSUES |
| | $580.00 | 10/05/09 | Mon | 2.70 | 0.20 | 116.00 | 0.70 | MATTER NAME: Tax Issues<br>1 CONFERENCE CALL WITH S. GOLDRING, T. HATCHER, AND D. BERZ RE: TAX ISSUES (.7); |
| | | | | | | | 0.20 | 2 RESEARCH TAX ISSUES (.2); |
| | | | | | | | 1.60 | 3 MEETING WITH WGM TEAM AND CLIENT RE: TRANSACTION STRUCTURE (1.6); |
| | | | | | | | 0.20 | 4 DISCUSS TAX ISSUES WITH S. GOLDRING AND T. HATCHER (.2). |
| | $580.00 | 10/06/09 | Tue | 0.40 | 0.40 | 232.00 | | MATTER NAME: Tax Issues<br>1 RESEARCH TAX ISSUES. |
| | $580.00 | 10/07/09 | Wed | 0.60 | 0.40 | 232.00 | 0.20 | MATTER NAME: Tax Issues<br>1 DISCUSS TAX ISSUES WITH S. GOLDRING (.2); |
| | | | | | | | 0.40 | 2 RESEARCH TAX ISSUES (.4). |
| | $580.00 | 10/09/09 | Fri | 3.20 | 0.50 | 290.00 | 1.40 | MATTER NAME: Tax Issues<br>1 CONFERENCE CALL WITH TEAM RE: TAX ISSUES (1.4); |
| | | | | | | | 0.50 | 2 RESEARCH TAX ISSUES (.5); |
| | | | | | | | 0.20 | 3 DISCUSS TAX ISSUES WITH A. ARONS (.2); |
| | | | | | | | 0.20 | 4 DISCUSS TAX ISSUES WITH J. PAE (.2); |
| | | | | | | | 0.70 | 5 DISCUSS TAX ISSUES WITH A. HELLER (.7); |
| | | | | | | | 0.20 | 6 DISCUSS TAX ISSUES WITH S. GOLDRING (.2). |
| | $580.00 | 10/12/09 | Mon | 3.40 | 2.10 | 1,218.00 | 2.10 | MATTER NAME: Tax Issues<br>1 RESEARCH TAX ISSUES (2.1); |
| | | | | | | | 1.30 | 2 CONFERENCE CALL WITH TEAM RE: PLAN OF LIQUIDATION (1.3). |

EXHIBIT I PAGE 8 of 18

EXHIBIT I
VAGUE ENTRIES
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | **MATTER NAME:** *Tax Issues* |
| 3628 | $580.00 | 10/13/09 | Tue | 3.20 | 0.30 | 174.00 | 0.30 | 1 REVIEW TRUST TERM SHEET (.3); |
| Goodman, M | | | | | | | 0.20 | 2 DISCUSS TRUST TERM SHEET WITH S. GOLDRING (.2); |
| | | | | | | | 2.30 | 3 MEET WITH S. GOLDRING, S. KAROTKIN, J. SMOLINSKY, M. MEISES, R. BERKOVICH, R. GIETZ, V. PETHERBRIDGE, AND KRAMER RE: PLAN STRUCTURE (2.3); |
| | | | | | | | 0.30 | 4 RESEARCH TAX ISSUES (.3); |
| | | | | | | | 0.10 | 5 DISCUSS TAX ISSUES WITH J. PAE (.1). |
| | | | | | | | | **MATTER NAME:** *Tax Issues* |
| | $580.00 | 10/14/09 | Wed | 3.10 | 0.90 | 522.00 | 2.00 | 1 DISCUSS TAX ISSUES WITH S. GOLDRING AND J. REDWINE (2.0); |
| | | | | | | | 0.20 | 2 DISCUSS TAX ISSUES WITH T. GOSLIN (.2); |
| | | | | | | | 0.90 | 3 RESEARCH TAX ISSUES (.9). |
| | | | | | | | | **MATTER NAME:** *Tax Issues* |
| | $580.00 | 10/20/09 | Tue | 1.80 | 1.70 | 986.00 | 1.70 | 1 RESEARCH TAX ISSUES (1.7); |
| | | | | | | | 0.10 | 2 DISCUSS TAX ISSUES WITH S. GOLDRING (.1). |
| | | | | | | | | **MATTER NAME:** *Tax Issues* |
| | $580.00 | 10/23/09 | Fri | 0.60 | 0.60 | 348.00 | | 1 RESEARCH TAX ISSUES. |
| | | | | | | | | **MATTER NAME:** *Tax Issues* |
| | $580.00 | 11/13/09 | Fri | 0.30 | 0.30 | 174.00 | | 1 RESEARCH PROPERTY TAX ISSUE |
| | | | | | | | | **MATTER NAME:** *Tax Issues* |
| | $580.00 | 11/16/09 | Mon | 2.10 | 1.80 | 1,044.00 | 0.10 | 1 DISCUSS PROPERTY TAX ISSUES WITH B. GASTON (.1); |
| | | | | | | | 0.20 | 2 PARTICIPATE ON CONFERENCE CALL WITH R. BERKOVICH, L. SMITH, AND C. ROSEN RE: PROPERTY TAX ISSUES (.2); |
| | | | | | | | 1.80 | 3 RESEARCH PROPERTY TAX ISSUES (1.8). |
| | | | | | | | | **MATTER NAME:** *Tax Issues* |
| | $580.00 | 11/17/09 | Tue | 3.30 | 0.20 | 116.00 | 0.40 | 1 MARK UP PLAN TERM SHEET (.4); |
| | | | | | | | 0.20 | 2 RESEARCH PROPERTY TAX ISSUE (.2); |
| | | | | | | | 0.80 | 3 DISCUSS PROPERTY TAX ISSUES WITH TEAM (.8); |
| | | | | | | | 0.70 | 4 DISCUSS PLAN TERM SHEET WITH T. MORROW AND S. GOLDRING (.7); |
| | | | | | | | 1.00 | 5 DISCUSS PROPERTY TAX ISSUES WITH B. GASTON (1.0); |
| | | | | | | | 0.20 | 6 DISCUSS PROPERTY TAX ISSUES WITH R. BERKOVICH AND J. SELZER (.2). |

EXHIBIT I  PAGE 9 of 18

EXHIBIT I
VAGUE ENTRIES

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | **MATTER NAME:** *Tax Issues* |
| 3628 | $580.00 | 11/19/09 | Thu | 5.00 | 0.20 | 116.00 | 3.60 | 1 MEET WITH TEAM RE: PLAN OF LIQUIDATION (3.6); |
| Goodman, M | | | | | | | 0.50 | 2 RESPOND TO E-MAILS RE: TAX ISSUES (.5); |
| | | | | | | | 0.20 | 3 DISCUSS PLAN OF LIQUIDATION WITH C. DIXON, A. HEYLIGER, AND M. MEISES (.2); |
| | | | | | | | 0.30 | 4 DISCUSS TAX ISSUES WITH R. ZABLOCKI (.3); |
| | | | | | | | 0.20 | 5 REVIEW MEMO RE: PLAN OF LIQUIDATION (.2); |
| | | | | | | | 0.20 | 6 RESEARCH PROPERTY TAX ISSUE (.2). |
| | | | | | | | | **MATTER NAME:** *Tax Issues* |
| | $580.00 | 11/20/09 | Fri | 2.50 | 0.40 | 232.00 | 1.40 | 1 CONFER CALLS WITH TEAM RE: TAX ISSUES (1.4); |
| | | | | | | | 0.30 | 2 MARK UP SUMMARY OF TAX ISUES (.3); |
| | | | | | | | 0.20 | 3 DISCUSS TAX ISSUES WITH S. GOLDRING (.2); |
| | | | | | | | 0.20 | 4 CONFERENCE CALL WITH S. GOLDRING, J. PAE, T. HATCHER, R. ZABLOCKI, F. LEWIS, AND J. ECKLES RE: TAX ISSUES (.2); |
| | | | | | | | 0.40 | 5 RESEARCH TAX ISSUES (.4). |
| | | | | | | | | **MATTER NAME:** *Tax Issues* |
| | $665.00 | 01/30/10 | Sat | 1.50 | 1.50 | 997.50 | | 1 RESEARCH PROPERTY TAX ISSUE |
| | | NUMBER OF ENTRIES: | 17 | | 12.80 | 7,551.50 | | |
| | | | | | | | | **MATTER NAME:** *Tax Issues* |
| 5460 | $355.00 | 10/01/09 | Thu | 5.60 | 5.60 | 1,988.00 | | 1 RESEARCH RE: TRUST STRUCTURE |
| Hatcher, R | | | | | | | | |
| | | | | | | | | **MATTER NAME:** *Tax Issues* |
| | $355.00 | 10/02/09 | Fri | 4.30 | 4.30 | 1,526.50 | | 1 RESEARCH RE: TRUST STRUCTURE |
| | | | | | | | | **MATTER NAME:** *Tax Issues* |
| | $355.00 | 10/05/09 | Mon | 7.00 | 7.00 | 2,485.00 | | 1 RESEARCH RE: TRUST STRUCTURE |
| | | | | | | | | **MATTER NAME:** *Tax Issues* |
| | $355.00 | 10/06/09 | Tue | 4.40 | 4.40 | 1,562.00 | | 1 RESEARCH RE: TRUST STRUCTURE |
| | | | | | | | | **MATTER NAME:** *Tax Issues* |
| | $355.00 | 10/07/09 | Wed | 3.80 | 3.80 | 1,349.00 | | 1 RESEARCH RE: TRUST STRUCTURE |
| | | | | | | | | **MATTER NAME:** *Tax Issues* |
| | $355.00 | 10/08/09 | Thu | 2.00 | 2.00 | 710.00 | | 1 RESEARCH RE: TRUST STRUCTURE |

EXHIBIT I  PAGE 10 of 18

EXHIBIT I

VAGUE ENTRIES

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 5460 Hatcher, R | $355.00 | 10/09/09 | Fri | 3.20 | 3.20 | 1,136.00 | | *MATTER NAME: Tax Issues*<br>1 RESEARCH RE: TRUST STRUCTURE |
| | $355.00 | 10/11/09 | Sun | 1.10 | 1.10 | 390.50 | | *MATTER NAME: Tax Issues*<br>1 RESEARCH RE: TRUST STRUCTURE |
| | $355.00 | 10/12/09 | Mon | 0.70 | 0.70 | 248.50 | | *MATTER NAME: Tax Issues*<br>1 RESEARCH RE: TRUST STRUCTURE |
| | $355.00 | 10/13/09 | Tue | 1.20 | 1.20 | 426.00 | | *MATTER NAME: Tax Issues*<br>1 CONDUCT RESEARCH RE: TRUST STRUCTURE |
| | $355.00 | 10/14/09 | Wed | 0.40 | 0.40 | 142.00 | | *MATTER NAME: Tax Issues*<br>1 CONDUCT RESEARCH RE: TRUST STRUCTURE |
| | $355.00 | 10/21/09 | Wed | 2.40 | 2.40 | 852.00 | | *MATTER NAME: Tax Issues*<br>1 RESEARCH RE: TRUST STRUCTURE. |
| | $355.00 | 10/22/09 | Thu | 2.10 | 2.10 | 745.50 | | *MATTER NAME: Tax Issues*<br>1 RESEARCH RE: TRUST STRUCTURE |
| | $355.00 | 10/23/09 | Fri | 6.10 | 6.10 | 2,165.50 | | *MATTER NAME: Tax Issues*<br>1 RESEARCH RE: TRUST STRUCTURE. |
| | $355.00 | 11/04/09 | Wed | 0.80 | 0.80 | 284.00 | | *MATTER NAME: Plan of Reorganization/Plan Confirmation*<br>1 RESEARCH RE: TRUST STRUCTURE |
| | $355.00 | 11/10/09 | Tue | 0.50 | 0.50 | 177.50 | | *MATTER NAME: Tax Issues*<br>1 CONDUCT RESEARCH RE: TRUST STRUCTURE |
| | $355.00 | 11/20/09 | Fri | 0.20 | 0.20 | 71.00 | | *MATTER NAME: Tax Issues*<br>1 RESEARCH RE: TRUST STRUCTURE |
| | $355.00 | 12/07/09 | Mon | 3.10 | 3.10 | 1,100.50 | | *MATTER NAME: Plan of Reorganization/Plan Confirmation*<br>1 RESEARCH RE: TRUST STRUCTURE |
| | $355.00 | 12/08/09 | Tue | 1.00 | 1.00 | 355.00 | | *MATTER NAME: Plan of Reorganization/Plan Confirmation*<br>1 RESEARCH RE: TRUST STRUCTURE |

EXHIBIT I PAGE 11 of 18

EXHIBIT I

VAGUE ENTRIES

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 5460 Hatcher, R | $355.00 | 12/16/09 | Wed | 0.50 | 0.50 | 177.50 | | *MATTER NAME: Tax Issues* 1 CONDUCT RESEARCH RE: TRUST STRUCTURE |
| | $455.00 | 01/13/10 | Wed | 3.60 | 3.60 | 1,638.00 | | *MATTER NAME: Tax Issues* 1 CONDUCT RESEARCH RE: TRUST STRUCTURE |
| | $455.00 | 01/14/10 | Thu | 0.30 | 0.30 | 136.50 | | *MATTER NAME: Tax Issues* 1 CONDUCT RESEARCH RE: TRUST STRUCTURE |
| | $455.00 | 01/15/10 | Fri | 1.00 | 1.00 | 455.00 | | *MATTER NAME: Tax Issues* 1 CONDUCT RESEARCH RE: TRUST STRUCTURE |
| | $455.00 | 01/28/10 | Thu | 1.90 | 1.90 | 864.50 | | *MATTER NAME: Tax Issues* 1 RESEARCH RE: TRUST STRUCTURE |
| | NUMBER OF ENTRIES: | 24 | | | 57.20 | 20,986.00 | | |
| 0080 Karotkin, S | $950.00 | 10/07/09 | Wed | 0.30 | 0.30 | 285.00 | | *MATTER NAME: Case Administration* 1 REVIEW EMAILS |
| | $950.00 | 10/16/09 | Fri | 0.50 | 0.50 | 475.00 | | *MATTER NAME: Case Administration* 1 REVIEW EMAILS |
| | $950.00 | 10/19/09 | Mon | 0.50 | 0.50 | 475.00 | | *MATTER NAME: Case Administration* 1 REVIEW EMAILS |
| | $950.00 | 10/22/09 | Thu | 0.60 | 0.60 | 570.00 | | *MATTER NAME: Case Administration* 1 REVIEW EMAILS |
| | $950.00 | 10/23/09 | Fri | 0.40 | 0.40 | 380.00 | | *MATTER NAME: General Case Strategy* 1 REVIEW EMAILS RE: CASE STRATEGY |
| | $950.00 | 10/24/09 | Sat | 0.50 | 0.50 | 475.00 | | *MATTER NAME: General Case Strategy* 1 REVIEW EMAILS RE: CASE STRATEGY |
| | $950.00 | 10/29/09 | Thu | 0.50 | 0.50 | 475.00 | | *MATTER NAME: Other asset sales* 1 REVIEW EMAILS RE: VARIOUS SALE ISSUES. |

EXHIBIT I PAGE 12 of 18

EXHIBIT I
VAGUE ENTRIES
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 0080 Karotkin, S | $950.00 | 11/02/09 | Mon | 0.50 | 0.50 | 475.00 | | MATTER NAME: Case Administration 1 REVIEW EMAILS |
| | $950.00 | 11/03/09 | Tue | 0.50 | 0.50 | 475.00 | | MATTER NAME: Case Administration 1 REVIEW EMAILS |
| | $950.00 | 11/17/09 | Tue | 0.40 | 0.40 | 380.00 | | MATTER NAME: Case Administration 1 REVIEW EMAILS |
| | $950.00 | 11/18/09 | Wed | 0.80 | 0.80 | 760.00 | | MATTER NAME: Case Administration 1 REVIEW EMAILS |
| | $950.00 | 11/19/09 | Thu | 0.60 | 0.60 | 570.00 | | MATTER NAME: Case Administration 1 REVIEW EMAILS |
| | $950.00 | 11/25/09 | Wed | 0.40 | 0.40 | 380.00 | | MATTER NAME: Case Administration 1 REVIEW EMAILS |
| | $950.00 | 12/07/09 | Mon | 0.30 | 0.30 | 285.00 | | MATTER NAME: General Case Strategy 1 REVIEW EMAILS. |
| | $950.00 | 12/08/09 | Tue | 0.40 | 0.40 | 380.00 | | MATTER NAME: General Case Strategy 1 REVIEW EMAILS |
| | $950.00 | 12/16/09 | Wed | 0.30 | 0.30 | 285.00 | | MATTER NAME: General Case Strategy 1 REVIEW AND RESPOND TO EMAILS RE: VARIOUS ISSUES |
| | $950.00 | 12/21/09 | Mon | 0.20 | 0.20 | 190.00 | | MATTER NAME: Case Administration 1 REVIEW EMAILS |
| | $950.00 | 12/23/09 | Wed | 0.30 | 0.30 | 285.00 | | MATTER NAME: Case Administration 1 REVIEW EMAILS |
| | $990.00 | 01/10/10 | Sun | 0.30 | 0.30 | 297.00 | | MATTER NAME: Case Administration 1 REVIEW EMAILS |
| | $990.00 | 01/16/10 | Sat | 0.30 | 0.30 | 297.00 | | MATTER NAME: Case Administration 1 REVIEW EMAILS |

EXHIBIT I PAGE 13 of 18

EXHIBIT I

VAGUE ENTRIES

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| | | | | | | | *MATTER NAME: Case Administration* |
| 0080 Karotkin, S | $990.00 | 01/21/10 Thu | 0.30 | 0.30 | 297.00 | | 1 REVIEW EMAILS RE: VARIOUS CASE ISSUES |
| | NUMBER OF ENTRIES: | 21 | | 8.90 | 8,491.00 | | |
| | | | | | | | *MATTER NAME: 365/Executory Contracts/ Leases/ Real Property* |
| 1669 Lederman, E | $500.00 | 10/08/09 Thu | 1.20 | 0.50 | 250.00 | 0.70 | 1 CONFERENCE CALL WITH HONIGMAN AND COUNSEL FOR JOHANN MBH RE: CURE OBJECTION RESOLUTION (.7); |
| | | | | | | 0.50 | 2 RELATED FOLLOW UP (.5). |
| | | | | | | | *MATTER NAME: Environmental Issues* |
| | $500.00 | 10/19/09 Mon | 1.10 | 0.30 | 150.00 | 0.20 | 1 CONFERENCE CALL WITH D. HEAD, T. STENGER, D. BERZ AND M. MORTON RE: END OF LIFE VEHICLE SOLUTIONS PROGRAM (.2); |
| | | | | | | 0.60 | 2 REVIEW POWERPOINT PRESENTATION RE: SAME (.6); |
| | | | | | | 0.30 | 3 RELATED FOLLOW UP (.3) |
| | | | | | | | *MATTER NAME: 365/Executory Contracts/ Leases/ Real Property* |
| | $500.00 | 10/20/09 Tue | 1.60 | 1.00 | 500.00 | 0.60 | 1 CONFERENCE CALL WITH HONIGMAN/NEW GM AND MOTORS LIQUIDATION COMPANY RE: STATUS UPDATE ON FIXED EQUIPMENT LEASE RENOGIATIONS AND NEXT STEPS (.6); |
| | | | | | | 1.00 | 2 RELATED FOLLOW UP (1.0). |
| | | | | | | | *MATTER NAME: 365/Executory Contracts/ Leases/ Real Property* |
| | $500.00 | 11/13/09 Fri | 1.10 | 0.20 | 100.00 | 0.90 | 1 PARTICIPATE ON CONFERENCE CALL WITH S. WEBBER AND D. HEAD RE: STATUS OF SATURN SUPPLY AGREEMENTS (.9); |
| | | | | | | 0.20 | 2 FOLLOW UP RE: SAME (.2). |
| | | | | | | | *MATTER NAME: Adversary Proceedings* |
| | $500.00 | 11/23/09 Mon | 1.10 | 0.10 | 50.00 | 0.50 | 1 EMAILS WITH L. BUONOMO RE: DISCOVERY IN CASTILLO ADVERSARY PROCEEDING (.5); |
| | | | | | | 0.50 | 2 REVIEWING DISCOVERY (.5); |
| | | | | | | 0.10 | 3 FOLLOW UP (.1). |
| | | | | | | | *MATTER NAME: 365/Executory Contracts/ Leases/ Real Property* |
| | $500.00 | 11/24/09 Tue | 0.80 | 0.20 | 100.00 | 0.60 | 1 TELEPHONE CONFERENCE WITH R. EVOLA PLAINTIFFS COUNSEL RE: DISCOVERY IN CASTILLO ADVERSARY PROCEEDING AND RE: REJECTION OF CLAIMS SETTLEMENT AGREEMENTS (.6); |
| | | | | | | 0.20 | 2 FOLLOW UP (.2). |
| | | | | | | | *MATTER NAME: 365/Executory Contracts/ Leases/ Real Property* |
| | $500.00 | 11/29/09 Sun | 0.40 | 0.10 | 50.00 | 0.20 | 1 EMAILS WITH D. GOLDWIN RE: CREATING NEW WEBSITE TO LIST AGREEMENTS BETWEEN GM AND TOYOTA MOTOR CORPORATION RELATING TO THE NUMMI JV (.2); |
| | | | | | | 0.10 | 2 FOLLOW UP RE: LOGISTICS (.1); |
| | | | | | | 0.10 | 3 EMAILS TO A. ARONS RE: SAME (.1) |

EXHIBIT I PAGE 14 of 18

EXHIBIT I

VAGUE ENTRIES

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | *MATTER NAME: Customer/Vendor/Supplier/Dealer Issues* |
| 1669 Lederman, E | $500.00 | 12/04/09 | Fri | 0.40 | 0.20 | 100.00 | | 1 COMPOSE EMAIL TO P. RAY OF GM AND A. ARONS RE: POTENTIAL REJECTION OF VEHICLE SUPPLY AGREEMENT WITH NUMMI; |
| | | | | | | | | 2 FOLLOW UP |
| | | | | | | | | *MATTER NAME: 365/Executory Contracts/ Leases/ Real Property* |
| | $500.00 | 12/06/09 | Sun | 0.50 | 0.30 | 150.00 | 0.20 | 1 RESPOND TO EMAILS FROM M. RIOPELLE (COUNSEL TO TOYOTA) RE: PROPOSED CURE AMOUNT UNDER AGREEMENTS WITH TOYOTA MOTOR CORPORATION (.2); |
| | | | | | | | 0.30 | 2 CONDUCT RELATED FOLLOW UP (.3). |
| | | | | | | | | *MATTER NAME: 365/Executory Contracts/ Leases/ Real Property* |
| | $500.00 | 12/07/09 | Mon | 1.20 | 0.10 | 50.00 | 0.30 | 1 REVIEW UPDATED FIXED EQUIPMENT LEASE SETTLEMENT ANAYLSIS PROVIDED BY M. SMITH (.3); |
| | | | | | | | 0.10 | 2 EMAILS TO M. SMITH RE: SAME (.1); |
| | | | | | | | 0.10 | 3 FOLLOW UP (.1); |
| | | | | | | | 0.70 | 4 CONFER WITH J. SMOLINKSY RE: STATUS OF FIXED AND MOVEABLE EQUPMENT LEASE NEGOTIATIONS (.7). |
| | | | | | | | | *MATTER NAME: Customer/Vendor/Supplier/Dealer Issues* |
| | $500.00 | 12/07/09 | Mon | 2.10 | 0.40 | 200.00 | 1.00 | 1 PARTICIPATE IN TELEPHONE CONFERENCE WITH M. MCNEIL FROM US TREASURY RE: DEALER REJECTION ISSUES (1.0); |
| | | | | | | | 0.40 | 2 CONDUCT RELATED FOLLOW UP (.4); |
| | | | | | | | 0.30 | 3 SEND EMAILS TO J. SMOLINSKY RE: SAME (.3); |
| | | | | | | | 0.40 | 4 REVIEW LATEST DRAFT CONGRESSIONAL LEGISLATION RE: SAME (.4). |
| | | | | | | | | *MATTER NAME: Non-Bankruptcy Litigation* |
| | $500.00 | 12/08/09 | Tue | 1.50 | 0.50 | 250.00 | 1.00 | 1 PREPARE FOR AND LEAD CONFERENCE CALL WITH A. ROSENBERG AND J. ROLLINS OF HOLLAND AND KNIGHT RE: ALPEHERA LITIGATION AGAINST MOTORS LIQUIDATION COMPANY/NEW GM RE: PAYMENTS OWED TO CERTAIN BANKRUPT DEALERSHIPS THEY FINANCED (1.0); |
| | | | | | | | 0.50 | 2 RELATED FOLLOW UP (.5) |

EXHIBIT I PAGE 15 of 18

EXHIBIT I

VAGUE ENTRIES

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| | | | | | | | *MATTER NAME: 365/Executory Contracts/ Leases/ Real Property* |
| 1669 | $500.00 | 12/09/09 Wed | 7.40 | 0.30 | 150.00 | 0.20 | 1 REVIEW LIST OF 39 ERNST & YOUNG AGREEMENTS TO BE ASSUMED AND ASSIGNED (.2); |
| Lederman, E | | | | | | 0.20 | 2 ATTEND TO EMAILS TO J. WEISS (ERNST & YOUNG) COUNSEL RE: SAME (.2); |
| | | | | | | 0.10 | 3 ATTEND TO EMAILS TO R. BROOKS RE: SAME (.1); |
| | | | | | | 0.30 | 4 ATTEND TO EMAILS TO H. MILEWSKI RE: NEW GM ASSUMPTION OF KINDERCARE GROUND LEASE IN SPRING HILL, TN (.3); |
| | | | | | | 0.30 | 5 ATTEND TO RELATED FOLLOW UP AND EMAILS (.3); |
| | | | | | | 0.60 | 6 PARTICIPATE ON CALL WITH COUNSEL TO WACHOVIA RE: FIXED EQUIPMENT LEASE SETTLEMENT AGREEMENTS (.6); |
| | | | | | | 0.20 | 7 FOLLOW UP WITH D. HEAD RE: SAME (.2); |
| | | | | | | 0.90 | 8 REVIEW 8/4 HEARING TRANSCRIPT RE: JUDGE GERBER ANALYSIS OF REJECTION OF EXECUTORY CONTRACTS (.9); |
| | | | | | | 0.20 | 9 EMAILS TO D. HEAD AND J. SMOLINSKY RE: SAME (.2); |
| | | | | | | 0.90 | 10 REVIEW AND REVISE NOTICE OF ASSUMPTION AND ASSIGNMENT RE: LESSORS OF FIXED EQUIPMENT LEASES (.9); |
| | | | | | | 0.20 | 11 ATTEND TO EMAILS AND TELEPHONE CONFERENCE WITH M. TERRIEN RE: SAME (.2); |
| | | | | | | 0.60 | 12 REVIEW OBJECTION FILED BY REMY INTERNATIONAL TO GM'S REJECTION MOTION (.6); |
| | | | | | | 0.20 | 13 ATTEND TO EMAILS AND TELEPHONE CONFERENCE WITH J. SMOLINSKY AND D. BERZ RE: SAME (.2); |
| | | | | | | 0.70 | 14 CONDUCT CASE RESEARCH RE: SAME (.7); |
| | | | | | | 1.30 | 15 REVIEW AND REVISE SETTLEMENT AND ASSIGNMENT AND ASSUMPTION AGREEMENTS WITH VARIOUS MOBILE EQUIPMENT LESSORS (1.3); |
| | | | | | | 0.50 | 16 ATTEND TO EMAILS TO D. HEAD, J. SMOLINSKY, S. DRUCKER AND K. YOURCHECK RE: SAME (.5) |
| | | | | | | | *MATTER NAME: Claims Objection Litigation* |
| | $500.00 | 12/09/09 Wed | 0.70 | 0.50 | 250.00 | 0.20 | 1 ATTEND TO EMAILS WITH M. SMITH RE: RECONCILIATION OF DEALER CLAIMS (.2); |
| | | | | | | 0.50 | 2 RELATED FOLLOW UP (.5). |
| | | | | | | | *MATTER NAME: 365/Executory Contracts/ Leases/ Real Property* |
| | $500.00 | 12/10/09 Thu | 0.90 | 0.40 | 200.00 | 0.50 | 1 REVIEW EMAILS AND TELEPHONE CALL WITH K. STRICKLAND, COUNSEL TO REMY INTERNATIONAL, RE: RESOLVING REMY OBJECTION TO MOTORS LIQUIDATION COMPANY REJECTION MOTION (.5); |
| | | | | | | 0.40 | 2 RELATED FOLLOW UP (.4). |
| | | | | | | | *MATTER NAME: 365/Executory Contracts/ Leases/ Real Property* |
| | $500.00 | 12/14/09 Mon | 0.60 | 0.10 | 50.00 | 0.50 | 1 TELEPHONE CONFERENCE WITH D. ADAMS OF HONIGMAN RE: OBJECTION FILED BY KNOWLEDGE LEARNING CENTERS TO DEBTOR'S REJECTION MOTION CONCERNING LEASE AGREEMENT (.5); |
| | | | | | | 0.10 | 2 RELATED FOLLOW UP (.1) |
| | | | | | | | *MATTER NAME: 365/Executory Contracts/ Leases/ Real Property* |
| | $500.00 | 12/21/09 Mon | 0.50 | 0.25 | 125.00 | | 1 TELEPHONE CONFERENCE CALL WITH E. BERREONDO RE: FACTS SURROUNDING REJECTION OF LEASE WITH MTECH INDUSTRIES; |
| | | | | | | | 2 FOLLOW UP |
| | | | | | | | *MATTER NAME: 365/Executory Contracts/ Leases/ Real Property* |
| | $595.00 | 01/05/10 Tue | 0.70 | 0.50 | 297.50 | 0.20 | 1 MEET WITH C. ROSEN RE: PENDING MTECH LEASE REJECTION AND CLAIMS LITIGATION (.2); |
| | | | | | | 0.50 | 2 FOLLOW UP RE: SAME (.5). |

EXHIBIT I PAGE 16 of 18

EXHIBIT I

VAGUE ENTRIES

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| | | | | | | | *MATTER NAME: 365/Executory Contracts/ Leases/ Real Property* |
| 1669 | $595.00 | 01/06/10 Wed | 0.40 | 0.20 | 119.00 | 0.20 | 1 MEET WITH C. ROSEN RE: PENDING MTECH LEASE REJECTION AND CLAIMS LITIGATION (.2); |
| Lederman, E | | | | | | 0.20 | 2 FOLLOW UP RE: SAME (.2) |
| | | NUMBER OF ENTRIES: | 19 | 6.15 | 3,141.50 | | |
| | | | | | | | |
| Total | | | | 118.25 | $57,695.00 | | |
| Number of Entries: | 147 | | | | | | |

EXHIBIT I PAGE 17 of 18

EXHIBIT I
VAGUE ENTRIES
Weil, Gotshal & Manges

| TIMEKEEPER NAME | INITIALS | HOURS | RATE | FEES |
|---|---|---|---|---|
| Berkovich, R | 3331 | 14.40 | $630.00 | 9,072.00 |
| | | 2.10 | $725.00 | 1,522.50 |
| Falabella, P | 1200 | 16.70 | $415.00 | 6,930.50 |
| Goodman, M | 3628 | 11.30 | $580.00 | 6,554.00 |
| | | 1.50 | $665.00 | 997.50 |
| Hatcher, R | 5460 | 50.40 | $355.00 | 17,892.00 |
| | | 6.80 | $455.00 | 3,094.00 |
| Karotkin, S | 0080 | 8.00 | $950.00 | 7,600.00 |
| | | 0.90 | $990.00 | 891.00 |
| Lederman, E | 1869 | 5.45 | $500.00 | 2,725.00 |
| | | 0.70 | $595.00 | 416.50 |
| | | 118.25 | | $57,695.00 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| 365/Executory Contracts/ Leases/ Real Property | 4.15 | 2,141.50 |
| Adversary Proceedings | 0.10 | 50.00 |
| Bar Date Motion and Claims Reconciliation Issues | 17.20 | 7,245.50 |
| Case Administration | 6.50 | 6,211.00 |
| Claims Objection Litigation | 0.50 | 250.00 |
| Customer/Vendor/Supplier/Dealer Issues | 0.60 | 300.00 |
| Environmental Issues | 0.30 | 150.00 |
| General Case Strategy | 17.70 | 11,958.50 |
| Non-Bankruptcy Litigation | 0.70 | 376.00 |
| Other asset sales | 0.50 | 475.00 |
| Plan of Reorganization/Plan Confirmation | 4.90 | 1,739.50 |
| Tax Issues | 65.10 | 26,798.00 |
| | 118.25 | $57,695.00 |

EXHIBIT I PAGE 18 of 18