# EXHIBIT J

(Campbell Appeal)

EXHIBIT J

CAMPBELL APPEAL

Weil, Gotshal & Manges

| TIMEKEEPER NAME | INITIALS | HOURS | RATE | FEES |
| --- | --- | --- | --- | --- |
| Amsel, J | 2947 | 43.70 | $640.00 | 27,968.00 |
| Christensen, E | 1535 | 18.40 | $415.00 | 7,636.00 |
| Falabella, P | 1200 | 22.30 | $415.00 | 9,254.50 |
| Gandhi, A | 3148 | 8.20 | $630.00 | 5,166.00 |
| Karotkin, S | 0080 | 1.60 | $950.00 | 1,520.00 |
| Meises, M | 0487 | 73.10 | $650.00 | 47,515.00 |
| Miller, H | 0020 | 25.10 | $950.00 | 23,845.00 |
| Neuwirth, J | 0567 | 4.40 | $760.00 | 3,344.00 |
| Warren, I | 0069 | 7.70 | $950.00 | 7,315.00 |
| | | 204.50 | | $133,563.50 |

| MATTER NAME | HOURS | FEES |
| --- | --- | --- |
| 363 Transaction (MPA, sale of subst all assets) | 204.50 | 133,563.50 |
| | 204.50 | $133,563.50 |

EXHIBIT J

CAMPBELL APPEAL

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 2947 Amsel, J | $640.00 | 10/01/09 | Thu | 2.60 | 2.60 | 1,664.00 | | MATTER NAME: 363 Transaction (MPA,sale of subst all assets) <br> 1 DRAFT/REVISE OPPOSITION TO CAMPBELL APPEAL BRIEF AND RESEARCH RE: SAME. |
| | $640.00 | 10/02/09 | Fri | 1.90 | 1.90 | 1,216.00 | | MATTER NAME: 363 Transaction (MPA,sale of subst all assets) <br> 1 DRAFT/REVISE OPPOSITION TO CAMPBELL APPEAL BRIEF AND RESEARCH RE: SAME. |
| | $640.00 | 10/05/09 | Mon | 7.30 | 7.30 | 4,672.00 | 7.10 <br> 0.20 | MATTER NAME: 363 Transaction (MPA,sale of subst all assets) <br> 1 REVIEW/REVISE OPPOSITION TO CAMPBELL APPEAL BRIEF (7.1); <br> 2 CONFER WITH A. GANDHI RE: SAME (.2). |
| | $640.00 | 10/06/09 | Tue | 8.60 | 8.60 | 5,504.00 | | MATTER NAME: 363 Transaction (MPA,sale of subst all assets) <br> 1 REVIEW/REVISE OPPOSITION TO CAMPBELL APPEAL BRIEF AND <br> 2 RESEARCH AND <br> 3 CONFERRED INTERNALLY RE: SAME. |
| | $640.00 | 10/08/09 | Thu | 6.10 | 5.30 | 3,392.00 | 0.80 <br> 5.30 | MATTER NAME: 363 Transaction (MPA,sale of subst all assets) <br> 1 REVIEW PARKER APPEAL BRIEF (.8); <br> 2 REVIEW AND REVISE OPPOSITION TO CAMPBELL APPEAL (5.3). |
| | $640.00 | 10/09/09 | Fri | 3.80 | 3.80 | 2,432.00 | | MATTER NAME: 363 Transaction (MPA,sale of subst all assets) <br> 1 REVIEW/REVISE OPPOSITION TO CAMPBELL APPEAL BRIEF AND RESEARCH RE: SAME. |
| | $640.00 | 10/11/09 | Sun | 3.40 | 3.40 | 2,176.00 | | MATTER NAME: 363 Transaction (MPA,sale of subst all assets) <br> 1 REVIEW AND REVISE OPPOSITION TO CAMPBELL APPEAL. |
| | $640.00 | 10/12/09 | Mon | 3.90 | 3.90 | 2,496.00 | | MATTER NAME: 363 Transaction (MPA,sale of subst all assets) <br> 1 REVIEW AND REVISE OPPOSITION TO CAMPBELL APPEAL BRIEF AND RESEARCH RE: SAME. |
| | $640.00 | 10/13/09 | Tue | 3.60 | 3.60 | 2,304.00 | | MATTER NAME: 363 Transaction (MPA,sale of subst all assets) <br> 1 REVIEW/REVISE OPPOSITION TO CAMPBELL APPEAL BRIEF. |
| | $640.00 | 10/14/09 | Wed | 2.40 | 2.40 | 1,536.00 | | MATTER NAME: 363 Transaction (MPA,sale of subst all assets) <br> 1 REVIEW/REVISE OPPOSITION TO CAMPBELL APPEAL. |
| | $640.00 | 10/20/09 | Tue | 2.80 | 0.90 | 576.00 | 0.70 <br> 0.20 <br> 1.90 | MATTER NAME: 363 Transaction (MPA,sale of subst all assets) <br> 1 TELEPHONE CONFERENCES RE: APPEALS (.7); <br> 2 CONFER WITH I. WARREN, J. NEUWIRTH RE: CAMPBELL APPEAL (.2); <br> 3 REVIEW PARKER APPEAL BRIEF (1.9). |

EXHIBIT J

CAMPBELL APPEAL

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 2947<br>Amsel, J | NUMBER OF ENTRIES: | | 11 | | 43.70 | 27,968.00 | | | |
| 1535<br>Christensen, E | $415.00 | 10/08/09 | Thu | 4.50 | 4.50 | 1,867.50 | | 1 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>RESEARCH RE: CAMPBELL APPEAL BRIEF. |
| | $415.00 | 10/09/09 | Fri | 1.40 | 1.40 | 581.00 | | 1 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>RESEARCH RE: CAMPBELL APPEAL BRIEF. |
| | $415.00 | 10/12/09 | Mon | 1.10 | 1.10 | 456.50 | | 1 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>ATTEND DEBTORS' ANSWERING BRIEF IN CAMPBELL APPEAL. |
| | $415.00 | 10/14/09 | Wed | 0.90 | 0.90 | 373.50 | | 1 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>CONDUCT RESEARCH RE: CAMPBELL APPEAL BRIEF. |
| | $415.00 | 10/20/09 | Tue | 7.20 | 4.20 | 1,743.00 | 3.00<br>4.20 | 1<br>2 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>REVIEW PARKER APPEAL BRIEFS (3.0);<br>REVIEW RECORD AND UPDATIE RECORD CITES FOR CAMPEBELL BRIEF (4.2). |
| | $415.00 | 10/21/09 | Wed | 6.30 | 6.30 | 2,614.50 | | 1 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>REVIEW AND REVISE CAMPBELL APPEAL BRIEF. |
| | NUMBER OF ENTRIES: | | 6 | | 18.40 | 7,636.00 | | | |
| 1200<br>Falabella, P | $415.00 | 10/06/09 | Tue | 7.40 | 7.40 | 3,071.00 | 7.20<br>0.20 | 1<br>2 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>CONDUCT RESEARCH RE: 363 APPEAL (7.2);<br>CONFER WITH J. AMSEL RE: SAME (.2). |
| | $415.00 | 10/07/09 | Wed | 0.10 | 0.10 | 41.50 | | 1 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>CONFER WITH E. CHRISTIENSEN RE: APPEAL. |
| | $415.00 | 10/09/09 | Fri | 1.00 | 1.00 | 415.00 | | 1 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>REVIEW ANSWERING BRIEF TO CAMPBELL APPEAL. |
| | $415.00 | 10/15/09 | Thu | 3.60 | 3.60 | 1,494.00 | | 1 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>CONDUCT RESEARCH FOR ANSWERING BRIEF IN CAMPBELL APPEAL. |

EXHIBIT J

CAMPBELL APPEAL

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 1200 Falabella, P | $415.00 | 10/22/09 | Thu | 3.90 | 3.90 | 1,618.50 | | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* <br> 1 REVIEW AND REVISE CAMPBELL APPEAL. |
| | $415.00 | 10/23/09 | Fri | 6.30 | 6.30 | 2,614.50 | 5.50 <br> 0.40 <br> 0.40 | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* <br> 1 REVISE AND PREPARE CAMPELL REPLY BRIEF FOR FILING (5.5); <br> 2 CONFER WITH M. MEISES RE: SAME (.4); <br> 3 CONFER WITH I. RODRIGUEZ RE: SAME (.4). |
| | | NUMBER OF ENTRIES: | | 6 | 22.30 | 9,254.50 | | | |
| 3148 Gandhi, A | $630.00 | 10/01/09 | Thu | 1.50 | 1.50 | 945.00 | | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* <br> 1 ATTEND TO CAMPBELL APPEAL BRIEF. |
| | $630.00 | 10/05/09 | Mon | 5.20 | 5.20 | 3,276.00 | | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* <br> 1 EDIT SECTIONS FOR CAMPBELL APPEAL BRIEF. |
| | $630.00 | 10/07/09 | Wed | 1.50 | 1.50 | 945.00 | 1.00 <br> 0.50 | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* <br> 1 REVIEW LATEST VERSION OF CAMPBELL APPEAL BRIEF (1.0); <br> 2 PROVIDE J. AMSEL COMMENTS TO BRIEF (.5). |
| | | NUMBER OF ENTRIES: | | 3 | 8.20 | 5,166.00 | | | |
| 0080 Karotkin, S | $950.00 | 10/18/09 | Sun | 1.60 | 1.60 | 1,520.00 | | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* <br> 1 REVIEW AND REVISE 363 APPELLATE BRIEF |
| | | NUMBER OF ENTRIES: | | 1 | 1.60 | 1,520.00 | | | |
| 0487 Meises, M | $650.00 | 10/05/09 | Mon | 0.10 | 0.10 | 65.00 | | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* <br> 1 TELECONFERENCE WITH A. GANDHI RE: APPELLATE BRIEF RE: CAMPBELL APPEAL. |
| | $650.00 | 10/06/09 | Tue | 0.30 | 0.30 | 195.00 | | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* <br> 1 TELECONFERENCE WITH A. GANDHI RE: BRIEF RE: CAMPBELL APPEAL. |
| | $650.00 | 10/07/09 | Wed | 0.10 | 0.10 | 65.00 | | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* <br> 1 TELECONFERENCE WITH A. GANDHI RE: CAMPBELL BRIEF. |

EXHIBIT J

CAMPBELL APPEAL

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 0487 Meises, M | $650.00 | 10/12/09 | Mon | 1.00 | 1.00 | 650.00 | | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* <br> 1 REVISE BRIEF IN RESPONSE TO CAMPBELL APPEAL. |
| | $650.00 | 10/13/09 | Tue | 8.70 | 8.70 | 5,655.00 | 8.60 <br> 0.10 | 1 <br> 2 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* <br> REVISE BRIEF IN RESPONSE TO CAMPBELL APPEAL OF 363 ORDER (8.6); <br> TELECONFERENCE B. MASUMOTO RE: APPEALS OF 363 ORDER (.1). |
| | $650.00 | 10/14/09 | Wed | 5.40 | 5.40 | 3,510.00 | 5.10 <br> 0.30 | 1 <br> 2 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* <br> REVISE APPELLATE BRIEF IN RESPONSE TO CAMPBELL APPEAL (5.1); <br> TELECONFERENCES A. GHANDI RE: SAME (.3). |
| | $650.00 | 10/15/09 | Thu | 12.80 | 12.80 | 8,320.00 | 9.40 <br> 3.40 | 1 <br> 2 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* <br> REVISE APPELLATE BRIEF IN RESPONSE TO CAMPBELL APPEAL (9.4); <br> MEETING WITH H. R. MILLER REVISING SAME (3.4). |
| | $650.00 | 10/16/09 | Fri | 9.00 | 9.00 | 5,850.00 | 8.10 <br> 0.90 | 1 <br> 2 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* <br> REVISE APPELLATE BRIEF IN RESPONSE TO CAMPBELL APPEAL (8.1); <br> MEET H. R. MILLER RE: SAME (.9). |
| | $650.00 | 10/20/09 | Tue | 8.10 | 8.10 | 5,265.00 | 7.60 <br> 0.10 <br> 0.20 <br> 0.20 | 1 <br> 2 <br> 3 <br> 4 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* <br> REVISE BRIEF IN RESPONSE TO CAMPBELL APPEAL (7.6); <br> TELECONFERENCE S. KAROTKIN RE: SAME (.1); <br> TELECONFERENCES H. R. MILLER RE: SAME (.2); <br> TELECONFERENCES E. CHRISTENSON RE: SAME (.2). |
| | $650.00 | 10/21/09 | Wed | 10.80 | 10.60 | 6,890.00 | 8.30 <br> 0.10 <br> 0.20 <br> 2.00 <br> 0.20 | 1 <br> 2 <br> 3 <br> 4 <br> 5 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* <br> DRAFT APPELLATE BRIEF IN RESPONSE TO CAMPBELL APPEAL (8.3); <br> TELECONFERENCE I. WARREN RE: SAME (.1); <br> TELECONFERENCE E. CHRISTENSEN RE: SAME (.2); <br> MEET H. MILLER RE: SAME (2.0); <br> MEET I. WARREN RE: PARKER APPEAL (.2). |
| | $650.00 | 10/22/09 | Thu | 10.80 | 10.80 | 7,020.00 | 10.60 <br> 0.20 | 1 <br> 2 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* <br> REVISE APPELLATE BRIEF IN RESPONSE TO CAMPBELL APPEAL (10.6); <br> MEET P. FALABELLA RE: SAME (.2). |
| | $650.00 | 10/23/09 | Fri | 6.20 | 6.20 | 4,030.00 | 5.80 <br> 0.40 | 1 <br> 2 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* <br> FINALIZE APPELLATE BRIEF IN RESPONSE TO CAMPBELL APPEAL (5.8); <br> CONFER WITH P. FALABELLA RE: SAME (.4). |

EXHIBIT J

CAMPBELL APPEAL

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 0487<br>Meises, M | NUMBER OF ENTRIES: | | 12 | | 73.10 | 47,515.00 | | | |
| 0020<br>Miller, H | $950.00 | 10/01/09 | Thu | 1.40 | 1.40 | 1,330.00 | | 1 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>REVIEW CAMPBELL APPEAL - LEGAL |
| | $950.00 | 10/09/09 | Fri | 0.40 | 0.40 | 380.00 | | 1 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>REVIEW CAMPBELL APPEAL RE: GMCO. |
| | $950.00 | 10/10/09 | Sat | 1.50 | 1.50 | 1,425.00 | | 1 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>REVIEW CAMPBELL APPEAL |
| | $950.00 | 10/11/09 | Sun | 1.00 | 1.00 | 950.00 | | 1 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>ATTEND TO CAMPBELL APPEAL - BRIEFING. |
| | $950.00 | 10/12/09 | Mon | 3.50 | 3.50 | 3,325.00 | 3.00<br>0.50 | 1<br>2 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>ATTEND TO CAMPBELL APPEAL - REVIEW DRAFTS AND DRAFT REVISIONS (3.0);<br>EMAILS RE: SAME (.5). |
| | $950.00 | 10/13/09 | Tue | 0.40 | 0.40 | 380.00 | | 1 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>REVIEW OF CAMPBELL APPEAL |
| | $950.00 | 10/13/09 | Tue | 0.40 | 0.40 | 380.00 | | 1 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>REVISE CAMPBELL APPEAL. |
| | $950.00 | 10/13/09 | Tue | 0.20 | 0.20 | 190.00 | | 1 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>TELEPHONE CALL WITH I. WARREN RE: CAMPBELL APPEAL |
| | $950.00 | 10/14/09 | Wed | 0.20 | 0.20 | 190.00 | | 1 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>UPDATE BRIEF RE: CAMPBELL APPEAL. |
| | $950.00 | 10/15/09 | Thu | 1.00 | 1.00 | 950.00 | | 1 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>REVISE CAMPBELL APPEAL |
| | $950.00 | 10/15/09 | Thu | 4.00 | 4.00 | 3,800.00 | 0.60<br>3.40 | 1<br>2 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>ADDITIONAL REVISIONS TO CAMPBELL APPEAL (.6);<br>DISCUSSION WITH M. MEISES RE: SAME (3.4). |

**EXHIBIT J**

**CAMPBELL APPEAL**

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 0020<br>Miller, H | $950.00 | 10/16/09 | Fri | 1.00 | 1.00 | 950.00 | | MATTER NAME: 363 Transaction (MPA,sale of subst all assets)<br>1 REVISE CAMPBELL APPEAL |
| | $950.00 | 10/16/09 | Fri | 2.00 | 2.00 | 1,900.00 | 1.10<br>0.90 | MATTER NAME: 363 Transaction (MPA,sale of subst all assets)<br>1 REVISE CAMPBELL APPEAL (1.1);<br>2 CONFERENCE WITH M. MEISES RE: SAME (.9) |
| | $950.00 | 10/16/09 | Fri | 0.40 | 0.40 | 380.00 | | MATTER NAME: 363 Transaction (MPA,sale of subst all assets)<br>1 REVIEW EMAILS RE: CAMPBELL APPEAL |
| | $950.00 | 10/17/09 | Sat | 0.60 | 0.60 | 570.00 | | MATTER NAME: 363 Transaction (MPA,sale of subst all assets)<br>1 REVISE CAMPBELL APPEAL PLEADING |
| | $950.00 | 10/18/09 | Sun | 0.80 | 0.80 | 760.00 | | MATTER NAME: 363 Transaction (MPA,sale of subst all assets)<br>1 CONDUCT LEGAL RESEARCH RE: SALE ORDER APPEALS |
| | $950.00 | 10/20/09 | Tue | 1.20 | 1.20 | 1,140.00 | | MATTER NAME: 363 Transaction (MPA,sale of subst all assets)<br>1 ATTEND TO CAMPBELL APPEAL EDITS |
| | $950.00 | 10/20/09 | Tue | 0.60 | 0.60 | 570.00 | | MATTER NAME: 363 Transaction (MPA,sale of subst all assets)<br>1 EDIT AND REVISE CAMPBELL APPEALS |
| | $950.00 | 10/21/09 | Wed | 2.50 | 2.50 | 2,375.00 | 0.70<br>1.80 | MATTER NAME: 363 Transaction (MPA,sale of subst all assets)<br>1 EDIT AND FINALIZE CAMPBELL APPEAL (.7);<br>2 MEET WITH M. MEISES RE: SAME (1.8). |
| | $950.00 | 10/22/09 | Thu | 1.40 | 1.40 | 1,330.00 | | MATTER NAME: 363 Transaction (MPA,sale of subst all assets)<br>1 MAKE FINAL EDITS AND REVIEW U.S. TREASURY BRIEF RE: CAMPBELL APPEAL. |
| | $950.00 | 10/23/09 | Fri | 0.40 | 0.40 | 380.00 | | MATTER NAME: 363 Transaction (MPA,sale of subst all assets)<br>1 FINALIZE BRIEF RE: CAMPBELL APPEAL |
| | $950.00 | 10/23/09 | Fri | 0.20 | 0.20 | 190.00 | | MATTER NAME: 363 Transaction (MPA,sale of subst all assets)<br>1 REVIEW CAMPBELL APPEAL - 7.1 STATEMENT |
| | | NUMBER OF ENTRIES: | | 22 | 25.10 | 23,845.00 | | |

0567

EXHIBIT J

CAMPBELL APPEAL

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 0567<br>Neuwirth, J | $760.00 | 10/09/09 | Fri | 1.50 | 1.50 | 1,140.00 | 1.00<br>0.50 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>1 REVIEW AND REVISE DRAFT APPEAL BRIEF (1.0);<br>2 MEET WITH TEAM RE: SAME (.5). |
| | $760.00 | 10/11/09 | Sun | 0.40 | 0.40 | 304.00 | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>1 EMAIL WITH I. WARREN RE: APPEAL BRIEF |
| | $760.00 | 10/20/09 | Tue | 2.50 | 2.50 | 1,900.00 | 2.30<br>0.20 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>1 REVIEW AND REVISE APPEAL BRIEF (2.3);<br>2 EMAIL WITH I. WARREN RE: SAME (.2). |
| | NUMBER OF ENTRIES: | | 3 | | 4.40 | 3,344.00 | | |
| 0069<br>Warren, I | $950.00 | 10/10/09 | Sat | 2.70 | 2.70 | 2,565.00 | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>1 REVIEW AND REVISE APPEAL BRIEF |
| | $950.00 | 10/16/09 | Fri | 3.80 | 3.80 | 3,610.00 | 0.20<br>0.60<br>1.50<br>1.50 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>1 CONFER WITH A. GANDHI AND J. SMOLINSKY RE: APPEAL AND PARTY ISSUES (.2);<br>2 TELEPHONE CALL WITH M. SCHWARTZ RE: SAME (.6);<br>3 REVIEW NEW BLACKLINED BRIEF (1.5);<br>4 REVIEW AND REVISE NEW DRAFT (1.5) |
| | $950.00 | 10/21/09 | Wed | 4.20 | 1.20 | 1,140.00 | 1.00<br>0.20<br>0.60<br>1.00<br>1.20<br>0.20 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>1 REVIEW AND REVISE NEW DRAFT OPPOSITION TO C. CAMPBELL (1.0);<br>2 CONFER WITH M. MEISES RE: SAME (.2);<br>3 MEMORANDA RE: SAME (.6);<br>4 U.S. TRUSTEE BRIEF (1.0);<br>5 REVIEW MATERIALS FOR AND MEET AND MEMORANDA WITH TEAM (1.2);<br>6 TELEPHONE CONFERENCE CALL WITH J. NEUWIRTH RE: O. PARKER APPEAL OPPOSITION (.2). |
| | NUMBER OF ENTRIES: | | 3 | | 7.70 | 7,315.00 | | |

Total 204.50 $133,563.50

Number of Entries: 67

## EXHIBIT J

### CAMPBELL APPEAL

Weil, Gotshal & Manges

| TIMEKEEPER NAME | INITIALS | HOURS | RATE | FEES |
|---|---|---:|---:|---:|
| Amsel, J | 2947 | 43.70 | $640.00 | 27,968.00 |
| Christensen, E | 1535 | 18.40 | $415.00 | 7,636.00 |
| Falabella, P | 1200 | 22.30 | $415.00 | 9,254.50 |
| Gandhi, A | 3148 | 8.20 | $630.00 | 5,166.00 |
| Karotkin, S | 0080 | 1.60 | $950.00 | 1,520.00 |
| Meises, M | 0487 | 73.10 | $650.00 | 47,515.00 |
| Miller, H | 0020 | 25.10 | $950.00 | 23,845.00 |
| Neuwirth, J | 0567 | 4.40 | $760.00 | 3,344.00 |
| Warren, I | 0069 | 7.70 | $950.00 | 7,315.00 |
|  |  | 204.50 |  | $133,563.50 |

### SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---:|---:|
| 363 Transaction (MPA, sale of subst all assets) | 204.50 | 133,563.50 |
|  | 204.50 | $133,563.50 |