# EXHIBIT K

(Parker Appeal)

EXHIBIT K

PARKER APPEAL

Weil, Gotshal & Manges

| TIMEKEEPER NAME | INITIALS | HOURS | RATE | FEES |
|---|---|---|---|---|
| Amsel, J | 2947 | 47.50 | $640.00 | 30,400.00 |
| Christensen, E | 1535 | 44.50 | $415.00 | 18,467.50 |
| Falabella, P | 1200 | 64.20 | $415.00 | 26,643.00 |
| Gandhi, A | 3148 | 24.60 | $630.00 | 15,498.00 |
| Goldring, S | 0196 | 8.50 | $900.00 | 7,650.00 |
| Goodman, M | 3628 | 7.60 | $580.00 | 4,408.00 |
| Meises, M | 0487 | 67.00 | $650.00 | 43,550.00 |
| Miller, H | 0020 | 10.90 | $950.00 | 10,355.00 |
| Neuwirth, J | 0567 | 14.90 | $760.00 | 11,324.00 |
| Pae, J | 1455 | 7.90 | $415.00 | 3,278.50 |
| Smolinsky, J | 0663 | 0.70 | $825.00 | 577.50 |
| Warren, I | 0069 | 12.60 | $950.00 | 11,970.00 |
| | | 310.90 | | $184,121.50 |

| MATTER NAME | | HOURS | FEES |
|---|---|---|---|
| 363 Transaction (MPA,sale of subst all assets) | | 307.70 | 182,271.50 |
| Tax Issues | | 3.20 | 1,850.00 |
| | | 310.90 | $184,121.50 |

EXHIBIT K  PAGE 1 of 15

EXHIBIT K

PARKER APPEAL

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 2947 Amsel, J | $640.00 | 10/07/09 | Wed | 5.90 | 5.90 | 3,776.00 | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* 1 REVIEW AND REVISE OPPOSITION TO PARKER APPEAL BRIEF AND 2 RESEARCH AND 3 CONFERRED INTERNALLY RE: SAME. |
| | $640.00 | 10/08/09 | Thu | 6.10 | 0.80 | 512.00 | 0.80 5.30 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* 1 REVIEW PARKER APPEAL BRIEF (.8); 2 REVIEW AND REVISE OPPOSITION TO CAMPBELL APPEAL (5.3). |
| | $640.00 | 10/20/09 | Tue | 2.80 | 2.60 | 1,664.00 | 0.70 0.20 1.90 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* 1 TELEPHONE CONFERENCES RE: APPEALS (.7); 2 CONFER WITH I. WARREN, J. NEUWIRTH RE: CAMPBELL APPEAL (.2); 3 REVIEW PARKER APPEAL BRIEF (1.9). |
| | $640.00 | 10/21/09 | Wed | 2.40 | 2.40 | 1,536.00 | 0.60 0.90 0.90 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* 1 REVIEW PARKER APPEAL BRIEF (.6); 2 MEET WITH TEAM RE: PARKER APPEAL (.9); 3 DRAFT AND REVISE OPPOSITION TO PARKER APPEAL (.9). |
| | $640.00 | 10/22/09 | Thu | 2.80 | 2.80 | 1,792.00 | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* 1 DRAFT/REVISE OPPOSITION TO PARKER APPEAL AND RESEARCH RE: SAME. |
| | $640.00 | 10/23/09 | Fri | 4.40 | 4.40 | 2,816.00 | 2.40 2.00 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* 1 REVIEW/REVISE ANSWERING BRIEF IN PARKER APPEAL (2.4); 2 RESEARCH RE: SAME (2.0). |
| | $640.00 | 10/26/09 | Mon | 3.30 | 3.30 | 2,112.00 | 1.90 1.40 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* 1 DRAFT AND REVISE OPPOSITION TO PARKER APPEAL BRIEF (1.9); 2 CONDUCT RESEARCH RE: SAME (1.4). |
| | $640.00 | 10/27/09 | Tue | 3.70 | 3.70 | 2,368.00 | 1.60 2.10 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* 1 DRAFT AND REVISE OPPOSITION TO PARKER APPEAL BRIEF (1.6); 2 CONDUCT RESEARCH RE: SAME (2.1). |
| | $640.00 | 10/28/09 | Wed | 4.40 | 4.40 | 2,816.00 | 1.80 2.60 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* 1 REVIEW AND REVISE OPPOSITION TO PARKER APPEAL BRIEF (1.8); 2 CONDUCT RESEARCH RE: SAME (2.6). |

Exhibit K

PARKER APPEAL

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 2947 Amsel, J | $640.00 | 10/29/09 | Thu | 3.20 | 3.20 | 2,048.00 | 2.90 0.30 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>1 REVIEW AND REVISE OPPOSITION TO PARKER APPEAL BRIEF AND RESEARCH RE: SAME (2.9);<br>2 REVIEW EMAILS RE: SAME (.3). |
| | $640.00 | 10/30/09 | Fri | 3.20 | 3.20 | 2,048.00 | 1.40 1.80 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>1 REVIEW AND REVISE OPPOSITION TO PARKER APPEAL BRIEF (1.4);<br>2 CONDUCT RESEARCH RE: SAME (1.8). |
| | $640.00 | 11/02/09 | Mon | 2.10 | 2.10 | 1,344.00 | 2.00 0.10 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>1 REVIEW/REVISE OPPOSITION TO PARKER APPEAL BRIEF (2.0);<br>2 CONFERRED WITH A. GANDHI RE: SAME (.1). |
| | $640.00 | 11/03/09 | Tue | 1.40 | 0.20 | 128.00 | 1.20 0.20 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>1 REVIEW CAMPBELL REPLY BRIEF (1.2);<br>2 CONFER WITH J. NEUWIRTH, A. GANDHI RE: PARKER APPEAL (.2). |
| | $640.00 | 11/04/09 | Wed | 4.10 | 4.10 | 2,624.00 | 0.50 0.40 3.20 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>1 MEETING WITH I. WARREN, M. MEISES, P. FALABELLA RE: OPPOSITION TO PARKER APPEAL (.5);<br>2 CONFER WITH J. NEUWIRTH RE: SAME (.4);<br>3 REVIEW/REVISE OPPOSITION BRIEF (3.2). |
| | $640.00 | 11/05/09 | Thu | 2.30 | 2.30 | 1,472.00 | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>1 REVIEW/REVISE OPPOSITION TO PARKER APPEAL. |
| | $640.00 | 11/08/09 | Sun | 0.80 | 0.80 | 512.00 | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>1 MEET WITH A. GANDHI AND E. CHRISTENSEN RE: PARKER APPEAL. |
| | $640.00 | 11/09/09 | Mon | 0.90 | 0.90 | 576.00 | 0.60 0.30 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>1 CONFER WITH J. NEUWIRTH AND A. GANDHI RE: PARKER APPEAL (.6);<br>2 REVIEW E-MAILS RE: SAME (.3). |
| | $640.00 | 11/10/09 | Tue | 0.40 | 0.40 | 256.00 | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>1 CONFER WITH A. GANDHI RE: PARKER APPEAL. |
| | | NUMBER OF ENTRIES: | | 18 | 47.50 | 30,400.00 | | |
| 1535 Christensen, E | $415.00 | 10/20/09 | Tue | 7.20 | 3.00 | 1,245.00 | 3.00 4.20 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>1 REVIEW PARKER APPEAL BRIEFS (3.0);<br>2 REVIEW RECORD AND UPDATIE RECORD CITES FOR CAMPEBELL BRIEF (4.2). |

EXHIBIT K

PARKER APPEAL

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 1535 Christensen, E | $415.00 | 10/26/09 | Mon | 0.50 | 0.50 | 207.50 | | MATTER NAME: 363 Transaction (MPA, sale of subst all assets) 1 REVIEW AND REVISE PARKER APPEAL BRIEF. |
| | $415.00 | 10/27/09 | Tue | 4.80 | 4.80 | 1,992.00 | | MATTER NAME: 363 Transaction (MPA, sale of subst all assets) 1 CONDUCT RESEARCH RE: PARKER APPEAL BRIEF AND DRAFT PORTIONS OF BRIEF. |
| | $415.00 | 11/02/09 | Mon | 4.20 | 4.20 | 1,743.00 | 0.70 1.00 2.00 0.50 | MATTER NAME: 363 Transaction (MPA, sale of subst all assets) 1 RESEARCH RE: PARKER APPEAL (.7); 2 REVIEW PARKER APPEAL BRIEF (1.0); 3 DRAFT RIDER FOR BRIEF (2.0); 4 REVIEW DRAFT BACKGROUND SECTION (.5). |
| | $415.00 | 11/04/09 | Wed | 2.30 | 2.30 | 954.50 | 2.00 0.30 | MATTER NAME: 363 Transaction (MPA, sale of subst all assets) 1 REVIEW TARP INSERT FOR PARKER BRIEF (2.0); 2 REVISE SAME (.3). |
| | $415.00 | 11/05/09 | Thu | 4.10 | 4.10 | 1,701.50 | 3.40 0.70 | MATTER NAME: 363 Transaction (MPA, sale of subst all assets) 1 REVISE PARKER BRIEF (3.4); 2 CONFER WITH P. FALABELLA RE: SAME (.7). |
| | $415.00 | 11/08/09 | Sun | 3.20 | 3.20 | 1,328.00 | 1.70 0.30 0.40 0.80 | MATTER NAME: 363 Transaction (MPA, sale of subst all assets) 1 REVIEW AND REVISE PARKER BRIEF (1.7); 2 CALL WITH M. MEISES RE: BRIEF (.3); 3 REVIEW AND RESPOND TO VARIOUS EMAILS RE: BRIEF (.4); 4 MEET WITH J. AMSEL AND A. GANDHI RE: SAME (.8) |
| | $415.00 | 11/09/09 | Mon | 4.30 | 4.30 | 1,784.50 | 2.20 1.40 0.70 | MATTER NAME: 363 Transaction (MPA, sale of subst all assets) 1 CONDUCT RESEARCH RE: PARKER BRIEF (2.2); 2 REVIEW AND REVISE SAME (1.4); 3 MEET WITH A. GANDHI AND P. FALABELLA RE: SAME (.7) |
| | $415.00 | 11/10/09 | Tue | 13.40 | 13.40 | 5,561.00 | 7.20 3.60 2.30 0.30 | MATTER NAME: 363 Transaction (MPA, sale of subst all assets) 1 REVIEW AND REVISE PARKER BRIEF (7.2); 2 PREPARE BRIEF AND EXHIBITS FOR FILING (3.6); 3 PROOF READ AND REVIEW APPELLANT'S AND APPELLEE'S BRIEFS (2.3); 4 CALL WITH H. MILLER, I. WARREN AND A. GANDHI RE: SAME (.3) |

EXHIBIT K

PARKER APPEAL

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 1535 Christensen, E | $415.00 | 11/11/09 Wed | 4.70 | 4.70 | 1,950.50 | | MATTER NAME: 363 Transaction (MPA,sale of subst all assets) |
| | | | | | | 3.90 | 1 REVIEW AND REVISE PARKER BRIEF (3.9); |
| | | | | | | 0.80 | 2 CONDUCT FINAL REVIEW AND FILE (.8). |
| | | NUMBER OF ENTRIES: | 10 | 44.50 | 18,467.50 | | |
| 1200 Falabella, P | $415.00 | 10/07/09 Wed | 0.10 | 0.10 | 41.50 | | MATTER NAME: 363 Transaction (MPA,sale of subst all assets) |
| | | | | | | | 1 CONFER WITH E. CHRISTIENSEN RE: APPEAL |
| | $415.00 | 10/08/09 Thu | 0.70 | 0.70 | 290.50 | | MATTER NAME: 363 Transaction (MPA,sale of subst all assets) |
| | | | | | | | 1 REVIEW PARKER APPEAL |
| | $415.00 | 10/21/09 Wed | 5.00 | 5.00 | 2,075.00 | 2.10 | MATTER NAME: 363 Transaction (MPA,sale of subst all assets) |
| | | | | | | 2.10 | 1 PREPARE MEMORANDA RE: PARKER APPEAL (2.1); |
| | | | | | | 0.80 | 2 CONFERENCE WITH TEAM RE: PARKER APPEAL (.8); |
| | | | | | | 2.10 | 3 CONDUCT RESEARCH RE: STANDING IN CONNECTION WITH TARP (2.1). |
| | $415.00 | 10/27/09 Tue | 3.50 | 3.50 | 1,452.50 | | MATTER NAME: 363 Transaction (MPA,sale of subst all assets) |
| | | | | | | | 1 CONDUCT RESEARCH ON TARP IN CONNECTION WITH PARKER APPEAL |
| | $415.00 | 10/30/09 Fri | 4.70 | 4.70 | 1,950.50 | | MATTER NAME: 363 Transaction (MPA,sale of subst all assets) |
| | | | | | | | 1 CONDUCT RESEARCH ON TARP RE: PARKER APPEAL |
| | $415.00 | 11/03/09 Tue | 6.10 | 6.10 | 2,531.50 | 4.00 | MATTER NAME: 363 Transaction (MPA,sale of subst all assets) |
| | | | | | | 4.00 | 1 DRAFT SECTION ON TARP FOR PARKER APPEAL (4.0); |
| | | | | | | 2.10 | 2 MEETINGS WITH M. MEISES RE: PARKER APPEAL (2.1). |
| | $415.00 | 11/04/09 Wed | 7.40 | 7.40 | 3,071.00 | 0.40 | MATTER NAME: 363 Transaction (MPA,sale of subst all assets) |
| | | | | | | 0.40 | 1 CONFER WITH M. MEISES RE: PARKER APPEAL (.4); |
| | | | | | | 0.60 | 2 CONFER WITH I. WARREN, M. MEISES AND J. AMSEL RE: PARKER APPEAL (.6); |
| | | | | | | 6.40 | 3 DRAFT AND REVISE TARP SECTION FOR PARKER APPEAL (6.4) |
| | $415.00 | 11/05/09 Thu | 7.50 | 7.50 | 3,112.50 | 0.70 | MATTER NAME: 363 Transaction (MPA,sale of subst all assets) |
| | | | | | | 0.70 | 1 CONFER WITH E. CHRISTIANSEN RE: PARKER APPEAL (.7); |
| | | | | | | 0.60 | 2 CONFER WITH M. MEISES RE: PARKER APPEAL (.6); |
| | | | | | | 6.20 | 3 DRAFT OF PARKER APPEAL (6.2) |

EXHIBIT K

PARKER APPEAL

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* |
| 1200 | $415.00 | 11/06/09 | Fri | 4.70 | 4.70 | 1,950.50 | 0.60 | 1 | MEET WITH M. MEISES RE: PARKER APPEAL (.6); |
| Falabella, P | | | | | | | 4.10 | 2 | DRAFT PARKER APPEAL BRIEF (4.1) |
| | | | | | | | | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* |
| | $415.00 | 11/09/09 | Mon | 9.10 | 9.10 | 3,776.50 | 0.20 | 1 | MEET WITH H. MILLER RE: PARKER APPEAL (.2); |
| | | | | | | | 0.70 | 2 | MEET WITH E. CHRISTIANSEN AND A. GANDHI RE: PARKER APPEAL (.7); |
| | | | | | | | 7.20 | 3 | REVIEW AND REVISE PARKER APPEAL (7.2); |
| | | | | | | | 1.00 | 4 | CALLS WITH M. MEISES RE: SAME (1.0) |
| | | | | | | | | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* |
| | $415.00 | 11/10/09 | Tue | 5.60 | 5.60 | 2,324.00 | 5.30 | 1 | REVISE PARKER APPEAL BRIEF (5.3); |
| | | | | | | | 0.30 | 2 | CALL WITH M. MEISES RE: SAME (.3) |
| | | | | | | | | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* |
| | $415.00 | 11/11/09 | Wed | 9.80 | 9.80 | 4,067.00 | 8.30 | 1 | REVISE PARKER APPEAL AND PREPARE FOR FILING (8.3); |
| | | | | | | | 0.30 | 2 | CALL WITH A. GANDHI RE: SAME (.3); |
| | | | | | | | 0.50 | 3 | CALLS WITH M. MEISES RE: PARKER APPEAL (.5); |
| | | | | | | | 0.70 | 4 | RESPOND TO MISCELLANEOUS EMAILS RE: PARKER APPEAL (.7). |
| | NUMBER OF ENTRIES: | | 12 | | 64.20 | 26,643.00 | | | |
| | | | | | | | | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* |
| 3148 | $630.00 | 10/15/09 | Thu | 1.70 | 1.70 | 1,071.00 | | 1 | REVIEW CASELAW ON SUB ROSA PLAN ARGUMENT CITED IN PARKER APPEAL BRIEF. |
| Gandhi, A | | | | | | | | | |
| | | | | | | | | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* |
| | $630.00 | 10/21/09 | Wed | 2.30 | 2.30 | 1,449.00 | | 1 | PREPARE FOR AND ATTEND TEAM MEETING TO DISCUSS PARKER APPEAL. |
| | | | | | | | | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* |
| | $630.00 | 11/04/09 | Wed | 1.00 | 1.00 | 630.00 | | 1 | PREPARE FOR AND ATTEND MEETING WITH I. WARREN RE: APPEALS. |
| | | | | | | | | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* |
| | $630.00 | 11/08/09 | Sun | 4.50 | 4.50 | 2,835.00 | | 1 | REVIEW AND REVISE PARKER APPEAL BRIEF. |
| | | | | | | | | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* |
| | $630.00 | 11/09/09 | Mon | 3.50 | 3.50 | 2,205.00 | | 1 | PREPARE AND REVISE PARKER APPEAL BRIEF. |

Exhibit K

PARKER APPEAL

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* |
| 3148 Gandhi, A | $630.00 | 11/10/09 | Tue | 5.60 | 5.60 | 3,528.00 | | 1 REVIEW AND REVISE PARKER APPEAL BRIEF. |
| | | | | | | | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* |
| | $630.00 | 11/11/09 | Wed | 6.00 | 6.00 | 3,780.00 | | 1 REVIEW AND REVISE PARKER APPEAL BRIEF FOR FILING. |
| | | NUMBER OF ENTRIES: | 7 | | 24.60 | 15,498.00 | | |
| | | | | | | | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* |
| 0196 Goldring, S | $900.00 | 10/26/09 | Mon | 1.70 | 1.70 | 1,530.00 | 0.50 | 1 REVIEW AND CONSIDER J. PAE ANALYSIS RE: 363 APPEAL AND DISCUSS WITH SAME (.5); |
| | | | | | | | 0.20 | 2 DISCUSS SAME WITH M. GOODMAN (.2); |
| | | | | | | | 0.50 | 3 AND WITH M. MEISES (.5); |
| | | | | | | | 0.30 | 4 CONFER WITH M. GOODMAN RE: PROPERTY TAX PROCEEDINGS (.3); |
| | | | | | | | 0.20 | 5 CALL WITH V. MCINNIS RE: APPEAL (.2). |
| | | | | | | | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* |
| | $900.00 | 10/27/09 | Tue | 2.60 | 2.60 | 2,340.00 | 0.10 | 1 CALL WITH V. MCINNIS AND M. GOODMAN RE: APPEAL (.1); |
| | | | | | | | 2.50 | 2 REVIEW AND REVISE DRAFT TAX RESPONSE TO 363 APPEAL (2.5). |
| | | | | | | | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* |
| | $900.00 | 10/28/09 | Wed | 3.60 | 3.60 | 3,240.00 | 2.50 | 1 REVIEW AND REVISE DRAFT TAX RESPONSE TO PENDING APPEAL (2.5) |
| | | | | | | | 0.80 | 2 DISCUSS SAME WITH M. GOODMAN (.8); |
| | | | | | | | 0.30 | 3 MAKE FURTHER REVISIONS TO DRAFT RESPONSE (.3). |
| | | | | | | | | *MATTER NAME: Tax Issues* |
| | $900.00 | 11/09/09 | Mon | 1.90 | 0.60 | 540.00 | 0.60 | 1 REVIEW AND COMMENT ON DRAFT RESPONSE TO APPEAL (.6); |
| | | | | | | | 1.00 | 2 REVIEW AND REVISE DRAFT MEMORANDUM RE: SUMMARY OF TAX-RELATED PLAN CONSIDERATIONS (1.0); |
| | | | | | | | 0.30 | 3 CONFER WITH B. GASTON RE: WILMINGTON PROPERTY (.3) |
| | | NUMBER OF ENTRIES: | 4 | | 8.50 | 7,650.00 | | |
| | | | | | | | | *MATTER NAME: Tax Issues* |
| 3628 Goodman, M | $580.00 | 10/22/09 | Thu | 1.10 | 1.10 | 638.00 | | 1 RESEARCH TAX CASES CITED IN OLIVER PARKER'S BRIEF. |
| | | | | | | | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* |
| | $580.00 | 10/26/09 | Mon | 1.60 | 1.60 | 928.00 | 1.10 | 1 REVISE TAX RESPONSE TO PARKER APPEAL (1.1); |
| | | | | | | | 0.20 | 2 DISCUSS TAX ISSUES RE: APPEAL WITH S. GOLDRING (.2); |
| | | | | | | | 0.30 | 3 DISCUSS RELATED PROPERTY TAX ISSUES WITH S. GOLDRING (.3). |

Exhibit K

PARKER APPEAL

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 3628 Goodman, M | $580.00 | 10/27/09 | Tue | 1.10 | 1.10 | 638.00 | 1.00 | MATTER NAME: 363 Transaction (MPA,sale of subst all assets)<br>1 REVISE TAX RESPONSE TO PARKER APPEAL (1.0); |
| | | | | | | | 0.10 | 2 CALL WITH V. MCINNIS AND S. GOLDRING RE: APPEAL (.1). |
| | $580.00 | 10/28/09 | Wed | 1.10 | 1.10 | 638.00 | 0.80 | MATTER NAME: 363 Transaction (MPA,sale of subst all assets)<br>1 DISCUSS TAX RESPONSE TO PARKER APPEAL WITH S. GOLDRING (.8); |
| | | | | | | | 0.30 | 2 REVISE TAX RESPONSE TO PARKER APPEAL (.3). |
| | $580.00 | 10/29/09 | Thu | 1.10 | 1.10 | 638.00 | 0.90 | MATTER NAME: 363 Transaction (MPA,sale of subst all assets)<br>1 REVISE TAX RESPONSE TO PARKER APPEAL (.9); |
| | | | | | | | 0.20 | 2 DISCUSS TAX RESPONSE TO PARKER APPEAL WITH J. PAE (.2). |
| | $580.00 | 11/05/09 | Thu | 1.30 | 1.30 | 754.00 | | MATTER NAME: 363 Transaction (MPA,sale of subst all assets)<br>1 REVISE TAX RESPONSE TO PARKER APPEAL |
| | $580.00 | 11/09/09 | Mon | 1.00 | 0.30 | 174.00 | 0.20 | MATTER NAME: Tax Issues<br>1 REVIEW REVISIONS TO SUMMARY OF PLAN TAX ISSUES (.2); |
| | | | | | | | 0.20 | 2 REVISE PLAN TERM SHEET (.2); |
| | | | | | | | 0.30 | 3 REVISE TAX RESPONSE TO PARKER APPEAL (.3); |
| | | | | | | | 0.30 | 4 DISCUSS PROPERTY TAX ISSUES WITH S. GOLDRING (.3). |
| | NUMBER OF ENTRIES: | 7 | | | 7.60 | 4,408.00 | | |
| 0487 Meises, M | $650.00 | 10/08/09 | Thu | 2.80 | 1.10 | 715.00 | 0.20 | MATTER NAME: 363 Transaction (MPA,sale of subst all assets)<br>1 MEET H. R. MILLER RE: PARKER APPEAL OF 363 ORDER (.2); |
| | | | | | | | 0.20 | 2 EMAILS RE: SAME (.2); |
| | | | | | | | 0.70 | 3 REVIEW ISSUES RELATING TO PARKER APPEAL (.7); |
| | | | | | | | 1.70 | 4 DRAFT LETTER TO JUDGE SWEET RE: SAME (1.7). |
| | $650.00 | 10/09/09 | Fri | 1.30 | 1.30 | 845.00 | 1.20 | MATTER NAME: 363 Transaction (MPA,sale of subst all assets)<br>1 DRAFT LETTER TO JUDGE SWEET RE: PARKER APPEAL (1.2); |
| | | | | | | | 0.10 | 2 TELECONFERENCE I. WARREN RE: SAME (.1). |
| | $650.00 | 10/21/09 | Wed | 10.80 | 0.20 | 130.00 | 8.30 | MATTER NAME: 363 Transaction (MPA,sale of subst all assets)<br>1 DRAFT APPELLATE BRIEF IN RESPONSE TO CAMPBELL APPEAL (8.3); |
| | | | | | | | 0.10 | 2 TELECONFERENCE I. WARREN RE: SAME (.1); |
| | | | | | | | 0.20 | 3 TELECONFERENCE E. CHRISTENSEN RE: SAME (.2); |
| | | | | | | | 2.00 | 4 MEET H. MILLER RE: SAME (2.0); |
| | | | | | | | 0.20 | 5 MEET I. WARREN RE: PARKER APPEAL (.2). |

EXHIBIT K

PARKER APPEAL

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 0487 Meises, M | $650.00 | 10/26/09 | Mon | 7.60 | 7.60 | 4,940.00 | 7.10 0.50 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>1 DRAFT APPELLATE BRIEF IN OPPOSITION TO PARKER APPEAL OF 363 ORDER (7.1);<br>2 CALL WITH S. GOLDRING RE: SAME (.5). |
| | $650.00 | 10/27/09 | Tue | 6.20 | 6.20 | 4,030.00 | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>1 DRAFT AND REVISE APPELLATE BRIEF IN RESPONSE TO PARKER APPEAL. |
| | $650.00 | 10/28/09 | Wed | 3.20 | 3.20 | 2,080.00 | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>1 DRAFT APPELLATE BRIEF IN RESPONSE TO PARKER APPEAL. |
| | $650.00 | 10/29/09 | Thu | 7.40 | 7.40 | 4,810.00 | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>1 DRAFT APPELLATE BRIEF IN RESPONSE TO PARKER APPEAL. |
| | $650.00 | 10/30/09 | Fri | 0.90 | 0.90 | 585.00 | 0.60 0.30 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>1 DRAFT APPELLATE BRIEF IN RESPONSE TO PARKER APPEAL (.6);<br>2 EXCHANGE EMAILS WITH S. JAKUBOWSKI RE: REPLY BRIEF (.3). |
| | $650.00 | 11/03/09 | Tue | 3.00 | 2.20 | 1,430.00 | 0.80 0.10 2.10 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>1 REVIEW CAMPBELL REPLY BRIEF (.8);<br>2 CONFERENCE H. R. MILLER RE: SAME (.1);<br>3 MEETINGS WITH P. FALABELLA RE: PARKER APPEAL (2.1). |
| | $650.00 | 11/04/09 | Wed | 8.10 | 8.10 | 5,265.00 | 0.50 7.10 0.50 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>1 MEETINGS WITH P. FALABELLA RE: PARKER APPEAL (.5);<br>2 DRAFT AND REVISE APPELLEE BRIEF IN RESPONSE TO PARKER APPEAL (7.1);<br>3 MEETING WITH I. WARREN RE: SAME (.5). |
| | $650.00 | 11/05/09 | Thu | 11.10 | 11.10 | 7,215.00 | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>1 REVISE APPELLEE BRIEF IN RESPONSE TO PARKER APPEAL. |
| | $650.00 | 11/06/09 | Fri | 8.50 | 8.50 | 5,525.00 | 7.50 0.60 0.40 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>1 REVISE APPELLEE BRIEF IN RESPONSE TO PARKER APPEAL (7.5);<br>2 MEET P. FALABELLA RE: SAME (.6);<br>3 MEET WITH I. WARREN RE: SAME (.4). |
| | $650.00 | 11/08/09 | Sun | 0.80 | 0.80 | 520.00 | 0.50 0.30 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>1 REVIEW AND RESPOND TO EMAILS RE: APPELLATE BRIEF RE: PARKER APPEAL (.5);<br>2 CALL WITH E. CHRISTENSEN RE: SAME (.3). |

EXHIBIT K

PARKER APPEAL

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 0487<br>Meises, M | $650.00 | 11/09/09 Mon | 1.80 | 1.80 | 1,170.00 | 0.30<br>0.50<br>1.00 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>1 REVIEW EMAILS RE: APPELLATE BRIEF RE: PARKER APPEAL (.3);<br>2 REVIEW COMMENTS TO APPELLATE BRIEF (.5);<br>3 MULTIPLE CALLS WITH P. FALABELLA RE: SAME (1.0). |
| | $650.00 | 11/10/09 Tue | 1.10 | 1.10 | 715.00 | 0.30<br>0.80 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>1 CALL WITH P. FALABELLA RE: APPELLATE BRIEF RE: PARKER (.3);<br>2 REVIEW AND RESPOND TO NUMEROUS EMAILS RE: SAME (.8). |
| | $650.00 | 11/11/09 Wed | 5.50 | 5.50 | 3,575.00 | 3.00<br>1.00<br>1.50 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>1 REVISE APPELLATE BRIEF RE: PARKER APPEAL (3.0);<br>2 CALLS AND EMAILS WITH P. FALABELLA RE: SAME (1.0);<br>3 FINALIZE SAME (1.5). |
| | | NUMBER OF ENTRIES: 16 | | 67.00 | 43,550.00 | | |
| 0020<br>Miller, H | $950.00 | 10/08/09 Thu | 0.40 | 0.40 | 380.00 | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>1 REVIEW PARKER APPEAL ISSUES |
| | $950.00 | 10/20/09 Tue | 0.60 | 0.60 | 570.00 | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>1 REVIEW OF ISSUES RE: PARKER APPEAL |
| | $950.00 | 10/23/09 Fri | 0.60 | 0.60 | 570.00 | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>1 CONFERENCE WITH M. MEISES RE: SUBSTANCE RE: PARKER APPEAL. |
| | $950.00 | 10/24/09 Sat | 0.40 | 0.40 | 380.00 | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>1 REVIEW STATUS OF PARKER APPEAL. |
| | $950.00 | 10/25/09 Sun | 1.50 | 1.50 | 1,425.00 | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>1 CONDUCT LEGAL REVIEW OF APPEAL FROM SALE ORDER FOR PARKER APPEAL. |
| | $950.00 | 10/31/09 Sat | 0.40 | 0.40 | 380.00 | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>1 REVIEW MEMOS RE: PARKER APPEAL ISSUES. |
| | $950.00 | 11/06/09 Fri | 0.20 | 0.20 | 190.00 | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>1 REVIEW PARKER APPEAL UPDATE MEMO |

Exhibit K

PARKER APPEAL

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 0020 Miller, H | $950.00 | 11/07/09 | Sat | 2.80 | 2.80 | 2,660.00 | | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* 1 REVIEW AND REVISE APPELLEE'S BRIEF IN OPPOSITION RE: PARKER APPEAL |
| | $950.00 | 11/09/09 | Mon | 0.20 | 0.20 | 190.00 | | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* 1 MEET WITH P. FALLABELLA RE: FINALIZATION OF APPEAL |
| | $950.00 | 11/09/09 | Mon | 1.80 | 1.80 | 1,710.00 | | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* 1 REVIEW AND REVISE PARKER APPEAL BRIEF |
| | $950.00 | 11/10/09 | Tue | 1.60 | 1.60 | 1,520.00 | 1.20 0.10 0.30 | 1 2 3 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* REVIEW AND REVISE PARKER OPPOSITION APPEAL BRIEF (1.2); E-MAIL SAME WITH COMMENTS TO L. BUONOMO (.1); CALL WITH I. WARREN, A. GANDHI AND E. CHRISTENSEN RE: SAME (.3) |
| | $950.00 | 11/11/09 | Wed | 0.40 | 0.40 | 380.00 | | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* 1 REVIEW PARKER APPEAL BRIEF |
| | | NUMBER OF ENTRIES: | 12 | | 10.90 | 10,355.00 | | | |
| 0567 Neuwirth, J | $760.00 | 10/21/09 | Wed | 1.40 | 1.20 | 912.00 | 1.20 0.20 | 1 2 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* TEAM MEETING RE: PARKER APPEAL (1.2); EMAIL WITH I. WARREN RE: USAO CAMPBELL BRIEF (.2). |
| | $760.00 | 10/29/09 | Thu | 2.40 | 2.40 | 1,824.00 | 1.80 0.30 0.30 | 1 2 3 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* REVISE OPPOSITION TO PARKER APPEAL BRIEF (1.8); EXCHANGE EMAIL WITH I. WARREN RE: SAME (.3); EXCHANGE EMAIL WITH M. MEISES RE: SAME (.3). |
| | $760.00 | 11/03/09 | Tue | 0.20 | 0.20 | 152.00 | 0.10 0.10 | 1 2 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* MEETING WITH I. H. WARREN RE: APPEAL (PARKER) OPPOSITION BRIEF (.1); CONFERENCE WITH J. AMSEL RE: SAME (.1) |
| | $760.00 | 11/04/09 | Wed | 0.60 | 0.60 | 456.00 | 0.60 | 1 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* MEETINGS AND CONFER WITH TEAM RE: APPEAL OPPOSITION BRIEF (PARKER) (.6) |
| | $760.00 | 11/05/09 | Thu | 5.50 | 5.50 | 4,180.00 | 4.90 0.60 | 1 2 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* REVIEW REVISIONS TO PARKER APPEAL (4.9); MEETINGS, TELECONFERENCES AND EMAIL WITH TEAM RE: SAME (.6). |

EXHIBIT K
PARKER APPEAL
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 0557 Neuwirth, J | $760.00 | 11/06/09 | Fri | 2.10 | 2.10 | 1,596.00 | 1.70 | MATTER NAME: 363 Transaction (MPA,sale of subst all assets) 1 REVIEW AND REVISE OPPOSITION TO PARKER APPEAL (1.7); |
| | | | | | | | 0.40 | 2 REVIEW AND RESPOND TO EMAILS WITH TEAM RE: SAME (.4) |
| | $760.00 | 11/08/09 | Sun | 0.90 | 0.90 | 684.00 | | MATTER NAME: 363 Transaction (MPA,sale of subst all assets) 1 REVIEW AND RESPOND TO EMAILS WITH TEAM RE: PARKER APPEAL OPPOSITION BRIEF ISSUES |
| | $760.00 | 11/09/09 | Mon | 1.60 | 1.60 | 1,216.00 | 0.80 | MATTER NAME: 363 Transaction (MPA,sale of subst all assets) 1 REVISE PARKER APPEAL OPPOSITION BRIEF (.8); |
| | | | | | | | 0.60 | 2 MEET WITH J. AMSEL AND A. GANDHI RE: SAME (.6); |
| | | | | | | | 0.20 | 3 CALL WITH M. SCHWARTZ RE: SAME (.2) |
| | $760.00 | 11/10/09 | Tue | 0.20 | 0.20 | 152.00 | 0.10 | MATTER NAME: 363 Transaction (MPA,sale of subst all assets) 1 MEET WITH A. GANDHI RE: PARKER APPEAL BRIEF OPPOSITION (.1); |
| | | | | | | | 0.10 | 2 DRAFT EMAIL TO TEAM RE: SAME (.1) |
| | $760.00 | 11/11/09 | Wed | 0.20 | 0.20 | 152.00 | | MATTER NAME: 363 Transaction (MPA,sale of subst all assets) 1 EXCHANGE EMAIL WITH I. H. WARREN RE: PARKER APPEAL OPPOSITION BRIEF |
| | NUMBER OF ENTRIES: | 10 | | | 14.90 | 11,324.00 | | |
| 1455 Pae, J | $415.00 | 10/26/09 | Mon | 3.90 | 3.90 | 1,618.50 | 0.30 | MATTER NAME: 363 Transaction (MPA,sale of subst all assets) 1 CONFER WITH S. GOLDRING RE: OLIVER ADDISON PARKER APPEAL (.3); |
| | | | | | | | 2.20 | 2 REVISE DRAFT RESPONSE RE: SAME (2.2); |
| | | | | | | | 1.40 | 3 REVISE DRAFT RULING REQUEST (1.4). |
| | $415.00 | 10/28/09 | Wed | 2.20 | 2.20 | 913.00 | 0.40 | MATTER NAME: 363 Transaction (MPA,sale of subst all assets) 1 REVIEW S. GOLDRING'S COMMENTS RE: APPELLANTS BRIEF (.4); |
| | | | | | | | 1.80 | 2 CONDUCT RESEARCH RE: SAME (1.8). |
| | $415.00 | 10/29/09 | Thu | 2.40 | 0.90 | 373.50 | 0.80 | MATTER NAME: Tax Issues 1 REVIEW R.T. HATCHER'S DRAFT RULING REQUEST (.8); |
| | | | | | | | 0.70 | 2 CALL WITH R.T. HATCHER RE: SAME (.7); |
| | | | | | | | 0.50 | 3 REVIEW AND RESPOND TO M. MEISES'S COMMENTS RE: PARKER BRIEF (.5); |
| | | | | | | | 0.20 | 4 CALL WITH M. GOODMAN RE: SAME (.2); |
| | | | | | | | 0.20 | 5 REVIEW AND RESPOND TO E-MAILS RE: SAME (.2). |
| | $415.00 | 10/30/09 | Fri | 0.30 | 0.30 | 124.50 | | MATTER NAME: Tax Issues 1 REVIEW CORRESPONDENCE RE: DRAFT RESPONSE TO PARKER BRIEF. |

EXHIBIT K

PARKER APPEAL

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 1455 Pae, J | $415.00 | 11/05/09 | Thu | 0.30 | 0.30 | 124.50 | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* <br> 1 REVIEW DRAFT RESPONSE TO PARKER BRIEF |
| | $415.00 | 11/10/09 | Tue | 1.50 | 0.30 | 124.50 | 1.20 <br> 0.30 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* <br> 1 ATTEND WEEKLY UPDATE TELEPHONE CONFERENCE CALL (1.2); <br> 2 REVIEW DRAFT RESPONSE TO PARKER BRIEF (.3). |
| | | NUMBER OF ENTRIES: | 6 | | 7.90 | 3,278.50 | | |
| 0663 Smolinsky, J | $825.00 | 11/09/09 | Mon | 0.70 | 0.70 | 577.50 | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* <br> 1 REVIEW AND REVISE PARKER BRIEF. |
| | | NUMBER OF ENTRIES: | 1 | | 0.70 | 577.50 | | |
| 0069 Warren, I | $950.00 | 10/21/09 | Wed | 4.20 | 0.20 | 190.00 | 1.00 <br> 0.20 <br> 0.60 <br> 1.00 <br> 1.20 <br> 0.20 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* <br> 1 REVIEW AND REVISE NEW DRAFT OPPOSITION TO C. CAMPBELL (1.0); <br> 2 CONFER WITH M. MEISES RE: SAME (.2); <br> 3 MEMORANDA RE: SAME (.6); <br> 4 U.S. TRUSTEE BRIEF (1.0); <br> 5 REVIEW MATERIALS FOR AND MEET AND MEMORANDA WITH TEAM (1.2); <br> 6 TELEPHONE CONFERENCE CALL WITH J. NEUWIRTH RE: O. PARKER APPEAL OPPOSITION (.2). |
| | $950.00 | 10/23/09 | Fri | 0.90 | 0.90 | 855.00 | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* <br> 1 REVIEW MEMORANDA RE: C. CAMPBELL APPEAL AND REVIEW AND OUTLINE POINTS RE: O. PARKER APPEAL BRIEF. |
| | $950.00 | 10/24/09 | Sat | 2.20 | 2.20 | 2,090.00 | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* <br> 1 REVIEW AND ANALYZE AND OUTLINE OPPOSITION POINTS RE: O. PARKER BRIEF. |
| | $950.00 | 10/31/09 | Sat | 1.40 | 1.40 | 1,330.00 | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* <br> 1 REVIEW AND OUTLINE POINTS AND ARGUMENTS RE: O. PARKER APPEAL BRIEF. |
| | $950.00 | 11/02/09 | Mon | 0.40 | 0.40 | 380.00 | 0.40 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* <br> 1 MEMOS RE: COURT DOCKETS AND MEETINGS WITH J. AMSEL AND A. GANDHI RE: O. PARKER BRIEF AND DRAFTS (.4). |
| | $950.00 | 11/04/09 | Wed | 1.40 | 1.40 | 1,330.00 | 0.50 <br> 0.90 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* <br> 1 MEETING RE: BRIEF AND ARGUMENTS IN OPPOSITION TO O. PARKER WITH M. MEISES, J. AMSEL AND P. FALABELLA AND NEW COURT FILINGS RE: APPEALS (.5); <br> 2 REVIEW AND REVISE PORTIONS OF DRAFT OPPOSITION TO O. PARKER (.9). |

EXHIBIT K

PARKER APPEAL

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* |
| 0069 | $950.00 | 11/06/09 | Fri | 1.60 | 1.60 | 1,520.00 | 0.40 | 1  MEET WITH M. MEISES RE: BRIEF AND REVIEW COURT FILINGS (.4); |
| Warren, I | | | | | | | 1.20 | 2  REVIEW AND REVISE SECTION OF O. PARKER OPPOSITION BRIEF (1.2). |
| | | | | | | | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* |
| | $950.00 | 11/09/09 | Mon | 1.60 | 1.60 | 1,520.00 | 0.30 | 1  REVISE MULTIPLE MEMOS RE: O. PARKER APPEAL AND BRIEFING (.3); |
| | | | | | | | 1.30 | 2  REVIEW H. MILLER DRAFT MARKUP RE: SAME (1.3). |
| | | | | | | | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* |
| | $950.00 | 11/10/09 | Tue | 1.70 | 1.70 | 1,615.00 | 0.80 | 1  REVIEW AND REVISE DRAFT OPPOSITION TO PARKER BRIEF (.8); |
| | | | | | | | 0.30 | 2  CALL WITH H. MILLER, E. CHRISTENSEN AND A. GANDHI RE: SAME (.3); |
| | | | | | | | 0.60 | 3  MAKE ADDITIONAL REVISIONS TO BRIEF (.6) |
| | | | | | | | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* |
| | $950.00 | 11/11/09 | Wed | 1.20 | 1.20 | 1,140.00 | 0.20 | 1  REVIEW MEMOS RE: O. PARKER OPPOSITION BRIEF (.2); |
| | | | | | | | 1.00 | 2  REVIEW UST DRAFT BRIEF AND MEMOS RE: SAME (1.0). |
| | NUMBER OF ENTRIES: | 10 | | | 12.60 | 11,970.00 | | |
| Total | | | | | 310.90 | $184,121.50 | | |
| Number of Entries: | 113 | | | | | | | |

EXHIBIT K

PARKER APPEAL

Weil, Gotshal & Manges

| TIMEKEEPER NAME | INITIALS | HOURS | RATE | FEES |
|---|---|---|---|---|
| Amsel, J | 2947 | 47.50 | $640.00 | 30,400.00 |
| Christensen, E | 1535 | 44.50 | $415.00 | 18,467.50 |
| Falabella, P | 1200 | 64.20 | $415.00 | 26,643.00 |
| Gandhi, A | 3148 | 24.60 | $630.00 | 15,498.00 |
| Goldring, S | 0196 | 8.50 | $900.00 | 7,650.00 |
| Goodman, M | 3628 | 7.60 | $580.00 | 4,408.00 |
| Meises, M | 0487 | 67.00 | $650.00 | 43,550.00 |
| Miller, H | 0020 | 10.90 | $950.00 | 10,355.00 |
| Neuwirth, J | 0567 | 14.90 | $760.00 | 11,324.00 |
| Pae, J | 1455 | 7.90 | $415.00 | 3,278.50 |
| Smolinsky, J | 0663 | 0.70 | $825.00 | 577.50 |
| Warren, I | 0069 | 12.60 | $950.00 | 11,970.00 |
| | | 310.90 | | $184,121.50 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| 363 Transaction (MPA,sale of subst all assets) | 307.70 | 182,271.50 |
| Tax Issues | 3.20 | 1,850.00 |
| | 310.90 | $184,121.50 |