# EXHIBIT L

(Pre-Petition Expenses)

EXHIBIT L

Pre-Petition Expenses

Weil, Gotshal & Manges

| DATE | NAME | INVOICE/ENTRY | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 05/16/09 | Expenses Only, 7 | 10400036/1653 | 87.99 | | 87.99 | TAXI SERVICE - SUPPORT STAFF (NV) VENDOR: MAIN TAXI FRANKFURT; INVOICE#: 5881; DATE: 11/25/2009. TAXI JOURNEY IN FRANKFURT FOR MRS. ROSTEK ON 05/16/09 IN CLIENT RELATED MATTERS, TAXED WITH 7% VAT.<br>* [1@87.99] |
| 10/08/09 | Berz, D | 10387534/2509 | 16.00 | | 16.00 | TRAVEL VENDOR: BERZ, DAVID R. INVOICE#: CREX0005596910081952 DATE: 10/8/2009 TAXI/CAR SERVICE APR 16, 2009 - GM MEETINGS - FROM/TO: TRAIN OFFICE<br>* [1@16] |
| 10/08/09 | Berz, D | 10387534/2510 | 35.10 | | 35.10 | TRAVEL VENDOR: BERZ, DAVID R. INVOICE#: CREX0005596910081952 DATE: 10/8/2009 TAXI/CAR SERVICE APR 16, 2009 - GM MEETINGS - FROM/TO: OFFICE AIRPORT<br>* [1@35.1] |
| 10/14/09 | Expenses Only, 1 | 10400036/1681 | 47.23 | | 47.23 | TELEPHONE (OUT-OF-POCKET) VENDOR: BAILHACHE, GEOFFREY INVOICE#: CREX0004912910131950 DATE: 10/14/2009 MOBILE DATA CHARGES APR 01, 2009<br>* [1@47.23] |
| 10/14/09 | Expenses Only, 1 | 10400036/1675 | 5.55 | | 5.55 | BUSINESS MEALS VENDOR: BAILHACHE, GEOFFREY INVOICE#: CREX0003075710131950 DATE: 10/14/2009 OTHER FOOD/BEVERAGE JAN 13, 2009 - GM MEETINGS IN ZURICH AND GM UPDATE CALLS FROM ZURICH<br>* [1@5.55] |
| 10/14/09 | Expenses Only, 1 | 10400036/1676 | 24.46 | | 24.46 | BUSINESS MEALS VENDOR: BAILHACHE, GEOFFREY INVOICE#: CREX0003075710131950 DATE: 10/14/2009 BREAKFAST JAN 12, 2009 - GM MEETINGS IN ZURICH AND GM UPDATE CALLS FROM ZURICH - GEOFFREY BAILHACHE<br>* [1@24.46] |
| 10/14/09 | Expenses Only, 1 | 10400036/1677 | 256.33 | | 256.33 | TRAVEL VENDOR: BAILHACHE, GEOFFREY INVOICE#: CREX0003075710131950 DATE: 10/14/2009 ROOM AND TAX JAN 12, 2009 - GM MEETINGS IN ZURICH AND GM UPDATE CALLS FROM ZURICH<br>* [1@256.33] |
| 10/14/09 | Expenses Only, 1 | 10400036/1678 | 27.09 | | 27.09 | TRAVEL VENDOR: BAILHACHE, GEOFFREY INVOICE#: CREX0003075710131950 DATE: 10/14/2009 TELEPHONE JAN 13, 2009 - GM MEETINGS IN ZURICH AND GM UPDATE CALLS FROM ZURICH<br>* [1@27.09] |
| 10/14/09 | Expenses Only, 1 | 10400036/1679 | 37.95 | | 37.95 | TRAVEL VENDOR: BAILHACHE, GEOFFREY INVOICE#: CREX0004904810131950 DATE: 10/14/2009 TAXI/CAR SERVICE APR 01, 2009 - TAXI HOME AFTER WORKING LATE. - FROM/TO: WGM/HOME<br>* [1@37.95] |
| 10/14/09 | Expenses Only, 1 | 10400036/1680 | 47.44 | | 47.44 | TRAVEL VENDOR: BAILHACHE, GEOFFREY INVOICE#: CREX0006374310131950 DATE: 10/14/2009 TAXI/CAR SERVICE MAY 13, 2009 - WORKING LATE THURSDAY. TAXI HOME FROM THE OFFICE TO : W14 9RG - FROM/TO: EC2M 2WG/W14 9RG<br>* [1@47.44] |
| 10/14/09 | Expenses Only, 1 | 10400036/1673 | 24.46 | | 24.46 | BUSINESS MEALS VENDOR: BAILHACHE, GEOFFREY INVOICE#: CREX0003075710131950 DATE: 10/14/2009 BREAKFAST JAN 13, 2009 - GM MEETINGS IN ZURICH AND GM UPDATE CALLS FROM ZURICH - GEOFFREY BAILHACHE<br>* [1@24.46] |
| 10/14/09 | Expenses Only, 1 | 10400036/1672 | 64.74 | | 64.74 | TELEPHONE (OUT-OF-POCKET) VENDOR: BAILHACHE, GEOFFREY INVOICE#: CREX0006102810131950 DATE: 10/14/2009 MOBILE DATA CHARGES MAY 06, 2009<br>* [1@64.74] |
| 10/14/09 | Expenses Only, 1 | 10400036/1671 | 189.94 | | 189.94 | TELEPHONE (OUT-OF-POCKET) VENDOR: BAILHACHE, GEOFFREY INVOICE#: CREX0004368210131950 DATE: 10/14/2009 MOBILE DATA CHARGES FEB 26, 2009<br>* [1@189.94] |

EXHIBIT L PAGE 1 of 10

EXHIBIT L

Pre-Petition Expenses

Weil, Gotshal & Manges

| DATE | NAME | INVOICE/ENTRY | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 10/14/09 | Expenses Only, 1 | 10400036/1674 | 228.10 | | 228.10 | TRAVEL VENDOR: BAILHACHE, GEOFFREY INVOICE#: CREX0003075710131950 DATE: 10/14/2009 ROOM AND TAX JAN 12, 2009 - GM MEETINGS IN ZURICH AND GM UPDATE CALLS FROM ZURICH<br>* [1@228.1] |
| 10/30/09 | Expenses Only, 0 | 10400036/1732 | 923.60 | | 923.60 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 51939676 DATE: 4/22/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@923.6] |
| 10/30/09 | Expenses Only, 0 | 10400036/1733 | 177.80 | | 177.80 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 51950892 DATE: 4/27/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@177.8] |
| 10/30/09 | Expenses Only, 0 | 10400036/1734 | 216.80 | | 216.80 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 51953325 DATE: 4/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@216.8] |
| 10/30/09 | Expenses Only, 0 | 10400036/1735 | 163.80 | | 163.80 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 51945518 DATE: 4/24/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@163.8] |
| 10/30/09 | Expenses Only, 0 | 10400036/1736 | 149.60 | | 149.60 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 51948140 DATE: 4/24/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@149.6] |
| 10/30/09 | Expenses Only, 0 | 10400036/1737 | 69.60 | | 69.60 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 51948253 DATE: 4/24/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@69.6] |
| 10/30/09 | Expenses Only, 0 | 10400036/1738 | 158.80 | | 158.80 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 51945526 DATE: 4/24/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@158.8] |
| 10/30/09 | Expenses Only, 0 | 10400036/1739 | 38.80 | | 38.80 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 51953822 DATE: 4/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@38.8] |
| 10/30/09 | Expenses Only, 0 | 10400036/1740 | 110.80 | | 110.80 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 51950888 DATE: 4/27/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@110.8] |
| 10/30/09 | Expenses Only, 0 | 10400036/1741 | 33.80 | | 33.80 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 51953829 DATE: 4/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@33.8] |
| 10/30/09 | Expenses Only, 0 | 10400036/1742 | 33.80 | | 33.80 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 51953845 DATE: 4/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@33.8] |
| 10/30/09 | Expenses Only, 0 | 10400036/1743 | 144.60 | | 144.60 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 51994921 DATE: 5/12/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@144.6] |
| 10/30/09 | Expenses Only, 0 | 10400036/1744 | 106.45 | | 106.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52038675 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@106.45] |

EXHIBIT L PAGE 2 of 10

## Exhibit L

Pre-Petition Expenses

Weil, Gotshal & Manges

| DATE | NAME | INVOICE/ENTRY | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 10/30/09 | Expenses Only, 0 | 10400036/1745 | 144.60 | | 144.60 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 51995032 DATE: 5/12/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA * [1@144.6] |
| 10/30/09 | Expenses Only, 0 | 10400036/1746 | 106.45 | | 106.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52039220 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA * [1@106.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1747 | 144.60 | | 144.60 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 51994523 DATE: 5/12/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA * [1@144.6] |
| 10/30/09 | Expenses Only, 0 | 10400036/1748 | 159.45 | | 159.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52038703 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA * [1@159.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1749 | 159.45 | | 159.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52038937 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA * [1@159.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1750 | 159.45 | | 159.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52039146 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA * [1@159.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1751 | 159.45 | | 159.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52039218 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA * [1@159.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1752 | 89.45 | | 89.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52039334 DATE: 5/28/2009 SECRETARY OF STATE NV REQUESTED BY JUSTIN FORLENZA * [1@89.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1753 | 106.45 | | 106.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52039107 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA * [1@106.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1754 | 162.60 | | 162.60 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 51994254 DATE: 5/12/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA * [1@162.6] |
| 10/30/09 | Expenses Only, 0 | 10400036/1755 | 168.60 | | 168.60 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 51994893 DATE: 5/12/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA * [1@168.6] |
| 10/30/09 | Expenses Only, 0 | 10400036/1756 | 318.80 | | 318.80 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52034571 DATE: 5/27/2009 WAYNE CIRCUIT COURT MI REQUESTED BY JUSTIN FORLENZA * [1@318.8] |
| 10/30/09 | Expenses Only, 0 | 10400036/1757 | 168.60 | | 168.60 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 51994504 DATE: 5/12/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA * [1@168.6] |
| 10/30/09 | Expenses Only, 0 | 10400036/1758 | 471.70 | | 471.70 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52034570 DATE: 5/27/2009 TRAVIS DISTRICT COURT TX REQUESTED BY JUSTIN FORLENZA * [1@471.7] |

EXHIBIT L PAGE 3 of 10

EXHIBIT L

Pre-Petition Expenses

Weil, Gotshal & Manges

| DATE | NAME | INVOICE/ENTRY | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 10/30/09 | Expenses Only, 0 | 10400036/1759 | 106.45 | | 106.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52039190 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@106.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1760 | 159.45 | | 159.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52021589 DATE: 5/21/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@159.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1761 | 106.45 | | 106.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52039208 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@106.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1762 | 144.60 | | 144.60 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 51995080 DATE: 5/12/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@144.6] |
| 10/30/09 | Expenses Only, 0 | 10400036/1763 | 117.60 | | 117.60 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 51994732 DATE: 5/12/2009 DEPARTMENT OF STATE MI REQUESTED BY JUSTIN FORLENZA<br>* [1@117.6] |
| 10/30/09 | Expenses Only, 0 | 10400036/1764 | 106.45 | | 106.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52039113 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@106.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1765 | 70.30 | | 70.30 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52010844 DATE: 5/18/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@70.3] |
| 10/30/09 | Expenses Only, 0 | 10400036/1766 | 504.60 | | 504.60 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 51997614 DATE: 5/13/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@504.6] |
| 10/30/09 | Expenses Only, 0 | 10400036/1767 | 153.40 | | 153.40 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 51970305 DATE: 5/4/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@153.4] |
| 10/30/09 | Expenses Only, 0 | 10400036/1768 | 112.45 | | 112.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52039021 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@112.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1769 | 159.45 | | 159.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52039205 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@159.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1770 | 106.45 | | 106.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52039170 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@106.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1771 | 194.60 | | 194.60 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 51995002 DATE: 5/12/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@194.6] |
| 10/30/09 | Expenses Only, 0 | 10400036/1772 | 202.45 | | 202.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52039241 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@202.45] |

EXHIBIT L PAGE 4 of 10

EXHIBIT L

Pre-Petition Expenses

Weil, Gotshal & Manges

| DATE | NAME | INVOICE/ENTRY | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 10/30/09 | Expenses Only, 0 | 10400036/1773 | 106.45 | | 106.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52039140 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@106.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1774 | 324.45 | | 324.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52039347 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@324.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1775 | 110.45 | | 110.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52039324 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@110.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1776 | 159.45 | | 159.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52039033 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@159.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1777 | 164.45 | | 164.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52038673 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@164.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1778 | 159.45 | | 159.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52039111 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@159.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1779 | 159.45 | | 159.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52038998 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@159.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1780 | 118.45 | | 118.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52039231 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@118.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1781 | 159.45 | | 159.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52038728 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@159.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1782 | 158.60 | | 158.60 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 51994419 DATE: 5/12/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@158.6] |
| 10/30/09 | Expenses Only, 0 | 10400036/1783 | 159.45 | | 159.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52039181 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@159.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1784 | 164.45 | | 164.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52021585 DATE: 5/21/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@164.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1785 | 154.45 | | 154.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52040136 DATE: 5/28/2009 SECRETARY OF STATE NV REQUESTED BY JUSTIN FORLENZA<br>* [1@154.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1786 | 158.60 | | 158.60 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 51994463 DATE: 5/12/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@158.6] |

EXHIBIT L PAGE 5 of 10

EXHIBIT L

Pre-Petition Expenses

Weil, Gotshal & Manges

| DATE | NAME | INVOICE/ENTRY | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 10/30/09 | Expenses Only, 0 | 10400036/1787 | 158.60 | | 158.60 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 51994235 DATE: 5/12/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA * [1@158.6] |
| 10/30/09 | Expenses Only, 0 | 10400036/1788 | 158.60 | | 158.60 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 51994437 DATE: 5/12/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA * [1@158.6] |
| 10/30/09 | Expenses Only, 0 | 10400036/1789 | 144.60 | | 144.60 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 51994454 DATE: 5/12/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA * [1@144.6] |
| 10/30/09 | Expenses Only, 0 | 10400036/1790 | 144.60 | | 144.60 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 51995046 DATE: 5/12/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA * [1@144.6] |
| 10/30/09 | Expenses Only, 0 | 10400036/1791 | 202.45 | | 202.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52039245 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA * [1@202.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1792 | 144.60 | | 144.60 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 51994946 DATE: 5/12/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA * [1@144.6] |
| 10/30/09 | Expenses Only, 0 | 10400036/1793 | 159.45 | | 159.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52038769 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA * [1@159.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1794 | 92.60 | | 92.60 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 51994708 DATE: 5/12/2009 SECRETARY OF STATE NV REQUESTED BY JUSTIN FORLENZA * [1@92.6] |
| 10/30/09 | Expenses Only, 0 | 10400036/1795 | 178.45 | | 178.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52039002 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA * [1@178.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1796 | 159.45 | | 159.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52039137 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA * [1@159.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1797 | 144.60 | | 144.60 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 51994161 DATE: 5/12/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA * [1@144.6] |
| 10/30/09 | Expenses Only, 0 | 10400036/1798 | 153.40 | | 153.40 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 51977003 DATE: 5/6/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA * [1@153.4] |
| 10/30/09 | Expenses Only, 0 | 10400036/1799 | 144.60 | | 144.60 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 51995123 DATE: 5/12/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA * [1@144.6] |
| 10/30/09 | Expenses Only, 0 | 10400036/1800 | 192.45 | | 192.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52038682 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA * [1@192.45] |

EXHIBIT L PAGE 6 of 10

EXHIBIT L

Pre-Petition Expenses

Weil, Gotshal & Manges

| DATE | NAME | INVOICE/ENTRY | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 10/30/09 | Expenses Only, 0 | 10400036/1801 | 159.45 | | 159.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52039168 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@159.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1802 | 158.60 | | 158.60 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 51994875 DATE: 5/12/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@158.6] |
| 10/30/09 | Expenses Only, 0 | 10400036/1803 | 212.45 | | 212.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52039991 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@212.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1804 | 159.45 | | 159.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52039227 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@159.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1805 | 166.45 | | 166.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52038693 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@166.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1806 | 164.45 | | 164.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52039987 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@164.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1807 | 159.45 | | 159.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52038907 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@159.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1808 | 159.45 | | 159.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52039013 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@159.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1809 | 146.60 | | 146.60 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 51995070 DATE: 5/12/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@146.6] |
| 10/30/09 | Expenses Only, 0 | 10400036/1810 | 159.45 | | 159.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52039318 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@159.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1811 | 159.45 | | 159.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52038678 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@159.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1812 | 1,892.90 | | 1,892.90 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52034482 DATE: 5/27/2009 WAYNE CIRCUIT COURT MI REQUESTED BY JUSTIN FORLENZA<br>* [1@1892.9] |
| 10/30/09 | Expenses Only, 0 | 10400036/1813 | 170.45 | | 170.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52039124 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@170.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1814 | 148.40 | | 148.40 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 51970317 DATE: 5/4/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@148.4] |

EXHIBIT L PAGE 7 of 10

EXHIBIT L

Pre-Petition Expenses

Weil, Gotshal & Manges

| DATE | NAME | INVOICE/ENTRY | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 10/30/09 | Expenses Only, 0 | 10400036/1815 | 142.45 | | 142.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52038776 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@142.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1816 | 159.45 | | 159.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52038691 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@159.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1817 | 106.45 | | 106.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52038815 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@106.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1818 | 144.60 | | 144.60 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 51994511 DATE: 5/12/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@144.6] |
| 10/30/09 | Expenses Only, 0 | 10400036/1819 | 350.45 | | 350.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52039335 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@350.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1820 | 144.60 | | 144.60 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 51994448 DATE: 5/12/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@144.6] |
| 10/30/09 | Expenses Only, 0 | 10400036/1821 | 106.45 | | 106.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52039163 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@106.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1822 | 34.45 | | 34.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52025361 DATE: 5/22/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@34.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1823 | 269.80 | | 269.80 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52034575 DATE: 5/27/2009 NEW YORK SUPREME COURT NY REQUESTED BY JUSTIN FORLENZA<br>* [1@269.8] |
| 10/30/09 | Expenses Only, 0 | 10400036/1824 | 216.45 | | 216.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52039182 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@216.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1825 | 159.45 | | 159.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52039189 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@159.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1826 | 34.45 | | 34.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52025350 DATE: 5/22/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@34.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1827 | 154.10 | | 154.10 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52043484 DATE: 5/29/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@154.1] |
| 10/30/09 | Expenses Only, 0 | 10400036/1828 | 159.45 | | 159.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52039274 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@159.45] |

EXHIBIT L PAGE 8 of 10

Exhibit L

Pre-Petition Expenses

Weil, Gotshal & Manges

| DATE | NAME | INVOICE/ENTRY | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 10/30/09 | Expenses Only, 0 | 10400036/1829 | 122.60 | | 122.60 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 51994740 DATE: 5/12/2009 DEPARTMENT OF STATE MI REQUESTED BY JUSTIN FORLENZA<br>* [1@122.6] |
| 10/30/09 | Expenses Only, 0 | 10400036/1830 | 156.45 | | 156.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52039279 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@156.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1831 | 159.45 | | 159.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52039121 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@159.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1832 | 158.60 | | 158.60 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 51994961 DATE: 5/12/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@158.6] |
| 10/30/09 | Expenses Only, 0 | 10400036/1833 | 104.60 | | 104.60 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 51995142 DATE: 5/12/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@104.6] |
| 10/30/09 | Expenses Only, 0 | 10400036/1834 | 159.45 | | 159.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52039152 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@159.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1835 | 106.45 | | 106.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52038732 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@106.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1836 | 178.45 | | 178.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52039262 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@178.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1837 | 159.45 | | 159.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52038811 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@159.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1838 | 70.30 | | 70.30 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52012008 DATE: 5/19/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@70.3] |
| 10/30/09 | Expenses Only, 0 | 10400036/1839 | 158.60 | | 158.60 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 51994912 DATE: 5/12/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@158.6] |
| 10/30/09 | Expenses Only, 0 | 10400036/1840 | 149.60 | | 149.60 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 51994151 DATE: 5/12/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@149.6] |
| 10/30/09 | Expenses Only, 0 | 10400036/1841 | 144.60 | | 144.60 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 51994935 DATE: 5/12/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@144.6] |
| 10/30/09 | Expenses Only, 0 | 10400036/1842 | 158.60 | | 158.60 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 51994220 DATE: 5/12/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA<br>* [1@158.6] |

EXHIBIT L  PAGE 9 of 10

09-50026-mg    Doc 6095-12    Filed 06/22/10    Entered 06/22/10 13:14:55    Exhibit L
Pg 11 of 11

EXHIBIT L
Pre-Petition Expenses
Weil, Gotshal & Manges

| DATE | NAME | INVOICE/ENTRY | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 10/30/09 | Expenses Only, 0 | 10400036/1843 | 144.60 | | 144.60 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 51994481 DATE: 5/12/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA * [1@144.6] |
| 10/30/09 | Expenses Only, 0 | 10400036/1844 | 160.45 | | 160.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52039148 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA * [1@160.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1845 | 159.45 | | 159.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52039258 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA * [1@159.45] |
| 10/30/09 | Expenses Only, 0 | 10400036/1846 | 230.45 | | 230.45 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52038964 DATE: 5/28/2009 SECRETARY OF STATE DE REQUESTED BY JUSTIN FORLENZA * [1@230.45] |
| 11/13/09 | Expenses Only, 0 | 10400036/2193 | -3,064.80 | | -3,064.80 | CORPORATION SERVICE VENDOR: CSC INVOICE#: 52059934 DATE: 4/8/2009 OKLAHOMA COUNTY OK REQUESTED BY JUSTIN FORLENZA * [1@-3064.8] |
| 01/19/10 | Berz, D | 10396530/1641 | -51.10 | | -51.10 | TRAVEL VENDOR: BERZ, DAVID R.; INVOICE#: 20100119.COSTADJ; DATE: 1/19/2010 - COST JOB: CHECK # 2990 DATED 12/23/09 RECEIVED FROM DAVID BERZ FOR DUPLICATE PYMT - SEE REPORTS 0100-0005-5969 & 0100-0008-3562 T&E 04/14/09 NY GM MTGS * [1@-51.1] |
| | | | $18,386.88 | | $18,386.88 | |

EXHIBIT L  PAGE 10 of 10