# EXHIBIT O

## (Administrative Expenses)

EXHIBIT O

Administrative Expenses

Weil, Gotshal & Manges

| DATE | NAME | INVOICE/ENTRY # | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|------|-----------------|---------------|---------------|----------------|-------------|
| Category: Binding | | | | | | |
| 10/15/09 | Meises, M | 10387534/2639 | 3.50 | | 3.50 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 10/06/09 02:12PM 1 BINDING(S) FROM UNIT 10<br>* [1@3.5] |
| 10/27/09 | Berkovich, R | 10387534/2869 | 35.00 | | 35.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 10/21/09 07:36PM 10 BINDING(S) FROM UNIT 13<br>* [10@3.5] |
| 10/27/09 | Lederman, E | 10400036/1700 | 21.00 | | 21.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 10/22/09 07:28PM 6 BINDING(S) FROM UNIT 12<br>* [6@3.5] |
| 10/27/09 | Rodriguez, I | 10387534/2870 | 30.00 | | 30.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - VELOBINDING VELOBINDING IN NEW YORK CITY ON 10/23/09 04:27PM 20 BINDING(S) FROM UNIT 10<br>* [20@1.5] |
| 11/06/09 | Rodriguez, I | 10400036/2000 | 7.00 | | 7.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 10/27/09 05:19PM 2 BINDING(S) FROM UNIT 11<br>* [2@3.5] |
| 11/06/09 | Falabella, P | 10400036/1999 | 14.00 | | 14.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 10/30/09 10:26AM 4 BINDING(S) FROM UNIT 17<br>* [4@3.5] |
| 11/06/09 | Miller, H | 10400036/1998 | 3.00 | | 3.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - VELOBINDING VELOBINDING IN NEW YORK CITY ON 10/27/09 04:00PM 2 BINDING(S) FROM UNIT 12<br>* [2@1.5] |
| 11/13/09 | Rodriguez, I | 10400036/2159 | 10.50 | | 10.50 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 11/04/09 03:47AM 3 BINDING(S) FROM UNIT 10<br>* [3@3.5] |
| 11/19/09 | Phillips, L | 10400036/2378 | 19.50 | | 19.50 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - VELOBINDING VELOBINDING IN NEW YORK CITY ON 11/11/09 06:31PM 13 BINDING(S) FROM UNIT 17<br>* [13@1.5] |
| 11/19/09 | Meises, M | 10400036/2377 | 21.00 | | 21.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 11/10/09 04:22PM 6 BINDING(S) FROM UNIT 17 |

EXHIBIT O

Administrative Expenses

Weil, Gotshal & Manges

| DATE | NAME | INVOICE/ENTRY # | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|------|-----------------|---------------|---------------|----------------|-------------|
| Category: Binding | | | | | | |
| 11/19/09 | Meises, M | 10400036/2377 | | | | MATTER NAME: EXP - Expenses<br>* [6@3.5] |
| 11/30/09 | Arons, A | 10400036/2485 | 7.00 | | 7.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 11/25/09 12:36PM 2 BINDING(S) FROM UNIT 12<br>* [2@3.5] |
| 11/30/09 | Arons, A | 10400036/2483 | 10.50 | | 10.50 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 11/25/09 06:12PM 3 BINDING(S) FROM UNIT 03<br>* [3@3.5] |
| 12/09/09 | Meises, M | 10400035/1854 | 3.50 | | 3.50 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 12/01/09 06:10PM 1 BINDING(S) FROM UNIT 10<br>* [1@3.5] |
| 12/15/09 | Expenses Only, 9 | 10400035/1900 | 3.50 | | 3.50 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 12/08/09 07:23PM 1 BINDING(S) FROM UNIT 15<br>* [1@3.5] |
| 12/15/09 | Expenses Only, 0 | 10400035/1899 | 4.39 | | 4.39 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - VELOBINDING VELOBINDING IN NEW YORK CITY ON 12/08/09 05:39PM 3 BINDING(S) FROM UNIT 03<br>* [3@1.46] |
| 12/23/09 | Falabella, P | 10400035/2062 | 35.00 | | 35.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 12/16/09 10:41AM 10 BINDING(S) FROM UNIT 17<br>* [10@3.5] |
| 12/23/09 | Rodriguez, I | 10400035/2064 | 10.50 | | 10.50 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 12/14/09 03:55PM 3 BINDING(S) FROM UNIT 11<br>* [3@3.5] |
| 12/23/09 | Falabella, P | 10400035/2063 | 10.50 | | 10.50 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 12/16/09 09:57AM 3 BINDING(S) FROM UNIT 17<br>* [3@3.5] |
| 01/27/10 | Meises, M | 10396530/1763 | 3.50 | | 3.50 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 01/20/10 12:27PM 1 BINDING(S) FROM UNIT 10<br>* [1@3.5] |

EXHIBIT O

Administrative Expenses

Weil, Gotshal & Manges

| DATE | NAME | INVOICE/ENTRY # | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|------|-----------------|---------------|---------------|----------------|-------------|
| Category: Binding | | | | | | |
| Binding: | | | $252.89 | | $252.89 | |
| Category: Books | | | | | | |
| 12/08/09 | Morton, M | 10400035/1818 | 30.00 | | 30.00 | MATTER NAME: EXP - Expenses<br>OUTSIDE DOCUMENT SERVICE BUREAU VENDOR: SJ QUINNEY LAW LIBRARY; INVOICE#: 2149, DATE: 9/3/2009 - INTERLIBRARY LOAN BOOK: MANAGING ENVIRONMENTAL LIABILITY<br>* [1@30] |
| 12/23/09 | Gietz, R | 10400035/2052 | 765.00 | | 765.00 | MATTER NAME: EXP - Expenses<br>PRINTING & PHOTOSTATS (OUTSIDE) VENDOR: ART BOOKBINDERS OF AMERICA, INC.; INVOICE#: 6090029; DATE: 6/9/2009 - VOLUMES HARDBOUND - REVIEW IN THE GM TREASURERS OFFICE<br>* [1@765] |
| Books: | | | $795.00 | | $795.00 | |
| | | | $1,047.89 | | $1,047.89 | |

EXHIBIT O PAGE 3 of 3