## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | ☑ Motors Liquidation Company, Case No. 09-50026 <br><br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br><br> ☐ MLCS, LLC, Case No. 09-50027 <br><br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br><br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | ATMOS ENERGY/MID STATES DIVISIONS <br> A DIVISION OF ATMOS ENERGY CORP <br> ATTN BANKRUPTCY GROUP <br> DALLAS, TX, 75265 |
| Claim Number (if known): | 830 |
| Date Claim Filed: | 7/10/2009 |
| Total Amount of Claim Filed: | $17,911.04 |

RECEIVED JUN 16 2010 U.S. BANKRUPTCY COURT, SDNY

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 6-10-11

Print Name: Velinda L. Hunter

Title (if applicable): Bnkrpt Specialist

US_ACTIVE:¥43219392¥02¥72240.0639