# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☑ Motors Liquidation Company, Case No. 09-50026 <br><br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br><br> ☐ MLCS, LLC, Case No. 09-50027 <br><br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br><br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | ATMOS ENERGY/PIPELINE DIVISION <br> A DIVISION OF ATMOS ENERGY CORP <br> ATTN BANKRUPTCY GROUP <br> PO BOX 650205 <br> DALLAS, TX, 75265-0205 |
| Claim Number (if known): | 1191 |
| Date Claim Filed: | 7/27/2009 |
| Total Amount of Claim Filed: | $73,043.67 |

RECEIVED JUN 16 2010 U.S. BANKRUPTCY COURT, SDNY

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: June 10, 2010

_[signature]_ Rhonda B. Brown

Print Name: Rhonda B. Brown

Title (if applicable): Bankruptcy Specialist

---

# FORM 10. PROOF OF CLAIM

Form B10 11/92

| United States Bankruptcy Court<br>Southern District of New York | Proof of Claim |
|---|---|
| In re (Name of Debtor)<br>MOTORS LIQUIDATION COMPANY xx-xxx2515<br>fka GENERAL MOTORS CORPORATION | Case Number<br>09-50026 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request for payment of an administrative expense may be filed pursuant to 11 U S C § 503

| Name of Creditor<br>(The person or other entity to whom the debtor owes money or property)<br>Atmos Energy/ Mid-Tex Division<br>A division of Atmos Energy Corporation | ___ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars |
|---|---|
| Name and Address Where Notices Should be Sent<br><br>Attn: Bankruptcy Group<br>Atmos Energy Corporation<br>P O Box 650205<br>Dallas, TX 75265-0205<br><br>Telephone No. 972-855-3343 | ___ Check box if you have never received any notices from the bankruptcy court in this case<br><br>√ Check box if this address differs from the address on the envelope sent to you by the court |

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR

Check here if this claim ___ replaces a previously filed claim, dated ___
___ amends

| 1 BASIS FOR CLAIM | |
|---|---|
| √ Goods Sold - NATURAL GAS    FILED - 01190<br>___ Services Performed    MOTORS LIQUIDATION COMPANY<br>___ Money Loaned    F/K/A GENERAL MOTORS CORP<br>___ Personal Injury/Wrongful Death    SDNY # 09-50026 (REG)<br>___ Taxes<br>___ Other (Describe briefly) | ___ Retiree benefits as defined in 11 U S C § 1114(a)<br>___ Wages, salaries, and compensation (Fill out below)<br>Your social security number ___<br>Unpaid compensation for services performed<br>from ___ to ___<br>(date)    (date) |

2 DATE DEBT WAS INCURRED
VARIOUS

3 IF COURT JUDGMENT, DATE OBTAINED

4 CLASSIFICATION OF CLAIM Under the Bankruptcy code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another
CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED

| ___ SECURED CLAIM $ ___<br>Attach evidence of perfection of security interest<br>Brief Description of Collateral<br>___ Real Estate ___ Motor Vehicle ___ Other (Describe briefly)<br><br>Amount of arrearage and other charges at time case filed included in secured claim above, if any $ ___<br><br>√ UNSECURED NONPRIORITY CLAIM $ 770.45<br>A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim | ___ UNSECURED PRIORITY CLAIM $ ___<br>Specify the priority of the claim<br>___ Wages, salaries, or commissions (up to $2,000, earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier) - 11 U S C § 507(a)(3)<br>___ Contributions to an employee benefit plan - 11 U S C § 507(a)(4)<br>___ Up to $900 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U S C § 507(a)(6)<br>___ Taxes or penalties of governmental units - 11 U S C § 507(a)(7)<br>___ Other - Specify applicable paragraph of 11 U S C § 507(a) ___ |
|---|---|

| 5 TOTAL AMOUNT<br>OF CLAIM AT TIME    $ 770.45<br>CASE FILED 6/1/09    (Unsecured) | $ ___<br>(Secured) | $ ___<br>(Priority) | $ 770.45<br>(TOTAL) |
|---|---|---|---|

___ Check this box if claim includes charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

6 CREDITS AND SETOFFS  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant due has deducted all amounts that claimant owes to debtor

7 SUPPORTING DOCUMENTS Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary

8 TIME-STAMPED COPY To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

| Date<br><br>JULY 27, 2009 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) *Rhonda B Brown*<br>Rhonda B Brown, Credit and Collections |
|---|---|

Penalty for presenting fraudulent claim Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 and 3571

THE GARDEN CITY GROUP, INC.
AUG 19 2009