

**STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS**

**Department of Administration**
**DIVISION OF TAXATION**
One Capitol Hill
Providence, RI 02908-5800
Fax (401) 574-8915



June 11, 2010

U. S. Bankruptcy Court
1 Bowling Green, Rm. 614
New York, NY 10004-1408

RE: General Motors Corp.        #09-50026

Debtor

# STIPULATION

Claim filed against the above by the Division of Taxation for Sales Tax has been satisfied in full and is hereby withdrawn.

STATE OF RHODE ISLAND
DIVISION OF TAXATION

BY: _____
Paul Guertin, Chief of
Compliance & Collections