**3M**

**Alan E. Brown, Esq.**
Special Counsel to 3M Company

3M Legal Affairs
Office of General Counsel

P.O. Box 33428
St. Paul, MN  55133-3428 USA
Phone:  (651) 736-6739
Fax:  (651) 736-9469
Email:  arbrown@mmm.com

June 14, 2010

Vito Genna, Clerk of Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

**VIA U.S. MAIL**

Re:    **In re Motors Liquidation Company, Bankr. S.D.N.Y. Case No. 09-50026**
       **Withdrawal of Claim No. 51395**

Dear Mr. Genna:

Enclosed for filing, please find the following document:

1.    Withdrawal of Claim No. 51395 by 3M Purifcation, Inc.

Thank you for your assistance in this matter.

Sincerely,

Alan E. Brown

Enc.

cc:    Robert Losier (via email – rlosier@alixpartners.com)

3M 781307v1

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026 |
| --- | --- |
| | ☐ MLC of Harlem, Inc., Case No. 09-13558 |
| | ☐ MLCS, LLC, Case No. 09-50027 |
| | ☐ MLCS Distribution Corporation, Case No. 09-50028 |
| | ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | 3M PURIFICATION INC FKA CUNO INC C/O ELLIOTT GREENLEAF 1105 NORTH MARKET ST, STE 1700 WILMINGTON,DE,19801 |
| Claim Number (if known): | 51395 |
| Date Claim Filed: | 11/18/2009 |
| Total Amount of Claim Filed: | $5,277.26 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 6/14/10

Print Name: Alan Brown, Esq.

Title (if applicable): Special Counsel to 3M

US_ACTIVE:¥43219392¥02¥72240.0639