UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK - NEW YORK

| | |
|---|---|
| In Re: | Case No. 09-50026-REG |
| GENERAL MOTORS CORP., ET AL.,, | Chapter 11 |
| Debtor(s). | Honorable Robert E. Gerber |

## PROOF OF SERVICE

The undersigned certifies that on June 22, 2010, a copy of the Response to Debtors' Seventeenth Omnibus Objection to Claims, was/were served upon the following parties either electronically or by depositing said copies in the U.S. mail, postage prepaid:

Stephen Karotkin
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York NY  10153

/s/ Michael Holcomb
Michael Holcomb
Legal Secretary
Kathleen A. Gardiner  (P45245)
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI  48202
Telephone:  (313) 456-0140
E-mail:  GardinerK@michigan.gov

Dated:  June 22, 2010