UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re  
MOTORS LIQUIDATION COMPANY  
f/k/a GENERAL MOTORS CORP. et al  

Debtors.

Chapt. 11

Case #2009-50026-REG  
(Jointly Administered)  
Judge Robert E. Gerber

CLAIM NUMBERS OF THE COURT:  
Richard & Elise Birdsall= #1745  
Elise Birdsall= #1746

CLAIM NUMBERS OF CLAIMS AGENT:  
Elise Birdsall, filed 10/09/09=7617  
Richard Birdsall, filed 10/09/09=7618

<u>NOTICE OF TELEPHONIC APPEARANCE, OF ATTORNEY FOR CLAIMANTS, RICHARD & ELISE BIRDSALL, AT THE HEARING OF JUNE 29, 2010, 9:45 A.M., FOR DEBTOR'S FIFTEENTH OMNIBUS OBJECTION TO CLAIMS, (DOC. #5731) AND CLAIMANTS' RESPONSE (DOC. #6089) AND MOTION TO MERGE CLAIMS AGENT'S "CLAIM NUMBERS" 58954 & 65890 INTO #7617 & #7618</u>

Claimants, Richard and Elise Birdsall, by and through their undersigned attorney, hereby respectfully represent:

1. On May 6, 2010 Debtor filed its Fifteenth Omnibus Objection To Claims (Doc. #5731), which included the claims of Mr. & Mrs. Birdsall. On June 22, 2010, these Claimants filed their Response to Doc. #5731 and their Motion To Merge the erroneously titled "claim numbers" 58954 & 65890 into Claim #s 7617 & 7618. With permission of the Court, Claimants' counsel is appearing telephonically, at this hearing, with the ability to listen and speak, pursuant to Court Call Confirm. I.D. #3586947.

<u>CERTIFICATION OF SERVICE</u>

I HEREBY CERTIFY that this Notice of Telephonic Appearance by Attorney For Claimants, Birdsall, has been served upon Vito Genna, Clerk

of the U.S. Bankruptcy Court, South. Dist. of N. Y., One Bowling Green, New York City, N.Y. 10004 and all the below-listed parties by electronic filing and in accord with Gen. Orders M-182 and M-242, on June 23, 2010.

1. The Garden City Group, Inc., ATTN: Motors Liquidation Co. Claims Processing, 5151 Blazer Parkway, Suite A., Dublin, Ohio, 43017;
2. Attorneys for the Debtor, Weil, Gotshal & Manges, Esqs., Attention Harvey Miller, Esq., S. Karotkin, Esq & J. Smolinsky, Esq., 767 Fifth Ave., New York City, NY 10153;
3. Office of the U.S. Trustee, Attention Diana G. Adams, Esq., 33 Whitehall Street, 21st Floor, New York City, NY 10004;
4. Attorneys for Committee of Unsecured Creditors, Kramer, Levin, Esqs., Attn; T. Moers, Esq., Amy Caton, Esq, L. Macksoud, Esq & J. Sharret, Esq., 1177 Avenue of the Americas, N. Y. City, N.Y. 10036;
5. the debtors, c/o Motors Liquidation Co., 500 Renaissance Ctr. Suite 1400, Detroit Mich., 48243, Attn: Ted Stenger;
6. General Motors, LLC., 400 Renaissance Ctr., Detroit, Mich. 48265, Attn L. S. Buonomo, Esq.;
7. Cadwalader, Wickersham & Taft, LLP., One World Fin. Ctr. N.Y., N.Y., 10281, Attn: John J. Rapisardi, Esq.;
8. U.S. Dept. of Treasury, 1500 Pennsylvania Ave., N.W., Rm 2312, Washington, D.C., 20220, Attn: J. Samarias, Esq.;
9. Vedder, Price, P.C., 1633 Broadway, 47th Floor, N.Y., N.Y., 10019, Attn: Michael Edelman, Esq. & M. Schein, Esq.;
10. U.S. Attorney's Office, S.D.N.Y., 86 Chambers St., 3rd Floor, N.Y. N.Y.,10007, Attn: David Jones, Esq & Nat Kuehler, Esq.;
11. Caplan & Drysdale, Chartered, 375 Park Ave., 35th Floor, N.Y., N.Y., 10152-3500, Attn Elihu Inselbuch Esq. & Rita Tobin, Esq. and One Thomas Cir., N.W., Suite 1100, Washington D.C. 20005, Attn: T. Swett, III, Esq. & K. Maclay, Esq.;
12. Stutzman, Bromberg, Esserman & Plifka, 23232 Bryan St., Ste. 2200, Dallas, Tex., 75201 Attn: S. Esserman, Esq & R. Broussseau, Esq.

_____      June 23, 2010
EDWARD S. DONINI, ESQ.                DATE
Fla. Bar # 0984787
P.O. Box 605
New Smyrna Bch., FL 32170
Tel.: (386) 760-1941
Attorney for Creditors, Richard & Elise Birdsall