**Hausfeld LLP**
1700 K Street, N.W.
Suite 650
Washington, D.C. 20006
Tel (202) 540-7200
Fax (202) 540-7201

*Attorneys for Sakwe Balintulo, et al.,*
*on behalf of all those similarly situated*

 

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re** | **Chapter 11 Case No.** |
| | **09-50026 (REG)** |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | |
| f/k/a General Motors Corp., *et al.* | **Jointly Administered** |
| **Debtors.** | |

CERTIFICATE OF SERVICE

The Undersigned certifies that, on June 22, 2010, a true and correct copy of **CLASS PLAINTIFFS': (1) RESPONSE ON BEHALF OF BALINTULO AND BOTHA PLAINTIFFS TO DEBTORS' (i) OBJECTION TO PROOFS OF CLAIM NOS. 1206, 7857 AND 10162, AND, IN THE ALTERNATIVE, (ii) MOTION TO ESTIMATE PROOFS OF CLAIM NOS. 1206, 7587 AND 10162; AND (2) MOTION UNDER RULE 9014 FOR CLASS TREATMENT UNDER RULE 7023** (Dkt. No. 6097) was served on the parties below by the method indicated:

1

**By Overnight Federal Express to:**

Diana G. Adams
Office of the United States Trustee for
  the Southern District of New York
33 Whitehall Street
21st Floor
New York, New York 10007

**By Electronic Mail and Overnight Federal Express to:**

Joseph Samarias, Esq.
**United States Department of the Treasury**
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220

David S. Jones, Esq.
Natalie Kuehler, Esq.
**U.S. Attorney, Southern District of New York**
86 Chambers Street, Third Floor
New York, New York 10007

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
**Weil, Gotshal & Manges LLP**
767 Fifth Avenue,
New York, New York 10153
Harvey.miller@weil.com
Stephen.karotkin@weil.com
Joseph.smolinsky@weil.com

Ted Stenger
**Motors Liquidation Company**
 500 Renaissance Center, Suite 1400
Detroit, Michigan 48243
tstenger@alixpartners.com

Lawrence S. Buonomo, Esq.
**General Motors, LLC**
400 Renaissance Center
Detroit, Michigan 48265
lawrence.s.buonomo@gm.com

2

John J. Rapisardi, Esq.
**Cadwalader, Wickersham & Taft LLP**
One World Financial Center
New York, New York 10281
john.rapisardi@cwt.com
*Counsel for U.S. Dept. of Treasury*

Thomas Moers Mayer, Esq.
Amy Caton, Esq.
Lauren Macksoud, Esq.
Jennifer Sharret, Esq.
**Kramer Levin Naftalis & Frankel LLP**
1177 Avenue of the Americas
New York, New York 10036
tmayer@kramerlevin.com
acaton@kramerlevin.com
lmacksoud@kramerlevin.com
jsharret@kramerlevin.com
*Counsel for the Statutory Committee of Unsecured Creditors*

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
**Vedder Price, P.C.**
1633 Broadway, 47th Floor
New York, New York 10019
mjedelman@vedderprice.com
MSchein@vedderprice.com
*Counsel for Export Development Canada*

Elihu Inselbuch, Esq.
Rita C. Tobin, Esq.
**Caplin & Drysdale**
375 Park Avenue, 35th Floor
New York, New York 10152-3500
ei@capdale.com
rct@capdale.com
*Counsel for the official committee of unsecured
creditors holding asbestos-related claims*

Trevor W. Swett III, Esq.
Kevin C. Maclay, Esq.
**Caplin & Drysdale**
One Thomas Circle, N.W., Suite 1100
Washington, DC 20005
kcm@capdale.com
tws@capdale.com
*Counsel for the official committee of unsecured
creditors holding asbestos-related claims*

Sander L. Esserrnan, Esq.
Robert T. Brousseau, Esq.
**Stutzman, Bromberg, Esserman & Plifka**
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
esserman@sbep-law.com
brousseau@sbep-law.com
*Counsel for Dean M. Trafelet in his
capacity as the legal representative for
future asbestos personal injury claimants*

**Via Electronic Mail to**:

Diane E. Sammons
**Nagel Rice LLP**
103 Eisenhower Parkway
Roseland, New Jersey 07068
dsammons@nagelrice.com
*Attorneys for Ntsebeza (Botha) Plaintiffs*


Dated:  June 23, 2010                                     By:    /s/ Jeannine Kenney
        New York, New York                                       Jeannine Kenney
                                                                 **Hausfeld LLP**
                                                                 1700 K Street, N.W.
                                                                 Suite 650
                                                                 Washington, D.C. 20006
                                                                 Tel (202) 540-7200
                                                                 Fax (202) 540-7201
                                                                 jkenney@hausfeldllp.com

4815-0175-0534, v.  1