Thomas R. Slome, Esq. Jil Mazer-Marino, Esq.
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York  11530-9194
Telephone: (516) 741-6565
Facsimile: (516) 741-6706

  and

Russell R. Johnson III, Esq.
John M. Merritt, Esq.
Law Firm Of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia  23103
Telephone:  (804) 749-8861
Facsimile:  (804) 749-8862

*Co-Counsel for Shreveport Red River Utilities, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                :
**In re:**           :    **Chapter 11**
                :
**MOTORS LIQUIDATION COMPANY,** *et al.,* :    **Case No. 09-50026 (REG)**
    **f/k/a General Motors Corp.,** *et al.,* :
                :
      **Debtors.**     :    **(Jointly Administered)**
                :
-------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF SHREVEPORT**
**RED RIVER UTILITIES, LLC.'S MOTION FOR ALLOWANCE AND PAYMENT**
**OF POST-PETITION CLAIM AND MOTION TO ENFORCE ADEQUATE**
**ASSURANCE OF PAYMENT AGREEMENT PURSUANT TO 11 U.S.C. § 366(c)**

    **PLEASE TAKE NOTICE THAT** the hearing on Shreveport Red River

Utilities, LLC's Motion for Allowance and Payment of a Post-Petition Claim and Motion

to Enforce Adequate Assurance of Payment Agreement Pursuant to 11 U.S.C. § 366(c)

[Docket No. 4527] is adjourned, with the consent of the Debtor, from June 29, 2010 at

9:45 a.m. to August 6, 2010 at 9:45 a.m.

Dated:  Garden City, New York
       June 23, 2010         MEYER, SUOZZI, ENGLISH & KLEIN, P.C.


         By:  /s/ Jil Mazer-Marino
             Jil Mazer-Marino

         990 Stewart Avenue, Suite 300
         PO Box 9194
         Garden City, New  York 11530
         Tel: (516) 741-6565
         *Co-Counsel for Shreveport Red River Utilities, LLC*

750251