A. Spencer Gilbert III
GILBERT PLLC
4500 I-55 North, Suite 246 (39211)
Post Office Box 13187
Jackson, Mississippi  39236
Telephone  (601) 982-2122
Facsimile   (601) 982-2123

*Counsel to Mississippi Workers' Compensation*
*Individual Self-insurer Guaranty Association*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------- x
                                    :
In re                               : Chapter 11
                                    :
MOTORS LIQUIDATION COMPANY, et al., : Case No. 09-50026 (REG)
    f/k/a General Motors Corp., et al., :
                                    : (Jointly Administered)
    Debtors.                        :
                                    :
----------------------------------- x

**AMENDMENT TO RESPONSES OF MISSISSIPPI WORKERS' COMPENSATION**
**INDIVIDUAL SELF-INSURER GUARANTY ASSOCIATION**
**TO THE DEBTOR'S THIRTEENTH AND FOURTEENTH OMNIBUS OBJECTIONS**
**TO CLAIMS**

**Claim Nos. 69597 and 69600 (13th Omnibus Objection to Claims) and**
**Claim Nos. 69594, 69595, 69596, 69598, and 69599 (14th Omnibus Objection to Claims)**

Mississippi Workers' Compensation Individual Self-insurer Guaranty Association

("Miss. ISGA") amends each of its responses ("Responses") to Debtor's Thirteenth Omnibus

Objection to Claims (Claim Nos. 69597 and 69600 ) [Docket Nos. 5799 and 5800] and Debtor's

Fourteenth Omnibus Objection to Claims (Claim Nos. 69594, 69595, 69596, 69598, and 69599) [Docket Nos. 5801, 5803, 5804, 5805, 5806] as follows:

1.  Miss. ISGA understands and agrees (a) that the obligations included in each of these claims were expressly assumed by the entity now known as General Motors Company, f/k/a Vehicle Acquisition Holding LLC and NGMCO, Inc. ("New GM"), and (b) that the security held for the payment of Debtor's workers' compensation obligations in Mississippi was transferred to New GM for the benefit of Miss. ISGA, pursuant to Order (I) Authorizing Sale of Assets pursuant to Amended and Restated Master Sale and Purchase Agreement with NGMCO, Inc., a U.S. Treasury-Sponsored Purchase; (II) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale; and (III) Granting Relief [Docket No. 2968].

2.  Therefore, Miss. ISGA withdraws each of its Responses.

Respectfully submitted,

s/ A. Spencer Gilbert III
A. Spencer Gilbert III
Mississippi Bar No. 4828
GILBERT PLLC
4500 I-55 North, Suite 246 (39211)
Post Office Box 13187
Jackson, Mississippi 39236
Telephone  (601) 982-2122
Facsimile   (601) 982-2123
sgilbert@asgilbert.com

*Attorney for Mississippi Workers' Compensation Individual Self-insurer Guaranty Association*

June 24, 2010

# CERTIFICATE OF SERVICE

      I hereby certify that on June 24, 2010, I electronically filed with the Clerk of the Court and served on the attorneys for the Debtor the foregoing document using the CM/ECF system and deposited a copy with Federal Express for overnight delivery to:

      Weil, Gotshal & Manges LLP
      Attorneys for the Debtors
      767 5th Avenue
      New York, New York 10153-0023
      Attn: Harvey R. Miller, Esq, Stephen Karotkin, Esq., Joseph H. Smolinsky, Esq.,

I further certify that on June 24, 2010, I deposited a copy with Federal Express for overnight delivery to:

      The Honorable Robert E. Gerber
      United States Bankruptcy Judge
      United States Bankruptcy Court for the Southern District of NewYork
      One Bowling Green, Room 621
      New York, New York 10004

      The Debtors
      c/o Motors Liquidation Company
      500 Renaissance Center Suite 1400
      Detroit, Michigan 48243-1929
      Attn: Ted Stenger

      General Motors, LLC
      400 Renaissance Center
      Detroit, Michigan 48243-1402
      Attn: Lawrence S. Buonomo, Esq.

      Cadwalader Wickersham & Taft LLP
      Attorneys for the U.S. Department of the Treasury
      One World Financial Center
      New York, New York 10281
      Attn: John J. Rapisardi, Esq.

      United States Department of the Treasury
      1500 Pennsylvania Avenue NW, Room 2312
      Washington, D.C. 20220
      Attn: Joseph Samarias, Esq.

Vedder Price, P.C.
Attorneys for Export Development Canada
1633 Broadway, 47th floor
New York, New York 10019
Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.

Kramer Levin Naftalis & Frankel LLP
Attorneys for the Statutory Committee of Unsecured Creditors
1177 Avenue of the Americas
New York, New York 10036
Attn: Thomas Moers Mayer, Esq., Amy Caton, Esq., Lauren Macksoud, Esq. and Jennifer Sharret, Esq.

Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 2pt Floor
New York, New York 10004
Attn: Diana Adams, Esq.

U.S. Attorneys Office, S.D. N.Y.
86 Chambers Street, Third Floor
New York, New York 10007
Attn: David Jones, Esq. and Natalie Kuehler, Esq.

Caplin & Drysdale, Chartered
Attorneys for the Official Committee of Unsecured Creditors
Holding Asbestos-related claims
375 Park Avenue, 35th floor
New York, New York 10152-3500
Attn: Elihu Inselbach, Esq. and Rita C. Tobin., Esq.

Caplin & Drysdale, Chartered
Attorneys for the Official Committee of Unsecured Creditors
Holding Asbestos-related claims
One Thomas Circle, NW, Suite 1100
Washington D.C. 20005
Attn: Trevor W. Swett III, Esq. and Kevin Maclay. Esq.

 s/ A. Spencer Gilbert III
A. Spencer Gilbert III

June 24, 2010