**NEW HEARING DATE AND TIME: July 14, 2010 at 9:45 a.m. (Eastern Time)**
**NEW OBJECTION DEADLINE: July 7, 2010 at 4:00 p.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
David R. Berz
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                                                :
In re                                                                       :    **Chapter 11 Case No.**
                                                                                :
**MOTORS LIQUIDATION COMPANY,** *et al.*,   :    **09-50026 (REG)**
        f/k/a General Motors Corp., *et al.*                  :
                                                                                :
                                            Debtors.            :    **(Jointly Administered)**
                                                                                :
------------------------------------------------------------------x

# NOTICE OF ADJOURNMENT OF HEARING ON JULIE AND DAVID BRITTINGHAM'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO ALLOW THE COMPLETION OF A PENDING PERSONAL INJURY ACTION

PLEASE TAKE NOTICE THAT

The hearing on the Motion of Julie and David Brittingham for Relief from the Automatic Stay to Allow the Completion of a Pending Personal Injury Action [Docket No. 6007] (the "**Motion**"), which was originally scheduled to occur before the Honorable Robert E. Gerber, United States Bankruptcy Judge, One Bowling Green, Room 621, New York, New York 10004, on June 29, 2010 at 9:45 a.m. (Eastern Time), has been adjourned to **July 14, 2010 at 9:45 a.m. (Eastern Time)** (the "**Hearing**"). The new objection deadline shall be **July 7, 2010 at 4:00**

**p.m. (Eastern Time)**.  The Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:  New York, New York
June 24, 2010

*/s/ David Berz*
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
David R. Berz

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession