DRINKER BIDDLE & REATH LLP
David B. Aaronson (DA-8387)
18th & Cherry Streets
Philadelphia, PA 19103
Telephone:  (215) 988-2700
Facsimile:   (215) 988-2757
     *- and -*
140 Broadway
39th Floor
New York, New York 10005
Telephone:  (212) 248-3140
Facsimile:   (212) 248-3141

*Attorneys for Dealer Accessories, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GENERAL MOTORS CORPORATION, *et al.*,<br><br>    Debtors. | Chapter 11<br><br>Case No. 09-50026<br><br>Jointly Administered |

### CERTIFICATE OF SERVE

       I hereby certify that on June 25, 2010, I caused to be electronically served using the ECF system which will send notification of the filing of the Cure Objection Of Dealer Accessories, LLC To Notice Of (I) Debtors' Intent To Assume And Assign Certain Executory Contracts, Unexpired Leases Of Personal Property, And Unexpired Leases Of Nonresidential Real Property And (II) Cure Costs Related Thereto; and I caused to be served by the manner indicated below on the following parties:

| | |
|---|---|
| General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, Michigan 48090-9025<br>Attn: Warren Command Center<br>Mailcode 480-206-114<br>VIA OVERNIGHT MAIL | Harvey R. Miller<br>Stephen Karotkin<br>Joseph H. Smolinsky<br>Weil, Gotchal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>VIA FACSIMILE 212-310-8007 |
| Matthew Feldman<br>The U.S. Treasury<br>1500 Pennsylvania Avenue NW, Room 2312 | John J. Rapisardi<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center |

| | |
|---|---|
| Washington, D.C. 20220<br>VIA OVERNIGHT MAIL | New York, New York 10281<br>VIA FACSIMILE 212-504-6666 |
| Michael J. Edelman<br>Michael L. Schein<br>Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, New York 10019<br>VIA FACSIMILE 212-407-7799 | Diana G. Adams<br>Office of the United States Trustee<br>For the Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004<br>VIA FACSIMILE 212-668-2255 |
| Thomas Moers Mayer<br>Kenneth H. Eckstein<br>Gordon Z. Novod<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>VIA FACSIMILE 212 715-8000 | |
| Dated: June 25, 2010 | DRINKER BIDDLE & REATH LLP<br><br>By:  /s/ David B. Aaronson<br>    David B. Aaronson (DA8387)<br>    One Logan Sq.  18th & Cherry Sts.<br>    Philadelphia, Pennsylvania 19103<br>    Telephone: (215) 988-2700<br>    Facsimile: (215) 988-2757<br><br>    *- and –*<br><br>    140 Broadway  39th Floor<br>    New York, New York 10005<br>    Telephone: (212) 248-3140<br>    Facsimile: (212) 248-3141<br><br>*Attorneys for Dealer Accessories, LLC* |