# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK



## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | ☐ Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | NORTHERN INDIANA PUBLIC SERVICE COMPANY<br>ATTN: REVENUE ASSURANCE & RECOVERY<br>801 E 86TH AVE<br>MERRILLVILLE,IN,46410 |
| Claim Number (if known): | 25464 |
| Date Claim Filed: | 11/2/2009 |
| Total Amount of Claim Filed: | $0.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 6/14/10

Signature: Patti E Pope

Print Name: Patti E. Pope

Title (if applicable): Manager, Revenue Recovery

---

US_ACTIVE:¥43219392¥02¥72240.0639