# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026 <br><br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br><br> ☐ MLCS, LLC, Case No. 09-50027 <br><br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br><br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | VARNUM CONSULTING LLC <br> ATTN BRIAN F MCCOY <br> BRIDGEWATER PLACE <br> PO BOX 352 <br> GRAND RAPIDS, MI, 49501 |
| Claim Number (if known): | 13997 |
| Date Claim Filed: | 10/16/2009 |
| Total Amount of Claim Filed: | $5,076.07 |

RECEIVED JUN 21 2010 U.S. BANKRUPTCY COURT, SDNY

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 6/15/10

Print Name: BRIAN MCCOY

Title (if applicable): _____

US_ACTIVE:¥43219392¥02¥72240.0639