# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☑ Motors Liquidation Company, Case No. 09-50026 <br><br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br><br> ☐ MLCS, LLC, Case No. 09-50027 <br><br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br><br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | HOUSTON CHRONICLE <br> ATTN BRIDGET FITZPATRICK <br> HEARST CORPORATION <br> NEW YORK,NY,10019 |
| Claim Number (if known): | 1189 |
| Date Claim Filed: | 7/24/2009 |
| Total Amount of Claim Filed: | $551,688.21 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.  I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated:  5/27/10

Print Name: William T. Kazanecki

Title (if applicable): Director Administration & Credit

RECEIVED
JUN 21 2010
U.S. BANKRUPTCY COURT, SDNY