# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☐ Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | BROWN, KANDRAS<br>BROWN, KANDRAS<br>2324 BISCAY SQUARE<br>INDIANAPOLIS, IN    46260-3710 |
| Claim Number (if known): | 7027 |
| Date Claim Filed: | 10/09/09 |
| Total Amount of Claim Filed: | UNLIQUIDATED |

RECEIVED JUN 21 2010 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 06-11-2010

Print Name: Kandras Brown

Title (if applicable): _____

US_ACTIVE:¥43219392¥02¥72240.0639