**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                          :
In re                                     :          **Chapter 11 Case No.**
                                          :
**MOTORS LIQUIDATION COMPANY,** *et al.,*  :          **09-50026 (REG)**
      **f/k/a General Motors Corp.,** *et al.*  :
                                          :
                        **Debtors.**       :          **(Jointly Administered)**
                                          :
---------------------------------------------------------------x

## NOTICE OF MATTERS SCHEDULED
## FOR HEARING ON JUNE 29, 2010 AT 9:45 A.M.

Location of Hearing:  United States Bankruptcy Court for the Southern District of New
                      York, Alexander Hamilton U.S. Custom House, before the
                      Honorable Robert E. Gerber, United States Bankruptcy Judge,
                      Courtroom 621, One Bowling Green, New York, NY 10004-1408

**I.      CONTESTED MATTERS:**

A.      Second Application of Weil, Gotshal & Manges LLP, as Attorneys for the
        Debtors, for Interim Allowance of Compensation for Professional Services
        Rendered and Reimbursement of Actual and Necessary Expenses Incurred
        from October 1 2009 through January 31, 2010 [**Docket No. 5295**]

        Responses Filed:

        1.      Response of the United States Trustee Regarding Second Interim
                Applications and Adjourned First Interim Applications for
                Compensation and Reimbursement of Expenses [**Docket No.
                6065**]

        2.      Fee Examiner's Report and Statement of Limited Objection to the
                Second Interim Fee Application of Weil, Gotshal & Manges LLP
                [**Docket No. 6095**]

        Replies Filed:

        3.      Response of Weil, Gotshal & Manges LLP to Fee Examiner's
                Report and Statement of Limited Objection to the Second Interim
                Fee Application of Weil, Gotshal & Manges LLP [**Docket No.
                6132**]

Additional Documents:

4.       Fee Examiner's Summary and Recommendations – Second Interim
         Fee Applications and Certain Adjourned First Interim Fee
         Applications [**Docket No. 6116**]

**Status:**          This matter is going forward.

B.       Second Interim Application of FTI Consulting, Inc. for Allowance of
         Compensation and for Reimbursement of Expenses for Services Rendered
         in the Case for the Period October 1, 2009 through January 31, 2010
         [**Docket No. 5279**]

Responses Filed:

1.       Response of the United States Trustee Regarding Second Interim
         Applications and Adjourned First Interim Applications for
         Compensation and Reimbursement of Expenses [**Docket No.
         6065**]

2.       Fee Examiner's Report and Statement of Limited Objection to
         Second Interim Fee Application of FTI Consulting, Inc. [**Docket
         No. 6082**]

Replies Filed:

3.       Response to the Fee Examiner's Report and Statement of Limited
         Objection to the Second Interim Fee Application of FTI
         Consulting, Inc. [**Docket No. 6125**]

Additional Documents:

4.       Fee Examiner's Summary and Recommendations – Second Interim
         Fee Applications and Certain Adjourned First Interim Fee
         Applications [**Docket No. 6116**]

**Status:**          This matter is going forward.

C.       Second Application of Butzel Long, a Professional Corporation, as Special
         Counsel to the Official Committee of Unsecured Creditors of Motors
         Liquidation Company, f/k/a General Motors Corporation, for Interim
         Allowance of Compensation for Professional Services Rendered and
         Reimbursement of Actual and Necessary Expenses Incurred from October
         1, 2009 through January 31, 2010  [**Docket No. 5293**]

Responses Filed:

1.      Response of the United States Trustee Regarding Second Interim Applications and Adjourned First Interim Applications for Compensation and Reimbursement of Expenses [**Docket No. 6065**]

2.      Fee Examiner's Report and Statement of Limited Objection to Second Interim Fee Application of Butzel Long [**Docket No. 6081**]

Replies Filed:

3.      Reply of Butzel Long to Fee Examiner's Limited Objection to Second Interim Fee Application of Butzel Long [**Docket No. 6118**]

Additional Documents:

4.      Fee Examiner's Summary and Recommendations – Second Interim Fee Applications and Certain Adjourned First Interim Fee Applications [**Docket No. 6116**]

**Status:**       This matter is going forward.

D.      Second Interim Application of Kramer, Levin Naftalis & Frankel LLP, as Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred from the Period from October 1, 2009 through January 31, 2010  [**Docket No. 5296**]

Responses Filed:

1.      Response of the United States Trustee Regarding Second Interim Applications and Adjourned First Interim Applications for Compensation and Reimbursement of Expenses [**Docket No. 6065**]

2.      Fee Examiner's Report and Statement of Limited Objection to the Second Interim Fee Application of Kramer Levin Naftalis & Frankel LLP [**Docket No. 6091**]

Replies Filed:              None to date.

Additional Documents:       None to date.

**Status:**       This matter is going forward.

3

E.       First Interim Application of LFR Inc. for Allowance of Compensation and
         for Reimbursement of Expenses for Services Rendered in the Case for the
         Period June 1, 2009 through September 30, 2009 [**Docket No. 4436**]

         Responses Filed:

         1.       Fee Examiner's Preliminary Report on the First Interim Fee
                  Application of LFR Inc  [**Docket No. 5566**]

         2.       Response of the United States Trustee Regarding First Interim Fee
                  Applications for Compensation and Reimbursement of Expenses
                  [**Docket No. 5568**]

         3.       Response of the United States Trustee Regarding Second Interim
                  Applications and Adjourned First Interim Applications for
                  Compensation and Reimbursement of Expenses [**Docket No.
                  6065**]

         4.       Fee Examiner's Report and Statement of Limited Objection to First
                  Interim Fee Application of LFR Inc. and Preliminary Report on
                  Second Interim Fee Application of LFR Inc. [**Docket No. 6088**]

         Replies Filed:                    None to date.

         Additional Documents:

         5.       Fee Examiner's Second Status Report and Advisory [**Docket No.
                  5463**]

         6.       Stipulation and Order for Adjournment of April 29, 2010 Hearing
                  on First Interim Fee Application of LFR Inc. [**Docket No. 5560**]

         7.       Fee Examiner's Summary and Recommendations – First Interim
                  Fee Applications [**Docket No. 5601**]

         8.       Fee Examiner's Summary and Recommendations – Second Interim
                  Fee Applications and Certain Adjourned First Interim Fee
                  Applications [**Docket No. 6116**]

         **Status:**         This matter is going forward.

F.       First Interim Application of Baker & McKenzie for Compensation and
         Reimbursement of Expenses for Services Rendered as Special Counsel for
         the Debtors for the Period June 1, 2009 Through September 30, 2009
         [**Docket No. 4454**]

         Responses Filed:

1.      Fee Examiner's Report and Statement of Limited Objection to the
        First Interim Fee Application of Baker & McKenzie LLP**[Docket
        No. 5543]**

2.      Response of the United States Trustee Regarding First Interim Fee
        Applications for Compensation and Reimbursement of Expenses
        **[Docket No. 5568]**

3.      Response of the United States Trustee Regarding Second Interim
        Applications and Adjourned First Interim Applications for
        Compensation and Reimbursement of Expenses [**Docket No.
        6065**]

4.      Fee Examiner's Report and Statement of Limited Objection to the
        First Interim Fee Application of Baker & McKenzie LLP [**Docket
        No. 6080**]

Replies Filed:                      None to date.

Additional Documents:

5.      Fee Examiner's Second Status Report and Advisory **[Docket No.
        5463]**

6.      Fee Examiner's Summary and Recommendations – First Interim
        Fee Applications **[Docket No. 5601]**

7.      Stipulation and Order for Adjournment of April 29, 2010 Hearing
        on First Interim Fee Application of Baker & McKenzie LLP
        **[Docket No. 5604]**

8.      Fee Examiner's Summary and Recommendations – Second Interim
        Fee Applications and Certain Adjourned First Interim Fee
        Applications [**Docket No. 6116**]

   **Status:**       This matter is going forward.

G.     Application for Interim Professional Compensation and Reimbursement of
       Expenses for the Analysis of the First Interim Fee Applications of the
       Selected Case Professionals, the First Interim Fee Application of Weil
       Gotshal & Manges LLP, and Expenses Requested in the First Interim Fee
       Application of FTI Consulting, Inc. for Stuart Maue, Consultant [**Docket
       No. 5969**]

       Responses Filed:

    1.      Response of Debtors to Application of Stuart Maue for Allowance of Compensation and Reimbursement of Expenses for the Analysis of the First Interim Fee Applications of the Selected Case Professionals, the First Interim Fee Application of Weil, Gotshal & Manges LLP and FTI Consulting, Inc. [**Docket No. 6130**]

          Replies Filed:            None to date.

          Additional Documents:      None to date.

**Status:**      This matter is going forward.

H.     Fee Examiner's Application to Authorize the Extended Retention and Employment of the Stuart Maue Firm as Consultant to the Fee Examiner [**Docket No. 5991**] ("**Maue Extension Application**")

          Responses Filed:

    1.      Response of Debtors to the Maue Extension Application [**Docket No. 6137**].

          Replies Filed:            None to date.

          Additional Documents:      None to date.

    2.      Fee Examiner's Application to Authorize the Extended Retention and Employment of the Stuart Maue Firm as Consultant to the Fee Examiner as of March 8, 2010 [**Docket No. 5431**] ("**Maue Initial Extension Application**")

    3.      Response of Debtors to Maue Initial Extension Application [**Docket No. 5522**]

      **Status:**      This matter is going forward.

## II.    UNCONTESTED MATTERS:

A.     Second Interim Fee Application of Jenner & Block LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses [**Docket No. 5263**]

          Responses Filed:

    1.      Response of the United States Trustee Regarding Second Interim Applications and Adjourned First Interim Applications for Compensation and Reimbursement of Expenses [**Docket No. 6065**]

2.      Fee Examiner's Report and Statement of Limited Objection to the
        Second Interim Fee Application of Jenner and Block LLP [**Docket
        No. 6086**]

Replies Filed:                          None to date.

Additional Documents:

3.      Fee Examiner's Summary and Recommendations – Second Interim
        Fee Applications and Certain Adjourned First Interim Fee
        Applications [**Docket No. 6116**]

**Status:**        This matter is going forward.

B.      Second Interim Application of Jones Day, Special Counsel to the Debtors
        and Debtors-in-Possession, Seeking Allowance of Compensation for
        Professional Services Rendered and for Reimbursement of Actual and
        Necessary Expenses for the Period from October 1, 2009 through January
        31, 2010 [**Docket No. 5285**]

Responses Filed:

1.      Response of the United States Trustee Regarding Second Interim
        Applications and Adjourned First Interim Applications for
        Compensation and Reimbursement of Expenses [**Docket No.
        6065**]

2.      Fee Examiner's Report and Statement of No Objection to Second
        Interim Fee Application of Jones Day [**Docket No. 6087**]

Replies Filed:                          None to date.

Additional Documents:

3.      Fee Examiner's Summary and Recommendations – Second Interim
        Fee Applications and Certain Adjourned First Interim Fee
        Applications [**Docket No. 6116**]

**Status:**        This matter is going forward.

C.      Second Interim Application of The Claro Group, LLC for Allowance of
        Compensation and Reimbursement of Expenses for the Period October 1,
        2009 through January 31, 2010 [**Docket No. 5290**]

Responses Filed:

1.      Response of the United States Trustee Regarding Second Interim
        Applications and Adjourned First Interim Applications for
        Compensation and Reimbursement of Expenses [**Docket No.
        6065**]

2.      Fee Examiner's Report and Statement of Limited Objection to
        Second Interim Fee Application of The Claro Group [**Docket No.
        6094**]

Replies Filed:          None to date.

Additional Documents:

3.      Fee Examiner's Summary and Recommendations – Second Interim
        Fee Applications and Certain Adjourned First Interim Fee
        Applications [**Docket No. 6116**]

4.      Fee Examiner's Supplement to Statement of Limited Objection to
        Second Interim Application of the Claro Group [**Docket No. 6127**]

**Status:**       This matter is going forward.

D.     First Interim Fee Application of Brownfield Partners, LLC as
       Environmental Consultants to the Debtors for Allowance of Compensation
       and Reimbursement of Expenses for the Period from June 1, 2009
       Through September 30, 2009 **[Docket No. 4457]**

Responses Filed:

1.      Fee Examiner's Preliminary Report on the First Interim Fee
        Application of Brownfield Partners LLC **[Docket No. 5565]**

2.      Response of the United States Trustee Regarding First Interim Fee
        Applications for Compensation and Reimbursement of Expenses
        **[Docket No. 5568]**

3.      Response of the United States Trustee Regarding Second Interim
        Applications and Adjourned First Interim Applications for
        Compensation and Reimbursement of Expenses [**Docket No.
        6065**]

4.      Fee Examiner's Report and Statement of Limited Objection to First
        and Second Interim Fee Applications of Brownfield Partners, LLC
        **[Docket No. 6084]**

Replies Filed:          None to date.

8

Additional Documents:

5.      Fee Examiner's Summary and Recommendations – Second Interim
        Fee Applications and Certain Adjourned First Interim Fee
        Applications [**Docket No. 6116**]

**Status:**        This matter is going forward.

E.      Second Interim Fee Application of Brownfield Partners, LLC as
        Environmental Consultants to the Debtors for Allowance of Compensation
        and Reimbursement of Expenses for the Period from October 1, 2009
        through January 31, 2010 [**Docket No. 5291**]

Responses Filed:

1.      Response of the United States Trustee Regarding Second Interim
        Applications and Adjourned First Interim Applications for
        Compensation and Reimbursement of Expenses [**Docket No.
        6065**]

2.      Fee Examiner's Report and Statement of Limited Objection to First
        and Second Interim Fee Applications of Brownfield Partners, LLC
        [**Docket No. 6084**]

Replies Filed:                    None to date.

Additional Documents:

3.      Fee Examiner's Summary and Recommendations – Second Interim
        Fee Applications and Certain Adjourned First Interim Fee
        Applications [**Docket No. 6116**]

**Status:**        This matter is going forward.

F.      First Application of Plante & Moran, PLLC, as Accountants for the
        Debtors, for Interim Allowance of Compensation for Professional Services
        Rendered and Reimbursement of Actual and Necessary Expenses Incurred
        from October 9, 2009 through January 31, 2010 [**Docket No. 5294**]

Responses Filed:

1.      Response of the United States Trustee Regarding Second Interim
        Applications and Adjourned First Interim Applications for
        Compensation and Reimbursement of Expenses [**Docket No.
        6065**]

2.      Fee Examiner's Report and Statement of Limited Objection to First Interim Fee Application of Plante & Moran, PLLC [**Docket No. 6092**]

Replies Filed:                     None to date.

Additional Documents:

3.      Fee Examiner's Summary and Recommendations – Second Interim Fee Applications and Certain Adjourned First Interim Fee Applications [**Docket No. 6116**]

**Status:**         This matter is going forward.

G.      Motion of Debtors Pursuant to Sections 105, 363, and 365 of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order Authorizing (I) the Sale of Wilmington Assembly Plant to Fisker Automotive, Inc. Free and Clear of Liens, Claims, Interests, and Encumbrances, (II) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale, and (III) Motors Liquidation Company's Entry into a Settlement Agreement in Connection with the Sale [**Docket No. 5975**]

Responses Filed:                   None to date.

Replies Filed:                     None to date.

Additional Documents:

1.      Notice of Filing of Exhibits to Real Estate Purchase Contract for the Sale of the Wilmington Assembly Plant to Fisker Automotive **[Docket No. 5987]**

**Status:**         This matter is going forward.

H.      Debtors' Twelfth Omnibus Motion Pursuant to 11 U.S.C. § 365 to Reject Certain Executory Contracts (Electro-Motive Diesel, Inc. only) **[Docket No. 5242]**

Responses Filed:                   None to date.

Replies Filed:                     None to date.

Additional Documents:

1.  Order Granting Debtors' Twelfth Omnibus Motion Pursuant to 11
    U.S.C. § 365 to Reject Certain Executory Contracts **[Docket No.
    5496]**

**Status:**    This matter is going forward.

I.  Debtors' Thirteenth Omnibus Objection to Claims (Workers'
    Compensation Claims) as to  Claim Nos. 69600 and 69597 Only [**Docket
    No. 5523**]

Responses Filed:

1.  Mississippi Workers' Compensation Individual Self-Insurer
    Guaranty Association Response to the Debtor's Thirteenth
    Omnibus Objection to Claims - Claim Nos. 69600 and 69597
    (collectively, the "**Mississippi WC Response to Thirteenth
    Omnibus Objection**") **[Docket Nos. 5799 and 5800]**

Replies Filed:              None to date.

Additional Documents:

2.  Order Granting Debtors' Thirteenth Omnibus Objection to Claims
    (Workers' Compensation Claims) [**Docket No. 5894**]

3.  Mississippi WC's Amendment to Response  [**Docket No. 6119**]

**Status:**    Mississippi WC has withdrawn its Response to
                the Thirteenth Omnibus Objection.  This matter is going
                forward.

J.  Debtors' Fourteenth Omnibus Objection to Claims (Workers'
    Compensation Claims) as to  Claim Nos. 69600 and 69597 Only [**Docket
    No. 5524**]

Responses Filed:

1.  Mississippi Workers' Compensation Individual Self-Insurer
    Guaranty Association Response to the Debtor's Fourteenth
    Omnibus Objection to Claims - Claim Nos. 69594, 69595, 69596,
    69598, and 69599 (collectively, the "**Mississippi WC Response to
    Fourteenth Omnibus Objection**") **[Docket Nos. 5801, 5803,
    5804, 5805, and 5806]**

Replies Filed:              None to date.

Additional Documents:

2.      Order Granting Debtors' Fourteenth Omnibus Objection to Claims
        (Workers' Compensation Claims) [**Docket No. 5895**]

3.      Mississippi WC's Amendment to Response  [**Docket No. 6119**]

**Status:**        Mississippi WC has withdrawn its Response to
                   the Fourteenth Omnibus Objection.  This matter is going
                   forward.

K.    Debtors' Fifteenth Omnibus Objection to Claims (Amended and
      Superseded Claims) [**Docket No. 5731**]

Responses Filed:

1.      Response by Richard and Elise Birdsall to Debtors' Fifteenth
        Omnibus Objection to claims, (Doc # 5731) Regarding Proofs of
        Claim 7617 and 7618 [**Docket No. 6089**] (the "**Birdsall
        Response**")

2.      Informal Response by the Internal Revenue Service, Department of
        the Treasury Regarding Proofs of Claim 31234, 31235, 31236,
        69877, and 69878 ("**IRS Response**")

Replies Filed:               None to date.

Additional Documents:        None to date.


**Status:**        This matter is going forward except for the Birdsdall
                   Response and the IRS Response, which  have been
                   adjourned to July 14, 2010 at 9:45 a.m.

L.    Debtors' Sixteenth Omnibus Objection to Claims (Satisfied Tax Claims)
      [**Docket No. 5907**]

Responses Filed:             None to date.

Replies Filed:               None to date.

Additional Documents:        None to date.

**Status:**        This matter is going forward.

M.    Debtors' Seventeenth Omnibus Objection to Claims (Tax Claims
      Assumed by General Motors, LLC) [**Docket No. 5908**]

Responses Filed:

1. Response of State of Hawaii to Debtors' Seventeenth Omnibus Objection to Claims [**Docket No. 6015**] (the "**Hawaii Response**")

2. Response of Ohio Department of Taxation to Debtors' Seventeenth Omnibus Objection to Claims [**Docket No. 6107**] (the "**Ohio Response**")

3. Response by the Department of Treasury of the State of Michigan to Debtors' Seventeenth Omnibus Objection to Claims Regarding 62066, 68606, and 70125 [**Docket No. 6109**] (the "**Michigan Response**")

4. Informal Response by the Internal Revenue Service, Department of the Treasury Regarding Proofs of Claim 70162, 70163, 70164, 70165, 70166, 70167, 31233 ("**IRS Response**")

5. Response by the Connecticut Department of Labor Regarding Proof of Claim 37611 ("**Connecticut Response**") [**Docket No. 6073**]

Replies Filed:                None to date.

Additional Documents:        None to date.

**Status:**    This matter is going forward except for the Ohio Response, the Michigan Response, IRS Response and Connecticut Response which  have been adjourned to July 14, 2010 at 9:45 a.m.

N.    Debtors' Eighteenth Omnibus Objection to Claims (Tax Claims Assumed by General Motors, LLC) [**Docket No. 5909**]

Responses Filed:

1. Informal Response by San Francisco Tax Collector Regarding Proof of Claim 22144 ("**San Francisco Response**")

2. Informal Response by City of New Haven, Missouri Tax Collector Regarding Proof of Claim 30270 ("**New Haven Response**")

Replies Filed:                None to date.

<u>Additional Documents</u>:     None to date.

**<u>Status</u>:**     This matter is going forward except for the San Francisco Response and the New Haven Response which have been adjourned to July 14, 2010 at 9:45 a.m.

O.    Debtors' Nineteenth Omnibus Objection to Claims (Tax Claims Assumed by General Motors, LLC) [**Docket No. 5911**]

<u>Responses Filed</u>:

1.    Response by Fulton County Tax Commissioner's Regarding Proof of Claim 17766 ("**Fulton Response**") [Not filed on the docket.]

<u>Replies Filed</u>:     None to date.

<u>Additional Documents</u>:     None to date.

**<u>Status</u>:**     This matter is going forward except for the Fulton Response which has been adjourned to July 14, 2010 at 9:45 a.m..

P.    Debtors' Twentieth Omnibus Objection to Claims (Tax Claims Assumed by General Motors, LLC) [**Docket No. 5912**]

<u>Responses Filed</u>:

1.    Response by the Commonwealth of Pennsylvania Department of Revenue Regarding Proofs of Claim 625 and 626 ("**Pennsylvania Response**") [**Docket No. 6076**]

<u>Replies Filed</u>:     None to date.

<u>Additional Documents</u>:     None to date.

**<u>Status</u>:**     This matter is going forward except for the Pennsylvania Response which has been adjourned to July 14, 2010 at 9:45 a.m.

Q.    Debtors' Twenty-First Omnibus Objection to Claims (Tax Claims Assumed by General Motors, LLC) [**Docket No. 5913**]

<u>Responses Filed</u>:

1.    Tomball Independent School District's Response to Debtor's Twenty-first Omnibus Objection to Claim No. 51328 (Tax Claims

Assumed by General Motors, LLC) (the "**Tomball Response**")
[**Docket No. 6085**]

<u>Replies Filed</u>:             None to date.

<u>Additional Documents</u>:       None to date.

**<u>Status:</u>**        This matter is going forward except for the Tomball
Response which has been adjourned to July 14, 2010 at
9:45 a.m.

R.     Debtors' Twenty-Second Omnibus Objection to Claims (Amended and
Superseded Claims) [**Docket No. 5914**]

<u>Responses Filed</u>:         None to date.

<u>Replies Filed</u>:             None to date.

<u>Additional Documents</u>:       None to date.

**<u>Status:</u>**        This matter is going forward.

S.     Motion of Debtors for Entry of Supplemental Order Pursuant to 11 U.S.C.
§ 105(a) and Fed. R. Bankr. P. 3007 Establishing Supplemental Rules and
Authority for Filing Omnibus Objections to Certain Debt Claims [**Docket
No. 6032**]

<u>Responses Filed</u>:         None to date.

<u>Replies Filed</u>:             None to date.

<u>Additional Documents</u>:       None to date.

**<u>Status:</u>**        This matter is going forward.

## III.    RESOLVED MATTERS:

A.     Debtors' Third Omnibus Objection to Claims (Duplicate Claims) [**Docket
No. 4624**]

<u>Responses Filed</u>:

1.     Response of ILCO Site Remediation Group to Debtor's Third
Omnibus Objection to Claims (Duplicate Claims) [**Docket No.
4762**]

<u>Reply Filed</u>:    None to date.

Additional Documents:

2.  Order Granting Debtors' Third Omnibus Objection to Claims (Duplicate Claims) **[Docket No. 4808]**

**Status:**  This matter has been resolved.  A stipulation resolving the objection will be handed up at the hearing.

## IV.  ADJOURNED MATTERS:

A.  General Motors LLC's Motion (I) for Declaratory Relief Regarding the Status of a Certain Sublease or, in the Alternative, Relief from the Assumption and Assignment of a Certain Sublease to GM Pursuant to Rule 60(b) and (II) to Rescind the Agreement to Resolve Objection to Cure Notice Between GM and Knowledge Learning Corporation dated August 14, 2009 ("**New GM's Reconsideration Motion**") **[Docket No. 4895]**

**Responses Filed:**

1.  Knowledge Learning Corporation's Response to New GM's Reconsideration Motion **[Docket No. 5405]**

**Replies Filed:**

2.  New GM's Reply **[Docket No. 5595]**

**Additional Documents:**

3.  Statement of the Creditors' Committee in connection with New GM's Reconsideration Motion **[Docket No. 5598]**

4.  Debtors' Statement in connection with New GM's Reconsideration Motion **[Docket No. 5603]**

**Status:**  The parties have reached an agreement in principle to settle this matter.  While the parties finalize the settlement, this matter has been adjourned to July 14, 2010 at 9:45 a.m.

B.  Julie and David Brittingham's Application for an Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing and Directing (A) the Production of Documents and (B) the Oral Examination of Individuals Designated by the Debtors and Believed to Have Knowledge of the Relevant Matters **[Docket Nos. 3664, 3665]**

Responses Filed:          None to date.

Replies Filed:                    None to date.

Additional Document(s):          None to date.

**Status:**          This matter has been adjourned to July 14, 2010 at 9:45
                    a.m.

C.       Objection of Gibson Law Firm and George and Karen Kairis (the "**Soder
        Creditors**") to Having RodaNast, P.C.'s Proof of Claim No. 44887
        Related to the Settlement Agreement in *Soders v. General Motors Corp.*
        Submitted for ADR Resolution Pursuant to General Order M-390 and
        Soder Creditors' Petition to Intervene in the ADR Process [**Docket No.
        5369**]

        Responses Filed:

        1.       Response of RodaNast, P.C. [**Docket No. 5939**]

        2.       Response of Debtors [**Docket No. 5976**]

        Replies Filed:

        3.       Soder Creditors' Reply to Response to Objection [**Docket No.
                5984**]

        Additional Documents:  None to date.

        **Status:**          This matter has been adjourned to August 6, 2010 at 9 a.m.

D.       Debtors' (i) Objection to Proofs of Claim Nos. 1206, 7587, and 10162
        and, in the Alternative, (ii) Motion to Estimate Proofs of Claim Nos. 1206,
        7587, and 10162 (the "**Apartheid Objection**") [**Docket No. 5845**]

        Responses Filed:

        1.       Class Plaintiffs': (1) Response on Behalf of Balintulo And Botha
                Plaintiffs ("**B&B**") to Debtors' (I) Objection to Proofs Of Claim
                Nos. 1206, 7857 and 10162 and, in the Alternative, (II) Motion to
                Estimate Proofs of Claim Nos. 1206, 7587 and 10162; and (2)
                Cross-Motion under Rule 9014 for Rule 7023 Class Treatment
                [**Docket No. 6097**] (the "**B&B Response**")

        Replies Filed:  None to date.

Additional Documents:  None to date.

**Status:**    This matter has been adjourned to July 14, 2010 at 9:45 a.m.  The Debtors have agreed with counsel for B&B to establish July 7, 2010 at 12:00 midnight as the Debtors' response deadline, and July 12, 2010 at 12:00 noon as B&B's deadline to respond only to the issues raised in the Debtors' response.

E.    Motion of Julie and David Brittingham for Relief from the Automatic Stay to Allow the Completion of a Pending Personal Injury Action [**Docket No. 6007**]

Responses Filed:    None to date.

Replies Filed:    None to date.

Additional Documents:    None to date.

**Status:**    This matter has been adjourned to July 14, 2010 at 9:45 a.m.

F.    Application of Remy International, Inc. for an Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing and Directing (A) the Production of Documents and (B) the Oral Examination of Individuals Designated by the Debtors and Believed to Have Knowledge of the Relevant Matters [**Docket No. 3770**]

Responses Filed:    None to date.

Replies Filed:    None to date.

Additional Documents:

1.    Application for an Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing and Directing (A) the Production of Documents and (B) the Oral Examination of Individuals Designated by the Debtors and Believed to Have Knowledge of the Relevant Matters [**Docket No. 3769**]

**Status:**    This matter has been adjourned to July 14, 2010 at 9:45 a.m.

G.    Motion for an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) by Evgeny Friedman and  the plaintiffs in the action

entitled *Friedman v. General Motors Corp.*, 08 Civ. 2458 (SAS) **[Docket No. 2759]**

    Responses Filed:        None to date.

    Replies Filed:        None to date.

    Additional Documents:        None to date.

    **Status:**        This matter has been adjourned to July 14, 2010 at 9:45 a.m.

H.    Motion of Shreveport Red River Utilities, LLC for Allowance and Payment of Post-petition Claim and Motion to Enforce Adequate Assurance of Payment Agreement Pursuant to 11 U.S.C. § 366(c) [**Docket No. 4527**]

    Responses Filed:        None to date.

    Replies Filed:        None to date.

    Additional Documents:        None to date.

I.    **Status:**        This matter has been adjourned to August 6, 2010 at 9:45 a.m.

J.    Motion of The Schaefer Group Inc. for Relief from the Automatic Stay, or in the Alternative, for an Order Pursuant to Federal Rule of Bankruptcy Procedure 2004 Compelling an Examination and Production of Documents by [**Docket No. 3880**]

    Responses Filed:        None to date.

    Replies Filed:        None to date.

    Additional Documents:        None to date.

    **Status:**        This matter has been adjourned to July 14, 2010 at 9:45 a.m.

K.    Motion of Genoveva Bermudez to File Late Proof of Claim, or, in the Alternative, to Amend Informal Proof of Claim [**Docket No. 5747**]

    Responses Filed:        None to date.

    Replies Filed:        None to date.

Additional Documents:  None to date.

**Status:**  This matter has been adjourned to August 6, 2010 at 9:45 a.m.

L. Second Interim Application of LFR Inc. for Allowance of Compensation and for Reimbursement of Expenses for Services Rendered in the Case for the Period October 1, 2009 through January 31, 2010 [**Docket No. 5270**]

Responses Filed:

1. Response of the United States Trustee Regarding Second Interim Applications and Adjourned First Interim Applications for Compensation and Reimbursement of Expenses [**Docket No. 6065**]

2. Fee Examiner's Report and Statement of Limited Objection to First Interim Fee Application of LFR Inc. and Preliminary Report on Second Interim Fee Application of LFR Inc. [**Docket No. 6088**]

Replies Filed:  None to date.

Additional Documents:

3. Stipulation and Order for Adjournment of June 29, 2010 Hearing on Second Interim Fee Application of LFR Inc. [**Docket No. 6105**]

**Status:**  This matter is adjourned to the hearing date to consider the third interim fee applications which has not been scheduled to date.

M. Debtors' Third Omnibus Motion Pursuant to 11 U.S.C § 365 to Reject Certain Unexpired Leases of Nonresidential Real Property (Tricon Verizon Leasing Only) [**Docket No. 3044**]

Responses Filed:  None to date.

Replies Filed:  None to date.

Additional Documents:  None to date.

**Status:**  This matter has been adjourned to July 14, 2010 at 9:45 a.m.

N. Status Conference in *Motors Liquidation Corporation v. MCM Management Corp*, Adversary Proceeding No. 10-05008 (REG) (Bankr. S.D.N.Y. 2010).

**Status:**    This matter is adjourned to July 14, 2010 at 9:45 a.m. as a status conference only.

Dated:  New York, New York
        June 25, 2010

_____

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession