Robert B. Weiss
Joseph R. Sgroi
HONIGMAN MILLER SCHWARTZ AND COHN LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226
Telephone: (313) 465-7570
Facsimile: (313) 465-7571

*Attorneys for General Motors LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
                                                           :
**In Re**                                                  :    Chapter 11
                                                           :
**MOTORS LIQUIDATION COMPANY** (f/k/a                      :    Case No. 09-50026 (REG)
General Motors Corp.), et al.,                             :    (Jointly Administered)
                                                           :
          Debtors.                                         :    Hon. Robert E. Gerber
                                                           :
-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies and declares that he caused copies to be served as follows:

| | | |
|---|---|---|
| 1. | Document Served: | Notice of Adjournment of Hearing on General Motors LLC's Motion (I) for Declaratory Relief Regarding the Status of a Certain Sublease or, in the Alternative, Relief from the Assumption and Assignment of a Certain Sublease to GM Pursuant to Rule 60(b) and (II) to Rescind the Agreement to Resolve Objection to Cure Notice Between GM and Knowledge Learning Corporation Dated August 14, 2009. |
| 2. | Served Upon: | All parties requesting Court ECF email notification |
|    | Method of Service: | Via Court ECF email notification |
| 3. | Served Upon: | See attached Special Service List |
|    | Method of Service: | Via U.S. Mail unless otherwise indicated on the Service List |
| 4. | Served Upon: | Creditor Mailing Matrix |

|   |   |   |
|---|---|---|
|   | Method of Service: | Via U.S. Mail to those creditors on the creditor mailing matrix for whom addresses were provided |
| 4. | Date Served: | June 25, 2010 |

I certify and declare under penalty of perjury that the foregoing is true and correct.

Dated: June 25, 2010    By:  /s/ Joseph R. Sgroi
                                                Robert B. Weiss (Michigan Bar No. P28249)
                                                Joseph R. Sgroi (Michigan Bar No. P68666)
                                      2290 First National Building
                                      660 Woodward Avenue
                                      Detroit, MI  48226
                                      Telephone:  (313) 465-7570
                                      Facsimile:  (313) 465-7571
                                      Email:  jsgroi@honigman.com

DETROIT.4244806.1

General Motors LLC
Attn: Lawrence S. Buonomo, Esq.
300 Renaissance Center
Detroit, MI 48226

Motors Liquidation Company
f/k/a General Motors Corp. et al.
Attn: Ted Stenger
500 Renaissance Center, Suite 1400
Detroit, MI 48243

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Joseph Samarias, Esq.
United States Department of the Treasury
1500 Pennsylvania Avenue, NW, Room 2312
Washington. D.C. 20020

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price
1633 Broadway, 47th Floor
New York, NY 10019

Thomas Moers Mayer, Esq.
Amy Caton, Esq.
Lauren Macksoud, Esq.
Jennifer Sharret, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Diana G. Adams, Esq.
Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

Elihu Inselbuch, Esq.
Rita C. Tobin, Esq.
Caplin & Drysdale
Asbestos Claimants' Committee
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Trevor W. Swett III, Esq.
Kevin C. Maclay, Esq.
Caplin & Drysdale
Asbestos Claimants' Committee
One Thomas Circle, N.W., Suite 1100
Washington, DC 20005

David S. Jones, Esq.
Natalie Kuehler, Esq.
U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street, Third Floor
New York, NY 10007

Knowledge Learning Corporation
Attn: Darrell Lyons
650 NE Holladay Street
Portland, OR 97232

KinderCare Learning Centers, Inc.
Attn: Real Estate Assets
650 NE Holladay Street
Portland, OR 97232

Austin L. McMullen, Esq.
Bradley Arant Boult Cummings LLP
Knowledge Learning Corporation
1600 Division Street, Suite 700
Nashville, TN 37203
**Via Priority Overnight Federal Express**

U.S. Bankruptcy Court
Judge Robert E. Gerber – Helene Blum
One Bowling Green
New York, NY 10004
**Via Priority Overnight Federal Express**