Timothy F. Nixon
Carla O. Andres (*Pro Hac Vice*)
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, Wisconsin 53202
Telephone: (414) 273-3500
Facsimile: (414) 273-5198

*Attorneys for Fee Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x
                                                        :
In re:                                                  :    Chapter 11
                                                        :
MOTORS LIQUIDATION COMPANY, *et al.,*                   :    Case No. 09-50026
    f/k/a General Motors Corp., *et al.,*               :    (Jointly Administered)
                                                        :
                        Debtors.                        :    Honorable Robert E. Gerber
                                                        :
------------------------------------------------------- x

# STIPULATION AND ORDER FOR ADJOURNMENT OF JUNE 29, 2010 HEARING ON SECOND INTERIM FEE APPLICATION OF LFR INC.

**TO:    THE HONORABLE ROBERT E. GERBER**
        **U.S. BANKRUPTCY JUDGE**

### STIPULATION

The Fee Examiner of General Motors Corporation (n/k/a/ Motors Liquidation Company), appointed on December 23, 2009, and LFR Inc. hereby stipulate and agree that the Court may enter an order adjourning the June 29, 2010 hearing on the *Second Interim Application of LFR Inc. for Allowance of Compensation and for Reimbursement of Expenses for Services Rendered in the Case for the Period October 1, 2009 through January 31, 2010* [Docket No. 5270] ("**LFR's Second Interim Fee Application**") on the following terms:

   i. The Fee Examiner will submit a preliminary report on LFR's Second Interim Fee Application contemporaneously with his reports on all of the other second interim fee applications but will defer any specific objections or recommendations pending his receipt and review of supplemental detail to be provided by LFR Inc. in support of LFR's Second Interim Fee Application.

   ii. The hearing on LFR's Second Interim Fee Application will be held on the same date as the *Third Interim Application of LFR Inc. for Allowance of Compensation and for Reimbursement of Expenses for Services Rendered in the Case for the Period February 1, 2010 through May 31, 2010* anticipated for September, 2010.

Dated: Madison, Wisconsin
    June 22, 2010.

           GODFREY & KAHN, S.C.

         By:  /s/ *Carla O. Andres*
           Timothy F. Nixon (TN 2644)
           Carla O. Andres (CA 3129)

           GODFREY & KAHN, S.C.
           780 North Water Street
           Milwaukee, Wisconsin 53202
           Telephone: (414) 273-3500
           Facsimile: (414) 273-5198
           E-mail: tnixon@gklaw.com
               candres@gklaw.com

          *Attorneys for Fee Examiner*

DICONZA LAW, P.C.

By:     /s/ *Gerard DiConza*
Gerard DiConza

DICONZA LAW, P.C.
630 Third Avenue, 7th Floor
New York NY 10017
Telephone: (212) 682-4940
Facsimile: (212) 682-4942
E-mail: gdiconza@dlawpc.com

*Attorneys for LFR Inc.*

SO ORDERED, this
**_28th_** day of June, 2010

**_s/ Robert E. Gerber_**
Hon. Robert E. Gerber
United States Bankruptcy Judge

5071623_1