**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
                                                    :
In re                                               :         **Chapter 11 Case No.**
                                                    :
**MOTORS LIQUIDATION COMPANY,** *et al.,*           :         **09-50026 (REG)**
       **f/k/a General Motors Corp.,** *et al.*     :
                                                    :
                          **Debtors.**              :         **(Jointly Administered)**
                                                    :
---------------------------------------------------------------x

**AMENDED NOTICE OF MATTERS SCHEDULED**
**FOR HEARING ON JUNE 29, 2010 AT 9:45 A.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New
                       York, Alexander Hamilton U.S. Custom House, before the
                       Honorable Robert E. Gerber, United States Bankruptcy Judge,
                       Courtroom 621, One Bowling Green, New York, NY 10004-1408

**I.      CONTESTED MATTERS:**

A.      Second Application of Weil, Gotshal & Manges LLP, as Attorneys for the
        Debtors, for Interim Allowance of Compensation for Professional Services
        Rendered and Reimbursement of Actual and Necessary Expenses Incurred
        from October 1 2009 through January 31, 2010 [**Docket No. 5295**]

Responses Filed:

1.      Response of the United States Trustee Regarding Second Interim
        Applications and Adjourned First Interim Applications for
        Compensation and Reimbursement of Expenses [**Docket No.
        6065**]

2.      Fee Examiner's Report and Statement of Limited Objection to the
        Second Interim Fee Application of Weil, Gotshal & Manges LLP
        [**Docket No. 6095**]

Replies Filed:

3.      Response of Weil, Gotshal & Manges LLP to Fee Examiner's
        Report and Statement of Limited Objection to the Second Interim
        Fee Application of Weil, Gotshal & Manges LLP [**Docket No.
        6132**]

Additional Documents:

4.      Fee Examiner's Summary and Recommendations – Second Interim Fee Applications and Certain Adjourned First Interim Fee Applications [**Docket No. 6116**]

**Status:**          This matter is going forward.

B.      Second Interim Application of FTI Consulting, Inc. for Allowance of Compensation and for Reimbursement of Expenses for Services Rendered in the Case for the Period October 1, 2009 through January 31, 2010 [**Docket No. 5279**]

Responses Filed:

1.      Response of the United States Trustee Regarding Second Interim Applications and Adjourned First Interim Applications for Compensation and Reimbursement of Expenses [**Docket No. 6065**]

2.      Fee Examiner's Report and Statement of Limited Objection to Second Interim Fee Application of FTI Consulting, Inc. [**Docket No. 6082**]

Replies Filed:

3.      Response to the Fee Examiner's Report and Statement of Limited Objection to the Second Interim Fee Application of FTI Consulting, Inc. [**Docket No. 6125**]

Additional Documents:

4.      Fee Examiner's Summary and Recommendations – Second Interim Fee Applications and Certain Adjourned First Interim Fee Applications [**Docket No. 6116**]

**Status:**          This matter is going forward.

C.      Second Application of Butzel Long, a Professional Corporation, as Special Counsel to the Official Committee of Unsecured Creditors of Motors Liquidation Company, f/k/a General Motors Corporation, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from October 1, 2009 through January 31, 2010 [**Docket No. 5293**]

Responses Filed:

1.      Response of the United States Trustee Regarding Second Interim Applications and Adjourned First Interim Applications for Compensation and Reimbursement of Expenses [**Docket No. 6065**]

2.      Fee Examiner's Report and Statement of Limited Objection to Second Interim Fee Application of Butzel Long [**Docket No. 6081**]

Replies Filed:

3.      Reply of Butzel Long to Fee Examiner's Limited Objection to Second Interim Fee Application of Butzel Long [**Docket No. 6118**]

Additional Documents:

4.      Fee Examiner's Summary and Recommendations – Second Interim Fee Applications and Certain Adjourned First Interim Fee Applications [**Docket No. 6116**]

**Status:**      This matter is going forward.

D.      Second Interim Application of Kramer, Levin Naftalis & Frankel LLP, as Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred from the Period from October 1, 2009 through January 31, 2010  [**Docket No. 5296**]

Responses Filed:

1.      Response of the United States Trustee Regarding Second Interim Applications and Adjourned First Interim Applications for Compensation and Reimbursement of Expenses [**Docket No. 6065**]

2.      Fee Examiner's Report and Statement of Limited Objection to the Second Interim Fee Application of Kramer Levin Naftalis & Frankel LLP [**Docket No. 6091**]

Replies Filed:

3.      **Response to the Fee Examiner's Report and Statement of Limited Objection to the Second Interim Fee Application of Kramer Levin Naftalis & Frankel LLP [Docket No. 6157]**

<u>Additional Documents</u>:          None to date.

**<u>Status:</u>**          This matter is going forward.

E.       First Interim Application of LFR Inc. for Allowance of Compensation and
         for Reimbursement of Expenses for Services Rendered in the Case for the
         Period June 1, 2009 through September 30, 2009 [**Docket No. 4436**]

<u>Responses Filed</u>:

1.       Fee Examiner's Preliminary Report on the First Interim Fee
         Application of LFR Inc  [**Docket No. 5566**]

2.       Response of the United States Trustee Regarding First Interim Fee
         Applications for Compensation and Reimbursement of Expenses
         [**Docket No. 5568**]

3.       Response of the United States Trustee Regarding Second Interim
         Applications and Adjourned First Interim Applications for
         Compensation and Reimbursement of Expenses [**Docket No.
         6065**]

4.       Fee Examiner's Report and Statement of Limited Objection to First
         Interim Fee Application of LFR Inc. and Preliminary Report on
         Second Interim Fee Application of LFR Inc. [**Docket No. 6088**]

<u>Replies Filed</u>:          None to date.

<u>Additional Documents</u>:

5.       Fee Examiner's Second Status Report and Advisory [**Docket No.
         5463**]

6.       Stipulation and Order for Adjournment of April 29, 2010 Hearing
         on First Interim Fee Application of LFR Inc. [**Docket No. 5560**]

7.       Fee Examiner's Summary and Recommendations – First Interim
         Fee Applications [**Docket No. 5601**]

8.       Fee Examiner's Summary and Recommendations – Second Interim
         Fee Applications and Certain Adjourned First Interim Fee
         Applications [**Docket No. 6116**]

**<u>Status:</u>**          This matter is going forward.

F.       First Interim Application of Baker & McKenzie for Compensation and
         Reimbursement of Expenses for Services Rendered as Special Counsel for

the Debtors for the Period June 1, 2009 Through September 30, 2009 **[Docket No. 4454]**

Responses Filed:

1.      Fee Examiner's Report and Statement of Limited Objection to the First Interim Fee Application of Baker & McKenzie LLP**[Docket No. 5543]**

2.      Response of the United States Trustee Regarding First Interim Fee Applications for Compensation and Reimbursement of Expenses **[Docket No. 5568]**

3.      Response of the United States Trustee Regarding Second Interim Applications and Adjourned First Interim Applications for Compensation and Reimbursement of Expenses [**Docket No. 6065**]

4.      Fee Examiner's Report and Statement of Limited Objection to the First Interim Fee Application of Baker & McKenzie LLP [**Docket No. 6080**]

Replies Filed:                    None to date.

Additional Documents:

5.      Fee Examiner's Second Status Report and Advisory **[Docket No. 5463]**

6.      Fee Examiner's Summary and Recommendations – First Interim Fee Applications **[Docket No. 5601]**

7.      Stipulation and Order for Adjournment of April 29, 2010 Hearing on First Interim Fee Application of Baker & McKenzie LLP **[Docket No. 5604]**

8.      Fee Examiner's Summary and Recommendations – Second Interim Fee Applications and Certain Adjourned First Interim Fee Applications [**Docket No. 6116**]

**Status:**        This matter is going forward.

G.      Application for Interim Professional Compensation and Reimbursement of Expenses for the Analysis of the First Interim Fee Applications of the Selected Case Professionals, the First Interim Fee Application of Weil Gotshal & Manges LLP, and Expenses Requested in the First Interim Fee

Application of FTI Consulting, Inc. for Stuart Maue, Consultant [**Docket No. 5969**]

Responses Filed:

1.    Response of Debtors to Application of Stuart Maue for Allowance of Compensation and Reimbursement of Expenses for the Analysis of the First Interim Fee Applications of the Selected Case Professionals, the First Interim Fee Application of Weil, Gotshal & Manges LLP and FTI Consulting, Inc. [**Docket No. 6130**]

Replies Filed:                     None to date.

Additional Documents:             None to date.

**Status:**        This matter is going forward.

H.    Fee Examiner's Application to Authorize the Extended Retention and Employment of the Stuart Maue Firm as Consultant to the Fee Examiner [**Docket No. 5991**] ("**Maue Extension Application**")

Responses Filed:

1.    Response of Debtors to the Maue Extension Application [**Docket No. 6137**].

Replies Filed:                     None to date.

Additional Documents:             None to date.

2.    Fee Examiner's Application to Authorize the Extended Retention and Employment of the Stuart Maue Firm as Consultant to the Fee Examiner as of March 8, 2010 [**Docket No. 5431**] ("**Maue Initial Extension Application**")

3.    Response of Debtors to Maue Initial Extension Application [**Docket No. 5522**]

**Status:**        This matter is going forward.

## II.    UNCONTESTED MATTERS:

A.    Second Interim Fee Application of Jenner & Block LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses [**Docket No. 5263**]

Responses Filed:

1.      Response of the United States Trustee Regarding Second Interim
        Applications and Adjourned First Interim Applications for
        Compensation and Reimbursement of Expenses [**Docket No.
        6065**]

2.      Fee Examiner's Report and Statement of Limited Objection to the
        Second Interim Fee Application of Jenner and Block LLP [**Docket
        No. 6086**]

Replies Filed:                    None to date.

Additional Documents:

3.      Fee Examiner's Summary and Recommendations – Second Interim
        Fee Applications and Certain Adjourned First Interim Fee
        Applications [**Docket No. 6116**]

**Status:**        This matter is going forward.

B.      Second Interim Application of Jones Day, Special Counsel to the Debtors
        and Debtors-in-Possession, Seeking Allowance of Compensation for
        Professional Services Rendered and for Reimbursement of Actual and
        Necessary Expenses for the Period from October 1, 2009 through January
        31, 2010 [**Docket No. 5285**]

Responses Filed:

1.      Response of the United States Trustee Regarding Second Interim
        Applications and Adjourned First Interim Applications for
        Compensation and Reimbursement of Expenses [**Docket No.
        6065**]

2.      Fee Examiner's Report and Statement of No Objection to Second
        Interim Fee Application of Jones Day [**Docket No. 6087**]

Replies Filed:                    None to date.

Additional Documents:

3.      Fee Examiner's Summary and Recommendations – Second Interim
        Fee Applications and Certain Adjourned First Interim Fee
        Applications [**Docket No. 6116**]

**Status:**        This matter is going forward.

C.    Second Interim Application of The Claro Group, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2009 through January 31, 2010 [**Docket No. 5290**]

Responses Filed:

1.    Response of the United States Trustee Regarding Second Interim Applications and Adjourned First Interim Applications for Compensation and Reimbursement of Expenses [**Docket No. 6065**]

2.    Fee Examiner's Report and Statement of Limited Objection to Second Interim Fee Application of The Claro Group [**Docket No. 6094**]

Replies Filed:        None to date.

Additional Documents:

3.    Fee Examiner's Summary and Recommendations – Second Interim Fee Applications and Certain Adjourned First Interim Fee Applications [**Docket No. 6116**]

4.    Fee Examiner's Supplement to Statement of Limited Objection to Second Interim Application of the Claro Group [**Docket No. 6127**]

**Status:**        This matter is going forward.

D.    First Interim Fee Application of Brownfield Partners, LLC as Environmental Consultants to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2009 Through September 30, 2009 **[Docket No. 4457]**

Responses Filed:

1.    Fee Examiner's Preliminary Report on the First Interim Fee Application of Brownfield Partners LLC **[Docket No. 5565]**

2.    Response of the United States Trustee Regarding First Interim Fee Applications for Compensation and Reimbursement of Expenses **[Docket No. 5568]**

3.    Response of the United States Trustee Regarding Second Interim Applications and Adjourned First Interim Applications for Compensation and Reimbursement of Expenses **[Docket No. 6065]**

4.    Fee Examiner's Report and Statement of Limited Objection to First and Second Interim Fee Applications of Brownfield Partners, LLC [**Docket No. 6084**]

Replies Filed:

5.    **Response to Fee Examiner's Report and Statement of Limited Objection to First and Second Interim Fee Applications of Brownfield Partners, LLC** [**Docket No. 6165**]

Additional Documents:

6.    Fee Examiner's Summary and Recommendations – Second Interim Fee Applications and Certain Adjourned First Interim Fee Applications [**Docket No. 6116**]

**Status:**        This matter is going forward.

E.    Second Interim Fee Application of Brownfield Partners, LLC as Environmental Consultants to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2009 through January 31, 2010 [**Docket No. 5291**]

Responses Filed:

1.    Response of the United States Trustee Regarding Second Interim Applications and Adjourned First Interim Applications for Compensation and Reimbursement of Expenses [**Docket No. 6065**]

2.    Fee Examiner's Report and Statement of Limited Objection to First and Second Interim Fee Applications of Brownfield Partners, LLC [**Docket No. 6084**]

Replies Filed:                None to date.

Additional Documents:

3.    Fee Examiner's Summary and Recommendations – Second Interim Fee Applications and Certain Adjourned First Interim Fee Applications [**Docket No. 6116**]

**Status:**        This matter is going forward.

F.    First Application of Plante & Moran, PLLC, as Accountants for the Debtors, for Interim Allowance of Compensation for Professional Services

Rendered and Reimbursement of Actual and Necessary Expenses Incurred from October 9, 2009 through January 31, 2010 [**Docket No. 5294**]

Responses Filed:

1.      Response of the United States Trustee Regarding Second Interim Applications and Adjourned First Interim Applications for Compensation and Reimbursement of Expenses [**Docket No. 6065**]

2.      Fee Examiner's Report and Statement of Limited Objection to First Interim Fee Application of Plante & Moran, PLLC [**Docket No. 6092**]

Replies Filed:                  None to date.

Additional Documents:

3.      Fee Examiner's Summary and Recommendations – Second Interim Fee Applications and Certain Adjourned First Interim Fee Applications [**Docket No. 6116**]

**Status:**        This matter is going forward.

G.      Motion of Debtors Pursuant to Sections 105, 363, and 365 of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order Authorizing (I) the Sale of Wilmington Assembly Plant to Fisker Automotive, Inc. Free and Clear of Liens, Claims, Interests, and Encumbrances, (II) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale, and (III) Motors Liquidation Company's Entry into a Settlement Agreement in Connection with the Sale [**Docket No. 5975**]

Responses Filed:                None to date.

Replies Filed:                  None to date.

Additional Documents:

1.      Notice of Filing of Exhibits to Real Estate Purchase Contract for the Sale of the Wilmington Assembly Plant to Fisker Automotive [**Docket No. 5987**]

**Status:**        This matter is going forward.

H.    Debtors' Twelfth Omnibus Motion Pursuant to 11 U.S.C. § 365 to Reject Certain Executory Contracts (Electro-Motive Diesel, Inc. only) **[Docket No. 5242]**

      Responses Filed:           None to date.

      Replies Filed:           None to date.

      Additional Documents:

      1.      Order Granting Debtors' Twelfth Omnibus Motion Pursuant to 11 U.S.C. § 365 to Reject Certain Executory Contracts **[Docket No. 5496]**

      **Status:**      This matter is going forward.

I.    Debtors' Thirteenth Omnibus Objection to Claims (Workers' Compensation Claims) as to Claim Nos. 69600 and 69597 Only [**Docket No. 5523**]

      Responses Filed:

      1.      Mississippi Workers' Compensation Individual Self-Insurer Guaranty Association Response to the Debtor's Thirteenth Omnibus Objection to Claims - Claim Nos. 69600 and 69597 (collectively, the "**Mississippi WC Response to Thirteenth Omnibus Objection**") **[Docket Nos. 5799 and 5800]**

      Replies Filed:           None to date.

      Additional Documents:

      2.      Order Granting Debtors' Thirteenth Omnibus Objection to Claims (Workers' Compensation Claims) [**Docket No. 5894**]

      3.      Mississippi WC's Amendment to Response  [**Docket No. 6119**]

      **Status:**      Mississippi WC has withdrawn its Response to the Thirteenth Omnibus Objection.  This matter is going forward.

J.    Debtors' Fourteenth Omnibus Objection to Claims (Workers' Compensation Claims) as to Claim Nos. 69600 and 69597 Only [**Docket No. 5524**]

      Responses Filed:

1.      Mississippi Workers' Compensation Individual Self-Insurer
         Guaranty Association Response to the Debtor's Fourteenth
         Omnibus Objection to Claims - Claim Nos. 69594, 69595, 69596,
         69598, and 69599 (collectively, the "**Mississippi WC Response to
         Fourteenth Omnibus Objection**") [**Docket Nos. 5801, 5803,
         5804, 5805, and 5806**]

Replies Filed:                None to date.

Additional Documents:

2.      Order Granting Debtors' Fourteenth Omnibus Objection to Claims
         (Workers' Compensation Claims) [**Docket No. 5895**]

3.      Mississippi WC's Amendment to Response  [**Docket No. 6119**]

**Status:**        Mississippi WC has withdrawn its Response to
                   the Fourteenth Omnibus Objection.  This matter is going
                   forward.

K.      Debtors' Fifteenth Omnibus Objection to Claims (Amended and
         Superseded Claims) [**Docket No. 5731**]

Responses Filed:

1.      Response by Richard and Elise Birdsall to Debtors' Fifteenth
         Omnibus Objection to claims, (Doc # 5731) Regarding Proofs of
         Claim 7617 and 7618 [**Docket No. 6089**] (the "**Birdsall
         Response**")

2.      Informal Response by the Internal Revenue Service, Department of
         the Treasury Regarding Proofs of Claim 31234, 31235, 31236,
         69877, and 69878 ("**IRS Response**")

Replies Filed:                None to date.

Additional Documents:        None to date.

**Status:**        This matter is going forward except for the Birdsall
                   Response and the IRS Response, which  have been
                   adjourned to July 14, 2010 at 9:45 a.m.

L.      Debtors' Sixteenth Omnibus Objection to Claims (Satisfied Tax Claims)
         [**Docket No. 5907**]

Responses Filed:             None to date.

      Replies Filed:                   None to date.

      Additional Documents:     None to date.

      **Status:**       This matter is going forward.

M.      Debtors' Seventeenth Omnibus Objection to Claims (Tax Claims Assumed by General Motors, LLC) [**Docket No. 5908**]

      Responses Filed:

        1.     Response of State of Hawaii to Debtors' Seventeenth Omnibus Objection to Claims [**Docket No. 6015**] (the "**Hawaii Response**")

        2.     Response of Ohio Department of Taxation to Debtors' Seventeenth Omnibus Objection to Claims [**Docket No. 6107**] (the "**Ohio Response**")

        3.     Response by the Department of Treasury of the State of Michigan to Debtors' Seventeenth Omnibus Objection to Claims Regarding 62066, 68606, and 70125 [**Docket No. 6109**] (the "**Michigan Response**")

        4.     Informal Response by the Internal Revenue Service, Department of the Treasury Regarding Proofs of Claim 70162, 70163, 70164, 70165, 70166, 70167, 31233 ("**IRS Response**")

        5.     Response by the Connecticut Department of Labor Regarding Proof of Claim 37611 ("**Connecticut Response**") [**Docket No. 6073**]

      Replies Filed:                   None to date.

      Additional Documents:     None to date.

      **Status:**       This matter is going forward except for the Ohio Response, the Michigan Response, IRS Response and Connecticut Response which have been adjourned to July 14, 2010 at 9:45 a.m.

N.      Debtors' Eighteenth Omnibus Objection to Claims (Tax Claims Assumed by General Motors, LLC) [**Docket No. 5909**]

      Responses Filed:

        1.     Informal Response by San Francisco Tax Collector Regarding Proof of Claim 22144 ("**San Francisco Response**")

     2.      Informal Response by City of New Haven, Missouri Tax Collector Regarding Proof of Claim 30270 ("**New Haven Response**")

Replies Filed:            None to date.

Additional Documents:      None to date.

**Status:**       This matter is going forward except for the San Francisco Response and the New Haven Response which  have been adjourned to July 14, 2010 at 9:45 a.m.

O.     Debtors' Nineteenth Omnibus Objection to Claims (Tax Claims Assumed by General Motors, LLC) [**Docket No. 5911]**

Responses Filed:

     1.      Response by Fulton County Tax Commissioner's Regarding Proof of Claim 17766 ("**Fulton Response**") [Not filed on the docket.]

Replies Filed:            None to date.

Additional Documents:      None to date.

**Status:**       This matter is going forward except for the Fulton Response which has been adjourned to July 14, 2010 at 9:45 a.m..

P.     Debtors' Twentieth Omnibus Objection to Claims (Tax Claims Assumed by General Motors, LLC) [**Docket No. 5912**]

Responses Filed:

     1.      Response by the Commonwealth of Pennsylvania Department of Revenue Regarding Proofs of Claim 625 and 626 ("**Pennsylvania Response**") [**Docket No. 6076**]

Replies Filed:            None to date.

Additional Documents:      None to date.

**Status:**       This matter is going forward except for the Pennsylvania Response which has been adjourned to July 14, 2010 at 9:45 a.m.

Q.     Debtors' Twenty-First Omnibus Objection to Claims (Tax Claims Assumed by General Motors, LLC) [**Docket No. 5913**]

Responses Filed:

1.      Tomball Independent School District's Response to Debtor's Twenty-first Omnibus Objection to Claim No. 51328 (Tax Claims Assumed by General Motors, LLC) (the "**Tomball Response**") [**Docket No. 6085**]

Replies Filed:              None to date.

Additional Documents:       None to date.

**Status:**        This matter is going forward except for the Tomball Response which has been adjourned to July 14, 2010 at 9:45 a.m.

R.      Debtors' Twenty-Second Omnibus Objection to Claims (Amended and Superseded Claims) [**Docket No. 5914**]

Responses Filed:            None to date.

Replies Filed:              None to date.

Additional Documents:       None to date.

**Status:**        This matter is going forward.

S.      Motion of Debtors for Entry of Supplemental Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 3007 Establishing Supplemental Rules and Authority for Filing Omnibus Objections to Certain Debt Claims [**Docket No. 6032**]

Responses Filed:            None to date.

Replies Filed:              None to date.

Additional Documents:       None to date.

**Status:**        This matter is going forward.

## III.    RESOLVED MATTERS:

A.      Debtors' Third Omnibus Objection to Claims (Duplicate Claims) [**Docket No. 4624**]

Responses Filed:

1.      Response of ILCO Site Remediation Group to Debtor's Third
        Omnibus Objection to Claims (Duplicate Claims) **[Docket No.
        4762]**

Reply Filed:    None to date.

Additional Documents:

2.      Order Granting Debtors' Third Omnibus Objection to Claims
        (Duplicate Claims) **[Docket No. 4808]**

**Status:**      This matter has been resolved.  A stipulation resolving the
                objection will be handed up at the hearing.

## IV.    ADJOURNED MATTERS:

A.      General Motors LLC's Motion (I) for Declaratory Relief Regarding the
        Status of a Certain Sublease or, in the Alternative, Relief from the
        Assumption and Assignment of a Certain Sublease to GM Pursuant to
        Rule 60(b) and (II) to Rescind the Agreement to Resolve Objection to
        Cure Notice Between GM and Knowledge Learning Corporation dated
        August 14, 2009 ("**New GM's Reconsideration Motion**") **[Docket No.
        4895]**

        **Responses Filed:**

1.      Knowledge Learning Corporation's Response to New GM's
        Reconsideration Motion **[Docket No. 5405]**

        **Replies Filed:**

2.      New GM's Reply **[Docket No. 5595]**

        **Additional Documents:**

3.      Statement of the Creditors' Committee in connection with New
        GM's Reconsideration Motion **[Docket No. 5598]**

4.      Debtors' Statement in connection with New GM's Reconsideration
        Motion **[Docket No. 5603]**

**Status:**      The parties have reached an agreement in principle to settle
                this matter.  While the parties finalize the settlement, this
                matter has been adjourned to July 14, 2010 at 9:45 a.m.

B.      Julie and David Brittingham's Application for an Order Pursuant to Rule
        2004 of the Federal Rules of Bankruptcy Procedure Authorizing and

Directing (A) the Production of Documents and (B) the Oral Examination of Individuals Designated by the Debtors and Believed to Have Knowledge of the Relevant Matters [**Docket Nos. 3664, 3665**]

Responses Filed:                None to date.

Replies Filed:                  None to date.

Additional Document(s):         None to date.

**Status:**         This matter has been adjourned to July 14, 2010 at 9:45 a.m.

C.      Objection of Gibson Law Firm and George and Karen Kairis (the "**Soder Creditors**") to Having RodaNast, P.C.'s Proof of Claim No. 44887 Related to the Settlement Agreement in *Soders v. General Motors Corp.* Submitted for ADR Resolution Pursuant to General Order M-390 and Soder Creditors' Petition to Intervene in the ADR Process [**Docket No. 5369**]

Responses Filed:

1.      Response of RodaNast, P.C. [**Docket No. 5939**]

2.      Response of Debtors [**Docket No. 5976**]

Replies Filed:

3.      Soder Creditors' Reply to Response to Objection [**Docket No. 5984**]

Additional Documents:  None to date.

**Status:**         This matter has been adjourned to August 6, 2010 at 9 a.m.

D.      Debtors' (i) Objection to Proofs of Claim Nos. 1206, 7587, and 10162 and, in the Alternative, (ii) Motion to Estimate Proofs of Claim Nos. 1206, 7587, and 10162 (the "**Apartheid Objection**") [**Docket No. 5845**]

Responses Filed:

1.      Class Plaintiffs': (1) Response on Behalf of Balintulo And Botha Plaintiffs ("**B&B**") to Debtors' (I) Objection to Proofs Of Claim Nos. 1206, 7857 and 10162 and, in the Alternative, (II) Motion to Estimate Proofs of Claim Nos. 1206, 7587 and 10162; and (2) Cross-Motion under Rule 9014 for Rule 7023 Class Treatment [**Docket No. 6097**] (the "**B&B Response**")

Replies Filed:  None to date.

Additional Documents:  None to date.

**Status:**       This matter has been adjourned to July 14, 2010 at 9:45 a.m.  The Debtors have agreed with counsel for B&B to establish July 7, 2010 at 12:00 midnight as the Debtors' response deadline, and July 12, 2010 at 12:00 noon as B&B's deadline to respond only to the issues raised in the Debtors' response.

E.      Motion of Julie and David Brittingham for Relief from the Automatic Stay to Allow the Completion of a Pending Personal Injury Action [**Docket No. 6007**]

Responses Filed:         None to date.

Replies Filed:         None to date.

Additional Documents:         None to date.

**Status:**       This matter has been adjourned to July 14, 2010 at 9:45 a.m.

F.      Application of Remy International, Inc. for an Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing and Directing (A) the Production of Documents and (B) the Oral Examination of Individuals Designated by the Debtors and Believed to Have Knowledge of the Relevant Matters [**Docket No. 3770**]

Responses Filed:         None to date.

Replies Filed:         None to date.

Additional Documents:

1.      Application for an Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing and Directing (A) the Production of Documents and (B) the Oral Examination of Individuals Designated by the Debtors and Believed to Have Knowledge of the Relevant Matters [**Docket No. 3769**]

**Status:**       This matter has been adjourned to July 14, 2010 at 9:45 a.m.

G.    Motion for an Order Granting Relief from the Automatic Stay Pursuant to
      11 U.S.C. § 362(d)(1) by Evgeny Friedman and  the plaintiffs in the action
      entitled *Friedman v. General Motors Corp.*, 08 Civ. 2458 (SAS) **[Docket
      No. 2759]**

      Responses Filed:              None to date.

      Replies Filed:                None to date.

      Additional Documents:         None to date.

      **Status:**         This matter has been adjourned to July 14, 2010 at 9:45
                          a.m.

H.    Motion of Shreveport Red River Utilities, LLC for Allowance and
      Payment of Post-petition Claim and Motion to Enforce Adequate
      Assurance of Payment Agreement Pursuant to 11 U.S.C. §  366(c)
      [**Docket No. 4527**]

      Responses Filed:              None to date.

      Replies Filed:                None to date.

      Additional Documents:         None to date.

I.    **Status:**         This matter has been adjourned to August 6, 2010 at 9:45
                          a.m.

J.    Motion of The Schaefer Group Inc. for Relief from the Automatic Stay, or
      in the Alternative, for an Order Pursuant to Federal Rule of Bankruptcy
      Procedure 2004 Compelling an Examination and Production of
      Documents by [**Docket No. 3880**]

      Responses Filed:              None to date.

      Replies Filed:                None to date.

      Additional Documents:         None to date.

      **Status:**         This matter has been adjourned to July 14, 2010 at 9:45
                          a.m.

K.    Motion of Genoveva Bermudez to File Late Proof of Claim, or, in the
      Alternative, to Amend Informal Proof of Claim [**Docket No. 5747**]

      Responses Filed:              None to date.

Replies Filed:                None to date.

Additional Documents:         None to date.

**Status:**        This matter has been adjourned to August 6, 2010 at 9:45
                   a.m.

L.        Second Interim Application of LFR Inc. for Allowance of Compensation
          and for Reimbursement of Expenses for Services Rendered in the Case for
          the Period October 1, 2009 through January 31, 2010 [**Docket No. 5270**]

          Responses Filed:

          1.        Response of the United States Trustee Regarding Second Interim
                    Applications and Adjourned First Interim Applications for
                    Compensation and Reimbursement of Expenses [**Docket No.
                    6065**]

          2.        Fee Examiner's Report and Statement of Limited Objection to First
                    Interim Fee Application of LFR Inc. and Preliminary Report on
                    Second Interim Fee Application of LFR Inc. [**Docket No. 6088**]

          Replies Filed:                None to date.

          Additional Documents:

          3.        Stipulation and Order for Adjournment of June 29, 2010 Hearing
                    on Second Interim Fee Application of LFR Inc. [**Docket No. 6105**]

          **Status:**        This matter is adjourned to the hearing date to consider the
                             third interim fee applications which has not been scheduled
                             to date.

M.        Debtors' Third Omnibus Motion Pursuant to 11 U.S.C § 365 to Reject
          Certain Unexpired Leases of Nonresidential Real Property (Tricon
          Verizon Leasing Only) [**Docket No. 3044**]

          Responses Filed:              None to date.

          Replies Filed:                None to date.

          Additional Documents:         None to date.

          **Status:**        This matter has been adjourned to July 14, 2010 at 9:45
                             a.m.

N.    Status Conference in *Motors Liquidation Corporation v. MCM Management Corp*, Adversary Proceeding No. 10-05008 (REG) (Bankr. S.D.N.Y. 2010).

**Status:**    This matter is adjourned to July 14, 2010 at 9:45 a.m. as a status conference only.

Dated: New York, New York
       June 28, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession