UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                              :
                                                   :        **Chapter 11 Case No.**
**MOTORS LIQUIDATION COMPANY,** *et al.*,          :
    f/k/a General Motors Corp., *et al.*    :        09-50026 (REG)
                                                   :
        Debtors.     :        (Jointly Administered)
                                                   :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
            ) ss
COUNTY OF SUFFOLK)

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.   I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 105 Maxess Road, Melville, New York 11747.

2.   On June 16, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused publication of the **Notice of Hearing Regarding Sale of Wilmington, Delaware Assembly Plant** in The News Journal.

3.   I status under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

                                                       /s/  Barbara Kelley Keane

Sworn to before me this
28th day of June, 2010

/s/  Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires:  May 19, 2010

# Name Change

**Name Change**
IN THE COURT OF COMMON PLEAS FOR THE STATE OF DELAWARE IN AND FOR NEW CASTLE COUNTY IN RE: CHANGE OF NAME OF
Ricky Lee Malloy
PETITIONER(S)
TO
Ricky Lee Cooper

NOTICE IS HEREBY GIVEN THAT Ricky Lee Malloy intends to present a PETITION to the Court of Common Pleas for the State of Delaware in and for New Castle County, to change his/her name to Ricky Lee Cooper.

Ricky Lee Malloy
Petitioner(s)
DATED: 5/28/10
6/2,9,16-NJ
0110779935-01

# Liquor License

CMS Entertainment, LLC has on June 14, 2010, applied with the Delaware Alcoholic Beverage Control Commission for a new restaurant liquor license that includes a Sunday permit for the sales, service and consumption of alcoholic beverages on the premises where sold located at 125 N. Market St., Wilmington, Delaware 19801. If you wish to protest this application, you must file a written protest, signed by at least ten (10) residents or property owners located within one (1) mile of the premises, or in any incorporated areas located within one (1) mile of the premises. The protest must be filed with the Delaware Alcoholic Beverage Control Commissioner at the 3rd Floor, Carvel State Office Building, 820 North French Street, Wilmington, DE 19801. The protest must be received by the Commissioner's office on or before July 16, 2010. Failure to file such a protest may result in the Commissioner considering the application without further notice, input or hearing. If you have questions regarding this matter please contact the Commissioner's Office at (302) 577-5222.
6/15,16,17-NJ
0110782581-01

HAC Café, LLC has on June 9, 2010 applied to the Alcoholic Beverage Control Commissioner requesting approval of a variance from the provisions of Rule 42.1 of the ABCC Rules to have a wet bar, external speakers and a paging system, and the ability to provide live entertainment within the outdoor pool area of the Hockessin Athletic Club, located at 100 Fitness Way, Hockessin, Delaware. The Hockessin Athletic Club is currently licensed for the consumption, service and sale of alcoholic beverages on the premises, including within the outdoor pool area. Persons who are opposed to this application should provide written notice of their objections to the Commissioner. For the Commissioner to be required to hold a hearing to consider additional input from persons opposed to this application, the Commissioner must receive one or more documents containing a total of at least ten (10) signatures of residents or property owners located within one (1) mile of the premises or in any incorporated areas located within one (1) mile of the premises. The protest(s) must be filed with the Alcoholic Beverage Control Commissioner at the 3rd Floor, Carvel State Office Building, 820 North French Street, Wilmington, DE 19801. The protest(s) must be received by the Commissioner's office on or before July 9, 2010. Failure to file such a protest may result in the Commissioner considering the application without further notice, input, or hearing. If you have questions regarding this matter please contact the Commissioner's Office.
5/11,14,16-NJ
0110781603-01

# Divorce

**NOTICE OF DIVORCE ACTION**

TO: Jerry E. Lockerman, Respondent,
FROM: Clerk of Court- Divorce New Castle County, Donna E. Lockerman, Petitioner, has brought suit against you for divorce in the Family Court of the State of Delaware for New Castle County in Petition No. 10-11546. If you do not serve a response to the petition on the Court and to the Petitioner's Attorney or the petitioner if not represented at the following address: Donna E. Lockerman 2204 Dombey Road Wilmington, DE 19808 within 20 days after publication of this notice, exclusive of the date of publication, as required by statute, this action will be heard without further notice at Family Court.
6/16-NJ
0110782643-01

**NOTICE OF DIVORCE ACTION**

TO: Reynolds J. Davis, Jr., Respondent,
FROM: Clerk of Court- Divorce New Castle County, Vivian T. Davis, Petitioner, has brought suit against you for divorce in the Family Court of the State of Delaware for New Castle County in Petition No. 10-11589. If you do not serve a response to the petition on the Court and to the Petitioner's Attorney or the petitioner if not represented at the following address: Vivian Turner Davis 105 Aerie Court Hockessin, DE 19707 within 20 days after publication of this notice, exclusive of the date of publication, as required by statute, this action will be heard without further notice at Family Court.
6/16-NJ
0110782635-01

# Divorce

**NOTICE OF DIVORCE ACTION**

TO: William T. Harley, Respondent,
FROM: Clerk of Court- Divorce New Castle County, Cornelia Harley, Petitioner, has brought suit against you for divorce in the Family Court of the State of Delaware for New Castle County in Petition No. 10-16284. If you do not serve a response to the petition on the Court and to the Petitioner's Attorney or the petitioner if not represented at the following address: Cornelia Harley 325 East 5th St., Apt 2-h Wilmington, DE 19801 within 20 days after publication of this notice, exclusive of the date of publication, as required by statute, this action will be heard without further notice at Family Court.
6/16-NJ
0110782640-01

**NOTICE OF DIVORCE ACTION**

TO: Shelley James Parker, Respondent,
FROM: Clerk of Court- Divorce New Castle County, Kimberly Ann Parker, Petitioner, has brought suit against you for divorce in the Family Court of the State of Delaware for New Castle County in Petition No. 10-17555. If you do not serve a response to the petition on the Court and to the Petitioner's Attorney or the petitioner if not represented at the following address: Kimberly Ann Parker 1400 Walnut Street Wilmington, DE 19809 within 20 days after publication of this notice, exclusive of the date of publication, as required by statute, this action will be heard without further notice at Family Court.
6/16-NJ
0110782634-01

**NOTICE OF DIVORCE ACTION**

TO: Terry Keller, Respondent,
FROM: Clerk of Court- Divorce New Castle County, Cecelia Keller, Petitioner, has brought suit against you for divorce in the Family Court of the State of Delaware for New Castle County in Petition No. 10-18810. If you do not serve a response to the petition on the Court and to the Petitioner's Attorney or the petitioner if not represented at the following address: Cecelia Keller 33 Deasey Drive Newark, DE 19702 within 20 days after publication of this notice, exclusive of the date of publication, as required by statute, this action will be heard without further notice at Family Court.
6/16-NJ
0110782638-01

# Divorce

**NOTICE OF DIVORCE ACTION**

TO: Lakeeta Reyes, Respondent,
FROM: Clerk of Court- Divorce New Castle County, Gabriel Reyes, Petitioner, has brought suit against you for divorce in the Family Court of the State of Delaware for New Castle County in Petition No. 10-18903. If you do not serve a response to the petition on the Court and to the Petitioner's Attorney or the petitioner if not represented at the following address: Gabriel Reyes 9 Teal Circle Newark, DE 19702 within 20 days after publication of this notice, exclusive of the date of publication, as required by statute, this action will be heard without further notice at Family Court.
6/16-NJ
0110782637-01

**NOTICE OF DIVORCE ACTION**

TO: Teresa Rash, Respondent,
FROM: Clerk of Court- Divorce New Castle County, Phillip Rash, Petitioner, has brought suit against you for divorce in the Family Court of the State of Delaware for New Castle County in Petition No. 10-19371. If you do not serve a response to the petition on the Court and to the Petitioner's Attorney or the petitioner if not represented at the following address: Phillip Rash 113 Glen Berne Dr. Wilmington, DE 19804 within 20 days after publication of this notice, exclusive of the date of publication, as required by statute, this action will be heard without further notice at Family Court.
6/16-NJ
0110782721-01

# Concealed Weapons

**Gun Permit**
I, PAUL JAMES PERSONTI JR., of 121 THOMAS POINTE CIRCLE, WILMINGTON, DE 19808, will make application to the Judges of the Superior Court of the State of Delaware in and for New Castle County at Wilmington for a license to carry a concealed deadly weapon or weapons for the protection of my person or property or both.
6/16-NJ
0110782677-01

**careerbuilder**
START BUILDING

---

**DNREC - Solid & Hazardous Waste Management Branch**

## PUBLIC NOTICE
**Permits Pending**

The Department of Natural Resources and Environmental Control, Division of Air & Waste Management, hereby gives notice that a permit application has been received from the following companies to transport regulated RCRA hazardous and/or non-hazardous solid wastes in, out of, or through the State of Delaware:

A&D Environmental Services (S.C.), LLC and Secured Med Waste, LLC.

The applications may be inspected by appointment from 8:00 AM to 4:30 PM Monday through Friday at the offices of DNREC. For additional information or an appointment to inspect the applications, please contact Kenneth F. Green, DAWM/SHWMB, 89 Kings Hwy, Dover, DE 19901, 302.739.9403.

A public hearing concerning these applications will **NOT be held unless the Secretary of DNREC, in care of Karen J'Anthony, receives a meritorious request for a hearing by July 1, 2010, which is within fifteen (15) days from the date of this notice. A request for a hearing must be in writing and shall state the nature of the issues to be raised at the hearing. It must also show a familiarity with the application and a reasoned statement of the activity's probable impact.**
6/16-NJ
0110782544-01

---

**DNREC - SOLID & HAZARDOUS WASTE MANAGEMENT BRANCH**

## LEGAL NOTICE
Statement of Basis for Solid Waste Management Unit 8/9c at Hercules Incorporated

The State of Delaware Department of Natural Resources and Environmental Control (DNREC) has issued a Statement of Basis (SB) for RCRA Corrective Action at the Hercules Research Center facility, in Wilmington, Delaware. This document summarizes DNREC's proposed recommendations for a portion of the site located at 500 Hercules Road, Wilmington, Delaware.

Hercules Incorporated was required to enter the RCRA Corrective Action process in order to identify and remediate any potential contamination found at the facility. Solid Waste Management Unit (SWMU) 8/9C, a former drum and drum storage area, was one area of the facility requiring investigation. DNREC, EPA, and the Research Center thoroughly evaluated SWMU 8/9c as part of the RCRA Corrective Action process and determined it required remedial action. As a final remedy, DNREC proposes to install an engineered cap on the SWMU in conjunction with institutional controls (ICs) for the SWMU 8/9C area. The Final (100%) Remedial Design Report details the design components of the proposed corrective action activities. The closure concept involves consolidation of waste materials and sediments within the cap area and restoration of surrounding areas. Documents associated with the closure include the Final (100%) Design Drawings, Construction Specifications, and Construction Quality Assurance Plan.

The IC proposed for SWMU 8/9C will consist of a deed restriction consistent with the form suggested by the Uniform Environmental Covenants Act (UECA).

The Statement of Basis is on file and may be reviewed at the Dover office of DNREC located at 89 Kings Highway or the New Castle Office at 391 Likens Drive. The administrative record on which this determination is based may also be viewed at the Dover office of DNREC. For additional information or to schedule an appointment to review this material, call Douglas Zeiters of the Solid and Hazardous Waste Management Branch at (302) 739-9403, between the hours of 8:00 a.m. and 4:30 p.m., Monday through Friday.

Persons wishing to comment upon the Statement of Basis are invited to submit written comments. The written comments must be received prior to the end of the forty-five (45) day comment period, which is July 31, 2010. All written comments received prior to the end of the comment period will be considered when formulating the final determination.

**A public hearing on the above will NOT be held unless the Secretary of DNREC, in care of Douglas Zeiters, receives a meritorious request for a hearing by July 31, 2010, which is within forty-five (45) days from the date of this notice. A request for hearing must be in writing and shall state the nature of the issues to be raised at hearing. It must also show a familiarity with the Statement of Basis and a reasoned statement on the activity's probable impact.**

All comments or requests for hearing must be sent to Douglas Zeiters at DNREC, RE: DED001315647, Division of Air and Waste Management, SHWMB, 89 Kings Highway, Dover, DE 19901 or Douglas.Zeiters@state.de.us.
6/16-NJ
0110782534-01

---

09-50026-mg    Doc 6168    Filed 06/28/10    Entered 06/28/10 12:53:46    Main Document
Pg 2 of 2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re : Chapter 11 Case No.
MOTORS LIQUIDATION COMPANY, et al., : 09-50026 (REG)
f/k/a General Motors Corp., et al. :
Debtors. : (Jointly Administered)

**NOTICE OF HEARING REGARDING SALE OF
WILMINGTON, DELAWARE ASSEMBLY PLANT**

PLEASE TAKE NOTICE THAT on June 8, 2010 Motors Liquidation Company (f/k/a General Motors Corporation) (**"MLC"**) and its affiliated debtors, as debtors in possession (collectively, with MLC, the **"Debtors"**), filed a motion (the **"Motion"**) pursuant to sections 105, 363, and 365 of title 11 of the United States Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure for an order (the **"Sale Order"**) authorizing (i) the sale (the **"Sale"**) of real and personal property, including a motor vehicle assembly plant, located at 801 Boxwood Road, Wilmington, Delaware free and clear of liens, claims, encumbrances, and other interests (collectively, the **"Property"**) to Fisker Automotive, Inc. (the **"Purchaser"**), (ii) the assumption and assignment of certain executory contracts and unexpired leases in connection with the Sale, and (iii) MLC's entry into a settlement agreement with the Delaware Department of Natural Resources and Environmental Control (the **"DNREC"**) regarding the responsibility for ongoing environmental remediation of the real property (the **"Real Property"**) that is the subject of the Sale, all as more fully set forth in the Motion.

PLEASE TAKE FURTHER NOTICE THAT a hearing (the **"Sale Hearing"**) will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408, on **June 29, 2010, at 9:45 a.m. (Eastern Time)** to consider the relief requested in the Motion. The Sale Hearing may be adjourned without notice by an announcement of the adjourned date at the Sale Hearing or by the filing of a notice in the Debtors' chapter 11 cases.

PLEASE TAKE FURTHER NOTICE THAT MLC will accept competing offers for the Property up until the Sale Hearing. In the event that MLC receives a higher or better offer than that contemplated by the Contract, MLC intends to schedule an auction for the Property and, if necessary, adjourn the Sale Hearing. For additional information regarding the Property, please contact Motors Liquidation Company at 500 Renaissance Center, Suite 1400, Detroit, Michigan 48243 (Attn: Real Estate Dispositions), (313) 486-4044, or realestate@motorsliquidation.com.

PLEASE TAKE FURTHER NOTICE THAT responses or objections, if any, to the relief sought in the motion must be received no later than **June 22, 2010, at 4:00 p.m. (Eastern Time)** (the **"Objection Deadline"**) and be filed in accordance with the procedures set forth in the Motion.

The failure of any person or entity to file a response or objection on or before the Objection Deadline shall be deemed a consent to the Sale and the other relief requested in the Motion, and shall bar the assertion, at the Sale Hearing or thereafter, of any objection to the Sale, the Motion, or any other relief sought in the Motion.

**THE REAL ESTATE PURCHASE CONTRACT**

Certain principal terms and conditions of the Real Estate Purchase Contract (the **"Contract"**) are as follows: (i) Assets. The right, title and interest in and to those certain parcels of real property consisting, in the aggregate, of approximately 142 acres of land, located in Christiana Hundred, New Castle County, Delaware, having a street address of 801 Boxwood Road, Wilmington, Delaware, 19804, as more particularly described on Exhibit "B" to the Contract, and any and all buildings and improvements thereon and appurtenances thereto and all machinery, equipment, and other personal property located on the Real Property; (ii) Purchase Price. $20,000,000.00 to be paid at the Closing; (iii) Competing Bids. MLC is permitted to consider higher or better competing bids for the Property prior to the Sale Hearing; (iv) "As Is". The Sale, other than specific provisions with respect to existing environmental matters, is an "as is, where is" sale, with no representations or warranties of any kind with respect to the Property, and no recourse to the Seller; (v) Environmental Conditions. MLC shall agree to remediate preexisting environmental conditions on the Real Property as of the Closing, the nature and scope of which shall be agreed between MLC and the DNREC; otherwise, all risk and liability for environmental conditions on the Real Property shall become the Purchaser's at closing.

COPIES OF THE MOTION, CONTRACT, AND SALE ORDER

This Notice provides only a partial summary of the relief sought in the Motion and the terms of the Contract. Copies of the Motion [Docket No. 5975], including, as exhibits, the Contract, the Settlement Agreement, and the proposed Sale Order, are available for inspection (i) by accessing (a) the website of the Bankruptcy Court at http://www.nysb.uscourts.gov, or (b) the website established for the Debtors by their claims and noticing agent, The Garden City Group, Inc., at http://www.motorsliquidationdocket.com or (ii) by visiting the Office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408. Copies also may be obtained by faxing or emailing a written request to the attorneys for the Debtors, Weil, Gotshal & Manges LLP (Attn: Stephen Karotkin, Esq. (stephen.karotkin@weil.com) and Lacey Laken, Esq. (lacey.laken@weil.com)).

Dated: New York, New York    WEIL, GOTSHAL & MANGES LLP
June 16, 2010    767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Attorneys for Debtors
and Debtors in Possession

NJ-0110782572

---

# Audi

**A4 Cabrio '07**
2.0T Quattro, Superior Convertible that can drive all year with AWD, heated leather seats and Bose sound, Drive this Pearl White dream home #T12052
**$27,495**
MARTIN 738-5200
www.MartinAudi.com
1300 Union Street
Wilmington, DE
877-291-4752

# Auto Sales Miscellaneous

**VALUE ZONE**
All Under
**$9,998**

'01 Toyota Camry $6,995
'04 Nissan Altima $9,995
'00 Saab 9-3 Conv $9,995
'00 Pon Bonneville $9,995
'05 Chrys T&C $9,995
'02 Merc CrownVic $9,995
'04 Chevy Malibu $9,995

Union Park Buick-GMC
1800 Pennsylvania Ave
Wilmington, DE
1-877-269-1665

# Antique & Classic Cars

CHEVY CAMARO '87, New eng & trans, $1700. Also Jetski w/ trailer $700 or bo 302-530-6977

**CHEVYNOVA SS '65**
**4 spd,** must see. $14,000 b/o Call after 5pm 302-376-7560

# Acura

**3.5RL '00**
W/Nav, fully loaded Extra Clean
**$9,995**
CARMAN
Rt. 13 & 45 SPLIT
323-2300
carmanautogroup.com

**Acura TL '07**
Sporty, well equipped performance Sedan with leather, ABS and Bose, #T11976
**$14,999**
MARTIN 738-5200
www.MartinHonda.com
1300 Union Street
Wilmington, DE
877-291-4752

**TL '07**
Sedan, white finish with leather alloys, real sharp! #7110
**$23,995**
Union Park Buick-GMC
1800 Pennsylvania Ave
Wilmington, DE
1-877-269-1665

# BMW

**'07 BMW 750i**
**NAV**
Jet Blk, Super Sharp, top of the line beemer #T11748 only 20,858 M
**$41,995**
MARTIN 738-5200
www.MartinHonda.com

**3251 SDN '06**
Prem German sport sedan, leather mnrf, alloy wheels and more, #T12031
**$23,495**
MARTIN 738-5200
www.MartinHonda.com

**325ci '05**
The Ultimate Convertible, leather, CD, alloy wheels, and only 37,378 miles, #T12049
**$22,995**
MARTIN 738-5200
www.MartinHonda.com

**E350 '08**
sedan, 4 dr, V6, auto, leather, CD, loaded, moonroof, alloy wheels, excellent condition, priced to move, stk #T214100, 36,749 miles
**$32,687**
WINNER
1300 Union Street
Wilmington, DE
877-291-4752
www.winneraudi.com

**Mini Cooper '07**
Convertible, 30k mi., lots of toys in this one, real sharp! #10223a
**$19,995**
Union Park Buick-GMC
1800 Pennsylvania Ave
Wilmington, DE
1-877-269-1665

# Cadillac

**Deville DTS '03**
Lthr, p/s, p/w, p/l, s/r
Must See
**$13,995**
CARMAN
Rt. 13 & 45 SPLIT
323-2300
carmanautogroup.com

**STS SEVILLE '93**
Black cherry, 4 door.
$3200 Nego.
302-388-9117

# Chevrolet

**73 Corvette project car,**
454, headers, cam, 750, $12,000 b/o 301-855-7343;410-320-6262

**Camaro '02**
**2 dr, red w/ black trim, auto, V8, low miles, #7008B**
**$8,995**
Union Park Buick-GMC
1800 Pennsylvania Ave
Wilmington, DE
1-877-269-1665

**Camaro Z28 Convt '97**
One owner with all records, 6spd, pwr house w/drop top, #T11981F
**$11,999**
MARTIN 738-5200
www.MartinHonda.com

**Cobalt LS'07**
EXTRA CLEAN
LOW MILES
**$9,995**
CARMAN
Rt. 13 & 45 SPLIT
323-2300
carmanautogroup.com

HHR '08 - 28k mi, $13,500.
BCP Smyrna 302-653-8521

IMPALA LT '06 - White, 55k mi, lthr, CD, much more. Excellent cond. $11,900/bo. 410-658-4105

Malibu '99
Sale $2,995
CERTIFIED MOTORS
(302) 322-9008

# Chrysler

**'09 Chrysler 300 Touring**
Lthr, Alloy Whls & room for the family, Super Clean #T11939
**$11,957**
MARTIN 738-5200
www.MartinHonda.com

**Smart for Two '08**
Passion, Awesome cutting edge cruiser for two, superior fuel economy #K10349A
**$13,999**
MARTIN 738-5200
www.MartinHonda.com

# Dodge

**AVENGER SXT '08**
Loaded, blk, $12,900. Call BCP Smyrna 302-653-8521

**Charger '08**
AWD, Navi, only 30k mi, black finish, alloys, auto, snrf, pw, pl, real sharp car, like new, #42091A
**$18,995**
Union Park Buick-GMC
1800 Pennsylvania Ave
Wilmington, DE
1-877-269-1665

**CHARGER '08 -** Like new. 37k, 3.5 v6, red. $16,500. BCP Smyrna 302-653-8521

# Ford

**Contour SE '00**
NICE LITTLE CAR, GREAT DEAL
**$4,795**
CARMAN
Rt. 13 & 45 SPLIT
323-2300
carmanautogroup.com

**Edge Limited '08**
V6, auto, AWD, leather, CD, alloy wheels, sunroof, luxury features, spotless, just traded, 25,906 miles, stk# TA46354
**$26,863**
WINNER
1300 Union Street
Wilmington, DE
877-291-4752
www.winneraudi.com

Escort '98
2 dr, 5 spd, Clean Car, Must See! $1,000 Down!
Clean Cutt Auto
323-1400
cleancuttautos.com

Escort ZX2 '00 5spd, AC, 6CD, 126K, $4K service done $2500/BO. 302-376-0936

**FOCUS'01 automatic**, A/C, radio, looks + runs great, $2394 610-620-3156

**Mustang '10**
Conv, Fire Red, LOADED, Just in time for summer
**$22,995**
CARMAN
Rt. 13 & 45 SPLIT
323-2300
carmanautogroup.com

Mustang GT '95 V8, manual, 140k, k8, 5spd, Convertible, CD, $5,128 cash angelosautosalesde.com

LS430 '05 - 39K mi., nav., white, parchment int. $27,500. 302-239-1232 or 302-293-1714

**WINDSTAR '99-** $3500/bo Crown Victoria '99 $1500. 302-358-8481

# Honda

.3.9% APR
On Select Models

Civic LX '06
2 dr. coupe, 48k #38368b
$11,995

Civic LX '07
Coupe, 5 spd, 38k,#7128
$13,995

Civic LX '07
Sedan, 35k, tango red, #7140, $15,995

Pilot EX '07
AWD, 30k, black pearl, #7147, $24,995

Civic '07
Coupe, 37k, bright white, #7146, $14,995

Accord SE '07
V6, 4dr, 27k, glacier blue, #7143, $18,995

CR-V '08
AWD, 45k, glacier blue, #26873A, $18,995

Civic EX '07
Sedan, 36k #7118
$14,995

CRV EX '06
AWD, 42k #7149
$17,995

Honda Certified Used Cars undergo a 150 point inspection and include a 7 year/100,000 mile powertrain warranty and 12 month/12,000 limited warranty. Financing subject to AHFC approval. Warranty starts at original in service date.

**Union Park Honda**
1800 Pennsylvania Ave
Wilmington, DE
1-877-269-1665

**Accord EX'02**
Snrf, p/w, p/l cd & much more
**$5,995**
CARMAN
Rt. 13 & 45 SPLIT
323-2300
carmanautogroup.com

**Accord LX '07**
Sedan, silver, 4cyl, auto, CD, excellent condition, priced to move, 71,3242 miles, #T174164
**$11,957**
WINNER
1300 Union Street
Wilmington, DE
877-291-4752
www.winneraudi.com

**Accord SE '07**
Black finish, 23k mi, hurry won't last at this price! #26599A
**$13,995**
Union Park Honda
1800 Pennsylvania Ave
Wilmington, DE
1-877-269-1665

**Civic '08**
Sedan, auto, pw, pl, 26k mi, special of the week, #7089
**$13,995**
Union Park Honda
1800 Pennsylvania Ave
Wilmington, DE
1-877-269-1665

# Hummer

**H3 '08**
Burnt Orange, auto, CD, moonroof, luxury features, full power features, priced to move, chrome pkg, loaded, low miles
**$25,988**
WINNER
PORSCHE-LINCOLN-MERCURY
Newark, DE
866-626-5928
www.winnerporsche.com

# Hyundai

Elantra, '03
Auto, full power, low miles, 35mpg, $4,995
majormotorsde.com
Call Major Motors
302-757-6259

Elantra '03
WOW! $3,495
CERTIFIED MOTORS
(302) 322-9008

# Land Rover

DISCOVERY '03 56k mi. 56k mi. new wheels/tires & headlight assemb. gar. $9600 Call: 302-299-0001

# Lexus

GS300 '00
Gold on Gold, with penny price, $6,999
majormotorsde.com
Call Major Motors
302-757-6259

**IS250 '07**
AWD, dk grey finish w/ lthr, alloys, pw, pl, cruise, tilt, Navi, plus much more, #7115
**$26,995**
Union Park Buick-GMC
1800 Pennsylvania Ave
Wilmington, DE
1-877-269-1665

# Lincoln

**LS '04**
Sedan, Silver, auto, leather, alloy wheels, full power features, excellent condition
**$8,998**
WINNER
PORSCHE-LINCOLN-MERCURY
Newark, DE
866-626-5928
www.winnerporsche.com

Mark 8 '97
Super Clean, 64k!
$2,000 down!
Clean Cutt Auto
323-1400
cleancuttautos.com

# Mazda

Millenia 2001 4 automatic good Champagne tan 6 ZWD, ABS, air conditioning, alloy wheels, am fm radio, bucket seats, CD player, cruise control, driver airbag, heated seats, leather interior, moon roof, passenger-side airbag, power locks, power seats, power windows, rear window defroster Great looking, reliable car; priced well below blue book value $6300 302-453-1768 carolgray1@comcast.net Carol

# Mercedes

**'08 MERCEDES C300 4MATIC**
Pearl white w/soft blk lthr mnrf & lrg alloy whls #T11929
**$27,495**
MARTIN 738-5200
www.MartinHonda.com

**C240 SDN '04**
Super sharp luxury sedan, only 57,464 mi, hurry in for this beauty, #T11808A
**$16,999**
MARTIN 738-5200
www.MartinHonda.com

**CLK500 '06**
Convertible, Black, V8, auto, leather, CD, alloy wheels, loaded, flawless, black beauty w/linen int! Super clean! 33,544 miles, #T057178
**$33,499**
WINNER
1300 Union Street
Wilmington, DE
877-291-4752
www.winneraudi.com

**E350 '08**
4Matic, Dk blue, auto, leather, alloy wheels, moonroof, luxury features, full power features, spotless, 23k, navigation, sunshader
**$33,644**
WINNER
PORSCHE-LINCOLN-MERCURY
Newark, DE
866-626-5928
www.winnerporsche.com

E-Class E320 '03 6 cyl. only 26468 mi., Silver, $18,658 302-652-6601

# Mitsubishi

ECLIPSE '91 2dr, red, 5spd, a/c, moonroof, Lks/runs good $1075 302-421-9034

# Nissan

Altima '01
Auto, leather, sunroof, wheels, spoiler, very clean $5,995
angelosautosalesde.com

Altima 2.5 S '06 6 cyl, 68000mi., Gray, $11,990 302-691-5269

**Maxima SE '07**
Auto, pw, pl, cruise, tilt, alloys, snrf, 63k mi, super condition, #38326A
**$15,995**
Union Park Buick-GMC
1800 Pennsylvania Ave
Wilmington, DE
1-877-269-1665

# Oldsmobile

ALERO '00 Green,sedan, 7 in tvs, tinted, tagged until 2011, runs 100%. $2700/bo. 540-427-8213

# Pontiac

Bonneville SLE '00
Auto, ow/pl, 63k, super condition, like new!
#10232a
**$9,995**
Union Park Buick-GMC
1800 Pennsylvania Ave
Wilmington, DE
1-877-269-1665

**G6 '06**
Sedan, V6, at, pw, pl, 15k mi, gm certified, #3843a
**$13,995**
Union Park Buick-GMC
1800 Pennsylvania Ave
Wilmington, DE
1-877-269-1665

Grand Prix '02
Auto, 6cyl, Silver, well equipped, $4,999
majormotorsde.com
Call Major Motors
302-757-6259

---

PORSCHE-LINCOLN-MERCURY
Newark, DE
866-626-5928
www.winnerporsche.com

---

**cars.com**
Place your ad today!
800-427-2424
delawareonline.com

**TT Roadster Convertible '01**
grey,4cyl, 6pd, leather, CD, spotless, baseball special interiror! Must see! Only 19,856 mi, stk#T041734
**$15,986**
WINNER
1300 Union Street
Wilmington, DE
877-291-4752