**NEW HEARING DATE AND TIME: August 6, 2010 at 9:00 a.m. (Eastern Time)**
**NEW RESPONSE DEADLINE: July 30, 2010 at 4:00 p.m. (Eastern Time)**
**NEW REPLY DEADLINE: August 1, 2010 at 12:00 p.m. (Eastern Time)**

Robert T. Gibson
*Pro Hac Vice*
THE GIBSON LAW FIRM
319 West Front Street
Media, PA 19063
Tel:   215-729-7000
Fax:   215-695-2200

Attorney for Creditors Gibson Law Firm/George and Karen Kairis
(Objectors in *Soders v. General Motors Corp.* class action)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                          :
In re                                     :      Chapter 11 Case No.
                                          :
**MOTORS LIQUIDATION COMPANY,** *et al.*, :      09-50026 (REG)
     f/k/a **General Motors Corp.,** *et al.*, :
                                          :
                    Debtors.              :      (Jointly Administered)
                                          :
---------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF HEARING ON OBJECTION TO PROOF OF CLAIM NO. 44887 AND PETITION TO INTERVENE

**PLEASE TAKE NOTICE THAT:**

The date on which Creditors', George and Karen Kairis' and The Gibson Law Firm's, Objection to Claim of 'Settlement Agreement in Soders v. General Motors Corp. and RodaNast, P.C.' (Proof of Claim No. 44887) and Petition to Intervene (Docket No. 5369), which was initially scheduled for hearing before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on June 29, 2010 at 9:45 a.m. (Eastern Time), has, at the direction of counsel for Debtors, been adjourned to **Friday, August 6, 2010 at**

**9:00 a.m.**

                                        Respectfully submitted,


                                        <u>/s/ Robert T. Gibson</u>
                                        Robert T. Gibson
                                        *Pro Hac Vice*
                                        THE GIBSON LAW FIRM
                                        319 West Front Street
                                        Media, PA 19063
                                        Tel:    215-729-7000
                                        Fax:    215-695-2200

                                        Attorney for Creditors The Gibson Law
                                        Firm/George and Karen Kairis

Date:  June 28, 2010