**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | **09-50026 (REG)** |
| **f/k/a General Motors Corp.,** *et al.,* | : | |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

---------------------------------------------------------------------x

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF WASHINGTON  )
                                         ) ss
COUNTY OF KING          )

I, Danielle Zahaba, being duly sworn, depose and state:

1.    I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent

for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.

Our business address is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2.    On June 25, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors,

I caused a true and correct copy of the following document to be served by e-mail on the parties

identified on Exhibit A annexed hereto (master service list, notice of appearance parties and

affected parties with e-mail addresses), by first class mail on the parties identified on Exhibit B

annexed hereto (20 largest creditors of Remediation and Liability Management Company and

Inc., 20 largest creditors of Environmental Corporate Remediation Company, Inc.), by facsimile

on the parties identified on Exhibit C annexed hereto (Office of the United States Trustee and

affected parties with facsimile numbers), and by overnight mail on the parties identified on

Exhibit D annexed hereto (affected parties):

- Notice of Matters Scheduled for Hearing on June 29, 2010 at 9:45 a.m. [Docket No. 6150].

Signed in Seattle, Washington this                    /s/ Danielle Zahaba
28th day of June, 2010.                               DANIELLE ZAHABA

Sworn to before me in Seattle, Washington this 28th day of June, 2010


/s/ Greg L. Gottainer
Greg L. Gottainer
Notary Public, State of Washington
License No. 138976
Residing in Seattle
Commission Expires:  October 19, 2012

# EXHIBIT A

3M COMPANY
ATT: ALAN E. BROWN
OFFICE OF GENERAL COUNSEL
3M CENTER, BUILDING 220-9E-02
ST. PAUL MN 55144-1000
email: arbrown@mmm.com

ACCIDENT FUND INSURANCE CO
C/O GIBSON & SHARPS
9390 BUNSEN PARKWAY
LOUISVILLE KY 40220
email: PAM.BOYD@GIBSON-SHARPSLAW.COM

AIKEN SCHENK HAWKINS & RICCARDI P.C.
ATT: BARBARA LEE CALDWELL
ATTY FOR MARICOPA COUNTY
4742 NORTH 24TH STREET, SUITE 100
PHOENIX AZ 85016
email: blc@ashrlaw.com

AIRGAS, INC.
ATT: DAVID BOYLE, CONSULTANT TO LEGAL DEPT
259 RADNOR CHESTER ROAD
RADNOR PA 19087
email: david.boyle@airgas.com

ALEIF INDEPENDENT SCHOOL DISTRICT
ATTN CARL O SANDIN
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
1235 NORTH LOOP WEST SUITE 600
HOUSTON TX 77008
email: csandin@pbfcm.com

ALIX PARTNERS LLP
ATTN: CARRIANNE BASLER
300 N LASALLE STREET
CHICAGO IL 60654
email: cbasler@alixpartners.com

ALLARD & FISH, P.C.
COUNSEL FOR SEVERSTAL NORTH AMERICA, INC.
ATT: DEBORAH L. FISH, ESQ.
2600 BUHL BLDG
535 GRISWOLD
DETROIT MI 48226
email: dfish@allardfishpc.com

ALLEN COUNTY TREASURER
ATTN LEGAL OFFICER/BANKRUPTCY DEPT
PO BOX 2540
PERSONAL PROPERTY TAX
FORT WAYNE IN 46801-2540
email: TREASURER.LEGAL@CO.ALLEN.IN.US

ALLEN R DEAN
MISSISSIPPI WORKERS' COMPENSATION INDIVUAL SELF INSURER
GUARANTY ASSOCIATION  C/O A SPENCER GILBERT III
PO BOX 13187
JACKSON MS 39236
email: sgilbert@asgilbert.com

ALPINE ELECTRONICS OF AMERICA, INC.
ATT: CYNTHIA WOODRUFF-NEER, ESQ.
19145 GRAMERCY PLACE
TORRANCE CA 90501-1162
email: cwoodruff-neer@alpine-usa.com

ALSTON, KAIYA JR L
C/O MARK B TINSLEY
GOODING & GOODING
PO BOX 1000
ALLENDALE SC 29810-1000
email: mark@goodingandgooding.com

APPLIED SCIENCE ASSOCIATES INC
4607 W LAMB AVE
TAMPA FL 33629
email: SPM@JHU.EDU

ARCADIS U.S., INC.
ATT: LIESL SPANGLER, ASSOCIATE COUNSEL
630 PLAZA DRIVE, SUITE 100
HIGHLANDS RANCH CO 80129
email: Elizabeth.Spangler@arcadis-us.com

ARENT FOX LLP
ATTY FOR TIMKEN COMPANY
ATT: JAMES M. SULLIVAN, ESQ.
1675 BROADWAY
NEW YORK NY 10019
email: sullivan.james@arentfox.com

ARENT FOX LLP
ATTY FOR TOYOTA BOSHOKU AMERICA, INC.
ATT: MARY JOANNE DOWD, ESQ.
1050 CONNECTICUT AVENUE, NW
WASHINGTON DC 20036
email: dowd.mary@arentfox.com

ARENT FOX LLP
ATTY FOR HARMAN BECKER AUTOMOTIVE SYSTEMS, INC.
ATT: JEFFREY ROTHLEDER, ANDREA CAMPBELL, ESQS
1050 CONNECTICUT AVENUE, NW
WASHINGTON DC 20036
email: rothleder.jeffrey@arentfox.com; campbell.andrea@arentfox.com

ARLINGTON INDEPENDENT SCHOOL DISTRICT
ATTN: ELIZABETH BANDA CALVO
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP
PO BOX 13430
ARLINGTON TX 76094-0430
email: ebcalvo@pbfcm.com

ARMSTRONG TEASDALE, LLP
ATTY FOR SPARTAN LIGHT METAL PRODUCTS COMPANY INC.
ATT: DAVID L. GOING, ESQ.
ONE METROPOLITAN SQUARE, SUITE 2600
ST. LOUIS MO 63102-2740
email: dgoing@armstrongteasdale.com

ARNALL GOLDEN GREGORY LLP
ATTY FOR VERIZON COMMUNICATIONS INC.
ATT: DARRYL S. LADDIN & FRANK N. WHITE
171 17TH STREET, NW, SUITE 2100
ATLANTA GA 30363-1031
email: dladdin@agg.com; frank.white@agg.com

AT&T SERVICES INC.
LAW GROUP COUNSEL
ATTN: JAMES W. GRUDUS
ONE AT&T WAY, ROOM 3A218
BEDMINSTER NJ 07921
email: jg5786@att.com

ATEL EQUIPMENT CORP
ATT: RUSSELL H WILDER CLP
600 CALIFORNIA STREET 6TH FLOOR
SAN FRANCISCO CA 94108
email: rwilder@atel.com

ATTORNEY GENERAL FOR THE STATE OF MICHIGAN
ATTY FOR UNEMPLOYMENT TAX OFFICE, DEPT OF ENERGY, LABOR & ECONOMIC
GROWTH, UNEMPLOYMENT INSURANCE AGENCY
ATTN: ROLAND HWANG, ESQ.
3030 W. GRAND BOULEVARD, SUITE 9-600
DETROIT MI 48202
email: hwangr@michigan.gov

ATTORNEY GENERAL FOR THE STATE OF NEBRASKA
ATTY FOR THE STATE OF NEBRASKA
ATT: LESLIE C. LEVY, ASSISTANT ATTORNEY GENERAL
2115 STATE CAPITOL BUILDING
LINCOLN NE 68509-8920
email: leslie.levy@nebraska.gov

ATTORNEY GENERAL FOR THE STATE OF TEXAS
ATT: MARK BROWNING, ASSISTANT ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN TX 78711-2548
email: bk-mbrowning@oag.state.tx.us

ATTORNEY GENERAL OF OHIO
ATT: VICTORIA D. GARRY, ASSISTANT ATTORNEY GENERAL
COLLECTIONS & ENFORCEMENT
441 VINE STREET
1600 CAREW TOWER
CINCINNATI OH 45202
email: victoria.garry@ohioattorneygeneral.gov

ATTORNEY GENERAL OF STATE OF MICHIGAN
ATTY FOR WORKERS COMPENSATION AGENCY AND FUNDS ADMINISTRATION
ATTN: MICHAEL A. COX & DENNIS J. RATERINK
LABOR DIVISION
P.O. BOX 30736
LANSING MI 48909
email: raterinkd@michigan.gov

ATTORNEY GENERAL OF STATE OF TEXAS
ATT: KIMBERLY A. WALSH, ASST. ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN TX 78711-2548
email: bk-kwalsh@oag.state.tx.us

ATTORNEY GENERAL OF THE STATE OF MICHIGAN - LABOR DIVISION
ATTY FOR MICHIGAN WORKERS' COMPENSATION AGENCY
ATT: SUSAN PRZEKOP-SHAW, ASSISTANT ATTORNEY GENERAL
P.O. BOX 30736
LANSING MI 48909
email: przekopshaws@michigan.gov

ATTORNEY GENERAL OF THE STATE OF NEW YORK
ATTY FOR NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE
ATT: NEAL S. MANN, ASSTISTANT ATTORNEY GENERAL
120 BROADWAY - 24TH FLOOR
NEW YORK NY 10271
email: neal.mann@oag.state.ny.us

AYRON WOMACK
C/O ROBERT J LENZE PC
ATTORNEY AT LAW
3703 WATSON ROAD
ST LOUIS MO 63109
email: rjlenze@sbcglobal.net

BAKER & HOSTETLER LLP
ATTY FOR SCRIPPS NETWORKS & TELEVISION FOOD NETWORK
ATTN: WENDY J. GIBSON, ESQ.
3200 NATIONAL CITY CENTER
1900 EAST NINTH STREET
CLEVELAND OH 44114-3485
email: wgibson@bakerlaw.com

BAKER & HOSTETLER LLP
ATTY FOR B&H CREDITORS
ATT: JOSEPH F. HUTCHINSON, JR.,  ERIC GOODMAN, WENDY J. GIBSON
3200 NATIONAL CITY CENTER
1900 E. 9TH STREET
CLEVELAND OH 44114
email: jhutchinson@bakerlaw.com; egoodman@bakerlaw.com; wgibson@bakerlaw.com

BAKER & HOSTETLER LLP
ATTY FOR B&H CREDITORS
ATT: RICHARD BERNARD, ESQ.
45 ROCKEFELLER PLAZA
NEW YORK NY 10111
email: rbernard@bakerlaw.com

BAKER & MCKENZIE
815 CONNECTICUT AVE NW
WASHINGTON DC 20006-4045
email: a.duane.webber@bakernet.com

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
ATTN: MAX A. MOSELEY
ATTY FOR SERRA CHEVROLET, INC AND KEYSTONE AUTOMOTIVE, INC
420 2OTH STREET NORTH 1600 WACHOVIA TOWER
BIRMINGHAM AL 35203
email: mmoseley@bakerdonelson.com

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
ATT: MATTHEW G. SUMMERS, ESQ.
ATTY FOR FOUNTAIN LAKES I, L.L.C.
300 EAST LOMBARD STREET, 18TH FLOOR
BALTIMORE MD 21202
email: summersm@ballardspahr.com

BARNES & THORNBURG LLP
ATTY FOR CONTINENTAL
ATT: JOHN T. GREGG, ESQ.
171 MONROE AVENUE, NW, SUITE 1000
GRAND RAPIDS MI 49503
email: jgregg@btlaw.com

BARNES & THORNBURG LLP
ATTY FOR HIRATA CORPORATION OF AMERICA
ATTN: MARK R. OWENS, ESQ.
11 SOUTH MERIDIAN STREET
INDIANAPOLIS IN 46204
email: mark.owens@btlaw.com

BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA
ATTY FOR ROBERT C. POTTINGER, ESQ.
6833 STALTER DRIVE, FIRST FLOOR
ROCKFORD IL 61108
email: rcpottinger@bslbv.com

BARTLETT HACKETT FEINBERG P.C.
ATTY FOR IRON MOUNTAIN INFORMATION MANAGEMENT, INC.
ATT: FRANK F. MCGINN, ESQ.
155 FEDERAL STREET, 9TH FLOOR
BOSTON MA 02110
email: ffm@bostonbusinesslaw.com

BECKER, GLYNN, MELAMED & MUFFLY LLP
ATTY FOR FACTORY MOTOR PARTS COMPANY
ATT: CHESTER B. SALOMON, ESQ.
299 PARK AVENUE, 16TH FLOOR
NEW YORK NY 10171
email: CSALOMON@BECKERGLYNN.COM

BERGER SINGERMAN, P.A.
ATTY FOR SCI, LTD.
ATT: ARTHUR J. SPECTOR, ESQ.
350 E. LAS OLAS BOULEVARD
10TH FLOOR
FORT LAUDERDALE FL 33301
email: aspector@bergersingerman.com

BIALSON, BERGEN & SCHWAB
ATTY FOR CISCO SYSTEMS CAPITAL CORPORATION
ATTN: PATRICK M. COSTELLO & THOMAS M. GAA
2600 EL CAMINO REAL, SUITE 300
PALO ALTO CA 94306
email: patrick@bbslaw.com; tom@bbslaw.com

BINGHAM MCCUTCHEN LLP
ATTY FOR DEUTSCHE BANK AG
ATTN ROBERT M DOMBROFF & JEFFREY S SABIN ESQ
399 PARK AVENUE
NEW YORK NY 10022-4689
email: robert.dombroff@bingham.com; jeffrey.sabin@bingham.com; jared.clark@bingham.com

BINGHAM MCCUTCHEN LLP
ATTY FOR TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA
ATTN: JONATHAN B. ALTER, ESQ.
ONE STATE STREET
HARTFORD CT 06103
email: jonathan.alter@bingham.com

BINGHAM MCCUTCHEN LLP
ATTY FOR WELLS FARGO BANK NORTHWEST, NAT'L ASSOC., AS INDENTURE TRUSTE
ATT: ANNA M. BOELITZ, ESQ.
ONE STATE STREET
HARTFORD CT 06103
email: anna.boelitz@bingham.com

BIRDSALL, ELISE M
EDWARD S. DONINI, ESQ.
PO BOX 605
NEW SMYRNA BEACH FL 32170-0605
email: lm7ed@aol.com

BLANK ROME LLP
ATT: MARC E. RICHARDS, ESQ.
ATTY FOR DENSO INTERNATIONAL AMERICA AND DENSO SALES CALIFORNIA
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK NY 10174
email: mrichards@blankrome.com

BLANK ROME LLP
ATTY FOR CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS
ATT: REGINA STANGO KELBON, ESQ.
ONE LOGAN SQUARE
PHILADELPHIA PA 19103
email: Kelbon@blankrome.com

BLOUNT COUNTY REVENUE COMMISSIONER
220 2ND AVE E STE 102
ONEONTA AL 35121-1702
email: BCREALES@OTELCO.NET

BLUE CROSS AND BLUE SHIELD OF MICHIGAN
ATT: JEFFREY RUMLEY, ASSISTANT GENERAL COUNSEL
600 LAFAYETTE EAST #1925
DETROIT MI 48226-2998
email: JRumley@bcbsm.com

BODMAN LLP
ATTY FOR PRODUCTION MODELING CORPORATION
ATTN: COLIN T. DARKE, ESQ.
1901 ST. ANTOINE STREET
6TH FLOOR AT FORD FIELD
DETROIT MI 48226
email: cdarke@bodmanllp.com

BODMAN LLP
ATTY FOR LEAR CORPORATION AND ITS SUBSIDIARIES & AFFILIATES
ATTN: MARC M. BAKST, ESQ.
6TH FLOOR AT FORD FIELD
1901 ST. ANTOINE STREET
DETROIT MI 48226
email: mbakst@bodmanllp.com

BORGES & ASSOCIATES, LLC
ATTY FOR RAYCOM MEDIA, INC.
ATTN: WANDA BORGES, ESQ.
575 UNDERHILL BLVD., SUITE 118
SYOSSET NY 11791
email: borgeslawfirm@aol.com

BRACEWELL & GIULIANI LLP
ATT: RENEE DAILEY
ATTY FOR GEORG FISCHER AUTOMOTIVE AG
225 ASYLUM STREET, 26TH FLOOR
HARTFORD CT 06103
email: renee.dailey@bgllp.com

BRADLEY ARANT BOULT CUMMINGS LLP
ATTORNEYS FOR KNOWLEDGE LEARNING CORPORATION
AUSTIN L. MCMULLEN
1600 DIVISION STREET, SUITE 700
P. O. BOX 340025
NASHVILLE TN 37207
email: AMcMullen@BABC.com

BRADY C WILLIAMSON
GODFREY & KAHN SC
ONE EAST MAIN ST
SUITE 500
MADISON WI 53703
email: bwilliam@gklaw.com

BRANDENTON ROTARY FOUNDATION INC
C/O JANELLE L ESPOSITO ESQ
PO BOX 551
BRADENTON FL 34206-0551
email: jesposito@manateelegal.com

BRAYTON PURCELL LLP
ATTY FOR CERTAIN ASBESTOS CLAIMANTS
ATT: ALAN R. BRAYTON, CHRISTINA C. SKUBIC, MATTHEW B. LEE, ESQS
222 RUSH LANDING ROAD
NOVATO CA 94945
email: bankruptcy.asbpo.asbdom@braytonlaw.com

BRIGGS AND MORGAN P.A.
ATTY FOR FACTORY MOTOR PARTS COMPANY
ATT: JOHN R. MCDONALD, ESQ.
2200 IDS CENTER
80 SOUTH 8TH STREET
MINNEAPOLIS MN 55402
email: JMcDonald@Briggs.com

BROOKS WILKINS SHARKEY & TURCO, PLLC
ATTY FOR WABASH TECHNOLOGIES, INC.
ATTN: PAULA A. HALL, ESQ.
401 S. OLD WOODWARD AVENUE, SUITE 460
BIRMINGHAM MI 48009
email: hall@bwst-law.com

BROOKS WILKINS SHARKEY & TURCO, PLLC
ATT: MATTHEW E. WILKINS
ATTY FOR: HENZE STAMPING CO. & HENZ MACHINE CO.
401 S. OLD WOODWARD AVENUE, SUITE 460
BIRMINGHAM MI 48009
email: wilkins@bwst-law.com

BROWN & WHALEN, P.C.
ATT: RODNEY A. BROWN, ESQ.
700 THIRD AVENUE, 20TH FLOOR
NEW YORK NY 10017
email: rbrown@brownwhalen.com

BRYANT ELMA
PO BOX 370154
DECATUR GA 30037-0154
email: ECBRYANT@BELLSOUTH.NET

BUCHALTER NEMER, PC
ATTY FOR ORACLE USA, INC.; AND ORACLE CREDIT CORPORATION
ATT: SHAWN M. CHRISTIANSON, ESQ.
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO CA 94105-2126
email: schristianson@buchalter.com

BURGESS, CINDA
602 E ELM ST
OZARK MO 65721-9360
email: clburgess@cebridge.net

BURKBURNETT INDEPENDENT SCHOOL DISTRICT
ATTN HAROLD LEREW
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
PO BOX 8188
WICHITA FALLS TX 76307
email: hbky@pbfcm.com

BURKE, WARREN, MACKAY & SERRITELLA, P.C.
ATT: J. KIM & G. RING
ATTY FOR ATTY FOR NAPLETON INVESTMENT PARTNERSHIP LP
330 N. WABASH AVE. 22ND FLOOR
CHICAGO IL 60611
email: JKim@burkelaw.com ; Gring@Burkelaw.com

BURLINGTON NORTHERN SANTE FE RAILWAY COMPANY
ATT: PETER M. LEE, SENIOR GENERAL ATTORNEY
2500 LEW MENK DRIVE
P.O. BOX 961039
FT. WORTH TX 76161-0039
email: Peter.Lee@bnsf.com

BURR & FORMAN LLP
ATTY FOR GESTAMP ALABAMA, LLC, GESTAMP MASON, LLC, GESTAMP MEXICO
ATT: D.CHRISTOPHER CARSON
420 NORTH 20TH STREET, SUITE 3400
BIRMINGHAM AL 35203
email: ccarson@burr.com

BUSH SEYFERTH & PAIGE PLLC
ATT: RICHARD W. PAIGE
ATTY FOR IEE SENSING, INC.
3001 W. BIG BEAVER RD., SUITE 600
TROY MI 48084
email: paige@bsplaw.com

BUTZEL LONG, PC
ATTY FOR INTEVA PRODUCTS, LLC
ATTN: ROBERT SIDORSKY & ERIC B. FISHER
380 MADISON AVENUE
NEW YORK NY 10017
email: sidorsky@butzel.com; fishere@butzel.com; seidel@butzel.com

BUTZEL LONG, PC
ATTY FOR INTEVA PRODUCTS, LLC
ATTN: THOMAS B. RADOM & MAX J. NEWMAN
41000 WOODWARD AVENUE
BLOOMFIELD HILLS MI 48304
email: radom@butzel.com; newman@butzel.com

BUTZEL LONG, PC
ATT: ROBERT SIDORSKY & ERIC B. FISHER
ATTY FOR TK HOLDINGS, IRVIN AUTOMOTIVE PROD., TAKATA PETRI
380 MADISON AVENUE
NEW YORK NY 10017
email: sidorsky@butzel.com; fishere@butzel.com

C.B. BLACKARD, III
CORPORATE COUNSEL
ACXIOM CORPORATION
301 EAST DAVE WARD DRIVE
P.O. BOX 2000
CONWAY AR 72033-2000
email: cbblac@acxiom.com

CADWALADER, WICKERSHAM & TAFT LLP
ATTY FOR UNITED STATES OF AMERICA
ATT: JOHN J. RAPISARDI, ESQ.
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281
email: john.rapisardi@cwt.com, douglas.mintz@cwt.com, peter.friedman@cwt.com,
zachary.smith@cwt.com

CAMERON INDEPENDENT SCHOOL DISTRICT
ATTN: JOHN T BANKS
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L L P
3301 NORTHLAND DR, SUITE 505
AUSTIN TX 78731
email: jbanks@pbfcm.com

CAMP CAD
ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR AND SAMPSON, LLP
2323 BRYAN ST SUITE 1600
DALLAS TX 75201
email: DALLAS.BANKRUPTCY@PUBLICANS.COM

CAMPBELL, O'BRIEN & MISTELE, P.C.
ATTY FOR GEORGE P. JOHNSON COMPANY (GPJ)
ATTN: ROBERT J. FIGA, ESQ.
100 W. BIG BEAVER ROAD, SUITE 385
TROY MI 48084
email: rfiga@comlawone.com

CAMPOS ALBERTO
CAMPOS, ALBERTO
10803 RANCHLAND FOX STREET
SAN ANTONIO TX 78245-2400
email: ticamp05@yahoo.com

CANON U.S.A, INC.
ATTN: RUTH E. WEINSTEIN
ONE CANON PLAZA
LAKE SUCCESS NY 11042
email: rweinstein@cusa.canon.com

CAPLIN & DRYSDALE, CHARTERED
ATTY FOR COONEY & CONWAY ASBESTOS PERSONAL INJURY TORT CLAIMANTS;
MARK BUTTITA
ATT: ELIHU INSELBUCH & RITA TOBIN
375 PARK AVENUE, 35TH FLOOR
NEW YORK NY 10152-3500
email: ei@capdale.com

CAPLIN & DRYSDALE, CHARTERED
ATTY FOR COONEY & CONWAY ASBESTOS PERSONAL INJURY TORT CLAIMANTS;
MARK BUTTITA
ATT: PETER VAN LOCKWOOD, RONALD REINSEL & TREVOR SWETT, III, ESQS
1 THOMAS CIRCLE
WASHINGTON DC 20005
email: pvnl@capdale.com, rer@capdale.com, tws@capdale.com

CAPLIN & DRYSDALE, CHARTERED
ATTY FOR THE ASBESTOS CLAIMANTS' COMMITTEE
ATTN: KEVIN C. MACLAY, TREVOR W. SWETT III
ONE THOMAS CIRCLE, NW, SUITE 1100
WASHINGTON DC 20005
email: kcm@capdale.com; tws@capdale.com

CAPLIN & DRYSDALE, CHARTERED
ATTY FOR THE ASBESTOS CLAIMANTS' COMMITTEE
ATTN: ELIHU INSELBUCH, RITA C. TOBIN
375 PARK AVENUE, 35TH FLOOR
NEW YORK NY 10152
email: ei@capdale.com; rct@capdale.com;

CARROLL COUNTY TAX COLLECTOR
PO BOX 432
BERRYVILLE AR 72616-0432
email: kayphill@cctc.arcoxmail.com

CARSON FISCHER, P.L.C.
ATTY FOR VITEC, LLC
ATT: JOSEPH M. FISCHER, LAWRENCE A. LICHTMAN, PATRICK J. KUKLA
4111 ANDOVER ROAD, WEST-2ND FLOOR
BLOOMFIELD HILLS MI 48302
email: brcy@carsonfischer.com

CARSON FISCHER, P.L.C.
ATTY FOR RIMA MANUFACTURING COMPANY
ATTN: CHRISTOPHER A. GROSMAN & PATRICK J. KUKLA
4111 ANDOVER ROAD, WEST-2ND FLOOR
BLOOMFIELD HILLS MI 48302
email: brcy@carsonfischer.com; brcy@carsonfischer

CASS COUNTY
ATTN DAVID HUDSON
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
PO BOX 2007
TYLER TX 75710-2007
email: DHUDSON@PBFCM.COM

CASSELS BROCK
ATT: MICHAEL WEINCZOK
2100 SCOTIA PLAZA - 40 KING STREET WEST
TORONTO, ON M5H 3C2
CANADA
email: mweinczok@casselsbrock.com

CHAPELL & ASSOCIATES LLC
ATTN ALAN CHAPELL CIPP
CONSUMER PRIVACY OMBUDSMAN
297 DRIGGS AVENUE SUITE 3A
BROOKLYN NY 11222
email: alan@chapellassociates.com

CIMARRON MUNICIPAL UTILITY DISTRICT
ATTN CARL O SANDIN
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
1235 NORTH LOOP WEST STE 600
HOUSTON TX 77008
email: csandin@pbfcm.com

CITIGROUP GLOBAL MARKETS INC
C/O CITIBANK NA
OPS III 1615 BRETT ROAD
NEW CASTLE DE 19720
email: paul.palange@citi.com

CITY OF ATHENS
MICHAEL L KEITH, BRAD HARRIS
PO BOX 849
ATHENS TN 37371-0849
email: BHARRIS@CITYOF ATHENSTN.COM

CITY OF ENNIS
ATTN: ELIZABETH BANDA CALVO
PERDUE, BRANDON, FIELDER, COLLINS & MOTT LLP
4025 WOODLAND PARK BLVD, SUITE 300
ARLINGTON TX 76013
email: ebcalvo@pbfcm.com

CITY OF FRANKLIN TAX COLLECTOR
YOST ROBERTSON NOWAK, PLLC
SPECIAL COUNSEL, CITY OF FRANKLIN
PO BOX 681346
FRANKLIN TN 37068-1346
email: CLAIMS@YOSROB.COM

CITY OF HARTFORD CT
TAX COLLECTOR
C/O ATTORNEY KENNETH B. KAUFMAN
THE LAW OFFICE OF KENNETH B. KAUFMAN, LL
63 FOREST HILLS DRIVE
FARMINGTON CT 06032
email: KENNETH@ATTORNEYKAUFMAN.COM

CITY OF ITHACA
129 W EMERSON ST
CITY HALL
ITHACA MI 48847-1017
email: ITHACACLERK@CHARTERINTERNET.COM

CITY OF LIVONIA
TREASURER'S OFFICE
33000 CIVIC CENTER DRIVE
LIVONIA MI 48154-3060
email: SDOLMETSCH@CI.LIVONIA.MI.US

CITY OF MEMPHIS (TN)
ATTN ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
2323 BRYAN STREET SUITE 1600
DALLAS TX 75201
email: DALLAS.BANKRUPTCY@PUBLICANS.COM

CITY OF WILLIAMSBURG
FINANCE DEPARTMENT
401 LAFAYETTE ST
WILLIAMSBURG VA 23185-3617
email: TRASH@WILLIAMSBURGVA.GOV

CITY OF WILLIS
MICHAEL J DARLOW
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
1235 NORTH LOOP WEST STE 600
HOUSTON TX 77008
email: mdarlow@pbfcm.com

CLARK HILL PLC
ATTY FOR ATS AUTOMATION TOOLING SYSTEMS, INC.
ATTN: ROBERT D. GORDON, ESQ.
151 SOUTH OLD WOODWARD AVENUE, SUITE 200
BIRMINGHAM MI 48009
email: rgordon@clarkhill.com

CLARK HILL PLC
ATT: CHRISTOPHER M. CAHILL
ATTY FOR ATS AUTOMATION TOOLING SYSTEMS INC, ATS OHIO, INC.
151 SOUTH OLD WOODWARD AVENUE SUITE 200
BIRMINGHAM MI 48009
email: ccahill@clarkhill.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTY FOR UAW
ATT: JAMES L. BROMLEY, ESQ.
ONE LIBERTY PLAZA
NEW YORK NY 10006
email: jbromley@cgsh.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTY FOR THE INTERPUBLIC GROUP OF COMPANIES, INC.
ATT: SEAN A. O'NEAL, ESQ.
ONE LIBERTY PLAZA
NEW YORK NY 10006
email: soneal@cgsh.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTY FOR GRUPO KUO, TRANSMISSION TECHNOLOGIES CORPORATION,
TRAMSMISIONES Y EQUIPOS MECANICOS, PISTONES MORESA
ATT: DEBORAH M. BUELL, ESQ.
ONE LIBERTY PLAZA
NEW YORK NY 10006
email: dbuell@cgsh.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
A RICHARD SUSKO, ESQ
ONE LIBERTY PLAZA
NEW YORK NY 10006
email: BSUSKO@CGSH.COM

CLEARY GOTTLIEB STEEN & HAMILTON LLP
RICHARD S LINCER, ESQ.
ONE LIBERTY PLAZA
NEW YORK NY 10006
email: RLINCER@CGSH.COM

CLEARY GOTTLIEB STEEN & HAMILTON LLP
DAVID I GOTTLIEB, ESQ.
ONE LIBERTY PLAZA
NEW YORK NY 10006
email: DGOTTLIEB@CGSH.COM

CLEVELAND COUNTY TAX COLLECTOR
PO BOX 370
SHELBY NC 28151-0370
email: DENISE.JONES@CLEVELANDCOUNTY.COM

COHEN, WEISS AND SIMON LLP
ATTY FOR INTERNATIONAL UNION, UAW
ATT: BABETTE A. CECCOTTI, ESQ.
330 WEST 42ND STREET
NEW YORK NY 10036
email: bceccotti@cwsny.com

COHN WHITESELL & GOLDBERG LLP
ATT: MICHAEL J. GOLDBERG, ESQ.
ATT FOR: CABOT INDUSTRIAL VALUE FUND II OPERATING PARTNERSHIP L.P
101 ARCH ST. SUITE 1605
BOSTON MA 02110
email: goldberg@cwg11.com

COLLECTOR
TOWN OF BRANFORD
PO BOX 136
BRANFORD CT 06405-0136
email: jcleary@branford-ct.gov

COMMERCE ISD
ATTN: DAVID HUDSON
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
PO BOX 2007
TYLER TX 75710-2007
email: DHUDSON@PBFCM.COM

CONESTOGA-ROVERS & ASSOCIATES INC
ATTN IAN K RICHARDSON
2055 NIAGARA FALLS BLVD
SUITE #3
NIAGARA FALLS NY 14304
email: irichardson@craworld.com

CONNELL FOLEY LLP
ATTY FOR PANASONIC ELECTRIC WORKS CORPORATION OF AMERICA
ATTN: STEPHEN V. FALANGA & CHRISTOPHER M. HEMRICK
888 SEVENTH AVENUE
NEW YORK NY 10106
email: sfalanga@connellfoley.com; chemrick@connellfoley.com

COOKE COUNTY APPRAISAL DISTRICT
C/O HAROLD LEREW
PERDUE, BRANDON, FIELDER, COLLINS AND MOTT, LLP
PO BOX 8188
WICHITA FALLS TX 76307
email: hbky@pbfcm.com

COOLIDGE WALL CO., L.P.A.
ATTY FOR HARCO MANUFACTURING GROUP LLC
ATT: RONALD S. PRETEKIN,
33 WEST FIRST STREET, SUITE 600
DAYTON OH 45402
email: pretekin@coollaw.com

COUNTY ATTORNEY
ATTY FOR THE COUNTY OF LOUDOUN, VIRGINIA
ATTN: BELKYS ESCOBAR, ASSISTANT COUNTY ATTORNEY
ONE HARRISON STREET, S.E., 5TH FLOOR
LEESBURG VA 20175-3102
email: belkys.escobar@loudoun.gov

COUNTY OF RICHMOND
RICHMOND COUNTY TAX OFFICE
PO BOX 1644
ROCKINGHAM NC 28380
email: GINNY.BRADDOCK@NCMAIL.NET

COVINGTON & BURLING LLP
ATTY FOR UNION PACIFIC RAILROAD COMPANY
ATTN: MICHAEL ST. PATRICK BAXTER, ESQ.
1201 PENNSYLVANIA AVENUE NW
WASHINGTON DC 20004-2401
email: mbaxter@cov.com

COVINGTON & BURLING LLP
ATTY FOR UNION PACIFIC RAILROAD COMPANY
ATTN: SUSAN POWER JOHNSTON, ESQ.
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK NY 10018
email: sjohnston@cov.com

CRONIN, PETERS & COOK P.C .
221 N LA SALLE ST STE 1454
CHICAGO IL 60601-1353
email: CPCWORKCOMP@AOL.COM

CUMMINGS & LOCKWOOD LLC
ATTY FOR EMIGRANT BUSINESS CREDIT CORP
ATT: JOHN F. CARBERRY, ESQ.
SIX LANDMARK SQUARE
STAMFORD CT 06901
email: jcarberry@cl-law.com

CUSTER COUNTY TREASURER
PO BOX 200
ARAPAHO OK 73620-0200
email: treasurer@custercountyok.org

D & M REAL ESTATE LLC
NELSON LEVINE DELUCA & HORST LLC
457 HADDONFIELD RD STE 710
CHERRY HILL NJ 08002-2201
email: DPASTORICK@NLDHLAW.COM

DALLAS COUNTY UTILITY & RECLAMATION DISTRICT
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP
ATTN: ELIZABETH BANDA CALVO
PO BOX 13430
ARLINGTON TX 76094-0430
email: ebcalvo@pbfcm.com

DANA HOLDING COMPANY
ATT: LISA WURSTER
PO BOX 1000
MAUMEE OH 43537-7000
email: lisa.wurster@dana.com

DAVIS POLK & WARDWELL
ATTY FOR FORD MOTOR COMPANY
ATT: DONALD S. BERNSTEIN & MARSHALL S. HUEBNER
450 LEXINGTON AVENUE
NEW YORK NY 10017
email: donald.bernstein@dpw.com,

DAWDA, MANN, MULCAHY & SADLER, PLC
ATTY FOR MAGNETI MARELLI AND AUTOMOTIVE LIGHTING
ATT: WILLIAM ROSIN & KENNETH FLASKA
39533 WOODWARD AVENUE, SUITE 200
BLOOMFIELD HILLS MI 48304
email: gm@dmms.com

DAY PITNEY
ATTY FOR SPARTAN LIGHT METAL PRODUCTS COMPANY INC.
ATT: RICHARD M. METH, ESQ.
P.O. BOX 1945
MORRISTOWN NJ 07962-1945
email: rmeth@daypitney.com; msteen@daypitney.com

DAY PITNEY LLP
ATTY FOR ORACLE USA, INC.
ATTN: AMISH R. DOSHI, ESQ.
7 TIMES SQUARE
NEW YORK NY 10036
email: adoshi@daypitney.com

DAY PITNEY LLP
ATTY FOR SPARTAN LIGHT METAL PRODUCTS COMPANY INC.
ATT: RICHARD M. METH, ESQ.
200 CAMPUS DRIVE
FLORHAM PARK NJ 07932-0950
email: rmeth@daypitney.com; msteen@daypitney.com

DAY PITNEY LLP
ATT: HERBERT K. RYDER
ATTY FOR BANK OF VALLETTA P.L.C.
P.O. BOX 1945
MORRISTOWN NJ 07962
email: hryder@daypitney.com

DAY PITNEY LLP
ATT: HERBERT RYDER, ESQ.
ATTY FOR BANK OF VALLETTA P.L.C.
7 TIMES SQUARE
NEW YORK NY 10036
email: hryder@daypitney.com

DEAF SMITH COUNTY APPRAISAL DISTRICT
ATTN:  D'LAYNE PEEPLES
PERDUE, BRANDON, FIELDER, COLLINS & MOTT LLP
PO BOX 9132
AMARILLO TX 79105-9132
email: dpeeples@pbfcm.com

DEALER TIRE, LLC
3711 CHESTER AVENUE
CLEVELAND OH 44114
email: info@dealertire.com

DEBEVOISE & PLIMPTON LLP
ATTY FOR THE HERTZ CORPORATION
ATT: RICHARD F. HAHN, ESQ.
919 THIRD AVENUE
NEW YORK NY 10022
email: rfhahn@debevoise.com

DEBEVOISE & PLIMPTON LLP
ATT: JASMINE POWERS, ESQ.
ATTY FOR MAG INDUSTRIAL AUTOMATION SYSTEMS, LLC
919 THIRD AVENUE
NEW YORK NY 10022
email: jpowers@debevoise.com

DECHERT LLP
ATTY FOR SHANGHAI AUTOMOTIVE INDUSTRY CORP (GROUP) AND AFFILIATES
ATTN: SHMUEL VASSER, ESQ.
1095 AVENUE OF THE AMERICAS
NEW YORK NY 10036-6797
email: shmuel.vasser@dechert.com

DECHERT LLP
ATTY FOR CDI CORPORATION
ATTN: JAMES O. MOORE, ESQ.
1095 AVENUE OF THE AMERICAS
NEW YORK NY 10036-6797
email: james.moore@dechert.com

DECHERT LLP
ATTY FOR CDI CORPORATION
ATTN: JULIET SARKESSIAN, ESQ.
CIRA CENTRE
2929 ARCH STREET
PHILADELPHIA PA 19104
email: juliet.sarkessian@dechert.com

DELMARVA POWER
ATTN: RICH AIELLO, MANAGER, C&I - CUSTOMER RELATIONS
401 EAGLE RUN ROAD
NEWARK DE 19702
email: richard.aiello@delmarva.com

DELMARVA POWER
ATTN: LISA ALVINO, ACCOUNT MANAGER -- 79NC82
401 EAGLE RUN ROAD
NEWARK DE 19702
email: lisa.alvino@Delmarva.com, thomas.walsh@pepcoholdings.com

DEPARTMENT OF LABOR
ATTN: DEPUTY SOLICITOR OF LABOR
200 CONSTITUTION AVENUE, NW
WASHINGTON DC 20201
email: CONTACT-OCFO@DOL.GOV

DEPARTMENT OF LABOR & INDUSTRY
ATTN: DENISE A. MERTZ
READING BANKRUPTCY & COMPLIANCE UNIT
625 CHERRY STREET, ROOM 203
READING PA 19602-1184
email: dmertz@state.pa.us

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: JAMES A. PLEMMONS, ESQ.
500 WOODWARD AVENUE, SUITE 4000
DETROIT MI 48226
email: jplemmons2@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: MICHAEL C. HAMMER, ESQ.
301 E. LIBERTY, SUITE 500
ANN ARBOR MI 48104
email: mchammer3@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: DAWN R. COPLEY, ESQ.
500 WOODWARD AVENUE, SUITE 4000
DETROIT MI 48226
email: dcopley@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: KERRY MASTERS EWALD, ESQ.
424 CHURCH STREET, SUITE 1401
NASHVILLE TN 37219
email: kewald@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: COLLEEN M. SWEENEY, ESQ.
424 CHURCH STREET, SUITE 1401
NASHVILLE TN 37219
email: csweeney@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: DORON YITZCHAKI, ESQ.
301 E. LIBERTY, SUITE 500
ANN ARBOR MI 48104
email: dyitzchaki@dickinsonwright.com

DICONZA LAW P.C.
ATTY FOR ARCADIS U.S., INC.
ATT: GERARD DICONZA, ESQ.
630 THIRD AVENUE, 7TH FLOOR
NEW YORK NY 10017
email: gdiconza@dlawpc.com

DLA PIPER LLP
ATTY FOR HEWLETT PACKARD CO
ATT: KAROL DENNISTON & JENNIFER NASSIRI, ESQS
550 S. HOPE STREET, SUITE 2300
LOS ANGELES CA 90071
email: karol.denniston@dlapiper.com; jennifer.nassiri@dlapiper.com

DOUGLAS COUNTY GEORGIA
ATTN  LEGAL OFFICER / BANKRUPTCY DEPT
PO BOX 1177
TAX COMMISIONER
DOUGLASVILLE GA 30133-1177
email: ggoolsby@co.douglas.ga.us

DRINKER BIDDLE & REATH LLP
ATTY FOR MANUFACTURERS AND TRADERS TRUST COMPANY
ATT: STEPHANIE WICKOUSKI, ESQ., KIRSTIN K. GOING
140 BROADWAY, 39TH FLOOR
NEW YORK NY 10005
email: stephanie.wickouski@dbr.com, Kristin.Going@dbr.com,

DRINKER BIDDLE & REATH LLP
ATTY FOR MANUFACTURERS AND TRADERS TRUST COMPANY
ATT: KRISTEN K. GOING, ESQ.
1500 K STREET, N.W.
WASHINGTON DC 20005
email: kristin.going@dbr.com

EARNIL BROWN
MISSISSIPPI WORKERS' COMPENSATION INDIVIDUAL SELF-INSURER
GUARANTY ASSOCIATION C/O A SPENCER GILBERT III
PO BOX 13187
JACKSON MS 39236
email: sgilbert@asgilbert.com

EDS, AN HP COMPANY
ATT: AYALA HASSELL
BANKRUPTCY & INSOLVENCY, SENIOR ATTORNEY
H3-3A-05
5400 LEGACY DRIVE
PLANO TX 75024
email: ayala.hassell@hp.com

EDWARDS ANGELL PALMER & DODGE LLP
ATTY FOR US BANK NAT'L ASSOC & US BANK TRUST NAT'L ASSOC
ATTN J WHITLOCK
111 HUNTINGTON AVENUE
BOSTON MA 02199-7613
email: jwhitlock@eapdlaw.com

ELIZABETH HEARD
774 WEBB HILL LN
MC RAE AR 72102-9003
email: SEHEARD2002@YAHOO.COM

ELLIOTT GREENLEAF
ATT: R. Z - ARAVENA & T. KITTILA,ESQ.
FOR 3 M PURIFICATION INC
1105 NORTH MARKET ST. 17TH FLOOR
P.O.BOX 2327
WILMINGTON DE 19801
email: rxza@elliottgreenleaf.com ; tak@elliottgreenleaf.com

ELLIS & WINTERS LLP
ATT: GEORGE F. SANDERSON III
ATTY FOR CRYMES LANDFILL PRP GROUP
P.O. BOX 33550
RALEIGH NC 27636
email: george.sanderson@elliswinters.com

ENTERGY SERVICES, INC
ATT: ALAN H. KATZ, ASSISTANT GENERAL COUNSEL
639 LOYOLA AVENUE, 26TH FLOOR
NEW ORLEANS LA 70113
email: akatz@entergy.com

ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P.C.
ATT: DIANNE S. RUHLANDT, ESQ. & EARLE I. ERMAN
ATTY FOR ETKIN MANAGEMENT SERVICES
400 GALLERIA OFFICENTRE, STE. 444
SOUTHFIELD MI 48034
email: druhlandt@ermanteicher.com ; eerman@ermanteicher.com

ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P.C.
ATT: DAVID M. EISENBERG, ESQ.
ATTY FOR NIDEC MOTORS & ACTUATORS
400 GALLERIA OFFICENTRE, STE. 444
SOUTHFIELD MI 48034
email: deisenberg@ermanteicher.com

ERVIN COHEN & JESSUP LLP
ATTY FOR SALAS AUTOMOTIVE GROUP, INC. DBA POWAY CHEVROLET
ATTN: MICHAEL S. KOGAN
9401 WILSHIRE BOULEVARD
BEVERLY HILLS CA 90212
email: mkogan@ecjlaw.com

ESCAMBIA COUNTY TAX COLLECTOR
PO BOX 1312
PENSACOLA FL 32591-1312
email: ectc@escambiataxcollector.com

EVGENY FREIDMAN
CHARES E DORKEY III ESQ, ET AL
MCKENNA LONG & ALDRIDGE LLP
230 PARK AVENUE SUITE 1700
NEW YORK NY 10169
email: cdorkey@mckennalong.com

FARELLA BRAUN & MARTEL LLP
ATTY FOR GENERAL MOTORS RETIREES ASSOCIATION
ATT: NEIL A. GOTEINER, ESQ.
235 MONTGOMERY STREET, 17TH FLOOR
SAN FRANCISCO CA 94104
email: ngoteiner@fbm.com

FAYETTE COUNTY
ATTN: JOHN T BANKS
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L L P
3301 NORTHLAND DR, SUITE 505
AUSTIN TX 78731
email: jbanks@pbfcm.com

FCOF UB SECURITIES LLC
ATTN CONSTANTINE M DAKOLIAS
1345 AVENUE OF THE AMERICAS  46TH FLOOR
NEW YORK NY 10105
email: MITCHELLN@GTLAW.COM

FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP
ATTY FOR THE MCCLATCHY COMPANY
ATT: PAUL J. PASCUZZI, ESQ.
400 CAPITAL MALL, SUITE 1450
SACRAMENTO CA 95814
email: ppascuzzi@ffwplaw.com

FIRST UNITED INC.
5440 MOOREHOUSE DRIVE
SUITE 4000
SAN DIEGO CA 92121
email: dwick@natent.com

FOLEY & LARDNER LLP
ATTY FOR INERGY AUTOMOTIVE SYSTEMS (USA), LLC
ATTN: MARK A. AIELLO & SALVATORE A. BARBATANO
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT MI 48226-3489
email: sbarbatano@foley.com; maiello@foley.com

FOLEY & LARDNER LLP
ATTY FOR CUMMINS INC.
ATTN: JILL L. MUNCH & JOANNE LEE
321 NORTH CLARK STREET, SUITE 2800
CHICAGO IL 60654-5313
email: jmurch@foley.com; jlee@foley.com

FOLEY & LARDNER LLP
ATTY FOR PETERSON AMERICAN CORPORATION
ATTN: SALVATORE A. BARBATANO & STEVEN H. HILFINGER
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT MI 48226-3489
email: sbarbatano@foley.com; shilfinger@foley.com

FOLEY & LARDNER LLP
ATTY FOR INTRA CORPORATION
ATTN: STEVEN H. HILFINGER, JOHN A. SIMON, KATHERINE R. CATANESE
500 WOODWARD AVENUE, SUITE 2700
DETROIT MI 48226-3489
email: shilfinger@foley.com; jsimon@foley.com; kcatanese@foley.com

FOLEY & LARDNER LLP
ATTY FOR PIRELLI TIRE, LLC
ATTN: SALVATORE A. BARBATANO, JOHN A. SIMON, KATHERINE R. CATANESE
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT MI 48226-3489
email: sbarbatano@foley.com; jsimon@foley.com; kcatanese@foley.com

FOLEY & LARDNER LLP
ATTY FOR OMRON AUTOMOTIVE ELECTRONICS; OMRON DUALTEC AUTOMOTIVE ELECTR
ATTN: STEVEN H. HILFINGER, FRANK W. DICASTRI, JOHN A. SIMON
500 WOODWARD AVENUE, SUITE 2700
DETROIT MI 48226-3489
email: shilfinger@foley.com; fdicastri@foley.com; jsimon@foley.com

FOLEY & LARDNER LLP
ATTY FOR GETRAG TRANSMISSION CORPORATION
ATTN: FRANK DICASTRI, ESQ.
777 EAST WISCONSIN AVENUE
MILWAUKEE WI 53202
email: fdicastri@foley.com

FOLEY & LARDNER LLP
ATTY FOR TEXTRON INC.
ATTN: SCOTT T. SEABOLT, ESQ.
500 WOODWARD AVENUE, SUITE 2700
DETROIT MI 48226
email: sseabolt@foley.com

FOLEY & LARDNER LLP
ATTY FOR TOYOTA MOTOR CORPORATION
ATT: VICTOR A. VILAPLANA & MATTHEW J. RIOPELLE
402 WEST BROADWAY, SUITE 2100
SAN DIEGO CA 92101-3542
email: vavilaplana@foley.com; mriopelle@foley.com

FORSYTH COUNTY TAX COMMISSIONER
1092 TRIBBLE GAP RD
CUMMING GA 30040-2236
email: rseagen@forsythco.com

FOX ROTHSCHILD LLP
ATTY FOR STARSOURCE MANAGEMENT SERVICES
ATTN: FRED STEVENS, ESQ.
100 PARK AVENUE, SUITE 1500
NEW YORK NY 10017
email: fstevens@foxrothschild.com

FREBCO INC
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
3400 KETTERING BLVD
MORAINE OH 45439-2013
email: JMEHALL@FREBCO.COM

FRIEDLANDER MISLER, PLLC
ATTY FOR REALTY ASSOCIATES IOWA CORPORATION
ATTN: ROBERT E. GREENBERG, ESQ.
1101 SEVENTEENTH STREET, N.W., SUITE 700
WASHINGTON DC 20036-4704
email: rgreenberg@dclawfirm.com

FULBRIGHT & JAWORSKI L.L.P.
ATTY FOR AT&T CORP.
ATTN: DAVID A. ROSENZWEIG & JACLYN L. RABIN
666 FIFTH AVENUE
NEW YORK NY 10103
email: drosenzweig@fulbright.com; jrabin@fulbright.com

FOLEY & LARDNER LLP
ATTY FOR TOYOTA MOTOR CORPORATION
ATT: ROBERT H. HUEY, ESQ.
WASHINGTON HARBOUR
3000 K STREET, N.W., SUITE 600
WASHINGTON DC 20007-5109
email: rhuey@foley.com

FORMAN HOLT ELIADES & RAVIN, LLC
ATT: KIM R. LYNCH, ESQ.
ATTY FOR SIEMENS BUILDING TECHNOLOGIES, INC.
80 ROUTE 4 EAST, SUITE 290
PARAMUS NJ 07652
email: klynch@formanlaw.com

FORT WORTH INDEPENDENT SCHOOL DISTRICT
ATTN ELIZABETH BANDA CALVO
C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP
PO BOX 13430
ARLINGTON TX 76094-0430
email: ebcalvo@pbfcm.com

FRASER TREBILCOCK DAVIS & DUNLAP, P.C.
ATTY FOR CITY OF LANSING
ATTN: G. ALAN WALLACE, ESQ.
124 WEST ALLEGAN STREET, SUITE 1000
LANSING MI 48933
email: gwallace@fraserlawfirm.com

FREEBORN & PETERS LLP
ATTY FOR PGW, LLC
ATT: AARON L. HAMMER & THOMAS R. FAWKES, ESQS
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO IL 60606-6677
email: ahammer@freebornpeters.com; tfawkes@freebornpeters.com

FROST BROWN TODD
ATT: ROBERT A. GUY JR. & J.MATTHEW KROPLIN
ATTY FOR CLARCOR, INC.
424 CHURCH STREET, SUITE 1600
NASHVILLE TN 37219
email: bguy@fbtlaw.com ; mkroplin@fbtlaw.com

FULBRIGHT & JAWORSKI L.L.P.
ATTY FOR VERIZON CAPITAL CORPORATION
ATT: LOUIS R. STRUBECK & LIZ BOYDSTON, ESQ.
2200 ROSS AVENUE, SUITE 2800
DALLAS TX 75201
email: lstrubeck@fulbright.com, lboydston@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
ATTY FOR SOUTHWEST RESEARCH INSTITUTE
ATT: MICHAEL M. PARKER, ESQ.
300 CONVENT STREET, SUITE 2200
SAN ANTONIO TX 78205
email: mparker@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
ATTY FOR SOUTHWEST RESEARCH INSTITUTE
ATT: DAVID A. ROSENZWEIG & MARK C. HAUT
666 FIFTH AVENUE
NEW YORK NY 10103-3198
email: drosenzweig@fulbright.com; mhaut@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
ATT: LIZ BOYDSTON, ESQ.
ATTY FOR BELL ATLANTIC TRICON LEASING CORP.
2200 ROSS AVENUE, SUITE 2800
DALLAS TX 75201
email: lboydston@fulbright.com

GALVESTON COUNTY
ATTN JOHN P DILLMAN
C/O LINEBARGER GOGGAN BLAIR & SAMPSON LLP
PO BOX 3064
HOUSTON TX 77253-3064
email: HOUSTON_BANKRUPTCY@PUBLICANS.COM

GARVIN COUNTY TREASURER
201 WEST GRANT
PAULS VALLEY OK 73075-3248
email: gtreas@swbell.net

GENERAL MOTORS, LLC
ATT LAWRENCE S BUONOMO ESQ
400 RENAISSANCE CENTER
DETROIT MI 48265
email: lawrence.s.buonomo@gm.com

GERSTEN SAVAGE, LLP
ATT: PAUL RACHMUTH
ATTY FOR COURT APPOINTED CLASS
600 LEXINGTON AVENUE
NEW YORK NY 10022
email: prachmuth@gerstensavage.com

GIBBONS P.C.
ATTY FOR J.D. POWER AND ASSOCIATES
ATT: DAVID N. CRAPO, ESQ.
ONE GATEWAY CENTER
NEWARK NJ 07102-5310
email: dcrapo@gibbonslaw.com

GIBSON, DUNN & CRUTCHER LLP
ATTY FOR WILMINGTON TRUST COMPANY
ATT: DAVID M. FELDMAN, ESQ.
200 PARK AVENUE
NEW YORK NY 10166-0193
email: dfeldman@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
ATTY FOR WILMINGTON TRUST COMPANY
ATT: MATTHEW J. WILLIAMS, ESQ.
200 PARK AVENUE
NEW YORK NY 10166-0193
email: mjwilliams@gibsondunn.com

GIRRARD GIBBS LLP
ATT: D. GIRARD & A.J. DE BARTOLOMEO
ATTY FOR COURT APPOINTED CLASS
601 CALIFORNIA STREET, SUITE 1400
SAN FRANCISCO CA 94108
email: dcg@girardgibbs.com ; ajd@girardgibbs.com

GLENN M. REISMAN, ESQ.
ATTY FOR GE ENERGY, GE MOTORS AND GE WATER
TWO CORPORATE DRIVE, SUITE 234
SHELTON CT 06484
email: Glenn.Reisman@ge.com

GODFREY & KAHN, S.C.
ATTN: TIMOTHY F. NIXON, ESQ
ATTY FOR THE FEE EXAMINER
780 NORTH WATER STREET
MILWAUKEE WI 53202
email: tnixon@gklaw.com, candres@gklaw.com, kstadler@gklaw.com

GOHN, HANKEY & STICHEL, LLP
ATT: JAN I. BERLAGE
ATTY FOR HAROLD MARTIN
201 N. CHARLES STREET - SUITE 2101
BALTIMORE MD 21201
email: jberlage@ghsllp.com

GOLDBERG SEGALLA LLP
ATT: B. HOOVER & C. BELTER, ESQ.
ATTY FOR THE QUAKER OATS COMPANY
665 MAIN STREET, SUITE 400
BUFFALO NY 14203
email: bhoover@goldbergsegalla.com ; cbelter@goldbergsegalla.com

GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
ATTY FOR PANASONIC AUTO SYS CO OF AMERICA, DIV OF PANASONIC
CORP OF N.A., FORMERLY KNOWN AS MATSUSHITA ELEC CORP IF AMERICA
ATT: JONATHAN L. FLAXER, DOUGLAS L. FURTH, ANTHONY M. VASSALLO
437 MADISON AVENUE
NEW YORK NY 10022-7302
email: jflaxer@golenbock.com; dfurth@golenbock.com

GORLICK, KRAVITZ & LISTHAUS, P.C.
ATTY FOR IUOE, LOCALS IUOE 101, IUOE 18S & IUOE 832S
ATT: BARBARA S. MEHLSACK, ESQ.
17 STATE STREET, 4TH FLOOR
NEW YORK NY 10004
email: bmehlsack@gkllaw.com

GOULSTON & STORRS, P.C.
ATTY FOR 767 FIFTH PARTNERS LLC AND BP/CGCENTER I LLC
ATT: DOUGLAS B. ROSNER, ESQ.
400 ATLANTIC AVENUE
BOSTON MA 02110-3333
email: drosner@goulstonstorrs.com

GOULSTON & STORRS, P.C.
ATTY FOR 767 FIFTH PARTNERS AND BP/CGCENTER I LLC
ATT: GREGORY O. KADEN, ESQ.
400 ATLANTIC AVENUE
BOSTON MA 02110-3333
email: gkaden@goulstonstorrs.com

GREENBERG TRAURIG, LLP
ATT: B. ZIRINSKY, N. MITCHELL & A. KADISH
ATTY FOR PERRY PARTNERS INTERNATIONAL, INC.
200 PARK AVENUE
NEW YORK NY 10166
email: Zirinskyb@gtlaw.com ; Mitchelln@gtlaw.com ; Kadisha@gtlaw.com

HAHN & HESSEN LLP
ATT: J. DIVACK & H. PATWARDHAN, ESQ.
ATTY FOR B.REYNOLDS & G REYNOLDS, JR.
488 MADISON AVENUE, 15TH FLOOR
NEW YORK NY 10022
email: jdivack@hahnhessen.com; hpatwardhan@hahnhessen.com

HAHN LOESER & PARKS LLP
ATT: LEE D. POWAR & DANIEL A. DEMARCO & ROCCO I. DEBITETTO
200 PUBLIC SQUARE, SUITE 2800
CLEVELAND OH 44114
email: ldpowar@hahnlaw.com, dademarco@hahnlaw.com

HALE COUNTY APPRAISAL DISTRICT
D'LAYNE PEEPLES
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
PO BOX 9132
AMARILLO TX 79105-9132
email: dpeeples@pbfcm.com

HALPERIN BATTAGLIA RAICHT, LLP
ATTY FOR MACQUARIE EQUIPMENT FINANCE, LLC.
ATT: CHRISTOPHER J. BATTAGLIA & JULIE D. DAYAS, ESQ.
555 MADISON AVENUE, 9TH FLOOR
NEW YORK NY 10022
email: cbattaglia@halperinlaw.net; jdyas@halperinlaw.net

HAMILTON COUNTY TRUSTEE
625 GEORGIA AVE
RM 210
CHATTANOOGA TN 37402
email: SNB@SMRW.COM

HARMAN BECKER AUTOMOTIVE SYSTEMS, INC.
39001 WEST 12 MILE ROAD
FARMINGTON HILLS MI 48331
email: info@harmanbecker.de

HAROLD W BRADSHAW
C/O MARK J BECKER ATTORNEY AT LAW
1010 MARKET ST SUITE 1430
ST LOUIS MO 63101
email: mbecker@hullverson.com

HARRIS COUNTY MUNICIPAL UTILITY DISTRICT #153
CARL O SANDIN
PERDUE, BRANDON, FIELDER, COLLINS & MOTT LLP
1235 NORTH LOOP WEST SUITE 600
HOUSTON TX 77008
email: CSANDIN@PBFCM.COM

HARRIS COUNTY MUNICIPAL UTILITY DISTRICT #189
CARL O SANDIN
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
1235 NORTH LOOP WEST STE 600
HOUSTON TX 77008
email: csandin@pbfcm.com

HAUSFELD LLP
ATTN: STEIG D. OLSON, ESQ., MICHAEL HAUSFELD
ATTY FOR BALINTULO PLAINTIFFS
11 BROADWAY, SUITE 615
NEW YORK NY 10004
email: solson@hausfeldllp.com

HAYNES AND BOONE LLP
ATTY FOR AIRGAS, INC.
ATT: JONATHAN HOOK, ESQ.
1221 AVENUE OF THE AMERICAS 26TH FL
NEW YORK NY 10020-1007
email: jonathan.hook@haynesboone.com

HAYNES AND BOONE LLP
ATTY FOR AIRGAS, INC.
ATT: PATRICK L. HUGHES & PETER C. RUGGERO
1221 MCKINNEY, SUITE 2100
HOUSTON TX 77010
email: patrick.hughes@haynesboone.com; peter.ruggero@haynesboone.com

HAYNES AND BOONE LLP
ATTY FOR EXXON MOBIL CORPORATION
ATTN: CHARLES A. BECKMAN & BROOKS HAMILTON
1221 MCKINNEY, SUITE 2100
HOUSTON TX 77010
email: charles.beckham@haynesboone.com; brooks.hamilton@haynesboone.com

HAYNES AND BOONE, LLP
ATTY FOR CEVA LOGISTICS
ATTN: JUDITH ELKIN
1221 AVENUE OF THE AMERICAS, 26TH FLOOR
NEW YORK NY 10020-1007
email: judith.elkin@haynesboone.com

HAYNES AND BOONE, LLP
ATTY OFR EXXON MOBIL CORPORATION
ATTN: MATTHEW E. RUSSELL, ESQ.
1221 AVENUE OF THE AMERICAS, 26TH FL
NEW YORK NY 10020-1007
email: matthew.russell@haynesboone.com

HAYNSWORTH SINKLER BOYD, P.A.
ATTY FOR SOUTH CAROLINA AUTOMOBILE DEALERS ASSOCIATION
ATTN: WILLIAM H. SHORT, JR., ESQ.
POST OFFICE BOX 11889
COLUMBIA SC 29211-1889
email: bshort@hsblawfirm.com

HEARD COUNTY TAX COMMISSIONER
PO BOX 519
FRANKLIN GA 30217-0519
email: HEARDTC@BELLSOUTH.NET

HENDRICKS COUNTY TREASURER
ATTN: LEGAL OFFICER / BANKRUPTCY DEPT.
PO BOX 6037
INDIANAPOLIS IN 46206-6037
email: scunningham@co.hendricks.in.us

HERRICK, FEINSTEIN LLP
ATTY FOR BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC
ATT: STEPHEN B. SELBST & PAUL RUBIN
2 PARK AVENUE
NEW YORK NY 10016
email: sselbst@herrick.com; prubin@herrick.com

HESS CORPORATION
ATT: ELIZABETH ANNE CARINI CURRENTI, ESQ.
1 HESS PLAZA
WOODBRIDGE NJ 07095
email: ecurrenti@hess.com

HEWLETT-PACKARD COMPANY LP
ATT: RAMONA NEAL, SENIOR COUNSEL
11311 CHINDEN BOULEVARD
MAIL STOP 314
BOISE ID 83714
email: Ramona.neal@hp.com

HEWLETT-PACKARD FINANCIAL SERVICES COMPANY
ATT: AMY S. CHIPPERSON, ESQ.
420 MOUNTAIN AVENUE
MURRAY HILL NJ 07640
email: amy.chipperson@hp.com

HILL COUNTY JUNIOR COLLEGE
ELIZABETH BANDA CALVO
PERDUE, BRANDON, FIELDER, COLLINS AND MOTT, LLP
PO BOX 13430
ARLINGTON TX 76094-0340
email: ebcalvo@pbfcm.com

HILLSMAN, VELICITA
325 SELLARS DR
DYERSBURG TN 38024-3698
email: velman78@yahoo.com

HINCKLEY, ALLEN & SNYDER LLP
ATTY FOR DAVE DELANEY'S COLUMBIA BUICK-PONTIAC-GMAC CO, LLC
ATT: THOMAS H CURRAN, PAUL F O'DONNELL & JENNIFER V DORAN
28 STATE STREET
BOSTON MA 02109
email: tcurran@haslaw.com

HISCOCK & BARCLAY LLP
ATTY FOR THE SCHAEFER GROUP INC
ATTN SUSAN R KATZOFF ESQ
ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE NY 13202
email: skatzoff@hblaw.com

HISCOCK & BARCLAY, LLP
ATT: SUSAN R. KATZOFF, ESQ.
ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE NY 13202
email: skatzoff@hblaw.com

HOGAN & HARTSON LLP
ATT: SCOTT A. GOLDEN & BRIAN J GRIECO, ESQ.
ATTY FOR NEWS AMERICA INCORPORATED
875 THIRD AVENUE
NEW YORK NY 10022
email: sagolden@hhlaw.com ; bjgrieco@hhlaw.com

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATTY FOR GENERAL MOTORS CORPORATION
ATTN ROBERT B WEISS ESQ
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT MI 48226
email: rweiss@honigman.com

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATTY FOR GENERAL MOTORS CORPORATION
ATT: TRICIA A. SHERICK, ESQ.
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT MI 48226
email: tsherick@honigman.com

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATTY FOR GENERAL MOTORS CORPORATION
ATTN JOSEPH R SGROI ESQ
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT MI 48226
email: jsgroi@honigman.com

HOUSTON COUNTY TAX ASSESSOR COLLECTOR
ATTN  DAVID HUDSON
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
PO BOX 2007
TYLER TX 75710-2207
email: dhudson@pbfcm.com

HUFF, CHERYL L
PO BOX 6637
THOMASVILLE GA 31758-6637
email: SNAPNGIRL@YAHOO.COM

HUNTER & SCHANK CO., LPA
ATTY FOR ZF FRIEDRICHSHAFEN AG
ATT: JOHN J. HUNTER, JR., ESQ.
ONE CANTON SQUARE
1700 CANTON AVENUE
TOLEDO OH 43604
email: jrhunter@hunterschank.com

HUNTER & SCHANK CO., LPA
ATTY FOR ZF FRIEDRICHSHAFEN AG
ATT: THOMAS J. SCHANK, ESQ.
ONE CANTON SQUARE
1700 CANTON AVENUE
TOLEDO OH 43604
email: tomschank@hunterschank.com

HUTCHINSON COUNTY
ATTN D'LAYNE PEEPLES
PERDUE, BRANDON, FIELDER, COLLINS & MOTT LLP
PO BOX 9132
AMARILLO TX 79105-9132
email: DPEEPLES@PBFCM.COM

IDAHO STATE TAX COMMISSION
BANKRUPTCY UNIT
PO BOX 36
BOISE ID 83722
email: carolyn.kaas@tax.idaho.gov

INDUSTRY CANADA, LEGAL SERVICES
ATT: ANNE BOUDREAU
235 QUEEN STREET
OTTAWA, ON K1A OH5
CANADA
email: anne.boudreau@ic.gc.ca

INTERNATIONAL UNION OF OPERATING ENGINEERS
ATT: RICHARD GRIFFIN, GENERAL COUNSEL
1125 SEVENTEENTH STREET, NW
WASHINGTON DC 20036
email: rgriffin@iuoe.org

INTERNATIONAL UNION, UAW
ATTY FOR INTERNATIONAL UNION, UAW
ATT: DANIEL SHERRICK & NIRAJ GANATRA, LEGAL DEPT.
8000 EAST JEFFERSON AVENUE
DETROIT MI 48214
email: memberservices@iuawfcu.com, nganatra@uaw.net

IREDELL COUNTY TAX COLLECTOR
PO BOX 1027
STATESVILLE NC 28687-1027
email: LMORROW@CO.IREDELL.NC.US

IVEY, BARNUM AND O'MARA, LLC
ATTY FOR SONIC AUTOMOTIVE, INC.
ATTN: MELISSA ZELEN NEIER, ESQ.
170 MASON STREET
GREENWICH CT 06830
email: mneier@ibolaw.com

J.L. SAFFER, P.C.
ATTY FOR TMI CUSTOM AIR SYSTEMS, INC.
ATTN: JENNIFER L. SAFFER, ESQ.
20 VESEY STREET, 7TH FLOOR
NEW YORK NY 10007
email: jlsaffer@jlsaffer.com

JAFFE, RAITT, HEUER, & WEISS, P.C.
ATT: RICHARD E. KRUGER
ATTY FOR THE BMW GROUP
27777 FRANKLIN RD. SUITE 2500
SOUTHFIELD MI 48034
email: rkruger@jaffelaw.com

JAMES CAMPBELL
MISSISSIPPI WORKERS' COMPENSATION INDIVIDUAL SELF INSURER
GUARANTY ASSOCIATION C/O A SPENCER GILBERT III
PO BOX 13187
JACKSON MS 39236
email: sgilbert@asgilbert.com

JAMES E KETCHEM
C/O RADFORD R RAINES III ATTORNEY
105 CHURCH ST
O'FALLON MO 63366
email: rrraines3@yahoo.com

JAMES S POST
C MARSHALL FRIEDMAN ATTORNEYS AT LAW A PROFESSIONAL CORPORATION
THIRTEENTH FLOOR 1010 MARKET STREET
ST LOUIS MO 63101
email: sfriedman@marshallfriedman.com

JASPER COUNTY COLLECTOR
PO BOX 421
CARTHAGE MO 64836-0421
email: DEANNA.COLLECTOR@ECARTHAGE.COM

JENNER & BLOCK LLP
SPECIAL COUNSEL FOR DEBTORS
ATTN: PATRICK J. TROSTLE & HEATHER D. MCARN
919 THIRD AVENUE, 37TH FLOOR
NEW YORK NY 10022-3908
email: ptrostle@jenner.com

JENNER & BLOCK LLP
SPECIAL COUNSEL FOR DEBTORS
ATTN: DANIEL R. MURRAY & JOSEPH P. GROMACKI
353 N. CLARK ST.
CHICAGO IL 60654-3456
email: dmurray@jenner.com

JENNINGS COUNTY TREASURER GOVERNMENT CENTER
PO BOX 368
200 BROWN STREET STE 103
VERNON IN 47282-0368
email: slvance@jenningscounty-in.gov

JOHNSON, HEARN, VINEGAR, GEE & GLASS, PLLC
ATTY FOR D & J AUTOMOTIVE, LLC
ATT: JEAN WINBORNE BOYLES, ESQ.
P.O. BOX 1776
RALEIGH NC 27602
email: jboyles@jhvgglaw.com

JOHNSTON BARTON PROCTOR & ROSE LLP
ATTY FOR SERRA CHEVROLET OF BIRMINGHAM, INC.
ATTN: MAX A. MOSELEY, ESQ.
569 BROOKWOOD VILLAGE
SUITE 901
BIRMINGHAM AL 35209
email: mam@johnstonbarton.com

JOHNSTON COUNTY TAX COLLECTOR
ATTN: LEGAL OFFICER / BANKRUPTCY DEPT.
PO BOX 31308
CHARLOTTE NC 28231-1308
email: GREG.CALLAHAN@JOHNSTONNC.COM

JONES DAY
ATTN: ANDREW KRAMER
51 LOUISIANA AVENUE, N.W.
WASHINGTON DC 20001-2113
email: akramer@jonesday.com, rsbarr@jonesday.com

JOSE A NAREZO
6230 KINNEVILLE RD
EATON RAPIDS MI 48827-9693
email: BRENDA.NAREZO@YAHOO.COM

K&L GATES LLP
ATTY FOR PPG INDUSTRIES, INC.
ATT: JEFFREY N. RICH & ERIC T. MOSER, ESQS.
599 LEXINGTON AVENUE
NEW YORK NY 10022
email: jeff.rich@klgates.com; eric.moser@klgates.com

KARL A AMBERGER
MARIO G SILVA ESQ
1001 CRAIG RD STE 260
CREVE COERY MO 63146
email: SILVALAW@AOL.COM

KARNES COUNTY
ATTN:  JOHN T BANKS
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP
3301 NORTHLAND DRIVE SUITE 505
AUSTIN TX 78731
email: jbanks@pbfcm.com

KAYE SCHOLER LLP
ATTY FOR PHILLIP MORRIS CAPITAL CORP
ATT: RICHARD G. SMOLEV & STEWART B. HERMAN
425 PARK AVENUE
NEW YORK NY 10022-3598
email: rsmolev@kayescholer.com;

KEATING MUETHING & KLEKAMP PLL
ATTY FOR CINTAS CORPORATION
ATTN: JASON V. STITT, ESQ.
ONE EAST FOURTH STREET, SUITE 1400
CINCINNATI OH 45202
email: jstitt@kmklaw.com

KELLEY & FERRARO, L.L.P.
ATTY FOR ASBESTOS TORT CLAIMANTS
ATT: THOMAS M. WILSON, ESQ.
2200 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND OH 44114
email: twilson@kelley-ferraro.com

KELLEY DRYE & WARREN LLP
ATTY FOR LAW DEBENTURE TRUST COMPANY OF NEW YORK
ATTN: DAVID RETTER, PAMELA BRUZZESE-SZCZGIEL, JENNIFER CHRISTIAN, ESQS
101 PARK AVENUE
NEW YORK NY 10178
email: KDWBankruptcyDepartment@kelleydrye.com

KELLEY DRYE & WARREN, LLP
ATTY FOR BP CANADA ENERGY MARKETING CORP. AND BP ENERGY CO.
ATT: JAMES S. CARR & JORDAN A. BERGMAN, ESQS
101 PARK AVENUE
NEW YORK NY 10178
email: KDWBankruptcyDepartment@kelleydrye.com

KENNEDY, JENNIK & MURRAY P.C.
ATTN: THOMAS M  KENNEDY, ESQ.
113 UNIVERSITY PLACE
7TH FL
NEW YORK NY 10003
email: tmurray@kjmlabor.com

KENNEDY, JENNIK & MURRAY P.C.
ATTN: SUSAN JENNIK, ESQ.
113 UNIVERSITY PLACE
7TH FL
NEW YORK NY 10003
email: sjennik@kjmlabor.com

KENTUCKY EMPLOYERS MUTUAL INSURANCE CO
C/O FULTON & DEVLIN
2000 WARRINGTON WAY STE 165
LOUISVILLE KY 40222-6409
email: SSD@FULTON-DEVLIN.COM

KERR, RUSSELL AND WEBER, PLC
ATTY FOR WINDSOR MOLD INC.
ATTN: JAMES E. DELINE, ESQ.
500 WOODWARD AVENUE, SUITE 2500
DETROIT MI 48226-3406
email: jed@krwlaw.com

KERR, RUSSELL AND WEBER, PLC
ATTY FOR AVL AMERICAS, INC.
ATT: P. WARREN HUNT, ESQ. & JAMES DELINE
500 WOODWARD AVENUE, SUITE 2500
DETROIT MI 48226-3406
email: pwh@krwlaw.com

KILPATRICK & ASSOCIATES, P.C.
ATTY FOR OAKLAND COUNTY TREASURER
ATT: RICHARDO I. KILPATRICK & LEONORA K. BAUGHMAN
903 N. OPDYKE ROAD, SUITE C
AUBURN HILLS MI 48326
email: ecf@kaalaw.com

KLEHR HARRISON HARVEY BRANZBURG & ELLERS LLP
ATTY FOR MANUFACTURERS & TRADERS TRUST COMPANY
ATTN MORTON R BRANZBURG
260 S BROAD STREET
PHILADELPHIA PA 19102
email: MBranzburg@klehr.com

KLEIN INDEPENDENT SCHOOL DISTRICT
CARL O SANDIN
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP
1235 NORTH LOOP WEST SUITE 600
HOUSTON TX 77008
email: CSANDIN@PBFCM.COM

KLESTADT & WINTERS LLP
ATTN TRACY L KLESTADT & SAMIR P GEBRAEL
ATTNY FOR BRITTINGHAMS
292 MADISON AVENUE 17TH FLOOR
NEW YORK NY 10017
email: tklestadt@klestadt.com; sgebrael@klestadt.com

KOHRMAN JACKSON & KRANTZ, PLL
ATTY FOR SUNNYSIDE AUTOMOTIVE VI, LLC
ATT: JAMES W. EHRMAN, ESQ.
ONE CLEVELAND CENTER, 20TH FLOOR
1375 EAST NINTH STREET
CLEVELAND OH 44114-1793
email: jwe@kjk.com

KOTZ, SANGSTER, WYSOCKI AND BERG, P.C.
ATTY FOR APPLIED MANUFACTURING TECHNOLOGIES
ATTN: FREDERICK A. BERG & JAYSON M. MACYDA, ESQS
400 RENAISSANCE CENTER, SUITE 3400
DETROIT MI 48243
email: fberg@kotzsangster.com; jmacyda@kotzsangster.com

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTY FOR THE OFFICIAL UNSECURED CREDITORS COMMITTEE
ATTN: THOMAS MOERS MAYER, AMY CATON, LAUREN MACKSOUD, & JEN SHARRET
1177 AVENUE OF THE AMERICAS
NEW YORK NY 10036
email: acaton@kramerlevin.com, tmayer@kramerlevin.com, rschmidt@kramerlevin.com, lmacksoud@kramerlevin.com, jsharret@kramerlevin.com

KUPELIAN ORMOND & MAGY, P.C.
ATTY FOR LA PRODUCTIONS, LLC
ATT: TERRANCE HILLER, DAVID BLAU, PAUL MAGY, MATTHEW SCHLEGEL
25800 NORTHWESTERN HIGHWAY, SUITE 950
SOUTHFILED MI 48075
email: dmb@kompc.com; psm@kompc.com; mws@kompc.com

LAFAYETTE CONSOLIDATED GOVERNMENT
ATTN: LEGAL OFFICER / BANKRUPTCY DEPT.
PO BOX 4024
CUSTOMER SERVICE DIVISION
LAFAYETTE LA 70502-4024
email: DROGERS@LUS.ORG

LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.
ATTY FOR LINAMAR CORP & MAHAR TOOL SUPPLY CO.
ATTN: SUSAN M. COOK, ESQ.
916 WASHINGTON AVENUE, SUITE 309
BAY CITY MI 48708
email: scook@lambertleser.com

LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.
ATTY FOR LINAMAR CORP & MAHAR TOOL SUPPLY CO.
ATTN: ADAM D. BRUSKI, ESQ.
916 WASHINGTON AVENUE, SUITE 309
BAY CITY MI 48708
email: abruski@lambertleser.com

LATHAM & WATKINS LLP
ATTY FOR ALLISON TRANSMISSION, INC., FKA CLUTCH OPERATING CO., INC.
ATTN: ROBERT J. ROSENBERG & ADAM J. GOLDBERG
885 THIRD AVENUE, SUITE 1000
NEW YORK NY 10022-4068
email: Robert.Rosenberg@lw.com; Adam.Goldberg@lw.com

LAW OFFICES OF GABRIEL DEL VIRGINIA
ATTY FOR HESS CORPORATION
ATT: GABRIEL DEL VIRGINIA, ESQ.
488 MADISON AVE
NEW YORK NY 10022
email: gabriel.delvirginia@verizon.net

LAW OFFICES OF ROBERT E. LUNA, P.C.
ATTY FOR CARROLLTON FARMERS BRANCH ISD & LEWISVILLE ISD
ATT: ANDREA SHEEHAN, ESQ.
4411 N. CENTRAL EXPRESSWAY
DALLAS TX 75205
email: sheehan@txschoollaw.com

LAWRENCE COUNTY TRUSTEE
240 W GAINES ST STE 3
LAWRENCEBURG TN 38464-3635
email: PALLEY@LAWCOTN.ORG

LAWRENCE JAY KRAINES, ESQ.
14235 DICKENS STREET, SUITE 4
SHERMAN OAKS CA 91423-5846
email: larrykraines@gmail.com

LECLAIRRYAN P.C
ATTY OF HONEYWELL INTERNATIONAL INC.
ATT: MICHAEL E. HASTINGS & MICHAEL T. CONWAY, ESQS
830 THIRD AVENUE, 5TH FLOOR
NEW YORK NY 10022
email: michael.hastings@leclairryan.com ; michael.conway@leclairryan.com

LEVY RATNER P.C.
ATTY FOR UNITED STEELWORKERS
ATT: SUZANNE HEPNER, RYAN J. BARBUR & ROBERT H. STROUP
80 EIGHTH AVENUE, 8TH FLOOR
NEW YORK NY 10011
email: shepner@lrbpc.com; rbarbur@lrbpc.com; rstroup@lrbpc.com

LEWIS LAW PLLC
ATT: KENNETH M. LEWIS
ATTY FOR JOHANN HAY GMBH & CO. KG
120 BLOOMINGDALE RD., SUITE 100
WHITE PLAINS NY 10605
email: klewis@lewispllc.com

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTY FOR TARRANT COUNTY & DALLAS COUNTY
ATT: ELIZABETH WELLER, ESQ.
2323 BRYAN STREET, SUITE 1600
DALLAS TX 75201
email: dallas.bankruptcy@publicans.com

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTY FOR CAMERON COUNTY, HARLINGEN, HARLINGEN ISD, NUECES COUNTY, SAN
ATTN: DIANE W. SANDERS, ESQ.
2700 VIA FORTUNA DRIVE, SUITE 400
P.O. BOX 17428
AUSTIN TX 78760
email: austin.bankruptcy@publicans.com

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
STATE OF TEXAS TAXING AUTHORITIES
ATT: JOHN P. DILLMAN, ESQ.
POST OFFICE BOX 3064
HOUSTON TX 77253
email: houston_bankruptcy@publicans.com

LOCKE LORD BISSELL & LIDDELL LLP
ATT: TIMOTHY S. MCFADDEN, ESQ.
ATTY FOR: METHODE ELECTRONICS, INC.
111 SOUTH WACKER DRIVE
CHICAGO IL 60606
email: tmcfadden@lockelord.com

LOCKE LORD BISSELL & LIDDELL LLP
ATT: KEVIN J. WALSH, ESQ.
ATTY FOR: METHODE ELECTRONICS, INC.
3 WORLD FINANCIAL CTR FL 20
NEW YORK NY 10281-2199
email: kwalsh@lockelord.com

LOWENSTEIN SANDLER PC
ATTY FOR GROUP 1 AUTOMOTIVE, INC. AND ITS DEALERSHIPS
ATT: MICHAEL S. ETKIN, S. JASON TEELE, IRA M. LEVEE
1251 AVENUE OF THE AMERICAS
NEW YORK NY 10022
email: metkin@lowenstein.com; steele@lowenstein.com; ilevee@lowenstein.com

LOWENSTEIN SANDLER PC
ATTY FOR GROUP 1 AUTOMOTIVE, INC. AND ITS DEALERSHIPS
ATT: MICHAEL S. ETKIN, S. JASON TEELE, IRA M. LEVEE
65 LIVINGSTON AVENUE
ROSELAND NJ 07068
email: metkin@lowenstein.com; steele@lowenstein.com; ilevee@lowenstein.com

LOWNDES COUNTY TAX COLLECTOR
PO BOX 1409
VALDOSTA GA 31603-1409
email: LGUESS@LOWNDESCOUNTY.COM

LUMSDEN, WILLIAM J
230 CHESTNUT SPRINGS RD
CHESAPEAKE CY MD 21915-1113
email: 11-27-09A09'39 RCVD

M&J SOLVENTS PRP GROUP
C/O KAZMAREK GEIGER & LASETER LLP
ATTN RICHARD A HORDER
3490 PIEDMONT ROAD NE, STE 201
ATLANTA GA 30305
email: rhorder@kglattorneys.com

MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.
ATTY FOR M-TECH ASSOCIATES
ATTN: KATHLEEN H. KLAUS, ESQ.
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD MI 48034
email: khk@maddinhauser.com

MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.
ATTY FOR SOUTH TROY TECH, LLC
ATTN: MICHAEL S. LIEB, ESQ.
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD MI 48034
email: msl@maddinhauser.com

MADISON COUNTY TAX COLLECTOR
PO BOX 351
MARSHALL NC 28753
email: lray@madisoncountync.org

MAGNOLIA INDEPENDENT SCHOOL DISTRICT
MICHAEL J DARLOW
PERDUE BRANDON FIELDER COLLINS & MOTT L L P
1235 NORTH LOOP WEST SUITE 600
HOUSTON TX 77008
email: mdarlow@pbfcm.com

MAINE WORKERS COMPENSATION RESIDUAL MARKET POOL
C/O TERESA CLOUTIER ESQ
LAMBERT COFFIN
PO BOX 15215
PORTLAND ME 04112
email: TCLOUTIER@LAMBERTCOFFIN.COM

MARICOPA COUNTY
BARBARA LEE CALDWELL
AIKEN SCHENK HAWKINS & RICCIARDI PC
4742 NORTH 24TH STREET, SUITE 100
PHOENIX AZ 85016
email: blc@ashrlaw.com

MATTA BLAIR, PLC
ATTY FOR CHARTER TOWNSHIP OF YPSILANTI, MICHIGAN
ATT: STEVEN A. MATTA, ESQ.
4145 DUBLIN DRIVE, SUITE 100
BLOOMFIELD HILLS MI 48302
email: smatta@mattablair.com

MAZZEO SONG & BRADHAM LLP
ATTY FOR CLARCOR, INC. AND TOTAL FILTRATION SERVICES, INC.
ATTN: DAVID H. HARTHEIMER, ESQ.
708 THIRD AVENUE, 19TH FLOOR
NEW YORK NY 10017
email: dhartheimer@mazzeosong.com

MCCARTER & ENGLISH, LLP
ATT: CHARLES A. STANZIALE, JR.
NEW JERSEY SELF INSURERS GUARANTY ASSOC
FOUR GATEWAY CENTER
100 MULBERRY STREET
NEWARK NJ 07102
email: cstanziale@mccarter.com

MCCARTER & ENGLISH, LLP
ATT: JEFFREY T.TESTA, ESQ.
FOUR GATEWAY CENTER
100 MULBERRY STREET
NEWARK NJ 07102
email: jtesta@mccarter.com

MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO., L.P.A.
ATTY FOR DEALER TIRE, LLC
ATTN: ROBERT R. KRACHT, ESQ.
101 WEST PROSPECT AVENUE, SUITE 1800
CLEVELAND OH 44115
email: rrk@mccarthylebit.com

MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO., L.P.A.
ATTY FOR DEALER TIRE, LLC
ATTN: KIMBERLY A. BRENNAN, ESQ.
101 WEST PROSPECT AVENUE, SUITE 1800
CLEVELAND OH 44115
email: kab@mccarthylebit.com

MCCREARY VESELKA BRAGG & ALLEN PC
ATTY FOR LOCAL TEXAS TAXING AUTHORITIES
ATTN MICHAEL REED ESQ
PO BOX 1269
ROUND ROCK TX 78680
email: mreed@mvbalaw.com, sveselka@mvbalaw.com, gbragg@mvbalaw.com

MCDUFFIE COUNTY TAX COMMISSIONER
PO BOX 955
THOMSON GA 30824-0955
email: KENNIS@THOMSON-MCDUFFIE.NET

MCKENNA LONG & ALDRIDGE LLP
ATTY FOR INDUSTRY CANADA
ATT: CHRISTOPHER F. GRAHAM, ESQ.
230 PARK AVENUE STE 1700
NEW YORK NY 10169
email: cgraham@mckennalong.com

MCKENNA LONG & ALDRIDGE LLP
ATTY FOR INDUSTRY CANADA
ATT: JESSICA H. MAYES, ESQ.
230 PARK AVENUE, SUITE 1700
NEW YORK NY 10169
email: jmayes@mckennalong.com

MCKENNA LONG & ALDRIDGE LLP
ATT: CHARLES E. DORKEY III
ATTY FOR EVGENY A. FRIEDMAN
230 PARK AVENUE, SUITE 1700
NEW YORK NY 10169
email: cdorkey@mckennalong.com

MCNAMEE, LOCHNER, TITUS & WILLIAMS, P.C.
ATT: JACOB F. LAMME, ESQ.
ATTY FOR ST. REGIS MOHAWK TRIBE
677 BROADWAY
ALBANY NY 12207
email: lamme@mltw.com

MCNAMEE, LOCHNER, TITUS & WILLIAMS, P.C.
ATT: JOHN J. PRIVITERA, ESQ.
ATTY FOR ST. REGIS MOHAWK TRIBE
677 BROADWAY
ALBANY NY 12207
email: privitera@mltw.com

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTY FOR INT'L UNION UAW AND UAW ET AL
ATT: HANAN B. KOLKO, ESQ.
1350 BROADWAY, SUITE 501
P.O. BOX 822
NEW YORK NY 10018
email: hkolko@msek.com

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTY FOR INT'L UNION UAW AND UAW ET AL
ATT: EDWARD LOBELLO, ALAN MARDER. JIL MAZER-MARINO, J. RANDO CRISTIANO
990 STEWART AVENUE, SUITE 300
GARDEN CITY NY 11530
email: elobello@msek.com

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTY FOR PITNEY BOWES, INC, PITNEY BOWES MGT SVS, INC, PITNEY BOWES SO
ATT: EDWARD J. LOBELLO, ESQ.
1350 BROADWAY, SUITE 501
P.O. BOX 822
NEW YORK NY 10018-0822
email: elobello@msek.com

MIAMI-DADE COUNTY TAX COLLECTOR
BANKRUPTCY UNIT
140 WEST FLAGLER STREET, SUITE 1403
MIAMI FL 33130
email: ecm31@miamidade.gov

MICHAEL A. COX, ATTY GENERAL
KATHLLEN A. GARDINER, ASST. ATTY GENERAL
CADILLAC PLACE
3030 WEST GRAND BLVD.
DETROIT MI 48202
email: gardinerk@michigan.gov

MICHAEL S. HOLMES, P.C.
ATTY FOR OAKS L-M, INC. DBA WESTPOINT
ATT: MICHAEL S. HOLMES, ESQ.
8100 WASHINGTON AVENUE, SUITE 120
HOUSTON TX 77007
email: msholmes@cowgillholmes.com

MICHIGAN ENVIRONMENT, NATURAL RESOURCES AND AGRICULTURE DIVISION
ATTY FOR MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY
ATTN: CELESTE R. GILL, ASSISTANT ATTORNEY GENERAL
525 W. OTTAWA, 6TH FLOOR, G. MENNE WILLIAMS BUILDING
P.O. BOX 30755
LANSING MI 48909
email: gillcr@michigan.gov

MICHIGAN FUNDS ADMINISTRATION
7201 W. SAGINAW HWY, STE 110
LANSING MI 48917
email: funds@michigan.gov

MICHIGAN WORKERS' COMPENSATION AGENCY
7150 HARRIS DRIVE
PO BOX 30016
LANSING MI 48909
email: wcacinfo@michigan.gov

MIDLAND COUNTY TAX OFFICE
GALEN GATTEN JR
PERDUE, BRANDON, FIELDER, COLLINS & MOTT LLP
PO BOX 50188
MIDLAND TX 79710-0188
email: ggatten@pbfcm.com

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATT: MATTHEW S. BARR, TYSON M. LOMAZOW & SAMUEL A. KHALIL, ESQ.
ATTY FOR: MANUFACTURERS AND TRADERS TRUST COMPANY
1 CHASE MANHATTAN PLAZA
NEW YORK NY 10005
email: mbarr@milbank.com ; tlomazow@milbank.com ; skhalil@milbank.com

MILLER JOHNSON
ATTY FOR MICO INDUSTRIES, INC.
ATTN: ROBERT D. WOLFORD, ESQ.
250 MONROE AVENUE, N.W., SUITE 800
P.O. BOX 306
GRAND RAPIDS MI 49501-0306
email: ecfwolfordr@millerjohnson.com

MILLER JOHNSON
ATTY FOR BENTELER AUTOMOTIVE CORPORATION
ATT THOMAS P. SARB, ESQ
250 MONROE AVE., STE 800
GRAND RAPIDS MI 49501-0306
email: ecfsarbt@millerjohnson.com

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTY FOR LANSING BOARD OF WATER & LIGHT
ATT: DONALD J. HUTCHINSON, ESQ.
150 WEST JEFFERSON AVENUE, SUITE 2500
DETROIT MI 48226
email: hutchinson@millercanfield.com

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTY FOR LANSING BOARD OF WATER & LIGHT
ATT: SUSAN I. ROBBINS, ESQ.
500 FIFTH AVENUE, SUITE 1815
ATT: SUSAN I. ROBBINS, ESQ.
NEW YORK NY 10110
email: robbins@millercanfield.com

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTY FOR KONGSBERG AUTOMOTIVE, INC., KONGSBERG DRIVELINE SYSTEMS I,
KONGSBERG INTERIOR SYS, KONGSBERG POWER PRODUCT SYS, KONGSBERG
HOLDING
ATTN: MARC N. SWANSON, ESQ.
150 WEST JEFFERSON AVENUE, SUITE 2500
DETROIT MI 48226
email: swansonm@millercanfield.com

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTY FOR COUNTY OF WAYNE, MICHIGAN
ATT: TIMOTHY A. FUSCO, ESQ.
150 WEST JEFFERSON AVENUE, SUITE 2500
DETROIT MI 48226
email: fusco@millercanfield.com

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, P.C.
ATTY FOR HITACHI, LTD., HITACHI AUTOMOTIVE PRODUCTS (USA), INC.,
TOKICO (USA), INC. AND HITACHI CABLE INDIANA, INC.
ATT: PAUL J. RICOTTA, ESQ.
ONE FINANCIAL CENTER
BOSTON MA 02111
email: pricotta@mintz.com

MISSOURI DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
ATT: STEVEN A. GINTHER, ESQ.
P.O. BOX 475
JEFFERSON CITY MO 65105-0475
email: sdnyecf@dor.mo.gov

MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
ATTY FOR STEVEN KAZAN, ESQ.
ATTN: NATALIE RAMSEY & JOSEPH O'NEIL, JR.
123 SOUTH BROAD STREET
PHILADELPHIA PA 19109-1099
email: nramsey@mmwr.com; joneil@mmwr.com

MORGAN, LEWIS & BOCKIUS LLP
ATTY FOR FMR CORP.
ATTN: HOWARD S. BELTZER & EMMELINE S. LIU, ESQS
101 PARK AVENUE
NEW YORK NY 10178
email: hbeltzer@morganlewis.com; eliu@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
ATTY FOR ARAMARK HOLDINGS CORPORATION
ATTN: MICHAEL A. BLOOM & RACHEL JAFFE MAUCERI, ESQS
1701 MARKET STREET
PHILADELPHIA PA 19103-2921
email: rmauceri@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
ATTN: RICHARD S. TODER, ESQ.
101 PARK AVENUE
NEW YORK NY 10178
email: RTODER@MORGANLEWIS.COM

MORGAN, LEWIS & BOCKIUS LLP
ATTN:  ANDREW D GOTTFRIED, ESQ.
101 PARK AVENUE
NEW YORK NY 10178
email: AGOTTFRIED@MORGANLEWIS.COM

MORRIS, VANESSA
2451 MONTGOMERY AVE NW
WARREN OH 44485-1423
email: VLADYSEBRING@AOL.COM

MORRISON COHEN LLP
ATTY FOR BLUE CROSS BLUE SHIELD OF MICHIGAN
ATT: JOSEPH T. MOLDOVAN & MICHAEL R. DAL LAGO, ESQS
909 THIRD AVENUE
NEW YORK NY 10022
email: bankruptcy@morrisoncohen.com

MOTLEY RICE LLC
ATTY FOR ASBESTOS TORT CLAIMANTS
ATT: JEANETTE M. GILBERT, JOSEPH F. RICE, JOHN A. BADEN IV, ESQS
28 BRIDGESIDE BLVD.
MT. PLEASANT SC 29464
email: jgilbert@motleyrice.com; jrice@motleyrice.com; jbaden@motleyrice.com

MOTORS LIQUIDATION COMPANY
FKA GENERAL MOTORS CORP
ATTN: TED STENGER
500 RENAISSANCE CENTER, SUITE 1400
DETROIT MI 48243
email: TStenger@alixpartners.com

MOTORS LIQUIDATION COMPANY
FKA GENERAL MOTORS CORP
ATTN; LAWRENCE S. BUONOMA, ESQ.
500 RENAISSANCE CENTER, SUITE 1400
DETROIT MI 48243
email: lawrence.s.buonomo@gm.com

MS + CO ALBERT BLAKENSHIP JR
2912 N TUCSON BLVD
TUCSON AZ 85716
email: azal@azgalaxyonline.com

MUCH SHELIST DENENBERG AMENT AND RUBENSTEIN, P.C.
ATTY FOR BRANDENBURG INDUSTRIAL SERVICE CO.
ATT: COLLEEN E. MCMANUS, ESQ.
191 NORTH WACKER DRIVE, SUITE 1800
CHICAGO IL 60606
email: CMcManus@muchshelist.com

MUNSCH HARDT KOPF & HARR, P.C.
ATTY FOR COMPUTER SCIENCES CORPORATION
ATT: RAYMOND J. URBANIK, ESQ.
3800 LINCOLN PLAZA
500 N. AKARD STREET
DALLAS TX 75201-6659
email: rurbanik@munsch.com

MUNSCH HARDT KOPF & HARR, P.C.
ATT: MARY W. KOKS
ATTY FOR JIS PERFORMING PARTY GROUP
700 LOUISIANA, SUITE 4600
HOUSTON TX 77002
email: mkoks@munsch.com

MYERS & FULLER, P.A.
ATTY FOR GREATER NEW YORK AUTOMOBILE DEALERS ASSOCIATION
ATT: RICHARD SOX, ESQ.
2822 REMINGTON GREEN CIRCLE
TALLAHASSEE FL 32308
email: rsox@dealerlawyer.com

N.W. BERNSTEIN & ASSOCIATES, LLC
ATTY FOR ENVIRONMENTAL CONSERVATION AND CHEMICAL CORP SITE TRUST FUND
ATT: NORMAN W. BERNSTEIN, ESQ.
800 WESTCHESTER AVENUE, SUITE 319 NORTH
RYE BROOK NY 10573
email: nwbernstein@nwbllc.com

NAGEL RICE, LLP
ATTN: DIANE E. SAMMONS & JAY J. RICE, ESQ.
ATTY FOR NTSEBEZA
103 EISENHOWER PARKWAY
ROSELAND NJ 07068
email: dsammons@nagelrice.com; jrice@nagelrice.com

NAHINS & GOIDEL, P.C.
ATT: BORAH GOLDSTEIN ALTSCHULER & JEFFREY CHANCAS
377 BROADWAY
NEW YORK NY 10013
email: dbrody@borahgoldstein.com

NARMCO GROUP
ATTN: GARY KELLY
2575 AIRPORT ROAD
WINDSOR, ONTARIO N8W 1Z4
email: Gkelly@narmco.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTY FOR MICHELIN TIRE CORP.
ATT: GEORGE CAUTHEN, CAMERON CURRIE, ESQS
1320 MAIN STREET, 17TH FLOOR
POST OFFICE BOX 11070
COLUMBIA SC 29201
email: george.cauthen@nelsonmullins.com; cameron.currie@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTY FOR MICHELIN TIRE CORP.
ATT: PETER J. HALEY, ESQ.
200 CLARENDON ST  FL 35
BOSTON MA 02116-5040
email: peter.haley@nelsonmullins.com

NEW YORK STATE DEPARTMENT OF LAW
ENVIRONMENTAL PROTECTION BUREAU
ATT: MAUREEN F. LEARY, ASSISTANT ATTORNEY GENERAL
THE CAPITOL
ALBANY NY 12224
email: Maureen.Leary@oag.state.ny.us

NEW YORK STATE DEPARTMENT OF LAW
ENVIRONMENTAL PROTECTION BUREAU
ATT: SUSAN L. TAYLOR, ASSISTANT ATTORNEY GENERAL
THE CAPITOL
ALBANY NY 12224
email: Susan.Taylor@oag.state.ny.us

NORTHWEST ISD
C/O ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
2323 BRYAN STREET SUITE 1600
DALLAS TX 75201
email: dallas.bankruptcy@publicans.com

OFFICE OF ATTORNEY GENERAL FOR PENNSYLVANIA
ATTY FOR COMMONWEALTH OF PA., DEPT OF REVENUE, BUREAU OF ACCTS SETTLEM
ATT: CAROL E. MOMJIAN, SENIOR DEPUTY ATTY GENERAL
21 S. 12TH STREET, 3RD FLOOR
PHILADELPHIA PA 19107-3603
email: cmomjian@attorneygeneral.gov

OFFICE OF THE ATTORNEY GENERAL
ANDREW M. CUOMO
120 BROADWAY
NEW YORK NY 10271
email: Info@AndrewCuomo.com

OFFICE OF THE OHIO ATTORNEY GENERAL
ATTY FOR STATE OF OHIO
ATT: LUCAS WARD, ESQ.
150 EAST GAY STREET, 21ST FLOOR
COLUMBUS OH 43215
email: lucas.ward@ohioattorneygeneral.gov

OFFICE OF WESTCHESTER COUNTY ATTY
ATT: MELISSA-JEAN ROTINI, ESQ.
148 MARTINE AVENUE, 6TH FLOOR
WHITE PLAINS NY 10601
email: MJR1@westchestergov.com

OHIO ATTORNEY GENERAL
ATTY FOR OHIO ENVIRONMENTAL PROTECTION AGENCY ("OEPA")
ATT: MICHELLE T. SUTTER, PRINCIPAL ASST. ATTORNEY GENERAL
ENVIRONMENTAL ENFORCEMENT SECTION
30 E. BROAD STREET, 25TH FLOOR
COLUMBUS OH 43215
email: Michelle.sutter@ohioattorneygeneral.gov

ORRICK HERRINGTON & SUTCLIFF LLP
ATTN: ROGER FRANKEL, ESQ
COLUMBIA CENTER
1152 15TH STREET, N.W
WASHINGTON DC 20005
email: RFRANKEL@ORRICK.COM

ORRICK HERRINGTON & SUTCLIFF LLP
ATTN: RICHARD H WYRON, ESQ.
COLUMBIA CENTER
1152 15TH STREET, N.W
WASHINGTON DC 20005
email: RWYRON@ORRICK.COM

ORRICK, HERRINGTON & SUTCLIFEE LLP
ATT: COURTNEY M. ROGERS, LORRAINE S. MCGOWEN
ATTY FOR FISKER AUTOMOTIVE, INC.
51 WEST 52ND STREET
NEW YORK NY 10019
email: crogers@orrick.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTY FOR HELLA KGAA HUECK; HELLA CORPORATE CENTER USA; BEHR-HELLA
ATTN: JOHN ANSBRO & COURTNEY M. ROGERS
666 FIFTH AVENUE
NEW YORK NY 10103
email: jansbro@orrick.com; crogers@orrick.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTN: RICHARD H. WYRON & ROBERT F. LAWRENCE
ATTY FOR FISKER AUTOMOTIVE, INC.
COLUMBIA CENTER
1152 15TH STREET, N.W.
WASHINGTON DC 20005-1706
email: rwyron@orrick.com ; rlawrence@orrick.com

ORUM & ROTH, LLC
ATTY FOR NICOR GAS
ATTN: MARK D. ROTH, ESQ.
53 WEST JACKSON BOULEVARD
CHICAGO IL 60604
email: email@orumroth.com

OSLER, HOSKIN & HARCOURT LLP
ATTN: TRACY C SANDLER, ESQ.
100 KING STREET WEST
1 FIRST CANADIAN PLACE, SUITE 6100
TORONTO, ONTARIO M5X 1B8
email: tsandler@osler.com

OTTERBOURG STEINDLER HOUSTON & ROSEN PC
ATTN: JONATHAN N. HELFAT, ESQ., STEVEN SOLL, ESQ.
230 PARK AVENUE
NEW YORK NY 10169-0075
email: DWALLEN@OSHR.COM, JHELFAT@OSHR.COM, SSOLL@OSHR.COM

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
ATTY FOR GMAC LLC AND ITS AFFILIATES
ATT: DANIEL WALLEN, MELANIE L. CYGANOWSKI, JONATHAN N. HELFAT &
STEVEN B. SOLL, ESQS.
230 PARK AVENUE
NEW YORK NY 10169
email: OSHR-GM-bk@oshr.com

PARKER POE ADAMS & BERNSTEIN LLP
ATTY FOR SONIC AUTOMOTIVE, INC.
ATTN: KIAH T. FORD IV, ESQ.
THREE WACHOVIA CENTER
401 S. TRYON STREET, SUITE 3000
CHARLOTTE NC 28202
email: chipford@parkerpoe.com

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ANDREW N. ROSENBERG, ESQ.
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019
email: AROSENBERG@PAULWEISS.COM

PAUL, HASTINGS, JANOFSKY & WALKER LLP
ATTY FOR ROLLS-ROYCE
ATT: HARVEY A. STRICKON, ESQ.
75 EAST 55TH STREET
NEW YORK NY 10022-3205
email: harveystrickon@paulhastings.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTY FOR DANA HOLDING CORPORATION
ATT: ALAN W. KORNBERG, REBECCA ZUBATY & IAN POHL, ESQS.
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019-6064
email: akornberg@paulweiss.com; rzubaty@paulweiss.com; ipohl@paulweiss.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTY FOR ENTERPRISE RENT-A-CAR COMPANY
ATT: ALAN W. KORNBERG & JONATHAN T. KOEVARY, ESQ.
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019-6064
email: akornberg@paulweiss.com; jkoevary@paulweiss.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTY FOR INFORMAL GROUP OF HOLDERS OF GM UNSECURED NOTES
ATT: ANDREW ROSENBERG, BRIAN HERMANN, MARGARET PHILLIPS
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019-6064
email: arosenberg@paulweiss.com; bhermann@paulweiss.com; mphillips@paulweiss.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTY FOR RYDER INTEGRATED LOGISTICS, INC.
ATTN: STEPHEN J. SHIMSHAK & PHILIP A. WEINTRAUB
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019-6064
email: sshimshak@paulweiss.com; pweintraub@paulweiss.com

PENSION BENEFIT GUARANTY CORPORATION
OFFICE OF THE GENERAL COUNSEL
ATTN: ISRAEL GOLDOWITZ, KAREN MORRIS, JOHN MENKE,
RALPH L LANDY, MICHAEL A. MARICCO, ESQS.
1200 K STREET NW
WASHINGTON DC 20005-4026
email: maricco.michael@pbgc.gov

PEPPER HAMILTON LLP
ATTY FOR SKF USA INC.
ATT: HENRY J. JAFFE & JAMES C. CARIGNAN
HERCULES PLAZA, SUITE 5100
1313 MARKET STREET, P.O. BOX 1709
WILMINGTON DE 19899-1709
email: jaffeh@pepperlaw.com; carignanj@pepperlaw.com

PEPPER HAMILTON LLP
ATTY FOR BURLINGTON NORTHERN SANTE FE RAILWAY COMPANY
ATT: EDWARD C. TOOLE & LINDA J. CASEY
3000 TWO LOGAN SQUARE
EIGHTEENTH AND ARCH STREETS
PHILADELPHIA PA 19103-2799
email: toolee@pepperlaw.com; caseyl@pepperlaw.com

PEPPER HAMILTON LLP
ATTN: LAURA LINN NOGGLE
ATTY FOR SKF USA INC
THE NEW YORK TIMES BUILDING 37TH FL, 620 8TH AVE
NEW YORK NY 10018-1405
email: nogglel@pepperlaw.com

PEPPER-HAMILTON LLP
ATTY FOR OSRAM SYLVANIA PRODUCTS, INC.
ATT: DENNIS S. KAYES & LAURA LINN NOGGLE
100 RENAISSANCE CENTER, SUITE 3600
DETROIT MI 48243-1157
email: kayesd@pepperlaw.com; nogglel@pepperlaw.com

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
ATTY FOR ARLINGTON ISD
ATT: ELIZABETH BANDA CALVO
P.O. BOX 13430
ARLINGTON TX 76094-0430
email: ebcalvo@pbfcm.com

PHILIP MORRIS USA
ATT: JOY TANNER
615 MAURY STREET
RICHMOND VA 23224
email: joy.e.tanner@altria.com

PIMA COUNTY ARIZONA
PIMA COUNTY ATTORNEYS OFFICE
GERMAN YUSUFOV ESQ
32 N STONE STE 2100
TUCSON AZ 85701
email: PCAOCVBK@PCAO.PIMA.GOV

PINAL COUNTY TREASURER
PO BOX 729
FLORENCE AZ 85132-3014
email: TREASURER@PINALCOUNTYAZ.GOV

PLATZER, SWERGOLD, KARLIN, LEVINE, GOLDBERG & JASLOW, LLP
ATTY FOR CANON FINANCIAL SERVICES, INC.
ATT: TERESA SADUTTO-CARLEY, ESQ.
1065 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK NY 10018
email: tsadutto@platzerlaw.com

PLUNKETT COONEY
ATTY FOR DENSO INTERNATIONAL  AMERICA & DENSO SALES CALIFORNIA
ATTN: DOUGLAS C. BERNSTEIN & MICHAEL A. FLEMING
38505 WOODWARD AVENUE, SUITE 2000
BLOOMFIELD HILLS MI 48304
email: DBernstein@plunkettcooney.com; MFleming@plunkettcooney.com

POTTER ANDERSON & CORROON LLP
ATTY FOR NORFOLK SOUTHERN CORPORATION & NORFOLK SOUTHERN RAILWAY
ATT: DAVID BALDWIN, THERESA BROWN-EDWARDS, R. STEPHEN MCNEILL, ESQS.
HERCULES PLAZA, 6TH FLOOR
1313 NORTH MARKET STREET P.O. BOX 951
WILMINGTON DE 19801
email: dbaldwin@potteranderson.com; tbrown-edwards@potteranderson.com;
rmcneill@potteranderson.com

PREVIANT, GOLDBERG, UELMEN, GRATZ, MILLER & BRUEGGEMAN, S.C.
ATTN: FREDERICK PERILLO
1555 N. RIVERCENTER DRIVE, SUITE 202
P.O. BOX 12993
MILWAUKEE WI 53212
email: fp@previant.com

PROSKAUER ROSE LLP
ATTY FOR STATE STREET BANK AND TRUST CO
ATT: SCOTT K. RUTSKY & ADAM T. BERKOWITZ
1585 BROADWAY
NEW YORK NY 10036-8299
email: srutsky@proskauer.com; aberkowitz@proskauer.com

QUARLES & BRADY LLP
ATT: FAYE FEINSTEIN & CHRISTOPHER COMBEST
ATTY FOR UNITED PARCEL SERVICE, INC.; UPS CAPITAL CORP.
300 NORTH LASALLE STREET, SUITE 4000
CHICAGO IL 60654
email: Faye.Feinstein@quarles.com; Christopher.Combest@quarles.com

RADHA R. M NARUMANCHI
657 MIDDLETON AVENUE
NEW HAVEN CT 06513
email: rrm_narumanchi@hotmail.com

PLUNKETT COONEY
ATTY FOR G-TECH PROFESSIONAL STAFFING, INC.
ATT: DAVID A. LERNER, ESQ.
38505 WOODWARD AVENUE, SUITE 2000
BLOOMFIELD HILLS MI 48304
email: dlerner@plunkettcooney.com

PORZIO BROMBERG & NEWMAN P.C.
ATTY FOR RAUFOSS AUTOMOTIVE COMPONENTS CANADA
ATT: JOHN MAIRO & ROBERT SCHECHTER
100 SOUTHGATE PARKWAY
MORRISTOWN NJ 07962
email: jsmairo@pbnlaw.com; rmschechter@pbnlaw.com

PREVIANT, GOLDBERG, UELMEN, GRATZ, MILLER & BRUEGGEMAN, S.C.
ATT: SARA J. GEENEN, ESQ.
1555 N. RIVERCENTER DRIVE, SUITE 202
P.O. BOX 12993
MILWAUKEE WI 53212
email: sjg@previant.com

PRONSKE & PATEL PC
ATTN RAKHEE V PATEL ESQ
ATTY FOR BOYD BRYANT
2200 ROSS AVENUE SUITE 5350
DALLAS TX 75201
email: rpatel@pronskepatel.com

PUTNAM COUNTY TRUSTEE
C/O JEFFREY G JONES, COUNTY ATTY
PO BOX 655
COOKEVILLE TN 38503-0655
email: JJONES@WIMBERLYLAWSON.COM

RABINOWITZ, LUBETKIN & TULLY, L.L.C.
ATTY FOR THE RABINOWITZ FAMILY, LLC
ATTN: JONATHAN I. RABINOWITZ, ESQ.
293 EISENHOWER PARKWAY, SUITE 100
LIVINGSTON NJ 07039
email: jrabinowitz@rltlawfirm.com

RAY QUINNEY & NEBEKER P.C.
ATT: STEPHEN C. TINGEY
36 SOUTH STATE STREET, SUITE 1400
P.O. BOX 45385
SALT LAKE CITY UT 84145
email: stingey@rqn.com

RAYMOND KLASS
201 E SMITH ST
BAY CITY MI 48706-3876
email: RJKLASS@CHARTERMI.NET

RAYTHEON PROFESSIONAL SERVICES LLC
12160 SUNRISE VALLEY DRIVE
RESTON VA 20191
email: Lee_Cooper@raytheon.com

REBECCA L SCHIEFFER
1635 N HWYW
ELSBERRY MO 63343
email: LARRYSCHIEFFER@EARTHLINK.NET

REED SMITH LLP
ATTY FOR UNITED STATES STEEL CORPORATION
ATT: KURT F. GWYNNE, ESQ.
1201 MARKET STREET, SUITE 1500
WILMINGTON DE 19801
email: kgwynne@reedsmith.com

REED SMITH LLP
ATTY FOR UNITED STATES STEEL CORPORATION
ATT ERIC A. SCHAFFER, ESQ.
435 SIXTH AVE.
PITTSBURGH PA 15219
email: eschaffer@reedsmith.com

REGIONAL ACCEPTANCE CORPORATION
ATTN FLORENCE R SMOTHERMAN
108 JUDD COURT
NASHVILLE TN 37218
email: regina.smotherman@comcast.net

REID AND REIGE, P.C.
ATTY FOR BARNES GROUP INC.
ATT: CAROL A. FELICETTA, ESQ.
195 CHURCH STREET
NEW HAVEN CT 06510
email: cfelicetta@reidandriege.com

REPUBLIC FINANCIAL
C/O C4 CAPITAL
ATT: PATRICK M CURRAN
2557 OUR LAND ACRES
MILFORD MI 48381
email: patmcurran@c4capital.com

RHOADES MCKEE
ATTY FOR BAY LOGISTICS, INC.
ATTN: TERRY L. ZABEL, ESQ.
161 OTTAWA AVENUE, NW, SUITE 600
GRAND RAPIDS MI 49503
email: tlzabel@rhoadesmckee.com

RICHARD M. ALLEN, ESQ
223 EGREMONT PLAIN RD, PMB 108
NORTH EGREMONT MA 01252
email: rmallenski@aol.com

RICHARD W. MARTINEZ, APLC
ATTY FOR W A THOMAS CO. AND SPECIALTY ENGINE COMPONENTS, LLC
ATT: RICHARD W. MARTINEZ, ESQ.
228 ST. CHARLES AVENUE, SUITE 1310
NEW ORLEANS LA 70130
email: richardnotice@rwmaplc.com

RICHARDS KIBBE & ORBE LLP
ATTY FOR AVERITT EXPRESS INC.
ATT: MICHAEL FRIEDMAN & KEITH SAMBUR
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281
email: mfriedman@rkollp.com; ksambur@rkollp.com

RIDDELL WILLIAMS P.S.
ATTY FOR MICROSOFT CORP AND MICROSOFT LICENSING G.P.
ATT: JOSEPH E. SHICKICH, ESQ.
1001 - 4TH AVENUE, SUITE 4500
SEATTLE WA 98154
email: jshickich@riddellwilliams.com

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
ATT: J. ALEX KRESS & KEVIN J. LARNER, ESQ.
ATTY FOR NJECT SERVICES COMPANY
HEADQUARTERS PLAZA
ONE SPEEDWELL AVENUE
MORRISTOWN NJ 07962-1981
email: akress@riker.com

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
ATT: J. ALEX KRESS & KEVIN J. LARNER, ESQ
ATTY FOR NIJECT SERVICES COMPANY
500 FIFTH AVENUE, SUITE 4920
NEW YORK NY 10110
email: akress@riker.com

RK CHEVROLET/RK AUTO GROUP
2661 VIRGINIA BEACH BOULEVARD
VIRGINIA BEACH VA 23451
email: rkchevysales@rkautogroup.net

ROBERT BOSCH LLC
ATTN: JUDITH LOWITZ ADLER, ESQ.
ASSISTANT GENERAL COUNSEL
38000 HILLS TECH DRIVE
FARMINGTON HILLS MI 48331
email: judith.adler@us.bosch.com

ROBERT T. SMITH, ESQ.
ATTY FOR CNI ENTERPRISES, INC
1451 EAST LINCOLN AVENUE
MADISON HEIGHTS MI 48071
email: rsmith@cniinc.cc

ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.
ATTY FOR SATURN OF HEMPSTEAD, INC.
ATT: RUSSELL P. MCRORY, ESQ.
1345 AVENUE OF THE AMERICAS
NEW YORK NY 10105
email: rpm@robinsonbrog.com

ROBINSON WATERS & O'DORISIO, P.C.
ATTY FOR ENVIRONMENTAL TESTING CORPORATION
ATT: ANTHONY L. LEFFERT, ESQ.
1099 18TH STREET, SUITE 2600
DENVER CO 80202
email: aleffert@rwolaw.com

RONALD E LOVERCHECK
DAVID J RAUSCHER, P.C.
500 CHESTERFIELD CENTER, STE. 355
CHESTERFIELD MO 63017
email: DAVIDRAUSCHERLAW@SBCGLOBAL.NET

ROPERS MAJESKI KOHN & BENTLEY
ATTN N KATHLEEN STRICKLAND
201 SPEAR STREET SUITE 1000
SAN FRANCISCO NY 94105
email: kstrickland@rmkb.com

ROPERS MAJESKI KOHN & BENTLEY
ATTN GEOFFREY W HEINEMAN ESQ
17 STATE STREET SUITE 2400
ATTYS FOR REMY INTERNATIONAL INC
NEW YORK NY 10004
email: gheineman@rmkb.com

SALINE COUNTY TAX COLLECTOR
215 N MAIN ST STE 3
BENTON AR 72015-3763
email: KAY@SALINECOLLECTOR.ORG

SAMUEL SCRUGGS
237 MAPLE WREATH COURT
ABINGDON MD 21009
email: CLEESCRUGGS@MSN.COM

SATTERLEE STEPHENS BURKE & BURKE LLP
ATTY FOR MOODY'S INVESTORS SERVICE
ATT: CHRISTOPHER BELMONTE & PAMELA BOSSWICK, ESQS
230 PARK AVENUE
NEW YORK NY 10169
email: cbelmonte@ssbb.com; pbosswick@ssbb.com

SAUL EWING LLP
ATTY FOR JAC PRODUCTS, INC.
ATT: JEFFREY C. HAMPTON, ESQ.
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA PA 19102
email: jhampton@saul.com

SAUL EWING LLP
ATTY FOR JAC PRODUCTS, INC.
ATT: ADAM H. ISENBERG, ESQ.
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA PA 19102
email: aisenberg@saul.com

SAUL EWING LLP
ATTY FOR JOHNSON MATTHEY TESTING & DEV; JOHNSON MATTHEY INC
ATTN: TERESA K.D. CURRIER, ESQ.
222 DELAWARE AVENUE, SUITE 1200
P.O. BOX 1266
WILMINGTON DE 19899
email: tcurrier@saul.com

SCHAFER AND WEINER, PLLC
ATTY FOR HIROTEC AMERICA
ATT: RYAN D. HEILMAN, ESQ.
40950 WOODWARD AVENUE, SUITE 100
BLOOMFIELD HILLS MI 48304
email: rheilman@schaferandweiner.com; glee@schaferandweiner.com

SCHIEBE DAVID
SCHIEBE, DAVID
634 HURON
ROMEOVILLE IL 60446-1284
email: LUPITCH15@SBCGLOBAL.NET

SCHLOTHAUER, MARK E
9937 HARFORD RD
PARKVILLE MD 21234-1205
email: RAMAIR9937@COMCAST.NET

SCHNADER HARRISON SEGAL & LEWIS LLP
ATTY FOR AD HOC COMMITTEE OF CONSUMER VICTIMS OF GM
ATT: BENJAMIN P. DEUTSCH, ESQ.
140 BROADWAY, SUITE 3100
NEW YORK NY 10005-1101
email: bdeutsch@schnader.com

SCHNADER HARRISON SEGAL & LEWIS LLP
ATTY FOR AD HOC COMMITTEE OF CONSUMER VICTIMS OF GM
ATTN BARRY E BRESSLER ESQ
1600 MARKET STREET SUITE 3600
PHILADELPHIA PA 19103-7286
email: bbressler@schnader.com

SCHNADER HARRISON SEGAL & LEWIS LLP
ATTN: RICHARD A. BARKASY, BENJAMIN P. DEUTSCH, BARRY E. BRESSLER
ATTY FOR GENOVEVA BERMUDEZ
140 BROADWAY, SUITE 3100
PHILADELPHIA PA 19103-7286
email: rbarkasy@schnader.com

SCHULTE ROTH & ZABEL LLP
ATTY FOR PARNASSUS HOLDINGS II, LLC; PLATINUM EQUITY CAPITAL
PARTNERS II, LP
ATTN: DAVID J. KARP AND ADAM HARRIS, ESQS.
919 THIRD AVENUE
NEW YORK NY 10022
email: david.karp@srz.com, adam.harris@srz.com

SECURITIES AND EXCHANGE COMMISSION
ATTN: MARK SCHONFELD, REGIONAL DIRECTOR
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK NY 10281
email: mschonfeld@gibsondunn.com

SETTLEMENT AGREEMENT IN SODERS V
GENERAL MOTORS CORPORATION AND RODANAST P C
ATTN: JOSEPH F RODA, ESQUIRE, RODANAST PC
801 ESTELLE DR
LANCASTER PA 17601
email: jroda@rodanast.com

SEYBURN, KAHN, GINN, BESS & SERLIN P.C.
ATTY FOR SUPERIOR ACQUISITION, INC. D/B/A SUPERIOR ELECTRIC
GREAT LAKES COMPANY
ATT: DAVID T. LIN, ESQ.
2000 TOWN CENTER, SUITE 1500
SOUTHFIELD MI 48075-1195
email: dlin@seyburn.com

SEYBURN, KAHN, GINN, BESS & SERLIN, P.C.
ATTY FOR SUPERIOR ACQUISITION, INC. D/B/A SUPERIOR ELECTRIC
GREAT LAKES COMPANY
ATT: DAVID LIN
2000 TOWN CENTER, SUITE 1500
SOUTHFIELD MI 48075-1195
email: dlin@seyburn.com

SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC
ATTY FOR ATC LOGISTICS & ELECTRONICS, INC.
ATT: BRIAN L. SHAW, ESQ.
321 N. CLARK STREET, SUITE 800
CHICAGO IL 60654
email: bshaw100@shawgussis.com

SHEARMAN & STERLING LLP
ATTY FOR AMERICAN AXLE MANUFACTURING HOLDINGS, INC. AND ITS AFFILIATES
ATTN: FREDRIC SOSNICK & JILL FRIZZLEY, ESQS
599 LEXINGTON AVENUE
NEW YORK NY 10022
email: fsosnick@shearman.com; jfrizzley@shearman.com

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTY FOR SYNOPSYS, INC.
ATT: EDWARD TILLINGHAST, MALANI CADEMARTORI, BLANKA WOLFE
30 ROCFEFELLER PLAZA, 24TH FLOOR
NEW YORK NY 10112
email: etillinghast@sheppardmullin.com; mcademartori@sheppardmullin.com;
bwolfe@sheppardmullin.com

SHINN FU CORPORATION
C/O ARTHUR A. CHAYKIN, ESQ.
10939 N. POMONA AVE.
KANSAS CITY MO 64153
email: achaykin@shinnfuamerica.com

SIDLEY AUSTIN LLP
ATTY FOR THE LENDER GROUP
ATTN: KENNETH P. KANSA, ESQ.
ONE SOUTH DEARBORN
CHICAGO IL 60603
email: kkansa@sidley.com

SILVERMAN & MORRIS, P.L.L.C.
ATTY FOR CASSENS TRANSPORT COMPANY
ATTN: GEOFFREY L. SILVERMAN & KARIN F. AVERY, ESQS
7115 ORCHARD LAKE ROAD, SUITE 500
WEST BLOOMFIELD MI 48322
email: avery@silvermanmorris.com

SILVERMANACAMPORA LLP
ATTY FOR LEO BURNETT DETROIT, INC, STARCOM MEDIAVEST GROUP, INC.,
DIGITAS, INC., PUBLICIS GROUPE OPERATING DIV, LLC, ET AL
ATT: ADAM L. ROSEN, ESQ.
100 JERICHO QUADRANGLE, SUITE 300
JERICHO NY 11753
email: ARosen@SilvermanAcampora.com

SIMPSON THACHER & BARTLETT LLP
ATTN: PETER V. PANTALEO, ESQ.
425 LEXINGTON AVENUE
NEW YORK NY 10017
email: PPANTALEO@STBLAW.COM

SIMPSON THACHER & BARTLETT LLP
ATTN: DAVID J. MACK, ESQ.
425 LEXINGTON AVENUE
NEW YORK NY 10017
email: DMACK@STBLAW.COM

SINGER & LEVICK P.C.
ATTY FOR AFFILIATED COMPUTER SERVICES, INC.
ATT: LARRY A. LEVICK, ESQ.; MICHELLE E. SHIRRO
16200 ADDISON ROAD, SUITE 140
ADDISON TX 75001
email: levick@singerlevick.com, mshriro@singerlevick.com

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTY FOR DELPHI CORPORATION
ATTN: JOHN WM. BUTLER, JR., ESQ.
ATTN:  RON W MEISLER, ESQ.
155 N. WACKER DRIVE, SUITE 2700
CHICAGO IL 60606-1720
email: jack.butler@skadden.com

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTY FOR DELPHI CORPORATION
ATT: KAYALYN A. MARAFIOTI & GREGORY W. FOX, ESQ.
FOUR TIMES SQUARE
NEW YORK NY 10036
email: kayalyn.marafioti@skadden.com

SMITH & PARTNERS
ATT: NICOLE B. BOEHLER
ATTY FOR JOHANN HAY GMBH & CO. KG
HERRENBERGER STRASSE 12
71032 BOEBLINGEN
email: nboehler@cbmlaw.com

SMITH & PARTNERS
ATT: NICOLE B. BOEHLER
HERRENBERGER STRASSE 12
BOEBLINGEN  71032
email: nboehler@cbmlaw.com

SNOHOMISH COUNTY TREASURER
ATTN:  BANKRUPTCY OFFICER
3000 ROCKEFELLER AVE M/S 501
EVERETT WA 98201-4060
email: TREASURER@CO.SNOHOMISH.WA.US

SPRING INDEPENDENT SCHOOL DISTRICT TAX OFFICE
YOLANDA M HUMPREY
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
1235 NORTH LOOP WEST SUITE 600
HOUSTON TX 77008
email: yhumphrey@pbfcm.com

SQUIRE, SANDERS & DEMPSEY, L.L.P.
ATTY FOR TRW AUTOMOTIVE U.S. LLC ; TRW INTEGRATED CHASSIS SYSTEMS LLC
ATTN: G. CHRISTOPHER MEYER, ESQ.
4900 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND OH 44114-1304
email: cmeyer@ssd.com

ST JOHN THE BAPTIST PARISH TAX COLLECTOR
1801 WEST AIRLINE HIGHWAY
P O BOX 1600
LA PLACE LA 70069-1600
email: V.FISHER@STJOHNSHERIFF.ORG

STAHL COWEN CROWLEY ADDIS LLC
ATTY FOR GM NAT'L RETIREE ASS., OVER THE HILL CAR PEOPLE, LLC
ATT: TRENT P. CORNELL, ESQ.
55 WEST MONROE STREET, SUITE 1200
CHICAGO IL 60603
email: tcornell@stahlcowen.com

STANDEX INTERNATIONAL CORP
6 MANOR PKWY
SALEM NH 03079-2841
email: constas@standex.com

STANDISH CITY TREASURER
399 E BEAVER ST
STANDISH MI 48658-2501
email: PEGBURTCH74@YAHOO.COM

STANLY COUNTY TAX COLLECTOR
201 S 2ND ST RM 104
ALBEMARLE NC 28001-5720
email: PBLAKE@CO.STANLY.NC.US

STARK REAGAN
ATTY FOR SATTERLUND SUPPLY COMPANY
ATTN: J. CHRISTOPHER CALDWELL, ESQ.
1111 W. LONG LAKE ROAD, SUITE 202
TROY MI 48098
email: ccaldwell@starkreagan.com

STATE FARM MUTUAL INSURANCE CO A/S/O RYAN BEECH
C/O PATRICK R GAREIS
GROTEFELD & HOFFMAN LLP
407 SOUTH 3RD ST, STE 200
GENEVA IL 60134
email: PRG@GHLAW-LLP.COM

STATE OF ARIZONA
ARIZONA DEPT OF ENVIRONMENTAL QUALITY
DENISE ANN FAULK
ASSISTANT ATTORNEYS GENERAL
1275 W WASHINGTON ST
PHOENIX AZ 85007-2926
email: DENISE.FAULK@AZAG.GOV

STATE OF MICHIGAN
DEPARTMENT OF TREASURY
CADILLAC PLACE STE 10-200
3030 W GRAND BLVD
DETROIT MI 48202
email: CURLINGJ@MICHIGAN.GOV

STEMBER FEINSTEIN DOYLE & PAYNE, LLC
ATTY FOR INT'L UNION UAW AND UAW ET AL
ATT: WILLIAM PAYNE, J. STEMBER, E. DOYLE, S. PINCUS, P. EWING, J. HURT
429 FORBES AVENUE
ALLEGHENY BUILDING STE 1705
PITTSBURGH PA 15219
email: wpayne@stemberfeinstein.com

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
JOHN STEMBER, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING  STE 1705
PITTSBURGH PA 15219
email: JSTEMBER@STEMBERFEINSTEIN.COM

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
STEPHEN M. PINCUS, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING  STE 1705
PITTSBURGH PA 15219
email: EFEINSTEIN@STEMBERFEINSTEIN.COM

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
ELLEN M DOYLE, ESQ. & JOEL HURT, ESQ. & PAMINA EWING, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING  STE 1705
PITTSBURGH PA 15219
email: EDOYLE@STEMBERFEINSTEIN.COM

STEPHEN H. GROSS, ESQ.
ATTY FOR DELL MARKETING LP AND DELL FINANCIAL SERVICES LLC
35 OLD SPORT HILL ROAD
EASTON CT 06612
email: shgross5@yahoo.com

STEVENSON & BULLOCK PLC
ATTY FOR FATA AUTOMATION, INC.
ATTN: CHARLES D. BULLOCK, ESQ.
26100 AMERICAN DR STE 500
SOUTHFIELD MI 48034-6184
email: cbullock@sbplclaw.com

STITES & HARBISON, PLLC
ATTY FOR AKEBONO CORP.
ATT: BRIAN H. MELDRUM, ESQ.
400 W. MARKET STREET, SUITE 1600
LOUISVILLE KY 40202
email: bmeldrum@stites.com

STUART MAUE FIRM
ATTN JAMES P. QUINN
3840 MCKELVEY ROAD
ST LOUIS MO 63044
email: j.quinn@smmj.com

STUTZMAN BROMBERG ESSERMAN & PLIFKA PC
COUNSEL FOR DEAN M. TRAFELET IN HIS CAPACITY AS
LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS PERSONAL INJURY CLAIMANTS
ATTN: SANDER ESSERMAN, ROBERT BROUSSEAU, PETER D'APICE, JO HARTWICK
2323 BRYAN STREET, SUITE 2200
DALLAS TX 75201
email: brousseau@sbep-law.com, esserman@sbep-law.com, hartwick@sbep-law.com,
d'apice@sbep-law.com, newton@sbep-law.com

SULLIVAN, WARD, ASHER & PATTON, P.C.
ATTN: DAVID J. SELWOCKI, ESQ.
1000 MACCABEES CENTER
25800 NORTHWESTERN HIGHWAY
P.O. BOX 222
SOUTHFIELD MI 48037-0222
email: dselwocki@swappc.com

TENNESSEE ATTORNEY GENERAL'S OFFICE
ATTY FOR TENNESSEE DEPARTMENT OF REVENUE
ATT: ROBERT COOPER & MARVIN CLEMENTS
BANKRUPTCY DIVISION
PO BOX 20207
NASHVILLE TN 37202-0207
email: marvin.clements@ag.tn.gov

STEVENSON & BULLOCK PLC
ATTY FOR FATA AUTOMATION, INC.
ATTN: SONYA N. GOLL, ESQ.
26100 AMERICAN DR STE 500
SOUTHFIELD MI 48034-6184
email: sgoll@sbplclaw.com

STITES & HARBISON PLLC
ATTY FOR BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC
ATT: ROBERT C. GOODRICH JR  & MADISON L. MARTIN
401 CHURCH STREET, SUITE 800
NASHVILLE TN 37219
email: nashvillebankruptcyfilings@stites.com

STREUSAND & LANDON, LLP
ATTY FOR DELL MARKETING, L.P. AND DELL FINANCIAL SERVICES LLC
ATTN: SABRINA L. STREUSAND, ESQ.
811 BARTON SPRINGS RD STE 811
AUSTIN TX 78704-1166
email: streusand@streusandlandon.com

STUTZMAN BROMBERG ESSERMAN & PLIFKA PC
ATTY FOR AD HOC COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
ATTN SANDER ESSERMAN PETER  D'APICE JO HARTWICK JACOB NEWTON
2323 BRYAN STREET SUITE 2200
DALLAS TX 75201
email: brousseau@sbep-law.com, esserman@sbep-law.com; hartwick@sbep-law.com;
d'apice@sbep-law.com; newton@sbep-law.com

SULLIVAN & WORCESTER LLP
ATT: HIERSTEINER, DARCEY, ZUCCARELLO, GROVES & BODELL
ATTY FOR US BANK NATIONAL ASSOCIATION
ONE POST OFFICE SQUARE
BOSTON MA 02109
email: rhiersteiner@sandw.com; jdarcey@sandw.com ; azuccarello@sandw.com ;
jgroves@sandw.com ; cbodell@sandw.com

TEITELBAUM & BASKIN, LLP
ATT: JAY TEITELBAUM
ATTY FOR JOHANN HAY GMBH & CO. KG
3 BARKER AVENUE, THIRD FLOOR
WHITE PLAINS NY 10601
email: jteitelbaum@tblawllp.com

TERENCE J CRONIN
C/O JAMES F MALONE, ATTORNEY AT LAW
8000 MARYLAND AVE STE 1000
ST LOUIS MO 63105-3906
email: JMALONE720@AOL.COM

TERRANCE J TICHY
C/O RICHARD L. DEMSEY CO., LPA
1350 EUCLID AVENUE, SUITE 1550
CLEVELAND OH 44115
email: RDEMSEY@DEMSEYLAW.COM

TERRY R BEREUTER
C/O ROBERT J KEEFE ATTORNEY
10 SOUTH BROADWAY STE 500
ST LOUIS MO 63102
email: KEEFE@KEEFEANDGRIFFITHS.COM

THE CHURCH OF THE GOOD NEWS
1599 COLUMBUS AVENUE
BOSTON MA 02119
email: lischen@tcwtgn.com

THE CREDITOR'S LAW GROUP, PC
ATT: DAVID J. RICHARDSON
ATTY FOR LG ELECTRONICS
2301 HYPERION AVENUE, STE. A
LOS ANGELES CA 90027
email: djr@thecreditorslawgroup.com

THE GARDEN CITY GROUP INC
ATTN: KEN FREDA
105 MAXESS ROAD
MELVILLE NY 11747
email: KENNETH_FREDA@GARDENCITYGROUP.COM

THE GIBSON LAW FIRM
ATTY FOR KAREN AND GEORGE KAIRIS
ATTN  ROBERT T GIBSON
319 WEST FRONT STREET
MEDIA PA 19063-2340
email: rgibson@gibsonlawfirm.net

THE TEXAS ATTORNEY GENERAL'S  OFFICE
ATTY FOR TEXAS DEPT OF TRANSPORTATION, MOTOR VEHICLE DIV.
ATTN: J. CASEY ROY, ASST. ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548, MC-008
AUSTIN TX 78711-2548
email: casey.roy@oag.state.tx.us

THE UNIVERSITY OF MICHIGAN OFFICE OF THE V P AND GENERAL COUNSEL
ATTY FOR THE BOARD OF REGENTS OF THE UNIVERSITY OF MICHIGAN
ATT: DEBRA A. KOWICH, ESQ.
503 THOMPSON STREET, ROOM 5048
ANN ARBOR MI 48109-1340
email: dkowich@umich.edu

THERESA BITER
C/O STEVEN M GELFMAN ESQ
133 S 11TH STREET SUITE 310
ST LOUIS MO 63102
email: steve@attorneystl.com

THERESA PARHAM
JAMES J BRISCOE
ATTORNEY AT LAW
501 FIRST CAPITOL DR SUITE 2
ST CHARLES MO 63301
email: JBRISCOE@501LAWFIRM.COM

THOMAS GENDERNALIK
6424 WINANS LAKE RD.
BRIGHTON MI 48116
email: HDTOMMYG@YAHOO.COM

THOMPSON COBURN LLP
ATTY FOR MARITZ HOLDINGS, INC. FKA MARITZ INC.
ATTN: ROBERT H. BROWNLEE, ESQ.
ONE U.S. BANK PLAZA, SUITE 2600
ST. LOUIS MO 63101
email: rbrownlee@thompsoncoburn.com

TIPOTEX CHEVROLET, INC.
1600 N. EXPRESSWAY 77/83
BROWNSVILLE TX 78521
email: jesse@tipotexchevrolet.com

TOMBALL INDEPENDENT SCHOOL DISTRICT
MICHAEL J DARLOW
PERDUE BRANDON FIELDER COLLINS & MOTT L L P
1235 NORTH LOOP WEST SUITE 600
HOUSTON TX 77008
email: mdarlow@pbfcm.com

TORRE, LENTZ, GAMELL, GARY & RITTMASTER, LLP
ATT: MARK S. GAMELL, ESQ.
ATTY FOR SAFECO INSURANCE COMPANY OF AMERICA & LIBERTY MUTUAL
COMPANY
100 JERICHO QUADRANGLE, SUITE 309
JERICHO NY 11753
email: mgamell@tlggr.com

TORYS LLP
ATTY FOR HYDROGENICS CORPORATION; AND JOSEPH CARGNELLI
ATT: ALISON D. BAUER & TIMOTHY B. MARTIN, ESQS
237 PARK AVENUE
NEW YORK NY 10017
email: abauer@torys.com; tmartin@torys.com

TOWN OF ELIZABETHTOWN
PO BOX 716
ELIZABETHTOWN NC 28337-0716
email: BROBINSON@ELIZABETHTOWNNC.ORG

TRENK DIPASQUALE WEBSTER DELLA FERA & SODONA, P.C.
ATTY FOR SIKA CORPORATION
ATT: SAM DELLA FERA, JR., ESQ.
347 MT. PLEASANT AVENUE, SUITE 300
WEST ORANGE NJ 07052
email: sdellafera@trenklawfirm.com

TROUTMAN SANDERS LLP
ATTY FOR ALLIED AUTOMOTIVE GROUP, INC, ALLIED SYSTEMS, LTD (L.P.)
AND TRANSPORT SUPPORT LLC
ATT: BRETT D. GOODMAN, ESQ., THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK NY 10174
email: BRETT.GOODMAN@TROUTMANSANDERS.COM

TROUTMAN SANDERS LLP
ATTY FOR ALLIED AUTOMOTIVE GROUP, INC, ALLIED SYSTEMS, LTD (L.P.)
AND TRANSPORT SUPPORT LLC
ATT: JEFFREY W. KELLEY, ESQ.
600 PEACHTREE STREET, NE SUITE 5200
ATLANTA GA 30308
email: jeffrey.kelley@troutmansanders.com

TRW AUTOMOTIVE U.S. LLC
12001 TECH CENTER DRIVE
LIVONIA MI 48150
email: paula.christ@trw.com

TYLER ISD
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
PO BOX 2007
TYLER TX 75710-2007
email: DHUDSON@PBFCM.COM

U.S. TREASURY
ATTN:  JOSEPH SAMARIAS, ESQ.
1500 PENNSYLVANIA AVENUE NW
ROOM 2312
WASHINGTON DC 20220
email: JOSEPH.SAMARIAS@DO.TREAS.GOV

UNION PACIFIC RAILROAD COMPANY
ATTN: MARY ANN KILGORE, ESQ.
1400 DOUGLAS STREET, STOP 1580
OMAHA NE 68179
email: mkilgore@up.com

UNITED STATES ATTORNEY
FOR THE SOUTHERN DISTRICT OF NEW YORK
ATTN: NATALIE KUEHLER, ESQ., AND DAVID S. JONES, ESQS.
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK NY 10007
email: david.jones6@usdoj.gov; jeffrey.oestericher@usdoj.gov; joseph.cordaro@usdoj.gov,
natalie.kuehler@usdoj.gov

UNITED STATES DEPT. OF JUSTICE
ATTN: ERIC H. HOLDER, JR., ATTORNEY GENERAL
950 PENNSYLVANIA AVENUE, NW
WASHINGTON DC 20530
email: askDOJ@usdoj.gov

UNITED STATES DEPT. OF JUSTICE
ATTN: ANTI-TRUST DIVISION
950 PENNSYLVANIA AVENUE, NW
WASHINGTON DC 20530
email: antitrust.atr@usdoj.gov

UNITED STEELWORKERS
ATT: DAVID R. JURY, ESQ.
FIVE GATEWAY CENTER, SUITE 807
PITTSBURGH PA 15222
email: djury@usw.org

VALD SVEKIS
406 WOODLAND DR
SARASOTA FL 34234-3772
email: vsvekis@gmail.com

VALWOOD IMPROVEMENT AUTHORITY
C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ATTN: ELIZABETH BANDA CALVO
P O BOX 13430
ARLINGTON TX 76094-0430
email: ebanda@pbfcm.com

VEDDER PRICE
MICHAEL EDELMAN, ESQ.
1633 BROADWAY
47TH FLOOR
NEW YORK NY 10019
email: MJEDELMAN@VEDDERPRICE.COM

VEDDER PRICE P.C.
ATTY FOR EXPORT DEVELOPMENT CANADA
ATT: MICHAEL EDELMAN, MICHAEL SCHEIN
1633 BROADWAY, 47TH FLOOR
NEW YORK NY 10019
email: MJEdelman@vedderprice.com; MSchein@vedderprice.com

VENABLE LLP
ATTY FOR RK CHEVROLET/RK AUTO GROUP
ATTN: LAWRENCE A. KATZ, ESQ.
8010 TOWERS CRESCENT DRIVE, SUITE 300
VIENNA VA 22182-2707
email: lakatz@venable.com

VINSON & ELKINS L.L.P.
ATTY FOR AM GENERAL; GENERAL ENGINE PRODUCTS; GEN. TRANSMISSION PROD.
ATT: RONALD L. ORAN, ESQ.
666 FIFTH AVENUE, 26TH FLOOR
NEW YORK NY 10103-0040
email: roran@velaw.com

VORYS, SATER, SEYMOUR AND PEASE LLP
ATTY FOR TURNER BROADCASTING SYSTEM, INC.
ATTN: TIFFANY STRELOW COBB, ESQ.
52 EAST GAY STREET
COLUMBUS OH 43215
email: tscobb@vorys.com

WARNER NORCROSS & JUDD LLP
ATTY FOR ROBERT BOSCH GMBH
ATT: GORDON J. TOERING, ESQ.
900 FIFTH THIRD CENTER
111 LYON STREET, NW
GRAND RAPIDS MI 49503
email: gtoering@wnj.com

WARNER NORCROSS & JUDD LLP
ATTY FOR GHSP, INC.
ATTN: STEPHEN B. GROW, ESQ.
900 FIFTH THIRD CENTER
111 LYON STREET, NW
GRAND RAPIDS MI 49503
email: sgrow@wnj.com

WARNER NORCROSS & JUDD LLP
ATT: MICHAEL G. CRUSE
ATTY FOR: LUXCONTROL SA
2000 TOWN CENTER, SUITE 2700
SOUTHFIELD MI 48075
email: crusemg@wnj.com

WARREN, DRUGAN & BARROWS, P.C.
ATTY FOR CHARLES CLARK CHEVY, TIPOTEX CHEVY, KNAPP CHEVY
ATT: ROBERT L. BARROW, ESQ.
800 BROADWAY
SAN ANTONIO TX 78215
email: rbarrows@wdblaw.com; rbarrows800@gmail.com

WASHINGTON DEPARTMENT OF REVENUE
C/O ZACHARY MOSNER, ASST. ATTY GENERAL
800 FIFTH AVENUE, SUITE 2000
SEATTLE WA 98104
email: zacharym@atg.wa.gov

WEIL, GOTSHAL & MANGES LLP
ATTN: HARVEY R. MILLER, ESQ.
767 FIFTH AVE
NEW YORK NY 10153
email: HARVEY.MILLER@WEIL.COM

WEIL, GOTSHAL & MANGES LLP
ATTN: STEPHEN KAROTKIN, ESQ.
767 FIFTH AVE
NEW YORK NY 10153
email: STEPHEN.KAROTKIN@WEIL.COM

WEIL, GOTSHAL & MANGES LLP
ATTN: JOSEPH H. SMOLINSKY, ESQ.
767 FIFTH AVE
NEW YORK NY 10153
email: JOSEPH.SMOLINSKY@WEIL.COM

WELLS FARGO BANK NORTHWEST, N.A.
AS AGENT ON BEHALF OF LENDERS
C/O SIDLEY AUSTIN LLP
ATTN: KEN KANSA
ONE SOUTH DEARBORN
CHICAGO IL 60603
email: kkansa@sidley.com

WELLS FARGO EQUIPMENT FINANCE INC
C/O C4 CAPITAL
ATT: PATRICK M CURRAN
2557 OUR LAND ACRES
MILFORD MI 48381
email: patmcurran@c4capital.com

WHEELER COUNTY
ATTN:  D'LAYNE PEEPLES
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP
P O BOX 9132
AMARILLO TX 79105-9132
email: DPEEPLES@PBFCM.COM

WHITE AND WILLIAMS LLP
ATTY FOR CISCO SYSTEMS, INC.
ATTN: KAREL S. KARPE, ESQ.
ONE PENN PLAZA, SUITE 4110
NEW YORK NY 10119
email: karpek@whiteandwilliams.com

WHITE COUNTY TRUSTEE
BRENDA C OFFICER
1 E BOCKMAN WAY
WHITE CO COURTHOUSE RM 102
SPARTA TN 38583-2049
email: BCO@BLOMAND.NET

WICHITA COUNTY
HAROLD LEREW
PERDUE, BRANDON, FIELDER, COLLINS AND MOTT, LLP
PO BOX 8188
WICHITA FALLS TX 76307
email: hbky@pbfcm.com

WILDMAN, HARROLD, ALLEN & DIXON
ATTY FOR LEO BURNETT DETROIT, INC, STARCOM MEDIAVEST GROUP, INC.,
DIGITAS, INC., PUBLICIS GROUPE OPERATING DIV, LLC, ET AL
ATT: MICHAEL DOCKTERMAN, JONATHAN YOUNG, RENE FRIEDMAN
225 WEST WACKER DRIVE, SUITE 3000
CHICAGO IL 60606-1229
email: dockterman@wildman.com, young@wildman.com

WILENTZ, GOLDMAN & SPITZER, P.A.
ATT: LETITIA ACCARRINO, ESQ.
ATTY FOR BOB MAGUIRE CHEVROLET,INC.
90 WOODBRIDGE CENTER DRIVE
SUITE 900, BOX 10
WOODBRIDGE NJ 07095
email: laccarrino@wilentz.com

WILENTZ, GOLDMAN & SPITZER, P.A.
ATT: DEIRDRE WOULFE PACHECO, ESQ.
ATTY FOR: BOB MAGUIRE CHEVROLET,INC.
90 WOODBRIDGE CENTER DRIVE
SUITE 900, BOX 10
WOODBRIDGE NJ 07095
email: dpacheco@wilentz.com

WILLIAM D BROOKS
ATTN: STEPHEN J STEPHENSON
STEPHENSON LAW OFFICE LLC
780 LAKESIDE PLAZA
LAKE SAINT LOUIS MO 63367
email: SJSTEPHENSONLAW@AOL.COM

WILLIAM T. GREEN, III, P.C.
ATTY FOR LAWRENCE MARSHALL CHEVROLET II, LLC
ATT: WILLIAM T. GREEN III, ESQ.
11 GREENWAY PLAZA, SUITE 2820
HOUSTON TX 77046
email: uncbill@msn.com

WILLIAMSON COUNTY TRUSTEE
C/O YOST ROBERTSON NOWAK, PLLC
WILLIAMSON COUNTY DELINQUENT TAX ATTORNEYS
PO BOX 681346
FRANKLIN TN 37068-1346
email: claims@yosrob.com

WILMER CUTLER PICKERING HALE AND DORR LLP
ATTY FOR PENSION BENEFIT GUARANTY CORPORATION
ATT: PHILIP D. ANKER & MELANIE J. DRITZ, ESQS
399 PARK AVENUE
NEW YORK NY 10022
email: philip.anker@wilmerhale.com; melanie.dritz@wilmerhale.com

WILMER CUTLER PICKERING HALE AND DORR LLP
ATTY FOR PENSION BENEFIT GUARANTY CORPORATION
ATT: DENNIS L. JENKINS, ESQ.
60 STATE STREET
BOSTON MA 02109
email: dennis.jenkins@wilmerhale.com

WINSTON & STRAWN LLP
ATTY FOR ASPEN MARKETING SERVICES, INC.
ATTN: MATTHEW J. BOTICA & MINDY D. COHN & CAREY D. SCHREIBER
35 WEST WACKER DRIVE
CHICAGO IL 60601
email: mbotica@winston.com; mcohn@winston.com

WINSTON & STRAWN LLP
ATTY FOR CAPGEMINI AMERICA, INC.
ATTN: STEVEN M. SCHWARTZ
200 PARK AVENUE
NEW YORK NY 10166
email: sschwartz@winston.com

WINSTON & STRAWN LLP
ATTY FOR INTERNATIONAL AUTOMOTIVE COMPONENT GROUP NORTH AMERICA INC
ATTN: CAREY D. SCHREIBER, ESQ.
200 PARK AVENUE
NEW YORK NY 10166-4193
email: cschreiber@winston.com

WM. DAVID COFFEY & ASSOCIATES
ATT: WM. DAVID COFFEY, III & MARTIN ALANIZ
ATTY FOR: CARDENAS AUTOPLEX, INC.
13810 FM 1826
AUSTIN TX 78737
email: wdcoffeylaw@yahoo.com

WOLFSON BOLTON PLLC
ATTY FOR GUARDIAN AUTOMOTIVE PRODUCTS, INC.
ATT: SCOTT A. WOLFSON, ESQ.
3150 LIVERNOIS RD., SUITE 275
TROY MI 48083
email: swolfson@wolfsonbolton.com

WYLY-ROMMEL, PLLC
ATT: JIM WYLY
ATTY FOR BOYD BRYANT
2311 MOORES LANE
TEXARKANA TX 75503
email: jwyly@wylyrommel.com

YADKIN COUNTY TAX COLLECTOR
PO BOX 1669
YADKINVILLE NC 27055-1669
email: DLADD@YADKINCOUNTYNC.GOV

ZEICHNER ELLMAN & KRAUSE LLP
ATTY FOR TOYOTA TSUSHO CANADA INC & TOYOTA TSUSHO AMERICA, INC
ATT: STUART A. KRAUSE & BRYAN D. LEINBACH, ESQS
575 LEXINGTON AVENUE
NEW YORK NY 10022
email: skrause@zeklaw.com; bleinbach@zeklaw.com

# EXHIBIT B

ADRIAN ENVIRONMENTAL MANAGEMENT, INC.
C/O KENNETH RICHARDS
7533 WILLOW CREEK DRIVE
CANTON MI 48187

AIMS/DYKEMA GOSSETT PLLC
10 SOUTH WACKER DRIVE
CHICAGO IL 60606

AIMS/LATHROP & GAGE LC
2345 GRAND BLVD.
KANSAS CITY MO 64108

AIMS/STEPHENS & STEPHENS
410 MAIN STREET
BUFFALO NY 14202

ARCADIS BBL
10559 CITATION DRIVE
SUITE 100
BRIGHTON MI 48118

ARCADIS BBL
ATTN: CHRIS PETERS
10559 CITATION DRIVE
SUITE 100
BRIGHTON MI 48118

ARCADIS GERAGHTY & MILLER, INC.
ATTN: CHRIS PETERS
10559 CITATION DRIVE
SUITE 100
BRIGHTON MI 48118

BT2, INC.
ATTN: MARK HUBER
2830 DAIRY DRIVE
MADISON WI 53718-6751

CHARTER TOWNSHIP OF FLINT
ATTN: SANDRA S WRIGHT
1490 S. DYE ROAD
FLINT MI 48532

CHARTER TOWNSHIP OF YPSILANTI
LARRY J. DOE, TREASURER
7200 S. HURON RIVER DR.
YPSILANTI MI 48197

CHARTER TWP. OF GENESEE
ATTN: TOM MANNOR, TREASURER
7244 N. GENESSE ROAD
P.O. BOX 215
GENESEE MI 48437

CITY OF SAGINAW, TREASURER
1315 S. WASHINGTON AVE.
SAGINAW MI 48601

CITY OF SIOUX CITY
CITY TREASURER
P.O. BOX 447
SIOUX CITY IA 51102

CLEAN HARBORS ENVIRONMENTAL SERVICES
P.O. BOX 3442
BOSTON MA 02241-3442

CONESTOGA-ROVERS & ASSOC.
ATTN: BETH LANDALE
22055 NIAGARA FALLS BLVD.
SUITE #3
NIAGARA FALLS NY 14304

CONESTOGA-ROVERS & ASSOCIATES
22055 NIAGARA FALLS BLVD
SUTIE #3
NIAGARA FALLS NY 14304

ENCORE ENVIRONMENTAL CONSORTIUM
ATTN: MARK QUILTER
P.O. BOX 66
6723 TOWPATH ROAD
SYRACUSE NY 13214-0066

ENVIRON INTERNATIONAL CORPORATION
214 CARNEGIE STREET
PRINCETON NJ 08540

FAVERO GEOSCIENCES
ATTN: DAVE FAVERO
1210 SOUTH 5TH STREET, SUITE 2
SPRINGFIELD IL 62703

GENERAL OIL COMPANY, INC.
35796 VERONICA ST.
LIVONIA MI 48150

GLOBAL ENVIRONMENTAL ENGINEERING INC.
6140 HILL 23 DRIVE
SUITE 1
FLINT MI 48507

GLOBAL ENVIRONMENTAL ENGINEERING, INC.
6140 HILL 23 DRIVE
STE 1
FLINT MI 48507

GROUNDWATER & ENVIRONMENTAL SERVICES, INC
440 CREAMERY WAY
SUITE 500
EXTON PA 19341-2577

HALEY & ALDRICH DESIGN AND CONTRUCTION
56 ROLAND STREET
BOSTON MA 02129-1400

HALEY & ALDRICH OF NEW YORK
200 TOWN CENTRE DRIVE, STE 2
ROCHESTER NY 14623-4264

HDR ENGINEERING
ATTN: DICK BELL
8404 INDIAN HILLS DRIVE
OMAHA NE 68114

IOWA DEPT OF NATIONAL RESOURCES
HAZARDOUS WASTE REMEDIAL FUND
502 E. 9TH STREET
DES MOINES IA 50319-0034

J.A. LOMBARDO & ASSOCIATES
ATTN: JOSEPH A. LOMBARDO
445 S. LIVERNOIS - SUITE 202
ROCHESTER MI 48307

NOVA CONSULTANTS, INC
21580 NOVI ROAD
#300
NOVI MI 48375

O'BRIEN & GERE ENGINEERS, INC.
ATTN: TERRY L. BROWN
5000 BRITTONFIELD PKWY
SYRACUSE NY 13057-9226

ROYAL ENVIRONMENTAL, INC.
720 LEXINGTON AVENUE
P.O. BOX 15719
ROCHESTER NY 14615

SEVENSON ENVIRONMENTAL SERVICES, INC.
2749 LOCKPORT ROAD
NIAGARA FALLS NY 14302

THE BANK OF NEW YORK
FINANCIAL CONTROL BILLING DEPARTMENT
P.O. BOX 19445
NEWARK NJ 07195-0445

THE BARTECH GROUP
17199 NORTH LAUREL PARK DR.
SUITE224
LIVONIA MI 48152

TOWN OF FRAMINGHAM
TAX COLLECTOR'S OFFICE
150 CONCORD ST
FRAMINGHAM MA 01702

WASHTENAW COUNTY TREASURER
P.O. BOX 8645
200 N. MAIN ST
STE 200
ANN ARBOR MI 48107-8645

WASTE MANAGEMENT
P.O. BOX 9001054
LOUISVILLE KY 40290-1054

WDC EXPLORATION & WELLS
500 MAIN STREET
WOODLAND CA 95695

YOUNG'S ENVIRONMENTAL CLEANUP, INC
G-5305 NORTH DORT HIGHWAY
FLINT MI 48505

# EXHIBIT C

ALEIF INDEPENDENT SCHOOL DISTRICT
ATTN CARL O SANDIN
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
1235 NORTH LOOP WEST SUITE 600
HOUSTON TX 77008
FAX: 713-862-1429

ARLINGTON INDEPENDENT SCHOOL DISTRICT
ATTN: ELIZABETH BANDA CALVO
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP
PO BOX 13430
ARLINGTON TX 76094-0430
FAX: 817-860-6509

BRADLEY ARANT BOULT CUMMINGS LLP
ATTORNEYS FOR KNOWLEDGE LEARNING CORPORATION
AUSTIN L. MCMULLEN
1600 DIVISION STREET, SUITE 700
P. O. BOX 340025
NASHVILLE TN 37207
FAX: 615-252-6307

BUTZEL LONG
SPECIAL COUNSEL COUNSEL TO THE COMMITTEE OF UNSECURED CREDITORS
ATTN: BARRY N. SEIDEL & ERIC B. FISHER
380 MADISON AVENUE
NEW YORK NY 10017
FAX: 212-818-0494

CAMERON INDEPENDENT SCHOOL DISTRICT
ATTN: JOHN T BANKS
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L L P
3301 NORTHLAND DR, SUITE 505
AUSTIN TX 78731
FAX: 512-302-1802

CHARLES E AUGUSTINE
ATTN RONALD D EDELMAN ATTORNEY
PO BOX 220167
ST LOUIS MO 63122
FAX: 314-638-5615

CIMARRON MUNICIPAL UTILITY DISTRICT
ATTN CARL O SANDIN
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
1235 NORTH LOOP WEST STE 600
HOUSTON TX 77008
FAX: 713-862-1429

CITY & COUNTY OF SAN FRANCISCO
C/O CITY & COUNTY OF SAN FRANCISCO TAX COLLECTOR
BUREAU OF DELINQUENT REVENUE / BANKRUPTCY UNIT
PO BOX 7426
SAN FRANCISCO CA 94120-7426
FAX: 415-554-5329

CITY OF ENNIS
ATTN: ELIZABETH BANDA CALVO
PERDUE, BRANDON, FIELDER, COLLINS & MOTT LLP
4025 WOODLAND PARK BLVD, SUITE 300
ARLINGTON TX 76013
FAX: 817-860-6509

CITY OF MEMPHIS (TN)
ATTN ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
2323 BRYAN STREET SUITE 1600
DALLAS TX 75201
FAX: 469-221-5002

COMMERCE ISD
ATTN: DAVID HUDSON
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
PO BOX 2007
TYLER TX 75710-2007
FAX: 903-597-6298

DEAF SMITH COUNTY APPRAISAL DISTRICT
ATTN: D'LAYNE PEEPLES
PERDUE, BRANDON, FIELDER, COLLINS & MOTT LLP
PO BOX 9132
AMARILLO TX 79105-9132
FAX: 806-359-5126

DELMARVA POWER
ATTN: RICH AIELLO, MANAGER, C&I - CUSTOMER RELATIONS
401 EAGLE RUN ROAD
NEWARK DE 19702
FAX: 302-283-6090

DELMARVA POWER
ATTN: LISA ALVINO, ACCOUNT MANAGER -- 79NC82
401 EAGLE RUN ROAD
NEWARK DE 19702
FAX: 302-283-6090

DRAWBRIDGE OSO SECURITIES LLC
ATTN CONSTANTINE M DAKOLIAS
1345 AVENUE OF THE AMERICAS 46TH FLOOR
NEW YORK NY 10105
FAX: 212-798-6099

FCOF UB SECURITIES LLC
ATTN CONSTANTINE M DAKOLIAS
1345 AVENUE OF THE AMERICAS  46TH FLOOR
NEW YORK NY 10105
FAX: 212-798-6099

HALE COUNTY APPRAISAL DISTRICT
D'LAYNE PEEPLES
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
PO BOX 9132
AMARILLO TX 79105-9132
FAX: 806-359-5126

HISCOCK & BARCLAY LLP
ATTY FOR THE SCHAEFER GROUP INC
ATTN SUSAN R KATZOFF ESQ
ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE NY 13202
FAX: 315-425-2701

HUTCHINSON COUNTY
ATTN D'LAYNE PEEPLES
PERDUE, BRANDON, FIELDER, COLLINS & MOTT LLP
PO BOX 9132
AMARILLO TX 79105-9132
FAX: 806-359-5126

LAW FIRM OF RUSSELL R JOHNSON III PLC
ATTY FOR SHREVEPORT RED RIVER UTILITIES LLC
ATTN RUSSELL R JOHNSON III ESQ AND JOHN M MERRITT ESQ
2258 WHEATLANDS DRIVE
MANAKIN-SABOT VA 23103
FAX: 804-749-8862

MEYER & WILLIAMS, ATTORNEYS AT LAW
ATTN ROBERT N WILLIAMS PAMELA T HARVEY
ATTY FOR THE BRITTINGHAMS
350 E BROADWAY
P O BOX 2608
JACKSON WY 83001
FAX: 307-733-5258

FAYETTE COUNTY
ATTN: JOHN T BANKS
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L L P
3301 NORTHLAND DR, SUITE 505
AUSTIN TX 78731
FAX: 512-302-1802

FORT WORTH INDEPENDENT SCHOOL DISTRICT
ATTN ELIZABETH BANDA CALVO
C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP
PO BOX 13430
ARLINGTON TX 76094-0430
FAX: 817-860-6509

HALL BUILDING LLC
RICHARD W WILSON
NEXSEN PRUET PLLC
201 S TRYON ST STE 1200
CHARLOTTE NC 28202
FAX: 704-338-5377

HOUSTON COUNTY TAX ASSESSOR COLLECTOR
ATTN  DAVID HUDSON
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
PO BOX 2007
TYLER TX 75710-2207
FAX: 903-597-6298

KLESTADT & WINTERS LLP
ATTN TRACY L KLESTADT & SAMIR P GEBRAEL
ATTNY FOR BRITTINGHAMS
292 MADISON AVENUE 17TH FLOOR
NEW YORK NY 10017
FAX: 212-972-2245

MCALLEN ISD
C/O DIANE W SANDERS
LINEBARGER GOGGAN BLAIR & SAMPSON, LLC
THE TERRACE II, 2700 VIA FORTUNA DR, STE 400
PO BOX 17428
AUSTIN TX 78760-7428
FAX: 512-443-5114

MIAMI-DADE COUNTY TAX COLLECTOR
BANKRUPTCY UNIT
140 WEST FLAGLER STREET, SUITE 1403
MIAMI FL 33130
FAX: 305-375-3509

NORTHWEST ISD
C/O ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
2323 BRYAN STREET SUITE 1600
DALLAS TX 75201
FAX: 469-221-5002

OFFICE OF THE UNITED STATES TRUSTEE
DIANA G ADAMS
33 WHITEHALL STREET
21ST FLOOR
NEW YORK NY 10004
FAX: 212-668-2255

PINELLAS COUNTY TAX COLLECTOR
ATTN BETTY A GRAMLEY TAX MANAGER
POST OFFICE BOX 2943
CLEARWATER FL 33757-2943
FAX: 727-464-5230

ROPERS MAJESKI KOHN & BENTLEY
ATTN GEOFFREY W HEINEMAN ESQ
17 STATE STREET SUITE 2400
ATTYS FOR REMY INTERNATIONAL INC
NEW YORK NY 10004
FAX: 212-668-5929

SCHNADER HARRISON SEGAL & LEWIS LLP
ATTN: RICHARD A. BARKASY, BENJAMIN P. DEUTSCH, BARRY E. BRESSLER
ATTY FOR GENOVEVA BERMUDEZ
140 BROADWAY, SUITE 3100
PHILADELPHIA PA 19103-7286
FAX: 215-751-2205

STATE OF ARIZONA
ARIZONA DEPT OF ENVIRONMENTAL QUALITY
DENISE ANN FAULK
ASSISTANT ATTORNEYS GENERAL
1275 W WASHINGTON ST
PHOENIX AZ 85007-2926
FAX: 602-542-1726

STUART MAUE FIRM
ATTN JAMES P. QUINN
3840 MCKELVEY ROAD
ST LOUIS MO 63044
FAX: 314-291-6546

THE CLARO GROUP LLC
ATTN DOUGLAS H DEEMS MANAGING DIRECTOR
777 S FIGUEROA STREET SUITE 4050
LOS ANGELES CA 90017
FAX: 213-452-6556

TYLER ISD
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
PO BOX 2007
TYLER TX 75710-2007
FAX: 903-597-6298

WHEELER COUNTY
ATTN:  D'LAYNE PEEPLES
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP
P O BOX 9132
AMARILLO TX 79105-9132
FAX: 806-359-5126

# EXHIBIT D

ACCIDENT FUND INSURANCE CO
C/O GIBSON & SHARPS
9390 BUNSEN PARKWAY
LOUISVILLE, KY  40220

ADAM'S COUNTY ATTORNEY'S OFFICE
ADMINISTRATION BUILDING
450 SOUTH 4TH AVENUE
BRIGHTON, CO  80601

ADAMS COUNTY TREASURER
PO BOX 869
BRIGHTON, CO  80601

ADDISON WILLIAMS
ATTN:  PATRICK M ARDIS
5810 SHELBY OAKS DR
MEMPHIS, TN  38134

AGOSTINO, JOSEPH
724 NEW YORK AVE APT 7
MARTINSBURG, WV  25401

ALAMANCE COUNTY TAX COLLECTOR
124 W ELM ST
GRAHAM, NC  27253

ALAMEDA COUNTY TAX COLLECTOR
1221 OAK ST
OAKLAND, CA  94612

ALDINE INDEPENDENT SCHOOL
DISTRICT TAX OFFICE
14909 ALDINE WESTFIELD RD
HOUSTON, TX  77032

ALEIF INDEPENDENT SCHOOL DISTRICT
ATTN CARL O SANDIN
1235 NORTH LOOP WEST SUITE 600
PERDUE BRANDON FIELDER COLLINS
HOUSTON, TX  77008

ALLEN COUNTY TREASURER
LEGAL OFFICER, BANK. DEPT
PO BOX 2540
PERSONAL PROPERTY TAX
FORT WAYNE, IN  46801

ALLEN COUNTY TREASURER
ONE EAST MAIN STREET ROOM 104
FORT WAYNE, IN  46802

ALLEN R DEAN
MI WORKERS' COMP.
PO BOX 13187
C/O A SPENCER GILBERT III
JACKSON, MS  39236

ALLIED GROUP INC
ATTN RANDALL W MAY MANAGING COUNSEL
ONE NATIONWIDE PLAZA 2-5-15
NATIONWIDE INSURANCE
COLUMBUS, OH  43215

ALSTON, KAIYA JR L
C/O MARK B TINSLEY
PO BOX 1000
GOODING & GOODING
ALLENDALE, SC  29810

AMERICAN INTERNATIONAL INS CO OF DE
A/S/O RICHARD LARRIVA
122 MOUNT BETHEL ROAD
LAW OFFICES OF STEVEN G KRAUS
WARREN, NJ  07059

AMHERST COUNTY TREASURER
PO BOX 449
AMHERST, VA  24521

ANDREW FAGO
21064 NW 166TH PL
HIGH SPRINGS, FL  32643

ANGEL TREJO HERNANDEZ INDIVIDUALLY
C/O JASON P HOELSCHER
802 NORTH CARANCAHUA, SUITE 900
SICO WHITE HOELSCHER & BRAUGH LLP
CORPUS CHRISTI, TX  78470

ANGELINA G CRUZ
13326 HAYDEN AVENUE
NORWALK, CA  90650

ANON JOSIL
RAYMOND R REID, JR, ESQ
ONE INDEPENDENT DR, SUITE 1900
PAJCIC & PAJCIC, PA
JACKSONVILLE, FL  32202

APPLIED SCIENCE ASSOCIATES INC
4607 W LAMB AVE
TAMPA, FL  33629

ARLINGTON INDP. SCHOOL DIST
ELIZABETH BANDA CALVO
PO BOX 13430
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP
ARLINGTON, TX  76094

ASSUMPTION PARISH
SALES TAX DEPT
PO BOX B
NAPOLEONVILLE, LA  70390

ATEL EQUIPMENT CORP
ATT: RUSSELL H WILDER CLP
600 CALIFORNIA STREET 6TH FLOOR
SAN FRANCISCO, CA  94108

AUSTIN UTILITIES (CITY OF)
PO BOX 2267
AUSTIN, TX  78783

AYERSVILLE LOCAL SCHOOL DISTRICT
RYAN LAFLAMME
1714 W GALBRAITH RD
CINCINNATI, OH  45239

AYERSVILLE LOCAL SCHOOL DISTRICT
28046 WATSON ROAD
DEFIANCE, OH  43512

AYRON WOMACK
C/O ROBERT J LENZE PC
3703 WATSON ROAD
ATTORNEY AT LAW
ST LOUIS, MO  63109

BAKER & MCKENZIE
815 CONNECTICUT AVE NW
WASHINGTON, DC  20006

BALTIMORE COUNTY MARYLAND
JOHN E BEVERUNGEN COUNTY ATTORNEY
400 WASHINGTON AVE
RM 219
TOWSON, MD  21204

BARRERA, DAVID
244 EMERALD LN
BROWNSVILLE, TX  78520

BARTHOLOMEW COUNTY TREASURER
PO BOX 1986
COLUMBUS, IN  47202

BENNETT, ISIS
701 KANSAS ST
KANNAPOLIS, NC  28083

BENTON COUNTY PROSECUTING ATTORNEY
BENTON COUNTY PROSECUTING ATTORNEY
7122 WEST OKANOGAN PLACE
BUILDING A
KENNEWICK, WA  99336

BENTON COUNTY TREASURER
620 MARKET STREET
PO BOX 630
PROSSER, WA  99350

BERKELEY COUNTY TAX COLL.
PO BOX 6122
MONCKS CORNER, SC  29461

BERLIN, TOWN COLLECTOR
240 KENSINGTON ROAD
BERLIN, CT  06037

BERNICE JAMES TREASURER- TAX COLL.
PO BOX 579
SANTA BARBARA, CA  93102

BIRDSALL, ELISE M
EDWARD S. DONINI, ESQ.
PO BOX 605
NEW SMYRNA BEACH, FL  32170

BLADEN COUNTY REV. ADMIN.
PO BOX 385
ELIZABETHTOWN, NC  28337

BLOUNT COUNTY REVENUE COMMISSIONER
220 2ND AVE E STE 102
ONEONTA, AL  35121

BONNEVILLE COUNTY TREASURER
MARK R HANSEN - TAX COLLECTOR
605 N CAPITAL AVE
IDAHO FALLS, ID  83402

BOONE COUNTY COLLECTOR
PATRICIA S LENSMEYER
801 E WALNUT  RM 118
GOVERNMENT CENTER  9TH & ASH
COLUMBIA, MO  65201

BOTETOURT COUNTY
PO BOX 100
FINCASTLE, VA  24090

BOWIE CENTRAL APPRAISAL DISTRICT
ATTN MICHAEL REED
700 JEFFREY WAY
PO BOX 1269; STE 100
ROUND ROCK, TX  78680

BRADLEY ARANT BOULT CUMMINGS LLP
AUSTIN L. MCMULLEN
1600 DIVISION STREET
P. O. BOX 340025; SUITE 700
NASHVILLE, TN  37207

BRANDENTON ROTARY FOUNDATION INC
C/O JANELLE L ESPOSITO ESQ
PO BOX 551
BRADENTON, FL  34206

BROWARD COUNTY REVENUE COLLECTOR
GOVERNMENTAL CENTER ANNEX
115 S ANDREWS AVE
ATTN: LITIGATION DEPT
FORT LAUDERDALE, FL  33301

BROWNFIELD PARTNERS, LLC
475 17TH STREET
SUITE 950
DENVER, CO  80202

BRYAN COUNTY TREASURER
402 W EVERGREEN
DURANT, OK  74701

BRYANT ELMA
PO BOX 370154
DECATUR, GA  30037

BUCHANAN COUNTY
PO BOX 1056
GRUNDY, VA  24614

BURGESS, CINDA
602 E ELM ST
OZARK, MO  65721

BURKBURNETT INDP. SCHOOL DIST.
ATTN HAROLD LEREW
PO BOX 8188
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
WICHITA FALLS, TX  76307

BURKE COUNTY TAX COLL.
PO BOX 219
MORGANTON, NC  28680

BUTLER COUNTY
REVENUE COMMISSIONER
700 COURT SQUARE
GREENVILLE, AL  36037

BUTLER COUNTY TREASURER
315 HIGH STREET
10TH FL
HAMILTON, OH  45011

BUTLER COUNTY TREASURER
205 W CENTRAL
EL DORADO, KS  67042

BUTZEL LONG
SPECIAL COUNSEL TO THE COMMITTEE
380 MADISON AVENUE
ATTN: B N SEIDEL & E B FISHER
NEW YORK, NY  10017

C CATALANO
342 TIFFANY LN
BRISTOL, CT  06010

C4 Capital Corporation
Attn : Patrick M. Curran
2557 Our Land Acres
Milford, MI  48381

CAMP CAD
ELIZABETH WELLER
2323 BRYAN ST SUITE 1600
LINEBARGER GOGGAN BLAIR
DALLAS, TX  75201

CAMPOS ALBERTO
CAMPOS, ALBERTO
10803 RANCHLAND FOX STREET
SAN ANTONIO, TX  78245

CARTER COUNTY TREASURER
20 B ST SW STE 104
ARDMORE, OK  73401

CASS COUNTY
ATTN DAVID HUDSON
PO BOX 2007
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
TYLER, TX  75710

CHAMBERS COUNTY REV COMMISSIONER
ATTN WENDY Y WILLIAMS
25 LAYFAYETTE ST; STE A
REVENUE COMMISSIONER
LAFAYETTE, AL  36862

CHARLES E AUGUSTINE
ATTN RONALD D EDELMAN
PO BOX 220167
ST LOUIS, MO  63122

CHARTER TOWNSHIP OF YPSILANTI
C/O RUTH ANN JANNICK TREASURER
7200 S HURON RIVER DR
YPSILANTI, MI  48197

CHERRY COUNTY TREASURER
PO BOX 290
VALENTINE, NE  69201

CHEYENE COUNTY TREASURER
PO BOX 217
SIDNEY, NE  69162

CAMERON INDEPENDENT SCHOOL DISTRICT
ATTN: JOHN T BANKS
3301 NORTHLAND DR, SUITE 505
PERDUE, BRANDON, FIELDER, COLLINS
AUSTIN, TX  78731

CAMPBELLSVILE ISD TAX COLLECTOR
203 NORTH COURT ST.
TAYLOR CTY. CT. HOUSE, 2ND FL
CAMPBELLSVILLE, KY  42718

CARROLL COUNTY TAX COLL.
PO BOX 432
BERRYVILLE, AR  72616

CARTERET COUNTY TAX COLLECTOR
302 COURTHOUSE SQUARE
BEAUFORT, NC  28516

CENTRAL APPRAISAL DISTRICT OF TAYLOR COUNTY
C/O MICHAEL REED
700 JEFFREY WAY
PO BOX 1269; STE 100
ROUND ROCK, TX  78680

CHARLES COUNTY MARYLAND
C/O MEYERS RODBELL & ROSENBAUM PA
6801 KENTWORTH AVENUE SUITE 400
RIVERDALE, MD  20737

CHARLES W THOMPSON
ATTORNEY FOR CREDITOR THOMPSON
24555 SOUTHFIELD RD
#203
SOUTHFIELD, MI  48075

CHATHAM COUNTY TAX COMM.
P O BOX 8324
SAVANNAH, GA  31412

CHERYL HESS
2047 EVALINE ST
HAMTRAMCK, MI  48212

CHRISTENE GOWEN
C/O COYNE CUNDIFF & HILLEMANN PC
11230 VETERAN'S MEMORIAL PKWY
ATTN BRADLEY CUNDIFF
LAKE ST LOUIS, MO  63367

CIMARRON MUNICIPAL UTILITY DISTRICT
ATTN CARL O SANDIN
1235 NORTH LOOP WEST STE 600
PERDUE BRANDON FIELDER
HOUSTON, TX  77008

CITY & COUNTY OF SAN FRANCISCO
C/O SAN FRANCISCO TAX COLL.
PO BOX 7426
BUREAU OF DEL. REV.
SAN FRANCISCO, CA  94120

CITY AND COUNTY OF DENVER/TREASURY
ATTN: KAREN KATROS
144 W. COLFAX AVENUE, ROOM 384
MCNICHOLS CIVIC CENTER BUILDING
DENVER, CO  80202

CITY OF ATHENS
MICHAEL L KEITH, BRAD HARRIS
PO BOX 849
ATHENS, TN  37371

CITY OF BURLINGTON TAX DEPT
PO BOX 1358
BURLINGTON, NC  27216

CITY OF CLEVELAND TENNESSEE
C/O OFFICE OF CITY CLERK
PO BOX 1519
CLEVELAND, TN  37364

CITY OF ENNIS
ATTN: ELIZABETH BANDA CALVO
4025 WOODLAND PARK BLVD, SUITE 300
PERDUE, BRANDON, FIELDER, COLLINS
ARLINGTON, TX  76013

CITY OF FRANKLIN TAX COLL.
YOST ROBERTSON NOWAK
PO BOX 681346
SPCL COUN. CITY OF FRANKLIN
FRANKLIN, TN  37068

CITY OF FREMONT
101 EAST MAIN
FREMONT, MI  49412

CITY OF GLENWOOD SPRINGS
LEGAL OFFICER, BANK. DEPT
PO BOX 458
GLENWOOD SPRINGS, CO  81602

CITIGROUP GLOBAL MARKETS INC
C/O CITIBANK NA
1615 BRETT ROAD
NEW CASTLE, DE  19720

CITY AND COUNTY OF DENVER
ATTN  KAREN KATROS
201 W COLFAX AVENUE DEPARTMENT 1001
DENVER, CO  80202

CITY OF ALEXANDRIA, VIRGINIA
ATTN MICHELE M HARLOW
PO BOX 178
REV. DIVISION
ALEXANDRIA, VA  22313

CITY OF BIRMINGHAM REVENUE DIVISION
710 NORTH 20TH STREET
ROOM TL-100 CITY HALL
BIRMINGHAM, AL  35203

CITY OF CHARLESTON
CITY COLLECTORS OFFICE
915 QUARRIER ST.
SUITE 4
CHARLESTON, WV  25301

CITY OF DANVILLE
DIVISION OF CENTRAL COLL.
PO BOX 3308
P/P TAX
DANVILLE, VA  24543

CITY OF FLINT
ATTN DIRECTOR LEGAL DEPARTMENT
1101 S SAGINAW ST
CITY HALL
FLINT, MI  48502

CITY OF FREDERICKSBURG VIRGINIA
PO BOX 267
FREDERICKSBURG, VA  22404

CITY OF GAINSVILLE
TAX OFFICE
PO BOX 2496
GAINESVILLE, GA  30503

CITY OF HAMPTON
CITY OF HAMPTON TREASURER
1 FRANKLIN STREET SUITE 100
HAMPTON, VA  23669

CITY OF HARTFORD CT
TAX COLLECTOR
63 FOREST HILLS DRIVE
C/O ATTORNEY KENNETH B. KAUFMAN
FARMINGTON, CT  06032

CITY OF HILLSDALE
97 N BROAD ST
HILLSDALE, MI  49242

CITY OF HOLLAND
C/O RONALD J VANDER VEEN
PO BOX 1767
HOLLAND, MI  49422

CITY OF ITHACA
129 W EMERSON ST
CITY HALL
ITHACA, MI  48847

CITY OF LAPEER
576 LIBERTY PARK
LAPEER, MI  48446

CITY OF LIVONIA
TREASURER'S OFFICE
33000 CIVIC CENTER DRIVE
LIVONIA, MI  48154

CITY OF LOS ANGELES
LOS ANGELES CITY ATTORNEYS OFFICE
200 NORTH MAIN ST SUITE 920
ATTN: WENDY LOO
LOS ANGELES, CA  90012

CITY OF MEMPHIS (TN)
ATTN ELIZABETH WELLER
2323 BRYAN STREET SUITE 1600
LINEBARGER GOGGAN BLAIR & SAMP
DALLAS, TX  75201

CITY OF MIDLAND
ATTN CITY ATTORNEY
333 W ELLSWORTH ST
MIDLAND, MI  48640

CITY OF MONROE
PO BOX 69
MONROE, NC  28111

CITY OF MONROE
215 N. BROAD ST.
PO BOX 1249
MONROE, GA  30655

CITY OF MORGANTON
PO BOX 3448
MORGANTON, NC  28680

CITY OF NEW BERN TAX COLL.
CITY OF NEW BERN
PO BOX 1129
NEW BERN, NC  28563

CITY OF NEW HAVEN CITY COLL.
PO BOX 236
NEW HAVEN, MO  63068

CITY OF RICHMOND, VIRGINIA
ATTN D PADGETT, CITY HALL, ROOM 100
900 EAST BROAD STREET
RICHMOND, VA  23219

CITY OF ROANOKE
C/O SAWKO & BURROUGHS PC
1100 DALLAS DR STE 100
DENTON, TX  76205

CITY OF SAN MARCOS (HAYS)
C/O DIANE W SANDERS
2700 VIA FORTUNA DR
THE TERRACE II; POBOX 17428;STE 400
AUSTIN, TX  78760

CITY OF STERLING HEIGHTS
CITY OF STERLING HEIGHTS TREASURER
40555 UTICA ROAD
PO BOX 8009
STERLING HEIGHTS, MI  48311

CITY OF TIFTON, GA
800 ARMOUR RD
TIFTON, GA  31794

CITY OF VIRGINIA BEACH
CITY OF VIRGINIA BEACH TREASURER
2401 COURTHOUSE DRIVE
BANKRUPTCY RECORDS
VIRGINIA BEACH, VA  23456

CITY OF WATERVILLE
1 COMMON ST
WATERVILLE, ME  04901

CITY OF WAUKESHA TREASURER
201 DELAFIELD STREET
WAUKESHA, WI  53188

CITY OF WILLIAMSBURG
FINANCE DEPARTMENT
401 LAFAYETTE ST
WILLIAMSBURG, VA  23185

CITY OF WILLIS
MICHAEL J DARLOW
1235 NORTH LOOP WEST STE 600
PERDUE BRANDON FIELDER COLLINS
HOUSTON, TX  77008

CLARKE COUNTY TAX COMM.
PO BOX 1768
ATHENS, GA  30603

CLAYTON COUNTY TAX COMMISSIONER
COURTHOUSE ANNEX 3
2ND FLOOR
JONESBORO, GA  30236

CLEGG, BETTY
4070 W KY 10
TOLLESBORO, KY  41189

CLEVELAND COUNTY TAX COLL.
PO BOX 370
SHELBY, NC  28151

CLINTON CITY RECORDER
100 BOWLING ST CITY HALL
CLINTON, TN  37716

COFFEE COUNTY REV. COMM.
PO BOX 311606
ENTERPRISE, AL  36331

COFFEY COUNTY TREASURER
110 S 6TH ST STE 203
BURLINGTON, KS  66839

COLE COUNTY COLLECTOR
301 E HIGH ST RM 200
JEFFERSON CITY, MO  65101

COLL.
TOWN OF BRANFORD
PO BOX 136
BRANFORD, CT  06405

COMM. OF THE REV.
ATTN: LEGAL OFFICER
PO BOX 2260
BANKRUPTCY DEPT.
NORFOLK, VA  23501

COMMERCE ISD
ATTN: DAVID HUDSON
PO BOX 2007
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
TYLER, TX  75710

COMMONWEALTH OF VIRGINIA
C/O TAXING AUTHORITY CON. SRV.
PO BOX 71476
DEPT OF TAXATION
RICHMOND, VA  23255

CONESTOGA-ROVERS & ASSOCIATES INC
ATTN IAN K RICHARDSON
2055 NIAGARA FALLS BLVD
SUITE #3
NIAGARA FALLS, NY  14304

CONESTOGA-ROVERS & ASSOCIATES INC
ATTN: CHRISTOPHER M CAHILL
151 S OLD WOODWARD AVE
STE 200
BIRMINGHAM, MI  48009

COOK COUNTY TAX COMMISSIONER
209 NORTH PARRISH AVE
ADEL, GA  31620

COOKE COUNTY APPRAISAL DIST.
C/O HAROLD LEREW
PO BOX 8188
PERDUE, BRANDON, FIELDER, COLLINS AND MOTT, LLP
WICHITA FALLS, TX  76307

COOTS, MICHAEL R
9260 BROWN RD
JONESVILLE, MI  49250

CORAL CADILLAC INC
C/O RAPPAROT OSBORNE
1300 N FEDERAL HWY SUITE 300
BOCA RATON, FL  33432

COUNTY ATTORNEY'S OFFICE
JEFFERSON CO TAX COL
716 RICHARD ARRINGTON JR BLVD N
SUITE 214
BIRMINGHAM, AL  35203

COUNTY OF ALBEMARLE
401 MCINTIRE RD
CHARLOTTESVILLE, VA  22902

COUNTY OF FREESTONE
MCCREARY VESELKA BRAGG & ALLEN PC
700 JEFFREY WAY
PO BOX 1269; STE 100
ROUND ROCK, TX  78680

COUNTY OF RICHMOND
RICHMOND COUNTY TAX OFFICE
PO BOX 1644
ROCKINGHAM, NC  28380

COUNTY OF SAN BERNARDINO
OFFICE OF THE TAX COLLECTOR
172 WEST THIRD ST
SAN BERNARDINO, CA  92415

COUNTY OF SANTA CLARA
TAX COLLECTIONS DIVISION
70 WEST HEDDING ST
COUNTY GOVT, 6TH FL, EAST WING
SAN JOSE, CA  95110

CRAVEN COUNTY TAX COLL.
PO BOX 63021
CHARLOTTE, NC  28263

CRONIN, PETERS & COOK P.C .
221 N LA SALLE ST STE 1454
CHICAGO, IL  60601

CULPEPER COUNTY TREASURER
PO BOX 1447
CULPEPER, VA  22701

CUMBERLAND COUNTY TAX COLL.
PO BOX 449
FAYETTEVILLE, NC  28302

CURRY COUNTY TREASURER
PO BOX 897
CLOVIS, NM  88102

CURRY COUNTY TREASURER
ATTN STEPHEN DOERR ESQ
212 WEST 1ST ST
PORTALES, NM  88130

CURTIN, RAYMOND F
1371 N BELSAY RD
BURTON, MI  48509

CURTIS BLAIR
PIKE COUNTY - REVENUE COOMMISSIONER
120 WEST CHURCH ST
TROY, AL  36081

CUSTER COUNTY TREASURER
PO BOX 200
ARAPAHO, OK  73620

CUYAHOQA COUNTY TREASURER
1219 ONTARIO STREET
ROOM 112 - ATTN MARK CAMPBELL
CLEVELAND, OH  44113

CYNTHIA K WILLIS
1501 MARKS DR NW
HARTSELLE, AL  35640

D & M REAL ESTATE LLC
NELSON LEVINE DELUCA & HORST LLC
457 HADDONFIELD RD STE 710
CHERRY HILL, NJ  08002

DALLAS COUNTY UTILITY & REC. DIST.
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP
PO BOX 13430
ELIZABETH BANDA CALVO
ARLINGTON, TX  76094

DAN MCALLISTER
ATTN BANKRUPTCY DESK
1600 PACIFIC HIGHWAY
ROOM 162
SAN DIEGO, CA  92101

DARE COUNTY TAX DEPT
PO BOX 1000
MANTEO, NC  27954

DECATUR COUNTY TRUSTEE
PO BOX 488
DECATURVILLE, TN  38329

DELAWARE DIVISION OF REVENUE
820 NORTH FRENCH ST, 8TH FLOOR
WILMINGTON, DE  19801

DENNIS TARCZYNSKI
126 BOYER DR
NEWARK, DE  19702

DEPARTMENT OF THE TREASURY - IRS
1 CLINTON AVENUE
NO PEARL
ALBANY, NY  12207

DEPT OF THE TREASURY - IRS
INTERNAL REV. SERVICE
PO BOX 21126
PHILADELPHIA, PA  19114

DIST. OF COLUMBIA TREASURY
DIST. OF COLUMBIA
PO BOX 37559
OFFICE OF TAX AND REV.
WASHINGTON, DC  20013

DONA ANA COUNTY TREASURER
PO BOX 1179
LAS CRUCES, NM  88004

DAN MCALLISTER
SAN DIEGO COUNTY TREASURER
1600 PACIFIC HIGHWAY, ROOM 162
SAN DIEGO, CA  92101

DANIEL BUTLER
124 S GRAHAM ST
PITTSBURGH, PA  15208

DEAF SMITH COUNTY APPRAISAL DIST.
ATTN: D'LAYNE PEEPLES
PO BOX 9132
PERDUE, BRANDON, FIELDER, COLLINS & MOTT LLP
AMARILLO, TX  79105

DEFIANCE COUNTY TREASURER
221 CLINTON ST
DEFIANCE, OH  43512

DELMARVA POWER
RICH AIELLO, MANAGER, C&I
401 EAGLE RUN ROAD
NEWARK, DE  19702

DENTON INDEPENDENT SCHOOL DISTRICT
C/O SAWKO & BURROUGHS PC
1100 DALLAS DRIVE STE 100
DENTON, TX  76205

DEPARTMENT OF THE TREASURY - IRS
INTERNAL REVENUE SERVICE
10 BROAD STREET
UTICA, NY  13501

DIOCESE OF PITTSBURGH
TRANSFIGURATION PARISH
535 SMITHFIELD STREET SUITE 1000
PITTSBURGH, PA  15222

DON ARMSTRONG
PROPERTY TAX COMM.
PO BOX 1298
COLUMBIANA, AL  35051

DONALD FLEMING
622 GRANADA DR
PONTIAC, MI  48342

DONALD J MIKLUS MEMORIAL SCHOOL
TOWN OF WESTPORT TAX COLLECTOR
110 MYRTLE AVE
WESTPORT, CT  06880

DONALD MERRILL
5 ALTON COURT
NEWARK, DE  19711

DOUGLAS COUNTY TREASURER
PO BOX 884
LAWRENCE, KS  66044

DRAWBRIDGE OSO SECURITIES LLC
GREENBERG TRAURIG LLP
200 PARK AVENUE
ATTN NANCY A MITCHELL ESQ
NEW YORK, NY  10166

EDEN ELKINS, A MINOR
SCOTT R MELTON (P34435), ATTORNEY
50 MONORE AVENUE NW, SUITE 700W
GRAND RAPIDS, MI  49503

ELECTRO-MOTIVE DEISEL, INC.
ATTN: JOHN DAILEADER
555 THEODORE FREMD AVE
SUITE A-201
RYE, NY  10580

EMMA D MILLER
2304 NEW CUT RD
ALVATON, KY  42122

EVGENY FREIDMAN
CHARES E DORKEY III ESQ, ET AL
230 PARK AVENUE SUITE 1700
MCKENNA LONG & ALDRIDGE LLP
NEW YORK, NY  10169

FAYETTE COUNTY GEORGIA
LEGAL OFFICER, BANK. DEPT
PO BOX 70
TAX COMMISSONER
FAYETTEVILLE, GA  30214

FCOF UB SECURITIES LLC
ATTN CONSTANTINE M DAKOLIAS
1345 AVENUE OF THE AMERICAS
46TH FLOOR
NEW YORK, NY  10105

DONALD MARTZ
433 ELM TWIN COURT
LINTHICUM, MD  21090

DOUGLAS COUNTY GEORGIA
LEGAL OFFICER, BANK. DEPT
PO BOX 1177
TAX COMMISIONER
DOUGLASVILLE, GA  30133

DRAWBRIDGE OSO SECURITIES LLC
ATTN CONSTANTINE M DAKOLIAS
1345 AVENUE OF THE AMERICAS
46TH FLOOR
NEW YORK, NY  10105

EARNIL BROWN
MI WORKERS' COMP.
PO BOX 13187
C/O A SPENCER GILBERT III
JACKSON, MS  39236

EL PASO COUNTY TREASURER
ATTN  SANDRA J DAMRON
PO BOX 2007
COLORADO SPRINGS, CO  80901

ELIZABETH HEARD
774 WEBB HILL LN
MC RAE, AR  72102

ESCAMBIA COUNTY TAX COLL.
PO BOX 1312
PENSACOLA, FL  32591

FAYETTE COUNTY
ATTN: JOHN T BANKS
3301 NORTHLAND DR, SUITE 505
PERDUE, BRANDON, FIELDER, COLLINS
AUSTIN, TX  78731

FAYETTE COUNTY TREASURER
133 S MAIN ST RM 304
WASHINGTON COURT HOUSE, OH  43160

FCOF UB SECURITIES LLC
GREENBERG TRAURIG LLP
200 PARK AVENUE
NEW YORK, NY  10166

FIGURA, FRANK R
161 LAUREL LN
GREENTOWN, PA  18426

FIRST AMERICAN CAPITAL
C/O C4 CAPITAL CORPORATION
2557 OUR LAND ACRES
ATTN PATRICK M CURRAN
MILFORD, MI  48381

FIRST UNITED INC.
5440 MOOREHOUSE DRIVE
SUITE 4000
SAN DIEGO, CA  92121

FLEXTRONICS AUTOMOTIVE INC
LAWRENCE SCHWAB / THOMAS GAA
2600 EL CAMINO REAL STE 300
BIALSON BERGEN & SCHWAB
PALO ALTO, CA  94306

FLEXTRONICS AUTOMOTIVE, INC
LAWRENCE SCHWAB/THOMAS GAA
BIALSON, BERGEN & SCHWAB
2600 EL CAMINO REAL STE 300
PALO ALTO, CA  94306

FLEXTRONICS AUTOMOTIVE, INC
LAWRENCE SCHWAB/THOMAS GAA
2600 EL CAMINO REAL STE 300
BIALSON, BERGEN & SCHWAB
PALO ALTO, CA  94306

FLEXTRONICS CORPORATION
LAWRENCE SCHWAB/THOMAS GAA
2600 EL CAMINO REAL STE 300
BIALSON, BERGEN & SCHWAB
PALO ALTO, CA  94306

FORREST "BUTCH" FREEMAN
OKLAHOMA COUNTY TREASURER
320 ROBERT S KERR RM 307
OKLAHOMA CITY, OK  73102

FORSYTH COUNTY TAX COMMISSIONER
1092 TRIBBLE GAP RD
CUMMING, GA  30040

FORT WORTH INDP. SCHOOL DIST.
ATTN ELIZABETH BANDA CALVO
PO BOX 13430
C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ARLINGTON, TX  76094

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO, CA  95812

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
FRANCHISE TAX BOARD
SACRAMENTO, CA  95812

FRANKLIN CITY TREASURER
PO BOX 179
FRANKLIN, VA  23851

FRANKLIN COUNTY COLLECTOR
LINDA EMMONS
400 E LOCUST
RM 103
UNION, MO  63084

FRANKLIN COUNTY TAX COLL.
PO BOX 63007
CHARLOTTE, NC  28263

FRANKLIN COUNTY, OHIO TREASURER
FRANKLIN COUNTY TREASURER
373 S HIGH ST 17TH FLOOR
COLUMBUS, OH  43215

FREBCO INC
ATTN: CORPORATE OFFICER
3400 KETTERING BLVD
MORAINE, OH  45439

FREDERECK BLAKELOCK
4 RED OAK
VOORHEES, NJ  08043

FTI CONSULTING INC
MICHAEL EISENBAND
3 TIME SQUARE 11TH FLOOR
NEW YORK, NY  10036

FULTON COUNTY TAX COMMISSIONER
141 PRYOR ST STE 1113
ATLANTA, GA  30303

GALVESTON COUNTY
ATTN JOHN P DILLMAN
PO BOX 3064
C/O LINEBARGER GOGGAN BLAIR & SAMPSON LLP
HOUSTON, TX  77253

GARLAND COUNTY TAX COLLECTOR
ATTN REBECCA DODD-TALBERT
200 WOODBINE ROOM 108
HOT SPRINGS, AR  71901

GARLAND COUNTY TAX COLLECTOR
ATTN: REBECCA DODD-TALBERT
200 WOODBINE - ROOM 108
HOT SPRINGS, AR  71901

GARVIN COUNTY TREASURER
201 WEST GRANT
PAULS VALLEY, OK  73075

GASTON COUNTY TAX COLL.
PO BOX 580326
CHARLOTTE, NC  28258

GE MELLON
ATTN: CHRISTOPHER SMYTH
10 RIVERVIEW DRIVE
DANBURY, CT  06810

GE MELLON
ATTN: CHRISTOPHER SMYTH
10 RIVERVIEW DRIVE
DANBURY, CT  06810

GEORGE GARDNER
C/O LAW OFFICES OF JOSEPH J RHODES
1225 KING ST SUITE 1200
WILMINGTON, DE  19899

GEORGIA DEPT OF REV.
COMPLIANCE DIVISION
PO BOX 161108
BANKRUPTCY SECTION
ATLANTA, GA  30321

GLISSON, JAMES M
3290 BIRCH RUN S
ADRIAN, MI  49221

GMAC RESIDENTIAL HOLDING CO
C/O OTTERBOURG STEINDLER HOUSTON
230 PARK AVENUE
ATTN JONATHAN N HELFAT
NEW YORK, NY  10169

GOOCHLAND COUNTY TREASURER
PO BOX 188
GOOCHLAND, VA  23063

GRADY E TIDWELL
543 WALNUT ST
MOUNT MORRIS, MI  48458

GRANGER, SAMUEL
30245 W 13 MILE RD APT 209
FARMINGTON HILLS, MI  48334

GREENVILLE COUNTY
GREENVILLE COUNTY TAX COLLECTOR
301 UNIVERSITY RDG STE 5500
GREENVILLE, SC  29601

GUSTAV K NETAL
49 COUNTRY LANE
ROLLING HILLS EST, CA  90274

GWINNETT COUNTY TAX COMM.
PO BOX 372
LAWRENCEVILLE, GA  30046

HALE COUNTY APPRAISAL DIST.
D'LAYNE PEEPLES
PO BOX 9132
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
AMARILLO, TX  79105

HALIFAX COUNTY TAX COLL.
PO BOX 580330
CHARLOTTE, NC  28258

HALIFAX COUNTY TREASURER
PO BOX 825
HALIFAX, VA  24558

HALL BUILDING LLC
RICHARD W WILSON
201 S TRYON ST STE 1200
NEXSEN PRUET PLLC
CHARLOTTE, NC  28202

HAMILTON COUNTY TRUSTEE
C/O SCOTT N BROWN JR
PO BOX 1749
CHATTANOOGA, TN  37402

HAMILTON COUNTY TRUSTEE
625 GEORGIA AVE
RM 210
CHATTANOOGA, TN  37402

HARFORD COUNTY MARYLAND
DEPARTMENT OF REVENUE COLLECTIONS
220 S MAIN STREET 1ST FLOOR
BEL AIR, MD  21014

HARNETT COUNTY TAX COLL.
PO BOX 19369
CHARLOTTE, NC  28219

HAROLD W BRADSHAW
C/O MARK J BECKER ATTORNEY AT LAW
1010 MARKET ST SUITE 1430
ST LOUIS, MO  63101

HARRIS COUNTY MUNI UTIL DIST #153
CARL O SANDIN
1235 NORTH LOOP WEST SUITE 600
PERDUE, BRANDON, FIELDER, COLLINS
HOUSTON, TX  77008

HARRIS COUNTY MUNI UTIL DIST #189
CARL O SANDIN
1235 NORTH LOOP WEST STE 600
PERDUE BRANDON FIELDER COLLINS
HOUSTON, TX  77008

HARRISON CENTRAL APPRAISAL DISTRICT
ATTN MICHAEL REED
700 JEFFREY WAY
PO BOX 1269; STE 100
ROUND ROCK, TX  78680

HEARD COUNTY TAX COMM.
PO BOX 519
FRANKLIN, GA  30217

HENDERSON COUNTY TAX COLLECTOR
200 N GROVE ST STE 66
HENDERSONVILLE, NC  28792

HENDRICKS COUNTY TREASURER
LEGAL OFFICER, BANK. DEPT
PO BOX 6037
INDIANAPOLIS, IN  46206

HENRICO COUNTY VIRGINIA
RHYSA GRIFFITH SOUTH
PO BOX 90775
ACCT# G61120336, G61137822, G61137823
HENRICO, VA  23273

HENRY COUNTY TREASURER
HENRY COUNTY COURHOUSE
101 S MAIN ST
NEW CASTLE, IN  47362

HERTFORD COUNTY TAX COLL.
PO BOX 147
WINTON, NC  27986

HESS, CHERYL ANN
2047 EVALINE ST
HAMTRAMCK, MI  48212

HILL COUNTY JUNIOR COLLEGE
ELIZABETH BANDA CALVO
PO BOX 13430
PERDUE, BRANDON, FIELDER, COLLINS AND MOTT, LLP
ARLINGTON, TX  76094

HILLSMAN, VELICITA
325 SELLARS DR
DYERSBURG, TN  38024

HISCOCK & BARCLAY LLP
ATTN SUSAN R KATZOFF ESQ
300 S STATE STREET
ONE PARK PLACE
SYRACUSE, NY  13202

HOOPER, JESSIE L
11811 CHAMPAIGN AVE
WARREN, MI  48089

HORNE, QUANDIA
1235 SELDEN ST
DETROIT, MI  48201

HORST M SCHEFFOLD
PTY PANAMA EXPRESS
PO BOX 527 948
MIAMI, FL  33152

HOUSTON COUNTY TAX ASSESSOR
ATTN  DAVID HUDSON
PO BOX 2007
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
TYLER, TX  75710

HUFF, CHERYL L
PO BOX 6637
THOMASVILLE, GA  31758

HUTCHINSON COUNTY
ATTN D'LAYNE PEEPLES
PO BOX 9132
PERDUE, BRANDON, FIELDER, COLLINS & MOTT LLP
AMARILLO, TX  79105

IDAHO STATE TAX COMMISSION
BANKRUPTCY UNIT
PO BOX 36
BOISE, ID  83722

ILLINOIS DEPARTMENT OF EMP SEC
33 SOUTH STATE STREET
CHICAGO, IL  60603

ILLINOIS DEPARTMENT OF REVENUE
ATTN LISA MADIGAN ATTORNEY GENERAL
100 W RANDOLPH ST LEVEL 7-425
REVENUE LITIGATION
CHICAGO, IL  60601

INDIANA DEPARTMENT OF REVENUE
BANKRUPTCY SECTION N-240
100 NORTH SENATE AVENUE
INDIANAPOLIS, IN  46204

INDIANA DEPARTMENT OF STATE REVENUE
ATTN CAROL LUSHELL
100 N SENATE AVE ROOM N203
BANKRUPTCY SECTION
INDIANAPOLIS, IN  46204

Ingersoll Rand Industrial Tech
Matthew Piedmonte, Service Manager
800 B Beaty Street
Davidson, NC  28036

IREDELL COUNTY TAX COLL.
PO BOX 1027
STATESVILLE, NC  28687

ISIS BENNETT
WALLACE & GRAHAM P.A.
525 N MAIN ST.
ATTY FOR ISIS BENNETT
SALISBURY, NC  28144

JACKSON COUNTY COLLECTOR
JACKSON COUNTY - COLLECTION DEPT
415 E 12TH ST, ROOM 100
ATTN  BANKRUPTCY
KANSAS CITY, MO  64106

JACKSON COUNTY PAYMENT CENTER
PO BOX 1569
MEDFORD, OR  97501

JAFFE RAITT HEUER & WEISS PC
ATTN THOMAS E COUGHLIN
27777 FRANKLIN RD, STE 2500
ATTY FOR MCM MANAGEMENT CORP
SOUTHFIELD, MI  48034

JAMES A CRAMER
ATTN:  ROBERT M N PALMER
205 PARK CENTRAL EAST, SUITE 511
PALMEROLIVER, P C
SPRINGFIELD, MO  65906

JAMES CAMPBELL
MI WORKERS' COMP.
PO BOX 13187
C/O A SPENCER GILBERT III
JACKSON, MS  39236

JAMES E KETCHEM
C/O RADFORD R RAINES III ATTORNEY
105 CHURCH ST
O'FALLON, MO  63366

JAMES S POST
C MARSHALL FRIEDMAN ATTRNYS AT LAW
THIRTEENTH FLOOR 1010 MARKET STREET
ST LOUIS, MO  63101

JANICE D HART REVENUE COMMISSIONER
1 COURT SQUARE
ANDULASIA, AL  36420

JASPER COUNTY COLL.
PO BOX 421
CARTHAGE, MO  64836

JASPER COUNTY TREASURER
COURTHOUSE SUITE 201
115 WEST WASHINGTON
RENSSELAER, IN  47978

JAY BAKER
ATTN:  RICHARD J BARNES, ESQ
350 MAIN ST, 25TH FLOOR
CELLINO & BARNES, PC
BUFFALO, NY  14202

JEANNINE CAMPBELL
937 FINEVIEW DR
PITTSBURGH, PA  15235

JEFFERSON COUNTY COLL.
PO BOX A
PINE BLUFF, AR  71611

JEFFERSON COUNTY TREASURER
100 JEFFERSON COUNTY PKWY
GOLDEN, CO  80403

JEFFERSON COUNTY TRUSTEE
PO BOX 38
DANDRIDGE, TN  37725

JENNINGS COUNTY TREASURER GOVERNMENT CENTER
200 BROWN STREET
PO BOX 368; STE 103
VERNON, IN  47282

JERMAINE SMITH
5656 TERRY AVE
SAINT LOUIS, MO  63120

JESSICA JENKINS
THE KUHLMAN LAW FIRM, LLC
1100 MAIN STREET, SUITE 2550
KANSAS CITY, MO  64105

JO ANN TOWNSEND TRUSTEE
PO BOX 458
PULASKI, TN  38478

JOAN GROLL
98 SIGNAL HILL CIR
CALGARY AB CANADA T3H2H2

JOHN W BRADY
4218 E COLDWATER RD
FLINT, MI  48506

JOHNSTON COUNTY TAX COLL.
LEGAL OFF, BANK. DEPT.
PO BOX 31308
CHARLOTTE, NC  28231

JOLENE C HARMS
C/O MICHAEL T LESAGE
620 13TH ST
PO BOX 306
PASO ROBLES, CA  93447

JONES DAY
ATTN: ANDREW KRAMER
51 LOUISIANA AVENUE, N.W.
WASHINGTON, DC  20001

JOSE A NAREZO
6230 KINNEVILLE RD
EATON RAPIDS, MI  48827

JOSEPH A FOISTNER ESQ
3 FOXBERRY DRIVE
NEW BOSTON, NH  03070

JOSEPH DOMINELLI
C/O LAW OFFICES OF JOSEPH J RHODES
1225 KING ST SUITE 1200
WILMINGTON, DE  19899

JR MOTORSPORTS
KELLEY ELLEDGE
349 CAYUGA DRIVE
MOORESVILLE, NC  28117

KARNES COUNTY
ATTN:  JOHN T BANKS
3301 NORTHLAND DR, SUITE 505
PERDUE, BRANDON, FIELDER, COLLINS
AUSTIN, TX  78731

KEN BURTON JR CFC
TAX COLLECTOR MANATEE COUNTY
POST OFFICE BOX 25300
BRADENTON, FL  34206

KENTUCKY EMPLOYERS MUTUAL INS CO
C/O FULTON & DEVLIN
2000 WARRINGTON WAY STE 165
LOUISVILLE, KY  40222

KLESTADT & WINTERS LLP
TRACY L KLESTADT & SAMIR P GEBRAEL
292 MADISON AVENUE 17TH FLOOR
ATTNY FOR BRITTINGHAMS
NEW YORK, NY  10017

KNOX COUNTY TRUSTEE
LEGAL OFFICER, BANK. DEPT
PO BOX 70
KNOXVILLE, TN  37901

L A COUNTY TREASURER AND TAX COLL.
PO BOX 54110
LOS ANGELES, CA  90054

LAFAYETTE CONSOLIDATED GOVT
LEGAL OFFICER, BANK. DEPT
PO BOX 4024
CUSTOMER SERVICE DIVISION
LAFAYETTE, LA  70502

LAPRISE OILFIELD SERVICES, INC.
ATTN: HARVEY HAIT
2500 COMMERCE PLACE
EDMONTON, ALBERTA T5J 4G8, CANADA

LAWRENCE COUNTY TREASURER
916 15TH ST RM 27
BEDFORD, IN  47421

KARL A AMBERGER
MARIO G SILVA ESQ
1001 CRAIG RD STE 260
CREVE COERY, MO  63146

KAROL BRUNGER
1053 YARMOUTH ST
PORT CHARLOTTE, FL  33952

KENTUCKY DEPT OF REV.
LEGAL BRANCH - BANK. SEC.
PO BOX 5222
ATTN LEANNE WARREN
FRANKFORT, KY  40602

KLEIN INDEPENDENT SCHOOL DISTRICT
CARL O SANDIN
1235 NORTH LOOP WEST SUITE 600
PERDUE, BRANDON, FIELDER, COLLINS
HOUSTON, TX  77008

KNOWLEDGE LEARNING CORPORATION
F/K/A KINDERCARE LEARNING CEN, INC.
650 NE HOLLADAY
SUITE 1400
PORTLAND, OR  97232

KPMG LLP
ATTN:  LISA FOTHERINGHAM
10 UPPER BANK STREET
LONDON E145GH

LA PAZ COUNTY TREASURER
1112 S JOSHUA AVE STE 203
PARKER, AZ  85344

LANCASTER COUNTY TREASURER
8311 MARY BALL RD
SUITE 204
LANCASTER, VA  22503

LAW FIRM OF R R JOHNSON III PLC
ATTY FOR SHREVEPORT RED RIVER UTIL
2258 WHEATLANDS DRIVE
ATTN R JOHNSON III AND J MERRITT
MANAKIN-SABOT, VA  23103

LAWRENCE COUNTY TRUSTEE
240 W GAINES ST STE 3
LAWRENCEBURG, TN  38464

LEWIS COUNTY, WASHINGTON
LEWIS COUNTY TREASURER
351 NW NORTH STREET
CHEHALIS, WA  98532

LFR, INC.
1900 POWELL STREET
12TH FLOOR
EMERYVILLE, CA  94608

LOGAN COUNTY TREASURER
100 S MADRIVER ST RM 104
BELLEFONTAINE, OH  43311

LONOKE COUNTY COLL.
PO BOX 192
LONOKE, AR  72086

LUMSDEN, WILLIAM J
230 CHESTNUT SPRINGS RD
CHESAPEAKE CY, MD  21915

M&J SOLVENTS PRP GROUP
C/O KAZMAREK GEIGER & LASETER LLP
3490 PIEDMONT ROAD NE, STE 201
ATTN RICHARD A HORDER
ATLANTA, GA  30305

MACOMB COUNTY TREASURER
JILL SMITH
1 SOUTH MAIN
8TH FL
MT CLEMENS, MI  48043

MADISON COUNTY COLLECTOR
1 COURT HOUSE SQ
FREDERICKTOWN, MO  63645

MAGNOLIA ISD
MICHAEL J DARLOW
1235 NORTH LOOP WEST SUITE 600
PERDUE BRANDON FIELDER COLLINS
HOUSTON, TX  77008

MAHONING COUNTY TREASURER
ELIZABETH M PHILLIPS
21 W BOARDMAN ST
6TH FLOOR
YOUNGSTOWN, OH  44503

LEXISNEXIS
ATTN: BETH FARNHAM
9443 SPRINGBORO PIKE
MIAMISBURG, OH  45342

LINDA EMMONS
FRANKLIN COUNTY COLLECTOR
400 E MAIN
RM 103
UNION, MO  63084

LONG RICHARD C 2ND ACTION
LONG, RICHARD C
1518 WALNUT ST STE 800
PHILADELPHIA, PA  19102

LOWNDES COUNTY TAX COLL.
PO BOX 1409
VALDOSTA, GA  31603

LYNDA HALL, TAX COLLECTOR
MADISON COUNTY COURTHOUSE
100 NORTHSIDE SQUARE
HUNTSVILLE, AL  35801

MACOMB COUNTY TREASURER
MACOMB COUNTY TREASURER'S OFFICE
1 S MAIN ST - 2ND FLOOR
ATTN: TED B WAHBY, TREASURER
MT CLEMENS, MI  48043

MACOMB COUNTY TREASURER
WEIL GOTSHAL & MANGES LLP
767 FIFTH AVENUE
NEW YORK, NY  10153

MADISON COUNTY TAX COLL.
PO BOX 351
MARSHALL, NC  28753

MAHONING COUNTY TREASURER
120 MARKET ST
YOUNGSTOWN, OH  44503

MARCIA JACKSON
FLOYD LAW FIRM
8151 CLAYTON ROAD SUITE 202
ST LOUIS, MO  63117

MARGARITA ELIAS
THE ESTATE OF ESTEVAN ELIAS
802 NORTH CARANCAHUA, SUITE 900
JOSH W HOPKINS
CORPUS CHRISTI, TX  78470

MARICOPA COUNTY
BARBARA LEE CALDWELL
4742 NORTH 24TH STREET, SUITE 100
AIKEN SCHENK HAWKINS & RICCIARDI PC
PHOENIX, AZ  85016

MARION COUNTY TAX COLL.
PO BOX 970
OCALA, FL  34478

MARTIN COUNTY TAX OFFICE
PO BOX 664
WILLIAMSTON, NC  27892

MAURY COUNTY TRUSTEE
ONE PUBLIC SQUARE
COLUMBIA, TN  38401

MCDUFFIE COUNTY TAX COMM.
PO BOX 955
THOMSON, GA  30824

ME WORKERS COMP MARKET POOL
C/O TERESA CLOUTIER ESQ
PO BOX 15215
LAMBERT COFFIN
PORTLAND, ME  04112

METRIS USA INC
METRIS USA
12701 GRANDRIVER
BONNIE HUBEL
BRIGHTON, MI  48116

MEYER & WILLIAMS
ROBERT N WILLIAMS PAMELA T HARVEY
350 E BROADWAY
P O BOX 2608
JACKSON, WY  83001

MIAMI-DADE COUNTY TAX COLLECTOR
BANKRUPTCY UNIT
140 WEST FLAGLER STREET, SUITE 1403
MIAMI, FL  33130

MARIA LAURA FABIOLA SANTOS FONSECA
ATTN: ERIC G ZAJAC, ESQUIRE
1818 MARKET ST, 30TH FLR
ZAJAC & ARIAS, LLC
PHILADELPHIA, PA  19103

MARILYN E WOOD
PO DRAWER 1169
MOBILE, AL  36633

MARION COUNTY TREASURER
200 E WASHINGTON ST STE 1001
INDIANAPOLIS, IN  46204

MATHIS PAUL C
42416 BROWNSTONE DR
NOVI, MI  48377

MCALLEN ISD
C/O DIANE W SANDERS
2700 VIA FORTUNA DR
THE TERRACE II; POBOX 17428;STE 400
AUSTIN, TX  78760

MCKINLEY COUNTY TREASURER
COUNTY COURTHOUSE
201 WEST HILL
GALLUP, NM  87301

MERRILL LYNCH BANK SUISSE SA
AS AGENT FOR ITS CUSTOMERS
ROUTE DE FLORISSANT 13
3070 CASE POSTALE GENEVA SWITZERLAND

METROPOLITAN GOVT TRUSTEE
METROPOLITAN DEPT OF LAW
PO BOX 196300
NASHVILLE, TN  37219

MIAMI COUNTY TREASURER
201 W MAIN ST
SAFETY BUILDING
TROY, OH  45373

MICHIGAN TRACTOR & MACHINERY C
24800 NOVI RD
NOVI, MI  48375

MIDLAND COUNTY TAX OFFICE
GALEN GATTEN JR
PO BOX 50188
PERDUE, BRANDON, FIELDER, COLLINS & MOTT LLP
MIDLAND, TX  79710

MISSOURI DEPT OF REV.
PO BOX 475
JEFFERSON CITY, MO  65105

MO PRVT SCTR IND SLF-INSRS GRNTY CO
ATTN  R SCOTT MOORE
500 N BROADWAY SUITE 2000
LEWIS RICE & FINGERSH LC
ST LOUIS, MO  63102

MONROE COUNTY COLL.
PO BOX 245
PARIS, MO  65275

MOORE COUNTY TAX DEPT
PO BOX 580377
CHARLOTTE, NC  28258

MORRIS, VANESSA
2451 MONTGOMERY AVE NW
WARREN, OH  44485

MR BERNARD VANHOVE
C/O DEUTSCHE BANK SA/NV
AVENUE MARNIX 13 15
1000 BRUXELLES BELGIUM

MRM INC
PO BOX 354
NOVI, MI  48376

MS + CO ALBERT BLAKENSHIP JR
2912 N TUCSON BLVD
TUCSON, AZ  85716

MS STATE TAX COMMISSION
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS  39225

MULTNOMAH COUNTY TAX
MULTNOMAH COUNTY
PO BOX 2716
ASSESSMENT & TAXATION
PORTLAND, OR  97208

NAOMI LIVNE C/O JOEL LEVI ADVOCATE
33 JABOTINSKI ST
RAMAT-GAN ISRAEL

NATIXIS NEW YORK BRANCH
ATTN ADAM H ISENBERG  ESQ
1500 MARKET STREET 38TH FL
PHILADELPHIA, PA  19102

NATIXIS NEW YORK BRANCH
JOSEPH F FALCONE III ESQ
9 WEST 57TH ST
35TH FLOOR
NEW YORK, NY  10019

NEBRASKA DEPT OF REV.
ATTN BANKRUPTCY UNIT
PO BOX 94818
LINCOLN, NE  68509

NIJECT SERVICES COMPANY
ATTN: LEGAL DEPARTMENT
1 WEST 3RD STREET, SUITE 1005
TULSA, OK  74103

NORTH CAROLINA DEPT OF REV.
ANGELA C FOUNTAIN
PO BOX 1168
COLLECTIONS OF EXAMINATION DIVISION
RALEIGH, NC  27602

NORTHERN IN PUBLIC SERVICE COMPANY
ATTN: REVENUE ASSURANCE & RECOVERY
801 E. 86TH AVENUE
MERRILLVILLE, IN  46410

NORTHWEST ISD
ELIZABETH WELLER
2323 BRYAN STREET SUITE 1600
LINEBARGER GOGGAN BLAIR
DALLAS, TX  75201

NORTHWEST ISD
C/O ELIZABETH WELLER
2323 BRYAN STREET SUITE 1600
LINEBARGER GOGGAN BLAIR
DALLAS, TX  75201

NYS DEPT OF TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205

NYS WORKERS' COMPENSATION BOARD
JUDGMENT UNIT
20 PARK ST
ALBANY, NY 12207

OHIO BUREAU OF WORKERS' COMP.
LEGAL DIVISION; BANKR. UNIT
PO BOX 15567
COLUMBUS, OH 43215

OHIO DEPARTMENT OF TAXATION
OHIO DEPARTMENT OF TAXATION
30 EAST BROAD STREET, 23RD FLOOR
COLUMBUS, OH 43216

OHIO DEPT OF TAXATION
ATTN REBECCA L DAUM
P O BOX 530
ATTY - BANKRUPTCY DIVISION
COLUMBUS, OH 43216

OKLAHOMA TAX COMMISSION
BANKRUPTCY SECTION
120 N ROBINSON SUITE 2000
GENERAL COUNSEL'S OFFICE
OKLAHOMA CITY, OK 73102

ORANGE COUNTY TREAS. TAX COLL.
ATTN: BANKRUPTCY UNIT
PO BOX 1438
SANTA ANA, CA 92702

ORANGEBURG COUNTY TREASURER
PO BOX 9000
ORANGEBURG, SC 29116

PA DEPT OF REV.
BANKRUPTCY DIVISION
P O BOX 280946
HARRISBURG, PA 17128

PALMER, OLIVIA
348 HIGHLAND RD
PITTSBURGH, PA 15235

PASQUOTANK COUNTY TAX COLL.
PO BOX 586
ELIZABETH CITY, NC 27907

PATSY HEFFNER CFC
OSCEOLA COUNTY TAX COLL.
PO BOX 422105
KISSIMMEE, FL 34742

PAULA KARR
5738 W MORTEN AVE
GLENDALE, AZ 85301

PAYETTE COUNTY TAX COLLECTOR
1130 3RD AVE N RM 103
PAYETTE, ID 83661

PENDER COUNTY TAX COLLECTIONS
PO BOX 1047
BURGAW, NC 28425

PENNSYLVANIA DEPT OF REV.
PO BOX 280946
BANKRUPTCY DIVISION
HARRISBURG, PA 17128

PENNSYLVANIA DEPT OF REV.
BANKRUPTCY DIVISION
PO BOX 280946
HARRISBURG, PA 17128

PHYLLIS E WILLETT
PO BOX 7391
BLOOMFIELD HILLS, MI 48302

PIMA COUNTY ARIZONA
PIMA COUNTY ATTORNEYS OFFICE
32 N STONE STE 2100
GERMAN YUSUFOV ESQ
TUCSON, AZ 85701

PINAL COUNTY TREASURER
PO BOX 729
FLORENCE, AZ 85132

PINELLAS COUNTY TAX COLLECTOR
ATTN BETTY A GRAMLEY TAX MANAGER
POST OFFICE BOX 2943
CLEARWATER, FL  33757

PLANTE & MORAN PLLC
ATTN: MICHAEL A. COLELLA
27400 NORTHWESTERN HIGHWAY
PO BOX 307
SOUTHFIELD, MI  48034

POINTE COUPEE PARISH
SALES AND USE TAX DEPT
PO BOX 290
NEW ROADS, LA  70760

PONTOTOC COUNTY TREASURER
PO BOX 1808
ADA, OK  74821

PREBLE COUNTY TREASURER
PO BOX 341
EATON, OH  45320

PRINCE GEORGE'S COUNTY MARYLAND
C/O MEYERS RODBELL & ROSENBAUM PA
6801 KENILWORTH AVENUE SUITE 400
RIVERDALE, MD  20737

PUEBLO COUNTY TREASURER
215 W 10TH ST
PUEBLO, CO  81003

PUTNAM COUNTY TRUSTEE
C/O JEFFREY G JONES
PO BOX 655
COOKEVILLE, TN  38503

R I DIVISION OF TAXATION
ONE CAPITOL HILL
PROVIDENCE, RI  02908

RALPH E MURPHY
C/O KRETMAR BEATTY & SANDZA
2025 BRENTWOOD BLVD STE 20
ST LOUIS, MO  63144

RALPH V EPPERSON
G PATTERSON KEAHEY PC
ONE INDEPENDENCE PLAZA SUITE 612
BIRMINGHAM, AL  35209

RAMCO INDUSTRIES INC
2006 TOBSAL CT
WARREN, MI  48091

RANDOLPH COUNTY TAX COLLECTOR
725 MCDOWELL RD
ASHEBORO, NC  27205

RAYMOND KLASS
201 E SMITH ST
BAY CITY, MI  48706

REBECCA L SCHIEFFER
1635 N HWYW
ELSBERRY, MO  63343

REGIONAL ACCEPTANCE CORPORATION
ATTN  FLORENCE R SMOTHERMAN
108 JUDD COURT
NASHVILLE, TN  37218

REPUBLIC FINANCIAL
C/O C4 CAPITAL
2557 OUR LAND ACRES
ATT: PATRICK M CURRAN
MILFORD, MI  48381

RICHARD L CARSON
2820 COUNTRY CLUB ROAD
WINSTON SALEM, NC  27104

RICHARD MELTON INDIVIDUALLY
ATTN: BRANTLEY W WHITE
802 N CARANCAHUA, SUITE 900
SICO WHITE HOELSCHER & BRAUGH LLP
CORPUS CHRISTI, TX  78470

RICHLAND TOWNSHIP
29431 STANDLEY RD
DEFIANCE, OH  43512

RITA L SMITH
808 CORK GASCON ROAD
EDMONTON, KY  42129

RIVERSIDE COUNTY TAX COLLECTOR
ATTN ISMAEL O VARGAS
4080 LEMON ST 4TH FL
RIVERSIDE, CA  92501

ROBERT J DEIERLEIN
41 PRESTON AVE
WEST HARRISON, NY  10604

ROBERT L MCNABB
7092 GLEN OAK DR
GRAND BLANC, MI  48439

ROBERT NEHREBECKI
4332 DECLARATION CIR
BELCAMP, MD  21017

ROBERTSON COUNTY TRUSTEE
515 SOUTH BROWN STREET
SPRINGFIELD, TN  37172

ROCKDALE COUNTY TAX COMM.
PO BOX 1497
CONYERS, GA  30012

ROGER D. WIELMS
C/O THEO G PASHOS ATTRNY AT LAW
131 JEFFERSON
ST CHARLES, MO  63301

RONALD E LOVERCHECK
DAVID J RAUSCHER, P.C.
500 CHESTERFIELD CENTER, STE. 355
CHESTERFIELD, MO  63017

RONALD E LOVERCHECK
1201 HIGHLAND CIR DR
WENTZVILLE, MO  63385

ROPERS MAJESKI KOHN & BENTLEY
ATTN GEOFFREY W HEINEMAN ESQ
17 STATE STREET SUITE 2400
ATTYS FOR REMY INTERNATIONAL INC
NEW YORK, NY  10004

ROXIE CLEVENGER
C/O THE STANLEY LAW FIRM, LLC
1100 MAIN STREET, SUITE 2550
KANSAS CITY, MO  64105

ROXIE CLEVENGER
14382 W HIGHWAY
NORBORNE, MO  64668

RUDBERG LAW OFFICES LLC
2107 SIDNEY ST
PITTSBURGH, PA  15203

SACRAMENTO COUNTY TAX COLLECTOR
ATTN BANKRUPTCY
700 H STREET ROOM 1710
SACRAMENTO, CA  95814

SAGINAW COUNTY TREASURER
111 S MICHIGAN AVE
SAGINAW, MI  48602

SAINT CHARLES COUNTY GOVERNMENT
COLECTOR OF REVENUE
201 NORTH 2ND STREET SUITE 134
SAINT CHARLES COUNTY GOVERNMENT
SAINT CHARLES, MO  63301

SAKWE BALINTULO ET AL
C/O STEIG D. OLSON
11 BROADWAY SUITE 615
HAUSFELD LLP
NEW YORK, NY  10004

SALINE COUNTY TAX COLLECTOR
215 N MAIN ST STE 3
BENTON, AR  72015

SAMUEL SCRUGGS
237 MAPLE WREATH COURT
ABINGDON, MD  21009

SARASOTA COUNTY TAX COLLECTOR
101 S WASHINGTON BLVD
SARASOTA, FL  34236

SCHIEBE DAVID
SCHIEBE, DAVID
634 HURON
ROMEOVILLE, IL  60446

SCHLOTHAUER, MARK E
9937 HARFORD RD
PARKVILLE, MD  21234

SCHNADER HARRISON SEGAL & LEWIS LLP
AD HOC CMTEE CONSUMER VICTIMS OF GM
140 BROADWAY, STE 3100
ATTN  R.BARKASY, B DEUTSCH,
PHILADELPHIA, PA  19103

SCREVEN COUNTY TAX COMM.
PO BOX 86
SYLVANIA, GA  30467

SETTLEMENT AGREEMENT IN SODERS V
GENERAL MOTORS CORP & RODANAST P C
801 ESTELLE DR
ATTN JOSEPH F RODA ESQ RODANAST PC
LANCASTER, PA  17601

SHARON SUE GILBERT
9603 HAVEN FARM RD UNIT K
PERRY HALL, MD  21128

SHELBY COUNTY TRUSTEE
PO BOX 2751
MEMPHIS, TN  38101

SHENANDOAH COUNTY TAX COLL.
PO BOX 365
WOODSTOCK, VA  22664

SHERIFF OF MINGO COUNTY
PO BOX 1270
WILLIAMSON, WV  25661

SHERIFF OF WOOD COUNTY
PO BOX 1985
PARKERSBURG, WV  26102

SHIRLEY DUNBAR
461 GYPSY LN APT 66C
YOUNGSTOWN, OH  44504

SHOSHONE COUNTY
700 BANK ST STE 110
WALLACE, ID  83873

SHREVEPORT RED RIVER UTILITIES LLC
ATTN: GENERAL COUNSEL
ONE WATER STREET
WHITE PLAINS, NY  10601

SKAGIT COUNTY
SKAGIT COUNTY TREASURER
PO BOX 518
C/O LINDA PATTERSON
MOUNT VERNON, WA  98273

SMILEY, ARETHA
475 E 14 MILE RD
BIRMINGHAM, MI  48009

SMITH COUNTY TRUSTEE
JAMIE D WINKLER, BELLAR AND WINKLER
212 MAIN STREET NORTH,
CARTHAGE, TN  37030

SNOHOMISH COUNTY TREASURER
ATTN:  BANKRUPTCY OFFICER
3000 ROCKEFELLER AVE M/S 501
EVERETT, WA  98201

SPALDING COUNTY TAX COMM.
PO BOX 509
GRIFFIN, GA  30224

SPOKANE COUNTY TREASURER
PO BOX 199
SPOKANE, WA  99210

SPRING BRANCH ISD
OWEN M SONIK
1235 NORTH LOOP WEST SUITE 600
PERDUE, BRANDON, FIELDER, COLLINS
HOUSTON, TX  77008

SPRING BRANCH ISD
YOLANDA M HUMPREY
1235 NORTH LOOP WEST SUITE 600
PERDUE BRANDON FIELDER COLLINS
HOUSTON, TX  77008

ST CHARLES COUNTY COUNTY COLLECTOR
201 N 2ND ST #134
SAINT CHARLES, MO  63301

ST FRANCOIS COUNTY COLLECTOR
1 W LIBERTY
SUITE 201
FARMINGTON, MO  63640

ST JOHN THE BAPTIST PARISH TAX COLLECTOR
1801 WEST AIRLINE HIGHWAY
P O BOX 1600
LA PLACE, LA  70069

ST JOSEPH'S HEALTH CENTER
C/O LAW OFFICES OF JAY B UMANSKY
12460 OLIVE BLVD STE 118
ST LOUIS, MO  63141

ST LOUIS CO
COLLECTOR OF REVENUE
41 S CENTRAL AVENUE
CLAYTON, MO  63105

ST LOUIS CO COLLECTOR OF REVENUE
41 S CENTRAL AVENUE
CLAYTON, MO  63105

STANDEX INTERNATIONAL CORP
6 MANOR PKWY
SALEM, NH  03079

STANDISH CITY TREASURER
399 E BEAVER ST
STANDISH, MI  48658

STANLY COUNTY TAX COLLECTOR
201 S 2ND ST RM 104
ALBEMARLE, NC  28001

STATE FARM A/S/O RYAN BEECH
C/O PATRICK R GAREIS
407 SOUTH 3RD ST, STE 200
GROTEFELD & HOFFMAN LLP
GENEVA, IL  60134

STATE FARM INSURANCE CO
HANNAH COLVIN & PIPES
2051 SILVERSIDE DR STE 260
BATON ROUGE, LA  70808

STATE OF AL DEPT OF REV.
LEGAL DIVISION
P O BOX 320001
MONTGOMERY, AL  36132

STATE OF ARIZONA
ARIZONA DEQ
1275 W WASHINGTON ST
DENISE ANN FAULK
PHOENIX, AZ  85007

STATE OF CONNECTICUT DEPT OF LABOR
UNEMPLOYMENT COMPENSATION DIVISION
200 FOLLY BROOK BOULEVARD
DELINQUENT ACCOUNTS UNIT
WETHERSFIELD, CT  06109

STATE OF FLORIDA- DEPT OF REV.
C/O FREDERICK F RUDZIK
P O BOX 6668
TALLAHASSEE, FL  32314

STATE OF FLORIDA- DEPT OF REVENUE
BANKRUPTCY SECTION
POST OFFICE BOX 6668
TALLAHASSEE, FL  32314

STATE OF HAWAII DEPT OF TAX.
HAWAII STATE TAX COLL.
PO BOX 259
ATTN BANKRUPTCY UNIT (EL)
HONOLULU, HI  96809

STATE OF IOWA
IOWA DEPT OF REV.
PO BOX 10471
ATTN BANKRUPTCY UNIT
DES MOINES, IA  50306

STATE OF LOUISIANA
LA DEPT OF REV.
PO BOX 66658
BATNO ROUGE, LA  70896

STATE OF MICHIGAN
DEPARTMENT OF TREASURY
3030 W GRAND BLVD
CADILLAC PLACE STE 10-200
DETROIT, MI  48202

STATE OF MINNESOTA, DEPT OF REV.
DEPT OF REV., COLL. DIV.
PO BOX 64447
BANKRUPTCY SECTION
SAINT PAUL, MN  55164

STATE OF NEW JERSEY
PAULA DOW
PO BOX 106
RICHARD J HUGHES COMPLEX
TRENTON, NJ  08625

STATE OF NEW JERSEY
DIVISION OF TAXATION
PO BOX 245
COMPLIANCE ACTIVITY
TRENTON, NJ  08646

STOKES COUNTY TAX COLL.
PO BOX 57
DANBURY, NC  27016

STUART MAUE FIRM
ATTN JAMES P. QUINN
3840 MCKELVEY ROAD
ST LOUIS, MO  63044

SUMTER COUNTY TREASURER
PO BOX 1775
SUMTER, SC  29151

SUTTER COUNTY TAX COLLECTOR
463 2ND STREET
YUBA CITY, CA  95991

TAX COLL. OF DALLAS COUNTY AL
C/O TAMMY KING
PO BOX 987
SELMA, AL  36702

TAX COLL. SANTA ROSA COUNTY
ATTN: DELINQUENT TAX DEPT
PO BOX 7100
MILTON, FL  32572

TENNESSEE DEPT OF REV.
C/O ATTORNEY GENERAL
PO BOX 20207
NASHVILLE, TN  37202

TENNESSEE DEPT OF REV.
C/O ATTORNEY GENERAL
PO BOX 20207
NASHVILLE, TN  37202

TERENCE J CRONIN
C/O JAMES F MALONE, ATTORNEY AT LAW
8000 MARYLAND AVE STE 1000
ST LOUIS, MO  63105

TERRANCE J TICHY
C/O RICHARD L. DEMSEY CO., LPA
1350 EUCLID AVENUE, SUITE 1550
CLEVELAND, OH  44115

TERRY J HOEY
PO BOX 320921
FLINT, MI  48532

TERRY R BEREUTER
C/O ROBERT J KEEFE ATTORNEY
10 SOUTH BROADWAY STE 500
ST LOUIS, MO  63102

TERRY S FRENCH-RICE
612 N. STATE ROAD #123
DAVISON, MI  48423

TEXAS MUTUAL INSURANCE COMPANY
SUBROGATION DEPT
6210 E HWY 290
AUSTIN, TX  78723

THE CLARO GROUP LLC
ATTN DOUGLAS H DEEMS M.D.
777 S FIGUEROA STREET SUITE 4050
LOS ANGELES, CA  90017

THE GIBSON LAW FIRM
ATTY FOR KAREN AND GEORGE KAIRIS
319 WEST FRONT STREET
ATTN  ROBERT T GIBSON
MEDIA, PA  19063

THERESA BITER
C/O STEVEN M GELFMAN ESQ
133 S 11TH STREET SUITE 310
ST LOUIS, MO  63102

THERESA PARHAM
JAMES J BRISCOE
501 FIRST CAPITOL DR SUITE 2
ST CHARLES, MO  63301

THOMAS BOYD
25 N ST
PO BOX 171
REPUBLIC, PA  15475

THOMAS GENDERNALIK
6424 WINANS LAKE RD.
BRIGHTON, MI  48116

THOMPSON, CHARLES W
2018 MARTIN RD
FERNDALE, MI  48220

TIBURCIA AVALOS
19 HAPSBURG CT
PERRY HILL, MD  21234

TIFFANY WOMER
LAW OFFICE OF DONALD D ZUCCARELLO
3209 WEST END AVENUE
NASHVILLE, TN  37203

TIPPECANOE COUNTY TREASURER
20 N 3RD STREET
LAFAYETTE, IN  47901

TOBIAS EFFLER
G PATTERSON KEAHEY PC
ONE INDEPENDENCE PLAZA SUITE 612
BIRMINGHAM, AL  35209

TOMBALL INDEPENDENT SCHOOL DISTRICT
MICHAEL J DARLOW
1235 NORTH LOOP WEST SUITE 600
PERDUE BRANDON FIELDER COLLINS
HOUSTON, TX  77008

TOWN OF ELIZABETHTOWN
PO BOX 716
ELIZABETHTOWN, NC  28337

TOWN OF WILKESBORO
PO BOX 1056
WILKESBORO, NC  28697

TOWN OF WILKESBORO
203 WEST MAIN STREET
P O BOX 1056
WILKESBORO, NC  28697

TOWN OF WYTHEVILLE
PO BOX 533
WYTHEVILLE, VA  24382

TOZAMILE BOTHA, WILLIAM PETERS
S Z MALI, ET AL; NAGEL RICE LLP
103 EISENHOWER PARKWAY
ATTN DIANE E SAMMONS ESQ
ROSELAND, NJ  07068

TRANSYLVANIA COUNTY
PO BOX 747
BREVARD, NC  28712

TREASURER CITY OF DETROIT
C/O CITY OF DETROIT LAW DEPARTMENT
660 WOODWARD AVE STE 1650
ATTORNEY AT LAW
DETROIT, MI  48226

TREASURER CITY OF SAGINAW
1315 S WASHINGTON AVE
RM 105
SAGINAW, MI  48601

TREASURER OF WYTHE COUNTY
225 S 4TH ST STE 104
WYTHEVILLE, VA  24382

TYLER ISD
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
PO BOX 2007
TYLER, TX  75710

UNITIL NORTHERN UTILITIES
ATTN: BANKRUPTCY DEPT
P O BOX 2025
SPRINGFIELD, MA  01102

VALD SVEKIS
406 WOODLAND DR
SARASOTA, FL  34234

VALWOOD IMPRV, AUTHORITY
C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP
P O BOX 13430
ELIZABETH BANDA CALVO
ARLINGTON, TX  76094

VAN WERT COUNTY TREASURER
121 E MAIN ST STE 200
VAN WERT, OH  45891

VENTURA COUNTY, CALIFORNIA
ATTN: BANKRUPTCY
800 S VICTORIA AVE
C/O LAWRENCE L MATHENEY
VENTURA, CA  93009

VIRGINIA DEPT OF TAXATION
C/O TAXING AUTHORITY CON. SRV
PO BOX 2156
BANKRUPTCY COUNSEL
RICHMOND, VA  23218

VIVIAN MACK
4309 RILEA WAY APT 3
OAKLAND, CA  94605

WAKE COUNTY REV. DEPT
PO BOX 550
RALEIGH, NC  27602

WAKE COUNTY REVENUE DEPARTMENT
POST OFFICE BOX 550
RALEIGH, NC  27602

WALTON COUNTY TREASURER
303 S HAMMOND DR STE 100
MONROE, GA  30655

WANDRA GRIFFIN
1907 MARSEILLAS BLVD.
CAHOKIA, IL  62206

WARREN COUNTY COLLECTOR
LINDA STUDE
105 S MARKET ST
WARRENTON, MO  63383

WASHINGTON COUNTY TAX COLLECTOR
280 N COLLEGE AVE
STE 202
FAYETTEVILLE, AR  72701

WAYNE COUNTY TAX COLL.
PO BOX 580478
CHARLOTTE, NC  28258

WAYNE COUNTY TREASURER
400 MONROE ST, SUITE #520
DETROIT, MI  48226

WAYNE COUNTY TREASURER
401 E MAIN ST
RICHMOND, IN  47374

WELLS COUNTY TREASURER
102 W MARKET ST
STE 204 COURTHOUSE
BLUFFTON, IN  46714

WELLS FARGO BANK NORTHWEST N.A.
ATTN: CORPORATE TRUST SERVICES
299 SOUTH MAIN ST
C/O BRAD MARTIN; 12TH FLOOR
SALT LAKE CITY, UT  84111

WELLS FARGO BANK NORTHWEST N.A.
ATTN: CORPORATE TRUST SERVICES
299 SOUTH MAIN ST
C/O DEANN MADSEN; 12TH FLOOR
SALT LAKE CITY, UT  84111

WELLS FARGO BANK NORTHWEST, N.A.
ATTN: KEN KANSA
ONE SOUTH DEARBORN
C/O SIDLEY AUSTIN LLP
CHICAGO, IL  60603

WELLS FARGO EQUIPMENT FINANCE INC
C/O C4 CAPITAL
2557 OUR LAND ACRES
ATT: PATRICK M CURRAN
MILFORD, MI  48381

WEST VIRGINIA STATE TAX DIVISION
PO BOX 766
CHARLESTON, WV  25323

WHEELER COUNTY
ATTN: D'LAYNE PEEPLES
P O BOX 9132
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP
AMARILLO, TX  79105

WHITE COUNTY TRUSTEE
BRENDA C OFFICER
1 E BOCKMAN WAY
WHITE CO COURTHOUSE RM 102
SPARTA, TN  38583

WICHITA COUNTY
HAROLD LEREW
PO BOX 8188
PERDUE, BRANDON, FIELDER, COLLINS AND MOTT, LLP
WICHITA FALLS, TX  76307

WILKES COUNTY TAX COLL.
PO BOX 63029
CHARLOTTE, NC  28263

WILLIAM C SIMPSON
320 3RD ST APT 251
SPARKS, NV  89431

WILLIAM D BROOKS
ATTN: STEPHEN J STEPHENSON
780 LAKESIDE PLAZA
STEPHENSON LAW OFFICE LLC
LAKE SAINT LOUIS, MO  63367

WILLIAMS, SHERYL DENISE
3900 RAPHAEL ST
FORT WORTH, TX  76119

WILLIAMSON COUNTY TRUSTEE
C/O YOST ROBERTSON NOWAK
PO BOX 681346
WILLIAMSON COUNTY DELINQUENT TAX ATTORNEYS
FRANKLIN, TN  37068

WILMA WADE
DOBSON, GOLDBERG, BERNS & RICH, LLC
5017 WASHINGTON PLACE, 3RD FL
C/O MICHAEL C GOLDBERG
ST LOUIS, MO  63108

WILMINGTON TRUST COMPANY
ATT: LIZ BOYDSTON
2200 ROSS AVENUE, SUITE 2800
FULLBRIGHT & JAWORSKI LLP
DALLAS, TX  75201

WILSON COUNTY TAX COLL.
PO BOX 1162
WILSON, NC  27894

WJ (BO) MCALPINE
REV. COMM., MARENGO COUNTY
PO BOX 480578
LINDEN, AL  36748

WORLDS, ALICE
408 MARTIN LUTHER KING DR
MICHIGAN CITY, IN  46360

YADKIN COUNTY TAX COLL.
PO BOX 1669
YADKINVILLE, NC  27055

YAKIMA COUNTY TREASURER
PO BOX 22530
YAKIMA, WA  98907