**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
:
In re                                            :          **Chapter 11 Case No.**
:
**MOTORS LIQUIDATION COMPANY,** *et al.*,       :          **09-50026 (REG)**
        **f/k/a General Motors Corp.,** *et al.*  :
:
        **Debtors.**                           :          **(Jointly Administered)**
:
----------------------------------------------------------------x

### SUPPLEMENTAL ORDER GRANTING DEBTORS' THIRTEENTH OMNIBUS OBJECTION TO CLAIMS WITH RESPECT TO THE MISSISSIPPI ISGA CLAIMS
### (Workers' Compensation Claims)

Upon the thirteenth omnibus objection to claims, dated April 19, 2010 (the

"**Thirteenth Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a General

Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the

"**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy**

**Code**"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"),

and this Court's order approving procedures for the filing of omnibus objections to proofs of

claim filed in these chapter 11 cases (the "**Procedures Order**") [Docket No. 4180], seeking

entry of an order disallowing and expunging the Workers' Compensation Claims on the grounds

that such claims seek recovery of amounts for which the Debtors are not liable, all as more fully

described in the Thirteenth Omnibus Objection to Claims; and due and proper notice of the

Thirteenth Omnibus Objection to Claims having been provided, and it appearing that no other or

further notice need be provided; and the Mississippi Workers' Compensation Individual Self-

---

[1]     Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Thirteenth Omnibus Objection to Claims.

Insurer Guaranty Association ("**Mississippi ISGA**") having filed objections to the Thirteenth

Omnibus Objection to Claims [Docket Nos. 5799 and 5800] (the "**Objections**"); and the Court

having entered an order granting the relief requested in the Thirteenth Omnibus Objection to

Claims [Docket No. 5894] except with respect to the claims listed on **Exhibit "A"** annexed

hereto (the "**Mississippi ISGA Claims**"); and Mississippi ISGA having withdrawn its

Objections [Docket Nos. 6119 and 6122]; and the Court having found and determined that the

relief sought in the Thirteenth Omnibus Objection to Claims with respect to the Mississippi

ISGA Claims is in the best interests of the Debtors, their estates, creditors, and all parties in

interest and that the legal and factual bases set forth in the Thirteenth Omnibus Objection to

Claims establish just cause for the relief granted herein; and after due deliberation and sufficient

cause appearing therefor, it is

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit "A" annexed hereto under the heading "*Claims to be Disallowed and

Expunged*" are disallowed and expunged from the claims registry; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
        **_June 29, 2010_**


                                    **_s/ Robert E. Gerber_**
                                    United States Bankruptcy Judge