**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| **MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corp., *et al.*** | : | **09-50026 (REG)** |
| **Debtors.** | : | **(Jointly Administered)** |

**SUPPLEMENTAL ORDER GRANTING DEBTORS' FOURTEENTH OMNIBUS OBJECTION TO CLAIMS WITH RESPECT TO THE MISSISSIPPI ISGA CLAIMS**
**(Workers' Compensation Claims)**

Upon the fourteenth omnibus objection to claims, dated April 19, 2010 (the "**Fourteenth Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") [Docket No. 4180], seeking entry of an order disallowing and expunging the Workers' Compensation Claims on the grounds that such claims seek recovery of amounts for which the Debtors are not liable, all as more fully described in the Fourteenth Omnibus Objection to Claims; and due and proper notice of the Fourteenth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Mississippi Workers' Compensation Individual Self-

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Thirteenth Omnibus Objection to Claims.

Insurer Guaranty Association ("**Mississippi ISGA**") having filed objections to the Fourteenth Omnibus Objection to Claims [Docket Nos. 5801, 5803, 5804, 5805, and 5806] (the "**Objections**"); and the Court having entered an order granting the relief requested in the Fourteenth Omnibus Objection to Claims [Docket No. 5895] except with respect to the claims listed on **Exhibit "A"** annexed hereto (the "**Mississippi ISGA Claims**"); and Mississippi ISGA having withdrawn its Objections [Docket Nos. 6119 and 6122]; and the Court having found and determined that the relief sought in the Fourteenth Omnibus Objection to Claims with respect to the Mississippi ISGA Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Fourteenth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit "A" annexed hereto under the heading "*Claims to be Disallowed and Expunged*" are disallowed and expunged from the claims registry; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
***June 29, 2010***

***s/ Robert E. Gerber***
United States Bankruptcy Judge