**Fourteenth Omnibus Objection Supplement**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| ALLEN R DEAN<br>MISSISSIPPI WORKERS' COMPENSATION INDIVUAL SELF INSURER<br>GUARANTY ASSOCIATION  C/O A SPENCER GILBERT III<br>PO BOX 13187<br>JACKSON, MS 39236 | 69599 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CHARLES R WEATHERS<br>MISSISSIPPI WORKERS' COMPENSATION INDIVIDUAL SELF-INSURER<br>GUARANTY ASSOCIATION C/O A SPENCER GILBERT III<br>PO BOX 13187<br>JACKSON, MS 39236 | 69594 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROBYN F BOWIE<br>MISSISSIPPI WORKERS' COMPENSATION INDIVIDUAL SELF-INSURER<br>GUARANTY ASSOCIATION C/O A SPENCER GILBERT III<br>PO BOX 13187<br>JACKSON, MS 39236 | 69596 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SANDRA S JONES<br>MISSISSIPPI WORKERS' COMPENSATION INDIVIDUAL SELF-INSURER<br>GUARANTY ASSOCIATION C/O A SPENCER GILBERT III<br>PO BOX 13187<br>JACKSON, MS 39236 | 69598 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Fourteenth Omnibus Objection Supplement**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SHEILA A COLEMAN<br>MISSISSIPPI WORKERS' COMPENSATION INDIVIDUAL SELF-INSURER<br>GUARANTY ASSOCIATION C/O A SPENCER GILBERT III<br>PO BOX 13187<br>JACKSON, MS 39236 | 69595 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| **Claims to be Disallowed and Expunged Totals** | **5** | | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 2