UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

:

In re                                          :        Chapter 11 Case No.

                                               :

MOTORS LIQUIDATION COMPANY, *et al.*,          :        09-50026 (REG)
    f/k/a General Motors Corp., *et al.*           :

                                               :

               Debtors.        :        (Jointly Administered)

                                               :

-------------------------------------------------------------------x

## ORDER GRANTING DEBTORS' SIXTEENTH OMNIBUS OBJECTION TO CLAIMS
### (Satisfied Tax Claims)

Upon the sixteenth omnibus objection to claims, dated May 27, 2010 (the

"**Sixteenth Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a

General Motors Corporation) and its affiliated debtors, as debtors in possession

(collectively, the "**Debtors**"), pursuant to section 502(b) of title 11, United States Code

(the "**Bankruptcy Code**"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**"), and this Court's order approving procedures for the filing of

omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures**

**Order**") [Docket No. 4180], seeking entry of an order disallowing and expunging the

Satisfied Tax Claims on the grounds that each Satisfied Tax Claim is for a tax obligation

for which the Debtors have no liability, all as more fully described in the Sixteenth

Omnibus Objection to Claims; and due and proper notice of the Sixteenth Omnibus

Objection to Claims having been provided, and it appearing that no other or further notice

---

[1]     Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Sixteenth Omnibus Objection to Claims.

need be provided; and the Court having found and determined that the relief sought in the

Sixteenth Omnibus Objection to Claims is in the best interests of the Debtors, their

estates, creditors, and all parties in interest and that the legal and factual bases set forth in

the Sixteenth Omnibus Objection to Claims establish just cause for the relief granted

herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Sixteenth Omnibus Objection

to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the

claims listed on **Exhibit "A"** annexed hereto under the heading *"Claims to be Disallowed

and Expunged"* are disallowed and expunged; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on

the validity, allowance, or disallowance of, and all rights to object on any basis are

expressly reserved with respect to, (i) any claim listed on Exhibit "A" annexed to the

Sixteenth Omnibus Objection to claims under the heading *"Claims to be Disallowed and

Expunged"* that is not listed on Exhibit "A" annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine

all matters arising from or related to this Order.

Dated: New York, New York
        June 29 , 2010

                                        s/ Robert E. Gerber
                                        United States Bankruptcy Judge

2

# Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| BERKELEY COUNTY TAX COLLECTOR<br>PO BOX 6122<br><br>MONCKS CORNER, SC 29461 | 31132 | Motors Liquidation Company | $14,325.36<br>$0.00<br>$0.00<br>$0.00<br>$14,325.36 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Satisfied During the Case | Pgs. 1-5 |
| BUTLER COUNTY TREASURER<br>315 HIGH STREET<br>10TH FL<br>HAMILTON, OH 45011 | 7646 | Motors Liquidation Company | | | Satisfied During the Case | Pgs. 1-5 |
| | | | Unliquidated | | | |
| CITY OF ALEXANDRIA, VIRGINIA<br>REVENUE DIVISION<br>ATTN MICHELE M HARLOW<br>PO BOX 178<br>ALEXANDRIA, VA 22313 | 788 | Motors Liquidation Company | $586.96<br>$0.00<br>$6,178.51<br>$197.16<br>$6,962.63 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Satisfied During the Case | Pgs. 1-5 |
| | | | Unliquidated | | | |
| CITY OF NEW BERN TAX COLLECTOR<br>CITY OF NEW BERN<br>PO BOX 1129<br>NEW BERN, NC 28563 | 7825 | Motors Liquidation Company | $53.19<br>$0.00<br>$0.00<br>$0.00<br>$53.19 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Satisfied During the Case | Pgs. 1-5 |
| CITY OF STERLING HEIGHTS<br>CITY OF STERLING HEIGHTS TREASURER<br>40555 UTICA ROAD<br>PO BOX 8009<br>STERLING HEIGHTS, MI 48311 | 62845 | Motors Liquidation Company | $7,398.59<br>$0.00<br>$0.00<br>$0.00<br>$7,398.59 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Satisfied During the Case | Pgs. 1-5 |
| CITY OF WAUKESHA TREASURER<br>201 DELAFIELD STREET<br><br>WAUKESHA, WI 53188 | 2676 | Motors Liquidation Company | $0.00<br>$0.00<br>$2,722.52<br>$0.00<br>$2,722.52 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Satisfied During the Case | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixteenth Omnibus Objection

# Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| COFFEY COUNTY TREASURER<br>110 S 6TH ST STE 203<br><br>BURLINGTON, KS 66839 | 33010 | Motors Liquidation Company | S95.68  (S)<br><br>S0.00  (A)<br><br>S0.00  (P)<br><br>S0.00  (U)<br><br>S95.68  (T) | Satisfied During the Case | Pgs. 1-5 |
| CUYAHOQA COUNTY TREASURER<br>1219 ONTARIO STREET<br>ROOM 112 - ATTN MARK CAMPBELL<br>CLEVELAND, OH 44113 | 67544 | Motors Liquidation Company | Unliquidated | Satisfied During the Case | Pgs. 1-5 |
| DECATUR COUNTY TRUSTEE<br>PO BOX 488<br><br>DECATURVILLE, TN 38329 | 69966 | Motors Liquidation Company | S12.00  (S)<br><br>S0.00  (A)<br><br>S0.00  (P)<br><br>S0.00  (U)<br><br>S12.00  (T) | Satisfied During the Case | Pgs. 1-5 |
| DOUGLAS COUNTY GEORGIA<br>ATTN  LEGAL OFFICER / BANKRUPTCY DEPT<br>PO BOX 1177<br>TAX COMMISIONER<br>DOUGLASVILLE, GA 30133 | 68982 | Motors Liquidation Company | Unliquidated | Satisfied During the Case | Pgs. 1-5 |
| FAYETTE COUNTY TREASURER<br>133 S MAIN ST RM 304<br><br>WASHINGTON COURT HOUSE, OH 43160 | 69629 | Remediation And Liability Management Company, Inc. | Unliquidated | Satisfied During the Case | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixteenth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| GARLAND COUNTY TAX COLLECTOR ATTN: REBECCA DODD-TALBERT 200 WOODBINE - ROOM 108 HOT SPRINGS, AR 71901 UNITED STATES OF AMERICA | 6984 | Motors Liquidation Company | Unliquidated | Satisfied During the Case | Pgs. 1-5 |
| GASTON COUNTY TAX COLLECTOR PO BOX 580326 CHARLOTTE, NC 28258 | 10618 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $3,027.09  (P) $0.00  (U) $3,027.09  (T) | Satisfied During the Case | Pgs. 1-5 |
| GOOCHLAND COUNTY TREASURER PO BOX 188 GOOCHLAND, VA 23063 | 1689 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $293.28  (P) $0.00  (U) $293.28  (T) | Satisfied During the Case | Pgs. 1-5 |
| IDAHO STATE TAX COMMISSION BANKRUPTCY UNIT PO BOX 36 BOISE, ID 83722 | 21022 | Motors Liquidation Company | Unliquidated | Satisfied During the Case | Pgs. 1-5 |
| ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY 33 SOUTH STATE STREET CHICAGO, IL 60603 | 65905 | Motors Liquidation Company | Unliquidated | Satisfied During the Case | Pgs. 1-5 |
| JEFFERSON COUNTY TRUSTEE PO BOX 38 DANDRIDGE, TN 37725 | 823 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $17.00  (P) $0.00  (U) $17.00  (T) | Satisfied During the Case | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 3

# Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| KNOX COUNTY TRUSTEE<br>ATTN: LEGAL OFFICER / BANKRUPTCY DEPT.<br>PO BOX 70<br>KNOXVILLE, TN 37901 | 4229 | Motors Liquidation Company | $74,940.00<br>$0.00<br>$0.00<br>$0.00<br>$74,940.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Satisfied During the Case | Pgs. 1-5 |
| LA PAZ COUNTY TREASURER<br>1112 S JOSHUA AVE STE 203<br>PARKER, AZ 85344 | 4616 | Motors Liquidation Company | $0.00<br>$0.00<br>$84.00<br>$0.00<br>$84.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Satisfied During the Case | Pgs. 1-5 |
| LAWRENCE COUNTY TRUSTEE<br>240 W GAINES ST STE 3<br>LAWRENCEBURG, TN 38464 | 69763 | Motors Liquidation Company | $0.00<br>$0.00<br>$32.00<br>$0.00<br>$32.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Satisfied During the Case | Pgs. 1-5 |
| LAWRENCE COUNTY TRUSTEE<br>240 W GAINES ST STE 3<br>LAWRENCEBURG, TN 38464 | 69764 | Motors Liquidation Company | $0.00<br>$0.00<br>$5,623.00<br>$0.00<br>$5,623.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Satisfied During the Case | Pgs. 1-5 |
| LAWRENCE COUNTY TRUSTEE<br>240 W GAINES ST STE 3<br>LAWRENCEBURG, TN 38464 | 69765 | Motors Liquidation Company | $0.00<br>$0.00<br>$2,855.00<br>$0.00<br>$2,855.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Satisfied During the Case | Pgs. 1-5 |
| LOGAN COUNTY TREASURER<br>100 S MADRIVER ST RM 104<br>BELLEFONTAINE, OH 43311 | 3724 | Motors Liquidation Company | | | Satisfied During the Case | Pgs. 1-5 |

Unliquidated

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

# Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| MADISON COUNTY COLLECTOR<br>1 COURT HOUSE SQ<br><br>FREDERICKTOWN, MO 63645 | 5726 | Motors Liquidation Company | $0.00<br>$0.00<br>$32.76<br>$0.00<br>$32.76 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Satisfied During the Case | Pgs. 1-5 |
| MIAMI COUNTY TREASURER<br>201 W MAIN ST<br>SAFETY BUILDING<br>TROY, OH 45373 | 62857 | Motors Liquidation Company | Unliquidated | | Satisfied During the Case | Pgs. 1-5 |
| MISSISSIPPI STATE TAX COMMISSION<br>BANKRUPTCY SECTION<br>PO BOX 22808<br>JACKSON, MS 39225 | 979 | Motors Liquidation Company | $0.00<br>$0.00<br>$50,185.00<br>$6,022.20<br>$56,207.20 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Satisfied During the Case | Pgs. 1-5 |
| NYS DEPT OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205 | 1055 | MLC of Harlem, Inc. | $0.00<br>$0.00<br>$0.00<br>$28,695.01<br>$28,695.01 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Satisfied During the Case | Pgs. 1-5 |
| ORANGEBURG COUNTY TREASURER<br>PO BOX 9000<br><br>ORANGEBURG, SC 29116 | 28017 | Motors Liquidation Company | Unliquidated | | Satisfied During the Case | Pgs. 1-5 |
| PASQUOTANK COUNTY TAX COLLECTOR<br>PO BOX 586<br><br>ELIZABETH CITY, NC 27907 | 7298 | Motors Liquidation Company | $0.00<br>$0.00<br>$68.24<br>$0.00<br>$68.24 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Satisfied During the Case | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixteenth Omnibus Objection

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| ROBERTSON COUNTY TRUSTEE<br>515 SOUTH BROWN STREET<br><br>SPRINGFIELD, TN 37172 | 70087 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$4.00  (P)<br>$0.00  (U)<br>$4.00  (T) | Satisfied During the Case | Pgs. 1-5 |
| ROBERTSON COUNTY TRUSTEE<br>515 SOUTH BROWN STREET<br><br>SPRINGFIELD, TN 37172 | 70088 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$12,447.00  (P)<br>$0.00  (U)<br>$12,447.00  (T) | Satisfied During the Case | Pgs. 1-5 |
| ROBERTSON COUNTY TRUSTEE<br>515 SOUTH BROWN STREET<br><br>SPRINGFIELD, TN 37172 | 70089 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$36.00  (P)<br>$0.00  (U)<br>$36.00  (T) | Satisfied During the Case | Pgs. 1-5 |
| ROBERTSON COUNTY TRUSTEE<br>515 SOUTH BROWN STREET<br><br>SPRINGFIELD, TN 37172 | 70090 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$22.00  (P)<br>$0.00  (U)<br>$22.00  (T) | Satisfied During the Case | Pgs. 1-5 |
| ROBERTSON COUNTY TRUSTEE<br>515 SOUTH BROWN STREET<br><br>SPRINGFIELD, TN 37172 | 70091 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$571.00  (P)<br>$0.00  (U)<br>$571.00  (T) | Satisfied During the Case | Pgs. 1-5 |
| ROBERTSON COUNTY TRUSTEE<br>515 SOUTH BROWN STREET<br><br>SPRINGFIELD, TN 37172 | 70092 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$290.00  (P)<br>$0.00  (U)<br>$290.00  (T) | Satisfied During the Case | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixteenth Omnibus Objection

# Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SAGINAW COUNTY TREASURER<br>111 S MICHIGAN AVE<br><br>SAGINAW, MI 48602 | 19001 | Motors Liquidation Company | $356.41  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$356.41  (T) | Satisfied During the Case | Pgs. 1-5 |
| SAGINAW COUNTY TREASURER<br>111 S MICHIGAN AVE<br><br>SAGINAW, MI 48602 | 19002 | Motors Liquidation Company | $14.41  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$14.41  (T) | Satisfied During the Case | Pgs. 1-5 |
| SCREVEN COUNTY TAX COMMISSIONER<br>PO BOX 86<br><br>SYLVANIA, GA 30467 | 69770 | Motors Liquidation Company | Unliquidated | Satisfied During the Case | Pgs. 1-5 |
| SCREVEN COUNTY TAX COMMISSIONER<br>PO BOX 86<br><br>SYLVANIA, GA 30467 | 21019 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$252.57  (P)<br>$0.00  (U)<br>$252.57  (T) | Satisfied During the Case | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixteenth Omnibus Objection

# Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br><br>MEMPHIS, TN 38101 | 69984 | Motors Liquidation Company | $16.24  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$16.24  (T) | Satisfied During the Case | Pgs. 1-5 |
| SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br><br>MEMPHIS, TN 38101 | 69985 | Motors Liquidation Company | $4,093.17  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$4,093.17  (T) | Satisfied During the Case | Pgs. 1-5 |
| SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br><br>MEMPHIS, TN 38101 | 69990 | Motors Liquidation Company | $7.24  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$7.24  (T) | Satisfied During the Case | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixteenth Omnibus Objection

# Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| ST LOUIS CO<br>COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br>CLAYTON, MO 63105 | 682 | Motors Liquidation Company | $0.00<br>$0.00<br>$232.79<br>$0.00<br>$232.79 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Satisfied During the Case | Pgs. 1-5 |
| ST LOUIS CO<br>COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br>CLAYTON, MO 63105 | 683 | Motors Liquidation Company | $0.00<br>$0.00<br>$62.55<br>$0.00<br>$62.55 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Satisfied During the Case | Pgs. 1-5 |
| ST LOUIS CO<br>COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br>CLAYTON, MO 63105 | 709 | Motors Liquidation Company | $0.00<br>$0.00<br>$30.79<br>$0.00<br>$30.79 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Satisfied During the Case | Pgs. 1-5 |
| ST LOUIS CO<br>COLLECTOR OF REVENUE<br>41 S CENTRAL AVE<br>CLAYTON, MO 63105 | 21075 | Motors Liquidation Company | $0.00<br>$0.00<br>$4,361.70<br>$0.00<br>$4,361.70<br><br>Unliquidated | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Satisfied During the Case | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 9

Sixteenth Omnibus Objection

**Exhibit A**

<u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| ST LOUIS CO COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br><br>CLAYTON, MO 63105 | 684 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$26.91 (P)<br>$0.00 (U)<br>$26.91 (T) | | Satisfied During the Case | Pgs. 1-5 |
| ST LOUIS CO COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br><br>CLAYTON, MO 63105 | 685 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$26.42 (P)<br>$0.00 (U)<br>$26.42 (T) | | Satisfied During the Case | Pgs. 1-5 |
| ST LOUIS CO COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br><br>CLAYTON, MO 63105 | 686 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$20.64 (P)<br>$0.00 (U)<br>$20.64 (T) | | Satisfied During the Case | Pgs. 1-5 |
| ST LOUIS CO COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br><br>CLAYTON, MO 63105 | 687 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$17.74 (P)<br>$0.00 (U)<br>$17.74 (T) | | Satisfied During the Case | Pgs. 1-5 |
| ST LOUIS CO COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br><br>CLAYTON, MO 63105 | 688 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$71.50 (P)<br>$0.00 (U)<br>$71.50 (T) | | Satisfied During the Case | Pgs. 1-5 |
| ST LOUIS CO COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br><br>CLAYTON, MO 63105 | 689 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$36.12 (P)<br>$0.00 (U)<br>$36.12 (T) | | Satisfied During the Case | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixteenth Omnibus Objection                          **Exhibit A**                          <u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| ST LOUIS CO COLLECTOR OF REVENUE 41 S CENTRAL AVENUE CLAYTON, MO 63105 | 690 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$28.04  (P)<br>$0.00  (U)<br>$28.04  (T) | Satisfied During the Case | Pgs. 1-5 |
| ST LOUIS CO COLLECTOR OF REVENUE 41 S CENTRAL AVENUE CLAYTON, MO 63105 | 691 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$69.39  (P)<br>$0.00  (U)<br>$69.39  (T) | Satisfied During the Case | Pgs. 1-5 |
| ST LOUIS CO COLLECTOR OF REVENUE 41 S CENTRAL AVENUE CLAYTON, MO 63105 | 694 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$22.61  (P)<br>$0.00  (U)<br>$22.61  (T) | Satisfied During the Case | Pgs. 1-5 |
| ST LOUIS CO COLLECTOR OF REVENUE 41 S CENTRAL AVENUE CLAYTON, MO 63105 | 696 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$25.22  (P)<br>$0.00  (U)<br>$25.22  (T) | Satisfied During the Case | Pgs. 1-5 |
| ST LOUIS CO COLLECTOR OF REVENUE 41 S CENTRAL AVENUE CLAYTON, MO 63105 | 697 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$26.29  (P)<br>$0.00  (U)<br>$26.29  (T) | Satisfied During the Case | Pgs. 1-5 |
| ST LOUIS CO COLLECTOR OF REVENUE 41 S CENTRAL AVENUE CLAYTON, MO 63105 | 700 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$33.53  (P)<br>$0.00  (U)<br>$33.53  (T) | Satisfied During the Case | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixteenth Omnibus Objection

**Exhibit A**

<u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| ST LOUIS CO COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br><br>CLAYTON, MO 63105 | 701 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$25.10  (P)<br>$0.00  (U)<br>$25.10  (T) | Satisfied During the Case | Pgs. 1-5 |
| ST LOUIS CO COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br><br>CLAYTON, MO 63105 | 705 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$63.91  (P)<br>$0.00  (U)<br>$63.91  (T) | Satisfied During the Case | Pgs. 1-5 |
| ST LOUIS CO COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br><br>CLAYTON, MO 63105 | 707 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$20.90  (P)<br>$0.00  (U)<br>$20.90  (T) | Satisfied During the Case | Pgs. 1-5 |
| ST LOUIS CO COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br><br>CLAYTON, MO 63105 | 708 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$21.82  (P)<br>$0.00  (U)<br>$21.82  (T) | Satisfied During the Case | Pgs. 1-5 |
| ST LOUIS COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br><br>CLAYTON, MO 63105 | 703 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$23.19  (P)<br>$0.00  (U)<br>$23.19  (T) | Satisfied During the Case | Pgs. 1-5 |
| STOKES COUNTY TAX COLLECTOR<br>PO BOX 57<br><br>DANBURY, NC 27016 | 69789 | Motors Liquidation Company | Unliquidated | Satisfied During the Case | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 12

# Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| TOWN OF ELIZABETHTOWN<br>PO BOX 716<br><br>ELIZABETHTOWN, NC 28337 | 2746 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$29.69  (U)<br>$29.69  (T) | Satisfied During the Case | Pgs. 1-5 |
| VAN WERT COUNTY TREASURER<br>121 E MAIN ST STE 200<br><br>VAN WERT, OH 45891 | 8809 | Motors Liquidation Company | Unliquidated | Satisfied During the Case | Pgs. 1-5 |
| Claims to be Disallowed and Expunged Totals | 66 | | $101,899.25  (S)<br>$0.00  (A)<br>$89,988.13  (P)<br>$34,944.06  (U)<br>$226,831.44  (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.