| Seventeenth Omnibus Objection | | Exhibit A | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- |
| | | | | Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| ALDINE INDEPENDENT SCHOOL DISTRICT TAX OFFICE 14909 ALDINE WESTFIELD RD HOUSTON, TX 77032 | 14179 | Motors Liquidation Company | $498.39  (S) $0.00  (A) $0.00  (P) $0.00  (U) $498.39  (T) Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ASSUMPTION PARISH SALES TAX DEPARTMENT PO BOX B NAPOLEONVILLE, LA 70390 | 7233 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $5,000.00  (P) $0.00  (U) $5,000.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| AYERSVILLE LOCAL SCHOOL DISTRICT RYAN LAFLAMME 1714 W GALBRAITH RD CINCINNATI, OH 45239 | 36504 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $171,653.97  (U) $171,653.97  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF BIRMINGHAM REVENUE DIVISION 710 NORTH 20TH STREET ROOM TL-100 CITY HALL BIRMINGHAM, AL 35203 | 1395 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $6,917.53  (P) $0.00  (U) $6,917.53  (T) Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF CHARLESTON CITY COLLECTORS OFFICE 915 QUARRIER ST. SUITE 4 CHARLESTON, WV 25301 | 2701 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $11,766.22  (P) $0.00  (U) $11,766.22  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF FLINT ATTN: DIRECTOR, LEGAL DEPARTMENT CITY HALL 1101 S SAGINAW ST FLINT, MI 48502 | 69767 | Motors Liquidation Company | $6,994,050.52  (S) $0.00  (A) $0.00  (P) $1,942,733.51  (U) $8,936,784.03  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Seventeenth Omnibus Objection | | **Exhibit A** | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| CITY OF GLENWOOD SPRINGS<br>ATTN: LEGAL OFFICER / BANKRUPTCY DEPT.<br>PO BOX 458<br>GLENWOOD SPRINGS, CO 81602 | 7545 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$242.55 (P)<br>$0.00 (U)<br>$242.55 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF LOS ANGELES, OFFICE OF FINANCE<br>LOS ANGELES CITY ATTORNEYS OFFICE<br>ATTN: WENDY LOO<br>200 NORTH MAIN ST SUITE 920<br>LOS ANGELES, CA 90012 | 69218 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$2,712.57 (P)<br>$0.00 (U)<br>$2,712.57 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CLEVELAND COUNTY TAX COLLECTOR<br>PO BOX 370<br>SHELBY, NC 28151 | 11290 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$54.22 (P)<br>$0.00 (U)<br>$54.22 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| COFFEE COUNTY REVENUE COMMISSIONER<br>PO BOX 311606<br>ENTERPRISE, AL 36331 | 3676 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$5,435.23 (P)<br>$0.00 (U)<br>$5,435.23 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| COMMONWEALTH OF VIRGINIA DEPARTMENT OF TAXATION<br>C/O TAXING AUTHORITY CONSULTING SERVICES PC<br>PO BOX 71476<br>RICHMOND, VA 23255 | 28116 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$2,000.00 (P)<br>$0.00 (U)<br>$2,000.00 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Seventeenth Omnibus Objection | | **Exhibit A** | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| CUMBERLAND COUNTY TAX COLLECTOR<br>PO BOX 449<br><br>FAYETTEVILLE, NC 28302<br>UNITED STATES OF AMERICA | 38839 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$491.91 (P)<br>$0.00 (U)<br>$491.91 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DELAWARE DIVISION OF REVENUE<br>820 NORTH FRENCH ST, 8TH FLOOR<br>WILMINGTON, DE 19801 | 870 | MLCS, LLC | $0.00 (S)<br>$0.00 (A)<br>$20.10 (P)<br>$0.20 (U)<br>$20.30 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DISTRICT OF COLUMBIA TREASURY<br>GOV'T OF THE DISTRICT OF COLUMBIA<br>OFFICE OF TAX AND REVENUE<br>PO BOX 37559<br>WASHINGTON, DC 20013 | 733 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$130,957.55 (P)<br>$16,634.99 (U)<br>$147,592.54 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812 | 20068 | MLCS Distribution Corporation | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812 | 70154 | MLCS, LLC | $60,707.00 (S)<br>$0.00 (A)<br>$2,831.00 (P)<br>$0.00 (U)<br>$63,538.00 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Seventeenth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812 | 70155 | Motors Liquidation Company | $1,315,848.34 (S)<br>$0.00 (A)<br>$517,632.66 (P)<br>$0.00 (U)<br>$1,833,481.00 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812 | 60004 | MLCS, LLC | $39,309.39 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$39,309.39 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FRANKLIN CITY TREASURER<br>PO BOX 179<br>FRANKLIN, VA 23851 | 11854 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$217.31 (P)<br>$0.00 (U)<br>$217.31 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GARVIN COUNTY TREASURER<br>201 WEST GRANT<br>PAULS VALLEY, OK 73075 | 65844 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$255.00 (U)<br>$255.00 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>BANKRUPTCY SECTION<br>PO BOX 161108<br>ATLANTA, GA 30321 | 61185 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$12,664.20 (P)<br>$1,074.93 (U)<br>$13,739.13 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ILLINOIS DEPARTMENT OF REVENUE<br>ATTN LISA MADIGAN ATTORNEY GENERAL<br>REVENUE LITIGATION<br>100 W RANDOLPH ST LEVEL 7-425<br>CHICAGO, IL 60601 | 44006 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$56.98 (P)<br>$75.00 (U)<br>$131.98 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Seventeenth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| ILLINOIS DEPARTMENT OF REVENUE<br>ATTN LISA MADIGAN ATTORNEY GENERAL<br>REVENUE LITIGATION<br>100 W RANDOLPH ST LEVEL 7-425<br>CHICAGO, IL 60601 | 44007 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$2,747.45 (P)<br>$31.38 (U)<br>$2,778.83 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| INDIANA DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION N-240<br>100 NORTH SENATE AVENUE<br>INDIANAPOLIS, IN 46204 | 1452 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$11,265.01 (P)<br>$1,078.47 (U)<br>$12,343.48 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| INDIANA DEPARTMENT OF STATE REVENUE<br>ATTN CAROL LUSHELL<br>BANKRUPTCY SECTION<br>100 N SENATE AVE ROOM N203<br>INDIANAPOLIS, IN 46204 | 1461 | Motors Liquidation Company | $0.00 (S)<br>$10,317.21 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$10,317.21 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| IREDELL COUNTY TAX COLLECTOR<br>PO BOX 1027<br>STATESVILLE, NC 28687 | 17335 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$12,839.13 (P)<br>$0.00 (U)<br>$12,839.13 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KENTUCKY DEPARTMENT OF REVENUE<br>LEGAL BRANCH - BANKRUPTCY SECTION<br>ATTN LEANNE WARREN<br>PO BOX 5222<br>FRANKFORT, KY 40602 | 70274 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$2,362,373.64 (P)<br>$450,629.78 (U)<br>$2,813,003.42 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KENTUCKY DEPARTMENT OF REVENUE<br>LEGAL BRANCH - BANKRUPTCY SECTION<br>ATTN LEANNE WARREN<br>PO BOX 5222<br>FRANKFORT, KY 40602 | 70227 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$2,362,373.64 (P)<br>$450,629.78 (U)<br>$2,813,003.42 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Seventeenth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| LYNDA HALL, TAX COLLECTOR<br>MADISON COUNTY COURTHOUSE<br>100 NORTHSIDE SQUARE<br>HUNTSVILLE, AL 35801 | 14906 | Motors Liquidation Company | $0.00 (S)<br>$34,601.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$34,601.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MADISON COUNTY TAX COLLECTOR<br>PO BOX 351<br>MARSHALL, NC 28753 | 70269 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$187.70 (P)<br>$0.00 (U)<br>$187.70 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MAURY COUNTY TRUSTEE<br>ONE PUBLIC SQUARE<br>COLUMBIA, TN 38401<br>UNITED STATES OF AMERICA | 67120 | MLCS, LLC | $2,250,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,250,000.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MISSOURI DEPARTMENT OF REVENUE<br>PO BOX 475<br>JEFFERSON CITY, MO 65105 | 267 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$7,447.92 (P)<br>$367.31 (U)<br>$7,815.23 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MISSOURI DEPARTMENT OF REVENUE<br>PO BOX 475<br>JEFFERSON CITY, MO 65105 | 268 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$10,408.11 (P)<br>$1,538.87 (U)<br>$11,946.98 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MISSOURI DEPARTMENT OF REVENUE<br>PO BOX 475<br>JEFFERSON CITY, MO 65105 | 500 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$124,648.46 (P)<br>$415,361.01 (U)<br>$540,009.47 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Seventeenth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| MISSOURI DEPARTMENT OF REVENUE<br>ATTN YOLANDA PENDILTON<br>BOX 475<br>JEFFERSON CITY, MO 65105 | 656 | MLCS, LLC | $0.00 (S)<br>$0.00 (A)<br>$563.75 (P)<br>$27.96 (U)<br>$591.71 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| NEBRASKA DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 94818<br>LINCOLN, NE 68509 | 11339 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$3.59 (P)<br>$799.43 (U)<br>$803.02 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| NEBRASKA DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 94818<br>LINCOLN, NE 68509 | 11340 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$11,917.98 (P)<br>$0.00 (U)<br>$11,917.98 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| OKLAHOMA TAX COMMISSION<br>BANKRUPTCY SECTION<br>GENERAL COUNSEL'S OFFICE<br>120 N ROBINSON SUITE 2000<br>OKLAHOMA CITY, OK 73102 | 665 | MLCS, LLC | $0.00 (S)<br>$0.00 (A)<br>$300.00 (P)<br>$0.00 (U)<br>$300.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128 | 69930 | Motors Liquidation Company | $2,943,934.00 (S)<br>$0.00 (A)<br>$571,629.96 (P)<br>$0.00 (U)<br>$3,515,563.96 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| POINTE COUPEE PARISH<br>SALES AND USE TAX DEPT<br>PO BOX 290<br>NEW ROADS, LA 70760 | 6545 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$34.75 (P)<br>$0.00 (U)<br>$34.75 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Seventeenth Omnibus Objection | | **Exhibit A** | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| R I DIVISION OF TAXATION<br>ONE CAPITOL HILL<br>PROVIDENCE, RI 02908 | 663 | MLCS, LLC | $0.00 (S)<br>$0.00 (A)<br>$3,000.00 (P)<br>$0.00 (U)<br>$3,000.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| STATE OF ALABAMA, DEPARTMENT OF REVENUE<br>LEGAL DIVISION<br>P O BOX 320001<br>MONTGOMERY, AL 36132 | 622 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$50.00 (P)<br>$0.00 (U)<br>$50.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| STATE OF ARIZONA<br>ARIZONA DEPT OF ENVIRONMENTAL QUALITY<br>DENISE ANN FAULK<br>ASSISTANT ATTORNEYS GENERAL<br>1275 W WASHINGTON ST<br>PHOENIX, AZ 85007 | 36938 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,381.00 (U)<br>$5,381.00 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| STATE OF FLORIDA- DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>POST OFFICE BOX 6668<br>TALLAHASSEE, FL 32314 | 630 | Motors Liquidation Company | $6,653.30 (S)<br>$0.00 (A)<br>$59,127,079.66 (P)<br>$11,067,718.32 (U)<br>$70,201,451.28 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| STATE OF IOWA<br>IOWA DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 10471<br>DES MOINES, IA 50306 | 66699 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$798.12 (P)<br>$0.00 (U)<br>$798.12 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Seventeenth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| STATE OF LOUISIANA<br>LOUISIANA DEPARTMENT OF REVENUE<br>PO BOX 66658<br>BATNO ROUGE, LA 70896 | 69435 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$80,257.34 (P)<br>$0.00 (U)<br>$80,257.34 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| STATE OF MINNESOTA, DEPT OF REVENUE<br>DEPT OF REVENUE, COLLECTION DIVISION<br>BANKRUPTCY SECTION<br>PO BOX 64447 - BKY<br>SAINT PAUL, MN 55164 | 462 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$1,758,707.65 (P)<br>$0.00 (U)<br>$1,758,707.65 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON, NJ 08646 | 70230 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$1,148,159.70 (P)<br>$0.00 (U)<br>$1,148,159.70 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON, NJ 08646 | 1370 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$1,310,722.40 (P)<br>$0.00 (U)<br>$1,310,722.40 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TENNESSEE DEPARTMENT OF REVENUE<br>C/O ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN 37202 | 1036 | MLCS, LLC | $0.00 (S)<br>$0.00 (A)<br>$9,578,796.20 (P)<br>$0.00 (U)<br>$9,578,796.20 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Seventeenth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| TRANSYLVANIA COUNTY<br>PO BOX 747<br>BREVARD, NC 28712 | 4710 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$9.55 (P)<br>$0.00 (U)<br>$9.55 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TREASURER CITY OF DETROIT<br>C/O CITY OF DETROIT LAW DEPARTMENT<br>660 WOODWARD AVE STE 1650<br>DETROIT, MI 48226 | 46033 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$724,166.41 (P)<br>$0.00 (U)<br>$724,166.41 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TREASURER CITY OF DETROIT<br>C/O CITY OF DETROIT LAW DEPARTMENT<br>660 WOODWARD AVE SUITE 1650<br>DETROIT, MI 48226 | 46034 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$241,546.08 (P)<br>$0.00 (U)<br>$241,546.08 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| VIRGINIA DEPARTMENT OF TAXATION<br>C/O TAXING AUTHORITY CONSULTING SERVICES PC<br>BANKRUPTCY COUNSEL<br>PO BOX 2156<br>RICHMOND, VA 23218 | 28117 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$52,661.80 (P)<br>$0.00 (U)<br>$52,661.80 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| YADKIN COUNTY TAX COLLECTOR<br>PO BOX 1669<br>YADKINVILLE, NC 27055 | 15558 | Motors Liquidation Company | $20,155.28 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$20,155.28 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| **Claims to be Disallowed and Expunged Totals** | 55 | | $13,631,156.22 (S)<br>$44,918.21 (A)<br>$80,203,696.03 (P)<br>$14,525,990.91 (U)<br>$108,405,761.37 (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.