| Eighteenth Omnibus Objection | | **Exhibit A** | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |
|---|---|---|---|---|---|

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| ADAMS COUNTY TREASURER<br>PO BOX 869<br>BRIGHTON, CO 80601 | 70076 | Motors Liquidation Company | $102,129.65 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.30 (U)<br>$102,129.95 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ALAMANCE COUNTY TAX COLLECTOR<br>124 W ELM ST<br>GRAHAM, NC 27253 | 3071 | Motors Liquidation Company | $2,909.97 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,909.97 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ALAMEDA COUNTY TAX COLLECTOR<br>1221 OAK ST<br>OAKLAND, CA 94612 | 16774 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$4.30 (P)<br>$0.00 (U)<br>$4.30 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ALLEN COUNTY TREASURER<br>ONE EAST MAIN STREET ROOM 104<br>FORT WAYNE, IN 46802<br>UNITED STATES OF AMERICA | 6722 | MLCS, LLC | $0.00 (S)<br>$0.00 (A)<br>$719.40 (P)<br>$0.00 (U)<br>$719.40 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ALLEN COUNTY TREASURER<br>ATTN LEGAL OFFICER/BANKRUPTCY DEPT<br>PO BOX 2540<br>PERSONAL PROPERTY TAX<br>FORT WAYNE, IN 46801 | 27109 | Motors Liquidation Company | $1,284,418.30 (S)<br>$0.00 (A)<br>$1,908,859.78 (P)<br>$0.00 (U)<br>$3,193,278.08 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| AMHERST COUNTY TREASURER<br>PO BOX 449<br>AMHERST, VA 24521 | 4532 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$110.99 (P)<br>$0.00 (U)<br>$110.99 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

**Eighteenth Omnibus Objection**                                    **Exhibit A**                                    <u>**Motors Liquidation Company, et al.**</u>

**Case No. 09-50026 (REG), Jointly Administered**

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| ARLINGTON INDEPENDENT SCHOOL DISTRICT<br>ATTN: ELIZABETH BANDA CALVO<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094 | 25488 | Motors Liquidation Company | $3,670,596.06 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$3,670,596.06 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BALTIMORE COUNTY MARYLAND<br>JOHN E BEVERUNGEN COUNTY ATTORNEY<br>400 WASHINGTON AVE<br>RM 219<br>TOWSON, MD 21204 | 38935 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$15,200.90 (P)<br>$0.00 (U)<br>$15,200.90 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BARTHOLOMEW COUNTY TREASURER<br>PO BOX 1986<br>COLUMBUS, IN 47202 | 819 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$4,235.32 (P)<br>$0.00 (U)<br>$4,235.32 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BARTHOLOMEW COUNTY TREASURER<br>PO BOX 1986<br>COLUMBUS, IN 47202 | 820 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$46.36 (P)<br>$0.00 (U)<br>$46.36 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BARTHOLOMEW COUNTY TREASURER<br>PO BOX 1986<br>COLUMBUS, IN 47202 | 821 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$7,999.78 (P)<br>$0.00 (U)<br>$7,999.78 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BARTHOLOMEW COUNTY TREASURER<br>PO BOX 1986<br>COLUMBUS, IN 47202 | 822 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$27.36 (P)<br>$0.00 (U)<br>$27.36 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Eighteenth Omnibus Objection | | **Exhibit A** | | | **Motors Liquidation Company, et al.** |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| BENTON COUNTY TREASURER<br>PO BOX 630<br>620 MARKET STREET<br>PROSSER, WA 99350 | 17282 | Motors Liquidation Company | $0.00 (S)<br>$92.07 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$92.07 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BERLIN, TOWN COLLECTOR<br>240 KENSINGTON ROAD<br>BERLIN, CT 06037 | 2908 | MLCS, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,868.52 (U)<br>$1,868.52 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BLADEN COUNTY REVENUE ADMINSTRATION<br>PO BOX 385<br>ELIZABETHTOWN, NC 28337 | 69268 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$35.38 (P)<br>$0.00 (U)<br>$35.38 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BLOUNT COUNTY REVENUE COMMISSIONER<br>220 2ND AVE E STE 102<br>ONEONTA, AL 35121 | 16939 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$18.00 (U)<br>$18.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BONNEVILLE COUNTY TREASURER<br>MARK R HANSEN - TAX COLLECTOR<br>605 N CAPITAL AVE<br>IDAHO FALLS, ID 83402 | 1192 | Motors Liquidation Company | $12.78 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$12.78 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BOTETOURT COUNTY<br>PO BOX 100<br>FINCASTLE, VA 24090 | 66282 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$62,307.45 (P)<br>$0.00 (U)<br>$62,307.45 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighteenth Omnibus Objection**     **Exhibit A**     **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BOWIE CENTRAL APPRAISAL DISTRICT<br>ATTN MICHAEL REED<br>700 JEFFREY WAY STE 100<br>PO BOX 1269<br>ROUND ROCK, TX 78680 | 69156 | Motors Liquidation Company | $4,332.81 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$4,332.81 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BROWARD COUNTY REVENUE COLLECTOR<br>REVENUE COLLECTION DIVISION<br>GOVERNMENTAL CENTER ANNEX<br>ATTN: LITIGATION DEPT<br>115 S ANDREWS AVE<br>FORT LAUDERDALE, FL 33301 | 496 | Motors Liquidation Company | $410.17 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$410.17 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BRYAN COUNTY TREASURER<br>402 W EVERGREEN<br>DURANT, OK 74701 | 32752 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$115.00 (P)<br>$0.00 (U)<br>$115.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BUCHANAN COUNTY<br>PO BOX 1056<br>GRUNDY, VA 24614 | 21020 | Motors Liquidation Company | $48.03 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$48.03 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BURKBURNETT INDEPENDENT SCHOOL DISTRICT<br>ATTN HAROLD LEREW<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 8188<br>WICHITA FALLS, TX 76307 | 1181 | Motors Liquidation Company | $688.38 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$688.38 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighteenth Omnibus Objection**

**Exhibit A**

<u>Motors Liquidation Company, et al.</u>
**Case No. 09-50026 (REG), Jointly Administered**

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| BURKE COUNTY TAX COLLECTOR<br>PO BOX 219<br>MORGANTON, NC 28680 | 6176 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$2,262.21 (P)<br>$0.00 (U)<br>$2,262.21 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BURLESON COUNTY<br>ATTN: JOHN T BANKS<br>PERDUE, BRANDON, FIELDER, COLLINS, & MOTT, L L P<br>3301 NORTHLAND DR, SUITE 505<br>AUSTIN, TX 78731 | 83 | Motors Liquidation Company | $18.51 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$18.51 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BUTLER COUNTY<br>REVENUE COMMISSIONER<br>700 COURT SQUARE<br>GREENVILLE, AL 36037 | 10633 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$2,483.70 (P)<br>$0.00 (U)<br>$2,483.70 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BUTLER COUNTY TREASURER<br>205 W CENTRAL<br>EL DORADO, KS 67042 | 66277 | Motors Liquidation Company | $56.36 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$56.36 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CAMERON INDEPENDENT SCHOOL DISTRICT<br>ATTN: JOHN T BANKS<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L L P<br>3301 NORTHLAND DR, SUITE 505<br>AUSTIN, TX 78731 | 82 | Motors Liquidation Company | $21.98 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$21.98 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CAMPBELLSVILE ISD TAX COLLECTOR<br>203 NORTH COURT ST.<br>TAYLOR CTY. CT. HOUSE, 2ND FL<br>CAMPBELLSVILLE, KY 42718 | 2848 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$16.87 (U)<br>$16.87 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Eighteenth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| CARROLL COUNTY TAX COLLECTOR<br>PO BOX 432<br>BERRYVILLE, AR 72616 | 2937 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$48.05 (P)<br>$0.00 (U)<br>$48.05 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CARROLL INDEPENDENT SCHOOL DISTRICT<br>ATTN ELIZABETH BANDA CALVO<br>C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094 | 25491 | Motors Liquidation Company | $2,007.39 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,007.39 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CARTER COUNTY TREASURER<br>20 B ST SW STE 104<br>ARDMORE, OK 73401 | 20331 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$29.31 (P)<br>$0.00 (U)<br>$29.31 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CARTERET COUNTY TAX COLLECTOR<br>302 COURTHOUSE SQUARE<br>BEAUFORT, NC 28516 | 10689 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$96.90 (P)<br>$0.00 (U)<br>$96.90 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CASS COUNTY<br>ATTN DAVID HUDSON<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 2007<br>TYLER, TX 75710 | 36767 | Motors Liquidation Company | $13.54 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$13.54 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CELINA INDEPENDENT SCHOOL DISTRICT<br>C/O ELIZABTEH BANDA CALVO<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094 | 17725 | Motors Liquidation Company | $33.67 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$33.67 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Eighteenth Omnibus Objection | | **Exhibit A** | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| CENTRAL APPRAISAL DISTRICT OF TAYLOR COUNTY<br>C/O MICHAEL REED<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>700 JEFFREY WAY, SUITE 100<br>PO BOX 1269<br>ROUND ROCK, TX 78680 | 69141 | Motors Liquidation Company | $1,146.43 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,146.43 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CHAMBERS COUNTY REVENUE COMMISSIONER<br>ATTN WENDY Y WILLIAMS<br>REVENUE COMMISSIONER<br>25 LAYFAYETTE ST; STE A<br>LAFAYETTE, AL 36862 | 14125 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15.68 (U)<br>$15.68 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CHARLES COUNTY MARYLAND<br>C/O MEYERS RODBELL & ROSENBAUM PA<br>6801 KENTWORTH AVENUE SUITE 400<br>RIVERDALE, MD 20737 | 60015 | Motors Liquidation Company | $64.39 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$64.39 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CHARTER TOWNSHIP OF YPSILANTI<br>C/O RUTH ANN JANNICK TREASURER<br>7200 S HURON RIVER DR<br>YPSILANTI, MI 48197 | 65727 | Motors Liquidation Company | $1,044,314.54 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,044,314.54 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CHATHAM COUNTY TAX COMMISSIONER<br>P O BOX 8324<br>SAVANNAH, GA 31412 | 557 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$405.98 (P)<br>$0.00 (U)<br>$405.98 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Eighteenth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| CHERRY COUNTY TREASURER<br>PO BOX 290<br>VALENTINE, NE 69201 | 19207 | Motors Liquidation Company | $14.54 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$14.54 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CHEYENE COUNTY TREASURER<br>PO BOX 217<br>SIDNEY, NE 69162 | 19809 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$17.94 (P)<br>$0.00 (U)<br>$17.94 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY & COUNTY OF SAN FRANCISCO<br>C/O CITY & COUNTY OF SAN FRANCISCO TAX COLLECTOR<br>BUREAU OF DELINQUENT REVENUE / BANKRUPTCY UNIT<br>PO BOX 7426<br>SAN FRANCISCO, CA 94120 | 22143 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$13,503.71 (P)<br>$0.00 (U)<br>$13,503.71 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY AND COUNTY OF DENVER / TREASURY<br>ATTN KAREN KATROS BANKRUPTCY ANALYST<br>201 W COLFAX AVENUE DEPARTMENT 1001<br>DENVER, CO 80202 | 70175 | Motors Liquidation Company | $21,007.97 (S)<br>$0.00 (A)<br>$21,007.97 (P)<br>$0.00 (U)<br>$42,015.94 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF ATHENS<br>MICHAEL L KEITH, BRAD HARRIS<br>PO BOX 849<br>ATHENS, TN 37371 | 12993 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$19,263.00 (P)<br>$0.00 (U)<br>$19,263.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF ATHENS<br>ATTN MICHAEL L KEITH, BRAD HARRIS<br>PO BOX 849<br>ATHENS, TN 37371 | 12994 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$113.00 (P)<br>$0.00 (U)<br>$113.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | Exhibit A | | | |
|---|---|---|---|---|---|
| Eighteenth Omnibus Objection | | | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| CITY OF ATHENS<br>ATTN MICHAEL L KEITH, BRAD HARRIS<br>PO BOX 849<br>ATHENS, TN 37371 | 12995 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$6.00 (P)<br>$0.00 (U)<br>$6.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF ATHENS<br>ATTN MICHAEL L KEITH, BRAD HARRIS<br>PO BOX 849<br>ATHENS, TN 37371 | 12996 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$158.00 (P)<br>$0.00 (U)<br>$158.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF BURLINGTON TAX DEPT<br>PO BOX 1358<br>BURLINGTON, NC 27216 | 7664 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,806.39 (U)<br>$2,806.39 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF CLEBURNE<br>C/O ELIZABETH BANDA CALVO<br>PERDUE, BRANDON, FIELDER, COLLINS AND MOTT, LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094 | 17729 | Motors Liquidation Company | $600.82 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$600.82 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF CLEVELAND TENNESSEE<br>C/O OFFICE OF CITY CLERK<br>PO BOX 1519<br>CLEVELAND, TN 37364 | 9853 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$43.00 (P)<br>$0.00 (U)<br>$43.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF DANVILLE<br>DIVISION OF CENTRAL COLLECTION<br>PO BOX 3308<br>P/P TAX<br>DANVILLE, VA 24543 | 33551 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$693.13 (P)<br>$0.00 (U)<br>$693.13 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Eighteenth Omnibus Objection                     **Exhibit A**                                      Motors Liquidation Company, et al.
                                                                                                     Case No. 09-50026 (REG), Jointly Administered

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| CITY OF DENTON<br>C/O SAWKO & BURROUGHS PC<br>1100 DALLAS DRIVE STE 100<br>DENTON, TX 76205 | 7654 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$7.72  (P)<br>$0.00  (U)<br>$7.72  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF ENNIS<br>ATTN: ELIZABETH BANDA CALVO<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT LLP<br>4025 WOODLAND PARK BLVD, SUITE 300<br>ARLINGTON, TX 76013 | 490 | Motors Liquidation Company | $167.08  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$167.08  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF FLINT<br>ATTN DIRECTOR LEGAL DEPARTMENT<br>CITY HALL<br>1101 S SAGINAW ST<br>FLINT, MI 48502 | 70275 | Motors Liquidation Company | $267,189.42  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$267,189.42  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF FRANKLIN TAX COLLECTOR<br>YOST ROBERTSON NOWAK, PLLC<br>SPECIAL COUNSEL, CITY OF FRANKLIN<br>PO BOX 681346<br>FRANKLIN, TN 37068 | 15135 | Motors Liquidation Company | $116.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$116.00  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF FRANKLIN TAX COLLECTOR<br>YOST ROBERTSON NOWAK, PLLC<br>SPECIAL COUNSEL, CITY OF FRANKLIN<br>PO BOX 681346<br>FRANKLIN, TN 37068 | 15136 | Motors Liquidation Company | $76.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$76.00  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighteenth Omnibus Objection** <span style="float:right">**Motors Liquidation Company, et al.**</span>

## Exhibit A

**Case No. 09-50026 (REG), Jointly Administered**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CITY OF FRANKLIN TAX COLLECTOR<br>YOST ROBERTSON NOWAK, PLLC<br>SPECIAL COUNSEL, CITY OF FRANKLIN<br>PO BOX 681346<br>FRANKLIN, TN 37068 | 15137 | Motors Liquidation Company | $23.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$23.00 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF FRANKLIN TAX COLLECTOR<br>YOST ROBERTSON NOWAK, PLLC<br>SPECIAL COUNSEL, CITY OF FRANKLIN<br>PO BOX 681346<br>FRANKLIN, TN 37068 | 15138 | Motors Liquidation Company | $1.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF FREDERICKSBURG VIRGINIA<br>PO BOX 267<br>FREDERICKSBURG, VA 22404 | 501 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$10.43 (P)<br>$0.00 (U)<br>$10.43 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF FREMONT<br>101 EAST MAIN<br>FREMONT, MI 49412 | 14939 | Motors Liquidation Company | $40.32 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$40.32 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF GAINSVILLE<br>TAX OFFICE<br>PO BOX 2496<br>GAINESVILLE, GA 30503 | 245 | Motors Liquidation Company | $8,808.43 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$8,808.43 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF GREENVILLE<br>ATTN DAVID HUDSON<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 2007<br>TYLER, TX 75710 | 36761 | Motors Liquidation Company | $497.21 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$497.21 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Eighteenth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| CITY OF HAMPTON<br>CITY OF HAMPTON TREASURER<br>1 FRANKLIN STREET SUITE 100<br>HAMPTON, VA 23669 | 1188 | Motors Liquidation Company | $930.09 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$930.09 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF HARTFORD CT<br>TAX COLLECTOR<br>C/O ATTORNEY KENNETH B. KAUFMAN<br>THE LAW OFFICE OF KENNETH B. KAUFMAN, LL<br>63 FOREST HILLS DRIVE<br>FARMINGTON, CT 06032 | 48372 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$417.02 (U)<br>$417.02 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF HASLET<br>ATTN ELIZABETH BANDA CALVO<br>C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094 | 25493 | Motors Liquidation Company | $3,394.83 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$3,394.83 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF HIDALGO<br>C/O JOHN T BANKS<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>3301 NORTHLAND DR SUITE 505<br>AUSTIN, TX 78731 | 959 | Motors Liquidation Company | $468.32 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$468.32 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF HILLSDALE<br>97 N BROAD ST<br>HILLSDALE, MI 49242 | 13149 | Motors Liquidation Company | $123.74 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$123.74 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighteenth Omnibus Objection**  **Exhibit A**  <u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG), Jointly Administered

| | | **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| CITY OF HOLLAND<br>C/O RONALD J VANDER VEEN<br>PO BOX 1767<br>HOLLAND, MI 49422 | 425 | Motors Liquidation Company | $45.17 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$45.17 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF ITHACA<br>129 W EMERSON ST<br>CITY HALL<br>ITHACA, MI 48847 | 30222 | Motors Liquidation Company | $11.69 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$11.69 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF LAPEER<br>576 LIBERTY PARK<br>LAPEER, MI 48446 | 30925 | Motors Liquidation Company | $69.56 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$69.56 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF LEWISVILLE<br>C/O SAWKO & BURROUGHS PC<br>1100 DALLAS DRIVE STE 100<br>DENTON, TX 76205 | 7653 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$117.91 (P)<br>$0.00 (U)<br>$117.91 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF LINDEN<br>ATTN DAVID HUDSON<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 2007<br>TYLER, TX 75710 | 36766 | Motors Liquidation Company | $7.10 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$7.10 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF LIVONIA<br>TREASURER'S OFFICE<br>33000 CIVIC CENTER DRIVE<br>LIVONIA, MI 48154 | 18497 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$5,155.09 (P)<br>$0.00 (U)<br>$5,155.09 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Eighteenth Omnibus Objection | | **Exhibit A** | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

| | | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| CITY OF MEMPHIS (TN)<br>ATTN ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | 927 | Motors Liquidation Company | $48,168.47 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$48,168.47 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF MEMPHIS (TN)<br>C/O ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | 70176 | Motors Liquidation Company | $24.17 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$24.17 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF MIDLAND<br>ATTN CITY ATTORNEY<br>333 W ELLSWORTH ST<br>MIDLAND, MI 48640 | 1165 | Motors Liquidation Company | $503.69 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$503.69 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF MONROE<br>PO BOX 1249<br>215 N. BROAD ST.<br>MONROE, GA 30655 | 7510 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$194.21 (P)<br>$0.00 (U)<br>$194.21 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF MONROE<br>PO BOX 69<br>MONROE, NC 28111 | 29876 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$329.62 (P)<br>$0.00 (U)<br>$329.62 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF MORGANTON<br>PO BOX 3448<br>MORGANTON, NC 28680 | 2092 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,630.06 (U)<br>$1,630.06 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighteenth Omnibus Objection**     **Exhibit A**     **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| CITY OF MOUNT VERNON<br>ATTN DAVID HUDSON<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 2007<br>TYLER, TX 75710 | 36760 | Motors Liquidation Company | $17.87 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$17.87 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF NEW HAVEN CITY COLLECTOR<br>PO BOX 236<br>NEW HAVEN, MO 63068 | 30270 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$35,948.16 (P)<br>$0.00 (U)<br>$35,948.16 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF PHARR<br>ATTN: JOHN T BANKS<br>PERDUE, BRANDON, FIELDER, COLLINS, & MOTT, L L P<br>3301 NORTHLAND DR, SUITE 505<br>AUSTIN, TX 78731 | 81 | Motors Liquidation Company | $3,859.90 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$3,859.90 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF RICHMOND, VIRGINIA<br>ATTN D PADGETT, CITY HALL, ROOM 100<br>900 EAST BROAD STREET<br>RICHMOND, VA 23219 | 9456 | Motors Liquidation Company | $2,277.09 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,277.09 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF RICHMOND, VIRGINIA<br>ATTN: D PADGETT, CITY HALL, ROOM 100<br>900 EAST BROAD STREET<br>RICHMOND, VA 23219 | 9457 | Motors Liquidation Company | $57.48 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$57.48 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF ROANOKE<br>C/O SAWKO & BURROUGHS, P C<br>1100 DALLAS DRIVE, SUITE 100<br>DENTON, TX 76205 | 1032 | Motors Liquidation Company | $1,267.21 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,267.21 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Eighteenth Omnibus Objection | | Exhibit A | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered | |
|---|---|---|---|---|---|

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| CITY OF ROANOKE<br>C/O SAWKO & BURROUGHS PC<br>1100 DALLAS DR STE 100<br>DENTON, TX 76205 | 7652 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$53,432.55 (P)<br>$0.00 (U)<br>$53,432.55 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF SAN MARCOS (HAYS)<br>C/O DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>THE TERRACE II 2700 VIA FORTUNA DR STE 400<br>PO BOX 17428<br>AUSTIN, TX 78760 | 22481 | Motors Liquidation Company | $10.47 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$10.47 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF TIFTON, GA<br>800 ARMOUR RD<br>TIFTON, GA 31794 | 2958 | Motors Liquidation Company | $8.96 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$8.96 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF VIRGINIA BEACH<br>CITY OF VIRGINIA BEACH TREASURER<br>BANKRUPTCY RECORDS<br>2401 COURTHOUSE DRIVE<br>VIRGINIA BEACH, VA 23456 | 61627 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$222.00 (P)<br>$0.00 (U)<br>$222.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF WACO &/OR WACO INDEPENDENT SCHOOL DISTRICT<br>C/O MICHAEL REED<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>700 JEFFREY WAY, SUITE 100<br>PO BOX 1269<br>ROUND ROCK, TX 78680 | 69143 | Motors Liquidation Company | $409.96 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$409.96 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | | | | |
|---|---|---|---|---|---|
| Eighteenth Omnibus Objection | | **Exhibit A** | | | **Motors Liquidation Company, et al.** |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| **Claims to be Disallowed and Expunged Totals** | 91 | | $6,473,420.52 (S) | | |
| | | | $92.07 (A) | | |
| | | | $2,155,211.61 (P) | | |
| | | | $6,772.84 (U) | | |
| | | | $8,635,497.04 (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.