**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| CITY OF WATERVILLE<br>1 COMMON ST<br><br>WATERVILLE, ME 04901 | 2868 | Motors Liquidation Company | $350.18  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$350.18  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF WILLIAMSBURG<br>FINANCE DEPARTMENT<br>401 LAFAYETTE ST<br>WILLIAMSBURG, VA 23185 | 18955 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$36.75  (U)<br>$36.75  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CLARKE COUNTY TAX COMMISSIONER<br>PO BOX 1768<br><br>ATHENS, GA 30603 | 1369 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$9,012.06  (P)<br>$0.00  (U)<br>$9,012.06  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CLAYTON COUNTY TAX COMMISSIONER<br>COURTHOUSE ANNEX 3<br>2ND FLOOR<br>JONESBORO, GA 30236 | 14218 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$685.23  (P)<br>$0.00  (U)<br>$685.23  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CLEBURNE INDEPENDENT SCHOOL DISTRICT<br>C/O ELIZABETH BANDA CALVO<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094 | 17730 | Motors Liquidation Company | $1,198.31  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$1,198.31  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CLINTON CITY RECORDER<br>100 BOWLING ST CITY HALL<br><br>CLINTON, TN 37716 | 12332 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$9,656.00  (U)<br>$9,656.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Nineteenth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| COLE COUNTY COLLECTOR<br>301 E HIGH ST RM 200<br><br>JEFFERSON CITY, MO 65101 | 13656 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$372.87   (P)<br>$0.00   (U)<br>$372.87   (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| COLLECTOR<br>TOWN OF BRANFORD<br>PO BOX 136<br>BRANFORD, CT 06405 | 2378 | Motors Liquidation Company | $432.47   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$432.47   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| COMMERCE ISD<br>ATTN: DAVID HUDSON<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 2007<br>TYLER, TX 75710 | 69337 | Motors Liquidation Company | $44.10   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$44.10   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| COMMISSIONER OF THE REVENUE<br>ATTN: LEGAL OFFICER / BANKRUPTCY DEPT.<br>PO BOX 2260<br>NORFOLK, VA 23501 | 5081 | Motors Liquidation Company | $794.09   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$794.09   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| COMMUNITY PLANNING COUNCIL OF GREENVILLE COUNTY<br>GREENVILLE COUNTY TAX COLLECTOR<br>301 UNIVERSITY RDG STE 5300<br>GREENVILLE, SC 29601 | 16276 | MLCS, LLC | $0.00   (S)<br>$0.00   (A)<br>$1,365.99   (P)<br>$0.00   (U)<br>$1,365.99   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| COOK COUNTY TAX COMMISSIONER<br>209 NORTH PARRISH AVE<br><br>ADEL, GA 31620 | 17762 | Motors Liquidation Company | $1,997.25   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$1,997.25   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Nineteenth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| COOKE COUNTY APPRAISAL DISTRICT<br>C/O HAROLD LEREW<br>PERDUE, BRANDON, FIELDER, COLLINS AND MOTT, LLP<br>PO BOX 8188<br>WICHITA FALLS, TX 76307 | 14854 | Motors Liquidation Company | $1,791.65  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$0.00  (U)<br><br>$1,791.65  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| COUNTY ATTORNEY'S OFFICE-JEFFERSON CO TAX COL<br>JEFFERSON COUNTY COURTHOUSE<br>716 RICHARD ARRINGTON JR BLVD NORTH, SUITE 214<br>BIRMINGHAM, AL 35203 | 48445 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$17,206.93  (P)<br><br>$0.00  (U)<br><br>$17,206.93  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| COUNTY OF ALBEMARLE<br>401 MCINTIRE RD<br>CHARLOTTESVILLE, VA 22902 | 445 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$942.39  (P)<br><br>$0.00  (U)<br><br>$942.39  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| COUNTY OF BASTROP<br>C/O MICHAEL REED<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>700 JEFFREY WAY, SUITE 100<br>PO BOX 1269<br>ROUND ROCK, TX 78680 | 69139 | Motors Liquidation Company | $201.49  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$0.00  (U)<br><br>$201.49  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| COUNTY OF BRAZOS<br>ATTN: MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN PC<br>700 JEFFREY WAY, STE 100, PO BOX 1269<br>ROUND ROCK, TX 78680 | 69155 | Motors Liquidation Company | $183.13  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$0.00  (U)<br><br>$183.13  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Nineteenth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| COUNTY OF BURNET<br>C/O BURNET CENTRAL APPRAISAL DISTRICT<br>ATTN: MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN PC<br>700 JEFFREY WAY, STE 100, PO BOX 1269<br>ROUND ROCK, TX 78680 | 69154 | Motors Liquidation Company | $23.85  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$23.85  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| COUNTY OF COMAL<br>ATTN: MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN PC<br>700 JEFFREY WAY, STE 100, PO BOX 1269<br>ROUND ROCK, TX 78680 | 69153 | Motors Liquidation Company | $1,425.48  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$1,425.48  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| COUNTY OF CORYELL<br>ATTN: MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN PC<br>700 JEFFREY WAY, STE 100, PO BOX 1269<br>ROUND ROCK, TX 78680 | 69152 | Motors Liquidation Company | $229.62  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$229.62  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| COUNTY OF DENTON<br>C/O MICHAEL REED<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>700 JEFFREY WAY, SUITE 100<br>PO BOX 1269<br>ROUND ROCK, TX 78680 | 69151 | Motors Liquidation Company | $21,826.59  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$21,826.59  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| COUNTY OF FREESTONE<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>700 JEFFREY WAY SUITE 100<br>PO BOX 1269<br>ROUND ROCK, TX 78680 | 69149 | Motors Liquidation Company | $188.30  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$188.30  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Nineteenth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| COUNTY OF GUADALUPE<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>700 JEFFREY WAY SUITE 100<br>PO BOX 1269<br>ROUND ROCK, TX 78680 | 69148 | Motors Liquidation Company | $2,386.36  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$2,386.36  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| COUNTY OF HARDIN<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>700 JEFFREY WAY SUITE 100<br>PO BOX 1269<br>ROUND ROCK, TX 78660 | 69147 | Motors Liquidation Company | $225.09  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$225.09  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| COUNTY OF HARRISON<br>ATTN MICHAEL REED<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>700 JEFFREY WAY SUITE 100<br>PO BOX 1269<br>ROUND ROCK, TX 78680 | 69216 | Motors Liquidation Company | $130,599.34  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$130,599.34  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| COUNTY OF HENDERSON<br>C/O MICHAEL REED<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>700 JEFFREY WAY, SUITE 100<br>PO BOX 1269<br>ROUND ROCK, TX 78680 | 69144 | Motors Liquidation Company | $8.77  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$8.77  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| COUNTY OF RICHMOND<br>RICHMOND COUNTY TAX OFFICE<br>PO BOX 1644<br>ROCKINGHAM, NC 28380 | 8352 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$15.68  (P)<br>$0.00  (U)<br>$15.68  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| COUNTY OF SAN BERNARDINO OFFICE OF THE TAX COLLECTOR 172 WEST THIRD ST SAN BERNARDINO, CA 92415 | 12493 | Motors Liquidation Company | $2,137.38  (S)   $0.00  (A)   $0.00  (P)   $0.00  (U)   $2,137.38  (T)   Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| COUNTY OF SANTA CLARA TAX COLLECTOR, TAX COLLECTIONS DIVISION COUNTY GOVT CENTER, 6TH FL., EAST WING 70 WEST HEDDING ST SAN JOSE, CA 95110 | 210 | Motors Liquidation Company | $0.00  (S)   $0.00  (A)   $18,659.41  (P)   $0.00  (U)   $18,659.41  (T)   Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CRAVEN COUNTY TAX COLLECTOR PO BOX 63021  CHARLOTTE, NC 28263 | 29517 | Motors Liquidation Company | $0.00  (S)   $0.00  (A)   $95.32  (P)   $0.00  (U)   $95.32  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CULPEPER COUNTY TREASURER PO BOX 1447  CULPEPER, VA 22701 | 615 | Motors Liquidation Company | $0.00  (S)   $0.00  (A)   $116.94  (P)   $0.00  (U)   $116.94  (T)   Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CURRY COUNTY TREASURER PO BOX 897  CLOVIS, NM 88102 | 21866 | Motors Liquidation Company | $69.98  (S)   $0.00  (A)   $0.00  (P)   $0.00  (U)   $69.98  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CURTIS BLAIR PIKE COUNTY - REVENUE COOMMISSIONER 120 WEST CHURCH ST TROY, AL 36081 | 558 | Motors Liquidation Company | $6.66  (S)   $0.00  (A)   $0.00  (P)   $0.00  (U)   $6.66  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| CUSTER COUNTY TREASURER<br>PO BOX 200<br><br>ARAPAHO, OK 73620 | 61995 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$387.00  (P)<br>$0.00  (U)<br>$387.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DALLAS COUNTY UTILITY & RECLAMATION DISTRICT<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP<br>ATTN: ELIZABETH BANDA CALVO<br>PO BOX 13430<br>ARLINGTON, TX 76094 | 67124 | Motors Liquidation Company | $5,709.83  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$5,709.83  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DAN MCALLISTER<br>SAN DIEGO COUNTY TREASURER-TAX COLLECTOR<br>1600 PACIFIC HIGHWAY, ROOM 162<br>SAN DIEGO, CA 92101 | 330 | Motors Liquidation Company | $79,926.09  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$79,926.09  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DARE COUNTY TAX DEPARTMENT<br>PO BOX 1000<br><br>MANTEO, NC 27954 | 2226 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$9.27  (P)<br>$0.00  (U)<br>$9.27  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DEFIANCE COUNTY TREASURER<br>221 CLINTON ST<br><br>DEFIANCE, OH 43512 | 24061 | Motors Liquidation Company | $137,070.09  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$137,070.09  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DENTON INDEPENDENT SCHOOL DISTRICT<br>C/O SAWKO & BURROUGHS PC<br>1100 DALLAS DRIVE STE 100<br>DENTON, TX 76205 | 7655 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$17.25  (P)<br>$0.00  (U)<br>$17.25  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| DON ARMSTRONG, PROPERTY TAX COMMISSIONER<br>PO BOX 1298<br><br>COLUMBIANA, AL 35051 | 1175 | Motors Liquidation Company | $0.00  (S)<br>$11.60  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$11.60  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DON ARMSTRONG, PROPERTY TAX COMMISSIONER<br>PO BOX 1298<br><br>COLUMBIANA, AL 35051 | 1176 | Motors Liquidation Company | $0.00  (S)<br>$10.20  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$10.20  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DON ARMSTRONG, PROPERTY TAX COMMISSIONER<br>PO BOX 1298<br><br>COLUMBIANA, AL 35051 | 1177 | Motors Liquidation Company | $0.00  (S)<br>$23.94  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$23.94  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DONA ANA COUNTY TREASURER<br>PO BOX 1179<br><br>LAS CRUCES, NM 88004 | 17736 | Motors Liquidation Company | $143.66  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$143.66  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DONALD J MIKLUS MEMORIAL SCHOOL<br>TOWN OF WESTPORT TAX COLLECTOR<br>110 MYRTLE AVE<br>WESTPORT, CT 06880 | 19861 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$432.56  (P)<br>$0.00  (U)<br>$432.56  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DOUGLAS COUNTY TREASURER<br>PO BOX 884<br><br>LAWRENCE, KS 66044 | 69602 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$137.68  (P)<br>$0.00  (U)<br>$137.68  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| DOUGLAS COUNTY TREASURER<br>PO BOX 884<br><br>LAWRENCE, KS 66044 | 69603 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$272.26   (P)<br>$0.00   (U)<br>$272.26   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DOUGLAS COUNTY TREASURER<br>PO BOX 884<br><br>LAWRENCE, KS 66044 | 69624 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$137.68   (P)<br>$0.00   (U)<br>$137.68   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DOUGLAS COUNTY TREASURER<br>PO BOX 884<br><br>LAWRENCE, KS 66044 | 69625 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$272.26   (P)<br>$0.00   (U)<br>$272.26   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| EL PASO COUNTY TREASURER<br>ATTN  SANDRA J DAMRON<br>PO BOX 2007<br>COLORADO SPRINGS, CO 80901 | 891 | Motors Liquidation Company | $1,131.79   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$1,131.79   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ENNIS INDEPENDENT SCHOOL DISTRICT<br>ATTN ELIZABETH BANDA CALVO<br>C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094 | 25494 | Motors Liquidation Company | $363.01   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$363.01   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ESCAMBIA COUNTY TAX COLLECTOR<br>PO BOX 1312<br><br>PENSACOLA, FL 32591 | 62217 | Motors Liquidation Company | $367.38   (S)<br>$0.00   (A)<br>$367.38   (P)<br>$0.00   (U)<br>$734.76   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| FAYETTE COUNTY<br>ATTN: JOHN T BANKS<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L L P<br>3301 NORTHLAND DR, SUITE 505<br>AUSTIN, TX 78731 | 80 | Motors Liquidation Company | $14.17   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$14.17   (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FAYETTE COUNTY GEORGIA<br>ATTN: LEGAL OFFICER / BANKRUPTCY DEPT.<br>TAX COMMISSONER<br>PO BOX 70<br>FAYETTEVILLE, GA 30214 | 70224 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$6,876.75   (P)<br>$0.00   (U)<br>$6,876.75   (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FLOYD COUNTY APPRAISAL DISTRICT<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>700 JEFFREY WAY SUITE 100<br>PO BOX 1269<br>ROUND ROCK, TX 78680 | 69150 | Motors Liquidation Company | $44.43   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$44.43   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FORREST "BUTCH" FREEMAN<br>OKLAHOMA COUNTY TREASURER<br>320 ROBERT S KERR RM 307<br>OKLAHOMA CITY, OK 73102 | 736 | Motors Liquidation Company | $6,307.33   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$6,307.33   (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FORSYTH COUNTY TAX COMMISSIONER<br>1092 TRIBBLE GAP RD<br>CUMMING, GA 30040 | 29460 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$94,493.14   (P)<br>$0.00   (U)<br>$94,493.14   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| FRANKLIN COUNTY & FRANKLIN COUNTY WATER DISTRICT<br>ATTN  DAVID HUDSON<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 2007<br>TYLER, TX 75710 | 36758 | Motors Liquidation Company | $12.77   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$12.77   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FRANKLIN COUNTY COLLECTOR<br>LINDA EMMONS<br>400 E LOCUST<br>RM 103<br>UNION, MO 63084 | 31313 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$192,462.12   (P)<br>$0.00   (U)<br>$192,462.12   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FRANKLIN COUNTY TAX COLLECTOR<br>PO BOX 63007<br>CHARLOTTE, NC 28263 | 19391 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$68.83   (P)<br>$0.00   (U)<br>$68.83   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FRANKLIN COUNTY, OHIO TREASURER<br>FRANKLIN COUNTY TREASURER<br>373 S HIGH ST 17TH FLOOR<br>COLUMBUS, OH 43215 | 1140 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$500.78   (P)<br>$0.00   (U)<br>$500.78   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GALVESTON COUNTY<br>ATTN JOHN P DILLMAN<br>C/O LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253 | 70121 | Motors Liquidation Company | $6.31   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$6.31   (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| GALVESTON COUNTY ATTN: JOHN P DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON, LLP PO BOX 3064 HOUSTON, TX 77253 | 25446 | Motors Liquidation Company | $2,085.14  (S) $0.00  (A) $0.00  (P) $0.00  (U) $2,085.14  (T) Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GARLAND COUNTY TAX COLLECTOR ATTN REBECCA DODD-TALBERT 200 WOODBINE ROOM 108 HOT SPRINGS, AR 71901 | 1456 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $484.51  (P) $0.00  (U) $484.51  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GREENVILLE ISD ATTN  DAVID HUDSON PERDUE BRANDON FIELDER COLLINS & MOTT LLP PO BOX 2007 TYLER, TX 75710 | 36762 | Motors Liquidation Company | $829.43  (S) $0.00  (A) $0.00  (P) $0.00  (U) $829.43  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GWINNETT COUNTY TAX COMMISSIONER PO BOX 372 LAWRENCEVILLE, GA 30046 | 15110 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $576.96  (P) $0.00  (U) $576.96  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GWINNETT COUNTY TAX COMMISSIONER PO BOX 372 LAWRENCEVILLE, GA 30046 | 15111 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $24,258.95  (P) $0.00  (U) $24,258.95  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GWINNETT COUNTY TAX COMMISSIONER PO BOX 372 LAWRENCEVILLE, GA 30046 | 15112 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $3,017.84  (P) $0.00  (U) $3,017.84  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| GWINNETT COUNTY TAX COMMISSIONER<br>PO BOX 372<br><br>LAWRENCEVILLE, GA 30046 | 15113 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$20.33  (P)<br>$0.00  (U)<br>$20.33  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GWINNETT COUNTY TAX COMMISSIONER<br>PO BOX 372<br><br>LAWRENCEVILLE, GA 30046 | 15114 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$897.09  (P)<br>$0.00  (U)<br>$897.09  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GWINNETT COUNTY TAX COMMISSIONER<br>PO BOX 372<br><br>LAWRENCEVILLE, GA 30046 | 15115 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$84.18  (P)<br>$0.00  (U)<br>$84.18  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GWINNETT COUNTY TAX COMMISSIONER<br>PO BOX 372<br><br>LAWRENCEVILLE, GA 30046 | 15293 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$6.47  (P)<br>$0.00  (U)<br>$6.47  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GWINNETT COUNTY TAX COMMISSIONER<br>PO BOX 372<br><br>LAWRENCEVILLE, GA 30046 | 15294 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$100.43  (P)<br>$0.00  (U)<br>$100.43  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GWINNETT COUNTY TAX COMMISSIONER<br>PO BOX 372<br><br>LAWRENCEVILLE, GA 30046 | 15295 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$31.46  (P)<br>$0.00  (U)<br>$31.46  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| GWINNETT COUNTY TAX COMMISSIONER PO BOX 372 LAWRENCEVILLE, GA 30046 | 15296 | Motors Liquidation Company | $0.00   (S)  $0.00   (A)  $23.75   (P)  $0.00   (U)  $23.75   (T)  Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GWINNETT COUNTY TAX COMMISSIONER PO BOX 372 LAWRENCEVILLE, GA 30048 | 15297 | Motors Liquidation Company | $0.00   (S)  $0.00   (A)  $25.13   (P)  $0.00   (U)  $25.13   (T)  Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GWINNETT COUNTY TAX COMMISSIONER PO BOX 372 LAWRENCEVILLE, GA 30046 | 15298 | Motors Liquidation Company | $0.00   (S)  $0.00   (A)  $20.87   (P)  $0.00   (U)  $20.87   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GWINNETT COUNTY TAX COMMISSIONER PO BOX 372 LAWRENCEVILLE, GA 30046 | 15299 | Motors Liquidation Company | $0.00   (S)  $0.00   (A)  $264.33   (P)  $0.00   (U)  $264.33   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GWINNETT COUNTY TAX COMMISSIONER PO BOX 372 LAWRENCEVILLE, GA 30046 | 15300 | Motors Liquidation Company | $0.00   (S)  $0.00   (A)  $12.72   (P)  $0.00   (U)  $12.72   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GWINNETT COUNTY TAX COMMISSIONER PO BOX 372 LAWRENCEVILLE, GA 30046 | 15301 | Motors Liquidation Company | $0.00   (S)  $0.00   (A)  $35.27   (P)  $0.00   (U)  $35.27   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Nineteenth Omnibus Objection

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| GWINNETT COUNTY TAX COMMISSIONER<br>PO BOX 372<br><br>LAWRENCEVILLE, GA 30046 | 15302 | Motors Liquidation Company | $0.00<br>$0.00<br>$592.83<br>$0.00<br>$592.83 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HALIFAX COUNTY TAX COLLECTOR<br>PO BOX 580330<br><br>CHARLOTTE, NC 28258 | 15476 | Motors Liquidation Company | $506.36<br>$0.00<br>$0.00<br>$0.00<br>$506.36 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HALIFAX COUNTY TREASURER<br>PO BOX 825<br><br>HALIFAX, VA 24558 | 21002 | Motors Liquidation Company | $0.00<br>$0.00<br>$43.20<br>$0.00<br>$43.20 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HAMILTON COUNTY TRUSTEE<br>625 GEORGIA AVE<br>RM 210<br>CHATTANOOGA, TN 37402 | 36790 | Motors Liquidation Company | $397.00<br>$0.00<br>$0.00<br>$0.00<br>$397.00<br><br>Unliquidated | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HARFORD COUNTY MARYLAND<br>DEPARTMENT OF REVENUE COLLECTIONS<br>220 S MAIN STREET 1ST FLOOR<br>BEL AIR, MD 21014 | 70038 | Motors Liquidation Company | Unliquidated | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HARNETT COUNTY TAX COLLECTOR<br>PO BOX 19369<br><br>CHARLOTTE, NC 28219 | 5085 | Motors Liquidation Company | $0.00<br>$0.00<br>$339.08<br>$0.00<br>$339.08 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| HARRIS COUNTY MUNICIPAL UTILITY DISTRICT #189 CARL O SANDIN PERDUE BRANDON FIELDER COLLINS & MOTT LLP 1235 NORTH LOOP WEST STE 600 HOUSTON, TX 77008 | 51336 | Motors Liquidation Company | $193.34   (S) $0.00   (A) $0.00   (P) $0.00   (U) $193.34   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| **Claims to be Disallowed and Expunged Totals** | **86** | | **$401,228.22**   (S) **$45.74**   (A) **$375,743.18**   (P) **$9,692.75**   (U) **$786,709.89**   (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.