**Twentieth Omnibus Objection**  **Exhibit A**  <u>**Motors Liquidation Company, et al.**</u>

**Case No. 09-50026 (REG), Jointly Administered**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HARRISON CENTRAL APPRAISAL DISTRICT<br>ATTN MICHAEL REED<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>700 JEFFREY WAY SUITE 100<br>PO BOX 1269<br>ROUND ROCK, TX 78680 | 69215 | Motors Liquidation Company | $757,026.44 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$757,026.44 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HEARD COUNTY TAX COMMISSIONER<br>PO BOX 519<br>FRANKLIN, GA 30217 | 3482 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$1,346.25 (P)<br>$0.00 (U)<br>$1,346.25 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HENDERSON COUNTY TAX COLLECTOR<br>200 N GROVE ST STE 66<br>HENDERSONVILLE, NC 28792 | 1843 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$2,420.40 (P)<br>$0.00 (U)<br>$2,420.40 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HENDRICKS COUNTY TREASURER<br>ATTN: LEGAL OFFICER / BANKRUPTCY DEPT.<br>PO BOX 6037<br>INDIANAPOLIS, IN 46206 | 70136 | Motors Liquidation Company | $150.84 (S)<br>$0.00 (A)<br>$150.84 (P)<br>$150.84 (U)<br>$452.52 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HENDRICKS COUNTY TREASURER<br>ATTN LEGAL OFFICER / BANKRUPTCY DEPT<br>PO BOX 6037<br>INDIANAPOLIS, IN 46206 | 70137 | Motors Liquidation Company | $179.88 (S)<br>$0.00 (A)<br>$179.88 (P)<br>$179.88 (U)<br>$539.64 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HENDRICKS COUNTY TREASURER<br>ATTN LEGAL OFFICER / BANKRUPTCY DEPT<br>PO BOX 6037<br>INDIANAPOLIS, IN 46206 | 70138 | Motors Liquidation Company | $264.64 (S)<br>$0.00 (A)<br>$264.64 (P)<br>$264.64 (U)<br>$793.92 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | | | | |
|---|---|---|---|---|---|
| **Twentieth Omnibus Objection** | | **Exhibit A** | | | **Motors Liquidation Company, et al.** |
| | | | | | **Case No. 09-50026 (REG), Jointly Administered** |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| HENRICO COUNTY VIRGINIA<br>ACCT# G61120336, G61137822, G61137823<br>ATTN RHYSA GRIFFITH SOUTH, ASST CTY ATTY<br>PO BOX 90775<br>HENRICO, VA 23273 | 5986 | Motors Liquidation Company | $19,388.74 (S)<br>$0.00 (A)<br>$185.00 (P)<br>$0.00 (U)<br>$19,573.74 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HENRY COUNTY TREASURER<br>HENRY COUNTY COURHOUSE<br>101 S MAIN ST<br>NEW CASTLE, IN 47362 | 17986 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$67.24 (P)<br>$0.00 (U)<br>$67.24 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HERTFORD COUNTY TAX COLLECTOR<br>PO BOX 147<br>WINTON, NC 27986 | 1682 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$29.39 (P)<br>$0.00 (U)<br>$29.39 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HIDALGO COUNTY<br>C/O JOHN T BANKS<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT LLP<br>3301 NORTHLAND DR SUITE 505<br>AUSTIN, TX 78731 | 961 | Motors Liquidation Company | $53,507.61 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$53,507.61 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HIDALGO INDEPENDENT SCHOOL DISTRICT<br>C/O JOHN T BANKS<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>3301 NORTHLAND DR SUITE 505<br>AUSTIN, TX 78731 | 960 | Motors Liquidation Company | $98,163.54 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$98,163.54 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twentieth Omnibus Objection**                                **Exhibit A**                              **Motors Liquidation Company, et al.**
                                                                                                         Case No. 09-50026 (REG), Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HILL COUNTY JUNIOR COLLEGE<br>ELIZABETH BANDA CALVO<br>PERDUE, BRANDON, FIELDER, COLLINS AND MOTT, LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094 | 17752 | Motors Liquidation Company | $29.32 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$29.32 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HOUSTON COUNTY TAX ASSESSOR COLLECTOR<br>ATTN DAVID HUDSON<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 2007<br>TYLER, TX 75710 | 36759 | Motors Liquidation Company | $31.01 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$31.01 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| INDIANA DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION N-240<br>100 NORTH SENATE AVENUE<br>INDIANAPOLIS, IN 46204 | 70093 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$3,303.26 (P)<br>$283.47 (U)<br>$3,586.73 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JACKSON COUNTY COLLECTOR<br>JACKSON COUNTY - COLLECTION DEPT<br>ATTN BANKRUPTCY<br>415 E 12TH ST, ROOM 100<br>KANSAS CITY, MO 64106 | 936 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$2,819.95 (P)<br>$0.00 (U)<br>$2,819.95 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JACKSON COUNTY PAYMENT CENTER<br>PO BOX 1569<br>MEDFORD, OR 97501 | 14828 | Motors Liquidation Company | $2,830.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,830.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JANICE D HART REVENUE COMMISSIONER<br>1 COURT SQUARE<br>ANDULASIA, AL 36420 | 1344 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$14.04 (U)<br>$14.04 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twentieth Omnibus Objection**    **Exhibit A**    <u>Motors Liquidation Company, et al.</u>
**Case No. 09-50026 (REG), Jointly Administered**

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| JASPER COUNTY COLLECTOR<br>PO BOX 421<br><br>CARTHAGE, MO 64836 | 9875 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$996.08 (P)<br>$0.00 (U)<br>$996.08 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JASPER COUNTY TREASURER<br>COURTHOUSE SUITE 201<br>115 WEST WASHINGTON<br>RENSSELAER, IN 47978 | 16259 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,529.10 (U)<br>$2,529.10 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JEFFERSON COUNTY COLLECTOR<br>PO BOX A<br><br>PINE BLUFF, AR 71611 | 5093 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$5,274.19 (P)<br>$0.00 (U)<br>$5,274.19 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JEFFERSON COUNTY TREASURER<br>100 JEFFERSON COUNTY PKWY<br><br>GOLDEN, CO 80403 | 12203 | Motors Liquidation Company | $553.46 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$553.46 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JEFFERSON ISD<br>DAVID HUDSON<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 2007<br>TYLER, TX 75710 | 36768 | Motors Liquidation Company | $37.45 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$37.45 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JENNINGS COUNTY TREASURER GOVERNMENT CENTER<br>PO BOX 368<br>200 BROWN STREET STE 103<br>VERNON, IN 47282 | 69549 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,493.96 (U)<br>$1,493.96 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Twentieth Omnibus Objection | | **Exhibit A** | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| JO ANN TOWNSEND TRUSTEE<br>PO BOX 458<br>PULASKI, TN 38478 | 1338 | MLCS, LLC | $0.00 (S)<br>$0.00 (A)<br>$29,971.00 (P)<br>$0.00 (U)<br>$29,971.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOHNSTON COUNTY TAX COLLECTOR<br>ATTN: LEGAL OFFICER / BANKRUPTCY DEPT.<br>PO BOX 31308<br>CHARLOTTE, NC 28231 | 2388 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$20,229.94 (P)<br>$0.00 (U)<br>$20,229.94 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KARNES COUNTY<br>ATTN: JOHN T BANKS<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP<br>3301 NORTHLAND DRIVE SUITE 505<br>AUSTIN, TX 78731 | 77 | Motors Liquidation Company | $48.94 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$48.94 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KEN BURTON JR CFC<br>TAX COLLECTOR MANATEE COUNTY<br>POST OFFICE BOX 25300<br>BRADENTON, FL 34206 | 874 | Motors Liquidation Company | $17,675.08 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$17,675.08 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KENDALL COUNTY<br>ATTN: JOHN T BANKS<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP<br>3301 NORTHLAND DRIVE, SUITE 505<br>AUSTIN, TX 78731 | 76 | Motors Liquidation Company | $30.18 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$30.18 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twentieth Omnibus Objection**

# Exhibit A

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| L A COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90051 | 70174 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$6,613.43 (P)<br>$0.00 (U)<br>$6,613.43 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LAFAYETTE CONSOLIDATED GOVERNMENT<br>ATTN: LEGAL OFFICER / BANKRUPTCY DEPT.<br>PO BOX 4024<br>CUSTOMER SERVICE DIVISION<br>LAFAYETTE, LA 70502 | 31131 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$343.55 (P)<br>$0.00 (U)<br>$343.55 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LANCASTER COUNTY TREASURER<br>8311 MARY BALL RD<br>SUITE 204<br>LANCASTER, VA 22503 | 12454 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$25.84 (P)<br>$0.00 (U)<br>$25.84 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LAWRENCE COUNTY TREASURER<br>916 15TH ST RM 27<br>BEDFORD, IN 47421 | 12950 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$792,818.69 (P)<br>$0.00 (U)<br>$792,818.69 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LEWIS COUNTY, WASHINGTON<br>LEWIS COUNTY TREASURER<br>351 NW NORTH STREET<br>CHEHALIS, WA 98532 | 813 | Motors Liquidation Company | $25.72 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$25.72 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LINDA EMMONS<br>FRANKLIN COUNTY COLLECTOR<br>400 E MAIN<br>RM 103<br>UNION, MO 63084 | 31312 | MLCS, LLC | $0.00 (S)<br>$0.00 (A)<br>$21,274.64 (P)<br>$0.00 (U)<br>$21,274.64 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twentieth Omnibus Objection**                                    **Exhibit A**                                    <u>**Motors Liquidation Company, et al.**</u>

**Case No. 09-50026 (REG), Jointly Administered**

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| LINDEN KILDARE CISD<br>DAVID HUDSON<br>PERDUE BRANDON FIELDER COLLINS & MOTT L L P<br>PO BOX 2007<br>TYLER, TX 75710 | 36764 | Motors Liquidation Company | $16.61 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$16.61 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LONOKE COUNTY COLLECTOR<br>PO BOX 192<br>LONOKE, AR 72086 | 70248 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$123.80 (P)<br>$0.00 (U)<br>$123.80 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054 | 37743 | Motors Liquidation Company | $29,747.08 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$29,747.08 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LOWNDES COUNTY TAX COLLECTOR<br>PO BOX 1409<br>VALDOSTA, GA 31603 | 23138 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$1,143.92 (P)<br>$0.00 (U)<br>$1,143.92 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LULING INDEPENDENT SCHOOL DISTRICT<br>ATTN: JOHN T BANKS<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP<br>3301 NORTHLAND DRIVE SUITE 505<br>AUSTIN, TX 78731 | 74 | Motors Liquidation Company | $196.89 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$196.89 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MACOMB COUNTY TREASURER<br>MACOMB COUNTY TREASURER'S OFFICE<br>ATTN: TED B WAHBY, TREASURER<br>1 S MAIN ST - 2ND FLOOR<br>MT CLEMENS, MI 48043 | 509 | Motors Liquidation Company | $1,933.22 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,933.22 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 7

**Twentieth Omnibus Objection** **Exhibit A** <u>**Motors Liquidation Company, et al.**</u>

**Case No. 09-50026 (REG), Jointly Administered**

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| MADISON COUNTY TAX DEPT<br>PO BOX 351<br>MARSHALL, NC 28753 | 7284 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$478.77 (P)<br>$0.00 (U)<br>$478.77 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MAHONING COUNTY TREASURER<br>120 MARKET ST<br>YOUNGSTOWN, OH 44503 | 43969 | Motors Liquidation Company | $4,585.40 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$273.00 (U)<br>$4,858.40 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MANSFIELD INDEPENDENT SCHOOL DISTRICT<br>ATTN ELIZABETH BANDA CALVO<br>C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094 | 25492 | Motors Liquidation Company | $689.63 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$689.63 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MARICOPA COUNTY<br>C/O BARBARA LEE CALDWELL<br>AIKEN SCHENK HAWKINS & RICCIARDI PC<br>4742 NORTH 24TH STREET SUITE 100<br>PHOENIX, AZ 85016 | 70082 | Motors Liquidation Company | $11,726.13 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$11,726.13 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MARILYN E WOOD, REVENUE COMMISSIONER<br>PO DRAWER 1169<br>MOBILE, AL 36633 | 16284 | Motors Liquidation Company | $92.91 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$92.91 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MARION COUNTY TAX COLLECTOR<br>PO BOX 970<br>OCALA, FL 34478 | 1102 | Motors Liquidation Company | $4,856.85 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$4,856.85 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | |
|---|---|---|
| **Twentieth Omnibus Objection** | **Exhibit A** | **Motors Liquidation Company, et al.**<br>**Case No. 09-50026 (REG), Jointly Administered** |

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARION COUNTY TREASURER<br>200 E WASHINGTON ST STE 1001<br>INDIANAPOLIS, IN 46204 | 62458 | Motors Liquidation Company | $250,248.51 (S)<br>$0.00 (A)<br>$1,419,450.14 (P)<br>$0.00 (U)<br>$1,669,698.65 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MARTIN COUNTY TAX OFFICE<br>PO BOX 664<br>WILLIAMSTON, NC 27892 | 69263 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$156.12 (P)<br>$0.00 (U)<br>$156.12 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MAURY COUNTY TRUSTEE<br>ONE PUBLIC SQUARE<br>COLUMBIA, TN 38401 | 847 | Motors Liquidation Company | $6,101.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$6,101.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MAURY COUNTY TRUSTEE<br>ONE PUBLIC SQUARE<br>COLUMBIA, TN 38401 | 848 | Motors Liquidation Company | $41,347.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$41,347.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MAURY COUNTY TRUSTEE<br>ONE PUBLIC SQUARE<br>COLUMBIA, TN 38401 | 849 | MLCS, LLC | $3,038.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$3,038.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MAURY COUNTY TRUSTEE<br>ONE PUBLIC SQUARE<br>COLUMBIA, TN 38401 | 852 | MLCS, LLC | $3,155.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$3,155.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twentieth Omnibus Objection**

## Exhibit A

<u>Motors Liquidation Company, et al.</u>
**Case No. 09-50026 (REG), Jointly Administered**

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| MAURY COUNTY TRUSTEE<br>ONE PUBLIC SQUARE<br>COLUMBIA, TN 38401 | 853 | MLCS, LLC | $2,332.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,332.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MC DUFFIE COUNTY TAX COMMISSIONER<br>PO BOX 955<br>THOMSON, GA 30824 | 30874 | MLCS, LLC | $0.00 (S)<br>$0.00 (A)<br>$159.44 (P)<br>$0.00 (U)<br>$159.44 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MCALLEN ISD<br>C/O DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLC<br>THE TERRACE II, 2700 VIA FORTUNA DR, STE 400<br>PO BOX 17428<br>AUSTIN, TX 78760 | 22478 | Motors Liquidation Company | $1,968.20 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,968.20 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MCDUFFIE COUNTY TAX COMMISSIONER<br>PO BOX 955<br>THOMSON, GA 30824 | 30877 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$2,507.99 (P)<br>$0.00 (U)<br>$2,507.99 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MCKINLEY COUNTY TREASURER<br>COUNTY COURTHOUSE<br>201 WEST HILL<br>GALLUP, NM 87301 | 25457 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| METROPOLITAN GOVERNMENT TRUSTEE<br>METROPOLITAN DEPT OF LAW<br>PO BOX 196300<br>NASHVILLE, TN 37219 | 1249 | Motors Liquidation Company | $307.97 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$307.97 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Twentieth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MIAMI-DADE COUNTY TAX COLLECTOR<br>BANKRUPTCY UNIT<br>140 WEST FLAGLER STREET, SUITE 1403<br>MIAMI, FL 33130 | 789 | Motors Liquidation Company | $1,231.28 (S)<br>$0.00 (A)<br>$387.50 (P)<br>$0.00 (U)<br>$1,618.78 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MIDLAND CENTRAL APPRAISAL DISTRICT<br>C/O MICHAEL REED<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>700 JEFFREY WAY, SUITE 100<br>PO BOX 1269<br>ROUND ROCK, TX 78680 | 69142 | Motors Liquidation Company | $639.98 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$639.98 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MIDLAND COUNTY TAX OFFICE<br>GALEN GATTEN JR<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT LLP<br>PO BOX 50188<br>MIDLAND, TX 79710 | 11551 | Motors Liquidation Company | $340.99 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$340.99 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MINEOLA ISD TAX OFFICE<br>ATTN DAVID HUDSON<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 2007<br>TYLER, TX 75710 | 36763 | Motors Liquidation Company | $27.89 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$27.89 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MONROE COUNTY COLLECTOR<br>PO BOX 245<br>PARIS, MO 65275 | 15064 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$34,969.29 (P)<br>$0.00 (U)<br>$34,969.29 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twentieth Omnibus Objection**    **Exhibit A**    <u>**Motors Liquidation Company, et al.**</u>
**Case No. 09-50026 (REG), Jointly Administered**

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| MOORE COUNTY TAX DEPARTMENT<br>PO BOX 580377<br>CHARLOTTE, NC 28258 | 23217 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$88.54 (P)<br>$0.00 (U)<br>$88.54 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MULTNOMAH COUNTY TAX<br>MULTNOMAH CUNTY ASSESSMENT & TAXATION<br>PO BOX 2716<br>PORTLAND, OR 97208 | 69058 | Motors Liquidation Company | $604.65 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$604.65 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ORANGE COUNTY TREASURER-TAX COLLECTOR<br>ATTN: BANKRUPTCY UNIT<br>PO BOX 1438<br>SANTA ANA, CA 92702 | 62308 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PATSY HEFFNER CFC, OSCEOLA COUNTY TAX COLLECTOR<br>PO BOX 422105<br>KISSIMMEE, FL 34742 | 25432 | Motors Liquidation Company | $710.85 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$710.85 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PAYETTE COUNTY TAX COLLECTOR<br>1130 3RD AVE N RM 103<br>PAYETTE, ID 83661 | 434 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$6.60 (P)<br>$0.00 (U)<br>$6.60 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PENDER COUNTY TAX COLLECTIONS<br>PO BOX 1047<br>BURGAW, NC 28425 | 21011 | Motors Liquidation Company | $22.85 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$22.85 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Twentieth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| PIMA COUNTY ARIZONA<br>PIMA COUNTY ATTORNEYS OFFICE<br>GERMAN YUSUFOV ESQ<br>32 N STONE STE 2100<br>TUCSON, AZ 85701 | 69158 | Motors Liquidation Company | $423.03 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$423.03 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PINAL COUNTY TREASURER<br>PO BOX 729<br>FLORENCE, AZ 85132 | 2865 | Motors Liquidation Company | $45.32 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$45.32 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PINELLAS COUNTY TAX COLLECTOR<br>ATTN BETTY A GRAMLEY TAX MANAGER<br>POST OFFICE BOX 2943<br>CLEARWATER, FL 33757 | 616 | Motors Liquidation Company | $2,365.72 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,365.72 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PONTOTOC COUNTY TREASURER<br>PO BOX 1808<br>ADA, OK 74821 | 38673 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$197,134.00 (P)<br>$0.00 (U)<br>$197,134.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PREBLE COUNTY TREASURER<br>PO BOX 341<br>EATON, OH 45320 | 1901 | Motors Liquidation Company | $1.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PRINCE GEORGE'S COUNTY MARYLAND<br>C/O MEYERS RODBELL & ROSENBAUM PA<br>6801 KENILWORTH AVENUE SUITE 400<br>RIVERDALE, MD 20737 | 60016 | Motors Liquidation Company | $554.64 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$554.64 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twentieth Omnibus Objection**      **Exhibit A**      **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| PRINCE GEORGE'S COUNTY, MARYLAND<br>C/O MEYERS RODBELL & ROSENBAUM PA<br>6801 KENILWORTH AVE STE 400<br>RIVERDALE, MD 20737 | 60017 | Motors Liquidation Company | $32.40 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$32.40 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PRINCE GEORGE'S COUNTY, MARYLAND<br>C/O MEYERS RODBELL & ROSENBAUM PA<br>6801 KENILWORTH AVE STE 400<br>RIVERDALE, MD 20737 | 60018 | Motors Liquidation Company | $10.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$10.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PRINCE GEORGE'S COUNTY, MARYLAND<br>C/O MEYERS RODBELL & ROSENBAUM PA<br>6801 KENILWORTH AVE STE 400<br>RIVERDALE, MD 20737 | 60019 | Motors Liquidation Company | $40.19 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$40.19 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PUEBLO COUNTY TREASURER<br>215 W 10TH ST<br>PUEBLO, CO 81003 | 21762 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$371.28 (P)<br>$0.00 (U)<br>$371.28 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PUTNAM COUNTY TRUSTEE<br>C/O JEFFREY G JONES, COUNTY ATTY<br>PO BOX 655<br>COOKEVILLE, TN 38503 | 15125 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$11,882.00 (P)<br>$0.00 (U)<br>$11,882.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RANDOLPH COUNTY TAX COLLECTOR<br>725 MCDOWELL RD<br>ASHEBORO, NC 27205 | 29059 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$153.77 (P)<br>$0.00 (U)<br>$153.77 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twentieth Omnibus Objection**

## Exhibit A

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RICHARDSON INDEPENDENT SCHOOL DISTRICT<br>ELIZABETH BANDA CALVO<br>PREDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094 | 67114 | Motors Liquidation Company | $59.36 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$59.36 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RICHLAND TOWNSHIP<br>29431 STANDLEY RD<br>DEFIANCE, OH 43512 | 30663 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$2,500.00 (P)<br>$0.00 (U)<br>$2,500.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RIVERSIDE COUNTY TAX COLLECTOR<br>ATTN ISMAEL O VARGAS<br>4080 LEMON ST 4TH FL<br>RIVERSIDE, CA 92501 | 7497 | Motors Liquidation Company | $1,026.17 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,026.17 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROCKDALE COUNTY TAX COMMISSIONER<br>PO BOX 1497<br>CONYERS, GA 30012 | 14863 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$195.45 (P)<br>$0.00 (U)<br>$195.45 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SACRAMENTO COUNTY TAX COLLECTOR<br>ATTN BANKRUPTCY<br>700 H STREET ROOM 1710<br>SACRAMENTO, CA 95814 | 33244 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$105.21 (P)<br>$0.00 (U)<br>$105.21 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SAGINAW COUNTY TREASURER<br>111 S MICHIGAN AVE<br>SAGINAW, MI 48602 | 19003 | Motors Liquidation Company | $4,486.71 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$4,486.71 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 15

**Twentieth Omnibus Objection**  **Exhibit A**  **Motors Liquidation Company, et al.**

Case No. 09-50026 (REG), Jointly Administered

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| SAGINAW COUNTY TREASURER<br>111 S MICHIGAN AVE<br>SAGINAW, MI 48602 | 19004 | Motors Liquidation Company | $3,700.31 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$3,700.31 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SAINT CHARLES COUNTY GOVERNMENT<br>COLECTOR OF REVENUE<br>SAINT CHARLES COUNTY GOVERNMENT<br>201 NORTH 2ND STREET SUITE 134<br>SAINT CHARLES, MO 63301 | 68299 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$1,810,414.01 (P)<br>$0.00 (U)<br>$1,810,414.01 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| **Claims to be Disallowed and Expunged Totals** | **89** | | **$1,328,608.59** (S)<br>**$0.00** (A)<br>**$4,370,542.04** (P)<br>**$5,188.93** (U)<br>**$5,704,339.56** (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.