| Twenty-First Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| SALINE COUNTY TAX COLLECTOR<br>215 N MAIN ST STE 3<br>BENTON, AR 72015 | 21759 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$14.59 (P)<br>$0.00 (U)<br>$14.59 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SARASOTA COUNTY TAX COLLECTOR<br>101 S WASHINGTON BLVD<br>SARASOTA, FL 34236 | 22854 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$291.56 (P)<br>$0.00 (U)<br>$291.56 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br>MEMPHIS, TN 38101 | 6960 | Motors Liquidation Company | $15,283.64 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$15,283.64 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br>MEMPHIS, TN 38101<br>UNITED STATES OF AMERICA | 6964 | Motors Liquidation Company | $310.59 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$310.59 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br>MEMPHIS, TN 38101<br>UNITED STATES OF AMERICA | 6965 | Motors Liquidation Company | $44,983.80 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$44,983.80 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-First Omnibus Objection**     **Exhibit A**     <u>**Motors Liquidation Company, et al.**</u>

**Case No. 09-50026 (REG), Jointly Administered**

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br>MEMPHIS, TN 38101 | 69983 | Motors Liquidation Company | $53.59 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$53.59 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br>MEMPHIS, TN 38101 | 69986 | Motors Liquidation Company | $839.37 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$839.37 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br>MEMPHIS, TN 38101 | 69987 | Motors Liquidation Company | $109.62 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$109.62 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br>MEMPHIS, TN 38101 | 69988 | Motors Liquidation Company | $107.18 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$107.18 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br>MEMPHIS, TN 38101 | 69989 | Motors Liquidation Company | $25.33 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$25.33 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br>MEMPHIS, TN 38101 | 6958 | Motors Liquidation Company | $14.28 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$14.28 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-First Omnibus Objection**     **Exhibit A**     **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br>MEMPHIS, TN 38101 | 6963 | Motors Liquidation Company | $137.48 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$137.48 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br>MEMPHIS, TN 38101 | 6961 | Motors Liquidation Company | $45.07 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$45.07 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br>MEMPHIS, TN 38101 | 6959 | Motors Liquidation Company | $10.96 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$10.96 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br>MEMPHIS, TN 38101<br>UNITED STATES OF AMERICA | 6966 | Motors Liquidation Company | $19.30 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$19.30 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SHENANDOAH COUNTY TAX COLLECTOR<br>PO BOX 365<br>WOODSTOCK, VA 22664 | 28537 | Motors Liquidation Company | $72,855.47 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$72,855.47 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SHERIFF OF MINGO COUNTY<br>PO BOX 1270<br>WILLIAMSON, WV 25661 | 933 | Motors Liquidation Company | $15.50 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$15.50 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-First Omnibus Objection**     Exhibit A     <u>Motors Liquidation Company, et al</u>.

Case No. 09-50026 (REG), Jointly Administered

| | | **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| SHERIFF OF WOOD COUNTY<br>PO BOX 1985<br>PARKERSBURG, WV 26102 | 771 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$77.90 (P)<br>$0.00 (U)<br>$77.90 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SHOSHONE COUNTY<br>700 BANK ST STE 110<br>WALLACE, ID 83873 | 61792 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$66.92 (P)<br>$0.00 (U)<br>$66.92 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SKAGIT COUNTY A POLITICAL SUBDIVISION OF WASHINGTON STATE<br>SKAGIT COUNTY TREASURER<br>C/O LINDA PATTERSON<br>PO BOX 518<br>MOUNT VERNON, WA 98273 | 456 | Motors Liquidation Company | $74.08 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$74.08 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SMITH COUNTY TRUSTEE<br>JAMIE D WINKLER, BELLAR AND WINKLER<br>212 MAIN STREET NORTH,<br>CARTHAGE, TN 37030 | 14945 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$60.00 (P)<br>$5.00 (U)<br>$65.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SMITH COUNTY TRUSTEE<br>JAMIE D WINKLER, BELLAR AND WINKLER<br>212 MAIN STREET NORTH<br>CARTHAGE, TN 37030 | 14946 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$5.00 (P)<br>$60.00 (U)<br>$65.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SMITH COUNTY TRUSTEE<br>JAMIE D WINKLER, BELLAR AND WINKLER<br>212 MAIN STREET NORTH<br>CARTHAGE, TN 37030 | 14947 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$6.00 (P)<br>$59.00 (U)<br>$65.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-First Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SMITH COUNTY TRUSTEE<br>JAMIE D WINKLER, BELLAR & WINKLER<br>212 MAIN STREET NORTH<br>CARTHAGE, TN 37030 | 14948 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$65.00 (P)<br>$0.00 (U)<br>$65.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SNOHOMISH COUNTY TREASURER<br>ATTN: BANKRUPTCY OFFICER<br>3000 ROCKEFELLER AVE M/S 501<br>EVERETT, WA 98201 | 197 | Motors Liquidation Company | $315.74 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$315.74 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SPALDING COUNTY TAX COMMISSIONER<br>PO BOX 509<br>GRIFFIN, GA 30224 | 4738 | Motors Liquidation Company | $170.69 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$170.69 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SPOKANE COUNTY TREASURER<br>PO BOX 199<br>SPOKANE, WA 99210 | 1404 | Motors Liquidation Company | $333.31 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$333.31 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SPRING INDEPENDENT SCHOOL DISTRICT TAX OFFICE<br>YOLANDA M HUMPREY<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>1235 NORTH LOOP WEST SUITE 600<br>HOUSTON, TX 77008 | 51327 | Motors Liquidation Company | $1,167.62 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,167.62 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ST CHARLES COUNTY COUNTY COLLECTOR<br>201 N 2ND ST #134<br>SAINT CHARLES, MO 63301 | 68438 | MLCS, LLC | $0.00 (S)<br>$0.00 (A)<br>$6,050.80 (P)<br>$0.00 (U)<br>$6,050.80 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-First Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| ST FRANCOIS COUNTY COLLECTOR<br>1 W LIBERTY<br>SUITE 201<br>FARMINGTON, MO 63640 | 29342 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$63,070.69 (P)<br>$0.00 (U)<br>$63,070.69 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ST JOHN THE BAPTIST PARISH TAX COLLECTOR<br>1801 WEST AIRLINE HIGHWAY<br>P O BOX 1600<br>LA PLACE, LA 70069 | 36130 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$137.07 (P)<br>$0.00 (U)<br>$137.07 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ST LOUIS CO COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br>CLAYTON, MO 63105 | 698 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$55.18 (P)<br>$0.00 (U)<br>$55.18 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ST LOUIS CO COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br>CLAYTON, MO 63105 | 699 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$15.77 (P)<br>$0.00 (U)<br>$15.77 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ST LOUIS CO COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br>CLAYTON, MO 63105 | 702 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$991.21 (P)<br>$0.00 (U)<br>$991.21 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ST LOUIS CO COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br>CLAYTON, MO 63105 | 704 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$5,443.88 (P)<br>$0.00 (U)<br>$5,443.88 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-First Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| STANDISH CITY TREASURER<br>399 E BEAVER ST<br>STANDISH, MI 48658 | 68329 | Motors Liquidation Company | $350.99 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$350.99 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| STANLY COUNTY TAX COLLECTOR<br>201 S 2ND ST RM 104<br>ALBEMARLE, NC 28001 | 17716 | Motors Liquidation Company | $8,449.25 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$8,449.25 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SUMTER COUNTY TREASURER<br>PO BOX 1775<br>SUMTER, SC 29151 | 69426 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$2,629.27 (P)<br>$0.00 (U)<br>$2,629.27 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SUTTER COUNTY TAX COLLECTOR<br>463 2ND STREET<br>YUBA CITY, CA 95991 | 432 | Motors Liquidation Company | $363.04 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$363.04 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TAX COLLECTOR OF DALLAS COUNTY ALABAMA<br>C/O TAMMY KING<br>PO BOX 987<br>SELMA, AL 36702 | 5097 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$12.22 (P)<br>$0.00 (U)<br>$12.22 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TAX COLLECTOR SANTA ROSA COUNTY<br>ATTN: DELINQUENT TAX DEPT<br>PO BOX 7100<br>MILTON, FL 32572 | 355 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | | | | |
|---|---|---|---|---|---|
| **Twenty-First Omnibus Objection** | | **Exhibit A** | | **Motors Liquidation Company, et al.** | |
| | | | | **Case No. 09-50026 (REG), Jointly Administered** | |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| TAX COLLECTOR SANTA ROSA COUNTY<br>ATTN: DELINQUENT TAX DEPT<br>PO BOX 7100<br>MILTON, FL 32572 | 356 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TENNESSEE DEPARTMENT OF REVENUE<br>C/O ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN 37202 | 65710 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$5,170,398.36 (P)<br>$0.00 (U)<br>$5,170,398.36 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TIPPECANOE COUNTY TREASURER<br>20 N 3RD STREET<br>LAFAYETTE, IN 47901 | 839 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$973.50 (P)<br>$0.00 (U)<br>$973.50 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TOWN OF WILKESBORO<br>PO BOX 1056<br>WILKESBORO, NC 28697 | 3990 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$300.59 (P)<br>$0.00 (U)<br>$300.59 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TOWN OF WYTHEVILLE<br>PO BOX 533<br>WYTHEVILLE, VA 24382 | 1736 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$18,737.87 (P)<br>$0.00 (U)<br>$18,737.87 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TREASURER CITY OF SAGINAW<br>1315 S WASHINGTON AVE<br>RM 105<br>SAGINAW, MI 48601 | 6918 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$248.68 (U)<br>$248.68 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Twenty-First Omnibus Objection | | | Exhibit A | | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| TREASURER CITY OF SAGINAW<br>1315 S WASHINGTON AVE RM#105<br>SAGINAW, MI 48601 | 6921 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,737.57  (U)<br>$1,737.57  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TREASURER CITY OF SAGINAW<br>1315 S WASHINGTON AVE RM# 105<br>SAGINAW, MI 48601 | 6922 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,995.29  (U)<br>$2,995.29  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TREASURER CITY OF SAGINAW<br>1315 S WASHINGTON AVE RM# 105<br>SAGINAW, MI 48601 | 6923 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$62.50  (U)<br>$62.50  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TREASURER OF WYTHE COUNTY<br>225 S 4TH ST STE 104<br>WYTHEVILLE, VA 24382 | 1702 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$100,415.62  (P)<br>$0.00  (U)<br>$100,415.62  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TREASURER, CITY OF SAGINAW<br>1315 S WASHINGTON AVE RM #105<br>SAGINAW, MI 48601 | 6917 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$490.41  (U)<br>$490.41  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TYLER ISD<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 2007<br>TYLER, TX 75710 | 36769 | Motors Liquidation Company | $752.10  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$752.10  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-First Omnibus Objection**     **Exhibit A**     <u>**Motors Liquidation Company, et al.**</u>

**Case No. 09-50026 (REG), Jointly Administered**

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| VALWOOD IMPROVEMENT AUTHORITY<br>C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>ATTN: ELIZABETH BANDA CALVO<br>P O BOX 13430<br>ARLINGTON, TX 76094 | 67125 | Motors Liquidation Company | $21,389.27 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$21,389.27 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| VENTURA COUNTY, CALIFORNIA<br>ATTN: BANKRUPTCY<br>C/O LAWRENCE L MATHENEY, TAX COLLECTOR<br>800 S VICTORIA AVE<br>VENTURA, CA 93009 | 64776 | Motors Liquidation Company | $180,156.34 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$180,156.34 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WAKE COUNTY REVENUE DEPARTMENT<br>POST OFFICE BOX 550<br>RALEIGH, NC 27602 | 67119 | MLCS, LLC | $0.00 (S)<br>$0.00 (A)<br>$4,220.15 (P)<br>$0.00 (U)<br>$4,220.15 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WAKE COUNTY REVENUE DEPARTMENT<br>PO BOX 550<br>RALEIGH, NC 27602 | 70202 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$873.38 (P)<br>$0.00 (U)<br>$873.38 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WAKE COUNTY REVENUE DEPARTMENT<br>POST OFFICE BOX 550<br>RALEIGH, NC 27602 | 67113 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$9,712.42 (P)<br>$410.62 (U)<br>$10,123.04 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WALTON COUNTY TREASURER<br>303 S HAMMOND DR STE 100<br>MONROE, GA 30655 | 17717 | Motors Liquidation Company | $1,096.72 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,096.72 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-First Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WARREN COUNTY COLLECTOR<br>LINDA STUDE<br>105 S MARKET ST<br>WARRENTON, MO 63383 | 14529 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$66.95 (P)<br>$0.00 (U)<br>$66.95 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WASHINGTON COUNTY TAX COLLECTOR<br>280 N COLLEGE AVE<br>STE 202<br>FAYETTEVILLE, AR 72701 | 5454 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$122,698.48 (P)<br>$0.00 (U)<br>$122,698.48 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WAYNE COUNTY TAX COLLECTOR<br>PO BOX 580478<br>CHARLOTTE, NC 28258 | 8506 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$3,442.41 (P)<br>$0.00 (U)<br>$3,442.41 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WAYNE COUNTY TREASURER<br>401 E MAIN ST<br>RICHMOND, IN 47374 | 1173 | Motors Liquidation Company | $543.30 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$543.30 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WAYNE COUNTY TREASURER WOJTOWICZ #18759<br>400 MONROE ST, SUITE #520<br>DETROIT, MI 48226 | 214 | Motors Liquidation Company | $1,287.50 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,287.50 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WAYNE COUNTY TREASURER WOJTOWICZ #18759<br>400 MONROE ST, SUITE #520<br>DETROIT, MI 48226 | 215 | Motors Liquidation Company | $219,316.39 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$219,316.39 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | | | | |
|---|---|---|---|---|---|
| **Twenty-First Omnibus Objection** | | **Exhibit A** | | | **Motors Liquidation Company, et al.** |
| | | | | | **Case No. 09-50026 (REG), Jointly Administered** |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| WELLS COUNTY TREASURER  SHAR MECHLING<br>C/O WELLS COUNTY TREASURER  WELLS COUNTY COURTHOUSE<br>102 W MARKET ST<br>STE 204 COURTHOUSE<br>BLUFFTON, IN 46714 | 10058 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$5,515.72  (P)<br>$0.00  (U)<br>$5,515.72  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WEST VIRGINIA STATE TAX DIVISION<br>PO BOX 766<br>CHARLESTON, WV 25323<br>UNITED STATES OF AMERICA | 6982 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$400,000.00  (P)<br>$0.00  (U)<br>$400,000.00  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WHITE COUNTY TRUSTEE<br>BRENDA C OFFICER<br>1 E BOCKMAN WAY<br>WHITE CO COURTHOUSE RM 102<br>SPARTA, TN 38583 | 1882 | Motors Liquidation Company | $693.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$693.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WICHITA COUNTY<br>HAROLD LEREW<br>PERDUE, BRANDON, FIELDER, COLLINS AND MOTT, LLP<br>PO BOX 8188<br>WICHITA FALLS, TX 76307 | 14853 | Motors Liquidation Company | $784.16  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$784.16  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WILKES COUNTY TAX COLLECTOR<br>PO BOX 63029<br>CHARLOTTE, NC 28263 | 3337 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$428.34  (P)<br>$0.00  (U)<br>$428.34  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-First Omnibus Objection**     **Exhibit A**     Motors Liquidation Company, et al.

Case No. 09-50026 (REG), Jointly Administered

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| WILLIAMSON COUNTY TRUSTEE<br>C/O YOST ROBERTSON NOWAK, PLLC<br>WILLIAMSON COUNTY DELINQUENT TAX ATTORNEYS<br>PO BOX 681346<br>FRANKLIN, TN 37068 | 1568 | Motors Liquidation Company | $558.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$558.00 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WILLIAMSON COUNTY TRUSTEE<br>C/O YOST ROBERTSON NOWAK, PLLC<br>WILLIAMSON COUNTY DELINQUENT TAX ATTORNEYS<br>PO BOX 681346<br>FRANKLIN, TN 37068 | 1569 | Motors Liquidation Company | $170.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$170.00 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WILLIAMSON COUNTY TRUSTEE<br>C/O YOST ROBERTSON NOWAK, PLLC<br>WILLIAMSON COUNTY DELINQUENT TAX ATTORNEYS<br>PO BOX 681346<br>FRANKLIN, TN 37068 | 1570 | Motors Liquidation Company | $845.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$845.00 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WILLIAMSON COUNTY TRUSTEE<br>C/O YOST ROBERTSON NOWAK, PLLC<br>WILLIAMSON COUNTY DELINQUENT TAX ATTORNEYS<br>PO BOX 681346<br>FRANKLIN, TN 37068 | 1571 | Motors Liquidation Company | $112.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$112.00 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WILLIAMSON COUNTY TRUSTEE<br>C/O YOST ROBERTSON NOWAK PLLC<br>WILLIAMSON COUNTY DELINQUENT TAX ATTORNEYS<br>PO BOX 681346<br>FRANKLIN, TN 37068 | 1573 | Motors Liquidation Company | $5.00 (S)<br>$0.00 (A)<br>$5.00 (P)<br>$0.00 (U)<br>$10.00 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-First Omnibus Objection**  **Exhibit A**  **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| WILLIAMSON COUNTY TRUSTEE<br>C/O YOST ROBERTSON NOWAK PLLC<br>WILLIAMSON COUNTY DELINQUENT TAX ATTORNEYS<br>PO BOX 681346<br>FRANKLIN, TN 37068 | 1578 | Motors Liquidation Company | $6.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$6.00 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WILSON COUNTY TAX COLLECTOR<br>PO BOX 1162<br>WILSON, NC 27894 | 453 | Motors Liquidation Company | $608.36 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$608.36 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WJ (BO) MCALPINE<br>REVENUE COMMISSIONER, MARENGO COUNTY<br>PO BOX 480578<br>LINDEN, AL 36748 | 6969 | Motors Liquidation Company | $23.15 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$23.15 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| YAKIMA COUNTY TREASURER<br>PO BOX 22530<br>YAKIMA, WA 98907 | 942 | Motors Liquidation Company | $70.14 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$70.14 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| YAKIMA COUNTY TREASURER<br>PO BOX 22530<br>YAKIMA, WA 98907 | 69994 | Motors Liquidation Company | $307.79 (S)<br>$0.00 (A)<br>$307.79 (P)<br>$0.00 (U)<br>$615.58 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| **Claims to be Disallowed and Expunged Totals** | **80** | | **$574,760.12** (S)<br>**$0.00** (A)<br>**$5,917,089.64** (P)<br>**$6,069.07** (U)<br>**$6,497,918.83** (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.