**Twenty-Second Omnibus Objection**     **Exhibit A**     **Motors Liquidation Company, et al.**

**Case No. 09-50026 (REG), Jointly Administered**

| CLAIMS TO BE DISALLOWED AND EXPUNGED |||||| SURVIVING CLAIMS ||||
|---|---|---|---|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** | **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** |
| ALLA AVERBUKH<br><br>C/O THE KUHLMAN LAW FIRM LLC<br>1100 MAIN STREET<br>SUITE 2550<br>KANSAS CITY, MO 64105<br><br>Official Claim Date  6/15/2009 | 97 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,500,000.00  (U)<br>$1,500,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | ALLA AVERBUKH<br><br>C/O THE KUHLMAN LAW FIRM LLC<br>1100 MAIN STREET SUITE 2550<br>KANSAS CITY, MO 64105<br><br>Official Claim Date  11/27/2009 | 61682 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,500,000.00  (U)<br>$1,500,000.00  (T) |
| ALSTON KAIYA L JR<br><br>C/O MARK B TINSLEY, ESQ<br>GOODING & GOODING PA<br>PO BOX 1000<br>ALLENDALE, SC 29810<br><br>Official Claim Date  11/17/2009 | 28378 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$5,000,000.00  (P)<br>$0.00  (U)<br>$5,000,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | ALSTON, KAIYA JR L<br><br>C/O MARK B TINSLEY<br>GOODING AND GOODING<br>PO BOX 1000<br>ALLENDALE, SC 29810<br><br>Official Claim Date  11/17/2009 | 28380 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$5,000,000.00  (P)<br>$0.00  (U)<br>$5,000,000.00  (T) |
| ALSTON, KAIYA JR L<br><br>C/O MARK B TINSLEY<br>GOODING & GOODING<br>PO BOX 1000<br>ALLENDALE, SC 29810<br><br>Official Claim Date  11/17/2009 | 28374 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$5,000,000.00  (P)<br>$0.00  (U)<br>$5,000,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | ALSTON, KAIYA JR L<br><br>C/O MARK B TINSLEY<br>GOODING AND GOODING<br>PO BOX 1000<br>ALLENDALE, SC 29810<br><br>Official Claim Date  11/17/2009 | 28380 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$5,000,000.00  (P)<br>$0.00  (U)<br>$5,000,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

**Twenty-Second Omnibus Objection**

## Exhibit A

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

| CLAIMS TO BE DISALLOWED AND EXPUNGED ||||| | SURVIVING CLAIMS ||||
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| ALSTON, KEISHA<br><br>C/O MARK B TINSLEY<br>GOODING & GOODING<br>PO BOX 1000<br>ALLENDALE, SC 29810<br><br>Official Claim Date  11/17/2009 | 28375 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$5,000,000.00 (P)<br>$0.00 (U)<br>$5,000,000.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | ALSTON, KEISHA<br><br>C/O MARK B TINSLEY ESQ<br>GOODING AND GOODING<br>PO BOX 1000<br>ALLENDALE, SC 29810<br><br>Official Claim Date  11/17/2009 | 28379 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$5,000,000.00 (P)<br>$0.00 (U)<br>$5,000,000.00 (T) |
| AMERICAN INTERNATIONAL INSURANCE COMPANY OF DELAWARE<br><br>A/S/O RICHARD LARRIVA<br>LAW OFFICES OF STEVEN G KRAUS<br>122 MOUNT BETHEL ROAD<br>WARREN, NJ 07059<br><br>Official Claim Date  7/27/2009 | 890 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$28,530.90 (U)<br>$28,530.90 (T) | Amended and Superseded Claims | Pgs. 1-5 | AMERICAN INTERNATIONAL INSURANCE COMPANY OF DELEWARE<br><br>A/S/O RICHARD LARRIVA<br>LAW OFFICES OF STEVEN G KRAUS<br>122 MOUNT BETHEL ROAD<br>WARREN, NJ 07059<br><br>Official Claim Date  11/23/2009 | 38340 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$28,530.90 (U)<br>$28,530.90 (T) |
| ANGEL TREJO HERNANDEZ INDIVIDUALLY<br><br>C/O JASON P HOELSCHER<br>SICO WHITE HOELSCHER & BRAUGH LLP<br>802 NORTH CARANCAHUA, SUITE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date  6/29/2009 | 387 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,500,000.00 (U)<br>$3,500,000.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | ANGEL TREJO HERNANDEZ INDIVIDUALLY<br><br>C/O JASON P HOELSCHER<br>SICO WHITE HOELSCHER & BRAUGH LLP<br>802 NORTH CARANCAHUA SUITE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date  11/27/2009 | 58939 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,500,000.00 (U)<br>$3,500,000.00 (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-Second Omnibus Objection** <span style="float:right">**Motors Liquidation Company, et al.**</span>

## Exhibit A

Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| ANGELICA GOMEZ BOCANEGRA INDIVIDUALLY<br><br>ATTN JASON P HOELSCHER<br>SICO WHITE HOELSCHER & BRAUGH LLP<br>802 NORTH CARANCAHUA SUITE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date  6/29/2009 | 594 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,500,000.00  (U)<br>$3,500,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | ANGELICA GOMEZ BOCANEGRA INDIVIDUALLY<br><br>ATTN JASON P HOELSCHER<br>SICO WHITE HOELSCHER & BRAUGH LLP<br>802 NORTH CARANCAHUA SUITE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date  11/27/2009 | 58938 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,500,000.00  (U)<br>$3,500,000.00  (T) |
| APPLIED SCIENCE ASSOCIATES INC<br><br>4607 W LAMB AVE<br>TAMPA, FL 33629<br><br>Official Claim Date  9/18/2009 | 1368 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,150.00  (U)<br>$3,150.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | APPLIED SCIENCE ASSOCIATES INC<br><br>4607 W LAMB AVE<br>TAMPA, FL 33629<br><br>Official Claim Date  10/5/2009 | 5033 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,150.00  (U)<br>$3,150.00  (T) |
| AUSTIN UTILITIES (CITY OF)<br><br>PO BOX 2267<br>AUSTIN, TX 78783<br><br>Official Claim Date  10/19/2009 | 11892 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$18,669.29  (U)<br>$18,669.29  (T) | Amended and Superseded Claims | Pgs. 1-5 | AUSTIN UTILITIES (CITY OF)<br><br>PO BOX 2267<br>AUSTIN, TX 78783<br><br>Official Claim Date  10/20/2009 | 17731 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$18,669.29  (U)<br>$18,669.29  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-Second Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| BARRERA, DAVID<br><br>244 EMERALD LN<br>BROWNSVILLE, TX 78520<br><br>Official Claim Date 10/20/2009 | 13283 | Motors Liquidation Company | $7,500.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$7,500.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | BARRERA, DAVID<br><br>244 EMERALD LN<br>BROWNSVILLE, TX 78520<br><br>Official Claim Date 11/13/2009 | 25357 | Motors Liquidation Company | $7,500.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$7,500.00 (T) |
| BRITTANY ELKINS, A MINOR<br><br>C/O SCOTT R MELTON (P34435), ATTORNEY<br>50 MONORE AVENUE NW<br>SUITE 700W<br>GRAND RAPIDS, MI 49503<br><br>Official Claim Date 7/22/2009 | 802 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,800,000.00 (U)<br>$2,800,000.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | BRITTANY ELKINS, A MINOR<br><br>C/O SCOTT MELTON (P 34435) ATTORNEY<br>50 MONORE AVE NW SUITE 700W<br>GRAND RAPIDS, MI 49503<br><br>Official Claim Date 11/17/2009 | 28856 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,800,000.00 (U)<br>$2,800,000.00 (T) |
| BRYSON CASEY<br><br>C/O THE KUHLMAN LAW FIRM LLC<br>1100 MAIN STREET<br>SUITE 2550<br>KANSAS CITY, MO 64105<br><br>Official Claim Date 6/15/2009 | 96 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$6,500,000.00 (U)<br>$6,500,000.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | BRYSON CASEY<br><br>C/O THE KUHLMAN LAW FIRM, LLC<br>1100 MAIN ST, STE 2550<br>KANSAS CITY, MO 64105<br><br>Official Claim Date 11/12/2009 | 23467 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$6,500,000.00 (U)<br>$6,500,000.00 (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-Second Omnibus Objection**  **Motors Liquidation Company, et al.**

## Exhibit A

Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| D & M REAL ESTATE LLC<br><br>NELSON LEVINE DELUCA & HORST LLC<br>457 HADDONFIELD RD STE 710<br>CHERRY HILL, NJ 08002<br><br>Official Claim Date  11/30/2009 | 66215 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | D & M REAL ESTATE LLC<br><br>NELSON LEVINE DELUCA & HORST LLC<br>457 HADDONFIELD RD STE 710<br>CHERRY HILL, NJ 08002<br><br>Official Claim Date  11/30/2009 | 66211 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) |
| DANIEL BUTLER<br><br>124 S GRAHAM ST<br>PITTSBURGH, PA 15208<br><br>Official Claim Date  10/5/2009 | 4804 | Motors Liquidation Company | $75,000.00  (S)<br>$0.00  (A)<br>$100,000.00  (P)<br>$100,000.00  (U)<br>$275,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | DANIEL BUTLER<br><br>124 S GRAHAM ST<br>PITTSBURGH, PA 15206<br><br>Official Claim Date  10/29/2009 | 17491 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$100,000.00  (U)<br>$100,000.00  (T) |

Note:    Debtors seek to expunge claim 4804 as amended by 17491.  Claim is related to previously filed claim 3209, also filed by Daniel Butler, that was expunged on Sixth Omnibus objection and amended by claim number 17491.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DOBY VEREEN JOHNSON A/N/F D A J<br><br>ATTN: BRANTLEY W WHITE<br>SICO, WHITE, HOELSCHER & BRAUGH LLP<br>802 N CARANCAHUA, SUITE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date  6/16/2009 | 115 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,000,000.00  (U)<br>$2,000,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | DOBY VEREEN JOHNSON A/N/F D A J<br><br>ATTN: BRANTLEY W WHITE<br>SICO WHITE HOELSCHER & BRAUGH LLP<br>802 N CARANCAHUA STE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date  11/27/2009 | 58659 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,000,000.00  (U)<br>$2,000,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-Second Omnibus Objection**                                                                                                                                                 **Motors Liquidation Company, et al.**

## Exhibit A

Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** | **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** |
| DOBY VEREEN JOHNSON A/N/F D V J<br><br>ATTN: BRANTLEY W WHITE<br>SICO, WHITE, HOELSCHER & BRAUGH LLP<br>802 N CARANCAHUA, SUITE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date   6/16/2009 | 116 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,000,000.00  (U)<br>$2,000,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | DOBY VEREEN JOHNSON A/N/F D V J<br><br>ATTN: BRANTLEY W WHITE<br>SICO WHITE HOELSCHER & BRAUGH LLP<br>802 N CARANCAHUA STE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date   11/27/2009 | 58658 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,000,000.00  (U)<br>$2,000,000.00  (T) |
| DOBY VEREEN JOHNSON AS REPRESENTATIVE OF<br><br>THE ESTATE OF BRITTANY JOHNSON DECEASED<br>ATTN: BRANTLEY W WHITE<br>SICO WHITE HOELSCHER & BRAUGH LLP<br>802 N CARANCAHUA, SUITE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date   6/16/2009 | 114 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | DOBY VEREEN JOHNSON AS REPRESENTATIVE OF<br><br>THE ESTATE OF BRITTANY JOHNSON DECEASED<br>ATTN BRANTLEY W WHITE, SISCO WHITE HOELSCHER & BRAUGH LLP<br>802 NORTH CARANCAHUA STE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date   11/27/2009 | 59263 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) |
| DOBY VEREEN JOHNSON INDIVIDUALLY<br><br>ATTN: BRANTLEY W WHITE<br>SICO WHITE HOELSCHER & BRAUGH LLP<br>802 N CARANCAHUA, SUITE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date   6/16/2009 | 113 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,500,000.00  (U)<br>$1,500,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | DOBY VEREEN JOHNSON INDIVIDUALLY<br><br>ATTN BRANTLEY W WHITE<br>SICO WHITE HOELSCHER & BRAUGH LLP<br>802 N CARANCAHUA STE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date   11/27/2009 | 58931 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,500,000.00  (U)<br>$1,500,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-Second Omnibus Objection**    **Motors Liquidation Company, et al.**

## Exhibit A

Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| EDEN ELKINS, A MINOR<br><br>SCOTT R MELTON (P34435), ATTORNEY<br>50 MONORE AVENUE NW, SUITE 700W<br>GRAND RAPIDS, MI 49503<br><br>Official Claim Date  7/22/2009 | 801 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,800,000.00  (U)<br>$2,800,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | EDEN ELKINS, A MINOR<br><br>C/O SCOTT R MELTON (P34435) ATTORNEY<br>50 MONORE AVE NW SUITE 700W<br>GRAND RAPIDS, MI 49503<br><br>Official Claim Date  11/17/2009 | 28857 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,800,000.00  (U)<br>$2,800,000.00  (T) |
| HALEY JENKINS<br><br>C/O THE KUHLMAN LAW FIRM LLC<br>1100 MAIN STREET<br>SUITE 2550<br>KANSAS CITY, MO 64105<br><br>Official Claim Date  6/15/2009 | 95 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,500,000.00  (U)<br>$1,500,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | HALEY JENKINS<br><br>C/O THE KUHLMAN LAW FIRM, LLC<br>1100 MAIN STREET  STE 2550<br>KANSAS CITY, MO 64105<br><br>Official Claim Date  11/12/2009 | 23005 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,500,000.00  (U)<br>$1,500,000.00  (T) |
| HARMS, JOLENE C<br><br>C/O LESAGE, MICHAEL T<br>620 13TH ST, PO BOX 306<br>PASO ROBLES, CA 93447<br><br>Official Claim Date  11/20/2009 | 65848 | Motors Liquidation Company | $100,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$100,000.00  (U)<br>$200,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | HARMS, JOLENE C<br><br>LESAGE, MICHAEL T<br>PO BOX 306<br>620 13TH ST<br>PASO ROBLES, CA 93446<br><br>Official Claim Date  11/23/2009 | 36538 | Motors Liquidation Company | $100,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$100,000.00  (U)<br>$200,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-Second Omnibus Objection**

**Motors Liquidation Company, et al.**

## Exhibit A

**Case No. 09-50026 (REG), Jointly Administered**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| JAY BAKER<br><br>ATTN: RICHARD J BARNES, ESQ<br>CELLINO & BARNES, PC<br>350 MAIN ST, 25TH FLOOR<br>BUFFALO, NY 14202<br><br>Official Claim Date  6/25/2009 | 308 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,000,000.00  (U)<br>$3,000,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | JAY BAKER<br><br>ATTN: RICHARD J BARNES, ESQ<br>C/O CELLINO & BARNES PC<br>350 MAIN ST, 25TH FLOOR<br>BUFFALO, NY 14202<br><br>Official Claim Date  11/23/2009 | 36088 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,000,000.00  (U)<br>$3,000,000.00  (T) |
| JESSICA JENKINS<br><br>THE KUHLMAN LAW FIRM, LLC<br>1100 MAIN STREET, SUITE 2550<br>KANSAS CITY, MO 64105<br><br>Official Claim Date  6/15/2009 | 86 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,500,000.00  (U)<br>$1,500,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | JESSICA JENKINS<br><br>C/O THE KUHLMAN LAW FIRM, LLC<br>1100 MAIN STREET STE 2550<br>KANSAS CITY, MO 64105<br><br>Official Claim Date  11/12/2009 | 23007 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,500,000.00  (U)<br>$1,500,000.00  (T) |
| KPMG LLP<br><br>ATTN: LISA FOTHERINGHAM<br>10 UPPER BANK STREET<br>LONDON E145GH<br><br>GREAT BRITAIN<br><br>Official Claim Date  10/6/2009 | 14951 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$97,170.00  (U)<br>$97,170.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | KPMG LLP<br><br>58 CLARENDON RD DEPT 791<br>WD17 1DE WATFORD<br>UNITED KINGDOM GREAT BRITAIN<br><br>GREAT BRITAIN<br><br>Official Claim Date  10/19/2009 | 12916 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$97,170.00  (U)<br>$97,170.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-Second Omnibus Objection**

**Exhibit A**

<u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** | **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** |
| MARGARITA ELIAS, AS THE REPRESENTATIVE OF<br><br>THE ESTATE OF ESTEVAN ELIAS, DECEASED<br>JOSH W HOPKINS/SICO, WHITE, HOELSCHER & BRAUGH, LLP<br>802 NORTH CARANCAHUA, SUITE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date  7/20/2009 | 738 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100,000.00 (U)<br>$100,000.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | MARGARITA ELIAS AS THE REPRESENTATIVE OF<br><br>THE ESTATE OF ESTEVAN ELIAS DECEASED<br>ATTN JOSH W HOPKINS<br>SICO WHITE HOELSCHER & BRAUGH LLP<br>802 NORTH CARANCAHUA STE 900<br>CORPUS CHRISTI, TX 78470<br>UNITED STATES OF AMERICA<br><br>Official Claim Date  11/27/2009 | 58950 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100,000.00 (U)<br>$100,000.00 (T) |
| MARIA LAURA FABIOLA SANTOS FONSECA, AS PERSONAL<br><br>REPRESENTATIVE OF THE ESTATE OF DANIEL ORTIZ<br>ATTN: ERIC G ZAJAC, ESQUIRE<br>ZAJAC & ARIAS, LLC<br>1818 MARKET ST, 30TH FLR<br>PHILADELPHIA, PA 19103<br><br>Official Claim Date  6/24/2009 | 228 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$7,500,000.00 (U)<br>$7,500,000.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | MARIA LAURA FABIOLA SANTOS FONSECA AS PERSONAL REPRESENTATIVE OF THE<br><br>ESTATE OF DANIEL ORTIZ<br>ERIC G ZAJAC ESQUIRE ZAJAC & ARIAS LLC<br>1818 MARKET ST 30TH FLR<br><br>PHILADELPHIA, PA 19103<br><br>Official Claim Date  11/24/2009 | 65855 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$7,500,000.00 (U)<br>$7,500,000.00 (T) |
| MICHAEL NORTHUP AS PERSONAL REP OF THE ESTATE OF<br><br>KAREN NORTHUP, DECEASED<br>ATTN: ERIC G ZAJAC, ESQUIRE  ZAJAC & ARIAS LLC<br>1818 MARKET ST, 30TH FLR<br>PHILADELPHIA, PA 19103<br><br>Official Claim Date  6/24/2009 | 230 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000,000.00 (U)<br>$5,000,000.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | MICHAEL NORTHUP AS PERSONAL REP OF THE ESTATE OF KAREN NORTHUP<br><br>C/O ERIC G ZAJAC ESQUIRE ZAJAC & ARIAS LLC<br>1818 MARKET ST 30TH FLR<br><br>PHILADELPHIA, PA 19103<br><br>Official Claim Date  11/24/2009 | 65858 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000,000.00 (U)<br>$5,000,000.00 (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-Second Omnibus Objection**

# Exhibit A

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| RICHARD MELTON AS REPRESENTATIVE OF<br><br>THE ESTATE OF PAMELA MELTON DECEASED<br>ATTN: BRANTLEY W WHITE<br>SICO WHITE HOELSCHER & BRAUGH LLP<br>802 N CARANCAHUA, SUITE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date  6/16/2009 | 111 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | RICHARD MELTON AS REPRESENTATIVE OF<br><br>THE ESTATE PAMELA MELTON DECEASED<br>ATTN: BRANTLEY W WHITE<br>SICO WHITE HOELSCHER & BRAUGH LLP<br>802 N CARANCAHUA STE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date  11/27/2009 | 58657 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) |
| RICHARD MELTON AS REPRESENTATIVE OF<br><br>THE ESTATE OF DELILA MELTON DECEASED<br>ATTN: BRANTLEY W WHITE<br>SICO WHITE HOELSCHER & BRAUGH LLP<br>802 N CARANCAHUA, SUITE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date  6/16/2009 | 112 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | RICHARD MELTON AS REPRESENTATIVE OF THE ESTATE OF DELILA MELTON DECEAS<br><br>ATTN BRANTLEY W WHITE<br>SICO WHITE HOELSCHER & BRAUGH LLP<br>802 N CARANCAHUA SUITE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date  11/27/2009 | 58656 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) |
| RICHARD MELTON INDIVIDUALLY<br><br>ATTN: BRANTLEY W WHITE<br>SICO WHITE HOELSCHER & BRAUGH LLP<br>802 N CARANCAHUA, SUITE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date  6/16/2009 | 110 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,500,000.00  (U)<br>$2,500,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | RICHARD MELTON INDIVIDUALLY<br><br>ATTN BRANTLEY W WHITE<br>SICO WHITE HOELSCHER & BRAUGH LLP<br>802 N CARANCAHUA SUITE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date  11/27/2009 | 58934 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,500,000.00  (U)<br>$2,500,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-Second Omnibus Objection**

# Exhibit A

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| ROBERT J DEIERLEIN<br><br>41 PRESTON AVE<br>WEST HARRISON, NY 10604<br><br>Official Claim Date 7/10/2009 | 956 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,000.00 (U)<br>$1,000.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | ROBERT J DEIERLEIN<br><br>41 PRESTON AVE<br>WEST HARRISON, NY 10604<br><br>Official Claim Date 11/25/2009 | 46106 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,000.00 (U)<br>$1,000.00 (T) |
| ROBERT J DEIERLEIN<br><br>41 PRESTON AVE<br>WEST HARRISON, NY 10604<br><br>Official Claim Date 10/15/2009 | 10638 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,000.00 (U)<br>$1,000.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | ROBERT J DEIERLEIN<br><br>41 PRESTON AVE<br>WEST HARRISON, NY 10604<br><br>Official Claim Date 11/25/2009 | 46106 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,000.00 (U)<br>$1,000.00 (T) |
| ROMAN CATHOLIC DIOCESE OF PITTSBURGH TRANSFIGURATION PARISH<br><br>535 SMITHFIELD STREET SUITE 1000<br><br>PITTSBURGH, PA 15222<br><br>Official Claim Date 11/27/2009 | 59190 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,000,000.00 (U)<br>$1,000,000.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | ROMAN CATHOLIC DIOCESE OF PITTSBURGH TRANSFIGURATION PARISH<br><br>MURDOCH ROBERT W<br>535 SMITHFIELD ST STE 1000<br>PITTSBURGH, PA 15222<br><br>Official Claim Date 11/27/2009 | 59191 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,000,000.00 (U)<br>$1,000,000.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-Second Omnibus Objection**

## Exhibit A

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| ROXIE CLEVENGER<br><br>C/O THE STANLEY LAW FIRM, LLC<br>1100 MAIN STREET, SUITE 2550<br><br>KANSAS CITY, MO 64105<br><br>Official Claim Date  6/15/2009 | 63 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$895,000.00  (U)<br>$895,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | ROXIE CLEVENGER<br><br>THE STANLEY LAW FIRM LLC<br>1100 MAIN ST SUITE 2550<br>KANSAS CITY, MO 64105<br><br>Official Claim Date  11/17/2009 | 28808 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$895,000.00  (U)<br>$895,000.00  (T) |
| STANDEX INTERNATIONAL CORP<br><br>6 MANOR PKWY<br><br>SALEM, NH 03079<br><br>Official Claim Date  10/5/2009 | 4394 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,600.00  (U)<br>$3,600.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | STANDEX INTERNATIONAL<br><br>A/K/A MOLD - TECH MICHIGAN<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>34497 KELLY RD<br>FRASER, MI 48026<br><br>Official Claim Date  11/2/2009 | 18873 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,600.00  (U)<br>$3,600.00  (T) |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br><br>HANNAH COLVIN & PIPES<br>2051 SILVERSIDE DR STE 260<br><br>BATON ROUGE, LA 70808<br><br>Official Claim Date  11/9/2009 | 21801 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$15,478.63  (U)<br>$15,478.63  (T) | Amended and Superseded Claims | Pgs. 1-5 | STATE FARM MUTUAL AUTO<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE CO<br>HANNAH COLVIN & PIPES<br>2051 SILVERSIDE DRIVE , SUITE 260<br>BATON ROUGE, LA 70808<br><br>Official Claim Date  11/27/2009 | 59307 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$15,478.63  (U)<br>$15,478.63  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-Second Omnibus Objection** — **Exhibit A** — **Motors Liquidation Company, et al.**

Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| STATE FARM MUTUAL INSURANCE CO A/S/O RYAN BEECH<br><br>C/O PATRICK R GAREIS<br>GROTEFELD & HOFFMAN LLP<br>407 SOUTH 3RD ST, STE 200<br>GENEVA, IL 60134<br>UNITED STATES OF AMERICA<br><br>Official Claim Date  10/19/2009 | 11846 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$137,952.06 (U)<br>$137,952.06 (T) | Amended and Superseded Claims | Pgs. 1-5 | STATE FARM MUTUAL INSURANCE COMPANY A/S/O RYAN BEECH<br><br>ATTN R GAREIS ATTORNEY AT LAW<br>C/O GROTEFELD & HOFFMAN<br>407 S 3RD STSTE 200<br>GENEVE, IL 80134<br><br>Official Claim Date  10/19/2009 | 11847 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$137,952.06 (U)<br>$137,952.06 (T) |
| TERRANCE J TICHY<br><br>C/O RICHARD L. DEMSEY CO., LPA<br>1350 EUCLID AVENUE, SUITE 1550<br>CLEVELAND, OH 44115<br><br>Official Claim Date  11/16/2009 | 27068 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,500,000.00 (U)<br>$2,500,000.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | TERRANCE J TICHY<br><br>C/O RICHARD L DEMSEY CO LPA<br>1350 EUCLID AVENUE SUITE 1550<br>CLEVELAND, OH 44115<br><br>Official Claim Date  11/17/2009 | 28660 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,500,000.00 (U)<br>$2,500,000.00 (T) |
| TERRY & SHERRY SMITH AS PERSONAL REPS OF THE ESTATE OF<br><br>SHANE SMITH, DECEASED<br>ATTN: ERIC G ZAJAC, ESQUIRE<br>ZAJAC & ARIAS LLC<br>1818 MARKET ST, 30TH FLR<br>PHILADELPHIA, PA 19103<br><br>Official Claim Date  6/24/2009 | 229 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000,000.00 (U)<br>$5,000,000.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | TERRY & SHERRY SMITH AS PERSONAL REPRESENTATIVES OF THE ESTATE OF<br><br>SHANE SMITH DECEASED<br>C/O ERIC G ZAJAC ESQUIRE ZAJAC & ARIAS LLC<br>1818 MARKET ST 30TH FLR<br>PHILADELPHIA, PA 19103<br><br>Official Claim Date  11/24/2009 | 65854 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000,000.00 (U)<br>$5,000,000.00 (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-Second Omnibus Objection**

## Exhibit A

<u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| UNITIL NORTHERN UTILITIES<br><br>ATTN: BANKRUPTCY DEPT<br>P O BOX 2025<br>SPRINGFIELD, MA 01102<br><br>Official Claim Date 6/9/2009 | 287 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$70.41 (U)<br>$70.41 (T) | Amended and Superseded Claims | Pgs. 1-5 | UNITIL NORTHERN UTILITIES<br><br>ATTN BANKRUPTCY DEPT<br>PO BOX 2025<br>SPRINGFIELD, MA 01102<br><br>Official Claim Date 10/20/2009 | 17775 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$70.41 (U)<br>$70.41 (T) |
| WELLS FARGO BANK NORTHWEST, N.A.<br><br>AS AGENT ON BEHALF OF LENDERS<br>C/O SIDLEY AUSTIN LLP<br>ATTN: KEN KANSA<br>ONE SOUTH DEARBORN<br>CHICAGO, IL 60603<br><br>Official Claim Date 7/15/2009 | 629 | Motors Liquidation Company | $90,700,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$90,700,000.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | WELLS FARGO BANK NORTHWEST, N A AS AGENT ON BEHALF OF THE LENDERS<br><br>SIDLEY AUSTIN LLP<br>ATTN KEN KANSA<br>ONE SOUTH DEARBORN<br><br>CHICAGO, IL 60603<br><br>Official Claim Date 11/23/2009 | 39030 | Motors Liquidation Company | $90,700,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$90,700,000.00 (T) |
| **Claims to be Disallowed and Expunged Totals** | **41** | | $90,882,500.00 (S)<br>$0.00 (A)<br>$15,100,000.00 (P)<br>$61,101,621.29 (U)<br>$167,084,121.29 (T) | | | | | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.