

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026<br><br>☒ MLC of Harlem, Inc., Case No. 09-13558<br><br>☒ MLCS, LLC, Case No. 09-50027<br><br>☒ MLCS Distribution Corporation, Case No. 09-50028<br><br>☒ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☒ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | ACCEL AB<br>BOX 287<br>S-46223 VANERSBORG<br>SWEDEN |
| Claim Number (if known): | 1235 |
| Date Claim Filed: | 6/17/2009 |
| Total Amount of Claim Filed: | 61,097.67    EUR |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 2010-06-14

Print Name: Magnus Nilsson

Title (if applicable): Managing Director

---

## DEFINITIONS

*Debtor*
The person, corporation or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case form the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

This form must be filed with the clerk of the Bankruptcy Court for the Southern District of New York. Filing may be accomplished by mailing this form to Clerk, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004-1408. Alternatively, attorneys with an ECF password may file this form electronically. A copy of the form should also be sent to Motors Liquidation Company c/o AlixPartners, Attn: Tim Neis, 500 Renaissance Center, Suite 1400, Detroit, MI 48243, or via email to RLosier@alixpartners.com, or via facsimile to 313-486-4258.

**Bolagsverket**

REGISTERUPPGIFT

AKTIEBOLAG

| Objektets registreringsdatum | Nuvarande firmas reg.dat. |
|---|---|
| 1994-09-01 | 1997-10-08 |
| Utskriftsdatum/tid | Sida |
| 2009-08-04, 19.17 | 1 |

Org.nummer: 556492-6870

Firma: Accel AB

Adress:
Box 287
462 23   VÄNERSBORG

Säte: Västra Götalands län, Vänersborg kommun

Registreringslän:
Anmärkning: -

Detta är ett privat aktiebolag.

**BILDAT DATUM**
1994-08-18

**SAMMANSTÄLLNING AV AKTIEKAPITAL**

Aktiekapital....: 1.100.000 SEK        Lägst: 1.100.000 SEK
                                       Högst: 4.400.000 SEK
Antal aktier....: 11.000

**STYRELSELEDAMOT, VERKSTÄLLANDE DIREKTÖR**
651019-5636 Nilsson, Lars Magnus, Sländvägen 15 A, 125 58 ÄLVSJÖ

**STYRELSELEDAMOT, ORDFÖRANDE**
410418-3514 Nilsson, Sten Erling, Annedalsvägen 7, 272 94 SIMRISHAMN

**STYRELSELEDAMÖTER**
630717-2004 Elggren Olsson, Amelie Kristina S, Residensgatan 33,
            462 30 VÄNERSBORG
420617-2100 Nilsson, Gunilla Margareta, Annedalsvägen 7,
            272 94 SIMRISHAMN
670402-2026 Stensdotter, Anna Maria, Oxbacksgatan 14, 3 tr,
            151 73 SÖDERTÄLJE

**REVISOR(ER)**
660922-4917 Fredriksson, Ivar Bjarne, Gustavsberg Lindesnäs 844,
            451 91 UDDEVALLA

FORTS

**∴∴ Bolagsverket**

REGISTERUPPGIFT

**AKTIEBOLAG**

ORG.NUMMER: 556492-6870

| Objektets registreringsdatum | Nuvarande firmas reg.dat. |
|---|---|
| 1994-09-01 | 1997-10-08 |
| Utskiftsdatum/tid | Sida |
| 2009-08-04, 19.17 | 2 |

**FIRMATECKNING**
Firman tecknas av styrelsen
Firman tecknas var för sig av
    ledamöterna

**FÖRESKRIFT OM ANTAL STYRELSELEDAMÖTER/STYRELSESUPPLEANTER**
Styrelsen skall bestå av lägst 1 och högst 10 ledamöter
med högst 10 suppleanter.

**BOLAGSORDNING**
Datum för senaste ändringen: 2002-12-20

**FÖRBEHÅLL/AVVIKELSER/VILLKOR I BOLAGSORDNINGEN**
Avvikelse avseende rösträtt
Hembudsförbehåll

**VERKSAMHET**
Bolaget skall bedriva agent- och grossistförsäljning av luftkondi-
tionerings- och klimatstyrningskomponenter, samt äga och förvalta
de fastigheter där rörelsen bedrivs, ävensom idka därmed förenlig
verksamhet.

**RÄKENSKAPSÅR**
0101 - 1231

**KALLELSE**
sker genom brev med posten.

**E-POSTADRESS**
maud.hyrefeldt@accel.nu

**FIRMAHISTORIK**
1997-05-13 Accel Sweden AB
1994-10-19 Baccelorum Aktiebolag
1994-09-01 Aktiebolaget Grundstenen 68411