# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026 |
| | ☐ MLC of Harlem, Inc., Case No. 09-13558 |
| | ☐ MLCS, LLC, Case No. 09-50027 |
| | ☐ MLCS Distribution Corporation, Case No. 09-50028 |
| | ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Highland Industries Inc.<br>629 Green Valley Rd.<br>Suite 210<br>Greensboro, NC 27408 |
| Claim Number (if known): | 46186 |
| Date Claim Filed: | 11/25/09 |
| Total Amount of Claim Filed: | Unliquidated |

(Received stamp: JUN 21 2010)

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: JUNE 15, 2010          _/s/ Don A. Schiemann_

Print Name: Don A. Schiemann

Title (if applicable): General Counsel

---

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026 <br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br> ☐ MLCS, LLC, Case No. 09-50027 <br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | Highland Industries Inc. <br> 629 Green Valley Rd. <br> Suite 210 <br> Greensboro, NC 27408 |
| Claim Number (if known): | 65812 |
| Date Claim Filed: | 11/24/09 |
| Total Amount of Claim Filed: | Unliquidated |

RECEIVED JUN 21 2010

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: JUNE 15, 2010

*/s/ Don A. Schiemann/*

Print Name: Don A. Schiemann

Title (if applicable): General Counsel

US_ACTIVE:¥43219392¥02¥72240.0639