# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | ☐ Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | NATIONAL GEOGRAPHIC SOCIETY<br>ATTN MEGAN F EDWARDS, VP AND ASSOCIATE GENERAL COUNSEL<br>1145 17TH STREET NW<br>WASHINGTON,DC,20036 |
| Claim Number (if known): | 666 |
| Date Claim Filed: | 7/06/2009 |
| Total Amount of Claim Filed: | $81,041.58 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: Jun 16, 2010

Print Name: TERRENCE B. ADAMSON

Title (if applicable): EXECUTIVE VICE PRESIDENT AND SECRETARY

RECEIVED JUN 22 2010 U.S. BANKRUPTCY COURT, SDNY

US_ACTIVE:¥43219392¥02¥72240.0639