# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026 <br><br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br><br> ☐ MLCS, LLC, Case No. 09-50027 <br><br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br><br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | WITN-TV <br> GRAY TELEVISION GROUP, INC. <br> 1801 HALSTEAD BOULEVARD <br> TALLAHASSEE,FL,32309 |
| Claim Number (if known): | 548 |
| Date Claim Filed: | 6/16/2009 |
| Total Amount of Claim Filed: | $9,949.25 |

RECEIVED JUN 22 2010 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _June 16, 2010_

_/s/ Mindy Sugarman_

Print Name: Mindy Sugarman

Title (if applicable): Credit & Collection Mgr. Corporate - Shared Services

US_ACTIVE:¥43219392¥02¥72240.0639