UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------- x
                                               :
In re                                          :   Chapter 11
                                               :
MOTORS LIQUIDATION COMPANY, et al.             :   Case No. 09-50026 (REG)
                                               :
    f/k/a General Motors Corp., et al.         :   (Jointly Administered)
                                               :
            Debtors                            :
                                               :
---------------------------------------------- x

### CREDITORS' VOLUNTARY DISMISSAL

**COME NOW**, Creditors Kimberly Jones, Zachary Jones and Amanda Jones (Claim number 399), by and through their attorneys of record, hereby voluntarily dismiss their claim(s) in this bankruptcy.

Respectfully submitted,

**LANGDON & EMISON**

By: _____
J. Kent Emison, Mo Bar#29721
911 Main Street
Lexington, Missouri 64067
Telephone: (660)259-6175
Facsimile: (660)259-4571
kemison@langdonemison.com

*ATTORNEY FOR CLAIMANTS*



RECEIVED JUN 25 2010 U.S. BANKRUPTCY COURT, SDNY