

# BALTIMORE COUNTY
## MARYLAND

JAMES T. SMITH, JR.
*County Executive*

November 18, 2009

JOHN E. BEVERUNGEN
*County Attorney*
*Office of Law*

JUN 25 2010

U.S. BANKRUPTCY COURT, SDNY

The Garden City Group, Inc.
Attn: Motors Liquidation Company Claims Processing
P.O. Box 9386
Dublin, Ohio 43017-4286

    Re:    Motors Liquidation Company (f/k/a General Motors Corporation)
            Case No. 09-50026 (REG)

Dear Sir or Madam:

    Enclosed for filing in the above-captioned case please find Baltimore County, Maryland's Line for Withdrawal of Claim. Please acknowledge receipt by returning a date-stamped copy. For your convenience, enclosed is a duplicate copy and a self-addressed, stamped envelope.

    Thank you for your prompt attention to this matter.

                  Very truly yours,

                  John E. Beverungen
                  County Attorney

JEB:dlm
Enclosure
cc:    Michele Robinson (w/enclosure)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re:                                         *        Case No. 09-50026 (REG)

MOTORS LIQUIDATION COMPANY,                    *        Chapter 11
f/k/a General Motors Corp., et al
                                               *
   Debtors
                                               *

************************************************************

## LINE FOR WITHDRAWAL OF CLAIM

Please withdraw the proof of claim filed on November 23, 2009 (claim no. 38935) in the amount of $15,200.90, since that claim has been paid by debtor.

_____
John E. Beverungen
County Attorney
Baltimore County Office of Law
400 Washington Avenue
Towson, Maryland 21204
(410) 887-4420
Attorney for Baltimore County, Maryland

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of June, 2010 a copy of Baltimore County's Line for Withdrawal of Claim was served electronically, or by regular United States mail to debtor's attorney, the Trustee, all creditors and interested persons.

_____
John E. Beverungen