## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | **CHAPTER 11** |
| | ) | |
| **MOTORS LIQUIDATION COMPANY, et al.,** | ) | **CASE NO. 09-50026 (REG)** |
| **f/k/a General Motors Corp., et al.** | ) | |
| | ) | |
| **Debtors.** | ) | JUN 2 4 2010 |
| | ) | |
| | ) | |
| | ) | |
| **MOTORS LIQUIDATION COMPANY, et al.,** | ) | |
| **f/k/a General Motors Corp., et al.** | ) | |
| **Objectors,** | ) | **(Jointly Administered)** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **Fulton County Tax Commissioner,** | ) | |
| | ) | |
| **Claimant.** | ) | |

## FULTON COUNTY TAX COMMISSIONER'S RESPONSE
## IN OPPOSITION TO DEBTORS' NINETEENTH OMNIBUS OBJECTION TO
## CREDITOR FULTON COUNTY'S PROOF OF CLAIM NO. 17766

**COMES NOW** the Fulton County Tax Commissioner ("Tax Commissioner") and files this Response In Opposition to Debtor's Objection To Creditor Fulton County's Proof of Claim ("Objection") as follows:

1.

The Debtor is the owner of personal property ("Property") which was located in Fulton County on January 1, 2009. Such Property is assigned individual Tax Parcel Identification numbers based on the situs of the Property within Fulton and is taxed in accordance with the valuation set by the Fulton County Board of Tax Assessors. See Proof of Claim attached hereto as Exhibit "A".

1

2.

Said tax liability is defined as a priority claim pursuant to 11 U.S.C. § 507(a)(8).

3.

The Fulton County Tax Commissioner filed a timely Contingent Claim on June 11, 2009. Such claim was Amended on October 9, 2009.

4.

Under Georgia law, property is valued/assessed on January 1st of each tax year. See O.C.G.A. § 48-5-10. Furthermore, under Georgia law, a tax lien for unpaid taxes attaches to all property in which the Debtor has an interest on January 1st of the applicable tax year. See O.C.G.A. § 48-2-56.

5.

A lien for ad valorem taxes attaches to property at the time fixed by law for valuation of the property in each year. See Decatur County Building & Loan Association v. Thigpen, 173 Ga. 363 (1931); Denise v. Paxon, 261 Ga. 846 (1992) (ad valorem taxes are lien on property from time of assessment) also citing Decatur County Building.

6.

The Debtors, as record owner of the Properties, are the parties responsible for paying the subject taxes ("Proof of Claim") pursuant to O.C.G.A. § 48-5-10.

7.

The Tax Commissioner filed a contingent claim in the amount of $96,756.08 with the Bankruptcy Court on June 11, 2009 based on estimated taxes for the 2009 tax year. See Exhibit "B". Such claim was amended on October 9, 2009, to an amount of $100,345.67 after the applicable millage rate was determined, and taxes amounts were finalized. See Exhibit "A". Since this amended claim was filed, Debtor has paid all but $528.28 in outstanding taxes it owes on the

2

Property for tax year 2009. Fulton County records indicate that the following tax amounts are still

owed:

| Tax Parcel ID | Tax Year | Tax Amount |
|---|---|---|
| P00005260801 | 2009 | $170.49 |
| P00005764745 | 2009 | $23.27 |
| P00005764851 | 2009 | $24.11 |
| P00005865801 | 2009 | $201.47 |
| P00005865860 | 2009 | $11.78 |
| P00006136009 | 2009 | $57.31 |
| P00006301204 | 2009 | $39.85 |
| **Total** | | **$528.28** |

As, such the Fulton County Tax Commissioner expects to amend his Proof of Claim to reflect this

outstanding balance.

8.

Debtor claims that the Tax Commissioner's Proof of Claim should be disallowed or

expunged since taxes have been assumed by General Mothers, LLC pursuant to Section 2.1 and

Section 2.3(a) of that certain Amended and Restated Master Sale and Purchase Agreement, dated as

of June 26, 2009 by and among General Motors Corporation, Saturn, LLC, Saturn Distribution

Corporation, Chevrolet-Saturn of Harlem, Inc. and General Motors, LLC. This objection should be

denied since Debtor was the owner of said property on January 1 of each tax year upon which the

Tax Commissioner bases his claim. Said tax liability attaches in personam and in rem. See O.C.G.A

§ 48-5-9. Dismissal of the Tax Commissioner's claim may prevent collection of taxes since Debtor

3

is responsible under Georgia law for paying taxes owed for the tax years set forth in the Tax Commissioner's contingent claim as the owner of the Properties on January 1 of each tax year.

9.

Petitioner cannot prevent the Tax Commissioner from carrying out his statutory duties in collecting the taxes when required to do so by law. The general rule is that there can be no waiver by a tax commissioner of any duty which is imposed upon him to collect taxes, nor can he be estopped from collecting taxes for any reason. Roberts v. Tomlinson, 242 Ga. 804 (1979); O.C.G.A. § 48-6-5 (duties of public officers).

10.

Not only does the Tax Commissioner have the duty to collect the taxes that are levied by the County, the Tax Commissioner must collect diligently and pay promptly the county taxes to the county treasurer and issue executions remaining unpaid after the due date. See O.C.G.A. §§ 48-5-233 and 48-5-127. "Diligence in collection of taxes" has been interpreted to mean that the tax commissioner must "do all things and take all steps which he may reasonably and lawfully do…" to collect taxes where such duties are defined. Sanders v. Fulton County, 111 Ga. App. 434, 436 (1965).

WHEREFORE, the Tax Commissioner prays that this Court:

(a) Deny the relief sought by Debtor and refuse to disallow or expunge the Fulton County Tax Commissioner's Amended Proof of Claim; and

(b) Order that the Debtor pay the full amount of taxes owed to Fulton County, through the Fulton County Tax Commissioner.

This [?]th day of June, 2010.

4

Respectfully submitted,

**OFFICE OF THE FULTON COUNTY ATTORNEY**
R. David Ware
COUNTY ATTORNEY
Georgia Bar No. 737756

Matthew C. Welch
Georgia State Bar No. 747190

William Shannon Sams
Georgia State Bar No. 101051

141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0261 (office)
(404) 730-6324 (facsimile)

5

# **EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF NEW YORK

**PROOF OF CLAIM**

In re (Name of Debtor):

GENERAL MOTORS CORPORATION AKA
GMC TRUCK DIVISION

Case Number:

09-50026

Chapter #   11

NOTE: This form should be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C 503.

Name of the Creditor:

FULTON COUNTY TAX COMMISSIONER

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and Address where Notices Should be Sent:

141 PRYOR ST SUITE 1113
ATLANTA, GA 30303

**AMENDED**

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the court.

Telephone Number:   (404) 730-6100

THIS SPACE IS FOR
COURT USE ONLY

Account or other number by which creditor identifies debtor:
P00005764745, P00005764991, P00005765164 et al

Check here if this claim  ☐ replaces  a previously filed claim dated: _____
☐ amends

**1. BASIS FOR CLAIM:**
☐ Goods Sold
☐ Services Performed
☐ Money Loaned
☐ Personal Injury/Wrongful Death
☒ Taxes
☐ Other

☐ Retiree benefits as defined in 11 U.S.C. 1114(a)
☐ Wages, salaries, and compensation (Fill out below)
Your SS#: _____
Unpaid compensation for services performed
from _____ to _____
(Date)           (Date)

**2. DATE DEBT WAS INCURRED:**

2009

**3. IF COURT JUDGEMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM:** Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured priority, (3) Secured. It is possible for part of a claim to be in one category and part in another.
CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

☐ SECURED CLAIM  $0.00
Attach evidence of perfection of security interest
Brief description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other: _____

Value of Collateral: $  $0.00
Amount of arrearage and other charges at time case filed included in secured claim above, if any  $0.00

☒ UNSECURED PRIORITY CLAIM  $110,345.67
☐ Specify the priority of the claim:
Wages, salaries, or commissions (up to $4650* earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier) - 11 U.S.C. 507(A) (3).
☐ Contributions to an employee benefit plan - 11 U.S.C. 507(a) (4).
☐ Up to $2100* of deposits toward purchase, lease, or rental of property or services for personal, family or household use 11 U.S.C. 507(a) (6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. 507(a) (7) .
☐ Taxes or penalties of governmental units - 11 U.S.C. 507(a) .
☐ Other - Specify applicable paragraph - 11 U.S.C. 507(a) _____

☐ UNSECURED NONPRIORITY CLAIM
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:**

| $0.00 | $0.00 | $110,345.67 (est.) | $110,345.67 |
|-------|-------|--------------------|-----|
| (Unsecured) | (Secured) | (Priority) | (Total) |

☐ Check this box if claim includes charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**6. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

THIS SPACE IS FOR
COURT USE ONLY

**7. SUPPORTING DOCUMENTS:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgements, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. TIME-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date:

OCT 09, 2009

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)

*Veronica Parker*

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. 152 AND 3571.

OCT 09, 2009

# AMENDED



**PARID: P20090005328**

**ADDRESS: 400 TENTH ST NE**

**ROLL: RE**

**NAME: GENERAL MOTORS CORP**

Summary (may include Interest, Penalty, and/or Fees)

| Tax Year | Cycle | Taxes |
|---|---|---|
| 2009 | ATL | $ 4,784.77 |
| 2009 | FUL | $ 1,498.15 |
| | **TOTAL** | **$ 6,282.92** |





**PARID: P20090005329**

**ADDRESS: 1440 UPPER HEMBREE RD**

**ROLL: RE**

**NAME: GENERAL MOTORS CORP**

**Summary (may include Interest, Penalty and/or Fees)**

| Tax Year | Cycle | Taxes |
|----------|-------|-------|
| 2009 | FUL | $ 4.48 |

**TOTAL**     **$ 4.48**





**PARID: P00005764745**

**ADDRESS: 1000 ABERNATHY RD 400**

**ROLL: RE**

**NAME: GENERAL MOTORS CORP**

**Summary (may include Interest, Penalty, and/or Fees)**

| Tax Year | Cycle | Taxes |
|----------|-------|--------|
| 2009 | CIT | $ 3.93 |
| 2009 | FUL | $ 23.27 |
| | **TOTAL** | **$ 27.20** |





**PARID: P00005764991**

**ADDRESS: 6822 SHANNON PKWY**

**ROLL: RE**

**NAME: GENERAL MOTORS CORP**

Summary (may include interest, penalty, and/or fees)

| Tax Year | Cycle | Taxes |
|----------|-------|-------|
| 2009 | FUL | $ 21.87 |

**TOTAL**    **$ 21.87**



**AMENDED**



**PARID: P00005765164**

**ADDRESS: 11225 ALPHARETTA HWY**

**ROLL: RE**

**NAME: GENERAL MOTORS CORP**

Summary (may include Interest, Penalty, and/or Fees)

| Tax Year | Cycle | Taxes |
|----------|-------|-------|
| 2009 | FUL | $ 248.09 |

**TOTAL** **$ 248.09**





**PARID: P20080001397**

**ADDRESS: 11700 GREAT OAKS WAY**

**ROLL: RE**

**NAME: GENERAL MOTORS CORP**

**Summary (may include Interest, Penalty and/or Fees)**

| Tax Year | Cycle | Taxes |
|----------|-------|-------|
| 2009 | FUL | $ 1,212.42 |

**TOTAL**      **$ 1,212.42**





**PARID: P20080001376**
**ADDRESS: 6555 FULTON INDUSTRIAL BLVD**

**ROLL: RE**

**NAME: GENERAL MOTORS CORP**

Summary (may include Interest, Penalty, and/or Fees)

| Tax Year | Cycle | Taxes |
|----------|-------|-------|
| 2009 | FUL | $ 9,224.62 |

**TOTAL      $ 9,224.62**

# AMENDED



**PARID: P20080001373**

**ADDRESS: 855 CAMP CREEK PKWY**

**ROLL: RE**

**NAME: GENERAL MOTORS CORP**

Summary (may include interest, penalty and/or fees)

| Tax Year | Cycle | Taxes |
|---|---|---|
| 2009 | FUL | $ 85,392.85 |

**TOTAL    $ 85,392.85**



**AMENDED**



**PARID: P00006136009**

**ADDRESS: 9230 WAITS FERRY CROSSING**

**ROLL: RE**

**NAME: GENERAL MOTORS CORP**

**Summary (may include Interest, Penalty and/or Fees)**

| Tax Year | Cycle | Taxes |
|----------|-------|-------|
| 2007 | FUL | $ 41.61 |
| 2009 | CIT | $ 2.58 |
| 2009 | FUL | $ 15.70 |
| | **TOTAL** | **$ 59.89** |





**PARID: P00006127573**
**ADDRESS: 4100 JONESBORO RD**

**ROLL: RE**

**NAME: GENERAL MOTORS CORP**

**Summary (may include Interest, Penalty and/or Fees)**

| Tax Year | Cycle | Taxes |
|----------|-------|-------|
| 2009 | FUL | $ 13.18 |

**TOTAL     $ 13.18**





**PARID: P00005865860**

**ADDRESS: 5730 GLENRIDGE DR**

**ROLL: RE**

**NAME: GENERAL MOTORS CORP**

Summary (may include interest, penalty, and/or fees)

| Tax Year | Cycle | Taxes |
|---|---|---|
| 2009 | CIT | $ 1.99 |
| 2009 | FUL | $ 11.78 |
| | **TOTAL** | **$ 13.77** |





**PARID: P00005765130**

**ADDRESS: 3040 PIEDMONT RD NE**

**ROLL: RE**

**NAME: GENERAL MOTORS CORP**

**Summary (may include Interest, Penalty, and/or Fees)**

| Tax Year | Cycle | Taxes |
|----------|-------|-------|
| 2009 | ATL | $ 3.03 |
| 2009 | FUL | $ 0.95 |
| | **TOTAL** | **$ 3.98** |





**PARID: P00005765105**
**ADDRESS: 2175 MANSELL RD**

**ROLL: RE**

**NAME: GENERAL MOTORS CORP**

**Summary (may include Interest, Penalty and/or Fees)**

| Tax Year | Cycle | Taxes |
|----------|-------|-------|
| 2009 | FUL | $ 105.12 |

**TOTAL    $ 105.12**





**PARID: P00005765075**
**ADDRESS: 4305 JONESBORO RD**

**ROLL: RE**

**NAME: GENERAL MOTORS CORP**

**Summary (may include Interest, Penalty and/or Fees)**

| Tax Year | Cycle | Taxes |
|----------|-------|-------|
| 2009 | FUL | $ 187.54 |

**TOTAL    $ 187.54**

# AMENDED



**PARID: P00005764877**

**ADDRESS: 255 METROPOLITAN PKWY SW**

**ROLL: RE**

**NAME: GENERAL MOTORS CORP**

**Summary (may include Interest, Penalty and/or Fees)**

| Tax Year | Cycle | Taxes |
|----------|-------|-------|
| 2009 | ATL | $ 16.49 |
| 2009 | FUL | $ 5.16 |
| | **TOTAL** | **$ 21.65** |

# AMENDED



**PARID: P00005764851**

**ADDRESS: 7200 ROSWELL RD**

**ROLL: RE**

**NAME: GENERAL MOTORS CORP**

Summary (may include Interest, Penalty, and/or Fees)

| Tax Year | Cycle | Taxes |
|----------|-------|-------|
| 2009 | CIT | $ 4.07 |
| 2009 | FUL | $ 24.11 |
| | **TOTAL** | **$ 28.18** |

# AMENDED



**PARID: P00005645266**

**ADDRESS: 3550 ATLANTA IND. PKWY**

**ROLL: RE**

**NAME: GENERAL MOTORS CORP**

**Summary (may include Interest, Penalty, and/or Fees)**

| Tax Year | Cycle | Taxes |
|----------|-------|-------|
| 2009 | ATL | $ 5,403.98 |
| 2009 | FUL | $ 1,692.02 |
| | **TOTAL** | **$ 7,096.00** |





**PARID: P00005260801**
**ADDRESS: 5730 GLENRIDGE DR**

**ROLL: RE**

**NAME: GENERAL MOTORS CORP**

**Summary (may include Interest, Penalty, and/or Fees)**

| Tax Year | Cycle | Taxes |
|----------|-------|-------|
| 2007 | FUL | $ 170.49 |

**TOTAL     $ 170.49**

# AMENDED



**PARID: P00005260780**

**ADDRESS: 3550 ATLANTA IND. PKWY**

**ROLL: RE**

**NAME: GENERAL MOTORS CORP**

Summary (may include Interest, Penalty and/or Fees)

| Tax Year | Cycle | Taxes |
|----------|-------|-------|
| 2009 | ATL | $ 176.24 |
| 2009 | FUL | $ 55.18 |
| | **TOTAL** | **$ 231.42** |

# **<u>EXHIBIT B</u>**

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

**In re** (Name of Debtor):
GENERAL MOTORS CORPORATION AKA
GMC TRUCK DIVISION

Case Number:
09-50026

Chapter #    11

NOTE: This form should be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. 503.

**Name of the Creditor:**
FULTON COUNTY TAX COMMISSIONER

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

**Name and Address where Notices Should be Sent:**

141 PRYOR ST SUITE
ATLANTA, GA 30303

Telephone Number: (404) 730-6100

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

**Account or other number by which creditor identifies debtor:**
P00005764745, P00005764991, P00005765164 et al

Check here if this claim   ☐ replaces   a previously filed claim dated: _____
                           ☐ amends

**1. BASIS FOR CLAIM:**
☐ Goods Sold
☐ Services Performed
☐ Money Loaned
☐ Personal Injury/Wrongful Death
☒ Taxes
☐ Other

☐ Retiree benefits as defined in 11 U.S.C. 1114(a)
☐ Wages, salaries, and compensation (Fill out below)
  Your SS#:
  Unpaid compensation for services performed
  from _____ to _____
      (Date)        (Date)

**2. DATE DEBT WAS INCURRED:**
2009

**3. IF COURT JUDGEMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM:** Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured priority, (3) Secured. It is possible for part of a claim to be in one category and part in another.
CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

☐ **SECURED CLAIM**   $0.00
Attach evidence of perfection of security interest
Brief description of Collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other: _____

Value of Collateral: $ $0.00
Amount of arrearage and other charges at time case filed included in secured claim above, if any   $0.00

☐ **UNSECURED NONPRIORITY CLAIM**
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☒ **UNSECURED PRIORITY CLAIM**   $96,756.08
☐ Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4650* earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier) - 11 U.S.C. 507(A) (3).
☐ Contributions to an employee benefit plan - 11 U.S.C. 507(A) (4).
☐ Up to $2100* of deposits toward purchase, lease, or rental of property or services for personal, family or household use 11 U.S.C. 507(a) (6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. 507(a) (7) .
☐ Taxes or penalties of governmental units - 11 U.S.C. 507(a) .
☐ Other - Specify applicable paragraph of 11 U.S.C. 507(a) ____

*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:**

| $0.00 | $0.00 | $96,756.08 (est.) | $96,756.08 |
|---|---|---|---|
| (Unsecured) | (Secured) | (Priority) | (Total) |

☐ Check this box if claim includes charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**6. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

THIS SPACE IS FOR COURT USE ONLY

**7. SUPPORTING DOCUMENTS:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgements, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. TIME-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date:

JUN 11, 2009

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)

*[signature]* Kimberly Lowe

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. 152 AND 3571.

JUN 11, 2009

# **ADDITIONAL PARCELS**

**P20080001397**
**P20080001376**
**P20080001373**
**P00006136009**
**P00006127573**
**P00005685860**
**P00005765130**
**P00005765105**
**P00005765075**
**P00005764877**
**P00005764851**
**P00005645266**
**P00005260801**
**P00005260780**



**PARID: P00005764745**

ADDRESS: 1000 ABERNATHY RD 400

**ROLL: RE**

**NAME: GENERAL MOTORS CORP**

| Tax Year | Cycle | Taxes |
|----------|-------|-------|
| 2009 | FUL | $ 33.09 |

CONTINGENT

**TOTAL**     **$ 33.09**



**PARID: P00005764991**

ADDRESS: 6822 SHANNON PKY

**ROLL: RE**

**NAME: GENERAL MOTORS CORP**

| Tax Year | Cycle | Taxes |
|----------|-------|-------|
| 2009 | FUL | $ 26.35 |

CONTINGENT

**TOTAL**     **$ 26.35**



**PARID: P00005765164**
**ADDRESS: 11225 ALPHARETTA HWY**

**ROLL: RE**

**NAME: GENERAL MOTORS CORP**

| Tax Year | Cycle | Taxes |
|----------|-------|-------|
| 2009 | FUL | $ 17.38 |

CONTINGENT

| | | |
|---|---|---|
| | **TOTAL** | **$ 17.38** |



**PARID: P20080001397**

ADDRESS: 11700 GREAT OAKS WAY

**NAME: GENERAL MOTORS CORP**

**ROLL: RE**

| Tax Year | Cycle | Taxes |
|---|---|---|
| 2009 | FUL | $ 1,315.31 |

CONTINGENT

**TOTAL    $ 1,315.31**



**PARID: P20080001376**

ADDRESS: 6555 FULTON INDUSTRIAL BLVD

**ROLL: RE**

**NAME: GENERAL MOTORS CORP**

| Tax Year | Cycle | Taxes |
|----------|-------|-------|
| 2009 | FUL | $ 5,610.72 |

CONTINGENT

|  | **TOTAL** | **$ 5,610.72** |
|--|-----------|----------------|



**PARID: P20080001373**
**ADDRESS: 855 CAMP CREEK PKWY**

**ROLL: RE**

**NAME: GENERAL MOTORS CORP**

| Tax Year | Cycle | Taxes |
|----------|-------|-------|
| 2009 | FUL | $ 83,354.01 |

CONTINGENT

**TOTAL**    **$ 83,354.01**



**PARID: P00006136009**

ADDRESS: 9230 WAITS FERRY CROSSING

**ROLL: RE**

**NAME: GENERAL MOTORS CORP**

| Tax Year | Cycle | Taxes |
|----------|-------|-------|
| 2009 | FUL | $ 23.50 |

CONTINGENT

**TOTAL**    **$ 23.50**



**PARID: P00006127573**
**ADDRESS: 4100 JONESBORO RD**

**ROLL: RE**

**NAME: GENERAL MOTORS CORP**

| Tax Year | Cycle | Taxes |
|----------|-------|-------|
| 2009 | FUL | $ 17.66 |

CONTINGENT

**TOTAL**    **$ 17.66**



**PARID: P00005865860**
ADDRESS: 5730 GLENRIDGE DR

**ROLL: RE**

**NAME: GENERAL MOTORS CORP**

| Tax Year | Cycle | Taxes |
|----------|-------|-------|
| 2009 | FUL | $ 14.74 |

CONTINGENT

**TOTAL**    **$ 14.74**



**PARID: P00005765130**
ADDRESS: 3040 PIEDMONT RD NE

**ROLL: RE**

**NAME: GENERAL MOTORS CORP**

| Tax Year | Cycle | Taxes |
|----------|-------|-------|
| 2009 | ATL | $ 2.13 |
| 2009 | FUL | $ .74 |

CONTINGENT

**TOTAL**    **$ 2.87**



**PARID: P00005765105**
ADDRESS: 2175 MANSELL RD

**ROLL: RE**

**NAME: GENERAL MOTORS CORP**

| Tax Year | Cycle | Taxes |
|----------|-------|-------|
| 2009 | FUL | $ 18.21 |

CONTINGENT

**TOTAL**    **$ 18.21**



**PARID: P00005765075**

ADDRESS: 4305 JONESBORO RD

**NAME: GENERAL MOTORS CORP**                    **ROLL: RE**

| Tax Year | Cycle | Taxes |
|----------|-------|-------|
| 2009 | FUL | $ 45.97 |

CONTINGENT

**TOTAL**   **$ 45.97**



**PARID: P00005764877**
ADDRESS: 255 METROPOLITAN PKY SW

**ROLL: RE**

**NAME: GENERAL MOTORS CORP**

| Tax Year | Cycle | Taxes |
|---|---|---|
| 2009 | ATL | $ 19.84 |
| 2009 | FUL | $ 6.84 |

CONTINGENT

**TOTAL    $ 26.68**



**PARID: P00005764851**

ADDRESS: 7200 ROSWELL RD

**ROLL: RE**

**NAME: GENERAL MOTORS CORP**

| Tax Year | Cycle | Taxes |
|----------|-------|-------|
| 2009 | FUL | $ 33.43 |

CONTINGENT

**TOTAL**     **$ 33.43**



**PARID: P00005645266**

ADDRESS: 3550 ATLANTA IND PKY

**ROLL: RE**

**NAME: GENERAL MOTORS CORP**

| Tax Year | Cycle | Taxes |
|----------|-------|-------|
| 2009 | ATL | $ 4,378.64 |
| 2009 | FUL | $ 1,512.15 |

CONTINGENT

**TOTAL**    **$ 5,890.79**



**PARID: P00005260780**
ADDRESS: 3550 ATLANTA IND PKY

**ROLL: RE**

**NAME: GENERAL MOTORS CORP**

| Tax Year | Cycle | Taxes |
|----------|-------|-------|
| 2009 | ATL | $ 159.78 |
| 2009 | FUL | $ 55.18 |

CONTINGENT

**TOTAL     $ 214.96**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | **CHAPTER 11** |
| **MOTORS LIQUIDATION COMPANY, et al.,**<br>**f/k/a General Motors Corp., et al.** | **CASE NO. 09-50026 (REG)** |
| **Debtors.** | |
| **MOTORS LIQUIDATION COMPANY, et al.,**<br>**f/k/a General Motors Corp., et al.**<br>**Objectors,** | **(Jointly Administered)** |
| **vs.** | |
| **Fulton County Tax Commissioner,** | |
| **Claimant.** | |

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing **FULTON COUNTY TAX COMMISSIONER'S RESPONSE IN OPPOSITION TO DEBTORS' NINETEENTH OMNIBUS OBJECTION TO CREDITOR FULTON COUNTY'S PROOF OF CLAIM NO. 17766** by U.S. mail, adequate postage thereon, as follows:

Harvey R. Miller, Esq.
Stephen Karotin, Esq.
Joseph H. Smolinsky, Esq.
*Weil, Gotshal & Manges LLP*
767 Fifth Avenue
New York, New York 10153
*Attorneys for Debtors*

Debtors, c/o Motors Liquidation Company

*Attn: Diana G. Adams, Esq.*

U.S. Attorney's Office
S.D.N.Y.
86 Chambers Street
Third Floor
New York, New York 10007
*Attn: David S. Jones, Esq.*
*Attn: Natalie Kuehler, Esq.*

Kaplan & Drysdale, Chartered
Attorneys for the Official Committee of unsecured creditors holding asbestos-related claims
375 Park Avenue
35th Floor
New York, New York 10152-3500
*Attn: Elihu Inselbuch, Esq.*
*Attn: Rita C. Tobin, Esq.*

Kaplan & Drysdale, Chartered
Attorneys for the Official Committee of unsecured creditors holding asbestos-related claims
One Thomas Circle, N.W.
Suite 1100
Washington, D.C. 2005
*Attn: Trevor W. Swett III, Esq.*
*Attn: Kevin C. Marclay, Esq.*

Strutzman, Bromberg, Esserman, & Plifka, a Professional Corporation
Attorneys for Dean M. Trafelet in his capacity as the legal representative for future asbestos
personal injury claimants
2323 Bryan Street
Suite 2200
Dallas, Texas 75201
*Attn: Sander L. Esserman, Esq.*
*Attn: Robert T. Brousseau, Esq.*

This 17th day of June, 2010.

William Shannon Sams
Georgia Bar No. 101051

8

**OFFICE OF THE COUNTY ATTORNEY**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0261 (office)
(404) 730-6324 (facsimile)-

P:\CALitigation\TaxCom\BANKRUPTCY\Motors Liquidation Company - No. 09-50026\Response to Objection.doc