UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                               : Chapter 11
                                                    :
MOTORS LIQUIDATION COMPANY, *et al.*,               : Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al*.,           :
                                                    :
                            Debtors.                : (Jointly Administered)
                                                    :
-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF SUFFOLK     )

I, Radha S. Rai, being duly sworn, depose and state:

1.  I am a Senior Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.  On June 28, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on Diconza Law P.C., Attn: Gerard Diconza, 630 Third Avenue, 7th Floor, New York, NY 10017 (counsel for LFR, Inc.):

- Stipulation and Order for Adjournment of June 29, 2010 Hearing on Second Interim Fee Application of LFR, Inc. [Docket No. 6166].

Dated:  June 29, 2010                    /s/ Radha S. Rai
       Melville, New York                Radha S. Rai

Sworn to before me this 29th day of June, 2010

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires:  May 19, 2012