# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK



RECEIVED
JUN 29 2010
U.S. BANKRUPTCY COURT, SDNY

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | [X] Motors Liquidation Company, Case No. 09-50026 |
|---|---|
| *Motors Liquidation 09-50026 (REG)* | [ ] MLC of Harlem, Inc., Case No. 09-13558 |
| | [ ] MLCS, LLC, Case No. 09-50027 |
| | [ ] MLCS Distribution Corporation, Case No. 09-50028 |
| | [ ] Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | [ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | DOROTHY M. BREWER<br>1435 SANTA SUSANA<br>HEMET, CA 92543 |
| Claim Number (if known): | 9798 |
| Date Claim Filed: | 10/14/2009 |
| Total Amount of Claim Filed: | $ 315.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 6-23-2010

*Dorothy M. Brewer*

Print Name: DOROTHY M. BREWER

Title (if applicable): _____

**VIA EMAIL AND FIRST CLASS MAIL**



Motors Liquidation Company
Attn: Claims Team
2101 Cedar Springs Road
Suite 1100
Dallas, TX 75201
claims@motorsliquidation.com

    Re:    In re Motors Liquidation Company, et al. ("Debtors"), Case No. 09-50026 (REG) –
             Claim Documentation Letter

Dear Motors Liquidation Company,

By this letter, I hereby submit the attached documentation in support of the following claim:

| Claim Number | Claimant |
| --- | --- |
| 9798 | DOROTHY M. BREWER |

I understand and acknowledge that submission of this letter does not constitute allowance of the above-described claim, and that the Debtors reserve all rights with respect to this claim.

Very truly yours,

X
Print Name   Dorothy M. Brewer
Address      1435 Santa Susana Dr
            Hemet, Calif 92543

City, State and Zip Code  Hemet, Calif 92543