# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | [X] Motors Liquidation Company, Case No. 09-50026 |
| | [ ] MLC of Harlem, Inc., Case No. 09-13558 |
| | [ ] MLCS, LLC, Case No. 09-50027 |
| | [ ] MLCS Distribution Corporation, Case No. 09-50028 |
| | [ ] Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | [ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | KELLY TRIDLE<br>29 HILLCREST COURT<br>OGALLALA, NE 69153 |
| Claim Number (if known): | 64964 |
| Date Claim Filed: | 11/30/2009 |
| Total Amount of Claim Filed: | ~~$1,800.00~~ $2360.76 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 06-04-10          _Kelly Tridle_ (signature)

Print Name: Kelly Tridle

Title (if applicable): _____

-------------------------------------------------------------------------------

**VIA EMAIL AND FIRST CLASS MAIL**

Motors Liquidation Company
Attn: Claims Team
2101 Cedar Springs Road
Suite 1100
Dallas, TX 75201
claims@motorsliquidation.com

**RECEIVED JUN 10 2010**

Re:   In re Motors Liquidation Company, et al. ("Debtors"), Case No. 09-50026 (REG) –
      Claim Documentation Letter

Dear Motors Liquidation Company,

By this letter, I hereby submit the attached documentation in support of the following claim:

| Claim Number | Claimant |
| --- | --- |
| 64964 | KELLY TRIDLE |

I understand and acknowledge that submission of this letter does not constitute allowance of the above-described claim, and that the Debtors reserve all rights with respect to this claim.

Very truly yours,

X _Kelly Tridle_
Print Name  Kelly Tridle
Address     29 Hillcrest Court
            Ogallala, NE 69153

City, State and Zip Code  Ogallala, NE 69153

**GENERAL MOTORS PRODUCT PROGRAM CUSTOMER REIMBURSEMENT CLAIM FORM**

### THIS SECTION TO BE COMPLETED BY CLAIMANT

Date Claim Submitted: 06-04-10 — This Claim
11-27-09 — 2nd claim
app. — 11-01-07 — First claim

Vehicle Identification Number (VIN): 1G2WP12K02fa50448

Mileage at Time of Repair: 69,712

Date of Repair: 8/6/2007

Claimant Name (please print): Kelly F. Triole

Street Address or PO Box Number: 29 Hillcrest Court

City, State, ZIP Code: OGallala, NE. 69153

Daytime Telephone Number (include Area Code): 308-289-4824

Evening Telephone Number (include Area Code): 308-289-4824
308-539-1735

Amount of Reimbursement Requested: $ 2360.76

Zoom | Sized for Print

# Automotive Service Solutions, LLC

2808 Spruce Acres
Ogallala, NE

Phone # 308.284.4465
Fax # 308.284.4486

Business Hours:
M-F 7:30 - 5:30

http://www.automotivessllc.com

# Repair Order

| Date | RO # | Written By: |
|---|---|---|
| 8/6/2007 | 70575 | PEP |
| Terms | Due on receipt ||

Fleet #

Kelly Tridle
398 Road East R
Paxton, Nebr. 69155

308-289-4824-Cell

| | |
|---|---|
| Year | 2002 |
| Make | Pontiac |
| Model | Grand Prix GT |
| VIN | 1G2WP12K02f250448 |
| Odometer In: | 69,712 |
| License # | 68-G998 |
| Odometer Out: | |

| Tech | Description | Quantity | Total |
|---|---|---|---|
| | Work Requested-Customer states that the vehicle will not start & indicated there is something at the top of the engine that has a hole in it & requested that the vehicle be inspected for repair. Check accordingly & estimate please. | | 0.00T |
| | Work Performed-Verified the customers concern-NOTED the Engine Upper Intake Manifold (Plenum) Assembly to have a burn thru hole in it as well as melted Fuel Injector Harness Wiring, Engine Fueling Pressure & Return Lines are melted, the Engine Emissions Exhaust Recirculation Valve is sticking possibly due to heat, the Engine Fueling Electric Fuel Pump Assembly is not carrying any Pressure and the Engine Emissions Exhaust System Catalytic Converter is restricted.  The Engine Upper Intake Manifold(Plenum) Assembly, Engine Fueling Pressure & Return Lines, Engine Emissions Exhaust Gas Recirculation Valve, Engine Fueling Electric Fuel Pump Assembly, Engine Emissions Exhaust System Catalytic Converter Assembly all require replacement for proper repair as well as the Engine Fueling Injector Wiring Harness needs to be repaired.   Estimated the repair & per Phone conversation between Kelly & Pam the repair was authorized.  Replaced the Engine Upper Intake Manifold (Plenum) Assembly, Both the Engine Fueling Pressure & Return Lines, the Engine Fueling Electric Fuel Pump Assembly, Engine Emissions Exhaust Gas Recirculation Valve, Engine Emissions Exhaust System Catalytic Converter Assembly & Repaired the Burnt Engine Fueling Injector Wiring Harness Assembly.  Verified the repair-the Vehicle is at this time performing as design intended. | | 0.00 |
| | Labor | 9 | 513.00 |
| | Engine Upper Intake Manifold (Plenum) Assembly # 89017272 | 1 | 158.00T |
| | Engine Upper Intake Manifold Gasket (Plenum) Assembly # 89017554 | 1 | 37.00T |
| | Engine Positive Crankcase Ventilation Valve Assembly # 89017274 | 1 | 23.47T |
| | Engine Fueling Throttle Body Gasket Assembly # G31596 | 1 | 6.80T |
| | Engine Fueling System Pressure Pipe Assembly # 15279855 | 1 | 87.02T |
| | Engine Fueling System Return Pipe Assembly # 15279854 | 1 | 89.70T |
| | Engine Fueling Electric Fuel Pump Module Assembly # 19177221 | 1 | 570.74T |
| | Engine Fueling Fuel Filter Assembly # 86311 | 1 | 24.52T |
| | Engine Emissions Exhaust Gas Recirculation Valve Assembly # EGV589 | 1 | 239.85T |
| | Engine Exhaust System Catalytic Converter Assembly # 642583 | 1 | 433.85T |
| | Shipping & Handling | | 45.93T |
| | Shop supplies | | 5.00T |

*We appreciate your business!*

The only warranties applying to this part(s) are those which may be offered by the manufacturer. The Seller hereby expressly disclaims all warranties, either express or implied, including any implied warranties of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this part(s) and/or service. Buyer shall not be entitled to recover from the Seller any consequential damages, damages to propery, damages for loss of use, loss of time, loss of profits, or income, or any other incidental damages.

**Total**

**Amount Paid:**

Paid by: Cash ___ CC ___ Ck# ___

Signature                                                      Date

Federal, state and local environmental regulations regarding the use of chemicals and generation of wastes (solvents, oils, caustics, lead, asbestos, etc.) and how they are stored, managed and disposed of, has resulted in an increase in cost of service. Ordinarily, increased costs simply result in an increased hourly labor charge.  We at Automotive Service Solutions, LLC, have decided in lieu of raising our labor rate, to list a compliance charge on appropriate service bills.

Automotive Service Solutions will provide a courtesy loaner vehicle for virtually any service visit.  In an effort to offset fuel and maintenance costs, a $10.00 fee will be added to this invoice for each day the loaner is used, regardless of how long it may be used.

**Automotive Service Solutions, LLC**

2808 Spruce Acres
Ogallala, NE

Phone # 308.284.4465
Fax # 308.284.4486

Business Hours:
M-F 7:30 - 5:30

http://www.automotivessllc.com

# Repair Order

| Date | RO # | Written By: |
|---|---|---|
| 8/6/2007 | 70575 | PEP |
| Terms | Due on receipt | |

| Fleet # | |
|---|---|

**Kelly Tridle**
**398 Road East R**
**Paxton, Nebr. 69155**

| | 308-289-4824-Cell | Year | 2002 |
|---|---|---|---|
| Make | Pontiac | Model | Grand Prix GT |
| VIN | 1G2WP12K02f250448 | Odometer In: | 69,712 |
| License # | 68-G998 | Odometer Out: | |

| Tech | Description | Quantity | Total |
|---|---|---|---|
| | Hazmat | | 5.00T |
| | Sales Tax - State & City | | 120.88 |

*Paid ck# 1400*

*We appreciate your business!*

The only warranties applying to this part(s) are those which may be offered by the manufacturer. The Seller hereby expressly disclaims all warranties, either express or implied, including any implied warranties of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this part(s) and/or service. Buyer shall not be entitled to recover from the Seller any consequential damages, damages to propery, damages for loss of use, loss of time, loss of profits, or income, or any other incidental damages.

| Total | $2,360.76 |
|---|---|
| **Amount Paid:** | |
| Paid by: Cash ___ CC ___ Ck# ___ | |

Signature _____ Date _____

Federal, state and local environmental regulations regarding the use of chemicals and generation of wastes (solvents, oils, caustics, lead, asbestos, etc.) and how they are stored, managed and disposed of, has resulted in an increase in cost of service. Ordinarily, increased costs simply result in an increased hourly labor charge. We at Automotive Service Solutions, LLC, have decided in lieu of raising our labor rate, to list a compliance charge on appropriate service bills.

Automotive Service Solutions will provide a courtesy loaner vehicle for virtually any service visit. In an effort to offset fuel and maintenance costs, a $10.00 fee will be added to this invoice for each day the loaner is used, regardless of how long it may be used.