# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | [X] Motors Liquidation Company, Case No. 09-50026 <br> [ ] MLC of Harlem, Inc., Case No. 09-13558 <br> [ ] MLCS, LLC, Case No. 09-50027 <br> [ ] MLCS Distribution Corporation, Case No. 09-50028 <br> [ ] Remediation and Liability Management Company, Inc., Case No. 09-50029 <br> [ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | BEVERLY R STARKEY <br> PO BOX 1407 <br> EDMOND, OK 73083 |
| Claim Number (if known): | 22101 |
| Date Claim Filed: | 11/9/2009 |
| Total Amount of Claim Filed: | $2,617.00 |

RECEIVED JUN 29 2010 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: June 8, 2010

*Beverly R. Starkey* (signature)

Print Name: Beverly R. Starkey

Title (if applicable): _____

---

**VIA FIRST CLASS MAIL**

BEVERLY R STARKEY
PO BOX 1407
EDMOND, OK 73083

 

Re: In re Motors Liquidation Company, et al. (f/k/a/ In re General Motors Corporation, et al.) Case No.: 09-50026 (REG)

Dear Claimant,

Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors ("MLC") are in receipt of the following claim that you filed against MLC:

22101    BEVERLY R STARKEY

The purpose of this letter is to request that you provide MLC with documentation in support of this claim, such as invoices, contracts, financial records, a complaint, and/or other information to substantiate the amount and basis of your claims. If you do not provide us with documentation for your claim, MLC may choose to object to your claim as lacking sufficient documentation to establish the validity of your claim. If you wish to provide MLC with documentation for your claim, please complete the enclosed Claim Documentation Letter and return it to MLC at the address indicated in the top left hand corner of the letter no later than **6/14/2010**. Alternatively, if you wish to withdraw your claim at this time, please complete the enclosed Withdrawal of Claim form and file with the court according to the instructions listed on the form.

Please be aware that submission of documentation for your claims will not result in allowance of your claims. MLC reserves all rights with regard to the above-listed claims, including the right to object to your claims.

Should you have any questions about this matter, please contact MLC at 1-800-414-9607 or by e-mail at claims@motorsliquidation.com.

Sincerely,

Motors Liquidation Company

Enclosure

**VIA EMAIL AND FIRST CLASS MAIL**

Motors Liquidation Company
Attn: Claims Team
2101 Cedar Springs Road
Suite 1100
Dallas, TX 75201
claims@motorsliquidation.com

  Re: In re Motors Liquidation Company, et al. ("Debtors"), Case No. 09-50026 (REG) –
    **Claim Documentation Letter**

Dear Motors Liquidation Company,

By this letter, I hereby submit the attached documentation in support of the following claim:

| Claim Number | Claimant |
| --- | --- |
| 22101 | BEVERLY R STARKEY |

I understand and acknowledge that submission of this letter does not constitute allowance of the above-described claim, and that the Debtors reserve all rights with respect to this claim.

Very truly yours,

X *Beverly R. Starkey*
Print Name: Beverly R. Starkey
Address: P.O. Box 1407

City, State and Zip Code: Edmond, OK. 73083-1407

## DEFINITIONS

*Debtor*
The person, corporation or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case form the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

This form must be filed with the clerk of the Bankruptcy Court for the Southern District of New York. Filing may be accomplished by mailing this form to Clerk, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004-1408. Alternatively, attorneys with an ECF password may file this form electronically. A copy of the form should also be sent to Motors Liquidation Company c/o AlixPartners, Attn: Tim Neis, 500 Renaissance Center, Suite 1400, Detroit, MI 48243, or via email to TNeis@alixpartners.com, or via facsimile to 313-486-4258.

ORIGINAL



**CAPITAL WEST**
SECURITIES, INC.

ONE LEADERSHIP SQUARE, SUITE 200
211 NORTH ROBINSON, OKLAHOMA CITY, OK 73102
(405) 235-5700 • 800-297-8734

## CONFIRMATION NOTICE

| TRANSACTION DATE | ACCOUNT NUMBER |
|---|---|
| 10/08/2007 | 12BP-7809-3132 |
| SETTLEMENT DATE | ACCOUNT TYPE |
| 10/11/2007 | CASH 4L |
| AS OF DATE | TRANSACTION TYPE |
| | 06 P |

BEVERLY R STARKEY
INDIVIDUAL RETIREMENT ACCOUNT
RBC DAIN RAUSCHER CUSTODIAN
PO BOX 1407
EDMOND    OK  73083-1407

### WE CONFIRM THE FOLLOWING TRANSACTION(S):

| SYMBOL | CUSIP | |
|---|---|---|
| GPM | 370442717 | YOU BOUGHT |

DESCRIPTION

GM CONT CVT SERIES C  CONV TO .525SHS DUE 2033           MOODY CAA1 S&P B-
N/C 7/20/10 @ $25.83

THIS SECURITY IS BELOW INVESTMENT GRADE
SEE REVERSE SIDE FOR ADDITIONAL RATING INFORMATION

| QUANTITY | PRICE | PRINCIPAL/ GROSS AMOUNT | ACCRUED INTEREST | COMMISSION/ HANDLING | MARK UP/ MARK DOWN | OTHER FEES | SALES CHARGE RATE |
|---|---|---|---|---|---|---|---|
| 100 | 25.40 | 2540.00 | 0.00 | 77.00 | | 0.00 | 0.000 % |
| 100 | | 2540.00 | 0.00 | 77.00 | | 0.00 | |

| NET AMOUNT |
|---|
| 2617.00 |

THANK YOU

IMPORTANT TAX INFORMATION
PLEASE RETAIN FOR YOUR RECORDS

PLEASE MAKE CHECKS PAYABLE TO:
CAPITAL WEST SECURITIES INC.

*YOUR FINANCIAL CONSULTANT:*

ERNEST MCCOLLUM
ICEM
405-396-8383
1-866-789-2466

BEVERLY R STARKEY
INDIVIDUAL RETIREMENT ACCOUNT

# RETIREMENT ACCOUNT INFORMATION

## CONTRIBUTIONS

| DESCRIPTION | IRA | ROLLOVER | DIRECT ROLLOVER | RECHARACTERIZATION |
|---|---|---|---|---|
| DEPOSITED IN 2006 FOR 2006 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEPOSITED IN 2007 FOR 2006 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEPOSITED IN 2007 FOR 2007 | $0.00 | $0.00 | $0.00 | $0.00 |

## TRANSFERS

| DESCRIPTION | AMOUNT |
|---|---|
| TRANSFERRED IN 2006 | $0.00 |
| TRANSFERRED IN 2007 | $0.00 |

## DISTRIBUTIONS

| DESCRIPTION | DISTRIBUTION | FEDERAL WITHHOLDING | STATE WITHHOLDING |
|---|---|---|---|
| DISTRIBUTED IN 2007 | $0.00 | $0.00 | $0.00 |

## PRIMARY BENEFICIARY INFORMATION

NEVIN L STARKEY ............................................................. 100.00%

NEVIN LOWELL STARKEY
INDIVIDUAL RETIREMENT ACCOUNT

Account number:
12BP-7809-4023
Page 6 of 9

## ACTIVITY DETAIL

*Purchases, sales and other activity all represent an exchange of cash and/or money market funds for securities and, as such, do not represent deposits to or withdrawals from your account. Account value changes due to commissions, mark ups, mark downs and accrued interest are shown in the "Change in value of priced securities" line of the Account Value Summary.*

### PURCHASES

#### Regular purchases

| DATE | DESCRIPTION | QUANTITY | PRICE | NET COST | COMMENTS |
|---|---|---|---|---|---|
| 10/08/07 | GM CONT CVT SERIES C CONV TO .525SHS DUE 2033 NC 7/20/10 @ $25.83 | 90.000 | $25.340 | -$2,345.60 | |

**TOTAL PURCHASES** -$2,345.60

### INCOME

#### Interest

| DATE | DESCRIPTION | SYMBOL/CUSIP | AMOUNT | COMMENTS |
|---|---|---|---|---|
| 10/01/07 | MBNA CAPITAL D 8.125% CPN MAT 10/01/32 N/C - 10/01/07 @ 25 | KRB-D | $76.17 | |
| 10/15/07 | KEYCORP CAPITAL V 5.875% CPN MAT 7/30/33 INTEREST | KEY-A | $141.37 | |

**Total interest** $217.54

#### Dividends

| DATE | DESCRIPTION | SYMBOL/CUSIP | AMOUNT | COMMENTS |
|---|---|---|---|---|
| 10/01/07 | AMERICAN CAP STRATEGIES LTD DIVIDEND | ACAS | $184.00 | |
| 10/15/07 | PENN WEST ENERGY TRUST DIVIDEND | PWE | $62.55 | |