**CAPITAL WEST**
SECURITIES, INC.
ONE LEADERSHIP SQUARE, SUITE 200
211 North Robinson, OKLAHOMA CITY, OK 73102
(405) 235-5700 • 800-297-8734

# INDIVIDUAL RETIREMENT ACCOUNT STATEMENT
OCTOBER 1, 2007 - OCTOBER 31, 2007

Account number: 12BP-7809-4023
Page 5 of 9

## TAXABLE FIXED INCOME

| DESCRIPTION | SYMBOL CUSIP | QUANTITY | MARKET PRICE | MARKET VALUE | ESTIMATED ANNUAL INCOME |
|---|---|---|---|---|---|
| MBNA CAPITAL D 8.125% CPN MAT 10/01/32 N/C - 10/01/07 @ 25 CALL ON 10/01/2007 @ 25.000 FC: 10/01/2002 MOODY AA2   S&P A | KRB-D | 150.000 | $25.200 | $3,780.00 | $304.50 |
| GM CONT CVT SERIES C CONV TO .525SHS DUE 2033 CALL ON 07/20/2010 @ 25.833 PUT ON 07/15/2018 @ 100.000 MOODY CAA1   S&P B- | GPM | 90.000 | $25.600 | $2,304.00 | $140.40 |
| KEYCORP CAPITAL V 5.875% CPN MAT 7/30/33 CALL ON 07/21/2008 @ 25.000 MOODY A3   S&P BBB | KEY-A | 385.000 | $20.550 | $7,911.75 | $562.10 |
| | | | CPN: 8.125% DUE: 10/01/2032 DTD: 06/27/2002 | | |
| | | | CPN: 6.250% DUE: 07/15/2033 DTD: 07/02/2003 FC: 01/15/2004 | | |
| | | | CPN: 5.875% DUE: 07/30/2033 DTD: 07/21/2003 FC: 10/15/2003 | | |

**TOTAL TAXABLE FIXED INCOME**    625.000    $13,995.75    $1,007.00

## OTHER ASSETS

| DESCRIPTION | SYMBOL | QUANTITY | MARKET PRICE | MARKET VALUE | ESTIMATED ANNUAL INCOME |
|---|---|---|---|---|---|
| NEWCASTLE INVESTMENT CORP | NCT | 200.000 | $14.850 | $2,970.00 | $576.00 |

**TOTAL OTHER ASSETS**    $2,970.00    $576.00

25827  16/18
DST U182-3 (4/05)

# CAPITAL WEST
## SECURITIES, INC.

ONE LEADERSHIP SQUARE, SUITE 200
211 NORTH ROBINSON, OKLAHOMA CITY, OK 73102
(405) 235-5700 • 800-297-8734



# INDIVIDUAL RETIREMENT ACCOUNT STATEMENT
### OCTOBER 1, 2007 - OCTOBER 31, 2007

Account number:
12BP-7809-3132
Page 5 of 7

## ACTIVITY DETAIL

*Realized gain/loss column includes fees and commissions. It does not include accrued interest. Purchases, sales and other activity all represent an exchange of cash and/or money market funds for securities and, as such, do not represent deposits to or withdrawals from your account. Account value changes due to commissions, mark ups, mark downs and accrued interest are shown in the "Change in value of priced securities" line of the Account Value Summary.*

*\* Information that appears in these columns may be based on information provided by you or at your direction. RBC Dain Rauscher has not verified such data. Please see "About Your Statement" on page 2 for further information.*

### PURCHASES

**Regular purchases**

| DATE | DESCRIPTION | QUANTITY | PRICE | NET COST |
|---|---|---|---|---|
| 10/08/07 | GM CONT CVT SERIES C CONV TO .525SHS DUE 2033 N/C 7/20/10 @ $25.83 | 100.000 | $25.400 | -$2,617.00 |

**TOTAL PURCHASES**    -$2,617.00

### INCOME

**Interest**

| DATE | DESCRIPTION | SYMBOL/CUSIP | AMOUNT | COMMENTS |
|---|---|---|---|---|
| 10/01/07 | MBNA CAPITAL D 8.125% CPN MAT 10/01/32 N/C - 10/01/07 @ 25 | KRB-D | $81.25 | |

**Dividends**

| DATE | DESCRIPTION | SYMBOL/CUSIP | AMOUNT | COMMENTS |
|---|---|---|---|---|
| 10/30/07 | NEWCASTLE INVESTMENT CORP DIVIDEND | NCT | $129.60 | |
| 10/31/07 | TAMARACK INVT FDS PRIME DIVIDEND REINVEST | | $4.71 | 4.58% AVERAGE YIELD FOR MONTH |

**Total dividends**    $134.31

**TOTAL INCOME**    $215.56

25827  8/18
DST U182-3 (4/05)