# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | [X]  Motors Liquidation Company, Case No. 09-50026 |
|---|---|
| | [ ]   MLC of Harlem, Inc., Case No. 09-13558 |
| | [ ]  MLCS, LLC, Case No. 09-50027 |
| | [ ]  MLCS Distribution Corporation, Case No. 09-50028 |
| | [ ]  Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | [ ]  Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | GLENN & LAWANDA WILSON<br>12675 FM 2590<br>AMARILLO, TX 79119 |
| Claim Number (if known): | 9977 |
| Date Claim Filed: | 10/14/2009 |
| Total Amount of Claim Filed: | $10,000.00 |

*RECEIVED JUN 29 2010 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK*

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 6-7-2010

*Glenn Wilson*

Print Name: GLENN WILSON

Title (if applicable): OWNER

**VIA EMAIL AND FIRST CLASS MAIL**

Motors Liquidation Company
Attn: Claims Team
2101 Cedar Springs Road
Suite 1100
Dallas, TX 75201
claims@motorsliquidation.com



RECEIVED
JUN 1 4 2010

Re:    **In re Motors Liquidation Company, et al. ("Debtors"), Case No. 09-50026 (REG) –
Claim Documentation Letter**

Dear Motors Liquidation Company,

By this letter, I hereby submit the attached documentation in support of the following claim:

| Claim Number | Claimant |
|---|---|
| 9977 | GLENN & LAWANDA WILSON |

I understand and acknowledge that submission of this letter does not constitute allowance of the above-
described claim, and that the Debtors reserve all rights with respect to this claim.

Very truly yours,

X _Glenn Wilson_
Print Name  _GLENN   WILSON_
Address  _12675   F.M.  2590_

City, State and Zip Code _AMARillo   TX.   79119_



# RAYMOND JAMES
### FINANCIAL SERVICES, INC.
#### M e m b e r   N A S D / S I P C

**ACCOUNT ID: 83979247**
**TRADE DATE: 03/04/05**
**SETTLEMENT DATE: 03/09/05**

**GLENN WILSON &**
**LAWANDA WILSON JT/WROS**
**12675 FM 2590**
**AMARILLO TX 79119-7588753**

**Your Financial Advisor:**
MARK SOLIS
Phone: (806) 463-1263
Branch ID: 6CM6073

This is to confirm that the following transaction was completed in your account on a solicited basis. We encourage you to review the information on this confirmation and compare it to your next statement. If you have a question, please contact your Financial Advisor, MARK SOLIS at (806) 463-1263 or via email at Mark.Solis@RaymondJames.com. Requests to buy or sell securities are not accepted by e-mail. Please call your Financial Advisor to place any trades or to request any changes. In addition, our Client Services Department at 1-800-647-SERV(7378) is available to assist.

### CORPORATE BOND TRANSACTION SUMMARY

**BOUGHT: 10 Bonds GENERAL MOTORS CORPORATION DEBENTURE, 7.4%, matures 09/01/2025, yield to maturity 7.909%, CUSIP # 370442AR6, at 94.876 per bond**

| Trade Amount | Accrued Int | Handling | Net Amount |
|:---:|:---:|:---:|:---:|
| $9,487.60 | $16.44 | $4.00 | $9,508.04 |

As this transaction settles on March 9, 2005, please be sure funds for payment are available in your account by this date. To receive proper credit when depositing funds by check, please write your account ID on the check and make it payable to Raymond James & Associates.

This transaction was executed on a principal basis in the OTC market. The purchase price includes a sales commission. Trades executed on a principal basis are purchased from and sold to an inventory owned by Raymond James & Associates. This form of execution may result in a trading profit or loss to the firm. The industry standard identification number (CUSIP) assigned to this security is 370442AR6. Other information regarding the execution of this transaction, including the date and time of the transaction, will be furnished upon written request.

These bonds are issued with a par or face value of $1,000 per bond and are priced as a percentage of par value. A price of 94.876 represents 94.876% of this bond's $1,000 par value. Therefore, the principal amount is $948.76 per bond in this transaction.

At your purchase price of 94.876, these bonds will yield 7.909% if held to maturity. Yield to Maturity (YTM) is the industry standard used to compare different types of fixed income investments and is a function of the stated interest rate, purchase price, and the time remaining until the bond matures. Your actual yield may vary if the bond is sold prior to maturity. Call features may exist which could affect yield. Complete information will be provided upon request.

Your bonds pay a stated or coupon interest rate of 7.4% based on a $1,000 per bond par value. This represents $74.00 of annual income per bond. The interest income is paid semi-annually. This interest income, reportable in the year paid, may be subject to federal, state and/or local taxes. If Raymond James & Associates holds your securities in an account on your behalf, known as "street name", we will report this

(PLEASE SEE REVERSE SIDE)

interest to you at yearend on Form 1099 for use in preparing your tax return. Bonds, whether purchased at a premium, par or a discount, may be subject to a taxable capital gain or loss upon sale. Please consult with your tax advisor to assure proper tax reporting.

Accrued interest represents interest earned that has not been paid by the issuer prior to the settlement date of this transaction. The seller of a bond is entitled to the accrued interest from the last interest payment date, up to but not including settlement date. The buyer of a bond starts earning or accruing interest on settlement date. The accrued interest on these 10 bonds is $16.44 and has accrued from March 1, 2005. This represents 8 days of accrued interest. When calculating the accrued interest on this bond, each month of the year is assumed to have 30 days and a year is assumed to have 360 days. We will report the accrued interest to you at yearend on Form 1099 for use in preparing your tax return.

These securities have a stated maturity date of September 1, 2025. This is the date when the issuer is scheduled to redeem them for their par or face value. This security is considered to be non-callable. However, in some cases, extraordinary or special call features may exist. Additional information is available upon request.

This security is currently rated Baa2 by Moody's Investors Services, and BBB- by Standard & Poor's Corporation (S&P) and, therefore, is considered to be of "investment grade". Securities ratings, provided by independent rating services, are appraisals of the financial stability of the issuer and their ability to pay the interest and, ultimately, the principal on their obligation to you. Ratings are subject to change at any time. Changes in ratings may affect the current market value of your investment.

This security is only issued in book-entry form, therefore, certificates cannot be issued. This confirmation, together with the periodic statements we send to you, is your proof of ownership.

Corporate bonds are direct debt obligations of the issuing company.

During the time you will hold this bond, changes in market interest rates, credit quality and general market conditions will affect the then current price of the bond making the bond more or less attractive to other potential investors. In the future, if the bond you hold is paying a higher coupon or stated rate of interest than the current rates available on new issues of similar quality bonds, it is likely the market price would increase because other investors would be willing to pay more in order to earn the higher coupon interest rate. Conversely, if the bond you hold is paying a lower coupon rate of interest than is generally available, other investors would expect to pay less and the market price could decline. If the bond is sold prior to maturity, a realized gain or loss could result.

Unless otherwise specified, products purchased from or held at Raymond James & Associates are not insured by the FDIC, are not deposits or other obligations of Raymond James Bank, FSB, are not guaranteed by Raymond James Bank and are subject to investment risk, including possible loss of the principal invested.

We sincerely hope that you are pleased with the quality of the investment and support services which you are receiving. If you know of other investors who could benefit from our services, please refer them to your Financial Advisor.

Thank you for doing business with us.                                      94 030405 947928





**April 30 to May 28, 2010**

**Amarillo National Bank**

# Your Portfolio (continued)
Wilson Joint Account No. 83979247

# Fixed Income ❖

## Credit Quality Analysis

| Credit Rating | | Current Period Value | Percentage Allocation |
|---|---|---|---|
| ■ US Treasury | $ | 0.00 | 0.00% |
| ▨ Moody's Aaa | $ | 0.00 | 0.00% |
| ▨ Moody's Aa | $ | 0.00 | 0.00% |
| ▧ Moody's A | $ | 0.00 | 0.00% |
| ▨ Moody's Baa | $ | 0.00 | 0.00% |
| ▨ Below Investment Grade | $ | 0.00 | 0.00% |
| ▥ Unrated | $ | 2,950.00 | 100.00% |

## Maturity Analysis

| Maturity | | Current Period Value | Percentage Allocation |
|---|---|---|---|
| ■ 0 to < 1 yr | $ | 0.00 | 0.00% |
| ▨ 1 to < 3 yrs | $ | 0.00 | 0.00% |
| ▨ 3 to < 7 yrs | $ | 0.00 | 0.00% |
| ▧ 7 to < 14 yrs | $ | 0.00 | 0.00% |
| ▨ 14 to > yrs | $ | 2,950.00 | 100.00% |

100.00

0.00%

0.00%

0.00%

0.00%

0.00%



## Corporate Bonds

| Description (CUSIP) | Par Value | Moody's/S&P Rating | Est. Annual Income | Date Acquired | Price | Value | Total Cost Basis/ Gain or (Loss) | Adjusted Cost Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|
| GENERAL MOTORS CORPORATION DEBENTURE 7.400% DUE 09/01/2025 ISIN US370442AR69 (370442AR6) | $10,000.00 | | | 03/04/2005 | $29.500 | $2,950.00 | $9,491.60 ($6,541.60) | $9,491.60 ($6,541.60) |
| **Corporate Bonds Total** | $10,000.00 | | | | | $2,950.00 | $9,491.60 ($6,541.60) | |

**Fixed Income Total**    $2,950.00

❖ Please see Fixed Income Investments on the Understanding Your Statement page.