# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | [X] Motors Liquidation Company, Case No. 09-50026 <br> [ ] MLC of Harlem, Inc., Case No. 09-13558 <br> [ ] MLCS, LLC, Case No. 09-50027 <br> [ ] MLCS Distribution Corporation, Case No. 09-50028 <br> [ ] Remediation and Liability Management Company, Inc., Case No. 09-50029 <br> [ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | GILLIAM JESSIE <br> GILLIAM, JESSIE <br> 441 FALLAW RD <br> GASTON, SC 29053 |
| Claim Number (if known): | 19105 |
| Date Claim Filed: | 11/2/2009 |
| Total Amount of Claim Filed: | $1,000.40 |

RECEIVED JUN 29 2010 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 5-26-2010

Print Name: Jessie Gilliam

Title (if applicable): _____

**VIA EMAIL AND FIRST CLASS MAIL**

Motors Liquidation Company
Attn: Claims Team
2101 Cedar Springs Road
Suite 1100
Dallas, TX 75201
claims@motorsliquidation.com



Re:   In re Motors Liquidation Company, et al. ("Debtors"), Case No. 09-50026 (REG) –
      Claim Documentation Letter

Dear Motors Liquidation Company,

By this letter, I hereby submit the attached documentation in support of the following claim:

| Claim Number | Claimant |
|---|---|
| 19105 | GILLIAM JESSIE |

I understand and acknowledge that submission of this letter does not constitute allowance of the above-described claim, and that the Debtors reserve all rights with respect to this claim.

Very truly yours,

X _Jessie Gilliam_
Print Name   Jessie Gilliam
Address      441 Fallaw Rd

City, State and Zip Code  Gaston SC 29053