UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
JUN 03 2010

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | [X] Motors Liquidation Company, Case No. 09-50026 |
| --- | --- |
| | [ ] MLC of Harlem, Inc., Case No. 09-13558 |
| | [ ] MLCS, LLC, Case No. 09-50027 |
| | [ ] MLCS Distribution Corporation, Case No. 09-50028 |
| | [ ] Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | [ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | RICHARD DINES<br>1611 RAINFALL WAY<br>FERNLEY, NV 89408 |
| Claim Number (if known): | 3948 |
| Date Claim Filed: | 10/5/2009 |
| Total Amount of Claim Filed: | $187,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 6-1-10

_Richard Dines_

Print Name: RICHARD DINES

Title (if applicable): _____

**VIA EMAIL AND FIRST CLASS MAIL**

Motors Liquidation Company
Attn: Claims Team
2101 Cedar Springs Road
Suite 1100
Dallas, TX 75201
claims@motorsliquidation.com

Re: In re Motors Liquidation Company, et al. ("Debtors"), Case No. 09-50026 (REG) – Claim Documentation Letter

Dear Motors Liquidation Company,

By this letter, I hereby submit the attached documentation in support of the following claim:

| Claim Number | Claimant |
|---|---|
| 3948 | RICHARD DINES |

I understand and acknowledge that submission of this letter does not constitute allowance of the above-described claim, and that the Debtors reserve all rights with respect to this claim.

Very truly yours,

X
Print Name    RICHARD DINES
Address    1611 RainFall Way

City, State and Zip Code    Fernley, NV. 89408