# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

JUN 30 2010

U.S. BANKRUPTCY COURT, SDNY

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | LYDALL THERMAL/ACOUSTICAL INC<br>1241 BUCK SHOALS RD<br>HAMPTONVILLE, NC, 27020 |
| Claim Number (if known): | 60046 |
| Date Claim Filed: | 11/25/2009 |
| Total Amount of Claim Filed: | $55,315.84 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: JUNE 28, 2010

Print Name: PAUL J. IGOE

Title (if applicable): VP & General Counsel

---

## DEFINITIONS

US_ACTIVE:¥43219392¥02¥72240.0639