UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
JUN 23 2010
JAMES N. HATTEN, CLERK
By: \_\_\_\_\_ Deputy Clerk

| | |
|---|---|
| Terence McPhaul **Plaintiff** | )<br>)<br>) |
| Versus | )<br>)<br>) |
| Delphi Corporation;<br>Rodney O'Neal (in his professional and individual capacities);<br>Derrick Williams (in his professional and individual capacities);<br>General Motors Corporation;<br>Gayle Young (in his professional and individual capacities);<br>United Auto Workers Union **Defendants.** | 1:10-CV-01308-WBH |

### PLAINTIFF'S RESPONSE TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO REMAND

### I.    INTRODUCTION

This claim is a breach of contract case because Defendants failed to keep a promise to Plaintiff, that deleterious behaviors against a female employee related to Plaintiff would cease. These egregious and consistent behaviors were exacted by Gayle Young, a supervisor at the General Motors plant in Kokomo, Indiana, which purchased that facility from Delphi Corporation

RECEIVED
JUN 30 2010
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

## II.  FACTUAL STATEMENT

Plaintiff filed a lawsuit against the six Defendants and all parties were properly served.

## III.  ARGUMENT

Angela Tsevis was originally acting as counsel for General Motors and Gayle Young. Defendants' attorneys later realized that they goofed when Angela Tsevis acknowledged proper receipt of the lawsuit served on her clients in a conference with Plaintiff on April 19, 2010.

Angela Tsevis has deceptively presented to the Court that she, Edward Marshall, and Jared Lina represent only Gayle Young, and not General Motors Corporation. Peter Golden has fallaciously appeared to state that he only represents Delphi Corporation, Rodney O'Neal, and Derrick Williams. It is clear from the scope and timbre of argument from counsel that counsel have appeared to the Court to make arguments on behalf of the UAW union, and General Motors Corporation, entities that purported that they were not served with the lawsuit. Counsel for Defendants are attempting to beguile the Court with their smoke and mirrors techniques. Angela Tsevis have never denied that she acknowledged proper service of lawsuits served upon General Motors Corporation and Gayle Young (Tsevis's clients) in the conference with Plaintiff on April 19, 2010. Angela Tsevis only allows others to assert on her behalf that Plaintiff's statements about

the conference are "patently false and contrived" but she does not make the claim herself, by affidavit, or with her very own signature. More trickery.

Plaintiff's remand is timely. Counsel for Defendants have submitted a document which is yet another attempt to delude the Court, that Plaintiff was served with a Notice of Removal on April 30, 2010. Plaintiff never received a packet from Defendants' counsel on that date and does not know whose signature appears on the certified mail receipt with article number 7007 3020 0002 5059 3083. Plaintiff did not receive knowledge of the Notice of Removal until May 17, 2010. Plaintiff has lived alone for 16 years, and has never authorized anyone else to sign for a parcel addressed to Plaintiff. A copy of Plaintiff's signature is attached as Exhibit "A".

## IV.   CONCLUSION

WHEREFORE, Plaintiff request that the Court make note that Defendants have submitted contrived evidence to support their claims that Plaintiff was served with a Notice of Removal in the above styled case, and grant Plaintiff's Motion for Remand.

Respectfully submitted this 23rd day of June, 2010.

_____
Terence McPhaul
Plaintiff

**Address all correspondence to:**

McPhaul v. Delphi                    Page 3

Terence McPhaul
860 Peachtree Street, NE
Unit 2311
Atlanta, Georgia 30308

# EXHIBIT A

*Terence McPhaul, MA, NCSC*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Terence McPhaul )<br>**Plaintiff** )<br>)<br>Versus )<br>) 1:10-CV-01308-WBH<br>)<br>Delphi Corporation; )<br>Rodney O'Neal (in his professional )<br>and individual capacities); )<br>Derrick Williams (in his professional )<br>and individual capacities); )<br>General Motors Corporation; )<br>Gayle Young (in his professional )<br>and individual capacities); )<br>United Auto Workers Union )<br>**Defendants.** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the

Plaintiff's Response to Defendant's Response to Plaintiff's Motion to Remand

on all Defendants, by depositing same in the United States Mail, to ensure delivery

to the following:

President Barack Obama
C/O Rahm Emanuel
1600 Pennsylvania Avenue, NW
Washington, D.C. 20500

Robert E. Gerber
United States Bankruptcy Judge
for the Southern District of New York
One Bowling Green
New York, NY 10004-1408

Peter Golden
2849 Paces Ferry Road
Suite 160
Atlanta, Georgia 30339

Edward Marshall
Arnall, Golden & Gregory, LLP
171 17th Street, N.W.
Suite 2100
Atlanta, Georgia 30363

Jared Lina
Arnall, Golden & Gregory, LLP
171 17th Street, N.W.
Suite 2100
Atlanta, Georgia 30363

Angela M. Tsevis
Lathrop & Gage, LLP
2345 Grand Boulevard
Suite 2200
Kansas City, Missouri 64108

Ron Gettelfinger
UAW
Solidarity House
8000 East Jefferson Avenue
Detroit, Michigan 48214

This 23rd day June, 2010.

Respectfully submitted,

*[signature]*

Terence McPhaul
Plaintiff, Pro Se

**Address all correspondence to:**
860 Peachtree Street, NE
#2311
Atlanta, Georgia 30308
678.362.0663
professormcphaul@yahoo.com