UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                              :
                                                   :   Chapter 11 Case No.
MOTORS LIQUIDATION COMPANY, *et al.*,              :
    f/k/a General Motors Corp., *et al.*           :   09-50026 (REG)
                                                   :
            Debtors.                               :   (Jointly Administered)
                                                   :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF SUFFOLK     )

I, Kimberly Gargan, being duly sworn, depose and state:

1.   I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.   On June 29, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on Bingham McCutchen LLP, Attn: Robert Steinwurtzel and Melissa Murray, 2020 K Street NW, Washington D.C. 20006 (counsel for ILCO Site Remediation Group):

- Stipulation and Agreed Order between the Debtors and ILCO Site Remediation Group Regarding Proofs of Claim Nos. 21006 and 18029 [Docket No. 6180].

Dated: June 30, 2010                    /s/ Kimberly Gargan_____
       Melville, New York               Kimberly Gargan

Sworn to before me this 30th day of June, 2010

/s/ Eamon Mason_____
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires:  May 19, 2012