**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x

In re                   :

                      :    **Chapter 11 Case No.**

**MOTORS LIQUIDATION COMPANY,** *et al.*,  :

   **f/k/a General Motors Corp.,** *et al.*  :    **09-50026 (REG)**

                      :

           **Debtors.**    :    **(Jointly Administered)**

                      :

---------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                      ) ss
COUNTY OF SUFFOLK    )

I, Kimberly Gargan, being duly sworn, depose and state:

1.    I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.    On June 29, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified in Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' Sixteenth Omnibus Objection to Claims (Satisfied Tax Claims). [Docket No. 6183].

Dated: June 30, 2010            /s/ Kimberly Gargan_____
      Melville, New York          Kimberly Gargan

Sworn to before me this 30th day of June, 2010

/s/ Eamon Mason_____
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires: May 19, 2012

# EXHIBIT A

BERKELEY COUNTY TAX COLLECTOR
PO BOX 6122
MONCKS CORNER SC 29461

BUTLER COUNTY TREASURER
315 HIGH STREET
10TH FL
HAMILTON OH 45011

CITY OF ALEXANDRIA, VIRGINIA
REVENUE DIVISION
ATTN MICHELE M HARLOW
PO BOX 178
ALEXANDRIA VA 22313

CITY OF NEW BERN TAX COLLECTOR
CITY OF NEW BERN
PO BOX 1129
NEW BERN NC 28563-1129

CITY OF STERLING HEIGHTS
CITY OF STERLING HEIGHTS TREASURER
40555 UTICA ROAD
PO BOX 8009
STERLING HEIGHTS MI 48311-8009

CITY OF WAUKESHA TREASURER
201 DELAFIELD STREET
WAUKESHA WI 53188-3646

COFFEY COUNTY TREASURER
110 S 6TH ST STE 203
BURLINGTON KS 66839-1798

CUYAHOQA COUNTY TREASURER
1219 ONTARIO STREET
ROOM 112 - ATTN MARK CAMPBELL
CLEVELAND OH 44113

DECATUR COUNTY TRUSTEE
PO BOX 488
DECATURVILLE TN 38329-0488

DOUGLAS COUNTY GEORGIA
ATTN  LEGAL OFFICER / BANKRUPTCY DEPT
PO BOX 1177
TAX COMMISIONER
DOUGLASVILLE GA 30133-1177

FAYETTE COUNTY TREASURER
133 S MAIN ST RM 304
WASHINGTON COURT HOUSE OH 43160-2200

GARLAND COUNTY TAX COLLECTOR
ATTN: REBECCA DODD-TALBERT
200 WOODBINE - ROOM 108
HOT SPRINGS AR 71901-5146

GASTON COUNTY TAX COLLECTOR
PO BOX 580326
CHARLOTTE NC 28258-0326

GOOCHLAND COUNTY TREASURER
PO BOX 188
GOOCHLAND VA 23063-0188

IDAHO STATE TAX COMMISSION
BANKRUPTCY UNIT
PO BOX 36
BOISE ID 83722

ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY
33 SOUTH STATE STREET
CHICAGO IL 60603

JEFFERSON COUNTY TRUSTEE
PO BOX 38
DANDRIDGE TN 37725

KNOX COUNTY TRUSTEE
ATTN: LEGAL OFFICER / BANKRUPTCY DEPT.
PO BOX 70
KNOXVILLE TN 37901-0070

LA PAZ COUNTY TREASURER
1112 S JOSHUA AVE STE 203
PARKER AZ 85344-5756

LAWRENCE COUNTY TRUSTEE
240 W GAINES ST STE 3
LAWRENCEBURG TN 38464-3635

LOGAN COUNTY TREASURER
100 S MADRIVER ST RM 104
BELLEFONTAINE OH 43311-2031

MADISON COUNTY COLLECTOR
1 COURT HOUSE SQ
FREDERICKTOWN MO 63645-1137

MIAMI COUNTY TREASURER
201 W MAIN ST
SAFETY BUILDING
TROY OH 45373-3239

MISSISSIPPI STATE TAX COMMISSION
BANKRUPTCY SECTION
PO BOX 22808
JACKSON MS 39225-2808

NYS DEPT OF TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY NY 12205-0300

ORANGEBURG COUNTY TREASURER
PO BOX 9000
ORANGEBURG SC 29116-9000

PASQUOTANK COUNTY TAX COLLECTOR
PO BOX 586
ELIZABETH CITY NC 27907-0586

ROBERTSON COUNTY TRUSTEE
515 SOUTH BROWN STREET
SPRINGFIELD TN 37172

SAGINAW COUNTY TREASURER
111 S MICHIGAN AVE
SAGINAW MI 48602-2019

SCREVEN COUNTY TAX COMMISSIONER
PO BOX 86
SYLVANIA GA 30467-0086

SHELBY COUNTY TRUSTEE
PO BOX 2751
MEMPHIS TN 38101-2751

ST LOUIS CO
COLLECTOR OF REVENUE
41 S CENTRAL AVENUE
CLAYTON MO 63105

STOKES COUNTY TAX COLLECTOR
PO BOX 57
DANBURY NC 27016-0057

TOWN OF ELIZABETHTOWN
PO BOX 716
ELIZABETHTOWN NC 28337-0716

VAN WERT COUNTY TREASURER
121 E MAIN ST STE 200
VAN WERT OH 45891-1794