UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                          :
                                                               :    Chapter 11 Case No.
MOTORS LIQUIDATION COMPANY, *et al.*,                          :
    f/k/a General Motors Corp., *et al.*                :    09-50026 (REG)
                                                               :
        Debtors.                                    :    (Jointly Administered)
                                                               :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF SUFFOLK     )

I, Kimberly Gargan, being duly sworn, depose and state:

1. I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On June 29, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified in Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' Seventeenth Omnibus Objection to Claims (Tax Claims Assumed by General Motors, LLC). [Docket No. 6184].

Dated: June 30, 2010                    /s/ Kimberly Gargan_____
       Melville, New York                Kimberly Gargan

Sworn to before me this 30th day of June, 2010

/s/ Eamon Mason_____
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires:  May 19, 2012

# EXHIBIT A

| | |
|---|---|
| ALDINE INDEPENDENT SCHOOL<br>DISTRICT TAX OFFICE<br>14909 ALDINE WESTFIELD RD<br>HOUSTON, TX 77032-3027 | ASSUMPTION PARISH<br>SALES TAX DEPARTMENT<br>PO BOX B<br>NAPOLEONVILLE, LA 70390 |
| AYERSVILLE LOCAL SCHOOL DISTRICT<br>28046 WATSON ROAD<br>DEFIANCE, OH 43512 | AYERSVILLE LOCAL SCHOOL DISTRICT<br>RYAN LAFLAMME<br>1714 W GALBRAITH RD<br>CINCINNATI, OH 45239 |
| CITY OF BIRMINGHAM REVENUE DIVISION<br>710 NORTH 20TH STREET<br>ROOM TL-100 CITY HALL<br>BIRMINGHAM, AL 35203-2227 | CITY OF CHARLESTON<br>CITY COLLECTORS OFFICE<br>915 QUARRIER ST.<br>SUITE 4<br>CHARLESTON, WV 25301-2622 |
| CITY OF FLINT<br>ATTN: DIRECTOR, LEGAL DEPARTMENT<br>CITY HALL<br>1101 S SAGINAW ST<br>FLINT, MI 48502-1420 | CITY OF GLENWOOD SPRINGS<br>ATTN: LEGAL OFFICER / BANKRUPTCY DEPT.<br>PO BOX 458<br>GLENWOOD SPRINGS, CO 81602-0458 |
| CITY OF LOS ANGELES, OFFICE OF FINANCE<br>LOS ANGELES CITY ATTORNEYS OFFICE<br>ATTN: WENDY LOO<br>200 NORTH MAIN ST SUITE 920<br>LOS ANGELES, CA 90012 | CLEVELAND COUNTY TAX COLLECTOR<br>PO BOX 370<br>SHELBY, NC 28151-0370 |
| COFFEE COUNTY REVENUE COMMISSIONER<br>PO BOX 311606<br>ENTERPRISE, AL 36331-1606 | COMMONWEALTH OF VIRGINIA DEPARTMENT OF T/<br>C/O TAXING AUTHORITY CONSULTING SERVICES<br>PC<br>PO BOX 71476<br>RICHMOND, VA 23255 |
| CUMBERLAND COUNTY TAX COLLECTOR<br>PO BOX 449<br>FAYETTEVILLE, NC 28302-0449 | DELAWARE DIVISION OF REVENUE<br>820 NORTH FRENCH ST, 8TH FLOOR<br>WILMINGTON, DE 19801 |
| DISTRICT OF COLUMBIA TREASURY<br>GOV'T OF THE DISTRICT OF COLUMBIA<br>OFFICE OF TAX AND REVENUE<br>PO BOX 37559<br>WASHINGTON, DC 20013 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 |
| FRANKLIN CITY TREASURER<br>PO BOX 179<br>FRANKLIN, VA 23851-0179 | GARVIN COUNTY TREASURER<br>201 WEST GRANT<br>PAULS VALLEY, OK 73075-3248 |
| GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>BANKRUPTCY SECTION<br>PO BOX 161108<br>ATLANTA, GA 30321 | ILLINOIS DEPARTMENT OF REVENUE<br>ATTN LISA MADIGAN ATTORNEY GENERAL<br>REVENUE LITIGATION<br>100 W RANDOLPH ST LEVEL 7-425<br>CHICAGO, IL 60601 |

| | |
|---|---|
| INDIANA DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION N-240<br>100 NORTH SENATE AVENUE<br>INDIANAPOLIS, IN 46204 | INDIANA DEPARTMENT OF STATE REVENUE<br>ATTN CAROL LUSHELL<br>BANKRUPTCY SECTION<br>100 N SENATE AVE ROOM N203<br>INDIANAPOLIS, IN 46204 |
| IREDELL COUNTY TAX COLLECTOR<br>PO BOX 1027<br>STATESVILLE, NC 28687-1027 | KENTUCKY DEPARTMENT OF REVENUE<br>LEGAL BRANCH - BANKRUPTCY SECTION<br>ATTN LEANNE WARREN<br>PO BOX 5222<br>FRANKFORT, KY 40602 |
| LYNDA HALL, TAX COLLECTOR<br>MADISON COUNTY COURTHOUSE<br>100 NORTHSIDE SQUARE<br>HUNTSVILLE, AL 35801 | MADISON COUNTY TAX COLLECTOR<br>PO BOX 351<br>MARSHALL, NC 28753 |
| MAURY COUNTY TRUSTEE<br>ONE PUBLIC SQUARE<br>COLUMBIA, TN 38401 | MISSOURI DEPARTMENT OF REVENUE<br>PO BOX 475<br>JEFFERSON CITY, MO 65105 |
| NEBRASKA DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 94818<br>LINCOLN, NE 68509-4818 | OKLAHOMA TAX COMMISSION<br>BANKRUPTCY SECTION<br>GENERAL COUNSEL'S OFFICE<br>120 N ROBINSON SUITE 2000<br>OKLAHOMA CITY, OK 73102-7471 |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | POINTE COUPEE PARISH<br>SALES AND USE TAX DEPT<br>PO BOX 290<br>NEW ROADS, LA 70760-0290 |
| R I DIVISION OF TAXATION<br>ONE CAPITOL HILL<br>PROVIDENCE, RI 02908 | STATE OF ALABAMA, DEPARTMENT OF REVENUE<br>LEGAL DIVISION<br>P O BOX 320001<br>MONTGOMERY, AL 36132-0001 |
| STATE OF ARIZONA<br>ARIZONA DEPT OF ENVIRONMENTAL QUALITY<br>DENISE ANN FAULK<br>ASSISTANT ATTORNEYS GENERAL<br>1275 W WASHINGTON ST<br>PHOENIX, AZ 85007-2926 | STATE OF FLORIDA- DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>POST OFFICE BOX 6668<br>TALLAHASSEE, FL 32314-6668 |
| STATE OF FLORIDA- DEPARTMENT OF REVENUE<br>C/O FREDERICK F RUDZIK<br>P O BOX 6668<br>TALLAHASSEE, FL 32314 | STATE OF IOWA<br>IOWA DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 10471<br>DES MOINES, IA 50306 |
| STATE OF LOUISIANA<br>LOUISIANA DEPARTMENT OF REVENUE<br>PO BOX 66658<br>BATNO ROUGE, LA 70896 | STATE OF MINNESOTA, DEPT OF REVENUE<br>DEPT OF REVENUE, COLLECTION DIVISION<br>BANKRUPTCY SECTION<br>PO BOX 64447 - BKY<br>SAINT PAUL, MN 55164-0447 |

| | |
|---|---|
| STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON, NJ 08646 | STATE OF NEW JERSEY<br>PAULA DOW ATTY GENERAL OF NEW JERSEY<br>RICHARD J HUGHES COMPLEX<br>PO BOX 106<br>TRENTON, NJ 08625-0106 |
| TENNESSEE DEPARTMENT OF REVENUE<br>C/O ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | TRANSYLVANIA COUNTY<br>PO BOX 747<br>BREVARD, NC 28712-0747 |
| TREASURER CITY OF DETROIT<br>C/O CITY OF DETROIT LAW DEPARTMENT<br>660 WOODWARD AVE STE 1650<br>DETROIT, MI 48226 | VIRGINIA DEPARTMENT OF TAXATION<br>C/O TAXING AUTHORITY CONSULTING SERVICES PC<br>BANKRUPTCY COUNSEL<br>PO BOX 2156<br>RICHMOND, VA 23218-2156 |
| YADKIN COUNTY TAX COLLECTOR<br>PO BOX 1669<br>YADKINVILLE, NC 27055-1669 | |