UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                                  :
                                                                       :      Chapter 11 Case No.
MOTORS LIQUIDATION COMPANY, *et al.*,    :
    f/k/a General Motors Corp., *et al.*         :      09-50026 (REG)
                                                                       :
        Debtors.                  :      (Jointly Administered)
                                                                       :
-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                               ) ss
COUNTY OF SUFFOLK    )

I, Kimberly Gargan, being duly sworn, depose and state:

1.  I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.  On June 29, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified in Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' Twenty-First Omnibus Objection to Claims (Tax Claims Assumed by General Motors, LLC). [Docket No. 6188].

Dated: June 30, 2010                         /s/ Kimberly Gargan_____
       Melville, New York                       Kimberly Gargan

Sworn to before me this 30th day of June, 2010

/s/ Eamon Mason_____
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires: May 19, 2012

# EXHIBIT A

| | |
|---|---|
| SALINE COUNTY TAX COLLECTOR<br>215 N MAIN ST STE 3<br>BENTON AR 72015-3763 | SARASOTA COUNTY TAX COLLECTOR<br>101 S WASHINGTON BLVD<br>SARASOTA FL 34236-6940 |
| SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br>MEMPHIS TN 38101-2751 | SHENANDOAH COUNTY TAX COLLECTOR<br>PO BOX 365<br>WOODSTOCK VA 22664 |
| SHERIFF OF MINGO COUNTY<br>PO BOX 1270<br>WILLIAMSON WV 25661 | SHERIFF OF WOOD COUNTY<br>PO BOX 1985<br>PARKERSBURG WV 26102 |
| SHOSHONE COUNTY<br>700 BANK ST STE 110<br>WALLACE ID 83873-2356 | SKAGIT COUNTY A POLITICAL SUBDIVISION OF WASHINGTON STATE<br>SKAGIT COUNTY TREASURER<br>C/O LINDA PATTERSON<br>PO BOX 518<br>MOUNT VERNON WA 98273 |
| SMITH COUNTY TRUSTEE<br>JAMIE D WINKLER, BELLAR AND WINKLER<br>212 MAIN STREET NORTH,<br>CARTHAGE TN 37030 | SNOHOMISH COUNTY TREASURER<br>ATTN:  BANKRUPTCY OFFICER<br>3000 ROCKEFELLER AVE M/S 501<br>EVERETT WA 98201-4060 |
| SPALDING COUNTY TAX COMMISSIONER<br>PO BOX 509<br>GRIFFIN GA 30224-0014 | SPOKANE COUNTY TREASURER<br>PO BOX 199<br>SPOKANE WA 99210 |
| SPRING INDEPENDENT SCHOOL DISTRICT TAX OFFICE<br>YOLANDA M HUMPREY<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>1235 NORTH LOOP WEST SUITE 600<br>HOUSTON TX 77008 | ST CHARLES COUNTY COUNTY COLLECTOR<br>201 N 2ND ST #134<br>SAINT CHARLES MO 63301-2869 |
| ST FRANCOIS COUNTY COLLECTOR<br>1 W LIBERTY<br>SUITE 201<br>FARMINGTON MO 63640 | ST JOHN THE BAPTIST PARISH TAX COLLECTOR<br>1801 WEST AIRLINE HIGHWAY<br>P O BOX 1600<br>LA PLACE LA 70069-1600 |
| ST LOUIS CO COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br>CLAYTON MO 63105 | STANDISH CITY TREASURER<br>399 E BEAVER ST<br>STANDISH MI 48658-2501 |
| STANLY COUNTY TAX COLLECTOR<br>201 S 2ND ST RM 104<br>ALBEMARLE NC 28001-5720 | SUMTER COUNTY TREASURER<br>PO BOX 1775<br>SUMTER SC 29151-1775 |

| | |
|---|---|
| SUTTER COUNTY TAX COLLECTOR<br>463 2ND STREET<br>YUBA CITY CA 95991 | TAX COLLECTOR OF DALLAS COUNTY ALABAMA<br>C/O TAMMY KING<br>PO BOX 987<br>SELMA AL 36702-0987 |
| TAX COLLECTOR SANTA ROSA COUNTY<br>ATTN: DELINQUENT TAX DEPT<br>PO BOX 7100<br>MILTON FL 32572 | TENNESSEE DEPARTMENT OF REVENUE<br>C/O ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 |
| TIPPECANOE COUNTY TREASURER<br>20 N 3RD STREET<br>LAFAYETTE IN 47901 | TOWN OF WILKESBORO<br>PO BOX 1056<br>WILKESBORO NC 28697-1056 |
| TOWN OF WILKESBORO<br>203 WEST MAIN STREET<br>P O BOX 1056<br>WILKESBORO NC 28697 | TOWN OF WYTHEVILLE<br>PO BOX 533<br>WYTHEVILLE VA 24382-0533 |
| TREASURER CITY OF SAGINAW<br>1315 S WASHINGTON AVE<br>RM 105<br>SAGINAW MI 48601 | TREASURER OF WYTHE COUNTY<br>225 S 4TH ST STE 104<br>WYTHEVILLE VA 24382-2547 |
| TYLER ISD<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 2007<br>TYLER TX 75710-2007 | VALWOOD IMPROVEMENT AUTHORITY<br>C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>ATTN: ELIZABETH BANDA CALVO<br>P O BOX 13430<br>ARLINGTON TX 76094-0430 |
| VENTURA COUNTY, CALIFORNIA<br>ATTN: BANKRUPTCY<br>C/O LAWRENCE L MATHENEY, TAX COLLECTOR<br>800 S VICTORIA AVE<br>VENTURA CA 93009-1290 | WAKE COUNTY REVENUE DEPARTMENT<br>POST OFFICE BOX 550<br>RALEIGH NC 27602-0550 |
| WAKE COUNTY REVENUE DEPARTMENT<br>PO BOX 550<br>RALEIGH NC 27602-0550 | WALTON COUNTY TREASURER<br>303 S HAMMOND DR STE 100<br>MONROE GA 30655-2904 |
| WARREN COUNTY COLLECTOR<br>LINDA STUDE<br>105 S MARKET ST<br>WARRENTON MO 63383-1903 | WASHINGTON COUNTY TAX COLLECTOR<br>280 N COLLEGE AVE<br>STE 202<br>FAYETTEVILLE AR 72701-4279 |
| WAYNE COUNTY TAX COLLECTOR<br>PO BOX 580478<br>CHARLOTTE NC 28258-0478 | WAYNE COUNTY TREASURER<br>401 E MAIN ST<br>RICHMOND IN 47374 |

| | |
|---|---|
| WAYNE COUNTY TREASURER WOJTOWICZ #18759<br>400 MONROE ST, SUITE #520<br>DETROIT MI 48226 | WELLS COUNTY TREASURER  SHAR MECHLING<br>C/O WELLS COUNTY TREASURER  WELLS COUNTY COURTHOUSE<br>102 W MARKET ST<br>STE 204 COURTHOUSE<br>BLUFFTON IN 46714-2050 |
| WEST VIRGINIA STATE TAX DIVISION<br>PO BOX 766<br>CHARLESTON WV 25323-0766 | WHITE COUNTY TRUSTEE<br>BRENDA C OFFICER<br>1 E BOCKMAN WAY<br>WHITE CO COURTHOUSE RM 102<br>SPARTA TN 38583-2049 |
| WICHITA COUNTY<br>HAROLD LEREW<br>PERDUE, BRANDON, FIELDER, COLLINS AND MOTT, LLP<br>PO BOX 8188<br>WICHITA FALLS TX 76307 | WILKES COUNTY TAX COLLECTOR<br>PO BOX 63029<br>CHARLOTTE NC 28263-3029 |
| WILLIAMSON COUNTY TRUSTEE<br>C/O YOST ROBERTSON NOWAK, PLLC<br>WILLIAMSON COUNTY DELINQUENT TAX ATTORNEYS<br>PO BOX 681346<br>FRANKLIN TN 37068-1346 | WILSON COUNTY TAX COLLECTOR<br>PO BOX 1162<br>WILSON NC 27894 |
| WJ (BO) MCALPINE<br>REVENUE COMMISSIONER, MARENGO COUNTY<br>PO BOX 480578<br>LINDEN AL 36748 | YAKIMA COUNTY TREASURER<br>PO BOX 22530<br>YAKIMA WA 98907 |