UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
| | |
|---|---|
| In re : | |
| : | Chapter 11 Case No. |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, : | |
| f/k/a General Motors Corp., *et al.* : | 09-50026 (REG) |
| : | |
| Debtors. : | (Jointly Administered) |
| : | |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Kimberly Gargan, being duly sworn, depose and state:

1. I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On June 29, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified in Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' Twenty-Second Omnibus Objection to Claims (Amended and Superseded Claims). [Docket No. 6189].

Dated: June 30, 2010                    /s/ Kimberly Gargan_____
       Melville, New York                Kimberly Gargan

Sworn to before me this 30th day of June, 2010

/s/ Eamon Mason_____
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires: May 19, 2012

# EXHIBIT A

| | |
|---|---|
| ALSTON, KAIYA JR L<br>C/O MARK B TINSLEY<br>GOODING & GOODING<br>PO BOX 1000<br>ALLENDALE SC 29810-1000 | AMERICAN INTERNATIONAL INSURANCE COMPANY OF DELAWARE<br>A/S/O RICHARD LARRIVA<br>LAW OFFICES OF STEVEN G KRAUS<br>122 MOUNT BETHEL ROAD<br>WARREN NJ 07059 |
| ANGEL TREJO HERNANDEZ INDIVIDUALLY<br>C/O JASON P HOELSCHER<br>SICO WHITE HOELSCHER & BRAUGH LLP<br>802 NORTH CARANCAHUA, SUITE 900<br>CORPUS CHRISTI TX 78470 | APPLIED SCIENCE ASSOCIATES INC<br>4607 W LAMB AVE<br>TAMPA FL 33629 |
| AUSTIN UTILITIES (CITY OF)<br>PO BOX 2267<br>AUSTIN TX 78783-0001 | BARRERA, DAVID<br>244 EMERALD LN<br>BROWNSVILLE TX 78520-7706 |
| D & M REAL ESTATE LLC<br>NELSON LEVINE DELUCA & HORST LLC<br>457 HADDONFIELD RD STE 710<br>CHERRY HILL NJ 08002-2201 | DANIEL BUTLER<br>124 S GRAHAM ST<br>PITTSBURGH PA 15208-3418 |
| EDEN ELKINS, A MINOR<br>SCOTT R MELTON (P34435), ATTORNEY<br>50 MONORE AVENUE NW, SUITE 700W<br>GRAND RAPIDS MI 49503 | HARMS, JOLENE C<br>C/O LESAGE, MICHAEL T<br>620 13TH ST, PO BOX 306<br>PASO ROBLES CA 93447-0306 |
| JAY BAKER<br>ATTN: RICHARD J BARNES, ESQ<br>CELLINO & BARNES, PC<br>350 MAIN ST, 25TH FLOOR<br>BUFFALO NY 14202 | JESSICA JENKINS<br>THE KUHLMAN LAW FIRM, LLC<br>1100 MAIN STREET, SUITE 2550<br>KANSAS CITY MO 64105 |
| KPMG LLP<br>ATTN: LISA FOTHERINGHAM<br>10 UPPER BANK STREET<br>LONDON E145GH | MARGARITA ELIAS, AS THE REPRESENTATIVE OF<br>THE ESTATE OF ESTEVAN ELIAS, DECEASED<br>JOSH W HOPKINS/SICO, WHITE, HOELSCHER & BRAUGH, LLP<br>802 NORTH CARANCAHUA, SUITE 900<br>CORPUS CHRISTI TX 78470 |
| MARIA LAURA FABIOLA SANTOS FONSECA, AS PERSONAL<br>REPRESENTATIVE OF THE ESTATE OF DANIEL ORTIZ<br>ATTN: ERIC G ZAJAC, ESQUIRE<br>ZAJAC & ARIAS, LLC<br>1818 MARKET ST, 30TH FLR<br>PHILADELPHIA PA 19103 | RICHARD MELTON INDIVIDUALLY<br>ATTN: BRANTLEY W WHITE<br>SICO WHITE HOELSCHER & BRAUGH LLP<br>802 N CARANCAHUA, SUITE 900<br>CORPUS CHRISTI TX 78470 |
| ROBERT J DEIERLEIN<br>41 PRESTON AVE<br>WEST HARRISON NY 10604 | ROMAN CATHOLIC DIOCESE OF PITTSBURGH TRANSFIGURATION PARISH<br>535 SMITHFIELD STREET SUITE 1000<br>PITTSBURGH PA 15222-2305 |
| ROXIE CLEVENGER<br>C/O THE STANLEY LAW FIRM, LLC<br>1100 MAIN STREET, SUITE 2550<br>KANSAS CITY MO 64105 | ROXIE CLEVENGER<br>14382 W HIGHWAY<br>NORBORNE MO 64668 |

| | |
|---|---|
| STANDEX INTERNATIONAL CORP<br>6 MANOR PKWY<br>SALEM NH 03079-2841 | STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br>HANNAH COLVIN & PIPES<br>2051 SILVERSIDE DR STE 260<br>BATON ROUGE LA 70808-4040 |
| STATE FARM MUTUAL INSURANCE CO A/S/O RYAN BEECH<br>C/O PATRICK R GAREIS<br>GROTEFELD & HOFFMAN LLP<br>407 SOUTH 3RD ST, STE 200<br>GENEVA IL 60134 | TERRANCE J TICHY<br>C/O RICHARD L. DEMSEY CO., LPA<br>1350 EUCLID AVENUE, SUITE 1550<br>CLEVELAND OH 44115 |
| UNITIL NORTHERN UTILITIES<br>ATTN: BANKRUPTCY DEPT<br>P O BOX 2025<br>SPRINGFIELD MA 01102-2025 | WELLS FARGO BANK NORTHWEST, N.A.<br>AS AGENT ON BEHALF OF LENDERS<br>C/O SIDLEY AUSTIN LLP<br>ATTN: KEN KANSA<br>ONE SOUTH DEARBORN<br>CHICAGO IL 60603 |
| WELLS FARGO BANK NORTHWEST, N.A.<br>ATTN: CORPORATE TRUST SERVICES<br>C/O DEANN MADSEN<br>299 SOUTH MAIN ST 12TH FLOOR<br>SALT LAKE CITY UT 84111 | WELLS FARGO BANK NORTHWEST, N.A.<br>ATTN: CORPORATE TRUST SERVICES<br>C/O BRAD MARTIN<br>299 SOUTH MAIN ST 12TH FLOOR<br>SALT LAKE CITY UT 84111 |