UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
| In re | : | Chapter 11 |
|---|---|---|
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-----------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK　　)
　　　　　　　　　　　　) ss
COUNTY OF SUFFOLK　　)

I, Radha S. Rai, being duly sworn, depose and state:

1.　I am a Senior Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.　On June 29, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified in Exhibit A annexed hereto (affected parties):

- Supplemental Order Granting Debtors' Thirteenth Omnibus Objection to Claims with Respect to the Mississippi ISGA Claims (Workers' Compensation Claims) [Docket No. 6181].

Dated:　June 30, 2010　　　　　　　　/s/ Radha S. Rai
　　　　　Melville, New York　　　　　　Radha S. Rai

Sworn to before me this 30th day of June, 2010

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires: May 19, 2012

# EXHIBIT A

| | |
|---|---|
| EARNIL BROWN<br>MISSISSIPPI WORKERS' COMPENSATION INDIVIDUAL<br>SELF-INSURER<br>GUARANTY ASSOCIATION C/O A SPENCER GILBERT III<br>PO BOX 13187<br>JACKSON, MS  39236 | JAMES CAMPBELL<br>MISSISSIPPI WORKERS' COMPENSATION INDIVIDUAL SELF<br>INSURER<br>GUARANTY ASSOCIATION C/O A SPENCER GILBERT III<br>PO BOX 13187<br>JACKSON, MS  39236 |