**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | **Case No. 09-50026 (REG)** |
| **f/k/a General Motors Corp.,** *et al.,* | : | |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss
COUNTY OF SUFFOLK      )

I, Radha S. Rai, being duly sworn, depose and state:

1.    I am a Senior Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 105 Maxess Road, Melville, New York 11747.

2.    On June 29, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified in Exhibit A annexed hereto (affected parties):

- Supplemental Order Granting Debtors' Fourteenth Omnibus Objection to Claims with Respect to the Mississippi ISGA Claims (Workers' Compensation Claims) [Docket No. 6182].

Dated:  June 30, 2010                    /s/ Radha S. Rai_____
        Melville, New York              Radha S. Rai

Sworn to before me this 30th day of June, 2010

/s/ Eamon Mason_____
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires:  May 19, 2012

# EXHIBIT A

ALLEN R DEAN
MISSISSIPPI WORKERS' COMPENSATION INDIVUAL SELF
INSURER
GUARANTY ASSOCIATION  C/O A SPENCER GILBERT III
PO BOX 13187
JACKSON, MS 39236

CHARLES R WEATHERS
MISSISSIPPI WORKERS' COMPENSATION INDIVIDUAL
SELF-INSURER
GUARANTY ASSOCIATION C/O A SPENCER GILBERT III
PO BOX 13187
JACKSON, MS 39236

ROBYN F BOWIE
MISSISSIPPI WORKERS' COMPENSATION INDIVIDUAL
SELF-INSURER
GUARANTY ASSOCIATION C/O A SPENCER GILBERT III
PO BOX 13187
JACKSON, MS 39236

SANDRA S JONES
MISSISSIPPI WORKERS' COMPENSATION INDIVIDUAL
SELF-INSURER
GUARANTY ASSOCIATION C/O A SPENCER GILBERT III
PO BOX 13187
JACKSON, MS 39236

SHEILA A COLEMAN
MISSISSIPPI WORKERS' COMPENSATION INDIVIDUAL
SELF-INSURER
GUARANTY ASSOCIATION C/O A SPENCER GILBERT III
PO BOX 13187
JACKSON, MS 39236