HEARING DATE AND TIME: August 6, 2010 at 9:45 a.m. (Eastern Time)
RESPONSE DEADLINE: July 30, 2010 at 4:00 p.m. (Eastern Time)

---

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)**

---

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------x
                                        :
In re                                   :      Chapter 11 Case No.
                                        :
MOTORS LIQUIDATION COMPANY, et al.,     :      09-50026 (REG)
       f/k/a General Motors Corp., et al. :
                                        :
                      Debtors.          :      (Jointly Administered)
                                        :
-----------------------------------------------------------x
```

## NOTICE OF DEBTORS' TWENTY-FIFTH OMNIBUS OBJECTION TO CLAIMS
### (Amended and Superseded Claims)

**PLEASE TAKE NOTICE** that on June 30, 2010, Motors Liquidation Company

(f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (the

"**Debtors**"), filed their twenty-fifth omnibus objection to claims (the "**Twenty-Fifth Omnibus**

**Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the Twenty-Fifth

Omnibus Objection to Claims will be held before the Honorable Robert E. Gerber, United States

Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District

of New York, One Bowling Green, New York, New York 10004, on **August 6, 2010 at 9:45**

**a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

**PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE TWENTY-FIFTH OMNIBUS OBJECTION TO CLAIMS TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN EXHIBIT "A" ANNEXED THERETO.**

**PLEASE TAKE FURTHER NOTICE** that any responses to the Twenty-Fifth

Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of

Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the

Bankruptcy Court (a) electronically in accordance with General Order M-242 (which can be

found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system,

and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document

Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard

copy delivered directly to Chambers), in accordance with General Order M-182 (which can be

found at www.nysb.uscourts.gov), and served in accordance with General Order M-242, and on

(i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New

York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky,

Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 500 Renaissance Center, Suite 1400,

Detroit, Michigan 48243 (Attn: Ted Stenger); (iii) General Motors, LLC, 400 Renaissance

Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader,

Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World

Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United

States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington,

D.C. 20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export

Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael

J. Edelman, Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP,

attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New

York, New York 10036 (Attn:  Thomas Moers Mayer, Esq., Amy Caton, Esq., Lauren

Macksoud, Esq., and Jennifer Sharret, Esq.); (viii) the Office of the United States Trustee for the

Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004

(Attn: Diana G. Adams, Esq.); (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street,

Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler,

Esq.); (x) Caplin & Drysdale, Chartered, attorneys for the official committee of unsecured

creditors holding asbestos-related claims, 375 Park Avenue, 35th Floor, New York, New York

10152-3500 (Attn:  Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle,

N.W., Suite 1100, Washington, DC 20005 (Attn:  Trevor W. Swett III, Esq. and Kevin C.

Maclay, Esq.); and (xi) Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation,

attorneys for Dean M. Trafelet in his capacity as the legal representative for future asbestos

personal injury claimants, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn:  Sander L.

Esserman, Esq. and Robert T. Brousseau, Esq.), so as to be received no later than **July 30, 2010

at 4:00 p.m. (Eastern Time)** (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and

served with respect to the Twenty-Fifth Omnibus Objection to Claims or any claim set forth

thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an

order substantially in the form of the proposed order annexed to the Debtors' Twenty-Fifth

Omnibus Objection to Claims, which order may be entered with no further notice or opportunity

to be heard offered to any party.


Dated: New York, New York
       June 30, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                    :        **Chapter 11 Case No.**
:
**MOTORS LIQUIDATION COMPANY,** *et al.,*  :        **09-50026 (REG)**
      **f/k/a General Motors Corp.,** *et al.*    :
:
               **Debtors.**    :        **(Jointly Administered)**
:
---------------------------------------------------------------x

<u>**DEBTORS' TWENTY-FIFTH OMNIBUS OBJECTION TO CLAIMS**</u>
**(Amended and Superseded Claims)**

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.
CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE
EXHIBIT ANNEXED TO THIS OBJECTION.**

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

        Motors Liquidation Company (f/k/a General Motors Corporation) and its

affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully represent:

<u>**Relief Requested**</u>

        1.     The Debtors file this twenty-fifth omnibus objection to claims (the

"**Twenty-Fifth Omnibus Objection to Claims**") pursuant to section 502(b) of title 11 of the

United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy

Procedure (the **"Bankruptcy Rules"**), and this Court's order approving procedures for the filing

of omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures**

**Order**") [Docket No. 4180], seeking entry of an order disallowing and expunging the claims

listed on **Exhibit "A"** annexed hereto.[1]

2.        The Debtors have examined the proofs of claim identified on Exhibit "A"

and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed*

*and Expunged*" (collectively, the "**Amended and Superseded Claims**") have been amended and

superseded by at least one subsequently corresponding claim identified under the heading

"*Surviving Claims*" (collectively, the "**Surviving Claims**").  The Debtors seek entry of an order

disallowing and expunging from the claims register the Amended and Superseded Claims and

preserving the Debtors' right to later object to any Surviving Claim on any other basis.

3.        This Twenty-Fifth Omnibus Objection to Claims does not affect any of the

Surviving Claims and does not constitute any admission or finding with respect to any of the

Surviving Claims.  Further, the Debtors reserve all their rights to object on any other basis to any

Amended and Superseded Claim as to which the Court does not grant the relief requested herein.

**<u>Jurisdiction</u>**

4.        This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

---

[1] Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on
the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com.
A link to the claims register is located under the "Claims Information" tab.  Creditors without access to the Internet
may request a copy of the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors
Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City
Group, Inc. at 1-703-286-6401.

**General Background**

5.        On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**Realm/Encore Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Chapter 11 Case Number 09-50026 (REG).  On

September 15, 2009, the Initial Debtors filed their schedules of assets and liabilities and

statements of financial affairs, which were amended on October 4, 2009.  On October 15, 2009,

the Realm/Encore Debtors filed their schedules of assets and liabilities and statements of

financial affairs.

6.        On September 16, 2009, this Court entered an order [Docket No. 4079]

establishing November 30, 2009, as the deadline for each person or entity to file a proof of claim

in the Initial Debtors' cases, including governmental units.  On December 2, 2009, this Court

entered an order [Docket No. 4586] establishing February 1, 2010, as the deadline for each

person or entity to file a proof of claim in the Realm/Encore Debtors' cases (except

governmental units, as defined in section 101(27) of the Bankruptcy Code, for which the Court

established June 1, 2010, as the deadline to file a proofs of claim).

7.        Furthermore, on October 6, 2009, this Court entered the Procedures Order,

which authorizes the Initial Debtors, among other things, to file omnibus objections to no more

---

[2] The Initial Debtors are Motors Liquidation Company (f/k/a General Motors Corporation), MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3] The Realm/Encore Debtors are Remediation and Liability Management Company, Inc., Ch. 11 Case No. 09-50029 and Environmental Corporate Remediation Company, Inc., Ch. 11 Case No. 09-50030.

than 100 claims at a time, on various grounds, including those set forth in Bankruptcy Rule 3007

and those additional grounds set forth in the Procedures Order.

## The Relief Requested Should Be Approved by the Court

8.       A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects." 11 U.S.C. § 502(a). If an objection refuting at least one of the claim's essential

allegations is asserted, the claimant has the burden to demonstrate the validity of the claim. *See*

*In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd sub nom.*, *Peter J. Solomon*

*Co. v. Oneida Ltd.*, No. 09-CV-2229 (DC), 2010 WL 234827 (S.D.N.Y. Jan. 22, 2010); *In re*

*Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660, at *15

(Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr.

S.D.N.Y. 2000).

9.       Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a

claim may not be allowed to the extent that "such claim is unenforceable against the debtor and

property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1). The

Debtors cannot be required to pay on the same claim more than once. *See, e.g., In re Finley,*

*Kumble, Wagner, Heine, Underberg, Manley, Myerson, & Casey*, 160 B.R. 882, 894 (Bankr.

S.D.N.Y. 1993) ("In bankruptcy, multiple recoveries for an identical injury are generally

disallowed."). The Debtors have carefully analyzed the proofs of claim identified on Exhibit

"A" and have determined that each Amended and Superseded Claim has been amended and

superseded by the subsequently filed corresponding Surviving Claim.

10.       To avoid the possibility of multiple recoveries by the same creditor, the

Debtors request that the Court disallow and expunge in their entirety the Amended and

Superseded Claims. The Surviving Claims will remain on the claims register subject to further

objections on any other basis.

**Notice**

11.     Notice of the Twenty-Fifth Omnibus Objection to Claims has been

provided to each claimant listed on Exhibit "A" and parties in interest in accordance with the

Third Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007

Establishing Notice and Case Management Procedures, dated April 29, 2010 [Docket No. 5670].

12.     No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated:  New York, New York
          June 30, 2010

                                        /s/ Joseph H. Smolinsky
                                        Harvey R. Miller
                                        Stephen Karotkin
                                        Joseph H. Smolinsky

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x
:
In re                                                            :          **Chapter 11 Case No.**
:
**MOTORS LIQUIDATION COMPANY,** *et al.,*    :          **09-50026 (REG)**
    **f/k/a General Motors Corp.,** *et al.*                  :
:
                                        **Debtors.**            :          **(Jointly Administered)**
:
--------------------------------------------------------------x

<u>**ORDER GRANTING DEBTORS' TWENTY-FIFTH OMNIBUS OBJECTION TO CLAIMS**</u>
**(Amended and Superseded Claims)**

Upon the twenty-fifth omnibus objection to claims, dated June 30, 2010 (the

"**Twenty-Fifth Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a

General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the

"**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy**

**Code**"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"),

and this Court's order approving procedures for the filing of omnibus objections to proofs of

claim filed in these chapter 11 cases (the "**Procedures Order**") [Docket No. 4180], seeking

entry of an order disallowing and expunging the Amended and Superseded Claims on the

grounds that such claims have been amended and superseded by the corresponding Surviving

Claims, all as more fully described in the Twenty-Fifth Omnibus Objection to Claims; and due

and proper notice of the Twenty-Fifth Omnibus Objection to Claims having been provided, and

it appearing that no other or further notice need be provided; and the Court having found and

determined that the relief sought in the Twenty-Fifth Omnibus Objection to Claims is in the best

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Twenty-Fifth Omnibus Objection to Claims.

interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and

factual bases set forth in the Twenty-Fifth Omnibus Objection to Claims establish just cause for

the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Twenty-Fifth Omnibus Objection to

Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on **Exhibit "A"** annexed hereto under the heading "*Claims to be Disallowed and

Expunged*" (collectively, the "**Amended and Superseded Claims**") are disallowed and

expunged; and it is further

ORDERED that the claims listed on Exhibit "A" annexed hereto under the

heading "*Surviving Claims*" (collectively, the "**Surviving Claims**") will remain on the claims

register, and such claims are neither allowed nor disallowed at this time; and is further

ORDERED that the disallowance and expungement of the Amended and

Superseded Claims does not constitute any admission or finding with respect to any of the

Surviving Claims; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly

reserved with respect to, (i) any claim listed on Exhibit "A" annexed to the Twenty-Fifth

Omnibus Objection to Claims under the heading "*Claims to be Disallowed and Expunged*" that

is not listed on Exhibit "A" annexed hereto and (ii) any Surviving Claim; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.


Dated: New York, New York
　　　　＿＿＿＿＿＿, 2010


＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
United States Bankruptcy Judge

Twenty-Fifth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| ALEC L GIVENS<br><br>PO BOX 715071<br><br>REPRESA, CA 95671<br><br>Official Claim Date  10/14/2009 | 9781 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$22,000.00 (P)<br>$0.00 (U)<br>$22,000.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | ALEC GIVENS<br><br>FOLSOM STATE PRISON-MIN-814L<br>P.O. BOX 715071<br>REPRESA, CA 95671<br><br>Official Claim Date  10/14/2009 | 9782 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$22,000.00 (P)<br>$0.00 (U)<br>$22,000.00 (T) |
| ALLSTATE INSURANCE COMPANY A/S/O ANUFRIER KONSTANTIN<br><br>RONALD W. PARNELL, ESQ. AS ATTORNEY FOR ALLSTATE INSURANCE COMPANY A/S/O KONSTANTIN<br>P.O. BOX 81085<br>CONYERS, GA 30013<br><br>Official Claim Date  7/22/2009 | 803 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,495.52 (U)<br>$4,495.52 (T) | Amended and Superseded Claims | Pgs. 1-5 | ALLSTATE INSURANCE COMPANY A/S/O ANUFRIEV CONSTANTINE (#234-0122)<br><br>C/O LAW OFFICE OF RW PARNELL<br>PO BOX 81055<br><br>CONYERS, GA 30013<br><br>Official Claim Date  10/21/2009 | 14082 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,495.22 (U)<br>$4,495.22 (T) |
| BACK, JAMES<br><br>COLLINS & ALLEN<br>PO BOX 475<br>SALYERSVILLE, KY 41465<br><br>Official Claim Date  11/27/2009 | 61934 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$70,000.00 (U)<br>$70,000.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | BACK JAMES<br><br>PO BOX 475<br>SALYERSVILLE, KY 41465<br><br>Official Claim Date  11/27/2009 | 61935 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$70,000.00 (U)<br>$70,000.00 (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twenty-Fifth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| BARFIELD, LATRELL<br><br>PO BOX 1824<br>SANFORD, FL 32772<br><br>Official Claim Date  10/6/2009 | 5504 | Motors Liquidation Company | $19,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$19,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | BARFIELD LATRELL<br><br>PO BOX 1824<br>SANFORD, FL 32772<br><br>Official Claim Date  10/16/2009 | 11525 | Motors Liquidation Company | $19,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$19,000.00  (T) |
| BETH KAPLAN<br><br>C/O MOTHERWAY & NAPLETON LLP<br>100 W MONROE ST STE 200<br><br>CHICAGO, IL 60603<br><br>Official Claim Date  7/16/2009 | 634 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$500,000.00  (U)<br>$500,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | KAPLAN, BETH<br><br>MOTHERWAY & NAPLETON ATTORNEYS AT LAW<br>100 W MONROE ST STE 200<br>CHICAGO, IL 60603<br><br>Official Claim Date  10/26/2009 | 16608 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$500,000.00  (U)<br>$500,000.00  (T) |
| BLALOCK JENNIFER<br><br>10220 WOODVILLE ROAD<br>KEVIL, KY 42053<br><br>Official Claim Date  11/16/2009 | 26668 | Motors Liquidation Company | $15,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$15,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | BLALOCK, JENNIFER<br><br>10220 WOODVILLE RD<br>KEVIL, KY 42053<br><br>Official Claim Date  11/16/2009 | 26669 | Motors Liquidation Company | $15,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$15,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twenty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| BROWN, KANDRAS<br><br>2324 BISCAY SQ<br><br>INDIANAPOLIS, IN 46260<br><br>Official Claim Date  10/9/2009 | 7026 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | BROWN KANDRAS<br><br>BROWN, KANDRAS<br>2324 BISCAY SQUARE<br>INDIANAPOLIS, IN 46260<br><br>Official Claim Date  10/9/2009 | 7027 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |
| CANO, JOSE<br><br>117 E MELTON PARK DR<br>MERCEDES, TX 78570<br><br>Official Claim Date  10/13/2009 | 9423 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000.00  (U)<br>$10,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | JOSE CANO<br><br>117 E MELTON PARK DR<br>MERCEDES, TX 78570<br><br>Official Claim Date  10/13/2009 | 14905 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000.00  (U)<br>$10,000.00  (T) |
| CANO, MARY<br><br>117 E MELTON PARK DR<br>MERCEDES, TX 78570<br><br>Official Claim Date  10/13/2009 | 9422 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$15,000.00  (U)<br>$15,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | MARY CANO<br><br>117 E MELTON PARK DR<br>MERCEDES, TX 78570<br><br>Official Claim Date  10/13/2009 | 14904 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$15,000.00  (U)<br>$15,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twenty-Fifth Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| CANTY, MEGAN<br><br>8146 REYNOLDSWOOD DR<br>REYNOLDSBURG, OH 43068<br><br>Official Claim Date  11/17/2009 | 28543 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$500,000.00  (P)<br>$0.00  (U)<br>$500,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | MEGAN CANTY<br><br>8146 REYNOLDSWOOD DR<br>REYNOLDSBURG, OH 43068<br><br>Official Claim Date  11/17/2009 | 28544 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$500,000.00  (P)<br>$0.00  (U)<br>$500,000.00  (T) |
| CAREY, KAREN<br><br>2007 TREE TOP CT<br><br>GRANBURY, TX 76049<br><br>Official Claim Date  11/27/2009 | 60263 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$30,000.00  (P)<br>$0.00  (U)<br>$30,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | CAREY KAREN<br><br>CAREY, KAREN<br>2007 TREE TOP CT<br>GRANBURY, TX 76049<br><br>Official Claim Date  11/27/2009 | 60264 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$30,000.00  (P)<br>$0.00  (U)<br>$30,000.00  (T) |
| CASILLAS DAVID<br><br>812 LINDSEY DR<br>MADESTO, CA 95356<br><br>Official Claim Date  11/28/2009 | 62904 | Motors Liquidation Company | $3,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000.00  (U)<br>$8,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | CASILLAS, DAVID<br><br>812 LINDSAY DR<br>MODESTO, CA 95356<br><br>Official Claim Date  11/30/2009 | 63279 | Motors Liquidation Company | $3,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000.00  (U)<br>$8,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twenty-Fifth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| COMM OF REVENUE - STATE OF TENNESSEE<br><br>TENNESSEE DEPARTMENT OF REVENUE<br>C/O ATTORNEY GENERAL<br>ATTN: WILBUR E HOOKS, DIRECTOR<br>P O BOX 20207<br>NASHVILLE, TN 37242<br><br>Official Claim Date  7/30/2009 | 1035 | Motors Liquidation Company | $0.00  (S)<br>$793,617.70  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$793,617.70  (T) | | Amended and Superseded Claims | Pgs. 1-5 | TENNESSEE DEPARTMENT OF REVENUE<br><br>C/O ATTORNEY GENERAL<br>ATTN WILBUR E HOOKS DIRECTOR<br>PO BOX 20207<br><br>NASHVILLE, TN 37242<br><br>Official Claim Date  5/10/2010 | 70282 | Motors Liquidation Company | $0.00  (S)<br>$3,747,951.03  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$3,747,951.03  (T) |
| CUNNINGHAM MELANIE<br><br>ONE OXFORD CENTRE - SUITE 2501<br><br>PITTSBURGH, PA 15219<br><br>Official Claim Date  11/9/2009 | 21818 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | | Amended and Superseded Claims | Pgs. 1-5 | CUNNINGHAM, MELANIE<br><br>SWENSEN PERER & KONTOS<br>ONE OXFORD CENTRE - SUITE 2501<br>PITTSBURGH, PA 15219<br><br>Official Claim Date  11/9/2009 | 21819 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |
| DANA H FOX<br><br>1625-2 PARKMEADOWS DR<br>FORT MYERS, FL 33907<br><br>Official Claim Date  9/21/2009 | 1459 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | | Amended and Superseded Claims | Pgs. 1-5 | DANA H FOX<br><br>1625-2 PARKMEADOWS DR<br>FORT MYERS, FL 33907<br><br>Official Claim Date  10/16/2009 | 11385 | Motors Liquidation Company | $19,500.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$19,500.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twenty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| DOROTHY JOHANNES<br><br>530 CR 3401<br>BULLARD, TX 75757<br><br>Official Claim Date  10/5/2009 | 3224 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | DOROTHY JOHANNES<br><br>530 COUNTY RD 3401<br>BULLARD, TX 75757<br><br>Official Claim Date  10/5/2009 | 3223 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,596.11  (U)<br>$2,596.11  (T) |
| ESKRIDGE, RALPH<br><br>PO BOX 9907<br>BOX 9907<br>KANSAS CITY, MO 64134<br><br>Official Claim Date  11/28/2009 | 62712 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | ESKRIDGE, RALPH<br><br>PO BOX 9907<br>KANSAS CITY, MO 64134<br><br>Official Claim Date  12/22/2009 | 69621 | Motors Liquidation Company | $2,300.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$2,300.00  (T) |
| ESPINOZA ENRIQUE<br><br>ESPINOZA, ENRIQUE<br>1120 MADESON CHASE<br>WEST PALM BEACH, FL 33411<br><br>Official Claim Date  11/4/2009 | 19740 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$4,500.00  (P)<br>$0.00  (U)<br>$4,500.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | ESPINOZA, ENRIQUE<br><br>1120 MADESON CHASE<br>WEST PALM BEACH, FL 33411<br><br>Official Claim Date  11/5/2009 | 20092 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$4,500.00  (P)<br>$0.00  (U)<br>$4,500.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| GREGORY VOGEL BY HIS GUARDIAN AD LITEM DANIEL VOGEL AND INDIVIDUALLY<br><br>ATTN  THOMAS D FLINN ESQ<br>GARRITY GRAHAM MURPHY GAROFALO & FLINN PC<br>ONE LACKAWANNA PLAZA<br><br>MONTCLAIR, NJ 07044<br><br>Official Claim Date  9/14/2009 | 1287 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | GREGORY VOGEL, BY HIS GUARDIAN AD LITEM DANIEL<br><br>VOGEL AND INDIVIDUALLY<br>ATTN: THOMAS D FLINN ESQ<br>GARRITY GRAHAM MURPHY GAROFALO & FLINN PC<br>ONE LACKAWANNA PLAZA<br>MONTCLAIR, NJ 07042<br><br>Official Claim Date  11/27/2009 | 59024 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |
| JAMES A CRAMER,  AS PERSONAL REP OF ESTATE OF JOHN E CRAMER<br>ATTN: ROBERT M N PALMER<br>THE LAW OFFICES OF PALMEROLIVER, P C<br>205 PARK CENTRAL EAST, SUITE 511<br>SPRINGFIELD, MO 65906<br><br>Official Claim Date  6/15/2009 | 59 | MLCS, LLC | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | JAMES A CRAMER AS PERSONAL REP OF ESTATE OF JOHN E CRAMER<br>ATTN  ROBERT M N PALMER<br>THE LAW OFFICES OF PALMER OLIVER P C<br>205 PARK CENTRAL E  STE 511<br>SPRINGFIELD, MO 65806<br><br>Official Claim Date  10/8/2009 | 6334 | MLCS, LLC | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) |
| JAMES A CRAMER,  AS PERSONAL REP OF ESTATE OF JOHN E CRAMER<br><br>ATTN:  ROBERT M N PALMER<br>THE LAW OFFICES OF PALMEROLIVER, P C<br>205 PARK CENTRAL EAST, SUITE 511<br>SPRINGFILED, MO 65906<br><br>Official Claim Date  6/15/2009 | 57 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | JAMES A CRAMER AS PERSONAL REP OF ESTATE OF JOHN E CRAMER<br><br>ATTN  ROBERT M N PALMER<br>THE LAW OFFICES OF PALMEROLIVER P C<br>205 PARK CENTRAL E  STE 511<br>SPRINGFIELD, MO 65806<br><br>Official Claim Date  10/8/2009 | 6337 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| JOHN OBERG<br><br>741 BEAVER ST<br>ROCHESTER, PA 15074<br><br>Official Claim Date  10/13/2009 | 9014 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | OBERG JOHN<br><br>741 BEAVER ST<br>ROCHESTER, PA 15074<br><br>Official Claim Date  11/9/2009 | 22068 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$8,000.00  (P)<br>$0.00  (U)<br>$8,000.00  (T) |
| JOSEPH FERRARA<br><br>MOYNAHAN & MINNELLA<br>C/O DAVID GRONBACH<br>141 EAST MAIN STREET<br>WATERBURY, CT 06722<br><br>Official Claim Date  6/22/2009 | 529 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | JOSEPH FERRARA<br><br>MOYNAHAN & MINNELLA<br>C/O DAVID GRONBACH<br>141 EAST MAIN STREET<br>WATERBURY, CT 06702<br><br>Official Claim Date  11/2/2009 | 18906 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,363,153.07  (U)<br>$1,363,153.07  (T) |
| JUANITA BORJAS<br><br>901 E HAYES ST<br>BEEVILLE, TX 78102<br><br>Official Claim Date  11/25/2009 | 51393 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | JUANITA BORJAS<br><br>901 E HAYES<br>BEEVILLE, TX 78102<br><br>Official Claim Date  11/28/2009 | 62840 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000.00  (U)<br>$10,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twenty-Fifth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| JULIAN KEBSCHULL AND ANGELA GIRARD<br><br>LAW OFFICES OF DAVID J LANG<br>16655 W BLUEMOUND RD STE 190<br>BROOKFIELD, WI 53005<br><br>Official Claim Date  8/25/2009 | 1328 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$300,000.00   (P)<br>$0.00   (U)<br>$300,000.00   (T) | Amended and Superseded Claims | Pgs. 1-5 | JULIAN KEBSCHULL AND ANGELA GIRARD<br><br>C/O LAW OFFICES OF DAVID J LANG<br>16655 W BLUEMOUND RD STE 190<br>BROOKFIELD, WI 53005<br>UNITED STATES OF AMERICA<br><br>Official Claim Date  11/25/2009 | 45147 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$350,000.00   (U)<br>$350,000.00   (T) |
| MANUEL SANDY<br><br>MANUEL, SANDY<br>42 GARLAND AVE<br>ROCHESTER, NY 14611<br><br>Official Claim Date  10/2/2009 | 2759 | Motors Liquidation Company | $8,500.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$1,500.00   (U)<br>$10,000.00   (T) | Amended and Superseded Claims | Pgs. 1-5 | MANUEL, SANDY<br><br>42 GARLAND AVE<br><br>ROCHESTER, NY 14611<br><br>Official Claim Date  10/9/2009 | 7417 | Motors Liquidation Company | $8,500.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$1,500.00   (U)<br>$10,000.00   (T) |
| MARK BLANKENSHIP<br><br>C/O MOTHERWAY & NAPLETON LLP<br>100 W MONROE ST STE 200<br><br>CHICAGO, IL 60603<br><br>Official Claim Date  7/16/2009 | 635 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$500,000.00   (U)<br>$500,000.00   (T) | Amended and Superseded Claims | Pgs. 1-5 | BLANKENSHIP, MARK<br><br>MOTHERWAY & NAPLETON ATTORNEYS AT LAW<br>100 W MONROE ST STE 200<br>CHICAGO, IL 60603<br><br>Official Claim Date  10/26/2009 | 16605 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$500,000.00   (U)<br>$500,000.00   (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twenty-Fifth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| MITCHELL R CANTY<br><br>8146 REYNOLDSWOOD DRIVE<br>REYNOLDSBURG, OH 43068<br><br>Official Claim Date  6/19/2009 | 494 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$500,000.00  (P)<br>$0.00  (U)<br>$500,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | MITCHELL R CANTY<br><br>8146 REYNOLDSWOOD DRIVE<br>REYNOLDSBURG, OH 43068<br><br>Official Claim Date  8/18/2009 | 1154 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$500,000.00  (P)<br>$0.00  (U)<br>$500,000.00  (T) |
| OHIO TRANSMISSION CORP<br><br>OHIO TRANSMISSION CORP<br>1900 JETWAY BLVD<br>COLUMBUS, OH 43219<br><br>Official Claim Date  11/24/2009 | 44634 | Motors Liquidation Company | $0.00  (S)<br>$599,018.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$599,018.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | OHIO TRANSMISSION CORP<br><br>1900 JETWAY BLVD<br>COLUMBUS, OH 43219<br><br>Official Claim Date  11/24/2009 | 44633 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$599,018.00  (U)<br>$599,018.00  (T) |
| PATRICIA MEYER<br><br>BOX 112<br>WEST OLIVE, MI 49460<br><br>Official Claim Date  6/16/2009 | 455 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | PATRICIA MEYER<br><br>BOX 112<br>WEST OLIVE, MI 49460<br><br>Official Claim Date  10/26/2009 | 15927 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twenty-Fifth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| ROCKWELL AUTOMATION INC<br><br>ATTN IRVIN M FREILICH<br>ROBERTSON FREILICH BRUNO & COHEN LLC<br>1 GATEWAY CENTER 17TH FL<br>NEWARK, NJ 07102<br><br>Official Claim Date 11/25/2009 | 51140 | Motors Liquidation Company | $20,000,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$20,000,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | ROCKWELL AUTOMATION INC<br><br>ATTN IRVIN M FREILICH<br>ROBERTSON FREILICH BRUNO & COHEN LLC<br>1 GATEWAY CENTER 17TH FL<br>NEWARK, NJ 07102<br><br>Official Claim Date 11/27/2009 | 59007 | Motors Liquidation Company | $20,000,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$20,000,000.00  (T) |
| SUN MICROSYSTEMS GLOBAL FINANCIAL SERVICES LLC<br><br>LAWRENCE SCHWAB/THOMAS GAA<br>BIALSON BERGEN & SCHWAB<br>2600 EL CAMINO REAL SUITE 300<br>ALTO, CA 94306<br><br>Official Claim Date 11/30/2009 | 67349 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$338,240.00  (U)<br>$338,240.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | SUN MICROSYSTEMS INC<br><br>C/O LAWRENCE SCHWAB/THOMAS GAA<br>BIALSON, BERGEN & SCHWAB<br>2600 EL CAMINO REAL STE 300<br>PALO ALTO, CA 94306<br><br>Official Claim Date 11/30/2009 | 67363 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$338,240.00  (U)<br>$338,240.00  (T) |
| THE DIAL CORPORATION<br><br>DAY PITNEY LLP<br>ATTN WILLIAM S HATFIELD ESQ<br>PO BOX 1945<br>MORRISTOWN, NJ 07962<br>UNITED STATES OF AMERICA<br><br>Official Claim Date 11/27/2009 | 59328 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | THE DIAL CORPORATION<br><br>C/O DAY PITNEY LLP<br>ATTN WILLIAM S HATFIELD ESQ<br>PO BOX 1945<br>MORRISTOWN, NJ 07962<br><br>Official Claim Date 11/27/2009 | 59327 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| THE STANLEY WORKS<br><br>C/O ROBERTSON FREILICH BRUNO & COHEN LLC<br>IRVIN M. FREILICH<br>1 GATEWAY CENTER 17TH FL<br>NEWARK, NY 07102<br><br>Official Claim Date  11/25/2009 | 51139 | Motors Liquidation Company | $20,000,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$20,000,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | THE STANLEY WORKS<br><br>ATTN IRVIN M FREILICH<br>ROBERTSON FREILICH BRUNO & COHEN LLC<br>1 GATEWAY CENTER 17TH FL<br><br>NEWARK, NJ 07102<br><br>Official Claim Date  11/27/2009 | 59008 | Motors Liquidation Company | $20,000,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$20,000,000.00  (T) |
| TOYOTA MOTOR CORPORATION<br><br>C/O FOLEY & LARDNER LLP<br>ATTN MATTHEW J RIOPELLE<br>402 W BROADWAY SUITE 2100<br>SAN DIEGO, CA 92101<br><br>Official Claim Date  11/30/2009 | 66241 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$56,457,142.85  (U)<br>$56,457,142.85  (T) | Amended and Superseded Claims | Pgs. 1-5 | TOYOTA MOTOR CORPORATION<br><br>C/O FOLEY & LARDNER LLP<br>ATTN MATTHEW J RIOPELLE<br>402 W BROADWAY SUITE 2100<br>SAN DIEGO, CA 92101<br><br>Official Claim Date  3/31/2010 | 70208 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$56,457,142.85  (U)<br>$56,457,142.85  (T) |
| TOYOTA MOTOR CORPORATION<br><br>C/O FOLEY & LARDNER LLP<br>ATTN MATTHEW J RIOPELLE<br>402 W BROADWAY SUITE 2100<br>SAN DIEGO, CA 92101<br><br>Official Claim Date  12/31/2009 | 69722 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$56,457,142.85  (U)<br>$56,457,142.85  (T) | Amended and Superseded Claims | Pgs. 1-5 | TOYOTA MOTOR CORPORATION<br><br>C/O FOLEY & LARDNER LLP<br>ATTN MATTHEW J RIOPELLE<br>402 W BROADWAY SUITE 2100<br>SAN DIEGO, CA 92101<br><br>Official Claim Date  3/31/2010 | 70208 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$56,457,142.85  (U)<br>$56,457,142.85  (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| WILEY, MICHAEL<br><br>7188 N WEBSTER RD<br>MOUNT MORRIS, MI 48458<br><br>Official Claim Date  10/26/2009 | 15820 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$5,000,000.00  (P)<br>$0.00  (U)<br>$5,000,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | MICHAEL WILEY<br><br>7188 N WEBSTER RD<br>MOUNT MORRIS, MI 48458<br><br>Official Claim Date  11/9/2009 | 21619 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$5,000,000.00  (P)<br>$0.00  (U)<br>$5,000,000.00  (T) |
| WILSON SHIRLEY<br><br>32015 THE OLD ROAD<br>CASTAIC, CA 91384<br><br>Official Claim Date  10/29/2009 | 17416 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | WILSON, SHIRLEY<br><br>32015 THE OLD RD<br>CASTAIC, CA 91384<br><br>Official Claim Date  10/29/2009 | 17418 | Motors Liquidation Company | $700.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$700.00  (T) |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Claims to be Disallowed and Expunged Totals** | **38** | | **$40,045,500.00**  (S)<br>**$1,392,635.70**  (A)<br>**$6,356,500.00**  (P)<br>**$116,358,521.22**  (U)<br>**$164,153,156.92**  (T) | | | | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.