> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                      :
In re                                 :      Chapter 11 Case No.
                                      :
MOTORS LIQUIDATION COMPANY, et al.,   :      09-50026 (REG)
       f/k/a General Motors Corp., et al.  :
                                      :
                     Debtors.         :      (Jointly Administered)
                                      :
-------------------------------------------------------------x
```

## <u>NOTICE OF DEBTORS' TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS</u>
### (Duplicate Claims)

      **PLEASE TAKE NOTICE** that on June 30, 2010, Motors Liquidation Company

(f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (the

"**Debtors**"), filed their twenty-sixth omnibus objection to claims (the "**Twenty-Sixth Omnibus**

**Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the Debtors' Twenty-

Sixth Omnibus Objection to Claims will be held before the Honorable Robert E. Gerber, United

States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern

District of New York, One Bowling Green, New York, New York 10004, on **August 6, 2010 at 9:45 a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

**PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN EXHIBIT "A" ANNEXED THERETO.**

**PLEASE TAKE FURTHER NOTICE** that any responses to the Debtors' Twenty-Sixth Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-242, and on (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 500 Renaissance Center, Suite 1400, Detroit, Michigan 48243 (Attn: Ted Stenger); (iii) General Motors, LLC, 300 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, DC 20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019

(Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis &

Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the

Americas, New York, New York 10036 (Attn:  Thomas Moers Mayer, Esq., Amy Caton, Esq.,

Adam C. Rogoff, Esq., and Gregory G. Plotko, Esq.); (viii) the Office of the United States

Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New

York 10004 (Attn: Diana G. Adams, Esq.); (ix) the U.S. Attorney's Office, S.D.N.Y., 86

Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and

Matthew L. Schwartz, Esq.); (x) Caplin & Drysdale, Chartered, attorneys for the official

committee of unsecured creditors holding asbestos-related claims, 375 Park Avenue, 35th Floor,

New York, New York 10152-3500 (Attn:  Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and

One Thomas Circle, N.W., Suite 1100, Washington, DC 20005 (Attn:  Trevor W. Swett III, Esq.

and Kevin C. Maclay, Esq.); and (xi) Stutzman, Bromberg, Esserman & Plifka, A Professional

Corporation, attorneys for Dean M. Trafelet in his capacity as the legal representative for future

asbestos personal injury claimants, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn:

Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.), so as to be received no later than **July

30, 2010 at 4:00 p.m. (Eastern Time)** (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and

served with respect to the Debtors' Twenty-Sixth Omnibus Objection to Claims or any claim set

forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy

Court an order substantially in the form of the proposed order annexed to the Debtors' Twenty-

Sixth Omnibus Objection to Claims, which order may be entered with no further notice or

opportunity to be heard offered to any party.

Dated: New York, New York
       June 30, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
|  | : |  |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | **09-50026 (REG)** |
| **f/k/a General Motors Corp.,** *et al.* | : |  |
|  | : |  |
| **Debtors.** | : | **(Jointly Administered)** |
|  | : |  |

---------------------------------------------------------------x

## DEBTORS' TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Claims)

> **THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM. CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE EXHIBIT ATTACHED TO THIS OBJECTION.**

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) and its

affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully represent:

### Relief Requested

1.      The Debtors file this twenty-sixth omnibus objection to claims (the

"**Twenty-Sixth Omnibus Objection to Claims**") pursuant to section 502(b) of title 11, United

States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy

Procedure (the **"Bankruptcy Rules"**), and this Court's order approving procedures for the filing

of omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures**

**Order**") [Docket No. 4180], seeking entry of an order disallowing and expunging the claims

listed on **Exhibit "A"** annexed hereto.[1]

2.      The Debtors have examined the proofs of claim identified on Exhibit "A"

and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed*

*and Expunged*" (collectively, the "**Duplicate Claims**") are duplicates of the earlier-filed

corresponding claims identified under the heading "*Surviving Claims*" (collectively, the

"**Surviving Claims**").  The Debtors seek entry of an order disallowing and expunging from the

claims register the Duplicate Claims and preserving the Debtors' right to later object to any

Surviving Claim on any other basis.

3.      This Twenty-Sixth Omnibus Objection to Claims does not affect any of

the Surviving Claims and does not constitute any admission or finding with respect to any of the

Surviving Claims.  Further, the Debtors reserve all their rights to object on any other basis to any

Duplicate Claim as to which the Court does not grant the relief requested herein.

## Jurisdiction

4.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

---

[1] Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com. A link to the claims register is located under the "Claims Information" tab.  Creditors without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City Group, Inc. at 1-703-286-6401.

**Background**

5.      On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**Realm/Encore Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Case Number 09-50026 (REG).  On September 15, 2009,

the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs,

which were amended on October 4, 2009.  On October 15, 2009, the Realm/Encore Debtors filed

their schedules of assets and liabilities and statements of financial affairs.

6.      On September 16, 2009, this Court entered an order [Docket No. 4079]

establishing November 30, 2009 as the deadline for each person or entity to file a proof of claim

in the Initial Debtors' cases, including governmental units.  On December 2, 2009, this Court

entered an order [Docket No. 4586] establishing February 1, 2010 as the deadline for each

person or entity to file a proof of claim in the Realm/Encore Debtors' cases (except

governmental units, as defined in section 101(27) of the Bankruptcy Code, for which the Court

established June 1, 2010 as the deadline to file proofs of claim).

7.      Furthermore, on October 6, 2009, this Court entered the Procedures Order,

which authorizes the Initial Debtors, among other things, to file omnibus objections to no more

than 100 claims at a time, under various grounds, including those set forth in Bankruptcy Rule

---

[2] The Initial Debtors are Motors Liquidation Company (f/k/a General Motors Corporation), MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3] The Realm/Encore Debtors are Remediation and Liability Management Company, Inc., and Environmental Corporate Remediation Company, Inc.

3007(d) and those additional grounds set forth in the Procedures Order.  The claimants that are

listed in Exhibit "A" have all filed claims against the Initial Debtors.

### The Relief Requested Should Be Approved by the Court

8.      A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects." 11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential

allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See*

*In re Oneida, Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd*, No. 09 Civ. 2229 (DC),

2010 WL 234827 (S.D.N.Y. Jan. 22, 2010); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No.

02-41729 (REG), 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re*

*Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

9.      Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a

claim may not be allowed to the extent that "such claim is unenforceable against the debtor and

property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1).  The

Debtors cannot be required to pay on the same claim more than once.  *See, e.g., In re Finley,*

*Kumble, Wagner, Heine, Underberg, Manley, Myerson, & Casey*, 160 B.R. 882, 894 (Bankr.

S.D.N.Y. 1993) ("In bankruptcy, multiple recoveries for an identical injury are generally

disallowed.").  The Debtors have compared their books and records with the proofs of claim

identified on Exhibit "A" and have determined that the Duplicate Claims were filed by the same

claimants against the same Debtors, for the same dollar amounts, and on account of the same

obligations as the corresponding Surviving Claims.  The Surviving Claims are the earlier filed

claims as compared to the Duplicate Claims.

10.     To avoid the possibility of multiple recoveries by the same creditor, the

Debtors request that the Court disallow and expunge in their entirety the Duplicate Claims.  The

4

Surviving Claims will remain on the claims register subject to further objections on any other basis.

### Notice

11.     Notice of the Twenty-Sixth Omnibus Objection to Claims has been provided to each claimant listed on Exhibit "A" and parties in interest in accordance with the Third Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures, dated April 29, 2010 [Docket No. 5670].

12.     No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the relief requested herein and such other and further relief as is just.

Dated: New York, New York
          June 30, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                              :
In re                                         :        **Chapter 11 Case No.**
                                              :
**MOTORS LIQUIDATION COMPANY,** *et al.,*      :        **09-50026 (REG)**
        **f/k/a General Motors Corp.,** *et al.* :
                                              :
                    **Debtors.**              :        **(Jointly Administered)**
                                              :
---------------------------------------------------------------x


## ORDER GRANTING DEBTORS' TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Claims)

Upon the twenty-sixth omnibus objection to claims, dated June 30, 2010 (the

"**Twenty-Sixth Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a

General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the

"**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy**

**Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"),

and this Court's order approving procedures for the filing of omnibus objections to proofs of

claim filed in these chapter 11 cases (the "**Procedures Order**") (Docket No. 4180], seeking

entry of an order disallowing and expunging the Duplicate Claims on the grounds that such

claims are duplicative of the corresponding Surviving Claims, all as more fully described in the

Twenty-Sixth Omnibus Objection to Claims; and due and proper notice of the Twenty-Sixth

Omnibus Objection to Claims having been provided, and it appearing that no other or further

notice need be provided; and the Court having found and determined that the relief sought in the

Twenty-Sixth Omnibus Objection to Claims is in the best interests of the Debtors, their estates,

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Debtors' Twenty-Sixth Omnibus Objection to Claims.

creditors, and all parties in interest and that the legal and factual bases set forth in the Twenty-

Sixth Omnibus Objection to Claims establish just cause for the relief granted herein; and after

due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Twenty-Sixth Omnibus Objection to

Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on **Exhibit "A"** annexed hereto under the heading "*Claims to be Disallowed and

Expunged*" (collectively, the "**Duplicate Claims**") are disallowed and expunged; and it is further

ORDERED that the claims listed on Exhibit "A" annexed hereto under the

heading "*Surviving Claims*" (collectively, the "**Surviving Claims**") will remain on the claims

register, and such claims are neither allowed nor disallowed at this time; and is further

ORDERED that the disallowance and expungement of the Duplicate Claims does

not constitute any admission or finding with respect to any of the Surviving Claims; and it is

further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly

reserved with respect to, (i) any claim listed on Exhibit "A" annexed to the Twenty-Sixth

Omnibus Objection to claims under the heading "*Claims to be Disallowed and Expunged*" that is

not listed on Exhibit "A" annexed hereto and (ii) any Surviving Claim; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.


Dated: New York, New York
_____, 2010


_____
United States Bankruptcy Judge

Twenty-Sixth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| ALLSTATE INSURANCE COMPANY A/S/O KARL JAMISON(CLAIM 0124663675)<br><br>THOMAS J LUZ<br>KARAAHMETOGLU & LUZ FIRM LLP<br>1500 BROADWAY 21ST FLOOR<br>NEW YORK, NY 10036<br><br>Official Claim Date  11/17/2009 | 61540 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$31,969.50  (U)<br>$31,969.50  (T) | Duplicate Claim | Pgs. 1-5 | ALLSTATE INSURANCE COMPANY A/S/O KARL JAMISON (CLAIM# 0124663675)<br><br>C/O THOMAS J LUZ<br>KARAAHMETOGLU & LUZ FIRM, LLP<br>1500 BROADWAY 21ST FLOOR<br>NEW YORK, NY 10036<br><br>Official Claim Date  11/12/2009 | 25433 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$31,969.50  (U)<br>$31,969.50  (T) |
| ANINA RUDELICH<br><br>C/O ODISHA & ODISHA<br>ATTN: BEN GUIDO<br>2200 SUNLIFE PLACE, 10123 99 ST NW<br>EDMONTON AB CANADA T5J 3H1<br><br>CANADA<br><br>Official Claim Date  10/30/2009 | 18148 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,500,000.00  (U)<br>$4,500,000.00  (T) | Duplicate Claim | Pgs. 1-5 | RUDELICH ANINA<br><br>2200 SUN LIFE PLACE 10123 - 99 STREET<br>EDMONTON AB T5J 3H1 CANADA<br><br>CANADA<br><br>Official Claim Date  10/30/2009 | 18144 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,500,000.00  (U)<br>$4,500,000.00  (T) |
| ARRROWOOD, STEFANIE<br><br>4260 US HIGHWAY 460 LOT 30<br>STAFFORDSVILLE, KY 41256<br><br>Official Claim Date  10/13/2009 | 8931 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,650.00  (U)<br>$5,650.00  (T) | Duplicate Claim | Pgs. 1-5 | ARROWOOD STEFANIE<br><br>4260 US HIGHWAY 460 LOT 30<br>STAFFORDSVILLE, KY 41256<br><br>Official Claim Date  10/13/2009 | 8930 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,650.00  (U)<br>$5,650.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twenty-Sixth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| BAKER JAY<br><br>BAKER, JAY<br>17 COURT STREET SEVENTH FLOOR<br><br>BUFFALO, NY 14202<br><br>Official Claim Date  11/23/2009 | 36089 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,000,000.00  (U)<br>$3,000,000.00  (T) | Duplicate Claim | Pgs. 1-5 | JAY BAKER<br><br>ATTN: RICHARD J BARNES, ESQ<br>C/O CELLINO & BARNES PC<br>350 MAIN ST, 25TH FLOOR<br>BUFFALO, NY 14202<br><br>Official Claim Date  11/23/2009 | 36088 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,000,000.00  (U)<br>$3,000,000.00  (T) |
| BARBARA J HERNANDEZ<br><br>5939 SUTTER AVE #5<br>CARMICHAEL, CA 95608<br><br>Official Claim Date  1/15/2010 | 69787 | Motors Liquidation Company | $3,086.87  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$3,086.87  (T) | Duplicate Claim | Pgs. 1-5 | BARBARA J HERNANDEZ<br><br>5939 SUTTER AVE #5<br>CARMICHAEL, CA 95608<br>UNITED STATES OF AMERICA<br><br>Official Claim Date  11/24/2009 | 44301 | Motors Liquidation Company | $3,086.87  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$3,086.87  (T) |
| CRUM DOUGLAS<br><br>CRUM, DOUGLAS<br>380 GEORGENA CURV<br>MONTGOMERY, AL 36105<br><br>Official Claim Date  10/29/2009 | 17679 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000.00  (U)<br>$5,000.00  (T) | Duplicate Claim | Pgs. 1-5 | CRUM, DOUGLAS<br><br>380 GEORGENA CURV<br><br>MONTGOMERY, AL 36105<br><br>Official Claim Date  10/29/2009 | 17678 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000.00  (U)<br>$5,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twenty-Sixth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| DAVID CASILLAS<br><br>812 LINDSAY DR<br>MODESTO, CA 95356<br><br>Official Claim Date  11/30/2009 | 67123 | Motors Liquidation Company | $3,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000.00  (U)<br>$8,000.00  (T) | Duplicate Claim | Pgs. 1-5 | CASILLAS, DAVID<br><br>812 LINDSAY DR<br>MODESTO, CA 95356<br><br>Official Claim Date  11/30/2009 | 63279 | Motors Liquidation Company | $3,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000.00  (U)<br>$8,000.00  (T) |
| DENAPOLI PHILIP<br><br>C/O E STEVEN YONOVER<br>ATTN STEVEN YONOVER<br>1416 TECHNY RD<br>NORTHBROOK, IL 60062<br><br>Official Claim Date  11/25/2009 | 49638 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,500,000.00  (U)<br>$1,500,000.00  (T) | Duplicate Claim | Pgs. 1-5 | DENAPOLI, PHILIP<br><br>C/O E. STEVEN YONOVER<br>ATTN: STEVEN YONOVER<br>1416 TECHNY RD<br>NORTHBROOK, IL 60062<br><br>Official Claim Date  11/25/2009 | 49637 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,500,000.00  (U)<br>$1,500,000.00  (T) |
| ENRIQUEZ, RICARDO<br><br>1035 PAWNEE TRAIL<br>GRANDBURY, TX 76048<br><br>Official Claim Date  12/7/2009 | 68879 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$300,000.00  (U)<br>$300,000.00  (T) | Duplicate Claim | Pgs. 1-5 | ENRIQUEZ, RICARDO<br><br>1035 PAWNEE TRI<br>GRANDBURY, TX 76048<br><br>Official Claim Date  11/27/2009 | 61921 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$300,000.00  (U)<br>$300,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| GASKINS ELIZABETH<br><br>440 BOWEN STREET<br>SAVANNA, IL 51074<br><br>Official Claim Date  11/30/2009 | 67540 | Motors Liquidation Company | $31,521.95  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$31,521.95  (T) | Duplicate Claim | Pgs. 1-5 | GASKINS, ELIZABETH<br><br>440 BOWEN ST<br>SAVANNA, IL 61074<br><br>Official Claim Date  11/30/2009 | 63419 | Motors Liquidation Company | $31,521.95  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$31,521.95  (T) |
| GEARY JUDITH AND GEARY, KENNETH<br><br>KOFE MANGANVULLO GARTLEY & LATCH<br>179 S WYOMING AVENUE<br>KINGSTON, PA 18704<br><br>Official Claim Date  11/13/2009 | 25377 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$200,000.00  (U)<br>$200,000.00  (T) | Duplicate Claim | Pgs. 1-5 | GEARY, JUDITH AND GEARY, KENNETH<br><br>KOFE MANGANVULLO GARTLEY & LATCH<br>179 S WYOMING AVE<br>KINGSTON, PA 18704<br><br>Official Claim Date  11/13/2009 | 25378 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$200,000.00  (U)<br>$200,000.00  (T) |
| KENDALL, IPHIGENIA F<br><br>KENDALL, EDWIN J<br>C/O WHITE CHOATE WATKINS & MROCZKO LLC<br>100 WEST CHEROKEE AVENUE<br>CARTERSVILLE, GA 30120<br><br>Official Claim Date  10/27/2009 | 21004 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$525,000.00  (U)<br>$525,000.00  (T) | Duplicate Claim | Pgs. 1-5 | KENDALL IPHIGENIA F<br><br>KENDALL, EDWIN J<br>WHITE CHOATE WATKINS & MROCZKO LLC<br>100 WEST CHEROKEE AVENUE<br>CARTERSVILLE, GA 30120<br><br>Official Claim Date  10/27/2009 | 16773 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$525,000.00  (U)<br>$525,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| LOVE JOYCE C<br><br>45 TWILLER ST<br>2ND FLOOR<br>ALBANY, NY 12209<br><br>Official Claim Date  10/5/2009 | 3908 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$2,950.00  (P)<br>$0.00  (U)<br>$2,950.00  (T) | Duplicate Claim | Pgs. 1-5 | LOVE, JOYCE C.<br><br>45 TWILLER ST<br>2ND FLOOR<br>ALBANY, NY 12209<br><br>Official Claim Date  10/5/2009 | 3610 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$2,950.00  (P)<br>$0.00  (U)<br>$2,950.00  (T) |
| LOVE, JOYCE C<br><br>45 TWILLER ST<br><br>ALBANY, NY 12209<br><br>Official Claim Date  10/5/2009 | 6998 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$2,950.00  (P)<br>$0.00  (U)<br>$2,950.00  (T) | Duplicate Claim | Pgs. 1-5 | LOVE, JOYCE C.<br><br>45 TWILLER ST<br>2ND FLOOR<br>ALBANY, NY 12209<br><br>Official Claim Date  10/5/2009 | 3610 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$2,950.00  (P)<br>$0.00  (U)<br>$2,950.00  (T) |
| LUZ HELENA NUNEZ<br><br>GREGORY MORENO<br>3500 W BEVERLY BLVD<br>MONTEBELLO, CA 90840<br><br>Official Claim Date  11/25/2009 | 65704 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000,000.00  (U)<br>$10,000,000.00  (T) | Duplicate Claim | Pgs. 1-5 | NUNEZ, LUZ HELENA<br><br>GREGORY MORENO<br>3500 W BEVERLY BLVD<br>MONTEBELLO, CA 90640<br><br>Official Claim Date  11/25/2009 | 50577 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000,000.00  (U)<br>$10,000,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twenty-Sixth Omnibus Objection

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| MARITA C TICHY<br><br>C/O RICHARD L DEMSEY CO., LPA<br>1350 EUCLID AVENUE, SUITE 1550<br>CLEVELAND, OH 44115<br><br>Official Claim Date  11/16/2009 | 27067 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$500,000.00  (U)<br>$500,000.00  (T) | Duplicate Claim | Pgs. 1-5 | TICHY, MARITA C<br><br>C/O RICHARD L DEMSEY CO LPA<br>1350 EUCLID AVE STE 1550<br>CLEVELAND, OH 44115<br><br>Official Claim Date  11/13/2009 | 25340 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$500,000.00  (U)<br>$500,000.00  (T) |
| ONEILL METAL FORMING INC<br><br>1098 RIG ST<br>COMMERCE TOWNSHIP, MI 48390<br><br>Official Claim Date  10/14/2009 | 9607 | Motors Liquidation Company | $152,360.40  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$152,360.40  (T) | Duplicate Claim | Pgs. 1-5 | O'NEILL METAL FORMING INC<br><br>1098 RIG ST<br>COMMERCE TOWNSHIP, MI 48390<br><br>Official Claim Date  10/14/2009 | 9606 | Motors Liquidation Company | $152,360.40  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$152,360.40  (T) |
| PHILLIPS JAMES<br><br>4943 W. QUINCY STREET<br>CHICAGO, IL 60644<br><br>Official Claim Date  11/9/2009 | 22209 | Motors Liquidation Company | $8,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$8,000.00  (T) | Duplicate Claim | Pgs. 1-5 | PHILLIPS, JAMES<br><br>4943 W QUINCY ST<br>CHICAGO, IL 60644<br><br>Official Claim Date  11/9/2009 | 22208 | Motors Liquidation Company | $8,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$8,000.00  (T) |
| RABURN BARBARA<br><br>RABURN, BARBARA<br>8525 9TH STREET N<br>ST PETERSBURG, FL 33702<br><br>Official Claim Date  10/5/2009 | 3894 | Motors Liquidation Company | $20,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$20,000.00  (T) | Duplicate Claim | Pgs. 1-5 | RABURN, BARBARA<br><br>8525 9TH ST N<br>ST PETERSBURG, FL 33702<br><br>Official Claim Date  10/5/2009 | 3893 | Motors Liquidation Company | $20,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$20,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| SMITH ASHLEY<br><br>645 NEBRASKA AVE<br>KANSAS CITY, KS 66101<br><br>Official Claim Date  11/30/2009 | 67565 | Motors Liquidation Company | $4,075.00  (S)<br>$4,075.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$8,150.00  (T) | Duplicate Claim | Pgs. 1-5 | SMITH, ASHLEY<br><br>645 NEBRASKA AVE<br>KANSAS CITY, KS 66101<br><br>Official Claim Date  11/28/2009 | 63172 | Motors Liquidation Company | $4,075.00  (S)<br>$4,075.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$8,150.00  (T) |
| STEWART GARY<br><br>PORTNOY & QUINN<br>1 OXFORD CTR<br>PITTSBURGH, PA 15219<br><br>Official Claim Date  11/27/2009 | 61514 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$250,000.00  (U)<br>$250,000.00  (T) | Duplicate Claim | Pgs. 1-5 | STEWART, GARY<br><br>PORTNOY & QUINN<br>1 OXFORD CTR<br>PITTSBURGH, PA 15219<br><br>Official Claim Date  11/27/2009 | 60721 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$250,000.00  (U)<br>$250,000.00  (T) |
| STEWART LINDSEY<br><br>PORTNOY & QUINN<br>1 OXFORD CTR<br>PITTSBURGH, PA 15219<br><br>Official Claim Date  11/27/2009 | 61513 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) | Duplicate Claim | Pgs. 1-5 | STEWART, LINDSEY<br><br>PORTNOY & QUINN<br>1 OXFORD CTR<br>PITTSBURGH, PA 15219<br><br>Official Claim Date  11/27/2009 | 60722 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twenty-Sixth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| STEWART SUZANNE<br><br>PORTNOY & QUINN<br>1 OXFORD CTR<br>PITTSBURGH, PA 15219<br><br>Official Claim Date  11/27/2009 | 61512 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$250,000.00  (U)<br>$250,000.00  (T) | Duplicate Claim | Pgs. 1-5 | STEWART, SUZANNE<br><br>PORTNOY & QUINN<br>1 OXFORD CTR<br>PITTSBURGH, PA 15219<br><br>Official Claim Date  11/27/2009 | 60723 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$250,000.00  (U)<br>$250,000.00  (T) |
| TAKATA CORPORATION<br><br>DON A SCHIEMANN ESQ<br>TK HOLDINGS INC<br>2500 TAKATA DRIVE<br>AUBURN HILLS, MI 48326<br><br>Official Claim Date  11/25/2009 | 46188 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Duplicate Claim | Pgs. 1-5 | TAKATA CORPORATION<br><br>DON A. SCHIEMANN ESQ.<br>TK HOLDINGS INC<br>2500 TAKATA DRIVE<br>AUBURN HILLS, MI 48326<br><br>Official Claim Date  11/24/2009 | 65808 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |
| TERRANCE J TICHY<br><br>MARITA C TICHY<br>C/O RICHARD L. DEMSEY CO., LPA<br>1350 EUCLID AVE., SUITE 1550<br>CLEVELAND, OH 44115<br><br>Official Claim Date  11/16/2009 | 27069 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,000,000.00  (U)<br>$3,000,000.00  (T) | Duplicate Claim | Pgs. 1-5 | TICHY TERRANCE J<br><br>TICHY, MARITA C<br>C/O RICHARD L DEMSEY CO LPA<br>1350 EUCLID AVE STE 1550<br>CLEVELAND, OH 44115<br><br>Official Claim Date  11/13/2009 | 25338 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,000,000.00  (U)<br>$3,000,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twenty-Sixth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| TOM, NARCISSUS<br><br>GOLDSTEIN PETER LAW OFFICES OF<br>330 S 3RD ST STE 1070<br>LAS VEGAS, NV 89101<br><br>Official Claim Date  11/30/2009 | 65586 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$500,000.00  (U)<br>$500,000.00  (T) | Duplicate Claim | Pgs. 1-5 | TOM NARCISSUS<br><br>GOLDSTEIN PETER LAW OFFICES OF<br>330 S 3RD ST STE 1070<br>LAS VEGAS, NV 89101<br><br>Official Claim Date  11/30/2009 | 65490 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$500,000.00  (U)<br>$500,000.00  (T) |
| UNIVAR  USA INC<br><br>C/O LESLIE R SCHENK<br>GARVEY SCHUBERT BARER<br>1191 SECOND AVENUE 18TH FLOOR<br>SEATTLE, WA 98101<br><br>Official Claim Date  12/1/2009 | 67654 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$30,000,000.00  (U)<br>$30,000,000.00  (T) | Duplicate Claim | Pgs. 1-5 | UNIVAR USA INC<br><br>UNIVAR USA INC C/O LESLIE R SCHENCK<br>GARVEY SCHUBERT BARER<br>1191 SECOND AVENUE 18TH FLOOR<br>SEATTLE, WA 98101<br><br>Official Claim Date  11/30/2009 | 64812 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$30,000,000.00  (U)<br>$30,000,000.00  (T) |
| WALING LORI<br><br>311 BAPTISTE AVE<br>MONROE, MI 48162<br><br>Official Claim Date  11/9/2009 | 21439 | Motors Liquidation Company | $2,300.00  (S)<br>$3,000.00  (A)<br>$0.00  (P)<br>$700.00  (U)<br>$6,000.00  (T) | Duplicate Claim | Pgs. 1-5 | WALING, LORI<br><br>311 BAPTISTE AVE<br>MONROE, MI 48162<br><br>Official Claim Date  11/9/2009 | 21438 | Motors Liquidation Company | $2,300.00  (S)<br>$3,000.00  (A)<br>$0.00  (P)<br>$700.00  (U)<br>$6,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twenty-Sixth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | |
| WATKINS, MILDRED | 62349 | MLCS, LLC | $0.00  (S) | Duplicate Claim | Pgs. 1-5 | MILDRED WATKINS | 50633 | MLCS, LLC | $0.00  (S) | |
| C/O SHANNON SCHLESMAN ZETROUER | | | $0.00  (A) | | | C/O SHANNON SCHLESMAN ZETROUER | | | $0.00  (A) | |
| BUTLER, PAPPAS | | | | | | BUTLER PAPPAS | | | | |
| 777 S HARBOUR ISLAND BLVD STE 500 | | | $0.00  (P) | | | HARBOUR ISLAND BLVD STE 500 | | | $0.00  (P) | |
| TAMPA, FL 33602 | | | | | | TAMPA, FL 33602 | | | | |
| UNITED STATES OF AMERICA | | | $316,397.13  (U) | | | | | | $316,397.13  (U) | |
| | | | | | | | | | | |
| Official Claim Date  11/28/2009 | | | $316,397.13  (T) | | | Official Claim Date  11/25/2009 | | | $316,397.13  (T) | |

| | | | | | |
|---|---|---|---|---|---|
| **Claims to be Disallowed and Expunged Totals** | **29** | **$224,344.22**  (S) | | | |
| | | **$7,075.00**  (A) | | | |
| | | **$5,900.00**  (P) | | | |
| | | **$55,889,716.63**  (U) | | | |
| | | **$56,127,035.85**  (T) | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.