**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 Case No. |
| : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* : | 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, : | |
| : | |
| Debtors. : | (Jointly Administered) |
| : | |

------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF WASHINGTON  )
                                            ) ss
COUNTY OF KING             )

I, Danielle Zahaba, being duly sworn, depose and state:

1.   I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2.   On June 29, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto:

- Order Granting Debtors' Eighteenth Omnibus Objection to Claims (Tax Claims Assumed by General Motors, LLC) [Docket No. 6185].

Signed in Seattle, Washington this         /s/ Danielle Zahaba
30th day of June, 2010.                              DANIELLE ZAHABA

Sworn to before me in Seattle, Washington this 30th day of June, 2010

/s/ Greg L. Gottainer
Greg L. Gottainer
Notary Public, State of Washington
License No. 138976
Residing in Seattle
Commission Expires:  October 19, 2012

# EXHIBIT A

ADAMS COUNTY TREASURER
PO BOX 869
BRIGHTON CO 80601-0869

ALAMANCE COUNTY TAX COLLECTOR
124 W ELM ST
GRAHAM NC 27253-2802

ALAMEDA COUNTY TAX COLLECTOR
1221 OAK ST
OAKLAND CA 94612

ALLEN COUNTY TREASURER
ONE EAST MAIN STREET ROOM 104
FORT WAYNE IN 46802-1811

ALLEN COUNTY TREASURER
ATTN LEGAL OFFICER/BANKRUPTCY DEPT
PO BOX 2540
PERSONAL PROPERTY TAX
FORT WAYNE IN 46801-2540

AMHERST COUNTY TREASURER
PO BOX 449
AMHERST VA 24521-0449

ARLINGTON INDEPENDENT SCHOOL DISTRICT
ATTN: ELIZABETH BANDA CALVO
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP
PO BOX 13430
ARLINGTON TX 76094-0430

BALTIMORE COUNTY MARYLAND
JOHN E BEVERUNGEN COUNTY ATTORNEY
400 WASHINGTON AVE
RM 219
TOWSON MD 21204

BARTHOLOMEW COUNTY TREASURER
PO BOX 1986
COLUMBUS IN 47202-1986

BENTON COUNTY PROSECUTING ATTORNEY
BENTON COUNTY PROSECUTING ATTORNEY
7122 WEST OKANOGAN PLACE, BUILDING A
KENNEWICK WA 99336-2359

BENTON COUNTY TREASURER
PO BOX 630
620 MARKET STREET
PROSSER WA 99350-0630

BERLIN, TOWN COLLECTOR
240 KENSINGTON ROAD
BERLIN CT 06037-2655

BLADEN COUNTY REVENUE ADMINSTRATION
PO BOX 385
ELIZABETHTOWN NC 28337-0385

BLOUNT COUNTY REVENUE COMMISSIONER
220 2ND AVE E STE 102
ONEONTA AL 35121-1702

BONNEVILLE COUNTY TREASURER
MARK R HANSEN - TAX COLLECTOR
605 N CAPITAL AVE
IDAHO FALLS ID 83402

BOTETOURT COUNTY
PO BOX 100
FINCASTLE VA 24090-0100

BOWIE CENTRAL APPRAISAL DISTRICT
ATTN MICHAEL REED
700 JEFFREY WAY STE 100
PO BOX 1269
ROUND ROCK TX 78680

BROWARD COUNTY REVENUE COLLECTOR
REVENUE COLLECTION DIVISION
GOVERNMENTAL CENTER ANNEX
ATTN: LITIGATION DEPT
115 S ANDREWS AVE
FORT LAUDERDALE FL 33301

BRYAN COUNTY TREASURER
402 W EVERGREEN
DURANT OK 74701

BUCHANAN COUNTY
PO BOX 1056
GRUNDY VA 24614-1056

BURKBURNETT INDEPENDENT SCHOOL DISTRICT
ATTN HAROLD LEREW
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
PO BOX 8188
WICHITA FALLS TX 76307

BURKE COUNTY TAX COLLECTOR
PO BOX 219
MORGANTON NC 28680-0219

BUTLER COUNTY
REVENUE COMMISSIONER
700 COURT SQUARE
GREENVILLE AL 36037-2308

BUTLER COUNTY TREASURER
205 W CENTRAL
EL DORADO KS 67042-2100

CAMERON INDEPENDENT SCHOOL DISTRICT
ATTN: JOHN T BANKS
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L L P
3301 NORTHLAND DR, SUITE 505
AUSTIN TX 78731

CAMPBELLSVILE ISD TAX COLLECTOR
203 NORTH COURT ST.
TAYLOR CTY. CT. HOUSE, 2ND FL
CAMPBELLSVILLE KY 42718

CARROLL COUNTY TAX COLLECTOR
PO BOX 432
BERRYVILLE AR 72616-0432

CARTER COUNTY TREASURER
20 B ST SW STE 104
ARDMORE OK 73401-6415

CARTERET COUNTY TAX COLLECTOR
302 COURTHOUSE SQUARE
BEAUFORT NC 28516

CASS COUNTY
ATTN DAVID HUDSON
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
PO BOX 2007
TYLER TX 75710-2007

CENTRAL APPRAISAL DISTRICT OF TAYLOR COUNTY
C/O MICHAEL REED
MCCREARY VESELKA BRAGG & ALLEN PC
700 JEFFREY WAY, SUITE 100
PO BOX 1269
ROUND ROCK TX 78680

CHAMBERS COUNTY REVENUE COMMISSIONER
ATTN WENDY Y WILLIAMS
REVENUE COMMISSIONER
25 LAYFAYETTE ST; STE A
LAFAYETTE AL 36862

CHARLES COUNTY MARYLAND
C/O MEYERS RODBELL & ROSENBAUM PA
6801 KENTWORTH AVENUE SUITE 400
RIVERDALE MD 20737-1385

CHARTER TOWNSHIP OF YPSILANTI
C/O RUTH ANN JANNICK TREASURER
7200 S HURON RIVER DR
YPSILANTI MI 48197-7007

CHATHAM COUNTY TAX COMMISSIONER
P O BOX 8324
SAVANNAH GA 31412

CHERRY COUNTY TREASURER
PO BOX 290
VALENTINE NE 69201-0290

CHEYENE COUNTY TREASURER
PO BOX 217
SIDNEY NE 69162-0217

CITY & COUNTY OF SAN FRANCISCO
C/O CITY & COUNTY OF SAN FRANCISCO TAX COLLECTOR
BUREAU OF DELINQUENT REVENUE / BANKRUPTCY UNIT
PO BOX 7426
SAN FRANCISCO CA 94120-7426

CITY AND COUNTY OF DENVER / TREASURY
ATTN  KAREN KATROS BANKRUPTCY ANALYST
201 W COLFAX AVENUE DEPARTMENT 1001
DENVER CO 80202

CITY OF ATHENS
MICHAEL L KEITH, BRAD HARRIS
PO BOX 849
ATHENS TN 37371-0849

| | |
|---|---|
| CITY OF BURLINGTON TAX DEPT<br>PO BOX 1358<br>BURLINGTON NC 27216-1358 | CITY OF CLEVELAND TENNESSEE<br>C/O OFFICE OF CITY CLERK<br>PO BOX 1519<br>CLEVELAND TN 37364-1519 |
| CITY OF DANVILLE<br>DIVISION OF CENTRAL COLLECTION<br>PO BOX 3308<br>P/P TAX<br>DANVILLE VA 24543-3308 | CITY OF ENNIS<br>ATTN: ELIZABETH BANDA CALVO<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT LLP<br>4025 WOODLAND PARK BLVD, SUITE 300<br>ARLINGTON TX 76013 |
| CITY OF FLINT<br>ATTN DIRECTOR LEGAL DEPARTMENT<br>CITY HALL<br>1101 S SAGINAW ST<br>FLINT MI 48502-1420 | CITY OF FRANKLIN TAX COLLECTOR<br>YOST ROBERTSON NOWAK, PLLC<br>SPECIAL COUNSEL, CITY OF FRANKLIN<br>PO BOX 681346<br>FRANKLIN TN 37068-1346 |
| CITY OF FREDERICKSBURG VIRGINIA<br>PO BOX 267<br>FREDERICKSBURG VA 22404 | CITY OF FREMONT<br>101 EAST MAIN<br>FREMONT MI 49412 |
| CITY OF GAINSVILLE<br>TAX OFFICE<br>PO BOX 2496<br>GAINESVILLE GA 30503 | CITY OF HAMPTON<br>CITY OF HAMPTON TREASURER<br>1 FRANKLIN STREET SUITE 100<br>HAMPTON VA 23669 |
| CITY OF HARTFORD CT<br>TAX COLLECTOR<br>C/O ATTORNEY KENNETH B. KAUFMAN<br>THE LAW OFFICE OF KENNETH B. KAUFMAN, LL<br>63 FOREST HILLS DRIVE<br>FARMINGTON CT 06032 | CITY OF HILLSDALE<br>97 N BROAD ST<br>HILLSDALE MI 49242-1617 |
| CITY OF HOLLAND<br>C/O RONALD J VANDER VEEN<br>PO BOX 1767<br>HOLLAND MI 49422-1767 | CITY OF ITHACA<br>129 W EMERSON ST<br>CITY HALL<br>ITHACA MI 48847-1017 |
| CITY OF LAPEER<br>576 LIBERTY PARK<br>LAPEER MI 48446-2140 | CITY OF LIVONIA<br>TREASURER'S OFFICE<br>33000 CIVIC CENTER DRIVE<br>LIVONIA MI 48154-3060 |
| CITY OF MEMPHIS (TN)<br>ATTN ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS TX 75201 | CITY OF MIDLAND<br>ATTN CITY ATTORNEY<br>333 W ELLSWORTH ST<br>MIDLAND MI 48640 |
| CITY OF MONROE<br>PO BOX 69<br>MONROE NC 28111-0069 | CITY OF MONROE<br>PO BOX 1249<br>215 N. BROAD ST.<br>MONROE GA 30655-1843 |

CITY OF MORGANTON
PO BOX 3448
MORGANTON NC 28680-3448

CITY OF NEW HAVEN CITY COLLECTOR
PO BOX 236
NEW HAVEN MO 63068-0236

CITY OF RICHMOND, VIRGINIA
ATTN D PADGETT, CITY HALL, ROOM 100
900 EAST BROAD STREET
RICHMOND VA 23219

CITY OF ROANOKE
C/O SAWKO & BURROUGHS PC
1100 DALLAS DR STE 100
DENTON TX 76205

CITY OF SAN MARCOS (HAYS)
C/O DIANE W SANDERS
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
THE TERRACE II 2700 VIA FORTUNA DR STE 400
PO BOX 17428
AUSTIN TX 78760-7428

CITY OF TIFTON, GA
800 ARMOUR RD
TIFTON GA 31794-4519

CITY OF VIRGINIA BEACH
CITY OF VIRGINIA BEACH TREASURER
BANKRUPTCY RECORDS
2401 COURTHOUSE DRIVE
VIRGINIA BEACH VA 23456