UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
In re                                              :    Chapter 11 Case No.
                                                   :
**MOTORS LIQUIDATION COMPANY,** *et al.,*          :    09-50026 (REG)
   f/k/a General Motors Corp., *et al.*,           :
                                                   :
              Debtors.                             :    (Jointly Administered)
                                                   :
----------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF WASHINGTON  )
                     ) ss
COUNTY OF KING       )

I, Danielle Zahaba, being duly sworn, depose and state:

1. I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2. On June 29, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto:

- Order Granting Debtors' Nineteenth Omnibus Objection to Claims (Tax Claims Assumed by General Motors, LLC) [Docket No. 6186].

Signed in Seattle, Washington this            /s/ Danielle Zahaba
30th day of June, 2010.                       DANIELLE ZAHABA

Sworn to before me in Seattle, Washington this 30th day of June, 2010

/s/ Greg L. Gottainer
Greg L. Gottainer
Notary Public, State of Washington
License No. 138976
Residing in Seattle
Commission Expires: October 19, 2012

# EXHIBIT A

| | |
|---|---|
| CITY OF WATERVILLE<br>1 COMMON ST<br>WATERVILLE ME 04901-6643 | CITY OF WILLIAMSBURG<br>FINANCE DEPARTMENT<br>401 LAFAYETTE ST<br>WILLIAMSBURG VA 23185-3617 |
| CLARKE COUNTY TAX COMMISSIONER<br>PO BOX 1768<br>ATHENS GA 30603 | CLAYTON COUNTY TAX COMMISSIONER<br>COURTHOUSE ANNEX 3<br>2ND FLOOR<br>JONESBORO GA 30236 |
| CLEAR CREEK INDEPENDENT SCHOOL DISTRICT<br>ATTN CARL O SANDIN<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>1235 NORTH LOOP WEST SUITE 600<br>HOUSTON TX 77008 | CLEBURNE INDEPENDENT SCHOOL DISTRICT<br>C/O ELIZABETH BANDA CALVO<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP<br>PO BOX 13430<br>ARLINGTON TX 76094-0340 |
| CLINTON CITY RECORDER<br>100 BOWLING ST CITY HALL<br>CLINTON TN 37716 | COLE COUNTY COLLECTOR<br>301 E HIGH ST RM 200<br>JEFFERSON CITY MO 65101-3286 |
| COLLECTOR<br>TOWN OF BRANFORD<br>PO BOX 136<br>BRANFORD CT 06405-0136 | COMMERCE ISD<br>ATTN: DAVID HUDSON<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 2007<br>TYLER TX 75710-2007 |
| COMMISSIONER OF THE REVENUE<br>ATTN: LEGAL OFFICER / BANKRUPTCY DEPT.<br>PO BOX 2260<br>NORFOLK VA 23501-2260 | COMMUNITY PLANNING COUNCIL OF GREENVILLE COUNTY<br>GREENVILLE COUNTY TAX COLLECTOR<br>301 UNIVERSITY RDG STE 5300<br>GREENVILLE SC 29601-4702 |
| COOK COUNTY TAX COMMISSIONER<br>209 NORTH PARRISH AVE<br>ADEL GA 31620-2337 | COOKE COUNTY APPRAISAL DISTRICT<br>C/O HAROLD LEREW<br>PERDUE, BRANDON, FIELDER, COLLINS AND MOTT, LLP<br>PO BOX 8188<br>WICHITA FALLS TX 76307 |
| COUNTY ATTORNEY'S OFFICE-JEFFERSON CO TAX COL<br>JEFFERSON COUNTY COURTHOUSE<br>716 RICHARD ARRINGTON JR BLVD NORTH, SUITE 214<br>BIRMINGHAM AL 35203-0100 | COUNTY OF ALBEMARLE<br>401 MCINTIRE RD<br>CHARLOTTESVILLE VA 22902 |
| COUNTY OF BASTROP<br>C/O MICHAEL REED<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>700 JEFFREY WAY, SUITE 100<br>PO BOX 1269<br>ROUND ROCK TX 78680 | COUNTY OF BRAZOS<br>ATTN: MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN PC<br>700 JEFFREY WAY, STE 100, PO BOX 1269<br>ROUND ROCK TX 78680 |
| COUNTY OF BURNET<br>C/O BURNET CENTRAL APPRAISAL DISTRICT<br>ATTN: MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN PC<br>700 JEFFREY WAY, STE 100, PO BOX 1269<br>ROUND ROCK TX 78680 | COUNTY OF COMAL<br>ATTN: MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN PC<br>700 JEFFREY WAY, STE 100, PO BOX 1269<br>ROUND ROCK TX 78680 |

| | |
|---|---|
| COUNTY OF CORYELL<br>ATTN: MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN PC<br>700 JEFFREY WAY, STE 100, PO BOX 1269<br>ROUND ROCK TX 78680 | COUNTY OF DENTON<br>C/O MICHAEL REED<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>700 JEFFREY WAY, SUITE 100<br>PO BOX 1269<br>ROUND ROCK TX 78680 |
| COUNTY OF FREESTONE<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>700 JEFFREY WAY SUITE 100<br>PO BOX 1269<br>ROUND ROCK TX 78680 | COUNTY OF GUADALUPE<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>700 JEFFREY WAY SUITE 100<br>PO BOX 1269<br>ROUND ROCK TX 78680 |
| COUNTY OF HARDIN<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>700 JEFFREY WAY SUITE 100<br>PO BOX 1269<br>ROUND ROCK TX 78660 | COUNTY OF HARRISON<br>ATTN MICHAEL REED<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>700 JEFFREY WAY SUITE 100<br>PO BOX 1269<br>ROUND ROCK TX 78680 |
| COUNTY OF HENDERSON<br>C/O MICHAEL REED<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>700 JEFFREY WAY, SUITE 100<br>PO BOX 1269<br>ROUND ROCK TX 78680 | COUNTY OF RICHMOND<br>RICHMOND COUNTY TAX OFFICE<br>PO BOX 1644<br>ROCKINGHAM NC 28380 |
| COUNTY OF SAN BERNARDINO<br>OFFICE OF THE TAX COLLECTOR<br>172 WEST THIRD ST<br>SAN BERNARDINO CA 92415 | COUNTY OF SANTA CLARA<br>TAX COLLECTOR, TAX COLLECTIONS DIVISION<br>COUNTY GOVT CENTER, 6TH FL, EAST WING<br>70 WEST HEDDING ST<br>SAN JOSE CA 95110 |
| CRAVEN COUNTY TAX COLLECTOR<br>PO BOX 63021<br>CHARLOTTE NC 28263-3021 | CULPEPER COUNTY TREASURER<br>PO BOX 1447<br>CULPEPER VA 22701 |
| CURRY COUNTY TREASURER<br>PO BOX 897<br>CLOVIS NM 88102-0897 | CURTIS BLAIR<br>PIKE COUNTY - REVENUE COOMMISSIONER<br>120 WEST CHURCH ST<br>TROY AL 36081 |
| CUSTER COUNTY TREASURER<br>PO BOX 200<br>ARAPAHO OK 73620-0200 | DALLAS COUNTY UTILITY & RECLAMATION DISTRICT<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP<br>ATTN: ELIZABETH BANDA CALVO<br>PO BOX 13430<br>ARLINGTON TX 76094-0430 |
| DAN MCALLISTER<br>SAN DIEGO COUNTY TREASURER-TAX COLLECTOR<br>1600 PACIFIC HIGHWAY, ROOM 162<br>SAN DIEGO CA 92101 | DARE COUNTY TAX DEPARTMENT<br>PO BOX 1000<br>MANTEO NC 27954-1000 |
| DEFIANCE COUNTY TREASURER<br>221 CLINTON ST<br>DEFIANCE OH 43512-2188 | DENTON INDEPENDENT SCHOOL DISTRICT<br>C/O SAWKO & BURROUGHS PC<br>1100 DALLAS DRIVE STE 100<br>DENTON TX 76205 |

| | |
|---|---|
| DON ARMSTRONG, PROPERTY TAX COMMISSIONER<br>PO BOX 1298<br>COLUMBIANA AL 35051 | DONA ANA COUNTY TREASURER<br>PO BOX 1179<br>LAS CRUCES NM 88004-1179 |
| DONALD J MIKLUS MEMORIAL SCHOOL<br>TOWN OF WESTPORT TAX COLLECTOR<br>110 MYRTLE AVE<br>WESTPORT CT 06880-3514 | DOUGLAS COUNTY TREASURER<br>PO BOX 884<br>LAWRENCE KS 66044-0884 |
| EL PASO COUNTY TREASURER<br>ATTN  SANDRA J DAMRON<br>PO BOX 2007<br>COLORADO SPRINGS CO 80901-2007 | ENNIS INDEPENDENT SCHOOL DISTRICT<br>ATTN ELIZABETH BANDA CALVO<br>C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 13430<br>ARLINGTON TX 76094-0430 |
| ESCAMBIA COUNTY TAX COLLECTOR<br>PO BOX 1312<br>PENSACOLA FL 32591-1312 | FAYETTE COUNTY<br>ATTN: JOHN T BANKS<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L L P<br>3301 NORTHLAND DR, SUITE 505<br>AUSTIN TX 78731 |
| FAYETTE COUNTY GEORGIA<br>ATTN: LEGAL OFFICER / BANKRUPTCY DEPT.<br>TAX COMMISSONER<br>PO BOX 70<br>FAYETTEVILLE GA 30214-0070 | FLOYD COUNTY APPRAISAL DISTRICT<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>700 JEFFREY WAY SUITE 100<br>PO BOX 1269<br>ROUND ROCK TX 78680 |
| FORREST "BUTCH" FREEMAN<br>OKLAHOMA COUNTY TREASURER<br>320 ROBERT S KERR RM 307<br>OKLAHOMA CITY OK 73102 | FORSYTH COUNTY TAX COMMISSIONER<br>1092 TRIBBLE GAP RD<br>CUMMING GA 30040-2236 |
| FRANKLIN COUNTY & FRANKLIN COUNTY WATER DISTRICT<br>ATTN  DAVID HUDSON<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 2007<br>TYLER TX 75710-2007 | FRANKLIN COUNTY COLLECTOR<br>LINDA EMMONS<br>400 E LOCUST<br>RM 103<br>UNION MO 63084 |
| FRANKLIN COUNTY TAX COLLECTOR<br>PO BOX 63007<br>CHARLOTTE NC 28263-3007 | FRANKLIN COUNTY, OHIO TREASURER<br>FRANKLIN COUNTY TREASURER<br>373 S HIGH ST 17TH FLOOR<br>COLUMBUS OH 43215 |
| GALVESTON COUNTY<br>ATTN: JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>PO BOX 3064<br>HOUSTON TX 77253-3064 | GARLAND COUNTY TAX COLLECTOR<br>ATTN REBECCA DODD-TALBERT<br>200 WOODBINE ROOM 108<br>HOT SPRINGS AR 71901-5146 |
| GREENVILLE ISD<br>ATTN  DAVID HUDSON<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 2007<br>TYLER TX 75710-2007 | GWINNETT COUNTY TAX COMMISSIONER<br>PO BOX 372<br>LAWRENCEVILLE GA 30046-0372 |

HALIFAX COUNTY TAX COLLECTOR
PO BOX 580330
CHARLOTTE NC 28258-0330

HALIFAX COUNTY TREASURER
PO BOX 825
HALIFAX VA 24558-0825

HAMILTON COUNTY TRUSTEE
625 GEORGIA AVE
RM 210
CHATTANOOGA TN 37402

HARFORD COUNTY MARYLAND
DEPARTMENT OF REVENUE COLLECTIONS
220 S MAIN STREET 1ST FLOOR
BEL AIR MD 21014

HARNETT COUNTY TAX COLLECTOR
PO BOX 19369
CHARLOTTE NC 28219-9369

HARRIS COUNTY MUNICIPAL UTILITY DISTRICT #189
CARL O SANDIN
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
1235 NORTH LOOP WEST STE 600
HOUSTON TX 77008