UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                : Chapter 11 Case No.
                                                     :
**MOTORS LIQUIDATION COMPANY,** *et al.*,            : 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*,            :
                                                     :
                Debtors.                             : (Jointly Administered)
                                                     :
------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF WASHINGTON  )
                     ) ss
COUNTY OF KING       )

I, Danielle Zahaba, being duly sworn, depose and state:

1. I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2. On June 29, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto:

- Order Granting Debtors' Twentieth Omnibus Objection to Claims (Tax Claims Assumed by General Motors, LLC) [Docket No. 6187].

Signed in Seattle, Washington this         /s/ Danielle Zahaba
30th day of June, 2010.                    DANIELLE ZAHABA

Sworn to before me in Seattle, Washington this 30th day of June, 2010

/s/ Greg L. Gottainer
Greg L. Gottainer
Notary Public, State of Washington
License No. 138976
Residing in Seattle
Commission Expires: October 19, 2012

# EXHIBIT A

| | |
|---|---|
| HARRISON CENTRAL APPRAISAL DISTRICT<br>ATTN MICHAEL REED<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>700 JEFFREY WAY SUITE 100<br>PO BOX 1269<br>ROUND ROCK, TX 78680 | HEARD COUNTY TAX COMMISSIONER<br>PO BOX 519<br>FRANKLIN, GA 30217-0519 |
| HENDERSON COUNTY TAX COLLECTOR<br>200 N GROVE ST STE 66<br>HENDERSONVILLE, NC 28792-5027 | HENDRICKS COUNTY TREASURER<br>ATTN: LEGAL OFFICER / BANKRUPTCY DEPT.<br>PO BOX 6037<br>INDIANAPOLIS, IN 46206-6037 |
| HENRICO COUNTY VIRGINIA<br>ACCT# G61120336, G61137822, G61137823<br>ATTN RHYSA GRIFFITH SOUTH, ASST CTY ATTY<br>PO BOX 90775<br>HENRICO, VA 23273-0775 | HENRY COUNTY TREASURER<br>HENRY COUNTY COURHOUSE<br>101 S MAIN ST<br>NEW CASTLE, IN 47362-4219 |
| HERTFORD COUNTY TAX COLLECTOR<br>PO BOX 147<br>WINTON, NC 27986-0147 | HIDALGO COUNTY<br>C/O JOHN T BANKS<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT LLP<br>3301 NORTHLAND DR SUITE 505<br>AUSTIN, TX 78731 |
| HILL COUNTY JUNIOR COLLEGE<br>ELIZABETH BANDA CALVO<br>PERDUE, BRANDON, FIELDER, COLLINS AND MOTT, LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094-0340 | HOUSTON COUNTY TAX ASSESSOR COLLECTOR<br>ATTN DAVID HUDSON<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 2007<br>TYLER, TX 75710-2207 |
| INDIANA DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION N-240<br>100 NORTH SENATE AVENUE<br>INDIANAPOLIS, IN 46204 | JACKSON COUNTY COLLECTOR<br>JACKSON COUNTY - COLLECTION DEPT<br>ATTN BANKRUPTCY<br>415 E 12TH ST, ROOM 100<br>KANSAS CITY, MO 64106 |
| JACKSON COUNTY PAYMENT CENTER<br>PO BOX 1569<br>MEDFORD, OR 97501 | JANICE D HART REVENUE COMMISSIONER<br>1 COURT SQUARE<br>ANDULASIA, AL 36420 |
| JASPER COUNTY COLLECTOR<br>PO BOX 421<br>CARTHAGE, MO 64836-0421 | JASPER COUNTY TREASURER<br>COURTHOUSE SUITE 201<br>115 WEST WASHINGTON<br>RENSSELAER, IN 47978-2829 |
| JEFFERSON COUNTY COLLECTOR<br>PO BOX A<br>PINE BLUFF, AR 71611-6320 | JEFFERSON COUNTY TREASURER<br>100 JEFFERSON COUNTY PKWY<br>GOLDEN, CO 80403 |
| JEFFERSON ISD<br>DAVID HUDSON<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 2007<br>TYLER, TX 75710-2007 | JENNINGS COUNTY TREASURER GOVERNMENT CEN<br>PO BOX 368<br>200 BROWN STREET STE 103<br>VERNON, IN 47282-0368 |

09-50026-mg    Doc 6236    Filed 06/30/10    Entered 06/30/10 21:31:24    Main Document
Pg 4 of 7

| | |
|---|---|
| JO ANN TOWNSEND TRUSTEE<br>PO BOX 458<br>PULASKI, TN 38478 | JOHNSTON COUNTY TAX COLLECTOR<br>ATTN: LEGAL OFFICER / BANKRUPTCY DEPT.<br>PO BOX 31308<br>CHARLOTTE, NC 28231-1308 |
| KARNES COUNTY<br>ATTN: JOHN T BANKS<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP<br>3301 NORTHLAND DRIVE SUITE 505<br>AUSTIN, TX 78731 | KEN BURTON JR CFC<br>TAX COLLECTOR MANATEE COUNTY<br>POST OFFICE BOX 25300<br>BRADENTON, FL 34206-5300 |
| KENDALL COUNTY<br>ATTN: JOHN T BANKS<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP<br>3301 NORTHLAND DRIVE, SUITE 505<br>AUSTIN, TX 78731 | L A COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 |
| LAFAYETTE CONSOLIDATED GOVERNMENT<br>ATTN: LEGAL OFFICER / BANKRUPTCY DEPT.<br>PO BOX 4024<br>CUSTOMER SERVICE DIVISION<br>LAFAYETTE, LA 70502-4024 | LANCASTER COUNTY TREASURER<br>8311 MARY BALL RD<br>SUITE 204<br>LANCASTER, VA 22503 |
| LAWRENCE COUNTY TREASURER<br>916 15TH ST RM 27<br>BEDFORD, IN 47421-3852 | LEWIS COUNTY, WASHINGTON<br>LEWIS COUNTY TREASURER<br>351 NW NORTH STREET<br>CHEHALIS, WA 98532 |
| LINDA EMMONS<br>FRANKLIN COUNTY COLLECTOR<br>400 E MAIN<br>RM 103<br>UNION, MO 63084 | LINDEN KILDARE CISD<br>DAVID HUDSON<br>PERDUE BRANDON FIELDER COLLINS & MOTT L L P<br>PO BOX 2007<br>TYLER, TX 75710-2007 |
| LONOKE COUNTY COLLECTOR<br>PO BOX 192<br>LONOKE, AR 72086-0192 | LOS ANGELES COUNTY TREASURER AND TAX COLL<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 |
| LOWNDES COUNTY TAX COLLECTOR<br>PO BOX 1409<br>VALDOSTA, GA 31603-1409 | LULING INDEPENDENT SCHOOL DISTRICT<br>ATTN: JOHN T BANKS<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP<br>3301 NORTHLAND DRIVE SUITE 505<br>AUSTIN, TX 78731 |
| MACOMB COUNTY TREASURER<br>JILL SMITH, ASSISTANT, MACOMB COUNTY CORP COUNSEL<br>1 SOUTH MAIN, 8TH FL<br>MT CLEMENS, MI 48043 | MACOMB COUNTY TREASURER<br>MACOMB COUNTY TREASURER'S OFFICE<br>ATTN: TED B WAHBY, TREASURER<br>1 S MAIN ST - 2ND FLOOR<br>MT CLEMENS, MI 48043 |
| MACOMB COUNTY TREASURER<br>WEIL, GOTSHAL & MANGES LLP<br>767 FIFTH AVENUE<br>NEW YORK, NY 10153 | MADISON COUNTY TAX DEPT<br>PO BOX 351<br>MARSHALL, NC 28753-0351 |

| | |
|---|---|
| MAHONING COUNTY TREASURER<br>120 MARKET ST<br>YOUNGSTOWN, OH 44503 | MAHONING COUNTY TREASURER<br>ELIZABETH M PHILLIPS-ASST PROSECUTING ATTORNEY<br>21 W BOARDMAN ST 6TH FLOOR<br>YOUNGSTOWN, OH 44503 |
| MANSFIELD INDEPENDENT SCHOOL DISTRICT<br>ATTN ELIZABETH BANDA CALVO<br>C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094-0340 | MARICOPA COUNTY<br>C/O BARBARA LEE CALDWELL<br>AIKEN SCHENK HAWKINS & RICCIARDI PC<br>4742 NORTH 24TH STREET SUITE 100<br>PHOENIX, AZ 85016 |
| MARILYN E WOOD, REVENUE COMMISSIONER<br>PO DRAWER 1169<br>MOBILE, AL 36633-1169 | MARION COUNTY TAX COLLECTOR<br>PO BOX 970<br>OCALA, FL 34478-0970 |
| MARION COUNTY TREASURER<br>200 E WASHINGTON ST STE 1001<br>INDIANAPOLIS, IN 46204-3318 | MARTIN COUNTY TAX OFFICE<br>PO BOX 664<br>WILLIAMSTON, NC 27892-0664 |
| MAURY COUNTY TRUSTEE<br>ONE PUBLIC SQUARE<br>COLUMBIA, TN 38401 | MC DUFFIE COUNTY TAX COMMISSIONER<br>PO BOX 955<br>THOMSON, GA 30824-0955 |
| MCALLEN ISD<br>C/O DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLC<br>THE TERRACE II, 2700 VIA FORTUNA DR, STE 400<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | MCDUFFIE COUNTY TAX COMMISSIONER<br>PO BOX 955<br>THOMSON, GA 30824-0955 |
| MCKINLEY COUNTY TREASURER<br>COUNTY COURTHOUSE<br>201 WEST HILL<br>GALLUP, NM 87301 | METROPOLITAN GOVERNMENT TRUSTEE<br>METROPOLITAN DEPT OF LAW<br>PO BOX 196300<br>NASHVILLE, TN 37219-6300 |
| MIAMI-DADE COUNTY TAX COLLECTOR<br>BANKRUPTCY UNIT<br>140 WEST FLAGLER STREET, SUITE 1403<br>MIAMI, FL 33130 | MIDLAND CENTRAL APPRAISAL DISTRICT<br>C/O MICHAEL REED<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>700 JEFFREY WAY, SUITE 100<br>PO BOX 1269<br>ROUND ROCK, TX 78680 |
| MIDLAND COUNTY TAX OFFICE<br>GALEN GATTEN JR<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT LLP<br>PO BOX 50188<br>MIDLAND, TX 79710-0188 | MINEOLA ISD TAX OFFICE<br>ATTN DAVID HUDSON<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 2007<br>TYLER, TX 75710-2007 |
| MONROE COUNTY COLLECTOR<br>PO BOX 245<br>PARIS, MO 65275-0245 | MOORE COUNTY TAX DEPARTMENT<br>PO BOX 580377<br>CHARLOTTE, NC 28258-0377 |

| | |
|---|---|
| MULTNOMAH COUNTY TAX<br>MULTNOMAH CUNTY ASSESSMENT & TAXATION<br>PO BOX 2716<br>PORTLAND, OR 97208-2716 | ORANGE COUNTY TREASURER-TAX COLLECTOR<br>ATTN: BANKRUPTCY UNIT<br>PO BOX 1438<br>SANTA ANA, CA 92702 |
| PATSY HEFFNER CFC, OSCEOLA COUNTY TAX COLL<br>PO BOX 422105<br>KISSIMMEE, FL 34742-2105 | PAYETTE COUNTY TAX COLLECTOR<br>1130 3RD AVE N RM 103<br>PAYETTE, ID 83661 |
| PENDER COUNTY TAX COLLECTIONS<br>PO BOX 1047<br>BURGAW, NC 28425 | PIMA COUNTY ARIZONA<br>PIMA COUNTY ATTORNEYS OFFICE<br>GERMAN YUSUFOV ESQ<br>32 N STONE STE 2100<br>TUCSON, AZ 85701 |
| PINAL COUNTY TREASURER<br>PO BOX 729<br>FLORENCE, AZ 85132-3014 | PINELLAS COUNTY TAX COLLECTOR<br>ATTN BETTY A GRAMLEY TAX MANAGER<br>POST OFFICE BOX 2943<br>CLEARWATER, FL 33757-2943 |
| PONTOTOC COUNTY TREASURER<br>PO BOX 1808<br>ADA, OK 74821-1808 | PREBLE COUNTY TREASURER<br>PO BOX 341<br>EATON, OH 45320-0341 |
| PRINCE GEORGE'S COUNTY MARYLAND<br>C/O MEYERS RODBELL & ROSENBAUM PA<br>6801 KENILWORTH AVENUE SUITE 400<br>RIVERDALE, MD 20737-1385 | PUEBLO COUNTY TREASURER<br>215 W 10TH ST<br>PUEBLO, CO 81003 |
| PUTNAM COUNTY TRUSTEE<br>C/O JEFFREY G JONES, COUNTY ATTY<br>PO BOX 655<br>COOKEVILLE, TN 38503-0655 | RANDOLPH COUNTY TAX COLLECTOR<br>725 MCDOWELL RD<br>ASHEBORO, NC 27205-7370 |
| RICHARDSON INDEPENDENT SCHOOL DISTRICT<br>ELIZABETH BANDA CALVO<br>PREDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094-0430 | RICHLAND TOWNSHIP<br>29431 STANDLEY RD<br>DEFIANCE, OH 43512-6923 |
| RIVERSIDE COUNTY TAX COLLECTOR<br>ATTN ISMAEL O VARGAS<br>4080 LEMON ST 4TH FL<br>RIVERSIDE, CA 92501 | ROCKDALE COUNTY TAX COMMISSIONER<br>PO BOX 1497<br>CONYERS, GA 30012-7597 |
| SACRAMENTO COUNTY TAX COLLECTOR<br>ATTN BANKRUPTCY<br>700 H STREET ROOM 1710<br>SACRAMENTO, CA 95814 | SAGINAW COUNTY TREASURER<br>111 S MICHIGAN AVE<br>SAGINAW, MI 48602-2019 |

SAINT CHARLES COUNTY GOVERNMENT
COLECTOR OF REVENUE
SAINT CHARLES COUNTY GOVERNMENT
201 NORTH 2ND STREET SUITE 134
SAINT CHARLES, MO 63301-2869