HEARING DATE AND TIME: June 29, 2010 at 9:45 a.m. (Eastern Time)
OBJECTION DEADLINE: June 22, 2010 at 4:00 p.m. (Eastern Time)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
:
In re                                                        :        Chapter 11 Case No.
:
**MOTORS LIQUIDATION COMPANY**, *et al.*,    :        **09-50026 (REG)**
       **f/k/a General Motors Corp.**, *et al.*              :
:
                                    Debtors.                 :        **(Jointly Administered)**
:
----------------------------------------------------------------x

### SUPPLEMENTAL ORDER PURSUANT TO 11 U.S.C. § 105(a) AND FED. R. BANKR. P. 3007 ESTABLISHING SUPPLEMENTAL RULES AND AUTHORITY FOR FILING OMNIBUS OBJECTIONS TO CERTAIN DEBT CLAIMS

Upon the Motion, dated June 15, 2010 (the "**Motion**"),[1] of Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(collectively, the "**Debtors**"), for an order, pursuant to section 105(a) of the Bankruptcy Code

and Bankruptcy Rules 3007, for approval of certain Claim Objection Procedures supplementing

this Court's order approving procedures for the filing of omnibus objections to proofs of claim

(the "**Procedures Order**") [Docket No. 4180], all as more fully described in the Motion; and

due and proper notice of the Motion having been provided, and it appearing that no other or

further notice need be provided; and the Court having found and determined that the relief

sought in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties

in interest and that the legal and factual bases set forth in the Motion establish just cause for the

relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted as provided herein; and it is further

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

ORDERED that the Procedures Order is supplemented as provided herein; and it is further

ORDERED that the Debtors are authorized to file Omnibus Claims Objections to no more than 500 proofs claims at a time with respect to Debt Claims; and it is further

ORDERED that, except as expressly provided herein, the Debtors and other parties in interest shall comply with the requirements for Omnibus Claims Objections set forth in Bankruptcy Rule 3007(e); and it is further;

ORDERED that any order sustaining an Omnibus Claims Objection shall be a final order with respect to each Debt Claim referenced in such Omnibus Claims Objection as if an individual objection had been filed for each proof of claim; and it is further

ORDERED that the Debtors are authorized to serve a personalized Claim Objection Notice, rather than the entire Omnibus Claims Objection, on each claimant whose claim is the subject of the applicable Omnibus Claims Objection and, if known, its respective counsel.  The Claim Objection Notice shall be in a form substantially similar to the notice annexed hereto as **Exhibit "A,"** shall be personalized for each claimant, and shall include an explanation of the claim objection process, a description of the basis of the Omnibus Claims Objection, information regarding the response deadline and hearing date, identification of the claim that is the subject of the Omnibus Claims Objection, and information on how the claimant might obtain a complete copy of the Omnibus Claims Objection.  The transmittal envelope containing the Claim Objection Notice shall include a stamp that reads: "**OFFICIAL COURT DOCUMENT**."  The Debtors reserve the right to serve Omnibus Claims Objections in their entirety in appropriate circumstances as determined in the Debtors' sole discretion; and it is further

2

ORDERED that the Debtors shall file all Omnibus Claims Objections with this Court to be made publicly available on the docket through PACER and for free on the website of the Debtors' approved notice and claims agent, The Garden City Group Inc., at **http://www.motorsliquidationdocket.com/maincase.php3**.  Service of a Claim Objection Notice shall be limited to the claimant whose claim is the subject of the applicable Omnibus Claims Objection and its counsel, if known; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
    *July 1, 2010*


    *s/ Robert E. Gerber*
    United States Bankruptcy Judge

**<u>Exhibit A</u>**

**<u>Claim Objection Notice</u>**