

**The Transition Expert.**

June 29, 2010

General Motors Bankruptcy
United States Bankruptcy Court
For the Southern District of New York
One Bowling Green
Room 621
New York, NY 10004

Dear United States Bankruptcy Court:

I am writing in objection of the Twenty-third Omnibus Objection to Claims for General Motors on behalf of Impact Group. We still have two outstanding invoices that have not been paid. They are invoice 126137 for $38,207 and invoice 128794 for $10,312. These are service programs and payroll hours that we provided for employees and their families. These were never paid by General Motors. I am attaching a copy of these invoices with my claim letter. Our claim number is 38928. General Motors requested our services for relocation and the use of our employees to provide the services. Please let this claim letter serve as our objection to the twenty-third Omnibus Objection for General Motors which is being heard on July 14, 2010 at 9:45 am. If you have any questions, please contact Kathy Spiegel at 314-453-9002 at extension 2532 or by e-mail at kspiegel@impactgrouphr.com

Sincerely,

*Kathy Spiegel*

Kathy Spiegel
Accountant
Impact Group LLC.

314.453.9002 | 800.420.2420
Fax: 314.453.0779
www.impactgrouphr.com

12977 N. Outer 40 Drive | Suite 300 | St. Louis, MO 63141

# Invoice

**Impact Group, LLC.**
12977 N Outer 40 Drive
Suite 300
St. Louis, MO 63141

| Date | Invoice # |
|---|---|
| 6/20/2008 | 126137 |

| Bill To |
|---|
| GM/UAW Agreement<br>ATTN: Sandra Kaczmarek<br>300 Renaissance Center<br>MC 482-C36-152<br>Detroit, MI  48265-3000 |

| Employee/Spouse |
|---|
| Spousal Assistance for May, 2008<br>Cisco Code:  18008 |

| Terms | Rep | Date Authorized | Authorized By |
|---|---|---|---|
| Net 10 | LR | 6/20/2008 | L. Ryan |

| IMPACT Group Federal ID# |
|---|
| 26-0392325 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 8 | 1.1 GM/UAW | Singles | 708.00 | 5,664.00 |
| 20 | 1.2 GM/UAW | Employee/Family | 926.00 | 18,520.00 |
| 7 | 1.4 GM/UAW | Jobseeking Spouse & Family | 1,169.00 | 8,183.00 |
| 4 | 7.3 GM/UAW | Enhanced Career Relocation Assistance | 1,460.00 | 5,840.00 |

Thank you for your business.

**Total**  $38,207.00

| Phone # | 314-453-9002 |
|---|---|

| Date | Number | Recipient | Employee | Social Security | Cisco Code | $ Whol | Program |
|---|---|---|---|---|---|---|---|
| | | AGUIRRE, ROBERT | , wife | 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 | 18008 | $926.00 | Employee & Family Assistance Program w/Referrals |
| | | ALABADO, MIGUEL | JORDAN, SHARON L. | 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 | 18008 | $926.00 | Employee & Family Assistance Program w/Referrals |
| | | ALLEN, JENI | ALLEN, ANDY | 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 | 18008 | $926.00 | Employee & Family Assistance Program w/Referrals |
| | | ANDERSON, LENNEL V. | , Jennie | 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 | 18008 | $926.00 | Employee & Family Assistance Program w/Referrals |
| | | ANDERSON, SHANE | ANDERSON, JENNIFER | 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 | 18008 | $926.00 | Employee & Family Assistance Program w/Referrals |
| | | BARNES, ANTHONY | BARNES, REGINA | 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 | 18008 | $926.00 | Employee & Family Assistance Program w/Referrals |
| | | BAUMGARDNER, CLIFFORD | | 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 | 18008 | $708.00 | 1.1 - Singles Program |
| | | BORRENO, ROSARIO | BORRENO, EDWIN | 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 | 18008 | $1,169.00 | Jobseeking Spouse & Family Program w/Referrals |
| | | BROWN, DANA | BURKS, PERRY | 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 | 18008 | $1,169.00 | Jobseeking Spouse & Family Program w/Referrals |
| | | BYRD, MARGO | DRYDEN, MARION K. | 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 | 18008 | $1,169.00 | Jobseeking Spouse & Family Program w/Referrals |
| | | CASAREZ, MARIBEL | | 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 | 18008 | $926.00 | Employee & Family Assistance Program w/Referrals |
| | | DAUGHENBAUGH, COLLEEN | DAUGHENBAUGH, WILLIAM | 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 | 18008 | $1,169.00 | Jobseeking Spouse & Family Program w/Referrals |
| | | EASTERLING, TROY | | 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 | 18008 | $708.00 | 1.1 - Singles Program |
| | | FRYE, BETTY | | 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 | 18008 | $708.00 | 1.1 - Singles Program |
| | | FULCHER, TRACY | | 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 | 18008 | $926.00 | Employee & Family Assistance Program w/Referrals |
| | | GAINEY, Ebony | Gainey, MARCUS | 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 | 18008 | $1,169.00 | Jobseeking Spouse & Family Program w/Referrals |
| | | HARRISON, VEELEWERANC | HARRISON, STACY | 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 | 18008 | $926.00 | Employee & Family Assistance Program w/Referrals |
| | | JOHNSON, ANN | , fiance | 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 | 18008 | $926.00 | Employee & Family Assistance Program w/Referrals |
| | | JONES, JAMES | , family | 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 | 18008 | $926.00 | Employee & Family Assistance Program w/Referrals |
| | | KARNS, ETHAN | Banover, Amber | 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 | 18008 | $926.00 | Employee & Family Assistance Program w/Referrals |
| | | LITTLE, JIMMY | LITTLE, ADRIANE | 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 | 18008 | $1,460.00 | Enhanced Career Relocation Assistance Program II Plus |
| | | MILLER, Deanna | Miller, JEFFREY | 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 | 18008 | $1,460.00 | Enhanced Career Relocation Assistance Program II Plus w/Referrals |
| | | MONTEFUSCO, STEPHEN J. | | 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 | 18008 | $926.00 | Employee & Family Assistance Program |
| | | MUNIZ, MARCO | | 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 | 18008 | $708.00 | 1.1 - Singles Program |
| | | NORWOOD, JAMELA (Pronounced Jamea) | NORWOOD, DONALD | 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 | 18008 | $1,169.00 | Jobseeking Spouse & Family Program w/Referrals |
| | | PATTERSON, LEE E. | | 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 | 18008 | $708.00 | 1.1 - Singles Program |
| | | PRICE, DEBBIE | | 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 | 18008 | $926.00 | Employee & Family Assistance Program w/Referrals |
| | | REED, SAMUEL C | REED, CARRIE | 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 | 18008 | $1,460.00 | Enhanced Career Relocation Assistance Program II Plus w/Referrals |
| | | SHORTER, JOYCE | . | 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 | 18008 | $708.00 | 1.1 - Singles Program |
| | | STANTON, JACQUILINE | STANTON, MICHAEL | 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 | 18008 | $926.00 | Employee & Family Assistance Program w/Referrals |
| | | THOMAS, COLBY | | 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 | 18008 | $708.00 | 1.1 - Singles Program |
| | | Tobar, Oscar | FOX, JANELLE | 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 | 18008 | $926.00 | Employee & Family Assistance Program w/Referrals |
| | | TOMLIN, CARMEN | | 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 | 18008 | $708.00 | 1.1 - Singles Program |
| | | WALTER, DUANE L. | Walter, Joyce | 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 | 18008 | $926.00 | Employee & Family Assistance Program w/Referrals |
| | | WARD, ALLEN | wife | 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 | 18008 | $926.00 | Employee & Family Assistance Program |
| | | WEISS, Tracey | Weiss, SCOTT | 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 | 18008 | $1,460.00 | Enhanced Career Relocation Assistance Program II Plus w/Referrals |
| | | WHITE, FELISA M. | | 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 | 18008 | $926.00 | Employee & Family Assistance Program w/Referrals |
| | | WILES, JESSICA | , daughters | 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 | 18008 | $926.00 | Employee & Family Assistance Program w/Referrals |
| | | WILLIAMS, ALISHA | CONEY, VINCENT | 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 | 18008 | $1,169.00 | Jobseeking Spouse & Family Program w/Referrals |

$38,207.00

# Impact Group, LLC.

12977 N Outer 40 Drive
Suite 300
St. Louis, MO 63141

# Invoice

| Date | Invoice # |
|---|---|
| 10/31/2008 | 128794 |

| Bill To |
|---|
| GM/UAW Agreement<br>ATTN: Cheryle Hammons<br>300 Renaissance Center<br>MC 482-C36-152<br>Detroit, MI 48265-3000 |

| Employee/Spouse |
|---|
| GM Part Time Summer Employees |

| Terms | Rep | Date Authorized | Authorized By |
|---|---|---|---|
| Net 15 | LR | 10/31/2008 | L. Ryan |

| IMPACT Group Federal ID# |
|---|
| 26-0392325 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 220 | Labor | Erika Moses - Payroll for Weeks 7-19-08 thru 9-27-08 (Hours X 16.00) | 16.00 | 3,520.00 |
| 224 | Labor | Danielle Dulaney - Payroll for Weeks 7-19-08 thru 9-27-08 (Hours X 16.00) | 16.00 | 3,584.00 |
| 200.5 | Labor | Ashley Speckman - Payroll for Weeks 7-19-08 thru 9-27-08 (Hours X 16.00) | 16.00 | 3,208.00 |

Thank you for your business.

**Total** $10,312.00

| Phone # | 314-453-9002 |
|---|---|