UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Radha S. Rai, being duly sworn, depose and state:

1.  I am a Senior Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.  On June 30, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' Fifteenth Omnibus Objection to Claims (Amended and Superseded Claims) [Docket No. 6209].

Dated:  July 1, 2010                    /s/ Radha S. Rai
        Melville, New York              Radha S. Rai

Sworn to before me this 1st day of July, 2010

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires:  May 19, 2012

# EXHIBIT A

| | |
|---|---|
| ADAM'S COUNTY ATTORNEY'S OFFICE<br>ADMINISTRATION BUILDING<br>450 SOUTH 4TH AVENUE<br>BRIGHTON CO 80601-3123 | ADDISON WILLIAMS<br>ATTN:  PATRICK M ARDIS<br>5810 SHELBY OAKS DR<br>MEMPHIS TN 38134 |
| ALLIED GROUP INC<br>ATTN RANDALL W MAY MANAGING COUNSEL<br>NATIONWIDE INSURANCE<br>ONE NATIONWIDE PLAZA 2-5-15<br>COLUMBUS OH 43215 | ANON JOSIL, INDIVIDUALLY AND AS PERSONAL REP<br>OF ESTATE OF DENISE JOSIL, DECEASED<br>RAYMOND R REID, JR, ESQ<br>PAJCIC & PAJCIC, PA<br>ONE INDEPENDENT DR, SUITE 1900<br>JACKSONVILLE FL 32202 |
| BOONE COUNTY COLLECTOR<br>PATRICIA S LENSMEYER<br>GOVERNMENT CENTER  9TH & ASH<br>801 E WALNUT  RM 118<br>COLUMBIA MO 65201-4890 | BOYD, THOMAS<br>PO BOX 171<br>25 N ST<br>REPUBLIC PA 15475-0171 |
| CAMPOS ALBERTO<br>CAMPOS, ALBERTO<br>10803 RANCHLAND FOX STREET<br>SAN ANTONIO TX 78245-2400 | CITIGROUP GLOBAL MARKETS INC<br>C/O CITIBANK NA<br>OPS III 1615 BRETT ROAD<br>NEW CASTLE DE 19720 |
| CITY AND COUNTY OF DENVER/TREASURY<br>ATTN: KAREN KATROS BANKRUPTCY ANALYST<br>MCNICHOLS CIVIC CENTER BUILDING<br>144 W. COLFAX AVENUE, ROOM 384<br>DENVER CO 80202-5391 | CITY OF FLINT<br>ATTN: DIRECTOR, LEGAL DEPARTMENT<br>CITY HALL<br>1101 S. SAGINAW STREET<br>FLINT MI 48502-1420 |
| CLEGG, BETTY<br>4070 W KY 10<br>TOLLESBORO KY 41189-9014 | DONALD MERRILL<br>5 ALTON COURT<br>NEWARK DE 19711-7614 |
| DRAWBRIDGE OSO SECURITIES LLC<br>ATTN CONSTANTINE M DAKOLIAS<br>1345 AVENUE OF THE AMERICAS 46TH FLOOR<br>NEW YORK NY 10105 | DRAWBRIDGE OSO SECURITIES LLC<br>GREENBERG TRAURIG LLP<br>ATTN NANCY A MITCHELL ESQ<br>200 PARK AVENUE<br>NEW YORK NY 10166 |

| | |
|---|---|
| FCOF UB SECURITIES LLC<br>ATTN CONSTANTINE M DAKOLIAS<br>1345 AVENUE OF THE AMERICAS 46TH FLOOR<br>NEW YORK NY 10105 | FCOF UB SECURITIES LLC<br>GREENBERG TRAURIG LLP<br>200 PARK AVENUE<br>NEW YORK NY 10166 |
| FORT WORTH INDEPENDENT SCHOOL DISTRICT<br>ATTN ELIZABETH BANDA CALVO<br>C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 13430<br>ARLINGTON TX 76094-0430 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>FRANCHISE TAX BOARD<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |
| FREBCO INC<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>3400 KETTERING BLVD<br>MORAINE OH 45439-2013 | FREDERECK BLAKELOCK<br>4 RED OAK<br>VOORHEES NJ 08043 |
| GMAC RESIDENTIAL HOLDING COMPANY LLC<br>C/O OTTERBOURG STEINDLER HOUSTON & ROSEN, PC<br>230 PARK AVENUE<br>ATTN JONATHAN N HELFAT<br>NEW YORK NY 10169 | HALL BUILDING LLC<br>RICHARD W WILSON<br>NEXSEN PRUET PLLC<br>201 S TRYON ST STE 1200<br>CHARLOTTE NC 28202 |
| HILLSMAN, VELICITA<br>325 SELLARS DR<br>DYERSBURG TN 38024-3698 | HORNE, QUANDIA<br>1235 SELDEN ST<br>DETROIT MI 48201-1519 |
| INDIANA DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION N-240<br>100 NORTH SENATE AVENUE<br>INDIANAPOLIS IN 46204 | JAMES A CRAMER, AS PERSONAL REP OF ESTATE OF JOHN E CRAMER<br>ATTN: ROBERT M N PALMER<br>THE LAW OFFICES OF PALMEROLIVER, P C<br>205 PARK CENTRAL EAST, SUITE 511<br>SPRINGFIELD MO 65906 |
| JOAN GROLL<br>98 SIGNAL HILL CIR<br>CALGARY AB CANADA T3H2H2 | JOSEPH A FOISTNER ESQ<br>3 FOXBERRY DRIVE<br>NEW BOSTON NH 03070 |

| | |
|---|---|
| JR MOTORSPORTS<br>KELLEY ELLEDGE<br>349 CAYUGA DRIVE<br>MOORESVILLE NC 28117 | L A COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES CA 90054-0110 |
| LEXISNEXIS, A DIV OF REED ELSEVIER INC<br>ATTN: BETH FARNHAM<br>9443 SPRINGBORO PIKE<br>MIAMISBURG OH 45342 | M&J SOLVENTS PRP GROUP<br>C/O KAZMAREK GEIGER & LASETER LLP<br>ATTN RICHARD A HORDER<br>3490 PIEDMONT ROAD NE, STE 201<br>ATLANTA GA 30305 |
| MAURY COUNTY TRUSTEE<br>ONE PUBLIC SQUARE<br>COLUMBIA TN 38401 | METRIS USA INC<br>METRIS USA<br>BONNIE HUBEL<br>12701 GRANDRIVER<br>BRIGHTON MI 48116 |
| MICHIGAN TRACTOR & MACHINERY C<br>24800 NOVI RD<br>NOVI MI 48375-1624 | MRM INC<br>PO BOX 354<br>NOVI MI 48376-0354 |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300 | NORTHERN INDIANA PUBLIC SERVICE COMPANY<br>ATTN: REVENUE ASSURANCE & RECOVERY<br>801 E. 86TH AVENUE<br>MERRILLVILLE IN 46410 |
| NORTHWEST ISD<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS TX 75201 | PALMER, OLIVIA<br>348 HIGHLAND RD<br>PITTSBURGH PA 15235-3011 |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION PO BOX 280946<br>HARRISBURG PA 17128-0946 | RAMCO INDUSTRIES INC<br>2006 TOBSAL CT<br>WARREN MI 48091-3797 |

| | |
|---|---|
| REGIONAL ACCEPTANCE CORPORATION<br>ATTN FLORENCE R SMOTHERMAN<br>108 JUDD COURT<br>NASHVILLE TN 37218 | SACRAMENTO COUNTY TAX COLLECTOR<br>ATTN BANKRUPTCY<br>700 H STREET ROOM 1710<br>SACRAMENTO CA 95814 |
| SCHIEBE DAVID<br>SCHIEBE, DAVID<br>634 HURON<br>ROMEOVILLE IL 60446-1284 | SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br>MEMPHIS TN 38101-2751 |
| TENNESSEE DEPARTMENT OF REVENUE<br>C/O ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | TEXAS MUTUAL INSURANCE COMPANY<br>SUBROGATION DEPT<br>6210 E HWY 290<br>AUSTIN TX 78723 |
| WORLDS, ALICE<br>408 MARTIN LUTHER KING DR<br>MICHIGAN CITY IN 46360-2124 | |