# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW YORK

```
-----------------------------------------------------------------X
In re:                                              :
                                                    :
MOTORS LIQUIDATION COMPANY, et al.,                 :
         f/k/a General Motors Corp., et al.         :       Chapter 11
                                                    :       Case No. 09-50026 (REG)
                                                    :       (Jointly Administered)
                  Debtors.                          :
-----------------------------------------------------------------X
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF SUFFOLK     )

I, Kimberly Murray, being of full age, states as follows:

1. I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

2. On July 1, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim [Docket No. 6148] and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

/s/ Kimberly Murray___
Kimberly Murray

Sworn to before me this 1st day of
July, 2010
/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

**TRANSFEROR**
Brencourt Credit Opportunities Master, Ltd.
c/o Brencourt Advisors, LLC
Attn: Thomas Schmitt
600 Lexington Avenue
New York, NY 10022

**TRANSFEREE**
Knighthead Master Fund, L.P.
c/o Knighthead Capital Management
Attn: Laura Torrado
623 Fifth Avenue, 29th Floor
New York, NY 10033