## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW YORK

----------------------------------------------------------------X

In re:                                              :
                                                    :
MOTORS LIQUIDATION COMPANY, *et al.*,               :
       f/k/a General Motors Corp., *et al.*      :        Chapter 11
                                                    :        Case No. 09-50026 (REG)
                                                    :        (Jointly Administered)
          Debtors.                    :
----------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                         ) ss
COUNTY OF SUFFOLK      )

I, Kimberly Murray**,** being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent in the

above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York

11747.

    2.    On July 1, 2010, I caused a true and correct copy of the following documents: (a)

Transfer of Claim [Docket No. 6149] and (b) Form 210B Notice to be served upon the parties

identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box

maintained by the U.S. Postal service.

                                  /s/ Kimberly Murray___
                                  Kimberly Murray

Sworn to before me this 1st day of
July, 2010
/s/  Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

### TRANSFEROR

Brencourt Credit Opportunities Master, Ltd.
c/o Brencourt Advisors, LLC
Attn: Thomas Schmitt
600 Lexington Avenue
New York, NY 10022

### TRANSFEREE

LMA SPC for and on behalf of the MAP 84 Segregated Portfolio
Knighthead Master Fund, L.P.
c/o Knighthead Capital Management
Attn: Laura Torrado
623 Fifth Avenue, 29th Floor
New York, NY 10033