# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW YORK

------------------------------------------------------------------X

In re:                                          :
                                                :
MOTORS LIQUIDATION COMPANY, *et al.*,           :
      f/k/a General Motors Corp., *et al.*     :      Chapter 11
                                                :      Case No. 09-50026 (REG)
                                                :      (Jointly Administered)
      Debtors.                              :

------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                            ) ss
COUNTY OF SUFFOLK    )

I, Kimberly Murray, being of full age, states as follows:

1. I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

2. On July 1, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim [Docket No. 6205] and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

                                                                     /s/ Kimberly Murray___
                                                                     Kimberly Murray

Sworn to before me this 1st day of
July, 2010
/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

**TRANSFEROR**
Citigroup Global Markets Inc.
Attn: Chetan Bansal
390 Greenwich Street
New York, NY 10013

**TRANSFEREE**
SG Aurora Master Fund L.P.
Attn: Danielle Salters
825 Third Avenue, 34th Floor
New York, NY 10022