Hearing Date and Time: November 18, 2010 at 9:45 a.m. (Prevailing Eastern Time)

Response Deadline: November 15, 2010 at 12:00 p.m. (Prevailing Eastern Time)

**EVIDENTIARY HEARING REQUESTED**

BUTZEL LONG, a professional corporation
Barry N. Seidel
Eric B. Fisher
Katie L. Cooperman
380 Madison Avenue, 22nd Floor
New York, New York 10017
Telephone: (212) 818-1110

*Special Counsel to the Official Committee of Unsecured Creditors of Motors Liquidation Company f/k/a General Motors Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>**MOTORS LIQUIDATION COMPANY**, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-50026<br>(REG)<br><br>(Jointly Administered) |

**NOTICE OF HEARING ON OFFICIAL COMMITTEE OF UNSECURED CREDITORS'
OBJECTION TO CLAIMS FILED BY GREEN HUNT WEDLAKE, INC.
AND NOTEHOLDERS OF GENERAL MOTORS NOVA SCOTIA
FINANCE COMPANY AND MOTION FOR OTHER RELIEF**

PLEASE TAKE NOTICE that upon the Official Committee of Unsecured Creditors' Objection to Claims Filed by Green Hunt Wedlake, Inc. and Noteholders of General Motors Nova Scotia Finance Company and Motion for Other Relief, dated July 2, 2010 (the "**Application**"),[1] the Official Committee of Unsecured Creditors (the "**Committee**") of Motors Liquidation Company f/k/a General Motors Corporation and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**") shall move this Court for an order, pursuant to sections

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Application.

105(a), 502 and 510 of title 11 of the United States Code: (i) sustaining the Committee's objection to the Claims and disallowing and expunging the Claims; (ii) suspending any and all payments to the Nova Scotia Finance Trustee and the Noteholders until all avoidable transfers to the Noteholders have been repaid; (iii) voiding the Assumption Order under Rule 60(b) of the Federal Rules of Civil Procedure and Rule 9024 of the Federal Rules of Bankruptcy Procedure, but only to the extent that the Assumption Order authorized the Debtors to assume the Lock-Up Agreement and any other obligations incident thereto, including those concerning the Swap Transactions; and (iv) granting the Committee such other and further relief as the Court deems just and proper.  A hearing will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004, on November 18, 2010 at 9:45 a.m. (Eastern Time), or as soon thereafter as counsel may be heard.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief sought by the Application must be made in writing, with a hard copy to chambers, conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court and be filed with the Court and served in accordance with the Third Amended Order Pursuant To 11 U.S.C. § 105(a) And Fed. R. Bankr. P. 1015(c) And 9007 Establishing Notice and Case Management Procedures in these cases [Docket No. 5670] so as to be actually received by the parties on the Master Service List, including the undersigned special counsel to the Committee, not later than November 15, 2010, at 12:00 p.m. (Eastern Time).

PLEASE TAKE FURTHER NOTICE that if no objections are timely filed and served with respect to the Application, the relief requested in the Application may be granted without a hearing.

Dated: New York, New York  
      July 2, 2010

BUTZEL LONG,  
a professional corporation

By: <u>/s/ Eric B. Fisher</u>  
Barry N. Seidel  
Eric B. Fisher  
Katie L. Cooperman  
380 Madison Avenue, 22nd Floor  
New York, New York 10017  
(212) 818-1110

*Special Counsel to the Official Committee of Unsecured Creditors of Motors Liquidation Company f/k/a General Motors Corporation*

3