> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                        :
In re                                   :      Chapter 11 Case No.
                                        :
MOTORS LIQUIDATION COMPANY, et al.,     :      09-50026 (REG)
       f/k/a General Motors Corp., et al.  :
                                        :
                     Debtors.           :      (Jointly Administered)
                                        :
-------------------------------------------------------------x
```

## NOTICE OF DEBTORS' THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS
### (Incorrectly Classified Claims)

**PLEASE TAKE NOTICE** that on July 2, 2010, Motors Liquidation Company

(f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (the

"**Debtors**"), filed their thirty-first omnibus objection to reclassify certain claims (the "**Thirty-**

**First Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the

Thirty-First Omnibus Objection to Claims will be held before the Honorable Robert E. Gerber,

United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the

Southern District of New York, One Bowling Green, New York, New York 10004, on **August 6,**

**2010 at 9:45 a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

**PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN EXHIBIT "A" ANNEXED THERETO.**

**PLEASE TAKE FURTHER NOTICE** that any responses to the Thirty-First Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-242, and on (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 500 Renaissance Center, Suite 1400, Detroit, Michigan 48243 (Attn: Ted Stenger); (iii) General Motors, LLC, 400 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C. 20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP,

attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Thomas Moers Mayer, Esq., Amy Caton, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.); (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Diana G. Adams, Esq.); (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (x) Caplin & Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding asbestos-related claims, 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100, Washington, DC 20005 (Attn: Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); and (xi) Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the legal representative for future asbestos personal injury claimants, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn: Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.), so as to be received no later than **July 30, 2010 at 4:00 p.m. (Eastern Time)** (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the Thirty-First Omnibus Objection to Claims or any claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Thirty-First Omnibus Objection to Claims, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: New York, New York
      July 2, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

HEARING DATE AND TIME: August 6, 2010 at 9:45 a.m. (Eastern Time)
RESPONSE DEADLINE: July 30, 2010 at 4:00 p.m. (Eastern Time)

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                          :
In re                                     :          **Chapter 11 Case No.**
                                          :
**MOTORS LIQUIDATION COMPANY,** *et al.*, :          **09-50026 (REG)**
        **f/k/a General Motors Corp.,** *et al.* :
                                          :
                        **Debtors.**      :          **(Jointly Administered)**
                                          :
------------------------------------------------------------x

## DEBTORS' THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS
### (Incorrectly Classified Claims)

---

**THIS OBJECTION SEEKS TO RECLASSIFY CERTAIN FILED PROOFS OF CLAIM.**
**CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE**
**EXHIBIT ANNEXED TO THIS OBJECTION.**

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully

represent:

## Relief Requested

1.      The Debtors file this thirty-first omnibus objection to certain claims (the

"**Thirty-First Omnibus Objection to Claims**") pursuant to section 502(b) of title 11, United

States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy

Procedure (the "**Bankruptcy Rules**"), and this Court's order approving procedures for the filing

of omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures**

**Order**") [Docket No. 4180], seeking entry of an order reclassifying the claims listed on **Exhibit**

**"A"** annexed hereto so that they are in accordance with the Bankruptcy Code.[1]

2.      The Debtors have examined the proofs of claim identified on Exhibit "A"

hereto and have determined that the proofs of claim listed under the heading "*Claims to be*

*Reclassified*" (collectively, the "**Incorrectly Classified Claims**") are claims that are not entitled

to secured status because they are not secured by a lien on property in which the estate has an

interest or subject to setoff under section 553 of the Bankruptcy Code, nor are they entitled to

administrative and/or priority status under any of the subsections of section 507(a) of the

Bankruptcy Code.

## Jurisdiction

3.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

---

[1]      Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab.  Creditors without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City Group, Inc. at 1-703-286-6401.

**Background**

4.      On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9, 2009, two additional Debtors (the "**Realm/Encore Debtors**")[3] commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered with those of the Initial Debtors under Case Number 09-50026 (REG).  On September 15, 2009, the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs, which were amended on October 4, 2009.  On October 15, 2009, the Realm/Encore Debtors filed their schedules of assets and liabilities and statements of financial affairs.

5.      On September 16, 2009, this Court entered an order [Docket No. 4079] establishing November 30, 2009 as the deadline for each person or entity to file a proof of claim in the Initial Debtors' cases, including governmental units.  On December 2, 2009, this Court entered an order [Docket No. 4586] establishing February 1, 2010 as the deadline for each person or entity to file a proof of claim in the Realm/Encore Debtors' cases (except governmental units, as defined in section 101(27) of the Bankruptcy Code, for which the Court established April 16, 2010 as the deadline to file proofs of claim).

6.      Furthermore, on October 6, 2009, this Court entered the Procedures Order, which authorizes the Debtors, among other things, to file omnibus objections to no more than 100 claims at a time, under various grounds, including those set forth in Bankruptcy Rule 3007(d) and those additional grounds set forth in the Procedures Order.

---

[2]      The Initial Debtors are Motors Liquidation Company (f/k/a General Motors Corporation), MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3]      The Realm/Encore Debtors are Remediation and Liability Management Company, Inc., and Environmental Corporate Remediation Company, Inc.

## The Relief Requested Should Be Approved by the Court

7.      A filed proof of claim is "deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See In re Oneida, Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd*, No. 09 Civ. 2229 (DC), 2010 WL 234827 (S.D.N.Y. Jan. 22, 2010); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).  Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a claim may not be allowed to the extent that "such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law."  11 U.S.C. § 502(b)(1).

8.      Section 506(a) of the Bankruptcy Code defines a "secured claim," in relevant part, as an "allowed claim of a creditor secured by a lien on property in which the estate has an interest, or that is subject to setoff under section 553 . . . to the extent of the value of such creditor's interest in the estate's interest in such property . . . ."  *Id.* § 506(a).

9.      The Debtors have reviewed and determined that each Incorrectly Classified Claim improperly asserts that it is a secured, administrative, and/or priority claim as indicated in the "*Note*" below each Incorrectly Classified Claim listed on Exhibit "A."  The Incorrectly Classified Claims (i) are not secured by a lien on property in which the estate has an interest or subject to setoff under section 553 of the Bankruptcy Code, (ii) are not on account of obligations owed on goods received by a Debtor within 20 days before such Debtor commenced its chapter 11 case, and/or (iii) are not entitled to priority status under any of the subsections of section 507(a) of the Bankruptcy Code.  Accordingly, the Debtors request that the Court enter an

order reclassifying the secured, administrative, and/or priority portions of each Incorrectly

Classified Claim as indicated on Exhibit "A."

**Notice**

10.    Notice of this Thirty-First Omnibus Objection to Claims has been

provided to each claimant listed on Exhibit "A" and parties in interest in accordance with the

Third Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007

Establishing Notice and Case Management Procedures, dated April 29, 2010 [Docket No. 5670].

11.    No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated: New York, New York
        July 2, 2010

                                            /s/ Joseph H. Smolinsky
                                            Harvey R. Miller
                                            Stephen Karotkin
                                            Joseph H. Smolinsky

                                            WEIL, GOTSHAL & MANGES LLP
                                            767 Fifth Avenue
                                            New York, New York 10153
                                            Telephone: (212) 310-8000
                                            Facsimile: (212) 310-8007

                                            Attorneys for Debtors
                                            and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                           :
In re                                                      :          **Chapter 11 Case No.**
                                                           :
**MOTORS LIQUIDATION COMPANY**, *et al.*,                  :          **09-50026 (REG)**
        **f/k/a General Motors Corp.**, *et al.*           :
                                                           :
                                **Debtors.**               :          **(Jointly Administered)**
                                                           :
-------------------------------------------------------------x

<u>**ORDER GRANTING DEBTORS' THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS**</u>
**(Incorrectly Classified Claims)**

Upon the thirty-first omnibus objection to reclassify certain claims, dated July 2,

2010 (the "**Thirty-First Omnibus Objection to Claims**"),[1] of Motors Liquidation Company

(f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(collectively, the "**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the

"**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**"), and this Court's order approving procedures for the filing of omnibus

objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") [Docket

No. 4180], seeking entry of an order reclassifying the Incorrectly Classified Claims on the

grounds that each Incorrectly Classified Claim was incorrectly classified by the claimant, all as

more fully described in the Thirty-First Omnibus Objection to Claims; and due and proper notice

of the Thirty-First Omnibus Objection to Claims having been provided, and it appearing that no

other or further notice need be provided; and the Court having found and determined that the

relief sought in the Thirty-First Omnibus Objection to Claims is in the best interests of the

---

[1]     Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such
terms in the Thirty-First Omnibus Objection to Claims.

Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set

forth in the Thirty-First Omnibus Objection to Claims establish just cause for the relief granted

herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Thirty-First Omnibus Objection to

Claims is granted to the extent provided herein; and it is further

ORDERED that each "Claim Amount and Priority" listed on **Exhibit "A"**

annexed hereto is hereby reclassified as indicated on Exhibit "A" under the column "Modified

Priority Status/Reduced Amount;" and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly

reserved with respect to, any claim listed on Exhibit "A" annexed to the Thirty-First Omnibus

Objection to Claims under the heading "*Claims to be Reclassified*" that is not reclassified; and it

is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
　　　　＿＿＿＿＿＿, 2010


＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
United States Bankruptcy Judge

Thirty-First Omnibus Objection

Motors Liquidation Company, et al.

## Exhibit A

Case No. 09-50026 (REG),  Jointly Administered

| | | | | | | |
|---|---|---|---|---|---|---|
| **CLAIMS TO BE RECLASSIFIED** | | | | | | |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
| AIRWYKE, BELINDA<br>56 NORTH CRAWFORD | 61669 | Motors Liquidation Company | $7,500.00  (S) | $0.00  (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $7,500.00  (A) | $0.00  (A) | | |
| MILLERSBURG, OH 44654 | | | $0.00  (P) | $0.00  (P) | | |
| | | | $0.00  (U) | $15,000.00  (U) | | |
| Official Claim Date: 11/27/2009 | | | $15,000.00  (T) | $15,000.00  (T) | | |

Note:   This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| | | | | | | |
|---|---|---|---|---|---|---|
| ALEX CARCAMO<br>118 E. ROBINSON ST. | 65702 | Motors Liquidation Company | $9,878.90  (S) | $0.00  (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00  (A) | $0.00  (A) | | |
| JACKSON, MI 49203<br>UNITED STATES OF AMERICA | | | $4,939.90  (P) | $0.00  (P) | | |
| | | | $0.00  (U) | $14,818.80  (U) | | |
| Official Claim Date:  11/30/2009 | | | $14,818.80  (T) | $14,818.80  (T) | | |

Note:   This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| | | | | | | |
|---|---|---|---|---|---|---|
| BELL ANTHONY<br>BELL, ANTHONY<br>PO BOX 111 | 3416 | Motors Liquidation Company | $1,580.00  (S) | $0.00  (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00  (A) | $0.00  (A) | | |
| EASTON, TX 75641 | | | $4,005.00  (P) | $0.00  (P) | | |
| | | | $0.00  (U) | $5,585.00  (U) | | |
| Official Claim Date: 10/5/2009 | | | $5,585.00  (T) | $5,585.00  (T) | | |

Note:   This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| | | | | | | |
|---|---|---|---|---|---|---|
| BELL, LAUREN<br>15633 WEST 11 W ELEVEN MILE ROAD APT 211 | 60473 | Motors Liquidation Company | $5,000.00  (S) | $0.00  (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00  (A) | $0.00  (A) | | |
| SOUTHFIELD, MI 48076 | | | $5,000.00  (P) | $0.00  (P) | | |
| | | | $5,000.00  (U) | $15,000.00  (U) | | |
| Official Claim Date: 11/27/2009 | | | $15,000.00  (T) | $15,000.00  (T) | | |

Note:   This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Thirty-First Omnibus Objection**

## Exhibit A

### CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| CARTER, CIERRA<br>4600 TIPSY CIR APT 4203 | 12136 | Motors Liquidation Company | $4,000.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| LOUISVILLE, KY 40216 | | | $4,000.00 | (P) | $0.00 | (P) | | |
| | | | $4,000.00 | (U) | $12,000.00 | (U) | | |
| Official Claim Date: 10/19/2009 | | | $12,000.00 | (T) | $12,000.00 | (T) | | |

Note:   This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| CURTIS PARRISH<br>6994 BROADWAY<br>1-A | 44082 | Motors Liquidation Company | $2,700.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $3,500.00 | (A) | $0.00 | (A) | | |
| MERRILLVILLE, IN 46410<br>UNITED STATES OF AMERICA | | | $0.00 | (P) | $0.00 | (P) | | |
| | | | $0.00 | (U) | $6,200.00 | (U) | | |
| Official Claim Date: 11/24/2009 | | | $6,200.00 | (T) | $6,200.00 | (T) | | |

Note:   This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| CYNTHIA AND ERIC HINTON<br>CYNTHIA HINTON<br>826 COMMERCE BLVD | 21001 | Motors Liquidation Company | $800.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| RIVERDALE, GA 30296 | | | $800.00 | (P) | $0.00 | (P) | | |
| | | | $0.00 | (U) | $1,600.00 | (U) | | |
| Official Claim Date: 10/27/2009 | | | $1,600.00 | (T) | $1,600.00 | (T) | | |

Note:   This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| DANIEL, KEVIN EUGENE<br>2107 JAKE ALEX BLVD SOUTH | 6463 | Motors Liquidation Company | $2,300.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| SALISBURY, NC 28146 | | | $2,300.00 | (P) | $0.00 | (P) | | |
| | | | $0.00 | (U) | $4,600.00 | (U) | | |
| Official Claim Date: 10/8/2009 | | | $4,600.00 | (T) | $4,600.00 | (T) | | |

Note:   This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE RECLASSIFIED | | | | | | |
|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
| DOEGE, SHARON<br>1004 EVANS ST | 12311 | Motors Liquidation Company | $591.00  (S)<br>$591.00  (A) | $0.00  (S)<br>$0.00  (A) | Incorrectly Classified Claim | Pgs. 1-5 |
| NEENAH, WI 54956 | | | $0.00  (P) | $0.00  (P) | | |
| | | | $591.00  (U) | $1,773.00  (U) | | |
| Official Claim Date: 10/19/2009 | | | $1,773.00  (T) | $1,773.00  (T) | | |
| Note:   This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| DUNCAN, BENJAMIN<br>207 S 4TH ST | 25503 | Motors Liquidation Company | $2,945.00  (S)<br>$0.00  (A) | $0.00  (S)<br>$0.00  (A) | Incorrectly Classified Claim | Pgs. 1-5 |
| EASLEY, SC 29640 | | | $3,055.00  (P) | $0.00  (P) | | |
| | | | $0.00  (U) | $6,000.00  (U) | | |
| Official Claim Date: 10/19/2009 | | | $6,000.00  (T) | $6,000.00  (T) | | |
| Note:   This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| DYER ANNIE<br>DYER, ANNIE<br>300 MILLER ST APT 225 | 9884 | Motors Liquidation Company | $1,000.00  (S)<br>$0.00  (A) | $0.00  (S)<br>$0.00  (A) | Incorrectly Classified Claim | Pgs. 1-5 |
| MINDEN, LA 71055 | | | $2,000.00  (P) | $0.00  (P) | | |
| | | | $1,000.00  (U) | $4,000.00  (U) | | |
| Official Claim Date: 10/14/2009 | | | $4,000.00  (T) | $4,000.00  (T) | | |
| Note:   This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| FARREL, THOMAS<br>1100 ZEBULON LN | 14257 | Motors Liquidation Company | $3,385.00  (S)<br>$0.00  (A) | $0.00  (S)<br>$0.00  (A) | Incorrectly Classified Claim | Pgs. 1-5 |
| SALISBURY, NC 28146 | | | $3,385.00  (P) | $0.00  (P) | | |
| | | | $0.00  (U) | $6,770.00  (U) | | |
| Official Claim Date: 10/21/2009 | | | $6,770.00  (T) | $6,770.00  (T) | | |
| Note:   This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Thirty-First Omnibus Objection**

## Exhibit A

| | | | | | | |
|---|---|---|---|---|---|---|
| **CLAIMS TO BE RECLASSIFIED** | | | | | | |
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Modified Priority Status/Reduced Amount** | **Grounds For Objection** | **Objection Page Reference** |
| FLOSI, JOE<br>14302 IL ROUTE 176<br><br>WOODSTOCK, IL 60098<br><br>Official Claim Date: 10/16/2009 | 11486 | Motors Liquidation Company | $3,100.00 (S)<br>$0.00 (A)<br>$3,100.00 (P)<br>$3,100.00 (U)<br>$9,300.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$9,300.00 (U)<br>$9,300.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note: This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| FOREMOST INSURANCE COMPANY<br>C/O UNITED SUBRO ASSOCIATES<br>19634 VENTURA BLVD SUITE 218<br>FILE #989529<br>TARZANA, CA 91356<br>UNITED STATES OF AMERICA<br><br>Official Claim Date: 11/9/2009 | 22290 | Motors Liquidation Company | $5,197.95 (S)<br>$5,197.95 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$10,395.90 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,395.90 (U)<br>$10,395.90 (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note: This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| FRED LOYA INSURANCE<br>CLAIM # 596-94647<br>8603 INGRAM RD<br><br>SAN ANTONIO, TX 78245<br><br>Official Claim Date: 9/28/2009 | 1566 | Motors Liquidation Company | $7,074.07 (S)<br>$0.00 (A)<br>$7,074.07 (P)<br>$0.00 (U)<br>$14,148.14 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$14,148.14 (U)<br>$14,148.14 (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note: This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| GALE L SLATES<br>5344 CORAL AVE<br><br>CAPE CORAL, FL 33904<br><br>Official Claim Date: 11/6/2009 | 20193 | Motors Liquidation Company | $40,000.00 (S)<br>$0.00 (A)<br>$40,000.00 (P)<br>$0.00 (U)<br>$80,000.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$80,000.00 (U)<br>$80,000.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note: This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE RECLASSIFIED | | | | | | |
|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
| GALES, TERRY 49 RUSHINGWATER DR | 63417 | Motors Liquidation Company | $2,201.73  (S) $0.00  (A) $2,201.73  (P) $0.00  (U) | $0.00  (S) $0.00  (A) $0.00  (P) $4,403.46  (U) | Incorrectly Classified Claim | Pgs. 1-5 |
| PORTAGE, IN 46368 | | | | | | |
| Official Claim Date: 11/30/2009 | | | $4,403.46  (T) | $4,403.46  (T) | | |
| Note:  This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| GAMBLE, ARNOLD GEICO SBIK 1 GEICO BLVD | 47935 | Motors Liquidation Company | $8,978.06  (S) $0.00  (A) $8,978.06  (P) $0.00  (U) | $0.00  (S) $0.00  (A) $0.00  (P) $17,956.12  (U) | Incorrectly Classified Claim | Pgs. 1-5 |
| FREDERICKSBURG, VA 22412 | | | | | | |
| Official Claim Date: 11/25/2009 | | | $17,956.12  (T) | $17,956.12  (T) | | |
| Note:  This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| GREEN ANTONIO 8912 HILLVIEW | 68920 | Motors Liquidation Company | $5,000.00  (S) $5,000.00  (A) $0.00  (P) $0.00  (U) | $0.00  (S) $0.00  (A) $0.00  (P) $10,000.00  (U) | Incorrectly Classified Claim | Pgs. 1-5 |
| ST. LOUIS, MO 63136 UNITED STATES OF AMERICA | | | | | | |
| Official Claim Date: 11/30/2009 | | | $10,000.00  (T) | $10,000.00  (T) | | |
| Note:  This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| GUY, RAYE PO BOX 390 | 8125 | Motors Liquidation Company | $26,887.83  (S) $0.00  (A) $26,887.83  (P) $0.00  (U) | $0.00  (S) $0.00  (A) $0.00  (P) $53,775.66  (U) | Incorrectly Classified Claim | Pgs. 1-5 |
| UNION, WV 24983 | | | | | | |
| Official Claim Date: 10/12/2009 | | | $53,775.66  (T) | $53,775.66  (T) | | |
| Note:  This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-First Omnibus Objection

**Exhibit A**

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| HAIRSTON, MARLON 915A ROYAL DR | 25359 | Motors Liquidation Company | $3,810.00  (S) | | $0.00  (S) | | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00  (A) | | $0.00  (A) | | | |
| MARTINSVILLE, VA 24112 | | | $3,810.00  (P) | | $0.00  (P) | | | |
| | | | $0.00  (U) | | $7,620.00  (U) | | | |
| Official Claim Date: 11/13/2009 | | | $7,620.00  (T) | | $7,620.00  (T) | | | |

Note:  This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| HAMLET BILLIE HAMLET, BILLIE 6017 WONDER DR | 10843 | Motors Liquidation Company | $2,500.00  (S) | | $0.00  (S) | | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00  (A) | | $0.00  (A) | | | |
| FORTH WORTH, TX 76133 | | | $8,069.40  (P) | | $0.00  (P) | | | |
| | | | $90.00  (U) | | $10,659.40  (U) | | | |
| Official Claim Date: 10/15/2009 | | | $10,659.40  (T) | | $10,659.40  (T) | | | |

Note:  This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| HARRIS, ELLA 215 LAKELAND DR | 3439 | Motors Liquidation Company | $3,500.00  (S) | | $0.00  (S) | | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00  (A) | | $0.00  (A) | | | |
| BRANDON, MS 39042 | | | $3,500.00  (P) | | $0.00  (P) | | | |
| | | | $3,500.00  (U) | | $10,500.00  (U) | | | |
| Official Claim Date: 10/5/2009 | | | $10,500.00  (T) | | $10,500.00  (T) | | | |

Note:  This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| HEARD, KENNETH 1434 KENILWORTH DR SW | 26763 | Motors Liquidation Company | $3,130.00  (S) | | $0.00  (S) | | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00  (A) | | $0.00  (A) | | | |
| ATLANTA, GA 30310 | | | $3,130.00  (P) | | $0.00  (P) | | | |
| | | | $0.00  (U) | | $6,260.00  (U) | | | |
| Official Claim Date: 11/16/2009 | | | $6,260.00  (T) | | $6,260.00  (T) | | | |

Note:  This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-First Omnibus Objection

## Exhibit A

### CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| HEFNER, JOSEPH<br>1908 W THOMAN ST | 6538 | Motors Liquidation Company | $2,105.00 (S) | | $0.00 (S) | | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 (A) | | $0.00 (A) | | | |
| SPRINGFIELD, MO 65803 | | | $2,105.00 (P) | | $0.00 (P) | | | |
| | | | $2,105.00 (U) | | $6,315.00 (U) | | | |
| Official Claim Date:  10/8/2009 | | | $6,315.00 (T) | | $6,315.00 (T) | | | |
| Note:   This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | | | |
| HERNANDEZ, LAURI<br>206 FOLK ST | 29590 | Motors Liquidation Company | $4,000.00 (S) | | $0.00 (S) | | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 (A) | | $0.00 (A) | | | |
| POTTERVILLE, MI 48876 | | | $4,000.00 (P) | | $0.00 (P) | | | |
| | | | $4,000.00 (U) | | $12,000.00 (U) | | | |
| Official Claim Date:  11/17/2009 | | | $12,000.00 (T) | | $12,000.00 (T) | | | |
| Note:   This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | | | |
| HOLLOWAY, JAMELL D<br>8257953<br>C/O INGENIX  ATTN: RICHARD RIKHUS<br>12125 TECHNOLOGY DR<br>EDEN PRAIRIE, MN 55344 | 12689 | Motors Liquidation Company | $4,128.17 (S) | | $0.00 (S) | | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 (A) | | $0.00 (A) | | | |
| | | | $4,128.17 (P) | | $0.00 (P) | | | |
| | | | $0.00 (U) | | $8,256.34 (U) | | | |
| Official Claim Date:  10/19/2009 | | | $8,256.34 (T) | | $8,256.34 (T) | | | |
| Note:   This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | | | |
| HOWE PATRICIA<br>3320 AIRPORT ROAD 19 | 22830 | Motors Liquidation Company | $997.39 (S) | | $0.00 (S) | | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 (A) | | $0.00 (A) | | | |
| NAMPA, ID 83687 | | | $997.39 (P) | | $0.00 (P) | | | |
| | | | $0.00 (U) | | $1,994.78 (U) | | | |
| Official Claim Date:  11/12/2009 | | | $1,994.78 (T) | | $1,994.78 (T) | | | |
| Note:   This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-First Omnibus Objection

## Exhibit A

### CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| IDRISSOU, TRAORE & ELOMMI AGBETO 500 N VALLEY DR UNIT 204 | 61259 | Motors Liquidation Company | $11,000.00  (S) | $0.00  (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00  (A) | $0.00  (A) | | |
| DES MOINES, IA 50312 | | | $11,000.00  (P) | $0.00  (P) | | |
| | | | $100,000.00  (U) | $122,000.00  (U) | | |
| Official Claim Date: 11/27/2009 | | | $122,000.00  (T) | $122,000.00  (T) | | |

Note:  This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| | | | | | | |
|---|---|---|---|---|---|---|
| IRISH, DIANNE 34939 3RD AVE LOT 65 | 15439 | Motors Liquidation Company | $2,500.00  (S) | $0.00  (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00  (A) | $0.00  (A) | | |
| LEESBURG, FL 34788 | | | $1,500.00  (P) | $0.00  (P) | | |
| | | | $2,500.00  (U) | $6,500.00  (U) | | |
| Official Claim Date: 10/24/2009 | | | $6,500.00  (T) | $6,500.00  (T) | | |

Note:  This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| | | | | | | |
|---|---|---|---|---|---|---|
| JACKIE ADENIYI 9701 S. WINSTON | 44386 | Motors Liquidation Company | $794.28  (S) | $0.00  (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00  (A) | $0.00  (A) | | |
| CHICAGO, IL 60643 UNITED STATES OF AMERICA | | | $264.76  (P) | $0.00  (P) | | |
| | | | $0.00  (U) | $1,059.04  (U) | | |
| Official Claim Date: 11/24/2009 | | | $1,059.04  (T) | $1,059.04  (T) | | |

Note:  This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| | | | | | | |
|---|---|---|---|---|---|---|
| JOHN ALLEN 6424 MAPLEBROOK LN | 65242 | Motors Liquidation Company | $90,000.00  (S) | $0.00  (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00  (A) | $0.00  (A) | | |
| FLINT, MI 48507 | | | $266,178.88  (P) | $0.00  (P) | | |
| | | | $0.00  (U) | $356,178.88  (U) | | |
| Official Claim Date: 11/30/2009 | | | $356,178.88  (T) | $356,178.88  (T) | | |

Note:  This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Motors Liquidation Company, et al.**

## Exhibit A

Case No. 09-50026 (REG),  Jointly Administered

| | | | | | | |
|---|---|---|---|---|---|---|
| **CLAIMS TO BE RECLASSIFIED** | | | | | | |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
| KRISTI BERRYHILL<br>268 W. 7800 N.<br><br>SMITHFIELD, UT 84335<br>UNITED STATES OF AMERICA<br><br>Official Claim Date: 11/23/2009 | 37610 | Motors Liquidation Company | $2,500.00  (S)<br>$2,500.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$5,000.00  (T) | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000.00  (U)<br>$5,000.00  (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note:   This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative
        expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates.
        Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| | | | | | | |
|---|---|---|---|---|---|---|
| LAMONT GIBSON<br>1044 HOMESTEAD RD<br><br>SOUTH EUCLID, OH 44121<br>UNITED STATES OF AMERICA<br><br>Official Claim Date: 11/2/2009 | 18890 | Motors Liquidation Company | $1,900.00  (S)<br>$0.00  (A)<br>$1,900.00  (P)<br>$0.00  (U)<br>$3,800.00  (T) | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,800.00  (U)<br>$3,800.00  (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note:   This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative
        expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates.
        Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| | | | | | | |
|---|---|---|---|---|---|---|
| MARK SWEDLOW<br>PO BOX 241<br><br>GLENDORA, CA 91740<br>UNITED STATES OF AMERICA<br><br>Official Claim Date: 11/27/2009 | 61550 | Motors Liquidation Company | $2,300.00  (S)<br>$0.00  (A)<br>$2,300.00  (P)<br>$0.00  (U)<br>$4,600.00  (T) | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,600.00  (U)<br>$4,600.00  (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note:   This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative
        expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates.
        Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| | | | | | | |
|---|---|---|---|---|---|---|
| MENILLA MAYRA<br>MENILLA, MAYRA<br>12049 LOWEMONT ST<br><br>NORWALK, CA 90650<br><br>Official Claim Date: 10/19/2009 | 12661 | Motors Liquidation Company | $3,500.00  (S)<br>$0.00  (A)<br>$3,500.00  (P)<br>$0.00  (U)<br>$7,000.00  (T) | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$7,000.00  (U)<br>$7,000.00  (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note:   This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative
        expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates.
        Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) =
unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any
mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be
determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-First Omnibus Objection

**Motors Liquidation Company, et al.**

## Exhibit A

Case No. 09-50026 (REG),  Jointly Administered

| | | | CLAIMS TO BE RECLASSIFIED | | | |
|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
| MICHAEL BUCKMAN 825 SOUTHWEST TULIP BOULEVARD | 38832 | Motors Liquidation Company | $1,889.00  (S) | $0.00  (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00  (A) | $0.00  (A) | | |
| FORT ST. LUCY, FL 34953 UNITED STATES OF AMERICA | | | $1,889.00  (P) | $0.00  (P) | | |
| | | | $1,889.00  (U) | $5,667.00  (U) | | |
| Official Claim Date:  11/23/2009 | | | $5,667.00  (T) | $5,667.00  (T) | | |
| Note:  This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| MOORE, ASHLEY 1919 S NEBRASKA ST | 22275 | Motors Liquidation Company | $10,000.00  (S) | $0.00  (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00  (A) | $0.00  (A) | | |
| MARION, IN 46953 | | | $13,200.00  (P) | $0.00  (P) | | |
| | | | $0.00  (U) | $23,200.00  (U) | | |
| Official Claim Date:  11/9/2009 | | | $23,200.00  (T) | $23,200.00  (T) | | |
| Note:  This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| MORGAN, CHARLES 3212 HARVEY RD | 3137 | Motors Liquidation Company | $16,182.39  (S) | $0.00  (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00  (A) | $0.00  (A) | | |
| BARTLESVILLE, OK 74006 | | | $16,182.39  (P) | $0.00  (P) | | |
| | | | $16,182.39  (U) | $48,547.17  (U) | | |
| Official Claim Date:  10/5/2009 | | | $48,547.17  (T) | $48,547.17  (T) | | |
| Note:  This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| MORGAN, CONNIE 1840 N ERIE ST APT 2 | 44380 | Motors Liquidation Company | $5,373.00  (S) | $0.00  (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00  (A) | $0.00  (A) | | |
| TOLEDO, OH 43611 | | | $5,373.00  (P) | $0.00  (P) | | |
| | | | $0.00  (U) | $10,746.00  (U) | | |
| Official Claim Date:  11/24/2009 | | | $10,746.00  (T) | $10,746.00  (T) | | |
| Note:  This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-First Omnibus Objection

## Exhibit A

| CLAIMS TO BE RECLASSIFIED | | | | | | |
|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
| NISM 2008 NO PHYSICAL FILES ARE CREATED WEBB, BILLY 8836 EVANSTON WAY  RAYTOWN, MO 64138  Official Claim Date: 10/22/2009 | 14490 | Motors Liquidation Company | $1,575.17  (S) $0.00  (A) $1,575.17  (P) $1,575.17  (U) $4,725.51  (T) | $0.00  (S) $0.00  (A) $0.00  (P) $4,725.51  (U) $4,725.51  (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note:   This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| | | | | | | |
|---|---|---|---|---|---|---|
| SAUNDRA ROBERTS 15505 LINDSAY ST  DETROIT, MI 48227  Official Claim Date: 9/4/2009 | 1336 | Motors Liquidation Company | $10,000.00  (S) $0.00  (A) $15,000.00  (P) $15,000.00  (U) $40,000.00  (T) | $0.00  (S) $0.00  (A) $0.00  (P) $40,000.00  (U) $40,000.00  (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note:   This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| | | | | | | |
|---|---|---|---|---|---|---|
| SHORES, ROBERT 3001 LLEWELLYN AVE APT 2  NORFOLK, VA 23504  Official Claim Date: 10/7/2009 | 5625 | Motors Liquidation Company | $2,135.11  (S) $0.00  (A) $2,135.11  (P) $1,129.78  (U) $5,400.00  (T) | $0.00  (S) $0.00  (A) $0.00  (P) $5,400.00  (U) $5,400.00  (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note:   This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| | | | | | | |
|---|---|---|---|---|---|---|
| SMILEY, GRANDCHILD SMILEY, GRANDCHILD ARIZYAN ELCO ADMINISTRATIVE SERVICES COMPANY BOX 4800 WAYNE, NJ 07474  Official Claim Date: 10/15/2009 | 10725 | Motors Liquidation Company | $400.00  (S) $4,000.00  (A) $0.00  (P) $0.00  (U) $4,400.00  (T) | $0.00  (S) $0.00  (A) $0.00  (P) $4,400.00  (U) $4,400.00  (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note:   This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-First Omnibus Objection

## Exhibit A

### CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| SMITH, CHEIW<br>135 MAIN ST | 33527 | Motors Liquidation Company | $2,500.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| RICHMONDVILLE, NY 12149 | | | $5,500.00 | (P) | $0.00 | (P) | | |
| | | | $5,500.00 | (U) | $13,500.00 | (U) | | |
| Official Claim Date: 11/21/2009 | | | $13,500.00 | (T) | $13,500.00 | (T) | | |

Note:   This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| SMITH, TAMARA<br>1633 WASHINGTON AVE APT E | 21061 | Motors Liquidation Company | $25,000.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| FORT WORTH, TX 76104 | | | $25,000.00 | (P) | $0.00 | (P) | | |
| | | | $25,000.00 | (U) | $75,000.00 | (U) | | |
| Official Claim Date: 10/28/2009 | | | $75,000.00 | (T) | $75,000.00 | (T) | | |

Note:   This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| TAYLOR, CEDRIC<br>143 POPLAR ST | 33407 | Motors Liquidation Company | $2,915.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| COLUMBUS, MS 39702 | | | $2,915.00 | (P) | $0.00 | (P) | | |
| | | | $0.00 | (U) | $5,830.00 | (U) | | |
| Official Claim Date: 11/21/2009 | | | $5,830.00 | (T) | $5,830.00 | (T) | | |

Note:   This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| TOUSSAINT, GUY<br>2430 NW 137TH TIER | 14420 | Motors Liquidation Company | $10,000.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| SUNRISE, FL 33323 | | | $10,000.00 | (P) | $0.00 | (P) | | |
| | | | $0.00 | (U) | $20,000.00 | (U) | | |
| Official Claim Date: 10/22/2009 | | | $20,000.00 | (T) | $20,000.00 | (T) | | |

Note:   This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-First Omnibus Objection

## Exhibit A

### CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| WEALTH, SHEBETH<br>6816 S DORCHESTER AVE APT 2A | 13219 | Motors Liquidation Company | $18,736.52 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $5,048.00 | (A) | $0.00 | (A) | | |
| CHICAGO, IL 60637 | | | $0.00 | (P) | $0.00 | (P) | | |
| | | | $8,640.52 | (U) | $32,425.04 | (U) | | |
| Official Claim Date: 10/20/2009 | | | $32,425.04 | (T) | $32,425.04 | (T) | | |

Note:   This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| WICHMAN, TERRANCE R<br>1771 NORTH LAKE DR | 65136 | Motors Liquidation Company | $1,709.92 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| TROY, MI 48083 | | | $1,709.92 | (P) | $0.00 | (P) | | |
| | | | $0.00 | (U) | $3,419.84 | (U) | | |
| Official Claim Date: 11/30/2009 | | | $3,419.84 | (T) | $3,419.84 | (T) | | |

Note:   This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| WRIGHT ADRIAN<br>WRIGHT, ADRIAN<br>11510 GIBBENS RD | 7626 | Motors Liquidation Company | $34,070.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $34,070.00 | (A) | $0.00 | (A) | | |
| BATON ROUGE, LA 70807 | | | $0.00 | (P) | $0.00 | (P) | | |
| | | | $0.00 | (U) | $68,140.00 | (U) | | |
| Official Claim Date: 10/9/2009 | | | $68,140.00 | (T) | $68,140.00 | (T) | | |

Note:   This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| YATES BEVERLY L.<br>52 W 10TH ST | 31215 | Motors Liquidation Company | $6,721.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| WELLSTON, OH 45692 | | | $6,721.00 | (P) | $0.00 | (P) | | |
| | | | $3,425.00 | (U) | $16,867.00 | (U) | | |
| Official Claim Date: 11/20/2009 | | | $16,867.00 | (T) | $16,867.00 | (T) | | |

Note:   This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Thirty-First Omnibus Objection**

**Motors Liquidation Company, et al.**

**Case No. 09-50026 (REG),  Jointly Administered**

# Exhibit A

| | | CLAIMS TO BE RECLASSIFIED | | | | |
|---|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Modified Priority Status/Reduced Amount** | **Grounds For Objection** | **Objection Page Reference** |
| YOUNGBLOOD GLORIA | 19879 | Motors Liquidation Company | $2,300.00  (S) | $0.00  (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| YOUNGBLOOD, GLORIA | | | $0.00  (A) | $0.00  (A) | | |
| 3634 HESS AVE APT E | | | | | | |
| | | | $2,300.00  (P) | $0.00  (P) | | |
| SAGINAW, MI 48601 | | | | | | |
| | | | $0.00  (U) | $4,600.00  (U) | | |
| Official Claim Date:  11/5/2009 | | | $4,600.00  (T) | $4,600.00  (T) | | |

Note:   This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative
expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates.
Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| **Claim Totals** | **53** | | **$430,291.49**  (S) | **$0.00**  (S) | | |
|---|---|---|---|---|---|---|
| | | | **$67,406.95**  (A) | **$0.00**  (A) | | |
| | | | **$543,610.78**  (P) | **$0.00**  (P) | | |
| | | | **$204,227.86**  (U) | **$1,245,537.08**  (U) | | |
| | | | **$1,245,537.08**  (T) | **$1,245,537.08**  (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) =
unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any
mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be
determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.