> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------------------x
                                    :
In re                               :       Chapter 11 Case No.
                                    :
MOTORS LIQUIDATION COMPANY, et al., :       09-50026 (REG)
        f/k/a General Motors Corp., et al.  :
                                    :
                    Debtors.        :       (Jointly Administered)
                                    :
---------------------------------------------------------x
```

## NOTICE OF DEBTORS' THIRTY-SECOND OMNIBUS OBJECTION TO CLAIMS
### (Incorrectly Classified Claims)

      **PLEASE TAKE NOTICE** that on July 2, 2010, Motors Liquidation Company

(f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (the

"**Debtors**"), filed their thirty-second omnibus objection to reclassify certain claims (the "**Thirty-**

**Second Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the

Thirty-Second Omnibus Objection to Claims will be held before the Honorable Robert E.

Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for

the Southern District of New York, One Bowling Green, New York, New York 10004, on

**August 6, 2010 at 9:45 a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

   **PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE THIRTY-SECOND OMNIBUS OBJECTION TO CLAIMS TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN EXHIBIT "A" ANNEXED THERETO.**

   **PLEASE TAKE FURTHER NOTICE** that any responses to the Thirty-Second

Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of

Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the

Bankruptcy Court (a) electronically in accordance with General Order M-242 (which can be

found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system,

and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document

Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard

copy delivered directly to Chambers), in accordance with General Order M-182 (which can be

found at www.nysb.uscourts.gov), and served in accordance with General Order M-242, and on

(i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New

York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky,

Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 500 Renaissance Center, Suite 1400,

Detroit, Michigan 48243 (Attn: Ted Stenger); (iii) General Motors, LLC, 400 Renaissance

Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader,

Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World

Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United

States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington,

D.C. 20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export

Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael

J. Edelman, Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP,

attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Thomas Moers Mayer, Esq., Amy Caton, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.); (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Diana G. Adams, Esq.); (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (x) Caplin & Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding asbestos-related claims, 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100, Washington, DC 20005 (Attn: Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); and (xi) Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the legal representative for future asbestos personal injury claimants, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn: Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.), so as to be received no later than **July 30, 2010 at 4:00 p.m. (Eastern Time)** (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and

served with respect to the Thirty-Second Omnibus Objection to Claims or any claim set forth

thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an

order substantially in the form of the proposed order annexed to the Thirty-Second Omnibus

Objection to Claims, which order may be entered with no further notice or opportunity to be

heard offered to any party.

Dated: New York, New York
      July 2, 2010

                    /s/ Joseph H. Smolinsky
                    Harvey R. Miller
                    Stephen Karotkin
                    Joseph H. Smolinsky

                    WEIL, GOTSHAL & MANGES LLP
                    767 Fifth Avenue
                    New York, New York 10153
                    Telephone: (212) 310-8000
                    Facsimile: (212) 310-8007

                    Attorneys for Debtors
                    and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                    :
In re                               :    Chapter 11 Case No.
                                    :
MOTORS LIQUIDATION COMPANY, et al., :    09-50026 (REG)
        f/k/a General Motors Corp., et al. :
                                    :
                        Debtors.    :    (Jointly Administered)
                                    :
-------------------------------------------------------------x
```

## DEBTORS' THIRTY-SECOND OMNIBUS OBJECTION TO CLAIMS
### (Incorrectly Classified Claims)

---

THIS OBJECTION SEEKS TO RECLASSIFY CERTAIN FILED PROOFS OF CLAIM.
CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE
EXHIBIT ANNEXED TO THIS OBJECTION.

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully

represent:

## Relief Requested

1.        The Debtors file this thirty-second omnibus objection to certain claims

(the "**Thirty-Second Omnibus Objection to Claims**") pursuant to section 502(b) of title 11,

United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy

Procedure (the "**Bankruptcy Rules**"), and this Court's order approving procedures for the filing

of omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures

Order**") [Docket No. 4180], seeking entry of an order reclassifying the claims listed on **Exhibit

"A"** annexed hereto so that they are in accordance with the Bankruptcy Code.[1]

2.        The Debtors have examined the proofs of claim identified on Exhibit "A"

hereto and have determined that the proofs of claim listed under the heading "*Claims to be

Reclassified*" (collectively, the "**Incorrectly Classified Claims**") are claims that are not entitled

to secured status because they are not secured by a lien on property in which the estate has an

interest or subject to setoff under section 553 of the Bankruptcy Code.

## Jurisdiction

3.        This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

---

[1]        Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab.  Creditors without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City Group, Inc. at 1-703-286-6401.

## Background

4.      On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**Realm/Encore Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Case Number 09-50026 (REG).  On September 15, 2009,

the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs,

which were amended on October 4, 2009.  On October 15, 2009, the Realm/Encore Debtors filed

their schedules of assets and liabilities and statements of financial affairs.

5.      On September 16, 2009, this Court entered an order [Docket No. 4079]

establishing November 30, 2009 as the deadline for each person or entity to file a proof of claim

in the Initial Debtors' cases, including governmental units.  On December 2, 2009, this Court

entered an order [Docket No. 4586] establishing February 1, 2010 as the deadline for each

person or entity to file a proof of claim in the Realm/Encore Debtors' cases (except

governmental units, as defined in section 101(27) of the Bankruptcy Code, for which the Court

established April 16, 2010 as the deadline to file proofs of claim).

6.      Furthermore, on October 6, 2009, this Court entered the Procedures Order,

which authorizes the Debtors, among other things, to file omnibus objections to no more than

100 claims at a time, under various grounds, including those set forth in Bankruptcy Rule

3007(d) and those additional grounds set forth in the Procedures Order.

---

[2]      The Initial Debtors are Motors Liquidation Company (f/k/a General Motors Corporation), MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3]      The Realm/Encore Debtors are Remediation and Liability Management Company, Inc., and Environmental Corporate Remediation Company, Inc.

## The Relief Requested Should Be Approved by the Court

7.      A filed proof of claim is "deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See In re Oneida, Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd*, No. 09 Civ. 2229 (DC), 2010 WL 234827 (S.D.N.Y. Jan. 22, 2010); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).  Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a claim may not be allowed to the extent that "such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1).

8.      Section 506(a) of the Bankruptcy Code defines a "secured claim," in relevant part, as an "allowed claim of a creditor secured by a lien on property in which the estate has an interest, or that is subject to setoff under section 553 . . . to the extent of the value of such creditor's interest in the estate's interest in such property . . . ." *Id*. § 506(a).

9.      The Debtors have reviewed and determined that each Incorrectly Classified Claim improperly asserts that it is a secured claim as indicated in the "*Note*" below each Incorrectly Classified Claim listed on Exhibit "A."  The Incorrectly Classified Claims are not secured by a lien on property in which the estate has an interest or subject to setoff under section 553 of the Bankruptcy Code.  Accordingly, the Debtors request that the Court enter an order reclassifying the secured status of each Incorrectly Classified Claim as indicated on Exhibit "A."

**Notice**

10.     Notice of this Thirty-Second Omnibus Objection to Claims has been

provided to each claimant listed on Exhibit "A" and parties in interest in accordance with the

Third Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007

Establishing Notice and Case Management Procedures, dated April 29, 2010 [Docket No. 5670].

11.     No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated: New York, New York
       July 2, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                    :

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | 09-50026 (REG) |
|     f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

---------------------------------------------------------------x

## ORDER GRANTING DEBTORS' THIRTY-SECOND OMNIBUS OBJECTION TO CLAIMS
### (Incorrectly Classified Claims)

Upon the thirty-second omnibus objection to reclassify certain claims, dated July

2, 2010 (the "**Thirty-Second Omnibus Objection to Claims**"),[1] of Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(collectively, the "**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the

"**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**"), and this Court's order approving procedures for the filing of omnibus

objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") [Docket

No. 4180], seeking entry of an order reclassifying the Incorrectly Classified Claims on the

grounds that each Incorrectly Classified Claim was incorrectly classified by the claimant, all as

more fully described in the Thirty-Second Omnibus Objection to Claims; and due and proper

notice of the Thirty-Second Omnibus Objection to Claims having been provided, and it

appearing that no other or further notice need be provided; and the Court having found and

determined that the relief sought in the Thirty-Second Omnibus Objection to Claims is in the

---

[1]       Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such
terms in the Thirty-Second Omnibus Objection to Claims.

best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal

and factual bases set forth in the Thirty-Second Omnibus Objection to Claims establish just

cause for the relief granted herein; and after due deliberation and sufficient cause appearing

therefor, it is

ORDERED that the relief requested in the Thirty-Second Omnibus Objection to

Claims is granted to the extent provided herein; and it is further

ORDERED that each "Claim Amount and Priority" listed on **Exhibit "A"**

annexed hereto is hereby reclassified as indicated on Exhibit "A" under the column "Modified

Priority Status/Reduced Amount;" and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly

reserved with respect to, any claim listed on Exhibit "A" annexed to the Thirty-Second Omnibus

Objection to Claims under the heading "*Claims to be Reclassified*" that is not reclassified; and it

is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
        _____, 2010

_____
United States Bankruptcy Judge

Thirty-Second Omnibus Objection

## Exhibit A

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| ARTHUR M FITZPATRICK<br>4246 HIGHLAND DRIVE | 957 | Motors Liquidation Company | $6,000.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| CARLSBAD, CA 92008 | | | $0.00 | (P) | $0.00 | (P) | | |
| | | | $0.00 | (U) | $6,000.00 | (U) | | |
| Official Claim Date:  7/28/2009 | | | $6,000.00 | (T) | $6,000.00 | (T) | | |
| Note:   This claim is for services performed prepetition and is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a general unsecured claim. | | | | | | | | |
| BOMAR PNEUMATICS INC<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>5785 W 74TH ST | 7015 | Motors Liquidation Company | $205.32 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| INDIANAPOLIS, IN 46278 | | | $0.00 | (P) | $0.00 | (P) | | |
| | | | $205.32 | (U) | $410.64 | (U) | | |
| Official Claim Date:  10/9/2009 | | | $410.64 | (T) | $410.64 | (T) | | |
| Note:   This claim is for services performed prepetition and is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a general unsecured claim. | | | | | | | | |
| CRAGUN'S LODGE & CONFERENCE CENTER ATTN CASHIER<br>11000 CRAGUNS DR | 6116 | Motors Liquidation Company | $28,000.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| BRAINERD, MN 56401 | | | $0.00 | (P) | $0.00 | (P) | | |
| | | | $49,000.00 | (U) | $77,000.00 | (U) | | |
| Official Claim Date:  10/8/2009 | | | $77,000.00 | (T) | $77,000.00 | (T) | | |
| Note:   This claim relates to cancellation of future conference booking and is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a general unsecured claim. | | | | | | | | |
| FIRST UNITED INC.<br>5440 MOOREHOUSE DRIVE<br>SUITE 4000 | 58889 | Motors Liquidation Company | $4,337,777.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| SAN DIEGO, CA 92121<br>UNITED STATES OF AMERICA | | | $0.00 | (P) | $0.00 | (P) | | |
| | | | $0.00 | (U) | $4,337,777.00 | (U) | | |
| Official Claim Date:  11/27/2009 | | | $4,337,777.00 | (T) | $4,337,777.00 | (T) | | |
| Note:   This claim arises from the rejection of an executory contract.  It is not secured by property of the Debtors' estates nor is it entitled to priority status.  Pursuant to section 502(g) the Bankruptcy Code this claim is only entitled to a non-priority, general unsecured claim.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE RECLASSIFIED | | | | | | |
|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
| HADDON, JAMES P<br>9217 SHERIDAN RD<br><br>GAINES, MI 48436<br><br>Official Claim Date: 10/2/2009 | 2448 | Motors Liquidation Company | $1,327.94 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,327.94 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,327.94 (U)<br>$1,327.94 (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:   This claim is for goods and/or services provided by an outside vendor and is not secured by property of the Debtors' estates. | | | | | | |
| HORNER, JOHN<br>1101 WILLIAMSON AVE<br><br>STAUNTON, IL 62088<br><br>Official Claim Date: 10/7/2009 | 5908 | Motors Liquidation Company | $333.89 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$333.89 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$333.89 (U)<br>$333.89 (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:   This claim is for services provided by an outside vendor and is not secured by property of the Debtors' estates. | | | | | | |
| LEVERT FINANCIAL SERVICES<br>MIKE LEVERT<br>PO BOX 522<br><br>LAKE FOREST, IL 60045<br><br>Official Claim Date: 10/30/2009 | 17959 | Motors Liquidation Company | $1,267,987.83 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,267,987.83 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,267,987.83 (U)<br>$1,267,987.83 (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:   This claim is for services performed prepetition and is not entitled to priority treatment under section 507 of the Bankruptcy Code.  Accordingly, this claim should be reclassified as a general unsecured claim. | | | | | | |
| NORMAN-BLACKMON MOTOR COMPANY INC<br>C/O P RICHARD HARTLEY ESQ<br>PO BOX 583<br><br>GREENVILLE, AL 36037<br><br>Official Claim Date: 7/23/2009 | 1158 | Motors Liquidation Company | $1,200,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,200,000.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,200,000.00 (U)<br>$1,200,000.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:   This claim arises from the rejection of an executory contract.  It is not secured by property of the Debtors' estates nor is it entitled to priority status.  Pursuant to section 502(g) the Bankruptcy Code this claim is only entitled to a non-priority, general unsecured claim.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| | | | | | | |
|---|---|---|---|---|---|---|
| **CLAIMS TO BE RECLASSIFIED** | | | | | | |
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Modified Priority Status/Reduced Amount** | **Grounds For Objection** | **Objection Page Reference** |
| PHILIP ELLIOTT<br>7725 CABIN CREEK COURT | 22137 | Motors Liquidation Company | $1,105.02  (S)<br>$0.00  (A) | $0.00  (S)<br>$0.00  (A) | Incorrectly Classified Claim | Pgs. 1-5 |
| CUMMING, GA 30028<br>UNITED STATES OF AMERICA | | | $0.00  (P)<br>$0.00  (U) | $0.00  (P)<br>$1,105.02  (U) | | |
| Official Claim Date:  11/9/2009 | | | $1,105.02  (T) | $1,105.02  (T) | | |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| PHILLIPS LYNETTE<br>PHILLIPS, LYNETTE<br>920 LIDO LN | 18046 | Motors Liquidation Company | $5,500.00  (S)<br>$0.00  (A) | $0.00  (S)<br>$0.00  (A) | Incorrectly Classified Claim | Pgs. 1-5 |
| BLYTHE, CA 92225 | | | $0.00  (P)<br>$0.00  (U) | $0.00  (P)<br>$5,500.00  (U) | | |
| Official Claim Date:  10/30/2009 | | | $5,500.00  (T) | $5,500.00  (T) | | |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| PILLOWS, UNDRA<br>6029 KATHRYN LN | 27096 | Motors Liquidation Company | $25,355.00  (S)<br>$0.00  (A) | $0.00  (S)<br>$0.00  (A) | Incorrectly Classified Claim | Pgs. 1-5 |
| MATTESON, IL 60443 | | | $0.00  (P)<br>$0.00  (U) | $0.00  (P)<br>$25,355.00  (U) | | |
| Official Claim Date:  11/16/2009 | | | $25,355.00  (T) | $25,355.00  (T) | | |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| PITAWANAKWAT, LORI<br>551 E SHERIDAN RD | 5389 | Motors Liquidation Company | $800.68  (S)<br>$0.00  (A) | $0.00  (S)<br>$0.00  (A) | Incorrectly Classified Claim | Pgs. 1-5 |
| LANSING, MI 48906 | | | $0.00  (P)<br>$0.00  (U) | $0.00  (P)<br>$800.68  (U) | | |
| Official Claim Date:  10/6/2009 | | | $800.68  (T) | $800.68  (T) | | |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| | CLAIMS TO BE RECLASSIFIED | | | | | |
|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
| PITTMAN, KEVIN<br>922 COUNTRY CLUB DR<br><br>SAINT LOUIS, MO 63121<br><br>Official Claim Date: 11/30/2009 | 65175 | Motors Liquidation Company | $1,687.75  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$1,687.75  (T) | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,687.75  (U)<br>$1,687.75  (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:   This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| POTTER, CAROLE<br>1015 RICHVIEW CIRCLE<br><br>CARROLLTON, TX 75007<br><br>Official Claim Date: 11/30/2009 | 63198 | Motors Liquidation Company | $5,220.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$5,220.00  (T) | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,220.00  (U)<br>$5,220.00  (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:   This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| PRESUTTI, DOMINIC<br>1101 VIRGINIA AVE<br><br>MIDLAND, PA 15059<br><br>Official Claim Date:  11/2/2009 | 19038 | Motors Liquidation Company | $1,466.17  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$1,466.17  (T) | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,466.17  (U)<br>$1,466.17  (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:   This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| PREVOST, DEBORAH<br>SOUTHEAST LOUSIANA LEGAL SERVICES CORPORATION<br>PO BOX 2867<br>HAMMOND, LA 70404<br><br>Official Claim Date: 11/30/2009 | 63483 | Motors Liquidation Company | $25,062.67  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$6,075.00  (U)<br>$31,137.67  (T) | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$31,137.67  (U)<br>$31,137.67  (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:   This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Second Omnibus Objection

<u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG), Jointly Administered

## Exhibit A

| | | | | | | |
|---|---|---|---|---|---|---|
| **CLAIMS TO BE RECLASSIFIED** | | | | | | |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
| PUND, LACI<br>7270 WILFRED ST<br><br>SORRENTO, LA 70778<br><br>Official Claim Date: 10/20/2009 | 13218 | Motors Liquidation Company | $50,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$50,000.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$50,000.00 (U)<br>$50,000.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note: This claim arises from litigation against the Debtors. It is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| RABY, MAGGIE<br>5655 OLD PARIS MURRAY RD<br><br>PARIS, TN 38242<br><br>Official Claim Date: 10/29/2009 | 17420 | Motors Liquidation Company | $1,709.76 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,000.00 (U)<br>$5,709.76 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,709.76 (U)<br>$5,709.76 (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note: This claim arises from litigation against the Debtors. It is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| RACQUELISA MOORE<br>536 NTH 8TH STREET<br><br>GRIFIN, GA 30223<br>UNITED STATES OF AMERICA<br><br>Official Claim Date: 10/26/2009 | 16385 | Motors Liquidation Company | $15,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$15,000.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,000.00 (U)<br>$15,000.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note: This claim arises from litigation against the Debtors. It is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| RASHIDA TAYLOR<br>12923 KORNBLUM AVENUE APT. C<br><br>HAWTHORNE, CA 90250<br>UNITED STATES OF AMERICA<br><br>Official Claim Date: 11/25/2009 | 48454 | Motors Liquidation Company | $11,697.32 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$11,697.32 (U)<br>$23,394.64 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$23,394.64 (U)<br>$23,394.64 (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note: This claim arises from litigation against the Debtors. It is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |

(1) In the "Claim Amount and Priority" column, (S) = secured, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Second Omnibus Objection

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG),  Jointly Administered

## Exhibit A

| CLAIMS TO BE RECLASSIFIED | | | | | | |
|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
| REDEL, JOSHUA C/O BRISTOL WEST INSURANCE GROUP ATTN: SANORA LYNCH 9505 DELEGATES ROW INDIANAPOLIS, IN 46240 | 62303 | Motors Liquidation Company | $6,505.00 (S) $0.00 (A) $0.00 (P) $988.68 (U) | $0.00 (S) $0.00 (A) $0.00 (P) $7,493.68 (U) | Incorrectly Classified Claim | Pgs. 1-5 |
| Official Claim Date:  11/28/2009 | | | $7,493.68 (T) | $7,493.68 (T) | | |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| REHABILITATION PLACEMANTSERVICES PC PO BOX 76822 ATLANTA, GA 30358 | 4718 | Motors Liquidation Company | $844.26 (S) $0.00 (A) $0.00 (P) $0.00 (U) | $0.00 (S) $0.00 (A) $0.00 (P) $844.26 (U) | Incorrectly Classified Claim | Pgs. 1-5 |
| Official Claim Date:  10/5/2009 | | | $844.26 (T) | $844.26 (T) | | |
| Note:  This claim is for services performed prepetition and is not entitled to priority treatment under section 507 of the Bankruptcy Code.  Accordingly, this claim should be reclassified as a general unsecured claim. | | | | | | |
| RICHARDSON, MARQUEDA 2014 MARLIN AVE LAS VEGAS, NV 89101 | 13426 | Motors Liquidation Company | $20,000.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) | $0.00 (S) $0.00 (A) $0.00 (P) $20,000.00 (U) | Incorrectly Classified Claim | Pgs. 1-5 |
| Official Claim Date:  10/20/2009 | | | $20,000.00 (T) | $20,000.00 (T) | | |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| ROBERT A DEMASSI EXECUTOR ROBERT A DEMASSI EXECUTOR OF THE ESTATE OF ARNOLD A DEMASSI JR C/O JAN ALAN BRODY ESQ CARELLA BYRNE ET AL 5 BECKER FARM RD ROSELAND, NJ 07068 | 45108 | Motors Liquidation Company | $90,000.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) | $0.00 (S) $0.00 (A) $0.00 (P) $90,000.00 (U) | Incorrectly Classified Claim | Pgs. 1-5 |
| Official Claim Date:  11/24/2009 | | | $90,000.00 (T) | $90,000.00 (T) | | |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Second Omnibus Objection

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## Exhibit A

| CLAIMS TO BE RECLASSIFIED | | | | | | |
|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
| ROBERT VOGELSANG<br>9 CREEKSIDE DR<br><br>SAINT PETERS, MO 63376<br><br>Official Claim Date: 10/5/2009 | 3557 | Motors Liquidation Company | $4,391.33  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$4,391.33  (T) | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,391.33  (U)<br>$4,391.33  (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| ROBINSON, DONNA<br>300 HYDE PARK ST<br><br>JOLIET, IL 60436<br><br>Official Claim Date:  10/15/2009 | 10997 | Motors Liquidation Company | $4,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$4,000.00  (T) | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,000.00  (U)<br>$4,000.00  (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| RODNEY D. YOUNG ON BEHALF OF RONALD COTTON INSURANCE<br>PO BOX 222043<br><br>DALLAS, TX 75222<br>UNITED STATES OF AMERICA<br><br>Official Claim Date:  11/6/2009 | 20704 | Motors Liquidation Company | $12,093.55  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$12,093.55  (T) | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$12,093.55  (U)<br>$12,093.55  (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| ROGERS, STACEY<br>3614 RAMILL RD<br><br>MEMPHIS, TN 38128<br><br>Official Claim Date:  11/17/2009 | 29454 | Motors Liquidation Company | $3,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$3,000.00  (T) | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,000.00  (U)<br>$3,000.00  (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE RECLASSIFIED | | | | | | |
|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
| ROQUE, MICHAEL<br>2203 E SYCAMORE AVE<br><br>ORANGE, CA 92867<br><br>Official Claim Date: 11/23/2009 | 36091 | Motors Liquidation Company | $3,500.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,500.00  (U)<br>$7,000.00  (T) | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$7,000.00  (U)<br>$7,000.00  (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| RUBALCABA, ISMAEL<br>2203 EL PASO ST<br><br>SAN ANTONIO, TX 78207<br><br>Official Claim Date: 10/20/2009 | 13427 | Motors Liquidation Company | $964.54  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$964.54  (T) | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$964.54  (U)<br>$964.54  (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| SAMANIEGO, JACK<br>906 SCENIC WAY DR<br><br>VENTURA, CA 93003<br><br>Official Claim Date: 11/25/2009 | 50086 | Motors Liquidation Company | $67,458.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$67,458.00  (T) | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$67,458.00  (U)<br>$67,458.00  (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| SAMPSON, LEE ANN<br>7645 SAMUEL DR<br><br>INDIANAPOLIS, IN 46259<br><br>Official Claim Date: 10/29/2009 | 17692 | Motors Liquidation Company | $1,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000.00  (U)<br>$2,000.00  (T) | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,000.00  (U)<br>$2,000.00  (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| SATURN VTI CLASSACTION CLASS MEMBER<br>DARILYN ZIEGLER<br>9615 GREEN SPRUCE DR<br><br>LAKELAND, TN 38002<br><br>Official Claim Date: 11/24/2009 | 44008 | Motors Liquidation Company | $1,632.68  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$1,632.68  (T) | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,632.68  (U)<br>$1,632.68  (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:   This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| SAUBER, BARBARA AND DANIEL<br>BARBARA SAUBER<br>25176 N VIRGINIA AVE<br><br>LAKE ZURICH, IL 60047<br><br>Official Claim Date: 11/30/2009 | 69529 | Motors Liquidation Company | $1,500.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$1,500.00  (T) | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,500.00  (U)<br>$1,500.00  (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:   This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| SAUCIER, JOHN<br>CHESSON, CHRISTIAN D<br>1 LAKESHORE DR STE 1800<br><br>LAKE CHARLES, LA 70629<br><br>Official Claim Date:  10/16/2009 | 11401 | Motors Liquidation Company | $26,645.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$18,265.50  (U)<br>$44,910.50  (T) | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$44,910.50  (U)<br>$44,910.50  (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:   This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| SAWNEY, VANESSA<br>312 W OAK ST<br><br>STILWELL, OK 74960<br><br>Official Claim Date: 11/16/2009 | 26837 | Motors Liquidation Company | $6,899.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$6,899.00  (T) | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$6,899.00  (U)<br>$6,899.00  (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:   This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Second Omnibus Objection

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG),  Jointly Administered

## Exhibit A

| CLAIMS TO BE RECLASSIFIED | | | | | | |
|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
| SAWYER, LAURA<br>BRISTOL WEST INSURANCE<br>2245 SEQUOIA DR<br><br>AURORA, IL 60506<br><br>Official Claim Date: 11/28/2009 | 63096 | Motors Liquidation Company | $4,505.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$4,505.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,505.00 (U)<br>$4,505.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| SCOTT, SERETA FOR NANNIE JONES<br>SCOTT SERETA<br>2791 EASTBROOK RD<br><br>LYNCHBURG, VA 24501<br><br>Official Claim Date: 11/27/2009 | 60768 | Motors Liquidation Company | $3,900.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,006.73 (U)<br>$5,906.73 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,906.73 (U)<br>$5,906.73 (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| SEAN K EMERSON<br>3817 NE 41ST ST<br><br>VANCOUVER, WA 98661<br><br>Official Claim Date:  10/29/2009 | 17445 | Motors Liquidation Company | $4,410.97 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$4,410.97 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,410.97 (U)<br>$4,410.97 (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| SHARP, DEBORAH<br>1149 SAILFISH ST<br><br>HITCHCOCK, TX 77563<br><br>Official Claim Date:  11/2/2009 | 25509 | Motors Liquidation Company | $65,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$65,000.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$65,000.00 (U)<br>$65,000.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Second Omnibus Objection

Motors Liquidation Company, et al.

## Exhibit A

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE RECLASSIFIED | | | | | | |
|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
| SHAWLER, LAURIE & BRATTELID, TRAVIS 4035 DEGARDNER CIR NW | 23180 | Motors Liquidation Company | $4,077.00  (S) | $0.00  (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00  (A) | $0.00  (A) | | |
| SAINT FRANCIS, MN 55070 | | | $0.00  (P) | $0.00  (P) | | |
| | | | $0.00  (U) | $4,077.00  (U) | | |
| Official Claim Date:  11/12/2009 | | | $4,077.00  (T) | $4,077.00  (T) | | |
| Note:   This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| SHEFFIELD, BEVERLY 15717 EVANSTON | 14294 | MLC of Harlem, Inc. | $15,000.00  (S) | $0.00  (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00  (A) | $0.00  (A) | | |
| DETROIT, MI 48224 | | | $0.00  (P) | $0.00  (P) | | |
| | | | $0.00  (U) | $15,000.00  (U) | | |
| Official Claim Date:  10/21/2009 | | | $15,000.00  (T) | $15,000.00  (T) | | |
| Note:   This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| SHELEEN JOLLY 4181 JENNIFER LANE | 1308 | Motors Liquidation Company | $4,500.00  (S) | $0.00  (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00  (A) | $0.00  (A) | | |
| CLAREMONT, NC 28610 | | | $0.00  (P) | $0.00  (P) | | |
| | | | $0.00  (U) | $4,500.00  (U) | | |
| Official Claim Date:  8/14/2009 | | | $4,500.00  (T) | $4,500.00  (T) | | |
| Note:   This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| SHELLY SWEDEEN 231 SILVERWOOD AVE P.O. BOX 54 | 61262 | Motors Liquidation Company | $11,970.45  (S) | $0.00  (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00  (A) | $0.00  (A) | | |
| MARBLE, MN 55764 | | | $0.00  (P) | $0.00  (P) | | |
| | | | $2,338.55  (U) | $14,309.00  (U) | | |
| Official Claim Date:  11/27/2009 | | | $14,309.00  (T) | $14,309.00  (T) | | |
| Note:   This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 11

Thirty-Second Omnibus Objection

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG),  Jointly Administered

## Exhibit A

| | | | | | | |
|---|---|---|---|---|---|---|
| **CLAIMS TO BE RECLASSIFIED** | | | | | | |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
| SIGLEY, AARON LORI<br>HC 81 BOX 41 | 62262 | Motors Liquidation Company | $11,401.00  (S) | $0.00  (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00  (A) | $0.00  (A) | | |
| TUNNELTON, WV 26444 | | | $0.00  (P) | $0.00  (P) | | |
| | | | $0.00  (U) | $11,401.00  (U) | | |
| Official Claim Date:  11/28/2009 | | | $11,401.00  (T) | $11,401.00  (T) | | |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| SKIDMORE, TAMMY<br>8525 DR MARTIN LUTHER KING JR ST N | 3895 | Motors Liquidation Company | $48,904.24  (S) | $0.00  (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00  (A) | $0.00  (A) | | |
| ST PETERSBURG, FL 33702 | | | $0.00  (P) | $0.00  (P) | | |
| | | | $0.00  (U) | $48,904.24  (U) | | |
| Official Claim Date:  10/5/2009 | | | $48,904.24  (T) | $48,904.24  (T) | | |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| SMILEY, YOLANDA<br>73190 STANDIFER GAP RD APT. 621 | 3952 | Motors Liquidation Company | $15,828.09  (S) | $0.00  (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00  (A) | $0.00  (A) | | |
| CHATTANOOGA, TN 37421 | | | $0.00  (P) | $0.00  (P) | | |
| | | | $15,828.09  (U) | $31,656.18  (U) | | |
| Official Claim Date:  10/5/2009 | | | $31,656.18  (T) | $31,656.18  (T) | | |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| SMITH, ASHLEY<br>645 NEBRASKA AVE | 33308 | Motors Liquidation Company | $3,600.00  (S) | $0.00  (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00  (A) | $0.00  (A) | | |
| KANSAS CITY, KS 66101 | | | $0.00  (P) | $0.00  (P) | | |
| | | | $0.00  (U) | $3,600.00  (U) | | |
| Official Claim Date:  11/19/2009 | | | $3,600.00  (T) | $3,600.00  (T) | | |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE RECLASSIFIED | | | | | | |
|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
| SMITH, LANISHA<br>1921 W 94TH PL<br><br>LOS ANGELES, CA 90047<br><br>Official Claim Date: 11/30/2009 | 64096 | Motors Liquidation Company | $13,507.66 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$13,507.66 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$13,507.66 (U)<br>$13,507.66 (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| SMITH, NICOLE<br>215 ROCK ST APT G8<br><br>PHILADELPHIA, PA 19128<br><br>Official Claim Date: 11/18/2009 | 29814 | Motors Liquidation Company | $4,280.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$4,280.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,280.00 (U)<br>$4,280.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| SMITH, WILNETTE<br>400 S DUPONT HWY<br>APT 120<br><br>NEW CASTLE, DE 19720<br><br>Official Claim Date: 11/27/2009 | 61199 | Motors Liquidation Company | $3,600.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$3,600.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,600.00 (U)<br>$3,600.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| SNOW, LAMONGO<br>1212 E. CAPITOL AVENUE<br><br>SPRINGFIELD, IL 62703<br><br>Official Claim Date: 11/30/2009 | 64913 | Motors Liquidation Company | $50,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$50,000.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$50,000.00 (U)<br>$50,000.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| | | | | | | |
|---|---|---|---|---|---|---|
| **CLAIMS TO BE RECLASSIFIED** | | | | | | |
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Modified Priority Status/Reduced Amount** | **Grounds For Objection** | **Objection Page Reference** |
| SOLIS, ZAIDA<br>1147 W DRUMMER AVE<br><br>MESA, AZ 85210<br><br>Official Claim Date: 11/2/2009 | 18728 | Motors Liquidation Company | $17,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$17,000.00  (T) | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$17,000.00  (U)<br>$17,000.00  (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| SPANN, LIONA<br>4418 PARRISH ST<br><br>PHILADELPHIA, PA 19104<br><br>Official Claim Date:  10/23/2009 | 15268 | Motors Liquidation Company | $6,548.50  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$6,548.50  (T) | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$6,548.50  (U)<br>$6,548.50  (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| STADTFELD, HEATHER<br>238 E 7TH AVE<br><br>GARNETT, KS 66032<br><br>Official Claim Date:  11/23/2009 | 39101 | Motors Liquidation Company | $750.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$750.00  (T) | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$750.00  (U)<br>$750.00  (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| STANLEY OZAROWSKI<br>1106 HILLCREST AVE<br><br>FOX RIVER GROVE, IL 60021<br><br>Official Claim Date:  11/28/2009 | 62773 | Motors Liquidation Company | $3,795.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$3,795.00  (T) | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,795.00  (U)<br>$3,795.00  (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG), Jointly Administered

| | | | | | | |
|---|---|---|---|---|---|---|
| **CLAIMS TO BE RECLASSIFIED** | | | | | | |
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Modified Priority Status/Reduced Amount** | **Grounds For Objection** | **Objection Page Reference** |
| STEVEN SKALSKY JR<br>1061 COOPERS RUN<br><br>AMHERST, OH 44001<br><br>Official Claim Date: 11/23/2009 | 36207 | Motors Liquidation Company | $3,296.32  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$3,296.32  (T) | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,296.32  (U)<br>$3,296.32  (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| STRUMS, GERALD<br>17 BELL CT APT C1<br><br>EAST HARTFORD, CT 06108<br><br>Official Claim Date: 11/2/2009 | 19018 | Motors Liquidation Company | $8,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$8,000.00  (T) | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$8,000.00  (U)<br>$8,000.00  (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| SURBECK, KALLY JO<br>4750 US HWY 20<br><br>LUSK, WY 82225<br><br>Official Claim Date:  10/19/2009 | 13046 | Motors Liquidation Company | $12,695.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$12,695.00  (T) | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$12,695.00  (U)<br>$12,695.00  (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| SUSAN HUFTON<br>804 RAYMOND COURT<br><br>VIRGINIA BEACH, VA 23464<br><br>Official Claim Date: 11/25/2009 | 45183 | Motors Liquidation Company | $1,397.54  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$1,397.54  (T) | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,397.54  (U)<br>$1,397.54  (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE RECLASSIFIED | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
| SUSAN TOWNSEND<br>6158 SUMTER DR | 60468 | Motors Liquidation Company | $14,000.00  (S) | $0.00  (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00  (A) | $0.00  (A) | | |
| BROOKSVILLE, FL 34602 | | | $0.00  (P) | $0.00  (P) | | |
| | | | $0.00  (U) | $14,000.00  (U) | | |
| Official Claim Date:  11/27/2009 | | | $14,000.00  (T) | $14,000.00  (T) | | |

Note:   This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| TAMMY K KINGDOLLAR<br>12646 WEST LEE RD | 29200 | Motors Liquidation Company | $6,034.18  (S) | $0.00  (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00  (A) | $0.00  (A) | | |
| ALBION, NY 14411 | | | $0.00  (P) | $0.00  (P) | | |
| | | | $0.00  (U) | $6,034.18  (U) | | |
| Official Claim Date:  11/18/2009 | | | $6,034.18  (T) | $6,034.18  (T) | | |

Note:   This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| TERRY GAGE CHEVROLET-OLDSMOBILE, INC.<br>PO BOX 1389<br>HWY 65 NORTH | 65742 | Motors Liquidation Company | $2,486,227.00  (S) | $0.00  (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00  (A) | $0.00  (A) | | |
| MARSHALL, AR 72650<br>UNITED STATES OF AMERICA | | | $0.00  (P) | $0.00  (P) | | |
| | | | $0.00  (U) | $2,486,227.00  (U) | | |
| Official Claim Date:  11/25/2009 | | | $2,486,227.00  (T) | $2,486,227.00  (T) | | |

Note:   This claim arises from the rejection of an executory contract.  It is not secured by property of the Debtors' estates nor is it entitled to priority status.  Pursuant to section 502(g) the Bankruptcy Code this claim is only entitled to a non-priority, general unsecured claim.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| THOMAS, AGNES<br>12127 AINSWORTH ST | 18743 | Motors Liquidation Company | $6,000.00  (S) | $0.00  (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00  (A) | $0.00  (A) | | |
| LOS ANGELES, CA 90044 | | | $0.00  (P) | $0.00  (P) | | |
| | | | $0.00  (U) | $6,000.00  (U) | | |
| Official Claim Date:  11/2/2009 | | | $6,000.00  (T) | $6,000.00  (T) | | |

Note:   This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE RECLASSIFIED | | | | | | |
|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
| THOMAS, TEYAKA<br>1201 DRIPPING SPRINGS RD APT O<br><br>CULLMAN, AL 35055<br><br>Official Claim Date: 10/26/2009 | 16150 | Motors Liquidation Company | $1,200.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$1,200.00  (T) | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,200.00  (U)<br>$1,200.00  (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| THOMPSON MICHAEL<br>205 FUSSELL ST<br><br>GOLDSBORO, NC 27530<br><br>Official Claim Date: 10/5/2009 | 4284 | Motors Liquidation Company | $5,400.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$5,400.00  (T) | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,400.00  (U)<br>$5,400.00  (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| THOMPSON, MARY<br>250 BETTIS RD<br><br>DRAVOSBURG, PA 15034<br><br>Official Claim Date: 10/26/2009 | 16506 | Motors Liquidation Company | $1,400.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$1,400.00  (T) | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,400.00  (U)<br>$1,400.00  (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| THOMPSON, PATRICIA<br>3013 FREEWAY<br><br>BALTIMORE, MD 21227<br><br>Official Claim Date: 10/19/2009 | 14928 | Motors Liquidation Company | $9,847.94  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$9,847.94  (T) | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$9,847.94  (U)<br>$9,847.94  (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Second Omnibus Objection

**Motors Liquidation Company, et al.**

**Exhibit A**

Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| TIMOTHY BLACK<br>4122 ALPHA ST APT 14 | 46065 | Motors Liquidation Company | $1,734.87 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| LANSING, MI 48910 | | | $0.00 | (P) | $0.00 | (P) | | |
| | | | $10,000.00 | (U) | $11,734.87 | (U) | | |
| Official Claim Date: 11/25/2009 | | | $11,734.87 | (T) | $11,734.87 | (T) | | |

Note: This claim arises from litigation against the Debtors. It is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| TRAINOR, MICHAEL<br>27 HILLTOP AVE | 29235 | Motors Liquidation Company | $4,106.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| WEST WARWICK, RI 02893 | | | $0.00 | (P) | $0.00 | (P) | | |
| | | | $4,106.00 | (U) | $8,212.00 | (U) | | |
| Official Claim Date: 11/18/2009 | | | $8,212.00 | (T) | $8,212.00 | (T) | | |

Note: This claim arises from litigation against the Debtors. It is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| TRAVELERS INSURANCE<br>ATTN: STEPHANIE WOELFEL<br>20800 SWENSON DR. STE 300 | 9923 | Motors Liquidation Company | $19,176.50 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| WAUKESHA, WI 53186<br>UNITED STATES OF AMERICA | | | $0.00 | (P) | $0.00 | (P) | | |
| | | | $0.00 | (U) | $19,176.50 | (U) | | |
| Official Claim Date: 10/14/2009 | | | $19,176.50 | (T) | $19,176.50 | (T) | | |

Note: This claim arises from litigation against the Debtors. It is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| TREADWAY, TINA<br>23103 AL HIGHWAY 24 | 32855 | Motors Liquidation Company | $2,270.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| TRINITY, AL 35673 | | | $0.00 | (P) | $0.00 | (P) | | |
| | | | $0.00 | (U) | $2,270.00 | (U) | | |
| Official Claim Date: 11/20/2009 | | | $2,270.00 | (T) | $2,270.00 | (T) | | |

Note: This claim arises from litigation against the Debtors. It is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

(1) In the "Claim Amount and Priority" column, (S) = secured, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Second Omnibus Objection

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG),  Jointly Administered

## Exhibit A

| CLAIMS TO BE RECLASSIFIED | | | | | | |
|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
| TREVINO, ROGELIO<br>3211 HOMBLY RD<br><br>HOUSTON, TX 77066<br><br>Official Claim Date:  11/27/2009 | 60051 | Motors Liquidation Company | $3,100.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,500.00  (U)<br>$5,600.00  (T) | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,600.00  (U)<br>$5,600.00  (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| TRUDEAU, ROBERT<br>TRUDEAU, ROB<br>3375 POLLOCK RD<br><br>GRAND BLANC, MI 48439<br><br>Official Claim Date:  10/15/2009 | 10674 | Motors Liquidation Company | $9,860.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$9,860.00  (T) | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$9,860.00  (U)<br>$9,860.00  (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| TUCKER, VICKI<br>1346 SW BINKLEY ST<br><br>OKLAHOMA CITY, OK 73119<br><br>Official Claim Date:  10/5/2009 | 3808 | Motors Liquidation Company | $608.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$608.00  (T) | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$608.00  (U)<br>$608.00  (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| TWANNA D TOLBERT<br>8306 E WOODVIEW #B<br><br>SHERWOOD, AR 72120<br><br>Official Claim Date:  10/5/2009 | 4777 | Motors Liquidation Company | $4,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$4,000.00  (T) | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,000.00  (U)<br>$4,000.00  (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE RECLASSIFIED | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
| TYHESHA BROWN<br>1106 FORESTWOOD DRIVE<br><br>ST. LOUIS, MO 63135<br><br>Official Claim Date: 11/16/2009 | 27099 | Motors Liquidation Company | $8,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$8,000.00 (U)<br>$16,000.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$16,000.00 (U)<br>$16,000.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| VALERIE EVANS<br>1349 COLUMBUS<br><br>ST. LOUIS, MO 63138<br><br>Official Claim Date: 11/28/2009 | 62778 | Motors Liquidation Company | $2,823.79 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,823.79 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,823.79 (U)<br>$2,823.79 (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| VIOLETT, ALYSSA<br>14911 KELLY DR<br><br>SMITHVILLE, MO 64089<br><br>Official Claim Date: 11/27/2009 | 60462 | Motors Liquidation Company | $5,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000.00 (U)<br>$10,000.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,000.00 (U)<br>$10,000.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| WADE, SHANNON<br>44320 HARDESTY BLVD<br><br>AKRON, OH 44320<br><br>Official Claim Date: 10/26/2009 | 16628 | Motors Liquidation Company | $38,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$38,000.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$38,000.00 (U)<br>$38,000.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Second Omnibus Objection

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## Exhibit A

| CLAIMS TO BE RECLASSIFIED | | | | | | |
|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
| WALKER, DENISE<br>2833 E TABOR ST<br><br>INDIANAPOLIS, IN 46203<br><br>Official Claim Date: 10/13/2009 | 8651 | Motors Liquidation Company | $1,846.29  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$1,846.29  (T) | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,846.29  (U)<br>$1,846.29  (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| WALLIS, MELBA<br>529 E 6TH ST<br><br>MOUNTAIN HOME, AR 72653<br><br>Official Claim Date: 10/26/2009 | 16568 | Motors Liquidation Company | $3,737.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$3,737.00  (T) | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,737.00  (U)<br>$3,737.00  (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| WALTERS, SHAWN<br>PO BOX 6446<br><br>CHRISTIANSTED, VI 00823<br><br>Official Claim Date:  10/8/2009 | 6745 | Motors Liquidation Company | $36,279.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$36,279.00  (T) | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$36,279.00  (U)<br>$36,279.00  (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| WATKINS, SHARENA<br>5052 N 21ST ST<br><br>MILWAUKEE, WI 53209<br><br>Official Claim Date:  11/27/2009 | 60050 | Motors Liquidation Company | $17,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$17,000.00  (T) | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$17,000.00  (U)<br>$17,000.00  (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| | | | | | | |
|---|---|---|---|---|---|---|
| **CLAIMS TO BE RECLASSIFIED** | | | | | | |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
| WHEELER, BUDDY<br>PO BOX 711<br><br>PANGBURN, AR 72121<br><br>Official Claim Date: 11/17/2009 | 28642 | Motors Liquidation Company | $5,500.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,500.00 (U)<br>$11,000.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$11,000.00 (U)<br>$11,000.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note: This claim arises from litigation against the Debtors. It is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| WHITE, WALLACE<br>234 TUNIS RD<br><br>OAKLAND, CA 94603<br><br>Official Claim Date: 11/30/2009 | 64960 | Motors Liquidation Company | $3,197.09 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$3,197.09 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,197.09 (U)<br>$3,197.09 (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note: This claim arises from litigation against the Debtors. It is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| WIDEMAN, RUBY P<br>PO BOX 2826<br><br>ANDERSON, IN 46018<br><br>Official Claim Date: 10/26/2009 | 16564 | Motors Liquidation Company | $100,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$100,000.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100,000.00 (U)<br>$100,000.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note: This claim arises from litigation against the Debtors. It is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| WILLIAMS CALVETTA<br>3817 1ST ST<br><br>DES MOINES, IA 50313<br><br>Official Claim Date: 11/23/2009 | 39278 | Motors Liquidation Company | $5,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$5,000.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000.00 (U)<br>$5,000.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note: This claim arises from litigation against the Debtors. It is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Second Omnibus Objection

<u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG),  Jointly Administered

## Exhibit A

| CLAIMS TO BE RECLASSIFIED | | | | | | |
|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
| WILLIAMS, DONALD 3606 XERXES AVE N MINNEAPOLIS, MN 55412 Official Claim Date:  11/24/2009 | 65904 | Motors Liquidation Company | $10,000.00  (S) $0.00  (A) $0.00  (P) $0.00  (U) $10,000.00  (T) | $0.00  (S) $0.00  (A) $0.00  (P) $10,000.00  (U) $10,000.00  (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:   This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| WREN, JAMILLA 8740 FAIR OAKS BLVD  APT 49 CARMICHAEL, CA 95608 Official Claim Date:  11/28/2009 | 62179 | Motors Liquidation Company | $4,545.00  (S) $0.00  (A) $0.00  (P) $3,085.97  (U) $7,630.97  (T) | $0.00  (S) $0.00  (A) $0.00  (P) $7,630.97  (U) $7,630.97  (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:   This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| WRIGHT, ANDRAE 23 NEWELL ST SAVANNAH, GA 31415 Official Claim Date:  10/9/2009 | 7454 | Motors Liquidation Company | $4,500.00  (S) $0.00  (A) $0.00  (P) $3,000.00  (U) $7,500.00  (T) | $0.00  (S) $0.00  (A) $0.00  (P) $7,500.00  (U) $7,500.00  (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:   This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| WRIGHT, PEARL 402 ASPEN GROVE RD FOUNTAIN, NC 27829 Official Claim Date:  10/7/2009 | 5701 | Motors Liquidation Company | $27,279.36  (S) $0.00  (A) $0.00  (P) $9,000.00  (U) $36,279.36  (T) | $0.00  (S) $0.00  (A) $0.00  (P) $36,279.36  (U) $36,279.36  (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note:   This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Second Omnibus Objection

# Exhibit A

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| YIELDING, RYAN T | 17981 | Motors Liquidation Company | $400,000.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| C/O MARTIN LAW OFFICES PSC | | | $0.00 | (A) | $0.00 | (A) | | |
| PO BOX 790 | | | | | | | | |
| SALYERSVILLE, KY 41465 | | | $0.00 | (P) | $0.00 | (P) | | |
| | | | $0.00 | (U) | $400,000.00 | (U) | | |
| Official Claim Date:  10/30/2009 | | | $400,000.00 | (T) | $400,000.00 | (T) | | |

Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this
          claim should be reclassified as a non-priority, general unsecured claim.

| Claim Totals | 93 | | $10,802,308.50 | (S) | $0.00 | (S) | | |
|---|---|---|---|---|---|---|---|---|
| | | | $0.00 | (A) | $0.00 | (A) | | |
| | | | $0.00 | (P) | $0.00 | (P) | | |
| | | | $165,097.16 | (U) | $10,967,405.66 | (U) | | |
| | | | $10,967,405.66 | (T) | $10,967,405.66 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.