<div style="border:1px solid black; padding:10px">

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)**

</div>

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | **09-50026 (REG)** |
| **f/k/a General Motors Corp.,** *et al.* | : | |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------x

## NOTICE OF DEBTORS' THIRTY-FOURTH OMNIBUS OBJECTION TO CLAIMS
### (Claims with Insufficient Documentation)

PLEASE TAKE NOTICE that on July 2, 2010, Motors Liquidation Company

(f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (the

"**Debtors**"), filed their thirty-fourth omnibus objection to expunge certain claims (the "**Thirty-**

**Fourth Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the

Thirty-Fourth Omnibus Objection to Claims will be held before the Honorable Robert E. Gerber,

United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the

Southern District of New York, One Bowling Green, New York, New York 10004, on **August 6,**

**2010 at 9:45 a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

       **PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE THIRTY-FOURTH OMNIBUS OBJECTION TO CLAIMS TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN EXHIBIT "A" ANNEXED THERETO.**

       **PLEASE TAKE FURTHER NOTICE** that any responses to the Thirty-Fourth

Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of

Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the

Bankruptcy Court (a) electronically in accordance with General Order M-242 (which can be

found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system,

and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document

Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard

copy delivered directly to Chambers), in accordance with General Order M-182 (which can be

found at www.nysb.uscourts.gov), and served in accordance with General Order M-242, and on

(i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New

York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky,

Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 500 Renaissance Center, Suite 1400,

Detroit, Michigan 48243 (Attn: Ted Stenger); (iii) General Motors, LLC, 400 Renaissance

Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader,

Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World

Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United

States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington,

D.C. 20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export

Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael

J. Edelman, Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP,

attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Thomas Moers Mayer, Esq., Amy Caton, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.); (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Diana G. Adams, Esq.); (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (x) Caplin & Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding asbestos-related claims, 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100, Washington, DC 20005 (Attn: Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); and (xi) Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the legal representative for future asbestos personal injury claimants, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn: Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.), so as to be received no later than **July 30, 2010 at 4:00 p.m. (Eastern Time)** (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and

served with respect to the Thirty-Fourth Omnibus Objection to Claims or any claim set forth

thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an

order substantially in the form of the proposed order annexed to the Thirty-Fourth Omnibus

Objection to Claims, which order may be entered with no further notice or opportunity to be

heard offered to any party.

Dated: New York, New York
      July 2, 2010

                      /s/ Joseph H. Smolinsky
                      Harvey R. Miller
                      Stephen Karotkin
                      Joseph H. Smolinsky

                      WEIL, GOTSHAL & MANGES LLP
                      767 Fifth Avenue
                      New York, New York 10153
                      Telephone: (212) 310-8000
                      Facsimile: (212) 310-8007

                      Attorneys for Debtors
                      and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                      :
In re                                 :      **Chapter 11 Case No.**
                                      :
**MOTORS LIQUIDATION COMPANY,** *et al.,*  :      **09-50026 (REG)**
        **f/k/a General Motors Corp.,** *et al.*  :
                                      :
                **Debtors.**          :      **(Jointly Administered)**
                                      :
------------------------------------------------------------x

### DEBTORS' THIRTY-FOURTH OMNIBUS OBJECTION TO CLAIMS
#### (Claims with Insufficient Documentation)

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.
CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE
EXHIBIT ANNEXED TO THIS OBJECTION.**

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully

represent:

<u>**Relief Requested**</u>

1.       The Debtors file this thirty-fourth omnibus objection to certain claims (the

"**Thirty-Fourth Omnibus Objection to Claims**"), pursuant to section 502(b) of title 11, United

States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy

Procedure (the "**Bankruptcy Rules**"), this Court's order approving procedures for the filing of

omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**")

[Docket No. 4180], and this Court's order approving the procedures relating to the filing of

proofs of claim (the "**Bar Date Order**") [Docket No. 4079], seeking entry of an order

disallowing and expunging the claims listed on **Exhibit "A"** annexed hereto.[1]

2.       The Debtors have examined the proofs of claim identified on Exhibit "A"

and have made every effort to ascertain the validity of such claims.  In fact, prior to the filing of

this Thirty-Fourth Omnibus Objection to Claims, the Debtors sent a letter to each of the

claimants listed on Exhibit "A" requesting information that would permit the Debtors to

understand the basis and nature of the their respective proofs of claim.  To date, the Debtors have

not received any response.

3.       After careful review, the Debtors have determined that the proofs of claim

listed under the heading "*Claims to be Disallowed and Expunged*" (collectively, the "**Claims**

**with Insufficient Documentation**") fail to provide sufficient documentation to ascertain the

validity of such claims.  Pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rule

---

[1]       Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab.  Creditors without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City Group, Inc. at 1-703-286-6401.

3007, and the Bar Date Order, the Debtors seek entry of an order disallowing and expunging from the claims register the Claims with Insufficient Documentation.  Further, the Debtors reserve all of their rights to object on any other basis to any Claims with Insufficient Documentation as to which the Court does not grant the relief requested herein.

### Jurisdiction

4.        This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

### Background

5.        On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9, 2009, two additional Debtors (the "**Realm/Encore Debtors**")[3] commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered with those of the Initial Debtors under Case Number 09-50026 (REG).  On September 15, 2009, the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs, which were amended on October 4, 2009.  On October 15, 2009, the Realm/Encore Debtors filed their schedules of assets and liabilities and statements of financial affairs.

6.        On September 16, 2009, this Court entered an order [Docket No. 4079] establishing November 30, 2009 as the deadline for each person or entity to file a proof of claim in the Initial Debtors' cases, including governmental units.  On December 2, 2009, this Court entered an order [Docket No. 4586] establishing February 1, 2010 as the deadline for each

---

[2]        The Initial Debtors are Motors Liquidation Company (f/k/a General Motors Corporation), MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3]        The Realm/Encore Debtors are Remediation and Liability Management Company, Inc., and Environmental Corporate Remediation Company, Inc.

person or entity to file a proof of claim in the Realm/Encore Debtors' cases (except

governmental units, as defined in section 101(27) of the Bankruptcy Code, for which the Court

established April 16, 2010 as the deadline to file proofs of claim).

       7.     Furthermore, on October 6, 2009, this Court entered the Procedures Order,

which authorizes the Debtors, among other things, to file omnibus objections to no more than

100 claims at a time, under various grounds, including those set forth in Bankruptcy Rule

3007(d) and those additional grounds set forth in the Procedures Order.

### The Relief Requested Should Be Approved by the Court

       8.     A proof of claim *must* "set forth the facts necessary to support the claim"

for it to receive the prima facie validity accorded under the Bankruptcy Rules.  *In re Chain*, 255

B.R. 278, 280 (Bankr. D. Conn. 2000) (internal quotation omitted); *In re Marino*, 90 B.R. 25, 28

(Bankr. D. Conn. 1988); *see Ashford v. Consol. Pioneer Mortgage*, 178 B.R. 222, 226 (B.A.P.

9th Cir. 1995), aff'd , 91 F.3d 151 (9th Cir. 1996); *In re Allegheny Int'l, Inc.*, 954 F.2d 167, 173-

74 (3d Cir. 1992).  Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a

claim may not be allowed to the extent that "such claim is unenforceable against the debtor and

property of the debtor, under any agreement or applicable law."  11 U.S.C. § 502(b)(1).

       9.     The Claims with Insufficient Documentation fall far short of the standard

unambiguously required in the Bar Date Order.  Indeed, the Bar Date Order, requires, among

other things, that a proof of claim must "set forth with specificity the legal and factual basis for

the alleged [c]laim [and] include supporting documentation or an explanation as to why such

documentation is not available.  (Bar Date Order at 2.)[4]

---

[4]     Notices of the Bar Date Order contained express references to this requirement.

10.     The Debtors have examined the proofs of claim identified on Exhibit "A"

and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed*

*and Expunged*" do not include sufficient documentation to ascertain the nature or validity of

these claims.  Thus, the Debtors request that the Court disallow and expunge in their entirety the

Claims with Insufficient Documentation.

### Notice

11.     Notice of this Thirty-Fourth Omnibus Objection to Claims has been

provided to each claimant listed on Exhibit "A" and parties in interest in accordance with the

Third Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007

Establishing Notice and Case Management Procedures, dated April 29, 2010 [Docket No. 5670].

12.     No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated:  New York, New York
        July 2, 2010


                                    /s/ Joseph H. Smolinsky
                                    Harvey R. Miller
                                    Stephen Karotkin
                                    Joseph H. Smolinsky

                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone: (212) 310-8000
                                    Facsimile: (212) 310-8007

                                    Attorneys for Debtors
                                    and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
                                               :
In re                                          :          Chapter 11 Case No.
                                               :
MOTORS LIQUIDATION COMPANY, *et al.*,          :          09-50026 (REG)
        f/k/a General Motors Corp., *et al.*   :
                                               :
                        Debtors.               :          (Jointly Administered)
                                               :
-----------------------------------------------------------------x

## <u>ORDER GRANTING DEBTORS' THIRTY-FOURTH OMNIBUS OBJECTION TO CLAIMS</u>
### (Claims with Insufficient Documentation)

Upon the thirty-fourth omnibus objection to expunge certain claims, dated July 2,

2010 (the "**Thirty-Fourth Omnibus Objection to Claims**"),[1] of Motors Liquidation Company

(f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(collectively, the "**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the

"**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**"), and this Court's order approving procedures for the filing of omnibus

objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") [Docket

No. 4180], seeking entry of an order disallowing and expunging the Claims with Insufficient

Documentation on the grounds that such claims fail to provide sufficient documentation to

ascertain the validity of the claim, all as more fully described in the Thirty-Fourth Omnibus

Objection to Claims; and due and proper notice of the Thirty-Fourth Omnibus Objection to

Claims having been provided, and it appearing that no other or further notice need be provided;

and the Court having found and determined that the relief sought in the Thirty-Fourth Omnibus

---

[1]     Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such
terms in the Thirty-Fourth Omnibus Objection to Claims.

Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties

in interest and that the legal and factual bases set forth in the Thirty-Fourth Omnibus Objection

to Claims establish just cause for the relief granted herein; and after due deliberation and

sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Thirty-Fourth Omnibus Objection to

Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on **Exhibit "A"** annexed hereto under the heading "*Claims to be Disallowed and

Expunged*" are disallowed and expunged from the claims registry; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly

reserved with respect to, any claim listed on Exhibit A annexed to the Thirty-Fourth Omnibus

Objection to Claims under the heading "*Claims to be Disallowed and Expunged*" that is not

disallowed or expunged pursuant to this Order; and it is further

ORDERED that to the extent a disallowed and expunged claim is a workers'

compensation claim with respect to an employee residing or employed in any state other than the

states of Alabama, Georgia, New Jersey, and Oklahoma, the disallowance of such claim shall not

affect the claimant's rights to continue receiving benefits from General Motors, LLC (f/k/a

NGMCO, Inc.), the purchaser of substantially all the assets of General Motors Corporation; and

it is further

ORDERED that to the extent a disallowed and expunged claim is for principal

under a public debt security issued by the Debtors, the disallowance of such claim shall not

affect the right of the claimant to participate in recoveries as a holder of securities under any

proof of claim filed by an indenture trustee in respect of the subject issuance; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
_____, 2010

_____
United States Bankruptcy Judge

Thirty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| ADALBERT RINGLSTETTER<br>796 REEF POINT CIR<br><br>NAPLES, FL 34108 | 3619 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-4 |
| | | | Unliquidated | | |
| ALLSTATE INSURANCE COMPANY CLAIM 2426942112 PALM<br>ATTN DAVID LAUGHLIN<br>PO BOX 29500<br>ROANOKE, VA 24018 | 750 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$7,872.26   (U)<br>$7,872.26   (T) | Insufficient Documentation | Pgs. 1-4 |
| ALMA FLORMAN<br>200 EAST 57TH ST APT 17N<br><br>NEW YORK, NY 10022 | 3027 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-4 |
| | | | Unliquidated | | |
| ANDERSON, LONNIE<br>19456 CALDWELL ST<br><br>DETROIT, MI 48234 | 3928 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-4 |
| | | | Unliquidated | | |
| ANDREW DUDLEY<br>7740 BLACKBURN CT<br><br>REYNOLDSBURG, OH 43068 | 3615 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-4 |
| | | | Unliquidated | | |
| ANN B STILLMAN<br>65 REVERE PARK<br><br>NASHVILLE, TN 37205 | 5007 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-4 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| ANN E CRENSHAW<br>6710 CRANWOOD DR<br><br>FLINT, MI 48505 | 4611 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$611.00  (U)<br>$611.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| ARNETT, TIMOTHY<br>10330 MAIN ST<br><br>LEO, IN 46765 | 2278 | Motors Liquidation Company | $4,200.00  (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$4,200.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| BANKS, WESLEY P<br>613 BRIARWOOD TRL<br><br>JOSHUA, TX 76058 | 4635 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| BARNES, VIOLA F<br>2104 HALFORD ST<br><br>ANDERSON, IN 46016 | 3354 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| BENNY KONOSKI<br>14053 ELMS RD<br><br>MONTROSE, MI 48457 | 2732 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| BETTY M STRATTON<br>37 DAUNTON DR<br><br>ROCHESTER, NY 14624 | 2706 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| BETTY ROSS<br>20830 BETHLAWN BLVD<br><br>FERNDALE, MI 48220 | 3838 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| BETTY STRATTON<br>37 DAUNTON DR<br><br>ROCHESTER, NY 14624 | 2705 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| BODDIE-NOELL ENTERPRISES, INC<br>1021 NOELL LN<br><br>ROCKY MOUNT, NC 27804 | 2767 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| BOSLEY, RALPH W<br>5316 SKYE DR<br><br>NEW MIDDLETOWN, OH 44442 | 3869 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| BRAGG, DOLORES A<br>2407 W ENGEL RD<br><br>WEST BRANCH, MI 48661 | 2557 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| BRENDA BLAIR<br>PO BOX 310594<br><br>FLINT, MI 48531 | 4995 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 3

Thirty-Fourth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| BRENDA C BLAIR<br>PO BOX 310594<br><br>FLINT, MI 48531 | 4996 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| CAMILLA VOSMEIER<br>2322 OAK PARK DRIVE<br><br>RICHMOND, IN 47374 | 2408 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| CAROL BROWN<br>224 BOOTH AVE<br><br>LARIMORE, ND 58251 | 394 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$503.98  (U)<br>$503.98  (T) | Insufficient Documentation | Pgs. 1-4 |
| CAROLYN BATTISTE INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF KAREEM PETERS<br>ATTN THOMAS P WILLINGHAM, ALVIS & WILLINGHAM LLP<br>1400 URBAN CENTER DR SUITE 475<br>BIRMINGHAM, AL 35242 | 1535 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,000,000.00  (U)<br>$2,000,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| CAROLYN WALL<br>2796 HOPE ST<br><br>HUDSONVILLE, MI 49426 | 3797 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| CHARLES R MARTIN<br>1579 HOLLY HILL DR<br><br>BETHEL PARK, PA 15102 | 2747 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| DANIEL STEPPKE<br>3268 W 50TH ST<br><br>CLEVELAND, OH 44102 | 4183 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| DELEK AUTO CARE INC.<br>2876 S BUNDY DR<br><br>LOS ANGELES, CA 90064 | 3436 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| DOLORES BRAGG<br>2407 W ENGEL RD<br><br>WEST BRANCH, MI 48661 | 2558 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| DOROTHY S HAYWOOD<br>1508 PINEHURST DR<br><br>HIGH POINT, NC 27262 | 4324 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| DOX, FRANK D<br>20 CLIFTON DR<br><br>BOARDMAN, OH 44512 | 3031 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| DUDLEY, ANDREW R<br>7740 BLACKBURN CT<br><br>REYNOLDSBURG, OH 43068 | 3614 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| DUDLEY, ARIELLE P<br>7740 BLACKBURN CT<br><br>REYNOLDSBURG, OH 43068 | 3613 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| ESTATE OF DARLENE SAUER<br>C/O ATTORNEY RUSSELL T GOLLA<br>PO BOX 228<br>STEVENS POINT, WI 54481 | 677 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,000,000.00  (U)<br>$2,000,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| ESTELLA CHAPA IND AS REP OF THE ESTATE OF CESAR CHAPA DECEASED AND ANF OF CARIS CHAPA<br>C/O WATTS GUERRA CRAFT LLP<br>2402 DUNLAVY ST, SUITE 300<br>HOUSTON, TX 77006 | 130 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,500,000.00  (U)<br>$2,500,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| EWING W EGNER JR.<br>20497 BOURASSA AVE<br><br>BROWNSTOWN TWP, MI 48183 | 3837 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| FLOYD K ABRAHAMSON & VERA L ABRAHAMSON<br>1250 WINSOR DR #111<br><br>BROOKINGS, SD 57006 | 3937 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| FREDERICK G MILES<br>44 DARTHMOUTH ST<br><br>BUFFALO, NY 14215 | 963 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$12,000.00  (U)<br>$12,000.00  (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| GAMBLE, BARBARA J<br>435 IRWIN AVE<br><br>PONTIAC, MI 48341 | 4871 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$1,500,000.00  (U)<br>$1,500,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| GARY COLBURN<br>639 NOTRE DAME AVE<br><br>YOUNGSTOWN, OH 44515 | 4520 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| GEORGE DAVID SHERICK<br>2030 CHESTER BLVD #15B<br><br>RICHMOND, IN 47324 | 3910 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| GEORGE F SEYK<br>LIANE H SEYK<br>1451 LITTLE MOOSE LN<br>NORTHBROOK, IL 60062 | 4192 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| GRAHAM, JAMES H<br>240 LISA CT<br><br>BOILING SPRINGS, SC 29316 | 3953 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| GRIMMWAY FARMS<br>6900 MOUNTAIN VIEW RD<br><br>BAKERSFIELD, CA 93307 | 3600 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$6,000.00  (U)<br>$6,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| HAYES K LEMMOND & ETHEL N LEMMOND JTWROS 1602 PENN ROAD SW HARTSELLE, AL 35640 | 2879 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| HAYS, MICHAEL R 5164 JIMTOWN RD E PALESTINE, OH 44413 | 3875 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| IVY, JUANITA 18075 MAINE ST DETROIT, MI 48234 | 5056 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| J COLVIN & A COLVIN CO-TTEE COLVIN REVOCABLE TRUST U/T/A DTD 07/07/1985 2722 CIRCLE DR NEWPORT BEACH, CA 92663 | 4850 | Motors Liquidation Company | $0.00   (S) $0.00   (A) $0.00   (P) $25,000.00   (U) $25,000.00   (T) | Insufficient Documentation | Pgs. 1-4 |
| JAMES KELLMANN 18353 S FRONTIER RD PEEPLES VALLEY, AZ 86332 | 3627 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| JANE POZNAK 10 SMITH MANOR DRIVE UNIT 406 WEST ORANGE, NJ 07052 | 2470 | Motors Liquidation Company | $0.00   (S) $0.00   (A) $0.00   (P) $10,000.00   (U) $10,000.00   (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG), Jointly Administered

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| JARVIE, FLORENCE E<br>749 PUTNAM AVE<br><br>LAWRENCEVILLE, NJ 08648 | 4771 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| JEAN T ROSSI<br>2030 CHESTER BLVD<br><br>RICHMOND, IN 47374 | 2406 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| JEFF & ELIZABETH LECROY<br>WATTS GUERRA CRAFT LLP<br>2402 DUNLAVY ST<br>SUITE 300<br>HOUSTON, TX 77006 | 122 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,000,000.00  (U)<br>$3,000,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| JOHN P OLSON<br>ATTN MICHAEL C SHEPARD<br>THE SHEPARD LAW FIRM PC<br>10 HIGH ST<br>BOSTON, MA 02110 | 1600 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$250,000.00  (U)<br>$250,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| KENNETH SCHUTTE<br>2796 HOPE ST<br><br>HUDSONVILLE, MI 49426 | 3798 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| KONOSKI, BENNY E<br>14053 ELMS RD<br><br>MONTROSE, MI 48457 | 2731 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| LARRY J MINAR<br>9249 BAUMGART RD<br><br>EVANSVILLE, IN 47725<br>UNITED STATES OF AMERICA | 4465 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| LINDA SZEJNA<br>C/O ATTORNEY RUSSELL T GOLLA<br>PO BOX 228<br>STEVENS POINT, WI 54481 | 655 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$16,000,000.00  (U)<br>$16,000,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| MARY E DOWLER<br>201 E VINE ST<br><br>LIBERTY, IN 47353 | 2409 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| MARY F HULL<br>1220 DEPOT 406<br><br>GLENVIEW, IL 60025 | 2889 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$10,000.00  (U)<br>$10,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| MCCOLLUM, ANNA E<br>2417 YOUNGSTOWN LOCKPORT RD<br><br>RANSOMVILLE, NY 14131 | 3606 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Fourth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| MICHAEL HAYS<br>5164 JIMTOWN RD<br><br>E PALESTINE, OH 44413 | 3874 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| MILLER, WALTER H<br>8840 CR 622A<br><br>BUSHNELL, FL 33513 | 4895 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| MONTSERRAT TREJO VELASQUEZ<br>ATTN JERRY GUERRA<br>LAW OFFICES OF JERRY GUERRA P C<br>555 N CARANCAHUA SUITE 200<br>CORPUS CHRISTI, TX 78478 | 1051 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$3,500,000.00  (U)<br>$3,500,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| MORAN, VERA WILLIAMS<br>RR 1 BOX 121A<br><br>HAMBLETON, WV 26269 | 4345 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$240,000.00  (P)<br>$0.00   (U)<br>$240,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| MSB FBO ROBERT POZNAK &<br>JANE POZNAK JT TEN<br>10 SMITH MANOR BLVD UNIT 406<br>WEST ORANGE, NJ 07052 | 2469 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$15,000.00  (U)<br>$15,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| NANCY R MORRISON<br>126 WELLESLEY DR<br><br>NEWPORT NEWS, VA 23606 | 3833 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| NORMAN & SONDRA KAY JT-TEN<br>7301 COVENTRY AVE. APT 502<br><br>MELROSE PARK, PA 19027 | 3912 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1–4 |
| NOWAK, CLEMENTINE C<br>2129 HIGHWAY 33<br><br>HAMILTON, NJ 08690 | 2885 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1–4 |
| PATRICIA E FANNING<br>628 BRYANT AVE<br><br>TEANECK, NJ 07666 | 4879 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$225.00  (U)<br>$225.00  (T) | Insufficient Documentation | Pgs. 1–4 |
| PATRICIA HAWKINS<br>1710 ARTHUR DR NW<br><br>WARREN, OH 44485 | 3873 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1–4 |
| PAUL GIBBY<br>344 NO 1115TH ST APT 3E<br><br>POCATELLO, ID 83201 | 2940 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1–4 |
| RAGSDALE RAYMOND LEE<br>RAGSDALE, RAYMOND LEE<br>4528 SOUTH SHERIDAN SUITE 103<br>TULSA, OK 74145 | 3890 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$50,000.00  (U)<br>$50,000.00  (T) | Insufficient Documentation | Pgs. 1–4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| RALPH BOSLEY<br>5316 SKYE DR<br><br>NEW MIDDLETOWN, OH 44442 | 3870 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| REDRICK, GLENDA D<br>1007 ORLO DR NW<br><br>WARREN, OH 44485 | 3879 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| RICHARD C FIRSCHING<br>941 OLD HICKORY RD<br><br>PITTSBURGH, PA 15243 | 2749 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| RICHTER RUTH E<br>4741 STATE ROAD 54 W<br><br>SPRINGVILLE, IN 47462 | 4883 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| RINGLSTETTER, ADALBERT B<br>796 REEF POINT CIR<br><br>NAPLES, FL 34108 | 3618 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| ROBERT W SAWYER CO-<br>MARGARET A SAWYER CO-<br>1857 WILDWOOD RD<br>TOLEDO, OH 43614 | 3903 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$5,005.00   (U)<br>$5,005.00   (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Fourth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| ROGER NEWELL<br>5952 PHELPS CT<br><br>OTTER LAKE, MI 48464 | 1906 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| RON F ROQUE AND PATRICIA ROQUE CO TRUSTESS FOR RON ROQUE TRUST<br>5509 PATTIE LN<br>LOUISVILLE, KY 40219 | 4986 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000.00  (U)<br>$10,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| ROSS, BETTY L<br>20830 BETHLAWN BLVD<br><br>FERNDALE, MI 48220 | 3839 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| ROY, JOHN R<br>110 WINDERMERE RD<br><br>LOCKPORT, NY 14094 | 4716 | Motors Liquidation Company | $468.69  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$468.69  (T) | Insufficient Documentation | Pgs. 1-4 |
| RUDOLPH COHEN AND<br>GENIA B TISHMAN JTWROS<br>3109 OLD POST DR<br>BALTIMORE, MD 21208 | 1770 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| SCHNEIDER DAVID<br>SCHNEIDER, DAVID<br>ELIAS SCHNEIDER<br>49 W PROSPECT ST<br>E BRUNSWICK, NJ 08816 | 2347 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SCHUTTE, KENNETH J<br>2796 HOPE ST<br><br>HUDSONVILLE, MI 49426 | 3799 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| SLEDZ, MARIA<br>3529 WILLIAMSON RD<br><br>SAGINAW, MI 48601 | 3930 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| SLEDZ, MIKOLAJ<br>3529 WILLIAMSON RD<br><br>SAGINAW, MI 48601 | 3929 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| STEPHEN CLAY, SR.<br>203 FULTON ST.<br><br>BROOKHAVEN, MS 39601 | 4174 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| STEPHEN P KAPLAN<br>1214 BOBWHITE COURT<br><br>PUNTA GORDA, FL 33950 | 5300 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| STEPPKE, DANIEL H<br>3268 W 50TH ST<br><br>CLEVELAND, OH 44102 | 4184 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| THERESA MARTIN<br>1579 HOLLY HILL DR<br><br>BETHEL PARK, PA 15102 | 2748 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| THOMAS P WEBB<br>21 HIGHLAND PLACE<br><br>MAPLEWOOD, NJ 07040 | 3939 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| TOWNSEND, JAMIE E<br>3621 BROWNELL BOULEVARD<br><br>FLINT, MI 48504 | 4617 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| WALTER H GUTMAN<br>1200 KING ST APT 455<br><br>RYE BROOK, NY 10573 | 4136 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| WESSINGER JAMES B MD PC<br>4277 OKEMOS RD STE 100<br><br>OKEMOS, MI 48864 | 2926 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| WIGGINS, JOHN E<br>101 STOCKDALE ST<br><br>FLINT, MI 48503 | 1811 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000.00  (U)<br>$10,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| WILLIAM A KRAUS<br>CHRISTINA E KRAUS<br>1585 HOLLY HILL DR<br>BETHEL PARK, PA 15102 | 2762 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1–4 |
| WILLIAM MCKEE<br>44 SOUTH ST<br>THREE RIVERS, MA 01080 | 3841 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1–4 |
| WILSON JR, HERBERT<br>525 LAZY WILLOW LN<br>LAWRENCEVILLE, GA 30044 | 2721 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1–4 |
| WYLLA RAMSEY<br>ATTN: E TODD TRACY<br>THE TRACY FIRM<br>5473 BLAIR RD, SUITE 200<br>DALLAS, TX 75231 | 16 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$5,000,000.00  (U)<br>$5,000,000.00  (T) | Insufficient Documentation | Pgs. 1–4 |
| **Claims to be Disallowed and Expunged Totals** | **99** | | **$4,668.69**   (S)<br>**$0.00**   (A)<br>**$240,000.00**   (P)<br>**$36,912,217.24**  (U)<br>**$37,156,885.93**  (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.