> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                      :
In re                                 :    Chapter 11 Case No.
                                      :
MOTORS LIQUIDATION COMPANY, et al.,   :    09-50026 (REG)
     f/k/a General Motors Corp., et al. :
                                      :
                    Debtors.          :    (Jointly Administered)
                                      :
-------------------------------------------------------------x
```

## NOTICE OF DEBTORS' THIRTY-FIFTH OMNIBUS OBJECTION TO CLAIMS
### (Claims with Insufficient Documentation)

      **PLEASE TAKE NOTICE** that on July 2, 2010, Motors Liquidation Company

(f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (the

"**Debtors**"), filed their thirty-fifth omnibus objection to expunge certain claims (the "**Thirty-**

**Fifth Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the

Thirty-Fifth Omnibus Objection to Claims will be held before the Honorable Robert E. Gerber,

United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the

Southern District of New York, One Bowling Green, New York, New York 10004, on **August 6,**

**2010 at 9:45 a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

                **PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE THIRTY-FIFTH OMNIBUS OBJECTION TO CLAIMS TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN EXHIBIT "A" ANNEXED THERETO.**

                **PLEASE TAKE FURTHER NOTICE** that any responses to the Thirty-Fifth

Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of

Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the

Bankruptcy Court (a) electronically in accordance with General Order M-242 (which can be

found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system,

and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document

Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard

copy delivered directly to Chambers), in accordance with General Order M-182 (which can be

found at www.nysb.uscourts.gov), and served in accordance with General Order M-242, and on

(i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New

York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky,

Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 500 Renaissance Center, Suite 1400,

Detroit, Michigan 48243 (Attn: Ted Stenger); (iii) General Motors, LLC, 400 Renaissance

Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader,

Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World

Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United

States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington,

D.C. 20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export

Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael

J. Edelman, Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP,

attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New

York, New York 10036 (Attn:  Thomas Moers Mayer, Esq., Amy Caton, Esq., Lauren

Macksoud, Esq., and Jennifer Sharret, Esq.); (viii) the Office of the United States Trustee for the

Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004

(Attn: Diana G. Adams, Esq.); (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street,

Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler,

Esq.); (x) Caplin & Drysdale, Chartered, attorneys for the official committee of unsecured

creditors holding asbestos-related claims, 375 Park Avenue, 35th Floor, New York, New York

10152-3500 (Attn:  Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle,

N.W., Suite 1100, Washington, DC 20005 (Attn:  Trevor W. Swett III, Esq. and Kevin C.

Maclay, Esq.); and (xi) Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation,

attorneys for Dean M. Trafelet in his capacity as the legal representative for future asbestos

personal injury claimants, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn:  Sander L.

Esserman, Esq. and Robert T. Brousseau, Esq.), so as to be received no later than **July 30, 2010

at 4:00 p.m. (Eastern Time)** (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and

served with respect to the Thirty-Fifth Omnibus Objection to Claims or any claim set forth

thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an

order substantially in the form of the proposed order annexed to the Thirty-Fifth Omnibus

Objection to Claims, which order may be entered with no further notice or opportunity to be

heard offered to any party.

Dated: New York, New York
       July 2, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                          :
In re                                     :      Chapter 11 Case No.
                                          :
MOTORS LIQUIDATION COMPANY, et al.,       :      09-50026 (REG)
         f/k/a General Motors Corp., et al.  :
                                          :
                           Debtors.       :      (Jointly Administered)
                                          :
-------------------------------------------------------------x
```

## DEBTORS' THIRTY-FIFTH OMNIBUS OBJECTION TO CLAIMS
### (Claims with Insufficient Documentation)

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.
CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE
EXHIBIT ANNEXED TO THIS OBJECTION.**

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully

represent:

## **Relief Requested**

1.      The Debtors file this thirty-fifth omnibus objection to certain claims (the

"**Thirty-Fifth Omnibus Objection to Claims**"), pursuant to section 502(b) of title 11, United

States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy

Procedure (the "**Bankruptcy Rules**"), this Court's order approving procedures for the filing of

omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**")

[Docket No. 4180], and this Court's order approving the procedures relating to the filing of

proofs of claim (the "**Bar Date Order**") [Docket No. 4079], seeking entry of an order

disallowing and expunging the claims listed on **Exhibit "A"** annexed hereto.[1]

2.      The Debtors have examined the proofs of claim identified on Exhibit "A"

and have made every effort to ascertain the validity of such claims.  In fact, prior to the filing of

this Thirty-Fifth Omnibus Objection to Claims, the Debtors sent a letter to each of the claimants

listed on Exhibit "A" requesting information that would permit the Debtors to understand the

basis and nature of the their respective proofs of claim.  To date, the Debtors have not received

any response.

3.      After careful review, the Debtors have determined that the proofs of claim

listed under the heading "*Claims to be Disallowed and Expunged*" (collectively, the "**Claims**

**with Insufficient Documentation**") fail to provide sufficient documentation to ascertain the

validity of such claims.  Pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rule

---

[1]      Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab.  Creditors without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City Group, Inc. at 1-703-286-6401.

3007, and the Bar Date Order, the Debtors seek entry of an order disallowing and expunging

from the claims register the Claims with Insufficient Documentation.  Further, the Debtors

reserve all of their rights to object on any other basis to any Claims with Insufficient

Documentation as to which the Court does not grant the relief requested herein.

### Jurisdiction

4.       This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

### Background

5.       On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**Realm/Encore Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Case Number 09-50026 (REG).  On September 15, 2009,

the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs,

which were amended on October 4, 2009.  On October 15, 2009, the Realm/Encore Debtors filed

their schedules of assets and liabilities and statements of financial affairs.

6.       On September 16, 2009, this Court entered an order [Docket No. 4079]

establishing November 30, 2009 as the deadline for each person or entity to file a proof of claim

in the Initial Debtors' cases, including governmental units.  On December 2, 2009, this Court

entered an order [Docket No. 4586] establishing February 1, 2010 as the deadline for each

---

[2]       The Initial Debtors are Motors Liquidation Company (f/k/a General Motors Corporation), MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3]       The Realm/Encore Debtors are Remediation and Liability Management Company, Inc., and Environmental Corporate Remediation Company, Inc.

person or entity to file a proof of claim in the Realm/Encore Debtors' cases (except

governmental units, as defined in section 101(27) of the Bankruptcy Code, for which the Court

established April 16, 2010 as the deadline to file proofs of claim).

       7.    Furthermore, on October 6, 2009, this Court entered the Procedures Order,

which authorizes the Debtors, among other things, to file omnibus objections to no more than

100 claims at a time, under various grounds, including those set forth in Bankruptcy Rule

3007(d) and those additional grounds set forth in the Procedures Order.

### The Relief Requested Should Be Approved by the Court

       8.    A proof of claim *must* "set forth the facts necessary to support the claim"

for it to receive the prima facie validity accorded under the Bankruptcy Rules.  *In re Chain*, 255

B.R. 278, 280 (Bankr. D. Conn. 2000) (internal quotation omitted); *In re Marino*, 90 B.R. 25, 28

(Bankr. D. Conn. 1988); *see Ashford v. Consol. Pioneer Mortgage*, 178 B.R. 222, 226 (B.A.P.

9th Cir. 1995), aff'd , 91 F.3d 151 (9th Cir. 1996); *In re Allegheny Int'l, Inc.*, 954 F.2d 167, 173-

74 (3d Cir. 1992).  Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a

claim may not be allowed to the extent that "such claim is unenforceable against the debtor and

property of the debtor, under any agreement or applicable law."  11 U.S.C. § 502(b)(1).

       9.    The Claims with Insufficient Documentation fall far short of the standard

unambiguously required in the Bar Date Order.  Indeed, the Bar Date Order, requires, among

other things, that a proof of claim must "set forth with specificity the legal and factual basis for

the alleged [c]laim [and] include supporting documentation or an explanation as to why such

documentation is not available.  (Bar Date Order at 2.)[4]

---

[4]    Notices of the Bar Date Order contained express references to this requirement.

10.     The Debtors have examined the proofs of claim identified on Exhibit "A" and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed and Expunged*" do not include sufficient documentation to ascertain the nature or validity of these claims.  Thus, the Debtors request that the Court disallow and expunge in their entirety the Claims with Insufficient Documentation.

### Notice

11.     Notice of this Thirty-Fifth Omnibus Objection to Claims has been provided to each claimant listed on Exhibit "A" and parties in interest in accordance with the Third Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures, dated April 29, 2010 [Docket No. 5670].

12.     No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the relief requested herein and such other and further relief as is just.

Dated: New York, New York
       July 2, 2010

                                    /s/ Joseph H. Smolinsky
                                    Harvey R. Miller
                                    Stephen Karotkin
                                    Joseph H. Smolinsky

                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone: (212) 310-8000
                                    Facsimile: (212) 310-8007

                                    Attorneys for Debtors
                                    and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                             :
In re                                                        :          **Chapter 11 Case No.**
                                                             :
**MOTORS LIQUIDATION COMPANY,** *et al.,*                    :          **09-50026 (REG)**
    **f/k/a General Motors Corp.,** *et al.*  :
                                                             :
       **Debtors.**          :          **(Jointly Administered)**
                                                             :
-------------------------------------------------------------x


## ORDER GRANTING DEBTORS' THIRTY-FIFTH OMNIBUS OBJECTION TO CLAIMS
### (Claims with Insufficient Documentation)

Upon the thirty-fifth omnibus objection to expunge certain claims, dated July 2,

2010 (the "**Thirty-Fifth Omnibus Objection to Claims**"),[1] of Motors Liquidation Company

(f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(collectively, the "**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the

"**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**"), and this Court's order approving procedures for the filing of omnibus

objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") [Docket

No. 4180], seeking entry of an order disallowing and expunging the Claims with Insufficient

Documentation on the grounds that such claims fail to provide sufficient documentation to

ascertain the validity of the claim, all as more fully described in the Thirty-Fifth Omnibus

Objection to Claims; and due and proper notice of the Thirty-Fifth Omnibus Objection to Claims

having been provided, and it appearing that no other or further notice need be provided; and the

Court having found and determined that the relief sought in the Thirty-Fifth Omnibus Objection

---

[1]    Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such
terms in the Thirty-Fifth Omnibus Objection to Claims.

to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Thirty-Fifth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Thirty-Fifth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on **Exhibit "A"** annexed hereto under the heading "*Claims to be Disallowed and Expunged*" are disallowed and expunged from the claims registry; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object on any basis are expressly reserved with respect to, any claim listed on Exhibit A annexed to the Thirty-Fifth Omnibus Objection to Claims under the heading "*Claims to be Disallowed and Expunged*" that is not disallowed or expunged pursuant to this Order; and it is further

ORDERED that to the extent a disallowed and expunged claim is a workers' compensation claim with respect to an employee residing or employed in any state other than the states of Alabama, Georgia, New Jersey, and Oklahoma, the disallowance of such claim shall not affect the claimant's rights to continue receiving benefits from General Motors, LLC (f/k/a NGMCO, Inc.), the purchaser of substantially all the assets of General Motors Corporation; and it is further

ORDERED that to the extent a disallowed and expunged claim is for principal under a public debt security issued by the Debtors, the disallowance of such claim shall not affect the right of the claimant to participate in recoveries as a holder of securities under any

proof of claim filed by an indenture trustee in respect of the subject issuance; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated:  New York, New York
         _____, 2010


                                                    _____
                                                    United States Bankruptcy Judge

Thirty-Fifth Omnibus Objection

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| ADAMS, ELMIRA<br>11804 S LOOMIS ST<br><br>CHICAGO, IL 60643 | 5571 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| AGNES SALAWAY REV.LIVING TRUST<br>AGNES SALAWAY TTEE<br>U/A/D 7/11/2000<br>9287 VISTA DEL LAGO<br>#13F<br>BOCA RATON, FL 33428 | 9685 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| ALAN D. CHAMBERLIN<br>TOD ACCOUNT<br>72 RUSTIC LEAF DR #7B<br>CAMDENTON, MO 65020 | 6588 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$2,500.00  (U)<br>$2,500.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| ALBERT WINKEL<br>ROISDORFERSTR 4<br>50969 KOLN GERMANY<br><br>GERMANY | 13155 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$30,000.00  (U)<br>$30,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| AMERSON, MARTHA<br>21314 PEMBROKE AVE<br><br>DETROIT, MI 48219 | 6043 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Fifth Omnibus Objection

## Exhibit A

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| ARLENE ELLANT<br>30 AMHURT RD<br><br>GREAT NECK, NY 11021 | 10268 | Motors Liquidation Company | $40,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$40,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| ARLINE DITCH<br>2100 18TH ST<br><br>MENOMINEE, MI 49858 | 9162 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| ARMENTOR ERIC<br>ARMENTOR, ERIC<br>ONE LAKESHORE DRIVE SUITE 1800<br>LAKE CHARLES, LA 70629 | 11402 | Motors Liquidation Company | $30,385.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,255.00  (U)<br>$34,640.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| ASCENCIO, MARION<br>3401 DALE AVE<br>C/O FRANCES ASCENCIO<br>FLINT, MI 48506 | 6046 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| AYERS, EDITH<br>PO BOX 455<br><br>BUCHANAN, VA 24066 | 11723 | Motors Liquidation Company | $150,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$150,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| BAY, ROGER D<br>4911 EMERY AVE<br><br>KANSAS CITY, MO 64136 | 8676 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$15,000.00  (U)<br>$15,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| BERGLUND, JODI<br>2848 VILAS LN<br><br>EAGAN, MN 55121 | 7224 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$104,000.00  (U)<br>$104,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| BORELLI, JOYCE A<br>4715 167TH ST<br><br>FLUSHING, NY 11358 | 6483 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$31,000.00  (U)<br>$31,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| BOUDREAUX CRAIG<br>BOUDREAUX, CRAIG<br>ONE LAKESHORE DRIVE SUITE 1800<br>LAKE CHARLES, LA 70629 | 11403 | Motors Liquidation Company | $15,310.94  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,904.06  (U)<br>$21,215.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| BRUCHHAUS DANE<br>ARCENEAUX, MARGARET<br>ONE LAKESHORE DRIVE SUITE 1800<br>LAKE CHARLES, LA 70629 | 11405 | Motors Liquidation Company | $20,567.49  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$20,567.49  (T) | Insufficient Documentation | Pgs. 1-4 |
| BURNS, ELEANORE T<br>237 MAIN ST STE 1015<br>C/O WILLIAM BERRY<br>BUFFALO, NY 14203 | 9449 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| BUTLER SR, LINDSEY R<br>PO BOX 1060<br><br>SUN, LA 70463 | 7434 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$15,500.00  (U)<br>$15,500.00  (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| CANTY SHAWN<br>CANTY, SHAWN<br>ONE LAKESHORE DRIVE SUITE 1800<br>LAKE CHARLES, LA 70629 | 11407 | Motors Liquidation Company | $19,714.46  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$9,540.46  (U)<br><br>$29,254.92  (T) | Insufficient Documentation | Pgs. 1-4 |
| CARL MILLER<br>1091 BUCKSKIN TRL<br>XENIA, OH 45385 | 6565 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| CHAVEZ, ALFREDO<br>13208 DUFFIELD AVE<br>LA MIRADA, CA 90638 | 12562 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| CHRISTA LECKEL<br>KONRAD ADENAUERSTR 36<br>D 69221 DOSSENHEIM<br>GERMANY | 10665 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$38,265.31  (U)<br><br>$38,265.31  (T) | Insufficient Documentation | Pgs. 1-4 |
| COREY H MARCO<br>UNITED STATES OF AMERICA | 11734 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$438.00  (U)<br><br>$438.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| DAVID E MORRIS<br>2804 PEDIGO PL<br>THOMPSONS STN, TN 37179 | 5573 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Thirty-Fifth Omnibus Objection**

# Exhibit A

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| DAVID MORRIS<br>2804 PEDIGO PL<br><br>THOMPSONS STN, TN 37179 | 5574 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| DILL, GEORGIA A<br>1614 N FRANKLIN AVE<br><br>FLINT, MI 48506 | 9692 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| DOLKOWSKI, JOSEPH H<br>4409 WING VIEW LANE<br><br>DAYTON, OH 45429 | 9155 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| DOLKOWSKI, MARJORIE<br>4409 WING VIEW LANE<br><br>DAYTON, OH 45429 | 9154 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| DONALD E DUKE<br>SHIRLEY SUE DUKE<br>2817 REEVESTON RD<br>RICHMOND, IN 47374 | 6039 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| DOROTHY M. BREWER<br>1435 SANTA SUSANA<br><br>HEMET, CA 92543 | 9798 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$315.00   (U)<br>$315.00   (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| | | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| DOUG M MOORE<br>JEAN A MOORE<br>16 LUMBERMEN WAY<br>SAGINAW, MI 48603 | 13670 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$10,000.00  (U)<br>$10,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| EDWIN J BAILEY JR<br>133 GWYN LYNN DR<br>WARMINSTER, PA 18974 | 10083 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| ELIZABETH BAINE<br>1634 ASHLEY PL<br>VANDALIA, OH 45377 | 5497 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| ELOISE JULIUS<br>3300 DARBY RD APT 3211<br>HAVERFORD, PA 19041 | 11721 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$20,000.00  (U)<br>$20,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| EUGENIA M BARFIELD<br>4924 BLUFFTON PKWY UNIT 21-306<br>BLUFFTON, SC 29910 | 9547 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| GABRIEL W WITT<br>PATRICIA J WITT<br>3954 AGATE ST<br>RIVERSIDE, CA 92509 | 13690 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Thirty-Fifth Omnibus Objection**

**Exhibit A**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| GEORGE ZAWACKI<br>263 CUMMINGS AVE SW<br><br>WALKER, MI 49534 | 6042 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| GEORGIA DILL<br>1614 N FRANKLIN AVE<br><br>FLINT, MI 48506 | 9693 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| GERALD E KRONK &<br>KAREN L KRONK TEN ENT<br>8975 MERTZTOWN ROAD<br>MERTZTOWN, PA 19539 | 6532 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| GERALD TAYLOR<br>3541 SAWMILL RD<br><br>GLENNIE, MI 48737 | 6281 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| GOODWIN, THELMA L<br>1259 S ANNABELLE ST<br><br>DETROIT, MI 48217 | 11055 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| HARRY W KERN<br>BETTY KERN<br>3212 NEWELL ST<br>SAN DIEGO, CA 92106 | 8396 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$280.80  (U)<br>$280.80  (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Thirty-Fifth Omnibus Objection**

## Exhibit A

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| HOSKINS, JOYCE<br>308 STATE RD N<br><br>MACKS CREEK, MO 65786 | 9276 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| HOVE, CURTIS J<br>PO BOX 1102<br><br>WINDER, GA 30680 | 6971 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| IRENE C BUSKEY & JAMES F BUSKEY JT TEN<br>4 ROOSEVELT CITY RD<br>WHITING, NJ 08759 | 10469 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,000.00  (U)<br>$20,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| JACK & DONNA DOBBS<br>8317 39TH AVE N<br><br>MINNEAPOLIS, MN 55427 | 11398 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| JACKSON, EVELYN<br>841 LANDSDOWNE AVE NW<br><br>WARREN, OH 44485 | 10484 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| JAMES ALBERT BENTON<br>1130 PITZER LN<br><br>WINSTON SALEM, NC 27106 | 7286 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$11,675.00  (U)<br>$11,675.00  (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Fifth Omnibus Objection

# Exhibit A

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| JANE K SELON<br>239A FRANKLIN AVE<br><br>BROOKVILLE, IN 47012 | 6843 | Motors Liquidation Company | <br><br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| JANENE LAPRATT-SKIBA<br>PO BOX 533<br><br>CARO, MI 48723 | 6389 | Motors Liquidation Company | <br><br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| JEANNE SUTOW<br>222 N NEWARK AVE<br><br>VENTNOR CITY, NJ 08406 | 13297 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,136.00  (U)<br>$5,136.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| JEFF D CLARK AND LISA JEANNE CLARK<br>3231 ATARI COURT<br><br>SAN DIEGO, CA 92117 | 10086 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$312.00  (U)<br>$312.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| JOE M AND MARILYN LEE<br>3913 OAK CREEK DR<br><br>NACOGDOCHES, TX 75965 | 9186 | Motors Liquidation Company | <br><br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| JOHN & GLORIA RANDAZZI<br>42 LEWIS DR<br><br>MAYS LANDING, NJ 08330 | 10080 | Motors Liquidation Company | <br><br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Fifth Omnibus Objection

**Exhibit A**

<u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| JOHN MAHONEY AND NANCY MAHONEY C/O HARRIS POWERS AND CUNNINGHAM PO BOX 13568 PHOENIX, AZ 85002 | 12546 | Motors Liquidation Company | $0.00   (S) $0.00   (A) $0.00   (P) $3,000,000.00  (U) $3,000,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| JONES, HAROLD 237 MAIN ST STE 1015 C/O LEGAL SERVICES FOR THE ELDERLY BUFFALO, NY 14203 | 9447 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| JOSE EVERARDO VILLALOBOS QUINTERO & MARIA DEL SOCORRO VARGAS DE VILLALOBOS CTO MISIONEROS #21 CD SATELITE NAUCALPAN EDO DE MEXICO 53100,MEXICO MEXICO | 13698 | Motors Liquidation Company | $0.00   (S) $0.00   (A) $0.00   (P) $125,000.00  (U) $125,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| JUAN B HERNANDEZ 17660 HERCULES ST HESPERIA, CA 92345 | 7730 | Motors Liquidation Company | $0.00   (S) $0.00   (A) $0.00   (P) $10,000.00  (U) $10,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| KAREN MILLER 1091 BUCKSKIN TRL XENIA, OH 45385 | 6566 | Motors Liquidation Company | $0.00   (S) $0.00   (A) $0.00   (P) $7,919.00  (U) $7,919.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| KENT Q AND DOROTHY L KREH 260 CARLYLE LAKE DR SAINT LOUIS, MO 63141 | 10517 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| KOEHLER, VIRGINIA J<br>813 E 79TH ST<br><br>INDIANAPOLIS, IN 46240 | 11494 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| LAPRATT-SKIBA, JANENE ANNE<br>PO BOX 533<br><br>CARO, MI 48723 | 6390 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| LAWRENCE A RANKIN & TRUDY C RANKIN<br>LAWRENCE A RANKIN &<br>TRUDY C RANKIN JT TEN<br>2659 HANDLEY BOULEVARD<br>LAKELAND, FL 33803 | 7053 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$540.00  (U)<br>$540.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| LEACH, DARRAL T<br>1808 GLOUCESTER PL<br><br>CLINTON, MS 39056 | 10363 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| LOTHAR WISSEL<br>JOCUGRIMERSTR 107<br>D 76764 RHEINZABERN<br><br>GERMANY | 9786 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$21,258.50  (U)<br>$21,258.50  (T) | Insufficient Documentation | Pgs. 1-4 |
| MASONIC LOW 12 CLUB OF<br>POLK COUNTY<br>P O BOX 8819<br>LAKELAND, FL 33806 | 10257 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$540.00  (U)<br>$540.00  (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| MEEKER, ERNEST E<br>203 FOXWORTH LN<br><br>SIMPSONVILLE, SC 29680 | 6041 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| MRS MARTHA B WILLS<br>1110 BLACKSHEAR RD<br><br>CORDELE, GA 31015 | 10087 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| NANCY BALDWIN<br>1099 S OCEAN BLVD<br>#106<br>BOCA RATON, FL 33432 | 10261 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| NATALIE BURKHARDT<br>106 WHITEHALL ST<br><br>STATEN ISLAND, NY 10306 | 13978 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| ORLAND SMITH<br>MARGARET G DAWSON-SMITH<br>25359 POTOMAC DR<br>SOUTH LYON, MI 48178 | 10511 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,700.00  (U)<br>$5,700.00  (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| PATRICIA J WITT<br>3954 AGATE<br><br>RIVERSIDE, CA 92509 | 13689 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| PATRICIA MC CUNE<br>4480 CLAGUE RD<br><br>NORTH OLMSTED, OH 44070 | 6275 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| PATRICK I FLETCHER<br>270 WILSON ST<br><br>STRUTHERS, OH 44471 | 7237 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| PROGRESSIVE INSURANCE COMPANIES<br>7201 CREEDMOOR RD STE 150<br><br>RALEIGH, NC 27613 | 5588 | Motors Liquidation Company | $22,396.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$22,396.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| RAMESH R GOSWAMI<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>6310 N POINT WAY<br>SACRAMENTO, CA 95831 | 11483 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Fifth Omnibus Objection

# Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| REGINA TOEDTMANN<br>KONSTANTINSTR 18 A<br>D 53179 BONN GERMANY<br><br>GERMANY | 9785 | Motors Liquidation Company | $0.00   (S)<br><br>$0.00   (A)<br><br>$0.00   (P)<br><br>$49,603.17  (U)<br><br>$49,603.17  (T) | Insufficient Documentation | Pgs. 1-4 |
| RICKEY CLARK<br>1961 JOY ST<br><br>SAGINAW, MI 48601 | 6279 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| RITA BURCH<br>237 MAIN ST STE 1015<br>LEGAL SERVICES FOR THE ELDERLY<br>BUFFALO, NY 14203 | 9448 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| ROBERT K HOFER AND JOYCE S HOFER<br>14060 CANE MILL ROAD<br><br>BROOKVILLE, IN 47012 | 6241 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| ROJEK, LOIS<br>1121 MARCIA DR<br><br>NORTH TONAWANDA, NY 14120 | 6992 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| ROMEALIA D MOORE<br>651 MILLER ST. SW<br><br>WARREN, OH 44485 | 9189 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| ROMEALIA MOORE<br>651 MILLER ST SW<br><br>WARREN, OH 44485 | 9188 | Motors Liquidation Company | <br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| RONALD JOHNSON<br>13611 LITTLE COVE RD<br><br>MERCERSBURG, PA 17236 | 5888 | Motors Liquidation Company | <br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| RONALD STOCKER<br>6435 JOHNSON RD<br><br>FLUSHING, MI 48433 | 7832 | Motors Liquidation Company | <br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| SAFECO INSURANCE COMPANY<br>CLAIM # 6553 5557 3020<br>PO BOX 461<br>ST LOUIS, MO 63166 | 12516 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$5,667.28   (U)<br>$5,667.28   (T) | Insufficient Documentation | Pgs. 1-4 |
| SPEARS, KATHLEEN D<br>26280 PRINCETON ST<br><br>INKSTER, MI 48141 | 5584 | Motors Liquidation Company | <br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| STEPHANIE CIARAMITARO<br>30588 LYNN CT<br><br>CHESTERFIELD TWP, MI 48051 | 5531 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| SWEENEY RHONDA<br>1540 COAL BANK ROAD<br><br>SHARON GROVE, KY 42280 | 12849 | Motors Liquidation Company | $500.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$500.00   (T) | Insufficient Documentation | Pgs. 1-4 |
| TABACHNICK, EMANUEL<br>STE 1015<br>237 MAIN STREET<br>BUFFALO, NY 14203 | 9446 | Motors Liquidation Company | <br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| TAYLOR, JUDY KAY<br>4525 CURDY RD<br><br>HOWELL, MI 48855 | 6994 | Motors Liquidation Company | <br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| THELMA GOODWIN<br>1259 S ANNABELLE ST<br><br>DETROIT, MI 48217 | 11054 | Motors Liquidation Company | <br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Fifth Omnibus Objection

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| THOMAS E KINDRED<br>WELLS FARGO ADVISORS LLC<br>JEFF TUCKER<br>2001 SW 17TH STREET<br>OCALA, FL 34474<br>UNITED STATES OF AMERICA | 5510 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| THRONSON, ROBERT H<br>7741 CEDAR RIDGE CT<br>FRANKLIN, WI 53132 | 6289 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| V. KATHLEEN MCLAUGHLIN IRA<br>FCC AS CUSTODIAN<br>22591 LANGE<br>ST CLAIR SHS, MI 48080 | 8801 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| VICTOR KORYCKI<br>CHRISTINE K KORYCKI<br>7405 IRONGATE RD<br>CANTON, MI 48187 | 11410 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| WALKER, EARLENE<br>9321 EMILY LN<br>MIDWEST CITY, OK 73130 | 5505 | MLCS, LLC | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| WILLIAM P WALL<br>3060 DOYLESVILLE RD<br><br>RICHMOND, KY 40475 | 12519 | Motors Liquidation Company | $0.00   (S)<br><br>$0.00   (A)<br><br>$0.00   (P)<br><br>$7,545.00  (U)<br><br>$7,545.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| ZELDA MESHBERG<br>C/O LOIS GANSHEROFF<br>605 MANAYUNK RD<br>BALA CYNWYD, PA 19004 | 10081 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| **Claims to be Disallowed and Expunged Totals** | **98** | | **$298,873.89**  (S)<br>**$0.00**  (A)<br>**$0.00**  (P)<br>**$3,557,894.58**  (U)<br>**$3,856,768.47**  (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.