> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                    :
In re                               :     Chapter 11 Case No.
                                    :
MOTORS LIQUIDATION COMPANY, et al.,  :     09-50026 (REG)
      f/k/a General Motors Corp., et al.   :
                                    :
                Debtors.             :     (Jointly Administered)
                                    :
------------------------------------------------------------x
```

## NOTICE OF DEBTORS' THIRTY-SIXTH OMNIBUS OBJECTION TO CLAIMS
### (Claims with Insufficient Documentation)

      **PLEASE TAKE NOTICE** that on July 2, 2010, Motors Liquidation Company

(f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (the

"**Debtors**"), filed their thirty-sixth omnibus objection to expunge certain claims (the "**Thirty-**

**Sixth Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the

Thirty-Sixth Omnibus Objection to Claims will be held before the Honorable Robert E. Gerber,

United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the

Southern District of New York, One Bowling Green, New York, New York 10004, on **August 6,**

**2010 at 9:45 a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

       **PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE THIRTY-SIXTH OMNIBUS OBJECTION TO CLAIMS TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN EXHIBIT "A" ANNEXED THERETO.**

       **PLEASE TAKE FURTHER NOTICE** that any responses to the Thirty-Sixth

Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of

Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the

Bankruptcy Court (a) electronically in accordance with General Order M-242 (which can be

found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system,

and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document

Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard

copy delivered directly to Chambers), in accordance with General Order M-182 (which can be

found at www.nysb.uscourts.gov), and served in accordance with General Order M-242, and on

(i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New

York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky,

Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 500 Renaissance Center, Suite 1400,

Detroit, Michigan 48243 (Attn: Ted Stenger); (iii) General Motors, LLC, 400 Renaissance

Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader,

Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World

Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United

States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington,

D.C. 20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export

Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael

J. Edelman, Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP,

attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New

York, New York 10036 (Attn:  Thomas Moers Mayer, Esq., Amy Caton, Esq., Lauren

Macksoud, Esq., and Jennifer Sharret, Esq.); (viii) the Office of the United States Trustee for the

Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004

(Attn: Diana G. Adams, Esq.); (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street,

Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler,

Esq.); (x) Caplin & Drysdale, Chartered, attorneys for the official committee of unsecured

creditors holding asbestos-related claims, 375 Park Avenue, 35th Floor, New York, New York

10152-3500 (Attn:  Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle,

N.W., Suite 1100, Washington, DC 20005 (Attn:  Trevor W. Swett III, Esq. and Kevin C.

Maclay, Esq.); and (xi) Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation,

attorneys for Dean M. Trafelet in his capacity as the legal representative for future asbestos

personal injury claimants, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn:  Sander L.

Esserman, Esq. and Robert T. Brousseau, Esq.), so as to be received no later than **July 30, 2010

at 4:00 p.m. (Eastern Time)** (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and

served with respect to the Thirty-Sixth Omnibus Objection to Claims or any claim set forth

thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an

order substantially in the form of the proposed order annexed to the Thirty-Sixth Omnibus

Objection to Claims, which order may be entered with no further notice or opportunity to be

heard offered to any party.

Dated: New York, New York
     July 2, 2010

                         /s/ Joseph H. Smolinsky
                         Harvey R. Miller
                         Stephen Karotkin
                         Joseph H. Smolinsky

                         WEIL, GOTSHAL & MANGES LLP
                         767 Fifth Avenue
                         New York, New York 10153
                         Telephone: (212) 310-8000
                         Facsimile: (212) 310-8007

                         Attorneys for Debtors
                         and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                       :
In re                                  :        Chapter 11 Case No.
                                       :
MOTORS LIQUIDATION COMPANY, et al.,    :        09-50026 (REG)
        f/k/a General Motors Corp., et al.    :
                                       :
                       Debtors.        :        (Jointly Administered)
                                       :
-------------------------------------------------------------x
```

## DEBTORS' THIRTY-SIXTH OMNIBUS OBJECTION TO CLAIMS
### (Claims with Insufficient Documentation)

---

THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.
CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE
EXHIBIT ANNEXED TO THIS OBJECTION.

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully

represent:

## <u>Relief Requested</u>

1.        The Debtors file this thirty-sixth omnibus objection to certain claims (the "**Thirty-Sixth Omnibus Objection to Claims**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") [Docket No. 4180], and this Court's order approving the procedures relating to the filing of proofs of claim (the "**Bar Date Order**") [Docket No. 4079], seeking entry of an order disallowing and expunging the claims listed on **Exhibit "A"** annexed hereto.[1]

2.        The Debtors have examined the proofs of claim identified on Exhibit "A" and have made every effort to ascertain the validity of such claims.  In fact, prior to the filing of this Thirty-Sixth Omnibus Objection to Claims, the Debtors sent a letter to each of the claimants listed on Exhibit "A" requesting information that would permit the Debtors to understand the basis and nature of the their respective proofs of claim.  To date, the Debtors have not received any response.

3.        After careful review, the Debtors have determined that the proofs of claim listed under the heading "*Claims to be Disallowed and Expunged*" (collectively, the "**Claims with Insufficient Documentation**") fail to provide sufficient documentation to ascertain the validity of such claims.  Pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rule

---

[1]        Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab.  Creditors without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City Group, Inc. at 1-703-286-6401.

3007, and the Bar Date Order, the Debtors seek entry of an order disallowing and expunging

from the claims register the Claims with Insufficient Documentation.  Further, the Debtors

reserve all of their rights to object on any other basis to any Claims with Insufficient

Documentation as to which the Court does not grant the relief requested herein.

### Jurisdiction

4.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

### Background

5.      On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**Realm/Encore Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Case Number 09-50026 (REG).  On September 15, 2009,

the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs,

which were amended on October 4, 2009.  On October 15, 2009, the Realm/Encore Debtors filed

their schedules of assets and liabilities and statements of financial affairs.

6.      On September 16, 2009, this Court entered an order [Docket No. 4079]

establishing November 30, 2009 as the deadline for each person or entity to file a proof of claim

in the Initial Debtors' cases, including governmental units.  On December 2, 2009, this Court

entered an order [Docket No. 4586] establishing February 1, 2010 as the deadline for each

---

[2]      The Initial Debtors are Motors Liquidation Company (f/k/a General Motors Corporation), MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3]      The Realm/Encore Debtors are Remediation and Liability Management Company, Inc., and Environmental Corporate Remediation Company, Inc.

person or entity to file a proof of claim in the Realm/Encore Debtors' cases (except

governmental units, as defined in section 101(27) of the Bankruptcy Code, for which the Court

established April 16, 2010 as the deadline to file proofs of claim).

    7.  Furthermore, on October 6, 2009, this Court entered the Procedures Order,

which authorizes the Debtors, among other things, to file omnibus objections to no more than

100 claims at a time, under various grounds, including those set forth in Bankruptcy Rule

3007(d) and those additional grounds set forth in the Procedures Order.

## The Relief Requested Should Be Approved by the Court

    8.  A proof of claim *must* "set forth the facts necessary to support the claim"

for it to receive the prima facie validity accorded under the Bankruptcy Rules. *In re Chain*, 255

B.R. 278, 280 (Bankr. D. Conn. 2000) (internal quotation omitted); *In re Marino*, 90 B.R. 25, 28

(Bankr. D. Conn. 1988); *see Ashford v. Consol. Pioneer Mortgage*, 178 B.R. 222, 226 (B.A.P.

9th Cir. 1995), aff'd , 91 F.3d 151 (9th Cir. 1996); *In re Allegheny Int'l, Inc.*, 954 F.2d 167, 173-

74 (3d Cir. 1992).  Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a

claim may not be allowed to the extent that "such claim is unenforceable against the debtor and

property of the debtor, under any agreement or applicable law."  11 U.S.C. § 502(b)(1).

    9.  The Claims with Insufficient Documentation fall far short of the standard

unambiguously required in the Bar Date Order.  Indeed, the Bar Date Order, requires, among

other things, that a proof of claim must "set forth with specificity the legal and factual basis for

the alleged [c]laim [and] include supporting documentation or an explanation as to why such

documentation is not available.  (Bar Date Order at 2.)[4]

---

[4]  Notices of the Bar Date Order contained express references to this requirement.

10.    The Debtors have examined the proofs of claim identified on Exhibit "A" and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed and Expunged*" do not include sufficient documentation to ascertain the nature or validity of these claims.  Thus, the Debtors request that the Court disallow and expunge in their entirety the Claims with Insufficient Documentation.

### Notice

11.    Notice of this Thirty-Sixth Omnibus Objection to Claims has been provided to each claimant listed on Exhibit "A" and parties in interest in accordance with the Third Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures, dated April 29, 2010 [Docket No. 5670].

12.    No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the relief requested herein and such other and further relief as is just.

Dated:  New York, New York
          July 2, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                    :

In re                        :          **Chapter 11 Case No.**
                    :

**MOTORS LIQUIDATION COMPANY,** *et al.,*   :         **09-50026 (REG)**
     **f/k/a General Motors Corp.,** *et al.*     :
                    :

              **Debtors.**     :          **(Jointly Administered)**
                    :
---------------------------------------------------------------x

## <u>ORDER GRANTING DEBTORS' THIRTY-SIXTH OMNIBUS OBJECTION TO CLAIMS</u>
### (Claims with Insufficient Documentation)

Upon the thirty-sixth omnibus objection to expunge certain claims, dated July 2,

2010 (the "**Thirty-Sixth Omnibus Objection to Claims**"),[1] of Motors Liquidation Company

(f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(collectively, the "**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the

"**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**"), and this Court's order approving procedures for the filing of omnibus

objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") [Docket

No. 4180], seeking entry of an order disallowing and expunging the Claims with Insufficient

Documentation on the grounds that such claims fail to provide sufficient documentation to

ascertain the validity of the claim, all as more fully described in the Thirty-Sixth Omnibus

Objection to Claims; and due and proper notice of the Thirty-Sixth Omnibus Objection to Claims

having been provided, and it appearing that no other or further notice need be provided; and the

Court having found and determined that the relief sought in the Thirty-Sixth Omnibus Objection

---
[1]      Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Thirty-Sixth Omnibus Objection to Claims.

to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest

and that the legal and factual bases set forth in the Thirty-Sixth Omnibus Objection to Claims

establish just cause for the relief granted herein; and after due deliberation and sufficient cause

appearing therefor, it is

ORDERED that the relief requested in the Thirty-Sixth Omnibus Objection to

Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on **Exhibit "A"** annexed hereto under the heading "*Claims to be Disallowed and

Expunged*" are disallowed and expunged from the claims registry; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly

reserved with respect to, any claim listed on Exhibit A annexed to the Thirty-Sixth Omnibus

Objection to Claims under the heading "*Claims to be Disallowed and Expunged*" that is not

disallowed or expunged pursuant to this Order; and it is further

ORDERED that to the extent a disallowed and expunged claim is a workers'

compensation claim with respect to an employee residing or employed in any state other than the

states of Alabama, Georgia, New Jersey, and Oklahoma, the disallowance of such claim shall not

affect the claimant's rights to continue receiving benefits from General Motors, LLC (f/k/a

NGMCO, Inc.), the purchaser of substantially all the assets of General Motors Corporation; and

it is further

ORDERED that to the extent a disallowed and expunged claim is for principal

under a public debt security issued by the Debtors, the disallowance of such claim shall not

affect the right of the claimant to participate in recoveries as a holder of securities under any

proof of claim filed by an indenture trustee in respect of the subject issuance; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.


Dated: New York, New York
         _____, 2010


                         _____
                         United States Bankruptcy Judge

Thirty-Sixth Omnibus Objection

# Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| ALDRICH, KENNETH B<br>2332 W ROOSEVELT RD<br><br>PERRINTON, MI 48871 | 14274 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| ALLEN, PAMELA A<br>PO BOX 1154<br><br>DEARBORN HEIGHTS, MI 48127 | 26603 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| ANICA SUMIGA<br>ANICA SUMIGA MATIJA GUPCA 18<br>CROATIA   31221 FOSIPOVAC<br><br>CROATIA | 14795 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| BARNEY T MILLER &<br>ANN L MILLER JT TEN<br>18 DOVER ROAD<br>NORTH HAVEN, CT 06473 | 14744 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| BEDWELL CARMEN<br>BEDWELL, CARMEN<br>10 JUSTISS ROAD<br>JACKSON, TN 38301 | 29546 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Sixth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| BETTY BRADDOCK ALSTON<br>16820 WINTHROP ST<br>DETROIT, MI 48235 | 20535 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| BEVERLY STERGER<br>5650 COLDSTREAM DR<br>SPRINGFIELD, MO 65809 | 19486 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| CANDY BLACK<br>LOT 139<br>94 JAMISON ROAD NORTHWEST<br>WSHNGTN CT HS, OH 43160 | 19365 | Motors Liquidation Company | $0.00   (S)<br>$39,000.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$39,000.00   (T) | Insufficient Documentation | Pgs. 1-4 |
| CHRISTIAN D ROE<br>10500 E LOST CANYON LOT #5<br>SCOTTSDALE, AZ 85255 | 22161 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$5,000.00   (U)<br>$5,000.00   (T) | Insufficient Documentation | Pgs. 1-4 |
| COLANTONIO, PIETRO<br>640 STUART AVE<br>MAMARONECK, NY 10543 | 20883 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| CONLEY, FLORA J<br>2406 TRINITY DR<br>MIDDLETOWN, OH 45044 | 22077 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 2

Thirty-Sixth Omnibus Objection

# Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| CROSBY, VARRIS<br>3314 WHEELER CHAPEL RD<br><br>PINE BLUFF, AR 71601 | 19379 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| DANA E FRANKENBURG<br>26 GEORGE JR RD<br><br>GROVE CITY, PA 16127 | 29552 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| DANNEY BALL<br>140 E STETSON<br>#333<br>HEMET, CA 92543 | 22602 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,292.60  (U)<br>$1,292.60  (T) | Insufficient Documentation | Pgs. 1-4 |
| DAVIS, PATRICIA S<br>217 SELMAN DR<br><br>MONROE, LA 71203 | 19489 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| DCG & T<br>FBO JOSEPH CONCHADO<br>146-23 LABURNUM AVE<br>FLUSHING, NY 11355 | 28014 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,000.00  (U)<br>$2,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| DEIRDRE O'CONNELL<br>1425 W GRANT AVE<br><br>WILMINGTON, DE 19806 | 19713 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Thirty-Sixth Omnibus Objection**

## Exhibit A

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| DIANA RUBIN<br>2810 JOHNSTON ST<br><br>LAFAYETTE, LA 70503 | 15652 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$8,000.00  (U)<br>$8,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| DIXON, GARY R<br>14263 ZORZAL<br><br>FORT PIERCE, FL 34951 | 19485 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| DONNA JEAN PUGH<br>3535 WALKER RD<br><br>HILLIARD, OH 43026 | 17602 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| DWYER, GARY L<br>8084 JORDAN RD<br><br>YALE, MI 48097 | 20626 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| EILEEN DAUGHTON<br>419 WHEELER SCHOOL RD<br><br>PYLESVILLE, MD 21132 | 20147 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| ERICA WEISS & GARY WEISS<br>318 STONE QUARRY RD<br><br>ITHACA, NY 14850 | 29019 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 4

Thirty-Sixth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| ERIKA BRUNSMEYER<br>GERMELMANNSTR.4<br>37431 BAD LAUTERBERG GERMANY<br>GERMANY | 20779 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| FRANKLY DOTOU MD<br>2 BROOKFIELD AVE<br>NUTLEY, WI 07110 | 14911 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$25,000.00 (U)<br>$25,000.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| GARY WEISS & ERICA WEISS JT TEN<br>318 STONE QUARRY RD<br>ITHACA, NY 14850 | 29018 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| GAULDING, FRANCINE D (SPOUSE) (WIDOWED)<br>1956 TENNYSON AVE<br>DAYTON, OH 45406 | 19745 | Motors Liquidation Company | $11,550.00 (S)<br>$0.00   (A)<br>$10,950.00 (P)<br>$0.00   (U)<br>$22,500.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| GERRY HOPKINS<br>APT 15<br>6321 SAINT ANDREWS DRIVE<br>CANFIELD, OH 44406 | 20121 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| GLORIA FEMINELLA TR DTD 3/20/91<br>18 HERDMAN CT<br>MIDDLE ISLAND, NY 11953 | 15651 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$24,000.00 (U)<br>$24,000.00 (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| GONZALES, STELLA M<br>4557 11TH ST APT B<br><br>GUADALUPE, CA 93434 | 23361 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1–4 |
| GUPTON, VELMA L<br>28874 LIMESTONE WAY<br><br>COARSEGOLD, CA 93614 | 17156 | Motors Liquidation Company | $786.10 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$786.10 (T) | Insufficient Documentation | Pgs. 1–4 |
| HAASE, LOUIS J<br>7700 HARRIS RD<br><br>MARLETTE, MI 48453 | 15656 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1–4 |
| HANS-JUERGEN UND HELGA GAUDECK<br>KRAMPNITZER WEG 21<br>BERLIN DE 14089 GERMANY<br>GERMANY | 19152 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1–4 |
| HEIDEMARIE BURGHAUS<br>HAINWEG 19<br>38120 BRAUNSCHWEIG GERMANY<br><br>GERMANY | 25395 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000.00 (U)<br>$5,000.00 (T) | Insufficient Documentation | Pgs. 1–4 |
| HOPKINS, GERRY A<br>6321 SAINT ANDREWS DR<br>APARTMENT 15<br>CANSFIELD, OH 44406 | 20120 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1–4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| J ROEBUCK & K ROEBUCK JT TEN TOD A M KRANNING, J D ROEBUCK, V E ROEBUCK SUBJECT TO STA RULES 1022 BLUE HORIZON DRIVE DELTONA, FL 32725 | 23459 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $3,250.00  (U) $3,250.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| JACK F RICHARDSON & PATRICIA A RICHARDSON TEN ENT 16950 WATERLINE RD BRADENTON, FL 34212 | 22117 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| JACK RICHARDSON 16950 WATERLINE RD BRANDENTON, FL 34212 | 22118 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| JAMES NEFF 538 JODEE DR XENIA, OH 45385 | 14304 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| JEANNE PETERMANN N7448 COUNTY ROAD J PLYMOUTH, WI 53073 | 19711 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Sixth Omnibus Objection

# Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| JEANNE W PETERMANN<br>N7448 COUNTY ROAD J<br><br>PLYMOUTH, WI 53073 | 19710 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| JENNIFER THOMPSON<br>7618 E 49TH ST<br><br>KANSAS CITY, MO 64129<br>UNITED STATES OF AMERICA | 19828 | Motors Liquidation Company | $500.00   (S)<br>$0.00   (A)<br>$5,000.00   (P)<br>$0.00   (U)<br>$5,500.00   (T) | Insufficient Documentation | Pgs. 1-4 |
| JOHN WIET<br>6639 N LOLETA<br><br>CHICAGO, IL 60646 | 14954 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$24,900.00   (U)<br>$24,900.00   (T) | Insufficient Documentation | Pgs. 1-4 |
| JOY LIER<br>6401 N NEINER RD<br><br>SANFORD, MI 48657 | 19113 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| KATHLEEN REAM<br>2186 SAWTOOTH MOUNTAIN DR<br><br>HENDERSON, NV 89044 | 19716 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| KATHRYN M BETZ<br>4155 W 800 N<br><br>HUNTINGTON, IN 46750 | 14964 | Motors Liquidation Company | $331.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$19,669.00   (U)<br>$20,000.00   (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Sixth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| LANE, MARGARET E<br>329 CARRIAGE PATH CT<br>WEBSTER, NY 14580 | 16058 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| LAURIE DEPAOLO<br>41 MERCURY AVE<br>TIBURON, CA 94920 | 22191 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$2,205.00   (U)<br>$2,205.00   (T) | Insufficient Documentation | Pgs. 1-4 |
| LIER, JOY C<br>6401 N NEINER RD<br>SANFORD, MI 48657 | 18207 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| MAINER JR, ROY L<br>15 LARKIN RD<br>BURLINGTON, NJ 08016 | 22597 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| MANKO, EDWARD F<br>8076 BROWN RD<br>GREENWOOD, MI 48006 | 17190 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$10,000.00   (U)<br>$10,000.00   (T) | Insufficient Documentation | Pgs. 1-4 |
| MARTHA HOARE<br>19 WALESA COURT<br>TOMS RIVER, NJ 08757 | 28944 | Motors Liquidation Company | $11,815.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$11,815.00   (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| MARY J KURTZ<br>2352 WILLIAMS DR<br><br>CORTLAND, OH 44410 | 17039 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| MARY J VISCARDI<br>77 LEDGEROCK LN<br><br>ROCHESTER, NY 14618 | 15252 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| MAVIGLIA, STEVE A<br>3771 E KENT RD<br><br>FREELAND, MI 48623 | 23562 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| MODERN SERVICE<br>158 E CHATHAM ST<br><br>CARY, NC 27511 | 22072 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| MRS EVELYN B CROWELL<br>7335 MANDERLY WAY<br><br>KNOXVILLE, TN 37909 | 15633 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Thirty-Sixth Omnibus Objection**

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| MS MARY LOU REESE<br>TOD JOHN M FARNELL &<br>MICHAEL FARNELL<br>SUBJ TO FL TOD RULES<br>700 SE 7TH AVE #3<br>POMPANO BEACH, FL 33060 | 28964 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-4 |
| | | | Unliquidated | | |
| MULLEN, MARY M.<br>7827 WESTWOOD DR<br><br>ELMWOOD PARK, IL 60707<br>UNITED STATES OF AMERICA | 22083 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$2,617.38  (U)<br>$2,617.38  (T) | Insufficient Documentation | Pgs. 1-4 |
| NELSON, WILLIAM T<br>8261 BINGHAM ST<br><br>DETROIT, MI 48228 | 22123 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-4 |
| | | | Unliquidated | | |
| NEWTON, REBECCA I<br>4881 HIGHWAY 242 WEST<br><br>LEXA, AR 72355 | 19707 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-4 |
| | | | Unliquidated | | |
| PASSAFIUME, I A<br>3180 STAR DR<br><br>LAKE HAVASU CITY, AZ 86406 | 28442 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-4 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Sixth Omnibus Objection

**Exhibit A**

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| PATRICIA A RICHARDSON<br>16950 WATERLINE RD<br><br>BRADENTON, FL 34212 | 22119 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| PAUL ARNOLD & DOROTHY D ARNOLD TTEE<br>U/A MAR 16 1990<br>3155 BISSELL ST<br>ORRICK, MO 64077 | 15634 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$25,000.00  (U)<br>$25,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| PAUL C UTZ<br>2017 HOMESITE DRIVE<br><br>DAYTON, OH 45414 | 16852 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| PAUL W KRANNING JR. &<br>ANTOINETTE M KRANNING JT TEN<br>61 LUZERN LANE<br>TELL CITY, IN 47586 | 23458 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$650.00  (U)<br>$650.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| PEANS, NANCY ANN<br>276 REDMAPLE LN 6<br><br>BRIGHTON, MI 48116 | 28770 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$5,000.00  (P)<br>$0.00   (U)<br>$5,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| POLLACK SUSAN<br>POLLACK, SUSAN<br>38760 N SPUR CROSS<br>CAVE CREEK, AZ 85331 | 17673 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$10,000.00  (U)<br>$10,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Thirty-Sixth Omnibus Objection**

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| RALPH KAPLAN<br>CGM IRA ROLLOVER CUSTODIAN<br>SPECIAL ACCOUNT Y<br>3903 NOSTRAND AVE APT 1P<br>BROOKLYN, NY 11235 | 28159 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| REINHOLD-RICHARD + MARGIT PIGAL<br>AM PARADIES 85<br>DE 37431 BAD LAUTERBERG GERMANY<br>GERMANY | 20792 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| ROLF BRAUN<br>OSTLANDSTR. 4<br>90556 CADOLZBURG GERMANY<br>GERMANY | 28412 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$28,600.00  (U)<br>$28,600.00  (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| ROSEMARY SIMMONS<br>701 ROCKHURST DRIVE<br>BIRMINGHAM, AL 35209 | 28672 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$65,000.00  (U)<br>$65,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| RUDY ZANDRON<br>15240 W FENWAY DR<br>NEW BERLIN, WI 53151 | 17910 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$50,000.00  (U)<br>$50,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| SALAS, STEPHEN R<br>212 ADAMS ST<br>BAY CITY, MI 48708 | 20128 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Thirty-Sixth Omnibus Objection**

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| SANDRA K SCHOTT<br>4205 VINCENT RD<br><br>CLYDE, MI 48049<br>UNITED STATES OF AMERICA | 14447 | Motors Liquidation Company | $0.00   (S)<br><br>$0.00   (A)<br><br>$0.00   (P)<br><br>$5,000.00   (U)<br><br>$5,000.00   (T) | Insufficient Documentation | Pgs. 1-4 |
| SCOTT, EARL D<br>1714 PARK DR<br><br>MIDDLETOWN, OH 45044 | 17912 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| SEALIE, LORRAINE B<br>32365 AUGUSTA DR<br><br>ROMULUS, MI 48174 | 22231 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| SIEBERT, WILLIAM L<br>3515 FRONTIER RD<br><br>FESTUS, MO 63028 | 15246 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| SINK, GEORGE R<br>231 N MAPLE ST<br><br>GARDNER, KS 66030 | 21471 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| SKIPPERS, JEFFRY E<br>414  WHITE  OAK  DR<br><br>ROCKWOOD, TN 37854 | 28099 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| SORTZI, BRYAN K<br>57292 PLYMOUTH RD<br><br>WASHINGTON, MI 48094 | 23372 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| SPIGHT, CAROLYN J<br>6410 BELLTREE LN<br><br>FLINT, MI 48504 | 23457 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| STANIS F MARTIN<br>1190 MCCORDYSVILLE PIKE<br><br>RIVESVILLE, WV 26588 | 29564 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| STEFANIJA-VIKTOR KLASIC<br>HERBST STR. 201A<br>74072 HEILBRONN  GERMANY<br><br>GERMANY | 14796 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| STEPHEN WEISGLASS MEM SCHOLAR FUND<br>GREATER MIAMI TENNIS FOUNDATION<br>501 NE 1ST AVE<br>MIAMI, FL 33132 | 22176 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Thirty-Sixth Omnibus Objection**

**Exhibit A**

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| TAWANA STAPLES STEWART ON BEHALF OF SAMUEL STEWART A MINOR<br>C/O RICHARD D MORRISON<br>BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, PC<br>PO BOX 4160<br>MONTGOMERY, AL 36103 | 16448 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$25,000,000.00  (U)<br>$25,000,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| TERENCE B DOZIER<br>3050 N 58TH ST APT 21<br>KANSAS CITY, KS 66104 | 16148 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| THEODORE BECKHARDT<br>51 EBERSOHL CIRCLE<br>WHITE HOUSE STATION, NJ 08889 | 22232 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| THERESA L. MANGOLD, FREDERICK W. MACDONALD, JR.<br>THERESA L MANGOLD<br>FEDERICK W. MACDONALD, JR. JT TEN<br>20962 SUMMERFIELD DR<br>MACOMB, MI 48044 | 15607 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$2,500.00  (U)<br>$2,500.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| WALTER W KURTZ<br>2352 WILLIAMS DR<br>CORTLAND, OH 44410 | 17038 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| WELLS, EVERETT O<br>4102 N RIVER HILLS CT<br><br>JANESVILLE, WI 53545 | 15596 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| WHEELER, VIOLA<br>56 PATTON AVE<br><br>DAYTON, OH 45427 | 22112 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| WILLIAM BULLOCK<br>9102 DANZIG ST<br><br>LIVONIA, MI 48150 | 19093 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| WILLIAM D SHADDIX AND GLORIA C SHADDIX TTEES OF WM D SHADDIX FAMILY TRUST U/A DTD 5/22/1995<br>3400 IVY CHASE CIRCLE<br>HOOVER, AL 35226 | 14282 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000.00  (U)<br>$10,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| WILLIAM LIPKE<br>7816 17TH AVE NW<br><br>BRADENTO, FL 34209 | 19730 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

# Exhibit A

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| WILLIAM SIEBERT<br>3515 FRONTIER RD<br><br>FESTUS, MO 63028 | 15659 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-4 |
| | | | Unliquidated | | |
| WILLIAM SPURSLEY JR, JEAN C PURSLEY<br>671 E MAIN ST<br><br>ROCK HILL, SC 29730 | 28058 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$4,054.56   (U)<br>$4,054.56   (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| WILLIAM VLASAK<br>3723 2ND DR NE<br><br>BRADENTON, FL 34208 | 19726 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-4 |
| | | | Unliquidated | | |
| **Claims to be Disallowed and Expunged Totals** | 98 | | **$24,982.10**   (S)<br>**$39,000.00**   (A)<br>**$20,950.00**   (P)<br>**$25,333,738.54**   (U)<br>**$25,418,670.64**   (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.