> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                    :
In re                               :    Chapter 11 Case No.
                                    :
MOTORS LIQUIDATION COMPANY, et al., :    09-50026 (REG)
      f/k/a General Motors Corp., et al.  :
                                    :
                    Debtors.        :    (Jointly Administered)
                                    :
-------------------------------------------------------------x
```

## NOTICE OF DEBTORS' THIRTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS
### (Claims with Insufficient Documentation)

**PLEASE TAKE NOTICE** that on July 2, 2010, Motors Liquidation Company

(f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (the

"**Debtors**"), filed their thirty-seventh omnibus objection to expunge certain claims (the "**Thirty-**

**Seventh Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the

Thirty-Seventh Omnibus Objection to Claims will be held before the Honorable Robert E.

Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for

the Southern District of New York, One Bowling Green, New York, New York 10004, on

**August 6, 2010 at 9:45 a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

       **PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE THIRTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN EXHIBIT "A" ANNEXED THERETO.**

       **PLEASE TAKE FURTHER NOTICE** that any responses to the Thirty-Seventh

Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of

Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the

Bankruptcy Court (a) electronically in accordance with General Order M-242 (which can be

found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system,

and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document

Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard

copy delivered directly to Chambers), in accordance with General Order M-182 (which can be

found at www.nysb.uscourts.gov), and served in accordance with General Order M-242, and on

(i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New

York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky,

Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 500 Renaissance Center, Suite 1400,

Detroit, Michigan 48243 (Attn: Ted Stenger); (iii) General Motors, LLC, 400 Renaissance

Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader,

Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World

Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United

States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington,

D.C. 20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export

Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael

J. Edelman, Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP,

attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Thomas Moers Mayer, Esq., Amy Caton, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.); (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Diana G. Adams, Esq.); (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (x) Caplin & Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding asbestos-related claims, 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100, Washington, DC 20005 (Attn: Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); and (xi) Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the legal representative for future asbestos personal injury claimants, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn: Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.), so as to be received no later than **July 30, 2010 at 4:00 p.m. (Eastern Time)** (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and

served with respect to the Thirty-Seventh Omnibus Objection to Claims or any claim set forth

thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an

order substantially in the form of the proposed order annexed to the Thirty-Seventh Omnibus

Objection to Claims, which order may be entered with no further notice or opportunity to be

heard offered to any party.

Dated: New York, New York
     July 2, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                               :

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | **09-50026 (REG)** |
| **f/k/a General Motors Corp.,** *et al.* | : | |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------x

### DEBTORS' THIRTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS
#### (Claims with Insufficient Documentation)

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.
CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE
EXHIBIT ANNEXED TO THIS OBJECTION.**

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully

represent:

## Relief Requested

1.     The Debtors file this thirty-seventh omnibus objection to certain claims (the "**Thirty-Seventh Omnibus Objection to Claims**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") [Docket No. 4180], and this Court's order approving the procedures relating to the filing of proofs of claim (the "**Bar Date Order**") [Docket No. 4079], seeking entry of an order disallowing and expunging the claims listed on **Exhibit "A"** annexed hereto.[1]

2.     The Debtors have examined the proofs of claim identified on Exhibit "A" and have made every effort to ascertain the validity of such claims.  In fact, prior to the filing of this Thirty-Seventh Omnibus Objection to Claims, the Debtors sent a letter to each of the claimants listed on Exhibit "A" requesting information that would permit the Debtors to understand the basis and nature of the their respective proofs of claim.  To date, the Debtors have not received any response.

3.     After careful review, the Debtors have determined that the proofs of claim listed under the heading "*Claims to be Disallowed and Expunged*" (collectively, the "**Claims with Insufficient Documentation**") fail to provide sufficient documentation to ascertain the validity of such claims.  Pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rule

---

[1]     Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab.  Creditors without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City Group, Inc. at 1-703-286-6401.

3007, and the Bar Date Order, the Debtors seek entry of an order disallowing and expunging

from the claims register the Claims with Insufficient Documentation.  Further, the Debtors

reserve all of their rights to object on any other basis to any Claims with Insufficient

Documentation as to which the Court does not grant the relief requested herein.

### Jurisdiction

4.    This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

### Background

5.    On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**Realm/Encore Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Case Number 09-50026 (REG).  On September 15, 2009,

the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs,

which were amended on October 4, 2009.  On October 15, 2009, the Realm/Encore Debtors filed

their schedules of assets and liabilities and statements of financial affairs.

6.    On September 16, 2009, this Court entered an order [Docket No. 4079]

establishing November 30, 2009 as the deadline for each person or entity to file a proof of claim

in the Initial Debtors' cases, including governmental units.  On December 2, 2009, this Court

entered an order [Docket No. 4586] establishing February 1, 2010 as the deadline for each

---

[2]    The Initial Debtors are Motors Liquidation Company (f/k/a General Motors Corporation), MLCS, LLC
(f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem,
Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3]    The Realm/Encore Debtors are Remediation and Liability Management Company, Inc., and Environmental
Corporate Remediation Company, Inc.

person or entity to file a proof of claim in the Realm/Encore Debtors' cases (except

governmental units, as defined in section 101(27) of the Bankruptcy Code, for which the Court

established April 16, 2010 as the deadline to file proofs of claim).

7.    Furthermore, on October 6, 2009, this Court entered the Procedures Order,

which authorizes the Debtors, among other things, to file omnibus objections to no more than

100 claims at a time, under various grounds, including those set forth in Bankruptcy Rule

3007(d) and those additional grounds set forth in the Procedures Order.

## The Relief Requested Should Be Approved by the Court

8.    A proof of claim *must* "set forth the facts necessary to support the claim"

for it to receive the prima facie validity accorded under the Bankruptcy Rules. *In re Chain*, 255

B.R. 278, 280 (Bankr. D. Conn. 2000) (internal quotation omitted); *In re Marino*, 90 B.R. 25, 28

(Bankr. D. Conn. 1988); *see Ashford v. Consol. Pioneer Mortgage*, 178 B.R. 222, 226 (B.A.P.

9th Cir. 1995), aff'd , 91 F.3d 151 (9th Cir. 1996); *In re Allegheny Int'l, Inc.*, 954 F.2d 167, 173-

74 (3d Cir. 1992).  Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a

claim may not be allowed to the extent that "such claim is unenforceable against the debtor and

property of the debtor, under any agreement or applicable law."  11 U.S.C. § 502(b)(1).

9.    The Claims with Insufficient Documentation fall far short of the standard

unambiguously required in the Bar Date Order.  Indeed, the Bar Date Order, requires, among

other things, that a proof of claim must "set forth with specificity the legal and factual basis for

the alleged [c]laim [and] include supporting documentation or an explanation as to why such

documentation is not available.  (Bar Date Order at 2.)[4]

---

[4]    Notices of the Bar Date Order contained express references to this requirement.

10.     The Debtors have examined the proofs of claim identified on Exhibit "A" and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed and Expunged*" do not include sufficient documentation to ascertain the nature or validity of these claims.  Thus, the Debtors request that the Court disallow and expunge in their entirety the Claims with Insufficient Documentation.

## Notice

11.     Notice of this Thirty-Seventh Omnibus Objection to Claims has been provided to each claimant listed on Exhibit "A" and parties in interest in accordance with the Third Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures, dated April 29, 2010 [Docket No. 5670].

12.     No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the relief requested herein and such other and further relief as is just.

Dated:  New York, New York
        July 2, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                    :

In re                     :           Chapter 11 Case No.
                     :

MOTORS LIQUIDATION COMPANY, *et al.*,   :           09-50026 (REG)
    f/k/a General Motors Corp., *et al.*   :
                     :

              Debtors.     :           (Jointly Administered)
                     :

------------------------------------------------------------------x

## ORDER GRANTING DEBTORS' THIRTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS
### (Claims with Insufficient Documentation)

       Upon the thirty-seventh omnibus objection to expunge certain claims, dated July

2, 2010 (the "**Thirty-Seventh Omnibus Objection to Claims**"),[1] of Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(collectively, the "**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the

"**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**"), and this Court's order approving procedures for the filing of omnibus

objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") [Docket

No. 4180], seeking entry of an order disallowing and expunging the Claims with Insufficient

Documentation on the grounds that such claims fail to provide sufficient documentation to

ascertain the validity of the claim, all as more fully described in the Thirty-Seventh Omnibus

Objection to Claims; and due and proper notice of the Thirty-Seventh Omnibus Objection to

Claims having been provided, and it appearing that no other or further notice need be provided;

and the Court having found and determined that the relief sought in the Thirty-Seventh Omnibus

---

[1]    Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Thirty-Seventh Omnibus Objection to Claims.

Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties

in interest and that the legal and factual bases set forth in the Thirty-Seventh Omnibus Objection

to Claims establish just cause for the relief granted herein; and after due deliberation and

sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Thirty-Seventh Omnibus Objection to

Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on **Exhibit "A"** annexed hereto under the heading "*Claims to be Disallowed and

Expunged*" are disallowed and expunged from the claims registry; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly

reserved with respect to, any claim listed on Exhibit A annexed to the Thirty-Seventh Omnibus

Objection to Claims under the heading "*Claims to be Disallowed and Expunged*" that is not

disallowed or expunged pursuant to this Order; and it is further

ORDERED that to the extent a disallowed and expunged claim is a workers'

compensation claim with respect to an employee residing or employed in any state other than the

states of Alabama, Georgia, New Jersey, and Oklahoma, the disallowance of such claim shall not

affect the claimant's rights to continue receiving benefits from General Motors, LLC (f/k/a

NGMCO, Inc.), the purchaser of substantially all the assets of General Motors Corporation; and

it is further

ORDERED that to the extent a disallowed and expunged claim is for principal

under a public debt security issued by the Debtors, the disallowance of such claim shall not

affect the right of the claimant to participate in recoveries as a holder of securities under any

proof of claim filed by an indenture trustee in respect of the subject issuance; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.


Dated: New York, New York
_____, 2010


_____
United States Bankruptcy Judge

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| ALLEN OR BONITA DELLINGER<br>C/O ALLEN DELLINGER<br>7440 TWIN OAKS DRIVE<br>KNIGHTSTOWN, IN 46148 | 36995 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| ANGHILANTE, JAMES J<br>1736 N DECATUR BLVD APT 1<br>LAS VEGAS, NV 89108 | 65268 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| ANNE M FAGAN<br>5332 S 46TH ST<br>GREENFIELD, WI 33220 | 33037 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| ANTONIO V D'ADDEO AND<br>THERESA F D'ADDEO JTWROS<br>89 WICKHAM RD<br>GLASTONBURY, CT 06033 | 45572 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| ARZT KATHLEEN<br>7991 GRANITE WALK AVE<br>LAS VEGAS, NV 89178 | 32680 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$10,000.00  (U)<br>$10,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| ARZT, KATHLEEN<br>7991 GRANITE WALK AVE<br>LAS VEGAS, NV 89170 | 32679 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$15,000.00  (U)<br>$15,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Thirty-Seventh Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| BALL, JAMES R<br>150 LYNWOOD LN<br><br>LEESBURG, GA 31763 | 30679 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| BANQUE DE COMMERCE ET DE PLACEMENT SA<br>1 RUE DE LA FONTAINE<br>PO BOX 3069<br>GENEVA SWITZERLAND<br><br>SWITZERLAND | 59973 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$50,000.00   (U)<br>$50,000.00   (T) | Insufficient Documentation | Pgs. 1-4 |
| BENT WOLFF<br>BROND 11<br>HOLMSKOV<br>6430 NORDBORG DENMARK<br><br>DENMARK | 44769 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$33,993.00   (U)<br>$33,993.00   (T) | Insufficient Documentation | Pgs. 1-4 |
| BILLY ENGLAND HUSBAND AND SURVIVING SPOUSE OF FANNIE L ENGLAND<br>C/O DAVE SCOTT<br>PO BOX 99<br>NEW ALBANY, IN 47151 | 64820 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$250,000.00   (U)<br>$250,000.00   (T) | Insufficient Documentation | Pgs. 1-4 |
| BILLY WOODWARD<br>C/O TIM R WADSWORTH, ATTORNEY AT LAW<br>PO BOX 987<br>SULLIGENT, AL 35586<br>UNITED STATES OF AMERICA | 64817 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$600,000.00   (U)<br>$600,000.00   (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Thirty-Seventh Omnibus Objection**

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| BLOOMFIELD COMMERCE CENTER CORPORATION<br>17755 SKY PARK CIR STE 100<br><br>IRVINE, CA 92614 | 62747 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| BRIAN D BRODIE<br>529 N WALNUT ST<br><br>JANESVILLE, WI 53548 | 63509 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| BRIMIDGE, JAMES R<br>PO BOX 722<br>112 SCHOOLHOUSE LN<br>CHARENTON, LA 70523 | 38952 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| CAMERON CHAPMAN<br>ATTN RONNIE L CROSBY ESQ<br>PETERS MUURDAUGH PARKER ELTZROTH & DETRICK PA<br>PO BOX 457<br>HAMPTON, SC 29924 | 60032 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$1,000,000.00   (U)<br>$1,000,000.00   (T) | Insufficient Documentation | Pgs. 1-4 |
| CHARLES BECKER<br>JM GRUNED 10<br>D-64253 HEILEG GERMANY<br><br>GERMANY | 62062 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| CHARLIE C CLARK JR<br>8711 STATE ROUTE 380<br><br>WILMINGTON, OH 45177 | 63121 | Motors Liquidation Company | <br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| CIKAUTXO S COOP LTDA<br>BUDOVATELSKA 6<br>NOVE ZAMKY SK 940 01 SLOVAKIA<br><br>SLOVAKIA | 39413 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$3,825.55   (U)<br>$3,825.55   (T) | Insufficient Documentation | Pgs. 1-4 |
| CLARK STREET DEVELOPMENT SEVEN LLC<br>KATHLEEN H KLAUS ESQ<br>MADDIN HAUSER WARTELL ROTH & HELLER PC<br>28400 NORTHWESTERN HIGHWAY 3RD FL<br>SOUTHFIELD, MI 48034 | 58635 | Motors Liquidation Company | <br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| CLARK STREET REDEVELOPMENT FIVE LLC<br>KATHLEEN H KLAUS ESQ<br>MADDIN HAUSER WARTELL ROTH & HELLER PC<br>28400 NORTHWESTERN HIGHWAY 3RD FLOOR<br>SOUTHFIELD, MI 48034 | 58641 | Motors Liquidation Company | <br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| CLARK STREET REDEVELOPMENT LLC<br>ATTN: KATHLEEN KLAUS ESQ<br>MADDIN HAUSER WARTELL ROTH & HELLER PC<br>28400 NORTHWESTERN HIGHWAY 3RD FL<br>SOUTHFIELD, MI 48034 | 58637 | Motors Liquidation Company | <br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| CLARK STREET REDEVELOPMENT ONE LLC ATTN: KATHLEEN H KLAUS ESQ MADDIN HAUSER WARTELL ROTH & HELLER PC 28400 NORTHWESTERN HIGHWAY 3RD FL SOUTHFIELD, MI 48034 | 58638 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| CLARK STREET REDEVELOPMENT SIX LLC KATHLEEN H KLAUS ESQ MADDIN HAUSER WARTELL ROTH & HELLER P C 28400 NORTHWESTERN HIGH WAY 3RD FLOOR SOUTHFIELD, MI 48034 | 58642 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| CLARK STREET REDEVELOPMENT THREE LLC ATTN: KATHLEEN H KLAUS ESQ MADDIN HAUSER WARTELL ROTH & HELLER PC 28400 NORTHWESTERN HIGHWAY 3RD FL SOUTHFIELD, MI 48034 | 58640 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| CLARK STREET REDEVELOPMENT TWO LLC ATTN: KATHLEEN H KLAUS ESQ MADDIN HAUSER WARTELL ROTH & HELLER PC 28400 NORTHWESTERN HIGHWAY 3RD FL SOUTHFIELD, MI 48034 | 58639 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| CLARK STREET REDEVELPMENT FOUR LLC ATTN: KATHLEEN H KLAUS ESQ MADDIN HAUSER WARTELL ROTH & HELLER PC 28400 NORTHWESTERN HIGHWAY 3RD FL SOUTHFIELD, MI 48034 | 58647 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| CLARK STREET TECHNOLOGY PARK KATHLEEN H KLAUS ESQ MADDIN HAUSER WARTELL ROTH & HELLER, P C 28400 NORTHWESTERN HIGHWAY 3RD FLOOR SOUTHFIELD, MI 48034 | 58643 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| COOPER SIMMIE PO BOX 700843 DALLAS, TX 75370 | 33511 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| CUMMINGS, EDWARD 4517 ROGERS RD B CHATTANOOGA, TN 37411 | 61770 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| DAVID J O'CONNOR  (IRA) FCC AS CUSTODIAN 4253 LAKE CHAPIN BLUFF BERRIEN SPRGS, MI 49103 | 61947 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| DEVOL, DEBRA L 596 E GRAHAM PL BLOOMINGTON, IN 47401 | 65308 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Thirty-Seventh Omnibus Objection**

**Exhibit A**

| | | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| DIXON, JANICE L<br>5912 EDINBURGH ST APT 104<br><br>CANTON, MI 48187 | 65036 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| DONNA PASCOE<br>976 SUFFIELD AVE<br><br>BIRMINGHAM, MI 48009 | 65252 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| ELIZABETH BRUZZONE<br>3400 WAGNER HEIGHTS RD #303<br><br>STOCKTON, CA 95209 | 50157 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| EXECUTIVE CHARGE INC<br>1440 39TH ST<br><br>BROOKLYN, NY 11218 | 29576 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,383.38  (U)<br>$1,383.38  (T) | Insufficient Documentation | Pgs. 1-4 |
| FRANCES MARTZ<br>1344 BLUEVISTA DR<br><br>SUN CITY, FL 33573 | 44643 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| FRANKOVICH, GAYLORD P<br>700 SPOKANE AVE<br><br>LANSING, MI 48910 | 36964 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Thirty-Seventh Omnibus Objection**

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| FROHNHOFER JR, JOSEPH<br>18625 MARSHA ST<br><br>RIVERVIEW, MI 48193 | 30673 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000.00  (U)<br>$10,000.00  (T) | Insufficient Documentation | Pgs. 1–4 |
| GARCIA, GEORGE P<br>1817 N CLINTON ST<br><br>SAGINAW, MI 48602 | 61430 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$25,000.00  (U)<br>$25,000.00  (T) | Insufficient Documentation | Pgs. 1–4 |
| GAYLORD FRANKOVICH<br>700 SPOKANE AVE<br><br>LANSING, MI 48910 | 36965 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1–4 |
| GENE E NEZAT<br>908 GARDEN ST<br><br>MORGAN CITY, LA 70380 | 64915 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1–4 |
| GEORGE RICCIARDI<br>221 CIRCUIT AVENUE<br><br>WATERBURY, CT 06708 | 62484 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$12,475.00  (U)<br>$12,475.00  (T) | Insufficient Documentation | Pgs. 1–4 |
| HAYMAN MANAGEMENT CO<br>ATTN: KATHLEEN H KLAUS, ESQ<br>MADDIN HAUSER WARTELL ROTH & HELLER PC<br>28400 NORTHWESTERN HIGHWAY 3RD FL<br>SOUTHFIELD, MI 48034 | 58636 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1–4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| HEMPHILL, MARVIN<br>119 22ND AVE NE<br><br>TUSCALOOSA, AL 35404 | 36972 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| IRA FBO BARRY MICHITSCH<br>PERSHING LLC AS CUSTODIAN<br>ROTH ACCOUNT<br>294 ANNA AVE<br>WATERBURY, CT 06708 | 45068 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$2,500.00   (P)<br>$0.00   (U)<br>$2,500.00   (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| JACK THOMAS GAILEY AS GAL FOR CHASE GAILEY A MINOR<br>ATTN RONNIE L CROSBY ESQ<br>PETERS MURDAUGH PARKER ELTZROTH & DETRICK PA<br>PO BOX 457<br>HAMPTON, SC 29924 | 60031 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$1,000,000.00   (U)<br>$1,000,000.00   (T) | Insufficient Documentation | Pgs. 1-4 |
| JAMES CLARK<br>600 HOLLY<br><br>ANGLETON, TX 77515 | 63119 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| JAMES SHARPLEY<br>1211 23RD AVENUE<br><br>DECATUR, AL 35601 | 61525 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Thirty-Seventh Omnibus Objection**

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| JOSEPH M LEWANDOWSKI<br>9092 CREEK RD<br><br>BATAVIA, NY 14020 | 51118 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,648.65 (U)<br>$3,648.65 (T) | Insufficient Documentation | Pgs. 1-4 |
| KENNETH CENTERS<br>33 MAXA CT.<br><br>BALTIMORE, MD 21220<br>UNITED STATES OF AMERICA | 49664 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| LANGLEY JOHNNY P<br>2004 SOUTHRIDGE DRIVE<br><br>ARLINGTON, TX 76010 | 64731 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| MARIA LEBROWSKA VALERO<br>UL WALICOW 20 M 1304<br>00851 WARSAW  POLAND<br><br>POLAND (REP) | 32973 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$23,285.57 (U)<br>$23,285.57 (T) | Insufficient Documentation | Pgs. 1-4 |
| MARKUS EITEL<br>KAMMHALDENWEG 34<br>70619 STUTTGART  GERMANY<br><br>GERMANY | 32863 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,250.00 (U)<br>$2,250.00 (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Thirty-Seventh Omnibus Objection**

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| MICHIGAN AUTOMOTIVE OF INDIANA INC<br>JONES WALLACE LLC<br>ATTN PAUL J WALLACE<br>420 MAIN ST SUITE 1600<br>EVANSVILLE, IN 47708 | 37196 | MLCS Distribution Corporation | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| MITCHELL, CAROLYN J<br>8714 LOG RUN N DR<br>INDIANAPOLIS, IN 46234 | 61702 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| NELSON, OVERTON<br>4530 HORATIO ST<br>DETROIT, MI 48210 | 50186 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| NICHOLS, JOYCE<br>610 EASTER RD APT 1007<br>BETHEL, OH 45106 | 29582 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| ODIE BRYER<br>C/O THE MADEKSHO LAW FIRM<br>8866 GULF FREEWAY SUITE 440<br>HOUSTON, TX 77017 | 46747 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| PALERMO ANTHONY<br>4233 HIGHWAY 27<br><br>DEQUINCY, LA 70633 | 59088 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,100,000.00  (U)<br>$2,100,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| PASCOE DONNA L<br>976 SUFFIELD AVE<br><br>BIRMINGHAM, MI 48009 | 65253 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| PAUL T DEDRICK & VIVIAN R DEDRICK<br>716 AUBURN ROAD<br><br>GROTON, NY 13073 | 44780 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,065.90  (U)<br>$3,065.90  (T) | Insufficient Documentation | Pgs. 1-4 |
| PAULSON, KERRY A<br>11520 COLONIAL WOODS DR<br><br>CLIO, MI 48420 | 50132 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| PETER W LYDING &<br>DOROTHY LYDING JT TEN<br>3660 OXFORD AVE APT 9-C<br>BRONX, NY 10463 | 33423 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| PETERSON, REBECCA<br>377 S HARRISON ST APT 9N<br><br>EAST ORANGE, NJ 07018 | 32992 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Thirty-Seventh Omnibus Objection**

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| RANDHILL INC<br>C/O INGO ALBAT<br>APARTADO DE CORREOS 427<br>E-17320 TOSSA DE MAR SPAIN<br>SPAIN | 32994 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$21,000.00   (U)<br>$21,000.00   (T) | Insufficient Documentation | Pgs. 1-4 |
| RAYMOND & JUDITH STACHERSKI<br>TRUSTEES U/A/D 10/27/1997<br>RAYMOND & JUDITH STACHERSKI TRUST<br>2535 BAY VISTA DRIVE<br>HIGHLAND, MI 48357 | 36994 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| REAL VENTURES-CLARK STREET FIVE LLC<br>ATTN: KATHLEEN H KLAUS ESQ<br>MADDIN HAUSER WARTELL ROTH & HELLER PC<br>28400 NORTHWESTERN HIGHWAY 3RD FL<br>SOUTHFIELD, MI 48034 | 58648 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| REAL VENTURES-CLARK STREET LLC<br>KATHLEEN H KLAUS ESQ<br>MADDIN HAUSER WARTELL ROTH & HELLER, P C<br>28400 NORTHWESTERN HIGHWAY 3RD FLOOR<br>SOUTHFIELD, MI 48034 | 58644 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| REAL VENTURES-CLARK STREET SIX LLC<br>ATTN: KATHLEEN H KLAUS ESQ<br>MADDIN HAUSER WARTELL ROTH & HELLER PC<br>28400 NORTHWESTERN HIGHWAY 3RD FL<br>SOUTHFIELD, MI 48034 | 58646 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| REAL VENTURES-CLARK STREET TWO, LLC<br>KATHLEEN H KLAUS ESQ<br>MADDIN HAUSER WARTELL ROTH & HELLER, P C<br>28400 NORTHWESTERN HIGHWAY 3RD FLOOR<br>SOUTHFIELD, MI 48034 | 58645 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| REINHOLD ZETTELMEIER<br>BERN RIEDER STR 40<br>S4 560 OFFENBERG GERMANY<br><br>GERMANY | 65320 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| REYNOLDS CODY<br>REYNOLDS, CODY<br>17225 EL CAMINO REAL STE 315<br>HOUSTON, TX 77058 | 38304 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$15,317.86  (U)<br>$15,317.86  (T) | Insufficient Documentation | Pgs. 1-4 |
| RICHARD W MADURA D D S<br>JOAN MADURA JT TEN<br>75 WILDWOOD RD<br>MANITOWISH WATERS, WI 54545 | 31450 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| ROBERT CARTER<br>235 W GILES ST<br><br>SULLIVAN, IN 47882 | 45581 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| ROBERT L CARTER JR<br>LEOMA J CARTER<br>1724 RIDGEVIEW DRIVE<br>ARLINGTON, TX 76012<br>UNITED STATES OF AMERICA | 44612 | Motors Liquidation Company | $10,000.00  (S)<br>$0.00  (A)<br>$10,000.00  (P)<br>$0.00  (U)<br>$20,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| RON FORZIATI<br>245 RIVERSIDE AVE<br>MEDFORD, MA 02155 | 65269 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| ROY M ARTLEY<br>6396 WOODCREST RIDGE<br>CLARKSTON, MI 48346 | 44112 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$150,000.00  (U)<br>$150,000.00  (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| SANDRA MARTINEZ KARINA HERNANDEZ CHRISTIAN HERNANDES & JACOB VIGIL<br>ATTN JACOB VIGIL<br>VIGIL LAW FIRM PA<br>2014 CENTRAL AVE SW<br>ALBUQUERQUE, NM 87104 | 64107 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000,000.00  (U)<br>$10,000,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| SANDRA MARTINEZ, KATRINA HERNANDEZ, JACOB VIGIL HERNANDEZ<br>C/O VIGIL LAW FIRM PA<br>2014 CENTRAL AVE SW<br>ALBUQUERQUE, NM 87104 | 64106 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000,000.00  (U)<br>$10,000,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| SELLECK, DELBERT D<br>720 W 4TH ST<br>PINCONNING, MI 48650 | 61446 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$250,000.00  (U)<br>$250,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| SHANA TUBBS, IND. & P.R. OF ESTATE OF BRETT ROSS, DECEASED<br>DANIEL O ROSE, ESQ.<br>KREINDLER & KREINDLER LLC<br>100 PARK AVENUE 18TH FLOOR<br>NEW YORK, NY 10017<br>UNITED STATES OF AMERICA | 43852 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000.00  (U)<br>$10,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| SHANE GAILEY<br>RONNIE L CROSBY, ESQUIRE<br>PETERS, MURDAUGH, PARKER, ELTZROTH & DETRICK PA<br>PO BOX 457<br>HAMPTON, SC 29924 | 60038 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| SHARPLEY, JAMES H<br>1211 23RD AVENUE<br>DECATUR, AL 35601 | 61752 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| SHELDON SEVINOR TTEE<br>SJS TRUST U/A DTD 09/26/1995<br>496 LYNNFIELD STREET<br>LYNN, MA 01904 | 62581 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| STATE FARM MUTUAL AUTOMIBILE INSURANCE COMPANY<br>ZEEHANDLER, SABATINO & ASSOCIATES, LLC<br>471 EAST BROAD STREET SUITE 1200<br>COLUMBUS, OH 43215<br>UNITED STATES OF AMERICA | 50965 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$15,140.32  (U)<br>$15,140.32  (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

# Exhibit A

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| STATE FARM MUTUAL AUTOMOBILE INS CO PILLEMER & PILLEMER 14724 VENTURA BLVD #401 SHERMAN OAKS, CA 91423 | 38858 | Motors Liquidation Company | $0.00 $0.00 $0.00 $26,009.26 $26,009.26 | (S) (A) (P) (U) (T) | Insufficient Documentation | Pgs. 1-4 |
| STATE FARM MUTUAL AUTOMOBILE INS. CO. C/O PILLEMER & PILLEMER 14724 VENTURA BLVD #401 SHERMAN OAKS, CA 91403 UNITED STATES OF AMERICA | 38831 | Motors Liquidation Company | $0.00 $0.00 $0.00 $51,463.61 $51,463.61 | (S) (A) (P) (U) (T) | Insufficient Documentation | Pgs. 1-4 |

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Seventh Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ZEEHANDELAR SAGATINO & ASSOCIATES LLC 471 EAST BROAD STREET STE 1200 COLUMBUS, OH 43215 | 50957 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $16,727.75  (U) $16,727.75  (T) | Insufficient Documentation | Pgs. 1-4 |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ZEEHANDELAR SABATINO & ASSOCIATES LLC 471 EAST BROAD STREET STE 1200 COLUMBUS, OH 43215 | 50961 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $8,236.63  (U) $8,236.63  (T) | Insufficient Documentation | Pgs. 1-4 |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY C/O ZEEHANDELAR SABATINO & ASSOCIATES LLC 471 EAST BROAD STREET SUITE 1200 COLUMBUS, OH 43215 | 50970 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $5,060.75  (U) $5,060.75  (T) | Insufficient Documentation | Pgs. 1-4 |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY C/O ZEEHANDELAR SABATINO & ASSOCIATES LLC 471 EAST BROAD STREET SUITE 1200 COLUMBUS, OH 43215 | 50971 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $4,686.25  (U) $4,686.25  (T) | Insufficient Documentation | Pgs. 1-4 |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY C/O ZEEHANDELAR SABATINO & ASSOCIATES LLC 471 E BROAD ST STE 1200 COLUMBUS, OH 43215 | 50974 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $5,567.55  (U) $5,567.55  (T) | Insufficient Documentation | Pgs. 1-4 |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY C/O ZEEHANDELAR, SABATINO & ASSOCIATES, LLC 471 E BROAD ST, STE 1200 COLUMBUS, OH 43215 | 50980 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $14,596.70  (U) $14,596.70  (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| THRESHER, MAE<br>1064 POINCIANA DR<br><br>CARLISLE, OH 45005 | 33500 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-4 |
| | | | Unliquidated | | |
| UDO GUNZEL<br>16 RUE DE CERDAGNE<br>31170 TOURNEFEUILLE FRANCE<br><br>FRANCE | 33038 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-4 |
| | | | Unliquidated | | |
| WEBER, ROBERT F<br>33550 N DOVE LAKES DR APT 2034<br><br>CAVE CREEK, AZ 85331 | 45099 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-4 |
| | | | Unliquidated | | |
| ZAIZAR, RAMIRO D<br>1852 EILEEN ST 3<br><br>YPSILANTI, MI 48198 | 30672 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$5,000.00   (U)<br>$5,000.00   (T) | Insufficient Documentation | Pgs. 1-4 |
| **Claims to be Disallowed and Expunged Totals** | 97 | | $10,000.00   (S)<br>$0.00   (A)<br>$12,500.00   (P)<br>$26,742,733.73   (U)<br>$26,765,233.73   (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.