**EXHIBIT E**

1

```
 1            IN THE COURT OF COMMON PLEAS OF
              LANCASTER COUNTY, PENNSYLVANIA
 2                        CIVIL

 3    _____

 4    DONNA SODERS, on behalf of     :
      herself and all others         :
 5    similarly situated,            :
                                     :
 6                  Plaintiffs       :
                                     :
 7                                   :
                vs                   :   No. 04255 of 2000
 8                                   :
      GENERAL MOTORS CORPORATION,    :
 9                                   :
                    Defendant        :
10                                   :
                                     :   COPY
11    _____:

12
                   TRANSCRIPT OF PROCEEDINGS
13                 SETTLEMENT FAIRNESS HEARING

14         Before:  THE HONORABLE LOUIS J. FARINA

15         Date  :  Tuesday, April 28, 2009

16         Place :  Courtroom Number 10
                    Lancaster County Courthouse
17                  50 North Duke Street
                    Lancaster, PA  17608-3480
18

19    APPEARANCES:

20        JOSEPH F. RODA, ESQUIRE
          MICHELE BURKHOLDER, ESQUIRE
21        RODA & NAST, P.C.
          801 Estelle Drive
22        Lancaster, PA 17601
             For - the Plaintiffs
23
          JEFFREY A. LIPPS, ESQUIRE
24        CARPENTER & LIPPS, LLP
          280 North High Street 1300
25        Columbus, OH 43215
             For - the Defendant
```

ANGELA N. KILBY, OFFICIAL COURT REPORTER
(717) 299-8091

```
 1
 2   APPEARANCES CONTINUED:
 3
         CHRISTOPHER S. UNDERHILL, ESQUIRE
 4       HARTMAN, UNDERHILL & BRUBAKER, LLP
         221 East Chestnut Street
 5       Lancaster, PA 17602
            For - the Defendant
 6
         ROBERT GIBSON, ESQUIRE
 7       GIBSON LAW FIRM
         319 West Front Street
 8       Media, PA 19063
            For - the Objectors
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1   pay in the case. But, Your Honor, and I say this without
2   having discussed this with GM or with anyone else, we have
3   made a further decision at our office on this, the powers
4   that be, so to speak, at the office.
5       We watch the same news everybody else watches. We
6   read the same papers everybody else watches. We are aware,
7   as everyone is, of this very unfortunate perfect storm that
8   has hit the economy, and GM in particular. You know, you
9   can't but help but feel bad for people who are losing their
10  jobs, who are having their pay cut, et cetera, because of
11  that.
12      In view of that, notwithstanding the work that
13  went into this case, the work that brings us here today, we
14  have come to the Court and say we are asking for a fee that
15  is half our historic rates. We have decided to cut our fee
16  request by the factor of half from the one point six. We
17  are asking for half of that, which is about $843,000, with
18  our costs.
19      We believe the other request would have been
20  reasonable, but, under the circumstances, in an effort to
21  be eminently reasonable, we have decided to make that
22  request --
23      THE COURT: What does that result in your historic
24  rate being?
25      MR. RODA: It would be -- it would be a blended

REPORTER'S CERTIFICATE

I HEREBY CERTIFY that I was present at the hearing of the above-entitled matter and reported stenographically the proceedings held and the testimony produced; and I further certify that the foregoing is a true and correct copy of my said stenographic notes.

In testimony whereof, I have hereunto subscribed my hand this ___ day of April, 2009.

_____
ANGELA N. KILBY
Official Court Reporter


O R D E R

AND NOW, this ___ day of _____ 2009, this transcript is approved and ordered to be filed.

_____
Louis J. Farina, Judge