**EXHIBIT H**

# Robert Gibson

| | |
|---|---|
| **From:** | Robert Gibson [rgibson@gibsonlawfirm.net] |
| **Sent:** | Monday, June 14, 2010 4:59 PM |
| **To:** | 'Zambrano, Angela'; 'Smolinsky, Joseph'; 'Falabella, Pablo'; 'jroda@rodanast.com'; 'mburkholder@rodanast.com' |
| **Cc:** | 'lipps@CarpenterLipps.com'; 'chrisu@hublaw.com' |
| **Subject:** | Adjournment of 6/15/2010 hearing |

Dear Counsel:

Today at 3:47 pm as I was preparing to leave for tomorrow's hearing in New York (for which I had already paid for my accommodations), I received a call from Angela Zambrano regarding my objection and petition to intervene. Ms. Zambrano indicated to me that today a "settlement in principle" had been reached between MLC and the Soders claimants. Specifically, Ms. Zambrano indicated that the terms of the settlement included that MLC would accept the following claims: $554,000 in attorneys' fees to RodaNast, PC, $554,000 to the Class, $5,000 to Ms. Soders, and RodaNast's costs (claimed as $437,416.92). Based on this new development, I will be adjourning my motion until the next motion date in order to amend my petition, discuss resolution of the Gibson/Kairis claim, or otherwise respond. I will supply counsel with the new hearing date tomorrow morning.

Regards,
Bob Gibson

**Robert Gibson**
**THE GIBSON LAW FIRM**
**319 West Front Street**
**Media, PA 19063**
**Tel: 215-729-7000**
**Fax: 215-695-2200**



