**HEARING DATE AND TIME:** August 6, 2010 at 9:00 a.m. (Eastern Time)
                              **RESPONSE DEADLINE:** July 30, 2010 at 4:00 p.m. (Eastern Time)
                                **REPLY DEADLINE:** August 1, 2010 at 12:00 p.m. (Eastern Time)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                                  :
**In re**                                                  :        **Chapter 11 Case No.**
                                                   :
**MOTORS LIQUIDATION COMPANY,** *et al.***,**  :        **09-50026 (REG)**
    **f/k/a General Motors Corp.,** *et al.***,**        :
                                                   :
                    **Debtors.**                    :        **(Jointly Administered)**
                                                 :
------------------------------------------------------------x

## ORDER GRANTING OBJECTION TO PROOF OF CLAIM NO. 44887 (AMENDED)

Upon the Objection to Proof of Claim No. 44887 (Amended) of Creditors, George and Karen Kairis and The Gibson Law Firm, pursuant to section 502(b) of title 11, United States Code ("Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), and this Court's Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claim (Including Claims under Bankruptcy Code Section 503(b)(9)), and Procedures Relating Thereto and Approving the Form and Manner of Notice Thereof [Docket No. 4079], seeking entry of an order disallowing and expunging claim number 44887 because the claims fail to comply with Bankruptcy Rules 9014 and 2019 and Federal Rule of Civil Procedure 23, all as more fully described in the Petitioners' Objection; and due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Creditors, Debtors, their estates, and all parties in interest and thee the legal and factual bases set

forth in the Objection establish just cause for the relief granted therein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Objection is granted as provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, Proof of Claim No. 44887 (Settlement Agreement in *Soders v. General Motors Corporation* and RodaNast, P.C.) is disallowed and expunged in its entirety, or, in the alternative, the claim of RodaNast for $843,929 contained within Proof of Claim 44887 is disallowed and expunged; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.


Dated: New York, New York
_____, 2010          _____
                                         United States Bankruptcy Judge