**EXHIBIT A**

B10 (Official Form 10) (12/08)

| United States Bankruptcy Court **SOUTHERN** District of **NEW YORK** | PROOF OF CLAIM |
|---|---|

| Name of Debtor<br>Motors Liquidations Company (f/k/a General Motors Corporation) | Case Number<br>09-50026 (REG) |
|---|---|

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case A request for payment of an administrative expense may be filed pursuant to 11 U S C § 503

| Name of Creditor (the person or other entity to whom the debtor owes money or property)<br>Settlement Agreement in Soders v General Motors Corporation and RodaNast, P.C. | ☐ Check this box to indicate that this claim amends a previously filed claim |
|---|---|
| Name and address where notices should be sent<br>Settlement Agreement in Soders v General Motors Corporation and RodaNast, P C.<br>ATTN: Joseph F Roda, Esquire<br>RodaNast, P C.<br>801 Estelle Drive<br>Lancaster, PA 17601<br>Telephone number: 717-892-3000<br><br>*[Stamp: THE GARDEN CITY GROUP, INC. NOV 24 2009]* | Court Claim Number _____<br>(If known)<br><br>Filed on _____ |
| Name and address where payment should be sent (if different from above)<br><br>**FILED - 44887<br>MOTORS LIQUIDATION COMPANY<br>F/K/A GENERAL MOTORS CORP<br>SDNY # 09-50026 (REG)** | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars<br><br>☐ Check this box if you are the debtor or trustee in this case |

| 1. Amount of Claim as of Date Case Filed   **$1,286,346.00 and distribution of yet to be determined number of coupons pursuant to documents attached hereto** | 5 Amount of Claim Entitled to Priority under 11 U.S.C §507(a) If any portion of your claim falls in one of the following categories, check the box and state the amount |
|---|---|
| If all or part of your claim is secured, complete item 4 below, however, if all of your claim is unsecured, do not complete item 4<br><br>If all or part of your claim is entitled to priority, complete item 5<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim Attach itemized statement of all interest or charges | Specify the priority of the claim<br><br>☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B) |
| 2. Basis for Claim   Judgment Entry & Settlement Agreement (see attached documents)<br>(See instruction #2 on reverse side) | ■ Wages, salaries, or commissions (up to $10 950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U S C § 507(a)(4) |
| 3 Last four digits of any number by which creditor identifies debtor _____<br>3a. Debtor may have scheduled account as _____<br>(See instruction #3a on reverse side) | |
| 4. Secured Claim (See instruction #4 on reverse side)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information<br><br>Nature of property or right of setoff   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other<br>Describe<br><br>Value of Property $_____ Annual Interest Rate ____%<br><br>Amount of arrearage and other charges as of time case filed included in secured claim<br><br>If any $_____   Basis for perfection: _____<br><br>Amount of Secured Claim $_____   Amount Unsecured: $_____ | ☐ Contributions to an employee benefit plan - 11 U S C § 507(a)(5)<br><br>■ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U S C § 507(a)(7)<br><br>☐ Taxes or penalties owed to governmental units - 11 U S C § 507(a)(8)<br><br>■ Other - Specify applicable paragraph of 11 U S C § 507(a) ( **2** ) |
| 6   Credits The amount of all payments on this claim has been credited for the purpose of making this proof of claim | |
| 7   Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements You may also attach a summary Attach redacted copies of documents providing evidence of perfection of a security interest You may also attach a summary (See instruction 7 and definition of 'redacted' on reverse side)<br><br>DO NOT SEND ORIGINAL DOCUMENTS   ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING<br><br>If the documents are not available, please explain | Amount entitled to priority<br>$ **$1,286,346 00 and distribution of yet to be determined number of coupons pursuant to settlement agreement attached hereto.**<br><br>* Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment |
| Date. 11/20/09 | Signature: The person filing this claim must sign it  Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above  Attach copy of power of attorney, if any<br><br>*[signature]*   Joseph F. Roda, Esquire | FOR COURT USE ONLY |

Penalty for presenting fraudulent claim Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 and 3571