**EXHIBIT E**

1

```
 1              IN THE COURT OF COMMON PLEAS OF
                  LANCASTER COUNTY, PENNSYLVANIA
 2                           CIVIL

 3      _____
                                           :
 4      DONNA SODERS, on behalf of         :
        herself and all others             :
 5      similarly situated,                :
                                           :
 6                     Plaintiffs          :
                                           :
 7                                         :
                 vs                        :   No. 04255 of 2000
 8                                         :
        GENERAL MOTORS CORPORATION,        :
 9                                         :
                       Defendant           :
10                                         :
                                           :       COPY
11      _____:

12
                       TRANSCRIPT OF PROCEEDINGS
13                     SETTLEMENT FAIRNESS HEARING

14          Before:  THE HONORABLE LOUIS J. FARINA

15          Date  :  Tuesday, April 28, 2009

16          Place :  Courtroom Number 10
                     Lancaster County Courthouse
17                   50 North Duke Street
                     Lancaster, PA 17608-3480
18

19      APPEARANCES:

20         JOSEPH F. RODA, ESQUIRE
           MICHELE BURKHOLDER, ESQUIRE
21         RODA & NAST, P.C.
           801 Estelle Drive
22         Lancaster, PA 17601
              For - the Plaintiffs
23
           JEFFREY A. LIPPS, ESQUIRE
24         CARPENTER & LIPPS, LLP
           280 North High Street 1300
25         Columbus, OH 43215
              For - the Defendant
```

**ANGELA N. KILBY, OFFICIAL COURT REPORTER**
**(717) 299-8091**

2

APPEARANCES CONTINUED:

    CHRISTOPHER S. UNDERHILL, ESQUIRE
    HARTMAN, UNDERHILL & BRUBAKER, LLP
    221 East Chestnut Street
    Lancaster, PA 17602
      For - the Defendant

    ROBERT GIBSON, ESQUIRE
    GIBSON LAW FIRM
    319 West Front Street
    Media, PA 19063
      For - the Objectors

1  pay in the case. But, Your Honor, and I say this without
2  having discussed this with GM or with anyone else, we have
3  made a further decision at our office on this, the powers
4  that be, so to speak, at the office.
5      We watch the same news everybody else watches. We
6  read the same papers everybody else watches. We are aware,
7  as everyone is, of this very unfortunate perfect storm that
8  has hit the economy, and GM in particular. You know, you
9  can't but help but feel bad for people who are losing their
10 jobs, who are having their pay cut, et cetera, because of
11 that.
12     In view of that, notwithstanding the work that
13 went into this case, the work that brings us here today, we
14 have come to the Court and say we are asking for a fee that
15 is half our historic rates. We have decided to cut our fee
16 request by the factor of half from the one point six. We
17 are asking for half of that, which is about $843,000, with
18 our costs.
19     We believe the other request would have been
20 reasonable, but, under the circumstances, in an effort to
21 be eminently reasonable, we have decided to make that
22 request --
23     THE COURT: What does that result in your historic
24 rate being?
25     MR. RODA: It would be -- it would be a blended

```
 1                    REPORTER'S CERTIFICATE
 2
 3       I HEREBY CERTIFY that I was present at the
 4  hearing of the above-entitled matter and reported
 5  stenographically the proceedings held and the testimony
 6  produced; and I further certify that the foregoing is a
 7  true and correct copy of my said stenographic notes.
 8       In testimony whereof, I have hereunto subscribed
 9  my hand this 29th day of April, 2009.
10
11
12
13                          _____
14                          ANGELA N. KILBY
                            Official Court Reporter
15
16
17                         O R D E R
18
19       AND NOW, this        day of
20  2009, this transcript is approved and ordered to be filed.
21
22
23                          _____
24                          Louis J. Farina, Judge
25
```