**HEARING DATE AND TIME: June 29, 2010 at 9:45 a.m. (Eastern Time)**
**RESPONSE DEADLINE: June 22, 2010 at 4:00 p.m. (Eastern Time)**

```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
MOTORS LIQUIDATION COMPANY, et al.,                         :    09-50026 (REG)
        f/k/a General Motors Corp., et al.                  :
                                                            :
                         Debtors.                           :    (Jointly Administered)
                                                            :
------------------------------------------------------------x
```

# REVISED ORDER GRANTING
# DEBTORS' SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS
### (Tax Claims Assumed by General Motors, LLC)

Upon the seventeenth omnibus objection to expunge certain tax claims, dated May 27, 2010 (the "**Seventeenth Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") (Docket No. 4180], seeking entry of an order disallowing and expunging the Tax Claims on the grounds that each Tax Claim is for a tax obligation for which the Debtors have no liability, all as more fully described in the Seventeenth Omnibus Objection to Claims; and due and proper notice of the Seventeenth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Seventeenth Omnibus Objection to Claims.

A:\MLC - AMENDED ORDER FOR SEVENTEENTH OMNIBUS OBJECTION TO EXPUNGE TAX CLAIMS.DOC

relief sought in the Seventeenth Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Seventeenth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Seventeenth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on **Exhibit "A"** annexed hereto under the heading "*Claims to be Disallowed and Expunged*" are disallowed and expunged; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object on any basis are expressly reserved with respect to, any claim listed on Exhibit A annexed to the Seventeenth Omnibus Objection to Claims under the heading "*Claims to be Disallowed and Expunged*"; and it is further

ORDERED that this Order amends and supersedes the order granting the relief requested in the Seventeenth Omnibus Objection to Claims that was entered on June 29, 2010 [Docket No. 6184] (the "**Prior Order**") in order to delete Proof of Claim No. 69930 which was originally listed on Exhibit "A" to the Prior Order; and it is further

ORDERED that the Seventeenth Omnibus Objection to Claims, with respect to Proof of Claim No. 69930, is adjourned to July 14, 2010 at 9:45 a.m.; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
*July 6, 2010*

*s/ Robert E. Gerber*
United States Bankruptcy Judge