**BINGHAM MCCUTCHEN LLP**
Jonathan B. Alter
One State Street
Hartford, Connecticut 06103
Telephone:  860.240.2700
Fax:  860.240.2800
Email:  jonathan.alter@bingham.com

*Counsel for Travelers Casualty and Surety Company of America*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF CLAIM**

PLEASE TAKE NOTICE that Travelers Casualty and Surety Company of America for itself and its predecessors-in-interest, parents, subsidiaries and affiliates ("**Travelers**"), by its attorneys, Bingham McCutchen LLP, hereby withdraws Claim No. 38933 filed on November 23, 2009 against MLCS, LLC f/ka Saturn, LLC, Case No. 09-50027, and authorizes the Clerk of the Court, or its duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced debtor.

A/73421799.1

Dated: Hartford, Connecticut
      July 6, 2010

                         Respectfully submitted,

                         By: /s/Jonathan B. Alter
                            Jonathan B. Alter
                            BINGHAM MCCUTCHEN LLP
                            One State Street
                            Hartford, Connecticut  06103
                            Tel:  860.240.2700
                            Fax:  860.240.2800
                            Email:  jonathan.alter@bingham.com

                        *Counsel to Travelers Casualty and Surety Company of America*

A/73421799.1