**OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP**
Park Avenue Tower
65 East 55th Street
New York, New York 10022
Andrea Fischer, Esq.
212.451.2300
*Counsel to Oce North America, Inc.*

**UNITED STATES BANKRUPTCY COURT
THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MOTORS LIQUIDATION COMPANY, *et al.*,<br>f/k/a General Motors Corp. *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 09-50026 (REG)<br>Jointly Administered |

OCE NORTH AMERICA, INC.'S OPPOSITION TO DEBTORS'
TWENTY-THIRD OMNIBUS OBJECTION TO CLAIMS
(CLAIMS ASSUMED BY GENERAL MOTORS, LLC)

Oce North America, Inc. ("Oce"), by and through its undersigned counsel, as and for its opposition to Debtors' Twenty Third Omnibus Objection to Claims (Claims Assumed by General Motors, LLC) (the "Claims Objection"), respectfully submits as follows:

1. On October 9, 2009 Oce filed a proof of claim in the amount of $21,872.49 based on 34 pre-petition invoices issued to the Debtors for which maintenance, rentals and supplies provided to the Debtors remained unpaid post-petition.

2. On or about June 11, 2010, the Debtors filed the Claims Objection, stating that the invoices at issue had been assumed by General Motors, LLC.

3. However, the invoices at issue do not appear on the Assumption and Assignment Confirmation Letter issued by General Motors Company and Motors Liquidation Company.

1010936-1

4. Moreover, according to Oce's records, although two invoices, in the amount of $794.35 each, were paid, the remaining invoices remain unpaid.

5. Therefore, to the extent the invoices were not assumed, Debtors are still responsible for payment.

6. Moreover, if the invoices have, indeed, been assumed, Oce has not seen documentation of this fact, nor have the invoices been paid (with the exception of two invoices in the amount of $794.35 each).

WHEREFORE, Oce requests that this Court deny the Claims Objection as to Oce and such other and further relief as this Court deems appropriate.

Dated: New York, New York
July 6, 2010

**OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY, LLP**

/s/ Andrea Fischer, Esq.
Andrea Fischer, Esq.
Park Avenue Tower
65 East 55th Street
New York, New York 10022
212.451.2300

*Counsel to Oce North America, Inc.*

1010936-1