**EXHIBIT 4**

| | M - Tech Associates<br>Payment Requested No. 242<br>January 31, 2009 | | |
|---|---|---|---|
| | P.O. # | | |
| Item No. | Check No. | Vendor Name | | Amount |
| 1 | 3397 | HUNTINGTON MANAGEMENT | DENTAL/LIFE | $97.71 |
| 2 | 3400 | GENECO-maintenance | JAN PR | $5,521.31 |
| 3 | 3402 | MICHIGAN MILLERS (1 OF 12) | insurance | $710.00 |
| | | Subtotal | | $6,329.02 |
| | | 10% Handling Fee | | $632.90 |
| | | Total Due | | $6,961.92 |

po#
**TCS26067**
PR# YX1455

EXHIBIT A

MTECH 00005

|  |  | M - Tech Associates<br>Payment Requested No. 243<br>February 28, 2009 |  |  |
|---|---|---|---|---|
|  |  | P.O. # |  |  |
| Item No. | Check No. | Vendor Name | description | Amount |
| 1 | 3403 | GRESHAMS | plowing/salt lot | $2,369.11 |
| 2 | 3404 | MICHIGAN MILLERS (2 OF 12) | insurance | $710.00 |
| 3 | 3405 | WILLIAMS REFRIGERATION | HVAC | $235.95 |
| 4 | 3406 | Greshams Seasonal Services | salt lot | $991.57 |
| 5 | 3407 | John Collins | misc expenses | $144.02 |
| 6 | 3408 | HUNTINGTON MGMT | emp insurance | $12.45 |
| 7 | 3409 | Geneco | Feb Payroll | $4,750.38 |
|  |  | Subtotal |  | $9,213.48 |
|  |  | 10% Handling Fee |  | $921.35 |
|  |  | Total Due |  | $10,134.83 |

| po# |
|---|
| TCS26782 |
| PR# YX9884 |

EXHIBIT A

MTECH 00006

|  |  | M - Tech Associates<br>Payment Requested No. 244<br>March 31, 2009 |  |  |
|---|---|---|---|---|
|  |  | P.O. # |  |  |
| Item No. | Check No. | Vendor Name | description | Amount |
| 1 | 3410 | MICHIGAN MILLERS (3 OF 12) | insurance | $710.00 |
| 2 | 3411 | Greshams Seasonal Services | salt lot | $380.00 |
| 3 | 3412 | HUNTINGTON MGMT | emp insurance | $95.19 |
| 4 | 3413 | void |  | $0.00 |
| 5 | 3414 | Geneco | March Payroll | $4,750.38 |
|  |  | Subtotal |  | $5,935.57 |
|  |  | 10% Handling Fee |  | $593.56 |
|  |  | Total Due |  | $6,529.13 |

po#
**TCS27183**
PR# ZX3598

EXHIBIT A

MTECH 00007

|  |  | M - Tech Associates<br>Payment Requested No. 245<br>April 30, 2009 |  |  |
|---|---|---|---|---|
|  |  | P.O. # |  |  |
| Item No. | Check No. | Vendor Name | description | Amount |
| 1 | 3415 | HUNTINGTON MGMT | emp insurance | $95.19 |
| 2 | 3417 | HUNTINGTON MGMT | postage | $2.10 |
| 3 | 3418 | Greshams | salt lot | $95.00 |
| 4 | 3419 | Stock Building Supply | door/hardware | $328.59 |
| 5 | 3420 | MICHIGAN MILLERS (4 OF 12) | insurance | $710.00 |
| 6 | 3421 | GENECO | APRIL PR | $4,750.38 |
|  |  | Subtotal |  | $5,981.26 |
|  |  | 10% Handling Fee |  | $598.13 |
|  |  | Total Due |  | $6,579.39 |

| po# |
|---|
| **TCS27534** |
| **PR# ZX7629** |

EXHIBIT A

MTECH 00008

|          |           | M - Tech Associates<br>Payment Requested No. 246<br>May 31, 2009 |              |            |
|----------|-----------|------------------------------------------------------------------|--------------|------------|
|          |           | P.O. #                                                           |              |            |
| Item No. | Check No. | Vendor Name                                                      | description  | Amount     |
| 1        | 3422      | MICHIGAN MILLERS (5 OF 12)                                       | insurance    | $710.00    |
| 2        | 3423      | DJ & ASSOCIATES                                                  | ROOF REPAIRS | $570.00    |
| 3        | 3424      | HUNTINGTON MANAGEMENT                                            | MEDICAL INS  | $98.79     |
| 4        | 3425      | GENECO                                                           | MAY PAYROLL  | $5,521.31  |
|          |           | Subtotal                                                         |              | $6,900.10  |
|          |           | 10% Handling Fee                                                 |              | $690.01    |
|          |           | Total Due                                                        |              | $7,590.11  |

EXHIBIT A