**EXHIBIT 7**

| Vendor Master ID | Vendor Master Name | AlixPartners Number | Counterparty Name | Contract Status | noticed | Decision | GM Contract ID |
|---|---|---|---|---|---|---|---|
| 5716-00015701 | M-Tech Associates | 5716-00015701 | M-Tech Associates | | | Reject later | |
| 5716-00015702 | M-Tech Associates | 5716-00015702 | M-Tech Associates | | | Reject later | |
| 5716-00015703 | M-Tech Associates | 5716-00015703 | M-Tech Associates | | | Reject later | |
| 5716-00015704 | M-Tech Associates | 5716-00015704 | M-Tech Associates | | | Reject later | |
| 5716-00015705 | M-Tech Associates | 5716-00015705 | M-Tech Associates | | | Reject later | |
| 5716-00015706 | M-Tech Associates | 5716-00015706 | M-Tech Associates | | | Reject later | |
| 5716-00015707 | M-Tech Associates | 5716-00015707 | M-Tech Associates | | | Reject later | |
| 5716-00087452 | M-TEC ASSOCIATES | 5716-00087452 | M-TEC ASSOCIATES | To Be Assumed | APA0601 | Assume | TCB02218 |

| Legal Entity | Contract Name | Start Date | End Date | Contract Type | Contract Description |
|---|---|---|---|---|---|
| General Motors Corporation | M-Tech Associates | 8/28/1986 | 1/1/1900 | Real Property Leases/Non Residential | Property Lease Agreement |
| General Motors Corporation | M-Tech Associates | 1/26/1996 | 1/1/1900 | Real Property Leases/Non Residential | Renewal Option |
| General Motors Corporation | M-Tech Associates | 3/1/1996 | 1/1/1900 | Real Property Leases/Non Residential | Lease Extension |
| General Motors Corporation | M-Tech Associates | 4/28/1998 | 1/1/1900 | Real Property Leases/Non Residential | Property Lease Agreement |
| General Motors Corporation | M-Tech Associates | 7/19/2001 | 1/1/1900 | Real Property Leases/Non Residential | Lease Amendment Agreement |
| General Motors Corporation | M-Tech Associates | 6/5/2006 | 1/1/1900 | Real Property Leases/Non Residential | Third Lease Amendment Agreement |
| General Motors Corporation | M-Tech Associates | 6/5/2006 | 1/1/1900 | Real Property Leases/Non Residential | Third Lease Amendment Agreement |
| GENERAL MOTORS CORPORATION | | 9/1/1995 | 2/28/2010 | Blankets | |

| Business Unit | Department/Functional Are | GM Business Lead | GPSC Lead | PO Balance (Value) | Contract Location |
|---|---|---|---|---|---|
| REAL ESTATE | LEASES | Blanchard, John K. | | | LSA |
| REAL ESTATE | LEASES | Blanchard, John K. | | | LSA |
| REAL ESTATE | LEASES | Blanchard, John K. | | | LSA |
| REAL ESTATE | LEASES | Blanchard, John K. | | | LSA |
| REAL ESTATE | LEASES | Blanchard, John K. | | | LSA |
| REAL ESTATE | LEASES | Blanchard, John K. | | | LSA |
| REAL ESTATE | LEASES | Blanchard, John K. | | | LSA |
| METAL FAB GROUP HEADQUARTERS | | 62200 Gerard, Dan | Dowdall, David | 0 | GPSC |

| AlixPartners Category | Contract Number | PO Status | Vendor ID | Source ID | Last Modified By |
|---|---|---|---|---|---|
| Real Estate Leases | 16314132 | TBD | | LSA - Real Estate CSV Final | thaber |
| Real Estate Leases | 16314134 | TBD | | LSA - Real Estate CSV Final | thaber |
| Real Estate Leases | 16314133 | TBD | | LSA - Real Estate CSV Final | thaber |
| Real Estate Leases | 16314131 | TBD | | LSA - Real Estate CSV Final | thaber |
| Real Estate Leases | 16314130 | TBD | | LSA - Real Estate CSV Final | thaber |
| Real Estate Leases | 16314136 | TBD | | LSA - Real Estate CSV Final | thaber |
| Real Estate Leases | 16314135 | TBD | | LSA - Real Estate CSV Final | thaber |
| MFG – Various; WFG – Utilities | GM-00087452 | OPEN | 807178108 | Olimpic Renaissance 5-1-09 | |