**EXHIBIT 9**



## Assumption & Assignment Confirmation Letter

**GENERAL MOTORS COMPANY**
(formerly NGMCO, Inc.)

**MOTORS LIQUIDATION COMPANY**
(formerly General Motors Corporation)

Date: **9/1/2009**

Vendor: **M-TEC ASSOCIATES**
Vendor Identification: **807178108**

Re: Confirmation of Assumption and Assignment of Executory Contract(s)

Ladies and Gentlemen:

This letter confirms that the Executory Contract(s) identified on Schedule A hereto was/were assumed by Motors Liquidation Company (formerly General Motors Corporation) (the "Parent") and assigned by Parent to General Motors Company (formerly NCMCO, Inc.) (the "Purchaser") as of and effective on the date set forth on Schedule A annexed here to in accordance with the terms and conditions of that certain Amended and Restated Master Sale and Purchase Agreement, dated as of July 26, 2009, by and among Parent, Saturn LLC, Saturn Distribution Corporation and Purchaser, as amended (the "MSPA"), and the Sale Approval Order.

Capitalized terms used and not otherwise defined herein shall have the meaning given to them in the MSPA.

Very truly yours,

GENERAL MOTORS COMPANY
/s/ Robert E. Socia
Vice President
Global Purchasing and Supply Chain

MOTORS LIQUIDATION COMPANY
/s/ Al Koch
President & CEO

Assumption & Assignment Confirmation Letter generated for Vendor ID : 807178108 by Y84ZJx7b on 9/1/2009 11:55:24 AM.    Page 1 / 2

EXHIBIT C                                                                                                     MTECH 00034



## Assumption & Assignment Confirmation Letter

| Schedule A | | | | | | |
|---|---|---|---|---|---|---|
| Row ID | GM Contract ID | Counterparty Name | Contract Name / Description | Contract Type | Business Unit / Functional Area | Contract Status |
| 5716-00087452 | TCB02218 | M-TEC ASSOCIATES | | Blanket Order | | ASSUMED JULY 10, 2009 |
| | | | | | Count of Contracts: | 1 |

*Assumption & Assignment Confirmation Letter generated for Vendor ID : 807178108 by Y84ZJx7b on 9/1/2009 11:55:24 AM.*    Page 2 / 2

EXHIBIT C

MTECH 00035