Sander L. Esserman (Admitted *Pro Hac Vice*)
Peter D'Apice
Jo E. Hartwick (Admitted *Pro Hac Vice*)
STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone:  (214) 969-4900
Facsimile:  (214) 969-4999

COUNSEL FOR DEAN M. TRAFELET
IN HIS CAPACITY AS LEGAL
REPRESENTATIVE FOR FUTURE ASBESTOS
PERSONAL INJURY CLAIMANTS

---------------------------------------------------------------X
                                                               )
In re                                                          )        Chapter 11
                                                               )
MOTORS LIQUIDATION COMPANY, *et al.*,                          )
f/k/a GENERAL MOTORS CORP., *et al.*,                          )
                                                               )        Case No. 09-50026 (REG)
                                                               )
                    Debtors.                                   )        Jointly Administered
---------------------------------------------------------------X

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 2, 2010, she caused true and correct copies of the

*Motion of Dean M. Trafelet, Future Claimants' Representative, for an Order Clarifying the Order Appointing him as Legal Representative for Future Asbestos Personal Injury Claimants and Directing Payment of his Fees and Expenses, or in the Alternative, Awarding an Administrative Expense Pursuant Section 503(a) or (b) of the Bankruptcy Code* (Docket No. 6262) to be served on the parties below by the method indicated and by electronic mail on all parties on the Master Service List and on all parties receiving notice via the Court's ECF System.

**By Electronic Mail**
Harvey R. Miller
harvey.miller@weil.com
Stephen Karotkin
stephen.karotkin@weil.com
Joseph H. Smolinsky
joseph.smolinsky@weil.com
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
**Counsel for the Debtors**

**By Electronic Mail**
Lawrence Buonomo
lawrence.buonomo@gm.com
**General Motors LLC**
400 Renaissance Center
Detroit, Michigan 48265

**By Electronic Mail**
Ted Stenger
tstenger@alixpartners.com
**Debtors c/o Motors Liquidation Company**
500 Renaissance Center, Suite 1400
Detroit, Michigan 48265

**By Electronic Mail**
John J. Rapisardi
john.rapisardi@cwt.com
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
**Counsel for the United States Department of the Treasury**

**By Electronic Mail**
Joseph Samarias
Joseph.samarias@do.treas.gov
**United States Department of the Treasury**
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220

**By Electronic Mail**
Michael J. Edelman
mjedelman@vedderprice.com
Michael L. Schein
mschein@vedderprice.com
Vedder Price, PC
1633 Broadway, 47th Floor
New York, NY 10019
**Counsel for Export Development Canada**

| | |
|---|---|
| **By Electronic Mail** | **By Electronic Mail** |
| Thomas Moers Mayer | David S. Jones |
| tmayer@kramerlevin.com | david.jones6@usdoj.gov |
| Amy Caton | Natalie Kuehler |
| acaton@kramerlevin.com | Natalie.kuehler@usdoj.gov |
| Lauren Macksoud | **United States Attorney's Office** |
| lmacksoud@kramerlevin.com | Southern District of New York |
| Jennifer Sharret | 86 Chambers Street, Third Floor |
| jsharret@kramerlevin.com | New York, NY 10007 |
| Kramer Levin Naftalis & Frankel LLP | |
| 1177 Avenue of the Americas | |
| New York, NY 10036 | |
| **Counsel for Official Committee of Unsecured Creditors** | |

| | |
|---|---|
| **By Electronic Mail** | **By Facsimile** |
| Elihu Inselbuch | Diana G. Adams |
| ei@capdale.com | **Office of the United States Trustee for the Southern District of New York** |
| Rita C. Tobin | |
| rct@capdale.com | 33 Whitehall Street, 21st Floor |
| Caplin & Drysdale, Chartered | New York, NY 10004 |
| 375 Park Avenue, 35th Floor | Facsimile: 212-668-2256 |
| New York, NY 10152 | |

Trevor W. Swett, III
tws@capdale.com
Kevin C. Maclay
kcm@capdale.com
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Suite 1100
Washington, D.C. 20005
**Counsel for the Official Committee of Unsecured Creditors Holding Asbestos-Related Claims**

-4-

    */s/Heather J. Panko*

STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 969-4900