Richard H. Wyron (admitted *pro hac vice*)
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
*Counsel to Fisker Automotive, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re:                                                       :    Chapter 11
                                                             :
**MOTORS LIQUIDATION COMPANY,** *et*                         :    Case No. 09-50026 (REG)
*al.*, f/k/a General Motors Corp., *et al.*,                 :
                                                             :
                             Debtors.                        x
------------------------------------------------------------

# NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

PLEASE TAKE NOTICE that **Courtney Rogers** withdraws her appearance on behalf of Fisker Automotive, Inc. ("**Fisker**") in the above-referenced bankruptcy proceeding. Richard H. Wyron remains as counsel on behalf of Fisker. Accordingly, please remove Courtney Rogers from any and all mailing matrices concerning her representation of Fisker in this matter.

Dated: July 7, 2010               **ORRICK, HERRINGTON & SUTCLIFFE LLP**
       Washington, D.C.

                                  By:    */s/ Richard H. Wyron*
                                         Richard H. Wyron (admitted *pro hac vice*)
                                         Orrick, Herrington & Sutcliffe LLP
                                         Columbia Center
                                         1152 15th Street, N.W.
                                         Washington, D.C. 20005-1706
                                         Telephone: (202) 339-8400
                                         Facsimile: (202) 339-8500
                                         *Counsel to Fisker Automotive, Inc.*

OHS East:160737736.1