Olivia Palmer
348 highland rd
Pittsburgh pa 15235

TO: United States Bankruptcy Court
Southern District of New York
In re
Motor Liquidation Company, et al.
f/k/a General Motors Corp., et al.

In response to Order M-182
In response to Order M-242

Since I filed claim, a lot has changed, I was in more than 10 accidents involving this vehicle. In some of the accidents my son Dane Brooks was involved and others my daughter Tamara Scheuermann was involved in accidents with this vehicle, we always wore seat belts. The truck has been hit from all sides in different accidents. The airbags have never deployed causing severe injury to my family and has contributed to a great loss of income in excess of 60,000 a year since accident. I Olivia Palmer made over 70000 dollars a year prior to these accidents with this defective vehicle.

Now I'm disabled, I have been told by my doctors that I may never be able to return to work in my previous capacity. I was told by my neurologist I would require morphine pump for pain, the doctor has advised me to see a surgeon for back surgery. I have 2 damaged discs in neck, the lumbar extender in truck caused injury to 3 discs in my lower back, they were ripped. I was under severe restrictions by the doctor. The decrease in mobility caused blood clots which resulted in two strokes, now I have panic attacks and Post Traumatic Stress disorder. I had to relearn how to talk, write again and I have still not fully recovered from the head trauma.

My son was in car when we were hit, in his seatbelt, asleep, the airbag failed to deploy, as a result he lost a tooth others incoming teeth shifted, now he has one growing in middle of his upper palate vertically to his nose, he need orthodontic surgery.

MY daughter Tamara was with me in most of accidents, she always had her seatbelt on, again the airbag failed to deploy, resulting in several injuries, to include a back injury, several miscarriages and severe migraine headaches from head trauma.

We have always followed the posted speed limits and most of the accidents occurred while traveling over fifty miles per hour. I was requesting an increase in the amount of finical damages due to the loss of income and injuries suffered by my children that have not been considered in the award. In addition my health has severely declined after this case was filed. I had to have the services of a personal care taker, and a visiting nurse for several months.

Sincerely yours, Olivia Palmer
-----------------------------------