# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026 <br><br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br><br> ☐ MLCS, LLC, Case No. 09-50027 <br><br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br><br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | CHLORIDE POWER PROTECTION <br> ATTN CATHERINE KAMP <br> 27944 N BRADLEY RD <br> LIBERTYVILLE,IL,60048 |
| Claim Number (if known): | 6976 |
| Date Claim Filed: | 9/30/2009 |
| Total Amount of Claim Filed: | $40,306.56 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _7-1-2010_

_Catherine Kamp_

Print Name: _Catherine Kamp_

Title (if applicable): _Credit Manager_

RECEIVED

JUL 6 2010

U.S. BANKRUPTCY COURT, SDNY

US_ACTIVE:¥43219392¥02¥72240.0639