# LEWIS COUNTY TREASURER



## ROSE A. BOWMAN

**Roger Snell**
Chief Deputy Treasurer
**Lynne Barnes**
Business Manager

*Lewis County, WA • Since 1845*

June 29, 2010

US Bankruptcy Court
Southern District of NY
One Bowling Green
New York, NY 10004-1408

Re: General Motors Corp.
Case # 09-50026

Lewis County is withdrawing its claim against the above mentioned bankruptcy case. This parcel has been paid in full.

If you have questions I can be reached at 360-740-1113 or at the address listed below.

Sincerely,

Michelle Travis
Collection Deputy
Lewis County Treasurer



RECEIVED JUL 6 2010 U.S. BANKRUPTCY COURT, SDNY

Courthouse
351 NW North St., MS:TRS01 • Chehalis, WA 98532-1900
(360) 740-1115 • Fax (360) 740-1493 • TDD 740-1480