# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026 |
|---|---|
| | ☐ MLC of Harlem, Inc., Case No. 09-13558 |
| | ☐ MLCS, LLC, Case No. 09-50027 |
| | ☐ MLCS Distribution Corporation, Case No. 09-50028 |
| | ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | TETRA TECH SCIENCES<br>2200 WILSON BLVD<br>STE 400<br>ARLINGTON, VA, 22201 |
| Claim Number (if known): | 15086 |
| Date Claim Filed: | 10/20/2009 |
| Total Amount of Claim Filed: | $33,357.45 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: JUNE 30, 2010

[Signature]

Print Name: HERMAN J. GIBB

Title (if applicable): PRESIDENT

---

RECEIVED JUL 6 2010 U.S. BANKRUPTCY COURT, SDNY

US_ACTIVE:\43219392\02\72240.0639