**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *IN RE* **MOTORS LIQUIDATION COMPANY**, f/k/a General Motors Corporation, *et al.* <br><br> Debtors | ) <br> ) Chapter 11 <br> ) <br> ) Case No.: **09-50026 (REG)** <br> ) <br> ) |

**MOTION OF WESLEY M. FRYE TO APPEAR *PRO HAC VICE***

Comes now Wesley M. Frye, attorney for Creditors Tyler and Steve Blake, who moves this Honorable Court to be admitted *pro hac vice* to represent the interests of the Blakes. Rule 2090-1 of this Court's Rules states that "[u]pon motion to the Court, a member in good standing of the bar of any state . . . may be permitted to practice in this Court in a particular case . . . ." I certify that I am a member in good standing of the Alabama State Bar (*see* Ex.1, attached), and that I have submitted the filing fee of $25.00 on the same day that I filed this motion.

Dated July 7, 2010.                    Respectfully submitted,

                                                 */s/ Wesley Milton Frye*
                                                 Wesley Milton Frye
                                                 STUBBS, SILLS & FRYE, P.C.
                                                 Post Office Box 2023
                                                 Anniston, Alabama 36202-2023
                                                 Phone: (256)835-5050
                                                 Fax:   (256)835-0011
                                                 Email: wes-ssf@cableone.net