KLESTADT & WINTERS, LLP
John E. Jureller
Samir P. Gebrael
292 Madison Avenue, 17th Floor
New York, New York 10017
(212) 972-3000

- and -

MEYER AND WILLIAMS,
ATTORNEYS AT LAW, P.C.
P. Richard Meyer
Robert N. Williams
350 E. Broadway
P.O. Box 2608
(307) 733-8300

*Co-Counsel to Julie and David Brittingham*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
                                                            :
In re                                                       :    Chapter 11
                                                            :
MOTORS LIQUIDATION COMPANY, et al.,                         :    Case No. 09-50026 (REG)
f/k/a GENERAL MOTORS, CORP. *et al*.,                       :
                                                            :
                         Debtors.                           :
------------------------------------------------------------X

**NOTICE OF WITHDRAWAL OF MOTION OF JULIE AND DAVID BRITTINGHAM
FOR RELIEF FROM THE AUTOMATIC STAY TO ALLOW THE COMPLETION
OF A PENDING PERSONAL INJURY ACTION**

PLEASE TAKE NOTICE that Julie Brittingham and her husband, David (hereinafter, collectively, the "Brittinghams"), by their undersigned counsel, hereby withdraw, without prejudice, their motion ("Motion") for Relief from the Automatic Stay to Allow the Completion of a Pending Personal Injury Action filed June 15, 2010 [Docket Number 6007]. The Brittinghams reserve all rights in this matter.

Dated: New York, New York
July 7, 2010

        Respectfully Submitted,

        KLESTADT & WINTERS, LLP
        /s/ *Samir P. Gebrael*
        John E. Jureller
        Samir P. Gebrael
        292 Madison Avenue, 17th Floor
        New York, New York 10017-6314
        (212) 972-3000

        - and -

        MEYER AND WILLIAMS,
        ATTORNEYS AT LAW, P.C.
        P. Richard Meyer
        Robert N. Williams
        350 E. Broadway
        P.O. Box 2608
        (307) 733-8300

        *Co-counsel to Julie and David Brittingham*