UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

GENERAL MOTORS CORPORATION,                          Chapter 11
                                                     Case No. 09-50026-reg
                                        Debtor.      Hon. Robert E. Gerber

_____

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 8, 2010, I electronically filed a **Withdrawal of Claim** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

- David B. Aaronson    david.aaronson@dbr.com

- Letitia Accarrino    laccarrino@wilentz.com

- David G. Aelvoet    sanantonio.bankruptcy@publicans.com

- Anna Conlon Aguilar    aaguilar@conlonaguilar.com

- Martin Alaniz    martin.alaniz@gmail.com

- Derek P. Alexander    dalexand@debevoise.com, mao-ecf@debevoise.com

- Jonathan Bradley Alter    jonathan.alter@bingham.com

- Carla O. Andres    candres@gklaw.com

- Philip D. Anker    philip.anker@wilmerhale.com

- Gary L. Antoniewicz    gantoni@boardmanlawfirm.com

- Joel D. Applebaum    japplebaum@clarkhill.com

- W. David Arnold    darnold@rcolaw.com

- Thomas V. Askounis    taskounis@askounisdarcy.com

- Karin F. Avery    avery@silvermanmorris.com

- Douglas Bacon    douglas.bacon@lw.com, chefiling@lw.com;beth.arnold@lw.com

- Todd Murray Bailey    todd.bailey@ftb.ca.gov

- Marc M. Bakst    mbakst@bodmanllp.com

- David J. Baldwin    dbaldwin@potteranderson.com, bankruptcy@potteranderson.com

- Elizabeth Banda    kwilliams@pbfcm.com

- John T. Banks    jbanks@pbfcm.com

- Salvatore A. Barbatano    sbarbatano@foley.com

- Leslie S. Barr    lbarr@windelsmarx.com, theston@windelsmarx.com

- William M. Barron    wbarron@sgrlaw.com

- Robert L. Barrows    rbarrows@wdblaw.com

- Robert N. Bassel    ecfbbassel@gmail.com

- Donald F. Baty    dbaty@honigman.com

- Leonora K. Baughman    ecf@kaalaw.com

- Matthew K. Beatman    mbeatman@zeislaw.com

- Christopher Robert Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com

- Howard S. Beltzer    hbeltzer@morganlewis.com

- Walter Benzija    wbenzija@halperinlaw.net

- Frederick A. Berg    fberg@kotzsangster.com

- Jan I. Berlage    JBerlage@GHSLLP.com

- Daniel J. Bernard    dbernard@vmclaw.com

- Richard J. Bernard    rbernard@bakerlaw.com

- David R. Berz    gregory.bailey@weil.com

- Kellie M. Blair    kblair@mattablair.com

- Kevin Blaney    kblaney@kevinblaney.com, bmorehead@kevinblaney.com

- Steven Harris Blatt    sblatt@dealerlaw.com

- David M. Blau    dmb@kompc.com, tlj@kompc.com

- Don W. Blevins    dwblevins@mcalpinelawfirm.com

- Charlotte P. Bodell    cbodell@sandw.com, rhiersteiner@sandw.com

- Anna Boelitz    anna.boelitz@bingham.com

- Phillip W. Bohl    phillip.bohl@gpmlaw.com

- Wanda Borges    borgeslawfirm@aol.com

- Jean Winborne Boyles    jboyles@jhvgmlaw.com, KCOLE@JHVGMLAW.COM

- Kimberly A. Brennan    kab@mccarthylebit.com

- Lynn M. Brimer    lbrimer@stroblpc.com, sfraser@stroblpc.com

- James L. Bromley    maofiling@cgsh.com

- Mark L. Brown    markb@lakinchapman.com,
  ashleyo@lakinchapman.com;docket@lakinchapman.com

- Scott N. Brown    snb@smrw.com

- William J. Brown    wbrown@phillipslytle.com

- Theresa V. Brown-Edwards    bankruptcy@potteranderson.com

- Mark Edwin Browning    BK-MBROWNING@OAG.STATE.TX.US,
  sherri.simpson@oag.state.tx.us

- Robert H. Brownlee    rbrownlee@thompsoncoburn.com

- Adam D. Bruski    adbruski@lambertleser.com

- Deborah M. Buell    maofiling@cgsh.com

- Charles D. Bullock    cbullock@sbplclaw.com

- John R. Burns    john.burns@bakerd.com,
  skrhoads@bakerd.com;oliana.nansen@bakerd.com

- Christopher M. Cahill    ccahill@clarkhill.com

- Barbara Lee Caldwell    blc@ashrlaw.com

- James Christopher Caldwell    ccaldwell@starkreagan.com

- John M. Callagy    jcallagy@kelleydrye.com

- Carollynn H.G. Callari    ccallari@venable.com

- Judy B. Calton    jcalton@honigman.com

- John F. Carberry    jcarberry@cl-law.com, dsantos@cl-law.com

- James C. Carignan    carignanj@pepperlaw.com

- James S. Carr    KDWBankruptcyDepartment@kelleydrye.com

- Linda J. Casey    caseyl@pepperlaw.com,
  hillera@pepperlaw.com;jaffeh@pepperlaw.com;shieldsa@pepperlaw.com;barsonl@pepperlaw.com;kistlerb@pepperlaw.com

- Katherine R. Catanese    kcatanese@foley.com

- George B. Cauthen    george.cauthen@nelsonmullins.com,
  mary.wilkinson@nelsonmullins.com;brook.wright@nelsonmullins.com

- Babette A. Ceccotti    bceccotti@cwsny.com, ecf@cwsny.com

- Joseph M. Cerra    jcerra@formanlaw.com

- Teresa H. Chan    kkansa@sidley.com;emcdonnell@sidley.com

- Jeffrey Chang    jchang@wildman.com

- J Eric Charlton    echarlton@hiscockbarclay.com

- Sarah M. Chen    schen@lockelord.com

- Eugene J. Chikowski    eugene.chikowski@flastergreenberg.com

- Shawn M. Christianson    schristianson@buchalter.com, cmcintire@buchalter.com

- Robert N. H. Christmas    rchristmas@nixonpeabody.com,
  nyc.managing.clerk@nixonpeabody.com

- Ilissa Churgin Hook    ecfmail@yablaw.com, ihook@yablaw.com

- Marvin E. Clements    agbanknewyork@ag.tn.gov

- Tiffany Strelow Cobb    tscobb@vorys.com, cdfricke@vorys.com

- Wm. David Coffey    wdcoffeylaw@yahoo.com

- Dennis J. Connolly    dconnolly@alston.com

- Michael T. Conway    michael.conway@leclairryan.com

- Susan M. Cook    smcook@lambertleser.com

- Joseph N. Cordaro    joseph.cordaro@usdoj.gov

- Joseph Corneau    jcorneau@klestadt.com

- Trent P. Cornell    tcornell@stahlcowen.com

- Keith N. Costa    keith.costa@akerman.com

- Jeffrey L. Coxon    rellis@warrenyoung.com

- David N. Crapo    dcrapo@gibbonslaw.com

- Randall D. Crocker    rcrocker@vonbriesen.com

- Brian Crowley    bcrowley@klehr.com

- Michael G. Cruse    mcruse@wnj.com, hziegler@wnj.com

- Louis A. Curcio    lcurcio@sonnenschein.com

- Julius O. Curling    curlingj@michigan.gov

- Thomas H. Curran    tcurran@haslaw.com, calirm@haslaw.com

- Teresa K.D. Currier    tcurrier@saul.com, mflores@saul.com

- Vincent D'Agostino    vdagostino@lowenstein.com

- Peter D'Apice    dapice@sbep-law.com

- Renee M. Dailey    renee.dailey@bgllp.com, meghan.olsen@bgllp.com

- Timothy J. Dance    tdance@swlaw.com, kquick@swlaw.com;wsmart@swlaw.com

- Colin Thomas Darke    cdarke@bodmanllp.com

- Michael S. Davi    mdavi@velaw.com

- Ashley Davis    ashley.davis@myfloridalegal.com

- Jeffrey S. Davis    jsdesqtx@yahoo.com

- Stanley Dawson    ssd@fulton-devlin.com

- James E. DeLine    jed@krwlaw.com, pal@krwlaw.com

- Gabriel Del Virginia, Esq.    gabriel.delvirginia@verizon.net

- Sam Della Fera    sdellafera@trenklawfirm.com

- Melissa Detrick    detrick@marshall-melhorn.com

- Benjamin P. Deutsch    bdeutsch@schnader.com

- Frank W. DiCastri    fdicastri@foley.com

- Gerard DiConza    gdiconza@dlawpc.com, las@dlawpc.com

- Maria J. DiConza    diconzam@gtlaw.com, baddleyd@gtlaw.com;petermann@gtlaw.com

- John P. Dillman    houston_bankruptcy@publicans.com

- Joshua Ian Divack      jdivack@hahnhessen.com,
  jdivack@hahnhessen.com;kcraner@hahnhessen.com;jsmith@hahnhessen.com;hpatwardh
  an@hahnhessen.com;lschlussel@hahnhessen.com

- Michael Dockterman      dockterman@wildman.com, eckert@wildman.com

- Edward S. Donini    lm7ed@aol.com

- J. Ted Donovan      TDonovan@Finkgold.com,
  David@Finkgold.com;CClarke@Gwfglaw.com

- Charles E. Dorkey      cdorkey@mckennalong.com,
  tplunkett@mckennalong.com;rgee@mckennalong.com;akaufman@mckennalong.com

- Amish R. Doshi      adoshi@daypitney.com

- Mary Joanne Dowd      dowd.mary@arentfox.com,
  rothleder.jeffrey@arentfox.com;campbell.andrea@arentfox.com

- Dennis J. Drebsky      ddrebsky@nixonpeabody.com,
  nyc.managing.clerk@nixonpeabody.com

- Lawrence P. Eagel      eagel@bragarwexler.com

- David G. Ebert      debert@ingramllp.com, mtajika@ingramllp.com

- Michael James Edelman      mjedelman@vedderprice.com, ecfnydocket@vedderprice.com

- James W. Ehrman      jwe@kjk.com, pleadingsjwe@gmail.com

- Steven B. Eichel      seichel@crowell.com

- David M. Eisenberg      deisenberg@ermanteicher.com

- Dan Elias    delias@eliasgroup.com

- Erin L. Eliasen      eleliasen@stoel.com, basargent@stoel.com

- Judith Elkin    judith.elkin@haynesboone.com

- Kristin Elliott      kristin.elliott@klgates.com

- Alyssa Englund      aenglund@orrick.com

- Richard L. Epling      richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com

- Earle I. Erman      eerman@ermanteicher.com

- Belkys Escobar      belkys.escobar@loudoun.gov

- Michael S. Etkin      metkin@lowenstein.com, mseymour@lowenstein.com

- Amy Evans    aevans@crosslaw.com

- Kerry M Ewald    kewald@dickinsonwright.com

- Jessica Fainman    jessica.fainman@barclayscapital.com

- Stephen Vincent Falanga    sfalanga@connellfoley.com

- Clement J. Farley    cfarley@mccarter.com

- Robert Michael Farquhar    mfarquhar@winstead.com, whsu@winstead.com

- William L. Farris    farrisw@sullcrom.com

- Thomas R. Fawkes    tfawkes@freebornpeters.com

- Carol A. Felicetta    cfelicetta@reidandriege.com

- Richard L. Ferrell    Ferrell@taftlaw.com

- Alyson M. Fiedler    afiedler@schiffhardin.com

- Robert J. Figa    rfiga@comlawone.com

- Andrea Fischer    afischer@olshanlaw.com,
  ssallie@olshanlaw.com;mmarck@olshanlaw.com

- Deborah L. Fish    dfish@allardfishpc.com

- Eric Fisher    fishere@butzel.com

- Matthew F. Fitzsimmons    matthew.fitzsimmons@po.state.ct.us

- Elizabeth K. Flaagan    eflaagan@faegre.com

- Steven B. Flancher    flanchers@michigan.gov

- Daniel J. Flanigan    tbackus@polsinelli.com

- Kenneth A. Flaska    gm@dmms.com

- Jonathan L. Flaxer    jflaxer@golenbock.com,
  ssmith@golenbock.com;avassallo@golenbock.com;eneuman@golenbock.com;mlu@golenbock.com

- Neysa Ann Fligor    sccbankruptcy@cco.sccgov.org

- Shawn Randall Fox    sfox@mcguirewoods.com

- Mark S. Frankel    mfrankel@couzens.com

- Scott J. Freedman    sfreedman@dilworthlaw.com

- James H. Freeman    jfreeman@gsblaw.com

- William R. Fried    wrfried@herrick.com

- Mark J. Friedman    mark.friedman@dlapiper.com

- Michael Friedman    mfriedman@rkollp.com,
  mschneider@rkollp.com;ksambur@rkollp.com

- Timothy A. Fusco    fusco@millercanfield.com

- Michael G. Gallacher    mgallacher@comcast.net

- Mark S. Gamell    mgamell@tlggr.com

- Kathleen A. Gardiner    gardinerk@michigan.gov

- Victoria D. Garry    vgarry@ag.state.oh.us

- Samir Gebrael    sgebrael@klestadt.com

- Sara J. Geenen    sjg@previant.com

- Robert T. Gibson    rgibson@gibsonlawfirm.net

- Wendy J. Gibson    wgibson@bakerlaw.com

- A. Spencer Gilbert    sgilbert@gilbert.com, kimwolford@asgilbert.com

- Jeanette M. Gilbert    jgilbert@motleyrice.com

- Celeste R. Gill    gillcr@michigan.gov

- Steven A. Ginther    sdnyecf@dor.mo.gov

- Andrew C. Gold    agold@herrick.com

- Matthew J. Gold    mgold@kkwc.com, mattgoldesq@optonline.net

- Scott A. Golden    sagolden@hhlaw.com

- Michelle Goldis    michelle.goldis@wilmerhale.com

- Sonya N. Goll    sgoll@sbplclaw.com

- Brett D. Goodman    brett.goodman@troutmansanders.com,
  harriet.cohen@troutmansanders.com

- Robert D. Gordon    rgordon@clarkhill.com

- Neil Andrew Goteiner    ngoteiner@fbm.com, calendar@fbm.com;karentsen@fbm.com

- Garry M. Graber    ggraber@hodgsonruss.com, mmuskopf@hodgsonruss.com

- Brian M. Graham    bgraham@salawus.com, bmgrahampack@sbcglobal.net

- Christopher F. Graham    cgraham@mckennalong.com,
  jvargas@mckennalong.com;rgee@mckennalong.com;jmayes@mckennalong.com;ehall@
  mckennalong.com

- William F. Gray    wgray@torys.com, abauer@torys.com;tmartin@torys.com

- John T. Gregg    jgregg@btlaw.com

- Nancy Grim    nancy.grim@nancygrimlaw.net

- Stephen M. Gross    sgross@mcdonaldhopkins.com

- Stephen B. Grow    sgrow@wnj.com, kfrantz@wnj.com

- Robert A. Guy    bguy@fbtlaw.com, mkroplin@fbtlaw.com

- Elizabeth A. Haas    info@thehaaslawfirm.com

- Paul R. Hage    phage@jaffelaw.com

- Angel Hagmaier    angel@angelhagmaier.com

- Richard F. Hahn    rfhahn@debevoise.com;jchung@debevoise.com;mao-
  ecf@debevoise.com

- Paula A. Hall    hall@bwst-law.com, marbury@bwst-law.com

- Matthew A. Hamermesh    mhamermesh@hangley.com

- Michael C. Hammer    mchammer3@dickinsonwright.com

- Gary A. Hansz    gah@wwrplaw.com

- David Henry Hartheimer    dharthei@bellatlantic.net

- Michael E. Hastings    michael.hastings@leclairryan.com

- Michael D. Hausfeld    mhausfeld@hausfeldllp.com

- Ryan D. Heilman    rheilman@schaferandweiner.com

- Geoffrey W. Heineman    gheineman@rmkb.com

- Christopher M. Hemrick    chemrick@connellfoley.com

- Suzanne Hepner    shepner@lrbpc.com,
  jcahn@lrbpc.com;rbarbur@lrbpc.com;psherer@lrbpc.com;ngrunfeld@levyratner.com

- Terrance A. Hiller      tah@kompc.com, met@kompc.com;tlj@kompc.com

- Mark D. Hofstee      markh@bolhouselaw.com

- Michael S. Holmes      , mshatty@yahoo.com

- Jonathan Hook      jonathan.hook@haynesboone.com,
  lenard.parkins@haynesboone.com;paul.fabsik@haynesboone.com

- Bruce W. Hoover      bhoover@goldbergsegalla.com,
  jsymack@goldbergsegalla.com;rbraden@goldbergsegalla.com

- Yolanda M. Humphrey      houbank@pbfcm.com, tpope@pbfcm.com

- P. Warren Hunt      pwh@krwlaw.com

- John J. Hunter      jrhunter@hunterschank.com, sharonaldrich@hunterschank.com

- Donald J. Hutchinson      hutchinson@millercanfield.com

- Roland Hwang      hwangr@michigan.gov

- Elihu Inselbuch      eb@capdale.com

- Robert M. Isackson      risackson@orrick.com

- Adam H. Isenberg      aisenberg@saul.com

- Steve Jakubowski      sjakubowski@colemanlawfirm.com

- Peter F. Jazayeri      pjazayeri@ecjlaw.com, mkogan@ecjlaw.com

- Susan Jennik      sjennik@kjmlabor.com

- Nan E. Joesten      njoesten@fbm.com

- John J. Jolley      jay.jolley@fnf.com, thomas.roubidoux@kutakrock.com

- Andrew A. Jones      ajones@whdlaw.com,
  mwichman@whdlaw.com;rbradley@whdlaw.com

- Roland Gary Jones      rgj592005@gmail.com, rgj592005@gmail.com

- John E. Jureller      jjureller@klestadt.com, jjureller@klestadt.com

- Gregory O. Kaden      gkaden@goulstonstorrs.com

- Allen G. Kadish      kadisha@gtlaw.com

- Ken Kansa      kkansa@sidley.com, aleff@sidley.com

- Olivia W. Karlin      olivia.karlin@doj.ca.gov

- Stephen Karotkin
  theodore.tsekerides@weil.com;Shai.Waisman@weil.com;michele.meises@weil.com

- Karel S. Karpe    karpek@whiteandwilliams.com, yoderj@whiteandwilliams.com

- Andrew C. Kassner    andrew.kassner@dbr.com

- Clifford A. Katz    ckatz@platzerlaw.com

- Susan R. Katzoff    skatzoff@hiscockbarclay.com, lmcrobbie@hiscockbarclay.com

- Thomas M. Kennedy    tkennedy@kjmlabor.com

- Thomas L. Kent    tomkent@paulhastings.com

- Richardo I. Kilpatrick    ecf@kaalaw.com, lrobertson@kaalaw.com

- Jennifer B. Kimble    jkimble@burr.com, mstinson@burr.com;mivey@burr.com

- Michael S. Kimm    kimmlaw@msn.com

- Michael S. Kimm    msk@kimmlaw.com

- Christopher K. Kiplok    kiplok@hugheshubbard.com

- Theodore A. Kittila    tak@elliottgreenleaf.com

- Kathleen H. Klaus    khk@maddinhauser.com

- Patrick A. Klingman    pklingman@sfmslaw.com

- Jeff Klusmeier    jeff.klusmeier@ago.mo.gov

- Anthony J. Kochis    akochis@wolfsonbolton.com

- Thomas F. Koegel    tkoegel@flk.com

- Mary W. Koks    mkoks@munsch.com, swagner@munsch.com

- Deborah Kovsky-Apap    kovskyd@pepperlaw.com,
  kressk@pepperlaw.com,wisotska@pepperlaw.com,alexsym@pepperlaw.com

- Debra A. Kowich    dkowich@umich.edu, schmitzr@umich.edu

- Robert R. Kracht    rrk@mccarthylebit.com

- Rein F. Krammer    rkrammer@masudafunai.com

- Stuart A. Krause    skrause@zeklaw.com

- J. Alex Kress    akress@riker.com

- Martin Krolewski    mkrolewski@kelleydrye.com,
  docketing@kelleydrye.com;BankruptcyCourt@KelleyDrye.com

- Richard E. Kruger    rkruger@jaffelaw.com

- Patrick J. Kukla    pkukla@carsonfischer.com

- Gary W. Kullmann    gkullmann@kkdpc.com, shall@kkdpc.com

- Carl N. Kunz    ckunz@morrisjames.com, wweller@morrisjames.com

- Greg T. Kupniewski    greg.kupniewski@flastergreenberg.com

- Darryl S. Laddin    bkrfilings@agg.com

- Michael C. Lambert    mclambert@lawpost-nyc.com

- Jacob F. Lamme    lamme@mltw.com

- Forrest B. Lammiman    flammiman@mpslaw.com,
  lbell@mpslaw.com;dnichols@mpslaw.com

- Barry M. Lasky    BMLPC@aol.com

- Stuart A. Laven    slaven@beneschlaw.com, docket@beneschlaw.com

- James N. Lawlor    jlawlor@wmd-law.com, gbenaur@wmd-law.com

- Robert L. LeHane    KDWBankruptcyDepartment@Kelleydrye.com

- Maureen F. Leary    maureen.leary@oag.state.ny.us

- Mark G. Ledwin    mark.ledwin@wilsonelser.com

- David S. Lefere    davidl@bolhouselaw.com

- Eugene Leff    eleff@oag.state.ny.us

- Anthony L. Leffert    egarfield@rwolaw.com;kwhatley@rwolaw.com

- Michael S. Leib    msl@maddinhauser.com, bac@maddinhauser.com

- Robert J. Lemons    gillad.matiteyahu@weil.com

- David A. Lerner    dlerner@plunkettcooney.com

- Ira M. Levee    ilevee@lowenstein.com, mseymour@lowenstein.com

- Larry A. Levick    levick@singerlevick.com,
  croote@singerlevick.com;ckirkland@singerlevick.com

- Leslie C. Levy    leslie.levy@nebraska.gov, leora.platte@nebraska.gov

- Kenneth M. Lewis    klewis@lewispllc.com
- Kim Martin Lewis    kim.lewis@dinslaw.com,
  john.persiani@dinslaw.com;lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
- Barry E. Lichtenberg    barryster@att.net
- Demetra Liggins    demetra.liggins@tklaw.com
- Harry A. Light    light@fec.net
- David T. Lin    dlin@seyburn.com
- Thomas K. Lindahl    tlindahl@kotzsangster.com,
  jdesantis@kotzsangster.com;dlemanski@kotzsangster.com
- Daniel W. Linna    dlinna@honigman.com
- Andrew K. Lipetz    alipetz@wgrlaw.com
- Edward J. LoBello    elobello@msek.com
- Eric Lopez Schnabel    schnabel.eric@dorsey.com
- Cynthia Jordan Lowery    cynthialowery@mvalaw.com
- Kim R. Lynch    klynch@formanlaw.com, mudem@formanlaw.com
- John S. Mairo    jsmairo@pbnlaw.com,
  mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;lkkabse@pbnlaw.com
- Tristan Manthey    tmanthey@hellerdraper.com
- Kayalyn A. Marafioti    kmarafio@skadden.com
- Michael A. Maricco    maricco.michael@pbgc.gov, efile@pbgc.gov
- James M. Martin    mmllaw@swbell.net
- Timothy Brian Martin    tmartin@torys.com
- Richard W. Martinez    Richardnotice@rwmaplc.com, Clairenotice@rwmaplc.com
- Victor J. Mastromarco    vmastromar@aol.com
- Steven A. Matta    smatta@mattablair.com
- Leigh Martin May    leigh@butlerwooten.com,
  cathy@butlerwooten.com;ashley@butlerwooten.com;betht@butlerwooten.com
- Kristin B. Mayhew    abothwell@pepehazard.com

- Jil Mazer-Marino    jmazermarino@msek.com, kgiddens@msek.com

- Mark L. McAlpine    mlmcalpine@mcalpinelawfirm.com

- Lauren M. McEvoy    Lauren.McEvoy@thompsonhine.com

- Frank McGinn    ffm@bostonbusinesslaw.com

- Austin L. McMullen    amcmullen@babc.com

- Barbara S Mehlsack    bmehlsack@gkllaw.com

- Brian H. Meldrum    bmeldrum@stites.com

- Marc B. Merklin    mmerklin@brouse.com

- Christopher A. Merritt    cmerritt@rjlps.com

- Richard M. Meth    msteen@foxrothschild.com, rmeth@daypitney.com;spmicklich@daypitney.com

- G. Christopher Meyer    cmeyer@ssd.com

- P. Richard Meyer    richard@meyerandwilliams.com

- Robert N. Michaelson    rmichaelson@klgates.com

- Angela Z. Miller    amiller@phillipslytle.com, jhahn@phillipslytle.com

- Harvey R. Miller    harvey.miller@weil.com, garrett.fail@weil.com

- Gerald L. Mills    gerald.mills@bex.net

- Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com

- James P. Moloy    jmoloy@dannpecar.com

- Carol E. Momjian    cmomjian@attorneygeneral.gov

- James C. Moon    jmoon@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com

- Timothy D. Moratzka    tdm@mcmlaw.com

- Max Anderson Moseley    mmoseley@bakerdonelson.com

- Eric T. Moser    eric.moser@klgates.com, kristen.serrao@klgates.com

- Zachary Mosner    washbcu@atg.wa.gov

- Jill L. Murch    jmurch@foley.com, lapeterson@foley.com;khall@foley.com

- Daniel R. Murray     dmurray@jenner.com, mmatlock@jenner.com

- Milissa A. Murray     m.murray@bingham.com

- Lauren Nachinson     Lauren.Nachinson@quarles.com

- Jennifer L. Nassiri     jennifer.nassiri@dlapiper.com

- David L. Neale     kjm@lnbrb.com

- Michael A. Nedelman     mnedelman@nglegal.com, mwatler@nglegal.com

- Melissa Z. Neier     mneier@ibolaw.com

- Arthur C. Neiwirth     aneiwirthcourt@qpwblaw.com, aneiwirthcourt@aol.com

- James D. Newbold     James.Newbold@illinois.gov

- Robert E. Nies     rnies@wolffsamson.com

- Timothy F. Nixon     tnixon@gklaw.com, graiche@gklaw.com;mroufus@gklaw.com

- Laura L. Noggle     nogglel@pepperlaw.com

- Michael E. Norton     mnorton@nortonlawassociates.com

- Matthew D. Novello     mdnovello@mcalpinelawfirm.com

- Gordon Z. Novod     gnovod@kramerlevin.com, dcho@kramerlevin.com

- Michael B. O'Neal     moneal@wnj.com

- Sean A. O'Neal     soneal@cgsh.com,
  maofiling@cgsh.com;jcroft@cgsh.com;crodriguez@cgsh.com

- Cheryl Tama Oblander     ctama@butlerrubin.com

- Ronald Oran     roran@velaw.com

- Mark Russell Owens     mowens@btlaw.com,
  mowens@btlaw.com;bankruptcyindy@btlaw.com

- Gregory Oxford     goxford@icclawfirm.com

- Richard W. Paige     paige@bsplaw.com

- Ingrid S. Palermo     ipalermo@bsk.com

- Charles N. Panzer     cpanzer@sillscummis.com

- Merritt A. Pardini     merritt.pardini@kattenlaw.com,
  dustin.branch@kattenlaw.com;brian.huben@kattenlaw.com

- Larry E. Parres      lparres@lewisrice.com

- Peter S. Partee      ppartee@hunton.com

- Paul J. Pascuzzi      ppascuzzi@ffwplaw.com

- William Dirk Pastorick      tprete@nldhlaw.com

- Rakhee V. Patel      rpatel@pronskepatel.com,
  cstephenson@pronskepatel.com;rpatel@pronskepatel.com;smeiners@pronskepatel.com;a
  dmin@pronskepatel.com

- Melissa A. Pena      mapena@nmmlaw.com

- Frederick Perillo      fp@previant.com

- Debra Beth Pevos      dpevos@swappc.com

- John C. Phillips      jcp@pgslaw.com, cah@pgslaw.com;tlb@pgslaw.com

- Robert W. Phillips      rphillips@simmonscooper.com

- Deborah J. Piazza      dpiazza@hodgsonruss.com

- Christine A.M. Pierpont      cpierpont@ssd.com

- James A. Plemmons      jplemmons2@dickinsonwright.com

- Gregory G. Plotko      gplotko@kramerlevin.com,
  achouprouta@kramerlevin.com;ychernyak@kramerlevin.com

- Robert C. Pottinger      rcpottinger@bslbv.com

- Susan Power-Johnston      sjohnston@cov.com

- Jasmine Powers      jpowers@debevoise.com, mao-ecf@debevoise.com

- Ronald S. Pretekin      pretekin@coollaw.com, piatt@coollaw.com

- Jessica E. Price      jprice@brouse.com

- John J. Privitera      privitera@mltw.com, hill@mltw.com;lamme@mltw.com

- Gerrit M. Pronske      gpronske@pronskepatel.com

- Susan Przekop-Shaw      przekopshaws@michigan.gov

- Jonathan I. Rabinowitz      jrabinowitz@rltlawfirm.com, ypalmeri@rltlawfirm.com

- Paul A. Rachmuth      prachmuth@gerstensavage.com

- Marie T. Racine      mracine@racinelaw.us

- Mark L. Radtke      mradtke@shawgussis.com

- Matthew Rainis    mrainis@lwrlawyer.com

- Dennis Jay Raterink    raterinkd@michigan.gov

- Eric T. Ray    eray@balch.com

- Timothy M. Reardon    tmreardon@nnblaw.com

- Michael Reed    nycourts@mvbalaw.com

- Marc E. Richards    mrichards@blankrome.com

- Paul J. Ricotta    pricotta@mintz.com

- David D. Ritter    ecf@krcl.com, dritter@krcl.com

- Marianne Goldstein Robbins    MGR@PREVIANT.COM,
  MGR@PREVIANT.COM;EM@PREVIANT.COM

- Courtney Rogers    crogers@orrick.com

- Adam C. Rogoff    arogoff@kramerlevin.com

- Adam L. Rosen    filings@spallp.com, arosen@silvermanacampora.com

- Sanford Philip Rosen    rpc@rosenpc.com, srosen@rosenpc.com

- Adina H. Rosenbaum    arosenbaum@citizen.org

- Andrew Neil Rosenberg    mtattnall@paulweiss.com

- Robert J. Rosenberg    adam.goldberg@lw.com

- Donn Rosenblum    donn.rosenblum@ohioattorneygeneral.gov

- David A. Rosenzweig    DRosenzweig@Fulbright.com

- Douglas B. Rosner    drosner@goulstonstorrs.com

- Robert R. Ross    rrross@fedex.com

- Melissa-Jean Rotini    mjr1@westchestergov.com

- Gerolyn P. Roussel    rousselp@bellsouth.net

- George V. Royle    george.royle@lw.com

- John A. Ruemenapp    jruemenapp@wyrpc.com

- John A. Ruemenapp    jruemenapp@wysr-law.com

- Jayson B. Ruff    jruff@mcdonaldhopkins.com

- Dianne Ruhlandt    druhlandt@ermanteicher.com

- Matthew E. Russell    matthew.russell@haynesboone.com

- Scott K. Rutsky    srutsky@proskauer.com

- Herbert K. Ryder    hryder@pitneyhardin.com

- Jeffrey S. Sabin    jeffrey.sabin@bingham.com

- Jennifer Lauren Saffer    jlsaffer@jlsaffer.com, vjohnson@jlsaffer.com

- Chester B. Salomon    csalomon@beckerglynn.com,
  aranade@beckerglynn.com;jholdridge@beckerglynn.com

- Kimberly Salomon    ksalomon@formanlaw.com

- Diane W. Sanders    austin.bankruptcy@publicans.com

- George Franklin Sanderson    george.sanderson@elliswinters.com

- Thomas P. Sarb    ecfsarbt@millerjohnson.com

- Thomas J. Schank    tomschank@hunterschank.com, mcraig@hunterschank.com

- Robert T. Schmidt    rschmidt@kramerlevin.com

- Kenneth M. Schneider    smpcecf@gmail.com

- Thomas W. Schouten    tschouten@dunnsslaw.com

- Carey D. Schreiber    cschreiber@winston.com

- Jonathan R. Schulz    schulz@bsplaw.com

- Kathlyn Schwartz    kathlyn.schwartz@akerman.com

- Matthew L. Schwartz    matthew.schwartz@usdoj.gov

- Steven Schwartz    sschwart@winston.com

- Barry N. Seidel    bseidel@kslaw.com, rtrowbridge@kslaw.com

- Stephen B. Selbst    sselbst@herrick.com, courtnotices@herrick.com

- David J. Selwocki    brogers@swappc.com

- Joseph R. Sgroi    jsgroi@honigman.com

- Mark H. Shapiro    shapiro@steinbergshapiro.com

- Jennifer Sharret    jsharret@kramerlevin.com, rchaikin@kramerlevin.com;jfriedman@kramerlevin.com

- Mary Kay Shaver    mkshaver@varnumlaw.com

- Brian L. Shaw    bshaw100@shawgussis.com

- Andrea Sheehan    sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com

- Tricia A. Sherick    tsherick@honigman.com

- Joseph E. Shickich    jshickich@riddellwilliams.com

- Matthew J. Shier    mshier@pinnaclelawgroup.com, mterry@pinnaclelawgroup.com

- Michael P. Shuster    mpshuster@hahnlaw.com

- Robert Sidorsky    sidorsky@butzel.com

- Paul H. Silverman    PSilverman@mclaughlinstern.com

- John A. Simon    jsimon@foley.com

- Rebecca H. Simoni    rsimoni@vonbriesen.com, jpurpora@vonbriesen.com

- Christina C. Skubic    bankruptcy@braytonlaw.com

- Vicki R. Slater    vicki@vickislater.com

- Edward Smith    easmith@venable.com

- Robert T. Smith    rsmith@cniinc.cc

- Richard G. Smolev    rsmolev@kayescholer.com, maosbny@kayescholer.com;rcappiello@kayescholer.com

- Joseph H. Smolinsky    Joseph.Smolinsky@weil.com, russell.brooks@weil.com;sarah.roberts@weil.com;pablo.falabella@weil.com;liani.kotcher@weil.com

- Steven B. Soll    ssoll@oshr.com, awilliams@oshr.com

- Fredric Sosnick    karen.park@shearman.com,kerri.silver@shearman.com

- Nathan R. Soucy    soucy@cwg11.com

- Arthur J. Spector    aspector@bergersingerman.com, jdiaz@bergersingerman.com;byglesia@bergersingerman.com;efile@bergersingerman.com

- Katherine Stadler    kstadler@gklaw.com, graiche@gklaw.com

- Charles A. Stanziale    cstanziale@mccarter.com

- Jeffrey S. Stein    PACERTeam@gardencitygroup.com

- Leslie Stein    lstein@plunkettcooney.com, seccles@plunkettcooney.com

- Arthur Jay Steinberg    asteinberg@kslaw.com, rtrowbridge@kslaw.com

- Fred Stevens    fstevens@foxrothschild.com

- Jason V. Stitt    jstitt@kmklaw.com

- Sharon L. Stolte    sstolte@stinsonmoheck.com

- N. Kathleen Strickland    kstrickland@rmkb.com,
  schoo@rmkb.com;mmcpherson@rmkb.com

- Harvey A. Strickon    harveystrickon@paulhastings.com

- James M. Sullivan    sullivan.james@arentfox.com, constantino.nova@arentfox.com

- Lowell F. Sutherland    sutherlandgerber@sbcglobal.net

- Michelle T. Sutter    msutter@ag.state.oh.us

- Marc N. Swanson    swansonm@millercanfield.com

- Matthew A. Swanson

- Colleen M. Sweeney    csweeney@dickinsonwright.com

- Craig Tadlock    craig@tadlocklawfirm.com

- Stanley B. Tarr    tarr@blankrome.com

- Samuel Jason Teele    jteele@lowenstein.com,
  gbuccellato@lowenstein.com;klafiura@lowenstein.com

- Jeffrey T. Testa    jtesta@mccarter.com

- Gordon J. Toering    gtoering@wnj.com

- Patrick J. Trostle    ptrostle@jenner.com

- Tonya A. Trumm    tatrumm@michaelbest.com, safonte@michaelbest.com

- Peter Tsao    peter.tsao@kirkland.com,
  beth.friedman@kirkland.com;jacob.goldfinger@kirkland.com

- Debra S. Turetsky    dturetsky@reedsmith.com

- Marshall C. Turner    marshall.turner@husch.com

- Ann Marie Uetz     auetz@foley.com

- Raymond J. Urbanik     rurbanik@munsch.com

- Shmuel Vasser     shmuel.vasser@dechert.com

- Wendy S. Walker     wwalker@morganlewis.com

- G. Alan Wallace     gwall@fraserlawfirm.com

- Brian C. Walsh     brian.walsh@bryancave.com

- Kimberly A. Walsh     bk-kwalsh@oag.state.tx.us

- Sean M. Walsh     swalsh@gmhlaw.com, jmahar@gmhlaw.com

- Timothy W. Walsh     twalsh@llgm.com;celliott@llgm.com

- David H. Wander     dwander@wanderlaw.com

- Lucas Ward     lucas.ward@ohioattorneygeneral.gov

- Eric G. Waxman     ewaxman@westermanllp.com

- Lauren M. Webb     lwebb@simmonsfirm.com

- Jeffrey T. Wegner     jeffrey.wegner@kutakrock.com

- Martin James Weis     weismj@dilworthlaw.com

- Eric A. Weiss     eaweiss@mdwcg.com

- Robert B. Weiss     rweiss@honigman.com

- Elizabeth Weller     dallas.bankruptcy@publicans.com

- Michael R. Wernette     mwernette@schaferandweiner.com

- David B. Wheeler     davidwheeler@mvalaw.com

- Stephanie Wickouski     stephanie.wickouski@dbr.com,
  jschwartz@gcd.com,kristin.going@dbr.com,dnorthrop@gcd.com,gert.sofman@dbr.com,
  swickous@aol.com

- Matthew E. Wilkins     wilkins@bwst-law.com, marbury@bwst-law.com

- Eric J. Wilson     ewilson@gklaw.com

- Jeffrey C. Wisler     jcw@cblhlaw.com

- Blanka K. Wolfe     bwolfe@sheppardmullin.com

- Robert D. Wolford    ecfwolfordr@millerjohnson.com

- Scott A. Wolfson    swolfson@wolfsonbolton.com

- Lee E. Woodard    bkemail@harrisbeach.com

- Cynthia Woodruff-Neer    cwoodruff-neer@alpine-usa.com

- Karon Y. Wright    karon.wright@co.travis.tx.us, bkecf@co.travis.tx.us

- Dwight Yellen    dyellen@ballonstoll.com

- Doron Yitzchaki    dyitzchaki@dickinsonwright.com

- Jonathan W. Young    young@wildman.com

- S. Alyssa Young    ayoung@leaderberkon.com

- German Yusufov    pcaocvbk@pcao.pima.gov

- Terry L. Zabel    ecf-tlz@rhoadesmckee.com

- Rafael X. Zahralddin    rxza@elliottgreenleaf.com

- Bruce R. Zirinsky    zirinskyb@gtlaw.com, cusumanod@gtlaw.com

- Edward P. Zujkowski    ezujkowski@emmetmarvin.com,
  ezujkowski@emmetmarvin.com

and I certify that I served a copy via First Class Mail upon:

    Motors Liquidation Company
    c/o AlixPartners
    Attn: Tim Neis
    500 Rensaissance Center, Suite 1400
    Detroit, Michigan  48243

                /s/ Dawn R. Copley
                Dawn R. Copley (DRC-4234)
                Dickinson Wright PLLC
                500 Woodward Avenue, Suite 4000
                Detroit, Michigan  48226
                Phone: (313) 223-3500
                dcopley@dickinsonwright.com