Deloitte Tax LLP
600 Renaissance Center, Suite 900
Detroit, Michigan  48243
Telephone:  (313) 396-3000
Scott Shekell, Partner

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.* | ) | |
| | ) | Case No. 09-50026 (REG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**SUMMARY SHEET ACCOMPANYING FIRST INTERIM FEE APPLICATION**
**OF DELOITTE TAX LLP AS TAX SERVICES PROVIDER FOR THE PERIOD**
**FROM JANUARY 1, 2010 THROUGH MAY 31, 2010**

Name of Applicant:                              Deloitte Tax LLP

Authorized to Provide Services to:              the above-captioned debtors

Date of Approval:                               nunc pro tunc to January 1, 2010

Period for which Compensation
and Reimbursement is Sought:                    January 1, 2010 through May 31, 2010

Total Fees Requested:           $ 579,817.00
Total Expenses Requested:       $       135.00
Total of Fees and Expenses:     $ 579,952.00

Less: amounts previously paid:  $         0.00

Total Cash Payment Requested:   $ 579,952.00

This is an Interim Fee Application.

Deloitte Tax LLP
600 Renaissance Center, Suite 900
Detroit, Michigan  48243
Telephone:  (313) 396-3000
Scott Shekell, Partner

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.* | ) | |
| | ) | Case No. 09-50026 (REG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**FIRST INTERIM FEE APPLICATION OF DELOITTE TAX LLP**
**AS TAX SERVICES PROVIDERS FOR THE PERIOD FROM**
**JANUARY 1, 2010 THROUGH MAY 31, 2010**

Deloitte Tax LLP ("Deloitte Tax"), as tax services provider to the debtors and debtors in

possession in the above-captioned cases (collectively, the "Debtors"), respectfully represents:

INTRODUCTION

1.      This is Deloitte Tax's First Application (the "First Interim Fee Application") for the

allowance and payment of compensation for professional services and reimbursement of expenses

pursuant to sections 330(a) and 331 of title 11 of the United States Code (the "Bankruptcy Code"),

Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Local Rule

2016-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New

York (the "Local Rules"), the Court's General Orders M-104 and M-389 (the "General Orders"), the

United States Trustees Guidelines for Reviewing Applications for Compensation and

Reimbursement of Expenses filed under 11 U.S.C. §330 adopted on January 30, 1996 (the "UST

Guidelines") and the Order Establishing Procedures for Interim Monthly Compensation and

Reimbursement of Expenses of Professionals, signed August 7, 2009 (the "Interim Compensation

Order," and collectively, the "Guidelines and Orders"). Pursuant to the Guidelines and Orders, a Declaration of Scott Shekell regarding compliance with the Guidelines and Orders is attached hereto as Exhibit A.

2.      By the First Interim Fee Application, Deloitte Tax seeks interim allowance of compensation for professional services performed by Deloitte Tax for the period from January 1, 2010 through May 31, 2010 (the "Compensation Period") in the aggregate amount of $579,817.00 and reimbursement of expenses in the amount of $135.00. Deloitte Tax submits allowance and payment of these amounts are fully warranted given the actual and necessary services rendered to the Debtors by Deloitte Tax as described in this First Interim Fee Application. The Debtors have not previously paid any amounts in respect to the foregoing fees and expenses.

## BACKGROUND

3.      On June 1, 2009 (the "Petition Date"), each of the Debtors commenced cases (the "Chapter 11 Cases") under chapter 11. The Debtors' cases are being jointly administered pursuant to Bankruptcy Rule 1015(b). The Debtors are continuing to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding under 28 U.S.C. § 157(b)(2).

## THE RETENTION OF DELOITTE TAX LLP

5.      On March 1, 2010, the Court entered an Order approving the employment of Deloitte Tax as tax services provider to the Debtors pursuant to sections 105 and 363(b) of the Bankruptcy Code *nunc pro tunc* to January 1, 2010 (the "Approval Order"). The Approval Order authorized the Debtors to engage Deloitte Tax pursuant to Engagement Letter (the "Engagement Letter"), dated

January 21, 2009, between Deloitte Tax and the Debtors.  Pursuant to the Approval Order, Deloitte

Tax was authorized to be compensated by the Debtors, subject to application to this Court as set

forth therein.  The Approval Order also authorized Deloitte Tax's reimbursement for actual and

necessary expenses incurred, subject to application to this Court as set forth therein.

REQUESTED FEES

6.        Under the Engagement Letter, there are hourly billing rates per level. During the

Compensation Period, a total of 914.4 hours were incurred.  The rates Deloitte Tax charges for the

services rendered by its professionals in these Chapter 11 Cases are similar to rates Deloitte Tax

charges for professional services rendered in comparable nonbankruptcy matters.  Such fees are

reasonable based on the customary compensation charged by comparably skilled practitioners in

comparable nonbankruptcy cases in a competitive market.

7.        There is no agreement or understanding between Deloitte Tax and any other

nonaffiliated person for the sharing of compensation to be received for services rendered in these

cases.

8.        Pursuant to the UST Guidelines, annexed hereto as Exhibit B is a schedule setting

forth all Deloitte Tax professionals who have performed services in these Chapter 11 Cases during

the Compensation Period by category of services, the capacities in which each such individual is

employed by Deloitte Tax, the hourly billing rate charged by Deloitte Tax for services performed by

such individual and the aggregate number of hours expended and fees billed.

9.        Attached hereto as Exhibit C is the time detail in chronological order, by month,

showing the services performed by Deloitte Tax during the Compensation Period, including the date,

name of professional, hours expended and time description by task.

3

10.     Attached hereto as <u>Exhibit D</u> is the expense detail for which Deloitte Tax seeks reimbursement.

11.     All services performed by Deloitte Tax for which fees and reimbursement is requested herein were performed or incurred for and on behalf of the Debtors and were not for any other person or entity.

12.     During the Compensation Period, Deloitte Tax performed a services related to preparing a private letter ruling for submission to the Internal Revenue Service ("IRS").  Such services included:

a.     Initial discussions and fact gathering with the Debtors, including conference calls and correspondence with the Debtors' internal tax department and business people, as well as with other transactional advisors (e.g., bankruptcy and tax counsel);

b.     Preliminary conversations with IRS personnel in advance of filing the ruling request in order to understand their views on the relevant issues;

c.     Technical tax research on the authorities relevant to the issues that are the subject of the ruling request; and

d.     Drafting, review, and revision of the ruling request document.  Drafts are circulated to the Debtors and other transactional advisors, and comments are received and integrated into the working draft.

.

## SUMMARY DESCRIPTION OF SERVICES PERFORMED

13.     Set forth below is a brief summary of certain of the matters on which Deloitte Tax provided consultations during the Compensation Period.  It is not meant to be a detailed description of all of the work performed.  Complete time detail describing the day-to-day services is included in <u>Exhibit D</u>.

14.     During the Compensation Period, Deloitte Tax worked to assist the Debtors in the preparation of an IRS ruling request related to the tax consequences of the creation of certain trusts

4

pursuant to a plan of reorganization of the Debtors.  The steps taken to prepare this ruling request are set forth above.

## EXPENSES

15.     Deloitte Tax  incurred expenses in the amount of $135.00 in this Compensation Period.

## REQUESTED COMPENSATION SHOULD BE ALLOWED

16.     Section 331 of the Bankruptcy Code provides for interim compensation of professionals and incorporates the substantive standards of section 330 to govern the Court's award of such compensation.  11 U.S.C. § 331 Section 330 provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). Section 330 sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded..., the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> (A)     the time spent on such services;
>
> (B)     the rates charged for such services;
>
> (C)     whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (D)     whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> (E)     with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

5

  (F)  whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title 11 U.S.C. § 330(a)(3).

17. The services rendered were reasonable, necessary and appropriate to the administration of the Chapter 11 Cases and related matters and were rendered in order to protect and preserve the Debtors' estates during the pendency of the Chapter 11 Cases.

18. As demonstrated by this First Interim Fee Application and the exhibits annexed hereto, Deloitte Tax spent its time economically and without unnecessary duplication of effort.  In addition, the work conducted was carefully assigned to appropriate professionals, according to the experience and level of knowledge required for each particular task.  Accordingly, approval of the compensation sought herein is warranted.

<u>CONCLUSION</u>

WHEREFORE, Deloitte Tax respectfully requests that the Court enter an order (i) awarding Deloitte Tax the interim allowance of fees for the Compensation Period in the amount of $579,817.00 and expenses in the amount of $135.00, (ii) authorizing and directing the Debtors to pay Deloitte Tax a total amount of fees and expenses in the amount of $579,817.00, to the extent not previously paid, and (iii) granting such other relief as is just and proper.


Dated:  July 8, 2010

Respectfully Submitted,

Scott Shekell
Partner
Deloitte Tax LLP
600 Renaissance Center, Suite 900
Detroit, Michigan  48243

**Exhibit A**

Deloitte Tax LLP
600 Renaissance Center, Suite 900
Detroit, Michigan  48243
Telephone:  (313) 396-3000
Scott Shekell, Partner

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.* | ) | |
| | ) | Case No. 09-50026 (REG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATION OF SCOTT SHEKELL IN SUPPORT OF**
**THE FIRST INTERIM FEE APPLICATION OF DELOITTE TAX LLP AS**
**TAX SERVICES PROVIDER FOR THE PERIOD**
**FROM JANUARY 1, 2010 THROUGH APRIL 30, 2010**

I, Scott Shekell, certify as follows:

1.       I am a partner in the firm of Deloitte Tax LLP ("Deloitte Tax").  I submit this

certification with respect to the first interim fee application of Deloitte Tax as tax services provider

in the above-captioned cases (the "First Interim Fee Application") for the allowance of compensation

for professional services rendered and for reimbursement of actual and necessary expenses incurred

during the relevant application period.

2.       I make this certification in accordance with General Order M-389 of this Court

(the "Local Guidelines").

3.       In connection therewith, I hereby certify that:

a)       I have read the First Interim Fee Application;

b)       To the best of my knowledge, information and belief formed after reasonable

inquiry, the fees and disbursements sought in the First Interim Fee Application are in substantial

compliance with the Local Guidelines and the United States Trustee Guidelines for Reviewing

Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330,

adopted on January 30, 1996; and

          c)      Pursuant to the Local Guidelines, the Debtors, the United States Trustee and

the official committee of unsecured creditors of the Debtors have been provided with a copy of the

First Interim Fee Application simultaneously with the filing thereof, and will have at least 10 days to

review such First Interim Fee Application prior to any objection deadline with respect thereto.

Dated: July 8, 2010
      Detroit, Michigan

_____
Scott Shekell

**Exhibit B**

**Deloitte Tax LLP**
**Tax Service Providers and Tax Consultants to Motors Liquidation Company**
**For the Months of January, 2010 through May, 2010**
**Sorted by Project and Professional for Tax Services**

| Name | Title | Service Line | Hourly Rate | Billable Hours | Total Fees |
|------|-------|------|------|------|------|
| **Preparation and review of private letter ruling** | | | | | |
| COLLINS, BRYAN P | Partner/Director | TAX | 837 | 117.0 | $    97,929 |
| DUFFLEY, SEAN P | Senior Manager | TAX | 642 | 201.0 | 129,042 |
| GAREAU, MATTHEW E | Senior Manager | TAX | 642 | 80.0 | 51,360 |
| HARMAN, HEATHER A | Manager | TAX | 557 | 115.5 | 64,334 |
| LAY, MATTHEW WILLIAM | Partner/Director | TAX | 837 | 0.4 | 335 |
| PEEBLES, LAURA H | Partner/Director | TAX | 837 | 1.0 | 837 |
| SHEKELL, SCOTT L | Partner/Director | TAX | 723 | 0.5 | 362 |
| STARZYNSKI, STEVEN D | Manager | TAX | 557 | 315.8 | 175,901 |
| TESTOFF, ROBERT A | Partner/Director | TAX | 837 | 57.6 | 48,211 |
| WIGGINS, SCOTT B | Manager | TAX | 557 | 2.5 | 1,393 |
| | | | | 891.3 | $   569,702 |
| **Chapter 11 Administration** | | | | | |
| ATHANAS, JOHN A | Senior Manager | TAX | 595 | 3.0 | $     1,785 |
| BOND, GABRIELE M | Staff | TAX | 80 | 3.0 | 240 |
| CASCIOTTI, LYNN MARIE | Staff | TAX | 80 | 1.4 | 112 |
| HALLETT, KEVIN M | Senior Associate | TAX | 425 | 8.3 | 3,528 |
| LEE, JASON LAMONT | Staff | TAX | 80 | 0.5 | 40 |
| SHEKELL, SCOTT L | Partner/Director | TAX | 723 | 6.0 | 4,338 |
| WASHINGTON, CAROL L | Staff | TAX | 80 | 0.9 | 72 |
| | | | | 23.1 | $    10,115 |
| **Total hours and amount sought** | | | | **914.4** | **$   579,817** |

**Exhibit C**

**Statement by Deloitte Tax LLP**

**Tax Service Providers and Tax Consultants to Motors Liquidation Company**

**For the Months of January, 2010 through May, 2010**

**Sorted by Day and Professional for Tax Services**

| Initials | Date | Description | Billable Time | Fixed Rate | Billable Fees |
|---|---|---|---|---|---|
| **ATHANAS, JOHN A** | | | | | |
| JAA | 4/22/2010 | Bankruptcy Administration - Preparation of Fee Application Information | .8 | 595 | $ 476 |
| JAA | 5/17/2010 | Bankruptcy Administration - Preparation of Fee Application Information | 1.2 | 595 | 714 |
| JAA | 5/25/2010 | Bankruptcy Administration - Preparation of Fee Application Information | 1.0 | 595 | 595 |
| | | | 3.0 | | $ 1,785 |
| **BOND, GABRIELE M** | | | | | |
| GMB | 2/3/2010 | Bankruptcy Administration - Preparation of Fee Application Information | 1.8 | 80 | $ 144 |
| GMB | 2/4/2010 | Bankruptcy Administration - Preparation of Fee Application Information | 1.2 | 80 | 96 |
| | | | 3.0 | | $ 240 |
| **CASCIOTTI, LYNN MARIE** | | | | | |
| LMC | 3/8/2010 | Bankruptcy Administration - Preparation of Fee Application Information | 0.2 | 80 | $ 16 |
| LMC | 3/23/2010 | Bankruptcy Administration - Preparation of Fee Application Information | 0.1 | 80 | 8 |
| LMC | 3/25/2010 | Bankruptcy Administration - Preparation of Fee Application Information | 0.2 | 80 | 16 |
| LMC | 3/26/2010 | Bankruptcy Administration - Preparation of Fee Application Information | 0.1 | 80 | 8 |
| LMC | 3/29/2010 | Bankruptcy Administration - Preparation of Fee Application Information | 0.1 | 80 | 8 |
| LMC | 3/30/2010 | Bankruptcy Administration - Preparation of Fee Application Information | 0.1 | 80 | 8 |
| LMC | 4/8/2010 | Bankruptcy Administration - Preparation of Fee Application Information | 0.1 | 80 | 8 |
| LMC | 5/4/2010 | Bankruptcy Administration - Preparation of Fee Application Information | 0.2 | 80 | 16 |
| LMC | 5/13/2010 | Bankruptcy Administration - Preparation of Fee Application Information | 0.1 | 80 | 8 |
| LMC | 5/17/2010 | Bankruptcy Administration - Preparation of Fee Application Information | 0.1 | 80 | 8 |
| LMC | 5/20/2010 | Bankruptcy Administration - Preparation of Fee Application Information | 0.1 | 80 | 8 |
| | | | 1.4 | | $ 112 |
| **COLLINS, BRYAN P** | | | | | |
| BPC | 1/12/2010 | Begin drafting outline of Motors Liquidation Company ruling request. | 2.2 | 837 | $ 1,841 |
| BPC | 1/14/2010 | Research regarding disputed ownership funds and section 361 impact on transfers to trusts. | 2.3 | 837 | 1,925 |
| BPC | 1/14/2010 | Conference call with client (R. Zublocki) and Weil. Internal Deloitte meetings & debriefs including; S. Duffley, S. Starzynski, and R. Testoff. | 1.0 | 837 | 837 |
| BPC | 1/15/2010 | Draft outline of Motors Liquidation Company ruling request. | 2.5 | 837 | 2,093 |
| BPC | 1/18/2010 | Research regarding disputed ownership funds. | 1.0 | 837 | 837 |
| BPC | 1/19/2010 | Research regarding disputed ownership funds. | 1.0 | 837 | 837 |

| | | | | | |
|---|---|---|---|---|---|
| BPC | 1/20/2010 | Perform technical research for ruling request and discuss research assignment with S. Duffley. | 2.5 | 837 | 2,093 |
| BPC | 1/21/2010 | Discuss research assignments with S. Duffley. | 1.0 | 837 | 837 |
| BPC | 1/22/2010 | Review of draft private letter ruling request. | 1.0 | 837 | 837 |
| BPC | 1/25/2010 | Perform review of term sheets. | 1.0 | 837 | 837 |
| BPC | 1/28/2010 | Review of draft private letter ruling request. | 2.0 | 837 | 1,674 |
| BPC | 1/29/2010 | Review of draft ruling request and discussions with team regarding review notes. | 2.7 | 837 | 2,260 |
| BPC | 1/31/2010 | Qualified settlement fund, disputed ownership fund, and DSF tax research regarding IRS ruling request. | 3.3 | 837 | 2,762 |
| BPC | 2/1/2010 | Review and edits regarding draft ruling request. | 1.5 | 837 | 1,256 |
| BPC | 2/1/2010 | Internal call to prepare for client meeting, regarding private letter ruling.  Deloitte Attendance: R. Testoff, S. Starzynski, S. Duffley, H. Harman & M. Gareau. | 1.0 | 837 | 837 |
| BPC | 2/1/2010 | Update call with client regarding private letter ruling.  Attendance: R. Zablocki (client), R. Testoff, S. Starzynski, S. Duffley, H. Harman & M. Gareau. | 1.0 | 837 | 837 |
| BPC | 2/2/2010 | Review and edits regarding draft ruling request. | 2.5 | 837 | 2,093 |
| BPC | 2/4/2010 | Discussion with Deloitte personnel regarding contacts with IRS on ruling request. | 1.0 | 837 | 837 |
| BPC | 2/5/2010 | Review of draft private letter ruling request. | 3.6 | 837 | 3,013 |
| BPC | 2/8/2010 | Review of draft private letter ruling request. | 1.4 | 837 | 1,172 |
| BPC | 2/9/2010 | Review of draft private letter ruling request and discussions with team. | 1.0 | 837 | 837 |
| BPC | 2/10/2010 | Review of draft private letter ruling request and discussions with team. | 0.5 | 837 | 419 |
| BPC | 2/15/2010 | Review of draft private letter ruling request. | 0.5 | 837 | 419 |
| BPC | 2/16/2010 | Revisions and discussions regarding ruling request. | 1.0 | 837 | 837 |
| BPC | 2/17/2010 | Call with Internal Revenue Service regarding private letter ruling.  Deloitte Attendance: R. Testoff and M. Gareau. | 2.0 | 837 | 1,674 |
| BPC | 2/17/2010 | Call with client, Weil, & Deloitte to report on 2/17/10 call with IRS.  Client Attendance: R. Zablocki & J. Selzer.  Weil Attendance: S. Goldring, M. Goodman, D. Berz, C. Parker, & M. Morton.  Deloitte Attendance: R. Testoff, M. Gareau, S. Starzynski, S. Duffley & H. Harman. | 1.0 | 837 | 837 |
| BPC | 2/18/2010 | Review updated draft private letter ruling request. | 1.0 | 837 | 837 |
| BPC | 2/19/2010 | Review updated draft private letter ruling request. | 2.0 | 837 | 1,674 |
| BPC | 2/22/2010 | Review of draft private letter ruling request and discussions with team. | 1.0 | 837 | 837 |
| BPC | 2/23/2010 | Review of draft private letter ruling request and discussions with team. | 1.0 | 837 | 837 |
| BPC | 2/24/2010 | Call with Internal Revenue Service regarding qualified settlement funds and disputed ownership funds treatment.  Deloitte Attendance: R. Testoff, M. Gareau & H. Harman. | 1.0 | 837 | 837 |
| BPC | 2/25/2010 | Review updated draft private letter ruling request. | 2.7 | 837 | 2,260 |
| BPC | 2/26/2010 | Review of draft private letter ruling request and discussions with team. | 3.3 | 837 | 2,762 |
| BPC | 2/28/2010 | Review updated draft private letter ruling request. | 0.5 | 837 | 419 |
| BPC | 3/1/2010 | Discussion of tax issues with IRS personnel relating to ruling request.  Review draft ruling request. | 3.0 | 837 | 2,511 |
| BPC | 3/2/2010 | Review and revise ruling request including discussions with team regarding revisions to ruling request. | 5.0 | 837 | 4,185 |
| BPC | 3/3/2010 | Discussions with Internal Revenue Service personnel. Perform review of ruling request, including revision to the draft ruling request. | 5.0 | 837 | 4,185 |
| BPC | 3/4/2010 | Review of draft private letter ruling request and discussions with team. | 1.0 | 837 | 837 |
| BPC | 3/5/2010 | Review updated draft private letter ruling request. | 0.5 | 837 | 419 |
| BPC | 3/7/2010 | Review updated draft private letter ruling request. | 5.3 | 837 | 4,436 |

| | | | | | |
|---|---|---|---|---|---|
| BPC | 3/8/2010 | Review and revise updated draft ruling request. | 3.2 | 837 | 2,678 |
| BPC | 3/10/2010 | Review updated draft ruling request. | 1.0 | 837 | 837 |
| BPC | 3/12/2010 | Discussions with team regarding status of draft ruling request. | 0.5 | 837 | 419 |
| BPC | 3/13/2010 | Review and revisions of updated draft ruling request. | 5.4 | 837 | 4,520 |
| BPC | 3/14/2010 | Review updated draft ruling request. | 3.6 | 837 | 3,013 |
| BPC | 3/16/2010 | Revisions to updated private letter ruling request. | 4.6 | 837 | 3,850 |
| BPC | 3/17/2010 | Motors Liquidation Company changes to qualified settlement fund section included within private letter ruling request. | 4.4 | 837 | 3,683 |
| BPC | 3/18/2010 | Review of draft private letter ruling request and discussions with team. | 3.9 | 837 | 3,264 |
| BPC | 3/19/2010 | Motors Liquidation Company edits and changes to ruling request. | 2.1 | 837 | 1,758 |
| BPC | 3/24/2010 | Review and send edits to S. Starzynski. | 2.9 | 837 | 2,427 |
| BPC | 3/25/2010 | Review of draft private letter ruling request. | 1.1 | 837 | 921 |
| BPC | 3/29/2010 | Review updated draft ruling request. | 1.0 | 837 | 837 |
| BPC | 4/5/2010 | Revisions to private letter ruling request. | 1.0 | 837 | 837 |
| BPC | 4/21/2010 | Review updated draft ruling request. | 0.5 | 837 | 419 |
| BPC | 4/27/2010 | Conference call with R.Testoff and M. Gareau regarding private letter ruling request. | 2.0 | 837 | 1,674 |
| BPC | 4/28/2010 | Review updated draft ruling request. | 1.0 | 837 | 837 |
| BPC | 5/11/2010 | Call with client (R. Zablocki), including preparation, to discuss private letter ruling request. | 2.0 | 837 | 1,674 |
| BPC | 5/18/2010 | Review updated draft ruling request. | 2.0 | 837 | 1,674 |
| BPC | 5/19/2010 | Revisions to private letter ruling request. | 1.0 | 837 | 837 |
| | | | 117.0 | | $ 97,129 |

**DUFFLEY, SEAN P**

| | | | | | |
|---|---|---|---|---|---|
| SPD | 1/14/2010 | Conference call with client (R. Zublocki) and Weil. Internal Deloitte meetings & debriefs including; B. Collins, S. Starzynski, and R. Testoff. | 1.0 | 642 | $ 642 |
| SPD | 1/20/2010 | Perform technical research regarding 1.468 B-9 disputed ownership funds for the ruling request. | 2.6 | 642 | 1,669 |
| SPD | 1/20/2010 | Discuss research assignments with B. Collins. | 1.4 | 642 | 899 |
| SPD | 1/21/2010 | Compose draft ruling request. | 2.7 | 642 | 1,733 |
| SPD | 1/21/2010 | Perform and discuss research, with B. Collins, regarding 361 authorities related to the ruling request. | 3.3 | 642 | 2,119 |
| SPD | 1/25/2010 | Review of term sheets related to the private letter ruling request. | 1.0 | 642 | 642 |
| SPD | 1/25/2010 | Draft background summary, related to the bankruptcy plan, for the ruling request. | 2.1 | 642 | 1,348 |
| SPD | 1/25/2010 | Review & discuss draft ruling request. | 0.4 | 642 | 257 |
| SPD | 1/26/2010 | Discuss and draft ruling request with team. | 2.4 | 642 | 1,541 |
| SPD | 1/26/2010 | Discuss trust issues related to the draft ruling request. | 0.6 | 642 | 385 |
| SPD | 1/27/2010 | Discuss draft status & technical issues to be researched with B. Collins. | 0.4 | 642 | 257 |
| SPD | 1/27/2010 | Perform technical research regarding 1.468 B-9 disputed ownership funds for the ruling request. | 4.6 | 642 | 2,953 |
| SPD | 1/28/2010 | Update and revise the draft ruling request. | 1.7 | 642 | 1,091 |
| SPD | 1/28/2010 | Research section 361 authorities for private letter rulling request. | 5.2 | 642 | 3,338 |
| SPD | 1/28/2010 | Update M. Gareau on status of 361 research. | 0.2 | 642 | 128 |
| SPD | 1/28/2010 | Discuss qualified settlement fund & trust issues. | 0.3 | 642 | 193 |
| SPD | 1/29/2010 | Update and revise the draft ruling request analysis. | 1.4 | 642 | 899 |
| SPD | 1/29/2010 | Research creditor & claimholder status, including section 162 research. | 4.6 | 642 | 2,953 |

| | | | | | |
|---|---|---|---|---|---|
| SPD | 2/1/2010 | Internal call to prepare for client meeting, regarding private letter ruling. Deloitte Attendance: R. Testoff, S. Starzynski, B. Collins, H. Harman & M. Gareau. | 1.0 | 642 | 642 |
| SPD | 2/1/2010 | Update call with client regarding private letter ruling. Attendance: R. Zablocki (client), R. Testoff, S. Starzynski, B. Collins, H. Harman & M. Gareau. | 1.0 | 642 | 642 |
| SPD | 2/1/2010 | Draft technical argument for ruling request. | 1.4 | 642 | 899 |
| SPD | 2/1/2010 | Follow up discussions on the status of the draft ruling request. | 0.3 | 642 | 193 |
| SPD | 2/1/2010 | Research section 361 authorities for private letter ruling request. | 2.3 | 642 | 1,477 |
| SPD | 2/2/2010 | Draft technical arguments for ruling request. | 2.2 | 642 | 1,412 |
| SPD | 2/2/2010 | Post-meeting discussion of technical issues related to draft ruling request. | 0.3 | 642 | 193 |
| SPD | 2/2/2010 | Research technical issues regarding the draft ruling request. | 1.3 | 642 | 835 |
| SPD | 2/2/2010 | Research technical issues regarding the draft ruling request. | 2.2 | 642 | 1,412 |
| SPD | 2/2/2010 | IRS Strategy call regarding private letter ruling. Attendance: S. Goldring (Weil), M. Goodman (Weil), R. Zablocki, J. Pae (Weil), M. Gareau, R. Testoff, S. Starzynski. | 1.0 | 642 | 642 |
| SPD | 2/3/2010 | Draft technical arguments for the ruling request. | 1.2 | 642 | 770 |
| SPD | 2/4/2010 | Research technical issues regarding the draft ruling request. | 0.8 | 642 | 514 |
| SPD | 2/4/2010 | Revisions to draft ruling request submission. | 1.2 | 642 | 770 |
| SPD | 2/5/2010 | Update and revise draft ruling request. | 1.5 | 642 | 963 |
| SPD | 2/8/2010 | Update and revise draft ruling request. | 3.2 | 642 | 2,054 |
| SPD | 2/8/2010 | Technical research regarding 361 Authorities related to the ruling request. | 2.1 | 642 | 1,348 |
| SPD | 2/8/2010 | Perform technical research regarding 1.468 B-9 disputed ownership funds for the ruling request. | 0.2 | 642 | 128 |
| SPD | 2/9/2010 | Technical research regarding 361 Authorities related to the ruling request. | 1.2 | 642 | 770 |
| SPD | 2/9/2010 | Discuss and revise draft ruling request with team. | 6.2 | 642 | 3,980 |
| SPD | 2/10/2010 | Discuss and revise draft ruling request with team. | 5.3 | 642 | 3,403 |
| SPD | 2/10/2010 | Technical research regarding 1.468 B-9 disputed ownership funds. | 1.7 | 642 | 1,091 |
| SPD | 2/11/2010 | Discuss and revise draft ruling request with team. | 2.9 | 642 | 1,862 |
| SPD | 2/11/2010 | Technical research regarding ruling request (claimholder as creditor). | 2.1 | 642 | 1,348 |
| SPD | 2/12/2010 | Research section 361 authorities for private letter ruling request. | 1.3 | 642 | 835 |
| SPD | 2/12/2010 | Follow up on the status of the draft ruling request. | 0.2 | 642 | 128 |
| SPD | 2/12/2010 | Update and revise draft ruling request. | 2.5 | 642 | 1,605 |
| SPD | 2/15/2010 | Update and revise draft ruling request. | 4.9 | 642 | 3,146 |
| SPD | 2/15/2010 | Perform technical research regarding 1.468 B-9 disputed ownership funds for the ruling request. | 3.3 | 642 | 2,119 |
| SPD | 2/15/2010 | Follow up on the status of the draft ruling request. | 0.3 | 642 | 193 |
| SPD | 2/16/2010 | Discuss draft ruling request status with team. | 0.2 | 642 | 128 |
| SPD | 2/17/2010 | Call with client, Weil, & Deloitte to report on 2/17/10 call with IRS. Client Attendance: R. Zablocki & J. Selzer. Weil Attendance: S. Goldring, M. Goodman, D. Berz, C. Parker, & M. Morton. Deloitte Attendance: R. Testoff, M. Gareau, S. Starzynski, B. Collins & H. Harman. | 1.0 | 642 | 642 |
| SPD | 2/17/2010 | Revise draft private letter ruling request. | 0.5 | 642 | 321 |
| SPD | 2/18/2010 | Update and revise draft private letter ruling request. | 0.5 | 642 | 321 |
| SPD | 2/22/2010 | Discuss de-briefing with team. | 0.3 | 642 | 193 |
| SPD | 2/22/2010 | Update and revise draft ruling request. | 1.3 | 642 | 835 |
| SPD | 2/23/2010 | Discuss draft private letter ruling request status. | 0.2 | 642 | 128 |
| SPD | 2/23/2010 | Technical research regarding 1.468 B-9 disputed ownership funds. | 2.3 | 642 | 1,477 |
| SPD | 2/23/2010 | Update and revise draft ruling request including discussions regarding disputed ownership funds. | 5.2 | 642 | 3,338 |

| | | | | | |
|---|---|---|---|---|---|
| SPD | 2/24/2010 | Update and revise draft ruling request including discussions regarding disputed ownership funds. | 5.5 | 642 | 3,531 |
| SPD | 2/24/2010 | Technical research regarding 1.468 B-9 disputed ownership funds. | 2.4 | 642 | 1,541 |
| SPD | 2/25/2010 | Revisions to draft ruling request. | 2.7 | 642 | 1,733 |
| SPD | 2/25/2010 | Technical research regarding 1.468 B-9 disputed ownership funds. | 1.6 | 642 | 1,027 |
| SPD | 2/26/2010 | Discussions regarding the status of draft ruling request. | 0.2 | 642 | 128 |
| SPD | 2/26/2010 | Technical research regarding 1.468 B-9 disputed ownership funds. | 2.4 | 642 | 1,541 |
| SPD | 2/26/2010 | Update and revise draft ruling request including discussions regarding disputed ownership funds. | 5.7 | 642 | 3,659 |
| SPD | 3/1/2010 | Update and revise draft ruling request including discussions regarding disputed ownership funds. | 4.7 | 642 | 3,017 |
| SPD | 3/1/2010 | Discuss draft ruling request status with team. | 0.5 | 642 | 321 |
| SPD | 3/1/2010 | Technical research regarding 1.468 B-9 disputed ownership funds. | 3.8 | 642 | 2,440 |
| SPD | 3/2/2010 | Discuss draft ruling request status. | 0.2 | 642 | 128 |
| SPD | 3/2/2010 | Technical research regarding 1.468 B-9 disputed ownership funds. | 3.2 | 642 | 2,054 |
| SPD | 3/2/2010 | Update and revise draft ruling request. | 5.3 | 642 | 3,403 |
| SPD | 3/3/2010 | Discuss draft ruling request status with team. | 0.3 | 642 | 193 |
| SPD | 3/3/2010 | Perform technical research 1.468 B-9 disputed ownership funds for the ruling request. | 2.2 | 642 | 1,412 |
| SPD | 3/3/2010 | Revise draft ruling request. | 0.5 | 642 | 321 |
| SPD | 3/4/2010 | Discuss draft ruling request status with team. | 0.2 | 642 | 128 |
| SPD | 3/8/2010 | Research section 361 authorities for private letter ruling request. | 3.3 | 642 | 2,119 |
| SPD | 3/8/2010 | Update and revise draft ruling request including discussions regarding disputed ownership funds. | 6.2 | 642 | 3,980 |
| SPD | 3/9/2010 | Discuss draft ruling request draft status with S. Starzynski. | 0.2 | 642 | 128 |
| SPD | 3/9/2010 | Perform technical research regarding 1.468 B-9 disputed ownership funds for the ruling request. | 1.9 | 642 | 1,220 |
| SPD | 3/9/2010 | Update and revise draft ruling request. | 7.1 | 642 | 4,558 |
| SPD | 3/10/2010 | Perform technical research regarding 1.468 B-9 disputed ownership funds for the ruling request. | 2.6 | 642 | 1,669 |
| SPD | 3/10/2010 | Discuss draft status. | 0.3 | 642 | 193 |
| SPD | 3/10/2010 | Update and revise draft ruling request. | 6.4 | 642 | 4,109 |
| SPD | 3/11/2010 | Research section 361 authorities for private letter ruling request. | 1.2 | 642 | 770 |
| SPD | 3/11/2010 | Update and revise draft ruling request. | 6.7 | 642 | 4,301 |
| SPD | 3/11/2010 | Discuss draft status. | 0.3 | 642 | 193 |
| SPD | 3/12/2010 | Discuss draft ruling request with team | 3.3 | 642 | 2,119 |
| SPD | 3/12/2010 | Research section 361 authorities for private letter ruling request. | 2.4 | 642 | 1,541 |
| SPD | 3/15/2010 | Perform technical research regarding 1.468 B-9 disputed ownership funds for the ruling request. | 1.6 | 642 | 1,027 |
| SPD | 3/15/2010 | Update and revise draft ruling request. | 3.4 | 642 | 2,183 |
| SPD | 3/18/2010 | Perform technical research regarding 1.468 B-9 disputed ownership funds for the ruling request. | 1.6 | 642 | 1,027 |
| SPD | 3/18/2010 | Discuss draft private letter ruling request status. | 0.2 | 642 | 128 |
| SPD | 3/18/2010 | Revisions to draft private letter ruling request. | 2.2 | 642 | 1,412 |
| SPD | 3/29/2010 | Discuss draft private letter ruling request status. | 0.2 | 642 | 128 |
| SPD | 3/29/2010 | Review revised ruling request draft. | 0.5 | 642 | 321 |
| SPD | 4/2/2010 | Revisions to private letter ruling request. | 3.2 | 642 | 2,054 |
| SPD | 4/5/2010 | Review draft ruling request. | 2.3 | 642 | 1,477 |
| | | | 201.0 | | $  129,042 |

**GAREAU, MATTHEW E**

| | | | | | |
|---|---|---|---|---|---|
| MEG | 1/12/2010 | Technical research regarding 361 Authorities related to the ruling request. | 1.4 | 642 | $ 899 |
| MEG | 1/19/2010 | Technical research regarding 1.468 B-9 disputed ownership funds. | 2.1 | 642 | 1,348 |
| MEG | 1/28/2010 | Technical Research regarding 361 Authorities related to the ruling request. | 1.2 | 642 | 770 |
| MEG | 1/29/2010 | Review the draft private letter ruling request analysis. | 2.8 | 642 | 1,798 |
| MEG | 2/1/2010 | Review and add revisions to draft ruling request. | 2.0 | 642 | 1,284 |
| MEG | 2/1/2010 | Internal call to prepare for client meeting, regarding private letter ruling. Deloitte Attendance: R. Testoff, S. Starzynski, B. Collins, H. Harman & S. Duffley. | 1.0 | 642 | 642 |
| MEG | 2/1/2010 | Update call with client regarding private letter ruling. Attendance: R. Zablocki (client), R. Testoff, S. Starzynski, B. Collins, H. Harman & S. Duffley. | 1.0 | 642 | 642 |
| MEG | 2/2/2010 | IRS Strategy call regarding private letter rulling. Attendance: S. Goldring (Weil), M. Goodman (Weil), R. Zablocki, J. Pae (Weil), S. Duffley, R. Testoff, S. Starzynski. | 1.0 | 642 | 642 |
| MEG | 2/2/2010 | Research technical issues related to 361 Authorities and 1.468 B-9 disputed ownership funds regarding the draft ruling request. | 1.0 | 642 | 642 |
| MEG | 2/8/2010 | Review and add revisions to draft ruling request. | 2.0 | 642 | 1,284 |
| MEG | 2/9/2010 | Discuss draft ruling request status with team. | 0.5 | 642 | 321 |
| MEG | 2/17/2010 | Call with client, Weil, & Deloitte to report on 2/17/10 call with IRS. Client Attendance: R. Zablocki & J. Selzer. Weil Attendance: S. Goldring, M. Goodman, D. Berz, C. Parker, & M. Morton. Deloitte Attendance: R. Testoff, S. Duffley, S. Starzynski, B. Collins & H. Harman. | 1.0 | 642 | 642 |
| MEG | 2/17/2010 | Call with Internal Revenue Service regarding private letter ruling. Deloitte Attendance: R. Testoff and B. Collins. | 2.0 | 642 | 1,284 |
| MEG | 2/19/2010 | Review of draft ruling request. | 2.0 | 642 | 1,284 |
| MEG | 2/24/2010 | Call with Internal Revenue Service regarding qualified settlement funds and disputed ownership funds treatment. Deloitte Attendance: R. Testoff, B. Collins & H. Harman. | 1.0 | 642 | 642 |
| MEG | 2/25/2010 | Research technical issues related to 361 Authorities and 1.468 B-9 disputed ownership funds regarding the draft ruling request. | 2.1 | 642 | 1,348 |
| MEG | 2/26/2010 | Review and add revisions to draft ruling request. | 0.9 | 642 | 578 |
| MEG | 3/2/2010 | Review and add revisions to draft ruling request. | 3.8 | 642 | 2,440 |
| MEG | 3/3/2010 | Research technical issues related to 361 Authorities and 1.468 B-9 disputed ownership funds regarding the draft ruling request. | 2.7 | 642 | 1,733 |
| MEG | 3/4/2010 | Review draft ruling request | 1.0 | 642 | 642 |
| MEG | 3/6/2010 | Review and add revisions to draft ruling request. | 4.3 | 642 | 2,761 |
| MEG | 3/8/2010 | Draft and review ruling request. | 2.7 | 642 | 1,733 |
| MEG | 3/9/2010 | Ruling request drafting, changes and edits with S. Starzynski. | 2.0 | 642 | 1,284 |
| MEG | 3/10/2010 | Review and add revisions to draft ruling request. Discuss draft status with team. | 1.7 | 642 | 1,091 |
| MEG | 3/14/2010 | Review and add revisions to draft ruling request. | 4.3 | 642 | 2,761 |
| MEG | 3/16/2010 | Revisions to draft ruling request including discussions on the status of ruling request. | 3.9 | 642 | 2,504 |
| MEG | 3/17/2010 | Research technical issues related to 361 Authorities and 1.468 B-9 disputed ownership funds regarding the draft ruling request. | 3.8 | 642 | 2,440 |
| MEG | 3/17/2010 | Review and revise draft ruling request. | 4.3 | 642 | 2,761 |
| MEG | 3/18/2010 | Review of Motors Liquidation Company list of defined terms. | 1.9 | 642 | 1,220 |
| MEG | 3/18/2010 | Review and revise draft ruling request. | 4.1 | 642 | 2,632 |
| MEG | 3/23/2010 | Review revised ruling request draft. | 2.2 | 642 | 1,412 |
| MEG | 3/24/2010 | Review of draft ruling request and prepare revisions and notes to S. Starzynski. | 3.8 | 642 | 2,440 |
| MEG | 3/25/2010 | Review of draft ruling request. | 1.1 | 642 | 706 |
| MEG | 3/26/2010 | Review revised private letter ruling request draft. | 0.8 | 642 | 514 |
| MEG | 3/29/2010 | Review revised private letter ruling request draft. | 0.6 | 642 | 385 |

| | | | | | | |
|---|---|---|---|---|---|---|
| MEG | 4/6/2010 | Review private letter ruling request. | 0.5 | 642 | | 321 |
| MEG | 4/27/2010 | Conference call with R.Testoff and B. Collins regarding private letter ruling request. | 2.0 | 642 | | 1,284 |
| MEG | 5/12/2010 | Discussion with Weil regarding private letter ruling request. | 2.5 | 642 | | 1,605 |
| MEG | 5/18/2010 | Review private letter ruling request. | 1.0 | 642 | | 642 |
| | | | 80.0 | | $ | 51,360 |
| **HALLETT, KEVIN M** | | | | | | |
| KMH | 4/22/2010 | Bankruptcy Administration - Preparation of Fee Application Information | 2.9 | 425 | $ | 1,233 |
| KMH | 4/26/2010 | Bankruptcy Administration - Preparation of Fee Application Information | 0.9 | 425 | | 383 |
| KMH | 5/3/2010 | Bankruptcy Administration - Preparation of Fee Application Information | 2.4 | 425 | | 1,020 |
| KMH | 5/6/2010 | Bankruptcy Administration - Preparation of Fee Application Information | 1.1 | 425 | | 468 |
| KMH | 5/8/2010 | Bankruptcy Administration - Preparation of Fee Application Information | 1.0 | 425 | | 425 |
| | | | 8.3 | | $ | 3,528 |
| **HARMAN, HEATHER A** | | | | | | |
| HAH | 1/14/2010 | Research qualified settlement fund and disputed ownership rules. | 2.3 | 557 | $ | 1,281 |
| HAH | 1/15/2010 | Research technical issues related to qualified ownership funds regarding the draft ruling request. | 5.6 | 557 | | 3,119 |
| HAH | 1/19/2010 | Research technical issues related to 1.468 B-9 qualified ownership funds regarding the draft ruling request. | 7.7 | 557 | | 4,289 |
| HAH | 1/21/2010 | Research technical issues related to 1.468 B-9 qualified ownership funds regarding the draft ruling request. | 4.4 | 557 | | 2,451 |
| HAH | 1/22/2010 | Research technical issues related to 1.468 B-9 qualified ownership funds regarding the draft ruling request. | 5.8 | 557 | | 3,231 |
| HAH | 1/26/2010 | Research technical issues related to 1.468 B-9 qualified ownership funds regarding the draft ruling request. | 7.6 | 557 | | 4,233 |
| HAH | 1/27/2010 | Research technical issues related to 1.468 B-9 qualified ownership funds regarding the draft ruling request. | 4.8 | 557 | | 2,674 |
| HAH | 1/27/2010 | Research technical issues related to 1.468 B-9 qualified ownership funds regarding the draft ruling request. | 5.9 | 557 | | 3,286 |
| HAH | 1/28/2010 | Research technical issues related to 1.468 B-9 qualified ownership funds regarding the draft ruling request. | 1.9 | 557 | | 1,058 |
| HAH | 1/29/2010 | Research technical issues related to 1.468 B-9 qualified ownership funds regarding the draft ruling request. | 7.4 | 557 | | 4,122 |
| HAH | 2/1/2010 | Review and add revision notes to draft ruling request. | 1.5 | 557 | | 836 |
| HAH | 2/1/2010 | Internal call to prepare for client meeting, regarding private letter ruling. Deloitte Attendance: R. Testoff, S. Starzynski, B. Collins, M. Gareau & S. Duffley. | 1.0 | 557 | | 557 |
| HAH | 2/1/2010 | Update call with client regarding private letter ruling. Attendance: R. Zablocki (client), R. Testoff, S. Starzynski, B. Collins, M. Gareau & S. Duffley. | 1.0 | 557 | | 557 |
| HAH | 2/2/2010 | Research related to 1.468 B-9 disputed ownership funds bankruptcy cases and letter rulings. | 9.8 | 557 | | 5,459 |
| HAH | 2/3/2010 | Research related to 1.468 B-9 disputed ownership funds bankruptcy cases and letter rulings. | 2.3 | 557 | | 1,281 |
| HAH | 2/4/2010 | Research related to 1.468 B-9 disputed ownership funds bankruptcy cases and letter rulings. | 2.5 | 557 | | 1,393 |
| HAH | 2/5/2010 | Revisions to draft ruling request. | 2.1 | 557 | | 1,170 |
| HAH | 2/9/2010 | Revisions to draft ruling request. | 2.5 | 557 | | 1,393 |
| HAH | 2/10/2010 | Research related to 1.468 B-9 disputed ownership funds bankruptcy cases and letter rulings. | 0.7 | 557 | | 390 |
| HAH | 2/11/2010 | Revisions to draft ruling request, discussions with team regarding ruling request. | 3.1 | 557 | | 1,727 |
| HAH | 2/17/2010 | Research technical issues related to qualified ownership funds regarding the draft ruling request. | 5.5 | 557 | | 3,064 |
| HAH | 2/17/2010 | Call with client, Weil, & Deloitte to report on 2/17/10 call with IRS. Client Attendance: R. Zablocki & J. Selzer. Weil Attendance: S. Goldring, M. Goodman, D. Berz, C. Parker, & M. Morton. Deloitte Attendance: R. Testoff, S. Duffley, S. Starzynski, B. Collins & M. Gareau. | 1.0 | 557 | | 557 |

| | | | | | |
|---|---|---|---|---|---|
| HAH | 2/18/2010 | Update and revise draft ruling request. | 0.5 | 557 | 279 |
| HAH | 2/24/2010 | Call with Internal Revenue Service regarding qualified settlement funds and disputed ownership funds treatment.  Deloitte Attendance: R. Testoff, B. Collins & M. Gareau. | 1.5 | 557 | 836 |
| HAH | 3/1/2010 | Discuss draft ruling request status with team. | 0.5 | 557 | 279 |
| HAH | 3/3/2010 | Revisions to draft ruling request, discussions with team regarding ruling request. | 0.5 | 557 | 279 |
| HAH | 3/8/2010 | Research regarding private letter rulings including information reporting requirements under 104a2. | 1.1 | 557 | 613 |
| HAH | 3/11/2010 | Debrief with Deloitte team, make edits to master draft per comments from Deloitte team members | 2.5 | 557 | 1,393 |
| HAH | 3/15/2010 | Revisions to draft ruling request. | 0.5 | 557 | 279 |
| HAH | 3/17/2010 | Update and revise draft private letter ruling, discussions with team regarding status and ruling request edit notes. | 6.4 | 557 | 3,565 |
| HAH | 3/18/2010 | Update and revise draft private letter ruling. | 5.1 | 557 | 2,841 |
| HAH | 3/24/2010 | Motors Liquidation Company research regarding Colliers on Bankruptcy. | 3.3 | 557 | 1,838 |
| HAH | 3/25/2010 | Motors Liquidation Company edits related to the corporate section. | 1.7 | 557 | 947 |
| HAH | 4/27/2010 | Revisions to private letter ruling request. | 1.7 | 557 | 947 |
| HAH | 5/3/2010 | Revisions to private letter ruling request. | 1.1 | 557 | 613 |
| HAH | 5/7/2010 | Research related to private letter rulings appraisal of successor's stock and trading liquidating trusts. | 1.2 | 557 | 668 |
| HAH | 5/18/2010 | Revisions to private letter ruling request. | 1.5 | 557 | 836 |
| | | | 115.5 | | $  64,334 |
| **LAY, MATTHEW WILLIAM** | | | | | |
| MWL | 2/1/2010 | Discussion with S. Starzynski regarding pass-through issues. | 0.4 | 837 | $   335 |
| | | | 0.4 | | $   335 |
| **LEE, JASON LAMONT** | | | | | |
| JLL | 2/4/2010 | Bankruptcy Administration - Preparation of Fee Application Information | 0.5 | 80 | $   40 |
| | | | 0.5 | | $   40 |
| **PEEBLES, LAURA H** | | | | | |
| LHP | 1/28/2010 | Call with S Starzynski regarding tax treatment of disputed ownership fund, available election under 468B, and tax reporting issues. | 0.5 | 837 | $   419 |
| LHP | 2/1/2010 | S Starzynski meeting to discuss taxation of Disputed Ownership Fund coming out of "Old GM." | 0.5 | 837 | 419 |
| | | | 1.0 | | $   837 |
| **SHEKELL, SCOTT L** | | | | | |
| SLS | 3/23/2010 | Review private letter ruling request. | 0.5 | 723 | $   362 |
| SLS | 2/1/2010 | Bankruptcy Administration - Preparation of Fee Application Information | 2.0 | 723 | 1,446 |
| SLS | 3/17/2010 | Bankruptcy Administration - Preparation of Fee Application Information | 1.0 | 723 | 723 |
| SLS | 4/9/2010 | Bankruptcy Administration - Preparation of Fee Application Information | 1.5 | 723 | 1,085 |
| SLS | 4/21/2010 | Bankruptcy Administration - Preparation of Fee Application Information | 0.5 | 723 | 362 |
| SLS | 4/22/2010 | Bankruptcy Administration - Preparation of Fee Application Information | 0.5 | 723 | 362 |
| SLS | 4/26/2010 | Bankruptcy Administration - Preparation of Fee Application Information | 0.5 | 723 | 362 |
| | | | 6.5 | | $  4,700 |
| **STARZYNSKI, STEVEN D** | | | | | |
| SDS | 1/14/2010 | Conference call with client (R. Zublocki) and Weil. Internal Deloitte meetings & debriefs including; B. Collins, S. Duffley, and R. Testoff. | 1.3 | 557 | $   724 |

8

| | | | | | |
|---|---|---|---|---|---|
| SDS | 1/14/2010 | Begin researching qualified settlement fund and disputed ownership fund rules. | 2.8 | 557 | 1,560 |
| SDS | 1/15/2010 | Begin drafting outline of Motors Liquidation Company ruling request. | 2.7 | 557 | 1,504 |
| SDS | 1/15/2010 | Research regarding disputed ownership funds and section 361 impact on transfers to trusts. | 3.6 | 557 | 2,005 |
| SDS | 1/19/2010 | Draft private letter ruling request. | 1.6 | 557 | 891 |
| SDS | 1/19/2010 | Research regarding disputed ownership funds. | 2.7 | 557 | 1,504 |
| SDS | 1/20/2010 | Research on Disputed ownership funds, liquidating trusts and qualified settlement funds. | 3.3 | 557 | 1,838 |
| SDS | 1/20/2010 | Draft facts and background for ruling. | 3.9 | 557 | 2,172 |
| SDS | 1/21/2010 | Draft private letter ruling request | 4.8 | 557 | 2,674 |
| SDS | 1/21/2010 | Research and read Goldring treatise.  NYSBA comments on potential trust issues. | 5.4 | 557 | 3,008 |
| SDS | 1/22/2010 | Research private letter ruling requests that have cited disputed ownership funds, qualified settlement funds and liquidating trusts. | 6.2 | 557 | 3,453 |
| SDS | 1/22/2010 | Technical research related to 1.468B-9 disputed ownership funds. | 2.7 | 557 | 1,504 |
| SDS | 1/25/2010 | Technical research related to liquidating trusts, publicly traded partnerships and disputed ownership funds. | 3.6 | 557 | 2,005 |
| SDS | 1/25/2010 | Drafting Motors Liquidation Company ruling request. | 2.7 | 557 | 1,504 |
| SDS | 1/25/2010 | Meetings and follow-up conversations regarding Motors Liquidation Company status, game plan, de-brief previous research items and discuss new focus points. | 2.9 | 557 | 1,615 |
| SDS | 1/26/2010 | Research on trading contingent rights and trust issues. | 2.8 | 557 | 1,560 |
| SDS | 1/26/2010 | Research on sub-chapter C issues, delayed 361 transfers and transfers to creditors in bankruptcy. | 3.3 | 557 | 1,838 |
| SDS | 1/26/2010 | Drafting Motors Liquidation Company ruling request. | 2.6 | 557 | 1,448 |
| SDS | 1/27/2010 | Research on Motors Liquidation Company website and court docket website for publicly available information related to the company's claimholders. | 3.1 | 557 | 1,727 |
| SDS | 1/27/2010 | Research related to disputed ownership funds, qualified settlement funds and liquidating trusts. | 2.4 | 557 | 1,337 |
| SDS | 1/27/2010 | Drafting Motors Liquidation Company ruling request. | 2.8 | 557 | 1,560 |
| SDS | 1/28/2010 | Draft and edit Motors Liquidation Company ruling request. | 3.7 | 557 | 2,061 |
| SDS | 1/28/2010 | Review trust term sheets provided by lawyers and discuss with team. | 4.8 | 557 | 2,674 |
| SDS | 1/28/2010 | Initial discussions with L. Peebles and debrief rest of team on disputed ownership fund discussions. | 1.7 | 557 | 947 |
| SDS | 1/29/2010 | Discussion, follow-up and debrief with Laura Peebles about various trust related issues, disputed ownership fund rulings and private letter ruling strategy. | 2.3 | 557 | 1,281 |
| SDS | 1/29/2010 | Discussion and follow up with B. Testoff and H. Harman regarding qualified settlement issues. | 1.8 | 557 | 1,003 |
| SDS | 1/29/2010 | Edit Motors Liquidation Company ruling request. | 1.6 | 557 | 891 |
| SDS | 2/1/2010 | Motors Liquidation Company ruling request edits to facts and disputed ownership funds write-up. | 3.7 | 557 | 2,061 |
| SDS | 2/1/2010 | Conference call and debrief discussing proposed changes to environmental trusts | 1.2 | 557 | 668 |
| SDS | 2/1/2010 | Discussion with L. Peebles regarding ruling request strategy.  Discussion with  M. Lay regarding pass-through's issues.  De-brief discussions with M. Gareau. | 1.9 | 557 | 1,058 |
| SDS | 2/1/2010 | Internal call to prepare for client meeting, regarding private letter ruling.  Deloitte Attendance: R. Testoff, H. Harman, B. Collins, M. Gareau & S. Duffley. | 1.0 | 557 | 557 |
| SDS | 2/1/2010 | Update call with client regarding private letter ruling.  Attendance: R. Zablocki (client), R. Testoff, H. Harman, B. Collins, M. Gareau & S. Duffley. | 1.0 | 557 | 557 |
| SDS | 2/1/2010 | Research regarding qualified settlement funds and disputed ownership funds. | 0.6 | 557 | 334 |
| SDS | 2/2/2010 | Motors Liquidation Company ruling request edits regarding trust term sheets. | 1.9 | 557 | 1,058 |
| SDS | 2/2/2010 | Motors Liquidation Company ruling request drafting. | 2.6 | 557 | 1,448 |

| | | | | | |
|---|---|---|---|---|---|
| SDS | 2/2/2010 | IRS Strategy call regarding private letter ruling. Attendance: S. Goldring (Weil), M. Goodman (Weil), R. Zablocki, J. Pae (Weil), S. Duffley, R. Testoff, M. Gareau. | 1.0 | 557 | 557 |
| SDS | 2/2/2010 | Motors Liquidation Company research regarding 361 issues, qualified settlement funds and disputed ownership fund issues. Conference call and de-brief with Motors Liquidation Company teams. | 2.7 | 557 | 1,504 |
| SDS | 2/3/2010 | Draft Motors Liquidation Company ruling request. | 3.6 | 557 | 2,005 |
| SDS | 2/3/2010 | Motors Liquidation Company research regarding 361 issues, qualified settlement funds and disputed ownership fund issues. | 2.7 | 557 | 1,504 |
| SDS | 2/3/2010 | Internal meetings and follow-up regarding Motors Liquidation Company open items. | 2.1 | 557 | 1,170 |
| SDS | 2/4/2010 | Draft Motors Liquidation Company ruling request. | 3.3 | 557 | 1,838 |
| SDS | 2/4/2010 | Revise draft ruling request submission. | 1.4 | 557 | 780 |
| SDS | 2/4/2010 | Internal meetings related to; Motors Liquidation Company open points and action items including draft timing and research points. | 1.8 | 557 | 1,003 |
| SDS | 2/4/2010 | Motors Liquidation Company research. | 2.6 | 557 | 1,448 |
| SDS | 2/5/2010 | Revisions to draft ruling request. | 2.3 | 557 | 1,281 |
| SDS | 2/8/2010 | Update and revise draft ruling request. | 2.4 | 557 | 1,337 |
| SDS | 2/9/2010 | Update and revise draft ruling request. | 2.1 | 557 | 1,170 |
| SDS | 2/9/2010 | Proof-read and edit draft ruling request. | 1.7 | 557 | 947 |
| SDS | 2/10/2010 | Update and revise ruing request | 1.9 | 557 | 1,058 |
| SDS | 2/10/2010 | Cite check technical analysis regarding disputed ownership funds. | 2.3 | 557 | 1,281 |
| SDS | 2/11/2010 | Edits to technical analysis related to ruling request. | 2.2 | 557 | 1,225 |
| SDS | 2/11/2010 | Technical research related to 1.468B-9 disputed ownership funds. | 1.7 | 557 | 947 |
| SDS | 2/12/2010 | Update and revise ruing request | 2.4 | 557 | 1,337 |
| SDS | 2/12/2010 | Technical research related to 1.468B-9 disputed ownership funds. | 2.2 | 557 | 1,225 |
| SDS | 2/15/2010 | Update and revise ruing request | 2.2 | 557 | 1,225 |
| SDS | 2/16/2010 | Update and revise ruing request | 1.7 | 557 | 947 |
| SDS | 2/16/2010 | Subsequent research regarding disputed ownership funds. | 2.3 | 557 | 1,281 |
| SDS | 2/17/2010 | Call with client, Weil, & Deloitte to report on 2/17/10 call with IRS. Client Attendance: R. Zablocki & J. Selzer. Weil Attendance: S. Goldring, M. Goodman, D. Berz, C. Parker, & M. Morton. Deloitte Attendance: R. Testoff, S. Duffley, H. Harman, B. Collins & M. Gareau. | 1.0 | 557 | 557 |
| SDS | 2/22/2010 | Motors Liquidation Company debrief on IRS issues and next steps. Edit private letter ruling request. | 2.2 | 557 | 1,225 |
| SDS | 3/1/2010 | Update ruling request, new draft of environmental trust documents. | 2.2 | 557 | 1,225 |
| SDS | 3/2/2010 | Bankruptcy code research regarding types of claimholders. | 2.1 | 557 | 1,170 |
| SDS | 3/2/2010 | Technical research related to 1.468B-9 disputed ownership funds. | 3.7 | 557 | 2,061 |
| SDS | 3/2/2010 | Update and revise ruling request. | 2.9 | 557 | 1,615 |
| SDS | 3/3/2010 | Discussions with B. Collins and M. Gareau on ruling request drafting | 2.9 | 557 | 1,615 |
| SDS | 3/3/2010 | Update and revise ruling request. | 3.8 | 557 | 2,117 |
| SDS | 3/3/2010 | Technical research related to 1.468B-9 disputed ownership funds. | 3.1 | 557 | 1,727 |
| SDS | 3/4/2010 | Edits to ruling request and bankruptcy code research regarding claimholders. | 3.1 | 557 | 1,727 |
| SDS | 3/4/2010 | Update and revise ruling request. | 3.3 | 557 | 1,838 |
| SDS | 3/5/2010 | Update and revise ruling request. | 3.2 | 557 | 1,782 |
| SDS | 3/5/2010 | Technical research related to 1.468B-9 disputed ownership funds. | 2.4 | 557 | 1,337 |
| SDS | 3/6/2010 | Ruling request, update qualified settlement fund section. | 1.2 | 557 | 668 |
| SDS | 3/7/2010 | Update and revise ruling request. | 3.3 | 557 | 1,838 |
| SDS | 3/7/2010 | Edits to ruling request, discuss re-working of draft to move | 2.9 | 557 | 1,615 |

| | | corporate discussion to the front. | | | |
|---|---|---|---|---|---|
| SDS | 3/8/2010 | Formatting/work in edits regarding qualified settlement funds from S. Duffley and R. Testoff. | 2.7 | 557 | 1,504 |
| SDS | 3/8/2010 | Work with M. Gareau to identify publicly available information to assist team in writing facts and background on bankruptcy. | 3.1 | 557 | 1,727 |
| SDS | 3/8/2010 | Ruling request edits and bankruptcy plan discussions with team. | 3.6 | 557 | 2,005 |
| SDS | 3/9/2010 | Ruling request drafting, changes and edits with M. Gareau. | 4.2 | 557 | 2,339 |
| SDS | 3/9/2010 | Work R. Testoff comments and edits into draft. | 2.6 | 557 | 1,448 |
| SDS | 3/9/2010 | Edits and follow-up with S. Duffley. | 1.8 | 557 | 1,003 |
| SDS | 3/10/2010 | Revisions to ruling request draft. | 3.1 | 557 | 1,727 |
| SDS | 3/10/2010 | Motors Liquidation Company research and review updated term sheets. | 2.8 | 557 | 1,560 |
| SDS | 3/10/2010 | Discuss Motors Liquidation Company open items and edits with team. | 2.4 | 557 | 1,337 |
| SDS | 3/11/2010 | Edits to qualified settlement funds and disputed ownership fund discussion. | 1.9 | 557 | 1,058 |
| SDS | 3/11/2010 | Revisions to request draft. | 3.1 | 557 | 1,727 |
| SDS | 3/11/2010 | Debrief with Deloitte team, make edits to master draft per comments from Deloitte team members | 2.4 | 557 | 1,337 |
| SDS | 3/12/2010 | Follow up questions regarding ruling request. | 1.2 | 557 | 668 |
| SDS | 3/16/2010 | Ruling request edits from M. Gareau. | 2.6 | 557 | 1,448 |
| SDS | 3/16/2010 | Edit private letter ruling request. | 2.2 | 557 | 1,225 |
| SDS | 3/16/2010 | Prepare write-up related to disputed ownership funds. | 2.7 | 557 | 1,504 |
| SDS | 3/16/2010 | Motors Liquidation Company ruling request. | 3.3 | 557 | 1,838 |
| SDS | 3/17/2010 | Motors Liquidation Company changes to qualified settlement fund section. | 2.7 | 557 | 1,504 |
| SDS | 3/17/2010 | Motors Liquidation Company ruling request edits. | 3.2 | 557 | 1,782 |
| SDS | 3/17/2010 | Update and revise ruling request. | 3.4 | 557 | 1,894 |
| SDS | 3/18/2010 | Read Motors Liquidation Company list of defined terms. | 3.2 | 557 | 1,782 |
| SDS | 3/18/2010 | Motors Liquidation Company ruling request edits. | 2.6 | 557 | 1,448 |
| SDS | 3/18/2010 | Discuss draft status. | 2.3 | 557 | 1,281 |
| SDS | 3/19/2010 | Motors Liquidation Company ruling request. | 2.9 | 557 | 1,615 |
| SDS | 3/19/2010 | Motors Liquidation Company defined terms. | 2.4 | 557 | 1,337 |
| SDS | 3/19/2010 | Motors Liquidation Company edits and changes to ruling request. | 3.6 | 557 | 2,005 |
| SDS | 3/22/2010 | Discussions with Deloitte team regarding status of ruling request and revisions to ruling request. | 2.4 | 557 | 1,337 |
| SDS | 3/22/2010 | Technical research regarding disputed & qualified ownership funds. | 2.3 | 557 | 1,281 |
| SDS | 3/22/2010 | Revisions to private letter ruling request. | 3.6 | 557 | 2,005 |
| SDS | 3/23/2010 | Motors Liquidation Company edits from B. Collins and M. Gareau. | 2.9 | 557 | 1,615 |
| SDS | 3/23/2010 | Revisions to private letter ruling request. | 2.6 | 557 | 1,448 |
| SDS | 3/23/2010 | Revisions to private letter ruling request. | 2.8 | 557 | 1,560 |
| SDS | 3/24/2010 | Motors Liquidation Company research regarding Colliers on Bankruptcy. | 2.1 | 557 | 1,170 |
| SDS | 3/24/2010 | Motors Liquidation Company edits from B. Collins and M. Gareau. | 2.3 | 557 | 1,281 |
| SDS | 3/24/2010 | Re-write section on Prior private letter ruling and the dissolution requirement of Motors Liquidation Company. | 3.3 | 557 | 1,838 |
| SDS | 3/25/2010 | Motors Liquidation Company ruling request, edits to qualified settlement funds and disputed ownership funds. | 2.7 | 557 | 1,504 |
| SDS | 3/25/2010 | Motors Liquidation Company research regarding private letter rulings citing section 468B and 368(a)(1)(G). | 3.2 | 557 | 1,782 |
| SDS | 3/25/2010 | Motors Liquidation Company edits related to the corporate section. | 1.4 | 557 | 780 |
| SDS | 3/26/2010 | Revisions to private letter ruling request. | 2.7 | 557 | 1,504 |
| SDS | 3/26/2010 | Revisions to private letter ruling request. | 2.9 | 557 | 1,615 |

11

| | | | | | |
|---|---|---|---|---|---|
| SDS | 3/29/2010 | Revisions to private letter ruling request and discussions with team regarding status. | 2.1 | 557 | 1,170 |
| SDS | 3/31/2010 | Revisions to private letter ruling request. | 1.6 | 557 | 891 |
| SDS | 4/5/2010 | Revisions to private letter ruling request. | 2.3 | 557 | 1,281 |
| SDS | 4/6/2010 | Research regarding liquidating trusts and revisions to private letter ruling request. | 2.1 | 557 | 1,170 |
| SDS | 5/3/2010 | Revisions to private letter ruling request. | 4.2 | 557 | 2,339 |
| SDS | 5/4/2010 | Revisions to private letter ruling request. | 1.5 | 557 | 836 |
| SDS | 5/7/2010 | Revisions to private letter ruling request. | 1.6 | 557 | 891 |
| SDS | 5/7/2010 | Review of language regarding liquidating trusts included within the private letter ruling request. | 2.3 | 557 | 1,281 |
| | | | 315.8 | | $  175,901 |
| **TESTOFF, ROBERT A** | | | | | |
| RAT | 1/14/2010 | Conference call with client (R. Zublocki) and Weil. Internal Deloitte meetings & debriefs including; B. Collins, S. Duffley, and S. Starzynski. | 1.6 | 837 | $   1,339 |
| RAT | 1/20/2010 | Research regarding qualified settlement fund private letter ruling. | 1.9 | 837 | 1,590 |
| RAT | 1/21/2010 | Research regarding qualified settlement fund private letter ruling. | 1.5 | 837 | 1,256 |
| RAT | 1/25/2010 | Discuss trust issues related to the draft ruling request. | 0.5 | 837 | 419 |
| RAT | 1/27/2010 | Research related to disputed ownership funds, qualified settlement funds and liquidating trusts. | 1.6 | 837 | 1,339 |
| RAT | 1/28/2010 | Research related to disputed ownership funds, qualified settlement funds and liquidating trusts. | 2.9 | 837 | 2,427 |
| RAT | 1/29/2010 | Technical research related to qualified ownership funds research. | 6.2 | 837 | 5,189 |
| RAT | 2/1/2010 | Research regarding qualified settlement funds and disputed ownership funds. | 1.3 | 837 | 1,088 |
| RAT | 2/1/2010 | Internal call to prepare for client meeting, regarding private letter ruling.  Deloitte Attendance: S. Starzynski, H. Harman, B. Collins, M. Gareau & S. Duffley. | 1.0 | 837 | 837 |
| RAT | 2/1/2010 | Update call with client regarding private letter ruling.  Attendance: R. Zablocki (client), S. Starzynski, H. Harman, B. Collins, M. Gareau & S. Duffley. | 1.0 | 837 | 837 |
| RAT | 2/2/2010 | Research regarding qualified settlement funds and disputed ownership funds. | 0.3 | 837 | 251 |
| RAT | 2/2/2010 | IRS Strategy call regarding private letter ruling.  Attendance: S. Goldring (Weil), M. Goodman (Weil), R. Zablocki, J. Pae (Weil), S. Duffley, S. Starzynski, M. Gareau. | 1.0 | 837 | 837 |
| RAT | 2/12/2010 | Revisions to draft ruling request. | 1.0 | 837 | 837 |
| RAT | 2/16/2010 | Revisions to draft ruling request and discussions with team regarding status. | 1.5 | 837 | 1,256 |
| RAT | 2/17/2010 | Qualified ownership funds technical research for private letter ruling. | 0.3 | 837 | 251 |
| RAT | 2/17/2010 | Call with client, Weil, & Deloitte to report on 2/17/10 call with IRS.  Client Attendance: R. Zablocki & J. Selzer.  Weil Attendance: S. Goldring, M. Goodman, D. Berz, C. Parker, & M. Morton.  Deloitte Attendance: S. Starzynski, S. Duffley, H. Harman, B. Collins & M. Gareau. | 1.0 | 837 | 837 |
| RAT | 2/17/2010 | Call with Internal Revenue Service regarding private letter ruling.  Deloitte Attendance: M. Gareau and B. Collins. | 2.0 | 837 | 1,674 |
| RAT | 2/24/2010 | Call with Internal Revenue Service regarding qualified settlement funds and disputed ownership funds treatment.  Deloitte Attendance: H. Harman, B. Collins & M. Gareau. | 1.0 | 837 | 837 |
| RAT | 3/1/2010 | Revisions to ruling request and discussions with team regarding status of the ruling request. | 3.3 | 837 | 2,762 |
| RAT | 3/3/2010 | Technical research related to qualified ownership funds research. | 2.2 | 837 | 1,841 |
| RAT | 3/4/2010 | Revisions to draft ruling request. | 3.2 | 837 | 2,678 |
| RAT | 3/5/2010 | Research regarding disputed ownership funds. | 2.8 | 837 | 2,344 |
| RAT | 3/7/2010 | Review and revisions of ruling request. | 4.8 | 837 | 4,018 |
| RAT | 3/8/2010 | Ruling request edits and bankruptcy plan discussions with team. | 3.2 | 837 | 2,678 |
| RAT | 3/12/2010 | Responding to follow up questions regarding ruling request. | 1.0 | 837 | 837 |

| | | | | | |
|---|---|---|---|---|---|
| RAT | 3/24/2010 | Revisions and comments regarding private letter ruling request. | 3.7 | 837 | 3,097 |
| RAT | 3/25/2010 | Review of private letter ruling request. | 2.3 | 837 | 1,925 |
| RAT | 3/26/2010 | Review of private letter ruling request. | 0.5 | 837 | 419 |
| RAT | 4/27/2010 | Conference call with M. Gareau and B. Collins regarding private letter ruling request. | 2.0 | 837 | 1,674 |
| RAT | 5/12/2010 | Research related to liquidating trusts regarding the private letter ruling request. | 1.0 | 837 | 837 |
| | | | 57.6 | | $    48,211 |
| **WASHINGTON, CAROL L** | | | | | |
| CLW | 2/4/2010 | Bankruptcy Administration – Preparation of Fee Application Information | 0.9 | 80 | $    72 |
| | | | 0.9 | | $    72 |
| **WIGGINS, SCOTT B** | | | | | |
| SBW | 5/28/2010 | Research regarding 355(e) "Plan" Research. | 2.5 | 557 | $    1,393 |
| | | | 2.5 | | $    1,393 |
| | | **Total hours and amount sought** | **914.4** | | **$    579,817** |

**Exhibit D**

**Deloitte Tax LLP**
**Tax Service Providers and Tax Consultants to Motors Liquidation Company**
**For the Months of January, 2010 through May, 2010**
**Expenses**

| Category | Date | Amount | Person | Description |
|----------|------|--------|--------|-------------|
| **Travel & Meal Expenses** | 3/13/2010 | | COLLINS, BRYAN P | Dinner expense for Deloitte Team.  Attendance: B. Collins, M. Gareau, S. Starzynski, S. Duffley, H. Harman & R. Testoff. |
| | | $     135 | | |
| | | $     135 | | |
| | | **135** | **Total expenses and amount sought** | |