STEVENSON & BULLOCK, PLC
26100 American Dr., Ste. 500
Southfield, MI 48034
248-354-7906 (Telephone)
248-354-7907 (Telefax)
sgoll@sbplclaw.com
Sonya N. Goll, *Pro Hac Vice*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHER DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:  General Motors Corporation, *et al.*, | Bankruptcy Case No. 09-50026 (REG) |
| | Honorable Robert E. Gerber |
| | Chapter 11 |
| Debtor. | Jointly Administered |

## Notice of Address Change

Please take notice that the offices of Stevenson & Bullock PLC and attorney Sonya N. Goll have moved. Pursuant to Rule 2002 of the Bankruptcy Rules and §1109(b) of the Bankruptcy Code, Sonya N. Goll demands that all notice given or required to be given in this case and all papers served in this case be given to and served upon his new address:

> Stevenson & Bullock PLC
> 26100 American Dr., Ste. 500
> Southfield, MI 48034
> Tel: (248) 354-7906
> Fax: (248) 354-7907
> sgoll@sbplclaw.com
> Attn: Sonya N. Goll

PLEASE TAKE FURTHER NOTICE that pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes, without limitation, orders and notice of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, e-mail, telex or otherwise, which affects the Debtor or the property of the Debtor.

Dated:  7/12/10

/s/ Sonya N. Goll_
Sonya N. Goll P61136
Stevenson & Bullock PLC
26100 American Dr., Ste. 500
Southfield, MI 48034
248-354-7906 ext 2234
**sgoll@sbplclaw.com**