**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
                                    :

In re                          :          **Chapter 11 Case No.**
                                      :

**MOTORS LIQUIDATION COMPANY,** *et al.,*  :          **09-50026 (REG)**
      **f/k/a General Motors Corp.,** *et al.*  :

                                    :

                    **Debtors.**     :         **(Jointly Administered)**
                                    :
----------------------------------------------------------------x

### AMENDED NOTICE OF MATTERS SCHEDULED
### FOR HEARING ON JULY 14, 2010 AT 9:45 A.M.

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

## I.    CONTESTED MATTERS:

    A.    *Motors Liquidation Corporation v. MCM Management Corp*, Adversary Proceeding No. 10-05008 (REG) (Bankr. S.D.N.Y. 2010) [Pre-trial Conference].

        **Status:**      This matter is going forward as a status conference.

## II.    UNCONTESTED MATTERS:

    A.    Debtors' Twelfth Omnibus Motion Pursuant to 11 U.S.C. § 365 to Reject Certain Executory Contracts (Electro-Motive Diesel, Inc. only) [**Docket No. 5242**]

        Responses Filed:      None to date.

        Replies Filed:      None to date.

        Additional Documents:

        1.    Order Granting Debtors' Twelfth Omnibus Motion Pursuant to 11 U.S.C. § 365 to Reject Certain Executory Contracts [**Docket No. 5496**]

        **Status:**      This matter is going forward.

B.     Debtors' Twenty-Third Omnibus Objection to Claims (Claims Assumed by General Motors, LLC ) [**Docket No. 5993**]

Responses Filed:

1.     Informal Response of Consumers Energy ("**Consumers Energy Response**")

2.     Informal Response of Ajax Paving ("**Ajax Paving Response**")

3.     Response of Impact Group ("**Impact Group Response**") [**Docket No. 6240**]

4.     Response of OCE North America, Inc. ("**OCE Response**") [**Docket No. 6270**]

5.     **Informal Response of Equilon Enterprises LLC DBA Shell Oil Products US ("Equilon Response")**

Replies Filed:          None to date.

Additional Documents:    None to date.

**Status**:       **This matter is going forward except for the Consumers Energy Response, the Ajax Paving Response, the Impact Group Response, the OCE Response, and the Equilon Response which have been adjourned to August 6, 2010 at 9:45 a.m.**

C.     Debtors' Twenty-Fourth Omnibus Objection to Claims (Workers' Compensation Claims) [**Docket No. 5994**]

Responses Filed:         None to date.

Replies Filed:          None to date.

Additional Documents:    None to date.

**Status**:       This matter is going forward.

D.     Motion of The Schaefer Group Inc. for Relief from the Automatic Stay, or in the Alternative, for an Order Pursuant to Federal Rule of Bankruptcy Procedure 2004 Compelling an Examination and Production of Documents by [**Docket No. 3880**]

Responses Filed:         None to date.

Replies Filed:                     None to date.

Additional Documents:              None to date.

**Status:**        This matter has been resolved.  A stipulation resolving the
motion will be handed up at the hearing.

### III.        MATTERS TO BE WITHDRAWN/WITHDRAWN MATTERS:

A.     Motion of Julie and David Brittingham for Relief from the Automatic Stay
to Allow the Completion of a Pending Personal Injury Action [**Docket No.
6007**]

Responses Filed:                   None to date.

Replies Filed:                     None to date.

Additional Documents:

1.     Notice of Withdrawal of Motion of Julie and David Brittingham
for Relief from the Automatic Stay to Allow the Completion of a
Pending Personal Injury Action [**Docket No. 6304**]

**Status:**        This matter has been withdrawn.

B.     Motion for an Order Granting Relief from the Automatic Stay Pursuant to
11 U.S.C. § 362(d)(1) by Evgeny Friedman and the plaintiffs in the action
entitled *Friedman v. General Motors Corp.*, 08 Civ. 2458 (SAS) [**Docket
No. 2759**]

Responses Filed:

1.     Debtors' Opposition to the Freidman Plaintiffs' Motion for Entry
of an Order Granting Relief from the Automatic Stay Pursuant to
11 U.S.C. § 362(d)(1)[**Docket No. 6288**]

Replies Filed:                     None to date.

Additional Documents:              None to date.

**Status:**        This matter is expected to be withdrawn.

### IV.    ADJOURNED MATTERS:

A.     General Motors LLC's Motion (I) for Declaratory Relief Regarding the
Status of a Certain Sublease or, in the Alternative, Relief from the
Assumption and Assignment of a Certain Sublease to GM Pursuant to

Rule 60(b) and (II) to Rescind the Agreement to Resolve Objection to
Cure Notice Between GM and Knowledge Learning Corporation dated
August 14, 2009 ("**New GM's Reconsideration Motion**") [**Docket No.
4895**]

Responses Filed:

1.      Knowledge Learning Corporation's Response to New GM's
        Reconsideration Motion [**Docket No. 5405**]

Replies Filed:

2.      New GM's Reply [**Docket No. 5595**]

Additional Documents:

3.      Statement of the Creditors' Committee in connection with New
        GM's Reconsideration Motion [**Docket No. 5598**]

4.      Debtors' Statement in connection with New GM's Reconsideration
        Motion [**Docket No. 5603**]

**Status:**          This matter has been resolved.  A stipulation will be
                     handed up resolving the motion at the hearing on August
                     6, 2010 at 9:45 a.m.

B.    Debtors' Third Omnibus Motion Pursuant to 11 U.S.C § 365 to Reject
      Certain Unexpired Leases of Nonresidential Real Property (Tricon
      Verizon Leasing Only) [**Docket No. 3044**]

      Responses Filed:                None to date.

      Replies Filed:                  None to date.

      Additional Documents:

      1.      Order Granting Debtors' Third Omnibus Motion Pursuant to 11
              U.S.C § 365 to Reject Certain Unexpired Leases of Nonresidential
              Real Property [**Docket No. 4182**]

      **Status:**          This matter is adjourned to August 6, 2010 at 9:45 a.m.

C.    Debtors' Fifteenth Omnibus Objection to Claims (Amended and
      Superseded Claims) [**Docket No. 5731**]

      Responses Filed:

1.    Informal Response by the Internal Revenue Service, Department of the Treasury Regarding Proofs of Claim 31234, 31235, 31236, 69877, and 69878 ("**IRS Response**")

2.    Response by Richard and Elise Birdsall to Debtors' Fifteenth Omnibus Objection to claims, (Doc # 5731) Regarding Proofs of Claim 7617 and 7618 [**Docket No. 6089**] (the "**Birdsall Response**")

Replies Filed:                        None to date.

Additional Documents:

3.    Order Granting Debtors' Fifteenth Omnibus Objection to Claims (Amended and Superseded Claims) [**Docket No. 6209**]

**Status:**        The hearing to consider the Birdsall Response and the IRS Response is adjourned to August 6, 2010 at 9:45 a.m.

D.    Debtors' Seventeenth Omnibus Objection to Claims (Tax Claims Assumed by General Motors, LLC) [**Docket No. 5908**]

Responses Filed:

1.    Response of State of Hawaii to Debtors' Seventeenth Omnibus Objection to Claims [Docket No. 6015] (the "**Hawaii Response**")

2.    Response of Ohio Department of Taxation to Debtors' Seventeenth Omnibus Objection to Claims [**Docket No. 6107**] (the "**Ohio Response**")

3.    Response by the Department of Treasury of the State of Michigan to Debtors' Seventeenth Omnibus Objection to Claims Regarding 62066, 68606, and 70125 [**Docket No. 6109**] (the "**Michigan Response**")

4.    Informal Response by the Internal Revenue Service, Department of the Treasury Regarding Proofs of Claim 70162, 70163, 70164, 70165, 70166, 70167, 31233 ("**IRS Response**")

5.    Response by the Connecticut Department of Labor Regarding Proof of Claim 37611("**Connecticut Response**") [**Docket No. 6073**]

6.    Informal Response of Commonwealth of Pennsylvania Regarding Proofs of Claim 69930 ("**Pennsylvania Response**")

Replies Filed:                None to date.

Additional Documents:

7.        Revised Order Granting Debtors' Seventeenth Omnibus Objection
          to Claims (Tax Claims Assumed by General Motors, LLC)
          [**Docket No. 6268**]

**Status:**        The hearing to consider the Hawaii Response, the Ohio
                   Response, the Michigan Response, the IRS Response, the
                   Connecticut Response, and the Pennsylvania Response is
                   adjourned to August 6, 2010 at 9:45 a.m.

E.     Debtors' Eighteenth Omnibus Objection to Claims (Tax Claims Assumed
       by General Motors, LLC) [**Docket No. 5909**]

Responses Filed:

1.        Informal Response by San Francisco Tax Collector Regarding
          Proof of Claim 22144 ("**San Francisco Response**")

Replies Filed:                None to date.

Additional Documents:

2.        Order Granting Debtors' Eighteenth Omnibus Objection to Claims
          (Tax Claims Assumed by General Motors, LLC) [**Docket No.
          6185**]

**Status:**        The hearing to consider the San Francisco Response is
                   adjourned to August 6, 2010 at 9:45 a.m.

F.     Debtors' Nineteenth Omnibus Objection to Claims (Tax Claims Assumed
       by General Motors, LLC) [**Docket No. 5911**]

Responses Filed:

1.        Response by Fulton County Tax Commissioner's Regarding Proof
          of Claim 17766 ("**Fulton Response**") [Not filed on the docket]

Replies Filed:                None to date.

Additional Documents:

2.        Order Granting Debtors' Nineteenth Omnibus Objection to Claims
          (Tax Claims Assumed by General Motors, LLC) [**Docket No.
          6186**]

**Status:**    The hearing to consider the Fulton Response is adjourned to August 6, 2010 at 9:45 a.m.

G.    Debtors' Twentieth Omnibus Objection to Claims (Tax Claims Assumed by General Motors, LLC) [**Docket No. 5912**]

Responses Filed:

1.    Response by the Commonwealth of Pennsylvania Department of Revenue Regarding Proofs of Claim 625 and 626 ("**Pennsylvania Response**") [**Docket No. 6076**]

Replies Filed:            None to date.

Additional Documents:

2.    Order Granting Debtors' Twentieth Omnibus Objection to Claims (Tax Claims Assumed by General Motors, LLC) [**Docket No. 6187**]

**Status:**    The hearing to consider the Pennsylvania Response is adjourned to August 6, 2010 at 9:45 a.m.

H.    Debtors' Twenty-First Omnibus Objection to Claims (Tax Claims Assumed by General Motors, LLC) [**Docket No. 5913**]

Responses Filed:

1.    Tomball Independent School District's Response to Debtor's Twenty-first Omnibus Objection to Claim No. 51328 (Tax Claims Assumed by General Motors, LLC) (the "**Tomball Response**") [**Docket No. 6085**]

Replies Filed:            None to date.

Additional Documents:

2.    Order Granting Debtors' Twenty-First Omnibus Objection to Claims (Tax Claims Assumed by General Motors, LLC) [**Docket No. 6188**]

**Status:**    The hearing to consider the Tomball Response is adjourned to August 6, 2010 at 9:45 a.m.

I.    Debtors' (i) Objection to Proofs of Claim Nos. 1206, 7587, and 10162 and, in the Alternative, (ii) Motion to Estimate Proofs of Claim Nos. 1206, 7587, and 10162  [**Docket No. 5845**] ("**Apartheid Objection**")

<u>Responses Filed</u>:

1.  Class Plaintiffs': (1) Response on Behalf of Balintulo And Botha
    Plaintiffs to Debtors' (I) Objection to Proofs Of Claim Nos. 1206,
    7857 and 10162 and, in the Alternative, (II) Motion to Estimate
    Proofs of Claim Nos. 1206, 7587 and 10162; and (2) Cross-Motion
    under Rule 9014 for Rule 7023 Class Treatment [**Docket No.
    6097**]

<u>Replies Filed</u>:

2.  Debtors' Combined (1) Reply to Response to Debtors' (i) Objection
    to Proofs of Claim Nos. 1206, 7587, and 10162 and, In the
    Alternative, (ii) Motion to Estimate Proofs of Claim Nos. 1206,
    7587, and 10162 and (2) Response to Cross-Motion under Rule
    9014 for Rule 7023 Class Treatment [**Docket No. 6305**]

3.  Class Plaintiffs' Response to Debtors' Combined (1) Reply to
    Response to Debtors' (i) Objection to Proofs of Claim Nos. 1206,
    7587, and 10162 and, in the Alternative, (ii) Motion to Estimate
    Proofs of Claim No. 1206, 7587, and 10162 and (2) Response to
    Cross Motion Under Rule 9014 for Rule 7023 Class Treatment
    [**Docket No. 6317**]

<u>Additional Documents</u>:  None to date.

**<u>Status</u>:**        This matter is adjourned to August 6, 2010 at 9:45 a.m.

J.  Debtors' Ninth Omnibus Motion Pursuant to 11 U.S.C. § 365 to Reject
    Certain Executory Contracts and Unexpired Leases of Nonresidential Real
    Property ("**Debtors' Rejection Motion**") [**Docket No. 4437**]

<u>Responses Filed</u>:

1.  M-Tech Associates, LLC's Objection to Debtors' Rejection
    Motion [**Docket No. 6008**]

<u>Replies Filed</u>:

2.  M-Tech Associates, LLC's Sur-Reply in Support of its Objection
    [**Docket No. 6277**]

<u>Additional Documents</u>:

3.  Order Granting Debtors' Rejection Motion [Docket No. 4553]

4.      **General Motors LLC's Brief in Support of Debtors' Ninth Omnibus Motion Pursuant to 11 U.S.C. § 365 to Reject Certain Executory Contracts and Unexpired Leases of Non-Residential Real Property (Docket No. 4437) as it Pertains to M-Tech Associates, LLC [Docket No. 6271]**

**Status:**        This matter is adjourned to August 6, 2010 at 9:45 a.m.

K.      Boyd Bryant's Motion for an Order Allowing Plaintiffs to File a Class Proof of Claim **[Docket No. 4560]**

Responses Filed:          None to date.

Replies Filed:          None to date.

Additional Documents:          None to date.

**Status:**        This matter has been adjourned to August 6, 2010 at 9:45 a.m.

L.      Julie and David Brittingham's Application for an Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing and Directing (A) the Production of Documents and (B) the Oral Examination of Individuals Designated by the Debtors and Believed to Have Knowledge of the Relevant Matters **[Docket Nos. 3664, 3665]**

Responses Filed:          None to date.

Replies Filed:          None to date.

Additional Document(s):          None to date.

**Status:**        This matter is adjourned to August 6, 2010 at 9:45 a.m.

M.      Application of Remy International, Inc. for an Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing and Directing (A) the Production of Documents and (B) the Oral Examination of Individuals Designated by the Debtors and Believed to Have Knowledge of the Relevant Matters **[Docket No. 3770]**

Responses Filed:          None to date.

Replies Filed:          None to date.

Additional Documents:

1.      Application for an Order Pursuant to Rule 2004 of the Federal
        Rules of Bankruptcy Procedure Authorizing and Directing (A) the
        Production of Documents and (B) the Oral Examination of
        Individuals Designated by the Debtors and Believed to Have
        Knowledge of the Relevant Matters **[Docket No. 3769]**

**Status:**      This matter is adjourned to September 17, 2010 at 9:45
                 a.m.

N.      **Debtors' Objection to Proof of Claim No. 67357 Filed by New United
        Motor Manufacturing, Inc. ("NUMMI") [Docket No. 5404]**

        **Responses Filed:**

        1.      **NUMMI's Initial Response to Debtors' Objection [Docket No.
                5854]**

        **Replies Filed:**                **None to date.**

        **Additional Documents:**

        2.      **Declaration of Mark E. McKane in Support of NUMMI'S
                Response to Debtors' Objection  [Docket No. 5855]**

        3.      **Declaration of Mitsunori Tsuzuki in Support of NUMMI'S
                Response to Debtors' Objection [Docket No. 5856]**

        **Status:**        **This matter is being adjourned to a future hearing date
                           to be mutually agreed upon by the parties.**

Dated:  New York, New York
        July 13, 2010

                                        /s/ Joseph H. Smolinsky
                                        Harvey R. Miller
                                        Stephen Karotkin
                                        Joseph H. Smolinsky

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession