**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, et al., | : | Case No. 09-50026 (REG) |
| f/k/a GENERAL MOTORS, CORP. *et al*., | : | |
| | : | |
| Debtors. | : | |

-----------------------------------------------------------------X

## ORDER PURSUANT TO 11 U.S.C. 362(d) MODIFYING THE AUTOMATIC STAY TO ALLOW THE COMPLETION OF THE PENDING PERSONAL INJURY ACTION OF JULIE AND DAVID BRITTINGHAM

Upon the motion ("Motion") of Julie Brittingham ("Ms. Brittingham") and her husband, David Brittingham ("Mr. Brittingham", and collectively with Mrs. Brittingham as the "Brittinghams"), for an order, pursuant to 11 U.S.C. Section 362(d)(1) and Section 105, modifying the automatic stay to allow the Brittinghams to proceed with their state law personal injury action, pending in the Court in the Common Pleas of Montgomery County, Ohio, *Brittingham v. General Motors Corporation, et al.*, Case No. 2001 CV 00664 (the "Ohio Litigation"); and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Motion is granted as provided herein, and it is further

ORDERED that the automatic stay under section 362(a) of the Bankruptcy Code is hereby modified to permit the Brittinghams to proceed with and prosecute the Ohio Litigation against the Debtors.

Dated:  New York, New York
_____, 2010

> Honorable Robert E. Gerber
> UNITED STATES BANKRUPTCY JUDGE
> SOUTHERN DISTRICT OF NEW YORK