**Hearing Date:** August 6, 2010 at 9.45 AM (ET)
**Objection Deadline:** July 30, 2010 by 5:00 PM (ET)

KLESTADT & WINTERS, LLP
Tracy L. Klestadt
Samir P. Gebrael
292 Madison Avenue, 17th Floor
New York, New York 10017
(212) 972-3000

- and -

MEYER AND WILLIAMS,
ATTORNEYS AT LAW, P.C.
P. Richard Meyer
Robert N. Williams
350 E. Broadway
P.O. Box 2608
(307) 733-8300

*Co-Counsel to Julie and David Brittingham*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
:
In re                                                          :    Chapter 11
:
MOTORS LIQUIDATION COMPANY, et al.,     :    Case No. 09-50026 (REG)
f/k/a GENERAL MOTORS, CORP. *et al*.,           :
:
Debtors.                                                  :
---------------------------------------------------------------X

**NOTICE OF HEARING ON MOTION OF JULIE AND DAVID BRITTINGHAM**
**FOR RELIEF FROM THE AUTOMATIC STAY TO ALLOW THE COMPLETION**
**OF A PENDING PERSONAL INJURY ACTION**

PLEASE TAKE NOTICE that a hearing on the annexed motion ("Motion") of Julie Brittingham ("Mrs. Brittingham") and her husband, David Brittingham ("Mr. Brittingham", and collectively with Mrs. Brittingham as the "Brittinghams" or "Plaintiffs"), by their attorneys, for entry of an order, pursuant to 11 U.S.C. Section 362(d)(1) and Section 105, modifying the automatic stay to allow them to proceed with their state law personal injury action, as more fully

1

described in the Motion, will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court"), on **August 6, 2010 at 9:45 a.m (ET)** (the "Hearing").

PLEASE TAKE FURTHER NOTICE that objections to the Motion, if any, must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and Local Rules of the Bankruptcy Court and shall be filed with the Bankruptcy Court electronically by registered users of the Bankruptcy Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at http://www.nysb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format, in either case, with two hard copies delivered directly to the Chambers of the Honorable Robert E. Gerber, U.S.B.J., United States Bankruptcy Court, One Bowling Green, Courtroom 621, New York, New York 10004; and shall be served upon: (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 500 Renaissance Center, Suite 1400, Detroit, Michigan 48243 (Attn: Ted Stenger); (iii) General Motors, LLC, 400 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C. 20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York,

New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors (the "Committee"), 1177 Avenue of the Americas, New York, New York 10036 (Attn: Thomas Moers Mayer, Esq., Amy Caton, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.); (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Diana G. Adams, Esq.); (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (x) counsel to Julie and David Brittingham, Klestadt & Winters, LLP, 292 Madison Avenue, 17th Floor, New York, New York 10017 (Attn: Tracy L. Klestadt, Esq. and Samir P. Gebrael, Esq.); and (xi) all entities that requested notice in these chapter 11 cases under Bankruptcy Rule 2002 so as to be received no later than **July 30, 2010 at 5:00 p.m. (ET)** (the "Objection Deadline")

 PLEASE TAKE FURTHER NOTICE that only those objections that have been filed and served by the Objection Deadline in accordance with the procedures herein may be considered by the Bankruptcy Court at the Hearing.

 PLEASE TAKE FURTHER NOTICE that the Bankruptcy Court may grant the relief requested in the Motion without a hearing if no objections to the Motion are timely filed and served.

Dated: July 13, 2010  
   New York, New York

KLESTADT & WINTERS, LLP

By: _/s/ Samir P. Gebrael___  
  Tracy L. Klestadt  
  Samir P. Gebrael  
292 Madison Avenue, 17th Floor  
New York, New York 10017  
Telephone (212) 972-3000

3