HEARING DATE AND TIME: July 14, 2010 at 9:45 a.m. (Eastern Time)
RESPONSE DEADLINE: July 7, 2010 at 4:00 p.m. (Eastern Time)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
:
In re                                                          :     Chapter 11 Case No.
:
**MOTORS LIQUIDATION COMPANY**, *et al.*,    :     09-50026 (REG)
f/k/a General Motors Corp., *et al.*              :
:
Debtors.                                        :     (Jointly Administered)
:
-----------------------------------------------------------------x

# ORDER GRANTING DEBTORS' TWENTY-THIRD OMNIBUS OBJECTION TO CLAIMS
**(Claims Assumed by General Motors, LLC)**

Upon the twenty-third omnibus objection to expunge certain claims, dated June 11, 2010 (the "**Twenty-Third Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") [Docket No. 4180], seeking entry of an order disallowing and expunging the Assumed Claims on the grounds that each Assumed Claim is for an obligation for which the Debtors have no liability, all as more fully described in the Twenty-Third Omnibus Objection to Claims; and due and proper notice of the Twenty-Third Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Twenty-Third Omnibus Objection to Claims is in the best interests of the

---

[1]    Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Twenty-Third Omnibus Objection to Claims.

43446367_1

Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Twenty-Third Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Twenty-Third Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on **Exhibit "A"** annexed hereto under the heading "*Claims to be Disallowed and Expunged*" are disallowed and expunged; and it is further

ORDERED that the Twenty-Third Omnibus Objection to Claims with respect to all remaining claims listed on **Exhibit "A"** to the Twenty-Third Omnibus Objection to Claims is adjourned to August 6, 2010 at 9:45 a.m.; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object on any basis are expressly reserved with respect to, any claim listed on Exhibit "A" annexed to the Twenty-Third Omnibus Objection to Claims under the heading "*Claims to be Disallowed and Expunged*" that is not disallowed or expunged; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
     *July 14, 2010*

                                                *s/ Robert E. Gerber*
                                                United States Bankruptcy Judge

43446367_1