**Twenty-Third Omnibus Objection**                                    **Exhibit A**                                    **Motors Liquidation Company, et al.**
                                                                                                                       Case No. 09-50026 (REG), Jointly Administered

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| AIRGAS GREAT LAKES<br>6055 ROCKSIDE WOODS BLVD<br>INDEPENDENCE, OH 44131 | 69845 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$8,791.22 (U)<br>$8,791.22 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ARIZONA INTL AUTO SHOW<br>C/O MOTOR TREND AUTO SHOWS<br>6405 FLANK DR<br>HARRISBURG, PA 17112 | 64878 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ATLANTIC CITY CONVENTION CENTER<br>ATTN: FINANCE<br>1 CONVENTION BLVD<br>ATLANTIC CITY, NJ 08401 | 19801 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$6,416.26 (U)<br>$6,416.26 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ATLAS COPCO AB<br>ABRAHAM LINCOLN 13<br>COL LOS REYES ZONA INDUSTRIAL<br>TLALNEPANTLA EM 54073 MEXICO<br>MEXICO | 22342 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$6,882.06 (U)<br>$6,882.06 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ATLAS COPCO TOOLS & ASSEMBLY LLC<br>2998 DUTTON RD<br>AUBURN HILLS, MI 48326 | 23149 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$244,565.54 (U)<br>$244,565.54 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| AUTOMOTIVE DOT COM INC<br>230 COMMERCE STE 290<br>IRVINE, CA 92602 | 64864 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Twenty-Third Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| AVIS BUDGET GROUP INC ET AL<br>ATTN JEAN M SERA<br>6 SYLVAN WAY<br>PARSIPPANY, NJ 07054 | 65753 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| AVIS BUDGET GROUP INC ET AL<br>ATTN JEAN M SERA<br>6 SYLVAN WAY<br>PARSIPPANY, NJ 07054 | 65755 | MLC of Harlem, Inc. | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| AVIS BUDGET GROUP INC ET AL<br>ATTN JEAN M SERA<br>6 SYLVAN WAY<br>PARSIPPANY, NJ 07054 | 65756 | MLCS Distribution Corporation | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| AVIS BUDGET GROUP INC ET AL<br>ATTN JEAN M SERA<br>6 SYLVAN WAY<br>PARSIPPANY, NJ 07054 | 65830 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BALTIMORE INTL AUTO SHOW<br>C/O MOTOR TREND AUTO SHOWS<br>6405 FLANK DR<br>HARRISBURG, PA 17112 | 64870 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-Third Omnibus Objection**

**Exhibit A**

<u>Motors Liquidation Company, et al.</u>
**Case No. 09-50026 (REG), Jointly Administered**

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| BENJAMIN AND BRENDA CHAMBERS<br>C/O GREGORY P CAFOUROS<br>KROGER GARDIS & REGAS LLP<br>111 MONUMENT CIR STE 900<br>INDIANAPOLIS, IN 46204 | 49485 | Motors Liquidation Company | $79,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$79,000.00 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BOLLHOFF RIVNUT INC.<br>TASHA WEIMER<br>2705 MARION DR<br>KENDALLVILLE, IN 46755 | 12434 | Motors Liquidation Company | $0.00 (S)<br>$21,017.96 (A)<br>$0.00 (P)<br>$14,811.70 (U)<br>$35,829.66 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CATERPILLAR REMAN POWERTRAIN SERVICES INC<br>ATTN ACCOUNTS RECEIVABLE<br>175 MCQUEEN BLVD<br>SUMMERVILLE, SC 29483 | 59776 | MLCS, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$352,809.00 (U)<br>$352,809.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CENTRAL CALIFORNIA INTERNATIONAL AUTO SHOW<br>C/O MOTOR TREND AUTO SHOWS INC<br>6405 FLANK DR<br>HARRISBURG, PA 17112 | 64871 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CENTRAL FLORIDA INTL AUTO SHOW<br>C/O MOTOR TREND AUTO SHOWS<br>5375 FLANK DR<br>STE 100<br>HARRISBURG, PA 17112 | 64874 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-Third Omnibus Objection**

**Exhibit A**

<u>Motors Liquidation Company, et al</u>.

**Case No. 09-50026 (REG), Jointly Administered**

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| CLARKSTON CARBIDE TOOL<br>6371 OAKHILL ROAD<br>ORTONVILLE, MI 48462 | 508 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$28,964.35 (U)<br>$28,964.35 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| COACTIV CAPITAL PARTNERS INC<br>C/O DEEB, PETRAKIS, BLUM & MURPHY, PC ATTN INEZ MARKOVICH<br>1601 MARKET STREET<br>SUITE 2600<br>PHILADELPHIA, PA 19103 | 65721 | Motors Liquidation Company | $3,876,926.25 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$3,876,926.25 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| COACTIV CAPITAL PARTNERS INC<br>DEEB, PATRAKIS, BLUM & MURPHY PC<br>ATTN INEZ MARKOVICH<br>1601 MARKET STREET SUITE 2600<br>PHILADELPHIA, PA 19103 | 67648 | Motors Liquidation Company | $3,876,926.25 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$3,876,926.25 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CREFORM CORPORATION<br>PO BOX 830<br>GREER, SC 29652 | 477 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$26,636.29 (U)<br>$26,636.29 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DAA DRAEXLMAIER AUTOMOTIVE OF<br>1751 E MAIN ST<br>PO BOX 1345<br>DUNCAN, SC 29334 | 48498 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$287,275.70 (U)<br>$287,275.70 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DAVID AND RUTH TERRELL<br>C/O GREGORY P CAFOUROS, KROGER, GARDIS & REGAS LLP<br>111 MONUMENT CIRCLE STE 900<br>INDIANAPOLIS, IN 46204 | 51137 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$109,983.42 (U)<br>$109,983.42 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | Exhibit A | | | |
|---|---|---|---|---|---|
| **Twenty-Third Omnibus Objection** | | | | | **Motors Liquidation Company, et al.** |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| DETROIT STEEL GROUP INC<br>916 S WASHINGTON AVE<br>ROYAL OAK, MI 48067 | 13180 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$54,432.57 (U)<br>$54,432.57 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DMI AUTOMOTIVE INC<br>1200 DURANT DR<br>HOWELL, MI 48843 | 68637 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$30,490.00 (U)<br>$30,490.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ELECTRICAL COMPONENTS INTERNATIONAL INC<br>ONE CITY PLACE DRIVE<br>SUITE 450<br>ST LOUIS, MO 63141 | 388 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$84,317.29 (U)<br>$84,317.29 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ELRING KLINGER SEALING SYSTEMS USA<br>ATTN: ANDY BRANDL<br>47805 GALLEON DR STE A<br>PLYMOUTH, MI 48170 | 59029 | Motors Liquidation Company | $0.00 (S)<br>$45,469.25 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$45,469.25 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FIRST HAWAIIAN INTERNATIONAL AUTO SHOW<br>C/O MOTOR TREND AUTO SHOWS INC<br>6405 FLANK DR<br>HARRISBURG, PA 17112 | 64869 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GEOMETRIC LTD OR GEOMETRIC AMERICAS, INC<br>GEOMETRIC LTD<br>633 S BOULEVARD<br>ROCHESTER HILLS, MI 48307 | 160 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,753,222.00 (U)<br>$2,753,222.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-Third Omnibus Objection**     **Exhibit A**     <u>Motors Liquidation Company, et al</u>.
Case No. 09-50026 (REG), Jointly Administered

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| GLOBAL AUTOMOTIVE SYSTEMS LLC<br>215 S CENTER ST<br><br>ROYAL OAK, MI 48067<br>UNITED STATES OF AMERICA | 61582 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$299,916.06  (U)<br>$299,916.06  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GLOBAL AUTOMOTIVE SYSTEMS LLC<br>215 S CENTER ST<br>ROYAL OAK, MI 48067 | 62867 | MLCS, LLC | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,711.60  (U)<br>$4,711.60  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GMAC INC<br>C/O OTTERBORUG STEINDLER HOUSTON & ROSEN PC<br>230 PARK AVENUE<br>NEW YORK, NY 10169 | 59746 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$442,598.00  (U)<br>$442,598.00  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GOSIGER INC<br>4627 INDEPENDENCE SQ<br><br>INDIANAPOLIS, IN 46203 | 15665 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,656.84  (U)<br>$4,656.84  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GRAZIANO TRASMISSIONI CZECH SRO<br>LHOTA 261<br>CERVENY KOSTELEC CZ 549 41 CZECH REPUBLIC<br><br>CZECH (REP) | 31182 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$340,262.74  (U)<br>$340,262.74  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GRAZIANO TRASMISSIONI CZECH SRO<br>LHOTA 261<br>549 41 CERVENY KOSTELEC CZECH REPUBLIC<br><br>CZECH (REP) | 64704 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$332,306.09  (U)<br>$332,306.09  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-Third Omnibus Objection**     **Exhibit A**     **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| HALLER KUNSTSTOFFTECHNIK GMBH<br>C/O SCHULTZE & BRAUN GMBH RA-GES WP-GES<br>ATTN: DR ANNEROSE TASHIRO, ATTY AT LAW<br>EISENBAHNSTR 19-23<br>77855 ACHERN GERMANY<br><br>GERMANY | 61647 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$22,830.21 (U)<br>$22,830.21 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HERITAGE ENVIRONMENTAL SERVICE<br>ATTN: W FOWLER<br>7901 W MORRIS ST<br>INDIANAPOLIS, IN 46231 | 22255 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$14,084.65 (U)<br>$14,084.65 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HONEYWELL INDUSTRY SOLUTIONS<br>ATTN: ERIN PINTER 1233-M<br>1145 W WARNER RD<br>TEMPE, AZ 85284 | 131 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$8,787.50 (U)<br>$8,787.50 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HONEYWELL INTERNATIONAL - AEROSPACE<br>1140 W WARNER ROAD 1233-M<br>TEMPE, AZ 85284 | 902 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$153,835.01 (U)<br>$153,835.01 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| INDUSTRIAL GAS ENGINEERING CO<br>130 E QUINCY ST<br>PO BOX 316<br>WESTMONT, IL 60559 | 16878 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$8,845.00 (U)<br>$8,845.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| INTERCONEX INC<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>PO BOX 841136<br>DALLAS, TX 75284 | 50574 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$230,254.55 (U)<br>$230,254.55 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-Third Omnibus Objection**  **Exhibit A**  **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| INTRALINKS INC<br>ATTN FRAN SULZER VP A/R<br>150 EAST 42ND ST 8TH FLOOR<br>NEW YORK, NY 10017 | 6981 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,623.72 (U)<br>$3,623.72 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| IOWA-ILLINOIS REGIONAL AUTO SH<br>C/O MOTOR TREND AUTO SHOWS<br>6405 FLANK DR<br>HARRISBURG, PA 17112 | 64868 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JIANPING LIN<br>MECHANICAL ENGINEERING COLLEGE, TONGJI UNIVERSITY<br>NO 1239 SIPING ROAD<br>SHANGHAI 200092 CHINA<br>CHINA (PEOPLE'S REP) | 971 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$25,000.00 (P)<br>$0.00 (U)<br>$25,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOHNSON CONTROLS INC<br>PO BOX 905240<br>CHARLOTTE, NC 28290 | 43940 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$6,085.05 (U)<br>$6,085.05 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| K & L GATES LLP<br>214 N TRYON STREET 47TH FLOOR<br>CHARLOTTE, NC 28202 | 14643 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,572.50 (U)<br>$1,572.50 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| K&L GATES, LLP<br>ATTN: NIKKI STEDMAN, CBA<br>925 FOURTH AVE, STE 2900<br>SEATTLE, WA 98104 | 2871 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$33,001.79 (U)<br>$33,001.79 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-Third Omnibus Objection**     **Exhibit A**     **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| KIRKLAND & ELLIS LLP<br>JEFFREY SHEFFIELD<br>300 N. LASALLE STREET<br>CHICAGO, IL 60654<br>UNITED STATES OF AMERICA | 59184 | Motors Liquidation Company | $174,862.36 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$174,862.36 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KONSTRUKTIONS-BAKELIT AB<br>INDUSTRIGATAN 4<br>ORKELLJUNGA 28685 SWEDEN<br><br>SWEDEN | 14278 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,256.00 (U)<br>$1,256.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LANE PUNCH CORP<br>281 LANE PKWY<br><br>SALISBURY, NC 28146 | 63744 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,529.90 (U)<br>$5,529.90 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LINK TESTING LABORATORIES INC<br>43855 PLYMOUTH OAKS BLVD<br><br>PLYMOUTH, MI 48170 | 63082 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,326.68 (U)<br>$3,326.68 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MARION MUNICIPAL UTILITIES<br>PO BOX 718<br><br>MARION, IN 46952 | 1722 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$648.25 (U)<br>$648.25 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MCGILL AIRCLEAN LLC<br>PO BOX 939<br>122 E COLUMBUS ST<br>LITHOPOLIS, OH 43136 | 1219 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$12,600.00 (U)<br>$12,600.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-Third Omnibus Objection**     **Exhibit A**     <u>**Motors Liquidation Company, et al.**</u>

Case No. 09-50026 (REG), Jointly Administered

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| MCMASTER-CARR SUPPLY CO<br>PO BOX 5370<br>PRINCETON, NJ 08543 | 247 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$318.10 (U)<br>$318.10 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MCMASTER-CARR SUPPLY CO<br>PO BOX 5370<br>PRINCETON, NJ 08543 | 248 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,955.00 (U)<br>$5,955.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MEMPHIS INTL AUTO SHOW<br>C/O MOTOR TREND AUTO SHOWS<br>6405 FLANK DR<br>HARRISBURG, PA 17122 | 64866 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MICHIGAN SPR/MUSKGON<br>2700 WICKHAM DR<br>MUSKEGON, MI 49441 | 20063 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$411.77 (U)<br>$411.77 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MORGAN LEWIS & BOCKIUS LLP<br>ATTN MICHAEL BLOOM<br>1701 MARKET ST<br>PHILADELPHIA, PA 19103 | 922 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$31,560.71 (U)<br>$31,560.71 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MOTOR TREND AUTO SHOWS<br>6375 FLANK DR STE 100<br>HARRISBURG, PA 17711 | 64865 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 10

**Twenty-Third Omnibus Objection**

**Exhibit A**

<u>Motors Liquidation Company, et al.</u>
**Case No. 09-50026 (REG), Jointly Administered**

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| MTV NETWORKS<br>A DIVISION OF VIACOM INTERNATIONAL INC<br>HEATHER WINDT C/O ANGELA HICKSON<br>1515 BROADWAY- 34TH FLOOR (3475)<br>NEW YORK, NY 10036 | 710 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,126,740.26  (U)<br>$5,126,740.26  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| NATIONAL MATERIAL TRADING<br>ATTN KEVIN KOTNOUR<br>1965 PRATT BLVD<br>ELK GROVE VILLAGE, IL 60007 | 29673 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$7,604.66  (U)<br>$7,604.66  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| NEW MEXICO INTERNATIONAL AUTO SHOW<br>C/O MOTOR TREND AUTO SHOWS INC<br>6405 FLANK DR<br>HARRISBURG, PA 17112 | 64867 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| NEW PIG CORP<br>ONE PORK AVE<br>TIPTON, PA 16684 | 621 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$21,427.94  (U)<br>$21,427.94  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ORANGE COUNTY AUTO SHOW<br>C/O MOTOR TREND AUTO SHOWS INC<br>6405 FLANK DR<br>HARRISBURG, PA 17112 | 64872 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PERKINS COLE LLP<br>ATTN: DOUGLAS R PAHL<br>1120 NW COUCH 10TH FL<br>PORTLAND, OR 97209 | 20692 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,138.14  (U)<br>$4,138.14  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 11

**Twenty-Third Omnibus Objection**      **Exhibit A**      <u>**Motors Liquidation Company, et al.**</u>

Case No. 09-50026 (REG), Jointly Administered

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| PHILADELPHIA NEWSPAPERS LLC<br>MORRIS & ADELMAN PC<br>PO BOX 30477<br>PHILADELPHIA, PA 19103 | 511 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$506,771.05 (U)<br>$506,771.05 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PR NEWSWIRE LLC<br>806 PLAZA III<br>JERSEY CITY, NJ 07311 | 914 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$35,617.00 (U)<br>$35,617.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PRIMEDIA AUTOMOTIVE DIGITAL<br>ATTN A COM<br>6405 FLANK DR<br>HARRISBURG, PA 17112 | 64876 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PRODUCTION CONTROL UNITS INC<br>2280 W DOROTHY LN<br>MORAINE, OH 45439 | 68310 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$17,970.00 (U)<br>$17,970.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PROVIDENCE INTL AUTO SHOW<br>C/O MOTOR TREND AUTO SHOWS<br>6405 FLANK DR<br>HARRISBURG, PA 17112 | 64877 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| R J HANLON CO INC<br>17408 TILLER CT STE 600<br>WESTFIELD, IN 46074 | 10030 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$9,148.92 (U)<br>$9,148.92 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Twenty-Third Omnibus Objection | | **Exhibit A** | | | **Motors Liquidation Company, et al.**<br>Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** ||||||
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| RANCO NORTH AMERICA LP INC<br>C/O INVENSYS CONTROLS<br>RANCO NORTH AMERICA<br>191 E NORTH AVENUE<br>CAROL STREAM, IL 60188 | 671 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$38,721.69 (U)<br>$38,721.69 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROCKWELL AUTOMATION<br>ATTN: JAN ROBERTSON (6-B11)<br>1201 SOUTH SECOND STREET<br>MILWAUKEE, WI 53204 | 393 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$48,634.65 (U)<br>$48,634.65 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SAFETY-KLEEN SYSTEMS INC<br>5360 LEGACY DR<br>BLDG 2 STE 100<br>PLANO, TX 75024 | 59060 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$19,166.80 (U)<br>$19,166.80 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SERGEY KONOVALOV<br>POB 1607<br>HVATZELET ST<br>NESHER ISRAEL<br>ISRAEL | 69325 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SHARPLINE CONVERTING, INC.<br>STEVE OSBORN<br>1520 S TYLER RD<br>WICHITA, KS 67209 | 27187 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$29,529.00 (U)<br>$29,529.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SOUTH CAROLINA INTL AUTO SHOW<br>C/O MOTOR TREND AUTO SHOWS<br>6405 FLANK DR<br>HARRISBURG, PA 17112 | 64875 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-Third Omnibus Objection** <span style="text-align:center">**Exhibit A**</span> <u>Motors Liquidation Company, et al</u>.
Case No. 09-50026 (REG), Jointly Administered

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| T&M EQUIPMENT CO INC<br>2880 E 83RD PL<br>MERRILLVILLE, IN 46410 | 18580 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$22,222.26  (U)<br>$22,222.26  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TECHNOLOGY ASSOCIATES INC/ RANAL INC.<br>AARTHI NADADUR<br>2851 HIGH MEADOW CIR STE 120<br>AUBURN HILLS, MI 48326 | 8299 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$161,928.00  (U)<br>$161,928.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TGC INC T/A GOLF CHANNEL<br>MATTHEW G. SUMMERS BALLARD SPAHR LLP<br>300 E LOMBARD ST 18TH FL<br>BALTIMORE, MD 21202 | 60598 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,128,223.70  (U)<br>$1,128,223.70  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| THE AMERICAN TEAM INC<br>C/O BEALS HUBBARD PLC<br>30665 NORTHWESTERN HWY  STE 100<br>FARMINGTON HILLS, MI 48334 | 43339 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$28,608,570.14  (U)<br>$28,608,570.14  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| THE STARLEDGER<br>ONE STARLEGER PLAZA<br>NEWARK, NJ 07102 | 1132 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$414,401.91  (U)<br>$414,401.91  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| UTAH INTERNATIONAL AUTO SHOW<br>C/O MOTOR TREND AUTO SHOWS<br>6405 FLANK DR<br>HARRISBURG, PA 17112 | 64863 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-Third Omnibus Objection**

**Exhibit A**

<u>Motors Liquidation Company, et al.</u>

Case No. 09-50026 (REG), Jointly Administered

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| VALD SVEKIS<br>406 WOODLAND DR<br>SARASOTA, FL 34234 | 58888 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$19,662,248.00 (U)<br>$19,662,248.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| VIBRACOUSTIC GMBH & CO KG<br>BODMAN LLP<br>C/O COLIN T DARKE ESQ<br>1901 ST ANTOINE STREET<br>FORD FIELD 6TH FL<br>DETROIT, MI 48226 | 64697 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$111,313.56 (U)<br>$111,313.56 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| VIDEO MONITORING SVCS OF AMERICA<br>1500 BROADWAY FL 6<br>NEW YORK, NY 10036 | 14109 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$9,420.40 (U)<br>$9,420.40 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| VILLAGE OF SLEEPY HOLLOW<br>ATTN: ANTHONY GIACCIO, ADMINISTRATOR<br>28 BEEKMAN AVE<br>SLEEPY HOLLOW, NY 10591 | 62963 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$118,142.99 (P)<br>$0.00 (U)<br>$118,142.99 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| VIRGINIA INTL AUTO SHOW<br>C/O MOTOR TREND AUTO SHOWS LLC<br>6405 FLANK DR<br>HARRISBURG, PA 17112 | 64873 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| VISTEON CORPORATION<br>ATTN: DAWN COPLEY<br>DICKINSON WRIGHT PLLC<br>500 WOODWARD AVE STE 4000<br>DETROIT, MI 48226 | 60280 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Twenty-Third Omnibus Objection | | **Exhibit A** | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| WEATHERDATA SERVICES INC<br>385 SCIENCE PARK ROAD<br>STATE COLLEGE, PA 16803 | 452 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$16,993.17 (U)<br>$16,993.17 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WEBER AUTOMOTIVE CORP & ALBERT WEBER GMBH<br>C/O PAULA HALL<br>BROOKS WILKINS SHARKEY & TURCO PLLC<br>401 S OLD WOODWARD #460<br>BIRMINGHAM, MI 48009 | 31246 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,827,857.00 (U)<br>$15,827,857.00 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| XEROX CORP<br>XEROX CAPITAL SERVICES LLC<br>ATTN VANESSA ADAMS<br>1301 RIDGEVIEW DRIVE-450<br>LEWISVILLE, TX 75057 | 935 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$675,924.14 (U)<br>$675,924.14 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| XEROX CORP<br>C/O XEROX CAPITAL SERVICES LLC<br>ATTN VANESSA ADAMS<br>1301 RIDGEVIEW DR 450<br>LEWISVILLE, TX 75057 | 941 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$428,092.23 (U)<br>$428,092.23 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| **Claims to be Disallowed and Expunged Totals** | **92** | | **$8,007,714.86** (S)<br>**$66,487.21** (A)<br>**$143,142.99** (P)<br>**$78,911,239.74** (U)<br>**$87,128,584.80** (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.