**Twenty-Fourth Omnibus Objection**

# Exhibit A

**Motors Liquidation Company, et al.**

**Case No. 09-50026 (REG), Jointly Administered**

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ANGELA MILLER<br>2645 MCCUTCHEON RD<br>COLUMBUS, OH 43219 | 33048 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ANGELINA G CRUZ<br>13326 HAYDEN AVE<br>NORWALK, CA 90650 | 31481 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$147,567.50 (P)<br>$0.00 (U)<br>$147,567.50 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| AYRON WOMACK<br>C/O ROBERT J. LENZE, P.C.<br>ATTORNEY AT LAW<br>3703 WATSON RD<br>ST LOUIS, MO 63109 | 21050 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BARBARA PREVOST<br>11938 CARL ST<br>LAKE VIEW TER, CA 91342 | 7340 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BEYER, CHARLES A<br>N2855 TOMS RD<br>MUNISING, MI 49862 | 2038 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BLUE CROSS & BLUE SHIELDOF WNY - NYS<br>255 GREAT ARROW AVE STE 23<br>BUFFALO, NY 14207 | 11085 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$7,878.96 (U)<br>$7,878.96 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-Fourth Omnibus Objection**

# Exhibit A

**Motors Liquidation Company, et al.**

**Case No. 09-50026 (REG), Jointly Administered**

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CHERIE WASHINGTON<br>PO BOX 501124<br>ATLANTA, GA 31150 | 44128 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$250,000.00 (U)<br>$250,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| COYE R DAVENPORT<br>517 BRISTOL DR<br>STATESVILLE, NC 28677 | 31440 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$61,100.00 (P)<br>$0.00 (U)<br>$61,100.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DEBRA ROBERTS<br>4171 SAUK TRAIL<br>ADRIAN, MI 49221<br>UNITED STATES OF AMERICA | 51116 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GREGORY J MADDOX SR<br>23693 LELO COURT<br>26250 AMERICAN DR<br>SOUTHFIELD, MI 48075 | 60938 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HUNT, MICHAEL J<br>600 W HOWE AVE<br>LANSING, MI 48906 | 68440 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JEROME C DAVIS<br>4945 BIRCH RUN RD<br>BIRCH RUN, MI 48415 | 17721 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOSE A NAREZO<br>2357 S WAVERLY RD<br>EATON RAPIDS, MI 48827 | 27189 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOSEPH B HARING<br>401 BIGBEND COURT<br>WENTZVILLE, MO 63385 | 19470 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOSEPH B HARING<br>401 BIG BEND CT<br>WENTZVILLE, MO 63385 | 19471 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOSEPH HARING<br>401 BIG BEND CT<br>WENTZVILLE, MO 63385 | 19472 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOYCE OGLESBY<br>5713 HILLARY ST.<br>TROTWOOD, OH 45426<br>UNITED STATES OF AMERICA | 21642 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$76,000.00 (U)<br>$76,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twenty-Fourth Omnibus Objection

# Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| KANDY GOLDSTRAW<br>3132 TIPTON WAY<br>ABINGDON, MD 21009<br>UNITED STATES OF AMERICA | 69083 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KENNY DANIEL J<br>3499 W BURT RD<br>BURT, MI 48417 | 28024 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LANGWORTHY, JEREMY EUGENE<br>3124 MARYLAND AVE<br>FLINT, MI 48506 | 4875 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LILLIE CENTERS<br>33 MAXA CT.<br>BALTIMORE, MD 21220<br>UNITED STATES OF AMERICA | 49665 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LOFARO, JOHN<br>29 PINE CLOSE<br>SLEEPY HOLLOW, NY 10591 | 10555 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LUTZ, JERILYN K<br>PO BOX 133<br>CHESANING, MI 48616 | 1969 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$611.00 (U)<br>$611.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MARLENE MEHAN<br>594 N COUNTY LINE HWY<br>DEERFIELD, MI 49238 | 6381 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MARTIN HAROLD E<br>6501 HAZELWOOD AVE<br>BALTIMORE, MD 21237 | 29732 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MICHAEL LOGAN<br>ATTN BRENT A LANCE<br>LANCE LAW FIRM<br>5520 SAINT CHARLES ST<br>COTTLEVILLE, MO 63304 | 22075 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| NEAL JR, SHELBY C<br>259 CROOK RD<br>PANGBURN, AR 72121 | 30745 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| NEMETH, ALEX E<br>1477 HAPPY RD<br>BEAVERTON, MI 48612 | 6471 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| NICHOLAS, DAVID R<br>2000 N CONGRESS AVE LOT 43<br>WEST PALM BEACH, FL 33409 | 28957 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$10,950.00 (P)<br>$0.00 (U)<br>$10,950.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PARKER, JAMES M<br>15763 SNOWDEN ST<br>DETROIT, MI 48227 | 61966 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PAUL C MATHIS<br>42416 BROWNSTONE DR<br>NOVI, MI 48377 | 1257 | Motors Liquidation Company | $428,448.71 (S)<br>$0.00 (A)<br>$428,448.71 (P)<br>$0.00 (U)<br>$856,897.42 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PAUL C MATHIS<br>42416 BROWNSTONE DR<br>NOVI, MI 48377 | 1343 | Motors Liquidation Company | $428,448.71 (S)<br>$0.00 (A)<br>$428,448.71 (P)<br>$0.00 (U)<br>$856,897.42 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RICHARD A SNOW<br>4316 N CENTER RD<br>FLINT, MI 48506 | 4857 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RICHARD KLEE<br>3321 BURNELL AVE<br>FLINT, MI 48504 | 29710 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RING, DONALD GENE<br>3800 OLD GLASGOW RD<br>SCOTTSVILLE, KY 42164 | 5466 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$36,002.75 (P)<br>$0.00 (U)<br>$36,002.75 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROSE MEYER<br>9 MAGNOLIA PL<br>BETHALTO, IL 62010 | 30186 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$140,000.00 (P)<br>$0.00 (U)<br>$140,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROSINSKI, DANUTA<br>845 WORTH AVE<br>LINDEN, NJ 07036 | 36949 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SANDIE CUNNINGHAM<br>19349 NORTHROP ST<br>DETROIT, MI 48219 | 4448 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$50,000.00 (U)<br>$50,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SHIRLEY GIBSON<br>2428 BARTH ST<br>FLINT, MI 48504 | 7537 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SLUGA, BARBARA J<br>1820 MICHIGAN AVE<br>S MILWAUKEE, WI 53172 | 17278 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$200,000.00 (U)<br>$200,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TIFFANY WOMER<br>C/O LAW OFFICE OF DONALD D ZUCCARELLO<br>3209 WEST END AVENUE<br>NASHVILLE, TN 37203 | 22612 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$100,000.00 (P)<br>$0.00 (U)<br>$100,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TILDEN, FLOYD D<br>3900 STUDOR RD<br>SAGINAW, MI 48601 | 4486 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| VANESSA M HICKS<br>4790 VICTORIAN SQ W<br>CANTON, MI 48188 | 21624 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WALDROP, RICKEY L<br>1293 LAUREL LICK RD<br>SEVIERVILLE, TN 37862 | 19069 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WANDA N EISELE<br>147 LONG MEADOW DR<br>ROCHESTER, NY 14621 | 62519 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| **Claims to be Disallowed and Expunged Totals** | **45** | **$856,897.42** (S)<br>**$0.00** (A)<br>**$1,352,517.67** (P)<br>**$584,489.96** (U)<br>**$2,793,905.05** (T) | | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.