STUART MAUE
3840 McKelvey Road
St. Louis, Missouri 63044
Telephone: (314) 291-3030
Facsimile: (314) 291-6546
James P. Quinn
W. Andrew Dalton

*Consultant to the Fee Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
                                                           :
In re:                                                     :   Chapter 11
                                                           :
MOTORS LIQUIDATION COMPANY, *et al.,*                      :   Case No. 09-50026
    f/k/a General Motors Corp., *et al.,*                  :   (Jointly Administered)
                                                           :
                    Debtors.                               :   Honorable Robert E. Gerber
                                                           :
---------------------------------------------------------- x

**ORDER GRANTING APPLICATION OF STUART MAUE FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE
ANALYSIS OF THE FIRST INTERIM FEE APPLICATIONS OF THE
SELECTED CASE PROFESSIONALS, THE FIRST INTERIM FEE
APPLICATION OF WEIL GOTSHAL & MANGES LLP, AND
EXPENSES REQUESTED IN THE FIRST INTERIM FEE
<u>APPLICATION OF FTI CONSULTING, INC.</u>**

Upon consideration of the *Application of Stuart Maue for Allowance of Compensation and Reimbursement of Expenses for the Analysis of the First Interim Fee Applications of the Selected Case Professionals, the First Interim Fee Application of Weil Gotshal & Manges LLP, and Expenses Requested in the First Interim Fee Application of FTI Consulting, Inc.* [Docket No. 5969] ("**Stuart Maue Fee Application**") for the period commencing January 22, 2010 through April 22, 2010 (the "**Compensation Period**"), pursuant to sections 330 and 331 of title 11, United States Code (the "**Bankruptcy Code**") and Rule 2016 of the Federal Rules of Bankruptcy Procedure, filed on June 7, 2010 in the aggregate amount of $199,266.21 as listed on

**Schedule A** that accompanies this order, and the response of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors (collectively the "**Debtors**") dated June 25, 2010 [Docket No. 6130] (the "**Debtors' Response**"); and notice having been given pursuant to Fed. R. Bankr. P. 2002(a)(6) and (c)(2) and the *Third Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures* [Docket No. 5670], and it appearing that no other or further notice need be provided; and a hearing having been held before this Court on June 29, 2010 to consider the Stuart Maue Fee Application (the "**Hearing**"); and due consideration having been given to the Debtors' Response and there being no particularized objection to the Stuart Maue Fee Application as set forth on the record of the Hearing; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED** that pursuant to sections 330 and 331 of the Bankruptcy Code, the Stuart Maue Fee Application is granted and approved as provided in Schedule A; and it is further

**ORDERED** that the Debtors are directed and authorized, upon entry of this Order, to pay the Stuart Maue firm promptly by wire transfer or check all the fees and expenses allowed herein as set forth on Schedule A, to the extent such amount has not previously been paid; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
July *15*, 2010.

*s/ Robert E. Gerber*
Honorable Robert E. Gerber
United States Bankruptcy Judge

2

# SCHEDULE A

2

# Current Fee Period:  January 22, 2010 to April 22, 2010

Case No.: 09-50026 (REG) (Chapter 11)
Case Name:  In re Motors Liquidation Company, *et al.*, f/k/a General Motors Corporation, *et al.*, Debtors

| Applicant | Date/ Document No. of Application | Fees Requested | Fees Awarded | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|
| Stuart Maue | 06/07/2010 5969 | $197,902.50 | $197,902.50 | $1,363.71 | $1,363.71 |
|  |  |  |  |  |  |

**Schedule A**          Date:  July *15* , 2010          Initials:  *REG*    USBJ

5176903_1

2