# ENTERCOM

CARMELA MASI
ASSOCIATE COUNSEL

July 5, 2010

**VIA FIRST CLASS U.S. MAIL**



JUL 1 2 2010

Clerk
United States Bankruptcy Court
District of Southern District of New York
One Bowling Green
New York, New York 10004-1408

RE: WITHDRAWAL OF CLAIM BY ENTERCOM BOSTON, LLC D/B/A WRKO & WEEI GENERAL MOTORS   Case Nos. 09-50026, 09-13558, 09-50027, 09-50028, 09-50029, 09-50030

Dear Sir or Madam:

Enclosed please find a withdrawal of claim filed by Entercom Boston, LLC d/b/a WRKO & WEEI with respect to the above cases.

Thank you.

Sincerely,

*Carmela Masi*
Carmela Masi
Associate Counsel

cc:    Phyllis Benson/Entercom Boston, LLC

       Motors Liquidation Company c/o/ AlixPartners, Attn: Robert Losier, 500 Renaissance Center, Suite 1400, Detroit, MI 48243

Encl.

ENTERCOM
20 Guest Street, 3rd Floor, Boston, MA 02135 • (617) 779-3508 • Cell (617) 899-0992 • Fax (617) 779-5449 • www.entercom.com
E-mail cmasi@entercom.com
US_ACTIVE:¥43219392¥02¥72240.0639

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: [RECEIVED JUL 1 2 2010 U.S. BANKRUPTCY COURT, SDNY] | ☐ Motors Liquidation Company, Case No. 09-50026 <br><br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br><br> ☐ MLCS, LLC, Case No. 09-50027 <br><br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br><br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | ENTERCOM BOSTON LLC D/B/A WRKO & WEEI <br> ATTN CARMELA MASI <br> 20 GUEST STREET 3RD FLOOR <br> BOSTON,MA,02135 |
| Claim Number (if known): | 51362 |
| Date Claim Filed: | 12/24/2009 |
| Total Amount of Claim Filed: | $40,460.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: July 6, 2010          *Carmela Masi*

Print Name: Carmela Masi

Title (if applicable): Associate Counsel