# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | HONEYWELL INTERNATIONAL – AEROSPACE<br>1140 W WARNER ROAD 1233-M<br>TEMPE,AZ,85284 |
| Claim Number (if known): | 902 |
| Date Claim Filed: | 7/14/2009 |
| Total Amount of Claim Filed: | $153,835.01 |

RECEIVED JUL 13 2010 U.S. BANKRUPTCY COURT, SDNY

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 7/8/10

_Christine Cobb_ (signature)

Print Name: CHRISTINE COBB

Title (if applicable): SR FINANCE MGR

---

### DEFINITIONS