**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

MOTORS LIQUIDATION COMPANY, *et al.*
f/k/a General Motors Corp., *et al.*

Debtors.

Chapter 11 Case No.
09-50026 (REG)

(Jointly Administered)

**NOTICE OF WITHDRAWAL**
**OF MOTION FOR RELIEF**
**FROM AUTOMATIC STAY**

**PLEASE TAKE NOTICE THAT:**

The plaintiffs in the action entitled *Freidman v. General Motors Corp.*, 08-CV-02458 (SAS), hereby withdraws their application for relief from the automatic stay [Docket No. 2759].

Dated:  New York, New York
July 13, 2010

Respectfully submitted,

GERBER & GERBER PLLC

By: _____
Ethan B. Gerber  ( 7813 )

26 Court Street, Suite 1405
Brooklyn, New York 11242
(718) 834-4850

*Counsel for plaintiffs in action entitled*
*Freidman v. General Motors Corp.,*
*08-CV-02458 (SAS)*



FILED U.S. BANKRUPTCY COURT 2010 JUL 13 P 3:42 S.D.OF N.Y.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corp., *et al.*,<br><br>Debtors. | Case No. 09-50026 (REG)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                                     ) ss:
COUNTY OF NEW YORK  )

ETHAN GERBER, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and is a member of the law firm Gerber & Gerber PLLC.

That on the 13th day of July, 2010, deponent served, by U.S. Mail, a true and correct copy of **NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY** upon the following:

**Joseph H. Smolinsky, Esq.**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

**Andrew D. Velez-Rivera, Esq.**
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

the addresses designated by said persons for that purpose, by depositing the same enclosed in a postage pre-paid envelope in a post office official depository under the exclusive case and custody of the United States Postal service within the State of New York.

_____
Ethan Gerber

Sworn to before me this
13th day of July, 2010

_____
NOTARY PUBLIC

ROSEANNE FRAZZETTA
Notary Public, State of New York
No. 01FR6165744
Qualified in Queens County
Commission Expires May 14, 20__