# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☐ Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | DAWN M WEIER<br>1289 S LINDEN RD., STE B<br>FLINT, MI, 48532 |
| Claim Number (if known): | 69593 |
| Date Claim Filed: | 12/17/2009 |
| Total Amount of Claim Filed: | $53,120.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 7-6-10

Print Name: Dawn M. Weier

Title (if applicable): _____

---

**DEFINITIONS**

RECEIVED JUL 13 2010 U.S. BANKRUPTCY COURT, SDNY

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | ☐ Motors Liquidation Company, Case No. 09-50026 <br><br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br><br> ☐ MLCS, LLC, Case No. 09-50027 <br><br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br><br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | DAWN M WEIER <br> 1289 S LINDEN RD., STE B <br> FLINT, MI, 48532 |
| Claim Number (if known): | 69592 |
| Date Claim Filed: | 12/17/2009 |
| Total Amount of Claim Filed: | $53,120.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 7-6-10

Print Name: Dawn M. Weier

Title (if applicable): _____

-------------------------------------------------------------------------------

**DEFINITIONS**



US_ACTIVE:¥43219392¥02¥72240.0639