UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                          :
                                                               :   Chapter 11 Case No.
**MOTORS LIQUIDATION COMPANY,** *et al.*,                      :
    f/k/a General Motors Corp., *et al.*   :   09-50026 (REG)
                                                               :
    Debtors.                               :   (Jointly Administered)
                                                               :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Kimberly Gargan, being duly sworn, depose and state:

1. I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On July 14, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified in Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' Twenty-Third Omnibus Objection to Claims (Claims Assumed by General Motors, LLC) [Docket No. 6334].

Dated:  July 15, 2010                     /s/ Kimberly Gargan
    Melville, New York            Kimberly Gargan

Sworn to before me this 15th day of July, 2010

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires:  May 19, 2012

# EXHIBIT A

| | |
|---|---|
| AIRGAS GREAT LAKES<br>6055 ROCKSIDE WOODS BLVD<br>INDEPENDENCE OH 44131 | ARIZONA INTL AUTO SHOW<br>C/O MOTOR TREND AUTO SHOWS<br>6405 FLANK DR<br>HARRISBURG PA 17112-2750 |
| ATLANTIC CITY CONVENTION CENTER<br>ATTN: FINANCE<br>1 CONVENTION BLVD<br>ATLANTIC CITY NJ 08401-6629 | ATLAS COPCO AB<br>ABRAHAM LINCOLN 13<br>COL LOS REYES ZONA INDUSTRIAL<br>TLALNEPANTLA EM 54073 MEXICO |
| ATLAS COPCO TOOLS & ASSEMBLY LLC<br>2998 DUTTON RD<br>AUBURN HILLS MI 48326 | AUTOMOTIVE DOT COM INC<br>230 COMMERCE STE 290<br>IRVINE CA 92602-1339 |
| AVIS BUDGET GROUP INC ET AL<br>ATTN JEAN M SERA<br>6 SYLVAN WAY<br>PARSIPPANY NJ 07054 | AVIS BUDGET GROUP INC ET AL<br>KIRKLAND & ELLIS<br>ATTN PAUL M BASTA & CATHERINE PESHKIN<br>601 LEXINGTON AVENUE<br>NEW YORK NY 10022 |
| AVIS BUDGET GROUP INC ET AL<br>ATTN JEAN M SERA<br>6 SYLVAN WAY<br>PARSIPPANY NJ 07054 | AVIS BUDGET GROUP INC ET AL<br>ATTN PAUL M BASTA & CATHERINE PESHKIN<br>C/O KIRKLAND & ELLIS<br>601 LEXINGTON AVENUE<br>NEW YORK NY 10022 |
| AVIS BUDGET GROUP INC ET AL<br>ATTN JEAN M SERA<br>6 SYLVAN WAY<br>PARSIPPANY NJ 07054 | AVIS BUDGET GROUP INC ET AL<br>ATTN PAUL M BASTA & CATHERINE PESHKIN<br>C/O KIRKLAND & ELLIS<br>601 LEXINGTON AVENUE<br>NEW YORK NY 10022 |
| AVIS BUDGET GROUP INC ET AL<br>ATTN JEAN M SERA<br>6 SYLVAN WAY<br>PARSIPPANY NJ 07054 | AVIS BUDGET GROUP INC ET AL<br>ATTN PAUL M BASTA & CATHERINE PESHKIN<br>C/O KIRKLAND & ELLIS<br>601 LEXINGTON AVENUE<br>NEW YORK NY 10022 |
| BALTIMORE INTL AUTO SHOW<br>C/O MOTOR TREND AUTO SHOWS<br>6405 FLANK DR<br>HARRISBURG PA 17112-2750 | BENJAMIN AND BRENDA CHAMBERS<br>C/O GREGORY P CAFOUROS<br>KROGER GARDIS & REGAS LLP<br>111 MONUMENT CIR STE 900<br>INDIANAPOLIS IN 46204-5125 |
| BOLLHOFF RIVNUT INC.<br>TASHA WEIMER<br>2705 MARION DR<br>KENDALLVILLE IN 46755-3280 | CATERPILLAR REMAN POWERTRAIN SERVICES INC<br>ATTN ACCOUNTS RECEIVABLE<br>175 MCQUEEN BLVD<br>SUMMERVILLE SC 29483 |
| CENTRAL CALIFORNIA INTERNATIONAL AUTO SHOW<br>C/O MOTOR TREND AUTO SHOWS INC<br>6405 FLANK DR<br>HARRISBURG PA 17112-2750 | CENTRAL FLORIDA INTL AUTO SHOW<br>C/O MOTOR TREND AUTO SHOWS<br>5375 FLANK DR<br>STE 100<br>HARRISBURG PA 17112-4600 |

| | |
|---|---|
| CLARKSTON CARBIDE TOOL<br>6371 OAKHILL ROAD<br>ORTONVILLE MI 48462 | COACTIV CAPITAL PARTNERS INC<br>C/O DEEB, PETRAKIS, BLUM & MURPHY, PC ATTN INEZ MARKOVICH<br>1601 MARKET STREET<br>SUITE 2600<br>PHILADELPHIA PA 19103 |
| COACTIV CAPITAL PARTNERS INC<br>DEEB, PATRAKIS, BLUM & MURPHY PC<br>ATTN INEZ MARKOVICH<br>1601 MARKET STREET SUITE 2600<br>PHILADELPHIA PA 19103 | CREFORM CORPORATION<br>PO BOX 830<br>GREER SC 29652-0830 |
| DAA DRAEXLMAIER AUTOMOTIVE OF<br>1751 E MAIN ST<br>PO BOX 1345<br>DUNCAN SC 29334-9216 | DAVID AND RUTH TERRELL<br>C/O GREGORY P CAFOUROS, KROGER, GARDIS & REGAS LLP<br>111 MONUMENT CIRCLE STE 900<br>INDIANAPOLIS IN 46204-5125 |
| DETROIT STEEL GROUP INC<br>916 S WASHINGTON AVE<br>ROYAL OAK MI 48067-3216 | DMI AUTOMOTIVE INC<br>1200 DURANT DR<br>HOWELL MI 48843-9539 |
| ELECTRICAL COMPONENTS INTERNATIONAL INC<br>ONE CITY PLACE DRIVE<br>SUITE 450<br>ST LOUIS MO 63141 | ELRING KLINGER SEALING SYSTEMS USA<br>ATTN: ANDY BRANDL<br>47805 GALLEON DR STE A<br>PLYMOUTH MI 48170-2434 |
| FIRST HAWAIIAN INTERNATIONAL AUTO SHOW<br>C/O MOTOR TREND AUTO SHOWS INC<br>6405 FLANK DR<br>HARRISBURG PA 17112-2750 | GEOMETRIC LTD OR GEOMETRIC AMERICAS, INC<br>GEOMETRIC LTD<br>633 S BOULEVARD<br>ROCHESTER HILLS MI 48307 |
| GLOBAL AUTOMOTIVE SYSTEMS LLC<br>215 S CENTER ST<br>ROYAL OAK MI 48067 | GLOBAL AUTOMOTIVE SYSTEMS LLC<br>215 S CENTER ST<br>ROYAL OAK MI 48067 |
| GMAC INC<br>C/O OTTERBORUG STEINDLER HOUSTON & ROSEN PC<br>230 PARK AVENUE<br>NEW YORK NY 10169 | GMAC INC<br>C/O OTTERBOURG STEINDLER HOUSTON & ROSEN PC<br>ATTN JOHNATHAN N HELFAT, ESQ<br>230 PARK AVE<br>NEW YORK NY 10169 |
| GMAC INC<br>ATTN DONNA DICICCO<br>200 RENAISSANCE DRIVE, PO BOX 200<br>MAIL CODE 482-B15-B82<br>DETROIT MI 48265-2000 | GOSIGER INC<br>4627 INDEPENDENCE SQ<br>INDIANAPOLIS IN 46203-5942 |
| GRAZIANO TRASMISSIONI CZECH SRO<br>LHOTA 261<br>549 41 CERVENY KOSTELEC CZECH REPUBLIC | GRAZIANO TRASMISSIONI CZECH SRO<br>LHOTA 261<br>CERVENY KOSTELEC CZ 549 41 CZECH REPUBLIC |

| | |
|---|---|
| HALLER KUNSTSTOFFTECHNIK GMBH<br>C/O SCHULTZE & BRAUN GMBH RA-GES WP-GES<br>ATTN: DR ANNEROSE TASHIRO, ATTY AT LAW<br>EISENBAHNSTR 19-23<br>77855 ACHERN GERMANY | HERITAGE ENVIRONMENTAL SERVICE<br>ATTN: W FOWLER<br>7901 W MORRIS ST<br>INDIANAPOLIS IN 46231-1366 |
| HONEYWELL INDUSTRY SOLUTIONS<br>ATTN: ERIN PINTER 1233-M<br>1145 W WARNER RD<br>TEMPE AZ 85284 | HONEYWELL INTERNATIONAL - AEROSPACE<br>1140 W WARNER ROAD 1233-M<br>TEMPE AZ 85284-2816 |
| INDUSTRIAL GAS ENGINEERING CO<br>130 E QUINCY ST<br>PO BOX 316<br>WESTMONT IL 60559-1823 | INTERCONEX INC<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>PO BOX 841136<br>DALLAS TX 75284-1136 |
| INTRALINKS INC<br>ATTN FRAN SULZER VP A/R<br>150 EAST 42ND ST 8TH FLOOR<br>NEW YORK NY 10017 | IOWA-ILLINOIS REGIONAL AUTO SH<br>C/O MOTOR TREND AUTO SHOWS<br>6405 FLANK DR<br>HARRISBURG PA 17112-2750 |
| JIANPING LIN<br>MECHANICAL ENGINEERING COLLEGE, TONGJI UNIVERSITY<br>NO 1239 SIPING ROAD<br>SHANGHAI 200092 CHINA | JOHNSON CONTROLS INC<br>PO BOX 905240<br>CHARLOTTE NC 28290-5240 |
| K & L GATES LLP<br>214 N TRYON STREET 47TH FLOOR<br>CHARLOTTE NC 28202-1078 | K&L GATES, LLP<br>ATTN: NIKKI STEDMAN, CBA<br>925 FOURTH AVE, STE 2900<br>SEATTLE WA 98104-1158 |
| KIRKLAND & ELLIS LLP<br>JEFFREY SHEFFIELD<br>300 N. LASALLE STREET<br>CHICAGO IL 60654 | KONSTRUKTIONS-BAKELIT AB<br>INDUSTRIGATAN 4<br>ORKELLJUNGA 28685 SWEDEN |
| LANE PUNCH CORP<br>281 LANE PKWY<br>SALISBURY NC 28146-9745 | LINK TESTING LABORATORIES INC<br>43855 PLYMOUTH OAKS BLVD<br>PLYMOUTH MI 48170 |
| MARION MUNICIPAL UTILITIES<br>PO BOX 718<br>MARION IN 46952-0718 | MCGILL AIRCLEAN LLC<br>PO BOX 939<br>122 E COLUMBUS ST<br>LITHOPOLIS OH 43136 |
| MCMASTER-CARR SUPPLY CO<br>PO BOX 5370<br>PRINCETON NJ 08543-5370 | MCMASTER-CARR SUPPLY CO<br>PO BOX 5370<br>PRINCETON NJ 08543-5370 |

| | |
|---|---|
| MEMPHIS INTL AUTO SHOW<br>C/O MOTOR TREND AUTO SHOWS<br>6405 FLANK DR<br>HARRISBURG PA 17122-0001 | MICHIGAN SPR/MUSKGON<br>2700 WICKHAM DR<br>MUSKEGON MI 49441-3532 |
| MORGAN LEWIS & BOCKIUS LLP<br>ATTN MICHAEL BLOOM<br>1701 MARKET ST<br>PHILADELPHIA PA 19103-2921 | MOTOR TREND AUTO SHOWS<br>6375 FLANK DR STE 100<br>HARRISBURG PA 17711-4600 |
| MTV NETWORKS<br>A DIVISION OF VIACOM INTERNATIONAL INC<br>HEATHER WINDT C/O ANGELA HICKSON<br>1515 BROADWAY- 34TH FLOOR (3475)<br>NEW YORK NY 10036 | NATIONAL MATERIAL TRADING<br>ATTN KEVIN KOTNOUR<br>1965 PRATT BLVD<br>ELK GROVE VILLAGE IL 60007 |
| NEW MEXICO INTERNATIONAL AUTO SHOW<br>C/O MOTOR TREND AUTO SHOWS INC<br>6405 FLANK DR<br>HARRISBURG PA 17112-2750 | NEW PIG CORP<br>ONE PORK AVE<br>TIPTON PA 16684 |
| ORANGE COUNTY AUTO SHOW<br>C/O MOTOR TREND AUTO SHOWS INC<br>6405 FLANK DR<br>HARRISBURG PA 17112-2750 | PERKINS COLE LLP<br>ATTN: DOUGLAS R PAHL<br>1120 NW COUCH 10TH FL<br>PORTLAND OR 97209 |
| PHILADELPHIA NEWSPAPERS LLC<br>MORRIS & ADELMAN PC<br>PO BOX 30477<br>PHILADELPHIA PA 19103 | PR NEWSWIRE LLC<br>806 PLAZA III<br>JERSEY CITY NJ 07311 |
| PRIMEDIA AUTOMOTIVE DIGITAL<br>ATTN A COM<br>6405 FLANK DR<br>HARRISBURG PA 17112-2750 | PRODUCTION CONTROL UNITS INC<br>2280 W DOROTHY LN<br>MORAINE OH 45439-1824 |
| PROVIDENCE INTL AUTO SHOW<br>C/O MOTOR TREND AUTO SHOWS<br>6405 FLANK DR<br>HARRISBURG PA 17112-2750 | R J HANLON CO INC<br>17408 TILLER CT  STE 600<br>WESTFIELD IN 46074-8517 |
| RANCO NORTH AMERICA LP INC<br>C/O INVENSYS CONTROLS<br>RANCO NORTH AMERICA<br>191 E NORTH AVENUE<br>CAROL STREAM IL 60188 | ROCKWELL AUTOMATION<br>ATTN: JAN ROBERTSON (6-B11)<br>1201 SOUTH SECOND STREET<br>MILWAUKEE WI 53204 |
| SAFETY-KLEEN SYSTEMS INC<br>5360 LEGACY DR<br>BLDG 2 STE 100<br>PLANO TX 75024 | SERGEY KONOVALOV<br>POB 1607<br>HVATZELET ST<br>NESHER ISRAEL |

SHARPLINE CONVERTING, INC.
STEVE OSBORN
1520 S TYLER RD
WICHITA KS 67209-1851

SOUTH CAROLINA INTL AUTO SHOW
C/O MOTOR TREND AUTO SHOWS
6405 FLANK DR
HARRISBURG PA 17112-2750

T&M EQUIPMENT CO INC
2880 E 83RD PL
MERRILLVILLE IN 46410-6412

TECHNOLOGY ASSOCIATES INC/ RANAL INC.
AARTHI NADADUR
2851 HIGH MEADOW CIR STE 120
AUBURN HILLS MI 48326-2790

TGC INC T/A GOLF CHANNEL
MATTHEW G. SUMMERS BALLARD SPAHR LLP
300 E LOMBARD ST 18TH FL
BALTIMORE MD 21202

THE AMERICAN TEAM INC
C/O BEALS HUBBARD PLC
30665 NORTHWESTERN HWY  STE 100
FARMINGTON HILLS MI 48334

THE STARLEDGER
ONE STARLEGER PLAZA
NEWARK NJ 07102

UTAH INTERNATIONAL AUTO SHOW
C/O MOTOR TREND AUTO SHOWS
6405 FLANK DR
HARRISBURG PA 17112-2750

VALD SVEKIS
406 WOODLAND DR
SARASOTA FL 34234-3772

VIBRACOUSTIC GMBH & CO KG
BODMAN LLP
C/O COLIN T DARKE ESQ
1901 ST ANTOINE STREET
FORD FIELD 6TH FL
DETROIT MI 48226

VIDEO MONITORING SVCS OF AMERICA
1500 BROADWAY FL 6
NEW YORK NY 10036-4055

VILLAGE OF SLEEPY HOLLOW
ATTN: ANTHONY GIACCIO, ADMINISTRATOR
28 BEEKMAN AVE
SLEEPY HOLLOW NY 10591-2602

VILLAGE OF SLEEPY HOLLOW
JANET GANDOLFO, ESQ
174 WEBBER AVE
SLEEPY HOLLOW NY 10591

VIRGINIA INTL AUTO SHOW
C/O MOTOR TREND AUTO SHOWS LLC
6405 FLANK DR
HARRISBURG PA 17112-2750

VISTEON CORPORATION
ATTN: DAWN COPLEY
DICKINSON WRIGHT PLLC
500 WOODWARD AVE STE 4000
DETROIT MI 48226

WEATHERDATA SERVICES INC
385 SCIENCE PARK ROAD
STATE COLLEGE PA 16803

WEBER AUTOMOTIVE CORP & ALBERT WEBER GMBH
C/O PAULA HALL
BROOKS WILKINS SHARKEY & TURCO PLLC
401 S OLD WOODWARD #460
BIRMINGHAM MI 48009

XEROX CORP
XEROX CAPITAL SERVICES LLC
ATTN VANESSA ADAMS
1301 RIDGEVIEW DRIVE-450
LEWISVILLE TX 75057

XEROX CORP
C/O XEROX CAPITAL SERVICES LLC
ATTN  VANESSA ADAMS
1301 RIDGEVIEW DR 450
LEWISVILLE TX 75057