Sander L. Esserman (Admitted *Pro Hac Vice*)
Peter D'Apice
Jo E. Hartwick (Admitted *Pro Hac Vice*)
STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone:  (214) 969-4900
Facsimile:  (214) 969-4999

COUNSEL FOR DEAN M. TRAFELET
IN HIS CAPACITY AS LEGAL
REPRESENTATIVE FOR FUTURE ASBESTOS
PERSONAL INJURY CLAIMANTS

```
-------------------------------------------------------------X
                                          )
In re                                     )      Chapter 11
                                          )
MOTORS LIQUIDATION COMPANY, et al.,       )
f/k/a GENERAL MOTORS CORP., et al.,       )
                                          )      Case No. 09-50026 (REG)
                                          )
                        Debtors.          )      Jointly Administered
-------------------------------------------------------------X
```

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 15, 2010, she caused true and correct copies of the

following documents to be served (a) by electronic mail on all parties on the Master Service List,

(b) by ECF on all parties receiving notice via the Court's ECF System, and (c) by overnight

delivery on the Office of the United States Trustee for the Southern District of New York, 33

Whitehall Street, 21st Floor, New York, New York 10004, Attention: Diana G. Adams, Esq.:

- First Interim Application of Dean M. Trafelet in his Capacity as Legal Representative for Future Asbestos Personal Injury Claimants, for Allowance of Interim Compensation and Reimbursement of Expenses Incurred for the Period from November 13, 2009 through May 31, 2010 [Docket No. 6350];

- First Interim Application of Analysis Research Planning Corporation as Asbestos Claims Valuation Consultant to Dean M. Trafelet in his Capacity as Legal Representative for

Future Asbestos Personal Injury Claimants for Allowance of Interim Compensation and Reimbursement of Expenses Incurred for the Period from March 1, 2010 through May 31, 2010 [Docket No. 6351]; and

- First Interim Application of Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, for Allowance of Interim Compensation and Reimbursement of Expenses Incurred as Counsel for Dean M. Trafelet in his Capacity as Legal Representative for Future Asbestos Personal Injury Claimants for the Period from February 24, 2010 through May 31, 2010 [Docket No. 6352].

Dated: July 16, 2010
Dallas, Texas

 */s/Heather J. Panko*
Heather J. Panko

STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone:  (214) 969-4900
Facsimile:  (214) 969-4999