UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al*., | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss |
| COUNTY OF SUFFOLK | ) |

I, Radha S. Rai, being duly sworn, depose and state:

1. I am a Senior Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On July 14, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto:

- Order Granting Debtors' Twenty-Fourth Omnibus Objection to Claims (Workers' Compensation Claims) [Docket No. 6335].

Dated: July 16, 2010          /s/ Radha S. Rai
       Melville, New York     Radha S. Rai

Sworn to before me this 16th day of July, 2010

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires: May 19, 2012

# EXHIBIT A

| | |
|---|---|
| ANGELA MILLER<br>2645 MCCUTCHEON RD<br>COLUMBUS, OH 43219-3366 | ANGELINA G CRUZ<br>13326 HAYDEN AVE<br>NORWALK, CA 90650-3340 |
| AYRON WOMACK<br>C/O ROBERT J. LENZE, P.C.<br>ATTORNEY AT LAW<br>3703 WATSON RD<br>ST LOUIS, MO 63109 | BARBARA PREVOST<br>11938 CARL ST<br>LAKE VIEW TER, CA 91342-6429 |
| BEYER, CHARLES A<br>N2855 TOMS RD<br>MUNISING, MI 49862-8876 | BLUE CROSS & BLUE SHIELDOF WNY - NYS<br>255 GREAT ARROW AVE STE 23<br>BUFFALO, NY 14207-3024 |
| CHERIE WASHINGTON<br>C/O DARYL VON YOKELY ATTORNEY AT LAW<br>127 PEACHTREE STREET<br>SUITE 1010<br>ATLANTA, GA 30303 | CHERIE WASHINGTON<br>PO BOX 501124<br>ATLANTA, GA 31150-1124 |
| COYE R DAVENPORT<br>517 BRISTOL DR<br>STATESVILLE, NC 28677-3009 | DEBRA ROBERTS<br>4171 SAUK TRAIL<br>ADRIAN, MI 49221 |
| GREGORY J MADDOX SR<br>23693 LELO COURT<br>26250 AMERICAN DR<br>SOUTHFIELD, MI 48075 | HUNT, MICHAEL J<br>600 W HOWE AVE<br>LANSING, MI 48906 |
| JEROME C DAVIS<br>4945 BIRCH RUN RD<br>BIRCH RUN, MI 48415-8509 | JOSE A NAREZO<br>2357 S WAVERLY RD<br>EATON RAPIDS, MI 48827-8703 |
| JOSEPH B HARING<br>401 BIG BEND CT<br>WENTZVILLE, MO 63385 | JOSEPH B HARING<br>401 BIGBEND COURT<br>WENTZVILLE, MO 63385 |
| JOSEPH HARING<br>401 BIG BEND CT<br>WENTZVILLE, MO 63385 | JOYCE OGLESBY<br>5713 HILLARY ST.<br>TROTWOOD, OH 45426 |
| KANDY GOLDSTRAW<br>3132 TIPTON WAY<br>ABINGDON, MD 21009 | KENNY DANIEL J<br>3499 W BURT RD<br>BURT, MI 48417-2049 |

| | |
|---|---|
| LANGWORTHY, JEREMY EUGENE<br>3124 MARYLAND AVE<br>FLINT, MI 48506-3031 | LILLIE CENTERS<br>33 MAXA CT.<br>BALTIMORE, MD 21220 |
| LOFARO, JOHN<br>29 PINE CLOSE<br>SLEEPY HOLLOW, NY 10591-1710 | LUTZ, JERILYN K<br>PO BOX 133<br>CHESANING, MI 48616-0133 |
| MARLENE MEHAN<br>594 N COUNTY LINE HWY<br>DEERFIELD, MI 49238-9603 | MARTIN HAROLD E<br>6501 HAZELWOOD AVE<br>BALTIMORE, MD 21237-1905 |
| MICHAEL LOGAN<br>ATTN BRENT A LANCE<br>LANCE LAW FIRM<br>5520 SAINT CHARLES ST<br>COTTLEVILLE, MO 63304 | NEAL JR, SHELBY C<br>259 CROOK RD<br>PANGBURN, AR 72121-9653 |
| NEMETH, ALEX E<br>1477 HAPPY RD<br>BEAVERTON, MI 48612 | NICHOLAS, DAVID R<br>2000 N CONGRESS AVE LOT 43<br>WEST PALM BEACH, FL 33409-6340 |
| PARKER, JAMES M<br>15763 SNOWDEN ST<br>DETROIT, MI 48227-3361 | PAUL C MATHIS<br>42416 BROWNSTONE DR<br>NOVI, MI 48377 |
| PAUL C MATHIS<br>42416 BROWNSTONE DR<br>NOVI, MI 48377 | RICHARD A SNOW<br>4316 N CENTER RD<br>FLINT, MI 48506-1442 |
| RICHARD KLEE<br>3321 BURNELL AVE<br>FLINT, MI 48504-4303 | RING, DONALD GENE<br>3800 OLD GLASGOW RD<br>SCOTTSVILLE, KY 42164-9529 |
| ROSE MEYER<br>9 MAGNOLIA PL<br>BETHALTO, IL 62010-1078 | ROSINSKI, DANUTA<br>845 WORTH AVE<br>LINDEN, NJ 07036-1639 |
| SANDIE CUNNINGHAM<br>19349 NORTHROP ST<br>DETROIT, MI 48219-5502 | SHIRLEY GIBSON<br>2428 BARTH ST<br>FLINT, MI 48504-7306 |

| | |
|---|---|
| SLUGA, BARBARA J<br>1820 MICHIGAN AVE<br>S MILWAUKEE, WI 53172-2313 | TIFFANY WOMER<br>C/O LAW OFFICE OF DONALD D ZUCCARELLO<br>3209 WEST END AVENUE<br>NASHVILLE, TN 37203 |
| TILDEN, FLOYD D<br>3900 STUDOR RD<br>SAGINAW, MI 48601-5745 | VANESSA M HICKS<br>4790 VICTORIAN SQ W<br>CANTON, MI 48188-6332 |
| WALDROP, RICKEY L<br>1293 LAUREL LICK RD<br>SEVIERVILLE, TN 37862-7777 | WANDA N EISELE<br>147 LONG MEADOW DR<br>ROCHESTER, NY 14621-1107 |