UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al*., | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss
COUNTY OF SUFFOLK      )

I, Radha S. Rai, being duly sworn, depose and state:

1. I am a Senior Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On July 14, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on Hiscock and Barclay, LLP, Attn: Susan R. Katzoff, Esq., One Park Place, 300 South State Street, Syracuse, NY 13202 (counsel for The Schaefer Group):

- Stipulation and Agreed Order Between the Debtors and The Schaefer Group, Inc. Resolving Motion for Relief from Automatic Stay and for an Order Pursuant to Fed. R. Bankr. Rule 2004 Compelling an Examination and Production of Documents.  [Docket No. 6336].

Dated: July 16, 2010                    /s/ Radha S. Rai
       Melville, New York               Radha S. Rai

Sworn to before me this 16th day of July, 2010

/s/ Radha S. Rai
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires:  May 19, 2012