UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                          ) ss
COUNTY OF SUFFOLK   )

I, Radha S. Rai, being duly sworn, depose and state:

1. I am a Senior Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On July 15, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by e-mail on the parties identified in Exhibit A annexed hereto (affected parties with e-mail addresses), by overnight mail on the parties identified in Exhibit B annexed hereto (affected parties and the Office of the United States Trustee), and by facsimile on the Office of the United States Trustee, Attn: Diana G. Adams, (212) 668-2255:

- General Motors, LLC's Statement of Issue Presented on Appeal and Counterdesignation of Additional Items to be Included in the Record on Appeal in Connection with the Appeal of Terrie Sizemore [Docket No. 6354].

| Dated: July 16, 2010 | /s/ Radha S. Rai |
| Melville, New York | Radha S. Rai |

Sworn to before me this 16th day of July, 2010

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires: May 19, 2012

# EXHIBIT A

| | |
|---|---|
| DR. TERRIE SIZEMORE<br>PO BOX 23<br>SULLIVAN OH 44880<br>email: sizemore3630@aol.com | GENERAL MOTORS, LLC<br>ATT LAWRENCE S BUONOMO ESQ<br>400 RENAISSANCE CENTER<br>DETROIT MI 48265<br>email: lawrence.s.buonomo@gm.com |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>ATTY FOR THE OFFICIAL UNSECURED CREDITORS COMMITTEE<br>ATTN: THOMAS MOERS MAYER, AMY CATON, LAUREN MACKSOUD, & JEN SHARRET<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036<br>email: acaton@kramerlevin.com, tmayer@kramerlevin.com, rschmidt@kramerlevin.com,<br>lmacksoud@kramerlevin.com, jsharret@kramerlevin.com | MOTORS LIQUIDATION COMPANY<br>FKA GENERAL MOTORS CORP<br>ATTN: TED STENGER<br>500 RENAISSANCE CENTER, SUITE 1400<br>DETROIT MI 48243<br>email: TStenger@alixpartners.com |

# EXHIBIT B

DR. TERRIE SIZEMORE
PO BOX 23
SULLIVAN OH 44880

GENERAL MOTORS, LLC
ATT LAWRENCE S BUONOMO ESQ
400 RENAISSANCE CENTER
DETROIT MI 48265

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTY FOR THE OFFICIAL UNSECURED CREDITORS COMMITTEE
ATTN: THOMAS MOERS MAYER, AMY CATON, LAUREN MACKSOUD, & JEN SHARRET
1177 AVENUE OF THE AMERICAS
NEW YORK NY 10036

MOTORS LIQUIDATION COMPANY
FKA GENERAL MOTORS CORP
ATTN: TED STENGER
500 RENAISSANCE CENTER, SUITE 1400
DETROIT MI 48243

OFFICE OF THE UNITED STATES TRUSTEE
DIANA G ADAMS
33 WHITEHALL STREET
21ST FLOOR
NEW YORK NY 10004