FOLEY & LARDNER LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60654
Phone: (312) 832-4500
Fax: (312) 832-4700
Jill L. Nicholson, *nee Murch* (JM2728)
Joanne Lee
*Attorneys for Cummins Inc., Cummins Power Generation Inc., Cummins Filtration Inc., Cummins Emission Solutions Inc., Cummins Fuel Systems, Cummins Turbo Technologies, and Diesel Recon Company*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS CORP., *et al.*, | ) | Case No. 09-50026 (REG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF WITHDRAWAL OF CLAIM NUMBER 60695 OF CUMMINS, INC., ET AL.

Cummins, Inc. et al. by and through its attorneys, Foley & Lardner LLP, hereby gives notice of the withdrawal of its proof of claim number 60695 in the amount of $121,748.80, filed on November 25, 2009. The claims have been paid and/or resolved. This withdrawal in no way withdraws or affects Cummins, Inc., et al.'s proof of claim number 64626 filed on November 25, 2009.

Dated: Chicago, Illinois
July 20, 2010

By: */s/* Jill L. Nicholson
Jill L. Nicholson, *nee Murch* (JM2728)
Joanne Lee
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654
Tel: (312) 832-4500
Fax: (312) 832-4700

DETR_1450890.1

*Attorneys for Cummins Inc., Cummins Power Generation Inc., Cummins Filtration Inc., Cummins Emission Solutions Inc., Cummins Fuel Systems, Cummins Turbo Technologies, and Diesel Recon Company*

## CERTIFICATE OF SERVICE

I, Jill L. Nicholson, *nee Murch*, an attorney, certify that on July 20, 2010, I caused a true and correct copy of NOTICE OF WITHDRAWAL OF CLAIM NUMBER 60695 OF CUMMINS, INC., ET AL. was served electronically through the Court's ECF System on parties requesting electronic service and by first class mail to the following persons at the following addresses:

| | |
|---|---|
| Honorable Robert E. Gerber<br>United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, New York 10004-1408 | The Office of the United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, New York 10004 |
| Harvey R. Miller<br>Stephen Karotkin<br>Joseph H. Smolinsky<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153 | The Garden City Group, Inc.<br>105 Maxess Road<br>Melville, NY 11747 |

    /s/ Jill L. Nicholson
Jill L. Nicholson, *nee Murch*
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Tel: (312) 832-4500
Fax: (312) 832-4700

DETR_1450890.1