HERRICK, FEINSTEIN LLP
Stephen B. Selbst
Two Park Avenue
New York, NY 10016
(212) 592-1400
Attorneys for OTS Signs, L.P.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                                    :
In re:                                                              :   Chapter 11 Case No.
                                                                    :   09-50026 (REG)
MOTORS LIQUIDATION COMPANY., et al.,                                :
    f/k/a General Motors Corp., et al.,                             :
                                                                    :
                                                                    :   (Jointly Administered)
          Debtors.                                                 :
                                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM
### NUMBER 23261 FILED BY OTS SIGNS, L.P.

      **PLEASE TAKE NOTICE** that on or about November 12, 2009, OTS Signs, L.P. ("Claimant") filed Proof of Claim Number 23261 in the bankruptcy case of Motors Liquidation Company, Case No. 09-50026. The Proof of Claim was filed in the amount of $131,658.09.

      **PLEASE TAKE FURTHER NOTICE** that Claimant hereby withdraws Claim No. 23261.

Dated: New York, New York
      July 20, 2010        **HERRICK, FEINSTEIN LLP**

                                          By: /s/ Stephen B. Selbst
                                             Stephen B. Selbst
                                          Two Park Avenue
                                          New York, NY 10016
                                          (212) 592-1400
                                          sselbst@herrick.com

                                          Attorneys for OTS Signs, L.P.

HF 5940080v.1 #14217/0002