HERRICK, FEINSTEIN LLP
Stephen B. Selbst
Two Park Avenue
New York, NY  10016
(212) 592-1400
Attorneys for Super Sign Company

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                               :

In re:                                          : Chapter 11 Case No.
                                                    : 09-50026 (REG)

MOTORS LIQUIDATION COMPANY., et al., :
       f/k/a General Motors Corp., et al.,     :
                                                    :
                                                    : (Jointly Administered)
                         Debtors.         :
                                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM
NUMBER 23258 FILED BY SUPER SIGN COMPANY**

       **PLEASE TAKE NOTICE** that on or about November 12, 2009, Super Sign Company ("Claimant") filed Proof of Claim Number 23258 in the bankruptcy case of Motors Liquidation Company, Case No. 09-50026.  The Proof of Claim was filed in the amount of $97,779.84.

       **PLEASE TAKE FURTHER NOTICE** that Claimant hereby withdraws Claim No. 23258.

Dated: New York, New York
       July  20, 2010                  **HERRICK, FEINSTEIN LLP**

                                            By: /s/Stephen B. Selbst
                                                Stephen B. Selbst
                                        Two Park Avenue
                                        New York, NY  10016
                                        (212) 592-1400
                                        sselbst@herrick.com

                                        Attorneys for Super Sign Company

HF 5939550v.1 #14217/0002