John W. Shenk (CA SBN 261573)
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone (310) 273-6333
Facsimile (310) 859-2325

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) Case No. 09-50026 (REG) |
| | ) (Jointly Administered) |
| MOTORS LIQUIDATION COMPANY (fka | ) |
| General Motors Corporation), *et al.*, | ) Chapter 11 |
| | ) |
| Debtors. | ) |
| | ) |

## MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

I, John W. Shenk, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Salas Automotive Group, Inc., its affiliates and subsidiaries, in the above-referenced cases.

***I certify that I am a member in good standing*** of the Bar in the State of California, and admitted to the U.S. District Court for the Central District of California.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

DATED: July 20, 2010                                    Respectfully submitted,


/s/ John W. Shenk
John W. Shenk (CA Bar 261573)
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone (310) 273-6333
Facsimile (310) 859-2325
jshenk@ecjlaw.com

Attorneys for Salas Automotive Group, Inc.

IDOCS:13230.1:1070632.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing **Motion for Admission Pro Hac Vice** was served on this 20th day of July, 2010, via the Court's ECF system on those parties registered to receive notice.

/s/ John W. Shenk
John W. Shenk