UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re: MOTORS LIQUIDATION COMPANY, et al.    Case No.: 09-50026 (REG)
f/k/a/ General MOtors Corp.,et al.    Chapter 11

                          Debtor

------------------------------------------------------------x

                             Adversary Proceeding No.: _____

                   Plaintiff

              v.

                   Defendant

------------------------------------------------------------x

[RECEIVED stamp: JUL 20 2010, U.S. Bankruptcy Court, SDNY]

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, **Frank I. Powers**, request admission, *pro hac vice*, before the Honorable **Robert E. Gerber**, to represent **John and Nancy Mahoney**, **Claimants** in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of **Arizona** and, if applicable, the bar of the U.S. District Court for the District of **Arizona**.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: July 16, 2010
New York, New York

*/s/ Frank Powers*

Mailing Address:

361 East Coronado, Suite 101
Phoenix, Arizona  85004

E-mail address: fpowers@hpc-lawyers.com
Telephone number: (602) 271-9344

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x      Case No.: 09-50026

In re:  MOTORS LIQUIDATION COMPANY, et al.,
        f/k/a General Motors Corp., et al.              Chapter 11

                        Debtors

------------------------------------------------------------x
                                                        Adversary Proceeding No.: _____
                        Plaintiff
            v.

                        Defendant

------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Frank I. Powers, to be admitted, *pro hac vice*, to represent John and Nancy Mahoney, (The "Client"), Claimants, in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Arizona and, if applicable, the bar of the U.S. District Court for the District of Arizona, it is hereby

**ORDERED**, that Frank I. Powers, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York        /s/_____
                            UNITED STATES BANKRUPTCY JUDGE