# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW YORK

------------------------------------------------------------------X
In re:                                                            :
                                                                  :
MOTORS LIQUIDATION COMPANY, *et al.*,                             :
    f/k/a General Motors Corp., *et al.*          :       Chapter 11
                                                                  :       Case No. 09-50026 (REG)
                                                                  :       (Jointly Administered)
        Debtors.               :
------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF SUFFOLK     )

I, Chanpreet Kondal, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

    2.    On July 21, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim [Docket No. 6377] and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

                                                        /s/ Chanpreet Kondal___
                                                        Chanpreet Kondal

Sworn to before me this 21st day of
July, 2010
/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

### TRANSFEROR
Dale Earnhardt, Inc.
Jeff Steiner, EVP & GM
1675 Dale Earnhardt Highway # 3
Mooresville, NC 28115 - 8330

### TRANSFEREE
The Seaport Group, LLC
Attn: General Counsel
360 Madison Avenue, 22nd Floor
New York, NY 10017