# JOHNSON CONTROLS

**Credit Department / M72**
**507 E Michigan Street**
**Milwaukee, WI 53202**
**(414) 524-7215 Phone**
**(414) 524-3333 Fax**

July 8, 2010

US Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re: Withdrawal of Proof of Claim for Motors Liquidation Company (case # 09-50026)

Dear Clerk:

Johnson Controls, Inc. hereby withdraws Proof of Claim No. 43940 in the amount of $6,085.05 filed on November 19, 2009 in the Motors Liquidation Company (case # 09-50026) bankruptcy matter.

If you need additional information or have questions, please feel free to contact me at the above number.

Sincerely,

Brian Wilderman
Legal Credit Analyst
Johnson Controls Inc.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | JOHNSON CONTROLS INC<br>PO BOX 905240<br>CHARLOTTE, NC, 28290 |
| Claim Number (if known): | 43940 |
| Date Claim Filed: | 11/19/2009 |
| Total Amount of Claim Filed: | $6,085.05 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 7/8/2010

Print Name: Brian Wilderman

Title (if applicable): Credit Analyst

---

**DEFINITIONS**

RECEIVED JUL 16 2010 U.S. BANKRUPTCY COURT, SDNY

US_ACTIVE:\43219392\02\72240.0639