## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Motors Liquidation Company, Case No. 09-50026 |
| Creditor Name and Address: | PROMONTORY FINANCIAL GROUP, LLC<br>1201 PENNSYLVANIA AVENUE, NW<br>SUITE 617<br>WASHINGTON, DC 20004 |
| Claim Number (if known): | 39229 |
| Date Claim Filed: | 11/19/2009 |
| Total Amount of Claim Filed: | $100,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or its duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: July 14, 2010

Print Name: Joyce Payne Yette

Title (if applicable): Managing Director & General Counsel

RECEIVED JUL 19 2010 U.S. BANKRUPTCY COURT, SDNY