To: Judge Gerber

From: Latrell Barfield
3248 MAIN Street
Sanford, Fla. 32771

Case.

Latrell Barfield cannot file electronically electronic filling is impossible for Latrell Barfield. The indigency determination must be determined first its included and the the claim form and motion can be filed. Latrell Barfield has to serve the others after indigency determination

/S/ Latrell Barfield
LB 7474

LB7474

IN THE CIRCUIT/COUNTY COURT OF THE 18TH JUDICIAL CIRCUIT
IN AND FOR

CASE NO. **09-50026 (REG)**

Plaintiff/Petitioner or in the Interest Of: **LATRELL DENISE BARFIELD, 3248 Main Street, Sanford, Fla. 32771**

vs.

Defendant/Respondent: **MOTORS LIQUIDATION COMPANY, ET.AL.; F/K/A GENERAL MOTORS CORP., ET AL.**

## APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

1. I have **0** dependents. (Include only those persons you list on your U.S. Income tax return.)
   Are you Married?....Yes...**No**    Does your Spouse Work?....Yes..**No**    Annual Spouse Income? $ **00.00**

2. I have a net income of $ **606.00** paid ( ) weekly ( ) every two weeks ( ) semi-monthly (✓) monthly ( ) yearly (✓) other **ONE INCOME SOCIAL SECURITY**
   (Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments, minus deductions required by law and other court-ordered payments such as child support.)

3. I have other income paid ( ) weekly ( ) every two weeks ( ) semi-monthly (✓) monthly ( ) yearly ( ) other **ONE INCOME SOCIAL SECURITY**
   (Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No.")

   | | | | |
   |---|---|---|---|
   | Second Job | Yes $ 00.00 **No** | Veterans' benefits | Yes $ 00.00 **No** |
   | Social Security benefits | **Yes** $ 00.00 No | Workers Compensation | Yes $ 00.00 **No** |
   | For you | **Yes** $ 606.00 No | Income from absent family members | Yes $ 00.00 **No** |
   | For child(ren) | Yes $ 00.00 **No** | Stocks/bonds | Yes $ 00.00 **No** |
   | Unemployment Compensation | Yes $ 00.00 **No** | Rental income | Yes $ 00.00 **No** |
   | Union payments | Yes $ 00.00 **No** | Dividends or interest | Yes $ 00.00 **No** |
   | Retirement/Pensions | Yes $ 00.00 **No** | Other kinds of income not on the list | Yes $ 00.00 **No** |
   | Trusts | Yes $ 00.00 **No** | Gifts | Yes $ 00.00 **No** |

   I understand that I will be required to make payments for fees and costs to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4. I have other assets: (Circle "Yes" and fill in the value of the property, otherwise circle "No")

   | | | | |
   |---|---|---|---|
   | Cash | Yes $ 00.00 **No** | Savings account | Yes $ 00.00 **No** |
   | Bank account(s) | Yes $ 00.00 **No** | Stocks/Bonds | Yes $ 00.00 **No** |
   | Certificates of Deposit or Money Market Account(s) | Yes $ 00.00 **No** | Homestead Real Property* | Yes $ 00.00 **No** |
   | | | Motor Vehicle* | Yes $ 00.00 **No** |
   | Boats* | Yes $ 00.00 **No** | Non-homestead real property/real estate* | Yes $ 00.00 **No** |

   *Show loans on these assets in paragraph 5
   Check one: I ( ) DO (✓) DO NOT expect to receive more assets in the near future. The asset is: **00.00**

5. I have total liabilities and debts of $ **7,400.00** as follows: Motor Vehicle $ **00.00**, Home $ **2,000.00** Other Real Property $ **00.00**, Child Support paid direct $ **00.00**, Credit Cards $ **5,200.00**, Medical Bills $ **00.00**, Cost of medicines (monthly) $ **00.00**, Other $ **60.00**

6. I have a private lawyer in this case........ Yes **No**

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under S.57.082, F.S. commits a misdemeanor of the first degree, punishable as provided in S.775.082, F.S. or S.775.083, F.S.

I attest that the information I have provided on this application is true and accurate to the best of my knowledge.

Signed this **15** day of **JULY**, 20**10**.    Signature of Applicant for Indigent Status: **LATRELL BARFIELD**

Date of Birth: **09-24-1972**    Driver License or ID Number: _____    Print Full Legal Name: **LATRELL DENISE BARFIELD**
Phone Number: **407-416-0687**

Address, P.O. Address, Street, City, State, Zip Code: **3248 Main Street, Sanford, FL 32771**

### CLERK'S DETERMINATION

Based on the information in this application, I have determined the applicant to be ( ) Indigent ( ) Not Indigent, according to S.57.082, F.S.

Dated this _____ day of _____, 20____.

Maryanne Morse, Clerk of the Circuit Court
This form was completed with the assistance of

_____
Clerk/Deputy Clerk/Other authorized person.

APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME.
THERE IS NO FEE FOR THIS REVIEW
Sign here if you want the judge to review the clerk's determination **Latrell Barfield**

Developed by the Florida Clerks of the Court Operations Corporation on 5/19/05

LB 7414

03796593
APS0709384572

# UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**PROOF OF CLAIM**

Case No.
- 09-50026 (REG)
- 09-50027 (REG)
- 09-50028 (REG)
- 09-13558 (REG)

**Name of Debtor** (Check Only One):
- ☒ Motors Liquidation Company (f/k/a General Motors Corporation)
- ☐ MLCS, LLC (f/k/a Saturn, LLC)
- ☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation)
- ☐ MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case, but may be used for purposes of asserting a claim under 11 U.S.C. § 503(b)(9) (see Item # 5). All other requests for payment of an administrative expense should be filed pursuant to 11 U.S.C. § 503.

**Your Claim is Scheduled As Follows:**

19,000.00
nineteen
thousand
dollars

[THE GARDEN CITY GROUP INC. NOV - 2 2009 stamps]

**Name of Creditor** (the person or other entity to whom the debtor owes money or property): BARFIELD, LATRELL

**Name and address where notices should be sent:**
BARFIELD, LATRELL
PO BOX 1824
SANFORD, FL 32772-1824

Telephone number: 321-262-3255
Email Address:

**Name and address where payment should be sent (if different from above):**

Telephone number:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

If an amount is identified above, you have a claim scheduled by one of the Debtors as shown. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

1. **Amount of Claim as of Date Case Filed, June 1, 2009:** $ 19,000.00

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4. If all or part of your claim is asserted pursuant to 11 U.S.C. § 503(b)(9), complete item 5.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** services performed/goods sold
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 1589

71-72337 1589

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☑ Motor Vehicle  ☐ Equipment  ☐ Other
Describe:
Value of Property: $ 19,000.00  Annual Interest Rate 0 %
Amount of arrearage and other charges as of time case filed included in secured claim, if any: $ 00.00
Basis for perfection: CASH 71-72337 1589
Amount of Secured Claim: $ 19,000.00   Amount Unsecured: $ 00.00

5. **Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.
- ☑ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
- ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).
- ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
- ☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case – 11 U.S.C. § 503(b)(9) (§ 507(a)(2)).
- ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

**Amount entitled to priority:** $ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**

If the documents are not available, please explain in an attachment.

**FOR COURT USE**

Date: 10-02-09
October 2009

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Latrell D. Barfield    Latrell Denise Barfield

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

(12/08)

1c7474

IN THE CIRCUIT COURT OF THE __18th__ JUDICIAL CIRCUIT,
IN AND FOR __New York, New York__

Case No.: __09-50026 (REG)__
Division: __Bankruptcy__

Petitioner __LATRELL, DENISE; BARFIELD, 3248 Main Street, Sanford, Fla. 32771__

and

Respondent __MOTORS LIQUIDATION COMPANY ET, AL F/K/A GENERAL MOTORS CORP, ET, AL,__

ORDER __PROPOSED__

This cause having come to be heard on __AUGUST 06, 2010__,
upon (✓)Petitioner's / ( )Respondent's Motion __PROPOSED__.

It is HEREBY ORDERED:

1. That the Court has jurisdiction over the parties and subject matter of this action.

2. That __LATRELL BARFIELD BE PAID 19,000.00 IN US FUNDS BY GENERAL MOTORS CORP NOW MOTORS LIQUIDATION COMPANY__

3. That __PAYMENT TO LATRELL BARFIELD BY DIRECT DEPOSIT TO ACCOUNT NUMBER 585854-18 ROUTING NUMBER 263 1813368. fair winds credit union__

ORDERED at __UNITED STATES__, on __AUGUST 06, 2010 OR BEFORE__
__Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004__

_____
Circuit Judge

LB7474