# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☐ Motors Liquidation Company, Case No. 09-50026 <br><br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br><br> ☐ MLCS, LLC, Case No. 09-50027 <br><br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br><br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | CITIZENS THERMAL ENERGY <br> 2020 N MERIDIAN STREET <br> INDIANAPOLIS,IN,46202 |
| Claim Number (if known): | 1099 |
| Date Claim Filed: | 7/27/2009 |
| Total Amount of Claim Filed: | $61,452.45 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _6/25/10_

Print Name: _Leon Broughton_

Title (if applicable): _Director, Risk Mgmt_

-------------------------------------------------------------------

### DEFINITIONS

RECEIVED
JUL 20 2010
U.S. BANKRUPTCY COURT, SDNY