# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | ☐ Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | MARK IV LLC<br>MARK IV / DAYCO PRODUCTS LLC<br>1650 RESEARCH DRIVE, SUITE 200<br>TROY, MI, 48083 |
| Claim Number (if known): | 1238 |
| Date Claim Filed: | 8/25/2009 |
| Total Amount of Claim Filed: | $89,704.69 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: __July 1st, 2010__

Print Name: __MIKE BYRNE__

Title (if applicable): __GROUP CONTROLLER__



RECEIVED JUL 20 2010 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK