## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☑ Motors Liquidation Company, Case No. 09-50026 <br><br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br><br> ☐ MLCS, LLC, Case No. 09-50027 <br><br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br><br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | BOLLHOFF RIVNUT INC <br> 2705 MARION DR <br> KENDALLVILLE,IN,46755 |
| Claim Number (if known): | 12434 |
| Date Claim Filed: | 10/16/2009 |
| Total Amount of Claim Filed: | $35,829.66 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _____7/16/10_____    _____Mariko Coster_____

Print Name: __Mariko Coster__

Title (if applicable):_____

_Claim was paid Complete Jan 12, 2010._

RECEIVED

JUL 20 2010

U.S. BANKRUPTCY COURT, SDNY

### DEFINITIONS

US_ACTIVE:¥43219392¥02¥72240.0639