HERRICK, FEINSTEIN LLP
Stephen B. Selbst
Two Park Avenue
New York, NY  10016
(212) 592-1400

Attorneys for OTS Signs, L.P. and Super Sign Company

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re:                                                                   :    Chapter 11
:
MOTORS LIQUIDATION COMPANY., et al.,    :    Case No.:   09-50026 (REG)
      f/k/a General Motors Corp., et al.,               :
:    (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK            )
                                            ) ss.:
COUNTY OF NEW YORK        )

      The undersigned, being duly sworn, deposes and says:

      Deponent is an employee at Herrick, Feinstein LLP, is not a party to this proceeding, is over 18 years of age and resides in Ardsley, New York.

      On July 20, 2010, Deponent caused to be served the following:

      1.    Notice of Withdrawal of Proof of Claim Number 23261 Filed by OTS Signs, L.P. *(Docket No. 6370); and*

      2.    Notice of Withdrawal of Proof of Claim Number 23258 Filed by Super Sign Company *(Docket No. 6371)* via First Class Mail postage pre-paid upon the parties on the annexed list.

Dated:  New York, New York
         July 21, 2010

                                                     /s/ Larisa Poretsky
                                                     Larisa Poretsky

Sworn to before me this
21st day of July, 2010
*/s/Seth Kornbluth*
Notary Public, State of New York
No: 02KO6047532
Commission Expires: 11/05/2010

HF 5955220v.1 #14217/0002

## SERVICE LIST

| | |
|---|---|
| Weil, Gothshal & Manges LLP<br>Attn: Harvey R. Miller, Esq.<br>      Stephen Karotkin, Esq.<br>      Joseph H. Smolinsky, Esq.<br>767 Fifth Avenue<br>New York, NY 10153<br>*Counsel for Debtors* | Adam C. Rogoff<br>Amy Caton<br>Gordon Z. Novod<br>Gregory G. Plotko<br>Jennifer Sharret<br>Robert T. Schmidt<br>Thomas Moers Mayer<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036-2714<br>*Counsel for Official Committee of Unsecured Creditors of General Motors Corporation* |
| Andrew D. Velez-Rivera<br>Brian Shoichi Masumoto<br>Office of the United States Trustee<br>33 Whitehall Street<br>21st. Floor<br>New York, NY 10004 | Jeffrey S. Stein<br>The Garden City Group, Inc.<br>105 Maxess Road<br>Melville, NY 11747<br>*Claims and Noticing Agent* |

HF 5955220v.1 #14217/0002