IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
www.nysb.uscourts.gov

IN RE:

**MOTORS LIQUIDATION COMPANY**
(f/k/a General Motors Corp.), et. al.,

        Debtors.
_____/

CASE NO.: 09-50026 (REG)
(Jointly Administered)

Chapter 11

### NOTICE OF REMOVAL FROM CM/ECF AND MATRIX IN THE INSTANT CASE FOR ARTHUR J. SPECTOR

**NOTICE IS HEREBY GIVEN** that Arthur J. Spector, Esq. of the law firm of Berger Singerman, requests removal from CM/ECF and the matrix in this case. Arthur J. Spector is not responsible for the representation of any party in this matter. The undersigned counsel respectfully requests that the Clerk of the Court amend the Court's matrix and CM/ECF to reflect the removal of Arthur J. Spector in this case.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served this 21st day of July, 2010, via electronic mail, on all parties authorized to receive electronic service in this case.

Respectfully submitted,

BERGER SINGERMAN, P.A.
2650 North Military Trail, Suite 240
Boca Raton, FL 33431
Telephone: (561) 241-9500
Facsimile: (561) 998-0028

By: /s/ Arthur J. Spector
    Arthur J. Spector
    *aspector@bergersingerman.com*

2936759-1