**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

In re                                  :

                                      :    **Chapter 11 Case No.**

**MOTORS LIQUIDATION COMPANY**, *et al.*,      :

        **f/k/a General Motors Corp.,** *et al.*     :    **09-50026 (REG)**

                                        :

               **Debtors.**           :    **(Jointly Administered)**

                                        :

-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                            ) ss
COUNTY OF SUFFOLK     )

I, Kimberly Gargan, being duly sworn, depose and state:

1.     I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.    On July 20, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on The Stuart Maue Firm, Attn: James P. Quinn, 3840 McKelvey Road, St. Louis, MO 63044 :

- Order Pursuant to Section 327(A) of the Bankruptcy Code Authorizing the Extended Retention and Employment of The Stuart Maue Firm as Consultant to the Fee Examiner [Docket No. 6375].

Dated: July 21, 2010                      /s/ Kimberly Gargan_____
       Melville, New York                Kimberly Gargan

Sworn to before me this 21st day of July, 2010

/s/ Eamon Mason_____
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires: May 19, 2012