# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☐ Motors Liquidation Company, Case No. 09-50026 <br><br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br><br> ☑ MLCS, LLC, Case No. 09-50027 <br><br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br><br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | HARADA INDUSTRY OF AMERICA INC <br> 22925 VENTURE DRIVE <br> NOVI, MI, 48375 |
| Claim Number (if known): | 1044 |
| Date Claim Filed: | 8/11/2009 |
| Total Amount of Claim Filed: | $978.62 |

(Received stamp: JUL 21 2010, U.S. Bankruptcy Court, SDNY)

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 7/12/10

*Thomas C. Becroft* (signature)

Print Name: Thomas C. Becroft

Title (if applicable): Accounting Manager

---

### DEFINITIONS