Carey D. Schreiber
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
Tel: (212) 294-6761
Fax: (212) 294-4700
Email: cschreiber@winston.com

*Counsel for Terry Gage Chevrolet-Oldsmobile, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>MOTORS LIQUIDATION COMPANY, f/k/a General Motors Corp,<br><br>　　　　　　Debtor. | )<br>) Chapter 11<br>)<br>) Case No.: 09-50026 (REG)<br>) (Jointly Administered)<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**
**FILED BY TERRY GAGE CHEVROLET-OLDSMOBILE, INC.**

PLEASE TAKE NOTICE that on November 25, 2009, Terry Gage Chevrolet-Oldsmobile, Inc. (the "Claimant") filed Proof of Claim Number 65742 (pursuant to the claim numbering system used, upon information and belief, by the Garden City Group, the above-referenced Debtor's claims agent) in the above-referenced bankruptcy case.

PLEASE TAKE FURTHER NOTICE that Claimant hereby withdraws, without prejudice, Proof of Claim Number 65742, a true copy of which is annexed hereto, because the above-referenced Debtor and Claimant have reached an agreement through mediation resolving the claim.

1

Dated: New York, New York
July 22, 2010

        Respectfully submitted,

        WINSTON & STRAWN, LLP

        /s/ Carey D. Schreiber
        Carey D. Schreiber
        200 Park Avenue
        New York, New York 10166-4193
        Telephone: (212) 294-6700
        Facsimile: (212) 294-4700
        cschreiber@winston.com

        *Counsel for Terry Gage Chevrolet-Oldsmobile, Inc.*