7013541

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

**Name of Debtor** (Check Only One):
- ☒ Motors Liquidation Company (f/k/a General Motors Corporation) — Case No. 09-50026 (REG)
- ☐ MLCS, LLC (f/k/a Saturn, LLC) — 09-50027 (REG)
- ☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation) — 09-50028 (REG)
- ☐ MLC of Harlem, Inc (f/k/a Chevrolet-Saturn of Harlem, Inc) — 09-13558 (REG)

Your Claim is Scheduled As Follows.

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case but may be used for purposes of asserting a claim under 11 U.S.C. § 503(b)(9) (see Item #5). All other requests for payment of an administrative expense should be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (the person or other entity to whom the debtor owes money or property): TERRY GAGE CHEVROLET-OLDSMOBILE, INC

**Name and address where notices should be sent:**
TERRY GAGE CHEVROLET-OLDSMOBILE, INC
PO Box 1389
HWY 65 NORTH
MARSHALL AR 72650

With a copy to:
Carey D Schreiber
Winston & Strawn LLP
200 Park Avenue
New York, New York 10166
tel 212-294-3547
fax 212-294-4700
Email Address: cschreiber@winston.com

☐ Check this box to indicate that this claim amends a previously filed claim

Court Claim Number _____ (If known)
Filed on _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

☐ Check this box if you are the debtor or trustee in this case

**Name and address where payment should be sent (if different from above):**
FILED - 65742
MOTORS LIQUIDATION COMPANY
F/K/A GENERAL MOTORS CORP
SDNY # 09-50026 (REG)

[Stamp: THE GARDEN CITY GROUP, INC., NOV 30 2009; U.S. BANKRUPTCY FILED S.D.N.Y. NOV 25 2009]

If an amount is identified above you have a claim scheduled by one of the Debtors as shown (This scheduled amount of your claim may be an amendment to a previously scheduled amount). If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor you do not need to file this proof of claim form EXCEPT AS FOLLOWS. If the amount shown is listed as DISPUTED UNLIQUIDATED or CONTINGENT a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions you need not file again

1. **Amount of Claim as of Date Case Filed, June 1, 2009**: $ See attached

If all or part of your claim is secured, complete item 4 below, however, if all of your claim is unsecured do not complete item 4. If all or part of your claim is entitled to priority, complete item 5. If all or part of your claim is asserted pursuant to 11 U.S.C. § 503(b)(9), complete item 5

☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim Attach itemized statement of interest or charges   See attached

2. **Basis for Claim**: See attached

3. **Last four digits of any number by which creditor identifies debtor**: 160246
   3a. Debtor may have scheduled account as _____

4. **Secured Claim** (See instruction #4 on reverse side)
   Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Equipment   ☒ Other
   Describe: See attached
   Value of Property $ _____   Annual Interest Rate ___%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any $ _____
   Basis for perfection _____
   Amount of Secured Claim $ See attached   Amount Unsecured $ See attached

5. **Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a)**. If any portion of your claim falls in one of the following categories check the box and state the amount
   - ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
   - ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier – 11 U.S.C. § 507(a)(4)
   - ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5)
   - ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7)
   - ☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8)
   - ☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case - 11 U.S.C. § 503(b)(9) (§ 507(a)(2))
   - ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___)
   **Amount entitled to priority** $ _____

   *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

6. **Credits** The amount of all payments on this claim has been credited for the purpose of making this proof of claim

7. **Documents** Attach redacted copies of any documents that support the claim such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary (See instruction 7 and definition of redacted on reverse side)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING

If the documents are not available please explain in an attachment

**Signature**: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Date: 11-24-09
Signature: /s/ Terry Gage
Terry Gage, President, Terry Gage Chevrolet-Oldsmobile, Inc.

FOR COURT USE ONLY

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571
Modified B10 (GCG) (12/08)



0592019451