**HISCOCK & BARCLAY** LLP

ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NEW YORK 13202
T 315.425.2700 • F 315.425.2701

SUSAN R. KATZOFF
PARTNER

DIRECT DIAL 315.425.2880
DIRECT FAX 315.425.8597
SKATZOFF@HBLAW.COM

July 22, 2010

### VIA CM/ECF AND REGULAR MAIL

Honorable Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
United States Bankruptcy Court
One Bowling Green, Room 621
New York, New York 10004-1408

      Re:    Motors Liquidation Company, *et al.*,
                 f/k/a General Motors Corp., *et al.*
                 Chapter 11, Case No.: 09-50026

Dear Judge Gerber:

      A Motion for Relief from the Automatic Stay, or in the Alternative, for an Order pursuant to Federal Rules of Bankruptcy Procedure 2004 Compelling an Examination and Production of Documents (the "Motion") was filed on behalf The Schaefer Group Inc., which was on the Court's July 14, 2010 calendar. At this time we are requesting that the Motion be withdrawn, without prejudice, and removed from the Court's calendar as the parties have entered into a Stipulation.

      Thank you for your courtesies in this matter.

Respectfully submitted,

*Susan R. Katzoff*
Susan R. Katzoff

SRK:llm

SYLIB01\776310\1

WWW.HBLAW.COM

Honorable Robert E. Gerber
July 22, 2010
Page 2

cc:
<u>Counsel for GM</u>, *via CM/ECF*

Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
Attn:   Harvey R. Miller, Esq.
        Stephen Karotkin, Esq.
        Joseph H. Smolinsky, Esq.

<u>Debtor</u>, *via regular mail*

General Motors Corporation
c/o Motors Liquidation Company
300 Renaissance Center
Detroit, MI 48265
Attn: Ted Stenger

General Motors Company
300 Renaissance Center
Detroit, MI 48265
Attn: Lawrence S. Buonomo, Esq.

<u>U.S. Trustee's Office</u>, *via CM/ECF*

The Office of the United States Trustee
for the Southern District of NY
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Diana G. Adams, Esq.

SYLIB01\776310\1