UNITED STATES BANKRUPTCY COURT
SOURTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                     :
                                                          :    Chapter 11 Case No.
MOTORS LIQUIDATION COMPANY, *et al.*,     :
    f/k/a General Motors Corp., *et al.*    :    09-50026 (REG)
                                                          :
        Debtors.                           :    (Jointly Administered)
                                                          :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                ) ss
COUNTY OF SUFFOLK    )

I, Kimberly Gargan, being duly sworn, depose and state:

1. I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On July 22, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified in Exhibit A annexed hereto (affected parties):

- Order Granting (I) Applications for Allowance of Interim Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred from October 1, 2009 through January 31, 2010 and (II) Applications for Allowance of Interim Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred from June 1, 2009 through September 30, 2009 [Docket No. 6402].

Dated: July 23, 2010                      /s/ Kimberly Gargan_____
       Melville, New York                  Kimberly Gargan

Sworn to before me this 23rd day of July, 2010

/s/ Eamon Mason_____
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires: May 19, 2012

# EXHIBIT A

| | |
|---|---|
| BAKER & MCKENZIE<br>815 CONNECTICUT AVE NW<br>WASHINGTON DC 20006-4045 | BROWNFIELD PARTNERS, LLC<br>475 17TH STREET<br>SUITE 950<br>DENVER CO 80202 |
| BUTZEL LONG, PC<br>ATTY FOR INTEVA PRODUCTS, LLC<br>ATTN: ROBERT SIDORSKY & ERIC B. FISHER<br>380 MADISON AVENUE<br>NEW YORK NY 10017 | BUTZEL LONG, PC<br>ATTY FOR INTEVA PRODUCTS, LLC<br>ATTN: THOMAS B. RADOM & MAX J. NEWMAN<br>41000 WOODWARD AVENUE<br>BLOOMFIELD HILLS MI 48304 |
| BUTZEL LONG, PC<br>ATT: ROBERT SIDORSKY & ERIC B. FISHER<br>ATTY FOR TK HOLDINGS, IRVIN AUTOMOTIVE PROD., TAKATA PETRI<br>380 MADISON AVENUE<br>NEW YORK NY 10017 | FTI CONSULTING INC<br>MICHAEL EISENBAND<br>3 TIME SQUARE 11TH FLOOR<br>NEW YORK NY 10036 |
| HONIGMAN MILLER SCHWARTZ AND COHN LLP<br>ATTY FOR GENERAL MOTORS CORPORATION<br>ATTN ROBERT B WEISS ESQ<br>2290 FIRST NATIONAL BUILDING<br>660 WOODWARD AVENUE<br>DETROIT MI 48226 | HONIGMAN MILLER SCHWARTZ AND COHN LLP<br>ATTY FOR GENERAL MOTORS CORPORATION<br>ATT: TRICIA A. SHERICK, ESQ.<br>2290 FIRST NATIONAL BUILDING<br>660 WOODWARD AVENUE<br>DETROIT MI 48226 |
| HONIGMAN MILLER SCHWARTZ AND COHN LLP<br>ATTY FOR GENERAL MOTORS CORPORATION<br>ATTN JOSEPH R SGROI ESQ<br>2290 FIRST NATIONAL BUILDING<br>660 WOODWARD AVENUE<br>DETROIT MI 48226 | JENNER & BLOCK LLP<br>SPECIAL COUNSEL FOR DEBTORS<br>ATTN: DANIEL R. MURRAY & JOSEPH P. GROMACKI<br>353 N. CLARK ST.<br>CHICAGO IL 60654-3456 |
| JONES DAY<br>ATTN: ANDREW KRAMER<br>51 LOUISIANA AVENUE, N.W.<br>WASHINGTON DC 20001-2113 | KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>ATTY FOR THE OFFICIAL UNSECURED CREDITORS COMMITTEE<br>ATTN: THOMAS MOERS MAYER, AMY CATON, LAUREN MACKSOUD, & JEN SHARRET<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 |
| LFR, INC.<br>1900 POWELL STREET<br>12TH FLOOR<br>EMERYVILLE CA 94608 | PLANTE & MORAN PLLC<br>ATTN: MICHAEL A. COLELLA<br>27400 NORTHWESTERN HIGHWAY<br>PO BOX 307<br>SOUTHFIELD MI 48034 |
| THE CLARO GROUP LLC<br>ATTN DOUGLAS H DEEMS MANAGING DIRECTOR<br>777 S FIGUEROA STREET SUITE 4050<br>LOS ANGELES CA 90017 | WEIL GOTSHAL & MANGES LLP<br>ATT HARVEY R MILLER, STEPHEN KAROTKIN, JOSEPH H SMOLINSKY & IRWIN H WARREN, ESQS<br>767 FIFTH AVENUE<br>NEW YORK NY 10153 |