# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW YORK

```
-----------------------------------------------------------------X
In re:                                         :
                                               :
MOTORS LIQUIDATION COMPANY, et al.,            :
        f/k/a General Motors Corp., et al.     :      Chapter 11
                                               :      Case No. 09-50026 (REG)
                                               :      (Jointly Administered)
                Debtors.                       :
-----------------------------------------------------------------X
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Kimberly Murray, being of full age, states as follows:

1. I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

2. On July 23, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim [Docket No. 6408] and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

/s/ Kimberly Murray___
Kimberly Murray

Sworn to before me this 23rd day of
July, 2010
/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

**TRANSFEROR**
Goddard Contractors Inc.
Attn: Corporate Officer/Authorized Agent
Kent Mason
PO Box 154
Red Oak, TX 75154

**TRANSFEREE**
United States Debt Recovery V L.P.
940 Southwood Bl, Suite 101
Incline Village, NV 89451