# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW YORK

-----------------------------------------------------------------X
In re:                                                           :
                                                                 :
MOTORS LIQUIDATION COMPANY, *et al.*,                            :
    f/k/a General Motors Corp., *et al.*        :    Chapter 11
                                                                 :    Case No. 09-50026 (REG)
                                                                 :    (Jointly Administered)
        Debtors.                :
-----------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Kimberly Murray, being of full age, states as follows:

    1.   I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

    2.   On July 23, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim [Docket No. 6409] and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

                                                                     /s/ Kimberly Murray___
                                                                   Kimberly Murray

Sworn to before me this 23rd day of
July, 2010
/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

**TRANSFEROR**
Maumee Valley Vending Co.
Attn: Scott A. Plassman
26896 State Route 281
Defiance, OH 43512-8962

**TRANSFEREE**
United States Debt Recovery V L.P.
940 Southwood Bl, Suite 101
Incline Village, NV 89451