UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | § | |
| MOTORS LIQUIDATION COMPANY, et al | § | Chapet 11 Case No. |
| f/k/a General Motors Corp., et al | § | 09-50026 (REG) |
| | § | |
| | § | |
| Debtors, | § | (Jointly Administered) |

## CODY REYNOLDS RESPONSE TO DEBTORS' THIRTY-SEVEN OMNIBUS OBJECTION TO CLAIMS

TO THE HONORABLE ROBERT E. GERBER
UNITED STATES BANKRUPTCY JUDGE:

Cody Reynolds (Creditor) respectfully represents:

1. On November 23, 2009, he filed his claim with attachment (1) with Debtors.

2. Cody Reynolds denies that he recieved a letter from debtor reuesting information concerning his claim.

WHEREFORE Cody Reynolds prays that Debtors request for relief be in all things denied and that his claim be allowed to stand.

Respectfully submitted:
____/s/_____
DAVID A. SLAUGHTER
State Bar Number 18488000
17225 El Camino Real, Suite 415
Houston, Texas 77058
(281) 280-8066  (281) 280-8185 FAX
ATTORNEY FOR CODY REYNOLDS

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record by certified mail, return receipt requested, messenger service and/or facsimile transmission on this the 20th day of July, 2010.

_____
DAVID A. SLAUGHTER

JUL 26 2010

06782919

**PROOF OF CLAIM**

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Case No.
09-50026 (REG)
09-50027 (REG)
09-50028 (REG)
09-13558 (REG)

Name of Debtor (Check Only One):
☐ Motors Liquidation Company (f/k/a General Motors Corporation)
☐ MLCS, LLC (f/k/a Saturn, LLC)
☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation)
☐ MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case, but may be used for purposes of asserting a claim under 11 U.S.C. § 503(b)(9) (see Item # 5). All other requests for payment of an administrative expense should be filed pursuant to 11 U.S.C. § 503.

Your Claim is Scheduled As Follows:

Name of Creditor (the person or other entity to whom the debtor owes money or property): REYNOLDS CODY

Name and address where notices should be sent:
REYNOLDS CODY
REYNOLDS, CODY
17225 EL CAMINO REAL STE 315
HOUSTON, TX 77058-2739

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: 314433
(If known)

Filed on: 5/30/2006

[Stamp: THE GARDEN CITY GROUP INC. NOV 23 2009]

If an amount is identified above, you have a claim scheduled by one of the Debtors as shown. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form. EXCEPT AS FOLLOWS: If the amount shown is listed as DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

Telephone number:
Email Address:
Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:

1. **Amount of Claim as of Date Case Filed, June 1, 2009:** $15,317.86
If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4. If all or part of your claim is entitled to priority, complete item 5. If all or part of your claim is asserted pursuant to 11 U.S.C. § 503(b)(9), complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** Product Liability
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____
    3a. Debtor may have scheduled account as: _____
    (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Equipment  ☐ Other
Describe:
Value of Property: $_____  Annual Interest Rate ___%
Amount of arrearage and other charges as of time case filed included in secured claim, if any: $_____
Basis for perfection: _____
Amount of Secured Claim: $_____  Amount Unsecured: $15,317.86

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain in an attachment.

Date: 11/20/09

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

/s/ Cody Reynolds

Penalty for presenting fraudulent claim. Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

5. **Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).
☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case - 11 U.S.C. § 503(b)(9) (§ 507(a)(2))
☐ Other Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

Amount entitled to priority:
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

FOR COURT USE ONLY
JUL 26 2010

# Payment Report

**CCM Claim Number:** CCM046291029902
**Date of Service From:** 05/26/2004 To: 08/16/2004
**Patient Name:** Cody Reynolds

| # | Date Serv | Provider Name | Diagnosis Desc | Charge Amt | Paid Amt | Claim Number |
|---|---|---|---|---|---|---|
| 1 | 05/26/2004 | Calvin Leuschen | "Pain In Joint, Lower Leg" | $138.00 | $120.60 | 200406192509088 |
| 2 | 05/26/2004 | Dan Wayne Lasiter | "Injury Of Face And Neck, Othe | $556.00 | $188.04 | 200406232637808 |
| 3 | 05/26/2004 | Calvin Leuschen | Unspecified Chest Pain | $31.00 | $27.90 | 200406232791753 |
| 4 | 05/26/2004 | Riley P Scott | Unspecified Chest Pain | $627.00 | $198.24 | 200406232971553 |
| 5 | 05/26/2004 | Schertz Area Facility Ems | Injury, Other And Unspecified, | $885.00 | $363.60 | 200406283027360 |
| 6 | 05/28/2004 | Radiology Assoc Of San An | "Closed Fractures Involving Sk | $495.00 | $360.00 | 200406112197099 |
| 7 | 06/01/2004 | Daniel J Fleming | Allergic Rhinitis Due To Polle | $425.00 | $303.33 | 200406243616633 |
| 8 | 06/02/2004 | John D Young Iii | Malar And Maxillary Bones, Ope | $331.26 | $92.00 | 200406073307490 |
| 9 | 06/02/2004 | Specialty Surgery And Pai | Nasal Bones, Open Fracture | $2,668.00 | $1,118.20 | 200406113421691 |
| 10 | 06/04/2004 | Harry E Schilling | Nasal Bones, Closed Fracture | $4,350.00 | $1,050.51 | 200406235161688 |
| 11 | 06/04/2004 | John D Young Iii | Orbital Floor (Blow-Out), Clos | $2,947.00 | $640.80 | 200406724313252 |
| 12 | 06/04/2004 | John Hall | Closed Fracture Of Base Of Sk | $1,400.00 | $756.00 | 200406032554688 |
| 13 | 07/27/2004 | Walter W Strash | Unspecified Site Of Ankle Spra | $464.60 | $242.75 | 200407302276466 |

**Total Charge:** $15,317.86

**Total Paid:** $5,461.97

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | § | |
| MOTORS LIQUIDATION COMPANY, et al | § | Chapet 11 Case No. |
| f/k/a General Motors Corp., et al | § | 09-50026 (REG) |
| | § | |
| | § | |
| Debtors, | § | (Jointly Administered) |

## ORDER ON DEBTORS' THIRTY-SEVEN OMNIBUS OBJECTION TO CLAIMS

IT IS ORDERED that Debtors' Thirty-Seven Omnibus Objection to claims of creditor Cody Reynolds are DENIED and that Cody Reynods claims are not expunged and shall proceed until finally disposed of by this Court.

SIGNED THIS ___ DAY OF _____, 2010.

_____
UNITED STATES BANKRUPTCY JUDGE