Michael S. Kogan (California SBN 128500)
John W. Shenk (California SBN 261573)
*Admitted Pro Hac Vice*
ERVIN, COHEN & JESSUP LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325
mkogan@ecjlaw.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | § § |
| MOTORS LIQUIDATION COMPANY, et al., fka General Motors Corp., et al. | § § § Case No. 09-50026 § § Chapter 11 |
| Debtor/s | § § |

### CLAIM WITHDRAWAL

COMES NOW, Claimaint, Salas Automotive Group, Inc., in the above entitled Bankruptcy case, by and through their attorney, Ervin Cohen & Jessup LLP, does hereby withdraw its claim due to payment in full of the claim. The claim is to be withdrawn as follows:

| Claim Type & Claim No. | Claimant | Date Filed | Amount |
|---|---|---|---|
| UNSECURED #97 | Salas Automotive Group, Inc. | 11-25-2009 | $1,308,572 |

Respectfully submitted,

ERVIN, COHEN & JESSUP LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325
Email: jshenk@ecjlaw.com

By: /s/ John W. Shenk
John W. Shenk (California SBN 261573)
*Admitted Pro Hac Vice*

IDOCS:13230.1:1059900.1

## CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the foregoing **Withdrawal of Claim** was served on this 27 day of July, 2010, via the Court's ECF system on those parties registered to receive notice.

                                                    /s/ Christina O'Meara
                                                     Christina O'Meara