Michael S. Kogan (California SBN 128500)
John W. Shenk (California SBN 261573)
*Admitted Pro Hac Vice*
ERVIN, COHEN & JESSUP LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone (310) 273-6333
Facsimile (310) 859-2325
mkogan@ecjlaw.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | § |
| | § |
| MOTORS LIQUIDATION COMPANY, et al., | § Case No. 09-50026 |
| fka General Motors Corp., et al. | § |
| | § Chapter 11 |
| Debtor/s | § |

### WITHDRAWAL OF MOTION TO ALLOW CLAIMS

COMES NOW, Claimaint, Salas Automotive Group, Inc., in the above entitled Bankruptcy case, by and through their attorney, Ervin Cohen & Jessup LLP, does hereby withdraw its **Request For Payment Of Administrative Claim** filed on or about 11/25/2009 as Case Docket No. 4547 in this bankruptcy case.

Respectfully submitted,

ERVIN, COHEN & JESSUP LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone (310) 273-6333
Facsimile (310) 859-2325
Email: jshenk@ecjlaw.com

By: /s/ John W. Shenk
John W. Shenk (California SBN 261573)
*Admitted Pro Hac Vice*

IDOCS:13230.1:1060584.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing **Withdrawal of Claim** was served on this _27_ day of July, 2010, via the Court's ECF system on those parties registered to receive notice.

/s/ Christina O'Meara
Christina O'Meara

IDOCS:13230.1:1060584.1