# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number:<br><br>RECEIVED<br>JUL 2 6 2010<br>U.S. BANKRUPTCY COURT<br>SO. DIST. OF NEW YORK | ☐ Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>X Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Clean Harbors Environmental Services, Inc.<br>42 Longwater Drive<br>PO Box 9149<br>Norwell, MA   02061 |
| Claim Number (if known): | 69737 |
| Date Claim Filed: | 1/05/2010 |
| Total Amount of Claim Filed: | $129,467.86 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 7-20-2010

Print Name: JOHN R BEALS
Title (if applicable): CORP. CONTROLLER

US_ACTIVE:¥43219392¥02¥72240.0639

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☐ Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>X  Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Clean Harbors Environmental Services, Inc.<br>42 Longwater Drive<br>PO Box 9149<br>Norwell, MA  02061 |
| Claim Number (if known): | 69955 |
| Date Claim Filed: | 1/28/2010 |
| Total Amount of Claim Filed: | $4894.56 |

RECEIVED JUL 26 2010 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 7-20-2010

Print Name: JOHN R. BEALS
Title (if applicable): CORP. CONTROLLER

US_ACTIVE:¥43219392¥02¥72240.0639