G. Alan Wallace (P69333)
Fraser Trebilcock Davis & Dunlap, P.C.
124 West Allegan Street, Suite 1000
Lansing, Michigan 48933
Telephone: (517) 377-0822
Fax: (517) 482-5800
Email: gwallace@fraserlawfirm.com

Attorneys for the City of Sioux City, Iowa

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | |
| | Chapter 11 |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | |
| **f/k/a General Motors Corp.,** *et al.,* | Case No. 09-50026-reg |
| | (Jointly Administered) |
| Debtors. | |
| | Hon. Robert E. Gerber |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that G. Alan Wallace of Fraser Trebilcock Davis & Dunlap, P.C., admitted to practice, *pro hac vice,* in the above referenced case, in the United States Bankruptcy Court, Southern District of New York (Docket No. 481), hereby appears in the above-referenced cases as counsel for the City of Sioux City, Iowa and requests that any and all notices given or required to be given, and all papers served or required to be served in these cases, be served upon him at the following address, and that he be added to any service list or mailing matrix:

        G. Alan Wallace
        Fraser Trebilcock Davis & Dunlap, P.C.
        124 West Allegan Street, Suite 1000
        Lansing, Michigan 48933
        Telephone: (517) 377-0822
        Fax: (517) 482-5800
        Email: gwallace@fraserlawfirm.com

Respectfully Submitted,

**FRASER TREBILCOCK DAVIS & DUNLAP, P.C.**

Dated: July 27, 2010    By:    /s/ G. Alan Wallace
                                                             G. Alan Wallace (P69333)
                                                             Fraser Trebilcock Davis & Dunlap, P.C.
                                                             124 West Allegan Street, Suite 1000
                                                             Lansing, Michigan 48933
                                                             Telephone: (517) 377-0822
                                                             Fax: (517) 482-5800
                                                             Email: gwallace@fraserlawfirm.com