G. Alan Wallace (P69333)
Fraser Trebilcock Davis & Dunlap, P.C.
124 West Allegan Street, Suite 1000
Lansing, Michigan 48933
Telephone: (517) 377-0822
Fax: (517) 482-0887
Email: gwallace@fraserlawfirm.com

Attorneys for the City of Sioux City, Iowa

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | Chapter 11 |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | |
| **f/k/a General Motors Corp.,** *et al.,* | Case No. 09-50026-reg |
| | (Jointly Administered) |
| Debtors. | |
| | Hon. Robert E. Gerber |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 27, 2010, a true and correct copy of the Notice of Appearance was served via the CM/ECF System for the United States Bankruptcy Court for the Southern District of New York to each creditor and party in interest and via the U.S. Postal Service, first class mail upon the following party:

Office of the U.S. Trustee for the Southern District of New York
33 Whitehall Street – 21st Floor
New York, NY 10004
Attn: Dianna G. Adams, Esq.

1

        Respectfully Submitted,

        **FRASER TREBILCOCK DAVIS & DUNLAP, P.C.**

Dated: July 27, 2010      By:   /s/ G. Alan Wallace
                         G. Alan Wallace (P69333)
                         Fraser Trebilcock Davis & Dunlap, P.C.
                         124 West Allegan Street, Suite 1000
                         Lansing, Michigan 48933
                         Telephone: (517) 377-0822
                         Fax: (517) 482-0887
                         Email: gwallace@fraserlawfirm.com