UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                      Chapter 11 Case No.

MOTORS LIQUIDATION COMPANY, *et al.*,                09-50026 (REG)
    f/k/a General Motors Corp., *et al.*,
                                                         (Jointly Administered)
                            Debtors.
------------------------------------------------------------X

## RESPONSE TO DEBTORS' THIRTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS

The New York State Department of Labor ("NYSDOL") responds to the Debtors' Objection to its tax claim as follows:

1. The Debtors have objected to NYSDOL's priority claim in the amount of $158,320.13 (claim no. 65969) on the ground that "Claims seek recovery of amounts for which the Debtors are not liable." A copy of NYSDOL's claim is annexed hereto as Exhibit A.

2. The amounts claimed are for New York State unemployment insurance taxes incurred by Motors Liquidation Company f/k/a General Motors Corporation ("Debtor") for the first quarter of 1997 through the fourth quarter of 1997, together with interest to the date of the petition.

3. The Debtor filed returns and paid liabilities for the periods involved by utilizing a tax rate of 8.925%. Copies of these returns are annexed hereto as Exhibit B.

4. In June 2007, NYSDOL was informed that the Debtor had acquired all of the assets of Vector SCM LLC. NYSDOL was subsequently informed that this transaction became effective on or about January 1, 2007.

5. Section 581.4 of the New York Labor Law provides that when an employer transfers all or part of its business, the acquiring employer takes over the predecessor's unemployment insurance employer account and other aspects of the predecessor's

experience for rating purposes. It further provides that no transfer shall be deemed to have occurred if all of four conditions are met: that the transferee has not assumed any of the transferring employer's obligations, has not acquired any of its good will, has not continued or resumed the business of the transferring employer either at the same location or elsewhere, and has not employed substantially the same employees. Labor Law § 581(4)(c).

6. By letters dated November 1, 2007 and June 24, 2008, NYSDOL determined that the Debtor must take over and continue the unemployment insurance employer account of Vector SCM LLC effective January 2007, because there was a business transfer within the meaning of section 581.4 of the New York Labor Law. Based on the transfer of experience, the Debtor's tax rate was adjusted to 9.5% for all four quarters of 2007. Copies of NYSDOL's determination letters and notice of revised tax rate are annexed hereto as Exhibit C.

7. NYSDOL determined that the Debtor assumed the operations of the business it acquired from Vector SCM LLC. Therefore, a transfer occurred under at least condition three of section 581(4)(c) of the Labor Law. As the court stated in Matter of Welch-Allyn, Inc. (Catherwood), 13 A.D.2d 594, 595 (3d Dep't 1961), "[t]he list of negatives set up in section 581 (subd. 4, par. [c]), must all exist or there is a transfer within paragraph (a)."

8. NYSDOL's claim properly reflects the additional liabilities due as a result of applying the tax rate adjustment to the payroll previously reported to NYSDOL by the Debtor for the quarters in issue.

WHEREFORE, NYSDOL respectfully requests the entry of an order (1) overruling the Debtors' objection to claim 65969; (2) allowing its priority claim in the amount of $158,320.13; and (3) granting such other and further relief as this Court deems just and proper.

Dated:  New York, New York
        July 28, 2010

ANDREW M. CUOMO
Attorney General of the State of New York
Attorney for New York State Department of Labor

By:

s/Steven Koton
Steven Koton
Assistant Attorney General
120 Broadway, 26th Floor
New York, New York 10271
(212) 416-6141
Email: steven.koton@ag.ny.gov

# EXHIBIT A

STATE OF NEW YORK  
DEPARTMENT OF LABOR  
Unemployment Insurance Division  
Governor W. Averell Harriman State Office Building Campus  
Building 12, Room 256  
Albany, New York 12240  

DATED: 11/18/09    001234 020001  
AM PR  
ARRANGEMENT #09-50026  
EMPLOYER REG. NO.: 38-70134 1  

LIQUIDATED PRIORITY CLAIM FOR  
UNEMPLOYMENT TAXES DUE  

FILE  
Insolvency ]  

CLERK OF THE COURT  
U.S. BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
ONE BOWLING GREEN  
NEW YORK, NY 10004-0000  

IN THE MATTER OF:  
GENERAL MOTORS CORPORATION  

Debbie Anziano is an agent of the New York State Department of Labor, Unemployment Insurance Division, and is authorized to make this claim on behalf of the Commissioner of Labor of the State of New York pursuant to Article 18 of the Labor Law of the State of New York.

The debtor is liable to the New York State Department of Labor in the sum of $158,320.13 representing unpaid unemployment insurance taxes. The PRIORITY CLAIM for this debt, with interest computed to the date of petition, is as follows:

| PERIOD FROM/TO | A/E | Contributions | Section 581D Assessment | Accrued Interest | Posted Interest | Penalty | WARRANT/SECURED |
|---|---|---|---|---|---|---|---|
| 01/01/07-03/31/07 | A | $120,733.92 | | $30,183.48 | | | ☐ |
| 04/01/07-06/30/07 | A | $2,151.75 | | $473.39 | | | ☐ |
| 07/01/07-09/30/07 | A | $1,889.72 | | $359.05 | | | ☐ |
| 10/01/07-12/31/07 | A | $2,180.02 | | $348.80 | | | ☐ |
| | | Total: | | $158,320.13 | | | |

A - Actual Returns Filed    E - Estimated, no return filed  
Am Pr Priority Claim supersedes all our Priority Claims heretofore filed herein.  
No part of this debt has been paid. There are no set-offs or counterclaims.  
This claim is asserted as secured for any periods checked by virtue of warrants filed for those periods.  
All checks in satisfaction of this claim should be made payable to NYS Unemployment Insurance and forwarded to the NYS Department of Labor, Insolvency Unit, at the address indicated above.

Commissioner of Labor

*Debbie Anziano* (signature)  
By: Debbie Anziano  
Tax Compliance Agent 2  
Unemployment Insurance Division  

Indicate Acknowledgement Date  

Claim Number Assigned _____  

Telephone (518) 457-1738           debbie.anziano@labor.state.ny.us           Fax (518) 457-3256  
IA37.1P(9-01)

# EXHIBIT B

## NYS-45-MN (7/08) — Quarterly Combined Withholding, Wage Reporting, And Unemployment Insurance Return

Reference these numbers in all correspondence:
- UI Employer registration number: 3870134 1
- Withholding identification number: 38057251500 6

Employer legal name: **GENERAL MOTORS CORPORATION**

Mark an X in only one box to indicate the quarter (a separate return must be completed for each quarter) and enter the tax year:
- Jan 1 – Mar 31: **X**  (1)
- Apr 1 – Jun 30: (2)
- July 1 – Sep 30: (3)
- Oct 1 – Dec 31: (4)
- Tax year: **07**

If seasonal employer, mark an X in the box.

Number of employees (Enter the number of full-time and part-time covered employees who worked during or received pay for the week that includes the 12th day of each month):
- a. First month: 2729
- b. Second month: 2696
- c. Third month: 2676

### Part A — Unemployment Insurance (UI) information

| Line | Description | Amount |
|---|---|---|
| 1 | Total remuneration paid this quarter | 65386307.00 |
| 2 | Remuneration paid this quarter to each employee in excess of $8,500 since January 1 | 41239526.00 |
| 3 | Wages subject to contribution (subtract line 2 from line 1) | 24146781.00 |
| 4 | UI contributions due (Enter your Tax rate 8.92500 %) | 2155100.20 |
| 5 | Re-employment service fund (multiply line 3 x .00075) | 18110.09 |
| 6 | UI previously underpaid with interest | 0.00 |
| 7 | Total of lines 4, 5, and 6 | 2173210.29 |
| 8 | Enter UI previously overpaid | 0.00 |
| 9 | Total UI amounts due (if line 7 is greater than line 8, enter difference) | 2173210.29 |
| 10 | Total UI overpaid (if line 8 is greater than line 7, enter difference and mark box 11 below) | 0.00 |
| 11 | Apply to outstanding liabilities and/or refund | |

### Part B — Withholding

| Line | Description | Amount |
|---|---|---|
| 12 | New York State tax withheld | |
| 13 | New York City tax withheld | |
| 14 | Yonkers tax withheld | |
| 15 | Total tax withheld (add lines 12, 13, and 14) | |
| 16 | WT credit from previous return (see instr.) | |
| 17 | Form NYS-1 payments made for quarter | |
| 18 | Total payments (add lines 16 and 17) | |
| 19 | Total WT amount due (if line 15 is greater than line 18, enter difference) | 0.00 |
| 20 | Total WT overpaid (if line 18 is greater than line 15, enter difference; mark an X in 20a or 20b) | |
| 20a | Apply to outstanding liabilities and/or refund | |
| 20b | Credit to next quarter withholding tax | |
| 21 | Total payment due (add lines 9 and 19; make one remittance payable to NYS Employment Taxes) | 2173210.29 |

*An overpayment of either tax cannot be used to offset the amount due on the other tax.*
Complete Parts D and E on page 2 of form, if required. This is a scannable form; please file this original.

### Part C — Employee wage and withholding information

Quarterly employee/payee wage reporting information (if more than five employees or if reporting other wages, do not make entries in this section, complete Form NYS-45-ATT. Do not use negative numbers, see instructions).

| a Social security number | b Last name, first name, middle initial | c UI total gross wages paid this quarter | d Gross wages or distribution (see instructions) | e Total tax withheld |
|---|---|---|---|---|

Annual wage and withholding totals — If this return is for the 4th quarter or the last return you will be filing for the calendar year, complete columns d and e.

Totals (column c must equal remuneration on line 1, see instructions for exceptions).

Sign your return. I certify that the information on this return and any attachments is to the best of my knowledge…

- Taxpayer's signature: *Denise Stefanovich*
- Date: 041707
- Telephone number: (602) 797-5176
- Signer's name (please print): *Denise Stefanovich*

7 NYS451    NTF 2571030A    Copyright 2007 Greatland/Nelco – Forms Software Only

$2173210.29

380572515    38701341    043007    050407    74030041856

**NYS-45-MN** (7/08)

Quarterly Combined Withholding, Wage Reporting, And Unemployment Insurance Return

Reference these numbers in all correspondence

UI Employer registration number: 3870134 1

Withholding identification number: 38057251500 6

Employer legal name: **GENERAL MOTORS CORPORATION**

Mark an X in only one box to indicate the quarter (a separate return must be completed for each quarter) and enter the tax year

Jan 1-Mar 31 [1]  Apr 1-Jun 30 [2] X  July 1-Sep 30 [3]  Oct 1-Dec 31 [4]  Tax year 07

40820619

If seasonal employer, mark an X in the box

**Number of employees**
Enter the number of full-time and part-time covered employees who worked during or received pay for the week that includes the 12th day of each month.

a. First month: 2682
b. Second month: 2663
c. Third month: 2685

### Part A — Unemployment Insurance (UI) information

1. Total remuneration paid this quarter ........... 60107778.00
2. Remuneration paid this quarter to each employee in excess of $8,500 since January 1 ........... 59677429.00
3. Wages subject to contribution (subtract line 2 from line 1) ........... 430349.00
4. UI contributions due. Enter your Tax rate  8.92500 % ........... 38408.65
5. Re-employment service fund (multiply line 3 x .00075) ........... 322.76
6. UI previously underpaid with interest ........... 0.00
7. Total of lines 4, 5, and 6 ........... 38731.41
8. Enter UI previously overpaid ........... 0.00
9. Total UI amounts due (if line 7 is greater than line 8, enter difference) ........... 38731.41
10. Total UI overpaid (if line 8 is greater than line 7, enter difference and mark box 11 below) ........... 0.00
11. Apply to outstanding liabilities and/or refund

### Part B — Withholding

12. New York State tax withheld
13. New York City tax withheld
14. Yonkers tax withheld
15. Total tax withheld (add lines 12, 13, and 14)
16. WT credit from previous return (see instr.)
17. Form NYS-1 payments made for quarter
18. Total payments (add lines 15, 16, and 17)
19. Total WT amount due (if line 15 is greater than line 18, enter difference) ........... 0.00
20. Total WT overpaid (if line 18 is greater than line 15, enter difference; mark an X in 20a or 20b)
    20a Apply to outstanding liabilities and/or refund  X    or    20b Credit to next quarter withholding tax
21. Total payment due (add lines 9 and 19, make one remittance payable to NYS Employment Taxes) ........... 38731.41

\* An overpayment of either tax cannot be used to offset the amount due on the other tax

Complete Parts D and E on page 2 of form, if required. This is a scannable form, please file this original

### Part C — Employee wage and withholding information

Quarterly employee/payee wage reporting information (if more than five employees or if reporting other wages, do not make entries in this section, complete Form NYS-45-ATT. Do not use negative numbers, see instructions)

Annual wage and withholding totals
If this return is for the 4th quarter or the last return you will be filing for the calendar year, complete columns d and e

a. Social security number  b. Last name, first name, middle initial  c. UI total gross wages paid this quarter  d. Gross wages or distributions (see instructions)  e. Total tax withheld

Totals (column c must equal remuneration on line 1, see instructions for exceptions)

Sign your return: I certify that the information on this return and any attachments is to the best of my knowledge...

Taxpayer's signature: [signature]
Signer's name (please print): Denzie Stefanoridi
Date: 070607
Telephone number: (602) 797-5176

7 NYS451  NTF 2671830A  Copyright 2007 Greatland/Nelco - Forms Software Only

$38731.41

380572515    38701341    073107    080407    74030065917

40000520 009    0003 005

**NYS-45-MN** (7/08)

Quarterly Combined Withholding, Wage Reporting, And Unemployment Insurance Return

Reference these numbers in all correspondence

UI Employer registration number: 3870134 1

Withholding identification number: 38057251500 6

Employer legal name: **GENERAL MOTORS CORPORATION**

Mark an X in only one box to indicate the quarter (a separate return must be completed for each quarter) and enter the tax year

| Jan 1–Mar 31 | Apr 1–Jun 30 | July 1–Sep 30 | Oct 1–Dec 31 | Tax year |
|---|---|---|---|---|
| 1 | 2 | 3 X | 4 | 07 YY |

40820819

If seasonal employer, mark an X in the box

Number of employees - Enter the number of full-time and part-time covered employees who worked during or received pay for the week that includes the 12th day of each month

| a. First month | b. Second month | c. Third month |
|---|---|---|
| 2538 | 2493 | 2493 |

### Part A — Unemployment Insurance (UI) information

| | | |
|---|---|---|
| 1. Total remuneration paid this quarter | | 16656219.00 |
| 2. Remuneration paid this quarter to each employee in excess of $8,500 since January 1 | | 16278276.00 |
| 3. Wages subject to contribution (subtract line 2 from line 1) | | 377943.00 |
| 4. UI contributions due — Enter your Tax rate 8.9250 % | | 33731.41 |
| 5. Re-employment service fund (multiply line 3 x .00075) | | 283.46 |
| 6. UI previously underpaid with interest | | 0.00 |
| 7. Total of lines 4, 5, and 6 | | 34014.87 |
| 8. Enter UI previously overpaid | | 0.00 |
| 9. Total UI amounts due (if line 7 is greater than line 8, enter difference) | | 34014.87 |
| 10. Total UI overpaid (if line 8 is greater than line 7, enter difference and mark box 11 below) | | 0.00 |
| 11. Apply to outstanding liabilities and/or refund | | |

### Part B — Withholding

| | |
|---|---|
| 12. New York State tax withheld | |
| 13. New York City tax withheld | |
| 14. Yonkers tax withheld | |
| 15. Total tax withheld (add lines 12, 13, and 14) | |
| 16. WT credit from previous return (see instr) | |
| 17. Form NYS-1 payments made for quarter | |
| 18. Total payments (add lines 15, 16, and 17) | |
| 19. Total WT amount due (if line 15 is greater than line 18, enter difference) | 0.00 |
| 20. Total WT overpaid (if line 18 is greater than line 15, enter difference; mark an X in 20a or 20b) | |
| 20a. Apply to outstanding liabilities and/or refund | or 20b. Credit to next quarter withholding tax |
| 21. Total payment due (add lines 9 and 19, make one remittance payable to NYS Employment Taxes) | 34014.87 |

\* An overpayment of either tax cannot be used to offset the amount due on the other tax.
Complete Parts D and E on page 2 of form, if required. This is a scannable form, please file this original.

### Part C — Employee wage and withholding information

Quarterly employee/payee wage reporting information (if more than five employees or if reporting other wages, do not make entries in this section, complete Form NYS-45-ATT. Do not use negative numbers, see instructions)

Annual wage and withholding totals - If this return is for the 4th quarter or the last return you will be filing for the calendar year, complete columns d and e.

| a Social security number | b Last name, first name, middle initial | c UI total gross wages paid this quarter | d Gross wages or distributions (see instructions) | e Total tax withheld |
|---|---|---|---|---|

Totals (column c must equal remuneration on line 1, see instructions for exceptions)    0.00

Sign your return. I certify that the information on this return and any attachments is to the best of my knowledge...

Taxpayer's signature: [signature] Sonia Stefanowitz

Signer's name (please print): [signature]

Date: 100907    Telephone number: (602) 797-5176

7 NYS451    NTF 25710308    Copyright 2007 Greatland/Nelco – Forms Software Only    (SCS)

$34014.87

380572515    38701341    103007    110307    74010027439

40000659 029 0003 015

# NYS-45-MN (7/06)

**Quarterly Combined Withholding, Wage Reporting, And Unemployment Insurance Return**

40620619

Reference these numbers in all correspondence-

UI Employer registration number: 3870134 1

Withholding identification number: 38057251500 6

Employer legal name: **GENERAL MOTORS CORPORATION**

Mark an X in only one box to indicate the quarter (a separate return must be completed for each quarter) and enter the tax year

| Jan 1– Mar 31 | Apr 1– Jun 30 | July 1– Sep 30 | Oct 1– Dec 31 | Tax year |
|---|---|---|---|---|
| 1 | 2 | 3 | X 4 | 07 |

If seasonal employer, mark an X in the box

**Number of employees**
Enter the number of full-time and part-time covered employees who worked during or received pay for the week that includes the 12th day of each month

| a First month | b Second month | c Third month |
|---|---|---|
| 2050 | 2501 | 2465 |

## Part A — Unemployment Insurance (UI) Information

| | | |
|---|---|---|
| 1 | Total remuneration paid this quarter | 53763691.65 |
| 2 | Remuneration paid this quarter to each employee in excess of $8,500 since January 1 | 53327688.65 |
| 3 | Wages subject to contribution (subtract line 2 from line 1) | 436003.00 |
| 4 | UI contributions due — Enter your Tax rate 8.92500 % | 38913.27 |
| 5 | Re-employment service fund (multiply line 3 x .00075) | 327.00 |
| 6 | UI previously underpaid with interest | 0.00 |
| 7 | Total of lines 4, 5, and 6 | 39240.27 |
| 8 | Enter UI previously overpaid | 0.00 |
| 9 | Total UI amounts due (if line 7 is greater than line 8, enter difference) | 39240.27 |
| 10 | Total UI overpaid (if line 8 is greater than line 7, enter difference and mark box 11 below) | 0.00 |
| 11 | Apply to outstanding liabilities and/or refund | |

## Part B — Withholding tax (WT) Information

| | | |
|---|---|---|
| 12 | New York State tax | |
| 13 | New York City tax w | |
| 14 | Yonkers tax withheld | |
| 15 | Total tax withheld (add lines 12, 13, ar | |
| 16 | WT credit from prev return (see instr) | |
| 17 | Form NYS-1 payme made for quarter | |
| 18 | Total payments (add | |
| 19 | Total WT amount due (if line 18 is greater than line 18, enter difference) | 0.00 |
| 20 | Total WT overpaid (if line 18 is greater than line 15, enter differ mark an X in 20a or 20b | |
| 20a | Apply to outstanding liabilities and/or refund  X | |
| 20b | Credit to next quarter withholding tax | |
| 21 | Total payment due (add lines 9 and 19, make one remittance payable to NYS Employment Taxes) | 39240.27 |

* An overpayment of either tax cannot be used to offset the amount due on the other tax.
Complete Parts D and E on page 2 of form, if required. This is a scannable form; please file this original

## Part C — Employee wage and withholding information

Quarterly employee/payee wage reporting information (if more than five employees or if reporting other wages, do not make entries in this section, complete Form NYS-45-ATT Do not use negative numbers, see instructions)

a Social security number  b Last name, first name, middle initial

c UI total gross wages paid this quarter

Annual wage and withholding totals
If this return is for the 4th quarter or the last return you will be filing for the calendar year, complete columns d and e

d Gross wages or distribution (see instr.)  e Total tax withheld

Totals (column c must equal remuneration on line 1, see instructions for exceptions)  0.00

Sign your return. I certify that the information on this return and any attachments is to the best of my knc

| Taxpayer's signature | Date | Telephone number | Signer's name (please print) | Title |
|---|---|---|---|---|
| /s/ Lorna Durr | 011808 | 6027975150 | Lorna Durr | Tax Analyst |

7 NYS451  NTF25710308  Copyright 2007 Greatland/Nelco – Forms Software Only  (SCS)

$39240.27

380572515  38701341  012908  020208  84040168813

# EXHIBIT C





**STATE OF NEW YORK**
**DEPARTMENT OF LABOR**
GOVERNOR W. AVERELL HARRIMAN
STATE OFFICE BUILDING CAMPUS
ALBANY, NEW YORK 12240

UNEMPLOYMENT INSURANCE DIVISION

June 24, 2008

GENERAL MOTORS CORPORATION
C/O BARNETT ASSOCIATES
61 HILTON AVE
GARDEN CITY NY 11530
ATTN: TOM WHARTON

In reply refer to:
LD4    38-70134 1

Dear Agent:

We have reviewed all of the information provided regarding a transfer of business from Vector SCM LLC to your client, General Motors Corporation.

When an employer transfers all or part of his business, the acquiring employer takes over the employer's account and other aspects of his experience for rating purposes. Under the Law, a transfer of business occurs when an employer transfers its business and when any <u>one</u> of the following conditions is met:

1. The transferee assumes any of the transferring employer's obligations.

2. The transferee acquires any of the transferring employer's goodwill.

3. The transferee continues or resumes the business of the transferring employer either in the same establishment or elsewhere.

4. The transferee employs substantially the same employees the transferring employer had in connection with the business.

Since General Motors Corporation assumed the operations of Vector SCM LLC, we have determined that a transfer of business did occur as outlined above in condition number three. We have also determined that the transfer was effective January 5, 2007.

We have forwarded your April 1, 2008 request for a hearing to our Appeals Section.

You will be notified by that section soon.

Sincerely,

Nancy Todaro
U.I. Reviewing Examiner
Liability and Determination Section
518 457-7019



**STATE OF NEW YORK**
**DEPARTMENT OF LABOR**
GOVERNOR W. AVERELL HARRIMAN
STATE OFFICE BUILDING CAMPUS
ALBANY, NEW YORK 12240

UNEMPLOYMENT INSURANCE DIVISION

November 1, 2007

GENERAL MOTORS CORPORATION
C/O GM BENEFITS &
SERVICES CENTER
PO BOX 5078
SOUTHFIELD MI  48086-5078

In reply refer to:
EA3    38-70134 1

Dear Employer:

As a result of the total transfer of experience from VECTOR SCM LLC , employer registration number 46-50710 , effective January 1, 2007 your tax rate and/or your experience rating account balance has been revised as shown on the attached Notice of Tax Rate. This is in keeping with the provisions of the New York State Unemployment Insurance Law which provides for the transfer of employment and unemployment experience when one employer acquires, in whole or in part, the business of another.

Your account registered an excess negative balance transfers on December 31, 2006  and December 31, 2005 in the amounts of $1,497,323.46 and $890.03 .

Employers who have a portion of their negative balance transferred to the General Account on any computation date are assigned a tax rate based on their negative account percentage prior to the transfer for the calendar year following such computation date. Under these circumstances the employer will be assigned a mandated normal tax rate for the next three succeeding calendar years. In addition, the employer will be assigned a subsidiary tax, supplemental tax or a 0.75% re-employment service fund contribution applicable for each particular year.

Employers have the opportunity to make a voluntary contribution which would be included in the calculation of the future tax rate. If you are interested in making a voluntary contribution toward your future tax rate, please contact our office early next year to obtain further information.

We have adjusted your reports using the revised rate for the year 2007 based on total taxable wages of $24,577,130.00. Your account is now underpaid $122,885.67.

If your payment of the above underpayment is received no later than January 31, 2008, it will be included in the calculation of your 2009 tax rate. However, interest will be assessed from the original due date of the calendar quarter in which the wages were paid, to the actual date of payment at the rate of 1% per month. Your account is currently underpaid $130,234.81 which includes interest to the date of this letter. In addition, interest is accruing at the rate of $40.55 per day.

If your payment of the above underpayment is received no later than December 31, 2007, the appropriate portion will be credited to your employer's account for experience rating purposes for your 2008 tax rate calculation.

Please note additional amounts may be due on your account resulting from failure to file penalties.

When submitting payment, enter the amount of your remittance on the enclosed Employer Payment Transmittal, and forward your check and the transmittal to: NYS Unemployment Insurance, PO Box 4301, Binghamton, NY 13902-4301.

If you need any further clarification of your account, please call toll free at (888)899-8810.

Sincerely,

*signature*

Salvatore Capitummino
U.I. Accounts Examiner
Employer Account Adjustment Section
518 485-9268

Encl: NOTICE OF TAX RATE





**STATE OF NEW YORK**
**DEPARTMENT OF LABOR**
GOVERNOR W. AVERELL HARRIMAN
STATE OFFICE BUILDING CAMPUS
ALBANY, NEW YORK 12240

UNEMPLOYMENT INSURANCE DIVISION

October 30, 2007

GENERAL MOTORS CORPORATION
C/O GM BENEFITS &
SERVICES CENTER
PO BOX 5078
SOUTHFIELD MI  48086-5078

In reply refer to:
EA3    38-70134 1

Dear Employer:

THIS IS YOUR NOTICE OF TAX RATE EFFECTIVE 01/01/07 THROUGH 12/31/07,
WHICH SUPERSEDES ANY OTHER NOTICE AND THE RATE PRINTED ON FORM NYS-45.
THE SIZE OF FUND INDEX IS 0.5% BUT LESS THAN 1.0%

| EMPLOYER ACCOUNT BALANCE AS OF 12/31/2006 | ACCOUNT PERCENT | NORMAL CODE RATE | SUBSID. RATE | 2007* U.I. RATE | RE-EMPLOYMENT SERVICE FUND | 2007 TOTAL TAX RATE |
|---|---|---|---|---|---|---|
| $8,148,458.58NEG | 22.88% | E  8.5% | 0.925% | 9.425% | 0.075% | 9.5% |

*USE 2007 UI. RATE TO COMPUTE CONTRIBUTIONS DUE ON THE NYS-45 PART A, LINE 4:
  Due on - April 30, 2007, July 31, 2007, October 31, 2007, January 31, 2008
EXPLANATION OF THE CODE SHOWN ABOVE:
  E. All or part of your negative "Employer Account" was charged to
     the General Fund Account in 2003, 2004 or 2005.

EMPLOYER ACCOUNT
  An account is set up for each employer subject to the law. Generally taxes
paid are added to the account (except for subsidiary taxes which are added to
the General Account). Benefits paid to former employees are deducted from the
Employer's Account. The Employer's Account has no cash value. The Employer
Account is only a bookkeeping device used in determining the tax rate.
SUBSIDIARY TAX RATE
  Your 2007 subsidiary tax is determined by three factors, the General Fund
Account Balance, your individual experience rating account percentage and
your Unemployment Insurance experience.
RE-EMPLOYMENT SERVICE FUND
  All employers liable for unemployment taxes are required to contribute to
the Re-employment Service Fund each calendar quarter in the amount of 0.075%
of their quarterly taxable payroll. These contributions are not credited to
the employers account or to the General Account, and are not reportable for
Federal Unemployment Tax Act (FUTA) purposes. This Fund is used to provide
enhanced re-employment services to claimants and to ensure that claimants are
making reasonable efforts to find work.                                SJC

*46*

```
                    EXPERIENCE RATING LEDGER              October 30, 2007
     ERNO   E3870134     GENERAL MOTORS CORPORATION

                    2007              2006          2005          2004
OLD BAL        6,143,364.57CR

CONT           2,245,089.40

CHGS           4,250,183.41CR

A/C BAL        8,148,458.58CR

GAT            1,497,323.46          890.03           0             0

FINBAL         6,651,135.12CR

AVGW           35,602,245

80%AVGW

CYW            31,672,072

1PYW           32,742,145

2PYW           35,108,070

3PYW           38,238,415

4PYW           40,250,524

SLOUGH         SOO
ACCT%          22.88%                  %              %              %
ACCT%@80%                %              %              %              %
RE-EMPL FUND   0.075%               0.075%         0.075%         0.075%
SUB. TAX       0.925%                  %              %              %
NORMAL TAX     8.500%               00%            00%            00%
CODE/RATE      E 9.5%                  %              %              %

RATE YEAR                            2003          2002          2001
PRIOR GA TRANSFERS

PREDECESSOR  46-50710        SUCCESSOR  38-70134

EFFDATE 01 01 07   NOTIFDATE 09 11 07    SOURCE TT

ACTUAL SUBDATE 1 40    EXP RAT SUBDATE 1 40    PT%   .    %   SSA

IA94       IA94.3      IA92.44       SALVATORE CAPITUMMINO

IA92.43  ABA               NBA 3,230.00CR          LBA

REMARKS: ECIP 10/23/07
```

CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2010, I served the annexed Response to Debtors'

Thirty-Eighth Omnibus Objection to Claims upon the following persons:

Weil, Gotshal & Manges LLP
Attorneys for the Debtors
767 Fifth Avenue
New York, New York 10153
Attn: Harvey R. Miller, Esq.
   Stephen Karotkin, Esq.
   Joseph H. Smolinsky, Esq.

Debtors
c/o Motors Liquidation Company
500 Renaissance Center, Suite 1400
Detroit, Michigan 48243
Attn: Ted Stenger

General Motors, LLC
400 Renaissance Center
Detroit, Michigan 48265
Attn: Lawrence S. Buonomo, Esq.

Cadwalader, Wickersham & Taft LLP
Attorneys for the United States Department of Treasury
One World Financial Center
New York, New York 10281
Attn: John J. Rapisardi, Esq.

United States Department of Treasury
1500 Pennsylvania Avenue N.W., Room 2312
Washington, D.C. 20220
Attn: Joseph Samarias, Esq.

Vedder Price, P.C.
Attorneys for Export Development Canada
1633 Broadway, 47th Floor
New York, New York 10019
Attn: Michael J. Edelman, Esq.
   Michael L. Schein, Esq.

Kramer Levin Naftalis & Frankel LLP
Attorneys for Statutory Committee of Unsecured Creditors
1177 Avenue of the Americas
New York, New York 10036
Attn: Thomas Moers Mayer, Esq.
   Amy Caton, Esq.
   Lauren Macksoud, Esq.
   Jennifer Sharret, Esq.

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Diana G. Adams, Esq.

United States Attorney's Office
for the Southern District of New York
86 Chambers Street, Third Floor
New York, New York 10007
Attn: David S. Jones, Esq.
   Natalie Kuehler, Esq.

Caplin & Drysdale, Chartered
Attorneys for Official Committee of Unsecured Creditors
Holding Asbestos-Related Claims
375 Park Avenue, 35th Floor
New York, New York 10152-3500
Attn: Elihu Inselbuch, Esq.
   Rita C. Tobin, Esq.

Caplin & Drysdale, Chartered
Attorneys for Official Committee of Unsecured Creditors
Holding Asbestos-Related Claims
One Thomas Circle, N.W., Suite 1100
Washington, D.C. 20005
Attn: Trevor W. Swett III, Esq.
   Kevin C. Maclay, Esq.

Stutzman, Bromberg, Esserman & Pilka, A Professional Corporation
Attorneys for Dean M. Trafalet
In his Capacity as Legal Representative for Future Asbestos
Personal Injury Claimants
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Attn: Sander L. Esserman, Esq.
   Robert T. Brousseau, Esq.

by depositing a true and correct copy thereof, properly enclosed in a first-class postpaid wrapper, in a post office box regularly maintained by the Government of the United States at 120 BROADWAY NEW YORK, NY 10271 addressed to the addresses designated by them for that purpose.

                                              s/ Steven Koton
                                              Steven Koton