UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| MOTORS LIQUIDATION COMPANY, *et al.*, <br>     f/k/a General Motors Corp., *et al.*, | 09-50026 (REG) |
|                         Debtors. | (Jointly Administered) |

----------------------------------------------------------------X

NOTICE OF APPEARANCE AND
REQUEST FOR ALL DOCUMENTS

PLEASE TAKE NOTICE that ANDREW M. CUOMO, Attorney General of the State of New York, appears in the above-captioned case on behalf of the New York State Department of Labor.

PLEASE TAKE FURTHER NOTICE that demand is hereby made for a copy of all papers, documents and pleadings in this case to be served upon the undersigned at the address indicated below.

Dated: New York, New York
July 28, 2010

                                          Yours, etc.,

                                          ANDREW M. CUOMO
                                          Attorney General of the State of New York
                                          Attorney for New York State Department of Labor

                                          By:

                                          s/Steven Koton
                                          Steven Koton
                                          Assistant Attorney General
                                          120 Broadway, 26th Floor
                                          New York, New York 10271
                                          (212) 416-6141
                                          Email: steven.koton@ag.ny.gov

## CERTIFICATE OF SERVICE

STEVEN KOTON certifies under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

I am an Assistant Attorney General in the office of ANDREW M. CUOMO, Attorney General of the State of New York, attorney for the New York State Department of Labor. On July 28, 2010, I served the annexed Notice of Appearance upon

Weil, Gotshal & Manges LLP
Attorneys for the Debtors
767 Fifth Avenue
New York, New York 10153
Attn: Harvey R. Miller, Esq.
     Stephen Karotkin, Esq.
     Joseph H. Smolinsky, Esq.

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Diana G. Adams, Esq.

by depositing a true and correct copy thereof, properly enclosed in a post-paid wrapper, in the post-office box regularly maintained by the United States Postal Service at 120 Broadway, New York, New York 10271 directed to said persons at the addresses designated by them for that purpose.

                                                     s/ Steven Koton
                                                     Steven Koton