**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, f/k/a General Motors Corp., *et al.* | ) Case No. 09-50026 |
| Debtor. | ) (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Jil Mazer-Marino, hereby certify that on July 28, 2010, I caused a true copy of the *Notice of Adjournment of Shreveport Red River Utilities, LLC.'s Motion for Allowance and Payment of Post-Petition Claim and Motion to Enforce Adequate Assurance of Payment Agreement Pursuant to 11 U.S.C. § 366(c)* to be served by US postal mail upon the persons listed on the attached service list.

/s/ Jil Mazer-Marino
Jil Mazer-Marino

**SERVICE LIST**

| | |
|---|---|
| Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153<br>Attn:  Pablo Falabella, Esq. | Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153<br>Attn: Joseph H. Smolinsky, Esq. |

782188