**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

| | |
|---|---|
| In re:   **MOTORS LIQUIDATION COMPANY, et al.,** | Case No.: 09-50026 |
| **f/k/a General Motors Corp., et al.** | **Chapter 11** |
| **Debtor** | |

----------------------------------------------------------------x

| | |
|---|---|
| **BOYD BRYANT, on behalf of himself and all others similarly situated,** | Adversary Proceeding No.: 09-00508 |
| **Plaintiff** | |
| v. | |
| **MOTORS LIQUIDATION COMPANY, et al., f/k/a General Motors Corp., et al.** | |
| **Defendant** | |

----------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, John William Arnold, request admission, ***pro hac vice***, before the Honorable Robert E. Gerber, to represent Boyd Bryant, on behalf of himself and all others similarly situated, Plaintiffs, in that certain cause of action styled *Boyd Bryant, on Behalf Of Himself And All Others Similarly Situated vs General Motors Corporation, d/b/a Chevrolet, GMA, Cadillac, Buick and Oldsmobile*, and numbered CV-2005-51-2 in the Circuit Court of Miller County, Arkansas, in the above-referenced case.

*I certify that I am a member in good standing* of the bar in the State of Texas and, if applicable, the bar of the U.S. District Court for the Northern District of Texas.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: July 28, 2010

                                              Respectfully submitted:

By:    /s/ John William Arnold

        John William Arnold

        Bailey/Crowe & Kugler, L.L.P.

        901 Main Street, Suite 6550

        Dallas, TX  75202

        *E-mail address*: jarnold@bcklaw.com

        *Telephone number*: (214) 231-0555