UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | |
|---|---|
| In re: MOTORS LIQUIDATION COMPANY, et al., | Case No.: 09-50026 |
| f/k/a General Motors Corp., et al. | Chapter 11 |
| Debtor | |

---------------------------------------------------------------x

| | |
|---|---|
| BOYD BRYANT, on behalf of himself and all others similarly situated, | Adversary Proceeding No.: 09-00508 |
| Plaintiff | |
| v. | |
| MOTORS LIQUIDATION COMPANY, et al., f/k/a General Motors Corp., et al. | |
| Defendant | |

---------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of John William Arnold, to be admitted, ***pro hac vice***, to represent Boyd Bryant to represent Boyd Bryant, on behalf of himself and all others similarly situated, a creditor in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas and, and, if applicable, the bar of the U.S. District Court for the Northern District of Texas, it is hereby

**ORDERED**, that John William Arnold, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York          /s/ _____
                                              UNITED STATES BANKRUPTCY JUDGE

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE* **– PAGE 1**

Respectfully submitted:

By:    /s/ John William Arnold

John William Arnold

Bailey/Crowe & Kugler, L.L.P.

901 Main Street, Suite 6550

Dallas, TX  75202

*E-mail address*: jarnold@bcklaw.com

*Telephone number*: (214) 231-0555

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE* **– PAGE 2**