Sean F. Rommel
Texas Bar No. 24011612
srommel@wylyrommel.com
James C. Wyly
Texas Bar No. 22100050
jwyly@wylyrommel.com
WYLY-ROMMEL, PLLC
2311 Moores Lane
Texarkana, Texas  75503
Telephone:  (903) 334-8646
Facsimile:  (903) 334-8645

COUNSEL FOR BOYD BRYANT, ON BEHALF OF HIMSELF
AND ALL OTHERS SIMILARLY SITUATED

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re** § <br> § <br> **MOTORS LIQUIDATION COMPANY, et al.** § <br> **f/k/a General Motors Corp., et al.,** § <br> § <br>     **Debtors.** § <br> § <br> **BOYD BRYANT, on behalf of himself and** § <br> **all others similarly situated,** § <br> § <br>     **Plaintiffs.** § <br> § <br> **MOTORS LIQUIDATION COMPANY, et al.,** § <br> **f/k/a General Motors Corp., et al.,** § <br> § <br>     **Defendants.** § | **Chapter 11** <br> **Case No. 09-50026 (REG)** <br><br> **(Jointly Administered)** <br><br> **Adversary No. 09-00508 (REG)** |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Sean F. Rommel, request admission, ***pro hac vice***, before the Honorable Robert E. Gerber, to represent Boyd Bryant, on behalf of himself and all others similarly situated, Plaintiffs, in that certain cause of action styled *Boyd Bryant, on Behalf Of Himself And All Others Similarly Situated vs General Motors Corporation, d/b/a Chevrolet, GMA, Cadillac,*

*Buick and Oldsmobile*, and numbered CV-2005-51-2 in the Circuit Court of Miller County, Arkansas, in the above-referenced case.

I certify that I am a member in good standing of the bar in the State of Texas and, if applicable, the bar of the United State District Court for the Eastern District of Texas.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: July 28, 2009

                Respectfully submitted,

                By:    /s/ Sean F. Rommel
                          SEAN F. ROMMEL
                          Texas Bar No. 24011612
                          srommel@wylyrommel.com
                          JIM WYLY
                          Texas Bar No. 22100050
                          jwyly@wylyrommel.com
                          WYLY-ROMMEL, PLLC
                          2311 Moores Lane
                          Texarkana, Texas 75503
                          Telephone: (903) 334-8646
                          Facsimile: (903) 334-8645

                          COUNSEL FOR BOYD BRYANT, ON BEHALF
                          OF HIMSELF AND ALL OTHERS SIMILARLY
                          SITUATED