James C. Wyly
Texas Bar No. 22100050
jwyly@wylyrommel.com
Sean F. Rommel
Texas Bar No. 24011612
srommel@wylyrommel.com
WYLY-ROMMEL, PLLC
2311 Moores Lane
Texarkana, Texas 75503
Telephone: (903) 334-8646
Facsimile: (903) 334-8645

COUNSEL FOR BOYD BRYANT, ON BEHALF OF HIMSELF
AND ALL OTHERS SIMILARLY SITUATED

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **In re** § | | |
| § | | |
| **MOTORS LIQUIDATION COMPANY, et al.** § | | |
| **f/k/a General Motors Corp., et al.,** § | | |
| § | **Chapter 11** | |
| Debtors. § | **Case No. 09-50026 (REG)** | |
| § | | |
| **BOYD BRYANT, on behalf of himself and** § | **(Jointly Administered)** | |
| **all others similarly situated,** § | | |
| § | **Adversary No. 09-00508 (REG)** | |
| Plaintiffs. § | | |
| § | | |
| **MOTORS LIQUIDATION COMPANY, et al.,** § | | |
| **f/k/a General Motors Corp., et al.,** § | | |
| § | | |
| Defendants. § | | |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, James C. Wyly, request admission, ***pro hac vice***, before the Honorable Robert E. Gerber, to represent Boyd Bryant, on behalf of himself and all others similarly situated, Plaintiffs, in that certain cause of action styled *Boyd Bryant, on Behalf Of Himself And All Others Similarly Situated vs General Motors Corporation, d/b/a Chevrolet, GMA, Cadillac,*

MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*                                            PAGE 1

*Buick and Oldsmobile*, and numbered CV-2005-51-2 in the Circuit Court of Miller County, Arkansas, in the above-referenced case.

I certify that I am a member in good standing of the bar in the State of Texas and, if applicable, the bar of the United State District Court for the Eastern District of Texas.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: July 28, 2009

                                Respectfully submitted,

By:    /s/ James C. Wyly
         JAMES C. WYLY
         Texas Bar No. 22100050
         jwyly@wylyrommel.com
         SEAN F. ROMMEL
         Texas Bar No. 24011612
         srommel@wylyrommel.com
         WYLY-ROMMEL, PLLC
         2311 Moores Lane
         Texarkana, Texas 75503
         Telephone: (903) 334-8646
         Facsimile: (903) 334-8645

         COUNSEL FOR BOYD BRYANT, ON BEHALF
         OF HIMSELF AND ALL OTHERS SIMILARLY
         SITUATED