## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **In re** | § | |
| | § | |
| **MOTORS LIQUIDATION COMPANY, et al.** | § | |
| **f/k/a General Motors Corp., et al.,** | § | |
| | § | **Chapter 11** |
| Debtors. | § | **Case No. 09-50026 (REG)** |
| | § | |
| **BOYD BRYANT, on behalf of himself and** | § | **(Jointly Administered)** |
| **all others similarly situated,** | § | |
| | § | **Adversary No. 09-00508 (REG)** |
| Plaintiffs. | § | |
| | § | |
| **MOTORS LIQUIDATION COMPANY, et al.,** | § | |
| **f/k/a General Motors Corp., et al.,** | § | |
| | § | |
| Defendants. | | |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the Motion for Admission to Practice, to be admitted, *pro hac vice,* to represent Boyd Bryant, on behalf of himself and all others similarly situated, a creditor in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas and, if applicable, the bar of the U.S. District Court for the Eastern District of Texas, it is hereby

**ORDERED,** that James C. Wyly, Esq., is admitted to practice, *pro hac vice,* in the above-referenced case to represent Boyd Bryant, on behalf of himself and all others similarly situated, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
_____, New York          /s/_____
                              UNITED STATES BANKRUPTCY JUDGE

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*                                    **PAGE** 1

                Respectfully submitted,

By:   /s/ James C. Wyly
       JAMES C. WYLY
       Texas Bar No. 22100050
       jwyly@wylyrommel.com
       SEAN F. ROMMEL
       Texas Bar No. 24011612
       srommel@wylyrommel.com
       WYLY-ROMMEL, PLLC
       2311 Moores Lane
       Texarkana, Texas  75503
       Telephone:  (903) 334-8646
       Facsimile:  (903) 334-8645

       COUNSEL FOR BOYD BRYANT, ON BEHALF
       OF HIMSELF AND ALL OTHERS SIMILARLY
       SITUATED