**NEW Hearing Date and Time: August 9, 2010 at 10:30 a.m. (Eastern Time)**
**NEW Objection Deadline: August 2, 2010 at 8:00 p.m. (Eastern Time)**
**NEW Reply Deadline: August 5, 2010 at 12:00 p.m. (Eastern Time)**

KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York  10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
Thomas Moers Mayer
Philip Bentley
David Blabey, Jr.

*Counsel for the Official Committee*
*of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                         :
In re:                                                   :    Chapter 11 Case No.:
                                                         :
MOTORS LIQUIDATION COMPANY., et al.,                     :    09-50026 (REG)
f/k/a General Motors Corp., et al.                       :
                                                         :
                    Debtors.                             :    (Jointly Administered)
                                                         :
-------------------------------------------------------- X

**NOTICE OF ADJOURNMENT OF MOTION OF THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS OF MOTORS LIQUIDATION COMPANY FOR
AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 DIRECTING
PRODUCTION OF DOCUMENTS BY (I) THE CLAIMS PROCESSING
FACILITIES FOR CERTAIN TRUSTS CREATED PURSUANT TO
BANKRUPTCY CODE SECTION 524(g) AND
(II) GENERAL MOTORS LLC AND THE DEBTORS**

PLEASE TAKE NOTICE THAT

The hearing on the Motion of the Official Committee of Unsecured Creditors of Motors Liquidation Company for an Order Pursuant to Bankruptcy Rule 2004 Directing Production of Documents by (I) the Claims Processing Facilities for Certain Trusts Created Pursuant to Bankruptcy Code Section 524(g) and (II) General Motors LLC and the Debtors [Docket No. 6383] (the "**Motion**"), which was originally scheduled to occur before the

Honorable Robert E. Gerber, United States Bankruptcy Judge, One Bowling Green, Room 621, New York, New York 10004, on August 6, 2010 at 9:45 a.m. (Eastern Time), has been adjourned to **August 9, 2010 at 10:30 a.m. (Eastern Time)** (the "**Hearing**").  The new objection deadline shall be **August 2, 2010 at 8:00 p.m. (Eastern Time)**.  Objections should be filed and served so as actually to be received by the objection deadline.  The new reply deadline shall be **August 5, 2010 at 12:00 p.m. (Eastern Time)**.  The Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: New York, New York
       July 29, 2010

                    KRAMER LEVIN NAFTALIS & FRANKEL LLP

                    By:  Philip Bentley
                    Thomas Moers Mayer
                    Philip Bentley
                    David Blabey, Jr.
                    1177 Avenue of the Americas
                    New York, New York 10036
                    Phone: (212) 715-9100
                    Fax: (212) 715-8000

                    Counsel for the Official Committee
                    of Unsecured Creditors of Motors Liquidation
                    Company , et al.

KL2 2660892.1