NEW HEARING DATE/TIME: September 24, 2010 at 9:45 a.m. (Eastern Time)
NEW OBJECTION DEADLINE: September 17, 2010 at 4:00 p.m. (Eastern Time)

KLESTADT & WINTERS, LLP
John E. Jureller
Samir P. Gebrael
292 Madison Avenue, 17th Floor
New York, New York 10017-6314
(212) 972-3000

- and -

MEYER AND WILLIAMS,
ATTORNEYS AT LAW, P.C.
P. Richard Meyer
Robert N. Williams
350 E. Broadway
P.O. Box 2608
(307) 733-8300

*Co-counsel to Julie and David Brittingham*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                                 :
**In re**                                       :    Chapter 11 Case No.
                                                                 :
**MOTORS LIQUIDATION COMPANY,** *et al.*,        :    09-50026 (REG)
    f/k/a General Motors Corp., *et al.*         :
                                                                 :
                    Debtors.                     :    (Jointly Administered)
                                                                 :
-----------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON JULIE AND DAVID
BRITTINGHAM'S APPLICATION FOR AN ORDER PURSUANT TO RULE
2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
AUTHORIZING AND DIRECTING (A) THE PRODUCTION OF
DOCUMENTS AND (B) THE ORAL EXAMINATION OF INDIVIDUALS
DESIGNATED BY THE DEBTORS AND BELIEVED TO HAVE
<u>KNOWLEDGE OF THE RELEVANT MATTERS</u>**

PLEASE TAKE NOTICE THAT

The hearing on the Application of Julie and David Brittingham for an

Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing

and Directing (A) The Production of Documents and (B) the Oral Examination of Individuals Designated by the Debtors and Believed to Have Knowledge of the Relevant Matters [Docket No. 3665] (the "**Motion**"), which was originally scheduled to occur before the Honorable Robert E. Gerber, United States Bankruptcy Judge, One Bowling Green, Room 621, New York, New York 10004, on August 6, 2010 at 9:45 a.m. (Eastern Time), has been adjourned to **September 24, 2010 at 9:45 a.m. (Eastern Time)** (the "**Hearing**").  The new objection deadline shall be **September 17, 2010 at 4:00 p.m. (Eastern Time)**.  The Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:  New York, New York
       July 29, 2010

                         KLESTADT & WINTERS, LLP
                         By: /s/ *Samir P. Gebrael*
                             John E. Jureller
                             Samir P. Gebrael
                         292 Madison Avenue, 17th Floor
                         New York, New York 10017-6314
                         (212) 972-3000

                         -   and   -

                         MEYER AND WILLIAMS,
                         ATTORNEYS AT LAW, P.C.
                         P. Richard Meyer
                         Robert N. Williams
                         350 E. Broadway
                         P.O. Box 2608
                         (307) 733-8300

                         *Co-counsel to Julie and David Brittingham*