# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| | |
|---|---|
| A. NAME & PHONE OF CONTACT AT FILER [optional]<br>Andrew Kuhlmann    6182541127 | *DELAWARE DEPARTMENT OF STATE*<br>*U.C.C. FILING SECTION*<br>*FILED 05:20 PM 05/27/2009*<br>*INITIAL FILING # 2009 1672895*<br><br>*SRV: 090537251* |

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
LAKINCHAPMAN, LLC

300 EVANS AVE.




WOOD RIVER IL 62095
```

---

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| GENERAL MOTORS CORPORATION | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1209 ORANGE STREET | WILMINGTON | DE | 19801 | US |
| | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | | |
| | CORPORATION | DE | | |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |
| | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | | |
| | | | | |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| LAKINCHAPMAN, LLC | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 300 EVANS AVE | WOOD RIVER | IL | 62095 | US |

**4. This FINANCING STATEMENT covers the following collateral:**

All assets of Debtor.

---

| | | |
|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL<br>ESTATE RECORDS.    Attach Addendum    [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s)<br>[ADDITIONAL FEE]    [optional] | ☐ All Debtors  ☐ Debtor 1  ☐ Debtor 2 |

8. OPTIONAL FILER REFERENCE DATA

07-0158

**Exhibit 1**

# UCC FINANCING STATEMENT ADDENDUM - sec'd parties
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

| | 9a. ORGANIZATION'S NAME |
|---|---|
| OR | GENERAL MOTORS CORPORATION |
| | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

---

12. [X] ADDITIONAL SECURED PARTY'S  or  [ ] ASSIGNOR S/P'S   NAME - insert only one name (12a or 12b)

| 12a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| EVANS | VALERIE | | |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1349 COLUMBUS | ST. LOUIS | MO | 63138 | US |

---

12. [X] ADDITIONAL SECURED PARTY'S  or  [ ] ASSIGNOR S/P'S   NAME - insert only one name (12a or 12b)

| 12a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| OZARWORSKI | STANLEY | | |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1106 HILLCREST AVE | FOX RIVER GROVE | IL | 60021 | US |

---

12. [X] ADDITIONAL SECURED PARTY'S  or  [ ] ASSIGNOR S/P'S   NAME - insert only one name (12a or 12b)

| 12a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| BROWN | NICHOLE | | |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 6551 ROAD 44 | BAYARD | NE | 69334 | US |

---

12. [X] ADDITIONAL SECURED PARTY'S  or  [ ] ASSIGNOR S/P'S   NAME - insert only one name (12a or 12b)

| 12a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| CASTILLO | KELLY | | |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 18660 TURTLE LANE | MEADOW VISTA | CA | 95722 | US |

---

12. [X] ADDITIONAL SECURED PARTY'S  or  [ ] ASSIGNOR S/P'S   NAME - insert only one name (12a or 12b)

| 12a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| SANTI | DONNA | | |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1157 IRONWOOD CT. APT. 203 | RODCHESTER | MI | 48307 | US |

---

12. [X] ADDITIONAL SECURED PARTY'S  or  [ ] ASSIGNOR S/P'S   NAME - insert only one name (12a or 12b)

| 12a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| DIGIANDOMENICO | BRENDA | | |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 5211 LEWISETTA RD. | LOTTSBURG | VA | 22511 | US |

---

12. [X] ADDITIONAL SECURED PARTY'S  or  [ ] ASSIGNOR S/P'S   NAME - insert only one name (12a or 12b)

| 12a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| ALLEN | BARBARA | | |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 7112 SOUTH 228TH EAST AVE. | BROKEN ARROW | OK | 74014 | US |

**Exhibit 1**

# UCC FINANCING STATEMENT ADDENDUM - sec'd parties

Pg 3 of 3

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT | | |
|---|---|---|
| 9a. ORGANIZATION'S NAME | | |
| GENERAL MOTORS CORPORATION | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
| | | |

OR

| 12. [X] ADDITIONAL SECURED PARTY'S  or  [ ] ASSIGNOR S/P'S   NAME - insert only one name (12a or 12b) | | | | |
|---|---|---|---|---|
| 12a. ORGANIZATION'S NAME | | | | |
| CERTIFIED CLASS- CASE NO. 2-07-CV-02142 WBS-GGH, UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA | | | | |
| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| | | | | |
| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 300 EVANS AVE. | WOOD RIVER | IL | 62095 | US |

OR

**Exhibit 1**