Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------------x | : | |
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | : | **09-50026 (REG)** |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |
| ------------------------------------------------------------x | | |

**QUARTERLY REPORT OF CLAIMS SETTLED BY THE DEBTORS PURSUANT
TO ORDER ESTABLISHING PROCEDURES FOR SETTLING CERTAIN
CLAIMS DURING THE FISCAL QUARTER ENDING JUNE 30, 2010**

**PLEASE TAKE NOTICE THAT** on October 6, 2009, the Court entered the Order Pursuant to Section 105(a) of title 11, United States Code and Rules 3007 and 9019(b) of the Federal Rules of Bankruptcy Procedure Authorizing the Debtors to (i) File Omnibus Claim Objections and (ii) Establish Procedures for Settling Certain Claims [Docket No. 4180] (the "**Settlement Procedures Order**").[1] The Settlement Procedures Order authorized the Debtors to implement procedures to settle certain claims absent Court approval.

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in Settlement Procedures Order.

US_ACTIVE:\43448603\01\72240.0639

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to the Settlement Procedures Order, on or before the 30th day after the commencement of each fiscal quarter, the Debtors are required to file a quarterly report of all settlements of claims into which the Debtors entered during the previous quarter pursuant to the Settlement Procedures Order, but are not required to report settlements if they were the subject of a separate motion pursuant to Bankruptcy Rule 9019.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors hereby report that, during the fiscal quarter ending June 30, 2010, the Debtors entered into the settlements of claims pursuant to the Settlement Procedures Order as set forth on **Exhibit "A"** annexed hereto.

Dated: New York, New York
July 29, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**Exhibit A**

| | Date of Settlement | Claimant(s) | Type of Claim | Settlement Amount/Terms of Settlement | Proof of Claim No(s). |
|---|---|---|---|---|---|
| 1 | May 13, 2010 | PEREIRA, FRANK W | Unsecured claim relating to product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $5,000,000 | 43321 |
| 2 | May 13, 2010 | BROCK, ADAM CHARLES AND BRENDA | Unsecured claim relating to product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $300,000 | 11954[*]<br>12732 |
| 3 | May 13, 2010 | COPELAND, HOLLY | Unsecured claim relating to product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $2,500,000 | 23823[*]<br>23824<br>23825<br>23827<br>23828<br>23829<br>23830<br>23831<br>23832<br>23833 |
| 4 | May 17, 2010 | GUTIERREZ, VALDIVIA CHANTAL JANET (HERRERA) | Unsecured claim relating to product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $2,060,000, $0.00, $280,000, and $1,260,000 for proofs of claim 58930, 59654, 59655, and 59658, respectively | 58930<br>59654<br>59655<br>59658 |
| 5 | May 20, 2010 | ROBERTS, MAZIE – INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF ESTATE OF JOHN ROBERTS, SR | Unsecured claim relating to product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $1,500,000 | 48380 |
| 6 | May 20, 2010 | MCGUIRE, JAMES | Unsecured claim relating to product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $210,000 | 6118 |

---

[*] The allowed amount referenced in the column titled "Settlement Amount/Terms of Settlement" applies to this proof of claim. The other proofs of claim relating to this settlement have an allowed amount of $0.00.

US_ACTIVE:\43448603\01\72240.0639

| | | | | | |
|---|---|---|---|---|---|
| 7 | May 20, 2010 | COOK, TERRY ROY | Unsecured claim relating to product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $50,000 | 1428 |
| 8 | May 20, 2010 | SECRIST, CASEY RAY | Unsecured claim relating to product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $2,750,000 | 619 |
| 9 | June 2, 2010 | CHACON, DAVID AND BERNADETTE | Unsecured claim relating to product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $500,000 | 22431 |
| 10 | June 2, 2010 | ANDERSON, JESSE J. JR. | Unsecured claim relating to product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $449,309 | 58631 |
| 11 | June 2, 2010 | ARTHUR, ALICIA | Unsecured claim relating to product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $600,000 | 2356 |
| 12 | June 2, 2010 | STONE, JEFFREY | Unsecured claim relating to product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $50,000 | 23524[*]<br>23525 |
| 13 | June 2, 2010 | HORTON, CHERRAL AND JACK, ELOISE | Unsecured claim relating to product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $375,000 and $375,000 for proofs of claim 60013 and 60014, respectively | 60014<br>60013 |
| 14 | June 2, 2010 | LODINI, FREDERICK J | Unsecured claim relating to product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $925,000 | 17864*<br>17865<br>17899 |
| 15 | June 9, 2010 | BERLINGIERI, JOSEPH | Unsecured claim relating to product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $150,000 | 441 |
| 16 | June 9, 2010 | DEUTSCH, BEVERLY | Unsecured claim relating to product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $750,000 | 11792 |

---

[*] The allowed amount referenced in the column titled "Settlement Amount/Terms of Settlement" applies to this proof of claim. The other proofs of claim relating to this settlement have an allowed amount of $0.00.

| | | | | | |
|---|---|---|---|---|---|
| 17 | June 21, 2010 | RAY, JEAN | Unsecured claim relating to product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $500,000 | 23295 |
| 18 | June 21, 2010 | WALDERSEN, BRIAN | Unsecured claim relating to product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $1,000,000 | 681 |
| 19 | June 21, 2010 | DUNN, AMBER | Unsecured claim relating to product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $2,250,000 | 5470[*]<br>5512 |
| 20 | June 23, 2010 | AGOSTO, EDWIN | Unsecured claim relating to product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $3,000,000 | 65861 |
| 21 | May 25, 2010 | SUNTRUST EQUIPMENT FINANCE & LEASING CORPORATION | Unsecured claim related to rejected aircraft leases | Claimant to receive an allowed general unsecured claim in the amount of $28,969,978.45 | 11065 |

---

[*] The allowed amount referenced in the column titled "Settlement Amount/Terms of Settlement" applies to this proof of claim. The other proofs of claim relating to this settlement have an allowed amount of $0.00.