**EXHIBIT A**

**Avdel**® An Acument™ Global Technologies Company

|  | Remit to:<br>Avdel USA LLC<br>24011 Network Place<br>Chicago, IL 60673-1240 | **INVOICE** 3662  8/05/08 |
|---|---|---|
|  |  | Packing Slip   see below (1/2) |

Bill to:
GM North America Operation BOC
Automotive
P.O.B. 2000
Flint MI 48501-2000
UNITED STATES

| Contract: | 14W9000R |
|---|---|
| PuOrdNo.: | see below (3) |
| Date....: | see below (4) |
| SupplNo.: | 140323879 |
| CstmrNo.: | 38230000 |
| Ord. by.: |  |
| Customer: |  |
| Our ref.: | Carrie Isaac |
| Shipper.: | RDCM CEVA FOR GM ONLY |
| T.o.Dly.: | COLLECT FOB ORIGIN |
| Weight..: | 24 / 24 |

Ship to.:
GMVM Orion Asm   (19017)
19017
4555 Giddings Rd
Lake Orion MI 48359
UNITED STATES

EDI SA...: 190        17

| Po | Part no. | Description | Qty. | Price | Total |
|---|---|---|---|---|---|
| 1 | (3) 14W9000R<br>(1) 3662<br>**09442974**<br>01610-11525<br><br>Container....:<br>Batch number | (4) 11/22/09<br>(2) 8/05/08<br><br>AVEX® RIV 3/16 LP AL<br>01691-00613-05<br>1/CTN 9X5 0000CART<br>164491 | 4,000  ea<br>by<br>4000  ea | 43.99<br>1000 | 175.96 |

|  |  |  | Amount due | USD | 175.96 |

Terms of dly.:     COLLECT FOB ORIGIN            / INCOTERM.....: FOBORI
Payment terms:   Net 30 Days
Due by.......:        9/04/08
Value date...:      8/05/08

Avdel® USA LLC,   614 NC HWY 200 SOUTH,   STANFIELD, NC 28163   Phone: (704) - 888 - 3583     FAX: (704) - 888 - 7111

## Avdel® An Acument Global Technologies Company

|  | Remit to:<br>Avdel USA LLC<br>24011 Network Place<br>Chicago, IL 60673-1240 | **INVOICE** 1179  3/11/08 |
|---|---|---|
|  |  | **Packing Slip**  see below (1/2) |

| Bill to:<br>GM North America Operation BOC<br>Automotive<br>P.O.B. 2000<br>Flint MI 48501-2000<br>UNITED STATES | Contract:  14W90019<br>PuOrdNo.:  see below (3)<br>Date....:  see below (4)<br><br>SupplNo.:  140323879<br>CstmrNo.:  38230000<br>Ord. by.:<br>Customer:<br>Our ref.:  Carrie Isaac |
|---|---|
| Ship to.:<br>GMVM Hamtrack Asm 19019<br>Automotive<br>19019<br>2500 E. General Motors Blvd<br>Detroit MI 48202<br>UNITED STATES | Shipper.:  RDCM CEVA FOR GM ONLY<br>T.o.Dly.:  COLLECT FOB ORIGIN<br>Weight..:  38 /  38 |

EDI SA...: 190          19

| Po | Part no. | Description | Qty. | Price | Total |
|---|---|---|---|---|---|
| 1 | (3) 14W90019<br>(1) 1179<br>**11609731**<br>01610-11510<br><br>Container....:<br>Batch number | (4) 11/22/09<br>(2) 3/11/08<br><br>STAVEX® RIV 1/4 PR ST<br>01610-04844-F12<br>1/CTN 9X5 0000CART<br>133783 | 2,000 ea<br><br><br><br>2000 ea<br>by | 62.92<br>1000 | 125.84 |
|  |  |  | **Amount due** | **USD** | **125.84** |

Terms of dly.:    COLLECT FOB ORIGIN         / INCOTERM.....: FOBORI
Payment terms:  Net 30 Days
Due by.......:   4/10/08
Value date...:   3/11/08

Avdel® USA LLC,  614 NC HWY 200 SOUTH,  STANFIELD, NC 28163   Phone: (704) - 888 - 3583    FAX: (704) - 888 - 7111

## Avdel® An Acument Global Technologies Company

|  | Remit to:<br>Avdel USA LLC<br>24011 Network Place<br>Chicago, IL 60673-1240 | INVOICE        3272   7/18/08<br><br>Packing Slip        see below (1/2) |
|---|---|---|
| Bill to:<br>General Motors<br>North American Operation T&B<br>P.O.B. 2000<br>Flint MI 48501-2000<br>UNITED STATES | | Contract:      14W90019<br>PuOrdNo.:    see below (3)<br>Date....:       see below (4)<br><br>SupplNo.:     140323879<br>CstmrNo.:    38461000<br>Ord. by.:<br>Customer:<br>Our ref.:      Carrie Isaac |
| Ship to.:<br>GMVM Fort Wayne 48075<br>48075<br>12200 Lafayette Ctr Rd<br>Roanoke IN 46783<br>UNITED STATES | | Shipper.:     RDCM CEVA FOR GM ONLY<br>T.o.Dly.:      COLLECT FOB ORIGIN<br>Weight..:      38  /    38 |

EDI SA...: 480            75

| Po | Part no. | Description | Qty. | | Price | Total |
|---|---|---|---|---|---|---|
| 1 | (3) 14W90019<br>(1) 3272<br>**11609731**<br>01610-11510<br><br>Container....:<br>Batch number | (4) 11/22/09<br>(2) 7/18/08<br><br>STAVEX® RIV 1/4 PR ST<br>01610-04844-F12<br>1/CTN 9X5 0000CART<br>146803 | 2,000<br><br><br>2000 | ea<br>by<br><br>ea | 62.92<br>1000 | 125.84 |
|  |  |  |  |  | Amount due   USD     125.84 |  |
| Terms of dly.:     COLLECT FOB ORIGIN<br>Payment terms:  Net 30 Days<br>Due by.......:       8/17/08<br>Value date...:      7/18/08 |  | / INCOTERM.....: FOBORI |  |  |  |  |

Avdel® USA LLC,   614 NC HWY 200 SOUTH,   STANFIELD, NC 28163     Phone: (704) - 888 - 3583       FAX: (704) - 888 - 7111

## ⋈ Avdel® An Acument Global Technologies Company

|  | Remit to:<br>Avdel USA LLC<br>24011 Network Place<br>Chicago, IL 60673-1240 | **INVOICE** | 7460  4/29/09 |
|---|---|---|---|
|  |  | Packing Slip | see below (1/2) |

Bill to:
GM North America Operation CPC
Automotive
P.O.B. 2000
Flint MI 48501-2000
UNITED STATES

| Contract: | 08GF0004 |
|---|---|
| PuOrdNo.: | see below (3) |
| Date....: | see below (4) |
| SupplNo.: | 140323879 |
| CstmrNo.: | 38260000 |
| Ord. by.: |  |
| Customer: |  |
| Our ref.: | Carrie Isaac |
| Shipper.: | RDCM CEVA FOR GM ONLY |
| T.o.Dly.: | COLLECT FOB ORIGIN |
| Weight..: | 29 /   29 |

Ship to.:
GMVM Bowling Green 18016
Automotive
18016
600 Corvette Dr.
Bowling Green KY 42101
UNITED STATES

EDI SA...: 180          16

| Po | Part no. | Description | Qty. |  | Price | Total |
|---|---|---|---|---|---|---|
| 1 | (3) 08GF0004<br>(1) 7460<br>**11519023**<br>02210-10774<br>Container....:<br>Batch number | (4) 11/22/09<br>(2)  4/29/09<br><br>HEMLOK® STR 1/4 PR ST<br>02210-10774<br>1/CTN 9X5 0000CART<br>100486025 | 1,500<br><br>1500 | ea<br>by<br>ea | 120.00<br>1000 | 180.00 |
|  |  |  |  | Amount due | USD | 180.00 |

Terms of dly.:     COLLECT FOB ORIGIN              / INCOTERM......: FOBORI
Payment terms:   Net 30 Days
Due by.......:       5/29/09
Value date...:     4/29/09

Avdel® USA LLC,  614 NC HWY 200 SOUTH,  STANFIELD, NC 28163   Phone: (704) - 888 - 3583     FAX: (704) - 888 - 7111

## ⋈ Avdel® An Acument™ Global Technologies Company

|  | Remit to:<br>Avdel USA LLC<br>24011 Network Place<br>Chicago, IL 60673-1240 | **INVOICE** | 4732  9/26/08 |
|---|---|---|---|
|  |  | **Packing Slip** | see below (1/2) |

Bill to:
Saturn Auto Corporation/ GM
Cisco # 51609
P.O.B. 1500
Springhill TN 37174-1500
UNITED STATES

| Contract: | 14wd000d |
|---|---|
| PuOrdNo.: | see below (3) |
| Date....: | see below (4) |
| SupplNo.: | 140323879 |
| CstmrNo.: | 75750000 |
| Ord. by.: |  |
| Customer: |  |
| Our ref.: | Carrie Isaac |
| Shipper.: | FDXA FEDEX PRIORITY OVER |
| T.o.Dly.: | COLLECT FOB ORIGIN |
| Weight..: | 73 / 71 |

Ship to.:
GMVM Spring Hill Asm 22010
22010
100 Saturn Pkwy
Springhill TN 37174
UNITED STATES

EDI SA...: 220    10

| Po | Part no. | Description | Qty |  | Price |  | Total |
|---|---|---|---|---|---|---|---|
| 1 | (3) 092608<br>(1) 4732<br>**09442974**<br>01610-11525<br>Container....:<br>Batch number | (4) 9/26/08<br>(2) 9/26/08<br><br>AVEX® RIV 3/16 LP AL<br>01691-00613-05<br>3/CTN 9X5 CNT90<br>175203 | 12,000<br><br>4000 | ea<br>by<br><br>ea | 43.99<br>1000 |  | 527.88 |
|  |  |  |  |  | Amount due | USD | 527.88 |

Terms of dly.:    COLLECT FOB ORIGIN    / INCOTERM.....: FOBORI
Payment terms:    Net 30 Days
Due by.......:    10/26/08
Value date...:    9/26/08

# Avdel® An Acument Global Technologies Company

|  | Remit to:<br>Avdel USA LLC<br>24011 Network Place<br>Chicago, IL 60673-1240 | **INVOICE** 5030 10/14/08<br>**Packing Slip** see below (1/2) |
|---|---|---|
| **Bill to:**<br>Saturn Auto Corporation/ GM<br>Cisco # 51609<br>P.O.B. 1500<br>Springhill TN 37174-1500<br>UNITED STATES | | Contract: 14wd000d<br>PuOrdNo.: see below (3)<br>Date....: see below (4)<br><br>SupplNo.: 140323879<br>CstmrNo.: 75750000<br>Ord. by.:<br>Customer:<br>Our ref.: Carrie Isaac |
| **Ship to.:**<br>GMVM Spring Hill Asm 22010<br>22010<br>100 Saturn Pkwy<br>Springhill TN 37174<br>UNITED STATES | | Shipper.: FDXA FEDEX PRIORITY OVER<br>T.o.Dly.: COLLECT FOB ORIGIN<br>Weight..: 49 /  48 |

EDI SA...: 220          10

| Po | Part no. | Description | Qty. | | Price | Total |
|---|---|---|---|---|---|---|
| 1 | (3) 092608<br>(1) 5030<br>**09442974**<br>01610-11525<br><br>Container....:<br>Batch number | (4)  9/26/08<br>(2) 10/14/08<br><br>AVEX® RIV 3/16 LP AL<br>01691-00613-05<br>2/CTN 9X5 CNT90<br>180203 | 8,000<br><br><br>4000 | ea<br>by<br><br>ea | 43.99<br>1000 | 351.92 |
| | | | | | Amount due  USD | 351.92 |

Terms of dly.:   COLLECT FOB ORIGIN       / INCOTERM.....: FOBORI  
Payment terms:  Net 30 Days  
Due by.......:  11/13/08  
Value date...:  10/14/08

Avdel® USA LLC,  614 NC HWY 200 SOUTH,  STANFIELD, NC 28163     Phone: (704) - 888 - 3583      FAX: (704) - 888 - 7111

## ✖ Avdel® An Acument Global Technologies Company

Avdel® USA LLC
614 NC HWY 200 SOUTH
STANFIELD, NC 28163
USA

Remit to :
Avdel USA LLC
24011 Network Place
Chicago, IL 60673 - 1240

| | |
|---|---:|
| **INVOICE** | **2001963** |
| dated | 3/24/08 |
| Page | 1 |
| Our order number | 2703 |
| Customer no. | 38230000 |
| Your order dated | 3/20/08 |
| Your order no. | MIGUEL RIOS |
| | MIGUEL RIOS |

**GM North America Operation BOC**
**Automotive**
**P.O.B. 2000**
**Flint MI 48501-2000**
**UNITED STATES**

### Shipping address:

GMVM Lordstown Asm 19078
Automotive
2300 Hallock Young Rd
Warren OH 44481
UNITED STATES

| | |
|---|---|
| Supp.No./customer: | 140323879 |
| Terms of payment.: | Net 30 Days |
| Terms of delivery: | COLLECT FOB ORIGIN |
| Terms of shipment: | FDXG FED EX GROUND |

| Pos. | Part description | | Quantity | | Dly date |
|---|---|---|---|---|---|
| 1 | 60210-00010 | INTERLOCK® STR 1/4 PR ST SSPI-08-157Z26Z26 | 2000.00 each | | 3/24/08 1780 |
| | Ship from WH DC-Finished-Goods-Warehouse | | | | |
| | Price by 1000.00 each | | 101.81 USD | 203.62 USD | |
| | 1 CTN 9X5 Gr. weight.: 36.42 LBS Net weight: 35.92 LBS | | | | |

Order value total (net).:                                                       203.62 USD

Total....:                                                                      203.62 USD

Thank you for your order. We enjoy our continued
Partnership, and look forward to our mutual growth

Your Order was processed by

## ✕ Avdel® An Acument™ Global Technologies Company

Avdel® USA LLC
614 NC HWY 200 SOUTH
STANFIELD, NC 28163
USA

| | |
|---|---|
| **GMVM Lordstown Asm 19078**<br>**Automotive**<br>**2300 Hallock Young Rd**<br>**Warren OH 44481**<br>**UNITED STATES** | PACKING SLIP  1780<br>dated  3/24/08<br>Page  1<br>Customer no.  38230000<br>FAX No. |

COPY

### Ordering party address:

**GM North America Operation BOC**
**Automotive**

**Flint MI**
**UNITED STATES**

| | |
|---|---|
| Supp.No./customer: | 140323879 |
| Terms of delivery: | COLLECT FOB ORIGIN |
| Terms of shipment: | FDXG FED EX GROUND |
| | Delivery ex WH..: DC-Finished-Goods-Warehous |

### Pos. Part description     Quantity     Dly date

Our order number       2703  Your order no.   MIGUEL RIOS
Your order dated       3/20/08  Your reference MIGUEL RIOS

   1   60210-00010   INTERLOCK® STR 1/4 PR ST      2000.00 each        3/24/08
                     SSPI-08-157Z26Z26
       Batch number..:
       142648                 2000.00
       1 CARTON 9X5 Gr. weight.: 36.42 LBS Net weight: 35.92 LBS

       CUSTOMER PN 11561547 GENERIC LABEL OK
       NO ASN REQUIRED
       FED EX ACCOUNT NUMBER 1701-5559-9
       MARK SHPMT ATTN : MICHELE KEMPE / MATL DEPT

```
Invoice  :              Date    : 03/24/2008  Shipping :   0.00
Customer : 1780         Weight  : 35.0        Special  :   0.00
Phone #  :              COD     :       0.00  Handling :   0.00
Dept     :              DV      :       0.00  Total    :   0.00
               Svcs: GND BLL RCP
               TRCK: 035358260205229
```

**CERTIFICATION**       ATTENTION: PURCHASING DEPARTMENT                  Quality Assurance Manager
The material and/or parts we are furnishing in this shipment (as shown above) on the subject Purchase
Order conform to the order and applicable specifications. Evidence that the material and/or parts meet
the specifications and results of all tests for each lot affected will be in our files and will be available
for you inspection at any reasonable time.                                    *Myron Clark*
   Avdel® USA LLC,  614 NC HWY 200 SOUTH,  STANFIELD, NC 28163   Phone: (704) - 888 - 3583   FAX: (704) - 888 - 7111

**Avdel**® An Acument Global Technologies Company

|  |  |
|---|---|
| Remit to:<br>Avdel USA LLC<br>24011 Network Place<br>Chicago, IL 60673-1240 | **INVOICE**    7655  5/15/09<br><br>Packing Slip    see below (1/2) |

Bill to:
GM North America Operation CPC
Automotive
P.O.B. 2000
Flint MI 48501-2000
UNITED STATES

Contract:    08GF0004
PuOrdNo.:    see below (3)
Date....:    see below (4)

SupplNo.:    140323879
CstmrNo.:    38260000
Ord. by.:
Customer:
Our ref.:    Carrie Isaac

Ship to.:
GMVM Bowling Green 18016
Automotive
18016
600 Corvette Dr.
Bowling Green KY 42101
UNITED STATES

Shipper.:    RDCM CEVA FOR GM ONLY
T.o.Dly.:    COLLECT FOB ORIGIN
Weight..:    38 /   37

EDI SA...: 180            16

| Po | Part no. | Description | Qty. | | Price | Total |
|---|---|---|---|---|---|---|
| 1 | (3) 08GF0004<br>(1) 7655<br>**11519023**<br>02210-10774<br><br>Container....:<br>Batch number | (4) 11/22/09<br>(2) 5/15/09<br><br>HEMLOK® STR 1/4 PR ST<br>02210-10774<br>1/CTN 9X5 0000CART<br>100486025 | 1,500<br><br>1500 | ea<br>by<br>ea | 120.00<br>1000 | 180.00 |
| 2 | (3) 08GF0003<br>(1) 7655<br>**10407692**<br>60510-00005<br><br>Container....:<br>Batch number | (4) 11/22/09<br>(2) 5/15/09<br><br>MONOBOLT® STR 1/4 PR AL<br>BAPV-E08-10<br>1/CTN 9X5 0000CART<br>P360842006A | 1,000<br><br>1000 | ea<br>by<br>ea | 173.00<br>1000 | 173.00 |

Continued on page....: 2

**✕ Avdel®** An Acument™ Global Technologies Company

|  | Remit to:<br>Avdel USA LLC<br>24011 Network Place<br>Chicago, IL 60673-1240 | **INVOICE** | 7655  5/15/09 |
|---|---|---|---|
|  |  | **Packing Slip** | see below (1/2) |

Bill to:
GM North America Operation CPC
Automotive
P.O.B. 2000
Flint MI 48501-2000
UNITED STATES

Contract:    08GF0004
PuOrdNo.:    see below (3)
Date....:    see below (4)

SupplNo.:    140323879
CstmrNo.:    38260000
Ord. by.:
Customer:
Our ref.:    Carrie Isaac

Ship to.:
GMVM Bowling Green 18016
Automotive
18016
600 Corvette Dr.
Bowling Green KY 42101
UNITED STATES

Shipper.:    RDCM CEVA FOR GM ONLY
T.o.Dly.:    COLLECT FOB ORIGIN
Weight..:    38  /    37

EDI SA...: 180            16

| Po | Part no. | Description | Qty. | Price | Total |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

|  |  |  |  | **Amount due** | **USD**  353.00 |

Terms of dly.:    COLLECT FOB ORIGIN        / INCOTERM.....: FOBORI
Payment terms:   2nd Day, 2nd Month
Due by.......:   7/02/09
Value date...:   5/15/09

Avdel® USA LLC,  614 NC HWY 200 SOUTH,  STANFIELD, NC 28163    Phone: (704) - 888 - 3583    FAX: (704) - 888 - 7111

# ✖ Avdel® An Acument™ Global Technologies Company

Avdel® USA LLC
614 NC HWY 200 SOUTH
STANFIELD, NC 28163
USA

Remit to :
Avdel USA LLC
24011 Network Place
Chicago, IL 60673 - 1240

**GM North America Operation BOC
Automotive
P.O.B. 2000
Flint MI 48501-2000
UNITED STATES**

| | |
|---|---|
| INVOICE | 2006894 |
| dated | 8/08/08 |
| Page | 1 |
| Our order number | 5615 |
| Customer no. | 38230000 |
| Your order dated | 8/04/08 |
| Your order no. | N1ICN |
| N1ICN | |

## Shipping address:

GM POWERTRAIN MATERIAL CENTER
60 CORPORATE DR
AUBURN HILLS MI, 48326-2918

| | |
|---|---|
| Supp.No./customer: | 140323879 |
| Terms of payment.: | Net 30 Days |
| Terms of delivery: | COLLECT FOB ORIGIN |
| Terms of shipment: | Carrier not known |

| Pos. | Part description | Quantity | | Dly.date |
|---|---|---|---|---|
| 1 | 02961-00607   AVSEAL® PLG M6 NA AL
02961-00607
Ship from WH DC-Finished-Goods-Warehouse
Price by 1000.00 each | 1000.00 each

203.86  USD | 

203.86  USD | 8/08/08
6318 |

1 CTN > 9x5 Gr. weight.: 5.47 LBS Net weight: 5.46 LBS

Order value total (net).:                                    203.86 USD

Total....:                                                   203.86 USD

Thank you for your order. We enjoy our continued
Partnership, and look forward to our mutual growth

Your Order was processed by

---

Avdel® USA LLC,   614 NC HWY 200 SOUTH,   STANFIELD, NC 28163    Phone: (704) - 888 - 3583    FAX: (704) - 888 - 7111



Avdel® An Acument™ Global Technologies Company

Avdel® USA LLC
614 NC HWY 200 SOUTH
STANFIELD, NC 28163
USA

| | |
|---|---|
| GM POWERTRAIN MATERIAL CENTER<br>60 CORPORATE DR<br>AUBURN HILLS MI, 48326-2918 | PACKING SLIP       6318<br>dated                8/08/08<br>Page                      1<br>Customer no.  38230000<br>FAX No. |

COPY

### Ordering party address:

**GM North America Operation BOC
Automotive**

**Flint MI
UNITED STATES**

| | |
|---|---|
| Supp.No./customer: | 140323879 |
| Terms of delivery: | COLLECT FOB ORIGIN |
| Terms of shipment: | Carrier not known |
| | Delivery ex WH..: DC-Finished-Goods-Warehous |

### Pos. Part description                                Quantity             Dly.date

Our order number        5615  Your order no.    N1ICN
Your order dated        8/04/08  Your reference N1ICN

1   02961-00607   AVSEAL® PLG M6 NA AL       1000.00 each        8/07/08
                  02961-00607

Batch number..:
100473808              1000.00
1 CTN > 9x5 Gr. weight.: 5.47 LBS Net weight: 5.46 LBS

USE LABEL MATRIX FOR CUST PN 12602048
NO ASN NEEDED

```
                          Date : 08/08/2008   Shipping :   0.00
Invoice :                 Weight : 6.0        Special  :   0.00
Customer : 6318           COD :         0.00  Handling :   0.00
Phone # :                 DV :          0.00  Total    :   0.00
Dept :
                          Svcs: GND Collect
                          TRCK: 035358260235493
```

JG✓

CERTIFICATION       ATTENTION: PURCHASING DEPARTMENT                           Quality Assurance Manager
The material and/or parts we are furnishing in this shipment (as shown above) on the subject Purchase
Order conform to the order and applicable specifications. Evidence that the material and/or parts meet
the specifications and results of all tests for each lot affected will be in our files and will be available
for you inspection at any reasonable time.
                                                                                Myron Clark
Avdel® USA LLC,  614 NC HWY 200 SOUTH,  STANFIELD, NC 28163    Phone: (704) - 888 - 3583    FAX: (704) - 888 - 7111

# ⋈ Avdel® An Acument® Global Technologies Company

Avdel® USA LLC  
614 NC HWY 200 SOUTH  
STANFIELD, NC 28163  
USA

Remit to :  
Avdel USA LLC  
24011 Network Place  
Chicago, IL 60673 - 1240

**GM North America Operation BOC**  
**Automotive**  
**P.O.B. 2000**  
**Flint MI 48501-2000**  
**UNITED STATES**

| | |
|---|---|
| **INVOICE** | **2005609** |
| dated | 6/26/08 |
| Page | 1 |
| Our order number | 4903 |
| Customer no. | 38230000 |
| Your order dated | 6/26/08 |
| Your order no. | 14W9001K |
| 14W9001K | |

### Shipping address:

GM Wilmington--attn: Mike Wahl  
801 Boxwood Road    Body Shop  
Wilmington DE 19899  
Fed Ex acct. 1132-5306-1

| | |
|---|---|
| Supp.No./customer: | 140323879 |
| Terms of payment.: | Net 30 Days |
| Terms of delivery: | COLLECT FOB ORIGIN |
| Terms of shipment: | FDXA FEDEX STANDARD OVERNIGHT |

| Pos. | Part description | Quantity | | Dly date |
|---|---|---|---|---|
| 1 | 01610-11134    STAVEX® RIV 1/4 PR ST | 2000.00 | each | 6/26/08 |
| | 01610-11134 | | | 5104 |
| | Ship from WH DC-Finished-Goods-Warehouse | | | |
| | Price by 1000.00 each | 92.42 | USD | 184.84 USD |
| | CUSTOMER PART: 11561350 | | | |
| | 1 CTN 9X5 Gr. weight.: 36.72 LBS Net weight: 36.22 LBS | | | |

| | |
|---|---|
| Order value total (net).: | 184.84 USD |
| Total....: | 184.84 USD |

Thank you for your order. We enjoy our continued  
Partnership, and look forward to our mutual growth

Your Order was processed by

**✕ Avdel®** An Acument™ Global Technologies Company

Avdel® USA LLC
614 NC HWY 200 SOUTH
STANFIELD, NC 28163
USA

OK

| | |
|---|---|
| GM Wilmington--attn: Mike Wahl | PACKING SLIP    5104 |
| 801 Boxwood Road    Body Shop | dated    6/26/08 |
| Wilmington DE 19899 | Page    1 |
| Fed Ex acct. 1132-5306-1 | Customer no.    38230000 |
| | FAX No. |

### Ordering party address:

GM North America Operation BOC
Automotive

**Flint MI**
**UNITED STATES**

| | |
|---|---|
| Supp.No./customer: | 140323879 |
| Terms of delivery: | COLLECT FOB ORIGIN |
| Terms of shipment: | FDXA FEDEX STANDARD OVERNIGHT |
| | Delivery ex WH...: DC-Finished-Goods-Warehous |

### Pos. Part description                                      Quantity              Dly date

Our order number        4903   Your order no.    14W9001K
Your order dated       6/26/08  Your reference 14W9001K

1   01610-11134    STAVEX® RIV 1/4 PR ST        2000.00  each          6/26/08
                   01610-11134

        Batch number..:
        2765817                    2000.00
        1 CARTON 9X5 Gr. weight.: 36.72 LBS Net weight: 36.22 LBS

    CUSTOMER PART:  11561350

---

Invoice :           Date : 06/26/2008    Shipping :  0.00
Customer : 5104     Weight : 38.0        Special  :  0.00
Phone #  :          COD :        0.00    Handling :  0.00
Dept :              DV  :        0.00    Total    :  0.00

            Svcs: STANDARD OVERNIGHT
            TRCK: 9611 6630 9958

**CERTIFICATION**    ATTENTION: PURCHASING DEPARTMENT            Quality Assurance Manager
The material and/or parts we are furnishing in this shipment (as shown above) on the subject Purchase
Order conform to the order and applicable specifications. Evidence that the material and/or parts meet
the specifications and results of all tests for each lot affected will be in our files and will be available
for you inspection at any reasonable time.

Myron Clark

Avdel® USA LLC,  614 NC HWY 200 SOUTH,  STANFIELD, NC 28163   Phone: (704) - 888 - 3583    FAX: (704) - 888 - 7111