FOLEY & LARDNER LLP
Katherine R. Catanese (*admitted pro hac vice*)
Victor A. Vilaplana (*admitted pro hac vice*)
Matthew J. Riopelle (*admitted pro hac vice*)
402 West Broadway, Suite 2100
San Diego, CA 92101
Telephone: (619) 234-6655
Facsimile: (619) 234-3510

*Attorneys for Toyota Motor Corporation*

**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
In re:                                              :    Chapter 11
                                                    :
MOTORS LIQUIDATION COMPANY, *et al.*,   :    Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*    :
                                                    :    (Jointly Administered)
                                        Debtors    :
                                                    :
---------------------------------------------------------------X

**TOYOTA MOTOR CORPORATION'S NOTICE OF FILING OF AMENDED PROOF OF CLAIM AND NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NOS. 66241, 69722 AND 70208**

PLEASE TAKE NOTICE that pursuant to its agreement with Motors Liquidation Company (filed in General Motors Corp.) ("MLC"), Toyota Motor Corporation, by and through its undersigned counsel, has filed a proof of claim ("Amended Proof of Claim") to amend and supersede the following proofs of claim: Proof of Claim No. 66241 filed on November 30, 2009, Proof of Claim No. 69722 filed on December 21, 2009 and Proof of Claim No. 70208 filed on March 31, 2009 ("Original Proofs of Claim").

TMC is withdrawing the Original Proofs of Claim in reliance on its agreement with MLC that the Amended Proof of Claim will relate back to the date of the Original Proofs of Claim, as applicable. Moreover, MLC has agreed that it will not object to the timing of the Amended Proof of Claim, unless such objection relates to the timing of the filing of the Original Proofs of

SDCA_1662922.1

Claim.  Neither the Amended Proof of Claim nor anything contained herein shall be deemed to affect any other proofs of claim filed by TMC in MLC's bankruptcy case.

Dated: July 30, 2010               FOLEY & LARDNER LLP

*/s/* Katherine R. Catanese
Katherine R. Catanese (*admitted pro hac vice*)
Victor A. Vilaplana (*admitted pro hac vice*)
Matthew J. Riopelle (*admitted pro hac vice*)
402 West Broadway, Suite 2100
San Diego, CA 92101
Telephone: (619) 234-6655
Facsimile: (619) 234-3510

*Attorneys for Toyota Motor Corporation*