LeClairRyan, a Professional Corporation
830 Third Avenue, Fifth Floor
New York, New York 10022
(212) 430-8032
(212) 430-8062 Fax
Michael T. Conway, Esq.

*Counsel for Detroit Diesel Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, et al., f/k/a General Motors Corp., et al. | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

**JOINDER OF DETROIT DIESEL CORPORATION IN THE APPLICATION
OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS HOLDING
ASBESTOS-RELATED CLAIMS FOR AN ORDER PURSUANT TO BANKRUPTCY
RULE 2004 AUTHORIZING THE TAKING OF DOCUMENT DISCOVERY AND
DEPOSITION TESTIMONY FROM THE DEBTORS AND FROM GENERAL
MOTORS, LLC, ITS SUBSIDIARIES AND AFFILIATED COMPANIES**

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Detroit Diesel Corporation ("DD") hereby files this joinder (the "Joinder") in the Application of the Official Committee of Unsecured Creditors Holding Asbestos-Related Claims for an Order Pursuant to Bankruptcy Rule 2004 Authorizing the Taking of Document Discovery and Deposition Testimony from the Debtors and from General Motors, LLC, Its Subsidiaries and Affiliated Companies [Doc. No. 6382] (the "ACC's Rule 2004 Application") and in support of the Joinder, respectfully states as follows:

1. There are pending claims in various courts around the United States, or elsewhere, and the threat of additional cases being filed for years to come, wherein plaintiffs seek monetary

damages from DD for personal injuries and/or wrongful death for asbestos related disease(s) based on their exposure to asbestos containing components incorporated into products manufactured, sold and distributed by the Debtors' predecessors (the "Asbestos Cases").

2. In each of the Asbestos Cases, DD is sued for the sole reason that it was once a division of the Debtors and as a conduit for liability which, if it exists at all, would exist with the Debtors, not with DD which has not manufactured, sold, and/or distributed products with asbestos-containing components.

3. DD has filed a proof of claim in the above-captioned bankruptcy cases relating to amounts due from the Debtors in connection with contractual obligations to indemnify DD for losses incurred associated with the Asbestos Cases and other matters (the "Proof of Claim"). In order to properly address the Proof of Claim during the objection process, it will be necessary for DD to have access to the types of information sought by the ACC's Rule 2004 Application.

WHEREFORE, DD hereby joins in the ACC's Rule 2004 Application, but expressly reserves the right to seek further discovery from the Debtors and General Motors LLC f/k/a NGMCO, Inc. as it deems necessary.

Dated: July 30, 2010
New York, New York

LeCLAIR RYAN, a Professional Corporation

By: /s/ *Michael T. Conway*
    Michael T. Conway
830 Third Avenue, Fifth Floor
New York, New York 10022
Telephone: (212) 430-8032
Facsimile: (212) 430-8062

Counsel for Detroit Diesel Corporation

2