UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
                     ) ss: Hartford
COUNTY OF HARTFORD   )

Linda J. Miller, being duly sworn deposes and says:

1. That deponent is not a party to this action, is over 18 years of age and is employed by the law firm of Bingham McCutchen LLP with a place of business located at One State Street, Hartford, Connecticut 06103

2. That on the 29th day of July, 2010, I caused to be served a true copy of the *Limited Objection of Deutsche Bank AG to Motion of Debtors for Entry of an Order Approving Stipulation and Agreed Order Between the Debtors, Wilmington Trust Company, and Citibank, N.A., Solely in Its Capacity as Paying Agent, Regarding Proofs of Claim Nos. 47871, 47872, 65729, 65793, and 66723 [Doc. No. 6440]* via Federal Express upon those parties listed on the attached Exhibit A.

_____
Linda J. Miller

Sworn to before me this
30th day of July, 2010

_____
Notary Public, State of Connecticut
Commission Expires:

**CHARLOTTE VARNER**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES AUG. 31, 2011

A/73453174.1

## EXHIBIT A

Weil, Gotshal & Manges LLP
767 Fifth Avenue, New York, New York 10153
(Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq.,
 Joseph H. Smolinsky, Esq.)

The Debtors
c/o Motors Liquidation Company
500 Renaissance Center, Suite 1400
Detroit, Michigan 48243
(Attn: Ted Stenger)

General Motors, LLC
400 Renaissance Center
Detroit, Michigan 48265
(Attn: Lawrence S. Buonomo, Esq.)

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
(Attn: John J. Rapisardi, Esq.)

The United States Department of the Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C. 20220
(Attn: Joseph Samarias, Esq.)

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10019
(Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.)

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
(Attn: Thomas Moers Mayer, Esq., Amy Caton, Esq.,
 Lauren Macksoud, Esq., and Jennifer Sharret, Esq.)

The Office of the United States Trustee for
 the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
(Attn: Diana G. Adams, Esq.)

A/73453174.1

The U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street, Third Floor,
New York, New York 10007
(Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.)

Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, New York 10152-3500
(Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.)

Caplin & Drysdale, Chartered
One Thomas Circle, N.W.,
Suite 1100, Washington, DC 20005
(Attn: Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.)

Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation,
2323 Bryan Street, Suite 2200
(Attn: Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.)

Gibson Dunn & Crutcher LLP
200 Park Avenue, 47th Floor,
New York, New York 10166
(Attn: Matthew J. Williams, Esq. and Keith R. Martorana, Esq.)

Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY, 10020-1089
(Attn: Maria M. Livanos Esq. and Louis Curcio, Esq.)

A/73453174.1