**FOLEY & LARDNER LLP**
Katherine R. Catanese *(admitted pro hac vice)*
Salvatore A. Barbatano *(admitted pro hac vice)*
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
Telephone: (313) 234-7100
Facsimile: (313) 234-2800
*Attorneys for Acument Global Technologies, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| Motors Liquidation Corp., *et al.*, f/k/a General Motors Corp., *et al.*, | : |
| | : Case No. 09-50026 (REG) |
| | : |
| Debtors. | : Jointly Administered |
| | : |

---------------------------------------------------------------X

## CERTIFICATE OF SERVICE

STATE OF MICHIGAN    )
                     ) ss
COUNTY OF WAYNE      )

Renée A. Day, being duly sworn, deposes and says that **Acument Global Technologies, Inc.'s Response to Debtors' Twenty-Eighth Omnibus Objection to Claims (Incorrectly Classified Claims)** (the "Response") in the above-entitled matter was served on counsel of record by filing the same via the Court's CM/ECF System on July 30, 2010.

Renée A. Day also hereby affirms that the Response was served on the following via hand delivery on July 30, 2010:

| | |
|---|---|
| General Motors, LLC | Debtors, c/o Motors Liquidation Company |
| 400 Renaissance Center | 500 Renaissance Center, Suite 1400 |
| Detroit, MI 48265 | Detroit, MI 48243 |
| Attn: Lawrence S. Buonomo, Esq. | Attn: Ted Stenger |

DETR_1461268.1

<div style="columns:2">

U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street, Third Floor
New York, NY  10007
Attn: David S. Jones, Esq. and
Natalie Kuehler, Esq.

Caplin & Drysdale, Chartered
One Thomas Circle, N.W., Suite 1100
Washington, DC  20005
Attn: Trevor W. Swett III, Esq. and
Kevin C. Maclay, Esq.

United States Department of the Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C.  20220
Attn: Joseph Samarias, Esq.

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY  10281
Attn: John J. Rapisardi, Esq.

Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004
Attn: Diana G. Adams, Esq.

</div>

Renée A. Day also hereby affirms that the Response was served on the following via facsimile on July 30, 2010:

Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation
2323 Bryan Street, Suite 2200
Dallas, TX  75201
Attn: Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.

    /s/ Renée A. Day
    Renée A. Day

Subscribed and sworn to before me
this 30th day of July, 2010.

/s/ Charlita Madison
Notary Public, State of Michigan
County of Wayne
My commission expires August 30, 2012
Acting in the County of Wayne