**Hearing Date and Time:  September 24, 2010 at 9:45 a.m.**
                **Reply in Support of Cross-Motion Deadline: September 16, 2010 at 4:00 p.m.**

BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, New York 10022
Telephone:  (212) 705-7000
Facsimile:  (212) 752-5378
Robert M. Dombroff
Jeffrey S. Sabin
Jared R. Clark

Attorneys for Deutsche Bank AG

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

## NOTICE OF ADJOURNMENT

      PLEASE TAKE NOTICE that the hearing on Deutsche Bank AG's Motion for Relief from Automatic Stay to Effect Setoff [Doc. No. 4529] and Debtor's Cross-Motion for Immediate Payment [Doc. No. 6067] previously scheduled for August 6, 2010 at 9:45 a.m. has been adjourned to September 24, 2010 at 9:45 a.m., and the deadline for the Debtors' Reply in Support of Cross-Motion has been adjourned to September 16, 2010 at 4:00 p.m.

A/73251968.3

Dated: New York, New York
July 28, 2010

        BINGHAM McCUTCHEN LLP

        By: /s/Jared R. Clark
           Robert M. Dombroff
           Jeffrey S. Sabin
           Jared R. Clark
           399 Park Avenue
           New York, NY 10022
           (212) 705-7000

        Attorneys for Deutsche Bank AG

A/73251968.3