**NEW HEARING DATE AND TIME:** August 9, 2010 at 10:30 a.m. (Eastern Time)
**NEW OBJECTION DEADLINE:** August 2, 2010 at 8:00 p.m. (Eastern Time)
**NEW RESPONSE DEADLINE:** August 5, 2010 at 12:00 p.m. (Eastern Time)

Robert B. Weiss
Seth A. Drucker
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
Telephone: (313) 465-7596
Facsimile: (313) 465-7597

Attorneys for General Motors LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
MOTORS LIQUIDATION COMPANY, et al.,         :    09-50026 (REG)
       f/k/a General Motors Corp., et al.   :
                                            :
                 Debtors.                   :    (Jointly Administered)
                                            :
---------------------------------------------------------------x
```

### RESPONSE OF GENERAL MOTORS LLC TO MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MOTORS LIQUIDATION COMPANY FOR AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 DIRECTING PRODUCTION OF DOCUMENTS BY (I) THE CLAIMS PROCESSING FACILITIES FOR CERTAIN TRUSTS CREATED PURSUANT TO BANKRUPTCY CODE SECTION 524(G) <ins>AND (II) GENERAL MOTORS, LLC AND THE DEBTORS</ins>

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

General Motors LLC ("**New GM**") for its response to the motion of the

statutory committee of unsecured creditors (the "**Creditors' Committee**") for an order

pursuant to Fed. R. Bankr. P. 2004 directing the production of documents by (i) the

claims processing facilities for certain trusts created pursuant to 11 U.S.C. § 524(g) and

(ii) General Motors, LLC and the Debtors, dated July 20, 2010 (the "**Motion**") [Docket No. 6383], respectfully represent:

1.    The Motion requests the production of certain items from the Debtors and New GM.  More specifically, the Motion seeks (i) the last four digits of the social security numbers of the plaintiffs (the "**Plaintiffs**") who filed prepetition asbestos personal injury actions against MLC and (ii) the complaints, the case-specific interrogatory responses served by the Plaintiffs, and the transcripts of the depositions of the Plaintiffs in certain "mesothelioma cases."

2.    The Debtors and New GM have had certain discussions with the Creditors' Committee and have resolved the Motion as it relates to the Debtors and New GM as follows:

(a)    <u>Social Security Numbers</u>.  Subject to the entry of an order by the Court authorizing the same, New GM will provide to the Creditors' Committee the last four digits of the social security numbers of the Plaintiffs that it has.  The Creditors' Committee already has been advised that neither the Debtors nor New GM have such information for all of the Plaintiffs.

(b)    <u>Complaints, Interrogatories, and Deposition Transcripts</u>. The Creditors' Committee has agreed to limit this request to 650 prepetition lawsuits specified by the Creditors' Committee (the "**Lawsuits**").  With respect to the Lawsuits, the Debtors and/or New GM shall provide to the Creditors' Committee as soon as practicable copies of the complaints, the case-specific interrogatory responses of the Plaintiffs in the Lawsuits, and the deposition transcripts of the Plaintiffs in the Lawsuits. The interrogatories and the deposition transcripts referred to herein are in the possession

of local counsel, and the production thereof is subject to local counsels' ability to locate

and provide the same.  The effort to obtain such documents is already underway.

3.    New GM takes no position with respect to the balance of the

Creditors' Committee's requests (i.e., for information from the Claims Processing

Facilities (as defined in the Motion)) (Motion at 13-14).

WHEREFORE New GM respectfully request that the Motion be resolved

with respect to the discovery related to MLC and New GM as set forth herein and that

New GM be granted such other and further relief as is just.

HONIGMAN MILLER SCHWARTZ
AND COHN LLP
Attorneys for General Motors LLC


By:_____ /s/ Robert B. Weiss_____
        Robert B. Weiss
        Seth A. Drucker
2290 First National Building
660 Woodward Ave.
Detroit, Michigan 48226
Telephone: (313) 465-7596
Facsimile:  (313) 465-7597
Email: rweiss@honigman.com
sdrucker@honigman.com

Dated:  August 2, 2010

DETROIT.4286753.1