HEARING DATE AND TIME: August 6, 2010 at 9:45 a.m. (Eastern Time)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
                                                      :
In re                                                 :     Chapter 11 Case No.
                                                      :
MOTORS LIQUIDATION COMPANY, *et al.*,                 :     09-50026 (REG)
        f/k/a General Motors Corp., *et al.*          :
                                                      :
                        Debtors.                      :     (Jointly Administered)
                                                      :
------------------------------------------------------x

I  Doyle Carmack claim #45836,

Disagree with the NOTICE oF  DEBTORS'  TWENTY- SEVENTH OMNIBUS OBJECTION TO CLAIMS.

I was wrongfully terminated from my job and that I should recieve all my back wages and monies  due  to me.

I object to my claims being reclassified.

Sincerely,

Doyle Carmack

7-28-10