# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: motors Liquidation co. | ☒ Motors Liquidation Company, Case No. 09-50026 <br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br> ☐ MLCS, LLC, Case No. 09-50027 <br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Ashley Smith <br> 645 nebraska <br> Kansas city KS 66101 |
| Claim Number (if known): | 33308 |
| Date Claim Filed: | 11/19/2009 |
| Total Amount of Claim Filed: | 3,600.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 7-16-10

Print Name: Ashley Smith

Title (if applicable): _____

RECEIVED
JUL 30 2010
U.S. BANKRUPTCY COURT SDNY

US_ACTIVE:¥43219392¥02¥72240.0639