Frank I. Powers
HARRIS, POWERS & CUNNINGHAM, PLLC
361 E. Coronado Road, Suite 101
Phoenix, AZ  85004

*Attorneys for Claimants John and Nancy Mahoney*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| **In re:** | : | **Chapter 11 Case No.** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | **09-50026 (REG)** |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | **CERTIFICATE OF SERVICE** |
| | : | **OF RESPONSE TO DEBTORS'** |
| | : | **THIRTY-FIFTH OMNIBUS** |
| **Debtors.** | : | **OBJECTION TO CLAIMS** |

---------------------------------------------------------------x

Frank I. Powers, on behalf of Claimants John and Nancy Mahoney, hereby gives Notice that Claimants' **Response to Debtors' Thirty-Fifth Omnibus Objection to Claims** was filed via the Court's CM/ECF System on July 29, 2010. A copy of same (with all Exhibits attached) was served on all parties of interest on CD by first class U.S. Mail the same day.

DATED this 2nd day of August, 2010

        HARRIS, POWERS &CUNNINGHAM, P.L.L.C.

        By  /s/ Frank I. Powers
           Frank I. Powers
           361 East Coronado Road, Suite 101
           Phoenix, Arizona  85004
           *Attorneys for Claimants John and Nancy Mahoney*

ORIGINAL of the foregoing e-filed this 2nd day of August, 2010, in the United States Bankruptcy Court, Southern District of New York, with the following parties of interest receiving this Notice of Service via the Court's CM/ECF System on the same day.

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153

Ted Stenger
c/o Motors Liquidation Company
500 Renaissance Center, Suite 1400
Detroit, Michigan  48243

Lawrence S. Buonomo, Esq.
General Motors, LLC
400 Renaissance Center
Detroit, Michigan  48265

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York  10281

Joseph Samarias, Esq.
United States Department of the Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C.  20220

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York  10019

Thomas Moers Mayer, Esq.
Amy Caton, Esq.
Lauren Macksoud, Esq.
Jennifer Sharret, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York  10036

Diana G. Adams, Esq.
Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York  10004

David S. Jones, Esq.
Natalie Kuehler, Esq.
U.S. Attorney's Office, S.D.N.Y
86 Chambers Street, 3rd Floor
New York, New York  10007

Elihu Inselbuch, Esq.
Rita C. Tobin, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, New York  10152-3500

Trevor W. Swett III, Esq.
Kevin C. Maclay, Esq.
One Thomas Circle, N.W., Suite 1100
Washington, D.C.  20005

Sandra L. Esserman, Esq.
Robert T. Brousseau, Esq.
Stutzman, Bromberg, Esserman & Plifka, P.C.
2323 Bryan Street, Suite 2200
Dallas, Texas  75201


By    /s/ Patti Lesser