RFK:des 07/29/10 24,489 351408

UNITED STATES BANKRUPTCY FOR
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In Re:  MOTORS LIQUIDATION COMPANY, et al, | |
| f/k/a General Motors Corp., et al | Chapter 11 Case No. |
| Debtors. | 09-50026 (REG) |

---

### MOTION FOR PERMISSION TO PRACTICE

---

Pursuant to Rule 2090-1(b), Robert F. Konkol, attorney for Linda Szejna, moves the Court to be permitted to practice in this Court in representing Linda Szejna, a holder of an unsecured claim against the above named debtors. The undersigned is a member in good standing of the Bars for the State of Wisconsin, the United States District Court for the Western District of Wisconsin and the United States District Court for the Eastern District of Wisconsin.

Dated this 29 day of July, 2010.

ANDERSON, O'BRIEN, BERTZ, SKRENES & GOLLA

By: _____
Robert F. Konkol, a Member of the Firm
Attorneys for Linda Szejna
1257 Main Street, P.O. Box 228
Stevens Point, Wisconsin 54481
Telephone: 715/344-0890
State Bar No.: 1019686