UNITED STATES BANKRUPTCY FOR
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: MOTORS LIQUIDATION COMPANY, et al, f/k/a General Motors Corp., et al | Chapter 11 Case No. |
| Debtors. | 09-50026 (REG) |

**ORDER GRANTING PERMISSION TO PRACTICE**

Upon the application of Robert F. Konkol, one of the attorneys for Linda Szejna, creditor, requesting permission to practice in this Court in representing Linda Szejna,

IT IS ORDERED that Robert F. Konkol is permitted to practice in this Court in representing Linda Szejna.

# # #