Hearing Date & Time: August 6, 2010 at 9:45 a.m. (Eastern)
Objection Deadline: July 30, 2010 at 4:00 p.m. (Eastern)

STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA
A PROFESSIONAL CORPORATION
Sander L. Esserman (Admitted *Pro Hac Vice*)
Robert T. Brousseau (Admitted *Pro Hac Vice*)
Peter C. D'Apice
Jo E. Hartwick (Admitted *Pro Hac Vice*)
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone: 214-969-4900
Facsimile:  214-969-4999

Counsel for Dean M. Trafelet in his
Capacity as Legal Representative for Future Asbestos
Personal Injury Claimants

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X
                                                              )
In re                                                         )    Chapter 11
                                                              )
MOTORS LIQUIDATION COMPANY, *et al.*,                         )    Case No. 09-50026 (REG)
                                                              )
   f/k/a General Motors Corp., *et al.*                       )
                                                              )
                        Debtors.                              )    (Jointly Administered)
--------------------------------------------------------------X

## CERTIFICATE OF NO OBJECTION

Pursuant to 28 U.S.C. § 1746 and the Third Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures dated April 29, 2010 [Doc. No. 5670] (the **"Third Amended Case Management Order"**), the undersigned hereby certifies as follows:

1. On July 2, 2010, Dean M. Trafelet, the Legal Representative for Future Asbestos Personal Injury Claimants (the **"Future Claimants' Representative"**) filed his motion asking the Court to specify the effective date of his appointment and direct the Debtors to reimburse the Future Claimants' Representative for his professional fees and expenses incurred prior to the

entry of the April 8, 2010, order appointing the Future Claimants' Representative, or in the alternative, granting him an administrative expense claim pursuant to Section 503(a) or (b) of the Bankruptcy Code [Doc. No. 6262] (the **"FCR's Motion"**).

2. The deadline for submitting objections to the FCR's Motion was July 30, 2010 at 4:00 p.m. (Eastern Time) (the **"Objection Deadline"**).

3. No objections have been filed and served with respect to the FCR's Motion.

4. An electronic copy of the proposed order that was annexed to the FCR's Motion will be re-submitted to the Court, along with this Certificate of No Objection pursuant to the Third Amended Order.

Based on the foregoing, it is respectfully requested that the proposed order be entered at the earliest convenience of the Court.

Dated: August 2, 2010  
Dallas, Texas

Respectfully submitted,

**STUTZMAN, BROMBERG ESSERMAN & PLIFKA,**  
**A Professional Corporation**

*/s/ Sander L. Esserman*  
Sander L. Esserman (Admitted *Pro Hac Vice*)  
Robert T. Brousseau (Admitted *Pro Hac Vice*)  
Peter C. D'Apice  
Jo E. Hartwick (Admitted *Pro Hac Vice*)

2323 Bryan Street, Suite 2200  
Dallas, Texas 75201  
Telephone: 214-969-4900  
Facsimile: 214-969-4999

**Counsel for Dean M. Trafelet in his Capacity as Legal Representative for Future Asbestos Personal Injury Claimants**