## Distribution of Manville Trust Data For Use Solely by Other Trusts

*Policy Approved by Manville Trustees October 27, 2009*

The Manville Trust will consider distribution of individual level claims data to professionals engaged by another asbestos trust exclusively for aggregate analyses for the other trust and to professionals who have been retained to estimate asbestos liabilities in a court proceeding involving a bankruptcy plan.

The Trust will separately review and decide each such request and will provide Trust data only after concurrence of the SCB and FCR and under conditions and restrictions as the Trust may decide.

In requesting Trust data each other trust or professional engaged by a trust shall describe the specific purpose for its request and data shall be used only for that specific purpose.

Trust data shall not be used for any other than the requested purpose unless the Trust, with concurrence of the SCB and FCR, agrees in writing to additional uses of the data.

Each trust and professional receiving Trust data shall maintain the confidentiality of Trust data and in no case shall Trust data be used or reported for individual claims.

A request will identify all persons for whom access to Trust data is requested. The Trust will determine which persons may have such access and no other person may have access to the Trust's data.

Any recipient of the Trust data who receives a request or order to distribute any of the Trust's data to another person or organization who has not specifically been approved by the Trust will immediately inform the Trust of such request or order. The Trust will determine whether Trust data will be distributed to such other person or organization, and the recipient of Trust data will cooperate with the Trust in seeking an acceptable confidentiality agreement or protective order if the Trust agrees distribution is appropriate or required. No person who is in receipt of trust data will distribute it further without the Trust's approval.

Before receiving Trust data each trust or other professional requesting Trust data shall agree in writing to these and other limitations required by the Trust. Distributed data will remain the exclusive property of the Trust and its claimant beneficiaries and distribution shall provide no interest or rights in the data to recipients other than a license to use the data for purposes requested of and approved by the Trust.

In its review and decision the Trust will give high priority to protecting the confidentiality of information provided by claimants, assuring that data will be used only for the requested purpose and will not be distributed beyond persons whose use is reviewed and approved by the Trust.

The Trust shall charge the receiving trust only for costs of data production, but would otherwise not charge a fee.