# EXHIBIT 2

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| OWENS CORNING, *et al.*, | : | Case No. 00-3837 to 3854 (JKF) |
| | : | |
| Debtors. | : | |

ORDER

AND NOW, this 18th day of August, 2004, upon consideration of Claims Estimation Issues,

It is ORDERED:

1. That an initial hearing on Claims Estimation will be held on January 13, 2005, at 10:00 a.m., in Courtroom 15A, 601 Market Street, Philadelphia, PA 19106.

2. Parties intending to present expert testimony at such hearing shall file with the Court, and forward to other counsel, expert reports by October 15, 2004.

3. Depositions of experts shall be completed by December 15, 2004.

4. The Court has preliminarily determined that the data now available – the Debtor's claim history, the experience in other cases, etc. – viewed in light of the expert testimony at the scheduled hearing, should probably suffice for Claims Estimation purposes. If by the end of the January hearing, the Court determines that additional information is needed, this order will be reconsidered.

It is further ORDERED that Counsel for the Debtor shall make sure that a copy of this order is sent promptly to those on the service list.

BY THE COURT:

*/s/ John P. Fullam*
John P. Fullam, Sr. J.