# EXHIBIT 6

```
                    UNITED STATES BANKRUPTCY COURT
                         DISTRICT OF DELAWARE


IN RE:                              .   Case No. 01-1139(JKF)
                                    .   Chapter 11
W.R. GRACE, et al.,                 .
                                    .   Bankruptcy Courtroom No. 2
                                    .   824 Market Street
                        Debtors.    .   Wilmington, Delaware 19801
                                    .
                                    .
                                    .   September 25, 2006
. . . . . . . . . . . . . . . . . .     2:03 P.M.


                    TRANSCRIPT OF OMNIBUS HEARING
               BEFORE HONORABLE JUDITH K. FITZGERALD
                   UNITED STATES BANKRUPTCY JUDGE


APPEARANCES:

For Debtors:              Kirkland & Ellis
                          By:  DAVID M. BERNICK, ESQ.
                               JANET BAER, ESQ.
                               SAMUEL BLATNICK, ESQ.
                               LISA G. ESAYIAN, ESQ.
                          200 East Randolph Drive
                          Chicago, Illinois 60601

                          Pachulski Stang Ziehl Young & Jones
                          By:  DAVID CARICKHOFF, JR., ESQ.
                          919 North Market Street, 16th Floor
                          Post Office Box 8705
                          Wilmington, Delaware 19899-8705



Audio Operator:           Brandon McCarthy


        Proceedings recorded by electronic sound recording,
           transcript produced by transcription service.
```
_____

**TRANSCRIPTS PLUS**
**435 Riverview Circle, New Hope, Pennsylvania 18938**
e-mail <courttranscripts@aol.com>

**215-862-1115   (FAX) 215-862-6639**

```
Appearances:
(Continued)

For the Property           Bilzin Sumberg Baena Price & Axelrod
Damage Committee:          By:   JAY SAKALO, ESQ.
                                 SCOTT BAENA, ESQ.
                           200 South Biscayne Boulevard
                           Suite 2500
                           Miami, Florida 33131-5340

                           Ferry & Joseph, PA
                           By:   THEODORE TACCONELLI, ESQ.
                           824 North Market Street, No. 904
                           Wilmington, Delaware 19899

                           Dies and Hilp
                           By:   MARTIN DIES, ESQ.

For Anderson:              Speights & Runyan
                           By:   DANIEL SPEIGHTS, ESQ.
                           200 Jackson Avenue, East
                           P.O. Box 685
                           Hampton, South Carolina 29924

For California State       Speights & Runyan
University, et al.:        By:   ALAN RUNYAN, ESQ.
                           200 Jackson Avenue, East
                           P.O. Box 685
                           Hampton, South Carolina 29924

For Ad Hac Committee of    Weil Gotshal & Manges, LLP
Equity Security Holders:   By:   JARRAD WRIGHT, ESQ.
                           Eye Street, NW, Suite 900
                           Washington, DC 20005

For Official Creditors'    Stroock & Stroock & Lavan LLP
Committee:                 By:   KENNETH PASQUALE, ESQ.
                           180 Maiden Lane
                           New York, New York 10038-4982

For Prudential             Riker Danzig Scherer Hyland & Perretti
Insurance Company of       By:   ROBERT GILSON, ESQ.
America:                   Headquarters Plaza
                           One Speedwell Avenue
                           Morristown, New Jersey 07962-1981
```

```
Appearances:
(Continued)


For Asbestos P.I.         Campbell & Levine
Claimants:                By:  MARK HURFORD, ESQ.
                          1201 Market Street, 15th Floor
                          Wilmington, Delaware 19801

                          Caplin & Drysdale
                          By:  PETER LOCKWOOD, ESQ.
                               NATHAN FINCH, ESQ.
                          One Thomas Circle, N.W.
                          Washington, DC 20005

For Grace Certain         Montgomery McCracken
Cancer Claimants:         By:  NATALIE RAMSEY, ESQ.
                          123 South Broad Street
                          Philadelphia, Pennsylvania 19109-1029

The U.S. Trustee:         Office of the U.S. Trustee
                          By:  DAVID KLAUDER, ESQ.
                          844 King Street
                          Wilmington, Delaware 19899

For Canada/Montana:       Monzack & Monaco
                          By:  FRANCIS A. MONACO, JR., ESQ.
                          1201 N. Orange Street, Suite 400
                          Wilmington, Delaware 19801

For FCR:                  Orrick, Herrington & Sutcliffe LLP
                          By:  RICHARD WYRON, ESQ.
                          Washington Harbour, 3050 K Street N.W.
                          Washington, DC 20007

                          Phillips, Goldman & Spence, PA
                          By:  JOSEPH FERNAN, III, ESQ.
                          1200 North Broom Street
                          Wilmington, Delaware 19806

For BNSF:                 Burns, White & Hickton
                          By:  ANGELA ALLEN, ESQ.
                          Four Northshore Center
                          106 Isabella Street
                          Pittsburgh, Pennsylvania 15212-5805
```

4

**Appearances:**
**(Continued)**

| | |
|---|---|
| **For One Beacon/Seaton:** | **Drinker Biddle & Reath LLP**<br>**By:  MICHAEL BROWN, ESQ.**<br>**One Logan Square**<br>**18th & Cherry Streets**<br>**Philadelphia, Pennsylvania 19103-6996** |
| **For Prudential,**<br>**Motley Rice:** | **Jaspan Schlesinger Hoffman**<br>**By:  LAURIE S. POLLECK, ESQ.**<br>**1201 North Orange Street, Suite 1001**<br>**Wilmington, Delaware 19801**<br><br>**Motley Rice LLC**<br>**By:  JAMES HUGHES, ESQ.**<br>**28 Bridgeside Boulevard**<br>**P.O. Box 1792**<br>**Mount Pleasant, South Carolina 29465** |
| **For Various Firms:** | **Stutzman, Bromberg, Esserman & Plifka**<br>**By:  SANDER ESSERMAN, ESQ.**<br>**2323 Bryan Street, Suite 2200**<br>**Dallas, Texas 75201** |
| **For MCC:** | **Connolly Bove Lodge & Hutz, LLP**<br>**By:  MARC PHILLIPS, ESQ.**<br>**1220 Market Street, 10th Floor**<br>**Post Office Box 2207**<br>**Wilmington, Delaware 19899** |
| **For Canadian ZAI**<br>**Claimants:** | **The Hogan Firm**<br>**By:  DANIEL K. HOGAN, ESQ.**<br>**1311 Delaware Avenue**<br>**Wilmington, Delaware 19806** |
| **For Ad Hoc Committee**<br>**of Equity Holders:** | **The Bayard Firm**<br>**By:  KATHRYN SALLIE, ESQ.**<br>**222 Delaware Avenue, Suite 900**<br>**P.O. Box 25130**<br>**Wilmington, Delaware 19899-5130** |
| **For UCC:** | **Duane Morris, LLP**<br>**By:  RICHARD W. RILEY, ESQ.**<br>**1100 North Market Street, Suite 1200**<br>**Wilmington, Delaware 19801** |

1         MR. FINCH:  -- as if they had never been made.
2         THE COURT:  No.
3         MR. FINCH:  And as long as objections already
4    previously made are preserved, as long as people don't
5    supplement --
6         THE COURT:  Right.
7         MR. FINCH:  -- or if they do supplement, they restate
8    the objections --
9         THE COURT:  Yes.
10        MR. FINCH:  -- then I -- then I don't have a problem
11   with that.
12        MR. BERNICK:  Yeah, well -- let's just --
13        THE COURT:  Mr. Bernick, that's my ruling.
14        MR. BERNICK:  Well, I understand --
15        THE COURT:  I'm not going to hear any more argument
16   on it, not from anybody.
17        MR. BERNICK:  Your --
18        THE COURT:  I've had this questionnaire until the
19   cows come home and, frankly, that's enough.
20        MR. BERNICK:  I don't even understand, Your Honor,
21   what was just said.
22        THE COURT:  What was just said is this:  Let's assume
23   that person A completed a questionnaire.
24        MR. BERNICK:  Right.
25        THE COURT:  And filed an objection on the

1        MR. BERNICK:  -- before Your Honor gave guidance.
2   They will stand on those objections.
3        THE COURT:  All right.
4        MR. BERNICK:  They will not supplement.  They will
5   not tell us whether or not they're going to supplement as to
6   those individual questions.  And we will find out when they
7   finally give their submission at the end of the day for the
8   first time that, in fact, they're standing on their old
9   objections and they haven't changed anything.  And for that
10  matter, they haven't even supplemented anything.
11       THE COURT:  Well --
12       MR. BERNICK:  But -- but I think that there's a much
13  simpler --
14       THE COURT:  I will never do this again.
15       MR. BERNICK:  Yes.
16       THE COURT:  This was such a nightmare.  I will never
17  do this again.
18       MR. BERNICK:  Well, but, Your Honor, there's only --
19  just think what the alternative was.
20       THE COURT:  The alternative would have been a whole
21  lot easier.  We put everybody in a room and throw the key away
22  until you come out with one side either alive or dead.
23       MR. BERNICK:  You have -- well, they're older than I
24  am, so we may have killed them in the process.  But --
25       MR. LOCKWOOD:  Your Honor -- Your Honor said you've