# **EXHIBIT B**

## EXHIBIT A

### SIXTH AMENDED JOINT
### PLAN OF REORGANIZATION FOR OWENS CORNING AND ITS AFFILIATED
### DEBTORS AND DEBTORS-IN-POSSESSION (AS MODIFIED)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| OWENS CORNING, et al., ) | |
| ) | Case No. 00-03837 (JKF) |
| Debtors. ) | |
| ) | Jointly Administered |
| ) | |

**SIXTH AMENDED JOINT PLAN OF REORGANIZATION FOR OWENS CORNING
AND ITS AFFILIATED DEBTORS AND DEBTORS-IN-POSSESSION (AS MODIFIED)[1]**

SAUL EWING LLP
Norman L. Pernick (I.D. # 2290)
J. Kate Stickles (I.D. # 2917)
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899-1266
(302) 421-6800

Charles O. Monk, II
Jay A. Shulman
Lockwood Place
500 E. Pratt Street
Baltimore, MD 21202
(410) 332-8600

Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
(215) 972-7777

Attorneys for the Debtors and
Debtors-in-Possession

SIDLEY AUSTIN LLP
James F. Conlan
Larry J. Nyhan
Jeffrey C. Steen
Dennis M. Twomey
Andrew F. O'Neill
1 South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Attorneys for the Debtors and
Debtors-in-Possession

COVINGTON & BURLING
Mitchell F. Dolin
Anna P. Engh
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
(202) 662-6000

Special Insurance Counsel to Debtors
and Debtors-in-Possession (as to insurance
matters)

---

[1] Conformed Sixth Amended Plan incorporating August 17, September 11, September 14 and September 15 Modifications.

i

DEBEVOISE & PLIMPTON LLP
Roger E. Podesta
Mary Beth Hogan
919 Third Avenue
New York, NY 10022
(212) 909-6000

Special Asbestos Counsel to the Debtors and
Debtors-in-Possession

KAYE SCHOLER LLP
Andrew A. Kress
Jane W. Parver
Edmund M. Emrich
425 Park Avenue
New York, NY 10022
(212) 836-8000

YOUNG, CONAWAY,
STARGATT & TAYLOR, LLP
James L. Patton, Jr. (I.D. # 2202)
Edwin J. Harron (I.D. # 3396)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600

Attorneys for James J. McMonagle,
Legal Representative for Future Claimants

Dated as of: July 10, 2006

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10152-3500
(212) 319-7125

Peter Van N. Lockwood
One Thomas Circle, N.W.
Washington, D.C. 20005
(202) 862-5000

CAMPBELL & LEVINE, LLC
Marla Eskin (I.D. # 2989)
Mark T. Hurford (I.D. # 3299)
Kathleen Campbell Davis (I.D. #4229)
800 King Street
Wilmington, DE 19801
(302) 426-1900
(302) 426-1900

Attorneys for the Official
Committee of Asbestos Claimants

# TABLE OF CONTENTS

Page

ARTICLE I DEFINITIONS, RULES OF INTERPRETATION, COMPUTATION OF
    TIME AND GOVERNING LAW ................................................................................ 1
   A.   Scope of Definitions .............................................................................................. 1
   B.   Definitions ............................................................................................................. 2
      1.1   "$150 Million Debentures" ...................................................................... 2
      1.2   "$250 Million Notes" ............................................................................... 2
      1.3   "$300 Million High Coupon Debentures" ............................................... 2
      1.4   "$400 Million Debentures" ...................................................................... 2
      1.5   "$550 Million Term Notes" ..................................................................... 2
      1.6   "130 Million DEM Bearer Bonds" .......................................................... 2
      1.7   "1997 Credit Agreement" ......................................................................... 2
      1.8   "Ad Hoc Bondholders' Committee" ........................................................ 2
      1.9   "Ad Hoc Equity Holders' Committee" ..................................................... 3
      1.10   "Administrative Claims" ......................................................................... 3
      1.11   "Affiliate" ................................................................................................ 3
      1.12   "Affiliated FM Entities" .......................................................................... 3
      1.13   "Affiliated FM Policy" ............................................................................ 3
      1.14   "Affiliated FM Settlement Agreement" ................................................... 3
      1.15   "AIG Company Entities" ......................................................................... 3
      1.16   "AIG Policies" ......................................................................................... 4
      1.17   "AIG Settlement Agreement" .................................................................. 5
      1.18   "Allianz Entities" ..................................................................................... 5
      1.19   "Allianz Policies" ..................................................................................... 5
      1.20   "Allianz Settlement Agreement" .............................................................. 5
      1.21   "Allowed" ................................................................................................ 5
      1.22   "Amended and Restated Bylaws of Reorganized OCD" ......................... 6
      1.23   "Amended and Restated Certificate of Incorporation of
            Reorganized OCD" .................................................................................. 7
      1.24   "Asbestos Claimants' Committee" ........................................................... 7
      1.25   "Asbestos Personal Injury Claims" .......................................................... 7
      1.26   "Asbestos Personal Injury Permanent Channeling Injunction" ............... 7
      1.27   "Asbestos Personal Injury Trust" ............................................................. 7
      1.28   "Asbestos Personal Injury Trust Agreement" .......................................... 7
      1.29   "Asbestos Personal Injury Trust Distribution Procedures" ..................... 7
      1.30   "Asbestos Personal Injury Trustees" ........................................................ 8
      1.31   "Available Cash" ...................................................................................... 8
      1.32   "Avoidance Actions" ............................................................................... 8
      1.33   "AXA Entities" ........................................................................................ 8
      1.34   "AXA Policies" ........................................................................................ 8
      1.35   "AXA Settlement Agreement" ................................................................. 9
      1.36   "Backstop Providers" ............................................................................... 9
      1.37   "Ballot" .................................................................................................... 9

| | | |
|---|---|---|
| 1.38 | "Ballot Date" | 9 |
| 1.39 | "Bank Default Interest and Fee Amount" | 9 |
| 1.40 | "Bank Holders" | 9 |
| 1.41 | "Bank Holders Adversary Action" | 9 |
| 1.42 | "Bank Holders Claims" | 10 |
| 1.43 | "Bankruptcy Code" | 10 |
| 1.44 | "Bankruptcy Court" | 10 |
| 1.45 | "Bankruptcy Rules" | 10 |
| 1.46 | "Board of Directors" | 10 |
| 1.47 | "Bondholders" | 10 |
| 1.48 | "Bondholders Claims" | 10 |
| 1.49 | "Business Day" | 10 |
| 1.50 | "Call Options" | 10 |
| 1.51 | "Cash" | 10 |
| 1.52 | "CDC" | 10 |
| 1.53 | "Century" | 10 |
| 1.54 | "Century Entities" | 10 |
| 1.55 | "Century Parties" | 11 |
| 1.56 | "Century Policies" | 11 |
| 1.57 | "Century Settlement Agreement" | 11 |
| 1.58 | "Chapter 11" | 11 |
| 1.59 | "Chapter 11 Cases" | 11 |
| 1.60 | "Charging Lien" | 11 |
| 1.61 | "Claim" | 11 |
| 1.62 | "Claimant Released Parties" | 12 |
| 1.63 | "Claims Objection Deadline" | 12 |
| 1.64 | "Claims Trading Injunction" | 12 |
| 1.65 | "Class" | 12 |
| 1.66 | "Class [_]4 Distribution Amount" | 12 |
| 1.67 | "Class ___ Final Distribution Percentage" | 12 |
| 1.68 | "Class ___ Initial Distribution Percentage" | 12 |
| 1.69 | "Class A4 Initial Distribution Amount" | 12 |
| 1.70 | "Class A5 Aggregate Distribution" | 13 |
| 1.71 | "Class A6-A Aggregate Distribution" | 13 |
| 1.72 | "Class A6-B Aggregate Distribution" | 13 |
| 1.73 | "Class A7 Aggregate Amount" | 13 |
| 1.74 | "Class A10 Distribution Amount" | 13 |
| 1.75 | "Class A11 Warrants" | 13 |
| 1.76 | "Class A12-A Warrants" | 13 |
| 1.77 | "Class B4 Distribution Amount" | 14 |
| 1.78 | "Class B8 Aggregate Amount" | 14 |
| 1.79 | "Class I4 Distribution Amount" | 14 |
| 1.80 | "CNIC" | 14 |
| 1.81 | "Collar Agreements" | 14 |
| 1.82 | "Combined [Entity] Distribution Value" | 14 |
| 1.83 | "Combined FB Distribution Value" | 14 |

| | | |
|---|---|---|
| 1.84 | "Combined Integrex Distribution Value" | 14 |
| 1.85 | "Combined OCD Distribution Package" | 14 |
| 1.86 | "Combined OCD Distribution Package Value" | 15 |
| 1.87 | "Combined OCD Distribution Value" | 15 |
| 1.88 | "Combined OCD Supplemental Distribution Package" | 15 |
| 1.89 | "Combined OCD Supplemental Distribution Package Value" | 15 |
| 1.90 | "Commercial Claims" | 15 |
| 1.91 | "Committed Claims Account" | 15 |
| 1.92 | "Committees" | 16 |
| 1.93 | "Confirmation Conditions" | 16 |
| 1.94 | "Confirmation Date" | 16 |
| 1.95 | "Confirmation Hearing" | 16 |
| 1.96 | "Confirmation Order" | 16 |
| 1.97 | "Contingent Note" | 16 |
| 1.98 | "Continuing Director" | 16 |
| 1.99 | "Contribution Agreement" | 16 |
| 1.100 | "Convenience Claim" | 16 |
| 1.101 | "CSFB" | 16 |
| 1.102 | "Cure" | 17 |
| 1.103 | "Debt" | 17 |
| 1.104 | "Debt Agreements" | 17 |
| 1.105 | "Debtors" | 17 |
| 1.106 | "Debtors-in-Possession" | 17 |
| 1.107 | "Demand" | 17 |
| 1.108 | "Depository Law Firms" | 17 |
| 1.109 | "DIP Agent" | 17 |
| 1.110 | "DIP Facility" | 17 |
| 1.111 | "DIP Facility Claims" | 18 |
| 1.112 | "Disallowed Claim" | 18 |
| 1.113 | "Disbursing Agent" | 18 |
| 1.114 | "Disclosure Statement" | 18 |
| 1.115 | "Disclosure Statement Hearing" | 18 |
| 1.116 | "Disputed Claim" | 18 |
| 1.117 | "Disputed Distribution Reserve" | 18 |
| 1.118 | "Distribution Record Date" | 18 |
| 1.119 | "District Court" | 18 |
| 1.120 | "Effective Date" | 18 |
| 1.121 | "Eligible" | 18 |
| 1.122 | "Employee Arrangements" | 18 |
| 1.123 | "Encumbrance" | 19 |
| 1.124 | "Engineered Yarns" | 19 |
| 1.125 | "Enjoined Action" | 19 |
| 1.126 | "Environmental Claims" | 19 |
| 1.127 | "Environmental Settlement Agreement" | 19 |
| 1.128 | "EPA" | 19 |
| 1.129 | "Equity Commitment Agreement" | 19 |

| | | |
|---|---|---|
| 1.130 | "ERISA" | 19 |
| 1.131 | "ESI" | 19 |
| 1.132 | "Estates" | 20 |
| 1.133 | "Excess Available Cash" | 20 |
| 1.134 | "Excess New OCD Common Stock" | 20 |
| 1.135 | "Existing Fibreboard Insurance Settlement Trust Assets" | 20 |
| 1.136 | "Existing OCD Common Stock" | 20 |
| 1.137 | "Existing OCD Options" | 20 |
| 1.138 | "Existing OCD Preferred Stock" | 20 |
| 1.139 | "Exit Facility" | 20 |
| 1.140 | "Exit Financing Amount" | 20 |
| 1.141 | "Face Amount" | 20 |
| 1.142 | "FAIR Act" | 21 |
| 1.143 | "FAIR Act Conditions" | 21 |
| 1.144 | "Falcon Foam" | 21 |
| 1.145 | "FB Asbestos Personal Injury Claim" | 21 |
| 1.146 | "FB Asbestos Property Damage Claim" | 21 |
| 1.147 | "FB Indirect Asbestos PI Trust Claim" | 22 |
| 1.148 | "FB Indirect Asbestos Property Damage Claim" | 22 |
| 1.149 | "FB Person" | 23 |
| 1.150 | "FB Resolved Asbestos Personal Injury Claim" | 23 |
| 1.151 | "FB Restricted Cash" | 23 |
| 1.152 | "FB Sub-Account" | 23 |
| 1.153 | "FB Sub-Account Settlement Payment" | 23 |
| 1.154 | "FB/OC Asbestos Settlement Payment" | 23 |
| 1.155 | "Fibreboard" | 23 |
| 1.156 | "Fibreboard Insurance Settlement Trust" | 24 |
| 1.157 | "Filing" | 24 |
| 1.158 | "Final Bank Unimpairment Order" | 24 |
| 1.159 | "Final Distribution Date" | 24 |
| 1.160 | "Final Order" | 24 |
| 1.161 | "Future Claimants' Representative" | 24 |
| 1.162 | "General Unsecured Claim" | 24 |
| 1.163 | "General Unsecured/Senior Indebtedness Claim" | 24 |
| 1.164 | "Granite State" | 24 |
| 1.165 | "Hartford Entities" | 25 |
| 1.166 | "Hartford Policies" | 25 |
| 1.167 | "Hartford Settlement Agreement" | 26 |
| 1.168 | "HOMExperts" | 26 |
| 1.169 | "Impaired" | 26 |
| 1.170 | "INA" | 26 |
| 1.171 | "Indemnification Obligations" | 26 |
| 1.172 | "Indenture Trustee Fees" | 27 |
| 1.173 | "Initial Bank Holders' Distribution" | 27 |
| 1.174 | "Initial Distribution Date" | 27 |
| 1.175 | "Integrex" | 27 |

| | | |
|---|---|---|
| 1.176 | "Integrex Asbestos Personal Injury Claims" | 27 |
| 1.177 | "Integrex Minority Interests" | 27 |
| 1.178 | "Intercompany Claim" | 27 |
| 1.179 | "Interested Party" | 27 |
| 1.180 | "Interests" | 27 |
| 1.181 | "Investor" | 27 |
| 1.182 | "Investor Registration Rights Agreement" | 27 |
| 1.183 | "IPM" | 27 |
| 1.184 | "IRC" | 27 |
| 1.185 | "IRS" | 27 |
| 1.186 | "Jefferson Holdings" | 27 |
| 1.187 | "Management and Director Arrangements" | 28 |
| 1.188 | "Material Right of Action" | 28 |
| 1.189 | "Merged Plan" | 28 |
| 1.190 | "MIPS Claims and Interests" | 28 |
| 1.191 | "MiraVista Claims" | 28 |
| 1.192 | "MiraVista Class Action Settlement Agreement" | 28 |
| 1.193 | "Mt. McKinley Entities" | 29 |
| 1.194 | "Mt. McKinley Policies" | 29 |
| 1.195 | "Mt. McKinley Settlement Agreement" | 29 |
| 1.196 | "New OCD Common Stock" | 29 |
| 1.197 | "New OCD Securities" | 30 |
| 1.198 | "Non-Debtor Subsidiaries" | 30 |
| 1.199 | "Non-Participating Insurers" | 30 |
| 1.200 | "NSP" | 30 |
| 1.201 | "NSP Administrative Deposit Accounts" | 30 |
| 1.202 | "NSP Agreements" | 30 |
| 1.203 | "NSP Avoidance Actions" | 30 |
| 1.204 | "Objection Deadline" | 30 |
| 1.205 | "OC" | 30 |
| 1.206 | "OC Asbestos Personal Injury Claim" | 30 |
| 1.207 | "OC Asbestos Personal Injury Liability Insurance Assets" | 31 |
| 1.208 | "OC Asbestos Property Damage Claim" | 31 |
| 1.209 | "OCD" | 32 |
| 1.210 | "OCD/FB Settlement" | 32 |
| 1.211 | "OCD Asbestos Personal Injury Estimation Order" | 32 |
| 1.212 | "OCD Insurance Escrow" | 32 |
| 1.213 | "OCD Interests" | 32 |
| 1.214 | "OCD Restricted Cash" | 33 |
| 1.215 | "OCFBV Class A6-A Claim" | 33 |
| 1.216 | "OCFBV Class A11 Claim" | 33 |
| 1.217 | "OCFBV Settlement Agreement" | 33 |
| 1.218 | "OCFT" | 33 |
| 1.219 | "OCHT" | 33 |
| 1.220 | "OC Indirect Asbestos PI Trust Claim" | 33 |
| 1.221 | "OC Indirect Asbestos Property Damage Claim" | 34 |

1.222 "OC Overseas" .................................................................................... 34
1.223 "OC Person" ....................................................................................... 34
1.224 "OC Remodeling" ............................................................................. 34
1.225 "OC Resolved Asbestos Personal Injury Claim" ............................. 34
1.226 "OC Sub-Account" ............................................................................ 35
1.227 "OC Sweden" ..................................................................................... 35
1.228 "Official Representatives" ................................................................. 35
1.229 "Other Priority Claims" ..................................................................... 35
1.230 "Other Secured Claims" .................................................................... 35
1.231 "Other Secured Tax Claims" ............................................................. 35
1.232 "PEIC" ................................................................................................ 35
1.233 "Person" ............................................................................................. 35
1.234 "Petition Date" ................................................................................... 35
1.235 "Plan" .................................................................................................. 35
1.236 "Plan Proponents" ............................................................................. 35
1.237 "Plan Support Agreement" ............................................................... 36
1.238 "Pre-petition Bond Indentures" ....................................................... 36
1.239 "Pre-petition Bonds" ......................................................................... 36
1.240 "Pre-petition Indenture Trustees" ................................................... 36
1.241 "Priority Tax Claim" .......................................................................... 36
1.242 "Pro Rata" ........................................................................................... 36
1.243 "Professional Services" ...................................................................... 36
1.244 "Proof of Claim" ................................................................................ 37
1.245 "Protected Party" ............................................................................... 37
1.246 "Put Options" .................................................................................... 38
1.247 "Quarterly Distribution Date" ......................................................... 38
1.248 "Record Date" .................................................................................... 38
1.249 "Reference Order" ............................................................................. 39
1.250 "Registration Rights Agreement" .................................................... 39
1.251 "Reinstatement" ................................................................................. 39
1.252 "Related Persons" .............................................................................. 39
1.253 "Released Actions" ............................................................................ 39
1.254 "Released Parties" .............................................................................. 40
1.255 "Reorganized Debtors" ..................................................................... 40
1.256 "Reorganized Integrex" ..................................................................... 40
1.257 "Reorganized OCD" .......................................................................... 40
1.258 "Reorganized OCD Board" .............................................................. 40
1.259 "Reorganized Owens Corning" ....................................................... 40
1.260 "Reorganized Subsidiary Debtors" .................................................. 40
1.261 "Reserved Class A6-A Aggregate Amount" ................................... 41
1.262 "Reserved Class A6-B Aggregate Amount" ................................... 41
1.263 "Reserved New OCD Shares" .......................................................... 41
1.264 "Reserved OCD Distribution Amount" ......................................... 41
1.265 "Reserved OCD Distribution Package" ......................................... 41
1.266 "Resolved Asbestos Personal Injury Claims" ................................. 42
1.267 "Restricted Cash" ............................................................................... 42

1.268 "Restructuring Affiliates" ... 42
1.269 "Restructuring Transactions" ... 42
1.270 "Rights" ... 42
1.271 "Rights Offering" ... 42
1.272 "Rights Offering Account" ... 42
1.273 "Rights Offering Amount" ... 42
1.274 "Rights Offering Documents" ... 42
1.275 "Rights Offering Purchase Price Proceeds" ... 42
1.276 "Rights Offering Record Date" ... 43
1.277 "Rights Offering Shares" ... 43
1.278 "Royal Entities" ... 43
1.279 "Royal Policies" ... 43
1.280 "Royal Settlement Agreement" ... 43
1.281 "Senior Indebtedness Claim" ... 43
1.282 "Senior Indebtedness Final Distribution Percentage" ... 44
1.283 "Senior Indebtedness Initial Distribution Percentage" ... 44
1.284 "Senior Notes" ... 44
1.285 "Settlement Term Sheet" ... 44
1.286 "SOFAS" ... 44
1.287 "Soltech" ... 45
1.288 "Standard Combination" ... 45
1.289 "Subordinated Claims" ... 45
1.290 "Subscription Agent" ... 45
1.291 "Subscription Agreement" ... 45
1.292 "Subscription Commencement Date" ... 45
1.293 "Subscription Documents" ... 45
1.294 "Subscription Expiration Time" ... 45
1.295 "Subscription Price" ... 45
1.296 "Subsidiary" ... 45
1.297 "Subsidiary Debtors" ... 46
1.298 "Subsidiary Interests" ... 46
1.299 "Supplemental Excess Available Cash" ... 46
1.300 "Supplemental Excess New OCD Common Stock" ... 46
1.301 "Supply Chain Solutions" ... 46
1.302 "Syndication Agreement" ... 46
1.303 "TAC" ... 46
1.304 "Testing Systems" ... 46
1.305 "Total [Entity] Distributable Value" ... 46
1.306 "Total Enterprise Value" ... 46
1.307 "Total Falcon Foam Distributable Value" ... 47
1.308 "Total FB Distributable Value" ... 47
1.309 "Total IPM Distributable Value" ... 47
1.310 "Total OCD Distributable Value" ... 47
1.311 "Total Ventures Distributable Value" ... 47
1.312 "Trigger Date" ... 47
1.313 "Trust Promissory Note" ... 48

|       | 1.314 | "Trust Registration Rights Agreement" | 48 |
|       | 1.315 | "Trust Stock Pledge" | 48 |
|       | 1.316 | "Unclassified Claims" | 48 |
|       | 1.317 | "Unimpaired" | 48 |
|       | 1.318 | "Unpaid FB Resolved Asbestos Personal Injury Claim" | 48 |
|       | 1.319 | "Unpaid OC Resolved Asbestos Personal Injury Claim" | 48 |
|       | 1.320 | "Unsecured Creditors' Committee" | 48 |
|       | 1.321 | "Unsubscribed Shares" | 49 |
|       | 1.322 | "Ventures" | 49 |
|       | 1.323 | "Voting Deadline" | 49 |
|       | 1.324 | "Voting Procedures" | 49 |
|       | 1.325 | "Voting Procedures Order" | 49 |
|       | 1.326 | "Vytec" | 49 |
|       | 1.327 | "Wellington Agreement" | 49 |
| C.    | Rules of Interpretation | 49 |
| D.    | Computation of Time | 49 |
| E.    | Governing Law | 49 |

ARTICLE II CLASSIFICATION OF CLAIMS AND INTERESTS .......................................... 50
    2.1   Introduction ............................................................................................. 50
    2.2   Owens Corning (Classes A1 through A12) ............................................ 50
    2.3   Fibreboard Corporation (Classes B1 through B12) ............................... 51
    2.4   Exterior Systems, Inc. (Classes C1 through C12) .................................. 52
    2.5   Vytec Corporation (Classes D1 through D12) ....................................... 53
    2.6   Soltech, Inc. (Classes E1 through E12) .................................................. 54
    2.7   Owens-Corning Fiberglas Technology Inc. (Classes F1 through F12) ........................................................................................................... 54
    2.8   Owens-Corning Fiberglas Sweden Inc. (Classes G1 through G12) ........................................................................................................... 55
    2.9   IPM, Inc. (Classes H1 through H12) ...................................................... 56
    2.10  Integrex (Classes I1 through I12) ........................................................... 57
    2.11  \CDC Corporation (Classes J1 through J12) .......................................... 57
    2.12  Owens Corning HT, Inc. (Classes K1 through K12) ............................. 58
    2.13  Owens Corning Remodeling Systems, LLC (Classes L1 through L12) ........................................................................................................ 59
    2.14  Engineered Yarns America, Inc. (Classes M1 through M12) ............... 59
    2.15  Falcon Foam Corporation (Classes N1 through N12) ........................... 60
    2.16  HOMExperts LLC (Classes O1 through O12) ...................................... 60
    2.17  Integrex Professional Services LLC (Classes P1 through P12) ............ 61
    2.18  Integrex Testing Systems LLC (Classes Q1 through Q12) ................... 62
    2.19  Integrex Supply Chain Solutions LLC (Classes R1 through R12) ........ 62
    2.20  Integrex Ventures LLC (Classes S1 through S12) ................................ 63
    2.21  Jefferson Holdings, Inc. (Classes T1 through T12) .............................. 63
    2.22  Owens-Corning Overseas Holdings, Inc. (Classes U1 through U12) ........................................................................................................ 64

ARTICLE III TREATMENT OF CLAIMS AND INTERESTS ................................................. 65

| | | |
|---|---|---|
| 3.1 | Unclassified Claims | 65 |
| 3.2 | Unimpaired Claims: Other Priority Claims (Classes A1 through U1), Other Secured Tax Claims (Classes A2-A through U2-A) and Other Secured Claims (A2-B through U2-B) | 66 |
| 3.3 | OCD (Classes A3 through A12) | 67 |
| 3.4 | Fibreboard (Classes B1 through B12) | 81 |
| 3.5 | ESI (Classes C1 through C12) | 84 |
| 3.6 | Vytec (Classes D1 through D12) | 86 |
| 3.7 | Soltech (Classes E1 through E12) | 88 |
| 3.8 | OCFT (Classes F1 through F12) | 90 |
| 3.9 | OC Sweden (Classes G1 through G12) | 92 |
| 3.10 | IPM (Classes H1 through H12) | 94 |
| 3.11 | Integrex (Classes I1 through I12) | 96 |
| 3.12 | CDC (Classes J1 through J12) | 98 |
| 3.13 | OCHT (Classes K1 through K12) | 100 |
| 3.14 | OC Remodeling (Classes L1 through L12) | 102 |
| 3.15 | Engineered Yarns (Classes M1 through M12) | 103 |
| 3.16 | Falcon Foam (Classes N1 through N12) | 105 |
| 3.17 | HOMExperts (Classes O1 through O12) | 107 |
| 3.18 | Professional Services (Classes P1 through P12) | 108 |
| 3.19 | Testing Systems (Classes Q1 through Q12) | 110 |
| 3.20 | Supply Chain Solutions (Classes R1 through R12) | 112 |
| 3.21 | Ventures (Classes S1 through S12) | 113 |
| 3.22 | Jefferson Holdings (Classes T1 through T12) | 115 |
| 3.23 | OC Overseas (Classes U1 through U12) | 118 |
| 3.24 | FAIR Act | 119 |
| 3.25 | Reservation of Rights Regarding Claims | 120 |

ARTICLE IV ACCEPTANCE OR REJECTION OF THE PLAN ............................................. 121
| | | |
|---|---|---|
| 4.1 | Impaired Classes of Claims and Interests Entitled to Vote | 121 |
| 4.2 | Acceptance by an Impaired Class | 121 |
| 4.3 | Acceptance Pursuant To Section 524 Of The Bankruptcy Code | 121 |
| 4.4 | Presumed Acceptances by Unimpaired Classes | 121 |
| 4.5 | Classes Deemed to Have Rejected the Plan | 121 |
| 4.6 | Confirmability and Severability of the Plan | 121 |

ARTICLE V MEANS FOR IMPLEMENTATION OF THE PLAN .......................................... 122
| | | |
|---|---|---|
| 5.1 | Continued Corporate Existence | 122 |
| 5.2 | Cancellation of Debt and Debt Agreements | 122 |
| 5.3 | Cancellation of OCD Interests | 123 |
| 5.4 | Certificates of Incorporation and Bylaws | 123 |
| 5.5 | Exculpation and Limitation of Liability | 123 |
| 5.6 | Restructuring Transactions | 124 |
| 5.7 | Issuance of New OCD Securities | 125 |
| 5.8 | Rights Offering | 125 |
| 5.9 | Offerings of Senior Notes | 128 |
| 5.10 | Put and Call Options and Registration Rights Agreements | 128 |

| | | |
|---|---|---|
| 5.11 | [Intentionally Omitted] | 128 |
| 5.12 | Revesting of Assets | 129 |
| 5.13 | Rights of Action | 129 |
| 5.14 | Effectuating Documents; Further Transactions | 129 |
| 5.15 | Exemption from Certain Transfer Taxes | 129 |
| 5.16 | Releases and Injunctions Related to Releases | 130 |
| 5.17 | Permanent Injunctions and Asbestos Personal Injury Permanent Channeling Injunction | 133 |
| 5.18 | Directors and Officers of Reorganized Debtors | 134 |
| 5.19 | Compensation and Benefit Programs | 135 |
| 5.20 | Continuation of Certain Orders | 136 |
| 5.21 | Exit Facility | 136 |

**ARTICLE VI [Intentionally Omitted]** ............136

**ARTICLE VII TREATMENT OF EXECUTORY AND POST-PETITION CONTRACTS AND UNEXPIRED LEASES** ............136

| | | |
|---|---|---|
| 7.1 | Assumed Contracts and Leases | 136 |
| 7.2 | Payments Related to Assumption of Contracts and Leases | 137 |
| 7.3 | Assignments Related to the Restructuring Transactions | 137 |
| 7.4 | Rejected Contracts and Leases | 137 |
| 7.5 | Rejection Damages Bar Date | 138 |
| 7.6 | Indemnification Obligations | 138 |
| 7.7 | Insurance Policies and Agreements | 139 |

**ARTICLE VIII PROVISIONS GOVERNING DISTRIBUTIONS** ............140

| | | |
|---|---|---|
| 8.1 | Distributions for Claims Allowed as of the Initial Distribution Date | 140 |
| 8.2 | Interest on Claims | 140 |
| 8.3 | Distributions under the Plan | 140 |
| 8.4 | Record Date for Distributions to Holders of Allowed Claims and Existing OCD Common Stock (Other Than Asbestos Personal Injury Claims) | 141 |
| 8.5 | Means of Cash Payment | 141 |
| 8.6 | Fractional New OCD Common Stock; Other Distributions | 141 |
| 8.7 | Delivery of Distributions | 142 |
| 8.8 | Surrender of Pre-petition Bonds | 142 |
| 8.9 | Withholding and Reporting Requirements | 143 |
| 8.10 | Setoffs | 143 |

**ARTICLE IX PROCEDURES FOR RESOLVING DISPUTED, CONTINGENT AND UNLIQUIDATED CLAIMS AND DISPUTED INTERESTS** ............143

| | | |
|---|---|---|
| 9.1 | Prosecution of Objections to Certain Claims | 143 |
| 9.2 | No Distributions Pending Allowance | 144 |
| 9.3 | Disputed Distribution Reserve | 144 |
| 9.4 | Distributions on Account of Disputed Claims Once They are Allowed | 146 |

| | | |
|---|---|---|
| 9.5 | Final Distributions from the Disputed Distribution Reserve | 148 |

**ARTICLE X THE ASBESTOS PERSONAL INJURY TRUST** .................................................. 148
| | | |
|---|---|---|
| 10.1 | The Asbestos Personal Injury Trust | 148 |
| 10.2 | Appointment of Asbestos Personal Injury Trustees | 148 |
| 10.3 | Transfers of Property to the Asbestos Personal Injury Trust | 149 |
| 10.4 | Assumption of Certain Liabilities by the Asbestos Personal Injury Trust | 149 |
| 10.5 | Certain Property Held in Trust by the Reorganized Debtors or the Fibreboard Insurance Settlement Trust | 150 |
| 10.6 | Cooperation with Respect to Insurance Matters | 150 |
| 10.7 | Asbestos Personal Injury Trust Indemnity Obligations | 151 |
| 10.8 | Authority of the Debtors | 151 |

**ARTICLE XI [Intentionally Omitted]** ................................................................................ 151

**ARTICLE XII CONDITIONS PRECEDENT TO CONFIRMATION AND CONSUMMATION OF THE PLAN** ................................................................. 151
| | | |
|---|---|---|
| 12.1 | Conditions to Confirmation | 151 |
| 12.2 | Conditions to Effective Date | 155 |
| 12.3 | Waiver of Conditions | 157 |

**ARTICLE XIII RETENTION OF JURISDICTION** .................................................................. 158
| | | |
|---|---|---|
| 13.1 | Exclusive Jurisdiction of the Bankruptcy Court and District Court | 158 |
| 13.2 | Continued Reference to the Bankruptcy Court | 160 |

**ARTICLE XIV MISCELLANEOUS PROVISIONS** ................................................................. 160
| | | |
|---|---|---|
| 14.1 | Professional Fee Claims | 160 |
| 14.2 | Administrative Claims Bar Date | 161 |
| 14.3 | Payment of Statutory Fees | 161 |
| 14.4 | Modifications and Amendments | 161 |
| 14.5 | Severability of Plan Provisions | 161 |
| 14.6 | Successors and Assigns | 162 |
| 14.7 | Compromises and Settlements | 162 |
| 14.8 | Corrective Action | 162 |
| 14.9 | Discharge of the Debtors | 162 |
| 14.10 | Non-Binding Effect of Estimation of Asbestos Personal Injury Claims in the Chapter 11 Cases on Certain OCD Insurers | 163 |
| 14.11 | Special Provisions for Warranty Claims, Distributorship Indemnification Claims, Product Coupon Claims and Mira Vista Claims | 164 |
| 14.12 | Miscellaneous Settlement Agreements | 164 |
| 14.13 | Committees and Future Claimants' Representative | 165 |
| 14.14 | Binding Effect | 165 |
| 14.15 | Revocation, Withdrawal, or Non-Consummation | 165 |
| 14.16 | Plan Exhibits | 166 |

| | | |
|---|---|---|
| 14.17 | Notices | 166 |
| 14.18 | Term of Injunctions or Stays | 169 |
| 14.19 | Substantial Contribution | 169 |

# ARTICLE XIII

## RETENTION OF JURISDICTION

**13.1  Exclusive Jurisdiction of the Bankruptcy Court and District Court**

Pursuant to Sections 105(a) and 1142 of the Bankruptcy Code, and notwithstanding entry of the Confirmation Order and occurrence of the Effective Date, the District Court, together with the Bankruptcy Court to the extent of any reference made to it by the District Court and the Reference Order, shall, and shall be deemed to, retain exclusive jurisdiction, to the fullest extent permissible, over any and all matters arising out of, under or related to, the Chapter 11 Cases or the Plan, including, without limitation, jurisdiction to:

(a) interpret, enforce, and administer the terms of the Asbestos Personal Injury Trust Agreement (including all annexes and exhibits thereto);

(b) allow, disallow, determine, liquidate, classify, estimate or establish the priority or secured or unsecured status of any Claim (other than an Asbestos Personal Injury Claim) or Interest not otherwise Allowed under the Plan, including the resolution of any request for payment of any Administrative Claim and the resolution of any objections to the allowance or priority of Claims or Interests;

(c) hear and determine all applications for compensation and reimbursement of expenses of professionals under the Plan or under Sections 330, 331, 503(b), 1103 and 1129(a)(4) of the Bankruptcy Code; *provided, however*, that from and after the Effective Date, the payment of the fees and expenses of the retained professionals of the Reorganized Debtors shall be made in the ordinary course of business and shall not be subject to the approval of the Bankruptcy Court;

(d) hear and determine all matters with respect to the assumption or rejection of any executory contract or unexpired lease to which a Debtor is a party or with respect to which a Debtor may be liable, including, if necessary, the nature or amount of any required Cure or the liquidation or allowance of any Claims arising therefrom;

(e) effectuate performance of and payments under the provisions herein;

(f) hear and determine all matters with respect to the performance by the Disbursing Agent and the Asbestos Personal Injury Trust (to the extent provided in the Asbestos Personal Injury Trust Agreement) of their respective obligations to make distributions under the Plan;

(g) hear and determine any and all adversary proceedings, motions, applications, and contested or litigated matters arising out of, under, or related to, the Chapter 11 Cases, other than the Released Actions;

(h) enter such orders as may be necessary or appropriate to execute, implement, or consummate the provisions herein and all contracts, instruments, releases, and other agreements or documents created in connection with the Plan, the Disclosure Statement or the Confirmation Order;

(i) hear and determine disputes arising in connection with the interpretation, implementation, consummation, or enforcement of the Plan, including disputes arising under agreements, documents or instruments executed in connection with the Plan;

158

(j) consider any modifications of the Plan, in accordance with Section 1127(b) of the Bankruptcy Code, cure any defect or omission, or reconcile any inconsistency in any order of the Bankruptcy Court, including, without limitation, the Confirmation Order;

(k) hear and determine all disputes arising under or in connection with settlement agreements approved by the Bankruptcy Court, except to the extent that such agreements expressly provide otherwise;

(l) issue injunctions, enter and implement other orders, or take such other actions as may be necessary or appropriate to restrain interference by any entity with implementation, consummation, or enforcement of the Plan or the Confirmation Order;

(m) enter and implement such orders as may be necessary or appropriate if the Confirmation Order is for any reason reversed, stayed, revoked, modified or vacated;

(n) hear and determine any matters arising in connection with or relating to the Plan, the Disclosure Statement, the Confirmation Order or any contract, instrument, release or other agreement or document created in connection with the Plan, the Disclosure Statement or the Confirmation Order;

(o) enforce all orders, judgments, discharges, injunctions, releases, exculpations, indemnifications and rulings entered in connection with the Chapter 11 Cases, including, without limitation, those set forth in Sections 5.5, 5.16, 5.17, 7.6, 10.7, and 14.9;

(p) hear and determine any matters related to the Asbestos Personal Injury Trust's indemnification obligations under Section 10.7 of the Plan (subject to the terms and conditions of the Asbestos Personal Injury Trust Agreement);

(q) except as otherwise limited herein, recover all assets of the Debtors and property of the Debtors' Estates, wherever located;

(r) hear and determine all questions and disputes regarding title to the assets of the Debtors, their Estates, or the Asbestos Personal Injury Trust, including, without limitation, the NSP Administrative Deposit Accounts.

(s) hear and determine matters concerning state, local and federal taxes in accordance with Sections 346, 505 and 1146 of the Bankruptcy Code;

(t) hear and determine all disputes involving the existence, nature or scope of the Debtors' discharge;

(u) hear and determine such other matters as may be provided in or that may arise in connection with the Plan, Confirmation Order, the Claims Trading Injunction, the Asbestos Personal Injury Permanent Channeling Injunction, and each of the other injunctions set forth in Sections 5.16 and 5.17 of the Plan, or as may be authorized under, or not inconsistent with, provisions of the Bankruptcy Code;

(v) enter a final decree closing the Chapter 11 Cases;

(w) hear and determine all objections to the termination of the Asbestos Personal Injury Trust;

(x) hear and determine all questions and disputes arising out of or relating to the Plan Support Agreement, or any of the transactions contemplated thereby; and

(y) hear and determine all questions and disputes arising out of or relating to any of the Rights Offering Documents (including, without limitation, any of the Subscription Documents), the Trust Registration Rights Agreement or the Collar Agreements, or any of the transactions contemplated thereby; *provided, however*, that, from and after the Effective Date, the jurisdiction of the District Court and the Bankruptcy Court (to the extent applicable) shall be non-exclusive with respect to the dispute set forth in this Section 13.1(y).

### 13.2 Continued Reference to the Bankruptcy Court

Notwithstanding entry of the Confirmation Order and/or the occurrence of the Effective Date, the reference to the Bankruptcy Court pursuant to the Reference Order shall continue, but subject to any modifications or withdrawals of the reference specified in the Confirmation Order, Reference Order, Case Management Order or other Order of the District Court; *provided, however*, that nothing in this Plan, the Reference Order or other Order shall, or shall be deemed to, affect the procedures established pursuant to the Asbestos Personal Injury Trust Agreement and the Asbestos Personal Injury Trust Distribution Procedures.

## ARTICLE XIV

## MISCELLANEOUS PROVISIONS

### 14.1 Professional Fee Claims

All final requests for compensation or reimbursement of the fees of any professional employed in the Chapter 11 Cases pursuant to Section 327 or 1103 of the Bankruptcy Code or otherwise, including the professionals seeking compensation or reimbursement of costs and expenses relating to services performed after the Petition Date and prior to and including the Effective Date in connection with the Chapter 11 Cases, pursuant to Sections 327, 328, 330, 331, 503(b) or 1103 of the Bankruptcy Code for services rendered to the Debtors, the Unsecured Creditors' Committee, the Asbestos Claimants' Committee, the Future Claimants' Representative, the advisors to the Bank Holders' sub-committee and the advisors to the Bondholders' and trade creditors' sub-committee prior to the Effective Date and Claims for making a substantial contribution under Section 503(b)(4) of the Bankruptcy Code must be filed and served on the Reorganized Debtors and their counsel not later than sixty (60) days after the Effective Date, unless otherwise ordered by the Bankruptcy Court. Objections to applications of such professionals or other entities for compensation or reimbursement of expenses must be filed and served on the Reorganized Debtors and their counsel and the requesting professional or other entity not later than twenty (20) days after the date on which the applicable application for compensation or reimbursement was served; *provided, however*, that, in lieu of such twenty (20) day objection deadline, the following protocol shall apply to the fee auditor appointed in these Chapter 11 Cases:

(a) if the fee auditor has any questions for any applicant, the fee auditor may communicate such questions in writing to the applicant in an initial report within forty-five (45) days after the date on which the applicable application for compensation or reimbursement was served on the fee auditor;

(b) any applicant who receives such an initial report and wishes to respond thereto shall respond within fifteen (15) days after the date of the initial report and shall serve upon the fee auditor via

160