# ADDITIONAL EXHIBITS TO THE DECLARATION OF STEPHEN M. JURIS FILED ON BEHALF OF MULTIPLE OBJECTING SECTION 524(G) ASBESTOS TRUSTS ON AUGUST 2, 2010.

## EXHIBITS H-N