Robert T. Gibson
*Pro Hac Vice*
THE GIBSON LAW FIRM
Four Penn Center
1600 J.F.K. Boulevard – 5th Floor
Philadelphia, PA 19103
Tel:    215-729-7000
Fax:    215-695-2200

Attorney for Creditors Gibson Law Firm/George and Karen Kairis

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                                :
**In re**                                       :    **Chapter 11 Case No.**
                                                :
**MOTORS LIQUIDATION COMPANY,** *et al.*,       :    **09-50026 (REG)**
    f/k/a **General Motors Corp.,** *et al.*,   :
                                                :
            Debtors.                            :    (Jointly Administered)
                                                :
----------------------------------------------------------------x

## NOTICE OF WITHDRAWAL

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Creditors, George and Karen Kairis and The Gibson Law Firm, withdraw Docket Nos. 5369, 6264 and 6265.

Dated:  Aug. 2, 2010

    /s/ Robert T. Gibson
Robert T. Gibson
*Pro Hac Vice*
THE GIBSON LAW FIRM
319 West Front Street
Media, PA 19063
Tel:    215-729-7000
Fax:    215-695-2200

Attorney for Creditors The Gibson Law Firm/George and Karen Kairis

Robert T. Gibson
*Pro Hac Vice*
THE GIBSON LAW FIRM
Four Penn Center
1600 J.F.K. Boulevard – 5th Floor
Tel:   215-729-7000
Fax:   215-695-2200

Attorney for Creditors Gibson Law Firm/George and Karen Kairis

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
**In re**                                                   :    **Chapter 11 Case No.**
                                                            :
**MOTORS LIQUIDATION COMPANTY,** *et al.*,                  :    **09-50026 (REG)**
    **f/k/a General Motors Corp.,** *et al.*, :
                                                            :
        **Debtors.**  :    **(Jointly Administered)**
                                                            :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

ROBERT T. GIBSON, ESQUIRE, hereby certifies that a true and correct copy of the foregoing document was served upon the following persons via first-class mail:

Weil, Gotshal & Manges LLP
(Attn: Harvey R. Miller, Esq.,
Stephen Karotkin, Esq.,
Joseph H. Smolinsky, Esq., and
Pablo Falabella, Esq.)
767 Fifth Avenue
New York, New York 10153

General Motors, LLC
(Attn: Lawrence S. Buonomo, Esq.)
300 Renaissance Center
Detroit, Michigan 48265

United States Department of the Treasury
(Attn: Joseph Samarias, Esq.)
1500 Pennsylvania Avenue NW, Room 2312
Washington, DC 20220

Motors Liquidation Company
(Attn: Ted Stenger)
500 Renaissance Center, Suite 1400
Detroit, Michigan 48243

Cadwalader, Wickersham & Taft LLP
(Attn: John J. Rapisardi, Esq.)
One World Financial Center
New York, New York 10281

Vedder Price, P.C.
(Attn: Michael J. Edelman, Esq. and
Michael L. Schein, Esq.)
1633 Broadway, 47th Floor
New York, New York 10019

Kramer Levin Naftalis & Frankel LLP
(Attn: Thomas Moers Mayer, Esq.,
Amy Caton, Esq.,
Lauren Macksoud, Esq., and
Jennifer Sharret, Esq.)
1177 Avenue of the Americas
New York, New York 10036

U.S. Attorney's Office, S.D.N.Y.
(Attn: David S. Jones, Esq. and
Natalie Kuehler, Esq.)
86 Chambers Street, Third Floor,
New York, New York 10007

Carpenter, Lipps & Leland LLP
(Attn: Jeffrey Lipps, Esq.)
280 Plaza, Suite 1300
280 North High Street
Columbus, OH 43215

Office of the United States Trustee
for the Southern District of New York
(Attn: Diana G. Adams, Esq.)
33 Whitehall Street, 21st Floor
New York, New York 10004

RodaNast, P.C.
(Attn: Joseph Roda, Esq. and
Michelle Burkholder, Esq.)
801 Estelle Drive
Lancaster, PA 17601

Hartman, Underhill & Brubaker LLP
(Attn: Christopher Underhill, Esq.)
221 East Chestnut Street
Lancaster, PA 17602

Respectfully submitted,

 /s/ Robert T. Gibson
Robert T. Gibson
*Pro Hac Vice*
THE GIBSON LAW FIRM
Four Penn Center
1600 J.F.K. Boulevard – 5th Floor
Tel:    215-729-7000
Fax:    215-695-2200

Attorney for Creditors Gibson Law Firm/George and Karen Kairis

Date:  August 2, 2010