**HEARING DATE AND TIME:** August 9, 2010 at 10:30 a.m. (Eastern Time)
**OBJECTION DEADLINE (AMENDED):** August 4, 2010 at 11:30 a.m. (Eastern Time)
**REPLY DEADLINE:** August 5, 2010 at 12:00 p.m. (Eastern Time)

Elihu Inselbuch
Rita C. Tobin
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, New York 10152-3500
Telephone: (212) 319-7125
Facsimile: (212) 644-6755

Trevor W. Swett III
Kevin C. Maclay
James P. Wehner
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W.
Suite 1100
Washington, D.C. 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301

*Attorneys for Movant Official Committee of*
*Unsecured Creditors Holding Asbestos-Related Claims*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                                        )
In re                                   )        Chapter 11
                                        )
MOTORS LIQUIDATION COMPANY, *et al.,*   )
f/k/a GENERAL MOTORS CORP., *et al.,*   )
                                        )        Case No. 09-50026 (REG)
                                        )
                         Debtors.       )        Jointly Administered
---------------------------------------------------------------X

## AMENDED NOTICE OF HEARING ON APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS HOLDING ASBESTOS-RELATED CLAIMS FOR AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING THE TAKING OF DOCUMENT DISCOVERY AND DEPOSITION TESTIMONY FROM THE DEBTORS AND FROM GENERAL MOTORS, LLC, ITS SUBSIDIARIES AND AFFILIATED COMPANIES

**PLEASE TAKE NOTICE** that the Application of the Official Committee of

Unsecured Creditors Holding Asbestos-Related Claims (the "**Asbestos Claimants Committee**"

or "**ACC**") for an Order Pursuant to Bankruptcy Rule 2004 Authorizing the Taking of

Document Discovery and Deposition Testimony from the Debtors and from General Motors,

LLC, its Subsidiaries and Affiliated Companies (the "**Application**") [Docket No. 6382],

originally noticed for presentment on August 3, 2010, at 12:00 p.m., has been set down for

hearing before the Honorable Robert E. Gerber, United States Bankruptcy Judge, One Bowling

Green, Room 621, New York, New York 10004, on **August 9, 2010, at 10:30 a.m. (Eastern

Time)**.

**PLEASE TAKE FURTHER NOTICE** that the deadline for any responses or

objections to the Application is unchanged.  Accordingly, any responses or objections must be

in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of

the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in

accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by

registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest,

on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other

Windows-based word processing format (with a hard copy delivered directly to Chambers), in

accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and

served in accordance with General Order M-242, and on (i) Weil, Gotshal & Manges LLP,

attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R.

Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the Debtors, c/o

Motors Liquidation Company, 500 Renaissance Center, Suite 1400, Detroit, Michigan 48243

(Attn: Ted Stenger); (iii) General Motors, LLC, 400 Renaissance Center, Detroit, Michigan

48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham & Taft LLP,

attorneys for the United States Department of the Treasury, One World Financial Center, New

York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States Department of

the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C. 20220 (Attn:

Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export Development Canada,

1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq.

and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the

statutory committee of unsecured creditors (the "**Committee**"), 1177 Avenue of the Americas,

New York, New York 10036 (Attn: Thomas Moers Mayer, Esq., Amy Caton, Esq., Lauren

Macksoud, Esq., and Jennifer Sharret, Esq.); (viii) the Office of the United States Trustee for

the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York

10004 (Attn: Diana G. Adams, Esq.); (ix) the U.S. Attorney's Office, S.D.N.Y., 86

Chambers Street, Third Floor, New York, New York 10007 (Attn:  David S. Jones, Esq. and

Natalie Kuehler, Esq.); (x) Caplin & Drysdale, Chartered, attorneys for the official committee

of unsecured creditors holding asbestos-related claims, 375 Park Avenue, 35th Floor, New

York, New York 10152-3500 (Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One

Thomas Circle, N.W., Suite 1100, Washington, DC 20005 (Attn: Trevor W. Swett III, Esq.

and Kevin C. Maclay, Esq.); and (xi) Stutzman, Bromberg, Esserman & Plifka, A

Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the legal

representative for future asbestos personal injury claimants (the "**Future Claimants'**

**Representative**"), 2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn: Sander L.

Esserman, Esq. and Robert T. Brousseau, Esq.), so as to be received no later than **August 4, 2010 at 11:30 a.m. (Eastern Time)** (the "**Amended Objection Deadline**").

      **PLEASE TAKE FURTHER NOTICE** that if no objections are timely filed and served with respect to the Application, the relief requested in the Application may be granted without a hearing.

Dated: New York, New York
      August 3, 2010

              Respectfully submitted,

              CAPLIN & DRYSDALE, CHARTERED

              By: /s/ Trevor W. Swett III
              Trevor W. Swett III
              (tws@capdale.com)
              Kevin C. Maclay
              (kcm@capdale.com)
              James P. Wehner
              (jpm@capdale.com)
              One Thomas Circle, N.W.
              Suite 1100
              Washington, D.C.  20005
              Telephone:  (202) 862-5000
              Facsimile:  (202) 429-3301

              Elihu Inselbuch
              (ei@capdale.com)
              Rita C. Tobin
              (rct@capdale.com)
              375 Park Avenue, 35th Floor
              New York, NY  10152-3500
              Telephone:  (212) 319-7125
              Facsimile:  (212) 644-6755

              *Attorneys for Movant Official Committee of Unsecured Creditors Holding Asbestos-Related Claims*