Robert B. Weiss
Seth A. Drucker
HONIGMAN MILLER SCHWARTZ AND COHN LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226
Telephone: (313) 465-7596
Facsimile: (313) 465-7597

*Attorneys for General Motors LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

| | | |
|---|---|---|
| **In Re** | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY** (f/k/a General Motors Corp.), et al., | : | Case No. 09-50026 (REG) |
| | : | (Jointly Administered) |
| Debtors. | : | Hon. Robert E. Gerber |
| | : | |

-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies and declares that he caused copies to be served as follows:

1. Document Served: Response of General Motors LLC to Motion of the Official Committee of Unsecured Creditors of Motors Liquidation Company for an Order Pursuant to Bankruptcy Rule 2004 Directing Production of Documents by (I) The Claims Processing Facilities for Certain Trusts Created Pursuant to Bankruptcy Code Section 524(G) and (II) General Motors, LLC and the Debtors

2. Served Upon: All parties requesting Court ECF email notification

   Method of Service: Via Court ECF email notification

3. Served Upon: See attached Service List

   Method of Service: Via U.S. Mail unless otherwise indicated on the Service List

4. Date Served: August 2, 2010

I certify and declare under penalty of perjury that the foregoing is true and correct.

Dated: August 3, 2010

By: /s/ Robert B. Weiss
Robert B. Weiss (Michigan Bar No. P28249)
Seth A. Drucker (Michigan Bar No. P65641)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
Telephone: (313) 465-7596
Facsimile: (313) 465-7597
Email: rweiss@honigman.com

DETROIT.4293873.1

General Motors LLC
Attn: Lawrence S. Buonomo, Esq.
400 Renaissance Center
Detroit, MI 48226

Motors Liquidation Company
f/k/a General Motors Corp. et al.
Attn: Ted Stenger
500 Renaissance Center, Suite 1400
Detroit, MI 48243

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Joseph Samarias, Esq.
United States Department of the Treasury
1500 Pennsylvania Avenue, NW, Room 2312
Washington. D.C. 20020

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price
1633 Broadway, 47th Floor
New York, NY 10019

Thomas Moers Mayer, Esq.
Robert T. Schmidt, Esq.
Philip Bentley, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Diana G. Adams, Esq.
Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

Elihu Inselbuch, Esq.
Rita C. Tobin, Esq.
Caplin & Drysdale
Asbestos Claimants' Committee
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Trevor W. Swett III, Esq.
Kevin C. Maclay, Esq.
Caplin & Drysdale
Asbestos Claimants' Committee
One Thomas Circle, N.W., Suite 1100
Washington, DC 20005

David S. Jones, Esq.
Natalie Kuehler, Esq.
U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street, Third Floor
New York, NY  10007

Sander L. Esserman
Robert T. Brousseau,
Stutzman, Bromberg, Esserman & Plifka
2323 Bryan Street, Suite 2200
Dallas, Texas 75201


U.S. Bankruptcy Court
Judge Robert E. Gerber – Helene Blum
One Bowling Green
New York, NY  10004
**Via Overnight Federal Express**

DETROIT.4294002.1

Independent School District
Attn: Annettee Ramirez
14910 Aldine-Westfield Road
Houston, TX 77032

Asplundh Tree Expert Co.
Attn: Philip E. Tatoian, Jr., Esq., VP
And General Counsel
708 Blair Mill Rd
Willow Grove, PA 19090

Atlas Oil Company
24501 Ecorse Road
Taylor, MI 48180

BNSF Railway Company
Attn: Quincy Chumley
3001 Western Center Blvd
Ft. Worth, TX 76131

Bob Hastings Buick GMC, Inc.
Attn: David P. Stoetzel
800 Panorama Trail South
Rochester, NY 14625

Charles Clark Chevrolet Co.
P.O. Box 520
McAllen, TX 78505

Commonwealth Of Pennsylvania
Dept Of Labor And Industry
Reading Bankruptcy & Compl. Unit
Reading, PA 19602

Daniel W. Sherrick, Esq.
General Counsel
8000 East Jefferson Ave
Detroit, MI 48214

David V. Cooke, Esq.
Assistant City Attorney
Municipal Operations
201 West Colfax Avenue, Dept. 1207
Denver, CO 80202

Department Of The Treasury
Attn: Office Of General Counsel
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

Michael Foreman, Esq.
Dorsey & Whitney LLP
Ballard Material Products Inc.
250 Park Avenue
New York, NY 10177

Eaton Corporation
1111 Superior Avenue
Cleveland, OH 44114

Edward S. Donini, Esq.
P.O. Box 605
New Smyrna Beach, FL 32170

El Paso Corporation
Michael J. McGinnis, Senior Attorney
1001 Louisiana, Suite E 1943 A
Houston, TX 77002

Ellias Group LLC
Attn: Dan Ellias
411 Theodore Fremd Ave, Suite 102
Rye, NY 10580

Equitable Gas Bankruptcy Department
Attn: Judy Gawlowski
200 Allegheny Center Mall
Pittsburgh, PA 15212

Factory Motor Parts Company
1380 Corporate Center Curve
Eagan, MN 55121

Gay D. Pelzer
Deputy General Counsel
The University Of Iowa
Iowa City, IA 52242

GHSP, Inc.
Attn: Ron Wallish
1250 South Beechtree Street
Grand Haven, MI 49417

Gladfelter & Galvano, P.L.
Attn: Sacha Roass, Esq.
Goebel And Hawkins Grimes
1023 Manatee Ave West
Bradenton, FL 34205

Howard County Office Of Law
Camela Sandmant, Asst Cty Solicitor
George Howard Building
3430 Courthouse Drive
Ellicott City, MD 21043

Imperical County Treasurer
Karen Vogel, Treasurer Tax Collector
940 West Main Street, Suite 106
El Centro, CA 92243

Internal Revenue Service
Attn: Insolvency Section
290 Broadway
New York, NY 10007

Internal Revenue Service
Attn: Insolvency Section
P.O. Box 21126
Philadelphia, PA 19114

Jim Barnard Chevrolet, Inc.
Attn: Allyn Barnard, President
7107 Buffalo Road
Churchville, NY 14428

Knapp Chevrolet
815 Houston Avenue
Houston, TX 77007

Madison County Tax Collector
Attn: Lynda Hall
100 Northside Square
Huntsville, AL 35801

Meltzer, Purtill & Stelle, LLC
Attn: Forrest B. Lammiman
Broadway in Chicago LLC
300 South Wacker Drive, Suite 3500
Chicago, Il 60606

Michael A. Cox, Atty General
Kathllen Gardiner, Asst Atty General
Julius O. Curling, Asst. Atty General
3030 W. Grand Blvd, Suite 10-200
Detroit, MI 48202

Michigan Workers' Compensation
Agency
7150 Harris Dr.
Dimondale, MI 48821

Mike Barnard Chevrolet-Cadillac-Buick-Pontiac-GMC, Inc.
Attn: Michael E. Barnard, President
616 Thayer Road
Fairport, NY 14450

North America Tonnage Linde, Inc.
Attn: Jeffrey J. Johns, Commercial Director
575 Mountain Avenue
Murray Hill, NJ 07974

P. Richard Hartley
415 E. Commerce Street, Suite 101
PO Box 583
Greenville, AL 36037

Pima County
Barbara Lawall, Civil Division
T. Roberts & G. Yusufov
32 N. Stone, Suite 1400
Tucson, AZ 85701

Kevin M Schoenl
Connie Schoenl
20 Jade Creek Dr
Hilton, NY 14468

Team Chevrolet, Inc.
Attn: Thomas Steigerwald, VP
2830 Route 16 North
Olean, NY 14760

United States Attorney's Office
Attn: Claims Unit - Room 417
One St. Andrews Plaza
New York, NY 10007

3M Company
Attn: Catherine Barnett Wilson
Office Of General Counsel
3M Center, Building 220-9E-02
St. Paul, MN 55144

Aiken Schenk Hawkins & Riccardi P.C.
Attn: Barbara Lee Caldwell
4742 North 24th Street, Suite 100
Phoenix, AZ 85016

Airgas, Inc.
Attn: David Boyle, Consultant To Legal Dept
259 Radnor Chester Road
Radnor, PA 19087

New York City Dept. Of Finance
Attn: Legal Affairs - Devora Cohn
345 Adams St, 3rd Floor
Brooklyn, NY 11201

Paddock Chevrolet, Inc.
Attn: Duane Paddock, President
3232 Delaware Avenue
Kenmore, NY 14217

Securities And Exchange Commission
Attn: Andrew N. Vollmer, Acting Gen. Counsel
100 F Street, ND
Washington, D.C. 20549

The Valley Cadillac Corporation
Attn: Edward T. Meaghar, Jr., President
3100 Winton Road South
Rochester, NY 14623

Toyota Motor Sales U.S.A, Inc.
Attn: Tobin Lippert
19001 South Western Ave, HQ12
Torrance, CA 90509

Underwood & Associates, P.C.
Attn: Otis M. Underwood Jr.
167 S. Washington St.
Oxford, MI 48371

Washington Department Of Revenue
Zachary Mosner, Asst. Atty General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104

Arnall Golden Gregory LLP
Attn: Darryl S. Laddin & Frank N. White
171 17th Street, NW, Suite 2100
Atlanta, GA 30363

At&T Services Inc.
Attn: James W. Grudus
One At&T Way, Room 3A218
Bedminster, NJ 07921

Attorney General
Attn: Roland Hwang, Esq.
Growth, Unemployment Insurance Agency
3030 W. Grand Boulevard, Suite 9-600
Detroit, MI 48202

New York State Dept Taxation & Finance
Attn: Bankruptcy/Special Proc. Sect.
PO Box 5300
Albany, NY 12205

S. Ornelas & M. Castillo Jr.
Ornelas, Castillo & Ornelas, PLLC
401 East Hillside Rd., 2nd Floor
Laredo, TX 78041

Penske Auto Group
18600 South Hawthorne Boulevard
Torrance, CA 90504

R. Elping, K. Dine & E. Carrig
1540 Broadway
New York, NY 11036

Shape Corp.
Attn: Budd Brink
1900 Hayes Street
Grand Haven, MI 49417

Toyota Boshoku America, Inc.
28000 West Park Drive
Novi, MI 48377

Baker & Hostetler LLP
Attn: Joseph F. Hutchinson, Jr.,
Eric Goodman, Wendy J. Gibson
3200 National City Center
1900 E. 9th Street
Cleveland, OH 44114

Baker & Hostetler LLP
Attn: Richard Bernard, Esq.
45 Rockefeller Plaza
New York, NY 10111

Ballard Spahr Andrews & Ingersoll
Attn: Matthew G. Summers, Esq.
300 East Lombard Street, 18th Floor
Baltimore, MD 21202

Barnes & Thornburg LLP
Attn: John T. Gregg, Esq.
171 Monroe Avenue, NW, Suite 1000
Grand Rapids, MI 49503

Allard & Fish, P.C.
Attn: Deborah L. Fish, Esq.
2600 Buhl Bldg
535 Griswold
Detroit, MI 48226

Alpine Electronics Of America, Inc.
Attn: Cynthia Woodruff-Neer, Esq.
19145 Gramercy Place
Torrance, CA 90501

Arcadis U.S., Inc.
Attn: Liesl Spangler,
Associate Counsel
630 Plaza Drive, Suite 100
Highlands Ranch, CO 80129

Arent Fox LLP
Christopher Giaimo, Jeffrey Rothleder
Andrea Campbell
1050 Connecticut Avenue, NW
Washington, DC 20036

Arent Fox LLP
Attn: James M. Sullivan, Esq.
1675 Broadway
New York, NY 10019

Arent Fox LLP
Attn: Mary Joanne Dowd, Esq.
1050 Connecticut Avenue, NW
Washington, DC 20036

Armstrong Teasdale, LLP
Attn: David L. Going, Esq.
One Metropolitan Square, Suite 2600
St. Louis, MO 63102

Bialson, Bergen & Schwab
Patrick M. Costello & Thomas M. Gaa
2600 El Camino Real, Suite 300
Palo Alto, CA 94306

Blue Cross And Blue Shield Of Michigan
Attn: Jeffrey Rumley, Assistant
General Counsel
600 Lafayette East #1925
Detroit, MI 48226

Borges & Associates, LLC
Attn: Wanda Borges, Esq.
575 Underhill Blvd., Suite 118
Syosset, NY 11791

Attorney General
Attn: Leslie C. Levy, Assistant
Attorney General
2115 State Capitol Building
Lincoln, NE 68509

Attorney General
Attn: Mark Browning, Assistant
Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711

Attorney General Of Ohio
Victoria D. Garry, Asst Atty General
Collections & Enforcement
441 Vine Street
Cincinnati, OH 45202

Attorney General
Michael A. Cox & Dennis J. Raterink
Labor Division
P.O. Box 30736
Lansing, MI 48909

Attorney General
Kimberly Walsh, Asst Atty General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711

Attorney General
Susan Przekop-Shaw
Asst Atty General
P.O. Box 30736
Lansing, MI 48909

Attorney General
Attn: Neal S. Mann, Asst Atty General
120 Broadway - 24th Floor
New York, NY 10271

Bingham Mccutchen LLP
Robert M Dombroff, Jeffrey S. Sabin
399 Park Avenue
New York, NY 10022

Blank Rome LLP
Attn: Marc E. Richards, Esq.
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Bodman LLP
Attn: Colin T. Darke, Marc M. Bakst
1901 St. Antoine Street
6th Floor At Ford Field
Detroit, MI 48226

Barnes & Thornburg LLP
Attn: Mark R. Owens, Esq.
11 South Meridian Street
Indianapolis, IN 46204

Barrick, Switzer, Long, Balsley &
Van Evera
Attn: Robert C. Pottinger, Esq.
6833 Stalter Drive, First Floor
Rockford, IL 61108

Bartlett Hackett Feinberg P.C.
Attn: Frank F. Mcginn, Esq.
155 Federal Street, 9th Floor
Boston, MA 02110

Becker, Glynn, Melamed & Muffly LLP
Attn: Chester B. Salomon, Esq.
299 Park Avenue, 16th Floor
New York, NY 10171

Berger Singerman, P.A.
Attn: Arthur J. Spector, Esq.
350 E. Las Olas Blvd, 10th Floor
Fort Lauderdale, FL 33301

Bingham McCutchen LLP
Anna M. Boelitz, Jonathan B. Alter
One State Street
Hartford, CT 06103

Blank Rome LLP
Attn: Regina Stango Kelbon, Esq.
One Logan Square
Philadelphia, PA 19103

Brady C Williamson
Godfrey & Kahn Sc
One East Main St
Madison, WI 53703

Brooks Wilkins Sharkey & Turco
Matthew E. Wilkins, Paula A. Hall
401 S. Old Woodward Ave, Suite 460
Birmingham, MI 48009

Brown & Whalen, P.C.
Attn: Rodney A. Brown, Esq.
711 Third Avenue, 20th Floor
New York, NY 10017

Brayton Purcell LLP
Attn: Alan R. Brayton, Christina C. Skubic, Matthew B. Lee
222 Rush Landing Road
Novato, CA 94945

Buchalter Nemer, PC
Attn: Shawn M. Christianson, Esq.
333 Market Street, 25th Floor
San Francisco, CA 94105

Burr & Forman LLP
Attn: D. Christopher Carson & Jennifer B. Kimble
420 North 20th Street, Suite 3400
Birmingham, AL 35203

Cadwalader, Wickersham & Taft LLP
Attn: John J. Rapisardi, Esq.
One World Financial Center
New York, NY 10281

Caplin & Drysdale, Chartered
Attn: Elihu Inselbuch & Rita Tobin Mark Buttita
375 Park Avenue, 35th Floor
New York, NY 10152

Clark Hill PLC
Christopher Cahill, Robert Gordon
151 S Old Woodward Ave, Ste 200
Birmingham, MI 48009

Cohen, Weiss And Simon LLP
Attn: Babette A. Ceccotti, Esq.
330 West 42nd Street
New York, NY 10036

Connell Foley LLP
Attn: Stephen V. Falanga & Christopher M. Hemrick
888 Seventh Avenue
New York, NY 10106

Covington & Burling LLP
Attn: Michael St. Patrick Baxter, Esq.
1201 Pennsylvania Avenue NW
Washington, DC 20004

Dana Holding Company
Attn: Lisa Wurster
PO Box 1000
Maumee, OH 43537

Bracewell & Giuliani LLP
Attn: Renee Dailey
225 Asylum Street, 26th Floor
Hartford, CT 06103

Briggs And Morgan P.A.
Attn: John R. McDonald, Esq.
2200 Ids Center
80 South 8th Street
Minneapolis, MN 55402

Brown & Connery, LLP
Attn: Kenneth J. Schweiker, Jr., Esq.
6 North Broad Street, Suite 100
Woodbury, NJ 08096

Burke, Warren, Mackay & Serritella, P.C.
Attn: J. Kim & G. Ring
330 N. Wabush Ave. 22nd Floor
Chicago, IL 60611

Bush Seyferth & Paige PLLC
Attn: Richard W. Paige
3001 W. Big Beaver Rd., Suite 600
Troy, MI 48084

Butzel Long, PC
Attn: Thomas B. Radom & Max J. Newman
41000 Woodward Avenue
Bloomfield Hills, MI 48304

Campbell, O'brien & Mistele, P.C.
Attn: Robert J. Figa, Esq.
100 W. Big Beaver Road, Suite 385
Troy, MI 48084

Caplin & Drysdale, Chartered
Attn: Peter Van Lockwood, Ronald Reinsel & Trevor Swett, III. Mark Buttita
1 Thomas Circle
Washington, DC 20005

Cassels Brock
Attn: Michael Weinczok
2100 Scotia Plaza - 40 King Street West
Toronto, ON M5H 3C2
**CANADA**

Cohn Whitesell & Goldberg LLP
Attn: Michael J. Goldberg, Esq.
101 Arch St. Suite 1605
Boston, MA 02110

Burlington Northern Sante Fe Railway Company
Peter M. Lee, Senior General Atty
2500 Lew Menk Drive
P.O. Box 961039
Ft. Worth, TX 76161

Butzel Long, PC
Attn: Robert Sidorsky, Eric B. Fisher
380 Madison Avenue
New York, NY 10017

C.B. Blackard, III
Corporate Counsel
Acxiom Corporation
301 E Dave Ward Dr
Conway, AR 72033

Canon U.S.A, Inc.
Attn: Ruth E. Weinstein
One Canon Plaza
Lake Success, NY 11042

Carson Fischer, P.L.C.
Joseph Fischer, Lawrence Lichtman, Patrick Kukla, Christopher Grosman
4111 Andover Road, West-2nd Floor
Bloomfield Hills, MI 48302

Chapell & Associates, LLC
Attn: Alan Chapell, Cipp
Consumer Privacy Ombudsman
297 Driggs Avenue, Suite 3a
Brooklyn, NY 11222

Cleary Gottlieb Steen & Hamilton LLP
A Richard Susko, D. Buell, J. Bromley S. O'Neal, D. Gottlieb, R. Lincer
One Liberty Plaza
New York, NY 10006

Clifford Chance US LLP
Andrew Brozman & Sarah Campbell
RBS Citizens N.A.
31 West 52nd Street
New York, NY 10019

Cole, Schotz, Meisel Forman & Leonard, P.A.
Attn: Stuart Komrower, Esq.
Court Plaza North
25 Main Street
Hackensack, NJ 07601

County Attorney
Attn: Belkys Escobar, Assistant County Attorney
One Harrison Street, S.E., 5th Floor
Leesburg, VA 20175

| | | |
|---|---|---|
| Day Pitney<br>Richard M. Meth, Herbert K. Ryder<br>P.O. Box 1945<br>Morristown, NJ 07962 | Coolidge Wall Co., L.P.A.<br>Attn: Ronald S. Pretekin, Esq.<br>33 West First Street, Suite 600<br>Dayton, OH 45402 | Cummings & Lockwood LLC<br>Attn: John F. Carberry, Esq.<br>Six Landmark Square<br>Stamford, CT 06901 |
| Debevoise & Plimpton LLP<br>Jasmine Powers, Richard F. Hahn<br>919 Third Avenue<br>New York, NY 10022 | Covington & Burling LLP<br>Attn: Susan Power Johnston, Esq.<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018 | Dawda, Mann, Mulcahy & Sadler, Plc<br>Attn: William Rosin & Kenneth Flaska<br>39533 Woodward Avenue, Suite 200<br>Bloomfield Hills, MI 48304 |
| Dechert LLP<br>Attn: Juliet Sarkessian, Esq.<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104 | Davis Polk & Wardwell<br>Donald Bernstein & Marshall Huebner<br>450 Lexington Avenue<br>New York, NY 10017 | Day Pitney LLP<br>Attn: Richard M. Meth, Esq.<br>200 Campus Drive<br>Florham Park, NJ 07932 |
| Department Of Labor & Industry<br>Attn: Denise A. Mertz<br>Reading Bankruptcy & Compliance Unit<br>625 Cherry Street, Room 203<br>Reading, PA 19602 | Day Pitney LLP<br>Attn: Herbert Ryder, Amish R. Doshi<br>7 Times Square<br>New York, NY 10036 | Dealer Tire, LLC<br>3711 Chester Avenue<br>Cleveland, OH 44114 |
| Dickinson Wright PLLC<br>Doron Yitzchaki, Michael C. Hammer<br>301 E. Liberty, Suite 500<br>Ann Arbor, MI 48104 | Dickinson Wright PLLC<br>Colleen Sweeney, Kerry Masters Ewald<br>424 Church Street, Suite 1401<br>Nashville, TN 37219 | Dechert LLP<br>Attn: James O. Moore, Shmuel Vasser<br>1095 Avenue Of The Americas<br>New York, NY 10036 |
| Drinker Biddle & Reath LLP<br>Attn: Kristen K. Going, Esq.<br>1500 K Street, N.W.<br>Washington, DC 20005 | Diconza Law P.C.<br>Attn: Gerard Diconza, Esq.<br>630 Third Avenue, 7th Floor<br>New York, NY 10017 | Department Of Labor<br>Attn: Deputy Solicitor Of Labor<br>200 Constitution Avenue, NW<br>Washington, DC 20201 |
| Edwards Angell Palmer & Dodge LLP<br>R. Hiersteiner, J. Darcey, A. Zuccarello<br>J. Groves, C. Bodell & J. Whitlock<br>111 Huntington Avenue<br>Boston, MA 02199 | Drinker Biddle & Reath LLP<br>Attn: Stephanie Wickouski, Esq.,<br>Kirstin K. Going<br>140 Broadway, 39th Floor<br>New York, NY 10005 | Dickinson Wright PLLC<br>Dawn R. Copley, James A. Plemmons<br>500 Woodward Avenue, Suite 4000<br>Detroit, MI 48226 |
| Ellis & Winters, LLP<br>Attn: George F. Sanders Iii<br>P.O. Box 33550<br>Raleigh, NC 27615 | Elliott Greenleaf<br>Attn: R. Z - Aravena & T. Kittila,Esq.<br>1105 North Market St. 17th Floor<br>Wilmington, DE 19801 | DLA Piper LLP<br>Karol Denniston & Jennifer Nassiri<br>550 S. Hope Street, Suite 2300<br>Los Angeles, CA 90071 |
| Felderstein Fitzgerald<br>Willoughby & Pascuzzi LLP<br>Attn: Paul J. Pascuzzi, Esq.<br>400 Capital Mall, Suite 1450<br>Sacramento, CA 95814 | Entergy Services, Inc<br>Attn: Alan H. Katz, Assistant General<br>Counsel<br>639 Loyola Avenue, 26th Floor<br>New Orleans, LA 70113 | EDS, AN HP Company<br>Ayala Hassell, Bankruptcy & Insolvency,<br>Senior Attorney<br>H3-3A-05<br>Plano, TX 75024 |
| Foley & Lardner LLP<br>Attn: Frank Dicastri, Esq.<br>777 East Wisconsin Avenue<br>Milwaukee, WI 53202 | Ervin Cohen & Jessup LLP<br>Michael S. Kogan & Peter Jazayeri<br>9401 Wilshire Boulevard<br>Beverly Hills, CA 90212 | Ellis & Winters LLP<br>Attn: George F. Sanderson Iii<br>P.O. Box 33550<br>Raleigh, NC 27636 |

Fox Rothschild LLP
Attn: Fred Stevens, Esq.
100 Park Avenue, Suite 1500
New York, NY 10017

Friedlander Misler, PLLC
Attn: Robert E. Greenberg, Esq.
1101 Seventeenth St, NW, Ste 700
Washington, DC 20036

Gersten Savage, LLP
Attn: Paul Rachmuth
600 Lexington Avenue
New York, NY 10022

Godfrey & Kahn, S.C.
Attn: Timothy F. Nixon, Esq
780 North Water Street
Milwaukee, WI 53202

Goulston & Storrs, P.C.
Douglas B. Rosner, Gregory O. Kaden
400 Atlantic Avenue
Boston, MA 02110

Hahn & Hessen LLP
J. Divack & H. Patwardhan
488 Madison Avenue, 15th Floor
New York, NY 10022

Halperin Battaglia Raicht, LLP
Attn: Christopher J. Battaglia &
Julie D. Dayas, Esq.
555 Madison Avenue, 9th Floor
New York, NY 10022

Haynes And Boone LLP
Patrick Hughes, Peter Ruggero
Charles Beckman, Brooks Hamilton
1221 McKinney, Suite 2100
Houston, TX 77010

Hess Corporation
Attn: Elizabeth Anne Carini Currenti
1 Hess Plaza
Woodbridge, NJ 07095

Hinckley, Allen & Snyder LLP
Thomas Curran, Paul O'Donnell
Jennifer Doran
28 State Street
Boston, MA 02109

Foley & Lardner LLP
Attn: Robert H. Huey, Esq.
Washington Harbour
3000 K Street, N.W., Suite 600
Washington, DC 20007

Foley & Lardner LLP
Attn: Jill L. Munch & Joanne Lee
321 North Clark Street, Suite 2800
Chicago, IL 60654

Fraser Trebilcock Davis & Dunlap, P.C.
Attn: G. Alan Wallace, Esq.
124 West Allegan Street, Suite 1000
Lansing, MI 48933

Fulbright & Jaworski L.L.P.
David A. Rosenzweig & Mark C. Haut
666 Fifth Avenue
New York, NY 10103

Fulbright & Jaworski L.L.P.
Attn: Michael M. Parker, Esq.
300 Convent Street, Suite 2200
San Antonio, TX 78205

Gibbons P.C.
Attn: David N. Crapo, Esq.
One Gateway Center
Newark, NJ 07102

Girrard Gibbs LLP
Attn: D. Girard & A.J. De Bartolomeo
601 California Street, Suite 1400
San Francisco, CA 94108

Golenbock Eiseman Assor Bell &
Peskoe
Jonathan Flaxer, Douglas Furth
Anthony Vassallo
437 Madison Avenue
New York, NY 10022

Harman Becker Automotive Systems
39001 West 12 Mile Road
Farmington Hills, MI 48331

Haynsworth Sinkler Boyd, P.A.
Attn: William H. Short, Jr., Esq.
PO Box 11889
Columbia, SC 29211

Erman, Teicher, Miller, Zucker &
Freedman
Earle Erman, David Eisenberg,
Dianne Ruhlandt
400 Galleria Officentre, Ste. 444
Southfield, MI 48034

Farella Braun & Martel LLP
Neil A. Goteiner, Esq.
235 Montgomery Street, 17th Floor
San Francisco, CA 94104

Foley & Lardner LLP
Attn: Victor A. Vilaplana & Matthew J.
Riopelle
402 West Broadway, Suite 2100
San Diego, CA 92101

Foley & Lardner LLP
M. Aiello, S. Barbatano, S. Hilfinger
J. Simon, K. Catanese, S. Seabolt
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI 48226

Forman Holt Eliades & Ravin, LLC
Attn: Kim R. Lynch, Esq.
80 Route 4 East, Suite 290
Paramus, NJ 07652

Freeborn & Peters LLP
Aaron L. Hammer & Thomas R. Fawkes
311 South Wacker Drive, Suite 3000
Chicago, IL 60606

Fulbright & Jaworski L.L.P.
Liz Boydston, Louis R. Strubeck
2200 Ross Avenue, Suite 2800
Dallas, TX 75201

Fulbright & Jaworski L.L.P.
David A. Rosenzweig, Jaclyn L. Rabin
666 Fifth Avenue
New York, NY 10103

Gibson, Dunn & Crutcher LLP
David M. Feldman, Matthew J. Williams
200 Park Avenue
New York, NY 10166

Glenn M. Reisman, Esq.
Two Corporate Drive, Suite 234
Shelton, CT 06484

| | | |
|---|---|---|
| Hogan & Hartson LLP<br>Scott A. Golden & Brian J Grieco<br>875 Third Avenue<br>New York, NY 10022 | Hewlett-Packard CompaNY Lp<br>Ramona Neal, Senior Counsel<br>11311 Chinden Boulevard<br>Mail Stop 314<br>Boise, ID 83714 | Gorlick, Kravitz & Listhaus, P.C.<br>Attn: Barbara S. Mehlsack, Esq.<br>17 State Street, 4th Floor<br>New York, NY 10004 |
| Hunter & Schank Co., LPA<br>John J. Hunter, Jr., Thomas J. Schank<br>One Canton Square<br>1700 Canton Avenue<br>Toledo, OH 43604 | Hiscock & Barclay, LLP<br>Susan R. Katzoff, Esq.<br>One Park Place<br>300 South State Street<br>Syracuse, NY 13202-2024 | Greenberg Traurig, LLP<br>Attn: B. Zirinsky, N. Mitchell & A. Kadish<br>200 Park Avenue<br>New York, NY 10166 |
| Hunton & Williams LLP<br>Peter Partee, Richard Norton,<br>Scott H. Bernstein<br>200 Park Avenue<br>New York, NY 10166 | Industry Canada, Legal Services<br>Attn: Anne Boudreau<br>235 Queen Street<br>Ottawa, ON K1A OH5<br>**Canada** | Hahn Loeser & Parks LLP<br>Attn: Lee D. Powar & Daniel A.<br>Demarco & Rocco I. Debitetto<br>200 Public Square, Suite 2800<br>Cleveland, OH 44114 |
| International Union, UAW<br>Daniel Sherrick & Niraj Ganatra<br>Legal Dept.<br>8000 East Jefferson Avenue<br>Detroit, MI 48214 | Ivey, Barnum And O'mara, LLC<br>Attn: Melissa Zelen Neier, Esq.<br>170 Mason Street<br>Greenwich, CT 06830 | Haynes And Boone, LLP<br>Judith Elkin, Matthew E. Russell<br>Jonathan Hook<br>1221 Avenue Of The Americas, 26th Fl<br>New York, NY 10020 |
| Jaffe, Raitt, Heuer, & Weiss, P.C.<br>Attn: Richard E. Kruger<br>27777 Franklin Rd. Suite 2500<br>Southfield, MI 48034 | Jenner & Block LLP<br>Daniel Murray & Joseph Gromacki<br>353 N. Clark St.<br>Chicago, IL 60654 | Herrick, Feinstein LLP<br>Attn: Stephen B. Selbst & Paul Rubin<br>2 Park Avenue<br>New York, NY 10016 |
| Johnson, Hearn, Vinegar, Gee & Glass<br>Attn: Jean Winborne Boyles, Esq.<br>P.O. Box 1776<br>Raleigh, NC 27602 | Johnston Barton Proctor & Rose LLP<br>Attn: Max A. Moseley, Esq.<br>569 Brookwood Village, Suite 901<br>Birmingham, AL 35209 | Hewlett-Packard Financial Services Co<br>Attn: Amy S. Chipperson, Esq.<br>420 Mountain Avenue<br>Murray Hill, NJ 07640 |
| Kaye Scholer LLP<br>Richard Smolev & Stewart Herman<br>425 Park Avenue<br>New York, NY 10022 | Keating Muething & Klekamp PLL<br>Attn: Jason V. Stitt, Esq.<br>One East Fourth Street, Suite 1400<br>Cincinnati, OH 45202 | Hunton & Williams LLP<br>Attn: J.R. Smith<br>Riverfront Plaza, East Tower<br>Richmond, VA 23219 |
| Kelley Drye & Warren LLP<br>David Retter, Pamela Bruzzese-<br>Szczgiel, Jennifer Christian<br>James Carr, Jordan Bergman<br>101 Park Avenue<br>New York, NY 10178 | Kilpatrick & Associates, P.C.<br>Richardo Kilpatrick & Leonora<br>Baughman<br>903 N. Opdyke Road, Suite C<br>Auburn Hills, MI 48326 | International Union Of Operating<br>Engineers<br>Attn: Richard Griffin, Gen. Counsel<br>1125 Seventeenth Street, NW<br>Washington, DC 20036 |
| Kennedy, Jennik & Murray P.C.<br>Susan Jennik, Thomas Kennedy<br>Larry Magarik<br>113 University Place, 7th Fl<br>New York, NY 10003 | Kotz, Sangster, Wysocki And Berg<br>Frederick Berg & Jayson Macyda<br>400 Renaissance Center, Suite 3400<br>Detroit, MI 48243 | J.L. Saffer, P.C.<br>Attn: Jennifer L. Saffer, Esq.<br>20 Vesey Street, 7th Floor<br>New York, NY 10007 |
| Kohrman Jackson & Krantz, Pll<br>Attn: James W. Ehrman, Esq.<br>One Cleveland Center, 20th Floor<br>1375 East Ninth Street<br>Cleveland, OH 44114 | Lambert, Leser, Isackson, Cook &<br>Giunta, P.C.<br>Adam D. Bruski, Susan M. Cook<br>916 Washington Avenue, Suite 309<br>Bay City, MI 48708 | Jenner & Block LLP<br>Patrick Trostle & Heather Mcarn<br>919 Third Avenue, 37th Floor<br>New York, NY 10022 |

| | | |
|---|---|---|
| Kupelian Ormond & Magy, P.C.<br>Attn: Terrance Hiller, David Blau,<br>Paul Magy, Matthew Schlegel<br>25800 Northwestern Hwy, Suite 950<br>Southfield, MI 48075 | Law Offices Of Gabriel Del Virginia<br>Attn: Gabriel Del Virginia, Esq.<br>488 Madison Ave<br>New York, NY 10022 | K&L Gates LLP<br>Attn: Jeffrey N. Rich & Eric T. Moser<br>599 Lexington Avenue<br>New York, NY 10022 |
| Latham & Watkins LLP<br>Robert Rosenberg & Adam Goldberg<br>885 Third Avenue, Suite 1000<br>New York, NY 10022 | Leclairryan P.C<br>Michael Hastings, Michael Conway<br>830 Third Avenue, 5th Floor<br>New York, NY 10022 | Kelley & Ferraro, L.L.P.<br>Attn: Thomas M. Wilson, Esq.<br>2200 Key Tower<br>127 Public Square<br>Cleveland, OH 44114 |
| Lawrence Jay Kraines, Esq.<br>14235 Dickens Street, Suite 4<br>Sherman Oaks, CA 91423 | Linebarger Goggan Blair & Sampson<br>Attn: John P. Dillman, Esq.<br>PO Box 3064<br>Houston, TX 77253 | Kerr, Russell And Weber, PLC<br>P. Warren Hunt & James Deline<br>500 Woodward Avenue, Suite 2500<br>Detroit, MI 48226 |
| Linebarger Goggan Blair & Sampson<br>Attn: Elizabeth Weller, Esq.<br>2323 Bryan Street, Suite 1600<br>Dallas, TX 75201 | Locke Lord Bissell & Liddell LLP<br>Attn: Timothy S. McFadden, Esq.<br>111 South Wacker Drive<br>Chicago, IL 60606 | Klehr, Harrison, Harvey, Branzburg<br>& Ellers LLP<br>Morton Branzburg & Brian Crowley<br>260 S. Broad Street<br>Philadelphia, PA 19102 |
| Locke Lord Bissell & Liddell LLP<br>Attn: Kevin J. Walsh, Esq.<br>3 World Financial Ctr Fl 20<br>New York, NY 10281 | Mazzeo Song & Bradham LLP<br>Attn: David H. Hartheimer, Esq.<br>708 Third Avenue, 19th Floor<br>New York, NY 10017 | Kramer Levin Naftalis & Frankel LLP<br>Thomas Moers Mayer, Amy<br>Caton, Adam Rogoff, Gregory Plotko<br>1177 Avenue Of The Americas<br>New York, NY 10036 |
| Lowenstein Sandler PC<br>Attn: Michael S. Etkin, S. Jason Teele,<br>Ira M. Levee<br>65 Livingston Avenue<br>Roseland, NJ 07068 | Mckenna Long & Aldridge LLP<br>Charles Dorkey III, Jessica Mayes<br>Christopher F. Graham<br>230 Park Avenue, Suite 1700<br>New York, NY 10169 | Law Offices Of Robert E. Luna, P.C.<br>Attn: Andrea Sheehan, Esq.<br>4411 N. Central Expressway<br>Dallas, TX 75205 |
| Matta Blair, Plc<br>Attn: Steven A. Matta, Esq.<br>4145 Dublin Drive, Suite 100<br>Bloomfield Hills, MI 48302 | Meyer, Suozzi, English & Klein, P.C.<br>Attn: Hanan B. Kolko, Esq.<br>1350 Broadway, Suite 501<br>P.O. Box 822<br>New York, NY 10018 | Levy Ratner P.C.<br>Suzanne Hepner, Ryan J. Barbur<br>& Robert H. Stroup<br>80 Eighth Avenue, 8th Floor<br>New York, NY 10011 |
| McCarthy, Lebit, Crystal & Liffman<br>Kimberly A. Brennan, Robert R. Kracht<br>101 West Prospect Ave, Suite 1800<br>Cleveland, OH 44115 | Michigan Funds Administration<br>7201 W. Saginaw Hwy, Ste 110<br>Lansing, MI 48917 | Linebarger Goggan Blair & Sampson<br>Diane W. Sanders, Esq.<br>2700 Via Fortuna Drive, Suite 400<br>P.O. Box 17428<br>Austin, TX 78760 |
| McNamee, Lochner, Titus & Williams<br>Jacob F. Lamme, John J. Privitera<br>677 Broadway<br>AlbaNY, NY 12207 | Miller, Canfield, Paddock & Stone<br>Susan I. Robbins, Esq.<br>500 Fifth Avenue, Suite 1815<br>New York, NY 10110 | Lowenstein Sandler PC<br>Michael S. Etkin, S. Jason Teele,<br>Ira M. Levee<br>1251 Avenue Of The Americas<br>New York, NY 10022 |
| Meyer, Suozzi, English & Klein, P.C.<br>Edward Lobello, Alan Marder.<br>Jil Mazer-Marino, J. Rando Cristiano<br>990 Stewart Avenue, Suite 300<br>Garden City, NY 11530 | Mintz, Levin, Cohn, Ferris, Glovsky &<br>Popeo, P.C.<br>Attn: Paul J. Ricotta, Esq.<br>One Financial Center<br>Boston, MA 02111 | McCarter & English, LLP<br>Attn: Charles A. Stanziale, Jr.<br>Four Gateway Center<br>Newark, NJ 07102 |

Michigan Environment, Natural
Resources And Agriculture Division
Attn: Celeste R. Gill
525 W. Ottawa, 6th Floor
G. Menne Williams Building
Lansing, MI 48909

Milbank, Tweed, Hadley & McCloy
Matthew S. Barr, Tyson M.
Lomazow & Samuel A. Khalil
1 Chase Manhattan Plaza
New York, NY 10005

Miller, Canfield, Paddock & Stone
Donald Hutchinson, Timothy Fusco
Marc N. Swanson
150 West Jefferson Ave, Suite 2500
Detroit, MI 48226

Montgomery, Mccracken, Walker &
Rhoads, LLP
Atty For Steven Kazan, Esq.
Attn: Natalie Ramsey & J. O'neil, Jr.
123 South Broad Street
Philadelphia, PA 19109

Motley Rice LLC
Jeanette M. Gilbert, Joseph F.
Rice, John A. Baden Iv
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Much Shelist Denenberg Ament And
Rubenstein, P.C.
Attn: Colleen E. Mcmanus, Esq.
191 North Wacker Dr, Ste 1800
Chicago, IL 60606

Myers & Fuller, P.A.
Attn: Richard Sox, Esq.
2822 Remington Green Circle
Tallahassee, FL 32308

Narmco Group
Attn: Gary Kelly
2575 Airport Road
Windsor, ON N8W 1Z4
**CANADA**

New York State Department Of Law
Maureen F. Leary, Susan L. Taylor
Environmental Protection Bureau
The Capitol
Albany, NY 12224

Office Of The Attorney General
Andrew M. Cuomo
120 Broadway
New York, NY 10271

Morgan, Lewis & Bockius LLP
Andrew D Gottfried, Richard S. Toder
Howard S. Beltzer, Emmeline S. Liu
101 Park Avenue
New York, NY 10178

Morgan, Lewis & Bockius LLP
Michael A. Bloom & Rachel
Jaffe Mauceri
1701 Market Street
Philadelphia, PA 19103

Motors Liquidation Company
Attn: Lawrence S. Buonomo, Esq.
500 Renaissance Center, Suite 1400
Detroit, MI 48243

Munsch Hardt Kopf & Harr, P.C.
Attn: Mary W. Koks
700 Louisiana, Suite 4600
Houston, TX 77002

N.W. Bernstein & Associates, LLC
Attn: Norman W. Bernstein, Esq.
800 Westchester Ave, Suite 319 North
Rye Brook, NY 10573

Nelson Mullins Riley & Scarborough
George Cauthen, Cameron Currie
1320 Main Street, 17th Floor
PO Box 11070
Columbia, SC 29201

Office Of The Ohio Attorney General
Attn: Lucas Ward, Esq.
150 East Gay Street, 21st Floor
Columbus, OH 43215

Orrick Herrington & Sutcliff LLP
Richard H Wyron, Roger Frankel
Columbia Center
1152 15th Street, N.W
Washington, DC 20005

Otterbourg Steindler Houston & Rosen
Jonathan Helfat, Steven Soll
Daniel Wallen & Melanie Cyganowski
230 Park Avenue
New York, NY 10169

Parker Poe Adams & Bernstein LLP
Attn: Kiah T. Ford Iv, Esq.
Three Wachovia Center
401 S. Tryon Street, Suite 3000
Charlotte, NC 28202

McCeary, Veselka, Bragg & Allen
Attn: Michael Reed, Esq.
P.O. Box 1269
Round Rock, TX 78680

Meyer, Suozzi, English & Klein, P.C.
Attn: Edward J. Lobello, Esq.
1350 Broadway, Suite 501
P.O. Box 822
New York, NY 10018

Michael S. Holmes, P.C.
Attn: Michael S. Holmes, Esq.
8100 Washington Avenue, Suite 120
Houston, TX 77007

Michigan Workers' Compensation
Agency
7150 Harris Drive
PO Box 30016
Lansing, MI 48909

Miller Johnson
Robert D. Wolford, Thomas P. Sarb
250 Monroe Avenue, NW, Suite 800
Grand Rapids, MI 49501

Missouri Department Of Revenue
Attn: Steven A. Ginther, Esq.
Bankruptcy Unit
P.O. Box 475
Jefferson City, MO 65105

Morrison Cohen LLP
Joseph T. Moldovan & Michael R.
Dal Lago
909 Third Avenue
New York, NY 10022

Munsch Hardt Kopf & Harr, P.C.
Attn: Raymond J. Urbanik, Esq.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, TX 75201

Nahins & Goidel, P.C.
Attn: Borah Goldstein Altschuler &
Jeffrey Chancas
377 Broadway
New York, NY 10013

Nelson Mullins Riley & Scarborough
Attn: Peter J. Haley, Esq.
One Boston Place
Boston, MA 02108

Ohio Attorney General
Michelle T. Sutter, Principal
Asst. Attorney General
Environmental Enforcement Sect.
30 E. Broad Street, 25th Floor
Columbus, OH 43215

Orrick Herrington & Sutcliffe LLP
Lorraine Mcgowen, Alyssa
Englund, Courtney Rogers,
John Ansbro
666 Fifth Avenue
New York, NY 10103

Osler, Hoskin & Harcourt LLP
Attn: Tracy C Sandler, Esq.
100 King Street West
1 First Canadian Place, Suite 6100
Toronto, ON M5X1B8
**CANADA**

Paul, Hastings, Janofsky & Walker
Attn: Harvey A. Strickon, Esq.
75 East 55th Street
New York, NY 10022

Pepper Hamilton LLP
Attn: Edward C. Toole & Linda J. Casey
3000 Two Logan Square
Eighteenth And Arch Streets
Philadelphia, PA 19103

Perdue, Brandon, Fielder, Collins &
Mott, L.L.P.
Attn: Elizabeth Banda Calvo
P.O. Box 13430
Arlington, TX 76094

Previant, Goldberg, Uelmen, Gratz,
Miller & Brueggeman, S.C.
Sara J. Geenen, Frederick Perillo
1555 N. Rivercenter Drive, Suite 202
P.O. Box 12993
Milwaukee, WI 53212

Proskauer Rose LLP
Scott Rutsky & Adam Berkowitz
1585 Broadway
New York, NY 10036

Radha R. M Narumanchi
657 Middleton Avenue
New Haven, CT 06513

Reed Smith LLP
Eric A. Schaffer, Esq.
435 Sixth Ave.
Pittsburgh, PA 15219

Paul, Weiss, Rifkind, Wharton & Garrison
A. Kornberg, J. Koevary, R. Zubaty,
I. Pohl, A. Rosenberg, B.Hermann
M. Phillips, S. Shimshak, P. Weintraub
1285 Avenue Of The Americas
New York, NY 10019

Pepper Hamilton LLP
Attn: Henry J. Jaffe & James Carignan
Hercules Plaza, Suite 5100
1313 Market Street, P.O. Box 1709
Wilmington, DE 19899

Philip Morris Usa
Attn: Joy Tanner
615 Maury Street
Richmond, VA 23224

Platzer, Swergold, Karlin, Levine,
Goldberg & Jaslow, LLP
Attn: Teresa Sadutto-Carley, Esq.
1065 Avenue Of The Americas, 18th Fl
New York, NY 10018

Porzio Bromberg & Newman P.C.
Attn: John Mairo & Robert Schechter
100 Southgate Parkway
Morristown, NJ 07962

Quarles & Brady LLP
Faye Feinstein, Christopher Combest
300 North LaSalle Street, Suite 4000
Chicago, IL 60654

Ray Quinney & Nebeker P.C.
Attn: Stephen C. Tingey
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145

Reed Smith LLP
Attn: Kurt F. Gwynne, Esq.
1201 Market Street, Suite 1500
Wilmington, DE 19801

Richard M. Allen, Esq
223 Egremont Plain Rd, PMB 108
North Egremont, MA 01252

Riddell Williams P.S.
Attn: Joseph E. Shickich, Esq.
1001 4th Avenue, Suite 4500
Seattle, WA 98154

Office Of Attorney General
Carol E. Momjian, Senior Deputy
Atty General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107

Office Of Westchester County Atty
Attn: Melissa-Jean Rotini, Esq.
148 Martine Avenue, 6th Floor
White Plains, NY 10601

Orum & Roth, LLC
Attn: Mark D. Roth, Esq.
53 West Jackson Boulevard
Chicago, IL 60604

Paul Weiss Rifkind Wharton & Garrison
Andrew N. Rosenberg, Esq.
1285 Avenue Of The Americas
New York, NY 10019

Pension Benefit Guaranty Corp
Attn: Israel Goldowitz, Karen
Morris, John Menke, Ralph L Landy,
Michael A. Maricco, Esqs.
Washington, DC 20005

Pepper-Hamilton LLP
Attn: Dennis S. Kayes & Deborah
Kovsky-Apap
100 Renaissance Center, Suite 3600
Detroit, MI 48243

Pillsbury Winthrop Shaw Pittman LLP
Richard Epling, Erica Carrig
Karen Dine
1540 Broadway
New York, NY 10036

Plunkett Cooney
David A. Lerner, Douglas Bernstein
Michael A. Fleming
38505 Woodward Avenue, Suite 2000
Bloomfield Hills, MI 48304

Potter Anderson & Corroon LLP
David Baldwin, Theresa Brown-
Edwards, R. Stephen McNeill
Hercules Plaza, 6th Floor
1313 North Market St, P.O. Box 951
Wilmington, DE 19801

Pronske & Patel, P.C.
Attn: Rakhee V. Patel, Esq.
2200 Ross Avenue, Suite 5350
Dallas, TX 75201

Rhoades Mckee
Attn: Terry L. Zabel, Esq.
161 Ottawa Avenue, NW, Suite 600
Grand Rapids, MI 49503

Richards Kibbe & Orbe LLP
Michael Friedman & Keith Sambur
One World Financial Center
New York, NY 10281

Riker, Danzig, Scherer, Hyland & Perretti LLP
J. Alex Kress & Kevin Larner
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962

Robert T. Smith, Esq.
1451 East Lincoln Avenue
Madison Heights, MI 48071

Ropers Majeski Kohn & Bentley
Attn: N. Kathleen Strickland
201 Spear Street, Suite 1000
San Francisco, NY 94105

Schnader Harrison Segal & Lewis LLP
Attn: Barry E. Bressler, Esq.
1600 Market Street, Suite 3600
Philadelphia, PA 19103

Securities & Exchange Commission
Attn: Mark Schonfeld, Regional Director
3 World Financial Center, Suite 400
New York, NY 10281

Shearman & Sterling LLP
Attn: Fredric Sosnick & Jill Frizzley
599 Lexington Avenue
New York, NY 10022

Sidley Austin LLP
Attn: Kenneth P. Kansa, Esq.
One South Dearborn
Chicago, IL 60603

Simpson Thacher & Bartlett LLP
David J. Mack, Peter V. Pantaleo
425 Lexington Avenue
New York, NY 10017

RK Chevrolet/RK Auto Group
2661 Virginia Beach Boulevard
Virginia Beach, VA 23451

Robinson Brog Leinwand Greene Genovese & Gluck P.C.
Attn: Russell P. McRory, Esq.
1345 Avenue Of The Americas
New York, NY 10105

Satterlee Stephens Burke & Burke
Christopher Belmonte
Pamela Bosswick
230 Park Avenue
New York, NY 10169

Saul Ewing LLP
Attn: Teresa K.D. Currier, Esq.
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899

Schnader Harrison Segal & Lewis LLP
Attn: Benjamin P. Deutsch, Esq.
140 Broadway, Suite 3100
New York, NY 10005

Seyburn, Kahn, Ginn, Bess & Serlin
Attn: David T. Lin, Esq.
Great Lakes Company
2000 Town Center, Suite 1500
Southfield, MI 48075

Sheppard Mullin Richter & Hampton
Attn: Edward Tillinghast, Malani Cademartori, Blanka Wolfe
30 Rocfefeller Plaza, 24th Floor
New York, NY 10112

ARRK Canada, Inc.
Silverman & Morris, P.L.L.C.
Geoffrey Silverman & Karin Avery
7115 Orchard Lake Road, Suite 500
West Bloomfield, MI 48322

Skadden, Arps, Slate, Meagher & Flom
John Wm. Butler, Jr.
Ron W Meisler
155 N. Wacker Drive, Suite 2700
Chicago, IL 60606

Stahl Cowen Crowley Addis LLC
Attn: Trent P. Cornell, Esq.
55 West Monroe Street, Suite 1200
Chicago, IL 60603

Rabinowitz, Lubetkin & Tully, L.L.C.
Attn: Jonathan I. Rabinowitz, Esq.
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039

Raytheon Professional Services LLC
12160 Sunrise Valley Drive
Reston, VA 20191

Reid and Reige, P.C.
Attn: Carol A. Felicetta, Esq.
195 Church Street
New Haven, CT 06510

Richard W. Martinez, APLC
Attn: Richard W. Martinez, Esq.
228 St. Charles Avenue, Suite 1310
New Orleans, LA 70130

Riker, Danzig, Scherer, Hyland & Perretti LLP
J. Alex Kress & Kevin Larner
500 Fifth Avenue, Suite 4920
New York, NY 10110

Robert Bosch LLC
Attn: Judith Lowitz Adler
Assistant General Counsel
38000 Hills Tech Drive
Farmington Hills, MI 48331

Robinson Waters & O'dorisio, P.C.
Attn: Anthony L. Leffert, Esq.
1099 18th Street, Suite 2600
Denver, CO 80202

Saul Ewing LLP
Adam H. Isenberg, Jeffrey C. Hampton
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102

Active Burgess Mould & Design, Ltd.
Schafer and Weiner, PLLC
Attn: Ryan D. Heilman, Esq.
40950 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304

Schulte Roth & Zabel LLP
Attn: David Karp & Adam Harris
Partners II, LP
919 Third Avenue
New York, NY 10022

Skadden, Arps, Slate, Meagher &
Flom LLP
Kayalyn Marafioti & Gregory Fox
Four Times Square
New York, NY  10036

Squire, Sanders & Dempsey, L.L.P.
Attn: G. Christopher Meyer, Esq.
4900 Key Tower
127 Public Square
Cleveland, OH  44114

Stember Feinstein Doyle & Payne, LLC
W. Payne, J. Stember, E. Doyle
S. Pincus, P. Ewing, J. Hurt
429 Forbes Avenue
Allegheny Building Ste 1705
Pittsburgh, PA  15219

Streusand & Landon, LLP
Attn: Sabrina L. Streusand, Esq.
515 Congress Street, Ste 2523
Austin, TX  78701

Teitelbaum & Baskin, LLP
Jay Teitelbaum, K. Lewis
3 Barker Avenue, Third Floor
White Plains, NY  10601

Tennessee Atty General's Office
Robert Cooper & Marvin Clements
Bankruptcy Division
PO Box 20207
Nashville, TN  37202

Texas Attorney General's Office
J. Casey Roy, Asst. Atty General
Bankruptcy & Collections Division
P.O. Box 12548, Mc-008
Austin, TX  78711

Tipotex Chevrolet, Inc.
1600 N. Expressway 77/83
Brownsville, TX  78521

Trenk Dipasquale Webster Della
Fera & Sodona, P.C.
Attn: Sam Della Fera, Jr., Esq.
347 Mt. Pleasant Avenue, Suite 300
West Orange, NJ  07052

TRW Automotive U.S. LLC
12001 Tech Center Drive
Livonia, MI  48150

Stephen H. Gross, Esq.
35 Old Sport Hill Road
Easton, CT  06612

Stites & Harbison PLLC
Robert Goodrich Jr., Madison Martin
401 Commerce Street, Suite 800
Nashville, TN  37219

Stutzman, Bromberg, Esserman &
Plifka P.C.
Sander Esserman, Peter D'apice,
Jo Hartwick, Jacob Newton
2323 Bryan Street, Suite 220
Dallas, TX  75201

The Church Of The Good News
1599 Columbus Avenue
Boston, MA  02119

The University Of Michigan Office Of
The VP And General Counsel
Debra A. Kowich, Esq.
503 Thompson Street, Room 5048
Ann Arbor, MI  48109

Torre, Lentz, Gamell, Gary & Rittmaster
Attn: Mark S. Gamell, Esq.
100 Jericho Quadrangle, Suite 309
Jericho, NY  11753

Troutman Sanders LLP
Brett D. Goodman, Esq.
405 Lexington Avenue
New York, NY  10174

U.S. Treasury
Attn:  Joseph Samarias, Esq.
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC  20220

United States Dept. Of Justice
Attn: Anti-Trust Division
950 Pennsylvania Avenue, NW
Washington, DC  20530

Vinson & Elkins L.L.P.
Attn: Ronald L. Oran, Esq.
666 Fifth Avenue, 26th Floor
New York, NY  10103

Shaw Gussis Fishman Glantz Wolfson
& Towbin LLC
Attn: Brian L. Shaw, Esq.
321 N. Clark Street, Suite 800
Chicago, IL  60654

Shinn Fu Corporation
c/o Arthur A. Chaykin, Esq.
10939 N. Pomona Ave.
Kansas City, MO  64153

Silvermanacampora LLP
Attn: Adam L. Rosen, Esq.
100 Jericho Quadrangle, Suite 300
Jericho, NY  11753

Singer & Levick P.C.
Larry A. Levick, Michelle E. Shirro
16200 Addison Road, Suite 140
Addison, TX  75001

Smith & Partners
Attn: Nicole B. Boehler
Herrenberger Strasse 12
71032 Boeblingen, **GERMANY**
07031 43996-00

Stark Reagan
Attn: J. Christopher Caldwell, Esq.
1111 W. Long Lake Road, Suite 202
Troy, MI  48098

Stember Feinstein Doyle And Payne
John Stember, Stephen M. Pincus
429 Forbes Avenue
Allegheny Building  Ste 1705
Pittsburgh, PA  15219

Stevenson & Bullock Plc
Charles D. Bullock, Sonya N. Goll
26100 American Dr Ste 500
Southfield, MI  48034

Stites & Harbison, PLLC
Attn: Brian H. Meldrum, Esq.
400 W. Market Street, Suite 1600
Louisville, KY  40202

Sullivan, Ward, Asher & Patton, P.C.
Attn: David J. Selwocki, Esq.
1000 Maccabees Center
25800 Northwestern Highway
Southfield, MI  48037

United States Attorney
For The Southern District Of NY
Matthew L Schwartz, David S. Jones
86 Chambers Street, 3rd Floor
New York, NY 10007

United Steelworkers
Attn: David R. Jury, Esq.
Five Gateway Center, Suite 807
Pittsburgh, PA 15222

Venable LLP
Attn: Lawrence A. Katz, Esq.
8010 Towers Crescent Drive, Ste 300
Vienna, VA 22182

Warner Norcross & Judd LLP
Gordon J. Toering, Stephen B. Grow
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI 49503

Warren, Drugan & Barrows, P.C.
Attn: Robert L. Barrow, Esq.
800 Broadway
San Antonio, TX 78215

Wilentz, Goldman & Spitzer, P.A.
Deirdre Woulfe Pacheco
Letitia Accarrino
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, NJ 07095

Wilmer Cutler Pickering Hale And
Dorr LLP
Attn: Dennis L. Jenkins, Esq.
60 State Street
Boston, MA 02109

United States Dept. Of Justice
Eric H. Holder, Jr., Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530

Vorys, Sater, Seymour And Pease LLP
Attn: Tiffany Strelow Cobb, Esq.
52 East Gay Street
Columbus, OH 43215

Winston & Strawn LLP
Carey D. Schreiber, Steven M. Schwartz
200 Park Avenue
New York, NY 10166

Warner Norcross & Judd LLP
Attn: Michael G. Cruse
2000 Town Center, Suite 2700
Southfield, MI 48075

White And Williams LLP
Attn: Karel S. Karpe, Esq.
One Penn Plaza, Suite 4110
New York, NY 10119

Wilmer Cutler Pickering Hale And
Dorr LLP
Attn: Philip Anker & Melanie Dritz Esqs
399 Park Avenue
New York, NY 10022

Winston & Strawn LLP
Matthew Botica, Mindy Cohn
Carey Schreiber
35 West Wacker Drive
Chicago, IL 60601

Wolfson Bolton PLLC
Scott A. Wolfson, Esq.
3150 Livernois Rd., Suite 275
Troy, MI 48083

Union Pacific Railroad Company
Attn: Mary Ann Kilgore, Esq.
1400 Douglas Street, Stop 1580
Omaha, NE 68179

Wm. David Coffey & Associates
Wm. David Coffey, III, Martin Alaniz
13810 Fm 1826
Austin, TX 78737

Wildman, Harrold, Allen & Dixon
Michael Dockterman, Jonathan
Young, Rene Friedman
225 West Wacker Drive, Suite 3000
Chicago, IL 60606

Wyly-Rommel, PLLC
Attn: Jim Wyly
2311 Moores Lane
Texarkana, TX 75503

Babette Ceccotti, Esq.
Cohen, Weiss and Simon LLP
330 W. 42nd Street
New York, NY 10036

The Garden City Group Inc
Attn: Ken Freda
105 Maxess Road
Melville, NY 11747

Thompson Coburn LLP
Attn: Robert H. Brownlee, Esq.
One U.S. Bank Plaza, Suite 2600
St. Louis, MO 63101

Torys LLP
Alison Bauer & Timothy Martin
237 Park Avenue
New York, NY 10017

Troutman Sanders LLP
Jeffrey W. Kelley, Esq.
600 Peachtree Street, NE, Suite 5200
Atlanta, GA 30308

Winston & Strawn LLP
David J. Richardson, Esq.
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071

Vedder Price P.C.
Michael Edelman, Michael Schein
1633 Broadway, 47th Floor
New York, NY 10019

William T. Green, III, P.C.
Attn: William T. Green Iii, Esq.
11 Greenway Plaza, Suite 2820
Houston, TX 77046

Zeichner Ellman & Krause LLP
Stuart Krause, Bryan Leinbach
575 Lexington Avenue
New York, NY 10022

Daniel W. Sherrick, Esq.
International Union, United Automobile,
Aerospace and Agriculture Implement
Workers of America
8000 East Jefferson Avenue
Detroit, MI 48214

James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

ACEMCO Automotive
7297 Enterprise Drive
Spring Lake, MI 49456-9695

ADT Security Services, Inc.
Sally E. Edison
McGuireWoods LLP
625 Liberty Avenue, 23rd Floor
Pittsburgh, PA 15222-3110

AVL Americas, Inc.
47519 Halyard Drive
Plymouth, Mi 48170-2438

Advanced Environmental Tech. Corp.
c/o Wolff & Samson PC
Attn: Diana Buongiorno, Esq.
One Boland Drive
West Orange, NJ 07052

ATC Drivetrain, Inc.
1400 Opus Place
Suite 600
Downers Grove, IL 60515-5707

Affinia Group, Inc./Wix Filtration Corp.
W. David Arnold, Robison, et al.
Four Seagate, Ninth Floor
Toledo, OH

Affinion Loyalty Group, Inc.
c/o Shawn R. Fox
McGuireWoods LLP
1345 Avenue of the Americas, 7th Floor
New York, NY 10105-0005

Albar Industries, Inc.
c/o Schwartz, Lichtenberg LLP
420 Lexington Avenue, Suite 2400
New York, NY 10170-2499

Alcoa, Inc.
c/o Mark E. Freedlander
McGuireWoods LLP
625 Liberty Avenue
23rd Floor
Pittsburgh, PA 15222-3110

Applied Handling Inc.
15200 Century Drive
PO Box 27
Dearborn, MI 48121-0217

Applied Manufacturing Technologies
219 Kay Industrial
Orion, MI 48359-2403

Atlas Technologies, Inc.
3100 Copper Road
Fenton, MI 48430-1797

Auto Craft Tool & Die Co., Inc.
1800 Fruit Street
Algonac, MI 48001-4503

Automotive Group & Fixture, Ltd.
Schafer and Weiner, PLLC
Attn: Ryan D. Heilman, Esq.
40950 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304

Averitt Express, Inc.
1415 Neal Street
Cookeville, TN 38501-4327

BASF Corporation
Schafer and Weiner, PLLC
40950 Woodward Avenue, Suite 100
Bloomfield Hills, Mi 48304-5124

Benteler Automotive Group
1780 Pond Run
Auburn Hills, Mi 48326-2752

Bexar County
Linebarger Goggan Blair, et al.
c/o David Aelvoet
711 Navarro, Suite 300
San Antonio, TX 78205-1749

Bloomington Syndicate
c/o Marx Realty & Improvement Co.
708 Third Avenue
21st Floor
New York, NY 10017-4201

Blue Heron Micro Opportunities Fund
PO Box 14610
Suraide Beach, SC 29587-4610

Bowman & Brooke, LLP
c/o Timothy d. Moratzka
1400 AT&T Tower
901 Marquette Ave.
Minneapolis, MN 55402-3205

Broadway in Chicago LLC
17 North State Street
Suite 810
Chicago, IL 60602-3047

Brownfield Partners, LLC
475 Seventeenth Street, Suite 950
Denver, CO 80202-4019

Burke E. Porter Machinery Co.
730 Plymouth N.E.
Grand Rapids, MI 49505-6034

Burns International Industrial Contracting
c/o John A. Ruemenapp, Esq.
Weisman Young & Ruemenapp PC
30100 Telegraph Road, Suite 428
Bingham Farms, MI 48025-4564

CBS Boring and Machine Company, Inc.
33750 Riviera Drive
Fraser, MI 48026-6034

DETROIT.4046485.1