UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

IN RE,

GENERAL MOTORS CORP., ET AL.,

DEBTORS.



CASE# 09-50026

## MOTION FOR AUTHORIZING DEBTORS TO HONOR PREPETITION OBLIGATIONS TO CUSTOMERS EXHIBITS

COMES NOW, PLAINTIFF, SHERIF RAFIK KODSY, DOCUMENTS THAT THERE IS A PENDING CIVIL MATTER IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT, IN AND FOR PALM BEACH COUNTY, FLORIDA. THE CASE NO. 2009 CA 11174 AH, WHICH WAS FILED ON 04/31/2008.

PLAINTIFF, SUBMITS EXHIBITS TO BE ALLOWED TO RECOVER FROM THE NEW OWNERS, MOTORS LIQUIDATION COMPANY, AS THERE ARE PENDING MULTIPLE COUNTS PENDING JURY-TRIAL.

1- Plaintiff, contends that as a result of use of the no conformed subject vehicle, a 2008 HUMMER H2, old injuries were aggravated and new permanent injuries developed.

1

2- Plaintiff sustained a brain injury, profound headaches, a torn knee rotator cuff causing limited and painful movement, an umbilical hernia and the developed numbness of the peripheral nerves in hands and the suspected calcification of the heart arteries, heart pains, as a result of use of the subject vehicle, which caused shortness of breath, exhaustion and collapse, from the elevated vibration and low-load, off-road tires, equipped on the subject vehicle, which created a bouncy and uncushioned hop on a flat road, and the extended elevated vibration surges were like electrical piercing currents, which pierced the optical nerves to the point of intolerance, which required immediate abandonment and exit of the subject vehicle, without warning.

3- Plaintiff, was previously involved in a car accident and had sustained a hernia of cervical spine and a lumbar hernia, in which plaintiff was attending physical therapy when purchased the subject vehicle, which was discovered through MRI scans months after the purchase and use of the subject vehicle.

4- Hence pains and suffering was elevated and constant, without prior knowledge or warnings of an elevated vibration of a disabling defect from the subject vehicle.

5- Five independent inspections were conducted on the

2

vehicle and all inspections documented the existence of an elevated vibration, and several recommendations and attempts to conform were unsuccessful in repairing the subject vehicle, it was determined that the engine timing is off, and other factory settings are not adjusted to specs, plus brake sensor wiring factory recalls were not performed which caused squealing noises, and rear end noises, and the tires were the wrong tires for the heavy truck, which were discontinued by the tire manufacturer.

6- The plaintiff had been using rental autos for the past 20 months, which further caused economic hardships, discomforts, pains and inconveniences.

7- Plaintiff, continues to experience pains and suffering from the further developing disabilities from the strenuous efforts of endurance from all the sustained injuries from the subject vehicle use and non use.

3

## CERTIFICATE OF SERVICE

ALL ASSERTIONS MADE IN THE FOREGOING REQUEST, ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF AND THAT A COPY WAS FILED AND SENT TO THE DEFENDANTS ATTORNEY OF RECORD, BY EMAIL AND U.S. MAIL ON JULY 30TH 2010.

*[signature]*
SHERIF RAFIK KODSY
Individual/pro'se
15968 LAUREL OAK CIRCLE
DELRAY BEACH FLORIDA 33484
561-666-0237


COPY(S) TO:

WEIL, GOTSHAL & MANGES LLP.
767 FIFTH AVENUE
NEW YORK, NEW YORK 10153
&
MOTORS LIQUIDATION COMPANY
ATT; CANDACE WAGNER
2101 CEDAR SPRINGS RD.
SUITE 1100
DALLAS, TEXAS 75201