1    you're accustomed to if you've never driven

2    a heavy-duty off-road vehicle.  The Hummer

3    brand is targeted towards the outdoor

4    enthusiasts, it's an off-road vehicle.  It's

5    obviously a street legal vehicle.  It's a

6    very heavy, very large, very powerful, very

7    capable truck.  The tires on the vehicle are

8    BF Goodrich All Terrain T/A's.  They are

9    very heavy, large, aggressive tread pattern

10   tires intended as the name suggests for all

11   terrain.  BF Goodrich also makes specific

12   off-road tires for off-road use only.

13        They have several other names of tires

14   that are offered for the light duty truck

15   market.  The BF Goodrich all terrain tires

16   that are on this truck are designed for

17   aggressive off-road use.  Again, they are

18   street legal.  That specific to the tires

19   and for the ride quality, the tires in it of

20   themselves being heavy tires, are going to

21   give a stiffer ride.  They are going to be

22   louder.  You will probably feel them as you

23   drive.

24        As far as the suspension is concerned

25   as well, bear in mind that the adventure

1        two things going on at the same time, but

2        two different repair orders.

3            At that time, I contacted Bob Martin,

4        the quality manager for H2, and I spoke to

5        him about it because I still wasn't -- it

6        still hadn't hit me about the 6.2 versus the

7        6.0 liter.  He has isolate the engine,

8        disconnect the transmission from the engine

9        and see if we still had the vibration which

10       we did.  That was pretty much it.  We did

11       that and still had the vibration.  Then we

12       compared it with another car and the other

13       car had the same vibration.  I called Bob

14       back and that's when he said, "Joe, we've

15       got a 6.2 liter in here and there is a trade

16       off."  As soon as he said that, I felt

17       stupid, I felt like I wasted a lot of time.

18       It's the exact same idle quality as in the

19       Escalade, it's the same engine that's in the

20       Escalade and I just never thought about it

21       because it was the first '08 that I was

22       involved with.

23           MR. LOPEZ:  How much is the horsepower?

24           MR. BARDILL:  393 horsepower, which is

25       20 percent more than what we had in the six

1       liter.

2            MR. TUCK:  Any other questions?

3            MR. LOPEZ:  No more questions.

4            MR. TUCK:  Do you have any questions of

5       this witness?

6            MR. KODSY:  Just one to confirm what

7       Joe what has said.  You did isolate the

8       starter as per Bob Martin and the fly wheel

9       bolts and restart the engine to isolate

10      vibration, still has vibration with fly

11      wheel disconnected?

12           MR. BARDILL:  Correct.

13           MR. KODSY:  Okay. I just wanted to

14      confirm that.

15           MR. WOLFER:  Can I just ask one

16      question?  The repair order dated December

17      23rd, it says, "Vehicle exhibits some rail

18      snake characteristics."  What is that?

19           MR. BARDILL:  Rail shake.

20           MR. WOLFER:  I'm sorry, rail shake.

21           MR. BARDILL:  Rail shake is terminology

22      that we use for the pick-up trucks and just

23      about any of the SUV's, about 45 miles an

24      hour down typical roads like Federal

25      Highway, you get a little bit of vibration

1      to number six?

2              MR. LOPEZ:  Yes, sir.

3              MR. TUCK:  Seven, is it less than

4      10,000 pounds?

5              MR. LOPEZ:  8600 pounds.

6              MR. TUCK:  Eight?

7              MR. LOPEZ:  It's GM manufactured.

8              MR. TUCK:  Nine?

9              MR. LOPEZ:  It's a Hummer H2 2008.

10             MR. TUCK:  Number ten, if that's the

11     correct vehicle identification number, would

12     you please read it into the record?

13             MR. LOPEZ:  Yes, sir.

14     5GRGN23878H107653.

15             MR. TUCK:  Thank you.  12, two parts.

16             MR. LOPEZ:  Number 12, the mileage is

17     correct.  It's 238 miles.  The delivery date

18     when it was sold to him was 8-19, that's

19     correct, but the warranty started on June

20     11th, 2008 because this was a special event

21     vehicle when it was sold to him.

22             MR. TUCK:  It was a what?

23             MR. LOPEZ:  Special event, a vehicle

24     that is used for a show and then the dealer

25     buys.  It's a new vehicle.  It's not a used

1    that's an insurance company, correct?

2        MS. HOBBS:  Yes, that's correct.

3        MR. LOPEZ:  You stated to the Board

4    that you didn't have any difficulty in

5    driving the vehicle, correct?

6        MS. HOBBS:  In driving it straight down

7    the road or turning it, no, I did not.

8        MR. LOPEZ:  Turning it, did you have

9    any problem with it?

10       MS. HOBBS:  No, I did not.

11       MR. LOPEZ:  Okay.  Did you feel any

12   hopping of the vehicle or any like, it would

13   bounce like that or make noises or --

14       MS. HOBBS:  As far as hopping of the

15   vehicle, I wouldn't be able to say yes or no

16   on that.  There was a vibration going down

17   the road where you could visually see the

18   steering wheel doing this.

19       MR. LOPEZ:  Do you see Hummers often at

20   your insurance company?

21       MS. HOBBS:  I couldn't tell you how

22   often I see them.  Have I seen them over the

23   course of five years?  Yes.  How many?  I

24   couldn't tell you that.

25       MR. LOPEZ:  Did you see more or less

1      vehicle.

2          MR. TUCK:  It's a new vehicle?

3          MR. LOPEZ:  It's a new vehicle, yes,

4      it's a new vehicle.

5          MS. SIMMONS:  Is it a demo?

6          MR. LOPEZ:  Similar to a demo.  It's in

7      the same category, it's just that they call

8      it a special event.  It's been in a show or

9      whatever.  It hasn't been titled in any

10     state.

11         MR. TUCK:  Okay.  Thank you.

12         MR. LOPEZ:  You're welcome, sir.

13         MR. TUCK:  Are we going to call it new

14     or a demonstrator?

15         MS. SIMMONS:  I'm not sure.

16         MR. TUCK:  I thought the testimony said

17     that it was sold as a new vehicle.  It was

18     not used to show to other potential buyers.

19         MR. LOPEZ:  Right.

20         MR. TUCK:  It was used in a single

21     event.

22         MR. LOPEZ:  It was in a single event,

23     exactly.

24         MS. SIMMONS:  So it's not like a demo

25         --

# HAGEN RANCH TEXACO
**7450 West Boynton Beach Blvd**
Boynton Beach, FL 33437 0000
Shop Phone: (561) 732-1323

Invoice
**5232**

Estimate Ref #5,071
Date Printed: 01/02/2009
Printed Time: 12:28 pm
MV 52815

---

| Hat/Ref: | THANK YOU FOR CHOOSING HAGEN RANCH TEXACO | | Time Promised: |
|---|---|---|---|
| **KODSY, SHERIF** | 2008 HUMMER  H2  V8 6.2L 6199CC 378CID FI GAS N 8 L92 | | |
| | VIN: 5GRGN23878H107853 | | |
| | License: | Mileage In: 9,101 | Date Written:01/02/2009 |
| Home:     Work: | Unit #: | Mileage Out: 9,101 | Written By: |
| Cell: | DOM: | | Save Old Parts: No |

---

| Job #1 | | BILLY | | | |
|---|---|---|---|---|---|
| Labor | Rate 1 | Work Requested - CHECK CAR&TEST DRIVE ,CAR HAS VIBRATION | 0.00 | 82.00 | 0.00 |

Job Total:    0.00

---

# *THANK YOU FOR YOUR CONTINUED BUSINESS!!*

WARRANTY 1 YEAR PARTS 90 DAYS LABOR.   EXCLUDING ELECTRICAL PARTS

*NEEDS TO BRING BACK TO DEALER FOR FURTHER REPAIR &WARRANTY*

| Parts: | $0 |
|---|---|
| Labor. | $0. |
| Sublet: | $0. |
| Misc: | $0 |
| Hazmat: * | $0. |
| Supplies: * | $0. |
| Tax: | $0 |
| **Total:** | **$0.** |
| Less Paid: | 0. |
| Balance Due: | $0. |


003267



**Underwritten By:**
**Progressive Select Insurance**
**Company**

Claim Number:   08-1646481
Loss Date:          December 26, 2008
Document Date: December 29, 2008
Page 1 of 1

SHERIF KODSY
15968 LAUREL OAK CIRCLE
DELRAY BEACH, FL 33484
|..II...II.I..II.I.I.I.I.II.I.I.II.I..II.I.I.II.I.I.I.I.II

**claims.progressive.com**
Track the status and details of your claim,
e-mail your representative or report a
new claim.

# Claim Information

This letter is to provide you documentation that we have inspected your vehicle and agree there may be an issue causing
an excessive vibration. While this is not a covered loss per the terms of your policy, I would like to assist you, if possible, in
resolving this issue.

This claim has been closed without payment.

Please call with any questions or concerns.

MICHAEL KEARLEY
Claims Department
1-850-362-1735
1-800-PROGRESSIVE (1-800-776-4737)
Fax: 1-850-244-7455

Form 2587 XX (01/08)  FL

**CHEVROLET OF DELRAY**
*We are a Complete Full Service*
*Parts & Service Facility*

INVOICE

ERIF KODSY
968 LAUREL OAK CIRCLE
LRAY BEACH, FL 33484
ME:561-737-8998  CONT:N/A

PAGE 1

1111 LINTON BLVD    DELRAY BEACH, FLORIDA 33444
PHONE: (561) 454-3900 · TOLL FREE 800-929-5213
REGISTRATION NO. MV-33283
PARTS & SERVICE HOURS:
MON-FRI 7AM-7PM · SAT: 8AM-5PM · SUN: 9AM-5PM
www.maroone.com

CELL:                         SERVICE ADVISOR: 9228 STEVEN BRENIS

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|------------|-----|---------|------------------|-----|
|  | 08 | HUMMER H2 | 5GRGN23878H107653 |  | 18540/18540 |  |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|-----------|-----------|----------|--------|------|---------|-----------|
| JUN08 IS | | | 19:00 12NOV09 | | 0.00 | CASH | 12NOV09 |
| JUN08 DD | | | | | | | |

R.O. OPENED          READY          OPTIONS:    DLR:26200 ENG:6.2_Liter_MPFI_OHV

:58 12NOV09 | 13:01 12NOV09

| NE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|
| C/S VIBRATION AT IDLE AND ON ACCLERATION-VISIBLE VIBRATION FROM ENGINE | | | |
| 06 DID NOT ADDRESS FURTHER WITH DIAG AT THIS TIME | | | |
| 1417    C | | 0.00 | 0.00 |
| RTS:    0.00    LABOR:    0.00    OTHER:    0.00    TOTAL LINE A: | | | 0.00 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Open Sundays starting November 1st

...SE SEE THE LIMITED WARRANTY ON THE REVERSE SIDE OF THIS
...IR INVOICE.

? SUPPLIES AND HAZARDOUS MATERIALS CHARGES: We have added
...arge equal to 12% of the cost of parts & labor up to a maximum of
...75. "This charge represents costs and profits to the motor repair facility
...iscellaneous shop supplies or waste disposal." [s 559.905 (1) (h)].

State of Florida requires a $1.00 fee to be collected for each new tire
...in the state [s.403.7181, and a $1.50 fee to be collected for each new
...manufactured battery sold in the state. [s.403 7185].

| PAYMENT METHOD | |
|---|---|
| CASH | AMERICAN EXPRESS |
| CHECK | VISA |
| DISCOVER | MASTERCARD |
| INTERNAL | OTHER |

**STATE OF FLORIDA REGISTRATION NUMBER #MV - 33283**

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

CUSTOMER SIGNATURE

ALL PARTS INSTALLED ARE NEW UNLESS OTHERWISE INDICATED

©2006 ADP [05/06].

**CUSTOMER COPY**

943204

**CORAL CADILLAC**
*The Dealer Is In*

**ARIF RAFIK KODSY**
- 968 LAUREL OAK CIR
DELRAY BEACH, FL 33484-5539
HOME: 561-758-9858 CONT:N/A
BUS:                     CELL:

**INVOICE**

5101 NORTH FEDERAL HIGHWAY POMPANO BEACH, FL 3
BROWARD: 426-1800    TOLL FREE: 930-2672

PAGE 3

**NOBODY OUT CADILLACS**
*CORAL CADILLAC*

SERVICE ADVISOR: 207 MICHAEL STANWYCK

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN/OUT | TA |
|-------|------|------------|--|-----|---------|----------------|-----|
| BLUE | 08 | HUMMER H2 | | 5GRGN23878H107653 | | 9016/9022 | T318 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|-----------|------------|----------|--------|------|---------|-----------|
| 19AUG08 DD | | 11JUN2012 | 17:00 23DEC08 | | | CASH | 23DEC08 |

R.O. OPENED: 09:21 22DEC08
READY: 13:25 23DEC08

OPTIONS:    STK:P08372  DLR:21038 1)DD CHECKED

LINE OPCODE TECH TYPE HOURS

| | LIST | NET | TOTAL |
|--|------|-----|-------|

***** STATE OF FLA. REG. # MV-00488 *********
OUR GOAL IS 100% CUSTOMER SATISFACTION. IF
YOU HAVE ANY QUESTIONS I CAN BE REACHED AT
(954) 426-1800 ext 389 JOE BARDILL
SERVICE DIRECTOR **PARTS MARKED W/"W" ARE
COVERED BY A LIFE TIME WARRANTY.
********** www.coralcadillac.com **********

**DISCLAIMER OF WARRANTIES:**
The seller, CORAL CADILLAC, hereby expressly disclaims all warranties, either express or implied, including any
implied warranty of merchantability or fitness for a particular purpose, and CORAL CADILLAC, neither assumes
nor authorizes any other person to assume for it any liability in connection with the sale of the vehicle or
product.
(P.L. 93-637).
"I UNDERSTAND THAT ALL PARTS AND ACCESSORIES SOLD OR USED ARE SUBJECT TO THE FEDERAL
MAGNUSON MOSS ACT AND THE CONSUMER MERCHANDISE PURCHASED IS UNDER LIMITED WARRANTY
BY THE MANUFACTURER AND THE WRITTEN TERMS AND CONDITIONS THEREOF ARE AVAILABLE FOR MY
INSPECTION."
CUSTOMER HEREBY ACKNOWLEDGES RECEIPT OF ABOVE MENTIONED VEHICLE, AND RECEIPT OF INVOICE
COPY HEREOF.

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | |

X

**CORAL CADILLAC**
*The Dealer Is In*

CUSTOMER #: 105741                        543204

INVOICE                 5101 NORTH FEDERAL HIGHWAY POMPANO BEACH, FL 3300
                        BROWARD: 426-1800    TOLL FREE: 930-2672

ERIF RAFIK KODSY                                           NOBODY OUT
968 LAUREL OAK CIR                                         CADILLACS
DELRAY BEACH, FL 33484-5539          PAGE 2               CORAL CADILLAC        GM Parts
HOME:561-758-9858 CONT:N/A
BUS:                    CELL:          SERVICE ADVISOR:  207 MICHAEL STANWYCK

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BLUE | 08 | HUMMER H2 | 5GRGN23878H107653 | | 9016/9022 | T3184 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 19AUG08 DD | | 11JUN2012 | 17:00 23DEC08 | | | CASH | 23DEC08 |

| R.O. OPENED | READY | OPTIONS: STK:P08372 DLR:21038 1)DD CHECKED |
|---|---|---|
| 09:21 22DEC08 | 13:25 23DEC08 | |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|

9022 ROAD TESTED 6 MILES. VEHICLE EXHIBITS NORMAL IDLE QUALITY FOR
6.2 LITRE ENGINE. PREVIOUSLY COMPARED WITH LIKE VEHICLE.
**********************************************************

D COURTESY RENTAL TRANSPORTAION
CAUSE:
        Z7901 1 DAYS RENTAL; GOLD KEY COURTESY
        TRANSPORTATION
            309 SUBLET TECH LIC#: 256
                WH2                                              (N/C)
        FC: 98 PART#: COUNT: 0
        CLAIM TYPE:
        AUTH CODE:
        MJ


PARTS:    0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE D:    0.00


        **********************************************************
E CUSTOMER STATES TRANS HESITATES/SHIFTS HARSH ON REACCEL, SEE JOE
    2000 VEHICLE IS OPERATING TO SPECIFICATIONS AT
        THIS TIME.
            517  ISH                                             (N/C)
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE E:    0.00

9022 ROAD TESTED O.K. PREVIOUSLY REPROGRAMMED W/SOFTWARE UPDATE.
        **********************************************************
** COURTESY SERVICE WASH
    ISW COURTESY SERVICE WASH
        837  ISH                                                 (N/C)
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE F:    0.00

9022 isw done
        **********************************************************

DISCLAIMER OF WARRANTIES:
The seller, CORAL CADILLAC, hereby expressly disclaims all warranties, either express or implied, including any
implied warranty of merchantability or fitness for a particular purpose, and CORAL CADILLAC, neither assumes
nor authorizes any other person to assume for it any liability in connection with the sale of the vehicle or
product.
(P.L. 93-637).
"I UNDERSTAND THAT ALL PARTS AND ACCESSORIES SOLD OR USED ARE SUBJECT TO THE FEDERAL
MAGNUSON MOSS ACT AND THE CONSUMER MERCHANDISE PURCHASED IS UNDER LIMITED WARRANTY
BY THE MANUFACTURER AND THE WRITTEN TERMS AND CONDITIONS THEREOF ARE AVAILABLE FOR MY
INSPECTION."
CUSTOMER HEREBY ACKNOWLEDGES RECEIPT OF ABOVE MENTIONED VEHICLE, AND RECEIPT OF INVOICE
COPY HEREOF.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

CUSTOMER #: 105741

543204

**CORAL CADILLAC**
The Dealer Is In™



INVOICE

ERIF RAFIK KODSY
968 LAUREL OAK CIR
DELRAY BEACH, FL 33484-5539
HOME:561-758-9858 CONT:N/A
BUS:            CELL:

5101 NORTH FEDERAL HIGHWAY POMPANO BEACH, FL 330
BROWARD: 426-1800    TOLL FREE: 930-2672

PAGE 1

NOBODY OUT
CADILLACS
*CORAL CADILLAC*

GM Parts

SERVICE ADVISOR: 207 MICHAEL STANWYCK

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|-------|------|------------|-----|---------|----------------|-----|
| BLUE | 08 | HUMMER H2 | 5GRGN23878H107653 | | 9016/9022 | T3184 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|-----------|------------|----------|--------|------|---------|-----------|
| 19AUG08 DD | 11JUN2012 | 17:00 23DEC08 | | | | CASH | 23DEC08 |

| R.O. OPENED | READY | OPTIONS: STK:P08372 DLR:21038 1)DD CHECKED |
|-------------|-------|----|
| 09:21 22DEC08 | 13:25 23DEC08 | |

| LINE | OPCODE | TECH | TYPE | HOURS | LIST | NET | TOTAL |
|------|--------|------|------|-------|------|-----|-------|

A CUSTOMER STATES VIBRATION AT HWY SPEEDS 45-55
      2000 VEHICLE IS OPERATING TO SPECIFICATIONS AT
            THIS TIME.
            517     ISH                                          (N/C)
PARTS:      0.00  LABOR:      0.00  OTHER:      0.00  TOTAL LINE A:    0.00

9022 ROAD TESTED O.K. VEHICLE EXHIBITS SOME RAIL SHAKE
CHRACTERISTIC OF SUV'S.
      **************************************************************

B CUSTOMER STATES BRAKES SQUEEL
CAUSE: front brakes squeel
      H0042 PADS, DISC BRAKE FRONT R&R OR REPLACE
            517     WH2                                          (N/C)
      1 25924485 PAD KIT                                         (N/C)
      FC: 02R03
      PART#: 25924485
      COUNT: 1
      CLAIM TYPE:
      AUTH CODE:
      NV

PARTS:      0.00  LABOR:      0.00  OTHER:      0.00  TOTAL LINE B:    0.00

9016 front brakes squeel nec to replace front pads see doc 2128875.
labor op h0042
      **************************************************************

C CUSTOMER STATES ENGINE IDLES ROUGH
      2000 ROAD TESTED 6 MILES. VEHICLE EXHIBITS NORMAL
            IDLE QUALITY FOR 6.2 LITRE ENGINE.
            PREVIOUSLY COMPARED WITH LIKE VEHICLE.
            517     ISH                                          (N/C)
PARTS:      0.00  LABOR:      0.00  OTHER:      0.00  TOTAL LINE C:    0.00

DISCLAIMER OF WARRANTIES:
The seller, CORAL CADILLAC, hereby expressly disclaims all warranties, either express or implied, including any
implied warranty of merchantability or fitness for a particular purpose, and CORAL CADILLAC, neither assumes
nor authorizes any other person to assume for it any liability in connection with the sale of the vehicle or
product.
(P.L. 93-637).
I UNDERSTAND THAT ALL PARTS AND ACCESSORIES SOLD OR USED ARE SUBJECT TO THE FEDERAL
MAGNUSON MOSS ACT AND THE CONSUMER MERCHANDISE PURCHASED IS UNDER LIMITED WARRANTY
BY THE MANUFACTURER AND THE WRITTEN TERMS AND CONDITIONS THEREOF ARE AVAILABLE FOR MY
INSPECTION."
CUSTOMER HEREBY ACKNOWLEDGES RECEIPT OF ABOVE MENTIONED VEHICLE, AND RECEIPT OF INVOICE
COPY HEREOF.

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| **PLEASE PAY THIS AMOUNT** | |

CUSTOMER SIGNATURE

CUSTOMER COPY

# SCHUMACHER

CUSTOMER #: 240290

443510

3001-3031 Okeechobee Blvd.
West Palm Beach, FL 33409
www.SchumacherAuto.com

**\*INVOICE\***

ARIF KODSY
5968 LAUREL OAK CIRCLE
DELRAY BEACH, FL 33484
HOME:561-737-8998 CONT:N/A

DUPLICATE 1
PAGE 1

| Schumacher Buick-Pontiac | (561) 615-3270 |
| Schumacher Saab | (561) 615-3298 |
| Schumacher Volkswagen | (561) 615-3345 |
| Hummer of the Palm Beaches | (561) 656-5010 |

Registration No. MV-15866  MV-39987  MV-53731

BUS:                    CELL:

SERVICE ADVISOR: 940396 DOUG BRADY

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|------------|-----|---------|------------------|-----|
|  | 08 | HUMMER H2 | 5GRGN23878H107653 |  | 7245/7245 | TH981 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|------------|------------|----------|--------|------|---------|-----------|
| 1JUN08 DD |  |  | 17:30 05DEC08 |  |  | CASH | 05DEC08 |

| R.O. OPENED | READY | OPTIONS: | ENG:6.2 Liter_MPFI_OHV |
|-------------|-------|----------|------------------------|
| 2:34 05DEC08 | 17:16 05DEC08 |  |  |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|-----------------------------|------|-----|-------|

AT IDLE THERE IS A VIBRATION FELT THROUGH THE TRUCK
CAUSE: NPF
 S111 MISC BODY
  97263    CSH                                    0.00      0.00
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE A:    0.00

7245 NPF NO DTC OR BULLETINS TO UPDATE .
   \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RENTAL VEHICLE C/P
CAUSE: F
 RENTAL RENTAL VEHICLE C/P
  8888    WSH                                            (N/C)
  FC: PART#: COUNT: 0
  CLAIM TYPE:
  AUTH CODE:

PARTS:    0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE B:    0.00

  \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

C/S THERE IS STILL A HOPE AS DRIVING OVER 25 MPH
CAUSE: NPF
 S111 MISC BODY
  8888  CSH                                    0.00      0.00
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE C:    0.00

7245 NPF C/S STILL A HOP AFTER NEW TIRES NO CURRENT BULLETIN FOR
THIS ITEM.
  \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ALL PARTS ARE NEW UNLESS IDENTIFIED BY: LKQ USED; OR NPN IN THE PART NUMBER OR DESCRIPTION.
ALL GENUINE ORIGINAL EQUIPMENT REPLACEMENT PARTS ARE COVERED BY A MANUFACTURER
WARRANTY OF 12 MONTHS OR 12,000 MILES, WHICHEVER COMES FIRST.

**STATEMENT OF DISCLAIMER**

The factory warranty constitutes all of the warranties with respect to the sale of this item\items.
The Seller hereby expressly disclaims all warranties either express or implied, including any implied
warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor
authorizes any other person to assume for it any liability in connection with the sale of this
items.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

**CUSTOMER #: 105741**

541391

### CORAL CADILLAC
*The Dealer Is In*

INVOICE

5101 NORTH FEDERAL HIGHWAY POMPANO BEACH, FL 3306
BROWARD: 426-1800   TOLL FREE: 930-2672

**ERIF RAFIK KODSY**
**9393 LAUREL GREEN DRIVE**
**BOYNTON BEACH, FL 33437**
HOME:561-758-9858 CONT:N/A
BUS:           CELL:

PAGE 4

NOBODY OUT
CADILLACS
*CORAL CADILLAC*



**SERVICE ADVISOR:** 207 MICHAEL STANWYCK

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|-------|------|------------|-----|---------|----------------|-----|
| BLUE | 08 | HUMMER H2 | 5GRGN23878H107653 | | 6608/6656 | T3967 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|-----------|------------|----------|--------|------|---------|-----------|
| 19AUG08 DD | | 11JUN2012 | 17:00 13NOV08 | | | CASH | 24NOV08 |

| R.O. OPENED | READY | OPTIONS: | STK:P08372 DLR:21038 1)DD CHECKED |
|-------------|-------|----------|-----|
| 17:08 12NOV08 | 13:40 21NOV08 | | |

| LINE OPCODE TECH TYPE HOURS | | | | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|
| PARTS:    0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE F: | | | | | | | 0.00 |

6656 isw done

*****************************************************
***** STATE OF FLA. REG. # MV-00488 *********
OUR GOAL IS 100% CUSTOMER SATISFACTION. IF
YOU HAVE ANY QUESTIONS I CAN BE REACHED AT
(954) 426-1800 ext 389 JOE BARDILL
SERVICE DIRECTOR. **PARTS MARKED W/"W" ARE
COVERED BY A LIFE TIME WARRANTY.
*********** www.coralcadillac.com ***********

**DISCLAIMER OF WARRANTIES:**
The seller, CORAL CADILLAC, hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and CORAL CADILLAC, neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of the vehicle or product.
P.L. 93-637).
I UNDERSTAND THAT ALL PARTS AND ACCESSORIES SOLD OR USED ARE SUBJECT TO THE FEDERAL MAGNUSON MOSS ACT AND THE CONSUMER MERCHANDISE PURCHASED IS UNDER LIMITED WARRANTY THE MANUFACTURER AND THE WRITTEN TERMS AND CONDITIONS THEREOF ARE AVAILABLE FOR MY ECTION."
CUSTOMER HEREBY ACKNOWLEDGES RECEIPT OF ABOVE MENTIONED VEHICLE, AND RECEIPT OF INVOICE COPY HEREOF.

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

CUSTOMER SIGNATURE

# SCHUMACHER

CUSTOMER #: 240290

443188

3001-3031 Okeechobee Blvd.
West Palm Beach, FL 33409
www.SchumacherAuto.com

*INVOICE*

ERIF KODSY
15968 LAUREL OAK CIRCLE
DELRAY BEACH, FL 33484
HOME:561-737-8998 CONT:N/A
BUS:                    CELL:

PAGE 1

| Schumacher Buick-Pontiac | (561) 615-3270 |
| Schumacher Saab | (561) 615-3298 |
| Schumacher Volkswagen | (561) 615-3345 |
| Hummer of the Palm Beaches | (561) 656-5010 |

SERVICE ADVISOR: 940396 DOUG BRADY

Registration No. MV-15866 MV-39987 MV-53731

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
|  | 08 | HUMMER H2 | 5GRGN23878H107653 |  | 7198/7214 | TH931 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 11JUN08 DD |  |  | 10:45 01DEC08 |  |  | CASH | 03DEC08 |

R.O. OPENED: 10:42 01DEC08   READY: 12:48 03DEC08

OPTIONS: ENG:6.2_Liter_MPFI_OHV

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|

A AT HWY SPEEDS THERE IS A ROARING AND HOPING FELT AT NEARLY ALL SPEEDS
CAUSE: ROAD TESTED TIRE VIBRATION 45MPH & UP
       E0435 TIRE, B F GOODRICH REPLACE
            1001  WSH                                      (N/C)
         3 89031270 BF3157017                              (N/C)
         3 9591585 F-WT-.75OZ                              (N/C)
         3 TWASTE EPA DISPOSAL                             (N/C)
       OLH RODE FORCE
            1001  WSH
PARTS:     0.00  LABOR:      0.00  OTHER:      0.00  TOTAL LINE A:  (N/C)
                                                                    0.00

7214 ROAD TESTED TIRE VIBRATION 45MPH & UP ROAD TESTED TIRE
VIBRATION 45MPH & UP 13HZ .09G'S CHECK RIMS, HUB BEARINGS BALANCE &
ROAD FORCE LF18 RF 31 RR40 LR37 INDEX 3 TIRES 30 36 35 ORDER 3 B F
GOODRICH TIRES MOUT 3 TIRES BALANCE & DO ROAD FORCE LF 11 RF7 RR17 LR18
       **************************************************
B HUMMER SERVICE WASH
    HUMMERSERVWASH HUMMER SERVICE WASH
         97217  IHW
PARTS:     0.00  LABOR:      0.00  OTHER:      0.00  TOTAL LINE B:  (N/C)
                                                                    0.00
       **************************************************
C RENTAL VEHICLE C/P
CAUSE: F
    RENTAL RENTAL VEHICLE C/P
         8888  WSH
       FC: PART#: COUNT:                                   (N/C)
       CLAIM TYPE:
       AUTH CODE:

UBL HERTZ
         WSH                                               (N/C)

ALL PARTS ARE NEW UNLESS IDENTIFIED BY: LKQ USED; OR NPN IN THE PART NUMBER OR DESCRIPTION.
ALL GENUINE ORIGINAL EQUIPMENT REPLACEMENT PARTS ARE COVERED BY A MANUFACTURER
WARRANTY OF 12 MONTHS OR 12,000 MILES, WHICHEVER COMES FIRST.

**STATEMENT OF DISCLAIMER**

The factory warranty constitutes all of the warranties with respect to the sale of this item\items.
The Seller hereby expressly disclaims all warranties either express or implied, including any implied
warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor
authorizes any other person to assume for it any liability in connection with the sale of this
item\items.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT |  |
| PARTS AMOUNT |  |
| GAS, OIL, LUBE |  |
| SUBLET AMOUNT |  |
| MISC. CHARGES |  |
| TOTAL CHARGES |  |
| LESS INSURANCE |  |
| SALES TAX |  |
| PLEASE PAY THIS AMOUNT |  |

# SCHUMACHER

CUSTOMER #: 240290

443188

*INVOICE*

3001-3031 Okeechobee Blvd.
West Palm Beach, FL 33409
www.SchumacherAuto.com

ERIF KODSY
15968 LAUREL OAK CIRCLE
DELRAY BEACH, FL 33484
HOME:561-737-8998 CONT:N/A
BUS:                    CELL:

PAGE 2

| Schumacher Buick-Pontiac | (561) 615-3270 |
| Schumacher Saab | (561) 615-3298 |
| Schumacher Volkswagen | (561) 615-3345 |
| Hummer of the Palm Beaches | (561) 656-5010 |

Registration No. MV-15866  MV-39987  MV-53731

SERVICE ADVISOR:  940396 DOUG BRADY

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
|  | 08 | HUMMER H2 | 5GRGN23878H107653 |  | 7198/7214 | TH931 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 11JUN08 DD |  |  | 10:45 01DEC08 |  |  | CASH | 03DEC08 |

| R.O. OPENED | READY | OPTIONS: | ENG:6.2_Liter_MPFI_OHV |
|---|---|---|---|
| 10:42 01DEC08 | 12:48 03DEC08 |  |  |

LINE OPCODE TECH TYPE HOURS

LIST     NET     TOTAL

PARTS:      0.00   LABOR:        0.00   OTHER:        0.00   TOTAL LINE C:          0.00

**********************************************************

ALL PARTS ARE NEW UNLESS IDENTIFIED BY: LKQ USED; OR NPN IN THE PART NUMBER OR DESCRIPTION.
ALL GENUINE ORIGINAL EQUIPMENT REPLACEMENT PARTS ARE COVERED BY A MANUFACTURER
WARRANTY OF 12 MONTHS OR 12,000 MILES, WHICHEVER COMES FIRST.

### STATEMENT OF DISCLAIMER
The factory warranty constitutes all of the warranties with respect to the sale of this item\items.
The Seller hereby expressly disclaims all warranties either express or implied, including any implied
warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor
authorizes any other person to assume for it any liability in connection with the sale of this
item/items.

X
CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |



**CORAL CADILLAC**
*The Dealer Is In*

CUSTOMER #: 105741

541391

INVOICE

5101 NORTH FEDERAL HIGHWAY POMPANO BEACH, FL 3306
BROWARD: 426-1800   TOLL FREE: 930-2672

RIF RAFIK KODSY
9393 LAUREL GREEN DRIVE
BOYNTON BEACH, FL 33437
HOME:561-758-9858 CONT:N/A
BUS:          CELL:

PAGE 3

NOBODY OUT
CADILLACS
*CORAL CADILLAC*

**GM Parts**

SERVICE ADVISOR: 207 MICHAEL STANWYCK

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|---|
| BLUE | 08 | HUMMER H2 | | 5GRGN23878H107653 | | 6608/6656 | T3967 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 9AUG08 DD | | 11JUN2012 | 17:00 13NOV08 | | | CASH | 24NOV08 |

| R.O. OPENED | READY | OPTIONS: STK:P08372 DLR:21038 1)DD CHECKED |
|---|---|---|
| 7:08 12NOV08 | 13:40 21NOV08 | |

| LINE OPCODE TECH TYPE HOURS | | LIST | NET | TOTAL |
|---|---|---|---|---|
| 26 GILROY,TREVOR LIC#: 256 | | | | |
| WH2 | | | | (N/C) |
| 1 25869092 MOLDING | | | | (N/C) |
| FC: 4N | | | | |
| PART#: 25869092 | | | | |
| COUNT: 1 | | | | |
| CLAIM TYPE: | | | | |
| AUTH CODE: | | | | |
| N3 | | | | |

PARTS:    0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE D:    0.00

6656 WIND NOISE "A"PILLOR MOLDINGS REPLACE BOTH "A"PILLOR MOLDINGS
WIND NOISE TAG #101803 11/19/08
*************************************************

COURTESY RENTAL TRANSPORTAION
CAUSE: .
      Z7901 1 DAYS RENTAL; GOLD KEY COURTESY
      TRANSPORTATION
         309 SUBLET TECH LIC#: 256
              WH2                                   (N/C)
      FC: 98 PART#: COUNT: 0
      CLAIM TYPE:
      AUTH CODE:
      MJ

PARTS:    0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE E:    0.00

*************************************************

COURTESY SERVICE WASH
      ISW COURTESY SERVICE WASH
         613  ISH                                   (N/C)

DISCLAIMER OF WARRANTIES:
The seller, CORAL CADILLAC, hereby expressly disclaims all warranties, either express or implied, including any
implied warranty of merchantability or fitness for a particular purpose, and CORAL CADILLAC, neither assumes
nor authorizes any other person to assume for it any liability in connection with the sale of the vehicle or
product.
(F.P.L. 93-637).
I UNDERSTAND THAT ALL PARTS AND ACCESSORIES SOLD OR USED ARE SUBJECT TO THE FEDERAL
MAGNUSON MOSS ACT AND THE CONSUMER MERCHANDISE PURCHASED IS UNDER LIMITED WARRANTY
OF THE MANUFACTURER AND THE WRITTEN TERMS AND CONDITIONS THEREOF ARE AVAILABLE FOR MY
INSPECTION."
CUSTOMER HEREBY ACKNOWLEDGES RECEIPT OF ABOVE MENTIONED VEHICLE, AND RECEIPT OF INVOICE
COPY HEREOF.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| **PLEASE PAY THIS AMOUNT** | |

(17)

CUSTOMER #: 105741

541391

**CORAL CADILLAC**
*The Dealer Is In*

INVOICE

5101 NORTH FEDERAL HIGHWAY POMPANO BEACH, FL 3306
BROWARD: 426-1800    TOLL FREE: 930-2672

ERIF RAFIK KODSY
9393 LAUREL GREEN DRIVE
BOYNTON BEACH, FL 33437
HOME:561-758-9858 CONT:N/A
BUS:              CELL:

PAGE 2

NOBODY OUT
CADILLACS
*CORAL CADILLAC*

GM Parts

SERVICE ADVISOR: 207 MICHAEL STANWYCK

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| BLUE | 08 | HUMMER H2 | 5GRGN23878H107653 | | 6608/6656 | T3967 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 19AUG08 DD | | 11JUN2012 17:00 | 13NOV08 | | | CASH | 24NOV08 |

| R.O. OPENED | READY | OPTIONS: | STK:P08372 DLR:21038 1)DD CHECKED |
|---|---|---|---|
| 17:08 12NOV08 | 13:40 21NOV08 | | |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|

C CUSTOMER STATES TRANS KICKS ON ACCEL AFTER COAST
CAUSE: REPROGRAM E.C.M
    J6354 POWERTRAIN CONTROL MODULE ENGINE
       REPROGRAMMING WITH SPS
         26 GILROY,TREVOR LIC#: 256
          WH2
                                      (N/C)
    FC: 111AD
    PART#:
    COUNT: 0
    CLAIM TYPE:
    AUTH CODE:
    OJ

PARTS:      0.00  LABOR:      0.00  OTHER:      0.00   TOTAL LINE C:      0.00

6656 REPROGRAM E.C.M PERFORM E.C.M TO COLLABORATE WITH TRANS MODULE
CLAIM CODE #111AD 11/18/08
                 ***********************************************

D CUSTOMER STATES NOISE FROM DASH AREA AT HWY SPEEDS
CAUSE: WIND NOISE "A"PILLOR MOLDINGS
    B7570 MOLDING, WINDSHIELD SIDE PILLAR REVEAL
       RIGHT R&R OR REPLACE
         26 GILROY,TREVOR LIC#: 256
          WH2
    1 25869091 MOLDING                   (N/C)
    FC: 4N                           (N/C)
    PART#: 25869091
    COUNT: 1
    CLAIM TYPE:
    AUTH CODE:
    N3
    B7571 MOLDING, WINDSHIELD SIDE PILLAR REVEAL LEFT
       R&R OR REPLACE

DISCLAIMER OF WARRANTIES:
The seller, CORAL CADILLAC, hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and CORAL CADILLAC, neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of the vehicle or product.
P.L. 93-637).
I UNDERSTAND THAT ALL PARTS AND ACCESSORIES SOLD OR USED ARE SUBJECT TO THE FEDERAL MAGNUSON MOSS ACT AND THE CONSUMER MERCHANDISE PURCHASED IS UNDER LIMITED WARRANTY THE MANUFACTURER AND THE WRITTEN TERMS AND CONDITIONS THEREOF ARE AVAILABLE FOR MY ECTION.
STOMER HEREBY ACKNOWLEDGES RECEIPT OF ABOVE MENTIONED VEHICLE, AND RECEIPT OF INVOICE COPY HEREOF.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

CUSTOMER SIGNATURE

## PRODUCT ALLEGATION RESOLUTION
### PRELIMINARY INSPECTION
### STEERING, SUSPENSION, AXLE, TIRE AND WHEEL SYSTEMS

| | | | |
|---|---|---|---|
| **Customer's Name:** | **Sherif Kodsy** | **Inspection Date:** | **1/21/2009** |
| **Vehicle Brand:** | **2008 Hummer** | **Model:** | **H2** |
| **File #** | **71-693377188** | **VIN:** | **5GRGN23878H107652** |

| ITEM | OBSERVATIONS/TEST RESULTS |
|---|---|
| Steering system-Are all components in place and connected in a normal manner? Can the steering wheel be rotated lock to lock with appropriate movement of the front wheels. Is there any binding, sticking or uneven feel? | Normal appearance and operation |
| Steering linkage-Is the linkage free from cracks, bends, fractures, etc. Are there any scrapes, abrasions, signs of contact with any of the linkage? | Normal appearance and operation |
| Gear/rack and pinion-Any sign of leakage, damage to boots on the rack, contact by foreign objects? | Normal appearance |
| Steering column, ignition switch, intermediate shaft. Does the column unlock with the ignition key "on"? Is the steering column properly fastened to the dash? | Normal operation |
| Steering pump, drive, hoses, connections, flow, pressure. If possible, start the engine and rotate the steering wheel lock to lock. Is power assist normal? If not, it may be necessary to check pressure and flow. | Belt tight – Normal operation |
| PS fluid level and condition- Color, contamination, odor | Reservoir full – fluid clear – no odor- |
| Steering knuckle-All attachments secure and proper? | Normal appearance |
| Suspension components – LF Strut attachments, springs intact; control arms properly attached, deformed, broken, scraped, etc. Sway bars properly attached. | Normal appearance |
| Strut attachments, springs intact; control arms properly attached, deformed, broken, scraped, etc.          RF | Normal appearance |
| Strut attachments, springs intact; control arms properly attached, deformed, broken, scraped, etc Rear sway bars, | Normal appearance |

Confidential GM/PAR

## PRODUCT ALLEGATION RESOLUTION
### PRELIMINARY INSPECTION
### STEERING, SUSPENSION, AXLE, TIRE AND WHEEL SYSTEMS

| | | | |
|---|---|---|---|
| Customer's Name: | Sherif Kodsy | Inspection Date: | 1/21/2009 |
| Vehicle Brand: | 2008 Hummer | Model: | H2 |
| File # | 71-693377188 | VIN: | 5GRGN23878H107652 |

| | |
|---|---|
| trailing arms properly attached and undamaged.    LR | |
| Strut attachments, springs intact; control arms properly attached, deformed, broken, scraped, etc.    RR | Normal appearance |
| Rear axle assembly-deformed, signs of impact, properly located, etc. | No damage noted |
| Deformation to the frame | No damage noted |
| Describe and photograph evidence of axle/ suspension/ tire contact with frame, body or components | None noted |
| Describe and photograph contact of the under- carriage with the road surface (road, shoulder, curb, or grass) | None noted |
| Stability Enhancement system/components-check for codes with Tech II | None stored |
| Engine (normal, other)-Obtain codes using a Tech II. | Normal operation – no codes stored |
| Electrical (normal, other) | Normal operation |
| Warning lights/messages displayed?  Describe and obtain codes using a Tech II | None |
| Anything components missing? | None noted |
| Other | {_____ |

If the vehicle is driveable, conduct a road test to evaluate the concern expressed by the customer.  Describe the results of the road test.  If the concern is observed during the road test, it would be desirable to get a Tech II "snapshot".
**See previous comments**

If the vehicle is equipped with an ABS/Traction Control/Stability Enhancement System, use a Tech II to obtain any codes stored as current and/or history.  Document via photos and include the code description.  Follow the procedures in the service manual to determine the cause of each stored code which relates to the allegation.  State which procedures were followed, record results of each test and state the root cause of each code.  Consult with the CRM or Team Manager of the PAR group if this process leads to a disassembly of components.  Follow the procedure in the General Guidelines for parts that need to be assembled for evaluation.

Inspect the system wiring, connections and components for damage.  Note if the damage was the result of the incident.

### TIRE AND WHEEL INSPECTION

Confidential GM/PAR

Rev 04-19-2004

## PRODUCT ALLEGATION RESOLUTION
### PRELIMINARY INSPECTION
### STEERING, SUSPENSION, AXLE, TIRE AND WHEEL SYSTEMS

| | | | |
|---|---|---|---|
| Customer's Name: | **Sherif Kodsy** | Inspection Date: | **1/21/2009** |
| Vehicle Brand: | **2008 Hummer** | Model: | **H2** |
| File # | **71-693377188** | VIN: | **5GRGN23878H107652** |

1  IDENTIFICATION:

| | TIRE BRAND (Goodyear) | TIRE TYPE (Eagle GA) | TIRE SIZE (P205/70R15) | PRESSURE (psi) | AVE. TREAD DEPTH 32nds of inch | DOT Numbers |
|---|---|---|---|---|---|---|
| LF | **B F Goodrich** | **All Terrian** | **315/70 R17** | **44** | **17** | ___ |
| RF | " | " | " | **44** | **17** | ___ |
| LR | " | " | | **44** | **17** | ___ |
| RR | " | " | " | **44** | **15** | ___ |

Note: DOT numbers may be found on the inside of each tire adjacent to the rim.

Describe and photograph any damage to tires and wheels, such as scrapes, marks due to impact, cuts, tread separation, flat spots, bead separation, embedded grass/dirt, etc. Photographs should include inner and outer views of the damaged tire/wheel assemblies with chalk marks on each assembly to denote position on vehicle (RF, LF. RR and LR).

LF
**None**

RF
**None**

LR
**None**

RR
**None**

2.  TIRE PLACARD DATA:
Record the following data: (located on driver's door edge or inside the decklid)

| | SIZE | PRESSURE (psi) | PRESSURE AT MAXIMUM LOAD(psi) |
|---|---|---|---|
| TIRES | **315/70 R 17** | **45** | ___ |
| SPARE TIRE | **Not recorded** | ___ | ___ |

| Section 7 | SITE INSPECTION |
|---|---|

### *SITE INSPECTION - PERFORM THE FOLLOWING IF ADDITIONAL INFORMATION MAY BE FOUND:*

► Check the incident scene for tire marks, gouges in the pavement, debris, or any other marks. Measure location and photograph.

►

Confidential GM/PAR                                          Rev 04-19-2004

## PRODUCT ALLEGATION RESOLUTION
### PRELIMINARY INSPECTION
### STEERING, SUSPENSION, AXLE, TIRE AND WHEEL SYSTEMS

| | | | |
|---|---|---|---|
| Customer's Name: | Sherif Kodsy | Inspection Date: | 1/21/2009 |
| Vehicle Brand: | 2008 Hummer | Model: | H2 |
| File # | 71-693377188 | VIN: | 5GRGN23878H107652 |

Identify evidence of whether the vehicle left the road prior to, during, or after the incident. Document all locations, distances, stationary objects (guard rails, telephone poles, fences, buildings, etc), nearest posted speed limit signs in the direction of travel, etc...

➤ Identify evidence & photograph any object struck by the vehicle on or off the road prior to, during or after incident.

➤ Inspect roadway & shoulder surfaces in the area of the incident site for telltale signs of loss of control, excessive speed, severe braking, etc.

**Photograph the scene and property if involved.**

**Comments:**

_____
_____
_____
_____
_____

| Section 8 | COMMENT OVERFLOW |
|---|---|

**Please use this page if needed for additional comments from the inspection form. Please note the section and area the comments are continued from prior to each comment.**

_____
_____
_____
_____
_____

| Section 9 | OTHER REPORT INFORMATION |
|---|---|

☐ **Check here if there was evidence of a "Fire-Related" event.**
According to NHTSA, "fire" means combustion or burning of material in or from a vehicle as evidenced by flame. The term also includes, but is not limited to, thermal events and fire-related phenomena such as smoke, sparks or smoldering, but does not include events and phenomena associated with a normally functioning vehicle, such as combustion of fuel within an engine or exhaust from an engine.

**Attachments: (Check all that apply)**
X **Photographs**    X **Data Downloads**    ☐ **Other Records**

Confidential GM/PAR

Rev 04-19-2004



## CERTIFICATE OF ORIGIN FOR A VEHICLE

4768

| | |
|---|---|
| | RBLPD019 |
| DATE | INVOICE NO. |
| 01/30/08 | HID00288159 |
| VEHICLE IDENTIFICATION NO. | YEAR | MAKE |
| 5GRGN23878H107653 | 2008 | HUMMER |
| BODY TYPE | | SHIPPING WEIGHT |
| HUMMER 4-DOOR SUV | | 6550 |
| H.P. (S.A.E.) | G.V.W.R. | NO. CYLS. | SERIES OR MODEL |
| 52.0 | 8600 | 08 | RN25706 |

N.T.R.
3/4

I, the undersigned authorized representative of the company, firm or corporation named below, hereby certify that the new vehicle described above is the property of the said company, firm or corporation and is transferred on the above date and under the Invoice Number indicated to the following distributor or dealer.

NAME OF DISTRIBUTOR, DEALER, ETC.

31035 MNRNK1

GENERAL MOTORS CORPORATION
100 RENAISSANCE CTR/SE/482-A25-C48
DETROIT              MI  48265-1000

It is further certified that this was the first transfer of such new vehicle in ordinary trade and commerce.

```
*****************
* THIS VEHICLE*
*   HAS A     *
*  50-STATE   *
*  EMISSION   *
*   SYSTEM    *
*****************
G52109543
```

GENERAL MOTORS CORPORATION
& SUBSIDIARIES

BY: _____
(SIGNATURE OF AUTHORIZED REPRESENTATIVE)          (AGENT)

DETROIT          MI  48243-1114
CITY - STATE

SSI 97031   Atlanta

| QTY. | PART NO. AND DESCRIPTION (All parts new unless otherwise specified) | AMOUNT |
|---|---|---|

**RB - REBUILT, U - USED, RC - RECONDITIONED**

**FW - FREE UNDER WARRANTY**

**RW - REDUCED COST UNDER WARRANTY**

This charge represents costs and profits to the motor vehicle repair facility for MISCELLANEOUS SHOP SUPPLIES OR WASTE DISPOSAL.

(6.403.718)
BATTERY DISPOSAL FEE
TIRE DISPOSAL FEE

**TOTAL SHOP CHARGES**
**EPA / WASTE DISPOSAL**

**PLEASE READ CAREFULLY, CHECK ONE OF THE STATEMENTS BELOW, AND SIGN: I UNDERSTAND, THAT UNDER STATE LAW, I AM ENTITLED TO A WRITTEN ESTIMATE IF MY FINAL BILL WILL EXCEED $100.**

☐ I REQUEST A WRITTEN ESTIMATE.
☐ I DO NOT REQUEST A WRITTEN ESTIMATE AS LONG AS THE REPAIR COSTS DO NOT EXCEED $_____. THE SHOP MAY NOT EXCEED THIS AMOUNT WITHOUT MY WRITTEN OR ORAL APPROVAL.
☐ I DO NOT REQUEST A WRITTEN ESTIMATE.

SIGNED _____ DATE _____

I hereby authorize the above repair work to be done along with the necessary materials. You and your employees may operate vehicle for purposes of testing, inspection, or delivery at my risk. It is understood that you will not be held responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control.

SIGNATURE _____    DATE _____

SAVE OLD PARTS  ☐ YES  ☐ NO

---

A.M. / P.M.    DATE PROMISED    ORDER WRITTEN BY    EXT.

ESTIMATE VALID UNTIL

BUS. PHONE    HOME PHONE    MILEAGE IN    MILEAGE OUT

LICENSE NO.    WASHING/CHECK/CLEAN

CALL WHEN READY  ☐ YES  ☐ NO    TERMS

**TOTAL LABOR**
**TOTAL PARTS**
**GAS, OIL AND GREASE**
**STORAGE**
**TOTAL SHOP CHARGES EPA / WASTE DISPOSAL**
**TAX**
**TOTAL**

☐ CASH  ☐ CHECK  ☐ CREDIT CARD
TYPE    EXP.
CC NUMBER

WATSEN FRANCOIS
Notary Public - State of Florida
My Commission Expires Feb 8, 2011
Commission # DD 629854
Bonded Through National Notary Assn.

CUSTOMER #: 105741

541007

INVOICE

ARIF RAFIK KODSY
9393 LAUREL GREEN DRIVE
BOYNTON BEACH, FL 33437
HOME: 561-758-9858 CONT:N/A
BUS:
CELL:

**CORAL CADILLAC**
5101 NORTH FEDERAL HIGHWAY POMPANO BEACH, FL 3306
BROWARD: 426-1800   TOLL FREE: 930-2672

NOBODY OUT
CADILLACS
CORAL CADILLAC

PAGE 4

SERVICE ADVISOR: 207 MICHAEL STANWYCK

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BLUE | 08 | HUMMER H2 | 5GRGN23B78H107653 | | 6526/6553 | T3913 |

| DEL. DATE | PROD. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|---|
| 19AUG08 DD | 08 | | 11JUN2012 | 17:00 05NOV08 | | | CASH | 12NOV08 |

R.O. OPENED          READY          OPTIONS: STK:P08372 DLR:21038 1]DD CHECKED
12:51 05NOV08   14:46 12NOV08

LINE OPCODE TECH TYPE HOURS          LIST          NET          TOTAL

PC: 4X
PART#: 88944326
COUNT: 1
CLAIM TYPE:
AUTH CODE:
CJ

PARTS: 0.00   LABOR: 0.00   OTHER: 0.00   TOTAL LINE F: 0.00

6553 WORN INSERT REPLACE LS WIPER INSERT

*****************************************************

COURTESY SERVICE WASH
ISW COURTESY SERVICE WASH
612 EDWARD, TRAVIS LIC#: 0
ISH

PARTS: 0.00   LABOR: 0.00   OTHER: 0.00   TOTAL LINE G: 0.00
(N/C)

6553 isw done

*****************************************************
***** STATE OF FLA. REG. # MV-00488 *****
OUR GOAL IS 100% CUSTOMER SATISFACTION. IF
YOU HAVE ANY QUESTIONS I CAN BE REACHED AT
(954) 426-1800 ext 389 JOE BARDILL
SERVICE DIRECTOR. **PARTS MARKED W/"w" ARE
COVERED BY A LIFE TIME WARRANTY.
*********** www.coralcadillac.com ***********

DISCLAIMER OF WARRANTIES:
The seller, CORAL CADILLAC, hereby expressly disclaims all warranties, either express or implied, including any
implied warranty of merchantability or fitness for a particular purpose, and CORAL CADILLAC, neither assumes
nor authorizes any other person to assume for it any liability in connection with the sale of the vehicle or
product.
(FL. 93-637).
"I UNDERSTAND THAT ALL PARTS AND ACCESSORIES SOLD OR USED ARE SUBJECT TO THE FEDERAL
MAGNUSON MOSS ACT AND THE CONSUMER MERCHANDISE PURCHASED IS UNDER LIMITED WARRANTY
THE MANUFACTURER AND THE WRITTEN TERMS AND CONDITIONS THEREOF ARE AVAILABLE FOR MY
SPECTION."
"CUSTOMER HEREBY ACKNOWLEDGES RECEIPT OF ABOVE MENTIONED VEHICLE, AND RECEIPT OF INVOICE
COPY HEREOF.

X                                                    CUSTOMER SIGNATURE

| TOTALS | |
|---|---|
| DESCRIPTION | |
| LABOR AMOUNT | 56.15 |
| PARTS AMOUNT | 6.60 |
| GAS, OIL, LUBE | 19.20 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 3.14 |
| TOTAL CHARGES | 85.09 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 5.11 |
| PLEASE PAY THIS AMOUNT | 90.20 |



CUSTOMER #: 105741 541391

# CORAL CADILLAC

5101 NORTH FEDERAL HIGHWAY POMPANO BEACH, FL 3306
BROWARD: 426-1800 TOLL FREE: 930-2672

ACCOUNTING

NOBODY OUT
CADILLACS
*CORAL CADILLAC*

ERIF RAFIK KODSY
9393 LAUREL GREEN DRIVE
BOYNTON BEACH, FL 33437
HOME:561-758-9858 CONT:N/A
BUS: CELL:

PAGE 1

SERVICE ADVISOR: 207 MICHAEL STANWYCK

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| BLUE | 08 | HUMMER H2 | 5GRGN23878H107653 | | 6608/6656 | T3967 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 19AUG08 DD | | 11JUN2012 | 17:00 13NOV08 | | | CASH | 24NOV08 |

| R.O. OPENED | READY | OPTIONS: |
|---|---|---|
| 17:08 12NOV08 | 13:40 21NOV08 | STK:P08372 DLR:21038 1)DD CHECKED |

LINE OPCODE TECH TYPE A/HRS S/HRS COST SALE COMP LIST NET TOTAL

A CUSTOMER STATES ENGINE HAS CONSTANT VIBRATION DURING ACCELERATION AND
DECCELERATION,
CAUSE: NOISE VIBRATION AT IPC
D9737 08-01-39-002 Reposition A/C Compressor
Discharge Line
26 GILROY,TREVOR LIC#: 256
WH2 0.00 0.30 810 3300 33.00 33.00
FC: 93 PART#: COUNT: 0
CLAIM TYPE:
AUTH CODE:
MH
0 0 TPARTS
810 3300 TLABOR
PARTS: 0.00 LABOR: 33.00 OTHER: 0.00 TOTAL LINE A: 33.00

VERSION 1 (EMP# 26,19NOV08 12:10): 6656 NOISE VIBRATION AT IPC
D9737 0.93 PERFORM DOC#2049909 OPERATION RELOCATE A/C HIGH PRESURE HOSE
FROM WHEEL WELL AREA
VERSION 2 (EMP# 18,20NOV08 12:00): 6656 NOISE VIBRATION AT IPC
D9737 0.93 PERFORM DOC#2049909 OPERATION RELOCATE A/C HIGH PRESURE HOSE
FROM WHEEL WELL AREA
VERSION 3 (EMP# 18,20NOV08 12:21): 6656 NOISE VIBRATION AT IPC
D9737 0.93 PERFORM DOC#2049909 OPERATION RELOCATE A/C HIGH PRESURE HOSE
FROM WHEEL WELL AREA. AFTER ABOVE REPAIR STILL HAD SOME VIBRATION IN
STEERING WHEEL AND SEAT. COMPARED WITH LIKE VEHICLE HAD SAME VIBRATION.
FILED REPORT WITH BOB MARTIN H2 BQM.
VERSION 4 (EMP# 26,21NOV08 12:10): 6656 NOISE VIBRATION AT IPC
D9737 0.90 PERFORM DOC#2049909 OPERATION RELOCATE A/C HIGH PRESURE HOSE
FROM WHEEL WELL AREA. AFTER ABOVE REPAIR STILL HAD SOME VIBRATION IN
STEERING WHEEL AND SEAT. COMPARED WITH LIKE VEHICLE HAD SAME VIBRATION.
FILED REPORT WITH BOB MARTIN H2 BQM. R & I STARTER AS PER BOB MARTIN
REMOVE FLYWHEEL BOLTS AND RESTART ENGINE TO ISULATE VIBRATION, STILL
HAS VIBRATION WITH FLY WHEEL DISCONNECTED , 1.6 OLH FOR DIAGNOSTIC TIME
PER #18, 18769316

DISCLAIMER OF WARRANTIES:
The seller, CORAL CADILLAC, hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and CORAL CADILLAC, neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of the vehicle or product.
(P.L. 93-637).
"I UNDERSTAND THAT ALL PARTS AND ACCESSORIES SOLD OR USED ARE SUBJECT TO THE FEDERAL MAGNUSON MOSS ACT AND THE CONSUMER MERCHANDISE PURCHASED IS UNDER **LIMITED WARRANTY** OF THE MANUFACTURER AND THE WRITTEN TERMS AND CONDITIONS THEREOF ARE AVAILABLE FOR MY INSPECTION."
CUSTOMER HEREBY ACKNOWLEDGES RECEIPT OF ABOVE MENTIONED VEHICLE, AND RECEIPT OF INVOICE COPY HEREOF.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| **PLEASE PAY THIS AMOUNT** | |

CORAL CADILLAC
*The Dealer for All*

5101 NORTH FEDERAL HIGHWAY POMPANO BEACH, FL 330E
BROWARD: 426-1800    TOLL FREE: 930-2672

**INVOICE**

541391

CUSTOMER #: 105741

TRIP RAFIK KODSY
9393 LAUREL GREEN DRIVE
BOYNTON BEACH, FL 33437
HOME: 561-758-8858 CONT:N/A
CELL:
BUS:

GM
CADILLACS
CORAL CADILLAC
NOBODY OUT

ASE

PAGE 1

SERVICE ADVISOR: 207 MICHAEL STANWYCK

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BLUE | 08 | HUMMER H2 | 5GRGN23878H107653 | | 8099/6556 | T3967 |

| DEL DATE | PROD DATE | WARR.EXP. | PROMISED | PO.NO. | RATE | PAYMENT | INV.DATE |
|---|---|---|---|---|---|---|---|
| 19AUG08 DD | | | 13NOV08 17:00 | 11JUL2012 | | CASH | 24NOV08 |

| R.O. OPENED | READY | OPTIONS: STK:P08372 DLR:21038 1) DD CHECKED |
|---|---|---|
| 17:08 12NOV08 | 13:40 21NOV08 | |

LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL

1 CUSTOMER STATES ENGINE HAS CONSTANT VIBRATION DURING ACCELERATION AND
DECELERATION.
CAUSE: NOISE VIBRATION AT IPC
D9737 08-01-39-002 Reposition A/C Compressor
Discharge Line
WH2
26 GILROY,TREVOR LIC#: 256                                          (N/C)
FC: 93 PART#: COUNT: 0
CLAIM TYPE:
AUTH CODE:
WH

PARTS: 0.00      LABOR: 0.00      OTHER: 0.00      TOTAL LINE A: 0.00

6556 NOISE VIBRATION AT IPC D9737 0.90 PERFORM DOC#204909909
OPERATION RELOCATE A/C HIGH PRESSURE HOSE FROM WHEEL WELL AREA. AFTER
ABOVE REPAIR STILL HAD SOME VIBRATION IN STEERING WHEEL AND SEAT.
COMPARED WITH LIKE VEHICLE HAD SAME VIBRATION. FILED REPORT WITH BOB
MARTIN H2 BQM. R & I STARTER AS PER BOB MARTIN REMOVE FLYWHEEL BOLTS
AND RESTART ENGINE TO ISULATE VIBRATION. STILL HAS VIBRATION WITH FLY
WHEEL DISCONNECTED , 1.6 OIH FOR DIAGNOSTIC TIME PER PER #18. 18769316
*****************************************************
1 CUSTOMER STATES VEHICLE RIDES ROUGH AT ALL SPEEDS OVER 50 MPH
CAUSE: NO FAULT FOUND
2000 VEHICLE IS OPERATING TO SPECIFICATIONS AT
THIS TIME.
26 GILROY,TREVOR LIC#: 256                                          (N/C)
ISH

PARTS: 0.00      LABOR: 0.00      OTHER: 0.00      TOTAL LINE B: 0.00

6556 NO FAULT FOUND PERFORM ROAD TEST , COULD NOT DUPLICATE
CONDITION AT THIS TIME, NORMAL CHARACTERISTIC OPERATION OF TRUCK.
COMPARE TO ANOTHER "H2" SAME CONDITION.

DISCLAIMER OF WARRANTIES:
The seller, CORAL CADILLAC, hereby expressly disclaims all warranties, either express or implied, including any
implied warranty of merchantability or fitness for a particular purpose, and CORAL CADILLAC, neither assumes
nor authorizes any other person to assume for it any liability in connection with this sale of the vehicle or
product.
I UNDERSTAND THAT ALL PARTS AND ACCESSORIES SOLD OR USED ARE SUBJECT TO THE FEDERAL
MAGNUSON MOSS ACT AND THE CONSUMER MERCHANDISE PURCHASED IS UNDER LIMITED WARRANTY
(Fl. 93-637).
THE MANUFACTURER AND THE WRITTEN TERMS AND CONDITIONS THEREOF ARE AVAILABLE FOR MY
INSPECTION.
CUSTOMER HEREBY ACKNOWLEDGES RECEIPT OF ABOVE MENTIONED VEHICLE, AND RECEIPT OF INVOICE
COPY HEREOF.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

Confidential GM/PAR

**PRODUCT ALLEGATION RESOLUTION**
**PRELIMINARY INSPECTION**
**STEERING, SUSPENSION, AXLE, TIRE AND WHEEL SYSTEMS**

| Customer's Name: | Sherif Kodsy | Inspection Date: 1/21/2009 |
|---|---|---|
| Vehicle Brand: | 2008 Hummer | Model: H2 |
| File #: 71-6933717188 | VIN: 5GRGN23878H107652 | |

Comments:  *(Additional cmts may be placed in section 9)*
Dealer service director stated that they had recently replaced three of the vehicle tires and installed the spare as a fourth tire to try to satisfy the owner. No appreciable change was seen in the vehicle ride.

Did the owner purchase the vehicle new? X Yes  □ No  Date **6/11/2008**  Used? □ Yes  □ No  □ Date

**VEHICLE MODIFICATIONS / ALTERATIONS**
Are any vehicle modifications or alterations present, and has any after-market equipment been installed? (e.g. objects attached to the steering wheel or instrument panel, controls for disabled persons, shock absorbers, springs, modified body, electrical components, powertrain, wheels or tires, after-market seats, etc..) Describe:
**None noted**

**VEHICLE REPAIR / SERVICE HISTORY**
Prior electrical system service? X No  □ Yes, describe:
Prior collision repair? X No  □ Yes, describe:
Repaired by whom? (name, address, phone)
Prior chassis system service, repair, or replacement? □ No  X Yes  If yes, describe what was done:
**3 new tires**
Prior electrical system components serviced, repaired, or replaced by whom? ( name, address, phone number)
Any other pertinent vehicle history information (from interview, GM warranty or dealership history files)? X No  □ Yes
If yes, describe:_

**Section 4    VEHICLE INSPECTION – VISUAL/PHOTO**
THE VEHICLE VISUAL INSPECTION DOCUMENTS THE PHYSICAL EVIDENCE USING PHOTOS AND WRITTEN OBSERVATIONS. RECORD YOUR OBSERVATIONS IN THE APPROPRIATE SECTION.
PHOTOGRAPH THE EXTERIOR OF THE VEHICLE AS FOLLOWS: VIN PLATE, QUARTER VIEWS FROM LEFT FRONT, RIGHT REAR ARE REQUIRED, AND DOCUMENT FURTHER EXTERIOR DAMAGE WITH MANY PHOTOS.

**DESCRIBE ANY DAMAGE TO THE VEHICLE BODY:**
None

**UNDERBODY / FRAME / CHASSIS AREA:** Describe any damage to the underside of the vehicle. Note the condition of the bumpers, frame, suspension, tires, wheels, brake and fuel lines & engine mounts/crossmember. Photograph and comment on any contact between vehicle components and the underbody. Photograph if damage is present.
None

**CORNER ASSEMBLIES**
Struts/shocks
Springs
Control arms
Axle assemblies

Ball joints
Steering knuckles
Tire/wheel assemblies

Comments: No damage noted

Rev 04-19-2004

**PRODUCT ALLEGATION RESOLUTION**
**PRELIMINARY INSPECTION**
**STEERING, SUSPENSION, AXLE, TIRE AND WHEEL SYSTEMS**

| | | | |
|---|---|---|---|
| Customer's Name: | **Sherif Kodsy** | Inspection Date: | **1/21/2009** |
| Vehicle Brand: | **2008 Hummer** | Model: | **H2** |
| File # | **71-693377188** | VIN: | **5GRGN23878H107652** |

***UNDERHOOD***

Engine compartment
Brake fluid level and condition
Power steering lines, hoses, clamps and connections
Power steering fluid level and condition

Comments:
**None noted**

***GENERAL OBSERVATIONS***

Photograph and comment on any aftermarket equipment found, vehicle modifications or items that are unusual or out of place.

Comments:
**None noted**

**Section 5 — VEHICLE INSPECTION - PASSENGER COMPARTMENT**

***INTERIOR***

Instrument panel
Controls
Overall view of seat position
Photo of options label-glove box/trunk
Personal items/cargo
Odometer
Steering wheel and column
Driver and passenger seat back angle (inclinometer measurement)
Sunvisors and headliner

***INTERIOR INSPECTION*** (Describe any damage and photograph )

**None**

**Section 6 — STEERING, SUSPENSION, TIRE AND WHEEL SYSTEM INSPECTION**

Use the following table to identify what you did and what you found during the inspection. Identify the tests and test results for the applicable items. Describe anything relevant to the allegation that is not in normal working condition, does not function properly or is a non production part. Take appropriate photographs.

Confidential GM/PAR

# THE PALM BEACH GARAGE
## FOREIGN & DOMESTIC SERVICE
2400 S. DIXIE HIGHWAY
WEST PALM BEACH, FL 33401
TEL: (561) 833-6622 • FAX: (561) 833-6633
pbgarage@bellsouth.net

MV - 35499

712

**RECEIVED** 737-8798

DATE 2/10/09

NAME Sherif Rudsy

ADDRESS 15268 Canal Cir.

CITY Delray STATE FL ZIP 33484

MAKE Hummer H2

YEAR

LICENSE TAG NO. 179H4

IN DATE: / /

OUT DATE: / /

OPER. SER. ID# 56RGN2387H107653

| | | | |
|---|---|---|---|
| 1 | Check | Check | 95 ou |
| 2 | Check vibration | Check Oct Oily | |
| 3 | Engine idle rough | at idle in Gear | 95 ou |

Exhaust Vibration
Felt Through Car

**I UNDERSTAND THAT... UNDER STATE LAW, I AM ENTITLED TO A WRITTEN ESTIMATE IF MY FINAL BILL WILL EXCEED $100.**

PLEASE READ CAREFULLY, CHECK ONE OF THE STATEMENTS BELOW AND SIGN

☐ I REQUEST A WRITTEN ESTIMATE.
☐ I DO NOT REQUEST A WRITTEN ESTIMATE AS LONG AS THE REPAIR COSTS DO NOT EXCEED $_____
☐ I REQUEST THE SHOP MAY NOT EXCEED THIS AMOUNT WITHOUT MY WRITTEN OR ORAL APPROVAL.
☐ I DO NOT REQUEST MY WRITTEN OR ORAL APPROVAL.
☐ I DO NOT REQUEST A WRITTEN ESTIMATE.

SIGNED _____ DATE _____

TOTAL PARTS

TOTAL SUBLET REPAIRS

| | | |
|---|---|---|
| FLAT RATE | | |
| HOURLY RATE | | |
| BOTH ABOVE | | |

| | | |
|---|---|---|
| GUARANTEED | TIME AND MILEAGE | 3 MONTHS/3000 MILES |
| ESTIMATED COST OF REPAIR | CERT. | |

| TOTAL PARTS | 95 ou |
| SUBLET REPAIRS | |
| ENVIRO CHARGE | $5.00 |
| GAS & OIL | |
| TAX | 6.18 |

* THIS CHARGE REPRESENTS COSTS AND PROFITS TO THE MOTOR VEHICLE REPAIR FACILITY FOR MISCELLANEOUS SHOP SUPPLIES AND/OR WASTE DISPOSAL.

| DAILY CHARGE FOR STORAGE | PER DAY | ALTERNATE WORK |
|---|---|---|
| FL. TIME DISPOSAL $1.00 | HAZARDOUS WASTE $1.50 | SHOP SUPPLIES $5.00 |

**PRODUCT ALLEGATION RESOLUTION**
**PRELIMINARY INSPECTION**
**STEERING, SUSPENSION, AXLE, TIRE AND WHEEL SYSTEMS**

| | | | |
|---|---|---|---|
| Customer's Name: | Inspection Date: | Sheriff Kodsy | File #: 71-693377188 |
| | 1/21/2009 | Model: | Vehicle Brand: 2008 Hummer |
| | | H2 | VIN: 5GRGN23878H107652 |

Weather conditions & visibility: N/A Approximate Temp (°F): {____}

Road Surface: ☐ Concrete ☐ Asphalt ☐ Gravel ☐ Crushed rock ☐ Dirt
☐Other:{____}

Road Condition: ☐ Dry ☐ Wet ☐ Icy
Shoulder/Curb: ☐ Concrete ☐ Asphalt ☐ Gravel ☐ Crushed rock ☐ Dirt
☐Other:{____}

Shoulder/Curb Condition: ☐ Dry ☐ Wet ☐ Icy

Posted Speed Limit {____}
Any objects in the road? (rocks, scrap metal, pothole, speed bump, etc.), **Normal asphalt pavement**

**Length of Drive Prior to Incident:**
Distance (miles): **N/A**  Total Time (hrs. & mins.):{____}

Estimate of vehicle speed:{____} mph Source of est.{____}
Estimated vehicle speed at impact:{____} mph Source of est.{____}
**(Do Not report information speeds from the Vetronix data here)**

**If the driver/claimant description of the vehicle operation prior to and during the incident does not include the following information, please obtain it.**

| | Normal | Other | Describe |
|---|---|---|---|
| Steering | ☐ Normal | X Other | Describe **Rough and overly firm** |
| Suspension | ☐ Normal | X Other | Describe{____} |
| Brakes | X Normal | ☐ Other | Describe **Idles rough and tach needle drops to 0** |
| Engine | ☐ Normal | X Other | Describe{____} |
| Electrical | X Normal | ☐ Other | Describe{____} |

Were any warning lights illuminated or driver information center messages displayed? ☐ Yes   X No If "Yes", get the details and describe the event(s).

Has the vehicle behavior noted during this incident ever been noted prior to this incident? X Yes   ☐ No   If "Yes", get the details and describe the event(s). **Operated this was since new**

Also, determine whether there were any warning lights illuminated, messages on driver information panel, unusual noises, smoke or steam observed. **None noted**

Describe any evasive action: ☐ Turning ☐ Braking ☐ Accelerating ☐ Other:{____}

**N/A**

Describe cargo (in the vehicle interior, trunk and/or trailer (if any). **None noted**
Estimated total weight of cargo:{____} Estimated weight of the trailer, if any. {____}

If a trailer was being towed, photograph the hitch structure, both on the trailer and towing vehicle.

Did the vehicle leave the roadway?: ☐ Yes   X No Describe: {____}
Objects impacted:{____}

**Section 3**   **INTERVIEW - VEHICLE HISTORY**

Source of information (name, address, phone number, & relationship) if other than claimant:

Confidential GM/PAR

Rev 04-19-2004



# PRODUCT ALLEGATION RESOLUTION
## PRELIMINARY INSPECTION
### STEERING, SUSPENSION, AXLE, TIRE AND WHEEL SYSTEMS

| Customer's Name: | Sherif Kodsy | Inspection Date: | Model: | VIN: |
|---|---|---|---|---|
| | | 1/21/2009 | H2 | 5GRGN23878H107652 |

| Vehicle Brand: | File # |
|---|---|
| 2008 Hummer | 71-6933177188 |

Mileage at Inspection: 10,808

Inspection Location: Schumacher Buick Hummer
West Palm Bch, FL 33409

Inspected By: Jim Daugherty EAA

Inspector's phone number: 954-749-3637

## Section 1
## INSPECTION SUMMARY

*BRIEFLY Describe the customer's ALLEGATION below:*

Owner stated that the vehicle ride was jerky and rough. He also stated that the engine did not idle smoothly.

*Following the inspection, summarize the facts and observations. (Additional cmts may be be 3XAddplaced in section 5)*

Inspected the vehicle undercarriage and tires and wheels. Checked tires pressure for over inflation and damage to wheels or tires. None was noted. Road tested vehicle for several miles with the dealer service director. Vehicle did not appear to ride improperly for this type of chassis and tire combination. Selected another vehicle vehicle form stock with identical engine, tires, and wheel combination. Road test indicated that ride was similar to owner's vehicle. Engine idle appeared normal, with only a slight quiver in the tachometer needle as the fuel injection made minor adjustment to the fuel/air mixture. Second vehicle idled similarly.

## Section 2
## INTERVIEW - INCIDENT DETAILS

**Obtain all of the information for this section from the Driver/Claimant**

*Provide a complete description of the incident according to the DRIVER / CLAIMANT*

Interview mode:     ☐ By Telephone    X In Person    Incident Date and Time: Not applicable
Interview date: 1/21/2009
No accident involved.

Driver/other occupant's physical description (include name, gender, height, weight, & disabilities ):
Sherif Kodsy 5' 8" tall, 190lbs, DOB 4/27/1984, No disabilities

If there was a collision:
Describe extent of any injuries to the Driver: States that rough ride increases his medical problems
Describe where other occupants were seated & extent of any injuries: N/A

What was the exact location of the incident: N/A
Driving conditions at the time of the incident:

Confidential GM/PAR
Rev 04-19-2004

# BOCA RATON TIRE CENTER

10 NW 28TH ST
BOCA RATON, FL 33431
(561)391-6666, FL RBG# MV58766

03/13/09 03/13/09
04:23 PM 04:50 PM
TERR: 1634
NONSIG: 164561



INVOICE 28685

GE: 01

LL TO: ALL RESTORATION SERVICES
SHERIY
15968 LAUREL OAK CR
DELRAY BEACH, FL 33484

IONE 1 ........ (561)737-9998
TE PROMISED ........ 03/13/09
ME PROMISED
RTURN PARTS .. NO
ESMAN ........ 034 / 034

| COUNT # | COB | TC | CUS# | TYPE/STATE | | AUTHORIZATION | CREDIT CARD NO. |
|---|---|---|---|---|---|---|---|
| 340005I | W | 01 | 05969 | 0 | FL | 159238 | HDC 3886 |

| SM TECH | PRODUCT CODE | BC | QTY | DESCRIPTION | PARTS | LBR/EXCISE | LINE TOTAL |
|---|---|---|---|---|---|---|---|
| 019 | 093-608 | R | 1 | DIAGNOSTIC CHECK | .00 | 86.00 | 86.00 |
| 019 | 048-170 | R | 1 | ESTIMATE/WORK ORDER PREPARATION | .00 | .00 | .00 |
| 019 | 093-002 | R | 1 | ADDITIONAL REPAIRS RECOMMENDED | .00 | .00 | .00 |
| 019 | 047-100 | R | 1 | SCANNED VEHICLE NO CODES AT THIS TIME. WE | .00 | .00 | .00 |
| 019 | 047-100 | R | 1 | DO FEEL A ROUGH IDLE & ENGINE VIBRATION. | .00 | .00 | .00 |
| 019 | 047-100 | R | 1 | VEHICLE SHIFTS HARD INTERMITTENLY.WE DID | .00 | .00 | .00 |
| 019 | 047-100 | R | 1 | FIND A TSB FOR CLEANING OUT INJECTORS. | .00 | .00 | .00 |
| 019 | 047-100 | R | 1 | ALSO CHECKED OUT BRAKES FOR NOISE | .00 | .00 | .00 |
| 019 | 047-100 | R | 1 | NOTICED SCOFF MARKS ON ROTORS. | .00 | .00 | .00 |
| 019 | 047-100 | R | 1 | WE RECOMMEND TAKING BACK TO THE DEALER | .00 | .00 | .00 |
| 019 | 047-100 | R | 1 | FOR FURTHER INSPECTION & WARRANTY REPAIRS | .00 | .00 | .00 |

ODOMETR IN/OUT 11658 / 11658
PRIOR INVOICE. 028688
VEH YEAR/MAKE. 08 HUMMER
VEHICLE MODEL. H2
LICENSE/STATE.
VEHICLE COLOR.

CALL, SCOTT, SIDNEY, OR MIKE FOR ALL OF YOUR AUTOMOTIVE NEEDS. IF YOU EVER HAVE
ANY QUESTIONS ABOUT OUR SERVICES, WE WILL GLADLY ANSWER THEM FOR YOU !!
THANK YOU FOR YOUR BUSINESS & YOUR CONTINUED PATRONGE.

I UNDERSTAND THAT ALL CUSTOM WHEEL LUG NUTS MUST BE RE-TORQUED AFTER 25 MILES AND CHECKED PERIODICALLY.

_____(Signature)

PARTS TOTAL........ .00
LABOR TOTAL........ 86.00
SUB TOTAL.......... 86.00
SALES TAX.......... .00

## INVOICE TOTAL  $86.00

CHARGED AMOUNT      86.00
TAXABLE AMOUNT       .00

CUSTOMER AUTHORIZATION FOR TOTAL

SEE REVERSE SIDE FOR IMPORTANT SAFETY
WARNING AND WARRANTY INFORMATION
ALL PARTS LISTED ARE NEW, UNLESS OTHERWISE STATED

HAVE A QUESTION OR PROBLEM?
Please let our store manager, Mike value your opinion as much as your
business. Should you require additional assistance, call our
CUSTOMER ASSISTANCE LINE 1-800-321-2136



CUSTOMER #: 105741

540280

INVOICE

PAGE 3

**CORAL CADILLAC**
*The Dealer Is In*
5101 NORTH FEDERAL HIGHWAY POMPANO BEACH, FL 330
BROWARD: 426-1800 TOLL FREE: 930-2672

NOBODY OUT CADILLACS
*CORAL CADILLAC*

GM Parts

ERIF RAFIK KODSY
9393 LAUREL GREEN DRIVE
BOYNTON BEACH, FL 33437
HOME:561-758-9858 CONT:N/A
BUS: CELL:

SERVICE ADVISOR: 207 MICHAEL STANWYCK

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| BLUE | 08 | HUMMER H2 | 5GRGN23878H107653 | | 5224/5228 | T3816 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 19AUG08 DD | | 11JUN2013 | 17:00 22OCT08 | | | CASH | 23OCT08 |

| R.O. OPENED | READY | OPTIONS: |
|---|---|---|
| 16:19 20OCT08 | 16:06 23OCT08 | STK:P08372 DLR:21038 1)DD CHECKED |

LINE OPCODE TECH TYPE HOURS LIST NET TOTAL

CAUSE: R/R BOTH FRONT AXLE AND TIE ROD ENDS RUSTING
E8040 TIE ROD, INNER RIGHT ~~REPLACE~~ R+R (102) 10/23
47 WH2 (N/C)
1 12345327 PAINT (N/C)
FC: 5W PART#: COUNT: 0
CLAIM TYPE:
AUTH CODE:
VD
E8041 TIE ROD, INNER LEFT ~~REPLACE~~ R+R (102) 10/23
47 WH2 (N/C)
FC: 5W PART#: COUNT: 0
CLAIM TYPE:
AUTH CODE: B
VD

PARTS: 0.00 LABOR: 0.00 OTHER: 0.00 TOTAL LINE E: 0.00

5228 R/R BOTH FRONT AXLE AND TIE ROD ENDS RUSTING R/R BOTH FRONT AXLES AND COATED WITH POR 15 RUST #PIT3749B: Underbody Corrosion AND COATED TIE ROD ENDS AS WELL
**************************************************

F** FOUND DURING REPAIR, BEFORE RADIO WAS REPLACED, L/CENTER A/C
DEFLECTOR IS COMING APART
CAUSE: LEFT CENT A/C VENT LOOSE AND WON,T HOLD POSTION
C2313 INSTRUMENT PANEL CLUSTER TRIM PLATE BEZEL
REPLACEMENT
47 WH2 (N/C)
1 25954826 BEZEL (N/C)
FC: 4N
PART#: 25954826
COUNT: 1
CLAIM TYPE:
AUTH CODE:

DISCLAIMER OF WARRANTIES:
The seller, CORAL CADILLAC, hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and CORAL CADILLAC, neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of the vehicle or product.
(P.L. 93-637).
"I UNDERSTAND THAT ALL PARTS AND ACCESSORIES SOLD OR USED ARE SUBJECT TO THE FEDERAL MAGNUSON MOSS ACT AND THE CONSUMER MERCHANDISE PURCHASED IS UNDER **LIMITED WARRANTY** THE MANUFACTURER AND THE WRITTEN TERMS AND CONDITIONS THEREOF ARE AVAILABLE FOR MY ECTION."
USTOMER HEREBY ACKNOWLEDGES RECEIPT OF ABOVE MENTIONED VEHICLE, AND RECEIPT OF INVOICE COPY HEREOF.

X ______________________
CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

CUSTOMER #: 105741

540280

INVOICE

PAGE 4

**CORAL CADILLAC**
The Dealer Is In
5101 NORTH FEDERAL HIGHWAY POMPANO BEACH, FL 330
BROWARD: 426-1800 TOLL FREE: 930-2672

NOBODY OUT CADILLACS
CORAL CADILLAC

ERIF RAFIK KODSY
9393 LAUREL GREEN DRIVE
BOYNTON BEACH, FL 33437
HOME:561-758-9858 CONT:N/A
BUS: CELL:

SERVICE ADVISOR: 207 MICHAEL STANWYCK

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| BLUE | 08 | HUMMER H2 | 5GRGN23878H107653 | | 5224/5228 | T3816 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 19AUG08 DD | | 11JUN2012 | 17:00 22OCT08 | | | CASH | 23OCT08 |

| R.O. OPENED | READY | OPTIONS: |
|---|---|---|
| 16:19 20OCT08 | 16:06 23OCT08 | STK:P08372 DLR:21038 1)DD CHECKED |

LINE OPCODE TECH TYPE HOURS LIST NET TOTAL
VK

PARTS: 0.00 LABOR: 0.00 OTHER: 0.00 TOTAL LINE F: 0.00

5228 LEFT CENT A/C VENT LOOSE AND WON,T HOLD POSTION REPLACED
COMPLETE RADIO BEZEL ASSEMBLY WITH BOTH A/C VENTS
**************************************************

G** CUSTOMER CAME BACK TO DEALERSHIP AND STATED L/F SEAT HEATER IS INOP
AT TIMES AND WILL GOFF OFF AFTER BEING ON FOR 5 MINUTES
2000 VEHICLE IS OPERATING TO SPECIFICATIONS AT
THIS TIME.
47 ISH (N/C)
PARTS: 0.00 LABOR: 0.00 OTHER: 0.00 TOTAL LINE G: 0.00

5224 WORK AS DESIGN AT THIS TIME NO BULLTIENS NO UPDATED PROGRAMS
FOR HEATER MODULE
**************************************************

H** REPAIR DINGS ON L/R DOOR AND R/F DOOR ANS PER JACK GARDNER
3050 SUBLET REPAIRS
309 SUBLET TECH LIC#: 256
IUCI (N/C)
SUBL PO#168998,PAINTLESS DENT REPAIR,REPAIR DENTS
PO#540280
IUCI (N/C)
PARTS: 0.00 LABOR: 0.00 OTHER: 0.00 TOTAL LINE H: 0.00

**************************************************

DISCLAIMER OF WARRANTIES:
The seller, CORAL CADILLAC, hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and CORAL CADILLAC, neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of the vehicle or product.
(P.L. 93-637).
"I UNDERSTAND THAT ALL PARTS AND ACCESSORIES SOLD OR USED ARE SUBJECT TO THE FEDERAL MAGNUSON MOSS ACT AND THE CONSUMER MERCHANDISE PURCHASED IS UNDER **LIMITED WARRANTY** THE MANUFACTURER AND THE WRITTEN TERMS AND CONDITIONS THEREOF ARE AVAILABLE FOR MY ECTION."
CUSTOMER HEREBY ACKNOWLEDGES RECEIPT OF ABOVE MENTIONED VEHICLE, AND RECEIPT OF INVOICE COPY HEREOF.

X ______________________
CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| **PLEASE PAY THIS AMOUNT** | |

CUSTOMER #: 105741

540280

INVOICE

PAGE 5

**CORAL CADILLAC**
*The Dealer Is In*

5101 NORTH FEDERAL HIGHWAY POMPANO BEACH, FL 330(
BROWARD: 426-1800 TOLL FREE: 930-2672

NOBODY OUT
CADILLACS
*CORAL CADILLAC*

GM Parts

ERIF RAFIK KODSY
9393 LAUREL GREEN DRIVE
BOYNTON BEACH, FL 33437
HOME:561-758-9858 CONT:N/A
BUS: CELL:

SERVICE ADVISOR: 207 MICHAEL STANWYCK

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| BLUE | 08 | HUMMER H2 | 5GRGN23878H107653 | | 5224/5228 | T3816 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 19AUG08 DD | | 11JUN2012 | 17:00 22OCT08 | | | CASH | 23OCT08 |

| R.O. OPENED | READY | OPTIONS: |
|---|---|---|
| 16:19 20OCT08 | 16:06 23OCT08 | STK:P08372 DLR:21038 1)DD CHECKED |

LINE OPCODE TECH TYPE HOURS LIST NET TOTAL

REPAIR 2 DOOR DINGS PER GET
READY PER JACK G

***** STATE OF FLA. REG. # MV-00488 *********
OUR GOAL IS 100% CUSTOMER SATISFACTION. IF
YOU HAVE ANY QUESTIONS I CAN BE REACHED AT
(954) 426-1800 ext 389 JOE BARDILL
SERVICE DIRECTOR. **PARTS MARKED W/"W" ARE
COVERED BY A LIFE TIME WARRANTY.
*********** www.coralcadillac.com ***********

DISCLAIMER OF WARRANTIES:
The seller, CORAL CADILLAC, hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and CORAL CADILLAC, neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of the vehicle or product.
(P.L. 93-637).
"I UNDERSTAND THAT ALL PARTS AND ACCESSORIES SOLD OR USED ARE SUBJECT TO THE FEDERAL MAGNUSON MOSS ACT AND THE CONSUMER MERCHANDISE PURCHASED IS UNDER **LIMITED WARRANTY** THE MANUFACTURER AND THE WRITTEN TERMS AND CONDITIONS THEREOF ARE AVAILABLE FOR MY ECTION."
USTOMER HEREBY ACKNOWLEDGES RECEIPT OF ABOVE MENTIONED VEHICLE, AND RECEIPT OF INVOICE COPY HEREOF.

X ______________________
CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| **PLEASE PAY THIS AMOUNT** | 0.00 |

CUSTOMER #: 105741

541007

INVOICE

PAGE 1

**CORAL CADILLAC**
*The Dealer Is In*
5101 NORTH FEDERAL HIGHWAY POMPANO BEACH, FL 330(
BROWARD: 426-1800 TOLL FREE: 930-2672

NOBODY OUT
CADILLACS
*CORAL CADILLAC*

GM Parts

ERIF RAFIK KODSY
9393 LAUREL GREEN DRIVE
BOYNTON BEACH, FL 33437
HOME:561-758-9858 CONT:N/A
BUS:
CELL:

SERVICE ADVISOR: 207 MICHAEL STANWYCK

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| BLUE | 08 | HUMMER H2 | 5GRGN23878H107653 | | 6526/6553 | T3913 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 19AUG08 DD | | 11JUN2012 | 17:00 05NOV08 | | | CASH | 12NOV08 |

| R.O. OPENED | READY | OPTIONS: |
|---|---|---|
| 12:51 05NOV08 | 14:46 12NOV08 | STK:P08372 DLR:21038 1)DD CHECKED |

LINE OPCODE TECH TYPE HOURS LIST NET TOTAL
A CUSTOMER STATES BRAKES SQUEEL WHEN BRAKING AT HWY SPEEDS
CAUSE: NO PARTS ON BACK ORDER
2050 SPECIAL ORDER PART ON BACK ORDER
26 GILROY,TREVOR LIC#: 256
IP (N/C)
1 25924485 PAD KIT (N/C)
1 63501 QUIET/BRAKE (N/C)
PARTS: 0.00 LABOR: 0.00 OTHER: 0.00 TOTAL LINE A: 0.00

6526 NO PARTS ON BACK ORDER NO PARTS AVAILABLE AT THIS TIME
****************************************************

B CUSTOMER STATES ENGINE RUNS ROUGH AND BUZZES THRU IPC, SEE JOE B
CAUSE: EXHAUST VIBRATION
L2004 EXHAUST SYSTEM ALIGN
26 GILROY,TREVOR LIC#: 256
WH2 (N/C)
1 10199232 DAMPNER A (N/C)
1 10199232 DAMPNER A (N/C)
2 PO#169202 CLAMPS (N/C)
FC: 2E
PART#: 10199232
COUNT: 4
CLAIM TYPE:
AUTH CODE: E
PQ

PARTS: 0.00 LABOR: 0.00 OTHER: 0.00 TOTAL LINE B: 0.00

6553 EXHAUST VIBRATION ENGINE FIRING PULSES TRANSFERING INTO VEHICLE, INSTALL EXHAUST WEIGHT TO PIPE ,NECESSARY FOR VIBRATION IN INTERIOR. 1.8 OLH FOR DIAGNOSTIC TIME PER #18. 18319318
****************************************************
C BASIC 6,000 MILE SERVICE, CHG ENG OIL & FILTER, CHECK FLUIDS, INSPT

DISCLAIMER OF WARRANTIES:
The seller, CORAL CADILLAC, hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and CORAL CADILLAC, neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of the vehicle or product.
(P.L. 93-637).
"I UNDERSTAND THAT ALL PARTS AND ACCESSORIES SOLD OR USED ARE SUBJECT TO THE FEDERAL MAGNUSON MOSS ACT AND THE CONSUMER MERCHANDISE PURCHASED IS UNDER **LIMITED WARRANTY** OF THE MANUFACTURER AND THE WRITTEN TERMS AND CONDITIONS THEREOF ARE AVAILABLE FOR MY INSPECTION."
CUSTOMER HEREBY ACKNOWLEDGES RECEIPT OF ABOVE MENTIONED VEHICLE, AND RECEIPT OF INVOICE COPY HEREOF.

X ______________________
CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| **PLEASE PAY THIS AMOUNT** | |

CUSTOMER #: 105741 541007

**CORAL CADILLAC**
*The Dealer Is In*
5101 NORTH FEDERAL HIGHWAY POMPANO BEACH, FL 330(
BROWARD: 426-1800 TOLL FREE: 930-2672

INVOICE

ERIF RAFIK KODSY
9393 LAUREL GREEN DRIVE
BOYNTON BEACH, FL 33437
HOME:561-758-9858 CONT:N/A
BUS: CELL:

PAGE 2

NOBODY OUT CADILLACS
CORAL CADILLAC

GM Parts

SERVICE ADVISOR: 207 MICHAEL STANWYCK

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| BLUE | 08 | HUMMER H2 | 5GRGN23878H107653 | | 6526/6553 | T3913 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 19AUG08 DD | | 11JUN2012 | 17:00 05NOV08 | | | CASH | 12NOV08 |

| R.O. OPENED | READY | OPTIONS: STK:P08372 DLR:21038 1)DD CHECKED |
|---|---|---|
| 12:51 05NOV08 | 14:46 12NOV08 | |

```
LINE OPCODE TECH TYPE HOURS                              LIST      NET     TOTAL
       TIRES & PRESS, MULTI PNT INSPT, ROTATE 4 TIRES, INSTL WASHER
       FLUID
CAUSE: MAINTENANCE
    6KH3 BASIC 6,000 MILE SERV, CHG ENG OIL & FILTER.
         CHK & FILL ALL FLUIDS, MULTI PNT INSPT,
         INSPT TIRES & FILL TO PROPER PRESSURE,
         ROTATE 4 TIRES, INSTALL WASHER FLUID
            26 GILROY,TREVOR LIC#: 256
               CMH2                                          56.15     56.15
      1 89017524 FILTER                            14.67      6.60      6.60
LUBE OIL
               CMH2                                          19.20     19.20
RTS:       6.60  LABOR:      56.15  OTHER:      19.20  TOTAL LINE C:    81.95

 6528 MAINTENANCE PERFORM 6K SERVICE MAINTENANCE
          ****************************************************
D COURTESY RENTAL TRANSPORTAION
CAUSE: .
    Z7901 1 DAYS RENTAL; GOLD KEY COURTESY
         TRANSPORTATION
           309 SUBLET TECH LIC#: 256
               WH2                                                    (N/C)
        FC: 98 PART#: COUNT: 0
        CLAIM TYPE:
        AUTH CODE:
        MJ

PARTS:     0.00  LABOR:       0.00  OTHER:       0.00  TOTAL LINE D:     0.00

          ****************************************************
E CUSTOMER STATES TRANS WON'T SHIFT WHEN ACCELERATING AT HWY SPEEDS,
      ATTN: JOE B
CAUSE: TRANSMISSION CONTROL MODULE
```

DISCLAIMER OF WARRANTIES:
The seller, CORAL CADILLAC, hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and CORAL CADILLAC, neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of the vehicle or product.
(P.L. 93-637).
"I UNDERSTAND THAT ALL PARTS AND ACCESSORIES SOLD OR USED ARE SUBJECT TO THE FEDERAL MAGNUSON MOSS ACT AND THE CONSUMER MERCHANDISE PURCHASED IS UNDER **LIMITED WARRANTY** THE MANUFACTURER AND THE WRITTEN TERMS AND CONDITIONS THEREOF ARE AVAILABLE FOR MY ECTION."
USTOMER HEREBY ACKNOWLEDGES RECEIPT OF ABOVE MENTIONED VEHICLE, AND RECEIPT OF INVOICE COPY HEREOF.

X ______________________
CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| **PLEASE PAY THIS AMOUNT** | |

CUSTOMER #: 105741

540280

INVOICE

**CORAL CADILLAC**
*The Dealer Is In*
5101 NORTH FEDERAL HIGHWAY POMPANO BEACH, FL 330
BROWARD: 426-1800 TOLL FREE: 930-2672

NOBODY OUT CADILLACS
*CORAL CADILLAC*

GM Parts

PAGE 2

ERIF RAFIK KODSY
9393 LAUREL GREEN DRIVE
BOYNTON BEACH, FL 33437
HOME:561-758-9858 CONT:N/A
BUS: CELL:

SERVICE ADVISOR: 207 MICHAEL STANWYCK

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| BLUE | 08 | HUMMER H2 | 5GRGN23878H107653 | | 5224/5228 | T3816 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 19AUG08 DD | | 11JUN2012 | 17:00 22OCT08 | | | CASH | 23OCT08 |

| R.O. OPENED | READY | OPTIONS: |
|---|---|---|
| 16:19 20OCT08 | 16:06 23OCT08 | STK:P08372 DLR:21038 1)DD CHECKED |

LINE OPCODE TECH TYPE HOURS LIST NET TOTAL

MA

PARTS: 0.00 LABOR: 0.00 OTHER: 0.00 TOTAL LINE B: 0.00

5228 TCM UPDTAED PROGRAM WCC 18F45 REPROGRAMMED TCM AND CLEARED ALL CODES

****************************************************

C COURTESY SERVICE WASH
ISW COURTESY SERVICE WASH
837 ISH (N/C)
PARTS: 0.00 LABOR: 0.00 OTHER: 0.00 TOTAL LINE C: 0.00

5224 ISW DONE

****************************************************

D** CUSTOMER STATES CD PLAYER INOP
CAUSE: RADIO SHORTED OUT WON,T PLAY ANY CDS
R0760 RADIO, REMOVE AND REPLACE
47 WH2 (N/C)
1 EX RADIO (N/C)
FC: 80C00
PART#:
COUNT: 0
CLAIM TYPE:
AUTH CODE:
OJ

PARTS: 0.00 LABOR: 0.00 OTHER: 0.00 TOTAL LINE D: 0.00

5228 RADIO SHORTED OUT WON,T PLAY ANY CDS REPLACED RADIO AND PROGRAMMED WCC 80C00 AND SET AS NEEDED

****************************************************

E** CUSTOMER STATES EXCESSIVE RUST UNDER FRONT OF VEHICLE

DISCLAIMER OF WARRANTIES:
The seller, CORAL CADILLAC, hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and CORAL CADILLAC, neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of the vehicle or product.
(P.L. 93-637).
"I UNDERSTAND THAT ALL PARTS AND ACCESSORIES SOLD OR USED ARE SUBJECT TO THE FEDERAL MAGNUSON MOSS ACT AND THE CONSUMER MERCHANDISE PURCHASED IS UNDER **LIMITED WARRANTY** THE MANUFACTURER AND THE WRITTEN TERMS AND CONDITIONS THEREOF ARE AVAILABLE FOR MY ECTION."
CUSTOMER HEREBY ACKNOWLEDGES RECEIPT OF ABOVE MENTIONED VEHICLE, AND RECEIPT OF INVOICE COPY HEREOF.

X ______________________
CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| **PLEASE PAY THIS AMOUNT** | |

CUSTOMER COPY

CUSTOMER #: 105741 540280

**CORAL CADILLAC**
*The Dealer Is In*
5101 NORTH FEDERAL HIGHWAY POMPANO BEACH, FL 330
BROWARD: 426-1800 TOLL FREE: 930-2672

INVOICE

ERIF RAFIK KODSY
9393 LAUREL GREEN DRIVE
BOYNTON BEACH, FL 33437
HOME:561-758-9858 CONT:N/A
BUS: CELL:

PAGE 1

NOBODY OUT CADILLACS
CORAL CADILLAC

GM Parts

SERVICE ADVISOR: 207 MICHAEL STANWYCK

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| BLUE | 08 | HUMMER H2 | 5GRGN23878H107653 | | 5224/5228 | T3816 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 19AUG08 DD | | 11JUN2012 | 17:00 22OCT08 | | | CASH | 23OCT08 |

| R.O. OPENED | READY | OPTIONS: |
|---|---|---|
| 16:19 20OCT08 | 16:06 23OCT08 | STK:P08372 DLR:21038 1)DD CHECKED |

```
LINE OPCODE TECH TYPE HOURS                                  LIST     NET     TOTAL
A CUSTOMER STATES ENGINE WON'T STAY RUNNING
CAUSE: MAS AIR FLOW SENSOR SHORTED OUT SET P0172 P0175 RICK CODES
    J5670 MASS AIRFLOW SENSOR REPLACEMENT
          47   WH2                                                         (N/C)
       1 15904068 SENSOR AS                                                (N/C)
        FC: 6G
        PART#: 15904068
        COUNT: 1
        CLAIM TYPE:
        AUTH CODE:     E
        OJ
    J6354 POWERTRAIN CONTROL MODULE ENGINE
       REPROGRAMMING WITH SPS
          47   WH2                                                         (N/C)
        FC: 96 PART#: COUNT: 0
        CLAIM TYPE:
        AUTH CODE:     B
        MA

PARTS:      0.00  LABOR:      0.00  OTHER:      0.00  TOTAL LINE A:       0.00

 5228 MAS AIR FLOW SENSOR SHORTED OUT SET P0172 P0175 RICK CODES
 REPLACED MAS AIR FLOW SENSOR AND CLEARED AND REPROGRAMMED ECM WITH
 UPDATED WCC 111AD FOR ECM R/R SPARK PLUGS AND CLEAN FROM MAS AIR FLOW
 FAULED OKOLH FOR PROGRAM AND R/R SPARK PLUGS 1.1 OK 18618318 OK #18
          ***********************************************
B 08080 SERVICE UPDATE INVENTORY ONLY - TRANS CONTROL MODULE REPGM
CAUSE: TCM UPDTAED PROGRAM WCC 18F45
    V1741 Reprogram Transmission Control Module (TCM)
          47   WH2                                                         (N/C)
        FC: 93 PART#: COUNT: 0
        CLAIM TYPE:
        AUTH CODE:
```

DISCLAIMER OF WARRANTIES:
The seller, CORAL CADILLAC, hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and CORAL CADILLAC, neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of the vehicle or product.
(P.L. 93-637).
"I UNDERSTAND THAT ALL PARTS AND ACCESSORIES SOLD OR USED ARE SUBJECT TO THE FEDERAL MAGNUSON MOSS ACT AND THE CONSUMER MERCHANDISE PURCHASED IS UNDER **LIMITED WARRANTY** B[illegible] THE MANUFACTURER AND THE WRITTEN TERMS AND CONDITIONS THEREOF ARE AVAILABLE FOR MY [illegible]CTION."
[illegible]OMER HEREBY ACKNOWLEDGES RECEIPT OF ABOVE MENTIONED VEHICLE, AND RECEIPT OF INVOICE [illegible]OPY HEREOF.

X ______________________
CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| **PLEASE PAY THIS AMOUNT** | |

1     documentation?

2     MR. KODSY: There is a part of it, yes,

3   from the insurance company stating that this

4   problem was due to a progressive defect, not

5   an accidental one.

6     MR. TUCK: All right. What I would

7   like to ask you to do is frame questions to

8   the witness that will elicit the kind of

9   information that you want us to hear.

10     MR. KODSY: Do you want me to go ahead?

11     MR. TUCK: Yes.

12     MR. KODSY: When you test drove the

13   vehicle, did it feel normal to you from your

14   prior experience of driving a Hummer H2 that

15   that was normal for the way the vehicle

16   performed?

17     MS. HOBBS: When you brought the car in

18   to our service center for the claim -- I've

19   driven Hummers a couple of times, I'm by no

20   means an expert on them. I did feel some

21   type of vibration when we were driving the

22   vehicle; however, I couldn't tell you what.

23   it is.

24     MR. WOLFER: Excuse me. Can you just

25   give us a little bit of background about