# **EXHIBIT #5**

PROCEEDINGS OF THE AMERICAN CONFERENCE

ON HUMAN VIBRATION

DEPARTMENT OF HEALTH AND HUMAN SERVICES

CENTERS FOR DISEASE CONTROL AND PREVENTION

NATIONAL INSTITUTE FOR OCCUPATIONAL SAFETY

AND HEALTH

Because of the voluminous size of the document, please visit

www.cdc.gov/niosh

to view the document in its entirety.