**NEW Hearing Date and Time: August 9, 2010 at 9:45 a.m. (Eastern Time)**
**Objection Deadline: August 2, 2010 at 8:00 p.m. (Eastern Time)**
**Reply Deadline: August 5, 2010 at 12:00 p.m. (Eastern Time)**

KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York  10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
Thomas Moers Mayer
Philip Bentley
David Blabey, Jr.

*Counsel for the Official Committee*
*of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ------------------------------------------------------- X | : | |
| In re: | : | Chapter 11 Case No.: |
| | : | |
| MOTORS LIQUIDATION COMPANY., et al., | : | 09-50026 (REG) |
| f/k/a General Motors Corp., et al. | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| ------------------------------------------------------- X | | |

**AMENDED NOTICE OF HEARING OF MOTION OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS OF MOTORS LIQUIDATION
COMPANY FOR AN ORDER PURSUANT TO BANKRUPTCY RULE 2004
DIRECTING PRODUCTION OF DOCUMENTS BY (I) THE CLAIMS
PROCESSING FACILITIES FOR CERTAIN TRUSTS CREATED PURSUANT
TO BANKRUPTCY CODE SECTION 524(g) AND
<u>(II) GENERAL MOTORS LLC AND THE DEBTORS</u>**

PLEASE TAKE NOTICE THAT

The hearing on the Motion of the Official Committee of Unsecured Creditors of Motors Liquidation Company for an Order Pursuant to Bankruptcy Rule 2004 Directing Production of Documents by (I) the Claims Processing Facilities for Certain Trusts Created Pursuant to Bankruptcy Code Section 524(g) and (II) General Motors LLC and the Debtors [Docket No. 6383], which was originally scheduled to occur before the Honorable Robert E.

KL2 2660892.1

Gerber, United States Bankruptcy Judge, One Bowling Green, Room 621, New York, New York 10004, on August 6, 2010 at 9:45 a.m. (Eastern Time), and was adjourned to August 9, 2010 at 10:30 a.m. (Eastern Time) (the "**Hearing**"), has been rescheduled to **August 9, 2010 at 9:45 a.m. (Eastern Time)**.  The objection and reply deadlines remain unchanged.  The Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: New York, New York
       August 3, 2010

                                            KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                            By:  Philip Bentley
                                            Thomas Moers Mayer
                                            Philip Bentley
                                            David Blabey, Jr.
                                            1177 Avenue of the Americas
                                            New York, New York 10036
                                            Phone: (212) 715-9100
                                            Fax: (212) 715-8000

                                            Counsel for the Official Committee
                                            of Unsecured Creditors of Motors Liquidation
                                            Company , et al.

KL2 2660892.1