UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
In re:                                                    :
:
MOTORS LIQUIDATION COMPANY, et al.   :  Chapter 11 Case No.:
      f/k/a General Motors Corp., et al.         :
:  09-50026 (REG)
:
Debtors.                               :
:  (Jointly Administered)
:
:
------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                           ) ss:
COUNTY OF NEW YORK  )

       Sasha L. Martin, being duly sworn deposes and says:

       1.     I am not a party to this action, am over 18 years of age, and am employed by the law firm Friedman Kaplan Seiler, & Adelman LLP located at 1633 Broadway, New York, New York 10019.

       2.     On August 2, 2010, I caused to be served a true and correct copy of *Objection of Manville Personal Injury Settlement Trust and Claims Resolution Management Corporation to the Motion of the Official Committee of Unsecured Creditors of Motors Liquidation Company for an Order Pursuant to Bankruptcy Rule 2004 Directing Production of Documents* via hand delivery upon those parties listed on the attached Exhibit A.

3. On August 2, 2010, I caused to be served a true and correct copy of the Objection via Federal Express priority overnight mail upon those parties listed on the attached Exhibit B.

4. On August 2, 2010 I caused to be served a true and correct copy of the Objection via Court ECF email notification upon all parties requesting court ECF email notification.

_____
Sasha L. Martin

Sworn to before me this
3rd day of August 2010

_____
Notary Public

Shisma E. Sullivan
Notary Public, State of New York
Registration #01SU6033185
Qualified in Nassau County
My Commission Expires Nov. 15, 2013

# EXHIBIT A

Robert T. Schmidt, Esq. & Philip Bentley, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281

Elihu Inselbuch, Esq. & Rita C. Tobin, Esq.
Caplin & Drysdale
375 Park Avenue
35 Floor
New York, New York 10152-3500

Harvey R. Miller, Esq., Stephen Karotkin, Esq. & Joseph H. Smolinsky, Esq.
Weil Gotshal & Mangers LLP
767 Fifth Avenue
New York, New York 10153

Michael J. Edelman, Esq. & Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway
47th Floor
New York, New York 10019

David S. Jones, Esq. & Natalie Kuehler, Esq.
U.S. Attorney's Office - SDNY
86 Chambers Street
Third Floor
New York, New York 10007

# EXHIBIT B

| | |
|---|---|
| Ted Stenger<br>Motors Liquidation Company<br>500 Renaissance Center<br>Suite 1400<br>Detroit, MI 48243 | Lawrence S. Buonomo, Esq.<br>General Motors, LLC<br>400 Renaissance Center<br>Detroit, MI 48243 |
| Joseph Samarias, Esq.<br>U.S. Department of Treasury<br>1500 Pennsylvania Avenue NW, Room 2312<br>Washington, DC 20220 | Trevor W. Swett III, Esq.<br>Kevin C. Maclay, Esq.<br>Caplin & Drysdale<br>One Thomas Circle, N.W.<br>Suite 1100<br>Washington, DC 20005 |
| Sander L. Esserman, Esq.<br>Robert T. Brousseau, Esq.<br>Stutzman, Bromberg, Esserman & Plifka<br>2323 Bryan Street<br>Suite 2200<br>Dallas, TX 75201 | Diana G. Adams, Esq.<br>The Office of the U.S. Trustee -SDNY<br>33 Whitehall Street<br>21st Floor<br>New York, New York 10004 |