### BONE, BOURBEAU & BOURBEAU, P.L.L.C.
#### Attorneys and Counselors
23100 Jefferson Avenue
St. Clair Shores, MI 48080-2756 *

Richard A. Bone
Joseph M. Bourbeau
Brian J. Bourbeau

Telephone: (586) 778-1234
Facsimile: (586) 778-4391

*Satellite office in
Bloomfield Hills, MI

July 27, 2010

Clerk
United States Bankruptcy Court for
The Southern District of New York
One Bowling Green
New York, NY 10004-1408

     RE:    Debotor Name and Case No.: Motors Liquidation Company, Case No. 09-50026

Dear Clerk:

    Please find enclosed a Withdrawal of Claim for filing in this matter.

    Please return a time stamped copy of this form in the enclosed prepaid envelope.

    If you have any questions, I can be reached at 586-778-1234. Thank you for your attention to this matter.

            Very truly yours,

            Brian J. Bourbeau

BJB/jcj
Enclosure
CC: TNeis@alixpartners.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**WITHDRAWAL OF CLAIM**

| Debtor Name and Case Number: | ☒  Motors Liquidation Company, Case No. 09-50026 |
|---|---|
| | ☐  MLC of Harlem, Inc., Case No. 09-13558 |
| | ☐  MLCS, LLC, Case No. 09-50027 |
| | ☐  MLCS Distribution Corporation, Case No. 09-50028 |
| | ☐  Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | ☐  Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | CASE, AVERY - (A MINOR) 1400 VALLEYVIEW CLARKSTON, MI    48348-4096 |
| Claim Number (if known): | 43323 |
| Date Claim Filed: | 11/24/09 |
| Total Amount of Claim Filed: | UNLIQUIDATED |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.   I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated:  _7/5/2010_____    X _Louanne Case_____

Print Name: _Louanne Case for Avery Case_

Title (if applicable): _Mother of minor Avery Case_

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026 |
|---|---|
| | ☐ MLC of Harlem, Inc., Case No. 09-13558 |
| | ☐ MLCS, LLC, Case No. 09-50027 |
| | ☐ MLCS Distribution Corporation, Case No. 09-50028 |
| | ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | CASE, AVERY - (A MINOR)<br>1400 VALLEYVIEW<br>CLARKSTON, MI    48348-4096 |
| Claim Number (if known): | 43323 |
| Date Claim Filed: | 11/24/09 |
| Total Amount of Claim Filed: | UNLIQUIDATED |

AUG - 2 2010

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.   I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 7/5/2010

X _Luanne Case for Avery Case_

Print Name: _Luanne Case for Avery Case_

Title (if applicable): _mother of minor Avery Case_

-----------------------------------------------------------------------------------

US_ACTIVE:¥43219392¥02¥72240.0639

COPY