**HUSCH BLACKWELL**
SANDERS LLP

John E. Collins
Attorney

190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
314.480.1644
fax: 314.480.1505
john.collins@huschblackwell.com

July 30, 2010

VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED

United States Bankruptcy Court
Southern District of New York
Manhattan Office
Attn: Clerk's Office
One Bowling Green
New York, NY 10004

Re: Motors Liquidation Company, Case No. 09-50026

Dear Clerk:

   Please find enclosed Pharmacia Corporation's Withdrawal of Claim which I ask be filed with the Court. I have enclosed a copy which I ask be file-stamped and returned in the self-addressed stamped envelope provided. Thank you for your attention to this matter.

                          Very truly yours,

                          John Collins

                          John E. Collins
                          Attorney

Enclosures
cc:    The Garden City Group, Inc.

SLC-6136563-1



RECEIVED
AUG - 2 2010
U.S. BANKRUPTCY COURT
SD DIST OF NEW YORK

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | X   Motors Liquidation Company, Case No. 09-50026<br><br>☐   MLC of Harlem, Inc., Case No. 09-13558<br><br>☐   MLCS, LLC, Case No. 09-50027<br><br>☐   MLCS Distribution Corporation, Case No. 09-50028<br><br>☐   Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐   Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Pharmacia Corporation by its Attorney-in-Fact, Solutia Inc.<br>c/o John Collins<br>Husch Blackwell Sanders LLP<br>190 Carondelet Plaza<br>Suite 600<br>St. Louis, MO   63105 |
| Claim Number (if known): | 22394 |
| Date Claim Filed: | 11/06/2009 |
| Total Amount of Claim Filed: | $40,000,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 7/30/10

By: Solutia Inc., Attorney-In-Fact for Pharmacia Corporation

Print Name: Paul J. Berra III
Title (if applicable): Senior Vice President, General Counsel and Chief Administrative Officer

RECEIVED
AUG - 2 2010
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

US_ACTIVE:¥43219392¥02¥72240.0639
SLC-6136022-1