Michael Jones Pro Se
3379 Shiloh Springs Rd
Apt E
Trotwood, Ohio 45426

United States Bankrupcy Court Southern District Of new York

| | |
|---|---|
| In RE ) | Case No. Chapter 11 09-50026 (reg) |
| ) | |
| Motors Liqidation Company et al, ) | Claimant/ Creditor Michael Jones |
| ) | Objection/Oppostion to Omnibus Objection |
| f/k/a/ General Motors Corporation et al ) | for claim # |
| ) | 29055 |
| Plaintiff, ) | |

RECEIVED
AUG - 3 2010
U.S. BANKRUPTCY COURT, SDNY

Dated this 28rd day of May, 2010

*[signature]*
Michael Jones Pro Se
3379 Shiloh Springs Rd
Apt. E
Trotwood, Ohio 45426

[Pleading title summary] - 1

INTRODUCTION

Now comes the Creditor/Claimant Michael Jones, Pro Se to OBJECT TO AND OPPOSES Plaintiff Motors Liqidation et al f/k/a/ General Motors Corp. et al objection to his claim and seeking to have said claim reclassified as claims that are not entitled to administrative and or priority status. For the following reason Mr. Jones objects to the reclassifaction attempt:

1.)    The debt/agreement is a PRIORITY CLAIM that must be paid out to Mr. Jones. The agreement signed by both Mr.Jones and General Motors k/n/a/ Motors Liqidation is contractually binding upon both parties. In exchange for accepting the buyout offered by the Debtors and ceasing to push ahead with litigation, Mr. Jones expected a payment of 140,000.00 dollars. The Debtors, instead filed for bankrupcy protection. Under the Bankrupcy law of the United States, in order for a creditor to prevail in his claim against a debtor the claimant has the burden to demonstrate the validity of their claim. (In re Oneida, ltd, 400 B.R. 384 389.) Mr. Jones submits to the court his proof against the debtors (see exhibit a) which clearly shows the agreement entered into with the debtors.

CONCLUSION AND PRAYER FOR RELIEF

Requestthat the court deny to Motors Liquidation f/k/a General Motors that reclassification sought for Mr. Jones' claim, claim # 29055, that this claim maintains its' priority status and that this court orders the payment of this claim immediately and in full to Mr. Jones.

Respectfully submitted this 28 day of July, 2010 by _____

Michael Jones Pro Se

I do Herby certify that a copy of the foregoing objection was delivered to counsel for the debtors.

Program, the 2003 GM-IUE-CWA National Agreement, the 2003 GM-IUE-CWA Pension Plan and other applicable benefit programs, and the February 26, 2008 letter relating to the Mutually Satisfactory Retirements. I understand that execution of the Special Attrition Program Conditions of Participation Release Form is a condition of my participation. I acknowledge no prior representations, promises or agreements relating to my employment, separation from service, or retirement have been made by GM or the IUE-CWA which are contrary to this document and the Memorandum of Understanding. I further acknowledge that my selection is irrevocable.

I understand that GM and the IUE-CWA may be considering and in the future may agree to amend the 2003 GM-IUE-CWA National Agreement, the Memorandum of Understanding, this Special Attrition Program and GM's benefit plans and make available different redeployment, job security, retirement or separation benefits for which I will not be eligible.

I have carefully read this Agreement, understand it, and elect to leave my employment with GM under the marked option.

Name: MICHAEL Terel Jones    Signed: [signature]
(Please Print)

SS. No: 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    Dated: 5/9/08

GM Witness: [signature] Randy Cook

Option 4
[signature]