**DAUGHTERY, CRAWFORD, FULLER & BROWN, LLP**
ATTORNEYS AT LAW

---

Peter J. Daughtery  
Jason L. Crawford

P.O. Box 1118  
Columbus, Georgia 31902  
(706) 320-9646

J. Clay Fuller  
Dustin T. Brown*  
* Admitted in Alabama and Georgia

July 27, 2010

Clerk  
United States Bankruptcy Court  
 for the Southern District of New York  
One Bowling Green  
New York, NY 10004-1408

   RE: Motors Liquidation Company  
     Case No. 09-50026

Dear Sir or Madam:

  Enclosed please find the original and one copy of our Withdrawal Of Claim, which we submit for filing in the above-referenced matter.

  Please file stamp our copy and return to us in the enclosed, self-addressed, stamped envelope.

  Thanking you for your assistance, we remain

            Sincerely,

            DAUGHTERY, CRAWFORD,  
            FULLER & BROWN, LLP

            Leslie D. Akin  
            Executive Legal Assistant

/lda  
Enclosures  
Copy: Motors Liquidation Company  
    c/o AlixPartners



RECEIVED AUG - 2 2010 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

---

1430 WYNNTON ROAD | COLUMBUS, GEORGIA 31906  
WATS (888) 946-3232 | www.dcfblaw.com | FAX (706) 494-0221

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | ATTN:  MR PETER J DAUGHTERY<br>DAUGHTERY, CRAWFORD, FULLER & BROWN LLP<br>POST OFFICE BOX 1118<br>COLUMBUS, GA 31902 |
| Claim Number (if known): | 642 |
| Date Claim Filed: | 7/16/2009 |
| Total Amount of Claim Filed: | $29,000,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 7/27/10

Print Name: Peter J Daughtery

Title (if applicable): _____

RECEIVED AUG - 2 2010 U.S. BANKRUPTCY COURT S.D. DIST. OF NEW YORK

1