

Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway | New York, NY 10036-4039 | tel 212.858.1000 | fax 212.858.1500



August 2, 2010

**Via Federal Express**

Clerk of the Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
Attn: Vito Genna

    Re:   *In re Motors Liquidation Company, et al.*, Case No. 09-50026 (REG)

Dear Sir:

Please find attached the Notice of Transfer of Claim Other Than for Security dated July 29, 2010 and the Evidence of Transfer of Claim dated July 27, 2010.

The transferor of the claim is Frank William Pereira and the transferee is Stone Lion Portfolio L.P. Evidence of the transfer is being submitted in lieu of submitting the actual agreement, as permitted by the Bankruptcy Rule 3001(e)(2).

In accordance with Rule 3001(e)(2), please notify the transferor, Frank William Pereira, and make the appropriate substitution.

Please feel free to contact me if you have any questions.

Thank you in advance.

Sincerely yours,

Douglas J. Schneller

Encs. (as stated)

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

AUG - 3 2010

In re Motors Liquidation Company., et al.,

Debtors.

Case No. 09-50026 (REG)
(Jointly Administered)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Stone Lion Portfolio L.P.** | **Frank William Pereira** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim #: **43321**
Amount of Claim as Filed: **$75,000,000.00**
Date Claim Filed: **11/23/09**

Stone Lion Portfolio L.P.
461 Fifth Avenue, 14th Floor
New York, NY 10017

Phone: 212 843-1200
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Claudia Borg                                    Date: 7/29/10
  Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Stone Lion Portfolio L.P.
Stone Lion Capital Partners L.P., Investment Manager
  By: SL Capital Partners LLC, Its General Partner
    By: Stone Lion Capital LLC, Managing Member

**Claudia Borg**
**General Counsel**

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: STONE LION PORTFOLIO L.P.

CLAIM NO.: 43321

FRANK WILLIAM PEREIRA, having an address c/o his attorneys David D. Patton & Associates, P.C., 44 East Long Lake Road, Suite 100, Bloomfield Hills, Michigan 48303-0829 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to STONE LION PORTFOLIO L.P., its successors and assigns, with offices at 461 Fifth Avenue, 14th Floor, New York, New York 10017 ("Buyer"), all right, title and interest in and to the claim of Seller against MOTORS LIQUIDATION COMPANY (F/K/A GENERAL MOTORS CORPORATION) and its affiliates (claim no. 43321) (collectively the "Claim") in the United States Bankruptcy Court, Southern District of New York, **Case No. 09-50026 (REG)**.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 27th day of July, 2010.

FRANK WILLIAM PEREIRA
By: Margaret Walsh Pereira, Conservator of the Estate of Frank William Pereira, a Protected Individual

By: _Margaret Walsh Pereira_
Name: MARGARET WALSH PEREIRA
Title: Conservator of the Estate of Frank William Pereira, a Protected Individual

BUYER:

STONE LION PORTFOLIO L.P.
By: Stone Lion Capital Partners L.P., Investment Manager
    By: SL Capital Partners LLC, its General Partner
        By: Stone Lion Capital LLC, Managing Member

By: _[signature]_
Name: Claudia Borg
Title: General Counsel