IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 09-50026 (REG) |
| | § | (Jointly Administered) |
| MOTORS LIQUIDATION., *et al.*, | § | |
| f/k/a General Motors Corp., *et al.* | § | |
| DEBTOR | § | CHAPTER 11 |
| | § | |
| | § | |

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, TOMBALL INDEPENDENT SCHOOL DISTRICT, Claimant to Withdraw the Secured Claim for Taxes (Claim #51328) filed on November 25, 2009, in the name of, TOMBALL INDEPENDENT SCHOOL DISTRICT, and in the amount of $554.53.

Claimants hereby withdraw such claim.

Respectfully submitted,

PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.

By: <u>Yoland M. Humphrey</u>
    Yolanda M. Humphrey
    Attorney for Claimants
    State Bar No. 24009764
    1235 North Loop West, Ste. 600
    Houston, TX 77008

Dated: August 4, 2010        (713) 862-1860/FAX (713) 862-1429

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was duly served by depositing same in the United States Mail, by first class mail, with proper postage affixed, via facsimile transmission, via ECF e-notice and served on the parties listed below as required by Rule 3006 on the 4th day of August, 2010.

<u>Yolanda M. Humphrey</u>
Yolanda M. Humphrey

**ATTORNEY FOR DEBTOR**

Harvey R. Miller                               Via ECF e-notice
Stephen Karotkin
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153

**CHAPTER 11 TRUSTEE**

United States Trustee                          Via ECF e-notice