UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
                                                    :
In re:                                              :
                                                    : Chapter 11
MOTORS LIQUIDATION COMPANY, et al.                  :
        f/k/a General Motors Corp., et al.          : Case No. 09-50026 (REG)
                                                    :
                        Debtors.                    : (Jointly Administered)
                                                    :
------------------------------------------------------------------- x


### AFFIDAVIT OF SERVICE


STATE OF NEW YORK        )
                         ) :ss
COUNTY OF NEW YORK       )


Amy R. Marvin, being duly sworn, deposes and says:

1.      I am not a party to this action, am over 18 years of age, and am employed by the law firm Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer P.C., located at 565 Fifth Avenue, New York, New York, 10017.

2.      On August 2, 2010, I caused to be served a true and correct copy of the Opposition of Armstrong World Industries, Inc. Asbestos Personal Injury Settlement Trust, the Celotex Asbestos Settlement Trust, the Babcock & Wilcox Company Asbestos Personal Injury Settlement Trust, the Owens Corning/Fibreboard Asbestos Personal Injury Trust, the DII Industries, LLC Asbestos PI Trust, the United States Gypsum Asbestos Personal Injury Settlement Trust, and the Delaware Claims Processing Facility to the Motion of the Official Committee Of Unsecured Creditors of Motors Liquidation Company for an Order Pursuant to

Bankruptcy Rule 2004 Directing Production of Documents, together with declarations and exhibits in support of the Opposition, via hand delivery to the following parties:

> John J. Rapisardi, Esq.
> Cadwalader, Wickersham & Taft LLP
> One World Financial Center
> New York 10281
>
> David S. Jones, Esq. and Natalie Kuehler, Esq.
> The U.S. Attorney's Office, S.D.N.Y.
> 86 Chambers Street, Third Floor
> New York 10007

                                                Amy R. Marvin

Sworn to before me this
4th day of August, 2010

Notary Public
KARIN E. MOYER
Notary Public, State of New York
No. 01MO6220908
Qualified in New York County
Commission Expires April 19, 2014

ND: 4824-5467-9815, v. 1

2