UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
                                                                     :
In re:                                                               :
                                                                     : Chapter 11
MOTORS LIQUIDATION COMPANY, et al.                                   :
          f/k/a General Motors Corp., et al.                         : Case No. 09-50026 (REG)
                                                                     :
                              Debtors.                               : (Jointly Administered)
                                                                     :
-------------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           ) :ss
COUNTY OF NEW YORK         )

Sean Spence, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age, and am employed by the law firm Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer P.C., located at 565 Fifth Avenue, New York, New York, 10017.

2. On August 2, 2010, I caused to be served a true and correct copy of the Opposition of Armstrong World Industries, Inc. Asbestos Personal Injury Settlement Trust, the Celotex Asbestos Settlement Trust, the Babcock & Wilcox Company Asbestos Personal Injury Settlement Trust, the Owens Corning/Fibreboard Asbestos Personal Injury Trust, the DII Industries, LLC Asbestos PI Trust, the United States Gypsum Asbestos Personal Injury Settlement Trust, and the Delaware Claims Processing Facility to the Motion of the Official Committee Of Unsecured Creditors of Motors Liquidation Company for an Order Pursuant to

Bankruptcy Rule 2004 Directing Production of Documents, together with declarations and exhibits in support of the Opposition, via hand delivery to the following parties:

    Harvey R. Miller, Esq. and Stephen Karotkin, Esq.
    Weil, Gotshal & Manges LLP
    767 Fifth Avenue
    New York, NY 10153

    3.    On August 2, 2010, I caused to be served a true and correct copy of the Opposition, together with declarations and exhibits, via Federal Express priority overnight mail to the following parties:

    Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.
    Caplin & Drysdale, Chartered
    375 Park Avenue
    New York, NY 10152

    Ted Stenger, Esq.
    Debtors c/o Motors Liquidation Co.
    500 Renaissance Center
    Suite 1400
    Detroit, MI 48243

    Lawrence S. Buonomo, Esq.
    General Motors, LLC
    400 Renaissance Center
    Detroit, MI 48243

    Joseph Samarias, Esq.
    U.S. Department of the Treasury
    1500 Pennsylvania Avenue
    RM 2312
    Washington, DC 20220

    Trevor Swett III, Esq. and Kevin Maclay, Esq.
    Caplin & Drysdale, Chartered
    1 Thomas Circle, NW
    Suite 1100
    Washington, DC 20005

    Sander Esserman, Esq. and Robert Brousseau, Esq.
    Stutzman, Bromberg, Esserman & Plifka
    2323 Bryan Street
    Suite 1100
    Washington, DC 2005

2

Diana Adams, Esq
The Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

_____
Sean Spence

Sworn to before me this
4th day of August, 2010

_____
Notary Public

KARIN E. MOYER
Notary Public, State of New York
No. 01MO6220908
Qualified in New York County
Commission Expires April 19, 2014

ND: 4822-2183-0407, v. 2