# **EXHIBIT B**

Schedule of Attorneys and Paraprofessionals

<u>Exhibit B</u>

Schedule of Attorneys and Paraprofessionals

Summary of Time Recorded in Connection With Rendering
<u>Services to the Debtors for February 1, 2010 - May 31, 2010</u>

## ATTORNEYS

| Position | Name | Admitted to Practice | Rate | Time | Amount |
|---|---|---|---|---|---|
| Partner | Joseph P. Gromacki | 1992 | 712 | 5.20 | 3,702.40 |
| Partner | Daniel R. Murray | 1970 | 767 | 15.70 | 12,041.90 |
| Partner | Joanne H. Sweeney | 1999 | 425 | 1.50 | 637.50 |
| Partner | Patrick J. Trostle | 1992 | 700 | 9.60 | 6,720.00 |
| **Partner Total** | | | | **32.0** | **23,101.80** |
| Associate | Gregory S. Knudsen | 2008 | 274 | 48.90 | 13,398.60 |
| Associate | Andrew J. Olejnik | 2004 | 339 | 3.10 | 1,050.90 |
| **Associate Total** | | | | **52.00** | **14,449.50** |
| **Total Attorney Time** | | | | **84.0** | **37,551.30** |

## PARAPROFESSIONALS

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Senior Paralegal | Michael H. Matlock | 260 | 6.70 | 1,742.00 |
| **Total Paraprofessional Time** | | | **6.70** | **1,742.00** |

## SUMMARY

| Description | Amount |
|---|---|
| **Total Amount for Services Rendered (Attorneys and Paraprofessionals)** | **$39,293.30** |
| **Less 50% Non-Working Travel Time** | **($350.00)** |
| **Total Amount of Fees Requested for Services Rendered (October 1, 2009 - January 31, 2010)** | **$38,943.30** |