## **EXHIBIT C**

Summary of Project Matters

Exhibit C
Summary of Project Matters

Schedules of Fees by Project Matter

### MATTER NUMBER 10070  PRODUCTS LIABILITY LITIGATION

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Joanne H. Sweeney | 425 | 1.50 | 637.50 |
| | TOTAL | | 1.50 | 637.50 |

### MATTER NUMBER 10088  COURT HEARINGS

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Patrick J. Trostle | 700 | 3.50 | 2,450.00 |
| | TOTAL | | 3.50 | 2,450.00 |

### MATTER NUMBER 10096  NON-WORKING TRAVEL TIME

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Patrick J. Trostle | 700 | 1.00 | 700.00 |
| | SUB-TOTAL | | 1.00 | 700.00 |
| | LESS 50% REDUCTION | | | (350.00) |
| | TOTAL | | | 350.00 |

### MATTER NUMBER 10100  FEE APPLICATION

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Joseph P. Gromacki | 712 | 2.10 | 1,495.20 |
| Partner | Patrick J. Trostle | 700 | 0.50 | 350.00 |
| Associate | Gregory S. Knudsen | 274 | 7.80 | 2,137.20 |
| Associate | Andrew J. Olejnik | 339 | 2.60 | 881.40 |
| Senior Paralegal | Michael H. Matlock | 260 | 6.70 | 1,742.00 |
| | TOTAL | | 19.7 | 6,605.8 |

### MATTER NUMBER 10126  CASE ADMINISTRATION

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Joseph P. Gromacki | 712 | 3.10 | 2,207.20 |
| Partner | Daniel R. Murray | 767 | 15.70 | 12,041.90 |
| Partner | Patrick J. Trostle | 700 | 4.60 | 3,220.00 |
| Associate | Gregory S. Knudsen | 274 | 41.10 | 11,261.40 |
| Associate | Andrew J. Olejnik | 339 | 0.50 | 169.50 |
| | TOTAL | | 65.00 | 28,900.00 |