# **EXHIBIT D**

Schedule of Expense Categories

Exhibit D

Schedule of Expense Categories

## SUMMARY OF EXPENSES

Categories of Expenses for which Jenner & Block Seeks Reimbursement

| Description | Amount |
|---|---|
| Court Reporter Charges | 1,674.20 |
| Local Counsel Fees | 120.96 |
| Network Printing | 360.95 |
| Overnight Courier/UPS, Federal Express | 168.53 |
| Pacer Charges | 6.64 |
| Photocopy Expense | 1.40 |
| Telephonic Court Appearances | 58.00 |
| **TOTAL EXPENSES** | 2,390.68 |