# **EXHIBIT E**

Detailed List of Expenses

<u>Exhibit E</u>
Detailed List of Expenses

## EXPENSES

<u>Detailed List of Expenses for which Jenner & Block Seeks Reimbursement</u>

| Date | Description | Amount |
|---|---|---:|
| 8/13/2009 | Rumberger, Kirk & Caldwell - local counsel fees re State Farm v. GM 07/20/2009 through 07/31/2009 | 55.81 |
| 8/17/2009 | Bienenstock Court Reporting & Video - court reporter charge, transcript of John Behnfeldt 8/17/09 | 964.70 |
| 8/31/2009 | Bernard, Cassisa, Elliott & Davis - local counsel fees re Great Lakes Reinsurance v. GM 07/06/2009 through 08/31/2009 | 37.50 |
| 9/2/2009 | Bienenstock Court Reporting & Video - court reporter charge, transcript of Thomas A. Croskey 9/2/09 | 709.50 |
| 9/17/2009 | Barber, McCaskill, Jones & Hale, P.A. - local counsel fees re Jerry Richey v. GM 07/10/2009 through 07/31/2009 | 33.00 |
| 10/15/2009 | Rumberger, Kirk & Caldwell - local counsel fees re State Farm v. GM 09/22/09 through 09/25/09 | 107.65 |
| 1/6/2010 | Pacer Service Center - docket expense 01/06/2010 | 1.84 |
| 1/6/2010 | Pacer Service Center - docket expense 01/06/2010 | 4.80 |
| 1/29/2010 | UPS | 11.02 |
| 1/29/2010 | UPS | 9.03 |
| 1/29/2010 | UPS | 11.02 |
| 1/29/2010 | UPS | 11.02 |
| 2/2/2010 | Network Printing | 5.22 |
| 2/3/2010 | Network Printing | 23.85 |
| 2/5/2010 | Network Printing | 4.14 |
| 2/8/2010 | Network Printing | 5.22 |
| 2/8/2010 | Network Printing | 15.66 |
| 2/23/2010 | Network Printing | 8.10 |
| 2/24/2010 | UPS tracking# 1Z6134380190279122  Inv# 00000613438090 | 10.97 |
| 2/24/2010 | UPS tracking# 1Z6134380192583147  Inv# 00000613438090 | 10.97 |
| 2/24/2010 | UPS tracking# 1Z6134380192854112  Inv# 00000613438090 | 10.97 |
| 2/24/2010 | UPS tracking# 1Z6134380193047108  Inv# 00000613438090 | 8.99 |
| 3/1/2010 | Network Printing | 5.31 |
| 3/2/2010 | Network Printing | 4.41 |
| 3/8/2010 | Network Printing | 2.70 |
| 3/9/2010 | Check Received From Rumberger Kirk & Caldwell - refund of overpayment | -113.00 |
| 3/10/2010 | Network Printing | 2.70 |
| 3/11/2010 | UPS tracking# 1Z6134380192523265  Inv# 00000613438110 | 11.07 |
| 3/12/2010 | Network Printing | 5.94 |
| 3/16/2010 | Network Printing | 13.50 |

<u>Exhibit E</u>  
Detailed List of Expenses

| Date | Description | Amount |
|---|---|---:|
| 3/16/2010 | Network Printing | 72.90 |
| 3/18/2010 | Network Printing | 6.90 |
| 3/22/2010 | Network Printing | 6.80 |
| 3/22/2010 | UPS tracking# 1Z6134381397158076  Inv# 00000613438130 | 13.91 |
| 3/23/2010 | Network Printing | 2.80 |
| 3/24/2010 | Network Printing | 4.10 |
| 3/25/2010 | Network Printing | 1.30 |
| 3/30/2010 | Network Printing | 4.00 |
| 3/30/2010 | Network Printing | 7.60 |
| 3/31/2010 | Network Printing | 3.50 |
| 4/1/2010 | Network Printing | 1.90 |
| 4/2/2010 | Photocopy-NQue | 1.40 |
| 4/5/2010 | Network Printing | 27.90 |
| 4/6/2010 | Network Printing | 77.90 |
| 4/6/2010 | Network Printing | 6.50 |
| 4/6/2010 | UPS | 9.34 |
| 4/9/2010 | Network Printing | 3.10 |
| 4/13/2010 | Network Printing | 1.20 |
| 4/15/2010 | Network Printing | 2.10 |
| 4/28/2010 | Network Printing | 15.70 |
| 4/30/2010 | UPS | 11.02 |
| 4/30/2010 | UPS | 9.03 |
| 4/30/2010 | UPS | 11.02 |
| 4/30/2010 | UPS | 11.02 |
| 5/12/2010 | Network Printing | 13.50 |
| 5/13/2010 | Network Printing | 2.80 |
| 5/13/2010 | UPS | 8.13 |
| 5/27/2010 | Network Printing | 1.70 |
| 5/27/2010 | Courtcall, LLC - telephonic court appearances 05/27/2010 | 58.00 |
| | **TOTAL** | 2,390.68 |