## **EXHIBIT F-1**

Detailed Time Records - February

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

JENNER FEE APPLICATION                                    MATTER NUMBER -      10100

| 2/05/10 | GSK | .40 | Reviewed court order re counsel fees. | 109.60 |
| 2/08/10 | GSK | .20 | Completed review of order re counsel fees. | 54.80 |
| | | .60 | PROFESSIONAL SERVICES | 164.40 |

MATTER TOTAL                                    $ 164.40

LAW OFFICES

### JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CASE ADMINISTRATION                                MATTER NUMBER -    10126

| 2/08/10 | DRM | .10 | Participated in telephone conference with P. Trostle re forthcoming hearing on application for fees and conferred with fee examiner re process. | 76.70 |
|---|---|---|---|---|
| 2/08/10 | PJT | .30 | Reviewed hearing agenda re adjourned fee hearing and e-mailed D. Murray re same. | 210.00 |
| 2/09/10 | DRM | .20 | Reviewed memorandum from R. Brooks at Weil Gotshal re postponement of hearing; memorandum to J. Gromacki, PWT and G. Knudsen re same. | 153.40 |
| 2/15/10 | DRM | .30 | Memoranda to J. Gromacki and G. Knudsen re preparation of March budget and transmitted same to B. Williamson. | 230.10 |
| 2/15/10 | GSK | .10 | Conferred with D. Murray re monthly budget for March. | 27.40 |
| 2/16/10 | GSK | .20 | Reviewed Fee Examiner's status report. | 54.80 |
| 2/17/10 | GSK | .10 | Completed review of fee examiner's status report. | 27.40 |
| | | 1.30 | PROFESSIONAL SERVICES | 779.80 |

MATTER TOTAL                            $  779.80

# **EXHIBIT F-2**

Detailed Time Records - March

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

JENNER FEE APPLICATION                                    MATTER NUMBER -    10100

| 3/01/10 | GSK | .40 | Conferred with M. Matlock re interim fee application (.2); compiled monthly invoices for months of October, November, December and January for Motors Liquidation Company (.1); sent same to M. Matlock (.1). | 109.60 |
|---------|-----|-----|---|-------|
| 3/02/10 | MHM | .70 | Reviewed invoices subject to Second Interim Fee Application. | 182.00 |
| 3/03/10 | MHM | 3.60 | Reviewed invoices and prepared exhibits for Second Interim Fee Application. | 936.00 |
| 3/04/10 | GSK | 1.10 | Began drafting Second Interim Fee Application. | 301.40 |
| 3/05/10 | GSK | 1.10 | Continued drafting Second Interim Fee Application. | 301.40 |
| 3/08/10 | AJO | .10 | Conferred with G. Knudsen re interim fee application. | 33.90 |
| 3/08/10 | GSK | 2.10 | Drafted Second Interim Fee Application (1.5); reviewed exhibits for same (.3); inserted same into draft document (.3). | 575.40 |
| 3/10/10 | AJO | .80 | Reviewed and commented on draft Second Interim Fee Application (.5); met with D. Murray and G. Knudsen re same (.3). | 271.20 |
| 3/10/10 | GSK | 1.80 | Conferred with D. Murray and A. Olejnik re status of Second Interim Fee Application (.2); edited same per meeting (.9); drafted exhibit F for same (.5); sent same to J. Gromacki and P. Trostle for review (.2). | 493.20 |
| 3/15/10 | MHM | 1.90 | Prepared interim fee application exhibits to conform with court guidelines for e-filing (.6); prepared single electronic document re service of fee interim fee application (1.1); corresponded with Garden City re service of same (.2). | 494.00 |
| 3/15/10 | AJO | 1.70 | Reviewed final draft of J&B Second Interim Fee Application (.1); conferred with G. Knudsen re same (.1); conferred with P. Trostle re same (.1); finalized and filed J&B Second Interim Fee Application (1.1); arranged for service of same (.1); conferred with M. Matlock re same (.2). | 576.30 |

LAW OFFICES                                              Page 2

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 3/15/10 | PJT | .50 | Reviewed Second Interim Fee Application and related certification. | 350.00 |
|---------|-----|-----|--------------------------------------------------------|--------|
| 3/15/10 | GSK | .70 | Reviewed PDFs of MLC Second Interim Fee Application (.2); updated section re payments received (.1); conferred with A. Olejnik and M. Churilla re necessary edits (.3); conferred with D. Murray re MLC monthly budget (.1). | 191.80 |
| 3/16/10 | MHM | .50 | Reviewed service lists for confirmation that fee examiner was served with Jenner's fee application (.4); corresponded with A. Olejnik and G. Knudsen re same (.1). | 130.00 |
| 3/16/10 | JPG | .80 | Reviewed fee application and commented re same (.5); corresponded with D. Murray re same (.3). | 569.60 |
|  |  | 17.80 | PROFESSIONAL SERVICES | 5,515.80 |

MATTER TOTAL                              $ 5,515.80

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CASE ADMINISTRATION                                      MATTER NUMBER -    10126

| 3/16/10 | DRM | 1.00 | Reviewed letter from K. Stadler of Godfrey & Kahn re Fee Examiner's questions re Jenner's First Interim Fee Application and conferred with G. Knudsen re same (.5); prepared memoranda to J. Gromacki re same (.5). | 767.00 |
|---|---|---|---|---|
| 3/16/10 | GSK | .20 | Conferred with D. Murray re letter received from fee examiner re First Interim Fee Application. | 54.80 |
| 3/17/10 | DRM | .20 | Reviewed memorandum from G. Knudsen re follow-up on fee examiner's requests. | 153.40 |
| 3/17/10 | GSK | 5.40 | Reviewed letter and exhibits received from fee examiner re First Interim Fee Application (1.8); drafted checklist of items required to respond to fee examiner letter re First Interim Fee Application (.3); drafted timeline re same (.2); conferred with M. Churilla re same (.4); reviewed time vague time entries to determine what additional information requested (1.5); prepared response to fee examiner letter (1.2). | 1,479.60 |
| 3/18/10 | DRM | .30 | Reviewed portions of Lexis and Westlaw contracts to prepare response to fee examiner. | 230.10 |
| 3/18/10 | GSK | 3.70 | Reviewed time entries in fee examiner letter (.9); prepared response to fee examiner (2.8). | 1,013.80 |
| 3/19/10 | DRM | .20 | Reviewed memorandum from G. Knudsen re response to fee examiner. | 153.40 |
| 3/22/10 | DRM | 1.50 | Conferred with G. Knudsen re preparation of response to fee examiner and review preliminary report of same (.4); worked with J. Gromacki and G. Knudsen on preparation of response to preliminary report of fee examiner and next steps re same (1.1). | 1,150.50 |
| 3/22/10 | GSK | 4.80 | Conferred with D. Murray and J. Gromacki re response to fee examiner letter (.4); sent requests for additional detail to J. Gromacki for review (.2); contacted library re Lexis/Westlaw research information for June (.3); conferred with M. Churilla and E. Marinos re creating table of professional rates (.5); conferred with same re retainer (.4); reviewed fee examiner letter and exhibits (.6); drafted response letter (2.4). | 1,315.20 |
| 3/23/10 | GSK | 5.10 | Conferred with M. Whitchurch re corporate | 1,397.40 |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 2

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | filing/retrieval expenses (.7); conferred with E. Quinlisk re time entries (.3); reviewed licensing fees expenses (.2); drafted section of response letter re same (1.1); conferred with E. Quinlisk re accuracy of same (.2); conferred with M. DeMarino re further detail on licensing fee expenses (.2); drafted exhibit A to response letter (.4); drafted exhibit B to response letter (.3); drafted body of response letter (1.7). |  |
| 3/24/10 | AJO | .30 | Met with G. Knudsen re fee examiner's letter. | 101.70 |
| 3/24/10 | GSK | 4.30 | Completed Exhibit F to response letter (.4); completed Exhibit D to response letter (.3); reviewed information re retainer (.3); completed drafting body of response letter (1.1); edited and reviewed body of response letter (1.3); conferred with A. Olejnik re same (.3); conferred with M. Churilla re status of letter (.2); conferred with I. Fradkin re possible double entry (.2); sent initial draft of response letter, summary of retainer information, and rate table chart to J. Gromacki and D. Murray for review (.2). | 1,178.20 |
| 3/25/10 | DRM | .40 | Reviewed draft of response to fee examiner and conferred with G. Knudsen re same. | 306.80 |
| 3/25/10 | GSK | 1.50 | Reviewed additional detail re corporate filing/retrieval fee expenses (.6); finalized exhibit re same (.3); finalized exhibit re licensing fees (.3); conferred with D. Murray re airfare/travel expenses (.3). | 411.00 |
| 3/26/10 | GSK | .30 | Researched possible supplemental disclosure and conferred with D. Murray and J. Gromacki re same. | 82.20 |
| 3/29/10 | GSK | 1.10 | Updated status of Exhibit F re edited time entries for inclusion of further detail to provide to fee examiner. | 301.40 |
| 3/30/10 | DRM | .60 | Worked with G. Knudsen re preparation of response to fee examiner. | 460.20 |
| 3/30/10 | GSK | 1.00 | Conferred with D. Murray re status of fee examiner response letter (.6); edited response letter per comments from D. Murray (.3); sent same to J. Gromacki for review (.1). | 274.00 |
| 3/31/10 | DRM | .80 | Conferred with J. Gromacki and G. Knudsen re response to fee examiner (.3); reviewed material sent by G. | 613.60 |

LAW OFFICES                                              Page 3

### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | Knudsen re response to ree examiner (.1); further conferred with G. Knudsen re review of material for fee examiner (.2); memorandum to J. Gromacki re follow-up letter on fee examiner request for Lexis/Westlaw contracts (.2). |  |
| 3/31/10 | JPG | 1.30 | Met with D. Murray and G. Knudsen re fee application correspondence (.3); reviewed and commented on same (.5); followed up re fee matters and open issues (.5). | 925.60 |
| 3/31/10 | GSK | 1.60 | Conferred with D. Murray and J. Gromacki re status of fee examiner response letter (.3); updated exhibit re printing charges (.2); drafted request letter to LexisNexis and Westlaw re contract request (.7); conferred with D. Murray re same (.2); edited same per comments from D. Murray (.2). | 438.40 |
|  |  | 35.60 | PROFESSIONAL SERVICES | 12,808.30 |

MATTER TOTAL                          $ 12,808.30

## **EXHIBIT F-3**

Detailed Time Records - April

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350


COURT HEARINGS                                                    MATTER NUMBER -      10088

| 4/29/10 | PJT | 3.50 | Attended first interim fee application hearing before Judge Gerber. | 2,450.00 |
|---|---|---|---|---|
| | | 3.50 | PROFESSIONAL SERVICES | 2,450.00 |

MATTER TOTAL                                    $ 2,450.00

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350


NON-WORKING TRAVEL TIME                                    MATTER NUMBER -      10096

| 4/29/10 | PJT | 1.00 | Non-working travel to and from bankruptcy court for fee application hearing. | 700.00 |
| | | 1.00 | PROFESSIONAL SERVICES | 700.00 |

INVOICE TOTAL                               $  700.00

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

JENNER FEE APPLICATION                                    MATTER NUMBER -      10100

| 4/01/10 | JPG | 1.30 | Reviewed and commented on fee application and revised time entries in response to fee examiner request. | 925.60 |
|---------|-----|------|------------------------------------------------------------------------------------------------------------|--------|
|         |     | 1.30 | PROFESSIONAL SERVICES                                                                                       | 925.60 |

MATTER TOTAL                                    $ 925.60

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CASE ADMINISTRATION                                MATTER NUMBER -    10126

| Date | Atty | Hours | Description | Amount |
|------|------|-------|-------------|--------|
| 4/01/10 | DRM | .50 | Memoranda to and from G. Knudsen re response to fee examiner (.2); reviewed Monthly Operating Report and memoranda to and from G. Knudsen re same and response to fee examiner (.3). | 383.50 |
| 4/02/10 | GSK | 2.30 | Reviewed Motors Liquidation Company Monthly Operating reports for information re retainer balances (1.4); conferred with M. Churilla re Jenner retainer balance (.2); reviewed prior e-mail and accounting materials re retainer balance (.4); drafted explanatory e-mail re retainer balance to D. Murray for review (.3). | 630.20 |
| 4/05/10 | DRM | 1.60 | Reviewed and commented upon draft response to fee examiner and reviewed exhibits (.8); worked with G. Knudsen to revise draft response and further work on exhibits (.6); memorandum to J. Gromacki re same (.2). | 1,227.20 |
| 4/05/10 | GSK | 2.20 | Conferred with D. Murray re status of response letter (.6); edited fee examiner response letter per comments from D. Murray (1.6). | 602.80 |
| 4/06/10 | DRM | 2.50 | Revised draft of letter responding to comments and inquiries of fee examiner and reviewed comments of J. Gromacki re same (.9); worked with G. Knudsen on revised draft of letter (.6); conferred with J. Gromacki re revisions to letter (.2); reviewed revised exhibits (.3); finalized letter to fee examiner (.5). | 1,917.50 |
| 4/06/10 | JPG | 1.80 | Reviewed and commented on revised fee letter (1.); reviewed exhibits (.5); followed up with D. Murray and G. Knudsen re finalization of fee letter (.3). | 1,281.60 |
| 4/06/10 | GSK | 3.10 | Completed edits to fee examiner response letter (1.2); finalized exhibits re miscellaneous travel expenses (.8); sent same to D. Murray for review (.1); finalized letter per comments from D. Murray and J. Gromacki (.8); sent letter to fee examiner (.2). | 849.40 |
| 4/07/10 | PJT | .20 | Reviewed hearing calendar re adjournment of fee applications (.1); e-mailed D. Murray re same (.1). | 140.00 |
| 4/08/10 | PJT | .40 | Reviewed fee examiner's status report. | 280.00 |

LAW OFFICES

Page 2

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 4/12/10 | GSK | .60 | Researched possible disclosure issue for supplemental disclosure statement (.4); drafted and sent e-mail to J. Gromacki and D. Murray re same (.2). | 164.40 |
|---------|-----|-----|---|--------|
| 4/13/10 | GSK | .30 | Researched possible disclosure issue for supplemental disclosure statement. | 82.20 |
| 4/15/10 | DRM | .50 | Reviewed draft report from B. Williamson and memorandum to J. Gromacki and G. Knudsen re same. | 383.50 |
| 4/15/10 | GSK | .10 | Researched possible disclosure issue for supplemental disclosure statement. | 27.40 |
| 4/19/10 | PJT | .20 | Reviewed debtor's response to fee examiner's retention application. | 140.00 |
| 4/21/10 | DRM | .50 | Conferred with J. Gromacki re fee examiner comments and telephone conference with K. Stadler re same (.3); memorandum to P. Trostle re same (.1); reviewed comments and earlier correspondence re same (.1). | 383.50 |
| 4/21/10 | PJT | .30 | Reviewed fee examiner's recommendation re Jenner's fees. | 210.00 |
| 4/22/10 | DRM | 1.30 | Reviewed report of fee examiner re Jenner's interim fee application and memorandum to P. Trostle re same (.3); memoranda to J. Gromacki re various reports of fee examiner and United States Trustee (.5); reviewed reports of fee examiner and response of United States Trustee (.5). | 997.10 |
| 4/22/10 | PJT | .90 | Reviewed fee examiner's statement re Jenner's fee application (.5); e-mailed D. Murray re no objection to fee examiner's recommendation (.2); e-mailed D. Murray re holdback procedures (.2). | 630.00 |
| 4/23/10 | GSK | .30 | Researched possible disclosure issue for supplemental disclosure statement. | 82.20 |
| 4/26/10 | DRM | .30 | Reviewed reports of fee examiner and memorandum to J. Gromacki and P. Trostle re same. | 230.10 |
| 4/26/10 | PJT | .60 | Reviewed debtor's objection to fee examiner's motion to clarify appointment (.3); reviewed fee examiner's summary and recommendation re first interim fee applications (.3). | 420.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 4/27/10 | DRM | .30 | Conferred with and memoranda from P. Trostle re status hearing on fee examiner's report and next steps. | 230.10 |
| 4/27/10 | PJT | .70 | Reviewed agenda for April 29 hearing (.2); e-mailed D. Murray re Jenner's fee application (.3); conferred with debtor's counsel re correction to agenda for April 29 hearing (.2). | 490.00 |
| 4/27/10 | GSK | .20 | Confirmed amount reduction requested by fee examiner on court filing. | 54.80 |
| 4/28/10 | AJO | .20 | Reviewed and prepared pleadings for P. Trostle's attendance at hearing re fee applications. | 67.80 |
| 4/28/10 | PJT | .80 | Prepared for GM fee hearing and reviewed Jenner's application re same (.5); reviewed fee examiner's letter re Jenner's fees (.3). | 560.00 |
| 4/28/10 | GSK | .50 | Reviewed relevant documents for hearing on First Interim Fee Application (.3); sent same to A. Olejnik (.2). | 137.00 |
| 4/29/10 | DRM | 1.40 | Memoranda from P. Trostle and telephone conference with P. Trostle re hearing before Judge Gerber on fee examiner's objections (.3); attended telephonically hearing before Judge Gerber for his oral ruling on fee examiner's objections (1.1). | 1,073.80 |
| 4/29/10 | PJT | .20 | Provided court update to D. Murray re fee application hearing. | 140.00 |
| | | 24.80 | PROFESSIONAL SERVICES | 13,816.10 |

MATTER TOTAL                                          $ 13,816.10

## **EXHIBIT F-4**

Detailed Time Records - May

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CASE ADMINISTRATION                                                          MATTER NUMBER -    10126

| 5/01/10 | GSK | .20 | Researched possible disclosure issue for supplemental disclosure statement. | 54.80 |
| 5/04/10 | DRM | .20 | Memoranda to and from R. Brooks re report of Examiner. | 153.40 |
| 5/04/10 | GSK | .10 | Sent final fee amount to D. Murray and J. Gromacki as requested. | 27.40 |
| 5/05/10 | GSK | .50 | Reviewed relevant documents for hearing on First Interim Fee Application (.3); sent same to A. Olejnik (.2). | 137.00 |
| 5/11/10 | GSK | .10 | Drafted and e-mailed MLC monthly budget to D. Murray and J. Gromacki for review. | 27.40 |
| 5/14/10 | GSK | .60 | Conferred with C. Galarnyk re possible disclosure issue for supplemental disclosure statement (.1); researched same (.4); sent findings on same to D. Murray for review. | 164.40 |
| 5/21/10 | DRM | .20 | Reviewed interim report from Fee Examiner and conferred with G. Knudsen re preparing response. | 153.40 |
| 5/25/10 | DRM | .50 | Reviewed and revised draft response to Fee Examiner letter and reviewed same with G. Knudsen. | 383.50 |
| 5/25/10 | GSK | .60 | Drafted local counsel fee section for Fee Examiner response letter (.3); sent same to R. Harding for review (.1); conferred with D. Murray re same (.2).. | 164.40 |
| 5/27/10 | DRM | .30 | Finalized letter to Fee Examiner and telephone conference with J. Gromacki re same. | 230.10 |
| | | 3.30 | PROFESSIONAL SERVICES | 1,495.80 |

MATTER TOTAL                                              $ 1,495.80

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

PRODUCTS LIABILITY LITIGATION                                     MATTER NUMBER -      10070

| 5/04/10 | JHS | .50 | Reviewed motion to show cause why claims against General Motors should not be dismissed (.3); conferred with P. Harris re same (.2). | 212.50 |
|---------|-----|-----|------|--------|
| 5/10/10 | JHS | .50 | Reviewed order re motion to show cause (.4); e-mailed C. Bassler of Alix Partners re same (.1). | 212.50 |
| 5/18/10 | JHS | .50 | Participated in telephone conference with C. O'Brien re status of General Motors litigation on Smith case (.2); worked on follow-up issues re same (.3). | 212.50 |
|         |     | 1.50 | PROFESSIONAL SERVICES | 637.50 |

MATTER TOTAL                                     $  637.50