**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| **MOTORS LIQUIDATION COMPANY, *et al.*,** **f/k/a General Motors Corp., *et al.*** | : | **09-50026 (REG)** |
| **Debtors.** | : | **(Jointly Administered)** |

**NOTICE OF MATTERS SCHEDULED**
**FOR HEARING ON AUGUST 6, 2010 AT 9:45 A.M.**

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

## I. CONTESTED MATTERS:

A. Motion of Debtors for Entry of Order Pursuant to 11 U.S.C. Section 363 Authorizing the Debtors to Amend the Terms of Their Engagement Letter with AP Services, LLC [**Docket No. 6362**]

Responses Filed:

1. Limited Objection of the Official Committee of Unsecured Creditors [**Docket No. 6451**]

2. Response of Fee Examiner and Motion to Defer the Consideration of Debtors' Request for an Award to AP Services, LLC of a Success Fee and a Retroactive Hourly Rate Increase [**Docket No. 6497**]

3. Response of U.S. Trustee [**Docket No. 6517**]

Replies Filed: None to date.

Additional Documents:

**Status:** This matter is going forward.

B. Application by AP Services, LLC as Crisis Managers to the Debtors for Approval of the Success Fee [**Docket No. 6363**]

Responses Filed:

1. Response of Fee Examiner and Motion to Defer the Consideration of Debtors' Request for an Award to AP Services, LLC of a Success Fee and a Retroactive Hourly Rate Increase [**Docket No. 6497**]

2. Response of U.S. Trustee [**Docket No. 6518**]

Replies Filed: None to date.

Additional Documents:

3. Supplement to Application by AP Services, LLC, as Crisis Mangers to the Debtors, for Approval of the Success Fee [**Docket No. 6418**]

**Status:** This matter is going forward.

C. Motion of Julie and David Brittingham for Relief from the Automatic Stay to allow the Completion of a Pending Personal Injury Action [**Docket No. 6332**]

Responses Filed:

1. Debtors' Opposition [**Docket No. 6462**]

Replies Filed: None to date.

Additional Document(s): None to date.

**Status:** This matter is going forward.

## II. UNCONTESTED MATTERS:

A. Motion of Debtors for Entry of Order Pursuant to Fed. R. Bankr. P. 9019 Approving Stipulation and Agreed Order Between the Debtors, Wilmington Trust Company, and Citibank, N.A. Solely in its Capacity as Paying Agent, Regarding Proofs of Claim Nos. 47871, 47872, 65729, 65793, and 66723 [**Docket No. 6249**] ("**Stipulation Motion**")

Responses Filed:

1. Limited Objection of Deutsche Bank Ag ("**DB**") [**Docket No. 6440**] (the "**DB Objection**")

Replies Filed: None to date.

Additional Documents: None to date.

2. Declaration of David A. Vanaskey Jr. on Behalf of Wilmington Trust Company, as Successor Indenture Trustee, in Support of the Stipulation Motion [**Docket No. 6413**]

3. Statement of the Official Committee of Unsecured Creditors in Support of the Stipulation Motion [**Docket No. 6417**]

**Status:** This matter is going forward. The DB Objection has been resolved and DB will make a reservation of rights on the record at the hearing.

B. Motion of Debtors for Entry of Order Pursuant to Fed. R. Bankr. P. 9019 and Fed. R. Civ. P. 23 Approving Agreement Resolving Proof of Claim No. 44887 and Implementing Class Settlement [**Docket No. 6331**] ("**Soders Motion**")

Responses Filed: None to date.

Replies Filed: None to date.

Additional Documents: None to date.

**Status:** This matter is going forward.

C. Objection of Gibson Law Firm and George and Karen Kairis (the "**Soder Creditors**") to Having RodaNast, P.C.'s Proof of Claim No. 44887 Related to the Settlement Agreement in *Soders v. General Motors Corp.* Submitted for ADR Resolution Pursuant to General Order M-390 and Soder Creditors' Petition to Intervene in the ADR Process [**Docket No. 5369**]

Responses Filed:

1. Response of RodaNast, P.C. [**Docket No. 5939**]

2. Response of Debtors [**Docket No. 5976**]

Replies Filed:

3. Soder Creditors' Reply to Responses of RodaNast, P.C. and Response of Debtors [**Docket No. 5984**]

Additional Documents:

4. Soder's Creditors First Amended Objection to Proof of Claim No. 44887 [**Docket No. 6264**]

5. Soder's Creditors Second Amended Objection to Proof of Claim No. 44887 [**Docket No. 6265**]

6. Notice of Withdrawal of Docket Nos. 5369, 6264 and 6265 [**Docket No. 6492**]

**Status:** This matter has been resolved. A stipulation will be handed up resolving the motion at the hearing.

D. Debtors' Motion for Preliminary Approval of Settlement, Including Claims Estimation, for Conditional Certification of Settlement Class, to Approve Cash Disbursement and Forms of Notice, and to Set Fairness Hearing in the *Boyd Bryant v. Motors Liquidation Company* Adversary Proceeding [**Docket No. 44**] (the "**Motion**")

Responses Filed:

1. Class Action Plaintiff Boyd Bryant's Memorandum and Evidence In Support of the Motion [**Docket No. 6443**]

Replies Filed: None to date.

Additional Documents: None to date.

**Status:** This matter is going forward.

E. Debtors' Seventh Omnibus Objection to Claims (Duplicate Claims) **[Docket No. 4757]**

Responses Filed: None to date.

1. Informal Response of Casmalia Resources Site Steering Committee Regarding Proof of Claim 51380 (the "**Casmalia Response**")

Reply Filed: None to date.

Additional Document(s): None to date.

**<u>Status</u>:** This matter has been resolved with respect to Proof of Claim 51380. An agreed stipulation and order will be handed up at the hearing.

F. Debtors' Fifteenth Omnibus Objection to Claims (Amended and Superseded Claims)

<u>Responses Filed</u>:

1. Informal Response by the Internal Revenue Service ("**IRS**") Department of the Treasury Regarding Proofs of Claim Nos. 31234, 31235, 31236, 69878, and 69877("**IRS Response**")

2. Response of Richard and Elise Birdsall (collectively, ("**Birdsall**") Regarding Proof of Claim 7617 [**Docket No. 6089**] ("**Birdsall Response**")

<u>Replies Filed</u>: None to date.

<u>Additional Documents</u>:

3. Order Granting Debtors' Fifteenth Omnibus Objection to Claims (Amended and Superseded Claims) [**Docket No. 6209**]

**<u>Status</u>:** The matter is withdrawn with respect to Birdsall and a stipulation will be submitted withdrawing Proof of Claim Nos. 58954 and 65890 under agreed upon terms and conditions. This matter will be going forward with respect to the IRS as the IRS is preparing a stipulation resolving the IRS Response to be presented at the hearing.

G. Debtors' Seventeenth Omnibus Objection to Claims (Tax Claims Assumed by General Motors, LLC) [**Docket No. 5908**]

<u>Responses Filed</u>:

1. Response of State of Hawaii ("**Hawaii**") Regarding Proof of Claim No. 24287 [**Docket No. 6015**] (the "**Hawaii Response**")

2. Response of Ohio ("**Ohio**") Department of Taxation Regarding Proofs of Claim Nos. 29383, 29384, 29385, and 29386 [**Docket No. 6107**] (the "**Ohio Response**")

3. Response by the Department of Treasury of the State of Michigan ("**Michigan**") to Debtors' Seventeenth Omnibus Objection to Claims Regarding Proofs of Claim Nos. 62066, 68606, and 70125 [**Docket No. 6109**] (the "**Michigan Response**")

4. Informal Response by the Internal Revenue Service ("**IRS**"), Department of the Treasury Regarding Proofs of Claim 70162, 70163, 70164, 70165, 70166, 70167, 31233 ("**IRS Response**")

5. Response by the Connecticut Department of Labor ("**Connecticut**") Regarding Proof of Claim No. 37611("**Connecticut Response**") [**Docket No. 6073**]

6. Informal Response of Commonwealth of Pennsylvania ("**Pennsylvania**") Regarding Proofs of Claim No. 69930 ("**Pennsylvania Response**")

Replies Filed: None to date.

Additional Documents:

7. Revised Order Granting Debtors' Seventeenth Omnibus Objection to Claims (Tax Claims Assumed by General Motors, LLC) [**Docket No. 6268**]

**Status:** The matter is going forward with respect to Pennsylvania as the Pennsylvania Response has been withdrawn. The matter is adjourned with respect to Hawaii, Ohio, Michigan, the IRS, and Connecticut to September 24, 2010 at 9:45 a.m.

H. Debtors' Twentieth Omnibus Objection to Claims (Tax Claims Assumed by General Motors, LLC) [**Docket No. 5912**]

Responses Filed:

1. Response by the Commonwealth of Pennsylvania Department of Revenue ("**Pennsylvania**") Regarding Proofs of Claim Nos. 625 and 626 ("**Pennsylvania Response**") [**Docket No. 6076**]

Replies Filed: None to date.

Additional Documents:

2. Order Granting Debtors' Twentieth Omnibus Objection to Claims (Tax Claims Assumed by General Motors, LLC) [**Docket No. 6187**]

**Status:** This matter is going forward with respect to Pennsylvania as the Pennsylvania Response has been withdrawn.

I. Debtors’ Twenty-First Omnibus Objection to Claims (Tax Claims Assumed by General Motors, LLC) [**Docket No. 5913**]

Responses Filed:

1. Response of Tomball Independent School District’s (“**Tomball**”) Regarding Proof of Claim No. 51328 (Tax Claims Assumed by General Motors, LLC) (the “**Tomball Response**”) [**Docket No. 6085**]

2. Tomball’s Withdrawal of Claim No. 51328 [**Docket No. 6516**]

Replies Filed: None to date.

Additional Documents:

2. Order Granting Debtors’ Twenty-First Omnibus Objection to Claims (Tax Claims Assumed by General Motors, LLC) [**Docket No. 6188**]

**Status:** This matter has been resolved as Tomball filed a withdrawal of its proof of claim.

J. Debtors' Twenty-Fifth Omnibus Objection to Claims (Amended and Superseded Claims) [**Docket No. 6232**]

Responses Filed: None to date.

Replies Filed: None to date.

Additional Documents: None to date.

**Status:** This matter is going forward.

K. Debtors' Twenty-Sixth Omnibus Objection to Claims (Duplicate Claims) [**Docket No. 6233**]

Responses Filed: None to date.

Replies Filed: None to date.

Additional Documents: None to date.

**Status:** This matter is going forward.

L. Debtors' Twenty-Seventh Omnibus Objection to Claims (Incorrectly Classified Claims) [**Docket No. 6250**]

Responses Filed:

1. Response of Marvin Echols Regarding Proof of Claim No. 44240 [**Docket No. 6445**] ("**Echols Response**")

2. Response of Leon Johnson Regarding Proof of Claim No. 16114 [**Docket No. 6446**] ("**Johnson Response**")

3. Response of Rachel Kulis' Regarding Proof of Claim No. 16113 [**Docket No. 6447**] ("**Kulis Response**")

4. Response of Doyle Carmack Regarding Proof of Claim No.45836 [**Docket No. 6475**] ("**Carmack Response**")

5. Response of Deborah Dilks Regarding Proof of Claim No. 22922 [**Docket No. 6510**] ("**Dilks Response**")

6. Response of Michael Jones Regarding Proof of Claim No. 29055 [**Docket No. 6513**] ("**Jones Response**")

7. Informal Response of Jeanine Buckley Regarding Proof of Claim No. 66268 ("**Buckley Response**")

Replies Filed: None to date.

Additional Documents: None to date.

**Status:** This matter is going forward except for the Echols Response, Johnson Response, Kulis Response, Carmack Response, Dilks Response, Jones Response, and Buckley Response, which have been adjourned to September 24, 2010 at 9:45 a.m.

M. Debtors' Twenty-Eighth Omnibus Objection to Claims (Incorrectly Classified Claims) [**Docket No. 6251**]

Responses Filed:

1. Response of Acument Global Technologies, Inc. Regarding Proof of Claim No. 60693 [**Docket No. 6453**] ("**Acument Response**")

Replies Filed: None to date.

Additional Documents: None to date.

**Status:** This matter is going forward except for the Acument Response, which is adjourned to September 24, 2010 at 9:45 a.m.

N. Debtors' Twenty-Ninth Omnibus Objection to Claims (Incorrectly Classified Claims) [**Docket No. 6252**]

Responses Filed:

1. Response of Certified Class Members, Class Representatives, and Their Counsel to Debtors' 29th, 30th, and 32nd Omnibus Objections to Claims Regarding Proofs of Claim Nos. 62772, 62775, and 62777 [**Docket No. 6444**] ("**VTI Response**")

2. Response of DeMassi to (1) Debtors' Twenty-Ninth Omnibus Objection To Claims; (2) Debtors' Thirtieth Omnibus Objection To Claims; And (3) Debtors' Thirty-Second Omnibus Objection To Claims (Incorrectly Classified Claims) Regarding Proofs of Claim Nos. 45107, 45110 and 45111 [**Docket No. 6454**] ("**Demassi Response**")

Replies Filed:

Additional Documents: None to date.

**Status:** This matter is going forward except for the VTI Response and Demassi Response, which are adjourned to September 24, 2010 at 9:45 a.m.

O. Debtors' Thirtieth Omnibus Objection to Claims (Incorrectly Classified Claims) [**Docket No. 6253**]

Responses Filed:

1. Response of Certified Class Members, Class Representatives, and Their Counsel to Debtors' 29th, 30th, and 32nd Omnibus Objections to Claims Regarding Proofs of Claim Nos. 62776, 62909, and 62771 [**Docket No. 6444**] ("**VTI Response**")

2. Response of DeMassi to (1) Debtors' Twenty-Ninth Omnibus Objection To Claims; (2) Debtors' Thirtieth Omnibus Objection To Claims; And (3) Debtors' Thirty-Second Omnibus Objection To Claims (Incorrectly Classified Claims) Regarding Proofs of

Claim Nos. 45109 and 45112[**Docket No. 6454**] (“**Demassi Response**”)

Replies Filed: None to date.

Additional Documents: None to date.

**Status:** This matter is going forward except for the VTI Response and Demassi Response, which are adjourned to September 24, 2010 at 9:45 a.m.

P. Debtors' Thirty-First Omnibus Objection to Claims (Incorrectly Classified Claims) [**Docket No. 6254**]

Responses Filed: None to date.

Replies Filed: None to date.

Additional Documents: None to date.

**Status:** This matter is going forward.

Q. Debtors' Thirty-Second Omnibus Objection to Claims (Incorrectly Classified Claims) [**Docket No. 6255**]

Responses Filed:

1. Response of Certified Class Members, Class Representatives, and Their Counsel to Debtors’ 29th, 30th, and 32nd Omnibus Objections to Claims Regarding Proofs of Claim Nos. 62773 and 62778 [**Docket No. 6444**] (“**VTI Response**”)

2. Response of DeMassi Parties to (1) Debtors’ Twenty-Ninth Omnibus Objection To Claims; (2) Debtors’ Thirtieth Omnibus Objection To Claims; And (3) Debtors’ Thirty-Second Omnibus Objection To Claims (Incorrectly Classified Claims) Regarding Proof of Claim No. 45108 [**Docket No. 6454**] (“**Demassi Response**”)

3. Informal Response of First United Regarding Proof of Claim No. 58889 (“**First United Response**”)

Replies Filed: None to date.

Additional Documents: None to date.

**Status:** This matter is going forward except for the VTI Response, Demassi Response, and the First United Response, which are adjourned to September 24, 2010 at 9:45 a.m.

R. Debtors' Thirty-Third Omnibus Objection to Claims (Claims with Insufficient Documentation) [**Docket No. 6256**]

Responses Filed: None to date.

Replies Filed: None to date.

Additional Documents: None to date.

**Status:** This matter is going forward.

S. Debtors' Thirty-Fourth Objection to Claims (Claims with Insufficient Documentation) [**Docket No. 6257**]

Responses Filed: None to date.

1. Response of Linda Szejna ("**Szejna**") Regarding Proof of Claim No. 6555 [**Docket No. 6481**] ("**Szejna Response**")

Replies Filed: None to date.

Additional Documents: None to date.

**Status:** This matter is being withdrawn with respect to Szejna and is otherwise going forward.

T. Debtors' Thirty-Fifth Omnibus Objection to Claims (Claims with Insufficient Documentation) [**Docket No. 6258**]

Responses Filed:

1. Response of John and Nancy Mahoney (collectively, "**Mahoney**") Regarding Proof of Claim No. 12546 [**Docket No. 6438**] ("**Mahoney Response**")

Replies Filed: None to date.

Additional Documents: None to date.

**Status:** This matter is being withdrawn with respect to Mahoney and is otherwise going forward.

U. Debtors' Thirty-Sixth Omnibus Objection to Claims (Claims with Insufficient Documentation) [**Docket No. 6259**]

Responses Filed: None to date.

Replies Filed: None to date.

Additional Documents: None to date.

**Status:** This matter is going forward.

V. Debtors' Thirty-Seventh Omnibus Objection to Claims (Claims with Insufficient Documentation) [**Docket No. 6260**]

Responses Filed:

1. Response of Cody Reynolds ("**Reynolds**") Regarding Proof of Claim No. 38304 [**Docket No. 6416**] ("**Reynolds Response**")
2. Response of Billie England ("**England**") Regarding Proof of Claim No. 64820 [**Docket No. 6452**] ("**England Response**")
3. Informal Response of Clark Street Development ("**Clark**") Regarding Proofs of Claim Nos. 58635, 58637, 58638, 58640, 58641, 58642, 58643, 58644, 58646, 58647, and 58648 ("**Clark Street Response**")
4. Informal Response of Hayman Management ("**Hayman**") Regarding Proof of Claim No. 58636 ("**Hayman Response**")

Replies Filed: None to date.

Additional Documents: None to date.

**Status:** This matter is withdrawn with respect to England and Reynolds. The remaining matter is going forward except with respect to Clark and Hayman, which are adjourned to September 24, 2010 at 9:45 a.m.

W. Debtors' Thirty-Eighth Omnibus Objection to Claims (Tax Claims assumed by General Motors, LLC) [**Docket No. 6261**]

Responses Filed:

1. Response of Georgia Department of Revenue Regarding Proof of Claim No. 70310 [**Docket No. 6419**] ("**Georgia Response**")

2. Response of New York State Department of Labor Regarding Proof of Claim No. 65969 [**Docket No. 6427**] ("**New York State Response**")

3. Informal Response of City of New York Department of Finance Regarding Proof of Claim No. 1144 ("**New York City Response**")

Replies Filed: None to date.

Additional Documents: None to date.

**Status:** This matter is going forward except for the Georgia Response, the New York State Response, and the New York City Response, which are adjourned to September 24, 2010 at 9:45 a.m.

X. Motion of Dean M. Trafelet, Future Claimants' Representative, for an Order Clarifying the Order Appointing Him as Legal Representative for Future Asbestos Personal Injury Claimants and Directing Payment of His Fees and Expenses, or in the Alternative, Awarding an Administrative Expense Pursuant to Section 503(a) or (b) of the Bankruptcy Code [**Docket No. 6262**]

Responses Filed: None to date.

Replies Filed: None to date.

Additional Documents:

1. Certificate of No Objection [**Docket No. 6483**]

**Status:** This matter is going forward.

Y. Motion of Debtors for Entry of Order Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code Approving Settlement Agreements with Respect to (A) the International Association of Machinists and Aerospace Workers, and (B) the International Brotherhood of Teamsters [**Docket No. 6341**]

Responses Filed: None to date.

Replies Filed: None to date.

Additional Documents: None to date.

**Status:** This matter is going forward.

**III. ADJOURNED MATTERS**:

A. Julie and David Brittingham's Application for an Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing and Directing (A) the Production of Documents and (B) the Oral Examination of Individuals Designated by the Debtors and Believed to Have Knowledge of the Relevant Matters **[Docket Nos. 3664, 3665]**

Responses Filed: None to date.

Replies Filed: None to date.

Additional Document(s): None to date.

**Status:** This matter is adjourned to September 24, 2010 at 9:45 a.m.

B. Debtors' Third Omnibus Motion Pursuant to 11 U.S.C § 365 to Reject Certain Unexpired Leases of Nonresidential Real Property (Tricon Verizon Leasing Only) [**Docket No. 3044**]

Responses Filed: None to date.

Replies Filed: None to date.

Additional Documents:

1. Order Granting Debtors' Third Omnibus Motion Pursuant to 11 U.S.C § 365 to Reject Certain Unexpired Leases of Nonresidential Real Property [**Docket No. 4182**]

**Status:** This matter is adjourned to a date to be confirmed with Chambers.

C. Boyd Bryant's Motion for an Order Allowing Plaintiffs to File a Class Proof of Claim **[Docket No. 4560]**

Responses Filed: None to date.

Replies Filed: None to date.

Additional Documents: None to date.

**Status:** This matter is adjourned to September 24, 2010 at 9:45 a.m.

D. Debtors' (i) Objection to Proofs of Claim Nos. 1206, 7587, and 10162 and, in the Alternative, (ii) Motion to Estimate Proofs of Claim Nos. 1206, 7587, and 10162 [**Docket No. 5845**] ("**Apartheid Objection**")

Responses Filed:

1. Response of Class Plaintiffs on Behalf of Balintulo And Botha Plaintiffs to Debtors' Apartheid Objection [**Docket No. 6097**] ("**Apartheid Response**")

Replies Filed:

2. Debtors' Reply to Apartheid Response and in the Alternative Motion to Estimate Proofs of Claim Nos. 1206, 7587, and 10162, and Response to Cross-Motion under Rule 9014 for Rule 7023 Class Treatment [**Docket No. 6305**] ("**Debtors' Reply**")

3. Class Plaintiffs' Response to Debtors' Reply [**Docket No. 6317**]

Additional Documents: None to date.

**Status:** This matter is adjourned to a date to be confirmed with Chambers.

E. General Motors, LLC's Motion (I) for Declaratory Relief Regarding the Status of a Certain Sublease or, in the Alternative, Relief from the Assumption and Assignment of a Certain Sublease to GM Pursuant to Rule 60(b) and (II) to Rescind the Agreement to Resolve Objection to Cure Notice Between GM and Knowledge Learning Corporation ("**New GM's Reconsideration Motion**") **[Docket No. 4895]**

Responses Filed:

1. Knowledge Learning Corporation's Response **[Docket No. 5405]**

Replies Filed:

2. Reply of General Motors, LLC's Reply **[Docket No. 5595]**

Additional Documents:

3. Statement of the Creditors' Committee in connection with New GM's Reconsideration Motion **[Docket No. 5598]**

4. Debtors' Statement in connection with New GM's Reconsideration Motion **[Docket No. 5603]**

**Status:** This matter will be adjourned to a date to be confirmed with Chambers.

F. Debtors' Eighteenth Omnibus Objection to Claims (Tax Claims Assumed by General Motors, LLC) [**Docket No. 5909**]

Responses Filed:

1. Informal Response by San Francisco Tax Collector ("**San Francisco**") Regarding Proof of Claim No. 22144 ("**San Francisco Response**")

Replies Filed: None to date.

Additional Documents:

2. Order Granting Debtors' Eighteenth Omnibus Objection to Claims (Tax Claims Assumed by General Motors, LLC) [**Docket No. 6185**]

**Status:** This matter is adjourned with respect to San Francisco to September 24, 2010 at 9:45 a.m.

G. Debtors' Nineteenth Omnibus Objection to Claims (Tax Claims Assumed by General Motors, LLC) [**Docket No. 5911**]

Responses Filed:

1. Response by Fulton County Tax Commissioner's Regarding Proof of Claim No. 17766 ("**Fulton Response**") [**Docket No. 6204**]

Replies Filed: None to date.

Additional Documents:

2. Order Granting Debtors' Nineteenth Omnibus Objection to Claims (Tax Claims Assumed by General Motors, LLC) [**Docket No. 6186**]

**Status:** The matter is adjourned to September 24, 2010 at 9:45 a.m.

H. Debtors' Twenty-Third Omnibus Objection to Claims (Claims Assumed by General Motors, LLC) [**Docket No. 5993**]

Responses Filed:

1. Informal Response by Consumers Energy Company ("**Consumers**") Regarding Proof of Claim No. 1157 ("**Consumers Response**")

2. Informal Response by Ajax Paving ("**Ajax**") Regarding Proof of Claim No. 68691 ("**Ajax Response**")

3. Response of Impact Group LLC ("**Impact**") Regarding Proof of Claim No. 38928 [**Docket No. 6240**] ("**Impact Response**")

4. Response of OCE North America, Inc. ("**OCE**") Regarding Proof of Claim No. 7524 [**Docket No. 6270**] ("**OCE Response"**)

5. Informal Response of Equilon Enterprises LLC DBA Shell Oil Products US ("**Equilon**") Regarding Proof of Claim No. 43435 ("**Equilon Response**")

Replies Filed: None to date.

Additional Documents:

2. Order Granting Debtors' Twenty-Third Omnibus Objection to Claims (Claims Assumed by General Motors, LLC) [**Docket No. 6334**]

**Status:** The matter is adjourned with respect to Ajax, Consumers, Impact, OCE, and Equilon to September 24, 2010 at 9:45 a.m.

I. Motion of The Official Committee of Unsecured Creditors of Motors Liquidation Company for an Order Pursuant to Bankruptcy Rule 2004 Directing Production of Documents by (I) the Claims Processing Facilities for Certain Trusts Created Pursuant to Bankruptcy Code Section 524(g), and (II) General Motors LLC and the Debtors [**Docket No. 6383**] (the "**Motion**")

Responses Filed:

1. Response of Debtors to Motion [**Docket No. 6468**]

2. Response of General Motors, LLC to Motion [**Docket No. 6474**]

Replies Filed: None to date.

Additional Documents: None to date.

**Status:** This matter is adjourned to August 9, 2010 at 9:45 a.m.

J. Debtors' Ninth Omnibus Motion Pursuant to 11 U.S.C. § 365 to Reject Certain Executory Contracts and Unexpired Leases of Nonresidental Real Property ("**Debtors' Rejection Motion**") [**Docket No. 4437**]

Responses Filed:

1. M-Tech Associates, LLC's Objection to Debtors' Rejection Motion [**Docket No. 6008**] ("**M-Tech Response**")

Replies Filed:

2. M-Tech Associates, LLC's Sur-Reply in Support of Its Objection [**Docket No. 6277**]

3. Debtors' Response to the M-Tech Response [**Docket No. 6458**]

Additional Documents:

4. Order Granting Debtors' Rejection Motion [**Docket No. 4553**]

5. General Motors LLC's Brief in Support of Debtors' Rejection Motion **[Docket No. 6271]**

**Status:** This matter is adjourned to September 17, 2010 at 9:45 a.m.

K. Motors Liquidation Company's Partial Motion to Dismiss MCM Management Corp.'s Counterclaim in the *Motors Liquidation Corporation v. MCM Management Corp.* Adversary Proceeding [**Docket No. 16**]

Responses Filed: None to date.

Replies Filed: None to date.

Additional Document(s):

1. Stipulation regarding Motors Liquidation Company's Partial Motion to Dismiss and MCM Management Corp.'s Counterclaim [**Docket No. 24**]

**Status:** This matter is adjourned to September 17, 2010 at 9:45 a.m.

L. Motion of Shreveport Red River Utilities, LLC for Allowance and Payment of Post-petition Claim and Motion to Enforce Adequate Assurance of Payment Agreement Pursuant to 11 U.S.C. § 366(c) [**Docket No. 4527**]

Responses Filed: None to date.

Replies Filed: None to date.

Additional Documents: None to date.

**Status:** This matter is adjourned to September 24, 2010 at 9:45 a.m.

M. Deutsche Bank AG's Motion for Relieve from Automatic Stay to Effect Setoff [**Docket No. 4529**]

Responses Filed:

1. Debtors' Objection to Deutsche Bank AG's Motion for Relief from Automatic Stay to Effect Setoff and Cross-Motion for Immediate Payment [**Docket No. 6067**]

Replies Filed:

2. Deutsche Bank AG's Reply in Further Support of the Motion for Relief from Automatic Stay to effect Setoff and Objection to Debtors' Cross-Motion for Immediate Payment [**Docket No. 6319**]

Additional Document(s)

**Status**: This matter is adjourned to September 24, 2010 at 9:45 a.m.

N. Motion of Genoveva Bermudez to File Late Proof of Claim, or, in the Alternative, to Amend Informal Proof of Claim [**Docket No. 5747**]

Responses Filed: None to date.

Replies Filed: None to date.

Additional Documents: None to date.

**Status:** This matter is adjourned to October 26, 2010 at 9:45 a.m.

Dated: New York, New York
August 4, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession