# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026 |
| | ☐ MLC of Harlem, Inc., Case No. 09-13558 |
| | ☐ MLCS, LLC, Case No. 09-50027 |
| | ☐ MLCS Distribution Corporation, Case No. 09-50028 |
| | ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | John A. Lindell<br>145 Westgate Cir.<br>Santa Rosa, CA 95401-9025 |
| Claim Number (if known): | 32995 |
| Date Claim Filed: | 11/20/09 |
| Total Amount of Claim Filed: | $41,910.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.   I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _aug 2, 2010_

John A. (Lindel)  _John A Lindell_

Print Name: _JOHN A- LINDELL_

Title (if applicable): _____

-------------------------------------------------------------------------------------------------

