# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026 <br><br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br><br> ☐ MLCS, LLC, Case No. 09-50027 <br><br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br><br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | John A. Lindell <br> 145 Westgate Cir. <br> Santa Rosa, CA 95401-9025 |
| Claim Number (if known): | 32996 |
| Date Claim Filed: | 11/20/09 |
| Total Amount of Claim Filed: | $28,161.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: Aug 2, 2010

John A. (Lindel) *[signature: John A Lindell]*

Print Name: JOHN A. LINDELL

Title (if applicable): _____

---

RECEIVED
AUG - 4 2010
U.S. BANKRUPTCY COURT, SDNY

1