# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | X  Motors Liquidation Company, Case No. 09-50026 <br><br> ☐  MLC of Harlem, Inc., Case No. 09-13558 <br><br> ☐  MLCS, LLC, Case No. 09-50027 <br><br> ☐  MLCS Distribution Corporation, Case No. 09-50028 <br><br> ☐  Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> ☐  Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Ed Maher Guyer & Enichen <br> C/O Acme Solvents Morristown Site <br> 2601 Reid Farm Rd Ste B <br> Rockford, IL   61114-6698 |
| Claim Number (if known): | 14362 |
| Date Claim Filed: | 10/15/2009 |
| Total Amount of Claim Filed: | $265,243.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _July 27, 2010_       [signature]

Print Name: _Edward Maher_

Title (if applicable): _____

RECEIVED AUG - 3 2010 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

US_ACTIVE:¥43219392¥02¥72240.0639