ORIGINAL
FOR FILING with COURT

FOR GM [OLD GM] BANKRUPTCY CASE

---

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re : | Chapter 11 Case No. |
| : | 09 – 50026 (REG) |
| MOTORSLIQUIDATION COMPANY, et al, : |  |
| f/k/a General Motors Corp., et al : | (Jointly Administered) |

PROOF OF SERVICE

TO:  GENERAL MOTORS, LLC

    ATTN:  LAWRENCE S. BUONOMO, Esq.

    400 RENAISSANCE CENTER

    DETROIT, MICHIGAN 48265

State of Michigan  :



RECEIVED
AUG - 3 2010
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

County of Bay    :

I, MARVIN ECHOLS, proceeding in pro per, being first duly sworn depose and sayeth:

1. That my [FOR CLAIM#44240] REPLY AND OBJECTION PAPERS TO THE GM [OLD GM] PENDING MOTIONS FOR [ALLEGED] RECLASSIFICATION ,AMONG OTHER THINGS] THAT IS TITLED:

SUBJECT:  MY OBJECTIONS TO THE PURPORTED RECLASSIFICATION

    OF MY CLAIM [#44240] IN THE ABOVE ENTITLED CASE, AMONG

    OTHER THINGS, PROCEEDING IN PRO PERE IN THIS MATTER

    TIMELY [OR BY LEAVE OF COURT] FOR ALL THE REASONS

    STATED HEREIN [OR OTHERWISE DOCUMENTED WITH MY

    CLAIM [#44240]; AND FOR OTHER PURPOSES [TIMELY OR BY

    LEAVE OF COURT] RELATED HERETO [ a total of four (4) pages ]

1

## FOR GM [OLD GM] BANKRUPTCY CASE

were timely mailed to the address shown person at the above shown address with U.S. POSTAGE FOR FIRST CLASS U.S. MAIL FULLY PAID ON THE SAME ; AND TIMELY MAILED FROM THE UNITED STATES POST OFFICE IN BAY CITY, MICHIGAN ON TUESDAY JULY 27, 2010. THAT THIS NOTICE OF SAME IS FOR THE DEBTORS GM [OR OLD GM] IN THE ABOVE ENTITLED BANKRUPTCY CASE PER THE INSTRUCTION AND ADDRESS GIVEN IN THEIR GM [OLD GM] MOTION PAPERS, INTER ALIA, FOR THE SAME.

2. That this PROOF OF SERVICE is made of my personal knowledge and the same is not interposed for any improper purpose.

DATED: JULY 27, 2010            x _Marvin Echols_

MARVIN ECHOLS   [in pro per]

[FOR CLAIM # 44240 IN THE ABOVE

ENTITLED CASE]

P. O. BOX 2211

BAY CITY, MICHIGAN 48707

SWORN TO AND SUBSCRIBED TO BEFORE ME THIS ___29th___ OF JULY, 2010

___Sheila Shaw___           MY COMMISSION EXPIRES ON: _11/22/2010_
Sheila Shaw
NOTARY PUBLIC, Bay County, MI

IN THE BAY COUNTY BUILDING, 515 CENTER AVE IN BAY CITY, MI. MICHIGAN 48708