Oscar B. Fears, III (GA 257020)
Counsel for the Georgia Department of Revenue
40 Capitol Square, SW
Atlanta, Georgia 30334
Telephone:  (404) 656-3303
Facsimile:  (404) 657-3239

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | * | Chapter 11 |
| | * | |
| MOTORS LIQUIDATION COMPANY, *et al.* | * | Case No. 09-50026 (REG) |
| f/k/a GENERAL MOTORS CORP., *et al.*, | * | |
| | * | |
| Debtors. | * | (Jointly Administered) |
| | * | |

**WITHDRAWAL OF GEORGIA DEPARTMENT OF REVENUE'S RESPONSE**
**TO DEBTORS' THIRTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS**
**(Tax Claims Assumed by General Motors, LLC)**

COMES NOW, the Georgia Department of Revenue, by and through counsel,

Thurbert E. Baker, Attorney General for the State of Georgia, and withdraws its

Response to Debtors' Thirty-Eighth Omnibus Objection to Claims (Dkt. No. 6419).

This 5th day of August 2010.

Respectfully submitted,

THURBERT E. BAKER        033887
Attorney General

R.O. LERER                        446962
Deputy Attorney General

W. WRIGHT BANKS, JR.      036156
Senior Assistant Attorney General

  /s/ Oscar B. Fears, III
OSCAR B. FEARS, III          257020
Senior Assistant Attorney General

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served a copy of the foregoing

WITHDRAWAL OF GEORGIA DEPARTMENT OF REVENUE'S RESPONSE TO

DEBTORS' THIRTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS upon:

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Ted Stenger
Motors Liquidation Company
500 Renaissance Center, Suite 1400
Detroit, Michigan 48243

Lawrence S. Buonomo, Esq.
General Motors, LLC
400 Renaissance Center
Detroit, Michigan 48265

John J. Rapisardi, Esq.
Cadwalader, Wickerhsham & Taft LLP
One World Financial Center
New York, New York 10281

Joseph Samarias, Esq.
U.S. Department of the Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10019

Thomas Moers Mayer, Esq.
Amy Caton, Esq.
Lauren Macksoud, Esq.
Jennifer Sharret, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036

Diana G. Adams, Esq.
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004

David S. Jones, Esq.
Natalie Kuehler, Esq.
U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street, 3rd Floor
New York, New York 10007

Elihu Inselbuch, Esq.
Rita C. Tobin, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, New York 10152-3500

Trevor W. Swett, III, Esq.
Kevin C. Maclay, Esq.
Caplin & Drysdale
One Thomas Circle, N.W., Suite 1100
Washington, D.C. 20005

Sander L. Esserman, Esq.
Robert T. Brousseau, Esq.
Stutzman, Bromberg, Esserman & Plifka
2323 Bryan Street, Suite 2200
Dallas, Texas 75201

by placing the same into the United States mail with adequate, first-class postage placed

thereon.

This 5th day of August 2010.

_/s/_Oscar B. Fears, III_____
OSCAR B. FEARS, III
Senior Assistant Attorney General