Bates White, LLC
1300 Eye Street, NW
Suite 600E
Washington, DC 20005
(202) 408-6110

*Asbestos Liability Consultants for the Official Committee of Unsecured
Creditors of Motors Liquidation Co., (f/k/a General Motors Corp.) et al.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) |
| | ) |
| MOTORS LIQUIDATION COMPANY., et al. | ) Chapter 11 |
| (f/k/a General Motors Corp., et al.) | ) |
| | ) Case No. 09-50026 (REG) |
| Debtors. | ) Jointly Administered |
| | ) |

**FIRST INTERIM APPLICATION OF BATES WHITE, LLC, AS ASBESTOS
LIABILITY CONSULTANT TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL
SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND
NECESSARY EXPENSES INCURRED FOR THE PERIOD FROM
MARCH 16, 2010 THROUGH MAY 31, 2010**

**SUMMARY SHEET PURSUANT TO UNITED STATES TRUSTEE
GUIDELINES FOR REVIEWING APPLICATIONS FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES FILED UNDER 11 U.S.C. § 330**

| | |
|---|---|
| Name of Applicant: | Bates White, LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Interim Fee Period: | March 16, 2010 to May 31, 2010, inclusive |
| Fees Requested: | $198,620.00 |
| Expenses Requested: | $776.00 |
| Total Amount Requested: | $199,396.00 |
| Amount Paid to Date: | $160,292.80[1] |
| **Net Amount to be Requested:** | **$39,103.20** |

This is a(n) __X__ Interim or _____ Final Fee Application

**PRIOR APPLICATIONS**

None.

---

[1] Although Bates White has not yet received payment in respect of its May Statement (as hereinafter defined), Bates White anticipates receiving payment of 80% of fees and 100% of expenses for the May Statement by the hearing date on this Application.

## SUMMARY OF FIRST INTERIM FEE APPLICATION OF BATES WHITE, LLC FOR SERVICES RENDERED FOR THE PERIOD
### MARCH 16, 2010 THROUGH MAY 31, 2010

| Timekeeper Name | Department | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Charles Bates | Environmental and Products Liability | Senior Partner | 59.70 | $850.00 | $50,745.00 |
| Charles Mullin | Environmental and Products Liability | Partner | 8.40 | $625.00 | $5,250.00 |
| Michael Brown | Environmental and Products Liability | Principal | .80 | $450.00 | $360.00 |
| Andrew Evans | Environmental and Products Liability | Principal | 5.20 | $425.00 | $2,210.00 |
| Rachel Grinberg | Environmental and Products Liability | Manager | 119.60 | $395.00 | $47,242.00 |
| Christopher Wieman | Information Services | Manager | 5.00 | $385.00 | $1,925.00 |
| Jorge Gallardo-Garcia | Environmental and Products Liability | Manager | 3.40 | $375.00 | $1,275.00 |
| Peter Kelso | Environmental and Products Liability | Manager | 2.50 | $375.00 | $937.50 |
| Samantha Johnson | Environmental and Products Liability | Quality Assurance Specialist | 15.00 | $325.00 | $4,875.00 |
| Andra Ban | Environmental and Products Liability | Senior Consultant | 53.00 | $325.00 | $2,372.50 |
| Susan Coughlin | Environmental and Products Liability | Senior Consultant | 41.50 | $335.00 | $13,902.50 |
| William Robinson | Environmental and Products Liability | Consultant II | 17.20 | $275.00 | $4,730.00 |
| David Sendor | Environmental and Products Liability | Consultant II | 34.50 | $295.00 | $10,177.50 |
| Zachary Bolian | Environmental and Products Liability | Consultant I | 75.40 | $255.00 | $19,227.00 |
| Mary Huang | Environmental and Products Liability | Consultant I | 27.80 | $255.00 | $7,089.00 |

| Timekeeper Name | Department | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Christopher Morrow | Environmental and Products Liability | Consultant I | 44.90 | $255.00 | $11,449.50 |
| **Total** | | | 513.90 | | $198,620.00 |

Blended hourly rate for consultants is $395.34.

Bates White, LLC
1300 Eye Street, NW
Suite 600E
Washington, DC 20005
(202) 408-6110

*Asbestos Liability Consultants for the Official Committee of Unsecured
Creditors of Motors Liquidation Co., (f/k/a General Motors Corp.) et al.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) |
| | ) |
| MOTORS LIQUIDATION COMPANY., et al. | ) Chapter 11 |
| (f/k/a General Motors Corp., et al.) | ) |
| | ) Case No. 09-50026 (REG) |
| Debtors. | ) Jointly Administered |
| | ) |

**FIRST INTERIM APPLICATION OF BATES WHITE, LLC, AS ASBESTOS
LIABILITY CONSULTANTS FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL
SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND
NECESSARY EXPENSES INCURRED FOR THE PERIOD FROM
MARCH 16, 2010 THROUGH MAY 31, 2010**

## TABLE OF CONTENTS

Preliminary Statement ................................................................................................1

Summary of Professional Compensation and Reimbursement
of Expenses Requested ...............................................................................................2

Background ..................................................................................................................5

Summary of Services Rendered ..................................................................................6

Statement of Bates White ..........................................................................................10

Actual and Necessary Disbursements of Bates White ..............................................11

The Requested Compensation Should Be Allowed ....................................................11

Notice ........................................................................................................................12

Conclusion ................................................................................................................13

## TABLE OF AUTHORITIES

### Statutes and Rules

11 U.S.C. § 105(a) ................................................................................................................2

11 U.S.C. § 330 .....................................................................................................................2

11 U.S.C. § 330(a) ................................................................................................................1

11 U.S.C. § 330(a)(1) .........................................................................................................10

11 U.S.C. § 330(a)(3) .........................................................................................................11

11 U.S.C. § 331 ........................................................................................................1, 2, 10

11 U.S.C. § 1103 ..................................................................................................................6

11 U.S.C. § 1107 ..................................................................................................................5

11 U.S.C. § 1108 ..................................................................................................................5

28 U.S.C. § 1746 ................................................................................................................13

Fed. R. Bank. P. 2016(a) .....................................................................................................2

TO:    THE HONORABLE ROBERT E. GERBER
       UNITED STATES BANKRUPTCY JUDGE:

Bates White, LLC (the "**Applicant**" or "**Bates White**"), asbestos liability consultant to the Official Committee of Unsecured Creditors (the "**Committee**") of the above captioned as debtors and debtors-in-possession in these chapter 11 cases (collectively, the "**Debtors**"), hereby submits its first interim application (the "**Application**"), pursuant to sections 330(a) and 331 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), for the allowance of compensation for the professional services performed by the Applicant for and on behalf of the Committee for the period commencing March 16, 2010, through and including May 31, 2010 (the "**First Interim Fee Period**"), and for reimbursement of its actual and necessary expenses incurred during the First Interim Fee Period.  In support of the Application, the Applicant respectfully represents as follows:

## PRELIMINARY STATEMENT

1.    The Applicant was retained as the Committee's asbestos liability consultant.  Throughout the First Interim Fee Period, the Applicant has worked on behalf of the Committee to evaluate Debtors' potential asbestos liability.

2.    The Applicant's work in these cases has been focused on assessing and quantifying potential charges to the Debtors estate arising from or related to current and future asbestos claims.

3.    The highlights of the Applicant's work during the First Interim Fee Period are as follows:

- Research of the underlying source of the Debtors' asbestos liability
- Work on methodology to forecast the Debtors' asbestos liability
- Investigate analytical basis of the liability forecast

1

- Initial overview of the Debtors' asbestos claims data

- Understanding and standardizing the fields in the Debtors' claims data

### SUMMARY OF PROFESSIONAL COMPENSATION
### AND REIMBURSEMENT OF EXPENSES REQUESTED

4.      This Application has been prepared in accordance with the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases adopted by the Court on November 29, 2009 (the "**Local Guidelines**"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996 (the "**UST Guidelines**"), the Order Pursuant to sections 105(a) and 331 of the Bankruptcy Code, Bankruptcy Rule 2016(a) and Local Bankruptcy Rule 2016-1, Establishing Procedures for Interim Monthly Compensation for Professionals [Docket No. 1334] (the "**Interim Compensation Order**") and the First Status Report of the Fee Examiner [Docket No. 5002] (the "**Fee Examiner Status Report**" and collectively with the Interim Compensation Order, the Local Guidelines and UST Guidelines, the "**Guidelines**"). Pursuant to the Local Guidelines, a certification of Charles Bates regarding compliance with same is attached hereto as **Exhibit "A."**

5.      The Applicant seeks interim allowance of fees for professional services rendered during the First Interim Fee Period in the aggregate amount of $198,620.00 (the "**First Interim Fees**") and reimbursement of expenses incurred in connection with rendition of those services in the aggregate amount of $776.00 (the "**First Interim Expenses**").

6.      During the First Interim Fee Period, the Applicant's personnel expended a total of 513.90 hours for which compensation is requested.

7.      There is no agreement or understanding between the Applicant and any other person, other than members of the Applicant, for the sharing of compensation to be received for services rendered in these cases.

2

8.      Except as otherwise set forth herein, the fees charged by the Applicant in these cases are billed in accordance with its existing billing rates and procedures set forth in the Application of the Committee to Employ Bates White, LLC [Docket No. 5480] in effect during the First Interim Fee Period. The billing rates the Applicant charges for the services rendered by its personnel in these chapter 11 cases are the same rates that the Applicant charges for services rendered in comparable non-bankruptcy matters. Such fees are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable non-bankruptcy cases in a competitive national economics consulting market.

9.      Pursuant to the UST Guidelines, annexed hereto as **Exhibit "B,"** is a schedule setting forth all personnel employed by the Applicant who have performed services in these chapter 11 cases during the First Interim Fee Period, the capacities in which each such individual is employed by the Applicant, the department in which each individual practices, the hourly billing rate charged by the Applicant for services performed by such individual, and the aggregate number of hours expended and fees billed.

10.      Annexed hereto as **Exhibit "C"** is a schedule specifying the categories of expenses for which the Applicant is seeking reimbursement, the total amount for each such expense category and a detailed listing of each of the expenses.

11.      Pursuant to Section II.D of the UST Guidelines, annexed hereto as **Exhibit "D-1"** is a summary of the Applicant's time billed during the First Interim Fee Period, broken down by project categories as hereinafter described.

12.      The Applicant maintains computerized records of the time spent by all of the Applicant's professionals in connection with the services provided to the Committee. These detailed time records were submitted to the "Notice Parties" specified in the Interim Compensation Order as part of the Monthly Statements (defined below). Copies of the final

3

detailed time records for the First Interim Fee Period are annexed hereto as **Exhibit "D-2."**

13.     Since the commencement of these cases, the Applicant has provided the appropriate notice parties with a monthly fee statement for each month for which compensation was sought. During the First Interim Fee Period, the Applicant provided the appropriate notice parties with the following monthly fee statements:

- For March 16, 2010 through March 31, 2010, fees of $22,739.00 and expenses of $0 ("**March Statement**");

- For April 1, 2010 through April 30, 2010, fees of $48,113.00 and expenses of $0 ("**April Statement**"); and

- For May 1, 2010 through May 31, 2010, fees of $127,768.00 and expenses of $776.00 ("**May Statement**").

14.     In total, the Applicant has submitted Monthly Statements during the First Interim Fee Period for fees of $198,620.00 and expenses of $776.00. As of the date of this Application, no notice party has objected to the Applicant's Monthly Statements for the First Interim Fee Period.

15.     In accordance with the Interim Compensation Order, the Applicant sought payment for 80% of its fees and 100% of its expenses incurred, pursuant to each Monthly Statement filed with the Court. With respect to the March Statement, the Applicant received a payment of $18,191.20, representing 80% of fees ($18,191.20) and 100% of expenses ($0.00) requested. With respect to the April Statement, the Applicant received a payment of $38,940.40, representing 80% of fees ($38,940.40) and 100% of expenses ($0.00). With respect to the May Statement, the Applicant has not yet received any payments.[2]

16.     In total, therefore, pursuant to this Application, the Applicant respectfully requests that the Court enter an order approving the payments received pursuant to the Monthly

---

[2] Bates White anticipates receiving payment of 80% of fees and 100% of expenses for the May Statement by the hearing date on this Application.

Statements and directing the Debtors to pay the Applicant $39,879.20, representing 20% of the First Interim Fees.

17.     To the extent that time or disbursement charges for services rendered or disbursements incurred relate to the First Interim Fee Period, but were not processed prior to the preparation of this Application, the Applicant reserves the right to request compensation for such services and reimbursement of such expenses in a future application.

## BACKGROUND

18.     On June 1, 2009 (the "**Petition Date**"), the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.[3] The Debtors continue to operate their business as debtors-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code. The Debtors' cases are being jointly-administered.

19.     On June 3, 2009 (the "**Formation Date**"), the United States Trustee for the Southern District of New York (the "**United States Trustee**") appointed the Committee consisting of fifteen members. The nine current members of the Committee are: (1) Wilmington Trust Company, (2) Law Debenture Trust Company of New York, (3) The Industrial Division of Communications Workers of America, AFL-CIO, (4) International Union, United Automobile Aerospace and Agricultural Implement Workers of America, (5) United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, (6) Inteva Products, LLC, (7) Serra Chevrolet of Birmingham, Inc, (8) Genoveva Bermudez, and (9) Kevin Schoenl.[4]

---

[3] On October 9, 2009, two additional Debtors affiliates filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

[4] As a result of the consummation of the Sale Transaction, five Committee members – Pension Benefit Guaranty Corporation, Interpublic Group, Paddock Chevrolet, Saturn of Hempstead, Inc. and DENSO International America, Inc. – have resigned from the Committee. As a result of being appointed to the asbestos committee, Mark Butita was removed from the Committee.

20.    On March 16, 2010, the Committee selected the Applicant as its asbestos liability consultant.    Immediately thereafter, the Applicant commenced rendering economic consulting services to the Committee, pending the approval of its retention by this Court.  By the order of this Court dated April 30, 2010 [Docket No. 5683] (the "**Retention Order**"), the Applicant's retention was approved *nunc pro tunc* to March 16, 2010, pursuant to section 1103 of the Bankruptcy Code.

## SUMMARY OF SERVICES RENDERED

21.    During the First Interim Fee Period, the Applicant's efforts were largely focused on coordinating with the Debtors and the other interested parties on key issues concerning the potential asbestos liability of the Debtors' estates.  The services rendered by the Applicant during the First Interim Fee Period are summarized below.  The following summary is not a detailed description of the work performed, as the day-to-day services and the time expended in performing such services are fully set forth in the detailed time records.  Rather, in compliance with the UST Guidelines, the following summary highlights certain areas in which services were rendered by the Applicant to and for the benefit of the Committee, and identifies some of the issues to which the Applicant devoted significant time and efforts during the First Interim Fee Period.

22.    The summary is divided according to the project billing codes that the Applicant created to best reflect the categories of tasks that it was required to perform in connection with these chapter 11 cases.  Nevertheless, under the circumstances, and given the interconnectedness of all the issues in these chapter 11 cases, certain of these categories may overlap with each other.

23.    The Applicant respectfully submits that its services throughout the First Interim Fee Period warrant this Court's approval of its requested fees and expenses, including the payment of the 20% "hold-back" of the First Interim Fees.

## A.    Consulting
### (Fees: $64,596.50; Hours Billed: 208.70)

24.    During the First Interim Fee Period, the Applicant devoted time in this category to the following tasks: developing a strategy for the valuation of Debtors' pending and future asbestos-related liability; outlining the research tasks and modeling approach to estimate Debtors' future asbestos liability;  briefing Committee's counsel on research and modeling approach; downloading data that provides a comprehensive overview of Debtors' historical settlements with asbestos claimants; review of Debtors' claims data in order to gain an understanding of filing patterns, patterns of average settlement values; analysis of factors which drive differences in Debtors' settlement values; and developing and refining claims processing algorithms for datasets.

## B.    Expert Time
### (Fees: $50,745.00; Hours Billed: 59.70)

25.    During the First Interim Fee Period, the Applicant devoted time in this category to the following tasks:  Preparing for and participating in conference calls with counsel for the Committee; developing methodology for the estimation of Debtors asbestos liability; developing prototype of the model to value Debtors asbestos liability; determining data needed for liability valuation; background research on Debtors' asbestos-containing product; and preparing declaration associated with retention for court filing;

## C.    Analysis
### (Fees: $36,708.00; Hours Billed: 113.0)

26.    During the First Interim Fee Period, the Applicant devoted time in this category to the following tasks: Gathering information on asbestos litigation environment,

including information on asbestos verdicts to better understand the Debtors' settlement history; gathering information on assets in asbestos 524(g) trusts; analyzing impact of asbestos trust assets on current defendants' payments; assessment and review of additional sources of data to supplement the Debtors' claims data.

**D.    Research**
**(Fees: $22,394.00; Hours Billed: 70.40)**

27.    During the First Interim Fee Period, the Applicant devoted time in this category to the following tasks: Defining research goals associated with the valuation of Debtors asbestos liability; researching Debtors corporate history and potential product markets; identifying and researching Debtors' asbestos-containing products; reviewing Debtors' prior asbestos litigation history; compiling and reviewing epidemiological studies related to brake mechanics; reviewing state tort laws with respect to various court rulings; reviewing studies relevant to Debtors' asbestos litigation; gathering background information about asbestos claims valuation in bankruptcy cases; gathering information on bankrupt asbestos defendants; and gathering information for the retention application.

**E.    Modeling**
**(Fees:  $15,642.00; Hours Billed: 36.9)**

28.    During the First Interim Fee Period, the Applicant devoted time in this category to the following tasks: Developing a modeling strategy to properly value Debtors pending and future and asbestos liability taking into account trends in the tort system likely to influence the value of future claims; documenting modeling methodology; prototyping the "General Model" to value Debtors' future asbestos liability.

**F.    Data Gathering and Processing**
**(Fees: $4,727.50; Hours Billed: 12.1)**

29.    During the First Interim Fee Period, the Applicant devoted time in this category to the following tasks: Analyzing Debtors' historical asbestos claims data; analyzing

8

fields in claims data and assessing need for further data; standardizing fields in claims data; and reviewing and cleaning data processing code.

**G.**    **Project Management**
       **(Fees: $3,807.00; Hours Billed: 10.4)**

30.    During the First Interim Fee Period, the Applicant continued to keep abreast of the information filed in the Debtors' bankruptcy cases.  The Applicant devoted time to administrative tasks, including, but not limited to: Working on declaration for court approval as expert to the Committee; writing engagement letter; reviewing time keeping guidelines; and reviewing time records to ensure compliance with timekeeping protocols.

[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

## STATEMENT OF BATES WHITE

31.    The foregoing professional services performed by the Applicant were appropriate and necessary. They were in the best interests of creditors, the Debtors and other parties-in-interest. Compensation for the foregoing services as requested is commensurate with the complexity, importance and nature of the problems, issues or tasks involved.    The professional services were performed in an appropriately expeditious and efficient manner.

32.    The professional services performed by the Applicant on behalf of the Committee during the First Interim Fee Period required an aggregate expenditure of 513.9 recorded hours by the Applicant's employees. Of the aggregate time expended, 68.1 recorded hours were expended by Partners of the Applicant, 6 recorded hours were expended by personnel at the level of Principal, 130.5 recorded hours were expended by personnel at the level of Manager; 294.3 recorded hours were expended by personnel at the level of Senior Consultant, Consultant II and Consultant I, and 15 recorded hours were expended by Quality Assurance Specialist of the Applicant.

33.    During the First Interim Fee Period, the Applicant's hourly billing rates for its personnel ranged from $850.00 to $255.00 per hour. Allowance of compensation in the amount requested would result in a blended hourly billing rate of approximately $395.34 per hour (based upon 513.90 recorded hours at the Applicant's regular billing rates in effect at the time of the performance of services).    Such fees are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable bankruptcy cases in a competitive national economics consulting market. As noted, attached hereto in Exhibit "B" is a schedule listing each of Applicant's personnel who performed services in these cases during the First Interim Fee Period, the hourly rate charged by the Applicant for services performed by each individual and the aggregate number of hours and charges by each individual.

## ACTUAL AND NECESSARY DISBURSEMENTS OF BATES WHITE

34.    As set forth in **Exhibit "C"** hereto, the Applicant has disbursed $776.00 as expenses incurred in providing professional services during the First Interim Fee Period.

35.    The Applicant has made every effort to minimize its disbursements in these cases.    The actual expenses, which are billed at their cost to Applicant, incurred in providing professional services were necessary, reasonable, and justified under the circumstances to serve the needs of the Committee.

## THE REQUESTED COMPENSATION SHOULD BE ALLOWED

36.    Section 331 of the Bankruptcy Code provides for interim compensation of professionals and incorporates the substantive standards of section 330 to govern the Court's award of such compensation.    11 U.S.C. § 331.    Section 330 provides that a court may award a professional employed under section 328 of the Bankruptcy Code "reasonable compensation for actual necessary services rendered . . . and reimbursement for actual, necessary expenses."    11 U.S.C. § 330(a)(1).    Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded . . ., the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> (A)    the time spent on such services;
>
> (B)    the rates charged for such services;
>
> (C)    whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (D)    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

        (E)     with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

        (F)     whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

       37.    Here, the Applicant respectfully submits that the services for which it seeks compensation in this Application were necessary for, beneficial to, and in the best interests of, the Committee. The Applicant further submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services to the Committee. The services rendered by the Applicant were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved. The Applicant respectfully submits that approval of the compensation sought herein is warranted.

### NOTICE

       38.    Notice of this Application has been provided in accordance with the Interim Compensation Order and the Fee Examiner Status Report. Because of the nature of the relief requested, the Applicant submits that such notice is sufficient and that no further notice of the relief requested in the Application need be given to any party.

[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

## CONCLUSION

WHEREFORE, the Applicant respectfully requests that the Court enter an order (i) awarding the Applicant the interim allowance of (a) fees for the First Interim Fee Period in the aggregate amount of $198,620.00, and (b) the reimbursement for actual and necessary expenses the Applicant incurred during the First Interim Fee Period in the amount of $776.00; (ii) authorizing and directing the Debtors to pay the Applicant $39,103.20, representing all unpaid amounts for the First Interim Fee Period; and (iii) granting such other relief as is just.

Dated: August 5, 2010
      Washington, DC

*Charles E Bates*

Charles Bates

Bates White, LLC
1300 Eye Street, NW
Suite 600E
Washington, DC 20005
(202) 408-6110

*Asbestos Liability Consultants for the Official Committee of Unsecured Creditors of Motors Liquidation Co., (f/k/a General Motors Corp.) et al.*

# EXHIBIT A

## Certification of Charles Bates

Bates White, LLC
1300 Eye Street, NW
Suite 600E
Washington, DC 20005
(202) 408-6110

*Asbestos Liability Consultants for the Official Committee of Unsecured
Creditors of Motors Liquidation Co., (f/k/a General Motors Corp.) et al.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) |
| | ) |
| MOTORS LIQUIDATION COMPANY., et al. | ) Chapter 11 |
| (f/k/a General Motors Corp., et al.) | ) |
| | ) Case No. 09-50026 (REG) |
| Debtors. | ) Jointly Administered |
| | ) |

## CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN RESPECT OF FIRST APPLICATION OF BATES WHITE, LLC FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

I, Charles Bates, hereby certify that:

1.      I am Chairman of Bates White, LLC (the "Applicant"), with responsibility as asbestos liability consultant to the Official Committee of Unsecured Creditors (the "Committee") of the Debtors bankruptcy cases of Motors Liquidation Company, (f/k/a General Motors Corp.) et al. as debtors and debtors-in-possession in the Debtors bankruptcy cases (collectively, the "Debtors"), and I submit this first application for interim compensation in compliance with the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases adopted by the Court on November 29, 2009 (the "Local Guidelines"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996 (the "UST Guidelines"), and the Order Pursuant to sections 105(a) and 331 of

the Bankruptcy Code, Bankruptcy Rule 2016(a) and Local Bankruptcy Rule 2016-1, Establishing

Procedures for Interim Monthly Compensation for Professionals [Docket No. 3711] (the "Interim

Compensation Order") and, collectively with the Local Guidelines and UST Guidelines, the

"Guidelines").

      2.    This certification is made in respect of the Applicant's application, dated

August 5, 2010 (the "Application"), for interim compensation and reimbursement of expenses

for the period commencing March 16, 2010 through and including May 31, 2010 (the "First

Interim Fee Period") in accordance with the Guidelines.

      3.    In respect of section A.1 of the Local Guidelines, I certify that:

    a.    I have read the Application;

    b.    to the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Local Guidelines and the UST Guidelines;

    c.    the fees and disbursements sought are billed at rates in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients; and

    d.    in providing a reimbursable service, the Applicant does not make a profit on that service, whether the service is performed by the Applicant in-house or through a third party.

      4.    In respect of section A.2 of the Local Guidelines and as required by the

Interim Compensation Order, I certify that the Applicant has complied with the provision

requiring it to provide the appropriate notice parties, on a monthly basis, with a statement of the

Applicant's fees and disbursements accrued during the previous month, as set forth in the Interim

Compensation Order.

5.    In respect of section A.3 of the Local Guidelines, I certify that counsel for

the Debtors, the United States Trustee for the Southern District of New York and the Chair of the

Committee are each being provided with a copy of this Application.


Dated: August 5, 2010
        Washington, DC

Charles Bates

Bates White, LLC
1300 Eye Street, NW
Suite 600E
Washington, DC 20005
(202) 408-6110

*Asbestos Liability Consultants for the Official
Committee of Unsecured Creditors of Motors
Liquidation Co., (f/k/a General Motors Corp.) et
al.*

# EXHIBIT B

## Summary of Professionals

| Timekeeper Name | Department | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Charles Bates | Environmental and Products Liability | Senior Partner | 59.70 | $850.00 | $50,745.00 |
| Charles Mullin | Environmental and Products Liability | Partner | 8.40 | $625.00 | $5,250.00 |
| Michael Brown | Environmental and Products Liability | Principal | .80 | $450.00 | $360.00 |
| Andrew Evans | Environmental and Products Liability | Principal | 5.20 | $425.00 | $2,210.00 |
| Rachel Grinberg | Environmental and Products Liability | Manager | 119.60 | $395.00 | $47,242.00 |
| Christopher Wieman | Information Services | Manager | 5.00 | $385.00 | $1,925.00 |
| Jorge Gallardo-Garcia | Environmental and Products Liability | Manager | 3.40 | $375.00 | $1,275.00 |
| Peter Kelso | Environmental and Products Liability | Manager | 2.50 | $375.00 | $937.50 |
| Samantha Johnson | Environmental and Products Liability | Quality Assurance Specialist | 15.00 | $325.00 | $4,875.00 |
| Andra Ban | Environmental and Products Liability | Senior Consultant | 53.00 | $325.00 | $2,372.50 |
| Susan Coughlin | Environmental and Products Liability | Senior Consultant | 41.50 | $335.00 | $13,902.50 |
| William Robinson | Environmental and Products Liability | Consultant II | 17.20 | $275.00 | $4,730.00 |
| David Sendor | Environmental and Products Liability | Consultant II | 34.50 | $295.00 | $10,177.50 |
| Zachary Bolian | Environmental and Products Liability | Consultant I | 75.40 | $255.00 | $19,227.00 |
| Mary Huang | Environmental and Products Liability | Consultant I | 27.80 | $255.00 | $7,089.00 |

| Timekeeper Name | Department | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Christopher Morrow | Environmental and Products Liability | Consultant I | 44.90 | $255.00 | $11,449.50 |
| **Total** | | | 513.90 | | $198,620.00 |

# EXHIBIT C

## Summary and Detail of Disbursements

| Description | Billed Amount |
|---|---|
| Round trip train ticket for Charles Bates from Washington, DC to New York, NY for meeting with | $383.00 |
| Round trip train ticket for Rachel Grinberg from Washington, DC to New York, NY for meeting with Philip Bentley, counsel to the Committee | $383.00 |
| Taxi fare from Bates White office to the Union Station with Philip Bentley, counsel to the Committee | $10.00 |
| **Total** | **$776.00** |

**EXHIBIT D-1**

**Summary of Time by Billing Category**

| Subcategory Name | Hours | Fees |
|---|---|---|
| Analysis | 113.00 | $36,708.00 |
| Consulting | 208.70 | $64,596.50 |
| Data Gathering and Processing | 12.10 | $4,727.50 |
| Expert | 59.70 | $50,745.00 |
| Research | 70.40 | $22,394.00 |
| Modeling | 39.60 | $15,642.00 |
| Project Management | 10.40 | $3,807.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total** | **513.90** | **$198,620.00** |

## EXHIBIT D-2

### Detail of Time by Billing Category

| Analysis | | | | |
|---|---|---|---|---|
| Date Incurred | Employee | Hours | Fees | Notes |
| 3/22/2010 | Mullin, Charles | 0.50 | $ 312.50 | Double collection on asbestos claims from perspective of a BK court |
| 3/24/2010 | Mullin, Charles | 3.20 | $2,000.00 | Interaction of solvent defendants share of liability and BK defendant shares |
| 3/25/2010 | Mullin, Charles | 0.40 | $ 250.00 | Interaction of BK and solvent defendant shares |
| 3/29/2010 | Mullin, Charles | 0.60 | $ 375.00 | Potential legal expert for treatment of bankrupt shares |
| 4/2/2010 | Mullin, Charles | 0.70 | $ 437.50 | Model of BK company share netof trusts |
| 4/6/2010 | Mullin, Charles | 0.80 | $ 500.00 | Model of BK valuation inclusive of trust monies |
| 4/28/2010 | Evans, Andrew | 0.80 | $ 340.00 | Input on establishing general model framework |
| 4/29/2010 | Mullin, Charles | 0.70 | $ 437.50 | Formulation of general model |
| 4/30/2010 | Evans, Andrew | 0.60 | $ 255.00 | Additional work supporting team on applicaitons of general model in BK context |
| 5/3/2010 | Robinson, William | 3.00 | $ 825.00 | Lawyer master database review and updates |
| 5/4/2010 | Robinson, William | 3.20 | $ 880.00 | Clean names in master database |
| 5/4/2010 | Robinson, William | 3.00 | $ 825.00 | Update universal tests table for master database |
| 5/5/2010 | Robinson, William | 2.50 | $ 687.50 | Review local tests files |
| 5/6/2010 | Brown, Michael | 0.60 | $ 270.00 | advise regarding potential information sources on settlement values |
| 5/7/2010 | Morrow, Christopher | 1.30 | $ 331.50 | Quality control check of trust offset database. |
| 5/10/2010 | Ban, Andra | 3.20 | $ 1,040.00 | Analyze data in claims Database |
| 5/10/2010 | Ban, Andra | 3.00 | $ 975.00 | Analyze data in claims Database: continued |
| 5/10/2010 | Ban, Andra | 2.80 | $ 910.00 | Continued to analyze data in claims Database |
| 5/11/2010 | Ban, Andra | 0.70 | $ 227.50 | Review supplemental data sources |
| 5/13/2010 | Ban, Andra | 3.50 | $ 1,137.50 | Analyze data in master DB |
| 5/13/2010 | Ban, Andra | 2.00 | $ 650.00 | Analyze data in master DB: continued |
| 5/14/2010 | Ban, Andra | 3.50 | $ 1,137.50 | Forecast asbestos liabilities by disease |
| 5/14/2010 | Ban, Andra | 3.50 | $ 1,137.50 | Continued forecast asbestos liabilities by disease |
| 5/14/2010 | Ban, Andra | 2.00 | $ 650.00 | Review of trends in litigation environment |
| 5/14/2010 | Morrow, Christopher | 3.30 | $ 841.50 | Quality control check of work history cases in the settlement tool |
| 5/14/2010 | Morrow, Christopher | 3.70 | $ 943.50 | Quality control check of products and site identifications settlement tool |
| 5/17/2010 | Ban, Andra | 4.50 | $ 1,462.50 | Prepare to match GM data to supplemental sources--dockets |
| 5/17/2010 | Ban, Andra | 4.00 | $ 1,300.00 | Prepare to match GM data to supplemental sourses--master DB |
| 5/17/2010 | Morrow, Christopher | 3.50 | $ 892.50 | Reviewing bankruptcy trust annual report update. |
| 5/18/2010 | Ban, Andra | 3.50 | $ 1,137.50 | Prepare to match GM data to supplemental sources--CCR |
| 5/18/2010 | Ban, Andra | 3.30 | $ 1,072.50 | Prepare to match GM data to supplemental sources--namings |
| 5/18/2010 | Ban, Andra | 2.20 | $ 715.00 | Continued to prepare to match GM data to supplemental sources--namings |
| 5/18/2010 | Morrow, Christopher | 0.90 | $ 229.50 | Reviewing trust offset exposure details for cases |
| 5/19/2010 | Ban, Andra | 2.00 | $ 650.00 | Prepare to match GM data to supplemental sources--Manville |
| 5/19/2010 | Grinberg, Rachel | 1.00 | $ 395.00 | review of settlement amount patterns in the debtor's data |
| 5/19/2010 | Grinberg, Rachel | 1.00 | $ 395.00 | review of filing patterns in the debtor's data |
| 5/20/2010 | Ban, Andra | 1.00 | $ 325.00 | searching for inputs to Verdicts DB |
| 5/20/2010 | Ban, Andra | 4.50 | $ 1,462.50 | update and analysis of Verdicts DB |
| 5/20/2010 | Morrow, Christopher | 1.00 | $ 255.00 | Form development, product table. |
| 5/21/2010 | Ban, Andra | 3.80 | $ 1,235.00 | continued update and analysis of Verdicts DB |
| 5/21/2010 | Morrow, Christopher | 2.80 | $ 714.00 | Annual trust asset and payment summary (2009 Updates). |

| 5/24/2010 | Robinson, William | 3.00 | $ | 825.00 | Updated master databse utilities |
|---|---|---|---|---|---|
| 5/25/2010 | Robinson, William | 2.50 | $ | 687.50 | Continued updateding master databse utilities |
| 5/26/2010 | Gallardo-Garcia, Jorge | 0.80 | $ | 300.00 | Presentation review and discussion. |
| 5/26/2010 | Morrow, Christopher | 3.50 | $ | 892.50 | Building new solvent product data entry and analysis functionality into trust offset tool. |
| 5/26/2010 | Morrow, Christopher | 1.70 | $ | 433.50 | Building new solvent product data entry and analysis functionality into trust offset tool, continued |
| 5/26/2010 | Mullin, Charles | 0.70 | $ | 437.50 | Estimation methodology review |
| 5/27/2010 | Morrow, Christopher | 1.20 | $ | 306.00 | Updating products functionality. |
| 5/28/2010 | Mullin, Charles | 0.80 | $ | 500.00 | Assessment of discovery requests |
| 5/31/2010 | Morrow, Christopher | 3.70 | $ | 943.50 | Entering solvent defendant product information and updating tool. |
| 5/31/2010 | Morrow, Christopher | 3.00 | $ | 765.00 | Reviewing cases for solvent defendant product identification. |

| | Consulting | | | |
|---|---|---|---|---|
| Date Incurred | Employee | Hours | Fees | Notes |
| 3/24/2010 | Grinberg, Rachel | 0.50 | $ 197.50 | worked on project work streams |
| 3/24/2010 | Grinberg, Rachel | 0.50 | $ 197.50 | continued work on project work streams |
| 3/25/2010 | Grinberg, Rachel | 0.50 | $ 197.50 | brainstorm modeling of shares of bankrupt defendants |
| 3/25/2010 | Grinberg, Rachel | 0.30 | $ 118.50 | debrief re analysis and research tasks |
| 3/25/2010 | Grinberg, Rachel | 0.70 | $ 276.50 | call with Philip Bentley to discuss ibackground research and general model prototype |
| 3/26/2010 | Grinberg, Rachel | 0.80 | $ 316.00 | worked on background research |
| 3/26/2010 | Grinberg, Rachel | 0.30 | $ 118.50 | continued work on background research |
| 3/26/2010 | Grinberg, Rachel | 0.40 | $ 158.00 | work on background research continued |
| 3/26/2010 | Grinberg, Rachel | 0.30 | $ 118.50 | preparing documents for client |
| 3/29/2010 | Grinberg, Rachel | 0.30 | $ 118.50 | prep for discussion re legal expert candidate |
| 3/29/2010 | Grinberg, Rachel | 0.20 | $ 79.00 | reviewed legal expert candidate information |
| 3/31/2010 | Grinberg, Rachel | 0.50 | $ 197.50 | background research follow up |
| 4/1/2010 | Grinberg, Rachel | 0.80 | $ 316.00 | worked on background research |
| 4/2/2010 | Grinberg, Rachel | 1.70 | $ 671.50 | studied Asarco expert report |
| 4/2/2010 | Grinberg, Rachel | 0.90 | $ 355.50 | worked on background research |
| 4/2/2010 | Grinberg, Rachel | 0.90 | $ 355.50 | compiled materials on the candidate for legal expert |
| 4/12/2010 | Grinberg, Rachel | 2.30 | $ 908.50 | modeling of meso values |
| 4/12/2010 | Grinberg, Rachel | 1.30 | $ 513.50 | worked on background research |
| 4/12/2010 | Sendor, David | 1.90 | $ 560.50 | Mesothelioma claimants trust offset modeling |
| 4/29/2010 | Grinberg, Rachel | 1.00 | $ 395.00 | worked on the outline of the analytical building blocks got the general model |
| 5/3/2010 | Sendor, David | 0.70 | $ 206.50 | QC trust offset model |
| 5/3/2010 | Sendor, David | 2.00 | $ 590.00 | added actual defendants to trust offsets naming model |
| 5/3/2010 | Sendor, David | 1.00 | $ 295.00 | update trust offset model |
| 5/5/2010 | Grinberg, Rachel | 1.00 | $ 395.00 | worked on conceptualizing of upcoming work streams |
| 5/11/2010 | Grinberg, Rachel | 0.50 | $ 197.50 | preparation for call with Philip Bentley |
| 5/11/2010 | Grinberg, Rachel | 0.20 | $ 79.00 | call with Philip Bentley re data from the Debtor and upcoming meeting in NYC |
| 5/11/2010 | Grinberg, Rachel | 0.90 | $ 355.50 | worked on presentation on the modeling approach |
| 5/11/2010 | Grinberg, Rachel | 0.40 | $ 158.00 | worked on downloading of the Motors Liquidation data; |
| 5/12/2010 | Grinberg, Rachel | 2.00 | $ 790.00 | worked on General Model methodology deck |
| 5/12/2010 | Grinberg, Rachel | 2.20 | $ 869.00 | continued working on General Model methodology deck |
| 5/12/2010 | Huang, Mary | 0.20 | $ 51.00 | Review received data files |
| 5/12/2010 | Huang, Mary | 1.50 | $ 382.50 | Explore raw claims data |
| 5/12/2010 | Huang, Mary | 1.70 | $ 433.50 | Clean claims data |
| 5/12/2010 | Huang, Mary | 0.70 | $ 178.50 | Combine data to construct claims database |
| 5/12/2010 | Huang, Mary | 0.60 | $ 153.00 | Clean dates and amounts |
| 5/12/2010 | Huang, Mary | 1.00 | $ 255.00 | Preliminary analysis of claims data |
| 5/12/2010 | Sendor, David | 0.50 | $ 147.50 | loaded data into STATA |
| 5/12/2010 | Sendor, David | 0.80 | $ 236.00 | reviewed raw data |
| 5/12/2010 | Sendor, David | 0.70 | $ 206.50 | prepared working analysis file |
| 5/12/2010 | Sendor, David | 0.30 | $ 88.50 | prepared list of tasks for working data |
| 5/12/2010 | Sendor, David | 1.30 | $ 383.50 | cleaned basic variables |
| 5/12/2010 | Sendor, David | 1.20 | $ 354.00 | cleaned data |
| 5/12/2010 | Sendor, David | 1.10 | $ 324.50 | reviewed main data issues |
| 5/12/2010 | Wieman, Christopher | 0.70 | $ 269.50 | corrupted zip file analysis and unzipping |
| 5/12/2010 | Wieman, Christopher | 0.50 | $ 192.50 | continue corrupted XLSX file analysis and attempts to extract valid data |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 5/12/2010 | Wieman, Christopher | 1.50 | $ 577.50 | continue corrupted XLSX file analysis and attempts to extract valid data, write script for reformatting XML of Sheet1 |
| 5/12/2010 | Wieman, Christopher | 1.80 | $ 693.00 | corrupted XLSX file analysis and attempts to extract valid data |
| 5/13/2010 | Grinberg, Rachel | 3.00 | $ 1,185.00 | worked on the presentation for upcoming client meeting |
| 5/13/2010 | Huang, Mary | 0.50 | $ 127.50 | Organize processing scripts |
| 5/13/2010 | Huang, Mary | 0.70 | $ 178.50 | Construct data dictionary |
| 5/13/2010 | Huang, Mary | 1.40 | $ 357.00 | QC of data soundness |
| 5/13/2010 | Huang, Mary | 1.60 | $ 408.00 | Import 2009 update data files |
| 5/13/2010 | Huang, Mary | 0.90 | $ 229.50 | Document data file contents |
| 5/13/2010 | Huang, Mary | 0.30 | $ 76.50 | Combine files for preliminary claims database |
| 5/13/2010 | Huang, Mary | 0.40 | $ 102.00 | Summarize data issues |
| 5/13/2010 | Huang, Mary | 0.40 | $ 102.00 | Update processing scripts |
| 5/13/2010 | Sendor, David | 0.80 | $ 236.00 | reviewed data changes |
| 5/13/2010 | Sendor, David | 2.00 | $ 590.00 | analyzed data variables |
| 5/13/2010 | Sendor, David | 1.20 | $ 354.00 | prepare cleaning tables |
| 5/13/2010 | Wieman, Christopher | 0.50 | $ 192.50 | continue corrupted XLSX file analysis and attempts to extract valid data - script completed, XML data import still failing |
| 5/14/2010 | Huang, Mary | 1.00 | $ 255.00 | Review accuracy of claims data |
| 5/14/2010 | Huang, Mary | 0.30 | $ 76.50 | Update data dictionary |
| 5/14/2010 | Huang, Mary | 0.60 | $ 153.00 | Load in 2009 pending claims |
| 5/14/2010 | Huang, Mary | 0.20 | $ 51.00 | Review 2009 pending claims |
| 5/14/2010 | Huang, Mary | 1.00 | $ 255.00 | Explore 2009 pending claims |
| 5/14/2010 | Huang, Mary | 0.90 | $ 229.50 | Clean state variable in claims data |
| 5/14/2010 | Huang, Mary | 1.00 | $ 255.00 | Clean county variable in claims data |
| 5/14/2010 | Huang, Mary | 1.80 | $ 459.00 | Claims data processing |
| 5/14/2010 | Sendor, David | 1.00 | $ 295.00 | analyzed raw data and data dictionary |
| 5/14/2010 | Sendor, David | 1.00 | $ 295.00 | prepare cleaned data |
| 5/14/2010 | Sendor, David | 0.80 | $ 236.00 | Pending claims analysis |
| 5/16/2010 | Huang, Mary | 0.70 | $ 178.50 | Clean county variable |
| 5/16/2010 | Huang, Mary | 0.30 | $ 76.50 | Clean venue date variables |
| 5/16/2010 | Huang, Mary | 0.30 | $ 76.50 | Consolidate venue data for merge to claims data |
| 5/17/2010 | Bolian, Zachary | 0.30 | $ 76.50 | Outlined objective with regard to deduplicating disposition variables across tables. |
| 5/17/2010 | Bolian, Zachary | 0.20 | $ 51.00 | QC import and preliminary analysis scripts. |
| 5/17/2010 | Bolian, Zachary | 0.20 | $ 51.00 | Reviewed data dictionary for explanation of disposition flags. |
| 5/17/2010 | Bolian, Zachary | 0.50 | $ 127.50 | Perform diagnostics on raw data to determine variations in disposition values across data sources. |
| 5/17/2010 | Bolian, Zachary | 0.40 | $ 102.00 | QC clean scripts for data to understand the preference algorithms used. |
| 5/17/2010 | Bolian, Zachary | 0.20 | $ 51.00 | Reviewed and QCed merge and reconciliation scripts. |
| 5/17/2010 | Bolian, Zachary | 0.40 | $ 102.00 | Began writing code to test and reconcile disposition variables across data sources. |
| 5/17/2010 | Bolian, Zachary | 0.30 | $ 76.50 | Looked through process to determine where I could easily reincorporate the lawyer variable in the data. |
| 5/17/2010 | Bolian, Zachary | 0.60 | $ 153.00 | Added code that preferences disposition variables by their level of specificity. |
| 5/17/2010 | Bolian, Zachary | 0.40 | $ 102.00 | Began coding to clean and preference law firm information. |
| 5/17/2010 | Bolian, Zachary | 0.30 | $ 76.50 | Created diagnostic tests on variable duplicate to determine amount of difficulty caused by misspelled or inconsistently entered law firm observations. |

| Date | Name | Hours | | Amount | Description |
|---|---|---|---|---|---|
| 5/17/2010 | Bolian, Zachary | 0.80 | $ | 204.00 | Implementing a lawyer name cleaning algorithm to the script to reduce spelling errors and other inconsistencies which lead to duplication. |
| 5/17/2010 | Bolian, Zachary | 0.50 | $ | 127.50 | Run through status of variable reconciliation and plan addition of other useful variables.for analysis data set. |
| 5/17/2010 | Bolian, Zachary | 0.50 | $ | 127.50 | Found standardization code for data set and outlined potential outliers to standard code. |
| 5/17/2010 | Bolian, Zachary | 0.40 | $ | 102.00 | Generated cross tabs and tables for QC to ensure data was being treated consistently and accurately. |
| 5/17/2010 | Bolian, Zachary | 0.70 | $ | 178.50 | Set up structure to construct the analysis data set. |
| 5/17/2010 | Bolian, Zachary | 0.80 | $ | 204.00 | Developed algorithm to create big lawyer and big state variables. |
| 5/17/2010 | Bolian, Zachary | 0.50 | $ | 127.50 | Adding details to analysis data set script to drop erroneous variables and to label all variables appropriately. |
| 5/17/2010 | Bolian, Zachary | 0.60 | $ | 153.00 | Added code to reconcile last groups of disposition, amount, and endate variables that were suspicious. |
| 5/17/2010 | Grinberg, Rachel | 1.10 | $ | 434.50 | discussed claims data work streams |
| 5/17/2010 | Huang, Mary | 0.50 | $ | 127.50 | Update data processing task list |
| 5/17/2010 | Huang, Mary | 0.20 | $ | 51.00 | Review outstanding data processing tasks |
| 5/17/2010 | Huang, Mary | 0.30 | $ | 76.50 | Add processed venue data to combined claims data |
| 5/17/2010 | Huang, Mary | 0.50 | $ | 127.50 | Reconcile amount variable in combined claims data |
| 5/17/2010 | Huang, Mary | 0.50 | $ | 127.50 | QC the preliminary combined claims data |
| 5/17/2010 | Sendor, David | 1.00 | $ | 295.00 | clean disposition |
| 5/17/2010 | Sendor, David | 0.50 | $ | 147.50 | GM data review |
| 5/17/2010 | Sendor, David | 0.90 | $ | 265.50 | review next steps for data cleaning |
| 5/17/2010 | Sendor, David | 0.50 | $ | 147.50 | review analysis dataset |
| 5/17/2010 | Sendor, David | 0.80 | $ | 236.00 | team tasks for preparing dataset |
| 5/18/2010 | Bolian, Zachary | 0.40 | $ | 102.00 | Generated data cuts to examine the underlying data of 1% of data with disposition information that appears to be in conflict. |
| 5/18/2010 | Bolian, Zachary | 0.30 | $ | 76.50 | Reading through master lawyer database cleaning utility to introduce full lawyer cleaning into the process. |
| 5/18/2010 | Bolian, Zachary | 0.70 | $ | 178.50 | Made adjustments to use name field from claimant table rather than indemnity to increase population and specificity. |
| 5/18/2010 | Bolian, Zachary | 0.70 | $ | 178.50 | Updated lawyer fields to categorize unknown lawyer as Z_UNK and cleaned name of lawfirm that would become a big_firm. |
| 5/18/2010 | Bolian, Zachary | 0.50 | $ | 127.50 | Reviewed how to use master lawyer cleaning utility. |
| 5/18/2010 | Bolian, Zachary | 0.50 | $ | 127.50 | Incorperated mater lawyer cleaning utility into our data process. |
| 5/18/2010 | Bolian, Zachary | 0.40 | $ | 102.00 | Trouble shooting issues with loading of mater lawyer table from SQL database. |
| 5/18/2010 | Bolian, Zachary | 0.20 | $ | 51.00 | Cleaning lawyer field with master utility. |
| 5/18/2010 | Bolian, Zachary | 1.10 | $ | 280.50 | Handmatching lawyer variables with those in master database. |
| 5/18/2010 | Bolian, Zachary | 1.00 | $ | 255.00 | Changing code in data process to allow lawyer encoding and label values correctly. |
| 5/18/2010 | Bolian, Zachary | 0.40 | $ | 102.00 | Adjusting size variable to indicate size grouping of claim. |
| 5/18/2010 | Bolian, Zachary | 0.40 | $ | 102.00 | Adding code to preserve raw exposure and occupation information. |
| 5/18/2010 | Bolian, Zachary | 0.20 | $ | 51.00 | Debug error in code used to reincorporate occupation field. |
| 5/18/2010 | Bolian, Zachary | 0.60 | $ | 153.00 | Browsed occupation variables to plan best method of creating standard occupation flags for analysis. |
| 5/18/2010 | Bolian, Zachary | 0.20 | $ | 51.00 | Updated labels for exposure variables in analysis database. |

| 5/18/2010 | Bolian, Zachary | 0.20 | $ | 51.00 | Review status and question of various tasks for day and wrote email to team. |
| 5/18/2010 | Evans, Andrew | 0.40 | $ | 170.00 | Materials for Rachel on motivation of general model |
| 5/18/2010 | Huang, Mary | 0.20 | $ | 51.00 | QC the analysis database |
| 5/18/2010 | Huang, Mary | 1.50 | $ | 382.50 | Clean claimant names |
| 5/18/2010 | Huang, Mary | 2.20 | $ | 561.00 | Continue cleaning claimant names |
| 5/18/2010 | Sendor, David | 0.50 | $ | 147.50 | review cleaning |
| 5/18/2010 | Sendor, David | 1.00 | $ | 295.00 | State cleaning |
| 5/19/2010 | Bolian, Zachary | 0.30 | $ | 76.50 | Making adjustments to big lawyer variable labeling and size variable definition and number of states from the 10 to 4. |
| 5/19/2010 | Bolian, Zachary | 0.70 | $ | 178.50 | QC of occupation flag script. |
| 5/19/2010 | Bolian, Zachary | 0.30 | $ | 76.50 | Debugged code that removed occ flags from the process. |
| 5/19/2010 | Bolian, Zachary | 0.30 | $ | 76.50 | Made final adjustments to include occ_flags with variables labels and reran the process. |
| 5/19/2010 | Bolian, Zachary | 2.50 | $ | 637.50 | Developed script to clean occupation and generate standard occupation flags. |
| 5/19/2010 | Bolian, Zachary | 0.20 | $ | 51.00 | Manually review lawyer list in analysis data set to ensure no significant matching was overlooked. |
| 5/19/2010 | Bolian, Zachary | 0.80 | $ | 204.00 | Adding code to correct treatment of inconsistently entered names. |
| 5/19/2010 | Bolian, Zachary | 0.20 | $ | 51.00 | QC changes made to name cleaning script. |
| 5/19/2010 | Bolian, Zachary | 0.30 | $ | 76.50 | Changing code to incorporate deceased flag from claimant table and adjust labeling of unknown state. |
| 5/19/2010 | Bolian, Zachary | 0.60 | $ | 153.00 | Finding spots in code where change in name cleaning algorithm broke process and fixed them. |
| 5/19/2010 | Bolian, Zachary | 1.40 | $ | 357.00 | Began writing reconciliation code between two name cleaning scripts. |
| 5/19/2010 | Bolian, Zachary | 0.60 | $ | 153.00 | Continued with name cleaning code reconciliation. |
| 5/19/2010 | Grinberg, Rachel | 0.70 | $ | 276.50 | review of data request slides |
| 5/19/2010 | Huang, Mary | 0.20 | $ | 51.00 | Explore exposure sites in claims data |
| 5/19/2010 | Huang, Mary | 1.00 | $ | 255.00 | Add variable to analysis database |
| 5/19/2010 | Huang, Mary | 0.20 | $ | 51.00 | Edit claimant name cleaning script |
| 5/20/2010 | Bolian, Zachary | 0.20 | $ | 51.00 | Reviewing the cleaning of raw variables included in the analysis database. |
| 5/20/2010 | Bolian, Zachary | 0.30 | $ | 76.50 | Went through the data dictionary again to determine whether there were any additional variables that it would be useful to incorporate. |
| 5/20/2010 | Bolian, Zachary | 0.30 | $ | 76.50 | Writing code to pull summary breakdown information from analysis data set. |
| 5/20/2010 | Bolian, Zachary | 0.80 | $ | 204.00 | Writing code to produce summary tables by disease and amount. |
| 5/20/2010 | Bolian, Zachary | 0.60 | $ | 153.00 | Adding portion to code that outputs claims by disease and quarter table. |
| 5/20/2010 | Bolian, Zachary | 1.00 | $ | 255.00 | Compiled preliminary slides of summary tables. |
| 5/20/2010 | Bolian, Zachary | 0.40 | $ | 102.00 | Running different tabs on the occ flags to ensure accuracy. |
| 5/20/2010 | Bolian, Zachary | 0.10 | $ | 25.50 | Preparing email about database status. |
| 5/20/2010 | Grinberg, Rachel | 0.90 | $ | 355.50 | compiled the list of variables to request from the Debtor if available |
| 5/21/2010 | Bolian, Zachary | 0.60 | $ | 153.00 | Review slides and outline better breakdown. |
| 5/21/2010 | Bolian, Zachary | 0.50 | $ | 127.50 | Investigated large unknown disease claims by searching for them in the mater database. |
| 5/21/2010 | Bolian, Zachary | 0.50 | $ | 127.50 | Modifying old slides and creating new ones. |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 5/21/2010 | Bolian, Zachary | 0.30 | $ 76.50 | Brainstorm methods to improve the occupation flag creation process. |
| 5/21/2010 | Bolian, Zachary | 0.20 | $ 51.00 | Reviewing most prevalent occupations and determining correct flags to generate. |
| 5/21/2010 | Bolian, Zachary | 0.30 | $ 76.50 | Began making appropriate changes to occupation flag algorithm. |
| 5/21/2010 | Bolian, Zachary | 0.50 | $ 127.50 | Making changes to the occupation flag algorithm. |
| 5/21/2010 | Bolian, Zachary | 0.50 | $ 127.50 | Manually reviewing the occupations that were not given a flag by the algorithm. |
| 5/21/2010 | Bolian, Zachary | 0.20 | $ 51.00 | Re-wrote code to label new occupation flags appropriately. |
| 5/21/2010 | Bolian, Zachary | 0.70 | $ 178.50 | Debugging issues with the specification of the occ_general flag. |
| 5/21/2010 | Bolian, Zachary | 0.20 | $ 51.00 | Final QC of occ flags. |
| 5/21/2010 | Bolian, Zachary | 0.30 | $ 76.50 | Modifying code to incorporate all raw variables. |
| 5/21/2010 | Bolian, Zachary | 1.20 | $ 306.00 | Writing a script to array venue information so that we can include it in the analysis database. |
| 5/21/2010 | Bolian, Zachary | 0.30 | $ 76.50 | Wrote script to clean and incorporate smoker variables into analysis database. |
| 5/21/2010 | Bolian, Zachary | 0.10 | $ 25.50 | Fixing bugs that prevented code from running all the way through to incorporate smoker variables. |
| 5/21/2010 | Grinberg, Rachel | 1.70 | $ 671.50 | slides on summary of the debtors' data |
| 5/21/2010 | Huang, Mary | 0.50 | $ 127.50 | Review processing of occupation variable |
| 5/21/2010 | Sendor, David | 0.50 | $ 147.50 | occupation cleaning |
| 5/23/2010 | Bolian, Zachary | 1.20 | $ 306.00 | Adding code to clean, reconcile and label court specific variables correctly. |
| 5/24/2010 | Bolian, Zachary | 0.20 | $ 51.00 | Investigating observations with no lawyer value specified in the lawyer field. |
| 5/24/2010 | Bolian, Zachary | 0.20 | $ 51.00 | Looked through notes of which claims should be browsed in master database. |
| 5/24/2010 | Bolian, Zachary | 1.00 | $ 255.00 | Walking through lawyer cleaning algorithm to determine where initial standardization is performed. |
| 5/24/2010 | Bolian, Zachary | 0.80 | $ 204.00 | Writing SQL queries to merge master tables to include disease and name. |
| 5/24/2010 | Bolian, Zachary | 0.40 | $ 102.00 | Creating an excel table to translate high valued unknown disease claims to values they hold in master database. |
| 5/24/2010 | Bolian, Zachary | 0.30 | $ 76.50 | Wrote code to incorporate hand matched disease information into database. |
| 5/24/2010 | Bolian, Zachary | 0.20 | $ 51.00 | Tested code to incorporate hand matched disease information to database. |
| 5/24/2010 | Bolian, Zachary | 0.20 | $ 51.00 | Added additional names to claimant disease table after browsing master database at lower threshold. |
| 5/24/2010 | Bolian, Zachary | 0.40 | $ 102.00 | Updated analysis script that produces tables for power point input to include new information. |
| 5/24/2010 | Bolian, Zachary | 0.30 | $ 76.50 | Updated power point slides to include new information. |
| 5/24/2010 | Bolian, Zachary | 2.10 | $ 535.50 | Debugging lawyer cleaning name suggestions. |
| 5/24/2010 | Bolian, Zachary | 0.10 | $ 25.50 | Composing update email. |
| 5/24/2010 | Bolian, Zachary | 0.30 | $ 76.50 | Looked through various lawyer translation outputs  to look for other debugging clues. |
| 5/24/2010 | Bolian, Zachary | 0.40 | $ 102.00 | Handmatching of cleaned lawyer field. |
| 5/24/2010 | Bolian, Zachary | 0.80 | $ 204.00 | Debugging process issue with unincorporated lawyer fields. |
| 5/24/2010 | Bolian, Zachary | 0.30 | $ 76.50 | Testing modification to lawyer cleaning algorithm. |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 5/24/2010 | Grinberg, Rachel | 2.50 | $ 987.50 | worked on differences in claims valuation between the general and the partial models |
| 5/24/2010 | Grinberg, Rachel | 2.40 | $ 948.00 | worked on tabulations of filings and settlement amounts from the debtor's claims data |
| 5/24/2010 | Sendor, David | 1.00 | $ 295.00 | lawyer cleaning algorithm |
| 5/25/2010 | Bolian, Zachary | 0.60 | $ 153.00 | Browsing trust value and tort value database to familiarize myself with content. |
| 5/25/2010 | Bolian, Zachary | 0.80 | $ 204.00 | Ran tabs on data to guide summary table construction strategy. |
| 5/25/2010 | Bolian, Zachary | 0.20 | $ 51.00 | Ran a couple more empirical tests on new reallocate to insolvents code. |
| 5/25/2010 | Bolian, Zachary | 0.40 | $ 102.00 | Began setting up scripts to create trust vs tort analysis. |
| 5/25/2010 | Bolian, Zachary | 0.50 | $ 127.50 | Wrote code to load pertinent variables from trust database into stata format. |
| 5/25/2010 | Bolian, Zachary | 0.20 | $ 51.00 | Created translation table between source variable and company. |
| 5/25/2010 | Bolian, Zachary | 0.30 | $ 76.50 | Matched companies that appear in both the tort and trust databases. |
| 5/25/2010 | Bolian, Zachary | 0.70 | $ 178.50 | Wrote code to create input file with valid tort fields. |
| 5/25/2010 | Bolian, Zachary | 0.30 | $ 76.50 | Adding code to incorporate the translations made by hand to the data process. |
| 5/25/2010 | Bolian, Zachary | 0.30 | $ 76.50 | Reviewing USG data to determine which analysis variables are of interest for this analysis. |
| 5/25/2010 | Bolian, Zachary | 0.40 | $ 102.00 | Writing code to incorporate USG data into dataset for analysis. |
| 5/25/2010 | Bolian, Zachary | 0.20 | $ 51.00 | Making excel file to translate names for bankruptcies database to get correct bankruptcy date. |
| 5/25/2010 | Bolian, Zachary | 0.50 | $ 127.50 | Created code to standardize and consolidate bankruptcy information. |
| 5/25/2010 | Bolian, Zachary | 1.10 | $ 280.50 | Reviewed corporate histories to check data for special treatment needs. |
| 5/25/2010 | Bolian, Zachary | 0.30 | $ 76.50 | Adjusting code based on findings specific to defendants in data. |
| 5/25/2010 | Bolian, Zachary | 0.40 | $ 102.00 | Wrote script to generate average settlement output in tort system. |
| 5/25/2010 | Bolian, Zachary | 0.40 | $ 102.00 | Wrote script that creates summary output table of tort vs trust worlds. |
| 5/25/2010 | Bolian, Zachary | 0.20 | $ 51.00 | Review outputted results. |
| 5/25/2010 | Bolian, Zachary | 0.50 | $ 127.50 | Adding code to incorporate GAF into analysis. |
| 5/25/2010 | Evans, Andrew | 0.20 | $ 85.00 | Other case trust discovery materials for Motors |
| 5/25/2010 | Grinberg, Rachel | 1.20 | $ 474.00 | worked on claims valuation |
| 5/25/2010 | Grinberg, Rachel | 1.50 | $ 592.50 | worked on trust compilation of trust assets |
| 5/25/2010 | Grinberg, Rachel | 3.00 | $ 1,185.00 | worked on comparison of trust and tort values |
| 5/25/2010 | Sendor, David | 1.30 | $ 383.50 | trust versus tort values analysis |
| 5/25/2010 | Sendor, David | 1.70 | $ 501.50 | trust versus tort value analysis |
| 5/26/2010 | Bolian, Zachary | 1.10 | $ 280.50 | Generated various comparison tables to better understand special cases in analysis. |
| 5/26/2010 | Bolian, Zachary | 0.60 | $ 153.00 | Wrote SQL query to pull subset of lawyers with test conditions similar to those in data for testing. |
| 5/26/2010 | Bolian, Zachary | 0.30 | $ 76.50 | Assemble lawyer test file to run through cleaning process for QC. |
| 5/26/2010 | Bolian, Zachary | 0.50 | $ 127.50 | Review of special cases in trust/tort analysis. |
| 5/26/2010 | Bolian, Zachary | 0.80 | $ 204.00 | Wrote code to include more complete Babcock dataset. |

| 5/26/2010 | Bolian, Zachary | 0.50 | $ 127.50 | Wrote code to include payment percentages from bankruptcy database in to analysis. |
| 5/26/2010 | Bolian, Zachary | 0.20 | $ 51.00 | Review companies with intuitively odd comparison. |
| 5/26/2010 | Bolian, Zachary | 0.60 | $ 153.00 | Debugging lawyer cleaning and standardization. |
| 5/26/2010 | Bolian, Zachary | 1.00 | $ 255.00 | Review treatment of tort claims for analysis. |
| 5/26/2010 | Bolian, Zachary | 0.60 | $ 153.00 | Review TDP for scheduled trust value calculation for analysis. |
| 5/26/2010 | Bolian, Zachary | 1.10 | $ 280.50 | Updating analysis to include only funded claims. |
| 5/26/2010 | Bolian, Zachary | 0.30 | $ 76.50 | Reviewing TDP of trusts in analysis. |
| 5/26/2010 | Bolian, Zachary | 0.70 | $ 178.50 | Review previous reports issued for observations in analysis. |
| 5/26/2010 | Bolian, Zachary | 0.20 | $ 51.00 | Review analysis process steps. |
| 5/26/2010 | Bolian, Zachary | 0.70 | $ 178.50 | Create summary slide with table of analysis results. |
| 5/26/2010 | Evans, Andrew | 1.70 | $ 722.50 | Work on data discovery request framing and positioning |
| 5/26/2010 | Grinberg, Rachel | 0.50 | $ 197.50 | reviewed trust assets and face/tort values |
| 5/26/2010 | Grinberg, Rachel | 1.50 | $ 592.50 | reviewed Peterson Grace report |
| 5/26/2010 | Grinberg, Rachel | 1.00 | $ 395.00 | worked on ACC's expert claims valuation |
| 5/26/2010 | Grinberg, Rachel | 2.00 | $ 790.00 | worked on methodology to value pending stock |
| 5/26/2010 | Grinberg, Rachel | 2.30 | $ 908.50 | worked on presentation of claims valuation methodologies |
| 5/26/2010 | Sendor, David | 0.50 | $ 147.50 | review amount of money in various databases |
| 5/26/2010 | Sendor, David | 0.70 | $ 206.50 | QC settlement database values |
| 5/26/2010 | Sendor, David | 0.90 | $ 265.50 | defendant settlement database |
| 5/26/2010 | Sendor, David | 1.30 | $ 383.50 | settlement database analysis |
| 5/26/2010 | Sendor, David | 1.50 | $ 442.50 | prepared lawyer analysis |
| 5/27/2010 | Bolian, Zachary | 0.70 | $ 178.50 | Update lawyer cleaning algorithm with additional test. |
| 5/27/2010 | Bolian, Zachary | 0.20 | $ 51.00 | Review occupation flags to check for misspelled occupation fields. |
| 5/27/2010 | Bolian, Zachary | 0.10 | $ 25.50 | Updated occupation code to account for misspellings. |
| 5/27/2010 | Bolian, Zachary | 1.20 | $ 306.00 | Investigating underlying data for disposition QC. |
| 5/27/2010 | Bolian, Zachary | 1.00 | $ 255.00 | Review underlying data to QC disposition reconciliation. |
| 5/27/2010 | Bolian, Zachary | 0.50 | $ 127.50 | Rview of claims with amount of zero and settled disposition. |
| 5/27/2010 | Bolian, Zachary | 0.30 | $ 76.50 | Brainstorming alternative data cuts to analyze disposition reconciliation. |
| 5/27/2010 | Bolian, Zachary | 0.70 | $ 178.50 | Documented special disposition value cases. |
| 5/27/2010 | Bolian, Zachary | 1.20 | $ 306.00 | Wrote code to more systematically analyze special disposition values. |
| 5/27/2010 | Grinberg, Rachel | 1.50 | $ 592.50 | prepared materials for the client presentation |
| 5/27/2010 | Grinberg, Rachel | 0.90 | $ 355.50 | travel to NYC |
| 5/27/2010 | Grinberg, Rachel | 2.10 | $ 829.50 | worked on presentation to Phil Bentley |
| 5/27/2010 | Grinberg, Rachel | 1.50 | $ 592.50 | continued travel |
| 5/27/2010 | Grinberg, Rachel | 3.00 | $ 1,185.00 | meeting with Philip Bentley and David Blabey |
| 5/27/2010 | Grinberg, Rachel | 4.40 | $ 1,738.00 | travel from NYC |
| 5/27/2010 | Sendor, David | 1.60 | $ 472.00 | lawyer cleaning code review |
| 5/28/2010 | Bolian, Zachary | 0.30 | $ 76.50 | Added code to import raw poc data. |
| 5/28/2010 | Bolian, Zachary | 1.00 | $ 255.00 | Browsing data to identify key variables. |
| 5/28/2010 | Bolian, Zachary | 0.60 | $ 153.00 | Reviewing data for cleaning needs. |
| 5/28/2010 | Bolian, Zachary | 0.50 | $ 127.50 | Developed cleaning algorithm for address field. |
| 5/28/2010 | Bolian, Zachary | 0.50 | $ 127.50 | Began incorporating lawyer cleaning utility to POC scripts. |
| 5/28/2010 | Bolian, Zachary | 0.20 | $ 51.00 | QC output of lawyer cleaning algorithm. |
| 5/28/2010 | Bolian, Zachary | 0.60 | $ 153.00 | Update code to reflect modifications to lawyer cleaning algorithm. |
| 5/28/2010 | Bolian, Zachary | 1.40 | $ 357.00 | Developing name cleaning algorithm for POC dataset. |
| 5/28/2010 | Bolian, Zachary | 0.50 | $ 127.50 | Testing name cleaning algorithm for POC data. |
| 5/28/2010 | Bolian, Zachary | 1.10 | $ 280.50 | Updating name cleaning algorithm based on test results. |

| 5/28/2010 | Bolian, Zachary | 0.40 | $ | 102.00 | Review results of algorithm modification. |
| 5/28/2010 | Bolian, Zachary | 0.50 | $ | 127.50 | Debugging replacement code of naming algorithm. |
| 5/28/2010 | Bolian, Zachary | 0.50 | $ | 127.50 | Debugging lawyer standardization. |
| 5/28/2010 | Evans, Andrew | 1.30 | $ | 552.50 | Motivation, justification, and precidents for discovery |
| 5/28/2010 | Grinberg, Rachel | 0.70 | $ | 276.50 | debrief on meeting with Phil Bentley |
| 5/28/2010 | Grinberg, Rachel | 0.80 | $ | 316.00 | worked on notes from meeting with Phil Bentley |
| 5/28/2010 | Grinberg, Rachel | 0.80 | $ | 316.00 | worked on POC data |

| Data Gathering & Processing | | | | |
| Date Incurred | Employee | Hours | Fees | Notes |
|---|---|---|---|---|
| 5/13/2010 | Grinberg, Rachel | 2.10 | $ 829.50 | preliminary review of Debtor's claims data |
| 5/14/2010 | Grinberg, Rachel | 1.00 | $ 395.00 | overview of tables and databases of Debtor's claims |
| 5/17/2010 | Grinberg, Rachel | 0.90 | $ 355.50 | analyzed disposition fields in the Debtor's claims data |
| 5/18/2010 | Grinberg, Rachel | 0.70 | $ 276.50 | reviewed prelim database of Debtor's claims |
| 5/19/2010 | Grinberg, Rachel | 0.50 | $ 197.50 | overview of processed fields in the Debtor's claims data |
| 5/19/2010 | Grinberg, Rachel | 1.30 | $ 513.50 | overview of exposure related fields in the Debtor's claims data |
| 5/21/2010 | Grinberg, Rachel | 1.20 | $ 474.00 | overview of occupation field in the debtors' claims data |
| 5/24/2010 | Gallardo-Garcia, Jorge | 0.70 | $ 262.50 | Review lawyer cleaning scripts. |
| 5/24/2010 | Grinberg, Rachel | 1.00 | $ 395.00 | worked on Debtor's claims data - lawyer field standardization |
| 5/25/2010 | Gallardo-Garcia, Jorge | 0.70 | $ 262.50 | Discuss friction products forecasts and incidence curve for forecast. |
| 5/25/2010 | Grinberg, Rachel | 0.80 | $ 316.00 | analyzed additional fields in the claims data |
| 5/26/2010 | Gallardo-Garcia, Jorge | 0.50 | $ 187.50 | Review lawyer cleaning code and debug. |
| 5/26/2010 | Gallardo-Garcia, Jorge | 0.70 | $ 262.50 | Discuss trust TDP values. |

| Expert Time | | | | |
|---|---|---|---|---|
| Date Incurred | Employee | Hours | Fees | Notes |
| 3/23/2010 | Bates, Charles | 1.00 | $    850.00 | GM prep for call |
| 3/23/2010 | Bates, Charles | 1.70 | $ 1,445.00 | prep for client call w/Philip Bentley to discuss project scope |
| 3/23/2010 | Bates, Charles | 0.50 | $    425.00 | call with Philip Bentley to discuss project scope |
| 3/24/2010 | Bates, Charles | 1.30 | $ 1,105.00 | GM. evaluate potential data requests |
| 3/24/2010 | Bates, Charles | 0.50 | $    425.00 | GM: work on model design |
| 3/24/2010 | Bates, Charles | 0.40 | $    340.00 | GM: plan data request |
| 3/24/2010 | Bates, Charles | 0.60 | $    510.00 | GM: work on background product research |
| 3/24/2010 | Bates, Charles | 0.40 | $    340.00 | GM: work on declaration |
| 3/25/2010 | Bates, Charles | 0.50 | $    425.00 | GM work on modeling approach |
| 3/25/2010 | Bates, Charles | 0.50 | $    425.00 | GM work on modeling approach |
| 3/25/2010 | Bates, Charles | 0.40 | $    340.00 | GM: Discovery precedents research |
| 3/25/2010 | Bates, Charles | 0.50 | $    425.00 | GM start background research project |
| 3/25/2010 | Bates, Charles | 0.30 | $    255.00 | prep for client call w/Philip Bentley to discuss initial work streams |
| 3/25/2010 | Bates, Charles | 0.70 | $    595.00 | client call with Philip Bentley  to discuss initial work streams |
| 3/29/2010 | Bates, Charles | 0.50 | $    425.00 | review names for legal expert |
| 3/31/2010 | Bates, Charles | 1.00 | $    850.00 | work on model approaches |
| 4/1/2010 | Bates, Charles | 0.70 | $    595.00 | GM work on model approaches |
| 4/5/2010 | Bates, Charles | 1.00 | $    850.00 | work on estimation methodology |
| 4/8/2010 | Bates, Charles | 0.40 | $    340.00 | GM: Finalize and sign declaration |
| 4/8/2010 | Bates, Charles | 0.30 | $    255.00 | review declaration |
| 4/19/2010 | Bates, Charles | 0.70 | $    595.00 | Motors Liq:: work on general model prototype |
| 4/19/2010 | Bates, Charles | 1.50 | $ 1,275.00 | Mortor Liq: work on general model prototype |
| 4/19/2010 | Bates, Charles | 0.90 | $    765.00 | continued work on general model prototype |
| 4/20/2010 | Bates, Charles | 0.50 | $    425.00 | Motors Liq: work on estimation methodology |
| 4/21/2010 | Bates, Charles | 1.20 | $ 1,020.00 | Motors Liq: work on estimation model |
| 4/21/2010 | Bates, Charles | 0.50 | $    425.00 | Motors Liq: work on estimation model |
| 4/21/2010 | Bates, Charles | 0.60 | $    510.00 | Motors Liq: work on estimation model |
| 4/21/2010 | Bates, Charles | 0.60 | $    510.00 | continued work on model development |
| 4/21/2010 | Bates, Charles | 0.10 | $     85.00 | working on model development |
| 4/21/2010 | Bates, Charles | 1.20 | $ 1,020.00 | developing model work |
| 4/26/2010 | Bates, Charles | 0.70 | $    595.00 | work on model development continued |
| 4/26/2010 | Bates, Charles | 0.20 | $    170.00 | Motors Liq: Review emails from Bently re:GM-Royal engagement of 2005 |
| 4/26/2010 | Bates, Charles | 0.40 | $    340.00 | Motors Liq: Research GM-Royal engagement |
| 4/26/2010 | Bates, Charles | 0.30 | $    255.00 | Motors Liq: Analyze GM_Royal matter for retention issues |
| 4/26/2010 | Bates, Charles | 0.40 | $    340.00 | Motors Liq: Follow up on GM_Royal matter of 2005 |
| 4/26/2010 | Bates, Charles | 0.20 | $    170.00 | Motors Liq: Additional review of GM_Royal matter of 2005 |
| 4/27/2010 | Bates, Charles | 0.30 | $    255.00 | Motors Liq: Follow up on GM_Royal matter of 2005 |
| 4/27/2010 | Bates, Charles | 0.20 | $    170.00 | Motors Liq: Review of time records |
| 4/27/2010 | Bates, Charles | 1.20 | $ 1,020.00 | Motors Liq: Work on analytical building blocks for the general model |
| 4/27/2010 | Bates, Charles | 1.20 | $ 1,020.00 | Motors Liq: Work on model development |
| 4/28/2010 | Bates, Charles | 1.00 | $    850.00 | Motors Liq: Work on model development |
| 4/29/2010 | Bates, Charles | 1.30 | $ 1,105.00 | work on model development |
| 4/29/2010 | Bates, Charles | 0.10 | $     85.00 | Motors Liq: review time records |
| 4/29/2010 | Bates, Charles | 0.70 | $    595.00 | model development work |
| 4/29/2010 | Bates, Charles | 0.80 | $    680.00 | Motors Liq: Continuation of work on model development |
| 4/29/2010 | Bates, Charles | 1.00 | $    850.00 | Motors Liq: research aggregate asbestos expenditures |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 4/30/2010 | Bates, Charles | 0.30 | $ 255.00 | Motor Liq: Work on accounting for work histories into general model |
| 5/3/2010 | Bates, Charles | 0.20 | $ 170.00 | Review time records for billings |
| 5/4/2010 | Bates, Charles | 0.50 | $ 425.00 | Work on project staffing |
| 5/5/2010 | Bates, Charles | 0.20 | $ 170.00 | Continued work on project planning |
| 5/5/2010 | Bates, Charles | 0.20 | $ 170.00 | Continued work on project planning |
| 5/11/2010 | Bates, Charles | 0.50 | $ 425.00 | Work on data request |
| 5/11/2010 | Bates, Charles | 1.10 | $ 935.00 | Continuation of work on data request |
| 5/11/2010 | Bates, Charles | 0.50 | $ 425.00 | Preparation for call with Philip Bentley re data from the Debtor and upcoming meeting with him in NYC |
| 5/11/2010 | Bates, Charles | 0.20 | $ 170.00 | Call with Philip Bentley in which we discussed data from the Debtor and our meeting in New York in May. |
| 5/11/2010 | Bates, Charles | 1.50 | $1,275.00 | Continuation of work on data request |
| 5/11/2010 | Bates, Charles | 0.70 | $ 595.00 | Work on data requirements |
| 5/12/2010 | Bates, Charles | 0.80 | $ 680.00 | Begin GM data review |
| 5/18/2010 | Bates, Charles | 0.40 | $ 340.00 | Initial review of Debtor's claims data |
| 5/19/2010 | Bates, Charles | 0.50 | $ 425.00 | Review of Debtor's claims data |
| 5/19/2010 | Bates, Charles | 1.00 | $ 850.00 | Continuation of Debtor's claims data review |
| 5/24/2010 | Bates, Charles | 0.30 | $ 255.00 | Work on data request |
| 5/24/2010 | Bates, Charles | 0.50 | $ 425.00 | Condinued work on data request |
| 5/24/2010 | Bates, Charles | 1.00 | $ 850.00 | Work on preliminary data review |
| 5/25/2010 | Bates, Charles | 0.50 | $ 425.00 | Prep for client meeting |
| 5/26/2010 | Bates, Charles | 1.80 | $1,530.00 | Work on modeling presentation |
| 5/26/2010 | Bates, Charles | 2.40 | $2,040.00 | Continuation of work on modeling presentation |
| 5/27/2010 | Bates, Charles | 3.00 | $2,550.00 | Presentation to Phil Bentley |
| 5/27/2010 | Bates, Charles | 0.90 | $ 765.00 | Preparation for the client presentation |
| 5/27/2010 | Bates, Charles | 0.90 | $ 765.00 | Travel time to client meeting in New York. |
| 5/27/2010 | Bates, Charles | 2.10 | $1,785.00 | Presentation preparation |
| 5/27/2010 | Bates, Charles | 1.50 | $1,275.00 | travel time to Kramer Levin Naftalis & Frankel offices |
| 5/27/2010 | Bates, Charles | 4.40 | $3,740.00 | Travel time from New York to home |
| 5/28/2010 | Bates, Charles | 0.80 | $ 680.00 | Project planning |

| Research | | | | |
|---|---|---|---|---|
| Date Incurred | Employee | Hours | Fees | Notes |
| 3/25/2010 | Coughlin, Susan | 0.80 | $ 268.00 | Define scope of project |
| 3/25/2010 | Coughlin, Susan | 0.70 | $ 234.50 | call with Philip Bentley to discuss initial research agenda |
| 3/25/2010 | Coughlin, Susan | 1.20 | $ 402.00 | Reviewing GM financial documents |
| 3/26/2010 | Coughlin, Susan | 0.60 | $ 201.00 | Outlining research goals |
| 3/26/2010 | Coughlin, Susan | 1.70 | $ 569.50 | Researching GM product types |
| 3/26/2010 | Coughlin, Susan | 1.90 | $ 636.50 | Researching GM corporate history and potential product markets |
| 3/26/2010 | Johnson, Samantha | 0.30 | $ 97.50 | product research briefing |
| 3/29/2010 | Coughlin, Susan | 1.70 | $ 569.50 | Compiled list of asbestos containing products associated with GM |
| 3/29/2010 | Coughlin, Susan | 1.80 | $ 603.00 | Reviewed previous asbestos litigation involving GM |
| 3/29/2010 | Coughlin, Susan | 1.60 | $ 536.00 | Researched GM asbestos containing products |
| 3/29/2010 | Johnson, Samantha | 2.40 | $ 780.00 | tracking down sources for background research - in house material |
| 3/30/2010 | Coughlin, Susan | 1.40 | $ 469.00 | Compiled epidemiological studies relating to brake mechanics |
| 3/30/2010 | Coughlin, Susan | 3.20 | $ 1,072.00 | Reviewed studies for relevance to asbestos exposure |
| 3/30/2010 | Coughlin, Susan | 2.70 | $ 904.50 | Searched for additional epidemiological studies related to auto mechanics |
| 4/1/2010 | Brown, Michael | 0.20 | $ 90.00 | provide general information about claim valuation in bankruptcy cases |
| 4/12/2010 | Coughlin, Susan | 1.20 | $ 402.00 | Outlining epidemiology study review goals |
| 4/12/2010 | Coughlin, Susan | 1.90 | $ 636.50 | Compiling list of litigations related to General Motors and auto brake products |
| 4/12/2010 | Coughlin, Susan | 2.20 | $ 737.00 | Researching GM products with history of asbestos use |
| 4/12/2010 | Coughlin, Susan | 1.90 | $ 636.50 | Summarizing findings of product research |
| 4/13/2010 | Coughlin, Susan | 0.70 | $ 234.50 | Review of Grenier court documents for references to relevant epidemiology studies |
| 4/13/2010 | Coughlin, Susan | 1.40 | $ 469.00 | Researching asbestos decomposition in normal brake use |
| 4/13/2010 | Coughlin, Susan | 1.10 | $ 368.50 | Review of court documents related to friction products |
| 4/13/2010 | Coughlin, Susan | 1.80 | $ 603.00 | identification of court cases involving friction products |
| 4/14/2010 | Coughlin, Susan | 3.40 | $ 1,139.00 | Review of court documents identified on SharePoint as related to auto mechanics |
| 4/14/2010 | Coughlin, Susan | 2.60 | $ 871.00 | Summarizing results of court case search |
| 4/19/2010 | Coughlin, Susan | 1.00 | $ 335.00 | Additional research on court cases alleging mechanic exposure to asbestos |
| 4/19/2010 | Coughlin, Susan | 1.50 | $ 502.50 | Review of studies alleging auto mechanic exposure to asbestos |
| 4/26/2010 | Coughlin, Susan | 1.50 | $ 502.50 | Defining progress in product research |
| 4/26/2010 | Evans, Andrew | 0.20 | $ 85.00 | Follow-up on GM-Royal work to prep for possible response on ACC objection |
| 4/26/2010 | Johnson, Samantha | 0.50 | $ 162.50 | summary of research done up to this point |
| 4/26/2010 | Johnson, Samantha | 2.00 | $ 650.00 | review of spreadsheet summarizing academic articles on brake mechanics and asbestos |
| 4/27/2010 | Johnson, Samantha | 0.50 | $ 162.50 | state tort laws for court rulings - DE |
| 4/27/2010 | Johnson, Samantha | 0.30 | $ 97.50 | reading draft write-up of products information |
| 4/27/2010 | Johnson, Samantha | 0.70 | $ 227.50 | reviewing court rulings involving brake mechanics |
| 4/27/2010 | Johnson, Samantha | 0.40 | $ 130.00 | review of state tort laws for court rulings - FL |
| 4/27/2010 | Johnson, Samantha | 0.60 | $ 195.00 | state tort laws for court rulings - TX |
| 5/3/2010 | Johnson, Samantha | 1.20 | $ 390.00 | state tort laws that may have impacted court rulings - FL |

| | | | | |
|---|---|---|---|---|
| 5/3/2010 | Johnson, Samantha | 1.80 | $ 585.00 | state tort laws compared to rulings - NJ |
| 5/3/2010 | Morrow, Christopher | 3.60 | $ 918.00 | Downloading annual reports from various trusts (2009 updates) |
| 5/4/2010 | Morrow, Christopher | 3.80 | $ 969.00 | Updating bankruptcy trust annual report information in database (2009 Updates). |
| 5/6/2010 | Morrow, Christopher | 0.50 | $ 127.50 | Continued entering annual report trust data into bankruptcy database (2009 Updates). |
| 5/6/2010 | Morrow, Christopher | 3.00 | $ 765.00 | Quality control due-dilligence on bankruptcy trust claim summary information |
| 5/6/2010 | Morrow, Christopher | 1.90 | $ 484.50 | Quality control due-dilligence on bankruptcy trust claim summary information, continued |
| 5/12/2010 | Morrow, Christopher | 2.50 | $ 637.50 | Mesothelioma occurrence research, bankruptcy frequency and trust payment research. |
| 5/28/2010 | Kelso, Peter | 2.50 | $ 937.50 | memorandum on trust transparency efforts |

| Modeling | | | | |
|---|---|---|---|---|
| Date Incurred | Employee | Hours | Fees | Notes |
| 4/13/2010 | Grinberg, Rachel | 1.00 | $   395.00 | worked on mesothelioma values modeling |
| 4/15/2010 | Grinberg, Rachel | 0.80 | $   316.00 | worked on the valuation model |
| 4/19/2010 | Grinberg, Rachel | 1.50 | $   592.50 | worked on meso model prototype |
| 4/19/2010 | Grinberg, Rachel | 2.30 | $   908.50 | meso model prototype overview |
| 4/20/2010 | Grinberg, Rachel | 2.20 | $   869.00 | Modeling methodology outline |
| 4/20/2010 | Grinberg, Rachel | 1.00 | $   395.00 | Continued work on modeling methodology outline |
| 4/21/2010 | Grinberg, Rachel | 1.00 | $   395.00 | Modeling methodology  overview |
| 4/21/2010 | Grinberg, Rachel | 2.50 | $   987.50 | worked on modeling methodology |
| 4/21/2010 | Grinberg, Rachel | 0.50 | $   197.50 | reviewed modeling methodology concerning next steps |
| 4/21/2010 | Grinberg, Rachel | 1.50 | $   592.50 | worked on modeling methodology continued |
| 4/21/2010 | Grinberg, Rachel | 0.50 | $   197.50 | Worked on modeling methodology |
| 4/23/2010 | Grinberg, Rachel | 0.50 | $   197.50 | worked on steps in modeling approach |
| 4/23/2010 | Grinberg, Rachel | 0.50 | $   197.50 | reviewed steps in modeling approach |
| 4/23/2010 | Grinberg, Rachel | 2.00 | $   790.00 | worked on the modeling methodology |
| 4/23/2010 | Grinberg, Rachel | 2.00 | $   790.00 | continued work on modeling methodology |
| 4/26/2010 | Grinberg, Rachel | 1.00 | $   395.00 | worked on the forecasting methodology |
| 4/26/2010 | Grinberg, Rachel | 1.20 | $   474.00 | worked on the forecasting methodology |
| 4/26/2010 | Grinberg, Rachel | 2.10 | $   829.50 | continued work on the forecasting methodology |
| 4/27/2010 | Grinberg, Rachel | 3.00 | $ 1,185.00 | worked on the forecasting methodology and motivation for general model |
| 4/27/2010 | Grinberg, Rachel | 2.20 | $   869.00 | worked on analytical building blocks for the general model |
| 4/28/2010 | Grinberg, Rachel | 1.10 | $   434.50 | reviewed estimation steps |
| 4/28/2010 | Grinberg, Rachel | 1.90 | $   750.50 | worked on analytical building blocks for the general model |
| 4/28/2010 | Grinberg, Rachel | 0.50 | $   197.50 | forecasting methodology overview |
| 4/29/2010 | Grinberg, Rachel | 2.00 | $   790.00 | continued work on the outline of the analytical building blocks got the general model |
| 4/29/2010 | Grinberg, Rachel | 1.70 | $   671.50 | worked on the analytical building blocks for the general model |
| 5/3/2010 | Grinberg, Rachel | 1.20 | $   474.00 | overview of data needed for the model estimation |
| 5/3/2010 | Grinberg, Rachel | 0.80 | $   316.00 | worked on updates to the simulation model prototype |
| 5/4/2010 | Grinberg, Rachel | 1.10 | $   434.50 | worked on updates to the general model framework |

| | Project Management | | | |
|---|---|---|---|---|
| Date Incurred | Employee | Hours | Fees | Notes |
| 3/24/2010 | Grinberg, Rachel | 0.70 | $ 276.50 | worked on the declaration and the retention letter |
| 3/24/2010 | Grinberg, Rachel | 0.70 | $ 276.50 | retention letter declaration draft |
| 3/25/2010 | Grinberg, Rachel | 0.60 | $ 237.00 | worked on the declaration |
| 3/25/2010 | Grinberg, Rachel | 0.40 | $ 158.00 | revised the declaration |
| 3/25/2010 | Grinberg, Rachel | 0.60 | $ 237.00 | worked on the declaration and the retention letter |
| 4/8/2010 | Grinberg, Rachel | 0.20 | $ 79.00 | work on the declaration continued |
| 4/8/2010 | Grinberg, Rachel | 0.40 | $ 158.00 | worked on the declaration |
| 4/16/2010 | Grinberg, Rachel | 0.50 | $ 197.50 | review of time keeping to comply with bankruptcy court orders |
| 4/19/2010 | Grinberg, Rachel | 0.30 | $ 118.50 | worked on work streams for the upcoming week |
| 4/26/2010 | Grinberg, Rachel | 0.50 | $ 197.50 | reviewed team's time entries and protocols |
| 4/30/2010 | Grinberg, Rachel | 0.10 | $ 39.50 | call with Jennifer Sharret re time keeping guide lines |
| 4/30/2010 | Grinberg, Rachel | 0.20 | $ 79.00 | overview of the time keeping guide lines |
| 4/30/2010 | Grinberg, Rachel | 0.30 | $ 118.50 | drafted email to communicate time keeping guide lines to the team |
| 5/3/2010 | Grinberg, Rachel | 0.60 | $ 237.00 | review of invoices |
| 5/6/2010 | Johnson, Samantha | 0.90 | $ 292.50 | reviewing time records for April to ensure compliance with bankruptcy protocol |
| 5/10/2010 | Johnson, Samantha | 0.60 | $ 195.00 | review of time for team from last week to ensure compliance with bankruptcy protocol |
| 5/11/2010 | Johnson, Samantha | 1.30 | $ 422.50 | review of Motors time for protocol compliance - April |
| 5/17/2010 | Johnson, Samantha | 0.80 | $ 260.00 | review of last week's time records to ensure team is complying with bankruptcy standards |
| 5/24/2010 | Johnson, Samantha | 0.70 | $ 227.50 | review of time records for team to ensure compliance with bankruptcy standards |