MOTOR LIQUIDATION COMPANY, *et al.*
f/k/a General Motors Corp., *et al.*

SUMMARY OF PROFESSIONAL
TIME CHARGES AND FEES
FOR THE PERIOD
FEBRUARY 1, 2010 THROUGH MAY 31, 2010

### EXHIBIT A

Listed below are the Brownfield Partners' professionals who performed services during the referenced period, their respective hourly rates, hours incurred, and associated fees.

| Name | Title | Hours | Rate | Amount* |
|---|---|---|---|---|
| 1000 - Douglas Elenowitz | Partner | 22.30 | 300.00 | 6,690.00 |
| 1001 - Mary Hashem | Partner | 277.70 | 300.00 | 83,310.00 |
| 1002 - Morgan Landers | Planner | 16.00 | 198.00 | 3,168.00 |
| 1003 - Stuart Miner | Partner | 129.50 | 300.00 | 38,850.00 |
| 1004 - David McMurtry | Principal | 602.70 | 330.00 | 198,891.00 |
| 1005 - Doug Mosteller | Senior Assoc. | 310.00 | 264.00 | 81,840.00 |
| 1006 - Debbie Rosenblum | Admin/Clerical | 55.30 | 66.00 | 3,649.80 |
| **TOTALS:** | | **1,413.50** | | **$ 416,398.80** |

|  |  |
|---|---|
| Total Fees: | $ 416,398.80 |
| Total Expenses: | $   14,930.47 |
| Total Fees and Expenses: | $ 431,329.27 |

\* The compensation is no more than the customary compensation charged by comparably skilled professionals in cases other than those under Title 11.

ME1 10249236v.1

MOTOR LIQUIDATION COMPANY, *et al.*
f/k/a General Motors Corp., *et al.*

SUMMARY OF PROFESSIONAL
TIME CHARGES AND FEES
FOR THE PERIOD
FEBRUARY 1, 2010 THROUGH MAY 31, 2010

## EXHIBIT B

Listed below are the hours incurred and associated time charges for each time detail category.

| Task Code | Hours | Fees |
|---|---:|---:|
| B160 - Fee and Employment Application | 111.90 | 20,701.80 |
| B195 - Travel Time | 47.50 | 14,637.00 |
| B250 - Real Estate | 1,254.10 | 381,060.00 |
| **TOTAL:** | **1,413.50** | **$ 416,398.80** |

ME1 10249236v.1

MOTOR LIQUIDATION COMPANY, *et al.*
f/k/a General Motors Corp., *et al.*

SUMMARY OF EXPENSES FOR THE PERIOD
FEBRUARY 1, 2010 THROUGH MAY 31, 2010

## EXHIBIT C

Listed below are the expenses incurred for each expense category broken down by monthly fee statement:

| | |
|---|---:|
| **FEBRUARY EXPENSES** | |
| Air Fare | 3,709.27 |
| Car Rental | 648.91 |
| Gas | 77.14 |
| Taxi | 86.95 |
| Meals | 120.09 |
| Hotel | 2,118.22 |
| Parking | 189.47 |
| Mileage | 44.00 |
| Internet | 29.95 |
| Telephone | 10.89 |
| Office Supplies | 20.78 |
| Postage & Delivery | 90.28 |
| **Total February Expenses** | **$7,145.95** |
| **MARCH EXPENSES** | |
| Air Fare | 3,892.42 |
| Other Transportation | 2.00 |
| Taxi | 108.40 |
| Meals | 71.67 |
| Hotel | 532.92 |
| Parking | 69.50 |
| Agent Fee | 35.00 |
| Mileage | 22.00 |
| Postage & Delivery | 58.13 |
| **Total March Expenses** | **$4,792.04** |
| **APRIL EXPENSES** | |
| Air Fare | 1,217.22 |
| Taxi | 151.00 |
| Meals | 118.46 |
| Hotel | 1,138.23 |
| Parking | 75.62 |
| Mileage | 66.00 |
| Internet | 12.95 |
| Telephone | 13.42 |
| **Total April Expenses** | **$2,792.90** |
| **MAY EXPENSES** | |
| Telephone | 73.70 |
| Postage & Delivery | 125.88 |
| **Total May Expenses** | **$199.58** |
| **TOTAL FOR ALL MONTHS** | **$14,930.47** |

ME1 10249236v.1