# EXHIBIT D

**EXHIBIT D**

**SUMMARY OF THIRD INTERIM FEE APPLICATION
OF BUTZEL LONG FOR SERVICES RENDERED FOR
THE PERIOD FEBRUARY 1, 2010 THROUGH MAY 31, 2010**

| NAME OF PROFESSIONAL SHAREHOLDERS | DEPARTMENT[1] | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Richard Brosnick | LIT | 1997 | $490.00 | 8.5 | $4,165.00 |
| Eric Fisher | BK, LIT | 1996 | $525.00 | 192.2 | $100,905.00 |
| Jane Greyf | CORP | 1999 | $590.00 | 2.1 | $1,239.00 |
| Barry N. Seidel | BK | 1978 | $725.00 | 97.8 | $70,905.00 |
| Robert Sidorsky | BK, LIT | 1983 | $625.00 | 10.1 | $6,312.50 |
| **Total Shareholders:** | | | | **310.7** | **$183,526.50** |

| NAME OF PROFESSIONAL ASSOCIATES | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Maria Caceres-Boneau | LIT | 2008 | $325.00 | 87.1 | $28,307.50 |
| Katie L. Cooperman | BK, CORP | 2006 | $395.00 | 480.1 | $189,639.50 |
| Orlee Goldfeld | BK, LIT | 1999 | $435.00 | 0.3 | $130.50 |
| Omer Granit | CORP | 2008 | $325.00 | 32.5 | $10,562.50 |
| Laura Tedesco | CORP | 2010 | $215.00 | 5.9 | $1,268.50 |
| **Total Associates:** | | | | **605.9** | **$229,908.50** |

---

[1] BK – Bankruptcy, CORP – Corporate, LIT – Litigation.

| NAME OF PROFESSIONAL PARALEGALS | DEPARTMENT | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Frederick Capria | LIT | $245.00 | 83.5 | $20,457.50 |
| Michelle Martinez | LIT | $150.00 | 1.6 | $240.00 |
| Kimberly A. Schoening | LIT | $140.00 | 7.8 | $1,092.00 |
| **Total Paralegals:** | | | **92.9** | **$21,789.50** |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Shareholders | $590.69 | 310.7 | $183,526.50 |
| Associates | $379.45 | 605.9 | $229,908.50 |
| Paralegals | $234.55 | 92.9 | $21,789.50 |
| **Total Fees Incurred** | | **1,009.5** | **$435,224.50** |
| **Blended Attorney Rate** | **$451.05** | | |
| | | | |
| **Total Fees** | | | **$435,224.50** |
| **Less Adjustment**[2] | | | **($5,379.75)** |
| **Total Fees Requested** | | **1,009.5** | **$429,844.75** |

---

[2] BL has only requested 50% of fees incurred in connection with its preparation of monthly fee statements.