# EXHIBIT E

**EXHIBIT E**

**EXPENSE SUMMARY BY BUTZEL LONG FOR THE THIRD
INTERIM PERIOD OF FEBRUARY 1, 2010 THROUGH MAY 31, 2010**

| EXPENSES | AMOUNT |
|---|---|
| Copies | $1,451.10[1] |
| Local Travel | $180.00 |
| Out of Town Travel and Lodging | $1,950.93 |
| Local Meals | $20.00[2] |
| Out of Town Meals | $294.15[3] |
| Third Party Service Fees | $5,571.43[4] |
| Express Delivery | $835.94 |
| Computer Research - Westlaw | $8,328.67 |
| Computer Research - LexisNexis | $30.40 |
| Document Productions | $1,809.03[5] |
| Deposition Lunch | $307.66[6] |
| Filing Fees | $27.12 |

---

[1] These charges reflect a fee of $0.10 per copy. BL wrote off $665.36 relating to copy charges invoiced pursuant to its February Statement and $214.24 relating to copy charges invoiced pursuant to the March Statement in accordance with this Court's determination that copies are reimbursable at the lesser of $0.10 and cost.

[2] On March 11, 2010, Katie Cooperman incurred $29.01 on an in-house meal expense after 8:00 pm while performing required work on the JPMorgan Chase Bank, N.A. adversary proceeding. In connection with such expense, only $20.00 is requested for reimbursement.

[3] $96.28 and $90.94 of these charges relate to two working dinners shared between Eric Fisher and Katie Cooperman while in Chicago conducting depositions in connection with the JPMorgan Chase Bank, N.A. adversary proceeding.

[4] These charges reflect disbursements made to third parties in connection with preparing for and conducting depositions. In particular, BL paid Complete Document Source Inc. $496.80. The remaining $5,074.63 was paid to Westlaw Deposition Services.

[5] These charges reflect disbursements made to third parties in connection with discovery. In particular, BL reimbursed Mayer Brown LLP in the amount of $1,004.95 for its costs incurred in producing documents responsive to BL's subpoena. The remaining $804.08 was paid to third-party vendors as follows: SiteLogic Technologies, LLC received $176.20 and Detroit Legal Imaging received $627.88.

[6] This charge reflects the cost of lunch provided by BL in connection with the deposition of Richard Duker held at BL's office.

| | |
|---|---|
| Messengers | $27.50[7] |
| Postage | $9.76 |
| **Total Expenses:** | **$20,843.69** |
| **Less Credit:** | **($52.34)[8]** |
| **Total Expenses Requested:** | **$20,791.35** |

---

[7] These charges reflect two disbursements made by BL, each in the amount of $13.75, to Avant Business Services in connection with the hand delivery of documents to the Bankruptcy Court.

[8] In connection with the First BL Application, BL wrote off $52.34 relating to meal expenses for which it had already received payment. Accordingly, BL applied a credit of $52.34 as shown above.

**February 1, 2010-Through May 31, 2010**
**Disbursements Detail**

| Project Code | Date | Description | Amount |
|---|---|---|---|
| 0002 | 2/1/2010-2/28/2010 | Copies | $7.92 |
| 0002 | 3/1/2010-3/31/2010 | Copies | $9.54 |
| 0002 | 3/4/2010 | Special Postal Charges (Katie Cooperman) | $9.76 |
| 0002 | 3/8/2010 | Filing Fees-Pacer Service Center (Barry Seidel) | $3.04 |
| 0002 | 3/8/2010 | Filing Fees-Pacer Service Center (Barry Seidel) | $1.92 |
| 0002 | 3/8/2010 | Filing Fees-Pacer Service Center (Barry Seidel) | $2.40 |
| 0002 | 3/10/2010 | Computer Research - Lexis (Fritz Capria) | $15.81 |
| 0002 | 3/10/2010 | Computer Research - Lexis (Fritz Capria) | $4.62 |
| | | Total: | **$55.01** |
| | | | |
| 0005 | 2/1/2010-2/28/2010 | Copies | $15.66 |
| 0005 | 1/28/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $13.28 |
| 0005 | 1/28/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $13.28 |
| 0005 | 1/28/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $12.77 |
| 0005 | 1/28/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $13.28 |
| 0005 | 3/1/2010-3/31/2010 | Copies | $181.26 |
| 0005 | 3/8/2010 | Filing Fees-Pacer Service Center (Barry Seidel) | $0.24 |
| 0005 | 3/16/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $16.71 |
| 0005 | 3/16/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $13.23 |
| 0005 | 3/16/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $13.23 |
| 0005 | 3/16/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $13.23 |
| 0005 | 3/26/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $21.88 |
| 0005 | 3/26/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $15.91 |
| 0005 | 3/26/2010 | Express Delivery Charges-Federal Express (Katie Cooperman) | $27.84 |
| 0005 | 3/26/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $15.91 |
| 0005 | 3/26/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $15.91 |
| 0005 | 4/1/2010-4/30/2010 | Copies | $60.20 |
| 0005 | 3/29/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $12.82 |
| 0005 | 3/29/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $13.32 |
| 0005 | 3/29/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $13.32 |
| 0005 | 3/29/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $13.32 |
| 0005 | 4/7/2010 | Computer Research-Westlaw (Katie Cooperman) | $8.64 |
| 0005 | 4/27/2010 | Express Delivery Charges-Federal Express (Katie Cooperman) | $19.30 |
| 0005 | 4/27/2010 | Express Delivery Charges-Federal Express (Katie Cooperman) | $21.46 |
| 0005 | 4/27/2010 | Express Delivery Charges-Federal Express (Katie Cooperman) | $11.48 |
| 0005 | 4/27/2010 | Express Delivery Charges-Federal Express (Katie Cooperman) | $11.48 |
| 0005 | 4/30/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $13.28 |
| 0005 | 4/30/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $12.77 |
| 0005 | 4/30/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $9.28 |
| 0005 | 4/30/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $13.28 |
| 0005 | 4/30/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $17.48 |
| 0005 | 5/1/2010-5/31/2010 | Copies | $22.70 |
| | | Total: | **$677.75** |
| | | | |
| 0006 | 2/1/2010-2/28/2010 | Copies | $996.12 |
| 0006 | 12/10/2010 | Document Production-Mayer Brown LLP Reimbursement | $1,004.95 |
| 0006 | 1/7/2010 | Document Production-SiteLogic Technologies | $113.27 |
| 0006 | 1/8/2010 | Express Delivery Charges-Federal Express (Eric Fisher) | $35.93 |
| 0006 | 1/12/2010 | Document Production-SiteLogic Technologies (Fritz Capria) | $62.93 |
| 0006 | 1/13/2010 | Out of Town Travel-Departure Travel (Eric Fisher) | $45.00 |
| 0006 | 1/13/2010 | Out of Town Travel-United Airlines (Eric Fisher) | $159.40 |
| 0006 | 1/13/2010 | Out of Town Travel-Departure Travel (Katie Cooperman) | $45.00 |
| 0006 | 1/13/2010 | Out of Town Travel-United Airlines (Katie Cooperman) | $159.40 |
| 0006 | 1/20/2010 | Third Party Service Fee-Complete Document Source (Fritz Capria) | $54.87 |
| 0006 | 1/21/2010 | Third Party Service Fee-Complete Document Source (Fritz Capria) | $167.89 |
| 0006 | 1/22/2010 | Third Party Service Fee-Complete Document Source (Fritz Capria) | $96.68 |
| 0006 | 1/25/2010 | Travel Expense-Katie Cooperman | $20.00 |
| 0006 | 1/25/2010 | Express Delivery Charges-Federal Express (Eric Fisher) | $59.55 |
| 0006 | 1/25/2010 | Express Delivery Charges-Federal Express (Eric Fisher) | $66.06 |
| 0006 | 1/25/2010 | Document Production-Detroit Legal Imaging (Alexis Richards) | $85.84 |
| 0006 | 1/25/2010 | Third Party Service Fee-Complete Document Source (Fritz Capria) | $177.36 |
| 0006 | 1/25/2010 | Document Production-Detroit Legal Imaging (Alexis Richards) | $177.00 |
| 0006 | 1/26/2010 | Out of Town Travel-Baggage Fee (Katie Cooperman) | $40.00 |
| 0006 | 1/26/2010 | Out of Town Travel-Taxi Airport (Katie Cooperman) | $83.00 |
| 0006 | 1/26/2010 | Out of Town Travel Expenses-Taxi Hotel (Eric Fisher) | $46.00 |
| 0006 | 1/26/2010 | Out of Town Travel Expenses- Lodging (Eric Fisher) | $275.81 |
| 0006 | 1/26/2010 | Out of Town Travel Expenses-Meal (Eric Fisher & Katie Cooperman) | $90.94 |
| 0006 | 1/27/2010 | Travel Expenses-Taxi Deposition (Eric Fisher) | $5.00 |
| 0006 | 1/27/2010 | Express Delivery Charges-Federal Express (Eric Fisher) | $34.68 |
| 0006 | 1/27/2010 | Travel Expenses-Meal (Eric Fisher & Katie Cooperman) | $96.28 |
| 0006 | 1/27/2010 | Out of Town Travel Expenses-Meal (Eric Fisher) | $25.28 |
| 0006 | 1/28/2010 | Out of Town Travel Expenses-Lodging (Eric Fisher) | $275.81 |
| 0006 | 1/28/2010 | Out of Town Travel Expenses-Meal (Eric Fisher) | $19.17 |
| 0006 | 1/28/2010 | Out of Town Travel Expenses-Taxi Airport (Eric Fisher) | $46.00 |
| 0006 | 1/28/2010 | Out of Town Travel Expenses-Meal (Eric Fisher) | $3.00 |

| | | | |
|---|---|---|---:|
| 0006 | 1/28/2010 | Out of Town Travel-Taxi Airport (Katie Cooperman) | $87.40 |
| 0006 | 1/28/2010 | Express Delivery Charges-Federal Express (Eric Fisher) | $47.98 |
| 0006 | 1/28/2010 | Express Delivery Charges-Federal Express (Eric Fisher) | $47.98 |
| 0006 | 1/28/2010 | Out of Town Travel-Accomodations (Katie Cooperman) | $638.11 |
| 0006 | 1/28/2010 | Out of Town Travel-Meal (Katie Cooperman) | $16.88 |
| 0006 | 1/28/2010 | Third Party Service Fees-Westlaw Deposition Services | $730.62 |
| 0006 | 1/28/2010 | Out of Town Travel Expenses-Meal (Eric Fisher) | $5.87 |
| 0006 | 1/28/2010 | Out of Town Travel Expenses-Meal (Eric Fisher) | $36.73 |
| 0006 | 1/29/2010 | Travel Expenses-Taxi (Eric Fisher) | $45.00 |
| 0006 | 2/2/2010 | Computer Research-Westlaw (Maria Caceres-Boneau) | $30.22 |
| 0006 | 2/3/2010 | Travel Expense-Taxi (Katie Cooperman) | $20.00 |
| 0006 | 2/4/2010 | Computer Research-Westlaw (Maria Caceres-Boneau) | $33.06 |
| 0006 | 2/4/2010 | Travel Expense-Taxi (Katie Cooperman) | $20.00 |
| 0006 | 2/5/2010 | Computer Research-Westlaw (Maria Caceres-Boneau) | $400.47 |
| 0006 | 2/5/2010 | Express Delivery Charges-Federal Express (Eric Fisher) | $25.40 |
| 0006 | 2/6/2010 | Travel Expense-Taxi (Katie Cooperman) | $20.00 |
| 0006 | 2/8/2010 | Travel Expense-Taxi (Katie Cooperman) | $20.00 |
| 0006 | 2/9/2010 | Deposition Lunch-Eric Fisher | $307.66 |
| 0006 | 2/9/2010 | Computer Research-Westlaw (Maria Caceres-Boneau) | $103.51 |
| 0006 | 2/11/2010 | Computer Research-Westlaw (Maria Caceres-Boneau) | $100.44 |
| 0006 | 2/12/2010 | Computer Research-Westlaw (Maria Caceres-Boneau) | $231.89 |
| 0006 | 2/14/2010 | Computer Research-Westlaw (Maria Caceres-Boneau) | $137.04 |
| 0006 | 2/15/2010 | Computer Research-Westlaw (Maria Caceres-Boneau) | $119.49 |
| 0006 | 2/15/2010 | Travel Expense-Taxi (Katie Cooperman) | $20.00 |
| 0006 | 2/16/2010 | Travel Expense-Taxi (Katie Cooperman) | $20.00 |
| 0006 | 2/16/2010 | Computer Research-Westlaw (Maria Caceres-Boneau) | $388.37 |
| 0006 | 2/16/2010 | Third Party Service Fees-Westlaw Deposition Services | $855.88 |
| 0006 | 2/16/2010 | Third Party Service Fees-Westlaw Deposition Services | $1,258.91 |
| 0006 | 2/16/2010 | Third Party Service Fees-Westlaw Deposition Services | $549.70 |
| 0006 | 2/17/2010 | Computer Research-Westlaw (Maria Caceres-Boneau) | $323.42 |
| 0006 | 2/17/2010 | Travel Expense-Taxi (Katie Cooperman) | $20.00 |
| 0006 | 2/18/2010 | Computer Research-Westlaw (Maria Caceres-Boneau) | $215.35 |
| 0006 | 2/18/2010 | Travel Expense-Taxi (Katie Cooperman) | $20.00 |
| 0006 | 2/19/2010 | Computer Research-Westlaw (Maria Caceres-Boneau) | $123.06 |
| 0006 | 2/19/2010 | Computer Research-LexisNexis (Fritz Capria) | $5.64 |
| 0006 | 2/23/2010 | Third Party Service Fees-Westlaw Deposition Services | $911.03 |
| 0006 | 2/24/2010 | Third Party Service Fees-Westlaw Deposition Services | $768.49 |
| | | Less Credit Applied-Meals | -$52.34 |
| 0006 | 3/1/2010-3/31/2010 | Copies | $291.24 |
| 0006 | 3/3/2010 | Express Delivery Charges-Federal Express (Katie Cooperman) | $19.80 |
| 0006 | 3/3/2010 | Computer Research-Vendor: Westlaw (Maria Caceres-Boneau) | $130.65 |
| 0006 | 3/4/2010 | Express Delivery Charges-Federal Express (Eric Fisher) | $9.54 |
| 0006 | 3/4/2010 | Express Delivery Charges-Federal Express (Katie Cooperman) | $42.17 |
| 0006 | 3/4/2010 | Computer Research-Westlaw (Maria Caceres-Boneau) | $841.08 |
| 0006 | 3/5/2010 | Computer Research-Westlaw (Maria Caceres-Boneau) | $1,122.81 |
| 0006 | 3/8/2010 | Filing Fees-Pacer Service Center (Barry Seidel) | $14.00 |
| 0006 | 3/8/2010 | Filing Fees-Pacer Service Center (Barry Seidel) | $5.52 |
| 0006 | 3/8/2010 | Computer Research-Westlaw (Maria Caceres-Boneau) | $540.61 |
| 0006 | 3/10/2010 | Computer Research-Westlaw (Fritz Capria) | $83.29 |
| 0006 | 3/11/2010 | Computer Research-Westlaw (Fritz Capria) | $341.60 |
| 0006 | 3/12/2010 | Computer Research-Westlaw (Fritz Capria) | $36.75 |
| 0006 | 3/16/2010 | Express Delivery Charges-Federal Express (Eric Fisher) | $14.93 |
| 0006 | 3/16/2010 | Computer Research-Westlaw (Fritz Capria) | $278.75 |
| 0006 | 3/16/2010 | Computer Research-Westlaw (Katie Cooperman) | $125.78 |
| 0006 | 3/24/2010 | Computer Research-Westlaw (Katie Cooperman) | $133.00 |
| 0006 | 3/11/2010 | Meal Expenses-Seamlessweb (Katie Cooperman) | $20.00 |
| 0006 | 3/26/2010 | Express Delivery Charges-Federal Express (Katie Cooperman) | $15.91 |
| 0006 | 3/28/2010 | Computer Research-Westlaw (Katie Cooperman) | $73.00 |
| 0006 | 3/29/2010 | Computer Research-Westlaw (Katie Cooperman) | $93.75 |
| 0006 | 4/1/2010-4/30/2010 | Copies | $6.80 |
| 0006 | 3/30/2010 | Document Production Charge-Detroit Legal Imaging (Kim Schoening) | $235.64 |
| 0006 | 4/5/2010 | Computer Research-Westlaw (Katie Cooperman) | $93.74 |
| 0006 | 4/6/2010 | Computer Research-Westlaw (Katie Cooperman) | $5.11 |
| 0006 | 4/7/2010 | Messenger Fee-Avant Business Services (Katie Cooperman) | $13.75 |
| 0006 | 4/20/2010 | Document Production Charge-Detroit Legal Imaging (Kim Schoening) | $129.40 |
| | | Less Credit Applied-Copy Charge | -$214.24 |
| 0006 | 5/1/2010-5/31/2010 | Copies | $35.20 |
| | | Total: | **$17,761.06** |
| | | | |
| 0007 | 2/1/2010-2/28/2010 | Copies | $477.36 |
| 0007 | 3/2/2010 | Computer Research-Westlaw (Katie Cooperman) | $418.37 |
| 0007 | 3/9/2010 | Computer Research-Westlaw (Katie Cooperman) | $112.15 |
| 0007 | 3/16/2010 | Computer Research-Westlaw (Katie Cooperman) | $59.88 |
| 0007 | 4/25/2010 | Computer Research-Westlaw (Katie Cooperman) | $37.66 |
| 0007 | 4/28/2010 | Computer Research-Westlaw (Katie Cooperman) | $19.43 |
| 0007 | 5/1/2010-5/31/2010 | Copies | $127.70 |
| 0007 | 5/7/2010 | Computer Research-Westlaw (Katie Cooperman) | $76.24 |
| 0007 | 5/10/2010 | Computer Research-Westlaw (Katie Cooperman) | $4.73 |

| | | | |
|---|---|---|---:|
| 0007 | 5/10/2010 | Computer Research-Westlaw  (Tina Chen) | $13.62 |
| 0007 | 5/11/2010 | Computer Research-Westlaw (Katie Cooperman) | $113.31 |
| 0007 | 5/12/2010 | Computer Research-Westlaw (Katie Cooperman) | $37.91 |
| 0007 | 5/12/2010 | Computer Research-Westlaw (Laura Tedesco) | $135.38 |
| 0007 | 5/13/2010 | Computer Research-Westlaw (Tina Chen) | $102.68 |
| 0007 | 5/13/2010 | Computer Research-Westlaw (Laura Tedesco) | $132.64 |
| 0007 | 5/14/2010 | Computer Research-Westlaw (Maria Caceres-Boneau) | $28.39 |
| 0007 | 5/14/2010 | Computer Research-Westlaw (Laura Tedesco) | $64.17 |
| 0007 | 5/17/2010 | Computer Research-LexisNexis (Fritz Capria) | $4.33 |
| 0007 | 5/17/2010 | Computer Research-Westlaw (Maria Caceres-Boneau) | $120.07 |
| 0007 | 5/17/2010 | Computer Research-Westlaw (Katie Cooperman) | $59.19 |
| 0007 | 5/18/2010 | Computer Research-Westlaw (Maria Caceres-Boneau) | $173.33 |
| 0007 | 5/19/2010 | Computer Research-Westlaw (Maria Caceres-Boneau) | $92.71 |
| 0007 | 5/19/2010 | Computer Research-Westlaw (Maria Caceres-Boneau) | $17.99 |
| 0007 | 5/19/2010 | Computer Research-Westlaw (Katie Cooperman) | $54.97 |
| 0007 | 5/20/2010 | Computer Research-Westlaw (Maria Caceres-Boneau) | $48.26 |
| 0007 | 5/20/2010 | Computer Research-Westlaw (Katie Cooperman) | $17.99 |
| 0007 | 5/21/2010 | Computer Research-Westlaw (Katie Cooperman) | $4.73 |
| 0007 | 5/22/2010 | Computer Research-Westlaw (Katie Cooperman) | $32.83 |
| 0007 | 5/25/2010 | Computer Research-Westlaw (Maria Caceres-Boneau) | $218.22 |
| 0007 | 5/27/2010 | Computer Research-Westlaw (Katie Cooperman) | $16.94 |
| | | Less Credit Applied-Copy Charge | -$665.36 |
| | | **Total:** | **$2,157.82** |
| | | | |
| 0008 | 4/1/2010-4/30/2010 | Copies | $32.80 |
| 0008 | 4/13/2010 | Express Delivery Charges-Federal Express (Katie Cooperman) | $13.48 |
| 0008 | 5/1/2010-5/31/2010 | Copies | $66.20 |
| 0008 | 5/7/2010 | Messenger Fee-Avant Business Services (Katie Cooperman) | $13.75 |
| 0008 | 5/18/2010 | Express Delivery Charges-Federal Express (Katie Cooperman) | $13.48 |
| | | **Total:** | **$139.71** |
| | | **Grand Total:** | **$20,791.35** |