# EXHIBIT F

# EXHIBIT F

## COMPENSATION BY PROJECT CODE FOR SERVICES RENDERED BY BUTZEL LONG FOR THIRD INTERIM PERIOD OF FEBRUARY 1, 2010 THROUGH MAY 31, 2010

| PROJECT CODE | PROJECT DESCRIPTION | HOURS | AMOUNT (FEES + EXPENSES) |
|---|---|---|---|
| 0001 | General Advice | 3.1 | $2,167.50 |
| 0002 | Retention of Butzel Long | 18.3 | $11,590.51 |
| 0005 | Butzel Long Fee Applications and Monthly Budgets | 57.2 | $19,691.75 |
| 0006 | JPMorgan Avoidance Complaint | 459.9 | $214,585.56 |
| 0007 | General Motors Nova Scotia Finance Company | 385.8 | $172,787.18 |
| 0008 | Defending Fee Applications | 55.5 | $25,099.21 |
| 0010 | Monthly Fee Statements | 29.7 | $10,759.50 |
| | Less Adjustment[1] | | ($5,379.75) |
| **TOTAL:** | | | **$451,301.46** |
| **LESS CREDIT:** | | | **($665.36)[2]** |
| **TOTAL AMOUNT REQUESTED:** | | **1,009.5** | **$450,636.10** |

---

[1] BL has only requested 50% of fees incurred in connection with its preparation of monthly fee statements.

[2] This credit reflects BL's write off of $665.36 relating to copy charges invoiced pursuant to its February Statement in accordance with this Court's determination that copies are reimbursable at the lesser of $0.10 or cost.