# EXHIBIT G



# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. ████4883

Suite 100 150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000 F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

March 15, 2010

Invoice No. 8460423

Account Number 000141216-0001

## (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through February 28, 2010
### RE: GENERAL ADVICE

### Professional Services

| Timekeeper | | | | Total |
|---|---|---|---|---|
| Shareholder | | | | |
| Barry N. Seidel | 1.00 | hours at | $725.00 | $725.00 |
| Total For Shareholder | 1.00 | | | $725.00 |

| | |
|---|---|
| Current Fees: | 725.00 |
| Current Disbursements: | 0.00 |
| Total Current Invoice: | 725.00 |
| Total Balance Due: | $725.00 |



BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. 4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

March 15, 2010

Invoice No. 8460423

Account Number: 000141216-0001

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through February 28, 2010**
**RE: GENERAL ADVICE**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 02/24/10 | BNS | Attend (part of) UCC meeting with MLC. | 1.00 |

**PROFESSIONAL SERVICES**          **725.00**



# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. ████4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

March 15, 2010

Invoice No. 8460424

Account Number 000141216-0002

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through February 28, 2010**
**RE: RETENTION OF BUTZEL LONG**

| Professional Services | | | | |
|---|---|---|---|---|
| **Timekeeper** | | | | **Total** |
| Shareholder | | | | |
| Eric Fisher | 0.40 | hours at | $525.00 | $210.00 |
| Barry N. Seidel | 10.20 | hours at | $725.00 | $7,395.00 |
| Total For Shareholder | 10.60 | | | $7,605.00 |

| Disbursements | |
|---|---|
| **Description** | **Total** |
| Copies | $7.92 |
| **Total Disbursements** | **$7.92** |

| | |
|---|---|
| Current Fees: | 7,605.00 |
| Current Disbursements: | 7.92 |
| Total Current Invoice: | 7,612.92 |
| **Total Balance Due:** | **$7,612.92** |



BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. ████4883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

March 15, 2010

Invoice No. 8460424

Account Number: 000141216-0002

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through February 28, 2010**
    **RE: RETENTION OF BUTZEL LONG**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 02/09/10 | BNS | Begin draft of amendment to disclosure. | 1.30 |
| 02/22/10 | BNS | Revise supplemental declaration (.6). | 0.60 |
| 02/23/10 | BNS | Review draft of supplemental declaration. | 3.20 |
| 02/24/10 | E.F. | Review supplemental disclosure affidavit. | 0.40 |
| 02/24/10 | BNS | Finalize draft of second supplement declaration regarding JPM. | 2.70 |
| 02/25/10 | BNS | Finalize working draft of supplemental declaration regarding JPM disclosure. | 2.40 |

**PROFESSIONAL SERVICES**              **7,605.00**

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. ▓▓▓▓4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

March 15, 2010

Invoice No. 8460425

Account Number 000141216-0005

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through February 28, 2010
### RE: BUTZEL LONG FEE APPLICATIONS AND MONTHLY BUDGETS

### Professional Services

| Timekeeper | | | | Total |
|---|---|---|---|---|
| **Associate** | | | | |
| Katie L. Cooperman | 8.60 | hours at | $395.00 | $3,397.00 |
| Total For Associate | 8.60 | | | $3,397.00 |
| | | | | |
| **Paralegal II** | | | | |
| Frederick Capria | 8.20 | hours at | $245.00 | $2,009.00 |
| Total For Paralegal II | 8.20 | | | $2,009.00 |

### Disbursements

| Description | Total |
|---|---|
| Copies | $15.66 |
| Express Delivery Charges | $52.61 |
| **Total Disbursements** | **$68.27** |

| | |
|---|---|
| Current Fees: | 5,406.00 |
| Current Disbursements: | 68.27 |
| Total Current Invoice: | 5,474.27 |
| **Total Balance Due:** | **$5,474.27** |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. ████883

Suite 100 · 150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

March 15, 2010

Invoice No. 8460425

Account Number: 000141216-0005

### (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through February 28, 2010
### RE: BUTZEL LONG FEE APPLICATIONS AND MONTHLY BUDGETS

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 02/12/10 | KLC | Draft March budget letter. | 0.30 |
| 02/15/10 | KLC | Correspondence to B. Williamson (Fee examiner) re: March budget letter. | 0.10 |
| 02/17/10 | KLC | Draft second interim fee application. | 2.40 |
| 02/18/10 | KLC | Draft second interim fee application (2.3); telephone calls with Capria re: assignments (0.2). | 2.50 |
| 02/18/10 | FJC | Telephone call with K. Cooperman re assignments in connection with fee application and monthly statement (.2); research re dates for submissions of data to Office of the Trustee (.2); e-mail to Cooperman re same (.2). | 0.60 |
| 02/19/10 | KLC | Draft second interim fee application. | 3.30 |
| 02/19/10 | FJC | Internet research re fee applications (.3); e-mail images of same to K. Cooperman (.1); Internet research re docket number of Butzel fee application (.2); additional review of all monthly statements for information re new timekeepers to be added to fee application (.7). | 1.30 |
| 02/22/10 | FJC | Telephone calls to United States Trustee's office re upcoming deadlines and information to be transmitted in connection with fee application (.3); begin review and revisions of ASCII files to be transmitted to Trustee (1.4). | 1.70 |
| 02/23/10 | FJC | Continue review and editing of ASCII files to be submitted to Office of the Bankruptcy Trustee in connection with formal fee application (2.5); | 2.80 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No⬛⬛⬛4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

March 15, 2010

Invoice No. 8460425

Account Number 000141216-0005

### (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through February 28, 2010
### RE: BUTZEL LONG FEE APPLICATIONS AND MONTHLY BUDGETS

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | update setup files for submission (.2); e-mail to accounting department re request for additional ASCII files (.1) | |
| 02/25/10 | FJC | Gather October-January invoices for all matters in connection with preparing fee application. | 0.20 |
| 02/26/10 | FJC | Begin review and comparing of ASCII file information with invoices (1.6). | 1.60 |

**PROFESSIONAL SERVICES**          ·5,406.00

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. ████4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION
. . .

March 15, 2010

Invoice No. 8460427

Account Number 000141216-0006

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through February 28, 2010**
**RE: JP MORGAN AVOIDANCE COMPLAINT**

| PROFESSIONAL SERVICES | | | | 98,618.50 |
|---|---|---|---|---|

| Professional Services | | | | |
|---|---|---|---|---|
| **Timekeeper** | | | | **Total** |
| Shareholder | | | | |
| Eric Fisher | 63.10 | hours at | $525.00 | $33,127.50 |
| Robert Sidorsky | 0.30 | hours at | $625.00 | $187.50 |
| Barry N. Seidel | 12.30 | hours at | $725.00 | $8,917.50 |
| Total For Shareholder | 75.70 | | | $42,232.50 |
| | | | | |
| Associate | | | | |
| Maria Caceres-Boneau | 27.80 | hours at | $325.00 | $9,035.00 |
| Katie L. Cooperman | 113.70 | hours at | $395.00 | $44,911.50 |
| Total For Associate | 141.50 | | | $53,946.50 |
| | | | | |
| Paralegal | | | | |
| Kimberly A. Schoening | 1.50 | hours at | $140.00 | $210.00 |
| Total For Paralegal | 1.50 | | | $210.00 |
| | | | | |
| Paralegal II | | | | |
| Frederick Capria | 9.10 | hours at | $245.00 | $2,229.50 |
| Total For Paralegal II | 9.10 | | | $2,229.50 |

| Disbursements | |
|---|---|
| **Description** | **Total** |
| Copies | $996.12 |
| Computer Research | $2,206.32 |
| Express Delivery Charges | $317.58 |
| Travel Expenses | $180.00 |
| Out Of Town Travel | $1,257.31 |
| Out Of Town Meal | $16.88 |
| Document Production Cost | $1,449.63 |
| Third Party Service Fees | $5,571.43 |
| **Total Disbursements** | **$11,995.27** |



# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No ██████4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

March 15, 2010

Invoice No. 8460427

Account Number 000141216-0006
### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through February 28, 2010**
### RE: JP MORGAN AVOIDANCE COMPLAINT

| Current Fees: | 98,618.50 |
|---|---|
| Current Disbursements: | 11,995.27 |
| Total Current Invoice: | 110,613.77 |
| **Total Balance Due:** | **$110,613.77** |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No ▮▮▮4883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

March 15, 2010

Invoice No. 8460427

Account Number: 000141216-0006

### (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through February 28, 2010
### RE: JP MORGAN AVOIDANCE COMPLAINT

| Date | Tkpr | Narrative Description | Hours |
|------|------|-----------------------|-------|
| 02/01/10 | E.F. | Conference with Seidel concerning strategy for summary judgment motion and depositions (.8); draft information request to New GM (.4); conference with Cooperman concerning exhibits for STB deposition and legal research issues (.9); analyze exhibits and prepare outline for STB deposition (1.2); review Perlowski transcript. | 4.30 |
| 02/01/10 | BNS | Review cases regarding mistaken UCC-3 filing (.4); review various exhibits regarding Mayer Brown depositions (1.2). | 1.60 |
| 02/01/10 | BNS | Conference with E. Fisher regarding status and strategy and theory. | 0.80 |
| 02/01/10 | KLC | Prepare documents for STB deposition (1.8); destroy Mayer Brown document (0.6); discuss same with Capria (0.2); discuss same with Schoening (0.1); research agency cases (1.9); office conference with Fisher re: STB deposition (0.9). | 5.50 |
| 02/01/10 | K_S | Remove documents inadvertently produced by Mayer Brown from Summation database and load files and destroy same. | 0.60 |
| 02/02/10 | E.F. | Analyze documents to prepare for Merjian deposition (1.9); conference with Cooperman concerning deposition preparation and legal research issues (.5); conference with Seidel and Cooperman concerning additional discovery from Morgan Lewis and summary judgment | 4.80 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. ███4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

March 15, 2010

Invoice No. 8460427

Account Number 000141216-0006

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through February 28, 2010
### RE: JP MORGAN AVOIDANCE COMPLAINT

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | issues (1.3); draft and revise letter to Buonomo concerning collateral valuation (.6); e-mail to FTI concerning same (.2); e-mail to Rice concerning STB deposition (.1); e-mail to Panarella concerning discovery issues (.1). | |
| 02/02/10 | BNS | Conference with E. Fisher, K. Cooperman regarding deposition strategy and issues and theory of case. | 1.30 |
| 02/02/10 | BNS | Review and comment on draft letter to GM regarding document request. | 0.40 |
| 02/02/10 | KLC | Prepare for STB deposition (1.9); office conference with Fisher re: same (0.5); review lien searches re: correction (0.3); review privilege log (0.2); review letter to WGM re: collateral (0.2); research summary judgment standard (1); office conference with Fisher and Seidel re: strategy (1.3). | 5.40 |
| 02/02/10 | FJC | Search for all copies of documents, hard and electronic, produced by Mayer Brown (.6); gather and review CDs of same and images thereon (.2); download and copy images (.4); remove particular images per Mayer Brown instructions (.2); burn new CD with revised production (.1); forward CD to K. Cooperman and send confirming e-mail (.1). | 1.60 |
| 02/03/10 | E.F. | Analyze exhibit and prepare outline for STB deposition (6.2); conference with Cooperman concerning preparations for STB deposition (.4); conference with Seidel concerning STB | 7.60 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No⬛⬛⬛4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

March 15, 2010

Invoice No. 8460427

Account Number 000141216-0006

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through February 28, 2010**
**RE: JP MORGAN AVOIDANCE COMPLAINT**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | deposition (.3); e-mail correspondence concerning collateral valuation issue (.3); conference with Boneau concerning research for summary judgment motion [.4]. | |
| 02/03/10 | BNS | Conference with E. Fisher regarding STB deposition. | 0.30 |
| 02/03/10 | KLC | Telephone calls with Capria re: Mayer Brown (.2); prepare STB deposition exhibits {2.5); review STB supplemental production (0.5); review JPM deposition binder(1.8); conference with Fisher re: STB deposition (.4). | 5.40 |
| 02/03/10 | MCB | Meeting with E. Fisher to discuss research re: admissibility of legal conclusions. | 0.40 |
| 02/03/10 | FJC | Telephone calls with K. Cooperman re document production from Mayer Brown | 0.20 |
| 02/04/10 | E.F. | Prepare outline and analyze exhibits for Merjian deposition (2.9); conduct deposition of Merjian (2.3); participate in conference call with Committee concerning JPM litigation (.5); meet with Cooperman to discuss discovery strategy (.4). | 6.10 |
| 02/04/10 | BNS | Review R. Green transcript to prepare for Merjian deposition. | 1.30 |
| 02/04/10 | KLC | Prepare exhibits and review documents in preparation for STB deposition (2); attend deposition (2.3); telephone call with Committee re: case update (0.5); office conference with Fisher re: STB deposition (0.4); prepare | 9.50 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No ██████4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

March 15, 2010

Invoice No. 8460427

Account Number 000141216-0006

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through February 28, 2010
## RE: JP MORGAN AVOIDANCE COMPLAINT

| Date | Tkpr | Narrative Description | Hours |
|------|------|-----------------------|-------|
| | | documents for JPM deposition (4.3). | |
| 02/04/10 | MCB | Research re: admissibility of legal conclusions. | 5.80 |
| 02/05/10 | E.F. | Conference with Seidel and Cooperman to prepare for Duker deposition (.8); analyze documents for Duker deposition (.9); analyze results of Boneau's research concerning summary judgment evidence (.5); draft letter to Callagy concerning discovery issues (4); draft letter to Bomchill concerning depositions (.3); review Merjian transcript (.5). | 3.40 |
| 02/05/10 | BNS | Conference with E. Fisher and K. Cooperman to discuss strategy for Duker deposition. | 0.80 |
| 02/05/10 | KLC | Draft letter to Callagy re: STB production (.4); review JPM privilege log (0.4); review MLB privilege log (0.4); prepare exhibits for JPM deposition (.7); office conference with Seidel and Fisher re: same (0.8). | 2.70 |
| 02/05/10 | MCB | Further research re: inadmissibility of legal conclusions in a summary judgment motion. | 4.40 |
| 02/05/10 | K_S | Retrieve, format and load production into Summation for further attorney review and analysis. | 0.50 |
| 02/06/10 | KLC | Prepare exhibits for JPM deposition. | 1.90 |
| 02/07/10 | E.F. | Analyze documents and prepare outline for Duker deposition. | 4.40 |
| 02/08/10 | E.F. | Teleconference with Buonomo concerning information request to New GM (.4); e-mail to FTI | 7.80 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*


Tax I.D. No. 4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

March 15, 2010

Invoice No. 8460427

Account Number 000141216-0006

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through February 28, 2010
## RE: JP MORGAN AVOIDANCE COMPLAINT

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | regarding same (.2); teleconference with FTI concerning collateral valuation issues (.3); conference with Cooperman to prepare for Duker deposition (.9); analyze Term Loan Agreement, Collateral Agreement and Intercreditor Agreement (.7); conference with Seidel re: Duker deposition (.4); prepare outline for Duker deposition (3.5); review Merjian transcript (.5); draft letter to Rice at STB regarding same (.3); review notice to admit served by JPM (.4); e-mail communications to Cooperman regarding US Treasury lien issues (.4). | |
| 02/08/10 | BNS | Conference with E. Fisher regarding preparation for Duker deposition on 2/9 (.4); consider E. Fisher email regarding GM document production (.2). | 0.60 |
| 02/08/10 | KLC | Prepare for JPM deposition (4.1); office conference with Fisher re: same (.9); review documents re: JPM production (2.4); review term loan amendment (0.5); review collateral agreement (0.5); review intercreditor agreement (0.5); correspondences to Fisher re: same (0.3); correspondence to Bomchill re: Mayer Brown production (0.2). | 9.40 |
| 02/09/10 | E.F. | Prepare for deposition of Richard Duker (1.2); review Merjian transcript (.4); conduct deposition of Duker (2.9); confer with Cooperman concerning depositions and summary judgment (.5); draft memo to Committee concerning status of litigation (.7). | 5.70 |
| 02/09/10 | E.F. | Confer with Seidel concerning Duker deposition. | 0.30 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. 4883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000   F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

March 15, 2010

Invoice No. 8460427

Account Number 000141216-0006

### (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through February 28, 2010
### RE: JP MORGAN AVOIDANCE COMPLAINT

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 02/09/10 | BNS | Conference with E. Fisher regarding Duker deposition (.3); review draft email to Committee regarding litigation status (.6). | 0.90 |
| 02/09/10 | KLC | Prepare for Duker deposition (2); attend Duker deposition (2.9); office conference with Fisher re: same (0.5); research bankruptcy actions in connection with motion for summary judgment (2.9); correspondences to Fisher re: same (0.2). | 8.50 |
| 02/10/10 | E.F. | Review Duker transcript (1.0); emails to Cooperman concerning research issues (.1); teleconference with Caton concerning UST lien issues and litigation strategy (.4); emails with Williams regarding same (.2); emails to Seidel regarding same (.2); draft summary judgment motion (.4). | 2.30 |
| 02/10/10 | BNS | Consider email exchange between M. Williams, E. Fisher regarding litigation proceeds. | 0.50 |
| 02/10/10 | KLC | Review forms for undisputed facts (0.6); read Perlowski deposition transcript (0.6); research ratification issues (1); read Green deposition transcript (1.7); read Gonshorek deposition transcript (0.7); read Gordon deposition transcript (0.9); read Merjian deposition transcript (0.9); research summary judgment standard (0.4). | 6.80 |
| 02/11/10 | E.F. | Draft letter to Callagy concerning discovery issues (.4); review Duker transcript (.9); confer with Cooperman concerning summary judgment motion (.3); confer with Boneau concerning | 2.00 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. ████4883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

March 15, 2010

Invoice No. 8460427

Account Number 000141216-0006

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through February 28, 2010
## RE: JP MORGAN AVOIDANCE COMPLAINT

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | agency research (.2); emails with Kramer Levin concerning lien issues (.2). | |
| 02/11/10 | BNS | Review transcript of Duker deposition. | 1.40 |
| 02/11/10 | BNS | Review email exchange with A. Caton regarding UST liens. | 0.40 |
| 02/11/10 | KLC | Read Duker transcript (0.7); draft statement of undisputed facts (6.4); further agency research (1); conference with Fisher re: summary judgment (0.3). | 8.40 |
| 02/11/10 | MCB | Research the scope of a lawyer's authority on behalf of client (6); conference with Fisher re: same (0.2). | 6.20 |
| 02/11/10 | FJC | Upload transcripts onto LiveNote database (.6); upload exhibit images (.3). | 0.90 |
| 02/12/10 | E.F. | Analyze results of summary judgment research (.4); confer with Cooperman concerning Rule 56 statement (.2). | 0.60 |
| 02/12/10 | BNS | Conference with K. Cooperman regarding UCC issues (.2); consider email exchanges regarding discovery by JPM and counsel of mistaken UCC-3 (.5); review article regarding UCC 9-518 (.6). | 1.30 |
| 02/12/10 | KLC | Conference with Seidel re: UCC issues (0.2); office conference with Fisher re: DIP Order and Wind Down Order (0.2); review correspondence re: same (0.4); review both Orders (0.7); draft statement of undisputed facts (4); correspondence to FTI re: affidavit (0.2); correspondences from KD&W re: letters and | 6.30 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No █████4883

Suite 100    150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

March 15, 2010

Invoice No. 8460427

Account Number 000141216-0006
. **(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through February 28, 2010**
**RE: JP MORGAN AVOIDANCE COMPLAINT**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | review same [0.6]. | |
| 02/12/10 | MCB | Continue to research the scope of lawyer's authority to act on behalf of his client in New York.  Review research results. | 7.10 |
| 02/12/10 | FJC | Review deposition transcripts in LiveNote database (.2); download exhibit images and separate same into folders of individual witnesses (.1); e-mail to vendor re linking of exhibit images to deposition transcripts (.2). | 0.50 |
| 02/13/10 | KLC | Draft statement of undisputed facts for SJ motion. | 5.70 |
| 02/14/10 | E.F. | Review and revise Rule 56 statement (.5); emails to Seidel and Cooperman regarding discovery issues (.1). | 0.60 |
| 02/14/10 | KLC | Revise statement of undisputed facts for SJ motion (2); review DIP order and Wind Down order (3); research agency issues (1.3). | 6.30 |
| 02/15/10 | E.F. | Confer with Cooperman regarding drafting of summary judgment motion and research issues (1.4); review privilege log (.2); confer with Cooperman regarding same (.3); confer with Seidel regarding non-recourse lien issues (.3). | 2.20 |
| 02/15/10 | BNS | Confer with Fisher re: non-recourse lien issues. | 0.30 |
| 02/15/10 | KLC | Research bankruptcy causes of action re: preferences, post petition transfers and lien creditor (3.1); office conference with Fisher re: motion for summary judgment (1.4); revise privilege log (2.3); discuss same with Fisher (0.3); | 9.80 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. ▇▇4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

March 15, 2010

Invoice No. 8460427

Account Number 000141216-0006
### (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through February 28, 2010
### RE: JP MORGAN AVOIDANCE COMPLAINT

| Date | Tkpr | Narrative Description | Hours |
|---|---|---|---|
| | | draft letter to Callagy re: document requests and interrogatories (2.7). | |
| 02/15/10 | FJC | Organize deposition transcript materials (.3); scan condensed transcripts to Acrobat (.pdf) images (.2); forward materials re same to Cooperman (.2) | 0.70 |
| 02/16/10 | E.F. | Draft memorandum of law in support of motion for summary judgment (2.3); confer with Cooperman concerning legal research issues for inclusion in memo of law (.6); review, revise and finalize privilege log (.6); revise letter to Callagy responding to discovery inquiries (.4); confer with Cooperman concerning Delaware UCC issues (.4). | 4.30 |
| 02/16/10 | KLC | Telephone calls to and from J. Santambrogio (FTI) re: affidavit (0.3); conference with Fisher re: memo (0.6); research DE UCC applicable code sections and commentary (.6); conference with Fisher re: same (0.4); revise letter to Callagy re: discovery (0.8); research agency issues (4.6). | 7.30 |
| 02/17/10 | E.F. | Confer with Boneau regarding results of attorney-client/agency research (.6); confer with Cooperman regarding results of research on various issues for summary judgment motion (.7); teleconference with Caton regarding termination statement (.3); confer with Seidel re: strategy (.3); teleconference with Panarella regarding summary judgment issues (.2). | 2.10 |
| 02/17/10 | BNS | Conference with E. Fisher regarding strategy (.3); | 0.40 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. 4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

March 15, 2010

Invoice No. 8460427

Account Number 000141216-0006

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through February 28, 2010
## RE: JP MORGAN AVOIDANCE COMPLAINT

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | telephone conference R. Berkovitch regarding collateral value (.1). | |
| 02/17/10 | KLC | Gather collateral materials for FTI (.3); office conference with Fisher re: research (.7); telephone call to A. Caton (KLNF) re: Callagy letter (.3); research in connection with motion for summary judgment (4.4). | 5.70 |
| 02/17/10 | MCB | Review additional cases regarding the authority of an attorney to act on behalf of his client and limitations to that authority (2.6); meeting with E. Fisher to discuss the research findings (0.6). | 3.20 |
| 02/17/10 | FJC | Research re judge's rules in connection with summary judgment motion papers (.2); research re transcripts of proceedings in main action (.4). | 0.60 |
| 02/18/10 | RS | Office conference with K. Cooperman regarding agency issues. | 0.30 |
| 02/18/10 | E.F. | Confer with Panarella regarding pre-motion letter (.2); confer with Cooperman to analyze results of summary judgment research (.3); draft summary judgment memorandum of law (.4). | 0.90 |
| 02/18/10 | KLC | Office conference with Sidorsky re: agency (0.3); research actual authority (2.7); research agency principles re: theories of authority (2.3); confer with Fisher re: same (0.3); revise statement of undisputed facts (1). | 6.60 |
| 02/18/10 | FJC | Download and review transcripts of proceedings of bankruptcy hearings re provisions of liens held by United States Treasury. | 2.10 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No⬛⬛⬛4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000 F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

March 15, 2010

Invoice No. 8460427

Account Number 000141216-0006

### (Privileged and Confidential Information)
PROFESSIONAL SERVICES posted through February 28, 2010
RE: JP MORGAN AVOIDANCE COMPLAINT

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 02/19/10 | E.F. | Review results of legal research regarding agency issues and UCC issues. | 1.00 |
| 02/19/10 | KLC | Research for summary judgment motion and prepare binder re: same. | 2.50 |
| 02/19/10 | FJC | Internet research re case management order (.2); download and print out same (.1); review order for instructions re motion practice (.2); e-mail to Cooperman and E. Fisher re: same (.1); continue review of transcripts of proceedings re Treasury Department liens on bankruptcy assets (1.4). | 2.00 |
| 02/23/10 | E.F. | Review results of research for summary judgment motion. | 0.60 |
| 02/23/10 | MCB | Review research and prepare an outline of our arguments concerning agency. | 0.70 |
| 02/23/10 | K_S | Load most recent production into Summation for review and analysis. | 0.40 |
| 02/24/10 | E.F. | Draft summary judgment brief (1); prepare for and participate in call with Committee concerning status of JPMorgan case (0.4). | 1.40 |
| 02/25/10 | E.F. | Draft pre-motion letter (.4); analyze FTI information regarding book value of collateral (.3). | 0.70 |
| 02/26/10 | FJC | Process deposition exhibit images in preparation of transmission to vendor for linking to deposition transcripts (.4); e-mail same to vendor (.1). | 0.50 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No.▪▪▪4883

Suite 100 · 150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000 F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

March 15, 2010

Invoice No. 8460431

Account Number 000141216-0007

### (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through February 28, 2010
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 02/17/10 | BNS | Telephone conference with Fisher and Ronit Berkovitch regarding litigation position. | 0.40 |

| | PROFESSIONAL SERVICES | 13,250.00 |
|---|---|---|

| Professional Services | | | | |
|---|---|---|---|---|
| **Timekeeper** | | | | **Total** |
| Shareholder | | | | |
| Richard B. Brosnick | 2.60 | hours at | $490.00 | $1,274.00 |
| Eric Fisher | 4.60 | hours at | $525.00 | $2,415.00 |
| Jane Greyf | 1.80 | hours at | $590.00 | $1,062.00 |
| Robert Sidorsky | 2.90 | hours at | $625.00 | $1,812.50 |
| Barry N. Seidel | 5.30 | hours at | $725.00 | $3,842.50 |
| Total For Shareholder | 17.20 | | | $10,406.00 |
| Associate | | | | |
| Katie L. Cooperman | 7.20 | hours at | $395.00 | $2,844.00 |
| Total For Associate | 7.20 | | | $2,844.00 |

| Disbursements | |
|---|---|
| **Description** | **Total** |
| Copies | $477.36 |
| **Total Disbursements** | **$477.36** |

| Current Fees: | 13,250.00 |
|---|---|
| Current Disbursements: | 477.36 |
| Total Current Invoice: | 13,727.36 |
| **Total Balance Due:** | **$13,727.36** |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No ██████4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

Account Number: 000141216-0007

March 15, 2010

Invoice No. 8460431

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through February 28, 2010
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 02/01/10 | RS | Review motion papers and transcript of oral argument. | 0.60 |
| 02/02/10 | E.F. | Analyze documents concerning potential claim against Nova Scotia noteholders. | 0.40 |
| 02/03/10 | E.F. | Analyze documents relevant to potential claim (.3); analyze FTI presentation concerning potential claims against NS bondholders (.4). | 0.70 |
| 02/03/10 | KLC | Review summary of issues from Kramer Levin (2); review complaint (0.7). | 2.70 |
| 02/04/10 | RS | Review objection of Creditors' Committee. | 0.50 |
| 02/04/10 | RB | Begin review of materials regarding potential preference claim on behalf of GM Creditors' Committee. | 1.00 |
| 02/04/10 | E.F. | Analyze documents concerning potential claims against NS Bondholders. | 1.10 |
| 02/05/10 | J.G. | Office conference with B. Seidel regarding unlimited liability statute, guarantee (.3); office conference with Seidel, Brosnick, Sidorsky, Fisher, Cooperman regarding strategy (1.5). | 1.80 |
| 02/05/10 | RS | Prepare for meeting (.3); attend team meeting regarding potential claims (1.5). | 1.80 |
| 02/05/10 | RB | Internal meeting regarding facts and issues of new matter and discussion of potential claims and implications thereof. | 1.50 |
| 02/05/10 | E.F. | Conference with Seidel, Cooperman, Greyf, Brosnick and Sidorsky regarding legal issues to be | 1.50 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*


Tax I.D. No. ████4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF                    March 15, 2010
GENERAL MOTORS CORPORATION

Invoice No. 8460431

Account Number 000141216-0007

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through February 28, 2010
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | analyzed with regard to claims objection and preference action (1.5). | |
| 02/05/10 | BNS | Review background materials regarding Nova Scotia dispute (2); office conference with Greyf re: corporate matters (0.3); attend organizational meeting with Butzel Long team to discuss issues and staffing (11a - 12:30p). | 3.80 |
| 02/05/10 | KLC | Review materials re: lock up agreement (1.5); meeting with team (Brosnick, Greyf, Seidel, Sidorsky, Fisher) re: strategy (1.5). | 3.00 |
| 02/09/10 | RB | Confer with Fisher re: swap. | 0.10 |
| 02/09/10 | E.F. | Confer with Brosnick concerning swap agreement. | 0.10 |
| 02/10/10 | E.F. | Emails with Macksoud and Caton re: potential litigation issues. | 0.20 |
| 02/12/10 | BNS | Respond to FTI email regarding coordinating work plan (.1); conference with K. Cooperman regarding Aurelius issues (.1). | 0.20 |
| 02/12/10 | KLC | Review Tribune docket re: bank claims (1.4); office conference with Seidel re: Aurelius (0.1). | 1.50 |
| 02/15/10 | BNS | Consider issues regarding litigation position with respect to transaction (.5); review redacted K. Levin memo (.4). | 0.90 |
| 02/16/10 | E.F. | Email correspondence from Weil concerning NS and follow-up with Seidel regarding same. | 0.20 |
| 02/17/10 | E.F. | Confer with Seidel and Berkovich regarding potential claims objection. | 0.40 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*


Tax I.D. No 4883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

March 15, 2010

Invoice No. 8473931

Account Number 000141216-0010

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through February 28, 2010**
**RE: MONTHLY FEE STATEMENTS**

| Professional Services | | | | |
|---|---|---|---|---|
| **Timekeeper** | | | | **Total** |
| **Shareholder** | | | | |
| Barry N. Seidel | 0.30 | hours at | $725.00 | $217.50 |
| Total For Shareholder | 0.30 | | | $217.50 |
| **Associate** | | | | |
| Katie L. Cooperman | 5.50 | hours at | $395.00 | $2,172.50 |
| Total For Associate | 5.50 | | | $2,172.50 |
| **Paralegal II** | | | | |
| Frederick Capria | 1.50 | hours at | $245.00 | $367.50 |
| Total For Paralegal II | 1.50 | | | $367.50 |

| Current Fees: | 2,757.50 |
|---|---|
| Less 50% Fee Discount: | (1,378.75) |
| Current Disbursements: | 0.00 |
| Total Current Invoice: | 1,378.75 |
| **Total Balance Due:** | **$1,378.75** |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. ▓▓▓4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
**T:** 313 225 7000  **F:** 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

March 15, 2010

Invoice No. 8473931

Account Number: 000141216-0010

### (Privileged and Confidential Information)
PROFESSIONAL SERVICES posted through February 28, 2010
### RE: MONTHLY FEE STATEMENTS

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 02/06/10 | KLC | Revise January proformas. | 1.50 |
| 02/11/10 | KLC | Further revise January invoices. | 0.50 |
| 02/12/10 | KLC | Revise January invoices (0.4); draft January monthly fee statement (0.5). | 0.90 |
| 02/15/10 | KLC | Revise January fee statement. | 0.40 |
| 02/16/10 | KLC | Correspondences to accounting re: rates (0.3); revise January monthly fee statement re: same (1.7). | 2.00 |
| 02/17/10 | KLC | Revise January fee statement. | 0.20 |
| 02/19/10 | FJC | Review and confirm draft monthly statement. | 1.50 |
| 02/22/10 | BNS | Review January fee statement and cover letter. | 0.30 |

**PROFESSIONAL SERVICES**          2,757.50

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. ████4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

April 14, 2010

Invoice No. 8463491

Account Number 000141216-0001
### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through March 31, 2010**
### RE: GENERAL ADVICE

| Professional Services | | | | |
|---|---|---|---|---|
| **Timekeeper** | | | | **Total** |
| Shareholder | | | | |
| Barry N. Seidel | 1.40 | hours at | $725.00 | $1,015.00 |
| Total For Shareholder | 1.40 | | | $1,015.00 |

| | |
|---|---|
| Current Fees: | 1,015.00 |
| Current Disbursements: | 0.00 |
| Total Current Invoice: | 1,015.00 |
| **Total Balance Due:** | **$1,015.00** |

# B U T Z E L   L O N G
### A T T O R N E Y S   A N D   C O U N S E L O R S

*a professional corporation*

Tax I.D. No. ████ 4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

April 14, 2010

Invoice No. 8463491

Account Number: 000141216-0001

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through March 31, 2010**
### RE: GENERAL ADVICE

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 03/12/10 | BNS | Review Kramer memo regarding AP's fees and claims (.3); review letter from J. L. Mealy (.2). | 0.50 |
| 03/16/10 | BNS | Attend committee update meeting regarding JPM litigation and plan and claims (.6). | 0.60 |
| 03/22/10 | BNS | Review FTI report. | 0.30 |

**PROFESSIONAL SERVICES**          **1,015.00**

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. ████4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

April 14, 2010

Invoice No. 8463492

Account Number 000141216-0002

**(Privileged and Confidential Information)**

**PROFESSIONAL SERVICES posted through March 31, 2010**
**RE: RETENTION OF BUTZEL LONG**

| Professional Services | | | | |
|---|---|---|---|---|
| Timekeeper | | | | Total |
| Shareholder | | | | |
| Eric Fisher | 1.30 | hours at | $525.00 | $682.50 |
| Barry N. Seidel | 3.00 | hours at | $725.00 | $2,175.00 |
| Total For Shareholder | 4.30 | | | $2,857.50 |
| Associate | | | | |
| Katie L. Cooperman | 1.60 | hours at | $395.00 | $632.00 |
| Total For Associate | 1.60 | | | $632.00 |
| Paralegal Ii | | | | |
| Frederick Capria | 1.80 | hours at | $245.00 | $441.00 |
| Total For Paralegal Ii | 1.80 | | | $441.00 |

| Disbursements | |
|---|---|
| Description | Total |
| Copies | $9.54 |
| Special Postal Charges | $9.76 |
| Filing Fees | $7.36 |
| Service Fees | $15.81 |
| Search Charges | $4.62 |
| **Total Disbursements** | **$47.09** |

| | |
|---|---|
| Current Fees: | 3,930.50 |
| Current Disbursements: | 47.09 |
| Total Current Invoice: | 3,977.59 |
| **Total Balance Due:** | **$3,977.59** |

# BUTZEL LONG
## ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No ⬛⬛⬛4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

April 14, 2010

Invoice No. 8463492

Account Number: 000141216-0002

## (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through March 31, 2010
### RE: RETENTION OF BUTZEL LONG

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 03/01/10 | BNS | Review J. Wynne comments to draft supplemental declaration. | 0.50 |
| 03/03/10 | BNS | Revise Seidel declaration regarding JPM. | 0.80 |
| 03/03/10 | KLC | Revise Seidel second supplemental declaration. | 0.70 |
| 03/04/10 | BNS | Finalize supplemental declaration regarding JPM relationship. | 1.70 |
| 03/04/10 | KLC | Review and revise Seidel supplemental declaration. | 0.90 |
| 03/04/10 | FJC | Process Word file of B. Seidel Supplement to Declaration for electronic filing (.2); research re service of same (.3); prepare service of Supplement to Declaration (.7); electronically file Supplement to Seidel Declaration (.3). | 1.50 |
| 03/05/10 | FJC | Prepare image of Affidavit of Service of Supplement to B. Seidel Declaration for electronic filing (.2); electronically file same (.1). | 0.30 |
| 03/08/10 | E.F. | Call with H. Lieberman regarding JPM issue (1.1); e-mails internally and to Mayer (KLNF) regarding same (.2). | 1.30 |

**PROFESSIONAL SERVICES**                    **3,930.50**

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. ████4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

April 14, 2010

Invoice No. 8463495

Account Number 000141216-0005

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through March 31, 2010
### RE: BUTZEL LONG FEE APPLICATIONS AND MONTHLY BUDGETS

| Professional Services | | | | |
|---|---|---|---|---|
| **Timekeeper** | | | | **Total** |
| Shareholder | | | | |
| Eric Fisher | 0.20 | hours at | $525.00 | $105.00 |
| Barry N. Seidel | 1.70 | hours at | $725.00 | $1,232.50 |
| Total For Shareholder | 1.90 | | | $1,337.50 |
| Associate | | | | |
| Katie L. Cooperman | 17.20 | hours at | $395.00 | $6,794.00 |
| Total For Associate | 17.20 | | | $6,794.00 |
| Paralegal II | | | | |
| Frederick Capria | 19.80 | hours at | $245.00 | $4,851.00 |
| Total For Paralegal II | 19.80 | | | $4,851.00 |

| Disbursements | |
|---|---|
| **Description** | **Total** |
| Copies | $181.26 |
| Express Delivery Charges | $153.85 |
| Filing Fees | $0.24 |
| **Total Disbursements** | **$335.35** |

| | |
|---|---|
| Current Fees: | 12,982.50 |
| Current Disbursements: | 335.35 |
| Total Current Invoice: | 13,317.85 |
| **Total Balance Due:** | **$13,317.85** |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No.████4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

April 14, 2010

Invoice No. 8463495

Account Number: 000141216-0005

## (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through March 31, 2010
### RE: BUTZEL LONG FEE APPLICATIONS AND MONTHLY BUDGETS

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 03/01/10 | KLC | Draft second interim fee application. | 2.40 |
| 03/02/10 | KLC | Office conference with Capria re: ASCII format for second interim fee application (0.7); correspondences to accounting re: same (0.1). | 0.80 |
| 03/02/10 | FJC | Print out ASCII files of billing information for K. Cooperman review (.6); revise ASCII setup file re expenses and print out same (.3); meeting with Cooperman re charges and accounting categories for disbursements (.7); additional review of all ASCII files in preparation for e-mail instructions to accounting (.5); compose detailed e-mail instructions to accounting re disbursement codes and re-formulation of ASCII files for fees and costs (.5). | 2.60 |
| 03/03/10 | KLC | Review ASCII files re: second interim fee application (2); revise second interim fee application (0.7); meet with Capria re: same (0.2). | 2.90 |
| 03/03/10 | FJC | Review text files of time entry on all matters taken from invoices and compare text files text to invoices (2.3); e-mail to accounting attaching text files pertaining to timekeepers and matters (.1); meeting with K. Cooperman re status of fee application and schedule of assignments (.2). | 2.60 |
| 03/04/10 | BNS | Review BL 2nd fee application (1.0); and discuss with K. Cooperman (.3). | 1.30 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No ████4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
**T:** 313 225 7000  **F:** 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF                              April 14, 2010
GENERAL MOTORS CORPORATION

Invoice No. 8463495

Account Number 000141216-0005

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through March 31, 2010**
**RE: BUTZEL LONG FEE APPLICATIONS AND MONTHLY BUDGETS**

| <u>Date</u> | <u>Tkpr</u> | <u>Narrative Description</u> | <u>Hours</u> |
|---|---|---|---|
| 03/04/10 | KLC | Revise fee application (1.4); office conference with Capria re: same (1); discuss same with Seidel (0.3); numerous correspondences with Capria and accounting re: same (0.4). | 3.10 |
| 03/04/10 | FJC | Telephone call to K. Cooperman re revisions to text files to be submitted to Bankruptcy Trustee (.1); research re redaction rule and e-mail to Cooperman re same (.3); review disbursements noted on text files (.5); prepare for meeting with Cooperman and call with accounting department (.2); meeting with Cooperman and call to accounting department re revisions to text files and expense categories (1); update setup files to be transmitted to Bankruptcy Trustee (.2); review fee application fees and disbursements (2.1); finalize setup files for Trustee (.3); conduct final review and transmit setup files to Trustee (.1). | 4.80 |
| 03/05/10 | KLC | Revise and review fee application and all exhibits (3); office conference with Capria re: same (1.2); correspondences with Capria re: same (0.3); correspondences to Committee chair and debtors re: fee application (0.3). | 4.80 |
| 03/05/10 | FJC | Telephone calls and e-mails with K. Cooperman re various matters (.2); revise exhibit to fee application (.2); review ASCII files of invoices and make corrections to same (2.4); create ASCII file of Exhibit G to fee application(.2); incorporate corrections to fee application (.2); meeting with | 4.80 |


ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. ████4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

April 14, 2010

Invoice No. 8463495

Account Number 000141216-0005

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through March 31, 2010
### RE: BUTZEL LONG FEE APPLICATIONS AND MONTHLY BUDGETS

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | Cooperman to assemble and transmit via e-mail the complete electronically formatted fee application to the Bankruptcy Trustee (1.2); organize files (.2); telephone call with accounting department re process and future execution of fee application (.2). | |
| 03/10/10 | KLC | Draft April budget letter. | 0.30 |
| 03/12/10 | BNS | Attention to issues regarding fee application. | 0.20 |
| 03/12/10 | KLC | Revise April budget and correspondence to Seidel re: same. | 0.20 |
| 03/12/10 | FJC | Redacting of Butzel tax ID number from invoices to be used as exhibit to filed fee application in preparation for filing same (.5); review and scan hard copy of redacted exhibit (.2); research re Federal rule re redacting of information to be filed and e-mail results of research to K. Cooperman (.1). | 0.80 |
| 03/15/10 | BNS | Review Butzel Long April budget letter. | 0.20 |
| 03/15/10 | KLC | Correspondence to B. Seidel re: April budget (0.1); correspondence to B. Williamson (Fee Examiner) re: April budget (0.1). | 0.20 |
| 03/16/10 | FJC | Review fee application in preparation for filing of same with Court (.3); revise redacting of exhibit containing tax ID number (.8); scan and re-create image of exhibit and consolidate same with remainder of fee application image (.3). | 1.40 |
| 03/17/10 | KLC | Revise second fee application (2.4); coordinate | 2.50 |

# BUTZEL LONG
## ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No ████ 4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

April 14, 2010

Invoice No. 8463495

Account Number 000141216-0005

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through March 31, 2010
### RE: BUTZEL LONG FEE APPLICATIONS AND MONTHLY BUDGETS

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | filing and service (0.1). | |
| 03/17/10 | FJC | Telephone calls with office of the United States Trustee re submission of final Fee Application (.1); telephone call to K. Cooperman re submission of same (.1); assemble hard copy of Fee Application and all exhibits thereto (.3); research re rules pertaining to filing of Fee Application and courtesy copies to Judge Gerber (.4); update Word files, ASCII files, and Acrobat (.pdf) images to reflect changes to Fee Application (1.1); merge individual Acrobat (.pdf) images of Fee Application and exhibits thereto for electronic filing (.2); e-mails to Cooperman re results of research re rules pertaining to filing and courtesy copies of Fee Application (.2); prepare hard copy of Fee Application for duplication (.2); electronic transmission of revised ASCII and Acrobat (.pdf) image files to United States Trustee (.2). | 2.80 |
| 03/31/10 | E.F. | Review correspondence from fee auditor and e-mail Seidel regarding same. | 0.20 |

**PROFESSIONAL SERVICES**          **12,982.50**

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. ████4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

April 16, 2010

Invoice No. 8463493

Account Number 000141216-0006

### (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through March 31, 2010
### RE: JP MORGAN AVOIDANCE COMPLAINT

| Timekeeper — Professional Services | | | | Total |
|---|---|---|---|---|
| **Shareholder** | | | | |
| Eric Fisher | 45.90 | hours at | $525.00 | $24,097.50 |
| Barry N. Seidel | 12.30 | hours at | $725.00 | $8,917.50 |
| Total For Shareholder | 58.20 | | | $33,015.00 |
| | | | | |
| **Associate** | | | | |
| Maria Caceres-Boneau | 20.90 | hours at | $325.00 | $6,792.50 |
| Katie L. Cooperman | 79.80 | hours at | $395.00 | $31,521.00 |
| Total For Associate | 100.70 | | | $38,313.50 |
| | | | | |
| **Paralegal** | | | | |
| Kimberly A. Schoening | 6.00 | hours at | $140.00 | $840.00 |
| Total For Paralegal | 6.00 | | | $840.00 |
| | | | | |
| **Paralegal II** | | | | |
| Michelle Martinez | 1.60 | hours at | $150.00 | $240.00 |
| Frederick Capria | 27.00 | hours at | $245.00 | $6,615.00 |
| Total For Paralegal II | 28.60 | | | $6,855.00 |

| Description — Disbursements | Total |
|---|---|
| Copies | $291.24 |
| Computer Research | $3,801.07 |
| Express Delivery Charges | $102.35 |
| Filing Fees | $19.52 |
| Travel Expenses | $1,278.55 |
| Meal Expense | $20.00 |
| **Total Disbursements** | **$5,512.73** |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. ████1883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

April 16, 2010

Invoice No. 8463493

Account Number 000141216-0006

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through March 31, 2010**
**RE: JP MORGAN AVOIDANCE COMPLAINT**

| | |
|---|---:|
| Current Fees: | 79,023.50 |
| Current Disbursements: | 5,512.73 |
| Total Current Invoice: | 84,536.23 |
| **Total Balance Due:** | **$84,536.23** |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. ████4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

April 16, 2010

Invoice No. 8463493

Account Number: 000141216-0006

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through March 31, 2010
## RE: JP MORGAN AVOIDANCE COMPLAINT

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 03/01/10 | E.F. | Conference with Cooperman regarding summary judgment motion. | 0.40 |
| 03/01/10 | BNS | Review and consider FTI analysis of collateral book value (.3); review E. Fisher letter to J. Callagy (KDW) regarding discovery requests (.2). | 0.50 |
| 03/01/10 | KLC | Office conference with Fisher re: summary judgment motion (.4); telephone call from J. Sharret (KLNF) re: requests for admission (0.1); revise letter to Callagy (KDW) re: discovery (0.8); correspondence to Callagy (KDW) re: same (0.1); begin drafting responses to requests for admission (0.3). | 1.70 |
| 03/02/10 | E.F. | Revise statement of undisputed facts [2.2]; draft pre-motion letter (2.1). | 4.30 |
| 03/03/10 | E.F. | Revise pre-motion letter. | 0.40 |
| 03/03/10 | BNS | Review and revise draft pre summary judgment motion letter to Bankruptcy Judge Gerber. | 1.20 |
| 03/03/10 | KLC | Revise statement of facts (1.4); review pre-motion letter (0.8); continue drafting responses to requests for admission (2.8); office conference with M. Caceres re: attorney authority (0.5). | 5.50 |
| 03/03/10 | MCB | Office conference with K. Cooperman to discuss the undisputed facts and attorney authority (.5); read the Statement of Undisputed Material Facts section as background for the outline regarding authority (.6). | 1.10 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. ████1883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

April 16, 2010

Invoice No. 8463493

Account Number 000141216-0006

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through March 31, 2010
### RE: JP MORGAN AVOIDANCE COMPLAINT

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 03/04/10 | E.F. | Review and revise responses to requests to admit (.8); meet with Cooperman regarding same (.6); meet with Seidel regarding pre-motion letter (.3); revise and circulate pre-motion letter (1.3); revise statement of facts for summary judgment motion (.7). | 3.70 |
| 03/04/10 | BNS | Conference with E. Fisher to review comments regarding pre-motion letter. | 0.30 |
| 03/04/10 | KLC | Revise statement of facts (0.3); revise responses to admission requests (0.2); meet with Fisher re: same (0.6). | 1.10 |
| 03/04/10 | MCB | Review research concerning agency and attorney-client relationship (2.1); research re: attorney and actual authority (1.1); review same research (2.3); draft summary of same research (2.5). | 8.00 |
| 03/05/10 | E.F. | Revisions to requests for admission (.7); conferences with Seidel re: same (0.7); confer with Mayer (KLNF) regarding same (.2); revisions to pre-motion letter (.4); confer with Panarella (KDW) regarding same (.3); review results of summary judgment research (.2). | 2.50 |
| 03/05/10 | BNS | Review draft of response to request for admissions (.3); conferences with E. Fisher regarding same (.7). | 1.00 |
| 03/05/10 | KLC | Revise statement of facts (0.3); draft Fisher declaration re: motion for summary judgment | 1.50 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No▉▉▉4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

April 16, 2010

Invoice No. 8463493

Account Number 000141216-0006

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through March 31, 2010
### RE: JP MORGAN AVOIDANCE COMPLAINT

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | (1.2). | |
| 03/05/10 | MCB | Conduct further research regarding actual authority of attorney, including express and implied authority (3.4); review research regarding ratification (.7); conduct further research regarding ratification of the attorney's acts by the client (1.9); draft summary of research points and arguments to be made by applying the facts (1.8). | 7.80 |
| 03/06/10 | MCB | Email correspondence to E. Fisher re: research. | 0.20 |
| 03/07/10 | E.F. | Revisions to request for admission (1.1); draft memorandum to Committee regarding same (.2). | 1.30 |
| 03/08/10 | E.F. | Revise and finalize responses to request for admission (.6); revise and finalize pre-motion letter (.6); draft summary judgment motion (.5). | 1.70 |
| 03/08/10 | KLC | Review and revise responses to requests for admission (0.4); correspondence to Callagy (KDW) re: same (0.2); revise Fisher declaration re: motion for summary judgment (4.9). | 5.50 |
| 03/08/10 | KLC | Revise pre-motion letter (0.5) and confer with Capria re: filing same and summary judgment exhibits (1.1). | 1.60 |
| 03/08/10 | MCB | Review research concerning attorney actions (1.3); review research concerning the presumption that an attorney can settle his client's case (1.1); create a summary of research | 3.50 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. ████4883

Suite 100 150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000 F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

April 16, 2010

Invoice No. 8463493

Account Number 000141216-0006
### (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through March 31, 2010
### RE: JP MORGAN AVOIDANCE COMPLAINT

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | concerning attorney actions (.6); create a summary concerning the presumption that an attorney can settle his client's case (.5). | |
| 03/08/10 | FJC | Review LiveNote database of deposition transcripts (.2); e-mail to case team re additional deposition transcripts (.2); update LiveNote database (1.5); create files and Acrobat (.pdf) images of condensed deposition transcripts (.4); download transcript files for use in Summary Judgment motion (.2); organize files of depositions (.2); burn disk of deposition transcript images, exhibits, and related electronic files for P. Phonetheva and forward all to her (.3); meeting with K. Cooperman re exhibits to Summary Judgment motion (1.1); begin assembling exhibits to Summary Judgment motion (.9); prepare Acrobat (.pdf) image of pre-motion letter to Judge Gerber for electronic filing (.1); e-mail courtesy copy of letter to Judge Gerber (.1) | 5.20 |
| 03/09/10 | E.F. | Revise statement of undisputed facts (.8); draft summary judgment motion (2.6). | 3.40 |
| 03/09/10 | KLC | Correspondence from M. Krolewski (KDW) re: letter and document produced (0.1); review document produced (0.6); correspondences to Fisher re: same (0.1). | 0.80 |
| 03/09/10 | MCB | Review the pre-motion conference request letter. | 0.30 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No ████4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

April 16, 2010

Invoice No. 8463493

Account Number 000141216-0006

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through March 31, 2010
## RE: JP MORGAN AVOIDANCE COMPLAINT

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 03/09/10 | FJC | Continue processing and compiling images and hard copies of Summary Judgment Motion exhibits (4.6); meetings with M. Martinez re help with same (.4). | 5.00 |
| 03/09/10 | MM | Mettings with Capria re: exhibits for Summary Judgment motion. | 0.40 |
| 03/09/10 | MM | Review exhibits to confirm they match E. Fisher's declaration. | 0.20 |
| 03/10/10 | E.F. | Draft memorandum of law in support of motion for summary judgment (6.8); review summary judgment papers (1.2); internal e-mails concerning pre-motion conference (.2). | 8.20 |
| 03/10/10 | BNS | Correspondences re: scheduling of conference with B. J. Gerber regarding summary judgment motion (.3); telephone conference with KD&W (.1); conference with K. Cooperman re: same (.2); review revised scheduling order and letter to Bankruptcy Judge Gerber (.3); telephone conference with H. Blum (chambers) regarding scheduling (.2). | 1.10 |
| 03/10/10 | KLC | Office conference with Capria re: brief citations (0.2); telephone calls to and from Helene (Judge Gerber's Chambers) re: conference scheduling (0.1); telephone calls with M. Krolewski (KDW) re: same (0.1); office conference with Seidel re: same (0.2); draft scheduling order modification and cover letter (2.7); revise brief (5.9). | 9.20 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No ▇▇▇4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

April 16, 2010

Invoice No. 8463493

Account Number 000141216-0006

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through March 31, 2010**
**RE: JP MORGAN AVOIDANCE COMPLAINT**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 03/10/10 | FJC | Continue processing images of exhibits to Summary Judgment motion (.6); meeting with M. Martinez re assignment pertaining to same (.2); meeting with K. Cooperman re assignment entailing citations in brief to 7056 statement and key-citing of caselaw (.2); begin citations in brief to 7056 statement (2.4); burn CD ROM with electronic copy of Stipulation and Proposed Order modifying briefing schedule and create label for same (.3); deliver package containing CD and hard copy of Stipulation to Judge Gerber (1.2). | 4.90 |
| 03/10/10 | MM | Continue to prepare exhibits for Summary Judgment. | 0.40 |
| 03/10/10 | MM | Continue to review exhibits to confirm they match E. Fisher's declaration. | 0.40 |
| 03/10/10 | MM | Meet with F. Capria to review exhibits of declaration. | 0.20 |
| 03/11/10 | E.F. | Review pre-motion letters and prepare for conference. | 1.50 |
| 03/11/10 | BNS | Review and consider KD&W letter regarding JPM summary judgment. | 0.30 |
| 03/11/10 | KLC | Revise brief re: motion for summary judgment (7.6); meet with Capria re: remaining tasks (0.2); telephone call from D. youssiff (Och-Ziff) re: adversary proceeding (0.2); draft Committee update re: pre-motion conference (1). | 9.00 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No ████4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

April 16, 2010

Invoice No. 8463493

Account Number 000141216-0006

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through March 31, 2010
### RE: JP MORGAN AVOIDANCE COMPLAINT

| Date | Tkpr | Narrative Description | Hours |
|------|------|-----------------------|-------|
| 03/11/10 | FJC | Review summary judgment brief (.1); meeting with K. Cooperman re remaining tasks (.2); being Shepardizing, key-citing, and cite-checking summary judgment brief (2.4). | 2.70 |
| 03/12/10 | E.F. | Meet with Cooperman regarding summary judgment brief (.5); e-mail to Committee regarding pre-motion letters and case status (.3); draft summary judgment brief (.9). | 1.70 |
| 03/12/10 | BNS | Review E. Fisher email regarding status of adversary proceeding (.2). | 0.20 |
| 03/12/10 | KLC | Draft and review committee update (0.4); review Evans case (0.5); revise brief (1.7); meet with Fisher re: same (0.5); correspondence to K. Schoening re: document production (0.1); review Rule 9037 on redaction (0.3); correspondence to Capria re: same (0.1); review FTI analysis re: book value of collateral (0.3); review summary judgment motion exhibits re: redaction (1.4). | 5.30 |
| 03/12/10 | FJC | Forward hard copies of exhibits to summary judgment motion to K. Cooperman (.1); continue cite-checking of summary judgment brief (.3); formulate list of long and short citation forms to be used in brief (.9); forward same to Cooperman via e-mail (.1); e-mail to Cooperman re redacting of exhibits to summary judgment motion (.1). | 1.50 |
| 03/13/10 | KLC | Revise brief. | 2.00 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. ████1683

Suite 100 150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000 F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

April 16, 2010

Invoice No. 8463493

Account Number 000141216-0006

### (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through March 31, 2010
### RE: JP MORGAN AVOIDANCE COMPLAINT

| Date | Tkpr | Narrative Description | Hours |
|---|---|---|---|
| 03/15/10 | E.F. | Review correspondence from Mayer Brown (.2); review correspondence from STB (.2); meet with Cooperman regarding summary judgment brief (.5); review and revise summary judgment brief (2.3). | 3.20 |
| 03/15/10 | KLC | Draft summary judgment standard for brief (2.2); further revisions to motion for summary judgment (2.5); review docket re: hearing transcripts re: DIP and Wind Down (0.3); review 6/23 transcript (1.1); review 6/1 transcript (0.6); office conference with Fisher re: brief revisions (0.4). | 7.10 |
| 03/15/10 | FJC | Redact information from exhibits and re-scan same to Acrobat (.pdf) images (2.7); e-mail with case team re possibility of filing some exhibits under seal (.2); additional preparation of certain exhibits for filing under seal (1.1). | 4.10 |
| 03/16/10 | E.F. | Prepare for pre-motion conference (.4); participate in Committee telephonic meeting (.9); conference with Cooperman regarding revisions to summary judgment brief (1.9); participate in pre-motion conference with Judge Gerber (.6); conference with Cooperman and Seidel re: same (.5). | 4.30 |
| 03/16/10 | BNS | Prepare for telephone conference with Bankruptcy Judge Gerber regarding summary judgment motions (0.4); attend conference with Bankruptcy Judge Gerber (0.6); follow up discussions with E. Fisher and K. Cooperman re: | 1.50 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. 4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

April 16, 2010

Invoice No. 8463493

Account Number 000141216-0006

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through March 31, 2010
### RE: JP MORGAN AVOIDANCE COMPLAINT

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | same (0.5). | |
| 03/16/10 | KLC | Telephone calls to and from Judge Gerber's chambers re: call (0.2); correspondences to and from KDW re: same (0.1); office conference with Fisher re: brief (1.9); telephone call with Judge Gerber, KDW, Fisher and Seidel (0.6); office conference with Fisher and Seidel re: same (0.5); telephone call with Committee (0.5); revise brief (3.1); research bifurcation (1). | 7.80 |
| 03/16/10 | FJC | Continue and complete cite-checking, key-citing and checking jump cites to Summary Judgment motion brief and editing same where needed. | 2.80 |
| 03/17/10 | E.F. | Confer with Mayer and Caton (KLNF) regarding pre-motion conference issues (.4); conference with Cooperman regarding same (.3); conference with Cooperman regarding supplemental research for summary judgment (.1); review statement of facts (1.2). | 2.00 |
| 03/17/10 | BNS | Review K. Cooperman email regarding mistake and intent. | 0.30 |
| 03/17/10 | BNS | Review strategy issue regarding summary judgment motion (.7); telephone conference with T. Mayer and A. Caton (KLNF) regarding summary judgment conference with Bankruptcy Judge (.4). | 1.10 |
| 03/17/10 | KLC | Telephone call with (KLNF) re: pre-motion conference (0.4); office conference with Fisher | 0.80 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. ████4883

Suite 100 · 150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

April 16, 2010

Invoice No. 8463493

Account Number 000141216-0006

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through March 31, 2010**
**RE: JP MORGAN AVOIDANCE COMPLAINT**

| Date | Tkpr | Narrative Description | Hours |
|------|------|------------------------|-------|
| | | re: same (0.3); confer with Fisher re: supplemental research (0.1). | |
| 03/17/10 | KLC | Correspondences to K. Schoening re: related preference and termination statement. | 0.20 |
| 03/17/10 | FJC | Final review of draft summary judgment motion brief (.2); forward edited version to K. Cooperman (.1). | 0.30 |
| 03/17/10 | K_S | Review online related docket for UCC3 references in multiple complaints for further attorney review and analysis. | 4.40 |
| 03/18/10 | E.F. | Review update to Committee (.3); finalize and e-mail same to Committee (.2). | 0.50 |
| 03/18/10 | BNS | Provide further update to committee. | 0.50 |
| 03/18/10 | KLC | Draft and review GM Committee update re: pre-motion conference. | 1.00 |
| 03/19/10 | E.F. | E-mails to Committee regarding pre-motion conference (.3); e-mail to Buonomo (GM) regarding collateral value (.3); draft supplemental pre-motion letter (.5). | 1.10 |
| 03/21/10 | E.F. | E-mails to Seidel and Cooperman regarding supplemental pre-motion letter. | 0.20 |
| 03/21/10 | KLC | Review hearing transcripts re: wind down order. | 2.50 |
| 03/22/10 | E.F. | E-mails with FTI regarding valuation (.2); conference with Seidel regarding supplemental pre-motion letter (.2); conference with Cooperman regarding same (.2). | 0.60 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No ▇▇▇4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

April 16, 2010

Invoice No. 8463493

Account Number 000141216-0006

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through March 31, 2010**
**RE: JP MORGAN AVOIDANCE COMPLAINT**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 03/22/10 | BNS | Review collateral valuation issues (.1); conference with Fisher re: same (0.2). | 0.30 |
| 03/22/10 | KLC | Draft and revise summary of 6 transcripts re: DIP order and wind down (3.6); office conference with Fisher re: supplemental letter (0.2). | 3.80 |
| 03/22/10 | FJC | E-mails to K. Cooperman re case status. | 0.20 |
| 03/23/10 | E.F. | Review Hoge affidavit and e-mails regarding same (.4); confer with Callagy (KDW) regarding summary judgment issues (.3); conference with Seidel re: same (0.3); prepare pre-motion letter (.2). | 1.20 |
| 03/23/10 | BNS | Review notes from hearings on DIP financing as to collateral (.3); conference with E. Fisher regarding telephone conference with Callagy (KDW) (.3). | 0.60 |
| 03/23/10 | KLC | Draft second request for a pre-motion conference. | 1.50 |
| 03/24/10 | E.F. | Review corrected deposition transcripts (.5); conference with Cooperman regarding pre-motion letter (.5); review affidavit and supplemental documents (.4). | 1.40 |
| 03/24/10 | KLC | Draft second supplemental letter requesting pre-motion conference re: summary judgment (2); conference with Fisher re: same (0.5); further research bifurcation in avoidance action (1.5). | 4.00 |
| 03/25/10 | E.F. | Conference with Cooperman regarding pre- | 0.50 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No ████4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

April 16, 2010

Invoice No. 8463493

Account Number 000141216-0006

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through March 31, 2010
## RE: JP MORGAN AVOIDANCE COMPLAINT

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | motion letter. | |
| 03/25/10 | KLC | Revise supplemental letter requesting pre-motion conference (2.6); conference with Fisher re: same (0.5). | 3.10 |
| 03/25/10 | FJC | Upload images of latest Mayer Brown document production (.2); organize files re same (.1). | 0.30 |
| 03/26/10 | E.F. | Teleconference with Chambers (.2); meet with Seidel regarding pre-motion issues (.2); review supplemental pre-motion letter (.2). | 0.60 |
| 03/26/10 | BNS | Conference with E. Fisher regarding summary judgment motion conference (.2); telephone conference with Chambers regarding scheduling (.2); telephone conference with Peter Faulkner regarding litigation status (.1). | 0.50 |
| 03/26/10 | KLC | Revise second pre-motion letter request (0.6); correspondence to and from Fisher re: Callagy (KDW) correspondence (0.1). | 0.70 |
| 03/26/10 | K_S | Load most recent Mayer Brown production into Summation database for further attorney review and analysis. | 0.80 |
| 03/28/10 | KLC | Read article re: GM February 2010 tax filings using lower valuations (0.2); correspondence to K. Schoening re: JPM March 23, 2010 production (0.1); review Homic (GM) affidavit and compare to R. Gordon (Mayer Brown) affidavit (0.3); correspondence to Fisher re: same (0.1); correspondence to M. Manning (Mayer Brown) | 0.90 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. ▮▮▮4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

April 16, 2010

Invoice No. 8463493

Account Number 000141216-0006

### (Privileged and Confidential Information)
PROFESSIONAL SERVICES posted through March 31, 2010
RE: JP MORGAN AVOIDANCE COMPLAINT

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | re: closing CD (0.1); review errata sheet to Duker deposition (0.1). | |
| 03/29/10 | E.F. | Revisions to supplemental pre-motion letter. | 0.90 |
| 03/29/10 | KLC | Review second pre-motion letter filed by JPMorgan (0.5); correspondence from J. Sharrett (KLNF) re: New GM filing (0.1). | 0.60 |
| 03/29/10 | K_S | Load most recent production into Summation database for further attorney review and analysis. | 0.80 |
| 03/30/10 | BNS | Review and consider Callagy (KDW) letter to Bankruptcy Judge Gerber regarding summary judgment (.4); review K. Cooperman draft response (.3); additional review and consideration of letter to Bankruptcy Judge Gerber (2.2). | 2.90 |
| 03/30/10 | KLC | Further revise second pre-motion conference letter in light of JPMorgan's second letter. | 2.60 |
| 03/31/10 | E.F. | Review and revise draft supplemental pre-motion letter. | 0.30 |

**PROFESSIONAL SERVICES**          **79,023.50**

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No ████4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

April 14, 2010

Invoice No. 8463494

Account Number 000141216-0007

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through March 31, 2010
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Professional Services | | | | |
|---|---|---|---|---|
| Timekeeper | | | | Total |
| **Shareholder** | | | | |
| Eric Fisher | 2.60 | hours at | $525.00 | $1,365.00 |
| Barry N. Seidel | 9.50 | hours at | $725.00 | $6,887.50 |
| Total For Shareholder | 12.10 | | | $8,252.50 |
| **Associate** | | | | |
| Katie L. Cooperman | 21.90 | hours at | $395.00 | $8,650.50 |
| Total For Associate | 21.90 | | | $8,650.50 |

| Disbursements | |
|---|---|
| Description | Total |
| Computer Research | $590.40 |
| **Total Disbursements** | **$590.40** |

| | |
|---|---|
| Current Fees: | 16,903.00 |
| Current Disbursements: | 590.40 |
| Total Current Invoice: | 17,493.40 |
| **Total Balance Due:** | **$17,493.40** |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. ████4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

April 14, 2010

Invoice No. 8463494

Account Number: 000141216-0007

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through March 31, 2010
## RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 03/01/10 | E.F. | Conference with Cooperman regarding legal research issues. | 0.20 |
| 03/01/10 | KLC | Review notes re: consent fee (.2); conference with Fisher re: legal research issues (0.2). | 0.40 |
| 03/02/10 | KLC | Review notes re: lock up agreement (0.6); research fraudulent transfers and preference law involving fee (5). | 5.60 |
| 03/04/10 | BNS | Review materials in preparation for meeting with FTI regarding issues and strategy. | 4.30 |
| 03/04/10 | KLC | Read cases re: preferences and fraudulent transfers involving fee. | 1.30 |
| 03/05/10 | E.F. | Prepare for and participate in call with Seidel and FTI concerning next steps in NS matter. | 1.30 |
| 03/05/10 | BNS | Develop strategy regarding NS bondholders and prepare for telephone conference with FTI (3.6); conference call with FTI regarding status and strategy (.8). | 4.40 |
| 03/05/10 | KLC | Continue review of avoidance cases re: fee. | 0.60 |
| 03/09/10 | KLC | Further research re: fees avoided under section 547 or 548 of the Bankruptcy Code. | 6.10 |
| 03/13/10 | KLC | Review smurfit Ontario pleading (1); review cases re: fraudulent transfer and summary of notes re: same (1). | 2.00 |
| 03/16/10 | E.F. | Conference with Cooperman regarding Nova | 0.40 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No ██████4883

Suite 300  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF                    April 14, 2010
GENERAL MOTORS CORPORATION

Invoice No. 8463494

Account Number 000141216-0007

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through March 31, 2010**
**RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | Scotia issues. | |
| 03/16/10 | KLC | Review Smurfit docket re: related filings (1.1); conference with Fisher re: Nova Scotia issues (0.4). | 1.50 |
| 03/19/10 | KLC | Research Tribune docket re: applicable pleadings. | 2.00 |
| 03/21/10 | KLC | Review filings in Smurfit bankruptcy re: double dip claim. | 1.50 |
| 03/22/10 | E.F. | Conference call with FTI concerning status and strategy (.5); prepare for call with FTI by reviewing materials and e-mails (.2). | 0.70 |
| 03/22/10 | BNS | Prepare for 4p call with FTI regarding status and strategy (.3); participate in call with FTI (.5). | 0.80 |
| 03/22/10 | KLC | Telephone call with FTI re: Nova Scotia matters (0.5); prepare for same (0.2); correspondences to Fisher and Seidel re: same (0.2). | 0.90 |

**PROFESSIONAL SERVICES**                    **16,903.00**

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No ████ 4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

April 14, 2010

Invoice No. 8473932

Account Number 000141216-0010

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through March 31, 2010
### RE: MONTHLY FEE STATEMENTS

| | PROFESSIONAL SERVICES | | | 3,224.00 |
|---|---|---|---|---|
| | Professional Services | | | |
| **Timekeeper** | | | | **Total** |
| Shareholder | | | | |
| Barry N. Seidel | 0.10 | hours at | $725.00 | $72.50 |
| Total For Shareholder | 0.10 | | | $72.50 |
| Associate | | | | |
| Katie L. Cooperman | 6.80 | hours at | $395.00 | $2,686.00 |
| Total For Associate | 6.80 | | | $2,686.00 |
| Paralegal II | | | | |
| Frederick Capria | 1.90 | hours at | $245.00 | $465.50 |
| Total For Paralegal II | 1.90 | | | $465.50 |

| Current Fees: | 3,224.00 |
|---|---|
| Less 50% Fee Discount: | (1,612.00) |
| Current Disbursements: | 0.00 |
| Total Current Invoice: | 1,612.00 |
| **Total Balance Due:** | **$1,612.00** |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. ███4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

April 14, 2010

Invoice No. 8473932

Account Number: 000141216-0010

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through March 31, 2010**
**RE: MONTHLY FEE STATEMENTS**

| Date | Tkpr | Narrative Description | Hours |
|------|------|-----------------------|-------|
| 03/11/10 | KLC | Revise February proformas. | 1.00 |
| 03/12/10 | KLC | Correspondences to and from accounting re: February proformas. | 0.20 |
| 03/15/10 | KLC | Correspondences to Accounting re: February invoices. | 0.10 |
| 03/18/10 | KLC | Review February invoices and correspondences to and from Accounting re: same. | 1.10 |
| 03/19/10 | KLC | Revise February invoices and begin drafting February monthly statement. | 1.00 |
| 03/25/10 | KLC | Revise February fee statement summary, letter and enclosure. | 1.00 |
| 03/26/10 | KLC | Correspondences to and from L. Shruga (Accounting) re: cost back up documentation for February fee statement (0.2); review same documentation (0.4); revise February fee statement (1.7); correspondence to B. Seidel re: same for review (0.1). | 2.40 |
| 03/26/10 | FJC | Review entries to February monthly fee statement and check totals. | 1.90 |
| 03/29/10 | BNS | Review and revise February fee statement letter. | 0.10 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. ▓▓4883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

May 18, 2010

Invoice No. 8466920

Account Number 000141216-0005

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through April 30, 2010**
**RE: BUTZEL LONG FEE APPLICATIONS AND MONTHLY BUDGETS**

| Professional Services | | | | |
|---|---|---|---|---|
| **Timekeeper** | | | | **Total** |
| Shareholder | | | | |
| Barry N. Seidel | 0.10 | hours at | $725.00 | $72.50 |
| Total For Shareholder | 0.10 | | | $72.50 |
| Associate | | | | |
| Katie L. Cooperman | 0.60 | hours at | $395.00 | $237.00 |
| Total For Associate | 0.60 | | | $237.00 |

| Disbursements | |
|---|---|
| **Description** | **Total** |
| Copies | $60.20 |
| Computer Research | $8.64 |
| Express Delivery Charges | $52.78 |
| **Total Disbursements** | **$121.62** |

| | |
|---|---|
| Current Fees: | 309.50 |
| Current Disbursements: | 121.62 |
| Total Current invoice: | 431.12 |
| **Total Balance Due:** | **$431.12** |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No █████4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
**T:** 313 225 7000  **F:** 313 225 7080
**www.butzel.com**

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

May 18, 2010

Invoice No. 8466920

Account Number: 000141216-0005

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through April 30, 2010**
**RE: BUTZEL LONG FEE APPLICATIONS AND MONTHLY BUDGETS**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 04/14/10 | KLC | Draft May budget letter. | 0.40 |
| 04/15/10 | BNS | Review draft budget letter [.1]. | 0.10 |
| 04/15/10 | KLC | Revise May budget letter (0.1); correspondence to B. Williamson (Fee Examiner) re: same (0.1). | 0.20 |

**PROFESSIONAL SERVICES**    309.50

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. ████ 4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

May 18, 2010

Invoice No. 8466921

Account Number 000141216-0006

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through April 30, 2010
### RE: JP MORGAN AVOIDANCE COMPLAINT

| Professional Services | | | | |
|---|---|---|---|---|
| Timekeeper | | | | Total |
| Shareholder | | | | |
| Eric Fisher | 12.20 | hours at | $525.00 | $6,405.00 |
| Barry N. Seidel | 2.60 | hours at | $725.00 | $1,885.00 |
| Total For Shareholder | 14.80 | | | $8,290.00 |
| Associate | | | | |
| Katie L. Cooperman | 4.40 | hours at | $395.00 | $1,738.00 |
| Total For Associate | 4.40 | | | $1,738.00 |
| Paralegal | | | | |
| Kimberly A. Schoening | 0.30 | hours at | $140.00 | $42.00 |
| Total For Paralegal | 0.30 | | | $42.00 |
| Paralegal II | | | | |
| Frederick Capria | 1.60 | hours at | $245.00 | $392.00 |
| Total For Paralegal II | 1.60 | | | $392.00 |

| Disbursements | |
|---|---|
| Description | Total |
| Copies | $6.80 |
| Computer Research | $98.85 |
| Document Copy Charges | $365.04 |
| Service Fees | $13.75 |
| Less Credit Applied for Copy Charge | ($214.24) |
| **Total Disbursements** | **$270.20** |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No ⬛⬛4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

May 18, 2010

Invoice No. 8466921

Account Number 000141216-0006
### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through April 30, 2010**
**RE: JP MORGAN AVOIDANCE COMPLAINT**

| | |
|---|---|
| Current Fees: | 10,462.00 |
| Current Disbursements: | 270.20 |
| Total Current Invoice: | 10,732.20 |
| **Total Balance Due:** | **$10,732.20** |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. ████ 4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

May 18, 2010

Invoice No. 8466921

Account Number: 000141216-0006

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through April 30, 2010
## RE: JP MORGAN AVOIDANCE COMPLAINT

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 04/01/10 | E.F. | Review supplemental pre-motion letter submitted by JPM (.6); review and revise draft response to pre-motion letter (.3); conference with Seidel re: same (.3). | 1.20 |
| 04/01/10 | BNS | Conference with E. Fisher regarding draft of letter to Bankruptcy Judge Gerber regarding summary judgment. | 0.30 |
| 04/01/10 | KLC | Distinguish cases cited by JPMorgan in second pre-motion letter (0.5); correspondences to Seidel and Fisher re: same (0.1). | 0.60 |
| 04/02/10 | E.F. | Draft supplemental pre-motion letter. | 3.50 |
| 04/03/10 | E.F. | Further revisions to supplemental pre-motion letter. | 4.20 |
| 04/05/10 | KLC | Further revisions to supplemental pre-motion letter (0.8); confirm from discovery number of termination statements filed by Mayer Brown and inclusion thereof on documents noted in letter (0.7); further attention to bifurcation research re: letter (0.3). | 1.80 |
| 04/05/10 | FJC | Telephone call to K. Cooperman re: pre-motion letter (.1); review letter brief re summary judgment motion (.1); key-cite and check jump-cites to same (.7); e-mail to court reporter re exhibits to depositions (.1). | 1.00 |
| 04/06/10 | E.F. | Review supplemental pre-motion letter. | 0.30 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. ▮▮▮▮1883

Suite 100 150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000 F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

May 18, 2010

Invoice No. 8466921

Account Number 000141216-0006

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through April 30, 2010**
**RE: JP MORGAN AVOIDANCE COMPLAINT**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 04/06/10 | BNS | Review and make revisions to Fisher draft of email to Bankruptcy Judge Gerber regarding request for summary judgment (2.1); circulate to Committee (.2). | 2.30 |
| 04/06/10 | KLC | Correspondences to Seidel re: prior Committee updates (0.1); revise same per Seidel comments (0.7); correspondences to Seidel re: same (0.2). | 1.00 |
| 04/06/10 | FJC | Update LiveNote database deposition transcript database (.2); process deposition exhibit images for conversion and linking to transcripts (.2). | 0.40 |
| 04/07/10 | E.F. | Revise and finalize supplemental pre-motion letter (.4); teleconference and e-mails with Callagy (KD&W) regarding scheduling issues (.2); e-mails with Buonomo (New GM) and FTI regarding New GM collateral values (.3). | 0.90 |
| 04/07/10 | KLC | Coordinate filing and hand delivery of supplemental pre-motion letter (0.2); correspondence to J. Callagy (KD&W) re: same (0.1); telephone call to J. Sharrett (KLNF) re: Committee e-mail distribution list (0.1); correspondences to Seidel and Fisher re: same (0.1). | 0.50 |
| 04/08/10 | E.F. | Teleconference with Callagy (KD&W) regarding pre-motion issues. | 0.10 |
| 04/09/10 | E.F. | Call with Callagy (KD&W) regarding pre-motion conference. | 0.10 |
| 04/09/10 | FJC | Prepare and transmit image of deposition | 0.20 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. ████4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

May 18, 2010

Invoice No. 8466921

Account Number 000141216-0006

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through April 30, 2010**
**RE: JP MORGAN AVOIDANCE COMPLAINT**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | exhibits to vendor for processing and linking to deposition transcripts. | |
| 04/12/10 | E.F. | Call with Callagy (KD&W) regarding pre-motion issues (.3); review information request to New GM regarding fair value accounting (.5). | 0.80 |
| 04/12/10 | K_S | Load most recent production into Summation database for attorney review. | 0.30 |
| 04/13/10 | E.F. | E-mails with Callagy (KD&W) regarding summary judgment scheduling issues. | 0.20 |
| 04/19/10 | E.F. | E-mails with Larry Buonomo (New GM) regarding information request to New GM. | 0.10 |
| 04/30/10 | E.F. | Call with Larry Buonomo (New GM) regarding information request to New GM (.4); follow-up analysis of 10-K in connection with collateral valuation (.4). | 0.80 |
| 04/30/10 | KLC | Telephone call with Fisher and L. Buonomo (New GM) re: information requests (0.5). | 0.50 |

**PROFESSIONAL SERVICES**                **10,462.00**

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No ████4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

May 18, 2010

Invoice No. 8466922

Account Number 000141216-0007

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through April 30, 2010**
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Professional Services | | | | |
|---|---|---|---|---|
| Timekeeper | | | | Total |
| Shareholder | | | | |
| Eric Fisher | 14.90 | hours at | $525.00 | $7,822.50 |
| Jane Greyf | 0.30 | hours at | $590.00 | $177.00 |
| Barry N. Seidel | 10.70 | hours at | $725.00 | $7,757.50 |
| Total For Shareholder | 25.90 | | | $15,757.00 |
| Associate | | | | |
| Omer Granit | 11.00 | hours at | $325.00 | $3,575.00 |
| Katie L. Cooperman | 26.40 | hours at | $395.00 | $10,428.00 |
| Total For Associate | 37.40 | | | $14,003.00 |

| Disbursements | |
|---|---|
| Description | Total |
| Computer Research | $57.09 |
| **Total Disbursements** | **$57.09** |

| | |
|---|---|
| Current Fees: | 29,760.00 |
| Current Disbursements: | 57.09 |
| Total Current Invoice: | 29,817.09 |
| **Total Balance Due:** | **$29,817.09** |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. ▇▇▇883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

May 18, 2010

Invoice No. 8466922

Account Number: 000141216-0007

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through April 30, 2010
## RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 04/07/10 | E.F. | Conference with Seidel regarding analysis of Nova Scotia claims. | 0.20 |
| 04/07/10 | BNS | Conference with Fisher re: Nova Scotia claims (.2). | 0.20 |
| 04/19/10 | E.F. | Conference with Seidel and Cooperman regarding strategy. | 0.20 |
| 04/19/10 | BNS | Conference with E. Fisher, K. Cooperman regarding strategy. | 0.20 |
| 04/19/10 | KLC | Conference with Fisher and Seidel re: strategy (.2). | 0.20 |
| 04/21/10 | KLC | Review swap transaction between GMNS and Old GM (2.5); prepare summary of same (0.6). | 3.10 |
| 04/22/10 | E.F. | Analyze Canadian legal issues and double-dip theory with respect to potential claim objection (2.2); meet with Cooperman regarding analysis of potential claim objection (.8). | 3.00 |
| 04/22/10 | BNS | Conference with K. Cooperman regarding telephone conference with WG&M and Alix and legal analysis of issues regarding claims related to Nova Scotia. | 0.80 |
| 04/22/10 | KLC | Read hearing transcript re: objection to claim procedure (0.8); office conference with Fisher re: strategy (.8); telephone call with R. Berkovitch (WGM) re: objections (0.4); correspondence from R. Berkovitch re: swap and lock-up assumption (0.2); discuss analysis with Seidel (0.8); | 7.50 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No ████4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

May 18, 2010

Invoice No. 8466922

Account Number 000141216-0007
## (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through April 30, 2010**
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | review Canadian redacted memo re: contribution claim (2.3); review GMNS trustee proof of claim (0.4); review noteholders guarantee proof of claim (0.6); review Debtors' objection re: Smurfit (1.2). | |
| 04/23/10 | E.F. | Analyze Lockup Agreement, proofs of claim and double-dip theory in connection with potential claims objections (2.7); meet with Cooperman and Seidel to analyze potential claims objection (1.3); analyze results of legal research regarding double recovery issue (.5); analyze Canadian legal issues regarding deficiency claim (.4). | 4.90 |
| 04/23/10 | BNS | Conference with E. Fisher and K. Cooperman to discuss legal issues regarding claims asserted by Nova Scotia bondholders. | 1.30 |
| 04/23/10 | KLC | Office conference with Fisher and Seidel re: objection issues (1.3); review PBGC case re: duplicative claims (0.5); begin timeline of relevant facts concerning claims objections (3.5); review Lock up agreement and prepare summary re: same (1); correspondence to A. Caton and J. Sharrett (KLNF) re: Canadian counsel (0.1); correspondence to FTI re: consent fee (0.1). | 6.50 |
| 04/25/10 | BNS | Review purchase agreement for New GM purchase of Old GM assets and consider issues relating to claims of Nova Scotia bondholders. | 3.30 |
| 04/25/10 | KLC | Research effect of condition subsequent on | 1.70 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No█████1883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000 F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

May 18, 2010

Invoice No. 8466922

Account Number 000141216-0007
### (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through April 30, 2010
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | prepetition contract. | |
| 04/26/10 | E.F. | Meet with Seidel and Cooperman regarding analysis of Nova Scotia matters (1.4); call with FTI concerning potential objections based on lock-up agreement (1.0); analyze Canadian law and fraudulent transfer issues (.8); analyze swap agreement, lock-up agreement and proofs of claim (.5); e-mail concerning retention of Canadian counsel concerning NS issues (.2). | 3.90 |
| 04/26/10 | BNS | Review possible defenses to claims of Nova Scotia trustee (.4); conference with E. Fisher and K. Cooperman to discuss issues (1.4). | 1.80 |
| 04/26/10 | BNS | Participate on conference call with FTI to discuss legal issues and FTI support (1.0). | 1.00 |
| 04/26/10 | KLC | Review cases re: condition subsequent to prepetition contract (.9); correspondence from Seidel re: swap strategy (0.2); telephone call with FTI re: Nova Scotia matters (1); office conference with Seidel and Fisher re: same (1.4). | 3.50 |
| 04/27/10 | J.G. | Meet with K. Cooperman re: Swap Issue. | 0.30 |
| 04/27/10 | E.F. | Conference with Cooperman concerning challenges to Lock-up Agreement (.7); analyze lock-up agreement (.5); e-mails concerning retention of Canadian counsel (.4); e-mails with Weil regarding same (.2). | 1.80 |
| 04/27/10 | BNS | Review facts and develop legal theories to dispute bondholder claims (.8); telephone | 0.90 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. ████4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

May 18, 2010

Invoice No. 8466922

Account Number 000141216-0007

### (Privileged and Confidential Information)
PROFESSIONAL SERVICES posted through April 30, 2010
RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | conference with S. Karotkin (WGM) regarding status (.1). | |
| 04/27/10 | KLC | Meet with Greyf re: Swap. | 0.30 |
| 04/27/10 | KLC | Office conference with Fisher re: lock up agreement. | 0.70 |
| 04/28/10 | E.F. | E-mails regarding search for Canadian counsel (.3); e-mails to Cooperman regarding Notes (.2). | 0.50 |
| 04/28/10 | KLC | Review swap (1.1); research undoing contracts as fraudulent (1.4); discuss equitable subordination with Granite (0.4). | 2.90 |
| 04/28/10 | OG | Research regarding equatable subordination (3.1); discuss same with Cooperman (0.4). | 3.50 |
| 04/29/10 | BNS | Telephone conference with Bill Gray regarding Canadian insolvency law and possible retention as Canadian counsel. | 0.60 |
| 04/29/10 | OG | Research regarding equatable subordination. | 4.50 |
| 04/30/10 | E.F. | Calls with potential Canadian counsel to analyze unlimited company act issues. | 0.40 |
| 04/30/10 | BNS | Telephone conference with Bill Gray (Tony's) regarding serving as Canadian counsel. | 0.60 |
| 04/30/10 | OG | Research regarding equatable subordination. | 3.00 |

**PROFESSIONAL SERVICES**        **29,760.00**

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No ●●●●4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000 F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

May 18, 2010

Invoice No. 8466923

Account Number 000141216-0008

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through April 30, 2010**
### RE: DEFENDING FEE APPLICATIONS

| Date | Tkpr | Narrative Description | Hours |
|------|------|------------------------|-------|
| | | proceedings in Bankruptcy case [.1]; download and review transcript and e-mail to Cooperman [.1]. | |

| | PROFESSIONAL SERVICES | | | 22,352.50 |
|---|---|---|---|---|

### Professional Services

| Timekeeper | | | | Total |
|------------|------|------|------|-------|
| **Shareholder** | | | | |
| Eric Fisher | 1.90 | hours at | $525.00 | $997.50 |
| Barry N. Seidel | 9.60 | hours at | $725.00 | $6,960.00 |
| Total For Shareholder | 11.50 | | | $7,957.50 |
| | | | | |
| **Associate** | | | | |
| Katie L. Cooperman | 34.50 | hours at | $395.00 | $13,627.50 |
| Orlee Goldfeld | 0.30 | hours at | $435.00 | $130.50 |
| Total For Associate | 34.80 | | | $13,758.00 |
| | | | | |
| **Paralegal II** | | | | |
| Frederick Capria | 2.60 | hours at | $245.00 | $637.00 |
| Total For Paralegal II | 2.60 | | | $637.00 |

### Disbursements

| Description | Total |
|-------------|-------|
| Copies | $32.80 |
| Express Delivery Charges | $13.48 |
| Total Disbursements | $46.28 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No■■■■4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

May 18, 2010

Invoice No. 8466923

Account Number 000141216-0008

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through April 30, 2010**
### RE: DEFENDING FEE APPLICATIONS

| | |
|---|---|
| Current Fees: | 22,352.50 |
| Current Disbursements: | 46.28 |
| Total Current Invoice: | 22,398.78 |
| **Total Balance Due:** | **$22,398.78** |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. ████883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

May 18, 2010

Invoice No. 8466923

Account Number: 000141216-0008

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through April 30, 2010**
**RE: DEFENDING FEE APPLICATIONS**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 04/05/10 | KLC | Review and consider letter from fee examiner re: inquiries concerning first Butzel fee application. | 0.40 |
| 04/06/10 | KLC | Research compensability of time spent defending fee applications. | 1.00 |
| 04/07/10 | KLC | Further research re: compensability of defending fee applications. | 0.60 |
| 04/08/10 | KLC | Telephone call to C. Andres (Godfrey and Kahn) re: form of response (0.1); begin drafting response (0.5). | 0.60 |
| 04/09/10 | KLC | Telephone call to T. Chen (Library) re: Lexis and Westlaw contracts (0.1); discuss same with D. Miller in light of confidential nature re: same (0.2); correspondences with D. Miller and T. Chen re: same (0.1); begin drafting response to Fee Examiner's request for information (0.6). | 1.00 |
| 04/10/10 | KLC | Complete draft response to Fee Examiner request for information re: first Butzel fee application. | 3.20 |
| 04/12/10 | OG | Review of excerpt of draft letter to the fee examiner. | 0.20 |
| 04/12/10 | KLC | Further revisions to response letter re: fee examiner; telephone call to C. Andres (GK) re: same. | 0.50 |
| 04/13/10 | E.F. | Review and revise letter to fee examiner and conference with Cooperman regarding same. | 0.30 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No ███4883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000   F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

May 18, 2010

Invoice No. 8466923

Account Number 000141216-0008
### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through April 30, 2010**
### RE: DEFENDING FEE APPLICATIONS

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 04/13/10 | BNS | Review and revise letter to fee examiner drafted by K. Cooperman. | 0.30 |
| 04/13/10 | KLC | Revise response to Fee Examiner and conference with Fisher re: same. | 0.30 |
| 04/13/10 | FJC | Print out cover e-mail of November 16, 2009 addressed to Trustee, with text attachment (.2); review and mark text attachment and forward all to Cooperman (.3). | 0.50 |
| 04/14/10 | KLC | Correspondences to and from Seidel re: different caps on copying costs per fee examiner's reports; correspondence to C. Andres (GK) re: same; correspondence from C. Andres re: draft pleading. | 0.40 |
| 04/15/10 | BNS | Review fee examiner draft objection to Butzel Long fee application. | 0.30 |
| 04/15/10 | KLC | Correspondence from T. Chen re: Westlaw contract; correspondence to D. Miller re: same. | 0.20 |
| 04/15/10 | KLC | Correspondence from Fee Examiner re: draft pleading (0.1); review same pleading (0.5). | 0.60 |
| 04/15/10 | KLC | Review first and second reports filed by fee examiner. | 1.50 |
| 04/16/10 | BNS | Conference with K. Cooperman regarding addressing fee examiner issues. | 0.40 |
| 04/16/10 | OG | E-mail correspondence with K. Cooperman regarding expenses included on fee application. | 0.10 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No ████4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

May 18, 2010

Invoice No. 8466923

Account Number 000141216-0008

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through April 30, 2010
### RE: DEFENDING FEE APPLICATIONS

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 04/16/10 | KLC | Correspondences to and from O. Goldfeld re: expenses disputed by Fee Examiner (0.2); prepare summary of expense substantiation per Fee Examiner inquiry (0.8); correspondence to C. Andres (GK) re: same (0.1); telephone call to meal vendor re: same (0.2); correspondence from meal vendor re: same (0.1); discuss same with Seidel (0.4). | 1.80 |
| 04/17/10 | KLC | Analyze fee applications of 6 retained professionals regarding time spent and fees incurred re: retention and fee matters. | 1.50 |
| 04/19/10 | BNS | Review and revise response to fee examiner. | 0.40 |
| 04/19/10 | KLC | Draft response to Fee Examiner's second letter enclosing draft pleading (1.8); correspondence to Fisher and Seidel re: same (0.2). | 2.00 |
| 04/20/10 | BNS | Review and revise draft response to fee examiner. | 0.20 |
| 04/20/10 | KLC | Revise response to Fee Examiner's second letter enclosing draft pleading (1); correspondence from C. Andres (GK) re: meals and travel (0.1); further revisions to response letter (0.2); correspondence to Seidel and Fisher re: same (0.1); correspondence to C. Andres re: response and clarification (0.1). | 1.50 |
| 04/22/10 | KLC | Review Fee Examiner's limited objection to first interim fee application. | 0.40 |
| 04/22/10 | FJC | Telephone call with K. Cooperman re assignment | 0.30 |

# BUTZEL LONG
## ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. ▓▓▓▓4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

May 18, 2010

Invoice No. 8466923

Account Number 000141216-0008

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through April 30, 2010
### RE: DEFENDING FEE APPLICATIONS

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | (.1); Internet database research re Fee Examiner's Statement re Butzel Long request for reimbursement (.1); forward image of same to Cooperman (.1). | |
| 04/23/10 | KLC | Correspondence to and from C. Andres (GK) re: reply deadline extension. | 0.10 |
| 04/23/10 | FJC | Telephone call from K. Cooperman re assignment (.1); Internet database research re responses to objections to fee applications (.5); download and forward results to Cooperman (.1). | 0.70 |
| 04/24/10 | KLC | Draft reply to Fee Examiner's limited objection to first fee application. | 2.00 |
| 04/25/10 | KLC | Revise reply to fee examiner objection. | 0.90 |
| 04/26/10 | BNS | Review draft of response to fee examiner objection to Butzel Long first fee application (.7); conference with K. Cooperman to discuss (.5). | 1.20 |
| 04/26/10 | KLC | Telephone call with Accounting re: expense reports; discuss same with applicable secretaries. | 0.30 |
| 04/26/10 | KLC | Revise reply to Fee Examiner's objection to first interim fee application (2.4); conference with Seidel re: same (.5). | 2.90 |
| 04/27/10 | BNS | Review and revise Butzel Long response to examiner objection after review of Kramer Levin and WG&M responses. | 1.10 |
| 04/27/10 | KLC | Telephone call to and from M. Williams (GDC) re: | 4.40 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No ██████4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

May 18, 2010

Invoice No. 8466923

Account Number 000141216-0008

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through April 30, 2010
### RE: DEFENDING FEE APPLICATIONS

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | support for fee hearing (0.2); revise reply to Fee Examiner's objection to first interim fee application (4); coordinate service of reply (0.2). | |
| 04/27/10 | FJC | Research re service of response to Fee Examiner (.4); e-mail to K. Cooperman re same (.1). | 0.50 |
| 04/28/10 | KLC | Telephone call with accounting re: process in light of Fee Examiner reports (0.4); prepare materials in anticipation for hearing on first interim fee applications (0.8). | 1.20 |
| 04/28/10 | FJC | Prepare copy of Response to Fee Examiner's report for delivery to Judge Gerber (.2); e-mails to K. Cooperman re status of delivery (.1). | 0.30 |
| 04/29/10 | E.F. | Telephonically participate in fee hearing. | 1.60 |
| 04/29/10 | BNS | Attend hearing on Butzel Long first fee application (3.5); review pleadings re: same (.5); attend telephone reading of Bankruptcy Judge Gerber's decision on fee application (5p-6:40p) (1.6). | 5.60 |
| 04/29/10 | KLC | Attend hearing on first interim fee applications (3.5); attend decision of Judge Gerber re: same (1.6). | 5.10 |
| 04/30/10 | BNS | Discuss issue with K. Cooperman regarding Bankruptcy Judge Gerber decisions 4/29/10. | 0.10 |
| 04/30/10 | KLC | Discuss Judge Gerber decision with Seidel. | 0.10 |
| 04/30/10 | FJC | Telephone call from K. Cooperman re assignment (.1); Internet research re transcript of | 0.30 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. ████ 4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

May 18, 2010

Invoice No. 8473933

Account Number 000141216-0010

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through April 30, 2010**
**RE: MONTHLY FEE STATEMENTS**

| | **PROFESSIONAL SERVICES** | | | **2,965.50** |
|---|---|---|---|---|
| | **Professional Services** | | | |
| **Timekeeper** | | | | **Total** |
| | | | | |
| Shareholder | | | | |
| Barry N. Seidel | 0.20 | hours at | $725.00 | $145.00 |
| Total For Shareholder | 0.20 | | | $145.00 |
| | | | | |
| Associate | | | | |
| Katie L. Cooperman | 5.90 | hours at | $395.00 | $2,330.50 |
| Total For Associate | 5.90 | | | $2,330.50 |
| | | | | |
| Paralegal II | | | | |
| Frederick Capria | 2.00 | hours at | $245.00 | $490.00 |
| Total For Paralegal II | 2.00 | | | $490.00 |

| | |
|---|---|
| Current Fees: | 2,965.50 |
| Less 50% Fee Discount: | (1,482.75) |
| Current Disbursements: | 0.00 |
| Total Current Invoice: | 1,482.75 |
| **Total Balance Due:** | **$1,482.75** |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. ████ 883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

May 18, 2010

Invoice No. 8473933

Account Number: 000141216-0010

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through April 30, 2010
## RE: MONTHLY FEE STATEMENTS

| Date | Tkpr | Narrative Description | Hours |
|------|------|-----------------------|-------|
| 04/14/10 | KLC | Revise March proformas (1.6); telephone call to accounting re: same (0.1); telephone call and correspondences with Accounting re: disbursement summary for March fee statement (0.2). | 1.90 |
| 04/15/10 | KLC | Revise March invoices. | 0.30 |
| 04/21/10 | KLC | Revise March invoices (0.8); correspondences to accounting re: same (0.1). | 0.90 |
| 04/23/10 | KLC | Draft March monthly statement, cover letter, enclosure and expense summary. | 1.40 |
| 04/27/10 | KLC | Further revisions to March monthly statement, cover letter, enclosure and disbursements detail. | 0.60 |
| 04/27/10 | FJC | Begin review of March Monthly Fee Statement, checking all figures. | 1.60 |
| 04/28/10 | FJC | Continue and complete review of March Monthly Fee Statement and e-mail to K. Cooperman re same. | 0.40 |
| 04/30/10 | BNS | Review Butzel Long March Monthly Fee Statement. | 0.20 |
| 04/30/10 | KLC | Revise March Monthly Statement documents in light of Judge Gerber's decision (0.6); correspondences to Fee Examiner, Committee, Debtors, US Trustee and Debtors' counsel re: same (0.2). | 0.80 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. ⬛⬛4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
**T:** 313 225 7000 **F:** 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

June 9, 2010

Invoice No. 8468866

Account Number 000141216-0001

**(Privileged and Confidential Information)**

**PROFESSIONAL SERVICES posted through May 31, 2010**
**RE: GENERAL ADVICE**

| Professional Services | | | | |
|---|---|---|---|---|
| **Timekeeper** | | | | **Total** |
| Shareholder | | | | |
| Eric Fisher | 0.40 | hours at | $525.00 | $210.00 |
| Barry N. Seidel | 0.30 | hours at | $725.00 | $217.50 |
| Total For Shareholder | 0.70 | | | $427.50 |

| | |
|---|---|
| Current Fees: | 427.50 |
| Current Disbursements: | 0.00 |
| Total Current Invoice: | 427.50 |
| **Total Balance Due:** | **$427.50** |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No ⬛⬛⬛4883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

June 9, 2010

Invoice No. 8468866

Account Number: 000141216-0001

### (Privileged and Confidential Information)
PROFESSIONAL SERVICES posted through May 31, 2010
RE: GENERAL ADVICE

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 05/17/10 | E.F. | Review agenda and information for committee call (.3); e-mails with Kramer Levin regarding same (.1). | 0.40 |
| 05/17/10 | BNS | Review exclusivity pleading in relation to Butzel Long engagement (.3). | 0.30 |

**PROFESSIONAL SERVICES**      **427.50**

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No ████ 4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

June 9, 2010

Invoice No. 8468867

Account Number 000141216-0005

**(Privileged and Confidential Information)**

PROFESSIONAL SERVICES posted through May 31, 2010
RE: BUTZEL LONG FEE APPLICATIONS AND MONTHLY BUDGETS

| Professional Services | | | | |
|---|---|---|---|---|
| Timekeeper | | | | Total |
| Associate | | | | |
| Katie L. Cooperman | 0.80 | hours at | $395.00 | $316.00 |
| Total For Associate | 0.80 | | | $316.00 |

| Disbursements | |
|---|---|
| Description | Total |
| Copies | $22.70 |
| Express Delivery Charges | $129.81 |
| **Total Disbursements** | **$152.51** |

| | |
|---|---|
| Current Fees: | 316.00 |
| Current Disbursements: | 152.51 |
| Total Current Invoice: | 468.51 |
| **Total Balance Due:** | **$468.51** |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No ████4883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

June 9, 2010

Invoice No. 8468867

Account Number: 000141216-0005

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through May 31, 2010
### RE: BUTZEL LONG FEE APPLICATIONS AND MONTHLY BUDGETS

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 05/11/10 | KLC | Correspondence to and from R. Brooks (WGM) re: fees and expenses in connection with first interim fee application. | 0.30 |
| 05/14/10 | KLC | Draft June budget. | 0.30 |
| 05/20/10 | KLC | Correspondence to and from C. Basler (Alix) re: March monthly statement. | 0.20 |

**PROFESSIONAL SERVICES**          **316.00**

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. ████4883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000   F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

June 9, 2010

Invoice No. 8468868

Account Number 000141216-0006

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through May 31, 2010
### RE: JP MORGAN AVOIDANCE COMPLAINT

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 05/28/10 | FJC | Research re delivery of second pre-motion letter to judge's chambers. | 0.30 |

| | | PROFESSIONAL SERVICES | | | 8,720.50 |
|---|---|---|---|---|---|

**Professional Services**

| Timekeeper | | | | Total |
|------------|-----|-----|-----|-------|
| **Shareholder** | | | | |
| Eric Fisher | 8.00 | hours at | $525.00 | $4,200.00 |
| Barry N. Seidel | 3.60 | hours at | $725.00 | $2,610.00 |
| Total For Shareholder | 11.60 | | | $6,810.00 |
| **Associate** | | | | |
| Katie L. Cooperman | 3.10 | hours at | $395.00 | $1,224.50 |
| Total For Associate | 3.10 | | | $1,224.50 |
| **Paralegal II** | | | | |
| Frederick Capria | 2.80 | hours at | $245.00 | $686.00 |
| Total For Paralegal II | 2.80 | | | $686.00 |

**Disbursements**

| Description | Total |
|-------------|-------|
| Copies | $35.20 |
| **Total Disbursements** | **$35.20** |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. ███1883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

June 9, 2010

Invoice No. 8468868

Account Number 000141216-0006
(Privileged and Confidential Information)
PROFESSIONAL SERVICES posted through May 31, 2010
RE: JP MORGAN AVOIDANCE COMPLAINT

| | |
|---|---|
| Current Fees: | 8,720.50 |
| Current Disbursements: | 35.20 |
| Total Current Invoice: | 8,755.70 |
| **Total Balance Due:** | **$8,755.70** |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. ████4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

June 9, 2010

Invoice No. 8468868

Account Number: 000141216-0006

### (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through May 31, 2010
### RE: JP MORGAN AVOIDANCE COMPLAINT

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 05/03/10 | E.F. | Teleconference with FTI concerning valuing collateral. | 0.30 |
| 05/04/10 | E.F. | Confer with FTI concerning collateral valuation issues (.2); follow-up e-mail to Buonomo (New GM)concerning information request (.2). | 0.40 |
| 05/06/10 | E.F. | E-mails with Buonomo (New GM) concerning collateral valuation issues and case status. | 0.20 |
| 05/06/10 | BNS | Telephone conference with K. Martorana (GD&C) regarding status of JPM litigation (.1); correspondence to E. Fisher regarding same (.1); email to K. Martorana regarding status (.1). | 0.30 |
| 05/11/10 | FJC | Telephone call with West Court Reporters tech support re linking of exhibits to deposition transcripts (.2); prep images of exhibits and e-mail same to West tech support (.2). | 0.40 |
| 05/13/10 | E.F. | E-mail update to Committee concerning Term Loan litigation. | 0.40 |
| 05/13/10 | FJC | Update deposition transcripts on LiveNote database (.2); electronically link exhibits to transcripts (.8). | 1.00 |
| 05/17/10 | E.F. | Review discovery schedules in preparation for pre-motion conference. | 0.30 |
| 05/20/10 | KLC | Prepare for hearing regarding pre-motion conference. | 0.50 |
| 05/25/10 | E.F. | Review pre-motion letters and cases to prepare | 1.80 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. ████4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF ·
GENERAL MOTORS CORPORATION

June 9, 2010

Invoice No. 8468868

Account Number 000141216-0006
### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through May 31, 2010
### RE: JP MORGAN AVOIDANCE COMPLAINT

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | for court conference. | |
| 05/26/10 | E.F. | Prepare for pre-motion conference before Judge Gerber (.9); conference with Seidel concerning same (.4). | 1.30 |
| 05/26/10 | BNS | Review agenda for 5/27 pretrial conference and review materials in preparation for same (.9); conference with E. Fisher regarding presentation for pretrial on summary judgment motion (.4). | 1.30 |
| 05/26/10 | KLC | Review Green testimony in preparation for status conference. | 0.30 |
| 05/26/10 | FJC | Telephone call to K. Cooperman re assignment pertaining to deposition testimony (.1); research LiveNote database and locate selected testimony (.8); create reports containing selected testimony (.1); forward report to Cooperman (.1). | 1.10 |
| 05/27/10 | E.F. | Prepare for court conference concerning summary judgment motion (1.1); participate in GM court conference before Judge Gerber concerning adversary proceeding (2.0). | 3.10 |
| 05/27/10 | BNS | Attend status conference regarding summary judgment motions with E. Fisher and K. Cooperman (2). | 2.00 |
| 05/27/10 | KLC | Attend status conference (2); prepare summary of same (0.3). | 2.30 |
| 05/28/10 | E.F. | Review stipulated briefing schedule in connection with anticipated briefing schedule. | 0.20 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No [REDACTED]4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

June 9, 2010

Invoice No. 8468869

Account Number 000141216-0007

**(Privileged and Confidential Information)**

PROFESSIONAL SERVICES posted through May 31, 2010
RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Professional Services | | | | Total |
|---|---|---|---|---|
| Timekeeper | | | | Total |
| Shareholder | | | | |
| Richard B. Brosnick | 5.90 | hours at | $490.00 | $2,891.00 |
| Eric Fisher | 36.70 | hours at | $525.00 | $19,267.50 |
| Robert Sidorsky | 6.90 | hours at | $625.00 | $4,312.50 |
| Barry N. Seidel | 13.60 | hours at | $725.00 | $9,860.00 |
| Total For Shareholder | 63.10 | | | $36,331.00 |
| Associate | | | | |
| Laura E. Tedesco | 5.90 | hours at | $215.00 | $1,268.50 |
| Maria Caceres-Boneau | 38.40 | hours at | $325.00 | $12,480.00 |
| Omer Granit | 21.50 | hours at | $325.00 | $6,987.50 |
| Katie L. Cooperman | 132.40 | hours at | $395.00 | $52,298.00 |
| Total For Associate | 198.20 | | | $73,034.00 |
| Paralegal II | | | | |
| Frederick Capria | 2.80 | hours at | $245.00 | $686.00 |
| Total For Paralegal II | 2.80 | | | $686.00 |

| Disbursements | |
|---|---|
| Description | Total |
| Copies | $127.70 |
| Computer Research | $1,570.63 |
| Less Credit Applied For Copies | ($665.36) |
| **Total Disbursements** | **$1,032.97** |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. ████4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

June 9, 2010

Invoice No. 8468869

Account Number 000141216-0007

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through May 31, 2010**
**RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY**

| | |
|---|---:|
| Current Fees: | 110,051.00 |
| Current Disbursements: | 1,032.97 |
| Total Current Invoice: | 111,083.97 |
| **Total Balance Due:** | **$111,083.97** |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No ⬛⬛4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

June 9, 2010

Invoice No. 8468869

Account Number: 000141216-0007

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through May 31, 2010
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 05/03/10 | E.F. | Meet with Cooperman concerning challenges to lockup agreement (.7); call with FTI and Cooperman concerning same (.3); meet with Granit concerning results of equitable subordination research (.3); analyze legal challenges to consent fee and swap liability (1.1). | 2.40 |
| 05/03/10 | BNS | Review GM report regarding value of Nova Scotia. | 0.30 |
| 05/03/10 | KLC | Review Fiscal Paying Agency Agreement (2); office conference with Fisher re: challenges to Lock-up Agreement (0.7); telephone call with FTI and Fisher re: same (0.3); correspondence from FTI and Fisher re: Notes (0.1); revise summary of Nova Scotia research issues and timeline (0.9). | 4.00 |
| 05/03/10 | OG | Research regarding equatable subordination (1); meet with Fisher re: same (0.3); draft summary and analysis of equitable subordination research (0.7). | 2.00 |
| 05/04/10 | E.F. | E-mails with Canadian counsel concerning foreign law issues relevant to analysis of objections (.4); analyze challenges to deficiency claim (.3); meet with Seidel concerning potential bases for objection (.5). | 1.20 |
| 05/04/10 | BNS | Conference with E. Fisher regarding issues and strategy in potential litigation. | 0.50 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No [■■■■]4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

June 9, 2010

Invoice No. 8468869

Account Number 000141216-0007
### (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through May 31, 2010
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 05/04/10 | KLC | Review transcript from hearing re: global proof of claim (0.9); draft summary re: same (0.6). | 1.50 |
| 05/05/10 | RB | Meeting with Ms. Cooperman regarding GM currency swap issue. | 0.20 |
| 05/05/10 | E.F. | Review analysis of potential claims prepared by Cooperman. | 0.50 |
| 05/05/10 | KLC | Complete draft of summary of claims, legal issues and timeline of events (4.7); correspondence to Fisher re: same (0.1); discuss swap with Brosnick (0.2). | 6.00 |
| 05/05/10 | OG | Further research regarding equatable subordination. | 3.00 |
| 05/06/10 | E.F. | Call with Bruce Clarke and Cooperman concerning Canadian legal issues related to NS Finance (.6); call with Carl Holm and Cooperman concerning same (.6); meet with Cooperman to analyze ULC Act and other Canadian legal issues pertinent to potential objection (.5); analyze memorandum prepared by Cooperman concerning chronology and potential bases for objection (.9). | 2.60 |
| 05/06/10 | KLC | Telephone call with E. Fisher and Bruce Clarke concerning Canadian legal issues (0.6); telephone call with Fisher and Carl Holm re: same (0.6); meet with Fisher re: same (0.5). | 1.70 |
| 05/06/10 | OG | Further research regarding equatable subordination. | 2.00 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. ████4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

June 9, 2010

Invoice No. 8468869

Account Number 000141216-0007

**(Privileged and Confidential Information)**
PROFESSIONAL SERVICES posted through May 31, 2010
RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 05/07/10 | E.F. | Analyze potential theories for adversary proceeding and objection to claim. | 0.50 |
| 05/07/10 | BNS | Exchange of emails with B. Clarke regarding potential representation in connection with matter; telephone call to E. fisher regarding Nova Scotia status. | 0.30 |
| 05/07/10 | KLC | Review research re: agreement as fraudulent transfer under bankruptcy code (0.8); begin research of same under NY law (0.8); discuss duress research with Tedesco (0.2). | 1.80 |
| 05/07/10 | LT | Discussion with Katie Cooperman regarding research assignment for duress under NY law. | 0.20 |
| 05/10/10 | E.F. | Contact potential NS counsel concerning Canadian legal issues (0.1); analyze cases concerning reasonably equivalent value (0.5). | 0.60 |
| 05/10/10 | KLC | Review cases re: avoidance of agreement or obligation incurred under section 548 of the bankruptcy code. | 1.30 |
| 05/10/10 | KLC | Review indirect benefit fraudulent transfer cases. | 1.00 |
| 05/11/10 | BNS | Conference with K. Cooperman regarding status of research and analysis. | 0.40 |
| 05/11/10 | KLC | Research prepetition agreement as to allowance of claims. | 1.00 |
| 05/11/10 | KLC | Research re: postpetition transactions outside ordinary course (1.6); research NY Debtor and Creditor law (2.5); telephone call with Canadian | 5.50 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No ████1883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

June 9, 2010

Invoice No. 8468869

Account Number 000141216-0007

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through May 31, 2010
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|---|---|---|---|
| | | counsel prospect (0.4); draft and revise summary of 548 cases (0.6); conference with Seidel re: status of research and analysis (0.4). | |
| 05/12/10 | E.F. | E-mails with Cooperman regarding Notes and Guarantee. | 0.20 |
| 05/12/10 | KLC | Review guarantee language re: contribution claim waiver(1.1); correspondence with Fisher re: same (0.2); review indirect benefit subsidiary cases (2.6). | 3.90 |
| 05/12/10 | LT | Research duress under New York law (2.5); research duress under Bankruptcy Cases (.5). | 3.00 |
| 05/12/10 | OG | Research regarding equatable subordination. | 3.00 |
| 05/13/10 | E.F. | Confer with McFarlane concerning Canadian legal issues in NS matter (.4); e-mails with FTI concerning NS issues (.3); conference with Granit concerning equitable subordination claim (.3); review results of fraudulent transfer research (.5). | 1.50 |
| 05/13/10 | LT | Draft memo on duress under NY law. | 0.70 |
| 05/13/10 | OG | Research regarding equatable subordination doctrine (3.2); discuss same with Fisher (0.3). | 3.50 |
| 05/14/10 | RB | Start review of GM papers regarding facts of currency swap and consideration of currency movements at issue. | 1.00 |
| 05/14/10 | E.F. | E-mails with FTI concerning information requests (.2); meeting with Cooperman to analyze objections to NS claims (1.5); analyze | 2.60 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. ████4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

June 9, 2010

Invoice No. 8468869

Account Number 000141216-0007

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through May 31, 2010**
**RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | memorandum prepared by Cooperman concerning potential objections and avoidance actions (.5); review e-mails from KL concerning financing of potential NS litigation (.2); e-mails to Seidel and Cooperman concerning same (.2). | |
| 05/14/10 | KLC | Correspondence from L. Tedesco re: duress memorandum (0.1); review same (0.3); office conference with Fisher re: objections to NS claims (1.5); research re: agreements as avoidable preferences (1.9). | 3.80 |
| 05/14/10 | MCB | Review Collier on Bankruptcy's commentary on Rule 9019 (1); research re: Rule 9019 (.5). | 1.50 |
| 05/14/10 | LT | Draft and edit memo regarding duress under NY law. | 2.00 |
| 05/14/10 | OG | Research regarding equatable subordination. | 3.00 |
| 05/15/10 | KLC | Revise summary of fraudulent transfer research under 548(a)(1)(A) and 548(a)(1)(B). | 2.30 |
| 05/17/10 | RB | Complete initial review and consideration of issues presented by currency swap materials (1.5); research regarding exchange rates, ISDA and related provisions (1.4); internal e-mails regarding same and initial analysis (.5). | 3.40 |
| 05/17/10 | E.F. | Review memorandum by Cooperman summarizing issues and chronology (.8); analyze cases concerning fraudulent transfer theory as it pertains to obligations for benefit of subsidiary (2.2); meet with Cooperman to analyze | 5.20 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. ████4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

June 9, 2010

Invoice No. 8468869

Account Number 000141216-0007

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through May 31, 2010
## RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|-----------------------|-------|
| | | fraudulent transfer issues in preparation for conference call with FTI (.5); confer with FTI concerning fraudulent transfer and other issues (.6); review results of research concerning equitable subordination (.5); meet with Cooperman and Seidel to discuss next steps with respect to objection to NS proofs of claim (.6). | |
| 05/17/10 | BNS | Participate on conference call with FTI regarding issues and strategy (.6); meeting to follow up on related issues with E. Fisher and K. Cooperman (.6). | 1.20 |
| 05/17/10 | BNS | Review monthly operating report regarding Nova Scotia disclosure (.2). | 0.20 |
| 05/17/10 | KLC | Review all operative Nova Scotia agreements and correspondence to FTI re: summary of same (0.6); telephone call with FTI re: Nova Scotia strategy (0.6); office conference with Fisher re: preparation for same (0.5); correspondence from K. Lundsten (FTI) re: additional operative agreements (0.2); review May 29 promissory note (0.3); review May 29 trust agreement (0.3); review Nova Scotia decision (0.4); review escrow agreement (0.3); research effect in bankruptcy of prepetition agreement re: claims allowance (1.4); correspondence from Fisher re: equitable subordination research (0.1); review same (0.3); correspondence from Seidel re: operating report disclosure (0.2); correspondences to and from Capria re: citations (0.2); correspondences to | 9.10 |

# BUTZEL LONG
## ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. ████4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

June 9, 2010

Invoice No. 8468869

Account Number 000141216-0007

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through May 31, 2010
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | and from Brosnick re: swap analysis (0.2); office conference with Fisher and Seidel re: objections and strategy (0.6); review docket re: notice of assumption (1); begin summary of preference research (0.8); review 8-K filings and public disclosure re: Lock-Up Agreement (1). | |
| 05/17/10 | MCB | Research in NY case law re: Rule 9019. | 6.70 |
| 05/17/10 | OG | Draft summary and analysis of equitable subordination and its application to the case. | 5.00 |
| 05/17/10 | FJC | E-mail with K. Cooperman re assignment (.1); cite check cases and e-mail results back to Cooperman (.4). | 0.50 |
| 05/18/10 | RB | Meeting with Ms. Cooperman regarding currency swap issues and questions (1.0); follow up e-mails to team regarding applicable ISDA terms (.3). | 1.30 |
| 05/18/10 | E.F. | Conference with Cooperman concerning certain post-petition filings related to NS objection (.3); prepare outline for Committee call concerning NS objection (1.9); meet with Cooperman concerning same (.6). | 2.80 |
| 05/18/10 | BNS | Review documents relating to swap agreement. | 0.80 |
| 05/18/10 | KLC | Continue reviewing filings on Old GM's docket re: lock up agreement disclosure (0.5); office conference with Fisher re: same (0.3); office conference with Brosnick re: swaps (1); correspondences from Brosnick re: same (0.3); | 6.00 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No ████4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

June 9, 2010

Invoice No. 8468869

Account Number 000141216-0007
### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through May 31, 2010**
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | review 547 research and prepare summary of same (1.7); research duplicative claims matters (0.4); telephone call from FTI re: bond exchange (0.4); draft summary re: same (0.8); office conference with Fisher re: same (0.6). | |
| 05/18/10 | MCB | Review research re: estate property results from New York (2.5); research same in secondary sources (1.4); continue to research same in all federal bankruptcy courts (3.4). | 7.30 |
| 05/19/10 | BNS | Review analysis of Nova Scotia claims prepared by Alix. | 0.40 |
| 05/19/10 | KLC | Correspondence to and from FTI re: swap definitions and master agreement (0.2); correspondence from FTI re: summary of claims (0.1); review same (0.3); continue drafting summary of facts and legal theories (7.5); further research regarding same theories (1.3); review master sale and purchase agreement re: sale of affiliates (1.5). | 10.90 |
| 05/19/10 | MCB | Expand research by looking for legal authority outside of Rule 9019. | 5.90 |
| 05/20/10 | E.F. | E-mails with FTI concerning objection and complaint (.2); e-mails to Cooperman regarding same (.2); review documents supplied by Alix concerning GMNSF transaction (.8). | 1.20 |
| 05/20/10 | BNS | Telephone conference with T. Mayer regarding timing of lawsuit (.2); update Butzel Long team (.2); attention to selection of Canadian counsel | 2.10 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. 4883

Suite 100 · 150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

June 9, 2010

Invoice No. 8468869

Account Number 000141216-0007

### (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through May 31, 2010
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|---|---|---|---|
| | | (.5); review fraudulent transfer case (B. J. Walsath) and comments to K. Cooperman (.5); telephone conference with K. Cooperman regarding legal theories regarding lock up agreement (.7). | |
| 05/20/10 | KLC | Correspondences to and from Capria re: citations (0.3); revise summary of legal theories and facts (4.3); telephone call with Seidel re: strategy (0.7); correspondence to and from R. Berkovitch (WGM) re: assumption (0.2); telephone call from R. Berkovitch re: same (0.2); research assumption and assignment consequences (1.3); correspondence from FTI re: additional documents received from Alix (0.1); begin reviewing same documents (1); correspondences from KLNF re: Canadian counsel (0.2). | 8.30 |
| 05/20/10 | MCB | Continue to research property of the estate (2.9); review research (1.9); email correspondence to K. Cooperman re: same (.1). | 4.90 |
| 05/20/10 | FJC | Internet database research (West Find & Print) re cases (.3); cite check all cases (1.9); send listing of same to Cooperman via e-mail (.1). | 2.30 |
| 05/21/10 | E.F. | Call with FTI and KL concerning memorandum for committee about objection to NS claim (.7); meet with Cooperman concerning same (2.0); review memorandum and analysis to prepare memorandum (.9); review materials supplied by Alix in connection with same (.6). | 4.20 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No ████4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

June 9, 2010

Invoice No. 8468869

Account Number 000141216-0007

### (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through May 31, 2010
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 05/21/10 | BNS | Participate on conference call with A. Caton, FTI and E. Fisher (11a-11:45a) (.7); conference with K. Cooperman regarding issues for memo to committee regarding Nova Scotia claims (.9); review K. Cooperman draft memo (1). | 2.60 |
| 05/21/10 | KLC | Office conference with Fisher re: outline for Committee call (2); draft same outline (4.1); discuss same with Seidel (.9); draft updated request list for Alix (1). | 8.00 |
| 05/21/10 | MCB | Continue to research transfers of property on date of petition and property of the estate (2.1); review cases re: same (1.2); draft legal memo summarizing same research (2.3). | 5.60 |
| 05/22/10 | E.F. | Review and revise memorandum to Committee concerning grounds for objection to NS claims (4.4); e-mails with Cooperman concerning revisions (.3). | 4.70 |
| 05/22/10 | KLC | Continue drafting memorandum to the Committee regarding Nova Scotia legal theories and crucial facts for May 24 telephone call (8.2); attention to lock up agreement in connection with same (2); further research concerning collapsing transactions (0.8); correspondences to and from Fisher re: memorandum revisions (0.3). | 11.30 |
| 05/23/10 | E.F. | Call with Cooperman concerning revisions to memorandum to Committee (.2); call with Seidel and Cooperman regarding same (.7); revise memorandum to Committee concerning | 3.30 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No [████] 4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

June 9, 2010

Invoice No. 8468869

Account Number 000141216-0007

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through May 31, 2010
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | challenges to proofs of claim (.6); call with Seidel concerning fraudulent transfer theory (.2); call with Cooperman concerning revisions to Committee memorandum (.2); revise memorandum to Committee concerning challenges to Lock-Up Agreement (1.2); e-mail to Committee concerning same (.2). | |
| 05/23/10 | BNS | Review and revise draft memo to committee (1.7); telephone conference with K. Cooperman to discuss revisions to memo (.5); telephone conference with E. Fisher to discuss memo (.2); review revised memo (.5); and discuss with K. Cooperman and E. Fisher (.7). | 3.60 |
| 05/23/10 | KLC | Telephone call with Seidel re: revisions to Committee memorandum regarding Nova Scotia theories and critical facts (0.5); telephone calls with Fisher and Seidel re: same (0.7); review memorandum revised by Fisher (1.3); further revisions to memorandum (5.8); telephone calls (2) with Fisher re: same (0.4); review sale agreement from Old GM to New GM (0.9); review Nova Scotia proceeding allegations (0.5). | 10.10 |
| 05/24/10 | E.F. | Prepare to brief Committee concerning Nova Scotia objection (.4); office conference with Cooperman re: same (0.2); participate in Committee call concerning Nova Scotia issues (.8); review materials in connection with preparation of complaint (.5). | 1.90 |
| 05/24/10 | BNS | Participate on committee telephone meeting to | 0.80 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No ████4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

June 9, 2010

Invoice No. 8468869

Account Number 000141216-0007
### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through May 31, 2010
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | discuss status of Nova Scotia claim. | |
| 05/24/10 | KLC | Office conference with Fisher in preparation of Committee Call (0.2); call with Committee (0.8); correspondence to and from Seidel re: memo for Committee (0.1); begin drafting complaint (4.4). | 5.50 |
| 05/24/10 | MCB | Organize research and file. | 0.20 |
| 05/25/10 | E.F. | Meet with Cooperman regarding drafting of complaint. | 0.20 |
| 05/25/10 | BNS | Consider e-mail advice from FTI (Juan S.) regarding valuation of stock regarding possible Nova Scotia outcome. | 0.40 |
| 05/25/10 | KLC | Continue drafting complaint (5); office conference with Fisher re: same (0.2); discuss research with M. Caceres (0.4). | 5.60 |
| 05/25/10 | MCB | Meeting with K. Cooperman to discuss research assignment (.4); research re: escrow account and property of the estate (3.1); review research results (2.1); email K. Cooperman explaining the standard used by the courts (.3). | 5.90 |
| 05/26/10 | E.F. | Analyze materials in connection with drafting complaint. | 0.40 |
| 05/26/10 | KLC | Continue drafting complaint. | 10.40 |
| 05/26/10 | MCB | Email correspondence to K. Cooperman re: research assignment. | 0.40 |
| 05/27/10 | RS | Review May 24, 2010 memo to Creditors Committee. | 0.60 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. ████4883

Suite 100  150 West Jefferson
. Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

June 9, 2010

Invoice No. 8468869

Account Number 000141216-0007

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through May 31, 2010
## RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 05/27/10 | E.F. | Conference with Cooperman concerning drafting of adversary proceeding complaint. | 0.40 |
| 05/27/10 | KLC | Revise complaint (7.3); conference with Fisher re: same (0.4). | 7.70 |
| 05/28/10 | RS | Review TOUSA amended complaint regarding fraudulent conveyance issues. | 1.20 |
| 05/28/10 | E.F. | Conference with Cooperman concerning draft complaint. | 0.30 |
| 05/28/10 | KLC | Revise complaint (3.6); discuss same with Fisher (0.3); correspondence to Sidorsky re: same (0.1). | 4.00 |
| 05/29/10 | RS | Review draft adversary proceeding complaint (2.2); review Committee's objection to motion of noteholders that no proofs of claim need be filed (0.6). | 2.80 |
| 05/30/10 | RS | Email to K. Cooperman regarding draft complaint (.1); review draft complaint (.8). | 0.90 |
| 05/31/10 | RS | Telephone conference with K. Cooperman regarding draft complaint (1.2); review draft complaint (.2). | 1.40 |
| 05/31/10 | KLC | Telephone call with Sidorsky re: complaint revisions (1.2); revise complaint (0.5). | 1.70 |

**PROFESSIONAL SERVICES**     **110,051.00**

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. ███4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

June 9, 2010

Invoice No. 8468870

Account Number 000141216-0008

### (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through May 31, 2010
### RE: DEFENDING FEE APPLICATIONS

| Professional Services | | | | |
|---|---|---|---|---|
| **Timekeeper** | | | | **Total** |
| Associate | | | | |
| Katie L. Cooperman | 6.60 | hours at | $395.00 | $2,607.00 |
| Total For Associate | 6.60 | | | $2,607.00 |

| Disbursements | |
|---|---|
| **Description** | **Total** |
| Copies | $66.20 |
| Express Delivery Charges | $13.48 |
| Service Fees | $13.75 |
| **Total Disbursements** | **$93.43** |

| Current Fees: | 2,607.00 |
|---|---|
| Current Disbursements: | 93.43 |
| Total Current Invoice: | 2,700.43 |
| **Total Balance Due:** | **$2,700.43** |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. ████4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

June 9, 2010

Invoice No. 8468870

Account Number: 000141216-0008

### (Privileged and Confidential Information)
PROFESSIONAL SERVICES posted through May 31, 2010
### RE: DEFENDING FEE APPLICATIONS

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 05/04/10 | KLC | Correspondence to C. Andres (GK) re: first fee application allowed amount (0.1); calculate same amount (0.5); correspondence from J. Sharrett (KLNF) re: same (0.1). | 0.70 |
| 05/06/10 | KLC | Telephone call with C. Andres (GK) re: second interim fee application (0.5); gather documentation per same request (0.3); correspondence to C. Andres re: same (0.2). | 1.00 |
| 05/07/10 | KLC | Revise March monthly statement re: holdback. | 0.70 |
| 05/10/10 | KLC | Draft description of expenses re: Fee examiner inquiry per second interim fee application. | 2.40 |
| 05/14/10 | KLC | Draft reply to C. Andres (GK) re: expenses concerning second interim fee application. | 1.80 |

**PROFESSIONAL SERVICES**                    **2,607.00**

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. ⬛4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

June 9, 2010

Invoice No. 8473934

Account Number 000141216-0010

## (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through May 31, 2010**
**RE: MONTHLY FEE STATEMENTS**

### Professional Services

| Timekeeper | | | | Total |
|---|---|---|---|---|
| **Associate** | | | | |
| Katie L. Cooperman | 3.10 | hours at | $395.00 | $1,224.50 |
| Total For Associate | 3.10 | | | $1,224.50 |
| **Paralegal II** | | | | |
| Frederick Capria | 2.40 | hours at | $245.00 | $588.00 |
| Total For Paralegal II | 2.40 | | | $588.00 |

| | |
|---|---|
| Current Fees: | 1,812.50 |
| Less 50% Fee Discount: | (906.25) |
| Current Disbursements: | 0.00 |
| Total Current Invoice: | 906.25 |
| **Total Balance Due:** | **$906.25** |

### Invoice is payable upon receipt

For your information, the firm stores closed files for seven years, after which they are generally destroyed.

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No. ■■■■4883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

June 9, 2010

Invoice No. 8473934

Account Number 000141216-0010

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through May 31, 2010
### RE: MONTHLY FEE STATEMENTS

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 05/11/10 | KLC | Correspondences to notice parties re: revised monthly statement. | 0.10 |
| 05/14/10 | KLC | Correspondence to Seidel re: April monthly statement. | 0.10 |
| 05/17/10 | KLC | Draft April monthly statement. | 1.00 |
| 05/18/10 | KLC | Correspondence to and from accounting re: April monthly statement; revise April monthly statement. | 0.50 |
| 05/20/10 | KLC | Draft cover letter and enclosure in connection with April monthly statement. | 0.60 |
| 05/26/10 | KLC | Revise April monthly statement, cover letter and enclosure. | 0.80 |
| 05/27/10 | FJC | Review April monthly fee and expense statement, checking numbers and totals. | 1.60 |
| 05/28/10 | FJC | Continue and complete review of April monthly statement. | 0.80 |

**PROFESSIONAL SERVICES**            **1,812.50**

### invoice is payable upon receipt

For your information, the firm stores closed files for seven years, after which they are generally destroyed.