**EXHIBIT "1"**

IN RE MOTORS LIQUIDATION COMPANY, *et al.*,
f/k/a General Motors Corp., *et al.*,
CHAPTER 11
Case No. 09-50026 (REG)

**SUMMARY OF FEES FOR FIRST INTERIM APPLICATION
OF TOGUT, SEGAL & SEGAL LLP FOR ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AS CONFLICTS COUNSEL FOR
THE DEBTORS FOR THE PERIOD DECEMBER 21, 2009 THROUGH
MAY 31, 2010, AND FOR REIMBURSEMENT OF EXPENSES**

| Name of Professional(s) | Year Admitted | Year Fee Incurred | Hourly Rate | Hours Engaged | Total Value(s) |
|---|---|---|---|---|---|
| **PARTNERS** | | | | | |
| ALBERT TOGUT | 1975 | 2009 | $890 | 3.2 | $2,848.00 |
| | | 2010 | $935 | 36.0 | 33,660.00 |
| FRANK A. OSWALD | 1986 | 2009 | $770 | .9 | 693.00 |
| | | 2010 | $810 | 62.9 | 50,949.00 |
| NEIL BERGER | 1986 | 2009 | $765 | 4.2 | 3,213.00 |
| | | 2010 | $805 | 2.3 | 1,851.50 |
| SCOTT E. RATNER | 1987 | 2009 | $760 | 7.7 | 5,852.00 |
| | | 2010 | $800 | 77.4 | 61,920.00 |
| **OF COUNSEL** | | | | | |
| HOWARD P. MAGALIFF | 1985 | 2009 | $680 | 1.9 | 1,292.00 |
| | | 2010 | $720 | 3.3 | 2,376.00 |
| RICHARD MILIN | 1989 | 2010 | $715 | 264.2 | 188,903.00 |
| **ASSOCIATES** | | | | | |
| BRIAN MOORE | 1998 | 2010 | $615 | 1.9 | 1,168.50 |
| ERIC CHAFETZ | 2005 | 2010 | $450 | 187.8 | 84,510.00 |
| MICHAEL D. HAMERSKY | 2008 | 2009 | $295 | 12.0 | 3,540.00 |
| | | 2010 | $345 | 132.9 | 45,850.50 |
| ELYSE NOVIKOFF | 2008 | 2010 | $275 | 24.3 | 6,682.50 |
| NAOMI MOSS | 2008 | 2010 | $295 | 79.6 | 23,482.00 |
| **PARALEGALS** | | | | | |
| DAWN PERSON | N/A | 2010 | $285 | 31.0 | 8,835.00 |
| DENISE CAHIR | N/A | 2010 | $220 | 7.9 | 1,738.00 |
| TOTALS: | | | | 941.4 | $529,364.00[1] |

---

[1] Due to a computer error identified in the preparation of its interim fee application, the Togut Firm voluntarily reduces its fees by $5,346.71.