**EXHIBIT "2"**

IN RE MOTORS LIQUIDATION COMPANY, *et al.*,
f/k/a General Motors Corp., *et al.*,
CHAPTER 11
Case No. 09-50026 (REG)

SUMMARY OF EXPENSES FOR FIRST INTERIM APPLICATION
OF TOGUT, SEGAL & SEGAL LLP FOR ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AS CONFLICTS COUNSEL FOR
THE DEBTORS FOR THE PERIOD DECEMBER 21, 2009 THROUGH
MAY 31, 2010, AND FOR REIMBURSEMENT OF EXPENSES

| **DESCRIPTION** | **AMOUNT** |
|---|---|
| FACSIMILE TRANSMISSIONS | $4.34 |
| LONG DISTANCE TELEPHONE | $1.91 |
| MESSENGER | $16.80 |
| ON-LINE RESEARCH | $2,464.13 |
| OVERNIGHT COURIER | $225.46 |
| PHOTOCOPIES | $391.10 |
| POSTAGE | $3.69 |
| **TOTAL:** | **$3,107.43** |