**HEARING DATE: TO BE DETERMINED**

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza
New York, New York 10119      1st Interim Fees Sought: $529,364.00
Telephone: (212) 594-5000      1st Interim Expenses Sought: $3,107.43
Facsimile: (212) 967-4258
Albert Togut      **Total 1st Interim Fees & Expenses Sought: $532,471.43**
Frank A. Oswald
*Conflicts Counsel for the Debtors*
 *and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                     :
In re:                                           :      Chapter 11
                                                     :
MOTORS LIQUIDATION COMPANY, *et al.*,   :      Case No. 09-50026 (REG)
f/k/a General Motors Corp., *et al.*,         :
                                                     :
                          Debtors.        :      (Jointly Administered)
                                                     :
-----------------------------------------------------------------x

**SCHEDULE OF FEES FOR THE PERIOD DECEMBER 21, 2009 THROUGH MAY 31, 2010**

| **Name of Professional(s)** | Year Admitted | Year Fee Incurred | Hourly Rate | Hours Engaged | **Total Value(s)** |
|---|---|---|---|---|---|
| **PARTNERS** | | | | | |
| ALBERT TOGUT | 1975 | 2009 | $890 | 3.2 | $2,848.00 |
| | | 2010 | $935 | 36.0 | 33,660.00 |
| FRANK A. OSWALD | 1986 | 2009 | $770 | .9 | 693.00 |
| | | 2010 | $810 | 62.9 | 50,949.00 |
| NEIL BERGER | 1986 | 2009 | $765 | 4.2 | 3,213.00 |
| | | 2010 | $805 | 2.3 | 1,851.50 |
| SCOTT E. RATNER | 1987 | 2009 | $760 | 7.7 | 5,852.00 |
| | | 2010 | $800 | 77.4 | 61,920.00 |
| **OF COUNSEL** | | | | | |
| HOWARD P. MAGALIFF | 1985 | 2009 | $680 | 1.9 | 1,292.00 |
| | | 2010 | $720 | 3.3 | 2,376.00 |
| RICHARD MILIN | 1989 | 2010 | $715 | 264.2 | 188,903.00 |
| **ASSOCIATES** | | | | | |
| BRIAN MOORE | 1998 | 2010 | $615 | 1.9 | 1,168.50 |
| ERIC CHAFETZ | 2005 | 2010 | $450 | 187.8 | 84,510.00 |
| MICHAEL D. HAMERSKY | 2008 | 2009 | $295 | 12.0 | 3,540.00 |
| | | 2010 | $345 | 132.9 | 45,850.50 |
| ELYSE NOVIKOFF | 2008 | 2010 | $275 | 24.3 | 6,682.50 |
| NAOMI MOSS | 2008 | 2010 | $295 | 79.6 | 23,482.00 |

| PARALEGALS | | | | | |
|---|---|---|---|---|---|
| DAWN PERSON | N/A | 2010 | $285 | 31.0 | 8,835.00 |
| DENISE CAHIR | N/A | 2010 | $220 | 7.9 | 1,738.00 |
| **TOTALS:** | | | | **941.4** | **$529,364.00[1]** |

---

1      The rates charged herein are the same rates charged in all other cases on which this firm is engaged.
2      Time records are being furnished as a Supplement to the Application.

---

[1] Due to a computer error in its monthly fee statement which was identified in the preparation of its interim fee application, the Togut Firm voluntarily reduces its fees by $5,346.71.