Adam H. Isenberg (AI9497)
**SAUL EWING LLP**
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-8662
Facsimile: (215) 972-1853

Attorneys for Natixis Funding Corp. (f/k/a/ Ixis Funding Corp.)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | : | **Chapter 11** |
| In re: | : | |
| | : | **Case No. 09-50026 (REG)** |
| **MOTORS LIQUIDATION COMPANY**, *et al.* | : | |
| (f/k/a General Motors Corporation) | : | **Jointly Administered** |
| Debtors. | : | |
| | : | |

**NOTICE OF WITHDRAWAL OF CLAIM NUMBER 58686**
**OF NATIXIS FUNDING CORP. (F/K/A IXIS FUNDING CORP.)**

PLEASE TAKE NOTICE that Natixis Funding Corp. (f/k/a Ixis Funding Corp.), by and

through its undersigned counsel, hereby withdraws its proof of claim (number 58686), submitted

on or about November 25, 2009.

Dated: August 5, 2010                         SAUL EWING LLP


                                        By: */s/ Adam H. Isenberg*
                                           Adam H. Isenberg
                                           Centre Square West
                                           1500 Market Street, 38th Floor
                                           Philadelphia, PA 19102
                                           (215) 972-8662

                                           **Attorneys for Natixis Funding Corp. (f/k/a**
                                           **Ixis Funding Corp.)**

1255526.1 8/5/10