Adam H. Isenberg (AI9497)
**SAUL EWING LLP**
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-8662
Facsimile: (215) 972-1853

Attorneys for Natixis Funding Corp. (f/k/a/ Ixis Funding Corp.)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.* (f/k/a General Motors Corporation) Debtors. | Case No. 09-50026 (REG) Jointly Administered |

## CERTIFICATE OF SERVICE

I, Adam H. Isenberg, Esquire, do hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Claim Number 58686 of Natixis Funding Corp. (f/k/a Ixis Funding Corp.) has been served upon each of the following counsel:

**VIA UNITED STATES MAIL,**
**POSTAGE PREPAID**
Harvey R. Miller, Esquire
Stephen Karotkin, Esquire
Joseph H. Smolinsky, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

/s/ *Adam H. Isenberg*
Adam H. Isenberg

Dated: August 5, 2010

1255526.1 8/5/10

-2-