UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                  :

In re                                              :                Chapter 11 Case No.

MOTORS LIQUIDATION COMPANY, *et al.*,  :              09-50026 (REG)
       f/k/a General Motors Corp., *et al.*  :

                    Debtors.            :                (Jointly Administered)
                                                  :
------------------------------------------------------------x

## NOTICE OF MATTERS SCHEDULED
## FOR HEARING ON AUGUST 9, 2010 AT 9:45 A.M.

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**I.    CONTESTED MATTER:**

    A.    Motion of the Official Committee of Unsecured Creditors of Motors Liquidation Company for an Order Pursuant to Bankruptcy Rule 2004 Directing Production of Documents by (I) the Claims Processing Facilities for Certain Trusts Created Pursuant to Bankruptcy Code Section 524(g) And (II) General Motors LLC and the Debtors [**Docket No. 6383**]

        Responses Filed:

        1.    Response of the Debtors to Motion of the Official Committee of Unsecured Creditors of Motors Liquidation Company for an Order Pursuant to Bankruptcy Rule 2004 Directing Production of Documents by (I) the Claims Processing Facilities for Certain Trusts Created Pursuant to Bankruptcy Code Section 524(g) and (II) General Motors, LLC and the Debtors [**Docket No. 6468**]

        2.    Response of General Motors LLC to Motion of the Official Committee of Unsecured Creditors of Motors Liquidation Company for an Order Pursuant to Bankruptcy Rule 2004 Directing Production of Documents by (I) the Claims Processing Facilities for Certain Trusts Created Pursuant to Bankruptcy Code Section 524(g) and (II) General Motors, LLC and the Debtors [**Docket No. 6474**]

        3.    Objection of Manville Personal Injury Settlement Trust and Claims Resolution Management Corporation to the Motion of the Official

       Committee of Unsecured Creditors of Motors Liquidation Company for an Order Pursuant to Bankruptcy Rule 2004 Directing Production of Documents [**Docket No. 6484**]

4. Opposition of Armstrong World Industries, Inc. Asbestos Personal Injury Settlement Trust, Celotex Asbestos Settlement Trust, Babcock & Wilcox Company Asbestos Personal Injury Settlement Trust, Owens Corning/Fibreboard Asbestos Personal Injury Trust, DII Industries, LLC Asbestos Pi Trust, United States Gypsum Asbestos Personal Injury Settlement Trust, and Delaware Claims Processing Facility ("**Multiple Objecting Section 524(g) Asbestos Trusts**") to the Motion of the Official Committee of Unsecured Creditors for An Order Pursuant to Fed. R. Bankr. P. 2004 Directing the Production of Documents [**Docket No. 6486**]

5. Response and Limited Objection of the Official Committee of Unsecured Creditors Holding Asbestos-Related Claims to the Motion of the Official Committee of Unsecured Creditors of Motors Liquidation Company for an Order Pursuant to Bankruptcy Rule 2004 Directing Production of Documents by (I) the Claims Processing Facilities for Certain Trusts Created Pursuant to Bankruptcy Code Section 524(g) And (II) General Motors LLC and the Debtors [**Docket Nos. 6488 and 6489**]

Replies Filed:

6. Reply of the Official Committee of Unsecured Creditors of Motors Liquidation Company in Further Support of its Motion for an Order Pursuant to Bankruptcy Rule 2004 Directing Production of Documents by (I) the Claims Processing Facilities for Certain Trusts Created Pursuant to Bankruptcy Code Section 524(g) and (II) General Motors LLC and the Debtors [**Docket No. 6540**]

Additional Documents:

7. Declaration of David T. Austern in Support of Objection Of Manville Personal Injury Settlement Trust And Claims Resolution Management Corporation To The Motion Of The Official Committee Of Unsecured Creditors Of Motors Liquidation Company For An Order Pursuant To Bankruptcy Rule 2004 Directing Production Of Documents [**Docket No. 6485**]

8. Declaration of John L. Mekus on behalf of Multiple Objecting Section 524(g) Asbestos Trusts [**Docket No. 6487**]

**Status:** This matter is going forward. That portion of the Motion relating to discovery from the Debtors and General Motors, LLC has been resolved among the parties.

**II.    MATTERS TO BE WITHDRAWN/WITHDRAWN MATTERS**

    A.    Application of the Official Committee of Unsecured Creditors Holding Asbestos-Related Claims for an Order Pursuant to Bankruptcy Rule 2004 Authorizing the Taking of Document Discovery and Deposition Testimony from the Debtors and from General Motors, LLC, its Subsidiaries and Affiliated Companies [**Docket No. 6382**]

        Additional Documents:

        1.    The Legal Representative for Future Asbestos Claimants' Joinder in the Application of the Official Committee of Unsecured Creditors Holding Asbestos-Related Claims for an Order Pursuant to Bankruptcy Rule 2004 Authorizing the Taking of Document Discovery and Deposition Testimony from the Debtors and from General Motors, LLC, its Subsidiaries and Affiliated Companies [**Docket No. 6439**]

        2.    Joinder of Detroit Diesel Corporation in the Application of the Official Committee of Unsecured Creditors Holding Asbestos-Related Claims for an Order Pursuant to Bankruptcy Rule 2004 Authorizing the Taking of Document Discovery and Deposition Testimony from the Debtors and from General Motors, LLC, its Subsidiaries and Affiliated Companies filed by the Future[**Docket No. 6456**]

        **Status:**    This matter has been withdrawn.

    B.    The Future Asbestos Claimants' Application for an Order Pursuant to Bankruptcy Rule 2004 Authorizing and Directing (A) the Production of Documents and (B) The Oral Examination of Individuals Designated by the Debtors and New GM Believed To Have Knowledge Of Relevant Matters [**Docket No. 6379**]

        **Status:**    This matter has been resolved and the Application is expected to be withdrawn prior to the hearing.

Dated: New York, New York
August 5, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

4