Sander L. Esserman (Admitted *Pro Hac Vice*)
Peter D'Apice
Jo E. Hartwick (Admitted *Pro Hac Vice*)
STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 969-4900
Facsimile: (214) 969-4999

COUNSEL FOR DEAN M. TRAFELET
IN HIS CAPACITY AS LEGAL
REPRESENTATIVE FOR FUTURE ASBESTOS
PERSONAL INJURY CLAIMANTS

---------------------------------------------------------------X
                                                               )
In re                                                          )    Chapter 11
                                                               )
MOTORS LIQUIDATION COMPANY, *et al.,*                          )
f/k/a GENERAL MOTORS CORP., *et al.*,                          )
                                                               )    Case No. 09-50026 (REG)
                                                               )
                    Debtors.                                   )    Jointly Administered
---------------------------------------------------------------X

**NOTICE OF WITHDRAWAL OF
THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS CLAIMANTS'
APPLICATION FOR AN ORDER PURSUANT TO RULE 2004 OF THE FEDERAL
RULES OF BANKRUPTCY PROCEDURE AUTHORIZING AND DIRECTING (A) THE
PRODUCTION OF DOCUMENTS AND (B) THE ORAL EXAMINATION OF
INDIVIDUALS DESIGNATED BY THE DEBTORS AND NEW GM BELIEVED TO
<u>HAVE KNOWLEDGE OF RELEVANT MATTERS [DOCKET NO. 6379]</u>**

TO:     THE HONORALE ROBERT E. GERBER
        UNITED STATES BANKRUPTCY JUDGE

**PLEASE TAKE NOTICE** that based upon an agreement among the parties the Legal

Representative for Future Asbestos Claimants hereby withdraws The Legal Representative for

Future Asbestos Claimants' Application for an Order Pursuant to Rule 2004 of the Federal Rules

of Bankruptcy Procedure Authorizing and Directing (A) the Production of Documents and (B)

the Oral Examination of Individuals Designated by the Debtors and New GM Believed to Have Knowledge of Relevant Matters [Docket No. 6379].

Date:   August 5, 2010

        Respectfully submitted,

        **STUTZMAN, BROMBERG,**
        **ESSERMAN & PLIFKA,**

        A Professional Corporation

        By:    Peter C. D'Apice
            Sander L. Esserman (Admitted *Pro Hac Vice*)
            Robert T. Brousseau (Admitted *Pro Hac Vice*)
            Peter C. D'Apice
            Jo E. Hartwick (Admitted *Pro Hac Vice*)

        2323 Bryan Street, Suite 2200
        Dallas, Texas  75201-2689
        Telephone:  (214) 969-4900
        Facsimile:  (214) 969-4999

        **Counsel for Dean M. Trafelet in his**
        **Capacity as Legal Representative for Future Asbestos**
        **Personal Injury Claimants**