## EXHIBIT A-1

### *Nunc Pro Tunc* Fees and Expenses for October 6, 2009 through December 31, 2009

### Case Administration (6.20 Hours; $ 2,006.50)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.10 | $920 | 1,012.00 |
| Samira A. Taylor | 5.10 | $195 | 994.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/13/09 | EI | 920.00 | 1.00 | T/cs TWS and Peterson and work on budget (1.0). |
| 10/13/09 | SAT | 195.00 | 5.10 | Review fee applications and briefs re: fee application procedures to create attorney fee schedule. |
| 10/14/09 | EI | 920.00 | 0.10 | T/c PVNL re: new assignment. |

**Total Task Code .04**     **6.20**

### Plan & Disclosure Statement (12.80 Hours; $ 9,086.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 2.80 | $920 | 2,576.00 |
| Trevor W. Swett | 5.50 | $660 | 3,630.00 |
| Ronald E. Reinsel | 4.50 | $640 | 2,880.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/07/09 | EI | 920.00 | 0.20 | T/c Cooney re: status of committee and futures' representative |
| 10/09/09 | EI | 920.00 | 0.10 | T/c message from Cooney re developments, committee and futures' representative. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 10/12/09 | EI | 920.00 | 0.60 | T/c Cooney re: GM status (.3), subcommittee formation and futures representatives' appointment; t/c Tom Meyer re: GM status, subcommittee formation and futures' representatives' appointment (.3). |
| 10/13/09 | TWS | 660.00 | 0.90 | Telephone calls to/from EI re estimation matter (.3); instructions to SAT re docket search and review results (.6) |
| 10/15/09 | EI | 920.00 | 0.40 | T/c Peterson re: claims estimate (.2); t/c PVNL re: issues (.2). |
| 10/16/09 | EI | 920.00 | 0.30 | Message for t/c Meyer re formation of subcommittee (.1); t/c Cooney re discussion to appoint subcommittee and engagement of its counsel (.2). |
| 10/22/09 | EI | 920.00 | 0.10 | T/c Meyer re formation of sub-committee and engagement of counsel. |
| 10/26/09 | TWS | 660.00 | 4.30 | Buttita: Legal research re Delaware procedure for funding future obligations of dissolving corporation |
| 10/27/09 | TWS | 660.00 | 0.30 | Buttita: re Combustion Engineering discussion limiting injunctive relief under Section 105(a) |
| 10/27/09 | EI | 920.00 | 0.90 | T/c Meyer and Karotkin re formation of subcommittee, engagement of counsel, appointment of futures' representative, engagement of futures' rep's counsel & potential schedule for estimation. (.6); t/c TWS (.1) to report on conversation with Meyer and Karotkin; t/c Cooney (.2) to report on conversation with Meyer and Karotkin. |
| 11/24/09 | EI | 920.00 | 0.10 | Memo to Cooney re current status of sub-committee appointment. |
| 12/15/09 | RER | 640.00 | 0.70 | Review draft motion and memo re: Futures Rep and follow-up. |
| 12/16/09 | RER | 640.00 | 0.70 | Follow-up w/J. Cooney re: FCR issues and teleconf w/EI re: same. |
| 12/17/09 | RER | 640.00 | 0.70 | Correspondence and review memos re FCR issues |

| Date | Attorney | Rate | Hours | Description |
|---|---|---|---|---|
| 12/21/09 | EI | 920.00 | 0.10 | T/c Cooney re plan for participation in UCC conference call. |
| 12/21/09 | RER | 640.00 | 1.30 | Review FTC materials and correspondence re assets and claims |
| 12/22/09 | RER | 640.00 | 1.10 | Review memo re insurance issues and brief research re FCR issue |

**Total Task Code .11**       **12.80**

## **EXHIBIT A-1**

Other Charges:

| | |
|---|---:|
| Database Research | 128.67 |
| Postage & Air Freight | 8.71 |
| Research Material | 101.20 |
| Xeroxing | 5.40 |
| **Total:** | **$243.98** |