# EXHIBIT A-2

## *Nunc Pro Tunc* Fees and Expenses for January 1, 2010 through March 4, 2010

### Asset Analysis & Recovery (37.00 Hours; $ 23,746.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.80 | $950 | 1,710.00 |
| Trevor W. Swett | 28.90 | $675 | 19,507.50 |
| Ronald E. Reinsel | 1.80 | $655 | 1,179.00 |
| Todd E. Phillips | 4.50 | $300 | 1,350.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/04/10 | TWS | 675.00 | 0.40 | Retrieve and review materials for reference in upcoming conference call; e-mail L. Macksoud re same |
| 01/04/10 | EI | 950.00 | 0.10 | T/c TWS re: insurance meeting |
| 01/04/10 | RER | 655.00 | 0.70 | Multiple correspondence and review documents re: insurance issues. |
| 01/05/10 | EI | 950.00 | 0.50 | Read TWS report on insurance meeting and responded. |
| 01/05/10 | RER | 655.00 | 1.10 | Review memoranda and analysis re: insurance issues. |
| 01/06/10 | EI | 950.00 | 0.50 | T/c Cooney/TWS re: insurance issues. |
| 01/07/10 | TWS | 675.00 | 0.20 | E-mail to/from J. Cooney re asset recovery issue |
| 01/07/10 | TWS | 675.00 | 0.20 | E-mail to/from J. Cooney re asset recovery issue (.2) |
| 01/08/10 | TWS | 675.00 | 1.70 | Read treatise on pending issues under discussion with Committee counsel (.9); telephone conference with A. Reznick; draft e-mail to A. Reznick (.5); telephone conference with L. Macksoud (.3) |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 01/11/10 | TWS | 675.00 | 3.10 | Telephone conference with S. Gilbert; (.2) review notes (.2); telephone conference with J. Cooney (.5); prepare for and participate in conference call with Committee counsel on asset recovery issues (.4); letter to S. Gilbert; telephone call to S. Gilbert - left message (.3); discuss research assignment with TEP (.4) and review results (.8); telephone conferences with EI and S. Gilbert (.3). |
| 01/11/10 | EI | 950.00 | 0.30 | T/c TWS re: insurance call. |
| 01/11/10 | TEP | 300.00 | 4.50 | Legal research re procedural legal issue; confer with TWS re same. |
| 01/12/10 | TWS | 675.00 | 0.40 | Telephone conference with A. Reznick and L. Macksoud (.1); revise letter to S. Gilbert (.3) |
| 01/13/10 | TWS | 675.00 | 0.80 | Telephone conference with EI (.6); letter to S. Gilbert (.2). |
| 01/14/10 | TWS | 675.00 | 4.00 | Legal research and analysis re asset recovery project in preparation for meeting (3.9); review Cooney memo and background (.1) |
| 01/15/10 | TWS | 675.00 | 3.70 | Meet with S. Gilbert (1.7); telephone conference with EI; telephone conferece with Cooney - left message; e-mail to J. Cooney (.6); study notes and begin preparation of memo on asset recovery issues (1.4) |
| 01/18/10 | TWS | 675.00 | 2.40 | Work on memo re asset recovery project |
| 01/19/10 | TWS | 675.00 | 3.10 | Read case law pertinent to asset recovery project (.5); further drafting and editing of memo re same (2.6) |
| 01/20/10 | TWS | 675.00 | 0.30 | Read cases pertinent to asset recovery project |
| 01/20/10 | EI | 950.00 | 0.20 | Read TWS' Gilbert memo. |
| 01/21/10 | EI | 950.00 | 0.20 | T/c TWS re: insurance status. |
| 01/22/10 | TWS | 675.00 | 0.30 | Read caselaw (.3): telephone conference with A. Reznick (.3) |

| 01/25/10 | TWS | 675.00 | 1.50 | Memo to EI and J. Cooney re asset realization project (1.2); follow-up e-mails to/from J. Cooney (.3) |
| --- | --- | --- | --- | --- |
| 01/26/10 | TWS | 675.00 | 0.40 | E-mail from Committee counsel; review draft term sheet |
| 02/08/10 | TWS | 675.00 | 1.20 | E-mail to EI (.21); memo re bank litigation (1.1) |
| 02/09/10 | TWS | 675.00 | 2.30 | Revise memo (1.9); telephone conference with EI; e-mail to J. Cooney (.4) |
| 02/10/10 | TWS | 675.00 | 1.10 | Memo and follow-up e-mail to J. Cooney |
| 03/02/10 | TWS | 675.00 | 0.20 | E-mail from J. Cooney; e-mail to L. Macksoud re ACE motion |
| 03/03/10 | TWS | 675.00 | 1.60 | E-mails to/from L. Macksoud re ACE assignment and assumption amendment (.2); review assignment and assumption amendment with ACE; related e-mails to UCC counsel and J. Cooney (1.4) |

**Total Task Code .01**     37.00

## Case Administration (18.50 Hours; $ 11,571.00)

| Attorney | Number of Hours | Billing Rate | Value |
| --- | --- | --- | --- |
| Elihu Inselbuch | 2.50 | $950 | 2,375.00 |
| Trevor W. Swett | 5.60 | $675 | 3,780.00 |
| Rita C. Tobin | 3.20 | $545 | 1,744.00 |
| Kevin C. Maclay | 7.20 | $510 | 3,672.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
| --- | --- | --- | --- | --- |
| 01/04/10 | TWS | 675.00 | 0.60 | Review orders re billing and budgeting and prepare short memo re same (.5); telephone conference with EI re upcoming meeting with Debtors and Committee (.1) |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 01/04/10 | KCM | 510.00 | 1.60 | Meet with TWS re case status and tasks (.5); review/analyze materials (1.1) |
| 01/05/10 | RCT | 545.00 | 0.60 | Review EI emails and TWS memo re fee apps, and reply (0.2); review orders re fee app (0.4) |
| 01/05/10 | EI | 950.00 | 0.50 | Various memos re: meeting schedules (.3); t/c TWS re: status (.1); fee structure materials (.1). |
| 01/07/10 | RCT | 545.00 | 0.70 | Emails TWS re fee applications procedures (0.2); review admin order (0.3); email SC re fee app procedures/obtaining fee app copies (0.2) |
| 01/07/10 | TWS | 675.00 | 0.60 | Read UCC by-laws (.6). |
| 01/07/10 | TWS | 675.00 | 0.70 | Set up files (.1); prepare to do list; telephone call to J. Sharret-left message (.4); submit request for ECF registration in Bankruptcy Court for SDNY (.2). |
| 01/07/10 | EI | 950.00 | 0.40 | T/c TWS re: staffing and agenda items (.3); memo Sharret re: confidentiality (.1). |
| 01/08/10 | TWS | 675.00 | 1.60 | E-mails to KCM re pending motions; follow up with KCM and e-mail J. Cooney and EI re same (.4); review Committee by-laws (.9); telephone conference with EI re next meeting with Committee counsel (.1); e-mail to/from RCT re assignments; telephone call to J. Sharret - left message (.2) |
| 01/08/10 | KCM | 510.00 | 2.60 | Review/analyze filings re claims and communicate with TWS re same |
| 01/11/10 | RCT | 545.00 | 1.70 | T/Cs SC re procedures/obtaining copies of fee apps (0.3); review Kramer fee apps (0.7); review admin order/tcs/, emails re setting up C&D procedures (0.7) |
| 01/11/10 | TWS | 675.00 | 0.40 | Telephone conference with J. Sharret (.3); telephone conference with RCT re administrative matters (.1) |
| 01/11/10 | KCM | 510.00 | 0.20 | Review/analyze filing re staffing report and claims. |
| 01/12/10 | TWS | 675.00 | 0.30 | Conference with KCM re periodic reporting on pending motions (.1); e-mail to J. Sharret (.1); e- |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| | | | | mail team to schedule meeting with Committee counsel (.1) |
| 01/12/10 | EI | 950.00 | 0.40 | Schedule meeting with UCC to be briefed on case status (.2); memo and t/c TWS re: status and review of draft motion prepared by Debtor (.2). |
| 01/12/10 | KCM | 510.00 | 1.10 | Review/analyze filings and communicate with TWS re same and review/analyze correspondence (1.1). |
| 01/13/10 | TWS | 675.00 | 0.20 | Instructions to paralegal re docket search (.2) |
| 01/14/10 | RCT | 545.00 | 0.20 | E-mails to Todd Phillips re format to be followed in MLC filings (0.2) |
| 01/14/10 | EI | 950.00 | 0.10 | Memos TWS to set up call re UST position on Committee appointment. |
| 01/15/10 | EI | 950.00 | 0.30 | T/c TWS re: re UST position on Committee appointment. |
| 01/15/10 | KCM | 510.00 | 0.40 | Review/analyze memos re case status and related materials |
| 01/22/10 | EI | 950.00 | 0.20 | Memo re: conflicts check. |
| 02/01/10 | TWS | 675.00 | 0.30 | Read Kramer Levin update, and e-mail to J. Cooney and EI |
| 02/04/10 | TWS | 675.00 | 0.10 | Telephone conference with EI re update |
| 02/05/10 | KCM | 510.00 | 0.10 | Review/analyze correspondence re meeting w/AP. |
| 02/09/10 | EI | 950.00 | 0.20 | Conf. TWS re: change from sub-committee to committee. |
| 02/09/10 | KCM | 510.00 | 0.20 | Review/analyze correspondence re term loan issue. |
| 02/10/10 | TWS | 675.00 | 0.40 | Telephone conference with T. Mayer re communicating with UST on deciding form of entity to request asbestos constituency and time table; e-mail to J. Cooney re same. |
| 02/10/10 | KCM | 510.00 | 0.20 | Review/analyze memo and correspondence re ACC call. |

| | | | | |
|---|---|---|---|---|
| 02/11/10 | TWS | 675.00 | 0.30 | Telephone conference with T. Mayer and S. Karotkin re communicating with UST on form of fiduciary entity for asbestos claimants and time table. |
| 02/17/10 | EI | 950.00 | 0.10 | Conf. TWS re: status of effort to create asbestos representative. |
| 02/18/10 | TWS | 675.00 | 0.10 | Telephone call from S. Karotkin to follow up re form of fiduciary entity. |
| 02/19/10 | KCM | 510.00 | 0.10 | Review/analyze correspondence from Committee re GM update. |
| 02/23/10 | KCM | 510.00 | 0.70 | Review/analyze correspondence and Committee materials re GM meeting. |
| 03/05/10 | EI | 950.00 | 0.30 | Read memo and t/c Cooney re: UST Order. |

**Total Task Code .04**       **18.50**


### Claims Administration & Objections (.40 Hours; $ 270.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Trevor W. Swett | .40 | $675 | 270.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/03/10 | TWS | 675.00 | 0.40 | E-mail to/from J. Sharret re ADR motion (.1); e-mail to J. Cooney and EI - ADR (.3) |

**Total Task Code .05**       **.40**


### Fee Applications-Self (.50 Hours; $ 272.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | .50 | $545 | 272.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/19/10 | RCT | 545.00 | 0.50 | Review fee schedule/review updates (0.5) |

**Total Task Code .07**    **.50**

## Litigation (39.10 Hours; $ 12,770.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Trevor W. Swett | 2.20 | $675 | 1,485.00 |
| Ronald E. Reinsel | .40 | $655 | 262.00 |
| Nathan D. Finch | 6.00 | $625 | 3,750.00 |
| Kevin C. Maclay | 1.30 | $510 | 663.00 |
| Todd E. Phillips | 3.50 | $300 | 1,050.00 |
| Erroll G. Butts | 10.50 | $240 | 2,520.00 |
| Samira A. Taylor | 3.70 | $200 | 740.00 |
| Marissa A. Fanone | 5.50 | $200 | $1,100.00 |
| Sara Joy DelSavio | 6.00 | $200 | 1,200.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/07/10 | NDF | 625.00 | 2.00 | Teleconference with constituency counsel re potential experts on brake cases if necessary. |
| 01/08/10 | TWS | 675.00 | 0.60 | Conference with NDF re asbestos issues; e-mails to RER re same; instructions to paralegal and e-mail to RER |
| 01/12/10 | TWS | 675.00 | 0.10 | Telephone conference with EGB and e-mail SAT re file search - GM asbestos (.1). |
| 01/12/10 | SAT | 200.00 | 3.00 | Research and retrieve briefs for TWS and NDF review |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 01/12/10 | EGB | 240.00 | 4.50 | Locate and attempt to restore GM files to the J drive. Locate hard drive and research files from local drive for TWS. |
| 01/13/10 | SAT | 200.00 | 0.70 | Retrieve brief and exhibits for NDF and TWS review. |
| 01/13/10 | RER | 655.00 | 0.40 | Follow up re: discovery re: asbestos estimate. |
| 01/13/10 | EGB | 240.00 | 6.00 | Locate hard drive and research files from local drive for TWS. Conduct search for Rabinowitz and print results for TWS. |
| 01/13/10 | SJD | 200.00 | 5.00 | Performed document pull from Pacer per TWS (1.0); located and organized Science brief and exhibits per NDF (4.0) |
| 01/14/10 | NDF | 625.00 | 1.50 | Review GM documents re brake exposure issues for estimation purposes. |
| 01/14/10 | MAF | 200.00 | 5.50 | Create and quality check index of Science brief exhibits (4); quality check copy sets and pdfs of Science brief exhibits (1.5). |
| 01/14/10 | SJD | 200.00 | 1.00 | Organized and Qc'ed exhibits from Science Brief per NDF |
| 01/16/10 | TEP | 300.00 | 1.20 | Legal research re procedural legal issue. |
| 01/20/10 | TEP | 300.00 | 1.60 | Legal research re procedural legal issue (1.5); confer with TWS re same (0.1). |
| 01/22/10 | NDF | 625.00 | 2.50 | Review materials re friction case liability. |
| 01/22/10 | TEP | 300.00 | 0.20 | Legal research re procedural legal issue. |
| 01/25/10 | TEP | 300.00 | 0.10 | Legal research re procedural legal issue and confer with KCM re same. |
| 02/01/10 | KCM | 510.00 | 0.60 | Review/analyze Committee memo, correspondence and materials re retention |
| 02/01/10 | TEP | 300.00 | 0.20 | Legal research re substantive legal issue. |

| 02/03/10 | KCM | 510.00 | 0.70 | Review/analyze Committee memo re term sheet; correspondence and materials re retention |
| 02/03/10 | TEP | 300.00 | 0.20 | Legal research re procedural legal issue (0.1); confer with KCM re same (0.1). |
| 02/05/10 | TWS | 675.00 | 1.50 | Legal research re avoidance actions |

**Total Task Code .10**      **39.10**


### Plan & Disclosure Statement (27.40 Hours; $ 17,516.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.10 | $950 | 1,045.00 |
| Peter Van N. Lockwood | .30 | $840 | 252.00 |
| Trevor W. Swett | 22.20 | $675 | 14,985.00 |
| Ronald E. Reinsel | .90 | $655 | 589.50 |
| Rita C. Tobin | .10 | $545 | 54.50 |
| Todd E. Phillips | .30 | $300 | 90.00 |
| Marissa A. Fanone | 2.50 | $200 | 500.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/15/09 | PVL | 840.00 | 0.30 | GM - teleconference EI re potential asbestos sub-committee. |
| 01/03/10 | TWS | 675.00 | 0.80 | Review proposed motion to appoint FCR and Subcommittee; prepare comments |
| 01/03/10 | EI | 950.00 | 0.30 | Memos Cooney, TWS, RER re: draft papers. |
| 01/04/10 | TWS | 675.00 | 2.50 | Multiple telephone conferences with EI and J. Cooney re proposed motion (.5); e-mail to S. Esserman re proposed motion (.1); telephone conference with S. Esserman; telephone conference with EI; telephone call to T. Mayer - left message (.4); edit proposed motion re appointment of FR and Subcommittee (1.5) |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 01/04/10 | EI | 950.00 | 0.80 | Read draft papers from Weil Gotshal (.2); discussed with TWS (.2); t/c TWS/Cooney re: same (.2); memos re: Committee meeting (.2). |
| 01/05/10 | TWS | 675.00 | 4.80 | Review edits to draft motion to appoint FCR and Subcommittee; telephone call to T. Mayer - left message; telephone call from J. Sharret re draft motion; telephone conference with EI re same; e-mail to UCC counsel re draft motion (.8); prepare service list (.1); review materials in preparation for conference call (.5); read cases and materials distributed by UCC counsel re issues under discussion (2.8); e-mail to Karotkin and Smolinsky re proposed motion (.2); telephone call from J. Sharrett re proposed motion; e-mail to J. Cooney, EI (.4) |
| 01/06/10 | TWS | 675.00 | 0.40 | Review Debtor and FTI materials re POL |
| 01/06/10 | TEP | 300.00 | 0.30 | Review materials re procedural legal issue. |
| 01/07/10 | TWS | 675.00 | 0.40 | Read Debtor's motion for extension of exclusivity (.2); e-mails to EI and J. Cooney re pending matters (.2) |
| 01/07/10 | RER | 655.00 | 0.40 | Follow-up re discovery production re: asbestos estimates. |
| 01/11/10 | TWS | 675.00 | 0.80 | Review and edit motion to appoint asbestos representatives; e-mail same to EI (.8) |
| 01/12/10 | TWS | 675.00 | 0.20 | E-mails to EI and J. Cooney re ADR motion; e-mails to/from KCM re same (.2). |
| 01/12/10 | TWS | 675.00 | 3.50 | E-mails to RER and RCT re 2014 information and followup (.3); review and edit motion to appoint asbestos representatives (.5); revise declaration re same and e-mail same to J. Cooney (.5); e-mails to EI, J. Cooney and S. Esserman re motion to appoint; telephone conference with S. Esserman (.7); e-mail to EI, J. Cooney and S. Esserman (.2); review filings by Ad Hoc Asbestos PI Committee (.5); follow-up on motion to appoint asbestos representatives and related matters (.8) |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 01/12/10 | RER | 655.00 | 0.50 | Follow up re: Cooney appointment and discovery issue. |
| 01/13/10 | TWS | 675.00 | 2.50 | E-mails to/from S. Esserman re motion to appoint; consider related issues (.4); e-mail and telephone conference re GM discovery (.2); review Ad Hoc Committee filings and responses (.7); prepare for (.2) and participate in conference call with S. Karotkin and S. Esserman (.7); e-mail to J. Cooney and team re status and developments on proposed appointment of asbestos representatives (.3) |
| 01/13/10 | MAF | 200.00 | 2.50 | Compile and organize Science brief exhibits for attorney review. |
| 01/20/10 | TWS | 675.00 | 0.20 | Telephone conference with S. Karotkin re steps towards asbestos estimate; e-mail to J. Cooney and EI re same. |
| 01/22/10 | TWS | 675.00 | 0.20 | E-mail re application for appointment (.1); read draft declaration by proposed FR (.1) |
| 01/25/10 | TWS | 675.00 | 0.30 | Telephone conference with J. Sharret re scheduling meeting and re UST deliberations on form of fiduciary entity. |
| 02/03/10 | RCT | 545.00 | 0.10 | Review GM term sheet issues (0.1) |
| 02/03/10 | TWS | 675.00 | 0.50 | Review Kramer, Levin update and memo re term sheets; e-mail comments to J. Cooney and EI |
| 02/04/10 | TWS | 675.00 | 1.80 | Telephone conference with J. Cooney; prepare for UCC conference call (.2); Committee conference call; e-mail to UCC counsel |
| 02/05/10 | TWS | 675.00 | 1.00 | Review bank litigation papers |
| 02/16/10 | TWS | 675.00 | 0.10 | E-mail from T. Mayer re communication with UST on form of fiduciary entity; respond to same. |
| 02/17/10 | TWS | 675.00 | 0.90 | Follow-up re status of effort to create asbestos representative (.3); e-mails to J. Cooney; respond to Debtor's information request; telephone conference with L. Maksoud; conference with EI (.5); telephone call from S. Karotkin (.1) |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/24/10 | TWS | 675.00 | 0.40 | Telephone conferences and e-mails J. Cooney and EI re committee formation; telephone conference L. Busch |
| 02/25/10 | TWS | 675.00 | 0.20 | E-mail and telephone conference with J. Cooney; telephone conference with T. Mayer |
| 03/03/10 | TWS | 675.00 | 0.70 | Review FTI update re projected recoveries and payment provisions of MSPA |

**Total Task Code .11**       **27.40**

**Committee Meetings/Conferences (17.90 Hours; 13,595.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 5.50 | $950 | 5,225.00 |
| Trevor W. Swett | 12.40 | $675 | 8,370.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/05/10 | TWS | 675.00 | 1.50 | Memo to Cooney and EI re insurance discussion with A. Reznick (1.3); follow-up e-mail from Cooney and telephone conference with EI re same (.2). |
| 01/06/10 | TWS | 675.00 | 0.40 | Telephone conference with EI re work agenda (.2); telephone conference with EI and J. Cooney re pending matters (.2) |
| 01/06/10 | EI | 950.00 | 0.50 | Prep for meeting with MLC / Committee (.5). |
| 01/07/10 | TWS | 675.00 | 0.50 | Telephone conferences with EI re follow-up to meeting with Debtors and UCC (.3); e-mails to EI and J. Cooney and telephone conference with J. Cooney (.2). |
| 01/07/10 | EI | 950.00 | 3.70 | Conf. at Weil Gotshal with MLC and Committee (2.0); Committee meeting (1.0); memo re: meeting (.7). |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 01/13/10 | EI | 950.00 | 1.20 | Reading materials and t/cs TWS re: status and his conf with Karotkin (1.0); memo to TWS/Cooney re: same (.2). |
| 01/14/10 | TWS | 675.00 | 0.30 | E-mail from J. Cooney re UST deliberations on asbestos subcommittee proposal and respond; e-mail to EI re same. |
| 01/17/10 | EI | 950.00 | 0.10 | Memos Cooney/TWS re: Debtor's position re appointment of sub-committee and future's representative. |
| 01/19/10 | TWS | 675.00 | 0.30 | E-mails to J. Cooney and EI re consultation with S. Gilbert on insurance issues. |
| 01/21/10 | TWS | 675.00 | 0.20 | Telephone conference with EI; telephone call to J. Cooney - left message; e-mail J. Cooney re asset recovery project |
| 02/04/10 | TWS | 675.00 | 0.20 | Review notes for memo |
| 02/05/10 | TWS | 675.00 | 0.70 | E-mail to J. Cooney and EI to report re UCC conference call (.5); review notes for preparation of memo on UCC matters (.2) |
| 02/09/10 | TWS | 675.00 | 1.20 | Memo re Committee meeting |
| 02/23/10 | TWS | 675.00 | 0.20 | Review minutes and e-mail comments to J. Sharret |
| 02/24/10 | TWS | 675.00 | 3.10 | At Weil for Committee meeting with Debtor |
| 03/02/10 | TWS | 675.00 | 2.50 | Prepare memo to J. Cooney re meeting with UCC and Debtor. |
| 03/03/10 | TWS | 675.00 | 1.30 | Finalize memo to J. Cooney re meeting with UCC and Debtor. |

**Total Task Code .15      17.90**

## Travel (4.50 Hours; $ 1,518.75)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Trevor W. Swett | 4.50 | $337.50 | 1,518.75 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/23/10 | TWS | 337.50 | 2.00 | Travel to NYC for UCC meeting with Debtor |
| 02/26/10 | TWS | 337.50 | 2.50 | Return travel to DC (split time with other projects) |

**Total Task Code .16**     **4.50**


## Retention Applications-Others (19.70 Hours; $ 7,352.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Trevor W. Swett | 2.40 | $675 | 1,620.00 |
| Rita C. Tobin | .50 | $545 | 272.50 |
| Kevin C. Maclay | 2.00 | $510 | 1,020.00 |
| Todd E. Phillips | 14.80 | $300 | 4,440.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/07/10 | TWS | 675.00 | 1.50 | Conference with TEP re case background and retention application (.5); conference with KCM re background and assignments (1.0). |
| 01/07/10 | TEP | 300.00 | 2.50 | Legal research re procedural legal issue; confer with TWS re same. |
| 01/12/10 | TWS | 675.00 | 0.10 | Conference with TEP re preparation of retention application |
| 01/12/10 | KCM | 510.00 | 0.60 | Communicate with TEP re retention issues and review/analyze related materials (.6) |
| 01/12/10 | TEP | 300.00 | 1.70 | Legal research re procedural legal issue. |

| Date | Init | Rate | Hours | Narrative |
|---|---|---|---|---|
| 01/13/10 | RCT | 545.00 | 0.50 | Review TWS emails; search files re retention apps C&D/Peterson; emails and memo TWS (0.5) |
| 01/13/10 | TWS | 675.00 | 0.70 | Mark up LAS retention application; e-mail RCT re same |
| 01/13/10 | TEP | 300.00 | 3.80 | Legal research re procedural legal issue (3.4); confer with KCM re same (0.4). |
| 01/14/10 | KCM | 510.00 | 1.40 | Review/analyze retention documents and related materials and communicate with TEP re same |
| 01/14/10 | TEP | 300.00 | 6.10 | Legal research re procedural legal issue (5.5); confer with KCM re same (0.4); confer with TWS and KCM re same (0.2). |
| 01/19/10 | TEP | 300.00 | 0.70 | Legal research re: procedural legal issue. |
| 03/02/10 | TWS | 675.00 | 0.10 | Telephone conference with Peterson re asbestos estimation project. |

**Total Task Code .19**       19.70


### Retention Applications-Self (5.90 Hours; $ 3,339.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Trevor W. Swett | 2.00 | $675 | 1,350.00 |
| Kevin C. Maclay | 3.90 | $510 | 1,989.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/04/10 | TWS | 675.00 | 1.00 | Intake forms |
| 01/06/10 | TWS | 675.00 | 0.20 | Review past retention application for possible use as model for MLC case |
| 01/13/10 | KCM | 510.00 | 1.00 | Review/analyze correspondence and retention materials |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 01/14/10 | TWS | 675.00 | 0.10 | Conference with KCM and TEP re conflicts check for retention application |
| 01/18/10 | KCM | 510.00 | 0.50 | Draft/revise memo re retention issue and communicate with TEP re same |
| 01/19/10 | TWS | 675.00 | 0.10 | Attention to conflicts search - retention application |
| 01/21/10 | TWS | 675.00 | 0.10 | E-mail EI re retention issues |
| 01/22/10 | TWS | 675.00 | 0.20 | Conference with KCM re retention application |
| 01/22/10 | KCM | 510.00 | 0.40 | Review/analyze PVNL e-mail memo re retention and FTI report |
| 01/25/10 | KCM | 510.00 | 0.90 | Review/edit application materials, review/analyze related materials, and communicate with TEP re same |
| 01/26/10 | KCM | 510.00 | 0.70 | Review/analyze draft term sheet |
| 01/28/10 | KCM | 510.00 | 0.30 | Review/analyze distribution materials |
| 01/29/10 | KCM | 510.00 | 0.10 | Review/analyze distribution materials |
| 02/01/10 | TWS | 675.00 | 0.30 | Review draft retention application; e-mail KCM re same |

**Total Task Code .20        5.90**

## **EXHIBIT A-2**

<u>Other Charges</u>:

| | |
|---|---:|
| Air & Train Transportation | 20.00 |
| Database Research | 2,145.50 |
| Long Distance-Equitrac In-House | 2.48 |
| Outside Local Deliveries | 13.25 |
| Outside Photocopying/Duplication Service | 1,144.70 |
| Postage & Air Freight | 0.88 |
| Research Material | 2.72 |
| Xeroxing | 194.85 |
| **Total:** | **$ 3,524.38** |