# EXHIBIT B

### Asset Analysis & Recovery (76.70 Hours; $ 42,799.00)

Services rendered in this category pertain to effort to analyze and recover the Debtor's assets for the benefit of the estate.

**Total Task Code .01**      76.70

### Case Administration (109.00 Hours; $ 54,424.50)

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**      109.00

### Claims Administration & Objections (.40 Hours; $ 270.00)

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estates.

**Total Task Code .05**      .40

### Fee Applications – Self (41.10 Hours; $ 16,744.00)

Services rendered in this category pertain to the preparation and review of the fee applications of professionals and experts employed by Caplin & Drysdale's to these bankruptcy proceedings.

**Total Task Code .07**      41.10

### Objections-Fee/Retention Applications (195.40 Hours; $ 72,554.50)

Services rendered in this category pertain to objections to the fee and retention applications of the professionals and experts employed in these bankruptcy proceedings.

**Total Task Code .08**      195.40

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .18**     **.20**

### Retention Applications-Others (54.30 Hours; $ 21,132.00)

Services rendered in this category pertain to the review of the retention applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .19**     **54.30**

### Retention Application-Self (219.40 Hours; $ 87,711.50)

Services rendered in this category pertain to the preparation and review of the retention applications of Caplin & Drysdale and its special consultant, Professor Elizabeth Warren.

**Total Task Code .20**     **219.40**