## EXHIBIT C

### CUMULATIVE SUMMARY OF INTERIM APPLICATIONS OF CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS HOLDINGS ASBESTOS-RELATED CLAIMS MOTORS LIQUIDATION COMPANY FOR THE PERIOD OCTOBER 6, 2009 THROUGH MAY 31, 2010

### CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours For The Period 10/7/09 5/31/10 | Total Hours From The Petition Date | Total Fees For The Period 10/7/09 – 5/31/10 | Total Fees From The Petition Date |
|---|---|---|---|---|
| Asset Analysis and Recovery | 76.7 | 76.7 | 42,799.00 | 42,799.00 |
| Asset Disposition | .0 | .0 | .00 | .00 |
| Business Operations | .0 | .0 | .00 | .00 |
| Case Administration | 109.0 | 109.0 | 54,424.50 | 54,424.50 |
| Claims Administration & Objections | .4 | .4 | 270.00 | 270.00 |
| Employee Benefits/Pensions | .0 | .0 | .00 | .00 |
| Fee Applications-Self | 41.1 | 41.1 | 16,744.00 | 16,744.00 |
| Objections/Fee/Retention Applications | 195.4 | 195.4 | 72,554.50 | 72,554.50 |
| Financing | .0 | .0 | .00 | .00 |
| Litigation | 42.3 | 42.3 | 14,872.50 | 14,872.50 |
| Plan and Disclosure Statement | 249.8 | 249.8 | 132,117.00 | 132,117.00 |
| Relief from Stay Proceedings | .0 | .0 | .00 | .00 |
| Tax Issues | .0 | .0 | .00 | .00 |
| Valuation | .0 | .0 | .00 | .00 |
| Committee Meetings/ Conferences | 74.3 | 74.3 | 47,791.50 | 47,791.50 |
| Travel | 10.7 | 10.7 | 3,598.75 | 3,598.75 |
| Docket Review & Control | 15.1 | 15.1 | 3,040.00 | 3,040.00 |
| Fee Applications – Others | .2 | .2 | 135.00 | 135.00 |
| Retention Applications – Others | 54.3 | 54.3 | 21,132.00 | 21,132.00 |
| Retention Applications – Self | 219.4 | 219.4 | 87,711.50 | 87,711.50 |
| Fee Auditor Matters - Self | .0 | .0 | .00 | .00 |
| **TOTAL** | **1,088.7** | **1,088.7** | **497,190.25** | **497,190.25** |

## CUMULATIVE EXPENSE SUMMARY

| Expense Category (Examples) | Total Expenses For The Period 10/7/09 – 5/31/10 | Total Expense From The Petition Date |
|---|---|---|
| Computer Assisted Research | $ 24,980.59 | $ 24,980.59 |
| Research Materials | $ 263.12 | $ 263.12 |
| Air Freight & Express Mail | $ 245.06 | $ 245.06 |
| Outside Local Deliveries | $ 13.25 | $ 13.25 |
| Filing Fees | $ .00 | $ .00 |
| Professional Fees + Expert Witness Fees | $ 20,856.00 | $ 20,856.00 |
| Outside Fax Service | $ .00 | $ .00 |
| Court Reporting/Transcript Services | $ 326.90 | $ 326.90 |
| Conference Meals | $ .00 | $ .00 |
| Outside Photocopy Service | $ 1,144.70 | $ 1,144.70 |
| Miscellaneous Client Advances | $ .00 | $ .00 |
| Air & Train Transportation | $ 510.00 | $ 510.00 |
| Meals Related to Travel | $ 106.51 | $ 106.51 |
| Travel Expenses – Hotel Charges | $ 346.61 | $ 346.61 |
| Travel Expenses – Ground Transportation | $ 46.00 | $ 46.00 |
| Travel Expenses – Miscellaneous | $ .00 | $ .00 |
| Travel Expenses – LD Calls on Hotel Bill | $ 43.90 | $ 43.90 |
| Local Transportation – DC | $ 293.69 | $ 293.69 |
| Local Transportation – NY | $ 32.20 | $ 32.20 |
| Xeroxing | $ 818.40 | $ 818.40 |
| Postage | $ 19.75 | $ 19.75 |
| Telecopier | $ .00 | $ .00 |
| Use of Personal Cell/Home Phone | $ .00 | $ .00 |
| Long Distance – Credit Card | $ .00 | $ .00 |
| Long Distance Telephone – DC | $ 23.95 | $ 23.95 |
| NYO Long Distance Telephone | $ .00 | $ .00 |
| TOTAL | $ 50,070.63 | $ 50,070.63 |