# LEGAL ANALYSIS SYSTEMS

## EXHIBIT A

### Analyses of Claims Database (25.50 Hours; $ 14,095.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peterson | 6.10 | $800 | 4,880.00 |
| Relles | 19.40 | $475 | 9,215.00 |

| Trans Date | Empl Name | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/28/10 | Peterson | 800.00 | 0.30 | Telephone Swett re: discuss requirements for data and access to data. |
| 05/11/10 | Peterson | 800.00 | 0.40 | Telephone Relles re: discuss data availability and accessing claims data. |
| 05/11/10 | Relles | 475.00 | 0.40 | Telephone Peterson re: discuss data availability and accessing claims data. |
| 05/11/10 | Relles | 475.00 | 3.40 | Retrieve data from MLC web site and work on organizing the data for analysis. |
| 05/12/10 | Peterson | 800.00 | 0.50 | Telephone Swett re: discuss structure of case, discuss analysis plans for claims data, discuss data collection. |
| 05/12/10 | Peterson | 800.00 | 2.30 | Review claims data from debtor's site. |
| 05/12/10 | Relles | 475.00 | 0.30 | Telephone Susan Budd re: questions about the MLC data. |
| 05/12/10 | Relles | 475.00 | 4.50 | Organize MLC data for analysis. |
| 05/13/10 | Peterson | 800.00 | 0.50 | Telephone Relles to discuss newly acquired claims data, discuss initial analyses, and to review first results of analyses of data. |
| 05/13/10 | Peterson | 800.00 | 1.70 | Review debtor's claims data and current analyses. |

| Date | Name | Rate | Hours | Narrative |
|---|---|---|---|---|
| 05/13/10 | Relles | 475.00 | 0.50 | Telephone Peterson to discuss newly acquired claims data, discuss initial analyses, and to review first results of analyses of data. |
| 05/13/10 | Relles | 475.00 | 3.20 | Develop summaries of MLC data to send to Swett and Finch (Caplin-Drysdale) |
| 05/14/10 | Relles | 475.00 | 2.00 | Work on analyzing bankruptcy claims from MLC files. |
| 05/14/10 | Relles | 475.00 | 2.30 | Update analysis files based on newer (05/31/09) MLC data. |
| 05/16/10 | Relles | 475.00 | 1.20 | Download and examine bankruptcy data in MLC files. |
| 05/18/10 | Peterson | 800.00 | 0.20 | Telephone Swett on current analyses of claims data. |
| 05/18/10 | Peterson | 800.00 | 0.20 | Telephone Swett on efforts to collect data claims values. |
| 05/20/10 | Relles | 475.00 | 0.40 | Respond to Swett's query regarding status of database. |
| 05/20/10 | Relles | 475.00 | 1.20 | Work on the analysis of MLC data. |

**Total Task Code .B    25.50**


### Alternative Claims Resolution (45.20 Hours; $ 17,402.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peterson | 4.80 | $800 | 3,840.00 |
| Relles | .20 | $475 | 95.00 |
| Ebener | 40.20 | $335 | 13,467.00 |

| Trans Date | Empl Name | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/30/10 | Peterson | 800.00 | 1.50 | Meet with Ebener and Dahl to discuss methods for obtaining data on current values of asbestos claims. |

| Date | Name | Rate | Hours | Description |
|---|---|---|---|---|
| 04/30/10 | Ebener | 335.00 | 1.50 | Meet with Peterson and Dahl to discuss methods for obtaining data on current values of asbestos claims. |
| 05/12/10 | Ebener | 335.00 | 0.30 | Telephone Peterson re: discuss data collection on current claims values and trends in claims values. |
| 05/12/10 | Ebener | 335.00 | 1.00 | Contact claims data coders to schedule operations. |
| 05/12/10 | Peterson | 800.00 | 0.20 | Review Ebener emails on the data collection process. |
| 05/12/10 | Peterson | 800.00 | 0.30 | Telephone Ebener re: discuss data collection on current claims values and trends in claims values. |
| 05/13/10 | Ebener | 335.00 | 0.30 | Telephone Peterson re: review procedures collecting data on current claims values and trends. |
| 05/13/10 | Ebener | 335.00 | 0.50 | Meet with Peterson re: report on inventory of sources available to collect information on current claims values. |
| 05/13/10 | Ebener | 335.00 | 1.00 | Email claims data coders regarding scope and timing of project. |
| 05/13/10 | Peterson | 800.00 | 0.30 | Telephone Ebener re: review coding procedures for collection data on current claims values and trends. |
| 05/13/10 | Peterson | 800.00 | 0.50 | Meet with Ebener re: report on inventory of sources available to collect information on current claims values. |
| 05/14/10 | Ebener | 335.00 | 4.10 | Review claims data coding specifications and draft updates of same. |
| 05/17/10 | Ebener | 335.00 | 2.30 | Prepare review draft of claims analysis and coding materials and distribute to Peterson and Relles for review. |
| 05/18/10 | Ebener | 335.00 | 0.30 | Telephone Peterson re: development and current status of data collection and forms for collecting claims data. |
| 05/18/10 | Ebener | 335.00 | 1.00 | revise and distribute final training materials to claims data coders. |

| Date | Name | Rate | Hours | Description |
|---|---|---|---|---|
| 05/18/10 | Peterson | 800.00 | 0.20 | Telephone Relles re: processing claims data on current values of claims. |
| 05/18/10 | Peterson | 800.00 | 0.30 | Telephone Ebener re: development and current status of data collection and forms for collecting claims data. |
| 05/18/10 | Peterson | 800.00 | 1.00 | Review data collection forms, review instructions for determining current claims values, and email Ebener and Relles about these issues. |
| 05/18/10 | Relles | 475.00 | 0.20 | Telephone Peterson re: processing claims data on current values of claims. |
| 05/19/10 | Ebener | 335.00 | 0.50 | Send email to Relles regarding coding specifications. |
| 05/19/10 | Ebener | 335.00 | 3.50 | Meeting with coders to review coding procedures. |
| 05/20/10 | Ebener | 335.00 | 1.20 | Plan schedule for production review, review paradigmatic cases with coders. |
| 05/20/10 | Peterson | 800.00 | 0.50 | Review sample of claims for collecting data. |
| 05/21/10 | Ebener | 335.00 | 1.60 | Review paradigmatic cases with coders, resolve questions from coders. |
| 05/24/10 | Ebener | 335.00 | 5.30 | Checks coders' work, meet with coders, update documentation, resolve questions from coders. |
| 05/25/10 | Ebener | 335.00 | 3.80 | Meet with coders, review coded cases, resolve questions, plan data capture. |
| 05/26/10 | Ebener | 335.00 | 4.00 | Meet with Coder to review data checking procedures. |
| 05/27/10 | Ebener | 335.00 | 4.00 | Check coding and review and respond to coding questions. |
| 05/28/10 | Ebener | 335.00 | 4.00 | Revise coding documentation, review and resolve coding questions and prepare data capture file documentation. |

**Total Task Code .D      45.20**

## Evaluate Proofs of Claims (1.40 Hours; $ 892.50)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peterson | .70 | $800 | 560.00 |
| Relles | .70 | $475 | 332.50 |

| Trans Date | Empl Name | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/12/10 | Peterson | 800.00 | 0.20 | Telephone Relles re: discuss bar date and data on bar date claims. |
| 05/12/10 | Relles | 475.00 | 0.20 | Telephone Peterson re: discuss bar date and data on bar date claims. |
| 05/20/10 | Peterson | 800.00 | 0.50 | Telephone Relles re: analyses of bar date data and comparison with data in debtor's claims data base. |
| 05/20/10 | Relles | 475.00 | 0.50 | Telephone Peterson re: analyses of bar date data and comparison with data in debtor's claims data base. |

**Total Task Code .F**    **1.40**

## Travel (11.00 Hours; $ 1,842.50)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Ebener | 11.00 | $167.50 | 1,842.50 |

| Trans Date | Empl Name | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/23/10 | Ebener | 167.50 | 5.00 | Non-working travel to training and quality control meeting with coders. |
| 05/25/10 | Ebener | 167.50 | 6.00 | Non-working travel to office from training and quality control meeting. |

**Total Task Code .I**      11.00

<u>Other Charges</u>:

| | |
|---|---:|
| Travel Expenses (Ebener) | $969.19 |

| | | |
|---|---|---:|
| 1. May 23 | Mileage to airport (57@.585) | 33.34 |
| 2. May 23 | Air travel roundtrip | 524.80 |
| 3. May 23 | Taxi to hotel | 20.00 |
| 4. May 23 | Food | 17.17 |
| 5. May 24 | Hotel | 124.33 |
| 6. May 25 | Hotel | 119.87 |
| 7. May 25 | Airport Parking | 52.65 |
| 8. May 25 | Mileage from airport (57@.585) | 33.34 |
| 9. May 25 | Food | 43.69 |
| | **Total** | **$969.19** |