## EXHIBIT B

Other Charges:

| | |
|---|---|
| Travel Expenses (Ebener) | $969.19 |

| | | | |
|---|---|---|---|
| 1. | May 23 | Mileage to airport (57@.585) | 33.34 |
| 2. | May 23 | Air travel roundtrip | 524.80 |
| 3. | May 23 | Taxi to hotel | 20.00 |
| 4. | May 23 | Food | 17.17 |
| 5. | May 24 | Hotel | 124.33 |
| 6. | May 25 | Hotel | 119.87 |
| 7. | May 25 | Airport Parking | 52.65 |
| 8. | May 25 | Mileage from airport (57@.585) | 33.34 |
| 9. | May 25 | Food | 43.69 |
| | | **Total** | **$969.19** |

Travel Expenses May 23-25, 2010, from Los Angeles to Faribault, MN for Pat Ebener, $969.19

| # | Date | Description | Amount |
|---|---|---|---|
| 1. | May 23 | Mileage to airport (57@.585) | 33.34 |
| 2. | May 23 | Coach Air travel roundtrip | 524.80 |
| 3. | May 23 | Taxi to hotel | 20.00 |
| 4. | May 23 | Food Enroute (Ebener) | 17.17 |
| 5. | May 23 | Hotel | 124.33 |
| 6. | May 24 | Hotel | 119.87 |
| 7. | May 25 | Airport Parking | 52.65 |
| 8. | May 25 | Mileage from airport (57@.585) | 33.34 |
| 9. | May 25 | Food Enroute (Ebener) | 43.69 |
| | | Total | $969.19 |

*Ebener Travel Expense 1, 8 Mileage*

# YAHOO!. LOCAL

When using any driving directions or map, it's a good idea to do a reality check and make sure the road still exists, watch out for construction, and follow all traffic safety precautions. This is only to be used as an aid in planning.



### W Daily Dr, Camarillo, CA 93010, United States

1. Start at W DAILY DR, CAMARILLO going toward CENTRAL AVE - go  0.2  mi
2. Turn **L** on CENTRAL AVE - go  0.1  mi
3. Turn **L** to take ramp onto US-101 S toward VENTURA FWY/LOS ANGELES - go  38.6  mi
4. Take the SAN DIEGO FWY/SACRAMENTO/SANTA MONICA exit onto I-405 S toward SAN DIEGO FWY SOUTH/SANTA MONICA - go  17.0  mi
5. Take exit #46/CENTURY BLVD/LAX AIRPORT toward CENTURY BLVD WEST - go  0.4  mi
6. Turn **L** on S LA CIENEGA BLVD - go  0.2  mi
7. Turn **R** on W CENTURY BLVD - go  1.2  mi
8. Follow the signs to your terminal

### LAX

Total Distance: 57.61 mi, Total Travel Time: 1 hr

*(handwritten: Pat Ebener — Travel Expense 2; Airfare — JU 5/2010)*

**From:** Expedia Travel Services [usmail@expediamail.com]
**Sent:** Saturday, May 15, 2010 1:17 PM
**To:** prika@aol.com
**Subject:** Expedia travel confirmation - Minneapolis, MN (4) - May 23, 2010 - (Itin# 132278871941)

Expedia travel confirmation - Minneapolis, MN (4) - May 23, 2010 - (Itin# 132278871941).
Travel Confirmation.

Thank you for booking your trip with Expedia. This email is your receipt for the travel item(s) you just booked.
Remember that you can always view your itinerary online  for the most up-to-date information.
http://click.expediamail.com/?qs=6e2c0f449099d3452670a27724f12707305b91f71103da1537563fe8c511
36dc7319ab07fe49f0f9

Our interactive demo can show you how easy it is to get information about your itinerary.
http://click.expediamail.com/?qs=4053d419a7d49173fddb2346ffaf158361c78ae8025bd190b4ae63954a9d
54b04eb2c8bdbd83d1ab

```
=============================================================
Flight
-------------------------------------------------------------


Flight: Los Angeles to Minneapolis
Traveler name: Patricia Ebener
-------------------------------------------------------------
Total ticket cost:$448.38
Taxes & Fees:$76.42

Airfare total:$524.80           Coach
-------------------------------------------------------------


Los Angeles (LAX) to Phoenix (Sky Harbor Intl.) 05/23/10 4:15 PM -  5:36 PM US Airways 493
----------


Phoenix (Sky Harbor Intl.) to Minneapolis (Minneapolis - St. Paul Intl.) 05/23/10 6:54 PM -
11:59 PM US Airways 940
----------


Minneapolis (Minneapolis - St. Paul Intl.) to Denver (Denver Intl.) 05/25/10 7:17 PM -  8:27
PM UNITED 387
----------


Denver (Denver Intl.) to Los Angeles (LAX) 05/25/10 9:22 PM - 10:50 PM UNITED 815
----------
-------------------------------------------------------------
Special requests
```

1

**Gopher Taxi**
Airport Service
651-635-0199        651-283-6252

From: MSP
To: hotel
Amount $ ~10        Cab# 259
Driver Name: _____

*Thank you. Please call again. 24/7 Reservations.*
*Visit us at www.gophertaxi.com*

Ebener Travel
Expense 3,
Taxi

JV  5-23-25/10

Park 'N Fly @ Park One
6351 West Century Blvd.
90045 Los Angeles, CA

Booth A    05/26/10 09:31
Cashier 3
Receipt 006345

Short-term parking tkt
SLTPK - No. 009283
05/23/10 14:46 -
05/26/10 09:31 -
Period 2d18h46'
(PARKNG)              $52.65

Sub Total             $52.65
PARKNG                 $0.00

Total                 $52.65

Payment Received
VISA                  $52.65
XXXXXXXXXXXX1308
Merch:025029508884
Auth:06546C
Type: Swiped

    All Amounts in USD.

Signature

Ebener Travel
Expense 7,
Parking

```
******************************************
DATE  5/23/10              TIME  3:06PM
MID  000802427708          542929802427708

              El Paseo Cafe
               Terminal 1
              Los Angeles, CA
                 90045
               310-645-9989
    PLEASE SIGN AND LEAVE THE MERCHANT COPY
      THE CUSTOMER COPY IS YOURS TO TAKE

Visa        XXXXXXXXXXXXXX1308 S
AUTH 08487C            CHECK  1326422
PRE-AUTH         CASHIER   CARBALLO S

     LYK ID#: 00450935

AMOUNT                           9.95
SALES TAX                        0.97

   SUBTOTAL  $          10.92

          TIP  $..........

          TOTAL  $................

              CUSTOMER COPY
******************************************
```

```
******************************************
CHECK # 1326428          DATE  5/23/10
                         TIME  3:12PM

   SUBTOTAL                  6.25

   TOTAL DUE                 6.25


              Camacho's Cafe
              100 World Way
               Terminal One
           Los Angeles, CA 90045
               310-645-9984

               VAYA CON DIOS

                   *****
```

Ebener Travel
Expense 4,
Food 5/23/10

**Pat Ebener**  *Travel Expense 5, hotel 5/23/10*

**From:** Expedia Travel Services [usmail@expediamail.com]
**Sent:** Saturday, May 22, 2010 11:48 AM
**To:** prika@aol.com
**Subject:** Expedia travel confirmation - Bloomington, MN (2) - May 23, 2010 - (Itin# 132369591856)

Expedia travel confirmation - Bloomington, MN (2) - May 23, 2010 - (Itin# 132369591856).
Travel Confirmation.

Thank you for booking your trip with Expedia. This email is (your receipt) for the travel item(s) you just booked.
Remember that you can always view your itinerary online  for the most up-to-date information
http://click.expediamail.com/?qs=4c17958079ee4421162c07dfb077d0ebbd20c7e6f82474e8446b2c9804:
709ef480a553092b8ecc

===============================================
Hotel
-----------------------------------------------

Hotel:Radisson Bloomington by Mall of America Room reservation:Patricia Ebener - 1 adult

-----------------------------------------------
Total room cost: $109.00
Taxes & fees:$15.33 /night
Lodging total:$124.33
-----------------------------------------------
Radisson Bloomington by Mall of America
1700 American Blvd E
Bloomington, MN 55425
United States of America
Phone: 1 (952) 854-8700

Check in: Sun 05/23/10
Check out: Mon 05/24/10
Nights: 1

Hotel Rules and Regulations.

http://click.expediamail.com/?qs=4c17958079ee4421162c07dfb077d0ebbd20c7e6f82474e8446b2c980439
709ef480a553092b8ecc

-----------------------------------------------
pecial requests
We will forward your requests to the travel vendor, but as these are subject to availability
 can not guarantee that they will be honored.
ome special requests (e.g., ski racks, rollaway beds) may incur additional charges from the
 ndor.

-----------------------------------------------
 tel: Radisson Bloomington by Mall of America
 om: Guestroom Non Smoking
 -smoking/Smoking: Non-Smoking
 m type: 1 KING BED

1

```
Crowne Plaza DIA
Mountain Terrace
15500 East 40th Avenue
Denver, CO  80239
(303) 371-9494
-----------------------------------
CHECK:      2095
TABLE:      1/13
SERVER:     404 NATALY
DATE:       MAY25'10 10:43PM
CARD TYPE:  Visa
ACCT #:     XXXXXXXXXXXX1308
EXP DATE:   XX/XX
AUTH CODE:  06005C


SUBTOTAL:          8.69

Gratuity_____/._____

Total_____9.6⁅
```

Ebener Travel
Expense 9,
Food 5/25/10

```
HMSHOST
NORTH TERMINAL IKES
MSP INT'L AIRPORT
CHECK:      9828
TABLE:      33/1
SERVER:     4572 Justin
DATE:       MAY25'10  6:41PM
CARD TYPE:  VISA       A0
ACCT #:     XXXXXXXXXXXX1308
EXP DATE:   XX/XX
AUTH CODE:  01601C
            PATRICIA EBENER

TOTAL:            28.50

TIP ......

TOTAL .......    34—


X
I AGREE TO PAY THE ABOVE AMOUNT
IN ACCORDANCE WITH THE CARD
ISSUER'S AGREEMENT.
```