# LEGAL ANALYSIS SYSTEMS, INC.

## EXHIBIT C

### LIST OF PROFESSIONALS AND HOURS
April 28, 2010 – May 31, 2010

| Name | Rate | Hours | Amount ($) |
|---|---|---|---|
| Peterson | $800 | 11.60 | 9,280.00 |
| Relles | $475 | 20.30 | 9,642.50 |
| Ebener | $335 | 51.20 | 15,309.50 |
| **TOTALS** | | **83.10** | **$34,232.00** |