## EXHIBIT D

### CUMULATIVE SUMMARY OF INTERIM APPLICATIONS OF LEGAL ANALYSIS SYSTEMS, FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS OF MOTORS LIQUIDATION COMPANY, ET AL. FOR THE PERIOD APRIL 28, 2010 THROUGH MAY 31, 2010

### CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours For The Period 4/28/10-5/31/10 | Total Hours From The Petition Date | Total Fees For The Period 4/28/10–5/31/10 | Total Fees From The Petition Date |
|---|---|---|---|---|
| Analysis of Claims Database | 25.50 | 25.50 | $ 14,095.00 | $ 14,095.00 |
| Alternative Claims Resolution | 45.20 | 45.20 | $ 17,402.00 | $ 17,402.00 |
| Evaluate Proofs of Claims | 1.40 | 1.40 | $ 892.50 | $ 892.50 |
| Travel | 11.00 | 11.00 | $ 1,842.50 | $ 1,842.50 |
| **TOTAL** | **83.10** | **83.10** | **$ 34,232.00** | **$ 34,232.00** |

- 2 -

## CUMULATIVE EXPENSE SUMMARY

| Expense Category (Examples) | Total Expenses For The Period 4/28/10 – 5/31/10 | | Total Expense From The Petition Date | |
|---|---|---|---|---|
| Air & Train Transportation | $ | 524.80 | $ | 524.80 |
| Meals Related to Travel | $ | 60.86 | $ | 60.86 |
| Travel Expenses – Hotel Charges | $ | 244.20 | $ | 244.20 |
| Travel Expenses – Ground Transportation | $ | 86.68 | $ | 86.68 |
| Travel Expenses – Miscellaneous | $ | 52.65 | $ | 52.65 |
| TOTAL | $ | 969.19 | $ | 969.19 |