Sander L. Esserman (Admitted *Pro Hac Vice*)
Peter D'Apice
Jo E. Hartwick (Admitted *Pro Hac Vice*)
STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone:  (214) 969-4900
Facsimile:  (214) 969-4999

COUNSEL FOR DEAN M. TRAFELET
IN HIS CAPACITY AS LEGAL
REPRESENTATIVE FOR FUTURE ASBESTOS
PERSONAL INJURY CLAIMANTS

---------------------------------------------------------------X
                                                               )
In re                                                          )    Chapter 11
                                                               )
MOTORS LIQUIDATION COMPANY, *et al.*,                          )
f/k/a GENERAL MOTORS CORP., *et al.*,                          )
                                                               )    Case No. 09-50026 (REG)
                                                               )
                    Debtors.                                   )    Jointly Administered
---------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 5, 2010, she caused true and correct copies of the following document to be served (a) by electronic mail on all parties on the Master Service List, (b) by ECF on all parties receiving notice via the Court's ECF System, and (c) by facsimile on the Office of the United States Trustee for the Southern District of New York, Attention: Diana G. Adams, Esq.:

- Notice of Withdrawal of the Legal Representative for Future Asbestos Claimants' Application for an Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing and Directing (A) the Production of Documents and (B) the Oral Examination of Individuals Designated by the Debtors and New GM Believed to Have Knowledge of Relevant Matters [Docket No. 6379].

-2-

Dated: August 6, 2010
      Dallas, Texas

                                                                     */s/Heather J. Panko*
                                                                    Heather J. Panko

                                                                    STUTZMAN, BROMBERG,
                                                                    ESSERMAN & PLIFKA,
                                                                    A PROFESSIONAL CORPORATION
                                                                    2323 Bryan Street, Suite 2200
                                                                    Dallas, Texas 75201
                                                                    Telephone:  (214) 969-4900
                                                                    Facsimile:  (214) 969-4999