August 1, 2010

Mary Simpson
143 Passaic Avenue
Thorofare, NJ 08086
856-498-5499

RECEIVED
AUG - 5 2010
U.S. BANKRUPTCY COURT
S. DIST. OF NEW YORK

United States Bankruptcy Court     The Garden City Group
Southern District of New York      Claims Processing
1 Bowling Green                    P.O. Box 9386
New York, New York 10004           Dublin, Ohio 43017
                                   **Attention: Motors Liquidation Co.**

Re: General Motors/Motors Liquidation Co.
    Case #09-50026

**Attention: United States Bankruptcy Court
             The Garden City Group**

The reason for this letter is to request an extension on the Bar Date of November 30, 2009 and the reason for not filing a claim. I never received any mailing regarding filing a claim in reference to General Motors Company. The last time I spoke with GM was in 2009 as GM was entering into bankruptcy. I was informed by Lisa Cudworth, who is the claims representative handling my file at GM, that I would be receiving something from the US Bankruptcy Court and to await their instructions. As of last week I never received any mailing from anyone. Since the time on my case was coming to an end in 2011, I called GM to find out what was happening with my case. However when I spoke with their legal department all they could tell me was that all files were transferred to Motors Liquidation Company and a phone number that I could call. I called and called and finally tracked down their organization at 703-286-6401 and found out from a Molly at MLC that a mailing was sent to me in May of 2009. I explained to Molly that I never received any mailing from MLC and she informed that I could write to Your Honor and The Garden City Group and explain to both as to what may be the reason for me not receiving any mailing.

First and foremost, I would not be requesting an extension on filing my claim if there wasn't a valid reason. I was involved in a motor vehicle accident on January 28, 2009 where my airbag did not deploy while traveling at a speed greater than 40 mph. I suffered severe injuries where I almost died, was in two hospitals just shy of a month and in a nursing home for two weeks. When I came home I was confined to a wheelchair and hospital bed for three months, so I was home when the mail supposedly was delivered to my home.

Receiving mail at my home has always been somewhat imperfect. There are two Passaic Avenues and two South Passaic Avenues, both of which are on either side of a main road. Since I moved here over fifteen years ago I still to this day receive other people's mail and other people receive my mail. I always send it back to the post office, but know that people don't always return my mail. This is not the first time I haven't received mail and had to request a company to resend their mail. On one occasion a woman came to my home with my mail and personally gave it to me because she found it in her

teenager's bedroom. When confronted he told her that it came to their house by accident and wanted to see what was in my mail.

I have gone down to the post office in the past and relayed my concerns, but nothing changed and I came to the conclusion that this was something I would have to live with. I never thought in a million years that this "mail imperfection" could result in such a disastrous outcome. It did, by me not receiving MLC's mailing concerning filing my claim with the Court. If I would have received something with reference to filing a claim, I certainly would have filed the claim within the time constraints. My injuries were significant then and still are to this day. My life has changed forever since this accident.

I know the importance of filing a claim on time, because for the majority of my career with the State of New Jersey, I was a judicial secretary for a Judge in the Superior Court. Since this accident I have been unable to return to work where I had seven more years until achieving twenty-five years with the State.

I believe that I have shown merit in filing a late claim and also merit relating to the circumstances or occurrences as to why I did not personally receive any mail with regard to filing a claim with MLC. I am respectfully requesting the United States Bankruptcy Court and/or The Garden City Group allow me to file a late claim concerning my accident of January 28, 2009.

Thank you in advance for your consideration in this matter and I await your decision.

Sincerely,

*Mary Simpson*

Mary Simpson