Dated
August 01, 2010
Sanford, Florida

MOTION

Chapter 11 Case NO
09-50026 REG

Latrell Barfield is filing motion to appear by telephone ON August 06, 2010 at 9:45 a.m. Eastern time or as soon there after as Counsel may be heard before the Honorable Robert E. Gerber United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, ONE Bowling Green NEW YORK, NEW YORK 10004. Latrell Barfield phone number is 407-376-8363. Latrell Barfield can appear by phone BE ON the Lookout for fraud reports Latrell (B7474) Barfield original Crash report Is Missing.

Dated
August 01, 2010
Sanford, Florida

Motion

Chapter 11 case NO
09-50026 REG

for two hours. Latrell Barfield can be called and given the courtroom phone number to call the courtroom on August 06, 2010 or the clerk or court reporter can call Latrell Barfield at 407-376-8363 when the hearing is held before the honorable Robert E. Gerber. If Latrell Barfield motion to appear by telephone ON August 06, 2010 is denied; Latrell Barfield is filing motion to extend the court date to September 06, 2010

/s/ Latrell Barfield
/s/ Latrell Barfield
LB 7474

To: Clerk of Court

From: Latrell Barfield
P.O. box 1824
Sanford, Fla. 32772

Check Latrell Barfield indigency determination in the case and then file the motion to make sure Latrell Barfield files within her Rights

By /s/ Latrell Barfield
Latrell Barfield

LB7474

# Statement of Issue

☒ LAW ENFORCEMENT SHORT FORM REPORT
☐ DRIVER REPORT OF TRAFFIC CRASH
☐ DRIVER EXCHANGE OF INFORMATION

D-SA 26

DO NOT WRITE IN THIS SPACE

**Time & Location**
- DATE OF CRASH: 06/15/06
- TIME OF CRASH: 2151 PM
- TIME OFFICER NOTIFIED: 2151 PM
- TIME OFFICER ARRIVED: 2156 PM
- INVEST. AGENCY REPORT NUMBER: 2006TA004216
- HSMV CRASH REPORT NUMBER: 06459570
- COUNTY / CITY CODE: 17 60
- CITY OR TOWN: Sanford
- COUNTY: Seminole
- NO. OF LANES: 4
- 2. UNDIVIDED
- ON STREET, ROAD OR HIGHWAY: Sanford Ave
- AT THE INTERSECTION OF: 26th Street

**Section 1 - Vehicle**
- YEAR: 01
- MAKE: Acura
- TYPE: SUV
- Check Areas Of Vehicle Damage: Front X
- EST. VEHICLE DAMAGE: UNK
- Tow: 1

**Section 2 - Vehicle**
- YEAR: 92
- MAKE: CHEV
- TYPE: VAN
- VEH. LICENSE NUMBER: F755BP
- STATE: FL
- VIN: 1GNDU06D1NT147943
- Check Areas: Rear X
- EST. VEHICLE DAMAGE: UNK
- Tow: 1
- MOTOR VEHICLE INSURANCE COMPANY: Geico
- POLICY NUMBER: 4066-30-75-23
- NAME OF DRIVER: Latrell Denise Barfield
- CURRENT ADDRESS: 3248 Main Street
- CITY AND STATE: Sanford FL
- ZIP: 32771
- DRIVER LICENSE NUMBER: B614-524-72-644-M
- STATE: FL
- HOME PHONE: (32) 262-3255

**Violator(s) / Property Damaged** — N/A

WITNESS NAME (1): N/A
WITNESS NAME (2): N/A

INVESTIGATOR: D/s Coyle
ID/BADGE NUMBER: 2312
DEPARTMENT: (SCSO) Seminole County ☒ SO

☒ NO FURTHER ACTION REQUIRED BY YOU, REPORT COMPLETED BY LAW ENFORCEMENT AGENCY.

HSMV-90006 Rev. 04/04

LB7474



DIAGRAM — INDICATE NORTH WITH ARROW — Not to Scale — N

Sanford Ave. North

point of impact [V2] [V1]

◁ V2  ◁ V1

Sanford Ave. North

SR-46

**Narrative:** Vehicle 1 was headed south on Sanford Ave. Vehicle 2 was stalled and being pushed by the owner out of the road south on Sanford Ave in the median lane. V-1 struck the rear of V-2. Driver of V-2 states her flashers were on along with lights. Vehicle 1 states V-2 had no lights. Sanford police officer Cotton (1st officer on scene) states upon his arrival V-2 hazards were on and later disconnected by the Sanford Fire Department. V-1 was found unable to control his vehicle but due to no witnesses I was unable to determine total fault.

HSMV-90006 Rev. 04/04   Page 2

LB7474