UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                               :
                                                    :    Chapter 11 Case No.
MOTORS LIQUIDATION COMPANY, *et al.*,               :
    f/k/a General Motors Corp., *et al.*           :    09-50026 (REG)
                                                    :
    Debtors.                                      :    (Jointly Administered)
                                                    :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Kimberly Gargan, being duly sworn, depose and state:

1. I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On August 5, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on Electro-Motive Diesel, Inc., Attn: Legal Department, 9301 West 55th Street, McCook, IL 60525 :

- Order Pursuant to 11 U.S.C. § 365 of the Bankruptcy Code to Reject Certain Executory Contracts with Electro-Motive Diesel, Inc. [Docket No. 6477].

Dated:  August 6, 2010                      /s/ Kimberly Gargan
       Melville, New York                  Kimberly Gargan

Sworn to before me this 6th day of August, 2010

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires:  May 19, 2012