DEPARTMENT OF TAXATION,
STATE OF HAWAII
P. O. Box 259
Honolulu, HI  96809
Attn:  Bankruptcy Unit
Telephone:  (808) 587-1675

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re | CASE NO. 09-50026(REG)<br>(Chapter 11)<br>(Jointly Administered) |
|---|---|
| MOTORS LIQUIDATION COMPANY, ET AL., FKA GENERAL MOTORS CORP., ET AL.,<br><br>Debtors. | Response Deadline:<br><br>June 22, 2010, 4:00 p.m. (ET)<br><br>Hearing Deadline:<br><br>June 29, 2010, 9:45 a.m. (ET) |

385162

NOTICE OF WITHDRAWAL REGARDING DEPARTMENT OF
TAXATION, STATE OF HAWAII'S RESPONSE TO DEBTORS'
SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS (TAX
CLAIMS ASSUMED BY GENERAL MOTORS, LLC); EXHIBIT A

The Department of Taxation, State of Hawaii

hereby WITHDRAWS its proof of claim (Exhibit A) filed



on November 13, 2009, Claim No. 24287.  All returns were filed as required.

DATED:   Honolulu, Hawaii,   **AUG  2 2010**                    .

_____
ELAYNE LIU

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT    Southern District of New York | PROOF OF CLAIM |
|---|---|

**Name of Debtor:**
MLCS LLC FKA SATURN CORPORATION

**Case Number:**
09-50027 (REG)

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
STATE OF HAWAII, DEPARTMENT OF TAXATION

**Name and address where notices should be sent:**
HAWAII STATE TAX COLLECTOR    ATTN: BANKRUPTCY UNIT (EL)
P O BOX 259
HONOLULU HI 96809

Telephone number:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
(*If known*)

Filed on:_____

[Stamp: THE GARDEN CITY GROUP, INC. NOV 13 2009]

**Name and address where payment should be sent (if different from above):**

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ unknown

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☑ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** see attached
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 7506
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   **Nature of property or right of setoff:**   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   **Describe:**

   **Value of Property:** $_____   **Annual Interest Rate** _____ %

   **Amount of arrearage and other charges as of time case filed included in secured claim,**
   **if any:** $_____   **Basis for perfection:** _____

   **Amount of Secured Claim:** $_____   **Amount Unsecured:** $ unknown

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

   Specify the priority of the claim.

   ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

   ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

   ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

   ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

   ☑ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

   ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

   **Amount entitled to priority:**
   $ unknown

   *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING

If the documents are not available, please explain.

**Date:** 11/06/2009

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

LYNNE M. KANETA, TAX COLLECTOR (el)    [signature]

**FOR COURT USE ONLY**

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

EXHIBIT ___A___

FORM D-3 (FC)
(REV 1994)

# STATE OF HAWAII
# DEPARTMENT OF TAXATION

TO: MLCS LLC fka SATURN CORPORATION
P O BOX 9025
DETROIT MI 48202-9025

Case No. 09-50027 (REG)
Priority Claim

## DETAIL STATEMENT OF TAXES DUE

| Tax Key Acct/Lic No Lien Dates | TYPE OF TAX EIN# 38-2577506 | PERIOD | TAX | PENALTY | INTEREST TO 09/16/09 | TOTAL |
|---|---|---|---|---|---|---|
| unknown | Corp Income | 2006 | unknown | | unknown | unknown |
| unknown | Corp Income | 2008 | unknown | | unknown | unknown |
| | | | | | | |
| **TOTAL** | | | Unknown | | Unknown | Unknown |

Date: 11/06/09
Prepared By: E. Liu
Telephone: (808) 587-1675

OAHU COLLECTION BRANCH

By: *[signature]*
for LYNNE M. KANETA
Tax Collector

STATE OF HAWAII
DEPARTMENT OF TAXATION

TO: MLCS LLC fka SATURN CORPORATION
P O BOX 9025
DETROIT MI 48202-9025

Case No. 09-50027 (REG)
Unsecured Claim

### DETAIL STATEMENT OF TAXES DUE

| Tax Key Acct/Lic No Lien Dates | TYPE OF TAX EIN# 38-2577506 | PERIOD | TAX | PENALTY | INTEREST TO 09/16/09 | TOTAL |
|---|---|---|---|---|---|---|
| unknown | Corp Income | 1992 to 2005 | unknown | unknown | unknown | unknown |
| unknown | Corp Income | 2006 | | unknown | | unknown |
| unknown | Corp Income | 2008 | | unknown | | unknown |
| **TOTAL** | | | Unknown | unknown | Unknown | Unknown |

Date: 11/06/09
Prepared By: E. Liu
Telephone: (808) 587-1675

OAHU COLLECTION BRANCH
By: *[signature]*
LYNNE M. KANETA
Tax Collector

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re | CASE NO. 09-50026(REG)<br>(Chapter 11) |
|---|---|
| MOTORS LIQUIDATION COMPANY, ET AL., FKA GENERAL MOTORS CORP., ET AL.,<br><br>Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on **AUG 2 2010**, copies of NOTICE OF WITHDRAWAL REGARDING DEPARTMENT OF TAXATION, STATE OF HAWAII'S RESPONSE TO DEBTORS' SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS (TAX CLAIMS ASSUMED BY GENERAL MOTORS, LLC); EXHIBIT A was duly served by depositing same in the United States mail, postage prepaid, addressed as follows:

>HARVEY R. MILLER, ESQ.
>STEPHEN KAROTKIN, ESQ.
>JOSEPH H. SMOLINSKY, ESQ.
>Weil Gotshal & Manges LLP
>767 Fifth Avenue
>New York, NY  10153
>
>Counsel for the Debtors

TED STENGER
MLCS LLC
Motors Liquidation Company
500 Renaissance Center, Suite 1400
Detroit, MI   48243


LAWRENCE S. BUONOMO, ESQ.
General Motors, LLC
400 Renaissance Center
Detroit, MI   48245

Debtors


JOHN J. RAPISARDI, ESQ.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY   10281

Counsel for the United States
  Department of Treasury


JOSEPH SAMARIAS, ESQ.
United States Department of Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, DC   20220


MICHAEL J. EDELMAN, ESQ.
MICHAEL L. SCHEIN, ESQ.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY   10019

Counsel for Export Development Canada

2

THOMAS MOERS MAYER, ESQ.
AMY CATON, ESQ.
LAUREN MACKSOUD, ESQ.
JENNIFER SHARRET, ESQ.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

Counsel for Committee of Unsecured Creditors


DIANA G. ADAMS, ESQ.
Office of the United States Trustee
   for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004


DAVID S. JONES, ESQ.
NATALIE KUEHLER, ESQ.
United States Attorney's Office for the
   Southern District of New York
86 Chambers Street, Third Floor
New York, NY  10007


ELIHU INSELBUCH, ESQ.
RITA C. TOBIN, ESQ.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY  10152-3500

TREVOR W. SWETT, III, ESQ.
KEVIN C. MACLAY, ESQ.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W., Suite 1100
Washington, DC  20005

Counsel for the Official Committee of
  Unsecured Creditors Holding Asbestos-
  Related Claims


SANDER L. ESSERMAN, ESQ.
ROBERT T. BROUSSEAU, ESQ.
Stutzman, Bromberg, Esserman & Plifka,
  A Professional Corporation
2323 Bryan Street, Suite 2200
Dallas, TX  75201

Counsel for Dean M. Trafelet in his
  capacity as the legal representative
  for future asbestos personal injury
  claimants


DATED:  Honolulu, Hawaii,  AUG  2 2010            .



_____
ELAYNE LIU

4