HEARING DATE AND TIME: September 24, 2010 at 9:45 a.m. (Eastern Time)

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11 Case No.
                                                               :
MOTORS LIQUIDATION COMPANY, et al.,                            :    09-50026 (REG)
        f/k/a General Motors Corp., et al.                     :
                                                               :
                        Debtors.                               :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x
```

**NOTICE OF ADJOURNMENT OF HEARING**
**ON DEBTORS' (i) OBJECTION TO PROOFS OF**
**CLAIM NOS. 1206, 7587, AND 10162 AND, IN THE ALTERNATIVE,**
**(ii) MOTION TO ESTIMATE PROOFS OF CLAIM NOS. 1206, 7587, AND 10162**

PLEASE TAKE NOTICE that the hearing on the Objection, dated May 21, 2010, of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession, to the allowance of Proofs of Claim Nos. 1206 and 7587 filed by Tozamile Botha, William Daniel Peters, Msitheli Wellington Nonyukela, Mantoa Dorothy Molefi, Nothini Betty Dyonashe, Nonkululeko Sylvia Ngcaka, Mirriam Mzamo, Mncekeleli Henyn Simangentloko, and Hans Langford Phiri and Proof of Claim No. 10162 filed by Sakwe Balintulo, Dennis Vincent Frederick Brutus, Mark Fransch, Elsie Gishi, Lesiba Kekana, Archington Madondo, Mpho Alfred Masemola, Michael Mbele, Mamosadi Catherine Mlangeni, Reuben Mphela, Thulani Nunu, Thandiwe Shezi, and Thobile Sikani [Docket No. 5845], which

US_ACTIVE:\43469315\01\72240.0639

was previously scheduled for August 6, 2010 at 9:45 a.m. (Eastern Time), has been adjourned and shall be heard before the Honorable Robert E. Gerber, United States Bankruptcy Judge, One Bowling Green, Room 621, New York, New York 10004, on **September 24, 2010 at 9:45 a.m. (Eastern Time)** (the "**Hearing**").  The Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: New York, New York
August 9, 2010

/s/ Stephen Karotkin
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession