**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
In re : **Chapter 11 Case No.**
:
**MOTORS LIQUIDATION COMPANY**, *et al.*, : **09-50026 (REG)**
    f/k/a General Motors Corp., *et al.* :
:
           Debtors. : (Jointly Administered)
:
------------------------------------------------------------x

### AGREED ORDER REGARDING DEBTORS' SEVENTH OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO THE PROOF OF CLAIM FILED BY CASMALIA RESOURCES SITE STEERING COMMITTEE

Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), and Claimant Casmalia Resources Site Steering Committee ("**Casmalia**") hereby state as follows:

WHEREAS, Casmalia timely filed its proof of claim in these proceedings on November 25, 2010 as to MLC;

WHEREAS, on that day, three identical copies of Casmalia's single proof of claim were assigned three separate claim numbers; to wit, claim numbers 51380, 65979 and 66115;

WHEREAS, the copy of Casmalia's proof of claim assigned claim number 65979 was disallowed and expunged in the March 15, 2010 Order Granting Debtors' Eleventh Omnibus Objections to Claims (Duplicate Claims) [Docket No. 5262] (the "**Eleventh Omnibus Objection**");

WHEREAS, the copy of Casmalia's proof of claim assigned claim number 66115 is the subject of the Debtors' Seventh Omnibus Objection to Claims (Duplicate Claims) [Docket No. 4757] (the "**Seventh Omnibus Objection**"), and the parties now wish to resolve the Seventh Omnibus Objection as it relates to the remaining two proofs of claim.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the Debtors and Casmalia, and ORDERED and APPROVED by the Court as follows:

1. Casmalia herein withdraws the copy of its proof of claim assigned claim number 66115, and the copy of its proof of claim assigned claim number 51380 shall represent and constitute Casmalia's only surviving claim and shall remain on the claims register (the "**Casmalia Surviving Claim Number 51380**"), subject to the Debtors' continuing right to object on any other grounds.

2.      The Casmalia Surviving Claim Number 51380 shall be unaffected by the Debtors'

Seventh Omnibus Objection, Eleventh Omnibus Objection, the Order Granting Debtors'

Eleventh Omnibus Objection [Docket No. 5262] and the withdrawal provided herein.


Dated: July 28, 2010
       Washington, DC

/s/ Milissa A. Murray _____
Milissa A. Murray

BINGHAM McCUTCHEN LLP
2020 K Street
Washington, DC  20006
E-mail:  m.murray@bingham.com
Telephone:  (202) 373-6000

Attorneys for ILCO Site Remediation Group

Dated: July 27_, 2010
       New York, New York

/s/ Joseph H. Smolinsky _____
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession


So Ordered this **_9th_** day of **_August_**, 2010

**_s/ Robert E. Gerber_**
United States Bankruptcy Judge