# **EXHIBIT A**

|     | **UNION** | **PERCENTAGE SHARE** |
|-----|-----------|----------------------|
| 1.  | IUE-CWA | 79.39% |
| 2.  | USW | 14.73% |
| 3.  | International Association of Machinists and Aerospace Workers | 4.32% |
| 4.  | International Brotherhood of Electrical Workers | 0.42% |
| 5.  | Michigan Regional Council of Carpenters, Local 687 and Interior Systems, Local 1045 | 0.29% |
| 6.  | International Brotherhood of Painters & Allied Trades of the U.S. and Canada, Sign & Display Union Local 59 | 0.09% |
| 7.  | International Brotherhood of Teamsters | 0.25% |
| 8.  | International Brotherhood of Boilermakers | 0.10% |
| 9.  | International Union of Operating Engineers | 0.18% |
| 10. | United Catering Restaurant Bar & Hotel Workers | 0.23% |