## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW YORK

---------------------------------------------------------------X

In re:                                                      :
                                                            :
MOTORS LIQUIDATION COMPANY, *et al*.,                       :
      f/k/a General Motors Corp., *et al.*    :       Chapter 11
                                                            :       Case No. 09-50026 (REG)
                                                            :       (Jointly Administered)
            Debtors.                :

---------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                    ) ss
COUNTY OF SUFFOLK    )

I, Kimberly Murray**,** being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent in the

above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York

11747.

    2.    On August 9, 2010, I caused a true and correct copy of the following documents: (a)

Transfer of Claim [Docket No. 6579] and (b) Form 210B Notice to be served upon the parties

identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box

maintained by the U.S. Postal service.

                                 /s/ Kimberly Murray___
                                 Kimberly Murray

Sworn to before me this 9th day of
August, 2010
/s/  Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

### TRANSFEROR

The Canyon Value Realization Fund (Cayman), Ltd.
c/o Canyon Capital Advisors LLC
Attn: Jonathan Kaplan, Esq.
2000 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067

Sidley Austin LLP
Attn: Jeremy Rosenthal, Esq.
555 West Fifth Street, 40th Floor
Los Angeles, CA 90013

### TRANSFEREE

Citigroup Global Markets Inc.
Attn: Chetan Bansal
Marc Heimowitz
390 Greenwich Street
New York, NY 10013

Morrison & Foerster LLP
Attn: Charles M. Cole
Christopher S. Campbell
2000 Pennsylvania Ave., NW Suite 5500
Washington, DC 20006