UNITED STATES BANKRUPTCY FOR
SOUTHERN DISTRICT OF NEW YORK

---

In Re:  MOTORS LIQUIDATION COMPANY, et al,
      f/k/a General Motors Corp., et al          Chapter 11 Case No.

                Debtors.                               09-50026 (REG)

---

### AFFIDAVIT OF MAILING

---

STATE OF WISCONSIN    )
                                )SS.
COUNTY OF PORTAGE   )

      DARLEENE E. SWEN, being first duly sworn on oath deposes and states that she is one of the stenographers at the law offices of Anderson, O'Brien, Bertz, Skrenes & Golla, the attorneys for creditor **Linda Szejna**, in this action; and that on the 29 day of July, 2010, she sent via UPS Next Day Air a copy of the document(s) designated below securely enclosed, the shipping fee duly paid, addressed to:

| | |
|---|---|
| United States Bankruptcy Court<br>Honorable Robert E. Gerber<br>One Bowling Green<br>New York, New York 10004-1415 | Clerk<br>United States Bankruptcy Court<br>One Bowling Green<br>New York, New York 10004-1415 |
| Stutzman Bromberg Esserman & Plifka<br>Sander L Esserman Esq<br>2323 Bryan Street<br>Suite 2200<br>Dallas TX 75201-2655 | Caplin & Drysdale Chartered<br>Trever W Swett & Kevin C Maclay Esq<br>One Thomas Circle N W<br>Suite 1100<br>Washington DC 20005-5812 |
| Caplin & Drysdale Chartered<br>Elihu Inselbruch & Rita C Tobin Esq<br>375 Park Avenue<br>35th Floor<br>New York New York 10152-0002 | US Attorney Office SDNY<br>David S Jones & Natalie Kuehler Esq<br>86 Chambers Street<br>Third Floor<br>New York, New York 10007-2632 |

General Motors LLC
Lawrence S Buonomo
400 Renaissance Center
Detroit Michigan 48243-1607

Office of the United States Trustee
Diana G Adams Esq
33 Whitehall Street
21st Floor
New York New York 10004-2176

Kramer Levin Naftalis & Frankel LLP
Thomas Moers Mayer Esq
1177 Avenue Of The Americas
New York New York 10036-2714

Weil Gotshal & Manges LLP
Harvey R. Miller Esq et al
767 Fifth Avenue
New York, New York 10153-0023

Motors Liquidation Company
Ted Stenger
500 Renaissance Center
Suite 1400
Detroit Michigan 48243-1901

United States Department Treasury
Joseph Samarias Esq
1500 Pennsylvania Avenue NW
Room 2312
Washington DC 20220-0001

Vedder Price PC
Michael J Edelman Esq
1633 Broadway
47th Floor
New York New York 10019

Cadwalader Wicersham & Taft LLP
John J Rapisardi Esq
One World Financial Center
New York New York 10281-1000

Referenced Documents:   Copy of Linda Szejna's Response To Debtors' Thirty-Fourth Omnibus Objection To Claims, Motion For Permission to Practice and proposed Order Granting Permission To Practice.

*/s/ Darleene E. Swen*
Darleene E. Swen

Subscribed and sworn to before me this _____ day of August, 2010.

*/s/ Melissa A. Lockerey*
Melissa A. Lockerey
Notary Public, State of Wisconsin
My Commission Expires: 09/11/11.