TO: Judge Robert E. Gerber

From: Latrell Barfield
P.O. box 1824
Sanford, Fla. 32772

Latrell Barfield mailed A indigency determination to be determined by Judge Robert E. Gerber In case 09-50026 REG. Check Latrell Barfield indigency determination, so Latrell Barfield will be filing Latrell Barfield motion and statement of Issue within Latrell Barfield rights

/S/ Latrell Barfield
Latrell Barfield

RECEIVED
AUG 10 2010
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

1) B7474

Dated                              motion
August 01, 2010
Sanford, Florida


chapter 11 Case NO
09-50026 REG

The clerk or court reporter
can call Latrell Barfield
at 407-376-8363 when
the hearing is held before
the Honorable Robert E. Gerber.
If Latrell Barfield motion
to appear by telephone on
August 06, 2010. Latrell Bar-
field would like to file A
motion to extend the court
date to September 06, 2010.
If the motion to appear by
telephone is not granted
Latrell Barfield original Law enforcement
Short form report is suspected to be stolen from
/s/ Latrell Barfield  /s/ Latrell
                          Barfield

LB7474

Dated:

August 01, 2010                    motion
Sanford, FLA.

chapter 11 case NO
09-50026 REG

Latrell Barfield would like to file motion to appear by telephone ON August 06, 2010 at 9:45 am eastern time, or as soon thereafter as counsel may be heard before The Honorable Robert E Gerber, United States Bankruptcy Judge, in Room 621 of The United States bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004. Latrell Barfield phone number is 407-376-8363 Latrell Barfield can appear by phone for 2 hours. Latrell Barfield can be called and given the courtroom phone number to call in on August 06, 2010 OR LB7474

# Statement of Issues

**LAW ENFORCEMENT SHORT FORM REPORT** [X]
DRIVER REPORT OF TRAFFIC CRASH [ ]
DRIVER EXCHANGE OF INFORMATION [ ]

DO NOT WRITE IN THIS SPACE: D CSA 26

| Field | Value |
|---|---|
| DATE OF CRASH | 06/15/06 |
| TIME OF CRASH | 2151 PM |
| TIME OFFICER NOTIFIED | 2151 PM |
| TIME OFFICER ARRIVED | 2156 PM |
| INVEST. AGENCY REPORT NUMBER | 2006TA004216 |
| HSMV CRASH REPORT NUMBER | 06459570 |
| COUNTY / CITY CODE | 17 60 |
| CITY OR TOWN | Sanford |
| COUNTY | Seminole |
| NO. OF LANES | 4 |
| DIVIDED/UNDIVIDED | 1 (Undivided) |
| ON STREET, ROAD OR HIGHWAY | Sanford Ave |
| AT THE INTERSECTION OF | 26th Street |

**Section 1 - Vehicle 1**
- YEAR: 01
- MAKE: Acura
- TYPE: SUV
- Check Areas of Vehicle Damage: Front X
- EST. VEHICLE DAMAGE: UNK
- Tow: 1 (Tow Rotation List)

(Pedestrian 1: N/A)

**Section 2 - Vehicle 2**
- YEAR: 92
- MAKE: CHEV
- TYPE: VAN
- VEH. LICENSE NUMBER: F755BP
- STATE: FL
- VIN: 1GNDU06D1NT147943
- Check Areas of Vehicle Damage: Rear X
- EST. VEHICLE DAMAGE: UNK
- MOTOR VEHICLE INSURANCE COMPANY: Geico
- POLICY NUMBER: 4066-30-75-23
- NAME OF DRIVER: Latrell Denise Barfield
- CURRENT ADDRESS: 3248 Main Street, Sanford FL 32771
- DRIVER LICENSE NUMBER: B614-524-72644-0
- STATE: FL
- HOME PHONE: (   ) 262-3255
- NUMBER OF PASSENGERS: 0

**Section 3 - Vehicle 3**: (blank / crossed out)

**Violator(s)**: (blank)

**Property Damaged**: (blank)

**Witnesses**: N/A, N/A

**INVESTIGATOR**: D/S Coyle
**ID/BADGE NUMBER**: 2312
**DEPARTMENT**: (SCSO) Seminole County — SO [X]

[X] NO FURTHER ACTION REQUIRED BY YOU, REPORT COMPLETED BY LAW ENFORCEMENT AGENCY.

HSMV-90006 Rev. 04/04

LB7474

STATEMENT OF ISSUE

## DIAGRAM — INDICATE NORTH WITH ARROW

Not to scale. N →

20th Street

Sanford Ave. Both

[V2] [V1]

◁V2 ◁V1 V-2 V-1

Sanford Ave. North

→

↘

↙

SR-46

## Narrative

Vehicle 1 was headed south on Sanford Ave. Vehicle 2 was stalled and being pushed by the owner out of the road south on Sanford Ave in the median lane. V-1 struck the rear of V-2. Driver of V-2 states her flashers were on along with lights. Vehicle 1 states V-2 had no lights. Sanford Police officer Cotton (1st officer on scene) states upon his arrival V-2 hazards were on and later disconnected by the Sanford Fire Department. V-1 was found unable to control his vehicle but due to no witnesses I was unable to determine total fault.

### CONTRIBUTING CAUSES - DRIVER / PEDESTRIAN
| | 1 | 2 | 3 |
|---|---|---|---|
| | 03 | 77 | |

01 No Improper Driving / Action
02 Careless Driving (Explain in Narrative)
03 Failed to Yield Right-of-Way
04 Improper Backing
05 Improper Lane Change
06 Improper Turn
07 Alcohol - Under Influence
08 Drugs - Under Influence
09 Alcohol & Drugs - Under Influence
10 Followed Too Closely
11 Disregarded Traffic Signal
12 Exceeded Safe Speed Limit
13 Disregarded Stop Sign
14 Failed to Maintain Equip. / Vehicle
15 Improper Passing
16 Drove Left of Center
17 Exceeded Stated Speed Limit
18 Obstructing Traffic
19 Improper Load
20 Disregarded Other Traffic Control
21 Driving Wrong Side / Way
22 Fleeing Police
23 Vehicle Modified
24 Driver Distraction
77 All Other (Explain in Narrative)

### VEHICLE DEFECT
| | 1 | 2 | 3 |
|---|---|---|---|
| | 01 | 01 | |

01 No Defects
02 Def. Brakes
03 Worn / Smooth Tires
04 Defective / Improper Lights
05 Puncture / Blowout
06 Steering Mech.
07 Windshield Wipers
08 Equipment / Vehicle Defect
77 All Other (Explain in Narrative)

### POINT OF COLLISION
| | 1 | 2 | 3 |
|---|---|---|---|
| | 01 | 01 | |

01 On Road
02 Not On Road
03 Shoulder
04 Median
05 Turn Lane

### WORK AREA
| | 1 | 2 | 3 |
|---|---|---|---|
| | 01 | 01 | |

01 None
02 Nearby
03 Entered

### VEHICLE MOVEMENT
| | 1 | 2 | 3 |
|---|---|---|---|
| | 01 | 02 | |

01 Straight Ahead
02 Slowing / Stopped / Stalled
03 Making Left Turn
04 Backing
05 Making Right Turn
06 Changing Lanes
07 Entering / Leaving / Parking Space
08 Properly Parked
09 Improperly Parked
10 Making U-Turn
11 Passing
12 Driverless or Runaway Vehicle
77 All Other (Explain in Narrative)

### PEDESTRIAN ACTION
01 Crossing Not at Intersection
02 Crossing at Mid-block Crosswalk
03 Crossing at Intersection
04 Walking Along Road With Traffic
05 Walking Along Road Against Traffic
06 Working on Vehicle in Road
07 Working In Road
08 Standing / Playing In Road
09 Standing In Pedestrian Island
77 All Other (Explain in Narrative)
88 Unknown

### VEHICLE SPECIAL FUNCTIONS
| | 1 | 2 | 3 |
|---|---|---|---|
| | 1 | 1 | |

1 None
2 Farm
3 Police Pursuit
4 Recreational
5 Emergency Operation
6 Construction / Maintenance

### SOURCE OF CARRIER INFORMATION
| | 1 | 2 | 3 |
|---|---|---|---|
| | 1 | 1 | |

1 Not Applicable
2 Shipping Papers
3 Vehicle Side
4 Driver
5 Other

### LOCATION TYPE
| 1 |
|---|

1 Primarily Business
2 Primarily Residential
3 Open Country

### FIRST / SUBSEQUENT HARMFUL EVENTS
| | 1 | 2 | 3 |
|---|---|---|---|
| | 01 | | |

01 Collision With MV in Transport (Rear End)
02 Collision With MV in Transport (Head On)
03 Collision With MV in Transport (Angle)
04 Collision With MV in Transport (Left Turn)
05 Collision With MV in Transport (Right Turn)
06 Collision With MV in Transport (Sideswipe)
07 Collision With MV in Transport (Backed Into)
08 Collision With Parked Car
09 Collision With MV on Roadway
10 Collision With Pedestrian
11 Collision With Bicycle
12 Collision With Bicycle (Bike Lane)
13 Collision With Moped
14 Collision With Train
15 Collision With Animal
16 MV Hit Sign / Sign Post
17 MV Hit Utility Pole / Light Pole
18 MV Hit Guardrail
19 MV Hit Fence
20 MV Hit Concrete Barrier Wall
21 MV Hit Bridge / Pier / Abutment / Rail
22 MV Hit Tree / Shrubbery
23 Collision With Construction Barricade Sign
24 Collision With Traffic Gate
25 Collision With Crash Attenuators
26 Collision With Fixed Object Above Road
27 MV Hit Other Fixed Object
28 Collision With Moveable Object On Road
29 MV Ran Into Ditch / Culvert
30 Ran Off Road Into Water
31 Overturned
32 Occupant Fell From Vehicle
33 Tractor / Trailer Jackknifed
34 Fire
35 Explosion
36 Downhill Runaway
37 Cargo Loss or Shift
38 Separation of Units
39 Median Crossover
77 All Other (Explain in Narrative)

### ROAD SYSTEM IDENTIFIER
| | 1 | 2 | 3 |
|---|---|---|---|
| | 04 | | |

01 Interstate
02 U.S.
03 State
04 County
05 Local
06 Turnpike / Toll
07 Forest Road
08 Private Roadway
77 All Other (Explain in Narrative)

### ROAD SURFACE CONDITION
| 01 |
|---|

01 Dry
02 Wet
03 Slippery
04 Icy
77 All Other (Explain in Narrative)

### WEATHER
| 01 |
|---|

01 Clear
02 Cloudy
03 Rain
04 Fog
77 All Other (Explain in Narrative)

### LIGHTING CONDITION
| 05 |
|---|

01 Daylight
02 Dusk
03 Dawn
04 Dark (Street Light)
05 Dark (No Street Light)
88 Unknown

### ROAD SURFACE TYPE
| 02 |
|---|

01 Slag / Gravel / Stone
02 Blacktop
03 Brick / Block
04 Concrete
05 Dirt
77 All Other (Explain in Narrative)

### ROAD CONDITIONS AT TIME OF CRASH
01 No Defects
02 Obstruction With Warning
03 Obstruction Without Warning
04 Road Under Repair / Construction
05 Loose Surface Materials
06 Shoulders - Soft / Low / High
07 Holes / Ruts / Unsafe Paved Edge
08 Standing Water
09 Worn / Polished Road Surface
77 All Other (Explain in Narrative)

### VISION OBSTRUCTED
| 01 |
|---|

01 Vision Not Obscured
02 Inclement Weather
03 Parked / Stopped Vehicle
04 Trees / Crops / Bushes
05 Load on Vehicle
06 Building / Fixed Object
07 Signs / Billboards
08 Fog
09 Smoke
10 Glare
77 All Other (Explain in Narrative)

### TRAFFIC CONTROL
| 03 |
|---|

01 No Control
02 Special Speed Zone
03 Speed Control Sign
04 School Zone
05 Traffic Signal
06 Stop Sign
07 Yield Sign
08 Flashing Light
09 Railroad Signal
10 Officer / Guard / Flagperson
11 Posted No U-Turn
12 No Passing Zone
77 All Other (Explain in Narrative)

### SITE LOCATION
| 02 |
|---|

01 Not At Intersection / RR X-ing / Bridge
02 At Intersection
03 Influenced By Intersection
04 Driveway Access
05 Railroad
06 Bridge
07 Entrance Ramp
08 Exit Ramp
09 Parking Lot - Public
10 Parking Lot - Private
11 Private Property
12 Toll Booth
13 Public Bus Stop Zone
77 All Other (Explain in Narrative)

### TRAFFICWAY CHARACTER
| 01 |
|---|

01 Straight - Level
02 Straight - Upgrade / Downgrade
03 Curve - Level
04 Curve - Upgrade / Downgrade

### TYPE SHOULDER
| 03 |
|---|

01 Paved
02 Unpaved
03 Curb

HSMV-90006 Rev. 04/04      Page 2

LB7474