**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | Case No. 09-50026 (REG) |
|     f/k/a General Motors Corp., *et al*., | : | |
| | : | |
|                     Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                                              ) ss
COUNTY OF SUFFOLK      )

I, Radha S. Rai, being duly sworn, depose and state:

1. I am a Senior Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On August 9, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the United States Attorney for the Southern District of New York, Attn: Natalie Kuehler and David S. Jones, 86 Chambers Street, 3rd Floor, New York, NY 10007:

- Stipulation and Agreed Order Between Debtors and the Government Regarding Debtors' Fifteenth Omnibus Objection to Claims [Docket No. 6592].

Dated: August 10, 2010                               /s/ Radha S. Rai
          Melville, New York                                Radha S. Rai

Sworn to before me this 10th day of August, 2010

/s/ Gea Somma
Gea Somma
Notary Public, State of New York
No. 02SO6163886
Qualified in Nassau County
Commission Expires April 09, 2011