UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                : Chapter 11
                                                     :
**MOTORS LIQUIDATION COMPANY,** *et al.,*            : Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al*.,            :
                                                     :
                        Debtors.                     : (Jointly Administered)
                                                     :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss
COUNTY OF SUFFOLK      )

I, Radha S. Rai, being duly sworn, depose and state:

1. I am a Senior Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On August 9, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on Casmalia Resources Site Steering Committee, c/o Melissa Murray Esq., Bingham McCutchen LLP, 2020 K Street NW, Washington, D.C. 20006:

- Agreed Order Regarding Debtors' Seventeenth Omnibus Objection to Claims Solely with Respect to the Proof of Claim Filed by Casmalia Resources Site Steering Committee [Docket No. 6593].

Dated: August 10, 2010              /s/ Radha S. Rai
       Melville, New York           Radha S. Rai

Sworn to before me this 10th day of August, 2010

/s/ Gea Somma
Gea Somma
Notary Public, State of New York
No. 02SO6163886
Qualified in Nassau County
Commission Expires April 09, 2011