UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                    :
                                                         :    Chapter 11 Case No.
MOTORS LIQUIDATION COMPANY, *et al.*,                    :
    f/k/a General Motors Corp., *et al.*              :    09-50026 (REG)
                                                         :
            Debtors.                              :    (Jointly Administered)
                                                         :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF SUFFOLK     )

I, Kimberly Gargan, being duly sworn, depose and state:

1.  I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.  On August 9, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Stipulation and Agreed Order Among the Debtors, Wilmington Trust Company, and Citibank, N.A., Solely in its Capacity as Paying Agent, Regarding Proofs of Claim Nos. 47871, 47872, 65729, 65793, and 66723 [Docket No. 6595].

Dated: August 10, 2010                    /s/ Kimberly Gargan_____
      Melville, New York                 Kimberly Gargan

Sworn to before me this 10th day of August, 2010

/s/ Eamon Mason_____
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires: May 19, 2012

# EXHIBIT A

GIBSON DUNN & CRUTCHER, LLP
ATTY FOR WILMINGTON TRUST COMPANY
ATT: MATTHEW J. WILLIAMS & KEITH R. MARTORANA
200 PARK AVENUE
47TH FLOOR
NEW YORK NY 10166

SONNENSCHEIN NATH & ROSENTHAL
ATTYS FOR CITIBANK, N.A.
ATTN: MARIA LIVANOS & LOUIS CURCIO
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1089