## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW YORK

-----------------------------------------------------------------X
In re:                                                          :
                                                                :
MOTORS LIQUIDATION COMPANY, *et al.*,     :
     f/k/a General Motors Corp., *et al.*        :     Chapter 11
                                                                :     Case No. 09-50026 (REG)
                                                                :     (Jointly Administered)
            Debtors.                :
-----------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                        ) ss
COUNTY OF SUFFOLK      )

I, Kimberly Murray, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

    2.    On August 10, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim [Docket No. 6585] and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

                                                 /s/ Kimberly Murray___
                                                 Kimberly Murray

Sworn to before me this 10th day of
August, 2010
/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

**TRANSFEROR**
Thoroughbred Master Ltd.
c/o Appaloosa Management L.P.
Attn: Kenneth Maiman
51 John F Kennedy Parkway
Short Hills, NJ 07078

Greenberg Traurig, LLP
Attn: Bruce R. Zirinsky, Esq.
Nancy A. Mitchell, Esq.
200 Park Avenue
New York, NY 10166

**TRANSFEREE**
Citigroup Global Markets, Inc.
Attn: Chetan Bansal
Marc Heimowitz
390 Greenwich Street
New York, NY 10013

Morrison & Foerster LLP
Attn: Charles M. Cole
Christopher S. Campbell
2000 Pennsylvania Ave., NW Suite 5500
Washington, DC 20006