| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Hearing Date: September 17, 2010 at 9:45 a.m. |

```
---------------------------------------------------------x
In re:                                                   :    Chapter 11
                                                         :
MOTORS LIQUIDATION COMPANY, et al.,                      :    Case No. 09-50026 (REG)
     f/k/a General Motors Corp., et al.                  :
                                                         :    (Jointly Administered)
                          Debtor.                        :
                                                         :
---------------------------------------------------------x
```

## ORDER GRANTING DALE EARNHARDT INC.'S OBJECTION TO TRANSFER OF CLAIM NO. 70347 OTHER THAN FOR SECURITY

Upon consideration of the **Objection To Transfer Of Claim No. 70347 Other Than For Security** (the "**Objection**") dated August 10, 2010 filed by Dale Earnhardt, Inc. ("**DEI**") to Transfer of Claim No. 70347 Other Than for Security (the "**Transfer**") filed by The Seaport Group, LLC ("**Seaport**"), for the disallowance of the Transfer, all as more fully described in the Objection, it is hereby

    **ORDERED** that the Objection is hereby granted; and it is further

    **ORDERED** that the Transfer is disallowed and that DEI shall remain the holder of Claim No. 70347; and it is further

    **ORDERED** that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and enforcement of this Order.

Dated: New York, New York
       August __, 2010

_____<br>United States Bankruptcy Judge