UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 Case No. |
| MOTORS LIQUIDATION COMPANY, *et al.*, : | 09-50026 (REG) |
| f/k/a General Motors Corp., *et al*., : | |
| Debtors. : | (Jointly Administered) |

------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF WASHINGTON  )
                                             ) ss
COUNTY OF KING           )

I, Danielle Zahaba, being duly sworn, depose and state:

1. I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2. On August 9, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code Approving Settlement Agreements with Respect to (A) The International Association of Machinists and Aerospace Workers, and (B) The International Brotherhood of Teamsters [Docket No. 6594].

Signed in Seattle, Washington this             /s/ Danielle Zahaba
 10th day of August, 2010.                           DANIELLE ZAHABA

Sworn to before me in Seattle, Washington this 10th day of August, 2010

 /s/ Brook Lyn Bower
BROOK LYN BOWER
Notary Public in and for the State of Washington
Residing in Seattle
My Commission Expires: July 26, 2012
License No. 99205

# EXHIBIT A

| | |
|---|---|
| ASHER, GITTLER, GREENFIELD & D'ALBA LTD.<br>ATTYS FOR INTERNATIONAL BROTHERHOOD OF TEAMSTERS (ITB)<br>ATTN: JOEL D'ALBA<br>200 WEST JACKSON BOULEVARD<br>CHICAGO IL 60606 | PREVIANT, GOLDBERG, UELMEN, GRATZ, MILLER & BRUEGGEMAN, SC<br>ATTY FOR INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS<br>ATTN: FREDERICK PERILLO, MARIANNE G. ROBBINS, SARA J. GEENEN<br>1555 N. RIVERCENTER DRIVE, SUITE 202<br>P.O. BOX 12993<br>MILWAUKEE WI 53212 |