| Twenty-Fifth Omnibus Objection | **Exhibit A** | Motors Liquidation Company, et al. |
|---|---|---|
| | | Case No. 09-50026 (REG), Jointly Administered |

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** | **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** |
| ALEC L GIVENS<br><br>PO BOX 715071<br><br>REPRESA, CA 95671<br><br>Official Claim Date: 10/14/2009 | 9781 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$22,000.00 (P)<br>$0.00 (U)<br>$22,000.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | ALEC GIVENS<br><br>FOLSOM STATE PRISON-MIN-814L<br>P.O. BOX 715071<br>REPRESA, CA 95671<br><br>Official Claim Date: 10/14/2009 | 9782 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$22,000.00 (P)<br>$0.00 (U)<br>$22,000.00 (T) |
| ALLSTATE INSURANCE COMPANY A/S/O ANUFRIER KONSTANTIN<br><br>RONALD W. PARNELL, ESQ. AS ATTORNEY FOR ALLSTATE INSURANCE COMPANY A/S/O KONSTANTIN<br>P.O. BOX 81085<br>CONYERS, GA 30013<br><br>Official Claim Date: 7/22/2009 | 803 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,495.52 (U)<br>$4,495.52 (T) | Amended and Superseded Claims | Pgs. 1-5 | ALLSTATE INSURANCE COMPANY A/S/O ANUFRIEV CONSTANTINE (#234-0122)<br><br>C/O LAW OFFICE OF RW PARNELL<br>PO BOX 81055<br><br>CONYERS, GA 30013<br><br>Official Claim Date: 10/21/2009 | 14082 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,495.22 (U)<br>$4,495.22 (T) |
| BACK, JAMES<br><br>COLLINS & ALLEN<br>PO BOX 475<br>SALYERSVILLE, KY 41465<br><br>Official Claim Date: 11/27/2009 | 61934 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$70,000.00 (U)<br>$70,000.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | BACK JAMES<br><br>PO BOX 475<br><br>SALYERSVILLE, KY 41465<br><br>Official Claim Date: 11/27/2009 | 61935 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$70,000.00 (U)<br>$70,000.00 (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Twenty-Fifth Omnibus Objection | | Exhibit A | | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | | **SURVIVING CLAIMS** | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** | **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** |
| BARFIELD, LATRELL<br><br>PO BOX 1824<br>SANFORD, FL 32772<br><br>Official Claim Date: 10/6/2009 | 5504 | Motors Liquidation Company | $19,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$19,000.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | BARFIELD LATRELL<br><br>PO BOX 1824<br>SANFORD, FL 32772<br><br>Official Claim Date: 10/16/2009 | 11525 | Motors Liquidation Company | $19,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$19,000.00 (T) |
| BETH KAPLAN<br><br>C/O MOTHERWAY & NAPLETON LLP<br>100 W MONROE ST STE 200<br><br>CHICAGO, IL 60603<br><br>Official Claim Date: 7/16/2009 | 634 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$500,000.00 (U)<br>$500,000.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | KAPLAN, BETH<br><br>MOTHERWAY & NAPLETON ATTORNEYS AT LAW<br>100 W MONROE ST STE 200<br>CHICAGO, IL 60603<br><br>Official Claim Date: 10/26/2009 | 16608 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$500,000.00 (U)<br>$500,000.00 (T) |
| BLALOCK JENNIFER<br><br>10220 WOODVILLE ROAD<br>KEVIL, KY 42053<br><br>Official Claim Date: 11/16/2009 | 26668 | Motors Liquidation Company | $15,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$15,000.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | BLALOCK, JENNIFER<br><br>10220 WOODVILLE RD<br>KEVIL, KY 42053<br><br>Official Claim Date: 11/16/2009 | 26669 | Motors Liquidation Company | $15,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$15,000.00 (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Twenty-Fifth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| CANO, JOSE<br><br>117 E MELTON PARK DR<br>MERCEDES, TX 78570<br><br>Official Claim Date: 10/13/2009 | 9423 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,000.00 (U)<br>$10,000.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | JOSE CANO<br><br>117 E MELTON PARK DR<br>MERCEDES, TX 78570<br><br>Official Claim Date: 10/13/2009 | 14905 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,000.00 (U)<br>$10,000.00 (T) |
| CANO, MARY<br><br>117 E MELTON PARK DR<br>MERCEDES, TX 78570<br><br>Official Claim Date: 10/13/2009 | 9422 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,000.00 (U)<br>$15,000.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | MARY CANO<br><br>117 E MELTON PARK DR<br>MERCEDES, TX 78570<br><br>Official Claim Date: 10/13/2009 | 14904 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,000.00 (U)<br>$15,000.00 (T) |
| CANTY, MEGAN<br><br>8146 REYNOLDSWOOD DR<br>REYNOLDSBURG, OH 43068<br><br>Official Claim Date: 11/17/2009 | 28543 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$500,000.00 (P)<br>$0.00 (U)<br>$500,000.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | MEGAN CANTY<br><br>8146 REYNOLDSWOOD DR<br>REYNOLDSBURG, OH 43068<br><br>Official Claim Date: 11/17/2009 | 28544 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$500,000.00 (P)<br>$0.00 (U)<br>$500,000.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-Fifth Omnibus Objection**

## Exhibit A

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| CAREY, KAREN<br><br>2007 TREE TOP CT<br><br>GRANBURY, TX 76049<br><br>Official Claim Date: 11/27/2009 | 60263 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$30,000.00 (P)<br>$0.00 (U)<br>$30,000.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | CAREY KAREN<br><br>CAREY, KAREN<br>2007 TREE TOP CT<br>GRANBURY, TX 76049<br><br>Official Claim Date: 11/27/2009 | 60264 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$30,000.00 (P)<br>$0.00 (U)<br>$30,000.00 (T) |
| CASILLAS DAVID<br><br>812 LINDSEY DR<br>MADESTO, CA 95356<br><br>Official Claim Date: 11/28/2009 | 62904 | Motors Liquidation Company | $3,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000.00 (U)<br>$8,000.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | CASILLAS, DAVID<br><br>812 LINDSAY DR<br>MODESTO, CA 95356<br><br>Official Claim Date: 11/30/2009 | 63279 | Motors Liquidation Company | $3,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000.00 (U)<br>$8,000.00 (T) |
| COMM OF REVENUE - STATE OF TENNESSEE<br><br>TENNESSEE DEPARTMENT OF REVENUE<br>C/O ATTORNEY GENERAL<br>ATTN: WILBUR E HOOKS, DIRECTOR<br>P O BOX 20207<br>NASHVILLE, TN 37242<br><br>Official Claim Date: 7/30/2009 | 1035 | Motors Liquidation Company | $0.00 (S)<br>$793,617.70 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$793,617.70 (T) | Amended and Superseded Claims | Pgs. 1-5 | TENNESSEE DEPARTMENT OF REVENUE<br><br>C/O ATTORNEY GENERAL<br>ATTN WILBUR E HOOKS DIRECTOR<br>PO BOX 20207<br>NASHVILLE, TN 37242<br><br>Official Claim Date: 5/10/2010 | 70282 | Motors Liquidation Company | $0.00 (S)<br>$3,747,951.03 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$3,747,951.03 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Twenty-Fifth Omnibus Objection | | **Exhibit A** | | Motors Liquidation Company, et al. |
|---|---|---|---|---|
| | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| CUNNINGHAM MELANIE<br><br>ONE OXFORD CENTRE - SUITE 2501<br><br>PITTSBURGH, PA 15219<br><br>Official Claim Date: 11/9/2009 | 21818 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | CUNNINGHAM, MELANIE<br><br>SWENSEN PERER & KONTOS<br>ONE OXFORD CENTRE - SUITE 2501<br>PITTSBURGH, PA 15219<br><br>Official Claim Date: 11/9/2009 | 21819 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| DANA H FOX<br><br>1625-2 PARKMEADOWS DR<br>FORT MYERS, FL 33907<br><br>Official Claim Date: 9/21/2009 | 1459 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | DANA H FOX<br><br>1625-2 PARKMEADOWS DR<br>FORT MYERS, FL 33907<br><br>Official Claim Date: 10/16/2009 | 11385 | Motors Liquidation Company | $19,500.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$19,500.00 (T) |
| DOROTHY JOHANNES<br><br>530 CR 3401<br>BULLARD, TX 75757<br><br>Official Claim Date: 10/5/2009 | 3224 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | DOROTHY JOHANNES<br><br>530 COUNTY RD 3401<br>BULLARD, TX 75757<br><br>Official Claim Date: 10/5/2009 | 3223 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,596.11 (U)<br>$2,596.11 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-Fifth Omnibus Objection**    **Motors Liquidation Company, et al.**
**Exhibit A**    Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| ESKRIDGE, RALPH<br><br>PO BOX 9907<br>BOX 9907<br>KANSAS CITY, MO 64134<br><br>Official Claim Date: 11/28/2009 | 62712 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | ESKRIDGE, RALPH<br><br>PO BOX 9907<br><br>KANSAS CITY, MO 64134<br><br>Official Claim Date: 12/22/2009 | 69621 | Motors Liquidation Company | $2,300.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,300.00 (T) |
| ESPINOZA ENRIQUE<br><br>ESPINOZA, ENRIQUE<br>1120 MADESON CHASE<br>WEST PALM BEACH, FL 33411<br><br>Official Claim Date: 11/4/2009 | 19740 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$4,500.00 (P)<br>$0.00 (U)<br>$4,500.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | ESPINOZA, ENRIQUE<br><br>1060 MADISON CHASE APT 5<br><br>WEST PALM BEACH, FL 33411<br><br>Official Claim Date: 11/5/2009 | 20092 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$4,500.00 (P)<br>$0.00 (U)<br>$4,500.00 (T) |
| GREGORY VOGEL BY HIS GUARDIAN AD LITEM DANIEL VOGEL AND INDIVIDUALLY<br><br>ATTN THOMAS D FLINN ESQ<br>GARRITY GRAHAM MURPHY GAROFALO & FLINN PC<br>ONE LACKAWANNA PLAZA<br><br>MONTCLAIR, NJ 07044<br><br>Official Claim Date: 9/14/2009 | 1287 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | GREGORY VOGEL, BY HIS GUARDIAN AD LITEM DANIEL<br><br>VOGEL AND INDIVIDUALLY<br>ATTN: THOMAS D FLINN ESQ<br>GARRITY GRAHAM MURPHY GAROFALO & FLINN PC<br>72 EAGLE ROCK AVE STE 350<br>EAST HANOVER, NJ 07936<br><br>Official Claim Date: 11/27/2009 | 59024 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-Fifth Omnibus Objection**

## Exhibit A

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| JAMES A CRAMER, AS PERSONAL REP OF ESTATE OF JOHN E CRAMER<br>ATTN: ROBERT M N PALMER<br>THE LAW OFFICES OF PALMEROLIVER, P C<br>205 PARK CENTRAL EAST, SUITE 511<br>SPRINGFIELD, MO 65906<br><br>Official Claim Date: 6/15/2009 | 59 | MLCS, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,000,000.00 (U)<br>$1,000,000.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | JAMES A CRAMER AS PERSONAL REP OF ESTATE OF JOHN E CRAMER<br>ATTN ROBERT M N PALMER<br>THE LAW OFFICES OF PALMER OLIVER P C<br>205 PARK CENTRAL E STE 511<br>SPRINGFIELD, MO 65806<br><br>Official Claim Date: 10/8/2009 | 6334 | MLCS, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,000,000.00 (U)<br>$1,000,000.00 (T) |
| JAMES A CRAMER, AS PERSONAL REP OF ESTATE OF JOHN E CRAMER<br>ATTN: ROBERT M N PALMER<br>THE LAW OFFICES OF PALMEROLIVER, P C<br>205 PARK CENTRAL EAST, SUITE 511<br>SPRINGFILED, MO 65906<br><br>Official Claim Date: 6/15/2009 | 57 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,000,000.00 (U)<br>$1,000,000.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | JAMES A CRAMER AS PERSONAL REP OF ESTATE OF JOHN E CRAMER<br>ATTN ROBERT M N PALMER<br>THE LAW OFFICES OF PALMEROLIVER P C<br>205 PARK CENTRAL E STE 511<br>SPRINGFIELD, MO 65806<br><br>Official Claim Date: 10/8/2009 | 6337 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,000,000.00 (U)<br>$1,000,000.00 (T) |
| JOHN OBERG<br><br>741 BEAVER ST<br>ROCHESTER, PA 15074<br><br>Official Claim Date: 10/13/2009 | 9014 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | OBERG JOHN<br><br>741 BEAVER ST<br>ROCHESTER, PA 15074<br><br>Official Claim Date: 11/9/2009 | 22068 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$8,000.00 (P)<br>$0.00 (U)<br>$8,000.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-Fifth Omnibus Objection**

## Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| JOSEPH FERRARA<br><br>MOYNAHAN & MINNELLA<br>C/O DAVID GRONBACH<br>141 EAST MAIN STREET<br>WATERBURY, CT 06722<br><br>Official Claim Date: 6/22/2009 | 529 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | JOSEPH FERRARA<br><br>MOYNAHAN & MINNELLA<br>C/O DAVID GRONBACH<br>141 EAST MAIN STREET<br>WATERBURY, CT 06702<br><br>Official Claim Date: 11/2/2009 | 18906 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,363,153.07 (U)<br>$1,363,153.07 (T) |
| JUANITA BORJAS<br><br>901 E HAYES ST<br>BEEVILLE, TX 78102<br><br>Official Claim Date: 11/25/2009 | 51393 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | JUANITA BORJAS<br><br>901 E HAYES<br>BEEVILLE, TX 78102<br><br>Official Claim Date: 11/28/2009 | 62840 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,000.00 (U)<br>$10,000.00 (T) |
| JULIAN KEBSCHULL AND ANGELA GIRARD<br><br>LAW OFFICES OF DAVID J LANG<br>16655 W BLUEMOUND RD STE 190<br>BROOKFIELD, WI 53005<br><br>Official Claim Date: 8/25/2009 | 1328 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$300,000.00 (P)<br>$0.00 (U)<br>$300,000.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | JULIAN KEBSCHULL AND ANGELA GIRARD<br><br>C/O LAW OFFICES OF DAVID J LANG<br>16655 W BLUEMOUND RD STE 190<br>BROOKFIELD, WI 53005<br>UNITED STATES OF AMERICA<br><br>Official Claim Date: 11/25/2009 | 45147 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$350,000.00 (U)<br>$350,000.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-Fifth Omnibus Objection**

# Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| MANUEL SANDY<br><br>MANUEL, SANDY<br>42 GARLAND AVE<br>ROCHESTER, NY 14611<br><br>Official Claim Date: 10/2/2009 | 2759 | Motors Liquidation Company | $8,500.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,500.00 (U)<br>$10,000.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | MANUEL, SANDY<br><br>42 GARLAND AVE<br>ROCHESTER, NY 14611<br><br>Official Claim Date: 10/9/2009 | 7417 | Motors Liquidation Company | $8,500.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,500.00 (U)<br>$10,000.00 (T) |
| MARK BLANKENSHIP<br><br>C/O MOTHERWAY & NAPLETON LLP<br>100 W MONROE ST STE 200<br>CHICAGO, IL 60603<br><br>Official Claim Date: 7/16/2009 | 635 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$500,000.00 (U)<br>$500,000.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | BLANKENSHIP, MARK<br><br>MOTHERWAY & NAPLETON ATTORNEYS AT LAW<br>100 W MONROE ST STE 200<br>CHICAGO, IL 60603<br><br>Official Claim Date: 10/26/2009 | 16605 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$500,000.00 (U)<br>$500,000.00 (T) |
| MITCHELL R CANTY<br><br>8146 REYNOLDSWOOD DRIVE<br>REYNOLDSBURG, OH 43068<br><br>Official Claim Date: 6/19/2009 | 494 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$500,000.00 (P)<br>$0.00 (U)<br>$500,000.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | MITCHELL R CANTY<br><br>8146 REYNOLDSWOOD DRIVE<br>REYNOLDSBURG, OH 43068<br><br>Official Claim Date: 8/18/2009 | 1154 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$500,000.00 (P)<br>$0.00 (U)<br>$500,000.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-Fifth Omnibus Objection**  **Exhibit A**  **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| OHIO TRANSMISSION CORP<br><br>OHIO TRANSMISSION CORP<br>1900 JETWAY BLVD<br>COLUMBUS, OH 43219<br><br>Official Claim Date: 11/24/2009 | 44634 | Motors Liquidation Company | $0.00 (S)<br>$599,018.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$599,018.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | OHIO TRANSMISSION CORP<br><br>1900 JETWAY BLVD<br>COLUMBUS, OH 43219<br><br>Official Claim Date: 11/24/2009 | 44633 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$599,018.00 (U)<br>$599,018.00 (T) |
| PATRICIA MEYER<br><br>BOX 112<br>WEST OLIVE, MI 49460<br><br>Official Claim Date: 6/16/2009 | 455 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | PATRICIA MEYER<br><br>BOX 112<br>WEST OLIVE, MI 49460<br><br>Official Claim Date: 10/26/2009 | 15927 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| ROCKWELL AUTOMATION INC<br><br>ATTN IRVIN M FREILICH<br>ROBERTSON FREILICH BRUNO & COHEN LLC<br>1 GATEWAY CENTER 17TH FL<br>NEWARK, NJ 07102<br><br>Official Claim Date: 11/25/2009 | 51140 | Motors Liquidation Company | $20,000,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$20,000,000.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | ROCKWELL AUTOMATION INC<br><br>ATTN IRVIN M FREILICH<br>ROBERTSON FREILICH BRUNO & COHEN LLC<br>1 GATEWAY CENTER 17TH FL<br>NEWARK, NJ 07102<br><br>Official Claim Date: 11/27/2009 | 59007 | Motors Liquidation Company | $20,000,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$20,000,000.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-Fifth Omnibus Objection**

## Exhibit A

<u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG), Jointly Administered

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| SUN MICROSYSTEMS GLOBAL FINANCIAL SERVICES LLC<br><br>LAWRENCE SCHWAB/THOMAS GAA BIALSON BERGEN & SCHWAB<br>2600 EL CAMINO REAL SUITE 300<br>ALTO, CA 94306<br><br>Official Claim Date: 11/30/2009 | 67349 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$338,240.00 (U)<br>$338,240.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | SUN MICROSYSTEMS INC<br><br>C/O LAWRENCE SCHWAB/THOMAS GAA BIALSON, BERGEN & SCHWAB<br>2600 EL CAMINO REAL STE 300<br>PALO ALTO, CA 94306<br><br>Official Claim Date: 11/30/2009 | 67363 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$338,240.00 (U)<br>$338,240.00 (T) |
| THE DIAL CORPORATION<br><br>DAY PITNEY LLP<br>ATTN WILLIAM S HATFIELD ESQ<br>PO BOX 1945<br>MORRISTOWN, NJ 07962<br>UNITED STATES OF AMERICA<br><br>Official Claim Date: 11/27/2009 | 59328 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | THE DIAL CORPORATION<br><br>C/O DAY PITNEY LLP<br>ATTN WILLIAM S HATFIELD ESQ<br>PO BOX 1945<br>MORRISTOWN, NJ 07962<br><br>Official Claim Date: 11/27/2009 | 59327 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| THE STANLEY WORKS<br><br>C/O ROBERTSON FREILICH BRUNO & COHEN LLC<br>IRVIN M. FREILICH<br>1 GATEWAY CENTER 17TH FL<br>NEWARK, NY 07102<br><br>Official Claim Date: 11/25/2009 | 51139 | Motors Liquidation Company | $20,000,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$20,000,000.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | THE STANLEY WORKS<br><br>ATTN IRVIN M FREILICH<br>ROBERTSON FREILICH BRUNO & COHEN LLC<br>1 GATEWAY CENTER 17TH FL<br>NEWARK, NJ 07102<br><br>Official Claim Date: 11/27/2009 | 59008 | Motors Liquidation Company | $20,000,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$20,000,000.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-Fifth Omnibus Objection**

# Exhibit A

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| WILEY, MICHAEL<br><br>7188 N WEBSTER RD<br>MOUNT MORRIS, MI 48458<br><br>Official Claim Date: 10/26/2009 | 15820 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$5,000,000.00 (P)<br>$0.00 (U)<br>$5,000,000.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | MICHAEL WILEY<br><br>7188 N WEBSTER RD<br>MOUNT MORRIS, MI 48458<br><br>Official Claim Date: 11/9/2009 | 21619 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$5,000,000.00 (P)<br>$0.00 (U)<br>$5,000,000.00 (T) |
| WILSON SHIRLEY<br><br>32015 THE OLD ROAD<br>CASTAIC, CA 91384<br><br>Official Claim Date: 10/29/2009 | 17416 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | WILSON, SHIRLEY<br><br>32015 THE OLD RD<br>CASTAIC, CA 91384<br><br>Official Claim Date: 10/29/2009 | 17418 | Motors Liquidation Company | $700.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$700.00 (T) |
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | 35 | **$40,045,500.00** (S)<br>**$1,392,635.70** (A)<br>**$6,356,500.00** (P)<br>**$3,444,235.52** (U)<br>**$51,238,871.22** (T) | | | | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-Fifth Omnibus Objection**

## Exhibit A

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

*OBJECTION WITHDRAWN*

| \multicolumn{6}{c|}{**CLAIMS TO BE DISALLOWED AND EXPUNGED**} | \multicolumn{5}{c}{**SURVIVING CLAIMS**} |
|---|---|---|---|---|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | | **Grounds For Objection** | **Objection Page Reference** | **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** |
| BROWN, KANDRAS | 7026 | Motors Liquidation Company | $0.00 | (S) | Amended and Superseded Claims | Pgs. 1-5 | BROWN KANDRAS | 7027 | Motors Liquidation Company | $0.00 (S) |
| | | | $0.00 | (A) | | | | | | $0.00 (A) |
| 2324 BISCAY SQ | | | $0.00 | (P) | | | BROWN, KANDRAS<br>2324 BISCAY SQUARE | | | $0.00 (P) |
| INDIANAPOLIS, IN 46260 | | | $3,000.00 | (U) | | | INDIANAPOLIS, IN 46260 | | | $0.00 (U) |
| Official Claim Date: 10/9/2009 | | | $3,000.00 | (T) | | | Official Claim Date: 10/9/2009 | | | $0.00 (T) |

| **OBJECTION WITHDRAWN** | **1** | **$0.00** (S) |
|---|---|---|
| | | $0.00 (A) |
| | | $0.00 (P) |
| | | $3,000.00 (U) |
| | | $3,000.00 (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-Fifth Omnibus Objection**

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## *CLAIM WITHDRAWN*

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| TOYOTA MOTOR CORPORATION<br><br>C/O FOLEY & LARDNER LLP<br>ATTN MATTHEW J RIOPELLE<br>402 W BROADWAY SUITE 2100<br>SAN DIEGO, CA 92101<br><br>Official Claim Date: 11/30/2009 | 66241 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | TOYOTA MOTOR CORPORATION<br><br>C/O FOLEY & LARDNER LLP<br>ATTN MATTHEW J RIOPELLE<br>402 W BROADWAY SUITE 2100<br>SAN DIEGO, CA 92101<br><br>Official Claim Date: 3/31/2010 | 70208 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| TOYOTA MOTOR CORPORATION<br><br>C/O FOLEY & LARDNER LLP<br>ATTN MATTHEW J RIOPELLE<br>402 W BROADWAY SUITE 2100<br>SAN DIEGO, CA 92101<br><br>Official Claim Date: 12/31/2009 | 69722 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | TOYOTA MOTOR CORPORATION<br><br>C/O FOLEY & LARDNER LLP<br>ATTN MATTHEW J RIOPELLE<br>402 W BROADWAY SUITE 2100<br>SAN DIEGO, CA 92101<br><br>Official Claim Date: 3/31/2010 | 70208 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| **CLAIM WITHDRAWN** | | | **2** | | | | | | **$0.00 (S)**<br>**$0.00 (A)**<br>**$0.00 (P)**<br>**$0.00 (U)**<br>**$0.00 (T)** |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.