| Twenty-Sixth Omnibus Objection | | | | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|---|---|
| | | | **Exhibit A** | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** | **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** |
| ALLSTATE INSURANCE COMPANY A/S/O KARL JAMISON(CLAIM 0124663675) <br><br>THOMAS J LUZ <br>KARAAHMETOGLU & LUZ FIRM LLP <br>1500 BROADWAY 21ST FLOOR <br>NEW YORK, NY 10036 <br><br>Official Claim Date: 11/17/2009 | 61540 | Motors Liquidation Company | $0.00 (S) <br>$0.00 (A) <br>$0.00 (P) <br>$31,969.50 (U) <br>$31,969.50 (T) | Duplicate Claim | Pgs. 1-5 | ALLSTATE INSURANCE COMPANY A/S/O KARL JAMISON (CLAIM# 0124663675) <br><br>C/O THOMAS J LUZ <br>KARAAHMETOGLU & LUZ FIRM, LLP <br>370 LEXINGTON AVE FL 24 <br>NEW YORK, NY 10017 <br><br>Official Claim Date: 11/12/2009 | 25433 | Motors Liquidation Company | $0.00 (S) <br>$0.00 (A) <br>$0.00 (P) <br>$31,969.50 (U) <br>$31,969.50 (T) |
| ANINA RUDELICH <br><br>C/O ODISHA & ODISHA <br>ATTN: BEN GUIDO <br>2200 SUNLIFE PLACE, 10123 99 ST NW <br>EDMONTON AB CANADA T5J 3H1 <br><br>CANADA <br><br>Official Claim Date: 10/30/2009 | 18148 | Motors Liquidation Company | $0.00 (S) <br>$0.00 (A) <br>$0.00 (P) <br>$4,500,000.00 (U) <br>$4,500,000.00 (T) | Duplicate Claim | Pgs. 1-5 | RUDELICH ANINA <br><br>2200 SUN LIFE PLACE 10123 - 99 STREET <br>EDMONTON AB T5J 3H1 CANADA <br><br><br><br>CANADA <br><br>Official Claim Date: 10/30/2009 | 18144 | Motors Liquidation Company | $0.00 (S) <br>$0.00 (A) <br>$0.00 (P) <br>$4,500,000.00 (U) <br>$4,500,000.00 (T) |
| ARRROWOOD, STEFANIE <br><br>4260 US HIGHWAY 460 LOT 30 <br>STAFFORDSVILLE, KY 41256 <br><br>Official Claim Date: 10/13/2009 | 8931 | Motors Liquidation Company | $0.00 (S) <br>$0.00 (A) <br>$0.00 (P) <br>$5,650.00 (U) <br>$5,650.00 (T) | Duplicate Claim | Pgs. 1-5 | ARROWOOD STEFANIE <br><br>4260 US HIGHWAY 460 LOT 30 <br>STAFFORDSVILLE, KY 41256 <br><br>Official Claim Date: 10/13/2009 | 8930 | Motors Liquidation Company | $0.00 (S) <br>$0.00 (A) <br>$0.00 (P) <br>$5,650.00 (U) <br>$5,650.00 (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

**Twenty-Sixth Omnibus Objection**  **Exhibit A**  **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| BAKER JAY<br><br>BAKER, JAY<br>17 COURT STREET SEVENTH FLOOR<br><br>BUFFALO, NY 14202<br><br>Official Claim Date: 11/23/2009 | 36089 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,000,000.00 (U)<br>$3,000,000.00 (T) | Duplicate Claim | Pgs. 1-5 | JAY BAKER<br><br>ATTN: RICHARD J BARNES, ESQ<br>C/O CELLINO & BARNES PC<br>350 MAIN ST, 25TH FLOOR<br>BUFFALO, NY 14202<br><br>Official Claim Date: 11/23/2009 | 36088 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,000,000.00 (U)<br>$3,000,000.00 (T) |
| BARBARA J HERNANDEZ<br><br>5939 SUTTER AVE #5<br>CARMICHAEL, CA 95608<br><br>Official Claim Date: 1/15/2010 | 69787 | Motors Liquidation Company | $3,086.87 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$3,086.87 (T) | Duplicate Claim | Pgs. 1-5 | BARBARA J HERNANDEZ<br><br>5939 SUTTER AVE #5<br>CARMICHAEL, CA 95608<br>UNITED STATES OF AMERICA<br><br>Official Claim Date: 11/24/2009 | 44301 | Motors Liquidation Company | $3,086.87 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$3,086.87 (T) |
| CRUM DOUGLAS<br><br>CRUM, DOUGLAS<br>380 GEORGENA CURV<br>MONTGOMERY, AL 36105<br><br>Official Claim Date: 10/29/2009 | 17679 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000.00 (U)<br>$5,000.00 (T) | Duplicate Claim | Pgs. 1-5 | CRUM, DOUGLAS<br><br>380 GEORGENA CURV<br><br>MONTGOMERY, AL 36105<br><br>Official Claim Date: 10/29/2009 | 17678 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000.00 (U)<br>$5,000.00 (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 2

**Twenty-Sixth Omnibus Objection**                                                                                                                     **Motors Liquidation Company, et al.**

## Exhibit A

Case No. 09-50026 (REG), Jointly Administered

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| \-\-\- CLAIMS TO BE DISALLOWED AND EXPUNGED \-\-\- | | | | | | \-\-\- SURVIVING CLAIMS \-\-\- | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** | **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** |
| DAVID CASILLAS<br><br>812 LINDSAY DR<br>MODESTO, CA 95356<br><br>Official Claim Date: 11/30/2009 | 67123 | Motors Liquidation Company | $3,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000.00 (U)<br>$8,000.00 (T) | Duplicate Claim | Pgs. 1-5 | CASILLAS, DAVID<br><br>812 LINDSAY DR<br>MODESTO, CA 95356<br><br>Official Claim Date: 11/30/2009 | 63279 | Motors Liquidation Company | $3,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000.00 (U)<br>$8,000.00 (T) |
| DENAPOLI PHILIP<br><br>C/O E STEVEN YONOVER<br>ATTN STEVEN YONOVER<br>1416 TECHNY RD<br>NORTHBROOK, IL 60062<br><br>Official Claim Date: 11/25/2009 | 49638 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,500,000.00 (U)<br>$1,500,000.00 (T) | Duplicate Claim | Pgs. 1-5 | DENAPOLI, PHILIP<br><br>C/O E. STEVEN YONOVER<br>ATTN: STEVEN YONOVER<br>1416 TECHNY RD<br>NORTHBROOK, IL 60062<br><br>Official Claim Date: 11/25/2009 | 49637 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,500,000.00 (U)<br>$1,500,000.00 (T) |
| ENRIQUEZ, RICARDO<br><br>1035 PAWNEE TRAIL<br>GRANDBURY, TX 76048<br><br>Official Claim Date: 12/7/2009 | 68879 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$300,000.00 (U)<br>$300,000.00 (T) | Duplicate Claim | Pgs. 1-5 | ENRIQUEZ, RICARDO<br><br>1035 PAWNEE TRI<br>GRANDBURY, TX 76048<br><br>Official Claim Date: 11/27/2009 | 61921 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$300,000.00 (U)<br>$300,000.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 3

**Twenty-Sixth Omnibus Objection**     **Exhibit A**     **Motors Liquidation Company, et al.**

Case No. 09-50026 (REG), Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| GASKINS ELIZABETH<br><br>440 BOWEN STREET<br>SAVANNA, IL 51074<br><br>Official Claim Date: 11/30/2009 | 67540 | Motors Liquidation Company | $31,521.95 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$31,521.95 (T) | Duplicate Claim | Pgs. 1-5 | GASKINS, ELIZABETH<br><br>440 BOWEN ST<br>SAVANNA, IL 61074<br><br>Official Claim Date: 11/30/2009 | 63419 | Motors Liquidation Company | $31,521.95 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$31,521.95 (T) |
| GEARY JUDITH AND GEARY, KENNETH<br><br>KOFE MANGANVULLO GARTLEY & LATCH<br>179 S WYOMING AVENUE<br>KINGSTON, PA 18704<br><br>Official Claim Date: 11/13/2009 | 25377 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$200,000.00 (U)<br>$200,000.00 (T) | Duplicate Claim | Pgs. 1-5 | GEARY, JUDITH AND GEARY, KENNETH<br><br>KOFE MANGANVULLO GARTLEY & LATCH<br>179 S WYOMING AVE<br>KINGSTON, PA 18704<br><br>Official Claim Date: 11/13/2009 | 25378 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$200,000.00 (U)<br>$200,000.00 (T) |
| KENDALL, IPHIGENIA F<br><br>KENDALL, EDWIN J<br>C/O WHITE CHOATE WATKINS & MROCZKO LLC<br>100 WEST CHEROKEE AVENUE<br>CARTERSVILLE, GA 30120<br><br>Official Claim Date: 10/27/2009 | 21004 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$525,000.00 (U)<br>$525,000.00 (T) | Duplicate Claim | Pgs. 1-5 | KENDALL IPHIGENIA F<br><br>KENDALL, EDWIN J<br>WHITE CHOATE WATKINS & MROCZKO LLC<br>100 WEST CHEROKEE AVENUE<br>CARTERSVILLE, GA 30120<br><br>Official Claim Date: 10/27/2009 | 16773 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$525,000.00 (U)<br>$525,000.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Twenty-Sixth Omnibus Objection | | Exhibit A | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| LOVE JOYCE C<br><br>45 TWILLER ST<br>2ND FLOOR<br>ALBANY, NY 12209<br><br>Official Claim Date: 10/5/2009 | 3908 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$2,950.00 (P)<br>$0.00 (U)<br>$2,950.00 (T) | Duplicate Claim | Pgs. 1-5 | LOVE, JOYCE C.<br><br>45 TWILLER ST<br>2ND FLOOR<br>ALBANY, NY 12209<br><br>Official Claim Date: 10/5/2009 | 3610 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$2,950.00 (P)<br>$0.00 (U)<br>$2,950.00 (T) |
| LOVE, JOYCE C<br><br>45 TWILLER ST<br>ALBANY, NY 12209<br><br>Official Claim Date: 10/5/2009 | 6998 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$2,950.00 (P)<br>$0.00 (U)<br>$2,950.00 (T) | Duplicate Claim | Pgs. 1-5 | LOVE, JOYCE C.<br><br>45 TWILLER ST<br>2ND FLOOR<br>ALBANY, NY 12209<br><br>Official Claim Date: 10/5/2009 | 3610 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$2,950.00 (P)<br>$0.00 (U)<br>$2,950.00 (T) |
| LUZ HELENA NUNEZ<br><br>GREGORY MORENO<br>3500 W BEVERLY BLVD<br>MONTEBELLO, CA 90840<br><br>Official Claim Date: 11/25/2009 | 65704 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,000,000.00 (U)<br>$10,000,000.00 (T) | Duplicate Claim | Pgs. 1-5 | NUNEZ, LUZ HELENA<br><br>GREGORY MORENO<br>3500 W BEVERLY BLVD<br>MONTEBELLO, CA 90640<br><br>Official Claim Date: 11/25/2009 | 50577 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,000,000.00 (U)<br>$10,000,000.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 5

**Twenty-Sixth Omnibus Objection**  **Exhibit A**  **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| \multicolumn{6}{c}{CLAIMS TO BE DISALLOWED AND EXPUNGED} | \multicolumn{5}{c}{SURVIVING CLAIMS} |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| MARITA C TICHY<br><br>C/O RICHARD L DEMSEY CO., LPA<br>1350 EUCLID AVENUE, SUITE 1550<br>CLEVELAND, OH 44115<br><br>Official Claim Date: 11/16/2009 | 27067 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$500,000.00 (U)<br>$500,000.00 (T) | Duplicate Claim | Pgs. 1-5 | TICHY, MARITA C<br><br>C/O RICHARD L DEMSEY CO LPA<br>1350 EUCLID AVE STE 1550<br>CLEVELAND, OH 44115<br><br>Official Claim Date: 11/13/2009 | 25340 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$500,000.00 (U)<br>$500,000.00 (T) |
| ONEILL METAL FORMING INC<br><br>1098 RIG ST<br>COMMERCE TOWNSHIP, MI 48390<br><br>Official Claim Date: 10/14/2009 | 9607 | Motors Liquidation Company | $152,360.40 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$152,360.40 (T) | Duplicate Claim | Pgs. 1-5 | O'NEILL METAL FORMING INC<br><br>1098 RIG ST<br>COMMERCE TOWNSHIP, MI 48390<br><br>Official Claim Date: 10/14/2009 | 9606 | Motors Liquidation Company | $152,360.40 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$152,360.40 (T) |
| PHILLIPS JAMES<br><br>4943 W. QUINCY STREET<br>CHICAGO, IL 60644<br><br>Official Claim Date: 11/9/2009 | 22209 | Motors Liquidation Company | $8,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$8,000.00 (T) | Duplicate Claim | Pgs. 1-5 | PHILLIPS, JAMES<br><br>4943 W QUINCY ST<br>CHICAGO, IL 60644<br><br>Official Claim Date: 11/9/2009 | 22208 | Motors Liquidation Company | $8,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$8,000.00 (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-Sixth Omnibus Objection**

## Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| RABURN BARBARA<br><br>RABURN, BARBARA<br>8525 9TH STREET N<br>ST PETERSBURG, FL 33702<br><br>Official Claim Date: 10/5/2009 | 3894 | Motors Liquidation Company | $20,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$20,000.00 (T) | Duplicate Claim | Pgs. 1-5 | RABURN, BARBARA<br><br>8525 9TH ST N<br>ST PETERSBURG, FL 33702<br><br>Official Claim Date: 10/5/2009 | 3893 | Motors Liquidation Company | $20,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$20,000.00 (T) |
| SMITH ASHLEY<br><br>645 NEBRASKA AVE<br>KANSAS CITY, KS 66101<br><br>Official Claim Date: 11/30/2009 | 67565 | Motors Liquidation Company | $4,075.00 (S)<br>$4,075.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$8,150.00 (T) | Duplicate Claim | Pgs. 1-5 | SMITH, ASHLEY<br><br>645 NEBRASKA AVE<br>KANSAS CITY, KS 66101<br><br>Official Claim Date: 11/28/2009 | 63172 | Motors Liquidation Company | $4,075.00 (S)<br>$4,075.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$8,150.00 (T) |
| STEWART GARY<br><br>PORTNOY & QUINN<br>1 OXFORD CTR<br>PITTSBURGH, PA 15219<br><br>Official Claim Date: 11/27/2009 | 61514 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$250,000.00 (U)<br>$250,000.00 (T) | Duplicate Claim | Pgs. 1-5 | STEWART, GARY<br><br>PORTNOY & QUINN<br>1 OXFORD CTR<br>PITTSBURGH, PA 15219<br><br>Official Claim Date: 11/27/2009 | 60721 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$250,000.00 (U)<br>$250,000.00 (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-Sixth Omnibus Objection**

## Exhibit A

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| _____ CLAIMS TO BE DISALLOWED AND EXPUNGED _____ | | | | | | _____ SURVIVING CLAIMS _____ | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** | **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** |
| STEWART LINDSEY<br><br>PORTNOY & QUINN<br>1 OXFORD CTR<br>PITTSBURGH, PA 15219<br><br>Official Claim Date: 11/27/2009 | 61513 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,000,000.00 (U)<br>$1,000,000.00 (T) | Duplicate Claim | Pgs. 1-5 | STEWART, LINDSEY<br><br>PORTNOY & QUINN<br>1 OXFORD CTR<br>PITTSBURGH, PA 15219<br><br>Official Claim Date: 11/27/2009 | 60722 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,000,000.00 (U)<br>$1,000,000.00 (T) |
| STEWART SUZANNE<br><br>PORTNOY & QUINN<br>1 OXFORD CTR<br>PITTSBURGH, PA 15219<br><br>Official Claim Date: 11/27/2009 | 61512 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$250,000.00 (U)<br>$250,000.00 (T) | Duplicate Claim | Pgs. 1-5 | STEWART, SUZANNE<br><br>PORTNOY & QUINN<br>1 OXFORD CTR<br>PITTSBURGH, PA 15219<br><br>Official Claim Date: 11/27/2009 | 60723 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$250,000.00 (U)<br>$250,000.00 (T) |
| TAKATA CORPORATION<br><br>DON A SCHIEMANN ESQ<br>TK HOLDINGS INC<br>2500 TAKATA DRIVE<br>AUBURN HILLS, MI 48326<br><br>Official Claim Date: 11/25/2009 | 46188 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Duplicate Claim | Pgs. 1-5 | TAKATA CORPORATION<br><br>DON A. SCHIEMANN ESQ.<br>TK HOLDINGS INC<br>2500 TAKATA DRIVE<br>AUBURN HILLS, MI 48326<br><br>Official Claim Date: 11/24/2009 | 65808 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-Sixth Omnibus Objection**

# Exhibit A

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | | **SURVIVING CLAIMS** | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| TERRANCE J TICHY<br><br>MARITA C TICHY<br>C/O RICHARD L. DEMSEY CO., LPA<br>1350 EUCLID AVE., SUITE 1550<br>CLEVELAND, OH 44115<br><br>Official Claim Date: 11/16/2009 | 27069 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,000,000.00 (U)<br>$3,000,000.00 (T) | Duplicate Claim | Pgs. 1-5 | TICHY TERRANCE J<br><br>TICHY, MARITA C<br>C/O RICHARD L DEMSEY CO LPA<br>1350 EUCLID AVE STE 1550<br>CLEVELAND, OH 44115<br><br>Official Claim Date: 11/13/2009 | 25338 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,000,000.00 (U)<br>$3,000,000.00 (T) |
| TOM, NARCISSUS<br><br>GOLDSTEIN PETER LAW OFFICES OF<br>330 S 3RD ST STE 1070<br>LAS VEGAS, NV 89101<br><br>Official Claim Date: 11/30/2009 | 65586 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$500,000.00 (U)<br>$500,000.00 (T) | Duplicate Claim | Pgs. 1-5 | TOM NARCISSUS<br><br>GOLDSTEIN PETER LAW OFFICES OF<br>330 S 3RD ST STE 1070<br>LAS VEGAS, NV 89101<br><br>Official Claim Date: 11/30/2009 | 65490 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$500,000.00 (U)<br>$500,000.00 (T) |
| UNIVAR USA INC<br><br>C/O LESLIE R SCHENK<br>GARVEY SCHUBERT BARER<br>1191 SECOND AVENUE 18TH FLOOR<br>SEATTLE, WA 98101<br><br>Official Claim Date: 12/1/2009 | 67654 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$30,000,000.00 (U)<br>$30,000,000.00 (T) | Duplicate Claim | Pgs. 1-5 | UNIVAR USA INC<br><br>UNIVAR USA INC C/O LESLIE R SCHENCK<br>GARVEY SCHUBERT BARER<br>1191 SECOND AVENUE 18TH FLOOR<br>SEATTLE, WA 98101<br><br>Official Claim Date: 11/30/2009 | 64812 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$30,000,000.00 (U)<br>$30,000,000.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-Sixth Omnibus Objection**

**Motors Liquidation Company, et al.**

## Exhibit A

Case No. 09-50026 (REG), Jointly Administered

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** | **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** |
| WALING LORI<br><br>311 BAPTISTE AVE<br>MONROE, MI 48162<br><br>Official Claim Date: 11/9/2009 | 21439 | Motors Liquidation Company | $2,300.00 (S)<br>$3,000.00 (A)<br>$0.00 (P)<br>$700.00 (U)<br>$6,000.00 (T) | Duplicate Claim | Pgs. 1-5 | WALING, LORI<br><br>311 BAPTISTE AVE<br>MONROE, MI 48162<br><br>Official Claim Date: 11/9/2009 | 21438 | Motors Liquidation Company | $2,300.00 (S)<br>$3,000.00 (A)<br>$0.00 (P)<br>$700.00 (U)<br>$6,000.00 (T) |
| WATKINS, MILDRED<br>C/O SHANNON SCHLESMAN ZETROUER<br>BUTLER, PAPPAS<br>777 S HARBOUR ISLAND BLVD STE 500<br>TAMPA, FL 33602<br>UNITED STATES OF AMERICA<br><br>Official Claim Date: 11/28/2009 | 62349 | MLCS, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$316,397.13 (U)<br>$316,397.13 (T) | Duplicate Claim | Pgs. 1-5 | MILDRED WATKINS<br>C/O SHANNON SCHLESMAN ZETROUER<br>BUTLER PAPPAS<br>HARBOUR ISLAND BLVD STE 500<br>TAMPA, FL 33602<br><br>Official Claim Date: 11/25/2009 | 50633 | MLCS, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$316,397.13 (U)<br>$316,397.13 (T) |
| ***CLAIMS TO BE DISALLOWED AND EXPUNGED*** | | | 29 | $224,344.22 (S)<br>$7,075.00 (A)<br>$5,900.00 (P)<br>$55,889,716.63 (U)<br>$56,127,035.85 (T) | | | | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.