| Twenty-Eighth Omnibus Objection | | **Exhibit A** | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |

## *CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| CITY OF TORRANCE<br><br>3031 TORRANCE BLVD<br>TORRANCE, CA 90503<br><br>Official Claim Date: 10/14/2009 | 9596 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$625.00 (P)<br>$0.00 (U)<br>$625.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$625.00 (U)<br>$625.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note: This claim is for services performed prepetition and is not entitled to priority treatment under section 507 of the Bankruptcy Code. Accordingly, this claim should be reclassified as a general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| CLARK AUTOMOTIVE GROUP, INC<br><br>ALLAN C CLARK<br>744907 KIWI ST<br>KAILUA KONA, HI 96740<br><br>Official Claim Date: 10/30/2009 | 18083 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$370,637.00 (P)<br>$0.00 (U)<br>$370,637.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$370,637.00 (U)<br>$370,637.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note: This claim is for services performed prepetition and is not entitled to priority treatment under section 507 of the Bankruptcy Code. Accordingly, this claim should be reclassified as a general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| COMPUTER ASSOCIATES INTERNATIONAL, INC.<br><br>PLATINUM TECHNOLOGY INTERNATIONAL, INC.<br>ATTN ROBERT AUSTEN<br>1 CA PLZ<br>ISLANDIA, NY 11749<br><br>Official Claim Date: 11/6/2009 | 20703 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$4,030.40 (P)<br>$3,325,112.96 (U)<br>$3,329,143.36 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,329,143.36 (U)<br>$3,329,143.36 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note: This claim arises from the rejection of an executory contract. It is not secured by property of the Debtors' estates nor is it entitled to priority status. Pursuant to section 502(g) the Bankruptcy Code this claim is only entitled to a non-priority, general unsecured claim. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| CONSTRUCTION USERS ROUNDTABLE<br><br>4100 EXECUTIVE PARK DR STE 210<br>CINCINNATI, OH 45241<br><br>Official Claim Date: 10/5/2009 | 4523 | Motors Liquidation Company | $0.00 (S)<br>$11,000.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$11,000.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$11,000.00 (U)<br>$11,000.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note: This claim is for pre-petition membership services and is not entitled to administrative expense treatment under the Bankruptcy Code. Accordingly, this claim should be reclassified as a general unsecured claim.

---

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

**Twenty-Eighth Omnibus Objection**     **Exhibit A**     <u>Motors Liquidation Company, et al</u>.
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| MULLINS MOTORS INC<br><br>C/O CARL MEARES<br>PO BOX 187<br>FAIR BLUFF, NC 28439<br><br>Official Claim Date: 11/30/2009 | 63959 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$2,566,000.00 (P)<br>$0.00 (U)<br>$2,566,000.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,566,000.00 (U)<br>$2,566,000.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note: This claim arises from the rejection of an executory contract. It is not secured by property of the Debtors' estates nor is it entitled to priority status. Pursuant to section 502(g) the Bankruptcy Code this claim is only entitled to a non-priority, general unsecured claim. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| NEW MOTOR VEHICLE BOARD<br><br>WILLIAM G BRENNAN, EXECUTIVE DIRECTOR<br>1507 - 21ST ST, SUITE 330<br>SACRAMENTO, CA 95811<br><br>Official Claim Date: 6/5/2009 | 249 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$66,814.15 (P)<br>$0.00 (U)<br>$66,814.15 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$66,814.15 (U)<br>$66,814.15 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note: This claim is for services performed prepetition and is not entitled to priority treatment under section 507 of the Bankruptcy Code. Accordingly, this claim should be reclassified as a general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| RECO LLC<br><br>RECO<br>1008 SEABROOK WAY<br>CINCINNATI, OH 45245<br><br>Official Claim Date: 6/18/2009 | 135 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$1,260.00 (P)<br>$0.00 (U)<br>$1,260.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,260.00 (U)<br>$1,260.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note: This claim is for parts and materials provided prepetition and is not entitled to priority treatment under section 507 of the Bankruptcy Code. Accordingly, this claim should be reclassified as a general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| TAMMY WHITE<br><br>14870 E SHASTA ST<br>CLAREMORE, OK 74017<br><br>Official Claim Date: 11/28/2009 | 62834 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$2,000.00 (P)<br>$0.00 (U)<br>$2,000.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,000.00 (U)<br>$2,000.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, and it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

---

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-Eighth Omnibus Objection**     **Exhibit A**     **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| TAYLOR, HERB<br><br>574 MOSS LANDING DR<br>ANTIOCH, TN 37013<br><br>Official Claim Date: 10/7/2009 | 5710 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$700.00 (P)<br>$700.00 (U)<br>$1,400.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,400.00 (U)<br>$1,400.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, and it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| TILLER, LARRY<br><br>PO BOX 2824<br>SHOW LOW, AZ 85902<br><br>Official Claim Date: 10/19/2009 | 12099 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$350,000.00 (P)<br>$0.00 (U)<br>$350,000.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$350,000.00 (U)<br>$350,000.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, and it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| TUCKER, ERIC<br><br>25 PALATINE APT 126<br>IRVINE, CA 92612<br><br>Official Claim Date: 11/25/2009 | 48441 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$8,475.00 (P)<br>$0.00 (U)<br>$8,475.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$8,475.00 (U)<br>$8,475.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, and it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| TURNER BROADCASTING SYSTEM INC AND/OR AND RELEVANT SUBSIDIARIES<br><br>C/O TIFFANY STRELOW COBB<br>VORYS, SATER, SEYMOUR AND PEASE LLP<br>52 EAST GAY STREET<br>COLUMBUS, OH 43215<br><br>Official Claim Date: 11/25/2009 | 46619 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$438,503.22 (P)<br>$0.00 (U)<br>$438,503.22 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$438,503.22 (U)<br>$438,503.22 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note: This claim is for services performed prepetition and is not entitled to priority treatment under section 507 of the Bankruptcy Code. Accordingly, this claim should be reclassified as a general unsecured claim.

---

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-Eighth Omnibus Objection**  **Exhibit A**  **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| UWC STRATEGIC SERVICES<br><br>ON UNEMPLOYMENT & WORK COMP<br>910 17TH ST NW STE 315<br>WASHINGTON, DC 20006<br><br>Official Claim Date: 10/2/2009 | 2577 | Motors Liquidation Company | $0.00 (S)<br>$11,045.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$11,045.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$11,045.00 (U)<br>$11,045.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note: This claim is for services performed prepetition and is not entitled to priority treatment under section 507 of the Bankruptcy Code. Accordingly, this claim should be reclassified as a general unsecured claim. | | | | | | |
| VASQUEZ, JESUS<br><br>6828 26TH ST<br>BERWYN, IL 60402<br><br>Official Claim Date: 11/23/2009 | 45120 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$3,831.44 (P)<br>$0.00 (U)<br>$3,831.44 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,831.44 (U)<br>$3,831.44 (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, and it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| VILA, DIANA<br><br>C/O RODIER & RODIER<br>400 N FEDERAL HWY<br>HALLANDALE BEACH, FL 33009<br><br>Official Claim Date: 10/6/2009 | 5382 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$50,000.00 (P)<br>$0.00 (U)<br>$50,000.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$50,000.00 (U)<br>$50,000.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, and it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| WACHAL, WILLIAM<br><br>12 CAMINO BOTERO<br>SAN CLEMENTE, CA 92673<br><br>Official Claim Date: 11/9/2009 | 22236 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$4,500.00 (P)<br>$0.00 (U)<br>$4,500.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,500.00 (U)<br>$4,500.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, and it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Twenty-Eighth Omnibus Objection | | | Exhibit A | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |
|---|---|---|---|---|---|---|

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| WARREN, TORAN<br><br>9501 BEAR PAW TRL APT B<br>DEL VALLE, TX 78617<br><br>Official Claim Date: 11/6/2009 | 20739 | Motors Liquidation Company | $0.00 (S)<br>$3,200.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$3,200.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,200.00 (U)<br>$3,200.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, and it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| WASHINGTON, LEE IRA<br><br>6111 S WEATHERBY DR<br>SHREVEPORT, LA 71129<br><br>Official Claim Date: 10/13/2009 | 9127 | Motors Liquidation Company | $0.00 (S)<br>$1,594.51 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,594.51 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,594.51 (U)<br>$1,594.51 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, and it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| WATKINS, BRITNEY<br><br>3844 BLAINE AVE<br>SAINT LOUIS, MO 63110<br><br>Official Claim Date: 10/26/2009 | 16328 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$2,275.00 (P)<br>$0.00 (U)<br>$2,275.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,275.00 (U)<br>$2,275.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, and it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| WEHMEIER, LORETTA<br><br>1707 WILLOW MILL DR<br>MISSOURI CITY, TX 77489<br><br>Official Claim Date: 11/9/2009 | 22205 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$10,000.00 (P)<br>$0.00 (U)<br>$10,000.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,000.00 (U)<br>$10,000.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, and it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-Eighth Omnibus Objection** — **Exhibit A** — **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| WILLIAMS, NATHANIEL<br><br>5403 VOLUNTEER DRIVE<br>COLUMBIA, MO 65201<br><br>Official Claim Date: 10/15/2009 | 10765 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$5,000.00 (P)<br>$0.00 (U)<br>$5,000.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000.00 (U)<br>$5,000.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, and it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| WINKELS, MEL<br><br>8854 MT HIGHWAY 200<br>WOLF CREEK, MT 59648<br><br>Official Claim Date: 11/13/2009 | 25299 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$2,425.00 (P)<br>$7,575.00 (U)<br>$10,000.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,000.00 (U)<br>$10,000.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, and it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| WRIGHT, STEPHANIE<br><br>257 ALAMEDA ST<br>ROCHESTER, NY 14613<br><br>Official Claim Date: 11/23/2009 | 38875 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$20,140.00 (P)<br>$0.00 (U)<br>$20,140.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$20,140.00 (U)<br>$20,140.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, and it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| WYKEISHA BARBER<br><br>49080 DENTON RD APT #34<br>BELLEVILLE, MI 48111<br><br>Official Claim Date: 11/30/2009 | 64336 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$3,100.00 (P)<br>$0.00 (U)<br>$3,100.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,100.00 (U)<br>$3,100.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, and it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-Eighth Omnibus Objection**     **Exhibit A**     **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## *CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| YOUNG, SHANNON<br><br>8115 LYONS AVE APT A<br>PHILADELPHIA, PA 19153<br><br>Official Claim Date: 10/8/2009 | 6738 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$9,293.20 (P)<br>$0.00 (U)<br>$9,293.20 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$9,293.20 (U)<br>$9,293.20 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, and it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| *CLAIMS TO BE RECLASSIFIED* | 25 | | $0.00 (S)<br>$26,839.51 (A)<br>$3,919,609.41 (P)<br>$3,333,387.96 (U)<br>$7,279,836.88 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$7,279,836.88 (U)<br>$7,279,836.88 (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-Eighth Omnibus Objection**      **Exhibit A**      **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## *OBJECTION ADJOURNED TO SEPTEMBER 24, 2010 at 9:45 A.M.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| ACUMENT GLOBAL TECHNOLOGIES INC<br><br>ATTN: JOHN R CLARK<br>840 W LONG LAKE RD STE 450<br>TROY, MI 48098<br><br>Official Claim Date: 11/27/2009 | 60693 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$46,390.90 (P)<br>$0.00 (U)<br>$46,390.90 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$46,390.90 (U)<br>$46,390.90 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note: This claim is for services performed prepetition and is not entitled to priority treatment under section 507 of the Bankruptcy Code. Accordingly, this claim should be reclassified as a general unsecured claim.

| **OBJECTION ADJOURNED** | **1** | | **$0.00** (S)<br>**$0.00** (A)<br>**$46,390.90** (P)<br>**$0.00** (U)<br>**$46,390.90** (T) | **$0.00** (S)<br>**$0.00** (A)<br>**$0.00** (P)<br>**$46,390.90** (U)<br>**$46,390.90** (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Twenty-Eighth Omnibus Objection | | | **Exhibit A** | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |
|---|---|---|---|---|---|

*OBJECTION WITHDRAWN*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| THE TRAVELERS INDEMNITY COMPANY AND AFFILIATES<br><br>MICHAEL P POMPEO<br>DRINKER BIDDLE & REATH LLP<br>500 CAMPUS DRIVE<br>FLORHAM PARK, NJ 07932<br><br>Official Claim Date: 11/27/2009 | 59309 | MLCS Distribution Corporation | $0.00 (S)<br>$0.00 (A)<br>$15,000.00 (P)<br>$0.00 (U)<br>$15,000.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$15,000.00 (P)<br>$0.00 (U)<br>$15,000.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note:  This claim arises from litigation against the Debtors.  It is not entitled to priority status, and it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| THE TRAVELERS INDEMNITY COMPANY AND AFFILIATES<br><br>MICHAEL P POMPEO<br>DRINKER BIDDLE & REATH LLP<br>500 CAMPUS DRIVE<br>FLORHAM PARK, NJ 07932<br><br>Official Claim Date: 11/27/2009 | 59310 | MLCS, LLC | $0.00 (S)<br>$0.00 (A)<br>$15,000.00 (P)<br>$0.00 (U)<br>$15,000.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$15,000.00 (P)<br>$0.00 (U)<br>$15,000.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note:  This claim arises from litigation against the Debtors.  It is not entitled to priority status, and it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| THE TRAVELERS INDEMNITY COMPANY AND AFFILIATES<br><br>MICHAEL P POMPEO<br>DRINKER BIDDLE & REATH LLP<br>500 CAMPUS DRIVE<br>FLORHAM PARK, NJ 07932<br><br>Official Claim Date: 11/27/2009 | 59311 | MLC of Harlem, Inc. | $0.00 (S)<br>$0.00 (A)<br>$15,000.00 (P)<br>$0.00 (U)<br>$15,000.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$15,000.00 (P)<br>$0.00 (U)<br>$15,000.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note:  This claim arises from litigation against the Debtors.  It is not entitled to priority status, and it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| THE TRAVELERS INDEMNITY COMPANY AND AFFILIATES<br><br>MICHAEL P POMPEO<br>DRINKER BIDDLE & REATH LLP<br>500 CAMPUS DRIVE<br>FLORHAM PARK, NJ 07932<br><br>Official Claim Date: 11/27/2009 | 59312 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$15,000.00 (P)<br>$0.00 (U)<br>$15,000.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$15,000.00 (P)<br>$0.00 (U)<br>$15,000.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note:  This claim arises from litigation against the Debtors.  It is not entitled to priority status, and it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-Eighth Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## *OBJECTION WITHDRAWN*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| ***OBJECTION WITHDRAWN*** | | 4 | $0.00 | (S) | $0.00 | (S) | | |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| | | | $60,000.00 | (P) | $60,000.00 | (P) | | |
| | | | $0.00 | (U) | $0.00 | (U) | | |
| | | | $60,000.00 | (T) | $60,000.00 | (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 10