| Thirty-First Omnibus Objection | | | **Exhibit A** | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| AIRWYKE, BELINDA  56 NORTH CRAWFORD  MILLERSBURG, OH 44654  Official Claim Date: 11/27/2009 | 61669 | Motors Liquidation Company | $7,500.00 (S)  $7,500.00 (A)  $0.00 (P)  $0.00 (U)  $15,000.00 (T) | $0.00 (S)  $0.00 (A)  $0.00 (P)  $15,000.00 (U)  $15,000.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| ALEX CARCAMO  118 E. ROBINSON ST.  JACKSON, MI 49203  UNITED STATES OF AMERICA  Official Claim Date: 11/30/2009 | 65702 | Motors Liquidation Company | $9,878.90 (S)  $0.00 (A)  $4,939.90 (P)  $0.00 (U)  $14,818.80 (T) | $0.00 (S)  $0.00 (A)  $0.00 (P)  $14,818.80 (U)  $14,818.80 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| BELL ANTHONY  BELL, ANTHONY  PO BOX 111  EASTON, TX 75641  Official Claim Date: 10/5/2009 | 3416 | Motors Liquidation Company | $1,580.00 (S)  $0.00 (A)  $4,005.00 (P)  $0.00 (U)  $5,585.00 (T) | $0.00 (S)  $0.00 (A)  $0.00 (P)  $5,585.00 (U)  $5,585.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| BELL, LAUREN  15633 WEST 11 W ELEVEN MILE ROAD APT 211  SOUTHFIELD, MI 48076  Official Claim Date: 11/27/2009 | 60473 | Motors Liquidation Company | $5,000.00 (S)  $0.00 (A)  $5,000.00 (P)  $5,000.00 (U)  $15,000.00 (T) | $0.00 (S)  $0.00 (A)  $0.00 (P)  $15,000.00 (U)  $15,000.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Thirty-First Omnibus Objection** **Exhibit A** **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## *CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| CARTER, CIERRA<br><br>4600 TIPSY CIR APT 4203<br>LOUISVILLE, KY 40216<br><br>Official Claim Date: 10/19/2009 | 12136 | Motors Liquidation Company | $4,000.00 (S)<br>$0.00 (A)<br>$4,000.00 (P)<br>$4,000.00 (U)<br>$12,000.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$12,000.00 (U)<br>$12,000.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note:  This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| CURTIS PARRISH<br><br>6994 BROADWAY<br>1-A<br>MERRILLVILLE, IN 46410<br>UNITED STATES OF AMERICA<br><br>Official Claim Date: 11/24/2009 | 44082 | Motors Liquidation Company | $2,700.00 (S)<br>$3,500.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$6,200.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$6,200.00 (U)<br>$6,200.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note:  This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| CYNTHIA AND ERIC HINTON<br><br>CYNTHIA HINTON<br>826 COMMERCE BLVD<br>RIVERDALE, GA 30296<br><br>Official Claim Date: 10/27/2009 | 21001 | Motors Liquidation Company | $800.00 (S)<br>$0.00 (A)<br>$800.00 (P)<br>$0.00 (U)<br>$1,600.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,600.00 (U)<br>$1,600.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note:  This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| DANIEL, KEVIN EUGENE<br><br>2107 JAKE ALEX BLVD SOUTH<br>SALISBURY, NC 28146<br><br>Official Claim Date: 10/8/2009 | 6463 | Motors Liquidation Company | $2,300.00 (S)<br>$0.00 (A)<br>$2,300.00 (P)<br>$0.00 (U)<br>$4,600.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,600.00 (U)<br>$4,600.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note:  This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Thirty-First Omnibus Objection | | | Exhibit A | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| DOEGE, SHARON<br><br>1004 EVANS ST<br>NEENAH, WI 54956<br><br>Official Claim Date: 10/19/2009 | 12311 | Motors Liquidation Company | $591.00 (S)<br>$591.00 (A)<br>$0.00 (P)<br>$591.00 (U)<br>$1,773.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,773.00 (U)<br>$1,773.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| DUNCAN, BENJAMIN<br><br>207 S 4TH ST<br>EASLEY, SC 29640<br><br>Official Claim Date: 10/19/2009 | 25503 | Motors Liquidation Company | $2,945.00 (S)<br>$0.00 (A)<br>$3,055.00 (P)<br>$0.00 (U)<br>$6,000.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$6,000.00 (U)<br>$6,000.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| DYER ANNIE<br><br>DYER, ANNIE<br>300 MILLER ST APT 225<br>MINDEN, LA 71055<br><br>Official Claim Date: 10/14/2009 | 9884 | Motors Liquidation Company | $1,000.00 (S)<br>$0.00 (A)<br>$2,000.00 (P)<br>$1,000.00 (U)<br>$4,000.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,000.00 (U)<br>$4,000.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| FARREL, THOMAS<br><br>1100 ZEBULON LN<br>SALISBURY, NC 28146<br><br>Official Claim Date: 10/21/2009 | 14257 | Motors Liquidation Company | $3,385.00 (S)<br>$0.00 (A)<br>$3,385.00 (P)<br>$0.00 (U)<br>$6,770.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$6,770.00 (U)<br>$6,770.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Thirty-First Omnibus Objection | | | **Exhibit A** | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| FLOSI, JOE<br><br>14302 IL ROUTE 176<br>WOODSTOCK, IL 60098<br><br>Official Claim Date: 10/16/2009 | 11486 | Motors Liquidation Company | $3,100.00 (S)<br>$0.00 (A)<br>$3,100.00 (P)<br>$3,100.00 (U)<br>$9,300.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$9,300.00 (U)<br>$9,300.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| FOREMOST INSURANCE COMPANY<br><br>C/O UNITED SUBRO ASSOCIATES<br>19634 VENTURA BLVD SUITE 218<br>FILE #989529<br>TARZANA, CA 91356<br>UNITED STATES OF AMERICA<br><br>Official Claim Date: 11/9/2009 | 22290 | Motors Liquidation Company | $5,197.95 (S)<br>$5,197.95 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$10,395.90 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,395.90 (U)<br>$10,395.90 (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| FRED LOYA INSURANCE<br><br>CLAIM # 596-94647<br>8603 INGRAM RD<br>SAN ANTONIO, TX 78245<br><br>Official Claim Date: 9/28/2009 | 1566 | Motors Liquidation Company | $7,074.07 (S)<br>$0.00 (A)<br>$7,074.07 (P)<br>$0.00 (U)<br>$14,148.14 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$14,148.14 (U)<br>$14,148.14 (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |
| GALE L SLATES<br><br>5344 CORAL AVE<br>CAPE CORAL, FL 33904<br><br>Official Claim Date: 11/6/2009 | 20193 | Motors Liquidation Company | $40,000.00 (S)<br>$0.00 (A)<br>$40,000.00 (P)<br>$0.00 (U)<br>$80,000.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$80,000.00 (U)<br>$80,000.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |
| Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Thirty-First Omnibus Objection | | | **Exhibit A** | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| GALES, TERRY<br><br>49 RUSHINGWATER DR<br>PORTAGE, IN 46368<br><br>Official Claim Date: 11/30/2009 | 63417 | Motors Liquidation Company | $2,201.73 (S)<br>$0.00 (A)<br>$2,201.73 (P)<br>$0.00 (U)<br>$4,403.46 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,403.46 (U)<br>$4,403.46 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note:  This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| GAMBLE, ARNOLD<br><br>GEICO SBIK<br>1 GEICO BLVD<br>FREDERICKSBURG, VA 22412<br><br>Official Claim Date: 11/25/2009 | 47935 | Motors Liquidation Company | $8,978.06 (S)<br>$0.00 (A)<br>$8,978.06 (P)<br>$0.00 (U)<br>$17,956.12 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$17,956.12 (U)<br>$17,956.12 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note:  This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| GREEN ANTONIO<br><br>8912 HILLVIEW<br>ST. LOUIS, MO 63136<br>UNITED STATES OF AMERICA<br><br>Official Claim Date: 11/30/2009 | 68920 | Motors Liquidation Company | $5,000.00 (S)<br>$5,000.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$10,000.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,000.00 (U)<br>$10,000.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note:  This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| GUY, RAYE<br><br>PO BOX 390<br>UNION, WV 24983<br><br>Official Claim Date: 10/12/2009 | 8125 | Motors Liquidation Company | $26,887.83 (S)<br>$0.00 (A)<br>$26,887.83 (P)<br>$0.00 (U)<br>$53,775.66 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$53,775.66 (U)<br>$53,775.66 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note:  This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Thirty-First Omnibus Objection | | | **Exhibit A** | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| HAIRSTON, MARLON<br><br>915A ROYAL DR<br>MARTINSVILLE, VA 24112<br><br>Official Claim Date: 11/13/2009 | 25359 | Motors Liquidation Company | $3,810.00 (S)<br>$0.00 (A)<br>$3,810.00 (P)<br>$0.00 (U)<br>$7,620.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$7,620.00 (U)<br>$7,620.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note:  This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| HAMLET BILLIE<br><br>HAMLET, BILLIE<br>6017 WONDER DR<br>FORTH WORTH, TX 76133<br><br>Official Claim Date: 10/15/2009 | 10843 | Motors Liquidation Company | $2,500.00 (S)<br>$0.00 (A)<br>$8,069.40 (P)<br>$90.00 (U)<br>$10,659.40 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,659.40 (U)<br>$10,659.40 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note:  This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| HARRIS, ELLA<br><br>215 LAKELAND DR<br>BRANDON, MS 39042<br><br>Official Claim Date: 10/5/2009 | 3439 | Motors Liquidation Company | $3,500.00 (S)<br>$0.00 (A)<br>$3,500.00 (P)<br>$3,500.00 (U)<br>$10,500.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,500.00 (U)<br>$10,500.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note:  This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| HEARD, KENNETH<br><br>1434 KENILWORTH DR SW<br>ATLANTA, GA 30310<br><br>Official Claim Date: 11/16/2009 | 26763 | Motors Liquidation Company | $3,130.00 (S)<br>$0.00 (A)<br>$3,130.00 (P)<br>$0.00 (U)<br>$6,260.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$6,260.00 (U)<br>$6,260.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note:  This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Thirty-First Omnibus Objection | | | **Exhibit A** | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|---|
| | | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| HEFNER, JOSEPH<br><br>1908 W THOMAN ST<br>SPRINGFIELD, MO 65803<br><br>Official Claim Date: 10/8/2009 | 6538 | Motors Liquidation Company | $2,105.00 (S)<br>$0.00 (A)<br>$2,105.00 (P)<br>$2,105.00 (U)<br>$6,315.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$6,315.00 (U)<br>$6,315.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| HERNANDEZ, LAURI<br><br>206 FOLK ST<br>POTTERVILLE, MI 48876<br><br>Official Claim Date: 11/17/2009 | 29590 | Motors Liquidation Company | $4,000.00 (S)<br>$0.00 (A)<br>$4,000.00 (P)<br>$4,000.00 (U)<br>$12,000.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$12,000.00 (U)<br>$12,000.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| HOLLOWAY, JAMELL D<br><br>8257953<br>C/O INGENIX ATTN: RICHARD RIKHUS<br>12125 TECHNOLOGY DR<br>EDEN PRAIRIE, MN 55344<br><br>Official Claim Date: 10/19/2009 | 12689 | Motors Liquidation Company | $4,128.17 (S)<br>$0.00 (A)<br>$4,128.17 (P)<br>$0.00 (U)<br>$8,256.34 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$8,256.34 (U)<br>$8,256.34 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| HOWE PATRICIA<br><br>3320 AIRPORT ROAD 19<br>NAMPA, ID 83687<br><br>Official Claim Date: 11/12/2009 | 22830 | Motors Liquidation Company | $997.39 (S)<br>$0.00 (A)<br>$997.39 (P)<br>$0.00 (U)<br>$1,994.78 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,994.78 (U)<br>$1,994.78 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Thirty-First Omnibus Objection | | | **Exhibit A** | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| IDRISSOU, TRAORE & ELOMMI AGBETO<br><br>2004 63RD ST UNIT 8<br>WINDSOR HEIGHTS, IA 50324<br><br>Official Claim Date: 11/27/2009 | 61259 | Motors Liquidation Company | $11,000.00  (S)<br>$0.00  (A)<br>$11,000.00  (P)<br>$100,000.00  (U)<br>$122,000.00  (T) | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$122,000.00  (U)<br>$122,000.00  (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note:  This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| IRISH, DIANNE<br><br>34939 3RD AVE<br>LOT 65<br>LEESBURG, FL 34788<br><br>Official Claim Date: 10/24/2009 | 15439 | Motors Liquidation Company | $2,500.00  (S)<br>$0.00  (A)<br>$1,500.00  (P)<br>$2,500.00  (U)<br>$6,500.00  (T) | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$6,500.00  (U)<br>$6,500.00  (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note:  This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| JACKIE ADENIYI<br><br>9701 S. WINSTON<br>CHICAGO, IL 60643<br>UNITED STATES OF AMERICA<br><br>Official Claim Date: 11/24/2009 | 44386 | Motors Liquidation Company | $794.28  (S)<br>$0.00  (A)<br>$264.76  (P)<br>$0.00  (U)<br>$1,059.04  (T) | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,059.04  (U)<br>$1,059.04  (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note:  This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| JOHN ALLEN<br><br>6424 MAPLEBROOK LN<br>FLINT, MI 48507<br><br>Official Claim Date: 11/30/2009 | 65242 | Motors Liquidation Company | $90,000.00  (S)<br>$0.00  (A)<br>$266,178.88  (P)<br>$0.00  (U)<br>$356,178.88  (T) | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$356,178.88  (U)<br>$356,178.88  (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note:  This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Thirty-First Omnibus Objection** **Exhibit A** **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| KRISTI BERRYHILL<br><br>268 W. 7800 N.<br>SMITHFIELD, UT 84335<br>UNITED STATES OF AMERICA<br><br>Official Claim Date: 11/23/2009 | 37610 | Motors Liquidation Company | $2,500.00 (S)<br>$2,500.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$5,000.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000.00 (U)<br>$5,000.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| LAMONT GIBSON<br><br>1044 HOMESTEAD RD<br>SOUTH EUCLID, OH 44121<br>UNITED STATES OF AMERICA<br><br>Official Claim Date: 11/2/2009 | 18890 | Motors Liquidation Company | $1,900.00 (S)<br>$0.00 (A)<br>$1,900.00 (P)<br>$0.00 (U)<br>$3,800.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,800.00 (U)<br>$3,800.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| MARK SWEDLOW<br><br>PO BOX 241<br>GLENDORA, CA 91740<br>UNITED STATES OF AMERICA<br><br>Official Claim Date: 11/27/2009 | 61550 | Motors Liquidation Company | $2,300.00 (S)<br>$0.00 (A)<br>$2,300.00 (P)<br>$0.00 (U)<br>$4,600.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,600.00 (U)<br>$4,600.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| MENILLA MAYRA<br><br>MENILLA, MAYRA<br>12049 LOWEMONT ST<br>NORWALK, CA 90650<br><br>Official Claim Date: 10/19/2009 | 12661 | Motors Liquidation Company | $3,500.00 (S)<br>$0.00 (A)<br>$3,500.00 (P)<br>$0.00 (U)<br>$7,000.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$7,000.00 (U)<br>$7,000.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Thirty-First Omnibus Objection | | | **Exhibit A** | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| MICHAEL BUCKMAN<br><br>825 SOUTHWEST TULIP BOULEVARD<br>FORT ST. LUCY, FL 34953<br>UNITED STATES OF AMERICA<br><br>Official Claim Date: 11/23/2009 | 38832 | Motors Liquidation Company | $1,889.00 (S)<br>$0.00 (A)<br>$1,889.00 (P)<br>$1,889.00 (U)<br>$5,667.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,667.00 (U)<br>$5,667.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| MOORE, ASHLEY<br><br>1919 S NEBRASKA ST<br>MARION, IN 46953<br><br>Official Claim Date: 11/9/2009 | 22275 | Motors Liquidation Company | $10,000.00 (S)<br>$0.00 (A)<br>$13,200.00 (P)<br>$0.00 (U)<br>$23,200.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$23,200.00 (U)<br>$23,200.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| MORGAN, CHARLES<br><br>3212 HARVEY RD<br>BARTLESVILLE, OK 74006<br><br>Official Claim Date: 10/5/2009 | 3137 | Motors Liquidation Company | $16,182.39 (S)<br>$0.00 (A)<br>$16,182.39 (P)<br>$16,182.39 (U)<br>$48,547.17 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$48,547.17 (U)<br>$48,547.17 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| MORGAN, CONNIE<br><br>1840 N ERIE ST APT 2<br>TOLEDO, OH 43611<br><br>Official Claim Date: 11/24/2009 | 44380 | Motors Liquidation Company | $5,373.00 (S)<br>$0.00 (A)<br>$5,373.00 (P)<br>$0.00 (U)<br>$10,746.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,746.00 (U)<br>$10,746.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| NISM 2008 NO PHYSICAL FILES ARE CREATED<br><br>WEBB, BILLY<br>8836 EVANSTON WAY<br>RAYTOWN, MO 64138<br><br>Official Claim Date: 10/22/2009 | 14490 | Motors Liquidation Company | $1,575.17 (S)<br>$0.00 (A)<br>$1,575.17 (P)<br>$1,575.17 (U)<br>$4,725.51 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,725.51 (U)<br>$4,725.51 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note:  This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| SAUNDRA ROBERTS<br><br>15505 LINDSAY ST<br>DETROIT, MI 48227<br><br>Official Claim Date: 9/4/2009 | 1336 | Motors Liquidation Company | $10,000.00 (S)<br>$0.00 (A)<br>$15,000.00 (P)<br>$15,000.00 (U)<br>$40,000.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$40,000.00 (U)<br>$40,000.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note:  This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| SHORES, ROBERT<br><br>3001 LLEWELLYN AVE APT 2<br>NORFOLK, VA 23504<br><br>Official Claim Date: 10/7/2009 | 5625 | Motors Liquidation Company | $2,135.11 (S)<br>$0.00 (A)<br>$2,135.11 (P)<br>$1,129.78 (U)<br>$5,400.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,400.00 (U)<br>$5,400.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note:  This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| SMILEY, GRANDCHILD<br><br>SMILEY, GRANDCHILD ARIZYAN<br>ELCO ADMINISTRATIVE SERVICES COMPANY<br>BOX 4800<br>WAYNE, NJ 07474<br><br>Official Claim Date: 10/15/2009 | 10725 | Motors Liquidation Company | $400.00 (S)<br>$4,000.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$4,400.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,400.00 (U)<br>$4,400.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note:  This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Thirty-First Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| SMITH, CHEIW<br><br>135 MAIN ST<br>RICHMONDVILLE, NY 12149<br><br>Official Claim Date: 11/21/2009 | 33527 | Motors Liquidation Company | $2,500.00 (S)<br>$0.00 (A)<br>$5,500.00 (P)<br>$5,500.00 (U)<br>$13,500.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$13,500.00 (U)<br>$13,500.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| SMITH, TAMARA<br><br>1633 WASHINGTON AVE APT E<br>FORT WORTH, TX 76104<br><br>Official Claim Date: 10/28/2009 | 21061 | Motors Liquidation Company | $25,000.00 (S)<br>$0.00 (A)<br>$25,000.00 (P)<br>$25,000.00 (U)<br>$75,000.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$75,000.00 (U)<br>$75,000.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| TAYLOR, CEDRIC<br><br>143 POPLAR ST<br>COLUMBUS, MS 39702<br><br>Official Claim Date: 11/21/2009 | 33407 | Motors Liquidation Company | $2,915.00 (S)<br>$0.00 (A)<br>$2,915.00 (P)<br>$0.00 (U)<br>$5,830.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,830.00 (U)<br>$5,830.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| TOUSSAINT, GUY<br><br>2430 NW 137TH TIER<br>SUNRISE, FL 33323<br><br>Official Claim Date: 10/22/2009 | 14420 | Motors Liquidation Company | $10,000.00 (S)<br>$0.00 (A)<br>$10,000.00 (P)<br>$0.00 (U)<br>$20,000.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$20,000.00 (U)<br>$20,000.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Thirty-First Omnibus Objection | | | Exhibit A | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| WEALTH, SHEBETH<br><br>6816 S DORCHESTER AVE APT 2A<br>CHICAGO, IL 60637<br><br>Official Claim Date: 10/20/2009 | 13219 | Motors Liquidation Company | $18,736.52 (S)<br>$5,048.00 (A)<br>$0.00 (P)<br>$8,640.52 (U)<br>$32,425.04 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$32,425.04 (U)<br>$32,425.04 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| WICHMAN, TERRANCE R<br><br>1771 NORTH LAKE DR<br>TROY, MI 48083<br><br>Official Claim Date: 11/30/2009 | 65136 | Motors Liquidation Company | $1,709.92 (S)<br>$0.00 (A)<br>$1,709.92 (P)<br>$0.00 (U)<br>$3,419.84 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,419.84 (U)<br>$3,419.84 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| WRIGHT ADRIAN<br><br>WRIGHT, ADRIAN<br>11510 GIBBENS RD<br>BATON ROUGE, LA 70807<br><br>Official Claim Date: 10/9/2009 | 7626 | Motors Liquidation Company | $34,070.00 (S)<br>$34,070.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$68,140.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$68,140.00 (U)<br>$68,140.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| YATES BEVERLY L.<br><br>52 W 10TH ST<br>WELLSTON, OH 45692<br><br>Official Claim Date: 11/20/2009 | 31215 | Motors Liquidation Company | $6,721.00 (S)<br>$0.00 (A)<br>$6,721.00 (P)<br>$3,425.00 (U)<br>$16,867.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$16,867.00 (U)<br>$16,867.00 (T) | Incorrectly Classified Claim | Pgs. 1-5 |

Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-First Omnibus Objection **Exhibit A** Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Modified Priority Status/Reduced Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| YOUNGBLOOD GLORIA | 19879 | Motors Liquidation Company | $2,300.00 (S) | $0.00 (S) | Incorrectly Classified Claim | Pgs. 1-5 |
|  |  |  | $0.00 (A) | $0.00 (A) |  |  |
| YOUNGBLOOD, GLORIA 3634 HESS AVE APT E |  |  | $2,300.00 (P) | $0.00 (P) |  |  |
| SAGINAW, MI 48601 |  |  | $0.00 (U) | $4,600.00 (U) |  |  |
| Official Claim Date: 11/5/2009 |  |  | $4,600.00 (T) | $4,600.00 (T) |  |  |

Note:  This claim arises from litigation against the Debtors.  It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| CLAIMS TO BE RECLASSIFIED |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | 53 |  | $430,291.49 (S) | $0.00 (S) |  |  |
|  |  |  | $67,406.95 (A) | $0.00 (A) |  |  |
|  |  |  | $543,610.78 (P) | $0.00 (P) |  |  |
|  |  |  | $204,227.86 (U) | $1,245,537.08 (U) |  |  |
|  |  |  | $1,245,537.08 (T) | $1,245,537.08 (T) |  |  |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.