**Thirty-Third Omnibus Objection**  **Exhibit A**  <u>**Motors Liquidation Company, et al.**</u>
**Case No. 09-50026 (REG), Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ANDREW F LUTTIG<br>11301 W M 21<br>FOWLER, MI 48835 | 65944 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BELLA ALTERATIONS<br>39050 SCHOOLCRAFT RD # S<br>LIVONIA, MI 48150 | 69605 | Remediation And Liability Management Company, Inc. | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BETTY EASTMAN<br>6518 RIVERSIDE DR<br>LEAVITTSBURG, OH 44430 | 65553 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CEDE & CO.<br>ATTN: GENERAL COUNSEL<br>55 WATER STREET<br>NEW YORK, NY 10041 | 28060 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,365.70 (U)<br>$1,365.70 (T) | Insufficient Documentation | Pgs. 1-5 |
| DAVID MALNAR<br>1386 W 12TH AVE<br>CHICO, CA 95926 | 22925 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

**Thirty-Third Omnibus Objection**     *Exhibit A*     **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DIANE L SCHAAL<br>2068 SUTTON WAY<br><br>HENDERSON, NV 89074 | 65734 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$116,572.32 (U)<br>$116,572.32 (T) | Insufficient Documentation | Pgs. 1-5 |
| FAGO, ANDREW W<br>21064 NW 166TH PL<br><br>HIGH SPRINGS, FL 32643 | 65973 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| GOODMAN, WILLIAM R<br>642 MARTIN ST<br><br>OWOSSO, MI 48867 | 65541 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HULIO R GRIFFIN<br>3027 KENNEDY DR<br><br>JACKSON, MS 39209 | 65380 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| INTERNATIONAL METAL TRADING INC / PAUL TERRAUTT<br>33315 125TH ST<br><br>TWIN LAKES, WI 53181 | 65552 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,400,000.00 (U)<br>$3,400,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Thirty-Third Omnibus Objection**   **Exhibit A**   **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ISOLINA LEOPARDI<br>39050 SCHOOLCRAFT RD<br><br>LIVONIA, MI 48150 | 69606 | Remediation And Liability Management Company, Inc. | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| JAMES D EDWARDS<br>6280 BUNTON RD<br><br>YPSILANTI, MI 48197 | 70059 | Remediation And Liability Management Company, Inc. | $120,000.00  (S)<br>$0.00  (A)<br>$50,000.00  (P)<br>$0.00  (U)<br>$170,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| LARRY KASSEL<br>1040 S LINDEN RD<br><br>FLINT, MI 48532 | 69630 | Remediation And Liability Management Company, Inc. | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MCKENNA, JAMES - A MINOR<br>PO BOX 1318 - 2294<br><br>SACRAMENTO, CA 95812 | 36986 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| NATIONAL CONSUMER LAW CENTER INC<br>7 WINTHROP SQ<br>#4FL<br>BOSTON, MA 02110 | 67229 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Thirty-Third Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| PATRICIA SLOMBA<br>158 PANAMA ST<br><br>PITTSTON, PA 18640 | 65378 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PETER SCHOLZ<br>AMASTR 41<br>94315 STRAUBING GERMANY<br><br>GERMANY | 65338 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$132.41 (U)<br>$132.41 (T)<br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ROBERTA FLOWERS<br>1198 E CASS AVE<br><br>FLINT, MI 48505 | 69895 | Remediation And Liability Management Company, Inc. | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ROBINSON, DANES<br>PO BOX 190285<br><br>BURTON, MI 48519 | 67480 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SHANKLIN JR GEORGE R<br>PO BOX 81<br><br>INDIANAPOLIS, IN 46206 | 65532 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Pg 5 of 6

**Thirty-Third Omnibus Objection**

Exhibit A

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| TOMMASO CITO<br>AM UANINSBERG 46<br>50226 FRECHEN GERMANY<br><br>GERMANY | 65397 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$46,708.20 (P)<br>$0.00 (U)<br>$46,708.20 (T)<br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| VENICE SWANSON<br>C/O B ADAM TERRELL<br>PO BOX 350<br>BEAUMONT, TX 77704 | 45853 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| WALTER AND EDITH KAUFMAN TRUST<br>WALTER AND EDITH KAUFMAN TTEES<br>UAD 1/23/91<br>C/O MEYER<br>9702 ETHAN RIDGE AVE<br>FREDERICK, MD 21704 | 44787 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| WILLIAM GOODMAN<br>642 MARTIN ST<br>OWOSSO, MI 48867 | 65540 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | **24** | | **$120,000.00** (S)<br>**$0.00** (A)<br>**$96,708.20** (P)<br>**$3,518,070.43** (U)<br>**$3,734,778.63** (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | Exhibit A | | | |
|---|---|---|---|---|---|
| **Thirty-Third Omnibus Objection** | | | | | **Motors Liquidation Company, et al.** |
| | | | | | **Case No. 09-50026 (REG), Jointly Administered** |

## *OBJECTION WITHDRAWN*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| PALMER, SHARON<br>995 PINE FOREST DR<br>MABLETON, GA 30126 | 49544 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ***OBJECTION WITHDRAWN*** | **1** | | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.