Thirty-Fourth Omnibus Objection

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ADALBERT RINGLSTETTER<br>796 REEF POINT CIR<br><br>NAPLES, FL 34108 | 3619 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ALMA FLORMAN<br>200 EAST 57TH ST APT 17N<br><br>NEW YORK, NY 10022 | 3027 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ANDERSON, LONNIE<br>19456 CALDWELL ST<br><br>DETROIT, MI 48234 | 3928 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ANDREW DUDLEY<br>7740 BLACKBURN CT<br><br>REYNOLDSBURG, OH 43068 | 3615 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ANN B STILLMAN<br>65 REVERE PARK<br><br>NASHVILLE, TN 37205 | 5007 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Thirty-Fourth Omnibus Objection

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ANN E CRENSHAW<br>6710 CRANWOOD DR<br><br>FLINT, MI 48505 | 4611 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$611.00  (U)<br>$611.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| ARNETT, TIMOTHY<br>10330 MAIN ST<br><br>LEO, IN 46765 | 2278 | Motors Liquidation Company | $4,200.00  (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$4,200.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| BANKS, WESLEY P<br>613 BRIARWOOD TRL<br><br>JOSHUA, TX 76058 | 4635 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BARNES, VIOLA F<br>2104 HALFORD ST<br><br>ANDERSON, IN 46016 | 3354 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BENNY KONOSKI<br>14053 ELMS RD<br><br>MONTROSE, MI 48457 | 2732 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BETTY M STRATTON<br>37 DAUNTON DR<br><br>ROCHESTER, NY 14624 | 2706 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BETTY ROSS<br>20830 BETHLAWN BLVD<br><br>FERNDALE, MI 48220 | 3838 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| BETTY STRATTON<br>37 DAUNTON DR<br><br>ROCHESTER, NY 14624 | 2705 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| BODDIE-NOELL ENTERPRISES, INC<br>1021 NOELL LN<br><br>ROCKY MOUNT, NC 27804 | 2767 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| BOSLEY, RALPH W<br>5316 SKYE DR<br><br>NEW MIDDLETOWN, OH 44442 | 3869 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| BRAGG, DOLORES A<br>2407 W ENGEL RD<br><br>WEST BRANCH, MI 48661 | 2557 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| BRENDA BLAIR<br>PO BOX 310594<br><br>FLINT, MI 48531 | 4995 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100,000.00 (U)<br>$100,000.00 (T) | | Insufficient Documentation | Pgs. 1-5 |
| CAMILLA VOSMEIER<br>2322 OAK PARK DRIVE<br><br>RICHMOND, IN 47374 | 2408 | Motors Liquidation Company | Unliquidated | | Insufficient Documentation | Pgs. 1-5 |
| CAROL BROWN<br>224 BOOTH AVE<br><br>LARIMORE, ND 58251 | 394 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$503.98 (U)<br>$503.98 (T) | | Insufficient Documentation | Pgs. 1-5 |
| CAROLYN BATTISTE INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF KAREEM PETERS<br>ATTN THOMAS P WILLINGHAM, ALVIS & WILLINGHAM LLP<br>1400 URBAN CENTER DR SUITE 475<br>BIRMINGHAM, AL 35242 | 1535 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,000,000.00 (U)<br>$2,000,000.00 (T) | | Insufficient Documentation | Pgs. 1-5 |
| CAROLYN WALL<br>2796 HOPE ST<br><br>HUDSONVILLE, MI 49426 | 3797 | Motors Liquidation Company | Unliquidated | | Insufficient Documentation | Pgs. 1-5 |
| CHARLES R MARTIN<br>1579 HOLLY HILL DR<br><br>BETHEL PARK, PA 15102 | 2747 | Motors Liquidation Company | Unliquidated | | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

<u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DANIEL STEPPKE<br>3268 W 50TH ST<br><br>CLEVELAND, OH 44102 | 4183 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DELEK AUTO CARE INC.<br>2876 S BUNDY DR<br><br>LOS ANGELES, CA 90064 | 3436 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DOLORES BRAGG<br>2407 W ENGEL RD<br><br>WEST BRANCH, MI 48661 | 2558 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DOROTHY S HAYWOOD<br>1508 PINEHURST DR<br><br>HIGH POINT, NC 27262 | 4324 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DOX, FRANK D<br>20 CLIFTON DR<br><br>BOARDMAN, OH 44512 | 3031 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DUDLEY, ANDREW R<br>7740 BLACKBURN CT<br><br>REYNOLDSBURG, OH 43068 | 3614 | Motors Liquidation Company | <br><br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DUDLEY, ARIELLE P<br>7740 BLACKBURN CT<br><br>REYNOLDSBURG, OH 43068 | 3613 | Motors Liquidation Company | <br><br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ESTATE OF DARLENE SAUER<br>C/O ATTORNEY RUSSELL T GOLLA<br>PO BOX 228<br>STEVENS POINT, WI 54481 | 677 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,000,000.00  (U)<br>$2,000,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| ESTELLA CHAPA IND AS REP OF THE ESTATE OF CESAR CHAPA DECEASED AND ANF OF CARIS CHAPA<br>C/O WATTS GUERRA CRAFT LLP<br>2402 DUNLAVY ST, SUITE 300<br>HOUSTON, TX 77006 | 130 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,500,000.00  (U)<br>$2,500,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| EWING W EGNER JR.<br>20497 BOURASSA AVE<br><br>BROWNSTOWN TWP, MI 48183 | 3837 | Motors Liquidation Company | <br><br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Thirty-Fourth Omnibus Objection

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FLOYD K ABRAHAMSON & VERA L ABRAHAMSON<br>1250 WINSOR DR #111<br><br>BROOKINGS, SD 57006 | 3937 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| FREDERICK G MILES<br>44 DARTHMOUTH ST<br><br>BUFFALO, NY 14215 | 963 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$12,000.00  (U)<br>$12,000.00  (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| GAMBLE, BARBARA J<br>435 IRWIN AVE<br><br>PONTIAC, MI 48341 | 4871 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$1,500,000.00  (U)<br>$1,500,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| GARY COLBURN<br>639 NOTRE DAME AVE<br><br>YOUNGSTOWN, OH 44515 | 4520 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| GEORGE DAVID SHERICK<br>2030 CHESTER BLVD #15B<br><br>RICHMOND, IN 47324 | 3910 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GEORGE F SEYK<br>LIANE H SEYK<br>1451 LITTLE MOOSE LN<br>NORTHBROOK, IL 60062 | 4192 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| GRAHAM, JAMES H<br>240 LISA CT<br><br>BOILING SPRINGS, SC 29316 | 3953 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| GRIMMWAY FARMS<br>6900 MOUNTAIN VIEW RD<br><br>BAKERSFIELD, CA 93307 | 3600 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$6,000.00  (U)<br>$6,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| HAYES K LEMMOND &<br>ETHEL N LEMMOND JTWROS<br>1602 PENN ROAD SW<br>HARTSELLE, AL 35640 | 2879 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HAYS, MICHAEL R<br>5164 JIMTOWN RD<br><br>E PALESTINE, OH 44413 | 3875 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| IVY, JUANITA<br>18075 MAINE ST<br><br>DETROIT, MI 48234 | 5056 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| J COLVIN & A COLVIN CO-TTEE<br>COLVIN REVOCABLE TRUST U/T/A<br>DTD 07/07/1985<br>2722 CIRCLE DR<br>NEWPORT BEACH, CA 92663 | 4850 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$25,000.00  (U)<br>$25,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| JAMES KELLMANN<br>18353 S FRONTIER RD<br><br>PEEPLES VALLEY, AZ 86332 | 3627 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| JANE POZNAK<br>10 SMITH MANOR DRIVE<br>UNIT 406<br>WEST ORANGE, NJ 07052 | 2470 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000.00  (U)<br>$10,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| JARVIE, FLORENCE E<br>749 PUTNAM AVE<br><br>LAWRENCEVILLE, NJ 08648 | 4771 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Fourth Omnibus Objection

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| JEAN T ROSSI<br>2030 CHESTER BLVD<br><br>RICHMOND, IN 47374 | 2406 | Motors Liquidation Company | | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | | |
| JEFF & ELIZABETH LECROY<br>WATTS GUERRA CRAFT LLP<br>2402 DUNLAVY ST<br>SUITE 300<br>HOUSTON, TX 77006 | 122 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $3,000,000.00 | (U) | | |
| | | | $3,000,000.00 | (T) | | |
| JOHN P OLSON<br>ATTN MICHAEL C SHEPARD<br>THE SHEPARD LAW FIRM PC<br>10 HIGH ST<br>BOSTON, MA 02110 | 1600 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $250,000.00 | (U) | | |
| | | | $250,000.00 | (T) | | |
| KENNETH SCHUTTE<br>2796 HOPE ST<br><br>HUDSONVILLE, MI 49426 | 3798 | Motors Liquidation Company | | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | | |
| KONOSKI, BENNY E<br>14053 ELMS RD<br><br>MONTROSE, MI 48457 | 2731 | Motors Liquidation Company | | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LARRY J MINAR<br>9249 BAUMGART RD<br><br>EVANSVILLE, IN 47725<br>UNITED STATES OF AMERICA | 4465 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MARY E DOWLER<br>201 E VINE ST<br><br>LIBERTY, IN 47353 | 2409 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MARY F HULL<br>1220 DEPOT 406<br><br>GLENVIEW, IL 60025 | 2889 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$10,000.00  (U)<br>$10,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| MCCOLLUM, ANNA E<br>2417 YOUNGSTOWN LOCKPORT RD<br><br>RANSOMVILLE, NY 14131 | 3606 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MICHAEL HAYS<br>5164 JIMTOWN RD<br><br>E PALESTINE, OH 44413 | 3874 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Fourth Omnibus Objection

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MILLER, WALTER H<br>8840 CR 622A<br><br>BUSHNELL, FL 33513 | 4895 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| MONTSERRAT TREJO VELASQUEZ<br>ATTN JERRY GUERRA<br>LAW OFFICES OF JERRY GUERRA P C<br>555 N CARANCAHUA SUITE 200<br>CORPUS CHRISTI, TX 78478 | 1051 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$3,500,000.00   (U)<br>$3,500,000.00   (T) | Insufficient Documentation | Pgs. 1-5 |
| MSB FBO ROBERT POZNAK &<br>JANE POZNAK JT TEN<br>10 SMITH MANOR BLVD UNIT 406<br>WEST ORANGE, NJ 07052 | 2469 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$15,000.00   (U)<br>$15,000.00   (T) | Insufficient Documentation | Pgs. 1-5 |
| NANCY R MORRISON<br>126 WELLESLEY DR<br><br>NEWPORT NEWS, VA 23606 | 3833 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| NORMAN & SONDRA KAY JT-TEN<br>7301 COVENTRY AVE. APT 502<br><br>MELROSE PARK, PA 19027 | 3912 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Fourth Omnibus Objection

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| NOWAK, CLEMENTINE C<br>2129 HIGHWAY 33<br><br>HAMILTON, NJ 08690 | 2885 | Motors Liquidation Company | | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PATRICIA E FANNING<br>628 BRYANT AVE<br><br>TEANECK, NJ 07666 | 4879 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$225.00  (U)<br>$225.00  (T) | | Insufficient Documentation | Pgs. 1-5 |
| PATRICIA HAWKINS<br>1710 ARTHUR DR NW<br><br>WARREN, OH 44485 | 3873 | Motors Liquidation Company | | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PAUL GIBBY<br>344 NO 1115TH ST APT 3E<br><br>POCATELLO, ID 83201 | 2940 | Motors Liquidation Company | | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| RAGSDALE RAYMOND LEE<br>RAGSDALE, RAYMOND LEE<br>4528 SOUTH SHERIDAN SUITE 103<br>TULSA, OK 74145 | 3890 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$50,000.00  (U)<br>$50,000.00  (T) | | Insufficient Documentation | Pgs. 1-5 |
| RALPH BOSLEY<br>5316 SKYE DR<br><br>NEW MIDDLETOWN, OH 44442 | 3870 | Motors Liquidation Company | | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| REDRICK, GLENDA D<br>1007 ORLO DR NW<br><br>WARREN, OH 44485 | 3879 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| RICHARD C FIRSCHING<br>941 OLD HICKORY RD<br><br>PITTSBURGH, PA 15243 | 2749 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| RICHTER RUTH E<br>4741 STATE ROAD 54 W<br><br>SPRINGVILLE, IN 47462 | 4883 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| RINGLSTETTER, ADALBERT B<br>796 REEF POINT CIR<br><br>NAPLES, FL 34108 | 3618 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| ROBERT W SAWYER CO-<br>MARGARET A SAWYER CO-<br>1857 WILDWOOD RD<br>TOLEDO, OH 43614 | 3903 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,005.00  (U)<br>$5,005.00  (T) | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Thirty-Fourth Omnibus Objection**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ROGER NEWELL<br>5952 PHELPS CT<br><br>OTTER LAKE, MI 48464 | 1906 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| RON F ROQUE AND PATRICIA ROQUE CO TRUSTESS<br>FOR RON ROQUE TRUST<br>5509 PATTIE LN<br>LOUISVILLE, KY 40219 | 4986 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000.00  (U)<br>$10,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| ROSS, BETTY L<br>20830 BETHLAWN BLVD<br><br>FERNDALE, MI 48220 | 3839 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| ROY, JOHN R<br>110 WINDERMERE RD<br><br>LOCKPORT, NY 14094 | 4716 | Motors Liquidation Company | $468.69  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$468.69  (T) | Insufficient Documentation | Pgs. 1-5 |
| RUDOLPH COHEN AND<br>GENIA B TISHMAN JTWROS<br>3109 OLD POST DR<br>BALTIMORE, MD 21208 | 1770 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SCHNEIDER DAVID<br>SCHNEIDER, DAVID<br>ELIAS SCHNEIDER<br>49 W PROSPECT ST<br>E BRUNSWICK, NJ 08816 | 2347 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| SCHUTTE, KENNETH J<br>2796 HOPE ST<br>HUDSONVILLE, MI 49426 | 3799 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SLEDZ, MARIA<br>3529 WILLIAMSON RD<br>SAGINAW, MI 48601 | 3930 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SLEDZ, MIKOLAJ<br>3529 WILLIAMSON RD<br>SAGINAW, MI 48601 | 3929 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| STEPHEN CLAY, SR.<br>203 FULTON ST.<br>BROOKHAVEN, MS 39601 | 4174 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| STEPPKE, DANIEL H<br>3268 W 50TH ST<br>CLEVELAND, OH 44102 | 4184 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| THERESA MARTIN<br>1579 HOLLY HILL DR<br>BETHEL PARK, PA 15102 | 2748 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| THOMAS P WEBB<br>21 HIGHLAND PLACE<br>MAPLEWOOD, NJ 07040 | 3939 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| TOWNSEND, JAMIE E<br>3621 BROWNELL BOULEVARD<br>FLINT, MI 48504 | 4617 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| WALTER H GUTMAN<br>1200 KING ST APT 455<br>RYE BROOK, NY 10573 | 4136 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Fourth Omnibus Objection

**Exhibit A**

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WESSINGER JAMES B MD PC<br>4277 OKEMOS RD STE 100<br><br>OKEMOS, MI 48864 | 2926 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| WIGGINS, JOHN E<br>101 STOCKDALE ST<br><br>FLINT, MI 48503 | 1811 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$10,000.00  (U)<br>$10,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| WILLIAM A KRAUS<br>CHRISTINA E KRAUS<br>1585 HOLLY HILL DR<br>BETHEL PARK, PA 15102 | 2762 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| WILLIAM MCKEE<br>44 SOUTH ST<br><br>THREE RIVERS, MA 01080 | 3841 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| WILSON JR, HERBERT<br>525 LAZY WILLOW LN<br><br>LAWRENCEVILLE, GA 30044 | 2721 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| WYLLA RAMSEY<br>ATTN: E TODD TRACY<br>THE TRACY FIRM<br>5473 BLAIR RD, SUITE 200<br>DALLAS, TX 75231 | 16 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $5,000,000.00 | (U) | | |
| | | | $5,000,000.00 | (T) | | |

| *CLAIMS TO BE DISALLOWED AND EXPUNGED* | 94 | | $4,668.69 | (S) | | |
|---|---|---|---|---|---|---|
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $21,004,344.98 | (U) | | |
| | | | $21,009,013.67 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Thirty-Fourth Omnibus Objection

### *OBJECTION WITHDRAWN*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| BRENDA C BLAIR<br>PO BOX 310594<br><br>FLINT, MI 48531 | 4996 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $100,000.00 | (U) | | |
| | | | $100,000.00 | (T) | | |
| LINDA SZEJNA<br>C/O ATTORNEY RUSSELL T GOLLA<br>PO BOX 228<br>STEVENS POINT, WI 54481 | 655 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $16,000,000.00 | (U) | | |
| | | | $16,000,000.00 | (T) | | |
| MORAN, VERA WILLIAMS<br>RR 1 BOX 121A<br><br>HAMBLETON, WV 26269 | 4345 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $240,000.00 | (P) | | |
| | | | $0.00 | (U) | | |
| | | | $240,000.00 | (T) | | |

| *OBJECTION WITHDRAWN* | **3** | | | |
|---|---|---|---|---|
| | | **$0.00** | (S) | |
| | | **$0.00** | (A) | |
| | | **$240,000.00** | (P) | |
| | | **$16,100,000.00** | (U) | |
| | | **$16,340,000.00** | (T) | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

*CLAIM WITHDRAWN*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ALLSTATE INSURANCE COMPANY CLAIM 2426942112 PALM ATTN DAVID LAUGHLIN PO BOX 29500 ROANOKE, VA 24018 | 750 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

| *CLAIM WITHDRAWN* | 1 | | | |
|---|---|---|---|---|
| | | $0.00 | (S) | |
| | | $0.00 | (A) | |
| | | $0.00 | (P) | |
| | | $0.00 | (U) | |
| | | $0.00 | (T) | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.