**Exhibit A**

Thirty-Fifth Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| ADAMS, ELMIRA<br>11804 S LOOMIS ST<br><br>CHICAGO, IL 60643 | 5571 | Motors Liquidation Company | | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ALAN D. CHAMBERLIN<br>TOD ACCOUNT<br>72 RUSTIC LEAF DR #7B<br>CAMDENTON, MO 65020 | 6588 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,500.00 (U)<br>$2,500.00 (T) | | Insufficient Documentation | Pgs. 1-5 |
| ALBERT WINKEL<br>ROISDORFERSTR 4<br>50969 KOLN GERMANY<br><br>GERMANY | 13155 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$30,000.00 (U)<br>$30,000.00 (T) | | Insufficient Documentation | Pgs. 1-5 |
| AMERSON, MARTHA<br>21314 PEMBROKE AVE<br><br>DETROIT, MI 48219 | 6043 | Motors Liquidation Company | | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ARLINE DITCH<br>2100 18TH ST<br><br>MENOMINEE, MI 49858 | 9162 | Motors Liquidation Company | | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Fifth Omnibus Objection

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ARMENTOR ERIC<br>ARMENTOR, ERIC<br>ONE LAKESHORE DRIVE SUITE 1800<br>LAKE CHARLES, LA 70629 | 11402 | Motors Liquidation Company | $30,385.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,255.00  (U)<br>$34,640.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| ASCENCIO, MARION<br>3401 DALE AVE<br>C/O FRANCES ASCENCIO<br>FLINT, MI 48506 | 6046 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| AYERS, EDITH<br>PO BOX 455<br>BUCHANAN, VA 24066 | 11723 | Motors Liquidation Company | $150,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$150,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| BAY, ROGER D<br>4911 EMERY AVE<br>KANSAS CITY, MO 64136 | 8676 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$15,000.00  (U)<br>$15,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| BERGLUND, JODI<br>2848 VILAS LN<br>EAGAN, MN 55121 | 7224 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$104,000.00  (U)<br>$104,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| BORELLI, JOYCE A<br>4715 167TH ST<br>FLUSHING, NY 11358 | 6483 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$31,000.00  (U)<br>$31,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Fifth Omnibus Objection

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BOUDREAUX CRAIG<br>BOUDREAUX, CRAIG<br>ONE LAKESHORE DRIVE SUITE 1800<br>LAKE CHARLES, LA 70629 | 11403 | Motors Liquidation Company | $15,310.94  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,904.06  (U)<br>$21,215.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| BRUCHHAUS DANE<br>ARCENEAUX, MARGARET<br>ONE LAKESHORE DRIVE SUITE 1800<br>LAKE CHARLES, LA 70629 | 11405 | Motors Liquidation Company | $20,567.49  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$20,567.49  (T) | Insufficient Documentation | Pgs. 1-5 |
| BURNS, ELEANORE T<br>237 MAIN ST STE 1015<br>C/O WILLIAM BERRY<br>BUFFALO, NY 14203 | 9449 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BUTLER SR, LINDSEY R<br>PO BOX 1060<br>SUN, LA 70463 | 7434 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$15,500.00  (U)<br>$15,500.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| CANTY SHAWN<br>CANTY, SHAWN<br>ONE LAKESHORE DRIVE SUITE 1800<br>LAKE CHARLES, LA 70629 | 11407 | Motors Liquidation Company | $19,714.46  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$9,540.46  (U)<br>$29,254.92  (T) | Insufficient Documentation | Pgs. 1-5 |
| CARL MILLER<br>1091 BUCKSKIN TRL<br>XENIA, OH 45385 | 6565 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Fifth Omnibus Objection

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CHAVEZ, ALFREDO<br>13208 DUFFIELD AVE<br><br>LA MIRADA, CA 90638 | 12562 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CHRISTA LECKEL<br>KONRAD ADENAUERSTR 36<br>D 69221 DOSSENHEIM<br><br>GERMANY | 10665 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$38,265.31  (U)<br>$38,265.31  (T) | Insufficient Documentation | Pgs. 1-5 |
| COREY H MARCO<br><br>UNITED STATES OF AMERICA | 11734 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$438.00  (U)<br>$438.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| DAVID E MORRIS<br>2804 PEDIGO PL<br><br>THOMPSONS STN, TN 37179 | 5573 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DAVID MORRIS<br>2804 PEDIGO PL<br><br>THOMPSONS STN, TN 37179 | 5574 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DILL, GEORGIA A<br>1614 N FRANKLIN AVE<br>FLINT, MI 48506 | 9692 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| DOLKOWSKI, JOSEPH H<br>4409 WING VIEW LANE<br>DAYTON, OH 45429 | 9155 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| DOLKOWSKI, MARJORIE<br>4409 WING VIEW LANE<br>DAYTON, OH 45429 | 9154 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| DONALD E DUKE<br>SHIRLEY SUE DUKE<br>2817 REEVESTON RD<br>RICHMOND, IN 47374 | 6039 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| EDWIN J BAILEY JR<br>133 GWYN LYNN DR<br>WARMINSTER, PA 18974 | 10083 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ELIZABETH BAINE<br>1634 ASHLEY PL<br><br>VANDALIA, OH 45377 | 5497 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ELOISE JULIUS<br>3300 DARBY RD APT 3211<br><br>HAVERFORD, PA 19041 | 11721 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$20,000.00  (U)<br>$20,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| EUGENIA M BARFIELD<br>4924 BLUFFTON PKWY UNIT 21-306<br><br>BLUFFTON, SC 29910 | 9547 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| GABRIEL W WITT<br>PATRICIA J WITT<br>3954 AGATE ST<br>RIVERSIDE, CA 92509 | 13690 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| GEORGE ZAWACKI<br>263 CUMMINGS AVE SW<br><br>WALKER, MI 49534 | 6042 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Thirty-Fifth Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GEORGIA DILL<br>1614 N FRANKLIN AVE<br><br>FLINT, MI 48506 | 9693 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| GERALD E KRONK &<br>KAREN L KRONK TEN ENT<br>8975 MERTZTOWN ROAD<br>MERTZTOWN, PA 19539 | 6532 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| GERALD TAYLOR<br>3541 SAWMILL RD<br><br>GLENNIE, MI 48737 | 6281 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| GOODWIN, THELMA L<br>1259 S ANNABELLE ST<br><br>DETROIT, MI 48217 | 11055 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HARRY W KERN<br>BETTY KERN<br>3212 NEWELL ST<br>SAN DIEGO, CA 92106 | 8396 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$280.80  (U)<br>$280.80  (T) | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Thirty-Fifth Omnibus Objection**

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HOSKINS, JOYCE<br>308 STATE RD N<br><br>MACKS CREEK, MO 65786 | 9276 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HOVE, CURTIS J<br>PO BOX 1102<br><br>WINDER, GA 30680 | 6971 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| IRENE C BUSKEY & JAMES F BUSKEY<br>JT TEN<br>4 ROOSEVELT CITY RD<br>WHITING, NJ 08759 | 10469 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,000.00  (U)<br>$20,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| JACK & DONNA DOBBS<br>8317 39TH AVE N<br><br>MINNEAPOLIS, MN 55427 | 11398 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| JACKSON, EVELYN<br>841 LANDSDOWNE AVE NW<br><br>WARREN, OH 44485 | 10484 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| JAMES ALBERT BENTON<br>1130 PITZER LN<br><br>WINSTON SALEM, NC 27106 | 7286 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$11,675.00  (U)<br>$11,675.00  (T) | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JANE K SELON<br>239A FRANKLIN AVE<br><br>BROOKVILLE, IN 47012 | 6843 | Motors Liquidation Company | <br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| JEANNE SUTOW<br>222 N NEWARK AVE<br><br>VENTNOR CITY, NJ 08406 | 13297 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$5,136.00   (U)<br>$5,136.00   (T) | Insufficient Documentation | Pgs. 1-5 |
| JEFF D CLARK AND LISA JEANNE CLARK<br>3231 ATARI COURT<br><br>SAN DIEGO, CA 92117 | 10086 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$312.00   (U)<br>$312.00   (T) | Insufficient Documentation | Pgs. 1-5 |
| JOE M AND MARILYN LEE<br>3913 OAK CREEK DR<br><br>NACOGDOCHES, TX 75965 | 9186 | Motors Liquidation Company | <br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| JONES, HAROLD<br>237 MAIN ST STE 1015<br>C/O LEGAL SERVICES FOR THE ELDERLY<br>BUFFALO, NY 14203 | 9447 | Motors Liquidation Company | <br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Fifth Omnibus Objection

<u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| JOSE EVERARDO VILLALOBOS QUINTERO & MARIA DEL SOCORRO VARGAS DE VILLALOBOS CTO MISIONEROS #21 CD SATELITE NAUCALPAN EDO DE MEXICO 53100,MEXICO MEXICO | 13698 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $125,000.00 | (U) | | |
| | | | $125,000.00 | (T) | | |
| JUAN B HERNANDEZ 17660 HERCULES ST HESPERIA, CA 92345 | 7730 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $10,000.00 | (U) | | |
| | | | $10,000.00 | (T) | | |
| KAREN MILLER 1091 BUCKSKIN TRL XENIA, OH 45385 | 6566 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $7,919.00 | (U) | | |
| | | | $7,919.00 | (T) | | |
| KENT Q AND DOROTHY L KREH 260 CARLYLE LAKE DR SAINT LOUIS, MO 63141 | 10517 | Motors Liquidation Company | | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | | |
| KOEHLER, VIRGINIA J 8480 CRAIG ST APT 123 INDIANAPOLIS, IN 46250 | 11494 | Motors Liquidation Company | | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LAPRATT-SKIBA, JANENE ANNE 580 MONA RD CARO, MI 48723 | 6390 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| LAWRENCE A RANKIN & TRUDY C RANKIN LAWRENCE A RANKIN & TRUDY C RANKIN JT TEN 2659 HANDLEY BOULEVARD LAKELAND, FL 33803 | 7053 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $540.00  (U) $540.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| LEACH, DARRAL T 1808 GLOUCESTER PL CLINTON, MS 39056 | 10363 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| LOTHAR WISSEL JOCUGRIMERSTR 107 D 76764 RHEINZABERN GERMANY | 9786 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $21,258.50  (U) $21,258.50  (T) | Insufficient Documentation | Pgs. 1-5 |
| MASONIC LOW 12 CLUB OF POLK COUNTY P O BOX 8819 LAKELAND, FL 33806 | 10257 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $540.00  (U) $540.00  (T) | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Fifth Omnibus Objection

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MEEKER, ERNEST E<br>203 FOXWORTH LN<br><br>SIMPSONVILLE, SC 29680 | 6041 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| MRS MARTHA B WILLS<br>1110 BLACKSHEAR RD<br><br>CORDELE, GA 31015 | 10087 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| NANCY BALDWIN<br>1099 S OCEAN BLVD<br>#106<br>BOCA RATON, FL 33432 | 10261 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| NATALIE BURKHARDT<br>106 WHITEHALL ST<br><br>STATEN ISLAND, NY 10306 | 13978 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| ORLAND SMITH<br>MARGARET G DAWSON-SMITH<br>25359 POTOMAC DR<br>SOUTH LYON, MI 48178 | 10511 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$5,700.00  (U)<br>$5,700.00  (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| PATRICIA J WITT<br>3954 AGATE<br><br>RIVERSIDE, CA 92509 | 13689 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PATRICIA MC CUNE<br>4480 CLAGUE RD<br><br>NORTH OLMSTED, OH 44070 | 6275 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PATRICK I FLETCHER<br>270 WILSON ST<br><br>STRUTHERS, OH 44471 | 7237 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PROGRESSIVE INSURANCE COMPANIES<br>7201 CREEDMOOR RD STE 150<br><br>RALEIGH, NC 27613 | 5588 | Motors Liquidation Company | $22,396.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$22,396.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| RAMESH R GOSWAMI<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>6310 N POINT WAY<br>SACRAMENTO, CA 95831 | 11483 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Thirty-Fifth Omnibus Objection**

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| REGINA TOEDTMANN KONSTANTINSTR 18 A D 53179 BONN GERMANY  GERMANY | 9785 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$49,603.17<br>$49,603.17 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-5 |
| RICKEY CLARK 1961 JOY ST  SAGINAW, MI 48601 | 6279 | Motors Liquidation Company | Unliquidated | | Insufficient Documentation | Pgs. 1-5 |
| RITA BURCH 237 MAIN ST STE 1015 LEGAL SERVICES FOR THE ELDERLY BUFFALO, NY 14203 | 9448 | Motors Liquidation Company | Unliquidated | | Insufficient Documentation | Pgs. 1-5 |
| ROBERT K HOFER AND JOYCE S HOFER 14060 CANE MILL ROAD  BROOKVILLE, IN 47012 | 6241 | Motors Liquidation Company | Unliquidated | | Insufficient Documentation | Pgs. 1-5 |
| ROJEK, LOIS 1121 MARCIA DR  NORTH TONAWANDA, NY 14120 | 6992 | Motors Liquidation Company | Unliquidated | | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ROMEALIA D MOORE<br>651 MILLER ST. SW<br><br>WARREN, OH 44485 | 9189 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ROMEALIA MOORE<br>651 MILLER ST SW<br><br>WARREN, OH 44485 | 9188 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| RONALD JOHNSON<br>13611 LITTLE COVE RD<br><br>MERCERSBURG, PA 17236 | 5888 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| RONALD STOCKER<br>6435 JOHNSON RD<br><br>FLUSHING, MI 48433 | 7832 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SAFECO INSURANCE COMPANY<br>CLAIM # 6553 5557 3020<br>PO BOX 461<br>ST LOUIS, MO 63166 | 12516 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,667.28  (U)<br>$5,667.28  (T) | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SPEARS, KATHLEEN D<br>26280 PRINCETON ST<br><br>INKSTER, MI 48141 | 5584 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| STEPHANIE CIARAMITARO<br>30588 LYNN CT<br><br>CHESTERFIELD TWP, MI 48051 | 5531 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SWEENEY RHONDA<br>1540 COAL BANK ROAD<br><br>SHARON GROVE, KY 42280 | 12849 | Motors Liquidation Company | $500.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$500.00   (T) | Insufficient Documentation | Pgs. 1-5 |
| TABACHNICK, EMANUEL<br>STE 1015<br>237 MAIN STREET<br>BUFFALO, NY 14203 | 9446 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| TAYLOR, JUDY KAY<br>4525 CURDY RD<br><br>HOWELL, MI 48855 | 6994 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| THELMA GOODWIN<br>1259 S ANNABELLE ST<br><br>DETROIT, MI 48217 | 11054 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| THOMAS E KINDRED<br>WELLS FARGO ADVISORS LLC<br>JEFF TUCKER<br>2001 SW 17TH STREET<br>OCALA, FL 34474<br>UNITED STATES OF AMERICA | 5510 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| THRONSON, ROBERT H<br>7741 CEDAR RIDGE CT<br><br>FRANKLIN, WI 53132 | 6289 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| V. KATHLEEN MCLAUGHLIN IRA<br>FCC AS CUSTODIAN<br>22591 LANGE<br>ST CLAIR SHS, MI 48080 | 8801 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| VICTOR KORYCKI<br>CHRISTINE K KORYCKI<br>7405 IRONGATE RD<br>CANTON, MI 48187 | 11410 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| WALKER, EARLENE<br>9321 EMILY LN<br>MIDWEST CITY, OK 73130 | 5505 | MLCS, LLC | | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | | |
| WILLIAM P WALL<br>3060 DOYLESVILLE RD<br>RICHMOND, KY 40475 | 12519 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $7,545.00 | (U) | | |
| | | | $7,545.00 | (T) | | |
| ***CLAIMS TO BE DISALLOWED AND EXPUNGED*** | **90** | | **$258,873.89** | **(S)** | | |
| | | | **$0.00** | **(A)** | | |
| | | | **$0.00** | **(P)** | | |
| | | | **$547,579.58** | **(U)** | | |
| | | | **$806,453.47** | **(T)** | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

*OBJECTION WITHDRAWN*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| AGNES SALAWAY REV.LIVING TRUST AGNES SALAWAY TTEE U/A/D 7/11/2000 9287 VISTA DEL LAGO #13F BOCA RATON, FL 33428 | 9685 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ARLENE ELLANT 30 AMHURT RD GREAT NECK, NY 11021 | 10268 | Motors Liquidation Company | $40,000.00   (S) $0.00   (A) $0.00   (P) $0.00   (U) $40,000.00   (T) | Insufficient Documentation | Pgs. 1-5 |
| JANENE LAPRATT-SKIBA 580 MONA RD CARO, MI 48723 | 6389 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| JOHN & GLORIA RANDAZZI 42 LEWIS DR MAYS LANDING, NJ 08330 | 10080 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| JOHN MAHONEY AND NANCY MAHONEY C/O HARRIS POWERS AND CUNNINGHAM PO BOX 13568 PHOENIX, AZ 85002 | 12546 | Motors Liquidation Company | $0.00   (S) $0.00   (A) $0.00   (P) $3,000,000.00   (U) $3,000,000.00   (T) | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Thirty-Fifth Omnibus Objection**

# Exhibit A

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## *OBJECTION WITHDRAWN*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ZELDA MESHBERG<br>C/O LOIS GANSHEROFF<br>605 MANAYUNK RD<br>BALA CYNWYD, PA 19004 | 10081 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

| *OBJECTION WITHDRAWN* | **6** | | **$40,000.00** (S) | | |
|---|---|---|---|---|---|
| | | | **$0.00** (A) | | |
| | | | **$0.00** (P) | | |
| | | | **$3,000,000.00** (U) | | |
| | | | **$3,040,000.00** (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Thirty-Fifth Omnibus Objection**

## Exhibit A

*CLAIM WITHDRAWN*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DOROTHY M. BREWER 1435 SANTA SUSANA HEMET, CA 92543 | 9798 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

| *CLAIM WITHDRAWN* | **1** | | $0.00  (S) | | |
|---|---|---|---|---|---|
| | | | $0.00  (A) | | |
| | | | $0.00  (P) | | |
| | | | $0.00  (U) | | |
| | | | $0.00  (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.