**Thirty-Sixth Omnibus Objection**

**Exhibit A**

<u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG), Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ALDRICH, KENNETH B<br>2332 W ROOSEVELT RD<br>PERRINTON, MI 48871 | 14274 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ALLEN, PAMELA A<br>PO BOX 1154<br>DEARBORN HEIGHTS, MI 48127 | 26603 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ANICA SUMIGA<br>ANICA SUMIGA MATIJA GUPCA 18<br>CROATIA  31221 FOSIPOVAC<br>CROATIA | 14795 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BARNEY T MILLER &<br>ANN L MILLER JT TEN<br>18 DOVER ROAD<br>NORTH HAVEN, CT 06473 | 14744 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BEDWELL CARMEN<br>BEDWELL, CARMEN<br>10 JUSTISS ROAD<br>JACKSON, TN 38301 | 29546 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

**Thirty-Sixth Omnibus Objection**  **Exhibit A**  **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BETTY BRADDOCK ALSTON<br>16820 WINTHROP ST<br>DETROIT, MI 48235 | 20535 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BEVERLY STERGER<br>5650 COLDSTREAM DR<br>SPRINGFIELD, MO 65809 | 19486 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CANDY BLACK<br>LOT 139<br>94 JAMISON ROAD NORTHWEST<br>WSHNGTN CT HS, OH 43160 | 19365 | Motors Liquidation Company | $0.00 (S)<br>$39,000.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$39,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| CHRISTIAN D ROE<br>10500 E LOST CANYON LOT #5<br>SCOTTSDALE, AZ 85255 | 22161 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000.00 (U)<br>$5,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| COLANTONIO, PIETRO<br>640 STUART AVE<br>MAMARONECK, NY 10543 | 20883 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CONLEY, FLORA J<br>2406 TRINITY DR<br>MIDDLETOWN, OH 45044 | 22077 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 2

| Thirty-Sixth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CROSBY, VARRIS<br>3314 WHEELER CHAPEL RD<br><br>PINE BLUFF, AR 71601 | 19379 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DANA E FRANKENBURG<br>26 GEORGE JR RD<br><br>GROVE CITY, PA 16127 | 29552 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DANNEY BALL<br>140 E STETSON<br>#333<br>HEMET, CA 92543 | 22602 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,292.60 (U)<br>$1,292.60 (T) | Insufficient Documentation | Pgs. 1-5 |
| DAVIS, PATRICIA S<br>217 SELMAN DR<br><br>MONROE, LA 71203 | 19489 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DCG & T<br>FBO JOSEPH CONCHADO<br>146-23 LABURNUM AVE<br>FLUSHING, NY 11355 | 28014 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,000.00 (U)<br>$2,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Thirty-Sixth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DEIRDRE O'CONNELL<br>1425 W GRANT AVE<br>WILMINGTON, DE 19806 | 19713 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DIANA RUBIN<br>2810 JOHNSTON ST<br>LAFAYETTE, LA 70503 | 15652 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$8,000.00 (U)<br>$8,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| DIXON, GARY R<br>14263 ZORZAL<br>FORT PIERCE, FL 34951 | 19485 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DONNA JEAN PUGH<br>3535 WALKER RD<br>HILLIARD, OH 43026 | 17602 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DWYER, GARY L<br>8084 JORDAN RD<br>YALE, MI 48097 | 20626 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Thirty-Sixth Omnibus Objection**        Exhibit A        **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EILEEN DAUGHTON<br>419 WHEELER SCHOOL RD<br>PYLESVILLE, MD 21132 | 20147 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ERICA WEISS & GARY WEISS<br>318 STONE QUARRY RD<br>ITHACA, NY 14850 | 29019 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ERIKA BRUNSMEYER<br>GERMELMANNSTR.4<br>37431 BAD LAUTERBERG GERMANY<br>GERMANY | 20779 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| FRANKLY DOTOU MD<br>2 BROOKFIELD AVE<br>NUTLEY, WI 07110 | 14911 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$25,000.00 (U)<br>$25,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| GARY WEISS & ERICA WEISS JT TEN<br>318 STONE QUARRY RD<br>ITHACA, NY 14850 | 29018 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| GAULDING, FRANCINE D (SPOUSE) (WIDOWED)<br>1956 TENNYSON AVE<br>DAYTON, OH 45406 | 19745 | Motors Liquidation Company | $11,550.00 (S)<br>$0.00 (A)<br>$10,950.00 (P)<br>$0.00 (U)<br>$22,500.00 (T) | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Thirty-Sixth Omnibus Objection**     Exhibit A     **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GERRY HOPKINS<br>APT 15<br>6321 SAINT ANDREWS DRIVE<br>CANFIELD, OH 44406 | 20121 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| GLORIA FEMINELLA TR DTD 3/20/91<br>18 HERDMAN CT<br>MIDDLE ISLAND, NY 11953 | 15651 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$24,000.00 (U)<br>$24,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| GONZALES, STELLA M<br>4557 11TH ST APT B<br>GUADALUPE, CA 93434 | 23361 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| GUPTON, VELMA L<br>28874 LIMESTONE WAY<br>COARSEGOLD, CA 93614 | 17156 | Motors Liquidation Company | $786.10 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$786.10 (T) | Insufficient Documentation | Pgs. 1-5 |
| HAASE, LOUIS J<br>7700 HARRIS RD<br>MARLETTE, MI 48453 | 15656 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Thirty-Sixth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HANS-JUERGEN UND HELGA GAUDECK<br>KRAMPNITZER WEG 21<br>BERLIN DE 14089 GERMANY<br>GERMANY | 19152 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HEIDEMARIE BURGHAUS<br>HAINWEG 19<br>38120 BRAUNSCHWEIG GERMANY<br>GERMANY | 25395 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000.00 (U)<br>$5,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| HOPKINS, GERRY A<br>6321 SAINT ANDREWS DR<br>APARTMENT 15<br>CANSFIELD, OH 44406 | 20120 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| J ROEBUCK & K ROEBUCK JT TEN TOD<br>A M KRANNING, J D ROEBUCK,<br>V E ROEBUCK SUBJECT TO STA RULES<br>1022 BLUE HORIZON DRIVE<br>DELTONA, FL 32725 | 23459 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,250.00 (U)<br>$3,250.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| JACK F RICHARDSON &<br>PATRICIA A RICHARDSON TEN ENT<br>16950 WATERLINE RD<br>BRADENTON, FL 34212 | 22117 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Thirty-Sixth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| JACK RICHARDSON<br>16950 WATERLINE RD<br>BRANDENTON, FL 34212 | 22118 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| JAMES NEFF<br>538 JODEE DR<br>XENIA, OH 45385 | 14304 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| JEANNE PETERMANN<br>N7448 COUNTY ROAD J<br>PLYMOUTH, WI 53073 | 19711 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| JEANNE W PETERMANN<br>N7448 COUNTY ROAD J<br>PLYMOUTH, WI 53073 | 19710 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| JENNIFER THOMPSON<br>7618 E 49TH ST<br>KANSAS CITY, MO 64129<br>UNITED STATES OF AMERICA | 19828 | Motors Liquidation Company | $500.00  (S)<br>$0.00  (A)<br>$5,000.00  (P)<br>$0.00  (U)<br>$5,500.00  (T) | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Thirty-Sixth Omnibus Objection**  **Exhibit A**  **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOHN WIET<br>6639 N LOLETA<br>CHICAGO, IL 60646 | 14954 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$24,900.00 (U)<br>$24,900.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| JOY LIER<br>6401 N NEINER RD<br>SANFORD, MI 48657 | 19113 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| KATHLEEN REAM<br>2186 SAWTOOTH MOUNTAIN DR<br>HENDERSON, NV 89044 | 19716 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| KATHRYN M BETZ<br>4155 W 800 N<br>HUNTINGTON, IN 46750 | 14964 | Motors Liquidation Company | $331.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$19,669.00 (U)<br>$20,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| LANE, MARGARET E<br>329 CARRIAGE PATH CT<br>WEBSTER, NY 14580 | 16058 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| LAURIE DEPAOLO<br>41 MERCURY AVE<br>TIBURON, CA 94920 | 22191 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,205.00 (U)<br>$2,205.00 (T) | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 9

| Thirty-Sixth Omnibus Objection | | Exhibit A | | **Motors Liquidation Company, et al.** |
| --- | --- | --- | --- | --- |
| | | | | Case No. 09-50026 (REG), Jointly Administered |

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| LIER, JOY C<br>6401 N NEINER RD<br>SANFORD, MI 48657 | 18207 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MAINER JR, ROY L<br>15 LARKIN RD<br>BURLINGTON, NJ 08016 | 22597 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MANKO, EDWARD F<br>8076 BROWN RD<br>GREENWOOD, MI 48006 | 17190 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,000.00 (U)<br>$10,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| MARTHA HOARE<br>19 WALESA COURT<br>TOMS RIVER, NJ 08757 | 28944 | Motors Liquidation Company | $11,815.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$11,815.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| MARY J KURTZ<br>2352 WILLIAMS DR<br>CORTLAND, OH 44410 | 17039 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MARY J VISCARDI<br>77 LEDGEROCK LN<br>ROCHESTER, NY 14618 | 15252 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Thirty-Sixth Omnibus Objection**  **Exhibit A**  **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MAVIGLIA, STEVE A<br>3771 E KENT RD<br><br>FREELAND, MI 48623 | 23562 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MODERN SERVICE<br>158 E CHATHAM ST<br><br>CARY, NC 27511 | 22072 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MRS EVELYN B CROWELL<br>151 MAJOR REYNOLDS PL<br><br>KNOXVILLE, TN 37919 | 15633 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MS MARY LOU REESE<br>TOD JOHN M FARNELL &<br>MICHAEL FARNELL<br>SUBJ TO FL TOD RULES<br>700 SE 7TH AVE #3<br>POMPANO BEACH, FL 33060 | 28964 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MULLEN, MARY M.<br>7827 WESTWOOD DR<br><br>ELMWOOD PARK, IL 60707<br>UNITED STATES OF AMERICA | 22083 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,617.38  (U)<br>$2,617.38  (T) | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Thirty-Sixth Omnibus Objection | | Exhibit A | | | **Motors Liquidation Company, et al.** |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| NELSON, WILLIAM T<br>8261 BINGHAM ST<br>DETROIT, MI 48228 | 22123 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| NEWTON, REBECCA I<br>4881 HIGHWAY 242 WEST<br>LEXA, AR 72355 | 19707 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PASSAFIUME, I A<br>3180 STAR DR<br>LAKE HAVASU CITY, AZ 86406 | 28442 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PATRICIA A RICHARDSON<br>16950 WATERLINE RD<br>BRADENTON, FL 34212 | 22119 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PAUL ARNOLD & DOROTHY D ARNOLD TTEE<br>U/A MAR 16 1990<br>3155 BISSELL ST<br>ORRICK, MO 64077 | 15634 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$25,000.00 (U)<br>$25,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Thirty-Sixth Omnibus Objection** **Exhibit A** **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| PAUL C UTZ<br>2017 HOMESITE DRIVE<br>DAYTON, OH 45414 | 16852 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PAUL W KRANNING JR. &<br>ANTOINETTE M KRANNING JT TEN<br>61 LUZERN LANE<br>TELL CITY, IN 47586 | 23458 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$650.00 (U)<br>$650.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| PEANS, NANCY ANN<br>276 REDMAPLE LN 6<br>BRIGHTON, MI 48116 | 28770 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$5,000.00 (P)<br>$0.00 (U)<br>$5,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| POLLACK SUSAN<br>POLLACK, SUSAN<br>38760 N SPUR CROSS<br>CAVE CREEK, AZ 85331 | 17673 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,000.00 (U)<br>$10,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| RALPH KAPLAN<br>CGM IRA ROLLOVER CUSTODIAN<br>SPECIAL ACCOUNT Y<br>3903 NOSTRAND AVE APT 1P<br>BROOKLYN, NY 11235 | 28159 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Thirty-Sixth Omnibus Objection**     **Exhibit A**     <u>**Motors Liquidation Company, et al.**</u>
**Case No. 09-50026 (REG), Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| REINHOLD-RICHARD + MARGIT PIGAL<br>AM PARADIES 85<br>DE 37431 BAD LAUTERBERG GERMANY<br>GERMANY | 20792 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ROLF BRAUN<br>OSTLANDSTR. 4<br>90556 CADOLZBURG GERMANY<br>GERMANY | 28412 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$28,600.00 (U)<br>$28,600.00 (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ROSEMARY SIMMONS<br>701 ROCKHURST DRIVE<br>BIRMINGHAM, AL 35209 | 28672 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$65,000.00 (U)<br>$65,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| RUDY ZANDRON<br>15240 W FENWAY DR<br>NEW BERLIN, WI 53151 | 17910 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$50,000.00 (U)<br>$50,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| SALAS, STEPHEN R<br>212 ADAMS ST<br>BAY CITY, MI 48708 | 20128 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SANDRA K SCHOTT<br>4205 VINCENT RD<br>CLYDE, MI 48049<br>UNITED STATES OF AMERICA | 14447 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000.00 (U)<br>$5,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 14

| Thirty-Sixth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SCOTT, EARL D<br>1714 PARK DR<br>MIDDLETOWN, OH 45044 | 17912 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SEALIE, LORRAINE B<br>32365 AUGUSTA DR<br>ROMULUS, MI 48174 | 22231 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SIEBERT, WILLIAM L<br>3515 FRONTIER RD<br>FESTUS, MO 63028 | 15246 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SINK, GEORGE R<br>231 N MAPLE ST<br>GARDNER, KS 66030 | 21471 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SKIPPERS, JEFFRY E<br>414  WHITE  OAK  DR<br>ROCKWOOD, TN 37854 | 28099 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Thirty-Sixth Omnibus Objection | | Exhibit A | | Motors Liquidation Company, et al. |
|---|---|---|---|---|
| | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SPIGHT, CAROLYN J<br>6410 BELLTREE LN<br><br>FLINT, MI 48504 | 23457 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| STANIS F MARTIN<br>1190 MCCORDYSVILLE PIKE<br><br>RIVESVILLE, WV 26588 | 29564 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| STEFANIJA-VIKTOR KLASIC<br>HERBST STR. 201A<br>74072 HEILBRONN GERMANY<br><br>GERMANY | 14796 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| STEPHEN WEISGLASS MEM SCHOLAR FUND<br>GREATER MIAMI TENNIS FOUNDATION<br>501 NE 1ST AVE<br>MIAMI, FL 33132 | 22176 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| TAWANA STAPLES STEWART ON BEHALF OF SAMUEL STEWART A MINOR<br>C/O RICHARD D MORRISON<br>BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, PC<br>PO BOX 4160<br>MONTGOMERY, AL 36103 | 16448 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$25,000,000.00 (U)<br>$25,000,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Thirty-Sixth Omnibus Objection | | Exhibit A | | | **Motors Liquidation Company, et al.** |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| TERENCE B DOZIER<br>3050 N 58TH ST APT 21<br>KANSAS CITY, KS 66104 | 16148 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| THEODORE BECKHARDT<br>51 EBERSOHL CIRCLE<br>WHITE HOUSE STATION, NJ 08889 | 22232 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| THERESA L. MANGOLD, FREDERICK W. MACDONALD, JR.<br>THERESA L MANGOLD<br>FREDERICK W. MACDONALD, JR. JT TEN<br>20962 SUMMERFIELD DR<br>MACOMB, MI 48044 | 15607 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,500.00  (U)<br>$2,500.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| WALTER W KURTZ<br>2352 WILLIAMS DR<br>CORTLAND, OH 44410 | 17038 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| WELLS, EVERETT O<br>4102 N RIVER HILLS CT<br>JANESVILLE, WI 53545 | 15596 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Thirty-Sixth Omnibus Objection**     **Exhibit A**     <u>**Motors Liquidation Company, et al.**</u>
**Case No. 09-50026 (REG), Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WHEELER, VIOLA<br>56 PATTON AVE<br>DAYTON, OH 45427 | 22112 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| WILLIAM BULLOCK<br>9102 DANZIG ST<br>LIVONIA, MI 48150 | 19093 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| WILLIAM D SHADDIX AND GLORIA C SHADDIX<br>TTEES OF WM D SHADDIX FAMILY TRUST<br>U/A DTD 5/22/1995<br>3400 IVY CHASE CIRCLE<br>HOOVER, AL 35226 | 14282 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,000.00 (U)<br>$10,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| WILLIAM LIPKE<br>7816 17TH AVE NW<br>BRADENTO, FL 34209 | 19730 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| WILLIAM SIEBERT<br>3515 FRONTIER RD<br>FESTUS, MO 63028 | 15659 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | | | | |
|---|---|---|---|---|---|
| **Thirty-Sixth Omnibus Objection** | | **Exhibit A** | | **Motors Liquidation Company, et al.** | |
| | | | | Case No. 09-50026 (REG), Jointly Administered | |

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WILLIAM SPURSLEY JR, JEAN C PURSLEY<br>671 E MAIN ST<br><br>ROCK HILL, SC 29730 | 28058 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,054.56  (U)<br>$4,054.56  (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| WILLIAM VLASAK<br>3723 2ND DR NE<br><br>BRADENTON, FL 34208 | 19726 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ***CLAIMS TO BE DISALLOWED AND EXPUNGED*** | **97** | | **$24,982.10**  (S)<br>**$39,000.00**  (A)<br>**$20,950.00**  (P)<br>**$25,333,738.54**  (U)<br>**$25,418,670.64**  (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.