**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ALLEN OR BONITA DELLINGER C/O ALLEN DELLINGER 7440 TWIN OAKS DRIVE KNIGHTSTOWN, IN 46148 | 36995 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ANGHILANTE, JAMES J 1736 N DECATUR BLVD APT 1 LAS VEGAS, NV 89108 | 65268 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ANNE M FAGAN 5332 S 46TH ST GREENFIELD, WI 33220 | 33037 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ANTONIO V D'ADDEO AND THERESA F D'ADDEO JTWROS 89 WICKHAM RD GLASTONBURY, CT 06033 | 45572 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ARZT KATHLEEN 7991 GRANITE WALK AVE LAS VEGAS, NV 89178 | 32680 | Motors Liquidation Company | $0.00   (S) $0.00   (A) $0.00   (P) $10,000.00   (U) $10,000.00   (T) | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| ARZT, KATHLEEN<br>7991 GRANITE WALK AVE<br><br>LAS VEGAS, NV 89170 | 32679 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$15,000.00  (U)<br>$15,000.00  (T) | | Insufficient Documentation | Pgs. 1-5 |
| BALL, JAMES R<br>150 LYNWOOD LN<br><br>LEESBURG, GA 31763 | 30679 | Motors Liquidation Company | Unliquidated | | Insufficient Documentation | Pgs. 1-5 |
| BANQUE DE COMMERCE ET DE PLACEMENT SA<br>1 RUE DE LA FONTAINE<br>PO BOX 3069<br>GENEVA SWITZERLAND<br><br>SWITZERLAND | 59973 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$50,000.00  (U)<br>$50,000.00  (T) | | Insufficient Documentation | Pgs. 1-5 |
| BENT WOLFF<br>BROND 11<br>HOLMSKOV<br>6430 NORDBORG DENMARK<br><br>DENMARK | 44769 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$33,993.00  (U)<br>$33,993.00  (T) | | Insufficient Documentation | Pgs. 1-5 |
| BILLY WOODWARD<br>C/O TIM R WADSWORTH, ATTORNEY AT LAW<br>PO BOX 987<br>SULLIGENT, AL 35586<br>UNITED STATES OF AMERICA | 64817 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$600,000.00  (U)<br>$600,000.00  (T) | | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Thirty-Seventh Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BLOOMFIELD COMMERCE CENTER CORPORATION<br>17755 SKY PARK CIR STE 100<br><br>IRVINE, CA 92614 | 62747 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BRIAN D BRODIE<br>529 N WALNUT ST<br><br>JANESVILLE, WI 53548 | 63509 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BRIMIDGE, JAMES R<br>PO BOX 722<br>112 SCHOOLHOUSE LN<br>CHARENTON, LA 70523 | 38952 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CAMERON CHAPMAN<br>ATTN RONNIE L CROSBY ESQ<br>PETERS MUURDAUGH PARKER ELTZROTH & DETRICK PA<br>PO BOX 457<br>HAMPTON, SC 29924 | 60032 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$1,000,000.00   (U)<br>$1,000,000.00   (T) | Insufficient Documentation | Pgs. 1-5 |
| CHARLES BECKER<br>JM GRUNED 10<br>D-64253 HEILEG GERMANY<br><br>GERMANY | 62062 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CHARLIE C CLARK JR<br>8711 STATE ROUTE 380<br><br>WILMINGTON, OH 45177 | 63121 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CIKAUTXO S COOP LTDA<br>BUDOVATELSKA 6<br>NOVE ZAMKY SK 940 01 SLOVAKIA<br><br>SLOVAKIA | 39413 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$3,825.55  (U)<br>$3,825.55  (T) | Insufficient Documentation | Pgs. 1-5 |
| CLARK STREET REDEVELOPMENT TWO LLC<br>ATTN: KATHLEEN H KLAUS ESQ<br>MADDIN HAUSER WARTELL ROTH & HELLER PC<br>28400 NORTHWESTERN HIGHWAY 3RD FL<br>SOUTHFIELD, MI 48034 | 58639 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| COOPER SIMMIE<br>PO BOX 700843<br><br>DALLAS, TX 75370 | 33511 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CUMMINGS, EDWARD<br>4517 ROGERS RD B<br><br>CHATTANOOGA, TN 37411 | 61770 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DAVID J O'CONNOR  (IRA) FCC AS CUSTODIAN 4253 LAKE CHAPIN BLUFF BERRIEN SPRGS, MI 49103 | 61947 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DEVOL, DEBRA L 596 E GRAHAM PL BLOOMINGTON, IN 47401 | 65308 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DIXON, JANICE L 5912 EDINBURGH ST APT 104 CANTON, MI 48187 | 65036 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DONNA PASCOE 976 SUFFIELD AVE BIRMINGHAM, MI 48009 | 65252 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ELIZABETH BRUZZONE 3400 WAGNER HEIGHTS RD #303 STOCKTON, CA 95209 | 50157 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Seventh Omnibus Objection

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EXECUTIVE CHARGE INC<br>1440 39TH ST<br><br>BROOKLYN, NY 11218 | 29576 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$1,383.38  (U)<br>$1,383.38  (T) | Insufficient Documentation | Pgs. 1-5 |
| FRANCES MARTZ<br>1344 BLUEVISTA DR<br><br>SUN CITY, FL 33573 | 44643 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| FRANKOVICH, GAYLORD P<br>700 SPOKANE AVE<br><br>LANSING, MI 48910 | 36964 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| FROHNHOFER JR, JOSEPH<br>18625 MARSHA ST<br><br>RIVERVIEW, MI 48193 | 30673 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$10,000.00  (U)<br>$10,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| GARCIA, GEORGE P<br>1817 N CLINTON ST<br><br>SAGINAW, MI 48602 | 61430 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$25,000.00  (U)<br>$25,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| GAYLORD FRANKOVICH<br>700 SPOKANE AVE<br><br>LANSING, MI 48910 | 36965 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GENE E NEZAT<br>908 GARDEN ST<br><br>MORGAN CITY, LA 70380 | 64915 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| GEORGE RICCIARDI<br>221 CIRCUIT AVENUE<br><br>WATERBURY, CT 06708 | 62484 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$12,475.00  (U)<br>$12,475.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| HEMPHILL, MARVIN<br>119 22ND AVE NE<br><br>TUSCALOOSA, AL 35404 | 36972 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| IRA FBO BARRY MICHITSCH<br>PERSHING LLC AS CUSTODIAN<br>ROTH ACCOUNT<br>294 ANNA AVE<br>WATERBURY, CT 06708 | 45068 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$2,500.00  (P)<br>$0.00  (U)<br>$2,500.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| JACK THOMAS GAILEY AS GAL FOR CHASE GAILEY A MINOR<br>ATTN RONNIE L CROSBY ESQ<br>PETERS MURDAUGH PARKER ELTZROTH & DETRICK PA<br>PO BOX 457<br>HAMPTON, SC 29924 | 60031 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JAMES CLARK<br>600 HOLLY<br><br>ANGLETON, TX 77515 | 63119 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| JAMES SHARPLEY<br>1211 23RD AVENUE<br><br>DECATUR, AL 35601 | 61525 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| JOSEPH M LEWANDOWSKI<br>9092 CREEK RD<br><br>BATAVIA, NY 14020 | 51118 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,648.65  (U)<br>$3,648.65  (T) | Insufficient Documentation | Pgs. 1-5 |
| KENNETH CENTERS<br>33 MAXA CT.<br><br>BALTIMORE, MD 21220<br>UNITED STATES OF AMERICA | 49664 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| LANGLEY JOHNNY P<br>2004 SOUTHRIDGE DRIVE<br><br>ARLINGTON, TX 76010 | 64731 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARIA LEBROWSKA VALERO<br>UL WALICOW 20 M 1304<br>00851 WARSAW  POLAND<br><br>POLAND (REP) | 32973 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$23,285.57  (U)<br>$23,285.57  (T) | Insufficient Documentation | Pgs. 1-5 |
| MARKUS EITEL<br>KAMMHALDENWEG 34<br>70619 STUTTGART  GERMANY<br><br>GERMANY | 32863 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$2,250.00  (U)<br>$2,250.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| MICHIGAN AUTOMOTIVE OF INDIANA INC<br>JONES WALLACE LLC<br>ATTN PAUL J WALLACE<br>420 MAIN ST SUITE 1600<br>EVANSVILLE, IN 47708 | 37196 | MLCS Distribution Corporation | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MITCHELL, CAROLYN J<br>8714 LOG RUN N DR<br><br>INDIANAPOLIS, IN 46234 | 61702 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| NELSON, OVERTON<br>4530 HORATIO ST<br><br>DETROIT, MI 48210 | 50186 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| NICHOLS, JOYCE<br>610 EASTER RD APT 1007<br><br>BETHEL, OH 45106 | 29582 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ODIE BRYER<br>C/O THE MADEKSHO LAW FIRM<br>8866 GULF FREEWAY SUITE 440<br>HOUSTON, TX 77017 | 46747 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PALERMO ANTHONY<br>4233 HIGHWAY 27<br><br>DEQUINCY, LA 70633 | 59088 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,100,000.00 (U)<br>$2,100,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| PASCOE DONNA L<br>976 SUFFIELD AVE<br><br>BIRMINGHAM, MI 48009 | 65253 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PAULSON, KERRY A<br>11520 COLONIAL WOODS DR<br><br>CLIO, MI 48420 | 50132 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| PETER W LYDING & DOROTHY LYDING JT TEN 3660 OXFORD AVE APT 9-C BRONX, NY 10463 | 33423 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PETERSON, REBECCA 377 S HARRISON ST APT 9N EAST ORANGE, NJ 07018 | 32992 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| RANDHILL INC C/O INGO ALBAT APARTADO DE CORREOS 427 E-17320 TOSSA DE MAR SPAIN SPAIN | 32994 | Motors Liquidation Company | $0.00   (S) $0.00   (A) $0.00   (P) $21,000.00  (U) $21,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| RAYMOND & JUDITH STACHERSKI TRUSTEES U/A/D 10/27/1997 RAYMOND & JUDITH STACHERSKI TRUST 2535 BAY VISTA DRIVE HIGHLAND, MI 48357 | 36994 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| REAL VENTURES-CLARK STREET TWO, LLC KATHLEEN H KLAUS ESQ MADDIN HAUSER WARTELL ROTH & HELLER, P C 28400 NORTHWESTERN HIGHWAY 3RD FLOOR SOUTHFIELD, MI 48034 | 58645 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| REINHOLD ZETTELMEIER<br>BERN RIEDER STR 40<br>S4 560 OFFENBERG GERMANY<br><br>GERMANY | 65320 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| RICHARD W MADURA D D S<br>JOAN MADURA JT TEN<br>75 WILDWOOD RD<br>MANITOWISH WATERS, WI 54545 | 31450 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ROBERT CARTER<br>235 W GILES ST<br><br>SULLIVAN, IN 47882 | 45581 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ROBERT L CARTER JR<br>LEOMA J CARTER<br>1724 RIDGEVIEW DRIVE<br>ARLINGTON, TX 76012<br>UNITED STATES OF AMERICA | 44612 | Motors Liquidation Company | $10,000.00   (S)<br>$0.00   (A)<br>$10,000.00   (P)<br>$0.00   (U)<br>$20,000.00   (T) | Insufficient Documentation | Pgs. 1-5 |
| RON FORZIATI<br>245 RIVERSIDE AVE<br><br>MEDFORD, MA 02155 | 65269 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ROY M ARTLEY<br>6396 WOODCREST RIDGE<br><br>CLARKSTON, MI 48346 | 44112 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$150,000.00  (U)<br>$150,000.00  (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SANDRA MARTINEZ KARINA HERNANDEZ CHRISTIAN HERNANDES & JACOB VIGIL<br>ATTN JACOB VIGIL<br>VIGIL LAW FIRM PA<br>2014 CENTRAL AVE SW<br>ALBUQUERQUE, NM 87104 | 64107 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000,000.00  (U)<br>$10,000,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| SANDRA MARTINEZ, KATRINA HERNANDEZ, JACOB VIGIL HERNANDEZ<br>C/O VIGIL LAW FIRM PA<br>2014 CENTRAL AVE SW<br>ALBUQUERQUE, NM 87104 | 64106 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000,000.00  (U)<br>$10,000,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| SHANA TUBBS, IND. & P.R. OF ESTATE OF BRETT ROSS, DECEASED<br>DANIEL O ROSE, ESQ.<br>KREINDLER & KREINDLER LLC<br>100 PARK AVENUE 18TH FLOOR<br>NEW YORK, NY 10017<br>UNITED STATES OF AMERICA | 43852 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000.00  (U)<br>$10,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| SHANE GAILEY<br>RONNIE L CROSBY, ESQUIRE<br>PETERS, MURDAUGH, PARKER, ELTZROTH & DETRICK PA<br>PO BOX 457<br>HAMPTON, SC 29924 | 60038 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Thirty-Seventh Omnibus Objection

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SHARPLEY, JAMES H<br>1211 23RD AVENUE<br><br>DECATUR, AL 35601 | 61752 | Motors Liquidation Company | <br><br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SHELDON SEVINOR TTEE<br>SJS TRUST U/A DTD 09/26/1995<br>496 LYNNFIELD STREET<br>LYNN, MA 01904 | 62581 | Motors Liquidation Company | <br><br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| STATE FARM MUTUAL AUTOMOBILE INS CO<br>PILLEMER & PILLEMER<br>14724 VENTURA BLVD #401<br>SHERMAN OAKS, CA 91423 | 38858 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$26,009.26  (U)<br>$26,009.26  (T) | Insufficient Documentation | Pgs. 1-5 |
| STATE FARM MUTUAL AUTOMOBILE INS. CO.<br>C/O PILLEMER & PILLEMER<br>14724 VENTURA BLVD #401<br>SHERMAN OAKS, CA 91403<br>UNITED STATES OF AMERICA | 38831 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$51,463.61  (U)<br>$51,463.61  (T) | Insufficient Documentation | Pgs. 1-5 |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br>C/O ZEEHANDELAR, SABATINO & ASSOCIATES, LLC<br>471 E BROAD ST, STE 1200<br>COLUMBUS, OH 43215 | 50980 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$14,596.70  (U)<br>$14,596.70  (T) | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| THRESHER, MAE<br>1064 POINCIANA DR<br><br>CARLISLE, OH 45005 | 33500 | Motors Liquidation Company | | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | | |
| UDO GUNZEL<br>16 RUE DE CERDAGNE<br>31170 TOURNEFEUILLE FRANCE<br><br>FRANCE | 33038 | Motors Liquidation Company | | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | | |
| WEBER, ROBERT F<br>33550 N DOVE LAKES DR APT 2034<br><br>CAVE CREEK, AZ 85331 | 45099 | Motors Liquidation Company | | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | | |
| ZAIZAR, RAMIRO D<br>1852 EILEEN ST 3<br><br>YPSILANTI, MI 48198 | 30672 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $5,000.00 | (U) | | |
| | | | $5,000.00 | (T) | | |
| ***CLAIMS TO BE DISALLOWED AND EXPUNGED*** | **75** | | **$10,000.00** | (S) | | |
| | | | **$0.00** | (A) | | |
| | | | **$12,500.00** | (P) | | |
| | | | **$26,168,930.72** | (U) | | |
| | | | **$26,191,430.72** | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

*OBJECTION ADJOURNED TO SEPTEMBER 24, 2010 at 9:45 A.M.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CLARK STREET DEVELOPMENT SEVEN LLC KATHLEEN H KLAUS ESQ MADDIN HAUSER WARTELL ROTH & HELLER PC 28400 NORTHWESTERN HIGHWAY 3RD FL SOUTHFIELD, MI 48034 | 58635 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CLARK STREET REDEVELOPMENT FIVE LLC KATHLEEN H KLAUS ESQ MADDIN HAUSER WARTELL ROTH & HELLER PC 28400 NORTHWESTERN HIGHWAY 3RD FLOOR SOUTHFIELD, MI 48034 | 58641 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CLARK STREET REDEVELOPMENT LLC ATTN: KATHLEEN KLAUS ESQ MADDIN HAUSER WARTELL ROTH & HELLER PC 28400 NORTHWESTERN HIGHWAY 3RD FL SOUTHFIELD, MI 48034 | 58637 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CLARK STREET REDEVELOPMENT ONE LLC ATTN: KATHLEEN H KLAUS ESQ MADDIN HAUSER WARTELL ROTH & HELLER PC 28400 NORTHWESTERN HIGHWAY 3RD FL SOUTHFIELD, MI 48034 | 58638 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CLARK STREET REDEVELOPMENT SIX LLC KATHLEEN H KLAUS ESQ MADDIN HAUSER WARTELL ROTH & HELLER P C 28400 NORTHWESTERN HIGH WAY 3RD FLOOR SOUTHFIELD, MI 48034 | 58642 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Thirty-Seventh Omnibus Objection**

**Exhibit A**

### *OBJECTION ADJOURNED TO SEPTEMBER 24, 2010 at 9:45 A.M.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CLARK STREET REDEVELOPMENT THREE LLC<br>ATTN: KATHLEEN H KLAUS ESQ<br>MADDIN HAUSER WARTELL ROTH & HELLER PC<br>28400 NORTHWESTERN HIGHWAY 3RD FL<br>SOUTHFIELD, MI 48034 | 58640 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CLARK STREET REDEVELPOMENT FOUR LLC<br>ATTN: KATHLEEN H KLAUS ESQ<br>MADDIN HAUSER WARTELL ROTH & HELLER PC<br>28400 NORTHWESTERN HIGHWAY 3RD FL<br>SOUTHFIELD, MI 48034 | 58647 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CLARK STREET TECHNOLOGY PARK<br>KATHLEEN H KLAUS ESQ<br>MADDIN HAUSER WARTELL ROTH & HELLER, P C<br>28400 NORTHWESTERN HIGHWAY 3RD FLOOR<br>SOUTHFIELD, MI 48034 | 58643 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HAYMAN MANAGEMENT CO<br>ATTN: KATHLEEN H KLAUS, ESQ<br>MADDIN HAUSER WARTELL ROTH & HELLER PC<br>28400 NORTHWESTERN HIGHWAY 3RD FL<br>SOUTHFIELD, MI 48034 | 58636 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| REAL VENTURES-CLARK STREET FIVE LLC<br>ATTN: KATHLEEN H KLAUS ESQ<br>MADDIN HAUSER WARTELL ROTH & HELLER PC<br>28400 NORTHWESTERN HIGHWAY 3RD FL<br>SOUTHFIELD, MI 48034 | 58648 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

*OBJECTION ADJOURNED TO SEPTEMBER 24, 2010 at 9:45 A.M.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| REAL VENTURES-CLARK STREET LLC<br>KATHLEEN H KLAUS ESQ<br>MADDIN HAUSER WARTELL ROTH & HELLER, P C<br>28400 NORTHWESTERN HIGHWAY 3RD FLOOR<br>SOUTHFIELD, MI 48034 | 58644 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| REAL VENTURES-CLARK STREET SIX LLC<br>ATTN: KATHLEEN H KLAUS ESQ<br>MADDIN HAUSER WARTELL ROTH & HELLER PC<br>28400 NORTHWESTERN HIGHWAY 3RD FL<br>SOUTHFIELD, MI 48034 | 58646 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| *OBJECTION ADJOURNED* | **12** | | $0.00   (S) | | |
| | | | $0.00   (A) | | |
| | | | $0.00   (P) | | |
| | | | $0.00   (U) | | |
| | | | $0.00   (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Thirty-Seventh Omnibus Objection**

**Exhibit A**

*OBJECTION WITHDRAWN*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BILLY ENGLAND HUSBAND AND SURVIVING SPOUSE OF FANNIE L ENGLAND<br>C/O DAVE SCOTT<br>PO BOX 99<br>NEW ALBANY, IN 47151 | 64820 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$250,000.00  (U)<br>$250,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| REYNOLDS CODY<br>REYNOLDS, CODY<br>17225 EL CAMINO REAL STE 315<br>HOUSTON, TX 77058 | 38304 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$15,317.86  (U)<br>$15,317.86  (T) | Insufficient Documentation | Pgs. 1-5 |
| SELLECK, DELBERT D<br>720 W 4TH ST<br>PINCONNING, MI 48650 | 61446 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$250,000.00  (U)<br>$250,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| STATE FARM MUTUAL AUTOMIBILE INSURANCE COMPANY<br>ZEEHANDLER, SABATINO & ASSOCIATES, LLC<br>471 EAST BROAD STREET SUITE 1200<br>COLUMBUS, OH 43215<br>UNITED STATES OF AMERICA | 50965 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$15,140.32  (U)<br>$15,140.32  (T) | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## *OBJECTION WITHDRAWN*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ZEEHANDELAR SAGATINO & ASSOCIATES LLC 471 EAST BROAD STREET STE 1200 COLUMBUS, OH 43215 | 50957 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $16,727.75 | (U) | | |
| | | | $16,727.75 | (T) | | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ZEEHANDELAR SABATINO & ASSOCIATES LLC 471 EAST BROAD STREET STE 1200 COLUMBUS, OH 43215 | 50961 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $8,236.63 | (U) | | |
| | | | $8,236.63 | (T) | | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY C/O ZEEHANDELAR SABATINO & ASSOCIATES LLC 471 EAST BROAD STREET SUITE 1200 COLUMBUS, OH 43215 | 50970 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $5,060.75 | (U) | | |
| | | | $5,060.75 | (T) | | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY C/O ZEEHANDELAR SABATINO & ASSOCIATES LLC 471 EAST BROAD STREET SUITE 1200 COLUMBUS, OH 43215 | 50971 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $4,686.25 | (U) | | |
| | | | $4,686.25 | (T) | | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY C/O ZEEHANDELAR SABATINO & ASSOCIATES LLC 471 E BROAD ST STE 1200 COLUMBUS, OH 43215 | 50974 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $5,567.55 | (U) | | |
| | | | $5,567.55 | (T) | | |

| *OBJECTION WITHDRAWN* | **9** | | **$0.00** | (S) | | |
|---|---|---|---|---|---|---|
| | | | **$0.00** | (A) | | |
| | | | **$0.00** | (P) | | |
| | | | **$570,737.11** | (U) | | |
| | | | **$570,737.11** | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Thirty-Seventh Omnibus Objection**

**Exhibit A**

## *CLAIM WITHDRAWN*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| PAUL T DEDRICK & VIVIAN R DEDRICK 716 AUBURN ROAD GROTON, NY 13073 | 44780 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

| *CLAIM WITHDRAWN* | **1** | | | |
|---|---|---|---|---|
| | | $0.00  (S) | | |
| | | $0.00  (A) | | |
| | | $0.00  (P) | | |
| | | $0.00  (U) | | |
| | | $0.00  (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.