**Thirty-Eighth Omnibus Objection**  **Exhibit A**  **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ARIZONA DEPARTMENT OF ENVIRONMENTAL QUALITY<br>ATTN TERRY GODDARD - ATTORNEY GENERAL & DENISE ANN FAULK ASSISTANT ATTORNEY GENERAL<br>1275 WEST WASHINGTON STREET<br>PHOENIX, AZ 85007 | 65170 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$7,248.00 (U)<br>$7,248.00 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BOROUGH OF WEST MIFFLIN<br>LEGAL TAX SERVICE INC<br>714 LEBANON ROAD<br>WEST MIFFLIN, PA 15122 | 373 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$2,813.48 (P)<br>$0.00 (U)<br>$2,813.48 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>BANKRUPTCY SECTION<br>PO BOX 161108<br>ATLANTA, GA 30321 | 70310 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$9,680.60 (P)<br>$499.00 (U)<br>$10,179.60 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY ADMINISTRATION UNIT<br>100 W RANDOLPH ST<br>LEVEL 7-410<br>CHICAGO, IL 60601 | 70289 | Motors Liquidation Company | $0.00 (S)<br>$4,382.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$4,382.00 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| INDIANA DEPARTMENT OF STATE REVENUE<br>ATTN CAROL LUSHELL<br>BANKRUPTCY SECTION<br>100 NORTH SENATE AVENUE ROOM N203<br>INDIANAPOLIS, IN 46204 | 69680 | Motors Liquidation Company | $0.00 (S)<br>$12,204.05 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$12,204.05 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Thirty-Eighth Omnibus Objection | | Exhibit A | | | **Motors Liquidation Company, et al.** |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| MISSISSIPPI STATE TAX COMMISSION<br>BANKRUPTCY SECTION<br>PO BOX 22808<br>JACKSON, MS 39225 | 70311 | MLCS, LLC | $0.00 (S)<br>$0.00 (A)<br>$160.50 (P)<br>$15.00 (U)<br>$175.50 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| NEW YORK STATE DEPARTMENT OF TAXATION & FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205 | 70178 | Motors Liquidation Company | $3,594.28 (S)<br>$0.00 (A)<br>$34,311,816.66 (P)<br>$2,418,843.73 (U)<br>$36,734,254.67 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205 | 68604 | Motors Liquidation Company | $9,671.09 (S)<br>$0.00 (A)<br>$33,694,042.53 (P)<br>$2,313,241.80 (U)<br>$36,016,955.42 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PROPERTY TAX COMMISSIONER<br>C/O DON ARMSTRONG<br>PO BOX 1298<br>COLUMBIANA, AL 35051 | 70316 | Motors Liquidation Company | $0.00 (S)<br>$499.80 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$499.80 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PROPERTY TAX COMMISSIONER<br>C/O DON ARMSTRONG<br>PO BOX 1298<br>COLUMBIANA, AL 35051 | 70317 | Motors Liquidation Company | $0.00 (S)<br>$18.62 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$18.62 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PROPERTY TAX COMMISSIONER<br>C/O DON ARMSTRONG<br>PO BOX 1298<br>COLUMBIANA, AL 35051 | 70318 | Motors Liquidation Company | $0.00 (S)<br>$19.72 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$19.72 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Eighth Omnibus Objection  **Exhibit A**  **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RED RIVER APPRAISAL DISTRICT<br>PO BOX 461<br>CLARKSVILLE, TX 75426 | 7946 | Motors Liquidation Company | $43.92 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$43.92 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ST FRANCOIS COUNTY COLLECTOR<br>1 W LIBERTY<br>SUITE 201<br>FARMINGTON, MO 63640 | 70320 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$63,070.69 (P)<br>$0.00 (U)<br>$63,070.69 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TENNESSEE DEPARTMENT OF REVENUE<br>C/O ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN 37202 | 70284 | MLCS, LLC | $0.00 (S)<br>$0.00 (A)<br>$8,955,415.48 (P)<br>$0.00 (U)<br>$8,955,415.48 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Thirty-Eighth Omnibus Objection** — **Exhibit A** — **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY - COLLECTIONS DIVISION<br>PO BOX 12548<br>AUSTIN, TX 78711 | 3044 | Motors Liquidation Company | $14,717,820.57 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$14,717,820.57 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>ON BEHALF OF THE STATE OF TEXAS ET AL<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>COLLECTIONS DIVISION / BANKRUPTCY SECTION<br>PO BOX 12548, CAPITOL STATION<br>AUSTIN, TX 78711 | 70291 | Motors Liquidation Company | $0.00 (S)<br>$2,001.40 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,001.40 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>ON BEHALF OF THE STATE OF TEXAS ET AL<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>COLLECTIONS DIVISION / BANKRUPTCY SECTION<br>PO BOX 12548, CAPITOL STATION<br>AUSTIN, TX 78711 | 70292 | Motors Liquidation Company | $0.00 (S)<br>$4,863.88 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$4,863.88 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS ON BEHALF OF THE STATE<br>OF TX, TX MUNICIPALITIES, TX COUNTIES, SPECIAL PURPOSE DISTRICTS &/OR TX METROPOLITAN OR REGIONAL TRANSPORTATION AUTHORITIES<br>OFFICE OF THE ATTY GEN BANKRUPTCY-COLLECTIONS DIVISION<br>P O BOX 12548<br>AUSTIN, TX 78711 | 213 | Motors Liquidation Company | $23,682,813.33 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$23,682,813.33 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 6638-1    Filed 08/12/10    Entered 08/12/10 12:20:47    Exhibit A
Pg 5 of 6

Thirty-Eighth Omnibus Objection **Exhibit A** **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| TEXAS COMPTROLLER OF PUBLIC ACCTS ON BEHALF OF THE STATE OF TX, <br> TX MUNICIPALITIES, TX COUNTIES, SPECIAL PURPOSE DISTRICTS &/OR <br> TX METROPOLITAN OR REGIONAL TRANSPORTATION AUTHORITIES <br> OFFICE OF THE ATTY GENERAL-BANKRUPTCY COLLECTIONS DIVISION <br> P O BOX 12548 <br> AUSTIN, TX 78711 | 211 | Motors Liquidation Company | $24,623,816.42 (S) <br> $0.00 (A) <br> $0.00 (P) <br> $0.00 (U) <br> $24,623,816.42 (T) <br> Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | 19 | | $63,037,759.61 (S) <br> $23,989.47 (A) <br> $77,036,999.94 (P) <br> $4,739,847.53 (U) <br> $144,838,596.55 (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Thirty-Eighth Omnibus Objection**  **Exhibit A**  **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

*OBJECTION ADJOURNED TO SEPTEMBER 24, 2010 at 9:45 A.M.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CITY OF NEW YORK DEPARTMENT OF FINANCE<br>ATTN RON MEDLEY OF COUNSEL<br>SPECIAL ASSISTANT CORP COUNSEL FOR LEGAL AFFAIRS<br>NYC DEPARTMENT OF FINANCE<br>345 ADAMS STREET 5TH FL<br>BROOKLYN, NY 11201 | 1144 | Motors Liquidation Company | $0.00 (S)<br>$23,884,720.18 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$23,884,720.18 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | Unliquidated | | |
| STATE OF NEW YORK DEPARTMENT OF LABOR<br>UNEMPLOYMENT INSURANCE DIVISION<br>GOVERNOR W AVERELL HARRIMAN STATE OFFICE BUILDING CAMPUS<br>BUILDING 12 ROOM 256<br>ALBANY, NY 12240<br>UNITED STATES OF AMERICA | 65969 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$158,320.13 (P)<br>$0.00 (U)<br>$158,320.13 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| **OBJECTION ADJOURNED** | **2** | | **$0.00** (S)<br>**$23,884,720.18** (A)<br>**$158,320.13** (P)<br>**$0.00** (U)<br>**$24,043,040.31** (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.