| | | |
|---|---|---|
| **Twentieth Omnibus Objection** | **Exhibit A** | <u>**Motors Liquidation Company, et al.**</u><br>**Case No. 09-50026 (REG), Jointly Administered** |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>P O BOX 280946<br>HARRISBURG, PA 17128 | 626 | MLCS Distribution Corporation | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>P O BOX 280946<br>HARRISBURG, PA 17128 | 625 | MLCS, LLC | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | **2** | | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twentieth Omnibus Objection**  **Exhibit A**  **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIM WITHDRAWN

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HUMBLE INDEPENDENT SCHOOL DISTRICT<br>CAROL O SANDIN<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>1235 NORTH LOOP WEST STE 600<br>HOUSTON, TX 77008 | 51334 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HUTCHINSON COUNTY<br>ATTN D'LAYNE PEEPLES<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT LLP<br>PO BOX 9132<br>AMARILLO, TX 79105 | 835 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HUTCHINSON COUNTY APPRAISAL DISTRICT<br>ATTN: D'LAYNE PEEPLES<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT LLP<br>PO BOX 9132<br>AMARILLO, TX 79105 | 831 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KLEIN INDEPENDENT SCHOOL DISTRICT<br>CARL O SANDIN<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP<br>1235 NORTH LOOP WEST SUITE 600<br>HOUSTON, TX 77008<br>UNITED STATES OF AMERICA | 51337 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MAGNOLIA INDEPENDENT SCHOOL DISTRICT<br>MICHAEL J DARLOW<br>PERDUE BRANDON FIELDER COLLINS & MOTT L L P<br>1235 NORTH LOOP WEST SUITE 600<br>HOUSTON, TX 77008 | 51331 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twentieth Omnibus Objection**  **Exhibit A**  **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIM WITHDRAWN

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MOORE COUNTY AND ENTITIES COLLECTED BY MOORE<br>ATTN: D'LAYNE PEEPLES<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP<br>PO BOX 9132<br>AMARILLO, TX 79105 | 728 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| NORTHWEST ISD<br>C/O ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | 70177 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| OCHILTREE COUNTY APPRAISAL DISTRICT<br>ATTN: D'LAYNE PEEPLES<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT LLP<br>PO BOX 9132<br>AMARILLO, TX 79105 | 722 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| **CLAIM WITHDRAWN** | **8** | | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.