**Seventeenth Omnibus Objection**     **Exhibit A**     <u>**Motors Liquidation Company, et al.**</u>

**Case No. 09-50026 (REG), Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128 | 69930 | Motors Liquidation Company | $2,943,934.00 (S)<br>$0.00 (A)<br>$571,629.96 (P)<br>$0.00 (U)<br>$3,515,563.96 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ***CLAIMS TO BE DISALLOWED AND EXPUNGED*** | **1** | | **$2,943,934.00** (S)<br>**$0.00** (A)<br>**$571,629.96** (P)<br>**$0.00** (U)<br>**$3,515,563.96** (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

| Seventeenth Omnibus Objection | | Exhibit A | | | **Motors Liquidation Company, et al.** |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

***OBJECTION ADJOURNED TO SEPTEMBER 24, 2010 at 9:45 A.M.***

| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
|---|---|---|---|---|---|
| DEPARTMENT OF THE TREASURY - IRS<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | 70162 | MLCS, LLC | $5,232,155.31  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$5,232,155.31  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DEPARTMENT OF THE TREASURY - IRS<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | 70163 | Environmental Corporate Remediation Company, Inc. | $5,232,073.31  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$5,232,073.31  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DEPARTMENT OF THE TREASURY - IRS<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | 70164 | Remediation And Liability Management Company, Inc. | $5,232,073.31  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$5,232,073.31  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DEPARTMENT OF THE TREASURY - IRS<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | 70165 | MLCS Distribution Corporation | $5,232,073.31  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$5,232,073.31  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DEPARTMENT OF THE TREASURY - IRS<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | 70166 | MLC of Harlem, Inc. | $4,909,607.90  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$4,909,607.90  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Seventeenth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## OBJECTION ADJOURNED TO SEPTEMBER 24, 2010 at 9:45 A.M.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| DEPARTMENT OF THE TREASURY - IRS<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | 70167 | Motors Liquidation Company | $6,136,663.76 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$6,136,663.76 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | 31233 | MLC of Harlem, Inc. | $0.00 (S)<br>$0.00 (A)<br>$207,591.52 (P)<br>$0.00 (U)<br>$207,591.52 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| OHIO DEPARTMENT OF TAXATION<br>OHIO DEPARTMENT OF TAXATION, BANKRUPTCY DIVISION<br>30 EAST BROAD STREET, 23RD FLOOR<br>COLUMBUS, OH 43216<br>UNITED STATES OF AMERICA | 29386 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$31,702,145.89 (P)<br>$3,080,150.60 (U)<br>$34,782,296.49 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Seventeenth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

*OBJECTION ADJOURNED TO SEPTEMBER 24, 2010 at 9:45 A.M.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| OHIO DEPARTMENT OF TAXATION<br>BANKRUPTCY DIVISION<br>30 EAST BROAD STREET<br>23RD FLOOR<br>COLUMBUS, OH 43216 | 29383 | MLC of Harlem, Inc. | $0.00 (S)<br>$0.00 (A)<br>$5,034,546.00 (P)<br>$659,878.00 (U)<br>$5,694,424.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| OHIO DEPARTMENT OF TAXATION<br>BANKRUPTCY DIVISION<br>30 EAST BROAD STREET<br>23RD FLOOR<br>COLUMBUS, OH 43216 | 29384 | MLCS Distribution Corporation | $0.00 (S)<br>$0.00 (A)<br>$5,034,546.00 (P)<br>$659,878.00 (U)<br>$5,694,424.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| OHIO DEPARTMENT OF TAXATION<br>OHIO DEPARTMENT OF TAXATION, BANKRUPTCY DIVISION<br>30 EAST BROAD STREET, 23RD FLOOR<br>COLUMBUS, OH 43216<br>UNITED STATES OF AMERICA | 29385 | MLCS, LLC | $0.00 (S)<br>$0.00 (A)<br>$5,034,546.00 (P)<br>$659,878.00 (U)<br>$5,694,424.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| STATE OF CONNECTICUT DEPT OF LABOR<br>UNEMPLOYMENT COMPENSATION DIVISION<br>DELINQUENT ACCOUNTS UNIT<br>200 FOLLY BROOK BOULEVARD<br>WETHERSFIELD, CT 06109 | 37611 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$114.86 (P)<br>$140.76 (U)<br>$255.62 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| STATE OF HAWAII DEPARTMENT OF TAXATION<br>HAWAII STATE TAX COLLECTOR<br>ATTN BANKRUPTCY UNIT (EL)<br>PO BOX 259<br>HONOLULU, HI 96809 | 24287 | MLCS, LLC | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventeenth Omnibus Objection     **Exhibit A**     **Motors Liquidation Company, et al.**

Case No. 09-50026 (REG), Jointly Administered

## *OBJECTION ADJOURNED TO SEPTEMBER 24, 2010 at 9:45 A.M.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>CADILLAC PLACE STE 10-200<br>3030 W GRAND BLVD<br>DETROIT, MI 48202 | 68606 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,438,499.60 (U)<br>$1,438,499.60 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| STATE OF MICHIGAN, DEPARTMENT OF THE TREASURY<br>KATHLEEN A. GARDINER, ASST ATTY GENERAL<br>CADDILLAC PLACE<br>SUITE 10-200, 3030 W GRAND BLVD<br>DETROIT, MI 48202 | 62066 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$113,148,363.28 (P)<br>$0.00 (U)<br>$113,148,363.28 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| STATE OF MICHIGAN/DEPARTMENT OF TREASURY<br>ATTN KATHLEEN A. GARDINER<br>CADILLAC PLACE STE 10-200<br>3030 W GRAND BLVD<br>DETROIT, MI 48202 | 70125 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$113,213,890.45 (P)<br>$0.00 (U)<br>$113,213,890.45 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| **OBJECTION ADJOURNED** | **16** | | **$31,974,646.90** (S)<br>**$0.00** (A)<br>**$273,375,744.00** (P)<br>**$6,498,424.96** (U)<br>**$311,848,815.86** (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Seventeenth Omnibus Objection**      **Exhibit A**      **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIM WITHDRAWN

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| NORTH CAROLINA DEPARTMENT OF REVENUE<br>ANGELA C FOUNTAIN BANKRUPTCY MANAGER<br>COLLECTIONS OF EXAMINATION DIVISION<br>NORTH CAROLINA DEPARTMENT OF REVENUE<br>PO BOX 1168<br>RALEIGH, NC 27602 | 17720 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| **CLAIM WITHDRAWN** | **1** | | **$0.00** (S)<br>**$0.00** (A)<br>**$0.00** (P)<br>**$0.00** (U)<br>**$0.00** (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.