To whom it may concern:

    I, Diana Rubin, am providing further proof of ownership of General Motors Corp Note, cusip 370442BS3.  I am providing a copy of an account statement where the above security is held in book entry. This proof is to combat the "thirty-Sixth Omnibus Objection to Claims".

    Thanks for your immediate attention to this matter.


Diana Rubin
6615 E 72 Place
Tulsa OK 74133


Paul Aragona
LPL Financial Advisor
2810 Johnston St
Lafayette La 70503
337-572-3674