

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
FACSIMILE: (313) 223-3598
http://www.dickinsonwright.com

DAWN R. COPLEY
DCopley@dickinsonwright.com
(313) 223-3108

August 5, 2010

**Via First Class Mail**

Clerk
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

Re:   **Motors Liquidation Company, et al., f/k/a General Motors Corp., et al.
      Case No. 09-50026-reg**

Dear Clerk:

I hereby request to be removed from all electronic and other service lists in the above named case.

Dawn R. Copley:   dcopley@dickinsonwright.com

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Dawn R. Copley

DRC/dn

DETROIT 99998-1062 1170588



Counsellors At Law

DETROIT    BLOOMFIELD HILLS    LANSING    GRAND RAPIDS    ANN ARBOR
WASHINGTON, D.C.