# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026 <br><br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br><br> ☐ MLCS, LLC, Case No. 09-50027 <br><br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br><br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | SWAGELOK COMPANY <br> C/O JAYSON B. RUFF, ESQ. <br> 39533 WOODWARD AVE., STE. 318 <br> BLOOMFIELD HILLS, MI, 48304 |
| Claim Number (if known): | 59066 |
| Date Claim Filed: | 11/24/2009 |
| Total Amount of Claim Filed: | $111,077.51 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _August 6th, 2010_

[signature]

Print Name: _BROOKS GERBITZ_

Title (if applicable): _DIRECTOR, RAW MATERIAL SOURCING_

---