**HEARING DATE AND TIME: September 24, 2010 at 9:45 a.m. (Eastern Time)**
**RESPONSE DEADLINE: September 17, 2010 at 4:00 p.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                          :
In re                                     :      Chapter 11 Case No.
                                          :
MOTORS LIQUIDATION COMPANY, et al.,       :      09-50026 (REG)
        f/k/a General Motors Corp., et al. :
                                          :
                        Debtors.          :      (Jointly Administered)
                                          :
------------------------------------------------------------x
```

## NOTICE OF DEBTORS' FORTY-FIRST OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Debt Claims)

**PLEASE TAKE NOTICE** that on August 13, 2010, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their forty-first omnibus objection to claims (the "**Objection**"), and that a

hearing (the "**Hearing**") to consider the Objection will be held before the Honorable Robert E.

Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for

the Southern District of New York, One Bowling Green, New York, New York 10004, on

**September 24, 2010 at 9:45 a.m. (Eastern Time),** or as soon thereafter as counsel may be

heard.

**PARTIES LISTED ON EXHIBIT "A" ANNEXED TO THE OBJECTION (THE "CLAIMANTS") (AND THEIR COUNSEL, IF KNOWN) WILL RECEIVE A PERSONALIZED NOTICE OF THE OBJECTION, RATHER THAN THE ENTIRE OBJECTION.**

This Objection does not affect a Claimant's ability to receive distributions as a beneficial bondholder under the claims filed by the indenture trustee of the Debtors' public debentures.  If a Claimant disagrees with the Objection's treatment of the Claimant's claim, the Claimant may call the Debtors to try and resolve the Claimant's concerns at **1-800-414-9607**.  If a Claimant is unable to resolve the Claimant's concerns with the Debtors before the deadline to respond, then the Claimant <u>must</u> file and serve a written response (a "**Response**") to the Objection in accordance with this notice, and the Claimant <u>must</u> appear at the Hearing described below.

A Claimant may participate in the Hearing telephonically provided that the Claimant complies with the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider."  A Claimant must also provide prior written notice by mail or e-mail of the Claimant's telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Russell Brooks, Esq. (russell.brooks@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Jennifer Sharret, Esq. (jsharret@kramerlevin.com)).

**If a Claimant does not oppose the disallowance and expungement of the Claimant's claim, then the Claimant does not need to file a Response or appear at the Hearing.**

**PLEASE TAKE FURTHER NOTICE THAT** the Hearing on the Objection is

scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in

Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York

(the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New

York, New York 10004-1408, on **September 24, 2010 at 9:45 a.m. (Eastern Time)**.  If a

Claimant files a Response to the Objection, the Claimant should plan to appear at the Hearing

either in person or telephonically.  The Debtors, however, reserve the right to continue the

Hearing on the Objection with respect to the Claimant's claim.  If the Debtors do continue the

Hearing with respect to the Claimant's claim, then the Hearing will be held at a later date.  If the

Debtors do not continue the Hearing with respect to the Claimant's claim, then a Hearing on the

Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a

Response is **September 17, 2010 at 4:00 p.m. (Eastern Time)**.  Only those Responses that are

timely will be considered at the Hearing.  A Claimant's Response will be deemed timely only if

it is:  (a) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing

system (the User's Manual for the Electronic Case Filing System can be found at

www.nysb.uscourts.gov) before the deadline for Responses **or** (b) **actually** received on a 3.5

inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other

Windows-based word processing format <u>and</u> in hard copy at each of the following addresses on

or before the deadline for response:

>       A.       Chambers of the Honorable Robert E. Gerber, United States Bankruptcy
>                Court, One Bowling Green, Room 621, New York, New York 10004-
>                1408;
>
>       B.       Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth
>                Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.);
>                and

C.     Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory
committee of unsecured creditors, 1177 Avenue of the Americas, New
York, New York 10036 (Attn:  Jennifer Sharret, Esq.).

A Claimant's response, if any, must contain at a minimum the following: (i) a
caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case
number, and the number of the Objection to which the response is directed; (ii) the name of the
Claimant and description of the basis for the amount of the claim; (iii) a concise statement setting
forth the reasons why the claim should not be disallowed and expunged for the reasons set forth
in the Objection, including, but not limited to, the specific factual and legal bases upon which the
Claimant will rely in opposing the Objection; (iv) all documentation or other evidence of the
claim, to the extent not included with the proof of claim previously filed with the Bankruptcy
Court, upon which the Claimant will rely in opposing the Objection; (v) the address(es) to which
the Debtors must return any reply to the Claimant's response, if different from that presented in
the proof of claim; and (vi) the name, address, and telephone number of the person that can be
contacted in connection with the Objection.

If a Claimant has any questions about this notice or the Objection, please contact
the Debtors at **1-800-414-9607**.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF
THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

**PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief requested in the Objection without further notice or a hearing if a Claimant fails to file a timely Response or appear at the Hearing.**

Dated: New York, New York
August 13, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                       :
In re                                  :     Chapter 11 Case No.
                                       :
MOTORS LIQUIDATION COMPANY, et al.,    :     09-50026 (REG)
      f/k/a General Motors Corp., et al.  :
                                       :
                       Debtors.        :     (Jointly Administered)
                                       :
------------------------------------------------------------x
```

## DEBTORS' FORTY-FIRST OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Debt Claims)

---

THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.
CLAIMANTS THAT ARE THE SUBJECT OF THIS OBJECTION SHOULD LOCATE THEIR NAMES AND
CLAIMS ON EITHER THE EXHIBIT ATTACHED TO THIS OBJECTION OR ON THEIR PERSONALIZED
NOTICE.

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) and its

affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully represent:

## Relief Requested

1.        The Debtors file this forty-first omnibus objection to claims (the "**Forty-First Omnibus Objection to Claims**") pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this Court's supplemental order establishing supplemental rules and authority for filing omnibus objections to certain debt claims (the "**Supplemental Procedures Order**") [Docket No. 6238], seeking entry of an order disallowing and expunging the claims listed on **Exhibit "A"** annexed hereto.[1]

2.        The Debtors have examined the proofs of claim identified on Exhibit "A" and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed and Expunged*" (collectively, the "**Duplicate Debt Claims**") are duplicative of either (1) the global Proof of Claim No. 65793 ("**Claim 65793**") filed by Wilmington Trust Company ("**WTC**"), in its capacity as successor indenture trustee of the Senior Indenture, dated as of November 15, 1990 (the "**1990 Indenture**") or (2) the global Proof of Claim No. 65729 ("**Claim 65729**") filed by WTC, in its capacity as successor indenture trustee of the Senior Indenture, dated as of December 7, 1995, as amended (the "**1995 Indenture**").  The amounts asserted by WTC in Claim 65793 and Claim 65729 have been reconciled and allowed under a stipulation, approved and entered by the Court on August 9, 2010 (the "**WTC Stipulation**") [Docket No. 6595], a copy of which is annexed hereto as **Exhibit "B."**  The Debtors, therefore, seek entry of an order disallowing and expunging from the claims register the Duplicate Debt Claims.

---

[1] Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com. A link to the claims register is located under the "Claims Information" tab.  Creditors without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City Group, Inc. at 1-703-286-6401.

3.      This Forty-First Omnibus Objection to Claims does not affect the ability

of an Individual Bondholder (as hereinafter defined) to participate in accordance with the WTC

Stipulation.  Further, the Debtors reserve all their rights to object on any other basis to any

Duplicate Debt Claim as to which the Court does not grant the relief requested herein.

### Jurisdiction

4.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

### Background

5.      On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**Realm/Encore Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Case Number 09-50026 (REG).  On September 15, 2009,

the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs,

which were amended on October 4, 2009.  On October 15, 2009, the Realm/Encore Debtors filed

their schedules of assets and liabilities and statements of financial affairs.

6.      On September 16, 2009, this Court entered an order [Docket No. 4079]

establishing November 30, 2009 as the deadline for each person or entity to file a proof of claim

in the Initial Debtors' cases, including governmental units.  On December 2, 2009, this Court

entered an order [Docket No. 4586] establishing February 1, 2010 as the deadline for each

---

[2] The Initial Debtors are Motors Liquidation Company (f/k/a General Motors Corporation), MLCS, LLC (f/k/a
Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc.
(f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3] The Realm/Encore Debtors are Remediation and Liability Management Company, Inc., and Environmental
Corporate Remediation Company, Inc.

person or entity to file a proof of claim in the Realm/Encore Debtors' cases (except

governmental units, as defined in section 101(27) of the Bankruptcy Code, for which the Court

established June 1, 2010 as the deadline to file proofs of claim).

       7.     Among the tens of thousands of proofs of claim the Debtors received,

approximately 18,000 proofs of claim have been filed by claimants seeking the repayment of

principal, interest, and fees and expenses that relate to dollar-denominated debt securities issued

by the Debtors pursuant to the 1990 Indenture and the 1995 Indenture (each, a "**Debt Claim**,"

and the holder of such Debt Claim, an "**Individual Bondholder**").  The Debtors believe that all

of the Debt Claims filed by Individual Bondholders are duplicative of the claims allowed in

favor of WTC for the benefit of all Individual Bondholders in accordance with the WTC

Stipulation.

       8.     On August 9, 2010, the Court entered the WTC Stipulation signed by the

Debtors, WTC, and Citibank, N.A., solely in its capacity as paying agent under the 1990

Indenture and 1995 Indenture (in such capacity, "**Citibank**"), allowing (i) Claim 65793 in the

amount of $1,419,471,545.22 (subject to appropriate reserve and/or reduction in connection with

any Court-authorized setoff exercised by Individual Bondholders) and (ii) Claim 65729 in the

amount of $21,928,183,895.36 (subject to appropriate reserve and/or reduction in connection

with any Court-authorized setoff exercised by Individual Bondholders).  Prior to entry of the

WTC Stipulation, WTC sent out a notice to all affected Individual Bondholders notifying them

of the pending approval by the Court of the WTC Stipulation.

       9.     On October 6, 2009, this Court entered the Supplemental Procedures

Order, which authorizes the Initial Debtors, among other things, to file omnibus objections to no

more than 500 claims at a time with respect to Debt Claims.  The claimants that are listed in

Exhibit "A" have filed Debt Claims against the Initial Debtors.

       10.     The Debtors now move to expunge the Duplicate Debt Claims filed by

each Individual Bondholder as duplicative of either Claim 65793 or Claim 65729.

### The Relief Requested Should Be Approved by the Court

       11.     A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects." 11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential

allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See

In re Oneida, Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd*, No. 09 Civ. 2229 (DC),

2010 WL 234827 (S.D.N.Y. Jan. 22, 2010); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No.

02-41729 (REG), 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re

Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

       12.     Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a

claim may not be allowed to the extent that "such claim is unenforceable against the debtor and

property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1).  The

Debtors cannot be required to pay on the same claim more than once.  *See, e.g., In re Finley,

Kumble, Wagner, Heine, Underberg, Manley, Myerson, & Casey*, 160 B.R. 882, 894 (Bankr.

S.D.N.Y. 1993) ("In bankruptcy, multiple recoveries for an identical injury are generally

disallowed.").  The Debtors have reviewed the proofs of claim identified on Exhibit "A" and

believe them to be duplicative of Claim 65793 or Claim 65729.  Moreover, the Debtors have no

way of confirming that any of the Individual Bondholders are, in fact, beneficial holders of a

debt instrument on the relevant dates.

       13.     To avoid the possibility of multiple recoveries by the Individual

Bondholders, the Debtors request that the Court disallow and expunge in their entirety the

Duplicate Debt Claims.  Individual Bondholders, to the extent they are beneficial bondholders as of the record date under any confirmed plan of liquidation, will receive distributions under such plan from WTC in its capacity as indenture trustee.

**<u>Notice</u>**

14.    Notice of the Forty-First Omnibus Objection to Claims has been provided to each claimant listed on Exhibit "A" by virtue of the individualized notice transmitted in accordance with the Supplemental Procedures Order and parties in interest in accordance with the Third Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures, dated April 29, 2010 [Docket No. 5670].

15.    No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the relief requested herein and such other and further relief as is just.

Dated:  New York, New York
         August 13, 2010

                         /s/ Joseph H. Smolinsky
                         Harvey R. Miller
                         Stephen Karotkin
                         Joseph H. Smolinsky

                         WEIL, GOTSHAL & MANGES LLP
                         767 Fifth Avenue
                         New York, New York 10153
                         Telephone: (212) 310-8000
                         Facsimile: (212) 310-8007

                         Attorneys for Debtors
                         and Debtors in Possession

## Exhibit A

Forty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ALVIN KAPLAN<br>10341 CROSSWIND RD<br>BOCA RATON, FL 33498 | 5191 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ALVIN LESKOWITZ<br>128 WRIGHT RD<br>ROCKVILLE CENTRE, NY 11570 | 29236 | Motors Liquidation Company | $125,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ALVIN O & KATHLEEN M MCDONALD<br>271 DEPOT STREET<br>WILTON, ME 04294 | 13414 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ALVIN R HUME<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>625 W LAKE JASMINE CIR # G105<br>VERO BEACH, FL 32962 | 21449 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ALYCE BUCKLEY<br>3200 AYR DRIVE<br>PALM HARBOR, FL 34684 | 1311 | Motors Liquidation Company | $6,440.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ALYCE BUCKLEY<br>3200 AYR DRIVE<br>PALM HARBOR, FL 34684 | 19666 | Motors Liquidation Company | $10,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AMADEO ISART SR<br>503 GLENMEADOW DR<br>BALLWIN, MO 63011 | 10284 | Motors Liquidation Company | $48,892.42 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AMALIA WRENCLIFFE<br>95 HIGH PARK AVE - APT 1003<br>TORONTO, ON M6P 2R8 CANADA<br><br>CANADA | 14513 | Motors Liquidation Company | $103,143.49 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AMALIA WRENCLIFFE<br>95 HIGH PARK AVE APT 1003<br>TORONTO, ONTARIO M6P2R8 CANADA<br><br>CANADA | 14514 | Motors Liquidation Company | $103,143.49 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-First Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| AMANDA CONNELLAN<br>7631 MAPLE MEADOW ST<br><br>LAS VEGAS, NV 89131<br>UNITED STATES OF AMERICA | 22593 | Motors Liquidation Company | $14,325.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AMANDIO J PEREEIRA (IRA) A/C<br>3073 OAKRIDGE F<br><br>DEERFIELD BEACH, FL 33442 | 67758 | Motors Liquidation Company | $3,728.68 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AMELIO A DONOFRIO<br>C/O AMERIPRISE FINANCIAL SERVICES INC<br>401 FRANKLIN AVE STE 101<br>GARDEN CITY, NY 11530 | 18956 | Motors Liquidation Company | $5,350.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AMERIPRISE TRUST AND CO<br>C/O GERALD PICKRELL ROTH IRA<br>70100 AMERIPRISE FINANCIAL CENTER<br>MINNEAPOLIS, MN 55474 | 22787 | Motors Liquidation Company | $9,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AMERIPRISE TRUST CO ACF BARBARA J HANRAHAN IRA<br>MRS BARBARA HANRAHAN<br>3750 BIRCHVALE DR<br>MEMPHIS, TN 38125 | 11311 | Motors Liquidation Company | $587.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AMERIPRISE TRUST CO ACF BETTY O MCGAUGHY IRA<br>BETTY O MCGAUPHY<br>1301 OAKRIDGE DR<br>MEMPHIS, TN 38111 | 12854 | Motors Liquidation Company | $1,667.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AMERIPRISE TRUST CO ACF WILLIAM HANRAHAN IRA<br>WILLIAM HANRAHAN<br>3750 BIRCHVALE DR<br>MEMPHIS, TN 38125 | 11650 | Motors Liquidation Company | $948.38 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AMERIPRISE TRUST CO. ACF BENNETT T WOOD IRA<br>BENNETT T WOOD<br>2125 WASHINGTON AVE<br>MEMPHIS, TN 38104 | 12015 | Motors Liquidation Company | $1,560.90 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AMMIEL D SCHWARTZ<br>21 SEVEN OAKS LANE<br><br>BREWSTER, NY 10509 | 10347 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AMOS KANTORIK<br>15441 AGNES BLVD<br><br>BROOKPARK, OH 44142 | 3326 | Motors Liquidation Company | $15,611.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| AMOS W CLARY<br>7101 COACHMAN LANE<br>APT 201<br>RICHMOND, VA 23228 | 30710 | Motors Liquidation Company | $19,956.40 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AMR IRREVOCABLE TR<br>MICHAEL FALBO TTEE<br>U/A DTD 12/30/1976<br>FBO JERRY COLEMAN<br>4475 N. SAWYER ROAD<br>OCONOMOWOC, WI 53066 | 20110 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AMY A SEIDMAN<br>432 LOCUST ROAD<br>GLENDSIDE, PA 19038 | 68193 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AMY A SEIDMAN<br>432 LOCUST ROAD<br>GLENDSIDE, PA 19038 | 68194 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AMY A SEIDMAN<br>432 LOCUST RD<br>GLENSIDE, PA 19038<br>UNITED STATES OF AMERICA | 68196 | Motors Liquidation Company | $9,950.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AMY C ALTEMARA<br>3907 ZARING MILL CT<br>LOUISVILLE, KY 40241 | 16031 | Motors Liquidation Company | $13,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AMY C GLYNN AND<br>JOHN P GLYNN III JTWROS<br>1535 FOREST AVE<br>WILMETTE, IL 60091 | 1872 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AMY D HANEY<br>1444B LIVINGSTON-VERNON RD<br>FLORA, MS 39071 | 21821 | Motors Liquidation Company | $10,091.36 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AMY E SHAW<br>CHARLES SCHWAB & CO INC CUST<br>SEP-IRA<br>11911 W 139TH TER<br>OVERLAND PARK, KS 66221 | 62465 | Motors Liquidation Company | $4,124.88 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| AMY GODES<br>2323 GLASCO TPKE<br><br>WOODSTOCK, NY 12498 | 12134 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AMY MARTEAL PALMER<br>210-A DR MICHAEL DEBAKEY DRIVE<br><br>LAKE CHARLES, LA 70601 | 1110 | Motors Liquidation Company | $2,062.41 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AMY MARTEAL PALMER<br>210-A DR MICHAEL DEBAKEY DRIVE<br><br>LAKE CHARLES, LA 70601 | 1111 | Motors Liquidation Company | $1,031.28 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AMY SINGISER<br>59 HARRIS ROAD APT 218<br><br>TROY, NY 12182 | 50559 | Motors Liquidation Company | $5,102.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANA AND CHARLES NEMEC<br>3370 OLIVIA COURT<br><br>CUMMING, GA 30041 | 10938 | Motors Liquidation Company | $7,849.04 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANA FRIED<br>74 CRESCENT AVE<br><br>PASSAIC, NJ 07055 | 43342 | Motors Liquidation Company | $31,106.26 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANA FRIED<br>74 CRESCENT AVE<br><br>PASSAIC, NJ 07055 | 65825 | Motors Liquidation Company | $31,106.26 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANA M CHOATE TRUSTEE<br>U/A DTD 06/01/94<br>ANA M CHOATE AND<br>MYERS CHOATE TRUST<br>744 CHAPMAN RD<br>SPENCER, IN 47460 | 33580 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANA MARIA ABRAMOVICI IRA<br>FCC AS CUSTODIAN<br>30 SPICE DR<br>WASHINGTON TP, NJ 07676 | 17954 | Motors Liquidation Company | $12,540.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANANT KORADIA<br>6315 MIDDLEBELT RD<br><br>WEST BLOOMFIELD, MI 48322 | 3213 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| ANASTASIA M FLYNN<br>246 COUNTY RD<br><br>BEDFORD, NH 03110 | 15572 | Motors Liquidation Company | $4,030.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANDERSON MOORE TTEE<br>ANDERSON MOORE U/A DTD 09/20/1996<br>821 SPIRIT DRIVE<br>MATTESON, IL 60443 | 28370 | Motors Liquidation Company | $20,465.73 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANDOF PRIBID<br>MEG ULRICH SALBUNC LAW OFFICE<br>NEWSLIFTGASSE 3/G<br>A 1070 WIEN AUSTRIA<br><br>AUSTRIA | 60941 | Motors Liquidation Company | $34,784.11 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANDOLF PRIBIL<br>MEG ULUNCH SALBURG LAW OFFICE<br>NESTIFTG 3/G<br>A 1070 WIEN AUSTRIA<br><br>AUSTRIA | 60943 | Motors Liquidation Company | $8,308.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANDRE ALLEMAN<br>18873 NW 23 PLACE<br><br>PEMBOKE PINES, FL 33029 | 9909 | Motors Liquidation Company | $6,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANDRE ANN D GRIFFIN AND<br>JAMES M GRIFFIN TEN IN COM<br>710 S WASHINGTON<br>ABBEVILLE, LA 70510 | 20245 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANDRE T LAREAU II AND MARY E LAREAU, JT<br>111 SOUTH ROAD<br><br>ENFIELD, CT 06082 | 11240 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANDREA RUBINO<br>2224 LEGION STREET<br><br>BELLMORE, NY 11710 | 13387 | Motors Liquidation Company | $6,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANDREA SHAPOFF<br>143 COLDSPRING POINT ROAD<br><br>SOUTHAMPTON, NY 11968 | 2674 | Motors Liquidation Company | $125,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim.  Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-First Omnibus Objection

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ANDREAS ADRION<br>ZENETTISTRASSE 26<br>80337 MUNICH, GERMANY<br><br>GERMANY | 884 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANDRES PEREZ<br>MORGAN STANLEY C/F<br>ANDRES PEREZ IRA<br>6 PINE ST<br>CARTERET, NJ 07008 | 65077 | Motors Liquidation Company | $19,650.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANDRES S LOPEZ<br>2500 JOHNSON AVE, APT 6J<br><br>BRONX, NY 10463 | 9577 | Motors Liquidation Company | $18,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANDREW ALLAN KOHLAN<br>CHARLES SCHWAB & CO INC CUST<br>ROTH CONVERSION IRA<br>285 CONCORD CIR<br>PAPILLION, NE 68046 | 5347 | Motors Liquidation Company | $58,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANDREW BECKER<br>240 YALE RD<br><br>MENLO PARK, CA 94025 | 17228 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANDREW BRISKA &<br>BERNADETTE & ANDREW BRISKAR<br>LIV TST UA 8/23/03 BERNADETTE OR ANDREW BRISKAR TR<br>40 JANET LANE<br>BERKELEY HTS, NJ 07922 | 12083 | Motors Liquidation Company | $11,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANDREW BRISKAR &<br>BERNADETTE BRISKAR TEN COM<br>40 JANET LANE<br>BERKELEY HTS, NJ 07922 | 12086 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANDREW BRISKAR ,TOD<br>SUBTO STA RULES  C B EISENBEIS<br>P B SANKER  K B KLINK  A T BRISKARIII<br>40 JANET LANE<br>BERKELY HTS, NJ 07922 | 12088 | Motors Liquidation Company | $47,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANDREW BUTLER TRUST<br>ANDREW BUTLER<br>10117 BRANDYWINE DR<br>FORT WAYNE, IN 46825 | 19171 | Motors Liquidation Company | $16,737.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-First Omnibus Objection

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ANDREW C BERG<br>3540 EMERSON AVE S #201<br><br>MINNEAPOLIS, MN 55408 | 2088 | Motors Liquidation Company | $4,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANDREW C DUHAN JR<br>116 NORTH JEFFERSON ST<br><br>ABBEVILLE, LA 70510<br>UNITED STATES OF AMERICA | 63323 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANDREW C DUHON JR<br>116 NORTH JEFFERSON ST<br><br>ABBEVILLE, LA 70510<br>UNITED STATES OF AMERICA | 63322 | Motors Liquidation Company | $12,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANDREW C IRVINE<br>CGM IRA CUSTODIAN<br>181 NATHANS LN<br>BOONE, NC 28607 | 3991 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANDREW C LEGROS CUST FOR<br>JENNIFER D LEGROS<br>UNDER OH UNIF TRAN TO MIN ACT<br>9755 HOBART RD<br>WAITE HILL, OH 44094 | 7683 | Motors Liquidation Company | $12,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANDREW C WHEELER &<br>JULIE B WHEELER JTTEN<br>6600 SW BARNES RD<br>PORTLAND, OR 97225 | 28402 | Motors Liquidation Company | $720.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANDREW E KUSCH<br>2346 LUCERNE DR<br><br>SAN DIEGO, CA 92106 | 12478 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANDREW EGENDORF<br>PO BOX 614<br><br>LINCOLN, MA 01773 | 4802 | Motors Liquidation Company | $511,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANDREW F HILLERY JR<br>P O BOX 11002<br><br>NEW ORLEANS, LA 70181 | 12848 | Motors Liquidation Company | $45,844.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ANDREW F KRAINZ JR AND SUSAN A KRAINZ JT TEN<br>ANDREW F KRAINZ JR<br>SUSAN A KRAINZ JT TEN<br>PO BOX 7195<br>MOUNT JEWETT, PA 16740 | 5929 | Motors Liquidation Company | $357,500.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANDREW GOSLINE<br>CGM IRA CUSTODIAN<br>PO BOX 3<br>BERKELEY SPRINGS, WV 25411 | 14152 | Motors Liquidation Company | $568,176.24 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANDREW H LAZARUS<br>14 CHEROKEE LN<br>COMMACK, NY 11725 | 23173 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANDREW J & LAVONNE A ORAVETZ<br>ANDREW J ORAVETZ<br>LAVONNE A ORAVETZ<br>445 N 6 AVE<br>COLD SPRING, MN 56320 | 12187 | Motors Liquidation Company | $5,278.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANDREW J ARRINGTON JR<br>PO BOX 251<br>DEER PARK, TX 77536 | 7218 | Motors Liquidation Company | $15,029.65 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANDREW J FITZGERALD<br>AASI CUST OF IRA FBO<br>239 BARNES BRIDGE ROAD<br>SUNNYVALE, TX 75182 | 45277 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANDREW J MEYERS<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>2163 LIMA LOOP<br>PMB 071 344<br>LAREDO, TX 78045 | 6321 | Motors Liquidation Company | $5,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANDREW J NEHLIG & ROBERTA W NEHLIG<br>1515 THE FAIRWAY APT 505<br>RYOAL, PA 19046 | 2505 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANDREW KOZER &<br>FRANCES A KOZER JT/WROS<br>STEPHEN GEORGE AND JAMES<br>KOZER TOD<br>37 W WATERSIDE PARKWAY<br>PALM COAST, FL 32137 | 4821 | Motors Liquidation Company | $3,871.21 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ANDREW P CONLEY TTEE FOR THE<br>ANDREW P CONLEY TRUST DTD 2-3-97<br>10833 TOWNE PARK DR NE<br>ALBUQUERQUE, NM 87123 | 62007 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANDREW P KRAUS<br>83 BROOK ST<br>GARDEN CITY, NY 11530 | 4514 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANDREW S GISH AND BARBARA J GISH<br>JT TEN WROS<br>5 LAKELAND DR<br>BARNEGAT, NJ 08005 | 11036 | Motors Liquidation Company | $14,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANDREW SPAZIANI<br>CHARLES SCHWAB & CO INC CUST<br>SEP-IRA<br>15055 W 58TH AVE<br>GOLDEN, CO 80403 | 23661 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANDREW T CARMAN<br>314 DAVIS AVE<br>NORTHFIELD, NJ 08225 | 6094 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANDREW THOMAS BRISKAR<br>40 JANET LANE<br>BERKELEY HTS, NJ 07922 | 12084 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANDREW WALKER<br>6140 OAKRIDGE ROAD<br>AUBURN, NY 13021 | 29607 | Motors Liquidation Company | $25,671.12 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANDREW ZIRNGIBL TTEE<br>ANDREW AND MARIA ZIRNGIBL TRUST U/A<br>DTD 05/10/1989<br>10715 FOOTPRINT LANE<br>PORT RICHEY, FL 34668 | 68375 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANDREW ZIRNGIBL TTEE<br>ANDREW AND MARIA ZIRNGIBL TRUST U/A<br>DTD 05/10/1989<br>10715 FOOTPRINT LANE<br>PORT RICHEY, FL 34668 | 68538 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Forty-First Omnibus Objection**

## Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| ANDREY GEORGIEFF<br>4515 GRIFFIN DRIVE<br>WILMINGTON, DE 19808 | 61528 | Motors Liquidation Company | $102,350.10 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANDY F. ANDERSON IRA<br>FCC AS CUSTODIAN<br>2293 CARAVELLE STREET<br>LAS VEGAS, NV 89142 | 18920 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANDY H SZE<br>8412 EVERGREEN LANE<br>DARIEN, IL 60561 | 8045 | Motors Liquidation Company | $125,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANGELA A. WU, ROTH IRA<br>36 MULBERRY DRIVE<br>OBERLIN, OH 44074<br>UNITED STATES OF AMERICA | 17060 | Motors Liquidation Company | $3,054.03 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANGELA B SPEER<br>PO BOX 430904<br>HOUSTON, TX 77243 | 14645 | Motors Liquidation Company | $9,926.70 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANGELA F BARI<br>6174 HIWASSEE RUN<br>AIKEN, SC 29803 | 7420 | Motors Liquidation Company | $25,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANGELA J PALMER TRUST<br>C/O W M FUMICH JR TRUSTEE<br>24461 DETROIT RD #210<br>WESTLAKE, OH 44145 | 64726 | Motors Liquidation Company | $312.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANGELA LEO KISTNER<br>107-15 92ND STREET<br>OZONE PARK, NY 11417 | 11953 | Motors Liquidation Company | $33,484.38 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANGELA M EMILIO<br>67 ALTHOUSE AVE<br>EAST ROCKAWAY, NY 11518 | 3286 | Motors Liquidation Company | $15,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANGELA M MALDONADO<br>226 FRANKLIN AVE<br>VANDERGRIFT, PA 15690 | 12789 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ANGELA M MALDONADO<br>226 FRANKLIN AVE<br>VANDERGRIFT, PA 15690 | 12790 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANGELA SANTINI TRUST<br>U/A DTD 03/04/1993<br>BY ANGELA SANTINI TTEE<br>27 ELIZABETH ST<br>PORT CHESTER, NY 10573 | 5642 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANGELA SANTINI TTEE<br>U/A DTD 03/04/1993<br>BY DALMAZIO O SANTINI DCSD TRUST<br>27 ELIZABETH ST<br>PORT CHESTER, NY 10573 | 5643 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANGELA SPOTTS<br>1252 TREVORTON ROAD<br>COAL TOWNSHIP, PA 17866 | 2536 | Motors Liquidation Company | $22,492.59 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANGELINA DESAI<br>C/O ROBERT DESAI<br>1 QUICK FARM RD<br>WESTBOROUGH, MA 01581 | 20808 | Motors Liquidation Company | $18,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANGELINA F VALENTI TTEE<br>ANGELINA F VALENTI REV LIV TRUST<br>U/A DTD 11/30/95<br>4808 N. HABANA AVE.<br>TAMPA, FL 33614 | 11715 | Motors Liquidation Company | $23,066.37 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANGELINE CURTO<br>505 E HOWELL STREET<br>TRENTON, NJ 08610 | 26513 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANGELINE GRIB<br>316 VICTORIA GARDENS DR #C<br>KENNETT SQUARE, PA 19348 | 22173 | Motors Liquidation Company | $7,300.85 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANGELINE GRIB<br>316 VICTORIA GARDENS DR #C<br>KENNETT SQUARE, PA 19348 | 22174 | Motors Liquidation Company | $2,858.85 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ANGELO C DESTAFANO<br>72 CIRCLE DR<br>PATCHOGUE, NY 11772 | 12198 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANGELO F & ANGEL M GALASSO<br>1641 PICARDY LANE<br>LONG GROVE, IL 60047 | 19054 | Motors Liquidation Company | $5,080.58 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANGELO FUSARO<br>414 SE 10TH ST APT# 402<br>DANIA, FL 33004 | 29491 | Motors Liquidation Company | $10,240.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANGELO M DINARDO<br>287 PEBBLE BEACH DR<br>MAYS LANDING, NJ 08330 | 14053 | Motors Liquidation Company | $30,271.87 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANGELO P BARISO<br>CGM IRA ROLLOVER CUSTODIAN<br>5110 SCOTT STREET<br>PISCATAWAY, NJ 08854 | 31859 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANGELO TOSCANO<br>2009 NW ESTUARY COURT<br>STUART, FL 34994 | 15430 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANGELO TRUJILLO<br>5526 GOLDEN LEAF AVE<br>LAS VEGAS, NV 89122 | 19117 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANGELO V OSSANNA TTEE<br>PEGGY O OSSANNA TTEE<br>OSSANNA FAMILY REV TRUST<br>UA DATED 8/05/94<br>395 HIGH CHAPAPRRAL LOOP<br>PRESCOTT, AZ 86303 | 2253 | Motors Liquidation Company | $60,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANGELOS PIPINOS<br>BERTHA PIPINOS<br>JT TEN<br>504 LAWRENCE DR<br>SPRINGFIELD, PA 19064 | 2713 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANGUS & ROSEMARY MACLACHLAN<br>532 SANDY OAKS BLVD<br>ORMOND BEACH, FL 32174 | 1548 | Motors Liquidation Company | $47,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ANH DU TRAN OR LANNY TRAN<br>582 SAWYER STREET<br><br>SAN FRANCISCO, CA 94134 | 9455 | Motors Liquidation Company | $25,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANIL BEDI TTEE<br>ANJULI BEDI IRREVOCABLE TRUST U/A<br>DTD 03/13/1997<br>1360 WESTGATE LANE<br>PENNGROVE, CA 94951 | 21895 | Motors Liquidation Company | $60,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANIS A MAGDY & ANETTA G MAGDY<br>3559 PHEASANT ST<br><br>GLENDALE, CA 91206 | 12663 | Motors Liquidation Company | $500,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANIS K SALIBA AND<br>SELHEM F SALIBA JTWROS<br>30729 SASSAFRAS DR<br>LEWIS, DE 19958 | 62568 | Motors Liquidation Company | $20,658.28 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANITA & DAVID LIFSON TTEES.<br>ANITA LIFSON REVOCABLE TRUST<br>U/A/D 3/7/2000<br>211 HORNBILL COURT<br>MANHASSET, NY 11030 | 45140 | Motors Liquidation Company | $7,386.55 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANITA GARCIA IRA<br>7037 SUNSET DRIVE S #602<br><br>ST PETERSBURG, IL 33707 | 16631 | Motors Liquidation Company | $1,092.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANITA L BALSAM TTEE<br>BALSAM FAMILY TRUST DTD 2/22/93<br>4859 MARATHON WAY<br>OCEANSIDE, CA 92056 | 60785 | Motors Liquidation Company | $14,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANITA L HOLZBERG REV TR<br>1324 FLICKER WAY<br><br>SUNNYVALE, CA 94087 | 25291 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANITA M KIRKPATRICK PHD<br>11087 PICAZA PL<br><br>SAN DIEGO, CA 92127 | 6900 | Motors Liquidation Company | $10,120.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANITA M SCHULTZ<br>AS AMEND 8-31-93 & 10-05-98<br>2816 EVERGREEN DR<br>SAINT JOSEPH, MI 49085 | 4251 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| ANITA M. COLLEY<br>TOD ACCOUNT<br>19408 CEDAR GATE DRIVE<br>WARSAW, MO 65355 | 16681 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANITA PLOTKIN<br>550 CLAY AVE  APT 5C<br>SCRANTON, PA 18510 | 27049 | Motors Liquidation Company | $37,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANITA SHUFFER<br>606 WOODLAND CIRCLE<br>DANSONVILLE, GA 30534 | 20895 | Motors Liquidation Company | $4,857.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANITA STIEGLER<br>1245 CARMEN<br>CHICAGO, IL 60640 | 60380 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANITA VERDERBER<br>3361 E GLENCOE RD<br>RICHFIELD, OH 44286 | 3483 | Motors Liquidation Company | $6,875.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANITA VILLAGE<br>JOHN R VILLAGE CUST<br>3111 WYLIE RIDGE RD<br>WEIRTON, WV 26062 | 19037 | Motors Liquidation Company | $4,330.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANITA WEISS<br>6862 ANTINORI LANE<br>BOYNTON BEACH, FL 33437 | 8569 | Motors Liquidation Company | $13,443.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANITA WEISSMAN<br>13241 BONNETTE DR<br>PALM BCH GDNS, FL 33418 | 38957 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANKER J NIELSEN JR<br>TOD REGISTRATION<br>410 BAILEY ROAD<br>HOLDEN, MA 01520 | 17687 | Motors Liquidation Company | $115,205.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANN A BURNS<br>3301 CARTER CREEK PKWY<br>BRYAN, TX 77802 | 4801 | Motors Liquidation Company | $16,080.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ANN ARBOR PARTNERS LP<br>JAMES R HODGE<br>14 SUTTON PL S APT 13A<br>NEW YORK, NY 10022 | 3097 | Motors Liquidation Company | $200,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANN B BURNHAM<br>32 AMBER HILL DR<br>PITTSFORD, NY 14534 | 2710 | Motors Liquidation Company | $10,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANN B DUNBAR<br>1769 GREEN BRIAR CIRCLE<br>FALLBROOK, CA 92028 | 13109 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANN B EVANS<br>13347 OLIVE TREE LANE<br>POWAY, CA 92064 | 11941 | Motors Liquidation Company | $156.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANN B EVANS<br>13347 OLIVE TREE LANE<br>POWAY, CA 92064 | 11942 | Motors Liquidation Company | $197.10 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANN B RIMMINGTON<br>420 ESTATE ROAD<br>SEMORE, NC 27343 | 31449 | Motors Liquidation Company | $3,106.88 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANN BOGUS<br>704 SIBLEY AVE<br>TAYLOR, PA 18517 | 13361 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANN C LAMEY<br>TOD DTD 8/8/05<br>3780 DOUBLE BRANCH DRIVE<br>SEMMES, AL 36575 | 9636 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANN CHADWICK<br>12937 PAPAGO DR<br>POWAY, CA 92064 | 23890 | Motors Liquidation Company | $4,063.99 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANN COHEN<br>42 BAY 25 ST<br>BROOKLYN, NY 11214 | 27254 | Motors Liquidation Company | $34,887.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-First Omnibus Objection

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ANN D WERNER<br>81 WEST 34TH STREET<br>BAYONNE, NJ 07002 | 16391 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANN DOUGHERTY<br>1308 WILLOW DR<br>SEA GIRT, NJ 08750 | 9579 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANN E BAJC<br>315 SAINT ANDREWS BLVD<br>NAPLES, FL 34113 | 9101 | Motors Liquidation Company | $21,525.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANN G MOORMANN<br>6231 N MONTEBELLA RD APT 234<br>TUCSON, AZ 85704 | 60395 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANN HARRIS<br>728 GILBERT ST<br>HELENA, MT 59601 | 7394 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANN HELEN WINSOR<br>13741 W UTICA DR<br>SUN CITY WEST, AZ 85375 | 3772 | Motors Liquidation Company | $23,726.20 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANN J & JAMES M WILBUR JR TTEE<br>ANN J WILBUR TRUST<br>U/A DTD 1/30/98<br>3636 S BRITAIN AVE<br>SPRINGFIELD, MO 65807 | 21941 | Motors Liquidation Company | $2,962.32 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANN J WESTIN<br>10318 OLD TAMPA BAY DRIVE<br>SHINDELMAN-PROGRAM<br>SAN ANTONIO, FL 33576 | 62644 | Motors Liquidation Company | $1,615.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANN K WILLIAMS<br>404 ALDERBROOK DRIVE<br>WAYNE, PA 19087<br>UNITED STATES OF AMERICA | 6076 | Motors Liquidation Company | $25,986.45 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANN KIZANIS KLAPPER<br>5 ANNA MARIE LANE<br>EAST LONGMEADOW, MA 01028 | 65114 | Motors Liquidation Company | $26,251.54 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ANN KOCI<br>ANN KOCI AND EUGENE KOCI AND<br>SHIRLEY A PAPPAS<br>2250 N DOWLEN RD APT 1020<br>BEAUMONT, TX 77706 | 6769 | Motors Liquidation Company | $510.68 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANN KRANIS<br>1478 E 18 STREET<br>BROOKLYN, NY 11230 | 32770 | Motors Liquidation Company | $25,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANN L WEISSMAN<br>33 SAGAMORE WAY<br>JERICO, NY 11753 | 23591 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANN LEE BARON<br>1119 CEDAR TERRACE<br>COLUMBIA, SC 29209 | 10277 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANN LESLIE BRADY TTEE<br>FBO EQUITABLE OFFICE TRUST<br>U/A/D 05-20-1954<br>14080 QUIET MEADOW RD<br>RENO, NV 89511 | 21719 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANN M NOTARINO<br>108 RUSSO AVE<br>EAST HAVEN, CT 06513 | 7072 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANN M POLINSKI<br>ELAINE POLINSKI JT TEN<br>233 S LOCUST ST<br>MOUNT CARMEL, PA 17851 | 21138 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANN M POOCH<br>WEDBUSH MORGAN SEC CTDN<br>IRA CONTRIBUTORY 1/26/05<br>PO BOX 1254<br>SPRING VALLEY, CA 91977 | 5437 | MLCS, LLC | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANN M SOSTEK<br>708 COURTLAND CIRCLE<br>WESTERN SPRINGS, IL 60558 | 2353 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ANN N KISER<br>12105 PARK DRIVE<br>COOPER CITY, FL 33026 | 31178 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANN NOVELLI<br>12 W POTOMAC DR<br>LTL EGG HBR, NJ 08087 | 64363 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANN NOVELLI<br>12 W POTOMAC RD<br>LITTLE EGG HARBOR, NJ 08087 | 64364 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANN NOVELLI<br>12 W POTOMAC DRIVE<br>LTL EGG HBR, NJ 08087 | 64365 | Motors Liquidation Company | $7,607.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANN PALA ZZESE<br>1641 BOXWOOD RD<br>GARNET VALLEY, PA 19060 | 33444 | Motors Liquidation Company | $14,874.03 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANN R BAILEY<br>PO BOX 2843<br>GILLETTE, WY 82717 | 27402 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANN RIDGELY<br>2431 IRONWOON AVE<br>TWIN FALLS, ID 83301 | 2839 | Motors Liquidation Company | $8,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANN SAVAGE<br>374 CYPRESS CREST TERRACE<br>ESCONDIDO, CA 92025<br>UNITED STATES OF AMERICA | 26549 | Motors Liquidation Company | $13,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANN SIELOFT<br>623 INVERNESS RD<br>LISLE, IL 60532 | 17461 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANN SIMONE<br>100 HILTON AVE, APT 7A<br>GARDEN CITY, NY 11530 | 30429 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ANN T MITCHELL<br>4810 OLD LYDDANE BRIDGE RD<br><br>OWENSBORO, KY 42301 | 3101 | Motors Liquidation Company | $500,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANN VEDRANI<br>2002 SE ROUND TABLE DR<br><br>PORT ST LUCIE, FL 34952 | 11797 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANN VIGGIANO<br>2-C STONYBROOK ROAD<br><br>WHITING, NJ 08759 | 3175 | Motors Liquidation Company | $4,490.13 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNA & BRUCE PINCUS JT TWROS<br>11307 KNOT WAY<br><br>HOLLYWOOD, FL 33026 | 10210 | Motors Liquidation Company | $9,189.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNA B BAKER<br>TOD BENEFICIARIES ON FILE<br>1615 KEELY RD<br>FRANKLIN, PA 16323 | 14520 | Motors Liquidation Company | $980.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNA H BIRO REV LVG TR<br>ANNA H BIRO<br>16942 WATERBEND DR #256<br>JUPITER, FL 33477 | 4781 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNA KIEL<br>RAYMOND JAMES FINANCIAL SERVICES INC<br>ROBERTA L STEVENS<br>930 BUSSE HWY<br>PARK RIDGE, IL 60068 | 3442 | Motors Liquidation Company | $20,765.30 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNA KLUMBACH<br>256 ASHWORTH AVE<br><br>STATEN ISLAND, NY 10314 | 6095 | Motors Liquidation Company | $10,162.84 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNA L BARGER<br>CGM IRA CUSTODIAN<br>3834 WINTER HILL DR<br>HAMILTON, OH 45011 | 15909 | Motors Liquidation Company | $1,751.45 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNA L PIRRO<br>978 W 23RD ST<br><br>UPLAND, CA 91784 | 61249 | Motors Liquidation Company | $25,226.65 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ANNA L WATKINS TTEE OF THE WATKINS FAMILY TRUST 917 N LOUISE STREET ROOM #316 GLENDALE, CA 91207 | 22239 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNA L. BARGER CGM IRA CUSTODIAN 3834 WINTER HILL DRIVE HAMILTON, OH 45011 | 14899 | Motors Liquidation Company | $1,751.45 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNA LEE JONGEWAARD 1501 STONEWOOD CT SAN PEDRO, CA 90732 | 9008 | Motors Liquidation Company | $18,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNA M BIGUS 25W220 ARMBRUST AVE WHEATON, IL 60187 | 16724 | Motors Liquidation Company | $873.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNA M BIGUS 25 W 220 ARMBRUST WHEATON, IL 60187 | 16725 | Motors Liquidation Company | $2,037.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNA M BIGUS 25 W220 ARMBRUST AVE WHEATON, IL 60187 | 16726 | Motors Liquidation Company | $1,425.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNA M BREINER 1356 MICHAEL WAY LANSDALE, PA 19446 | 6192 | Motors Liquidation Company | $1,372.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNA M LONG  SELDON CUNNINGHAM JR 102 DONNA COURT HENDERSONVILLE, TN 37075 | 7483 | Motors Liquidation Company | $13,725.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNA M MOERS DESIGNATED BENE PLAN/TOD 360 E 72ND ST APT C3402 NEW YORK, NY 10021 | 45097 | Motors Liquidation Company | $355.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNA M WANGLIE 159 W 107TH ST BLOOMINGTON, MN 55420 | 30914 | Motors Liquidation Company | $1,050.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-First Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| ANNA MAE CARBONE IRA R/O<br>FCC AS CUSTODIAN<br>146 PHEASANT RUN<br>MAYFIELD HTS, OH 44124 | 23163 | Motors Liquidation Company | $3,635.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNA MAE CARBONE TRUSTEE<br>ANNA MAE CARBONE TRUST<br>U/A DTD 2/11/04<br>146 PHEASANT RUN<br>CLEVELAND, OH 44124 | 23164 | Motors Liquidation Company | $2,272.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNA MAE CLINE REV LVG TR<br>TOMMY R MCDONALD, TTEE<br>901 WOODWARD STREET<br>LAKELAND, FL 33803 | 13090 | Motors Liquidation Company | $32,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNA MARIE PLOWMAN  &<br>RHODIE I PLOWMAN JT WROS<br>918 TALIAFERRO DRIVE<br>HARRISONBURG, VA 22802 | 64122 | Motors Liquidation Company | $80,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNA MARIE RUBEN TTEE<br>THE ALAGNA FAMILY TRUST U/T/A<br>DTD 09/22/1992<br>411 S WAIOLA AVE<br>LA GRANGE, IL 60525 | 7007 | Motors Liquidation Company | $20,105.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNA MARIE RUBEN TTEE OF THE<br>ROSE P ALAGNA DECLARATION OF TRUST<br>U/A DTD 12/27/1990<br>411 S WAIOLA AVE<br>LA GRANGE, IL 60525 | 7006 | Motors Liquidation Company | $21,375.40 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNA MARIE SMITH<br>TOD ACCOUNT<br>4801 SOUTH OLIVER DRIVE<br>VIRGINIA BEAC, VA 23455 | 9895 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNA MARY MOONEY<br>809 EAST MAITLAND LN<br>NEW CASTLE, PA 16105 | 15793 | Motors Liquidation Company | $16,667.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNA MARY MOONEY REV TRUST<br>ANNA MARY MOONEY<br>809 EAST MAITLAND LN<br>NEW CASTLE, PA 16105 | 15778 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ANNA MAY KINKADE & JERRY LLOYD KINKADE JT TEN 16220 NOSONI CT APPLE VALLEY, CA 92307 | 62993 | Motors Liquidation Company | $31,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNA NEWMAN 595 ALCOVY NORTH DRIVE MANSFIELD, GA 30055 | 7720 | Motors Liquidation Company | $15,468.35 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNA SCHEUFELE TRTEE U/A DTD 6/4/97 FBO ANNA SCHEUFELE REV TR 803 OAK BLVD W DR GREENFIELD, IN 46140 | 14407 | Motors Liquidation Company | $8,282.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNA SCHEUFELE TRUSTEE U/A DTD 6/4/97 FBO ANNA SCHUEFELE REVOCABLE TR 803 OAK BLVD W DR GREENFIELD, IN 46140 | 14566 | Motors Liquidation Company | $8,307.79 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNA SCHLESINGER DAVID SCHLESINGER JT TEN 6615 THORNTON PL APT 3V REGO PARK, NY 11374 | 15702 | Motors Liquidation Company | $51,850.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNA TOPALIAN  IRA FCC AS CUSTODIAN 2200 SOUTH OCEAN BLVD APT 206 DELRAY BEACH, FL 33483 | 19455 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNA Z MILIANO  & ANN MARIE DUGGAN JT WROS 4306 ROSEMARY STREET CHEVY CHASE, MD 20815 | 67112 | Motors Liquidation Company | $10,005.25 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNABELLE MEISLER 6419 BRECKENRIDGE CIR LAKE WORTH, FL 33467 | 15981 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNANDALE TST FBO HEATHER A CORRAL CORRAL SOLE & SEPARATE PROP 30423 CANWOOD ST #124 AGOURA HILLS, CA 91301 | 14993 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| ANNE A CROUSE & MARION E CROUSE TTEES<br>ANNE A CROUSE<br>1260 N 10TH ST<br>COOS BAY, OR 97420 | 5107 | Motors Liquidation Company | $10,768.20 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNE A CROUSE & MARION E CROUSE TTEES<br>ANNE A CROUSE<br>1260 N 10TH ST<br>COOS BAY, OR 97420 | 5108 | Motors Liquidation Company | $15,206.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNE A FUNG & ROY A FUNG JT TEN TOD<br>ALLEN AGATHA LEE<br>SUBJECT TO STA RULES<br>311 BRYAN OAK AVENUE<br>BRANDON, FL 33511 | 19528 | Motors Liquidation Company | $10,274.39 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNE B FOERSTNER TTEE<br>TRUST U/A DTD 8-31-90<br>16714 FISCHER RD<br>LAKEWOOD, OH 44107 | 68049 | Motors Liquidation Company | $9,080.03 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNE B PARKER<br>108 LAKE CRESCENT<br>FRANKLIN, VA 23851 | 14300 | Motors Liquidation Company | $44,535.16 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNE B ZEHNER MARITAL TRUST<br>ANNE : MARK ZEHNER TRUSTEES<br>ANNE B ZEHNER MARITAL TRUST INHERITED IRA<br>BENEFICIARY OF LOUIS A ZEHNER JR CHARLES SCHWAB CO CUSTODIAN<br>13446 HARBOR RIDGE BLVD<br>PALM CITY, FL 34990 | 20301 | Motors Liquidation Company | $46,413.28 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNE BERINGER TTEE<br>ANNE BERINGER TRUST U/A<br>DTD 10/18/1990<br>2250 LANCASTER RD<br>AKRON, OH 44313 | 61171 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNE BURKET<br>1020 LAKESHORE BLVD<br>EVANSTON, IL 60202 | 2967 | Motors Liquidation Company | $2,468.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNE C AIKEN<br>681 TOTTEN WAY<br>CINCINNATI, OH 45228 | 68203 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ANNE C DAVID, PH.D. 3601 GREENWAY UNIT 609 BALTIMORE, MD 21218 | 2181 | Motors Liquidation Company | $8,950.35 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNE C MCCARTY AND RALPH W MCCARTY JTWROS 7126 CAPRI ST PORTAGE, MI 49002 | 5416 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNE CLISHAM TOD ACCOUNT 1744 HIGHVIEW CIRCLE COURT BALLWIN, MO 63021 | 16315 | Motors Liquidation Company | $24,752.15 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNE DAUSCH R/O IRA FCC AS CUSTODIAN 3208 LEGENDARIO SAN CLEMENTE, CA 92673 | 36581 | Motors Liquidation Company | $18,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNE H CONNELL RICHARD A CONNELL TTEE ANNE H CONNELL TRUST U/A 6/15/84 1830 VIA GENOA WINTER PARK, FL 32789 | 19896 | Motors Liquidation Company | $25,679.69 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNE H YATES & NANCY A KILTY & WILLIAM A YATES & MARY C YATES-CLIFTON JT WROS 113 PARK PLACE LA GRANGE, TX 78945 | 13719 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNE HARVIEUX & JOHN HARVIEUX TTEES HARVIEUX GIFTING TRUST U/A DTD 12/14/00 2744 SANDRA LN WAUKESHA, WI 53188 | 59994 | Motors Liquidation Company | $262.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNE HILL PATRICK 5760 NW 127TH TER CORAL SPRINGS, FL 33076 | 22436 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNE JACOBSON 17664 LAKE ESTATES DRIVE BOCA RATON, FL 33496 | 18263 | Motors Liquidation Company | $389,384.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ANNE K FINAN<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>PO BOX 382<br>TALLMAN, NY 10982 | 29515 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNE KING<br>18577 MTN LAUREL TERRACE<br>GAITHERSBURG, MD 20879 | 15896 | Motors Liquidation Company | $4,099.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNE KUBIC<br>98 AVON BEND ROAD<br>CHARLES TOWN, WV 25414 | 27100 | Motors Liquidation Company | $18,360.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNE M DECKER<br>1450 STONEY POINT DR<br>LANSING, MI 48917 | 6915 | Motors Liquidation Company | $12,500.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNE M DUNNE<br>1296 LAUREL STREET APT 5<br>SAN CARLOS, CA 94070 | 62479 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNE M MUSIAL TRUST<br>ANNE M MUSIAL TTEE<br>U/A DTD 04/22/1999<br>5614 DAKOTA ST<br>ZEPHYRHILLS, FL 33542 | 15218 | Motors Liquidation Company | $70,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNE M PETERS IRA<br>FCC AS CUSTODIAN<br>U/A DTD 04/05/00<br>45 DANA RD<br>BUFFALO, NY 14216 | 2597 | Motors Liquidation Company | $6,086.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNE M SHANNON<br>42 VENUS DR<br>EAST GREENWICH, RI 02818 | 20892 | Motors Liquidation Company | $11,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNE M VEACH<br>30 BAYARD AVE<br>DOVER, DE 19901 | 15979 | Motors Liquidation Company | $8,125.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNE MEISTER<br>18 PROVIDENCE RD<br>BROOKLYN, CT 06234 | 9144 | Motors Liquidation Company | $82,755.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ANNE O'CONNELL IRA<br>FCC AS CUST<br>17 SHADOWBROOK ROAD<br>MORRISTOWN, NJ 07960 | 68331 | Motors Liquidation Company | $25,562.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNE PEAKE (IRA)<br>FCC AS CUSTODIAN<br>FRIENDS VILLAGE, APT B6<br>331 LOWER DOLINGTON ROAD<br>NEWTOWN, PA 18940 | 23162 | Motors Liquidation Company | $3,494.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNE R NICHOLAS IRA<br>ANNE R NICHOLAS<br>532 EASTGATE VILLAGE WYNDE<br>LOUISVILLE, KY 40223 | 31521 | Motors Liquidation Company | $840.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNE RODGERS TRUSTEE<br>ANNE RODGERS LIVING TRUST<br>2821 SW 107TH ST<br>OKLAHOMA CITY, OK 73170 | 11658 | Motors Liquidation Company | $6,941.21 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNE S BRONNER LIVING TRUST<br>ANNE S BRONNER<br>246 CHERRY ST<br>FRANKEMUTH, MI 48734 | 11599 | Motors Liquidation Company | $22,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNE S HOFFMAN<br>6305 DILLARD COURT<br>PROSPECT, KY 40059 | 19715 | Motors Liquidation Company | $12,486.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNE STERNARD TRUST<br>5143 ASPEN DR<br>MONTCLAIR, CA 91763 | 18985 | Motors Liquidation Company | $3,775.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNE T CANFIELD<br>522 KINSALE ROAD<br>LUTHERVILLE, MO 21093 | 65948 | Motors Liquidation Company | $13,396.80 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNE W AND ROBERT J TRANKLE<br>AND NANCY L KIRKLIN  CO-TTEE<br>U/A DTD 7/25/05<br>ANNE W TRANKLE REV TRUST<br>49 N DAWN DR<br>FRANKLIN, IN 46131 | 33581 | Motors Liquidation Company | $8,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ANNE W GABBETT<br>116 ASHEFIELD CT<br><br>HENDERSONVLLE, NC 28791 | 19708 | Motors Liquidation Company | $155,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNE YOUNG<br>23 CHAPEL HILL DRIVE<br><br>ROCHESTER, NY 14617 | 2630 | Motors Liquidation Company | $81,133.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNELIESE SCHWARTING<br>138 SYCAMORE COURT<br><br>COLUMBUS, GA 31906 | 45858 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNE-MARIE JANNACE & MATTHEW J JANNACE<br>JT TEN<br>55 CHILTON RD<br>BROCKTON, MA 02301 | 3410 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNE-MARIE JANNACE CUST MATTHEW J JANNACE<br>55 CHILTON RD<br><br>BROCKTON, MA 02301 | 3409 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNETTA COLLINS  &<br>HASSEL T COLLINS JT WROS<br>P O BOX 510<br>SOUTH WEBSTER, OH 45682 | 68227 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNETTE ALTER<br><br><br>UNITED STATES OF AMERICA | 15801 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNETTE GERSTEN AND<br>JACK GERSTEN JTWROS<br>295 OCEAN PARKWAY, APT E-10<br>BROOKLYN, NY 11218 | 12335 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNETTE GROSSMAN<br>11 WHITE ROCK TER<br><br>HOLMDEL, NJ 07733 | 61344 | Motors Liquidation Company | $9,875.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNETTE I CASEY &<br>JOHN E CASEY<br>COMM/PROP<br>4010 DUNKIRK ST<br>MIDLAND, TX 79707 | 4774 | Motors Liquidation Company | $12,449.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ANNETTE J MAY<br>265-N MIDDLEBURY LANE<br><br>MONROE TOWNSHIP, NJ 08831 | 21244 | Motors Liquidation Company | $13,629.02<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNETTE L RICH<br>8140 ROOSEVELT BLVD<br><br>PITTSBURGH, PA 15237 | 5058 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNETTE SEGAL<br>9225 N KILDARE<br><br>SKOKIE, IL 60076 | 5121 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNETTE SEGAL<br>9225 N KILDARE<br><br>SKOKIE, IL 60076 | 5122 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNETTE YAFFE TTEE<br>2624 S. 95 ST<br><br>OMAHA, NE 68124 | 4096 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNI PREISS<br>2346 TRIPALDI<br><br>HAYWARD, CA 94545<br>UNITED STATES OF AMERICA | 62781 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNIE L ALLARDYCE & JAMES D ALLARDYCE CO-SUCC-TTEES<br>JAMES R ALLARDYCE LIV TRUST<br>5163 WINDCREST DR SW<br>GRANDVILLE, MI 49418<br>UNITED STATES OF AMERICA | 62287 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNIE LOUISE BROOKS<br>C/O CGM IRA CUSTODIAN<br>8801 WASHBURN DR<br>PLANO, TX 75025 | 65436 | Motors Liquidation Company | $3,069.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNIE SONNEBERG<br>2621 PALISADE AVE<br>APT 2L<br>RIVERDALE, NY 10463 | 5768 | Motors Liquidation Company | $4,478.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNIE W CHEATHAM<br>3003 BRIARCLIFF RD<br><br>HUEYTOWN, AL 35023 | 9235 | Motors Liquidation Company | $4,230.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ANNJMC LLLP<br>ATTN: SCOTT BALCOMB-MANAGING PARTNER<br>PO DRAWER 790<br>GLENWOOD SPRINGS, CO 81602 | 12869 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNY KNIGHT<br>2230 SILVERBROOK CT<br>MCKINLEYVILLE, CA 95519 | 61886 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANSEL GOLDGAR<br>2900 DARTMOUTH DR<br>PLANO, TX 75075<br>UNITED STATES OF AMERICA | 36642 | Motors Liquidation Company | $52,062.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTHONY & JUNE TROPIO<br>9418 KINGSTON DR<br>BRADENTON, FL 34210 | 6890 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTHONY & MARIE MARENGEOLO CO TTEES<br>ANTHONY J. MARENGEOLO LIV TRUST<br>U/A DATED 7/23/98<br>3 HILLCREST AVENUE<br>WALDEN, NY 12586 | 11017 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTHONY & THEA AYOUB<br>18752 SE RED APPLE LN<br>JUPITER, FL 33458 | 4160 | Motors Liquidation Company | $250,360.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTHONY ADAMS<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>14796 SW FERN ST<br>TIGARD, OR 97223 | 18644 | Motors Liquidation Company | $12,326.40 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTHONY AMOTTI AND FRANCES MARIA<br>ANNOTTI TTEES F/T 1982 ANNOTTI FAM<br>TRUST DTD SEPT 19, 1982<br>2828 ANTERES ST<br>LAS VEGAS, NV 89117 | 17880 | Motors Liquidation Company | $3,832.76 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTHONY ANNOTTI AND FRANCES MARIA<br>ANNOTTI TTEES F/T 1982 ANNOTTI FAM<br>TRUST DTD SEPT 19,1982<br>2828 ANTERES ST<br>LAS VEGAS, NV 89117 | 17881 | Motors Liquidation Company | $3,726.49 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ANTHONY B TIRICO SR<br>HC 1 BOX 250<br>MOUNT VERNON, OR 97865 | 69176 | Motors Liquidation Company | $25,725.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTHONY BIANCULLI<br>168 MINUTEMAN CIRCLE<br>ALLENTOWN, NJ 08501 | 5763 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTHONY C DAUCHESS JR &<br>CAROL A DAUCHESS JT TEN<br>4819 SHEFFIELD COURT<br>HARRISBURG, PA 17112 | 8515 | Motors Liquidation Company | $13,875.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTHONY C GIARDINA<br>4280 GALT OCEAN DR APT 6L<br>FORT LAUDERDALE, FL 33308 | 31308 | Motors Liquidation Company | $138,117.85 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTHONY CHARLES SORRENTINO<br>144 EYLANDT ST<br>STATEN ISLAND, NY 10312 | 22128 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTHONY D GINGELLO<br>1537 MAIDEN LANE<br>ROCHESTER, NY 14626 | 5017 | Motors Liquidation Company | $125,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTHONY DEL SPINA<br>3400 S OCEAN BLVD<br>UNIT 7E2<br>PALM EACH, FL 33480 | 10807 | Motors Liquidation Company | $200,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTHONY DEMUNNO SR. & ANNA DEMUNNO JT TEN<br>271 QUAIL LANE<br>MERRITT ISLAND, FL 32953 | 14224 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTHONY E MAGEE<br>415 BRENDA DR<br>DENHAM SPRINGS, LA 70726 | 69585 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTHONY F FRANDINA<br>1350 ONE M & T PLAZA<br>BUFFALO, NY 14203 | 1816 | Motors Liquidation Company | $11,989.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ANTHONY G WAITE<br>10842 HARROGATE PL<br><br>SANTA ANA, CA 92705 | 5391 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTHONY GANGONE<br>25 DURHAM ROAD<br><br>NEW HYDE PARK, NY 11040<br>UNITED STATES OF AMERICA | 36063 | Motors Liquidation Company | $23,789.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTHONY J & THERESA ANN LORBIETZKI<br>2376 WEAVERVILLE DRIVE<br><br>HENDERSON, NV 89044<br>UNITED STATES OF AMERICA | 62451 | Motors Liquidation Company | $81,128.90 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTHONY J AIELLO<br>2001 83RD AVE NO #1292<br><br>ST PETERSBURG, FL 33702 | 7494 | Motors Liquidation Company | $15,543.76 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTHONY J LORBIETZKI & THERESA A LORBIETZKI CO-TTEES O/T ANTHONY J LORBIETZKI LVG TR DTD 08/22/2000<br>2376 WEAVERVILLE DR<br>HENDERSON, NV 89044 | 62449 | Motors Liquidation Company | $81,128.90 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTHONY J MCMAHON &<br>BARBARA L BRENNAN JT TEN<br>2700 CALLE TRANQUILO NW<br>ALBUQUERQUE, NM 87104 | 4599 | Motors Liquidation Company | $6,469.30 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTHONY J MICHEL<br>7 SHARON DRIVE<br><br>RUTLAND, VT 05701 | 33430 | Motors Liquidation Company | $4,257.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTHONY J NAKROSHIS<br>ESTELLE C NAKROSHIS TTEE<br>U/A/D 06/18/04<br>FBO NAKROSHIS R. LIVING TRUST<br>13549 LONGVIEW DRIVE<br><br>HOMER GLEN, IL 60491 | 15856 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTHONY J PREVITI<br>707 NO CAMBRIDGE AVE<br><br>VENTNOR, NJ 08406 | 9631 | Motors Liquidation Company | $11,554.30 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| ANTHONY J VIGLIOTTI<br>48949 PLUM TREE DR<br><br>PLYMOUTH, MI 48170 | 2373 | Motors Liquidation Company | $21,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTHONY L HORSTMAN<br>20 CARSDALE CT<br><br>WILMINGTON, DE 19808 | 46003 | Motors Liquidation Company | $5,108.90 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTHONY M VASSALLO<br>6967 PAMPAS WAY<br><br>FAIR OAKS, CA 95628 | 2849 | Motors Liquidation Company | $4,734.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTHONY MARY FARALDO<br>29 OAKTREE DR<br><br>SMITHTOWN, NY 11787 | 12299 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTHONY MAYSONETT<br>1234 COOPER STATION ROAD<br><br>HERNDON, VA 20170 | 2093 | Motors Liquidation Company | $86,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTHONY MENDILLO REV TR<br>ANTHONY MENDILLO<br>245 LEGENDARY CR<br>PALM BEACH GARDENS, FL 33418<br>UNITED STATES OF AMERICA | 37139 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTHONY NATELLA<br>21 GILDER RD<br><br>BOURNE, MA 02532 | 28609 | Motors Liquidation Company | $25,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTHONY P DEJAGER AND RUTH M DEJAGER JTTEN<br>ANTHONY P AND RUTH M DEJAGER<br>1542 WIDDICOMB AVENUE NW<br>GRAND RAPIDS, MI 49504 | 43366 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTHONY P KONOPKA &<br>JOAN I KONOPKA JT TEN<br>560 SILVER TEE DR<br>PENHOOK, VA 24137 | 15465 | Motors Liquidation Company | $120,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTHONY PARISI JR.<br>16 MILL POND ROAD<br><br>WEST PATERSON, NJ 07424 | 1919 | Motors Liquidation Company | $10,271.23 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-First Omnibus Objection

## Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| ANTHONY S BOGDAN<br>816 WANNER AVENUE<br><br>MONONGAHELA, PA 15063 | 39410 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTHONY SCOTTI/CHRISTINE SCOTTI JTWROS<br>138 PINE STREET<br><br>POMPTOM LAKES, NJ 07442 | 1845 | Motors Liquidation Company | $2,500.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTHONY SOMMA R/O IRA<br>FCC AS CUSTODIAN<br>13236 NANCY CT<br>WOODBRIDGE, VA 22193 | 2158 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTHONY SUNSERI<br>915 WELFER ST<br><br>PITTSBURGH, PA 15217 | 10757 | Motors Liquidation Company | $20,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTHONY T. IARIA<br>4143 RAFFEE DR<br><br>SAN DIEGO, CA 92117 | 20058 | Motors Liquidation Company | $2,312.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTHONY TRUNCALE<br>198 LOUISE<br><br>BRIDGE CITY, TX 77611 | 21115 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTHONY VERGA<br>193 ANTHONY PLACE<br><br>WYCKOFF, NJ 07481 | 19624 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTHONY W WHITE<br>2058 EAST LAGO GRANDE WAY<br><br>FT MOHAVE, AZ 86426 | 16994 | Motors Liquidation Company | $8,535.45 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTILLA INVESTMENT LTD<br>8395 SW 73 AVE APT 303<br><br>MIAMI, FL 33143 | 17246 | Motors Liquidation Company | $107,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTOINE RAYMOND LACHAUD<br>/CO CLAUDINE CHAUSSARD<br>9 RUE VAUDETARD<br>92130 ISSY LES MOULINEAUX  FRANCE<br><br><br>FRANCE | 19440 | Motors Liquidation Company | $53,379.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ANTOINETTE DEIESO<br>6 DELLMEAD DRIVE<br><br>LIVINGSTON, NJ 07039 | 5071 | Motors Liquidation Company | $3,543.39 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTOINETTE MARTINI &<br>CORNELIA A BOWEN JT TEN<br>84-33 258TH STREET<br>FLORAL PARK, NY 11001 | 14542 | Motors Liquidation Company | $9,724.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTON HAPPE<br>314 CURACAO WAY<br><br>NICEVILLE, FL 32578 | 5274 | Motors Liquidation Company | $25,650.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTONINA CASTAGNOLA TRUSTEE<br>LOUIS & ANTONINA CASTAGNOLA TR A<br>U/A DTD 06/05/1992<br>2123 MERGHO IMPASSE<br>SAN DIEGO, CA 92110 | 69367 | Motors Liquidation Company | $51,737.44 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTONINO MAURO<br>PHYLLIS MAURO<br>3023 MARTZ PL<br>SAGINAW, MI 48602 | 10840 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTONIO & MARIA AMARAL<br>41 WAUGHAW RD<br><br>TOWACO, NJ 07082 | 65058 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTONIO AND MARIA ERRANTE<br>28 DUSKO DR<br><br>PARLIN, NJ 08859 | 64860 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTONIO BAERE FARIA RICCA GONCALVES<br>C/O BANCO ESPIRITO SANTO SA<br>AVENIDA DA LIBERDADE, 195<br>LISBOA<br><br>PORTUGAL | 64936 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTONIO BONGARZONE<br>345 CHELSEA AVE<br><br>LONG BRANCH, NJ 07740 | 18077 | Motors Liquidation Company | $2,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| ANTONIO PELOSI & ERMELINDA PELOSI JT TEN 1845 TOMLINSON AVE BRONX, NY 10461 | 7952 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTONIO S GOMES & AIDA GALLAGHER JT TEN 57 BROCKETT FARM ROAD NORTH HAVEN, CT 06473 | 9830 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTONIO S GOMES & TERESA GOMES JT TEN 57 BROCKETT FARM ROAD NORTH HAVEN, CT 06473 | 10230 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTONIO S GOMES & JULIE GOMES-RUSSITANO JT TEN 57 BROCKETT FARM RD NORTH HAVEN, CT 06473 | 10231 | Motors Liquidation Company | $48,950.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTONIO SPADAVECCHIA 48 ELMWOOD AVE SELDEN, NY 11784 | 20137 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTONIO T VALENTE (IRA) FCC AS CUSTODIAN 38 N SWEETGUM CT HOMOSASSA, FL 34446 | 3621 | Motors Liquidation Company | $4,375.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANUJ B SONAWALA D & DRASHTA SONAWALA JT TEN 750 PARK AVENUE UNIT 27W ATLANTA, GA 30326 | 10494 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANUP SUD 1126 MILL CREEK RD FLINT, MI 48532 | 69846 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| APAC PAPER AND PACKAGING CORP PROF SH PL & TRUST DTD 3-27-86 M LASKE AND H JENKS TTEES 4000 ENTERPRISE DRIVE PO BOX 640 ALLEN PARK, MI 48101 | 31285 | Motors Liquidation Company | $25,273.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-First Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| APPELBAUM FAMILY TRUST UAD 02/22/07 AARON APPELBAUM & RHODA APPELBAUM TTEES 8543 EAGLE RUN DR BOCA RATON, FL 33434 | 19445 | Motors Liquidation Company | $16,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| APPLETON, ROBERT C 3564 N MEXICO RD PERU, IN 46970 | 2400 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARAB COMPANY FOR LIVESTOCK DEVELOPMENT TAKHASSUSI STR, AL-REHMANIA DIST RIYADH, POST BOX # 75026 - RIYADH 11578 KINGDOM OF SAUDI ARABIA SAUDI ARABIA | 1042 | Motors Liquidation Company | $1,000,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARCHER ASSOCIATES SA NATIXIS PRIVATE BANKING 51 AVENUE JF KENNEDY L 1855 LUXEMBOURG EUROPE LUXEMBOURG | 64750 | Motors Liquidation Company | $166,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARCHIE LEVINE 3301 ARUBA WAY H-2 COCONUT CREEK, FL 33066 | 59738 | Motors Liquidation Company | $60,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARDEN LEDER STEVEN LEDER 331 WEST 16TH ST DEER PARK, NY 11729 | 22217 | Motors Liquidation Company | $330.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARDENE J BOWRON IRA FCC AS CUSTODIAN 503 46TH ST NW BRADENTON, FL 34209 | 37020 | Motors Liquidation Company | $141,337.34 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARDITH M. TROGDON 6053 KLAMATH LOOP FT. MOHAVE, AZ 86426 | 15352 | Motors Liquidation Company | $25,825.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AREFEH RIAZI 27 CLINTON ST VALHALLA, NY 10595 | 36232 | Motors Liquidation Company | $57,976.83 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ARGYLE, ROSELYN D<br>3140 SOUTH BRENNAN ROAD<br><br>HEMLOCK, MI 48626 | 68461 | Motors Liquidation Company | $115,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARIC L RUDDEN & ROBIN B RUDDEN<br>ARIC L RUDDEN &<br>ROBIN B RUDDEN<br>3709 JOHN CARROLL DR<br>OLNEY, MD 20832 | 22025 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARISTIDE E. TON<br>174 SAND BEACH BLVD<br><br>SHREVEPORT, LA 71105 | 16616 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARLEEN BRADLEY TTEE<br>ARLEEN R BRADLEY LV/TST U/A<br>DTD 01/18/1999<br>2000 CAMBRIDGE AVENUE APT 81<br>WYOMISSING, PA 19610 | 15980 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARLEN H JENSEN & MARLIS M JENSEN<br>MARLIS M JENSEN<br>JT TEN<br>108 CLARK ST.<br>PO BOX 355<br>VIBORG, SD 57070 | 7206 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARLENE C HOOKHAM TRUST<br>U/A/D 1 5 90<br>ARLENE C HOOKHAM TRUSTEE<br>676 AUDUBON BLVD<br>DELRAY BEACH, FL 33444 | 8968 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARLENE D BIRKENSTOCK<br>29517 ELLINGTON CT<br><br>SUN CITY, CA 92586 | 9340 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARLENE F WEST<br>2136 FOXFORD ST<br><br>CANTONMENT, FL 32533 | 20809 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARLENE G HOVANESSIAN<br>TRUSTEE OF THE ARLENE G HOVANESSIAN LIV TRUST<br>DTD 4/12/1992<br>23720 SANDALWOOD ST<br>WEST HILLS, CA 91307 | 13754 | Motors Liquidation Company | $3,300.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Forty-First Omnibus Objection**

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ARLENE GREENSTEIN AND ABBY GREENBERG JT TEN<br>245-20 GRAND CENTRAL PARKWAY<br>BELLEROSE, NY 11426 | 17043 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARLENE H CLARK<br>PO BOX 6401<br>GAINESVILLE, GA 30504 | 20188 | Motors Liquidation Company | $13,325.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARLENE H JOHNSON<br>12141 S KI ROAD<br>PHEONIX, AZ 85044 | 61418 | Motors Liquidation Company | $10,855.90 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARLENE H. WATERS<br>CGM IRA ROLLOVER CUSTODIAN<br>3371 N. CALLE DE CATALINA<br>TUCSON, AZ 85749 | 9128 | Motors Liquidation Company | $3,715.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARLENE L ANDERSON<br>3535 TERRACE DR<br>CHINO HILLS, CA 91709 | 4535 | Motors Liquidation Company | $48,285.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARLENE LANGLIEB<br>VICKY KEMMLER TTEE<br>U/W/O EGON SENSKY<br>883 CEDARHURST ST<br>NORTH WOODMERE, NY 11581 | 6794 | Motors Liquidation Company | $33,000.18 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARLENE M STANFORD<br>2808 E ORCHARD PL #202<br>SIOUX FALLS, SD 57103 | 4110 | Motors Liquidation Company | $1,425.16 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARLENE M. LARIMER IRA<br>FCC AS CUSTODIAN<br>15911 W CLEAR CANYON DR<br>SURPRISE, AZ 85374 | 12758 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARLENE PETROFF-GROSSMAN<br>15 W 81ST ST<br>NEW YORK, NY 10024 | 6429 | Motors Liquidation Company | $26,962.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARLENE R WEISS<br>MILTON S WEISS TEN ENT<br>3400 N 47TH AVE<br>HOLLYWOOD, FL 33021 | 15357 | Motors Liquidation Company | $31,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ARLENE SIDERMAN TOD<br>11914 ARIAS AVE<br>BOYNTON BEACH, FL 33437 | 69065 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARLENE SPIER<br>19 NORTH MANSFIELD AVE<br>MARGATE, NJ 08402 | 11228 | Motors Liquidation Company | $64,166.43 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARLETH CONLEY<br>CGM IRA ROLLOVER CUSTODIAN<br>271 BLUE SPRINGS LANE<br>OCEANSIDE, CA 92054 | 2289 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARLETTE BUSHERS<br>100 E WASHINGTON<br>IDABEL, OK 74745 | 4127 | Motors Liquidation Company | $19,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARLETTE BUSHERS<br>100 E WASHINGTON<br>IDABEL, OK 74745 | 7370 | Motors Liquidation Company | $19,145.35 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARLINE K JULIUS<br>145 4TH AVE APT 9G<br>NEW YORK, NY 10003 | 19581 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARLIS B SMITH<br>313 ASBURY CIR<br>ENID, OK 73703 | 20135 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARLYN J MERRILL<br>1206 N 4TH ST<br>TEMPLE, TX 76501 | 4712 | Motors Liquidation Company | $29,079.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARND MATTHEES<br>MEISSNER STR 26<br>01612 NUENCHRITZ GERMANY<br>GERMANY | 23907 | Motors Liquidation Company | $3,111.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARNICE SHERRER TRUST<br>1813 HICKORY AVENUE<br>FLORENCE, AL 35630 | 30963 | Motors Liquidation Company | $41,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ARNO E LOESEL TOD<br>ARNO E LOESEL<br>212 REIF ST<br>FRANKENMUTH, MI 48734 | 10040 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARNOLD & LINDA CIANCAGLINI<br>8016 GOLFERS OASIS DR<br>LAS VEGAS, NV 89149 | 12230 | Motors Liquidation Company | $24,980.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARNOLD ADLER AND GABRIELA<br>ARNOLD ADLER<br>GABRIELA ADLER JTWROS<br>1 KIMBERLY ANN DRIVE<br>GREENVILLE, RI 02828 | 19442 | Motors Liquidation Company | $2,493.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARNOLD B LEVIN TRUST<br>ARNOLD B LEVIN TRUSTEE<br>231 DEL POND DRIVE<br>CANTON, MA 02021 | 38305 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARNOLD C AVITABILE TTEE<br>AVITABILE FAMILY TRUST U/A<br>DTD 03/21/1989<br>1700 TICE VALLEY BLVD #150<br>WALNUT CREEK, CA 94595 | 10166 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARNOLD CATER &<br>MARGARET CATER<br>JT TEN<br>TOD ACCOUNT<br>52241 WEMBLEY DR.<br>SOUTH BEND, IN 46637 | 12582 | Motors Liquidation Company | $5,412.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARNOLD G WILSON<br>460 HADDON AVE APT 108<br>COLLINGSWOOD, NJ 08108 | 11281 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARNOLD J AND LYNN K GOLDMAN<br>3 LEEWARD LANE<br>ROCHESTER, NY 14618 | 49551 | Motors Liquidation Company | $18,400.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARNOLD J ROSS<br>420 E 72ND ST APT 19B<br>NEW YORK, NY 10021 | 4939 | Motors Liquidation Company | $5,475.36 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ARNOLD J ROSS AND MARCIA E ROSS JTWROS 420 EAST 72ND STREET APT 19B NEW YORK, NY 10021 | 4806 | Motors Liquidation Company | $29,311.01 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARNOLD J SZABO 17625 NE 148TH TERR RD FT MCCOY, FL 32134 | 8565 | Motors Liquidation Company | $10,954.13 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARNOLD KREEGER & MARY KREEGER JT WROS 10988 S GREENVILLE RD GREENVILLE, MI 48838 | 10687 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARNOLD L SAYGER 6172 NE HICKORY GROVE RD PINETTA, FL 32350 | 7337 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARNOLD LUBASCH & HELGA LUBASCH COMM/PROP 10550 E VOGEL AVE SCOTTSDALE, AZ 85258 | 6160 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARNOLD M KERN 2630 S GERA RD FRANKENMUTH, MI 48734 | 9030 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARNOLD SHANE 78426 GOLDENREED DR PALM DESERT, CA 92211 | 12924 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARNOLD SHANE 78426 GOLDEN REED DR PALM DESERT, CA 92211 | 12925 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARNOLD STEINBERG 3724 ARCADIA SKOKIE, IL 60076 UNITED STATES OF AMERICA | 68442 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARNOLD TOBY ROLLOVER IRA 943 HUNTER DRIVE #54 RACINE, WI 53406 | 49569 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| AROSTA RIVER LTD<br>C/O MERRILL LYNCH INT BANK LTD<br>ATTN TRUST DEPARTMENT<br>2 RAFFLES LINK, MARINA BAYFRONT<br>SINGAPORE 039392<br><br>SINGAPORE | 8426 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARPY MARY ATMAJIAN<br>2363 W MUSCAT<br><br>FRESNO, CA 93706 | 24321 | Motors Liquidation Company | $64,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARROW SMITH FUND LTD<br>JAMES R HODGE<br>14 SUTTON PL S<br>NEW YORK, NY 10022 | 2623 | Motors Liquidation Company | $200,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR & BRENDA BERGANTZ FAMILY TRUST<br>U/A DTD 07/22/92<br>ARTHUR BERGANTZ TTEE<br>BRENDA M BERGANTZ TTEE<br>2917 HEADLAND DR<br>SAINT CHARLES, MO 63301 | 26562 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR A BARBUTO<br>200 ESSEX ST<br><br>LYNNFIELD, MA 01940 | 30820 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR A GOLDFARB<br>6323 TALE CYPRESS CIRCLE<br><br>GREENACRES, FL 33463 | 22518 | Motors Liquidation Company | $190,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR A PAPPAS<br>33841 NIGUEL SHORES DR<br><br>DANA POINT, CA 92629 | 14223 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR AND KATHERINE LEASHER<br>3447 N BRANCH DR<br><br>BEAVERTON, MI 48612 | 5177 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR B HALPERN<br>CGM IRA ROLLOVER CUSTODIAN<br>2928 WEST 5TH STREET<br>APT 6 P<br>BROOKLYN, NY 11224<br>UNITED STATES OF AMERICA | 4427 | Motors Liquidation Company | $37,073.36 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| ARTHUR B WEINRACH<br>CGM IRA CUSTODIAN<br>2224 HIGHLAND ST<br>ALLENTOWN, PA 18104 | 3152 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR BALCOM AND VICTORIA E BALCOM<br>TTEE F/T BALCOM REVOCABLE TRUST<br>2351 ROLLING HILLS DR SP#180<br>FULLERTON, CA 92835 | 62944 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR BEILEY<br>TOD DTD 04/09/2008<br>332 CENTRAL PARK AVE. G8<br>SCARSDALE, NY 10583 | 5730 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR BONDY<br>191 SHERMAN RD<br>WOODSTOCK, CT 06281 | 14352 | Motors Liquidation Company | $37,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR CAIONE<br>130 GRANDVIEW BLVD<br>YONKERS, NY 10710 | 13388 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR CLIPPER<br>PEARL CLIPPER<br>270 SETON HALL DR<br>PARAMUS, NJ 07652 | 10577 | Motors Liquidation Company | $22,776.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR COLABELLA<br>143 DUCHESS LANE<br>BRICK, NJ 08724 | 14094 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR DALE DARBY<br>20358 NORTH 109TH LANE<br>SUN CITY, AZ 85373 | 18695 | Motors Liquidation Company | $15,835.18 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR DEEGAN<br>891 ISLAND WAY<br>CLEARWATER, FL 33767 | 10791 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR DEEGAN II<br>PATRICIA A DEEGAN<br>891 ISLAND WAY<br>CLEARWATER, FL 33767 | 9218 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ARTHUR E DRIES REVOCABLE TRUST<br>U/A/D 9 19 96<br>ARTHUR E DRIES TTEE<br>37734 DEVOE ST<br>CLINTON TOWNSHIP, MI 48036 | 2571 | Motors Liquidation Company | $15,082.48 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR E MCINTYRE<br>SOUTHWEST SECURITIES, INC.<br>P O BOX 850804<br>YUKON, OK 73085 | 11288 | Motors Liquidation Company | $15,459.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR E ROCHAU TRUSTEE<br>1670 WEST LINCO RD<br>STEVENSVILLE, MI 49127 | 2328 | Motors Liquidation Company | $44,564.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR E WHITTEN<br>WEDBUSH MORGAN SEC CTDN<br>IRA CONTRIBUTORY 12/31/04<br>12725 SOULE ST<br>POWAY, CA 92064 | 5288 | Motors Liquidation Company | $156.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR EISENHUTH AND<br>VIRGINIA EISENHUTH JTWROS<br>904 ALAN DR<br>WANTAGH, NY 11793 | 12476 | Motors Liquidation Company | $54,245.08<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR ELLMAN<br>921 LAURENS LN<br>WARMINSTER, PA 18974 | 8350 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR EPSTEIN<br>MARY EPSTEIN JT TEN<br>106 MONTCLAIR DRIVE<br>WEST HARTFORD, CT 06107 | 4000 | Motors Liquidation Company | $25,068.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR F CRISPIN<br>1 AVE DE CROISSET C3<br>06130 GRASSE<br>FRANCE<br>,<br>FRANCE | 10509 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR F CUNDY & ALICE E CUNDY<br>1331 ADON RD<br>ROZET, WY 82727 | 9036 | Motors Liquidation Company | $24,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| ARTHUR F NERING & VERONICA NERING<br>VERONICA NERING JTTEN<br>14690 EAGLE RIDGE DR #231<br>FORT MYERS, FL 33912 | 6651 | Motors Liquidation Company | $30,502.86 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR FINLAN<br>TOD JAMES WILLIAM FINLAN<br>SUBJ TO STA TOD RULES<br>1014 NORTH GOLF DRIVE<br>HOLLYWOOD, FL 33021 | 6704 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR G POEHLMAN<br>3910 SCHUSTER DR<br>WEST BEND, WI 53090 | 45413 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR G STEARNS AND<br>HAROLDENE R STEARNS CO-TTEES<br>FBO ARTHUR G & HAROLDENE R<br>STEARNS TRUST U/A/D 10/29/98<br>3880 NORTH A1A #905<br>HUTCHINSON ISL, FL 34949 | 16426 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR G WACKER<br>2247 MALLARD DR<br>REESE, MI 48757 | 10306 | Motors Liquidation Company | $22,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR GINSBURG AND<br>JUDITH GINSBURG JTWROS<br>2702 SE 30TH AVE<br>PORTLAND, OR 97202 | 6190 | Motors Liquidation Company | $24,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR H HEMBROOK & ELIZABETH V HEMBROOK JT TEN<br>189 SOUTH COLLIER BLVD APT C-203<br>MARCO ISLAND, FL 34145 | 15174 | Motors Liquidation Company | $15,607.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR I BROWN<br>5653 BRAEMAR DR<br>FRISCO, TX 75034 | 8175 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR I BROWN<br>5653 BRAEMAR DR<br>FRISCO, TX 75034 | 8176 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ARTHUR I BROWN<br>5653 BRAEMAR DR<br><br>FRISCO, TX 75034 | 8179 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR IOVINO &<br>MARY MATTHEWS IOVINO JT TEN<br>846 DUNCAN DRIVE<br>WESTBURY, NY 11590 | 14545 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR J GRAY JR<br>20723 MYSTIC WAY<br><br>N FT MEYERS, FL 33917 | 13320 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR J GRAY JR JAMIE S GRAY JT TEN WROS<br>20723 MYSTIC WAY<br><br>N FT MYERS, FL 33917 | 13319 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR J MORROW<br>701 N REEVE RD<br><br>ST HELENA IS, SC 29920 | 18966 | Motors Liquidation Company | $27,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR J ZIEGLER<br>TOD ACCOUNT<br>515 COUNTRY CLUB DRIVE<br>BLUE SPRINGS, MO 64014 | 5457 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR JERRY HAMMOND & ANN H HAMMOND JTWROS<br>5432 SHADY GROVE RD<br><br>GOODWATER, AL 35072 | 8050 | Motors Liquidation Company | $4,825.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR JONES<br>10133 NW 24TH PLACE #107<br><br>SUNRISE, FL 33322 | 14888 | Motors Liquidation Company | $10,292.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR KADUK AND<br>BLANCHE KADUK<br>571 MORNINGSTAR LANE<br>BETHLEHEM, PA 18018 | 8112 | Motors Liquidation Company | $20,837.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR L POSEY & MARGRET S POSEY JT TEN<br>1729 RIDGECREST AVE<br><br>AIKEN, SC 29801 | 8662 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim.  Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ARTHUR L PRESTON TTEE<br>A L & D E PRESTON REVOCABLE TR<br>U/A DTD 01/20/1988<br>500 W SANTA MARIA 80<br>SANTA PAULA, CA 93060 | 28304 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR LASKY<br>20 WEST 64TH ST APT 20L<br>NEW YORK, NY 10023 | 4040 | Motors Liquidation Company | $86,594.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR LAWRENCE TORRENCE<br>46 OLD CANTERBURY RD<br>PLAINFIELD, CT 06374 | 11713 | Motors Liquidation Company | $18,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR LICHTENSTEIN<br>52 SHAFTESBURY ST<br>TORONTO ONTARIO M3H5L8 CANADA<br>CANADA | 29743 | Motors Liquidation Company | $1,056.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR M KWARTA &<br>VIRGINIA P KWARTA JT TEN<br>2 HORATIO STREET APT 15-R<br>NEW YORK, NY 10014 | 17140 | Motors Liquidation Company | $3,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR MEEHAN<br>24 HERBERT AVENUE<br>PORT WASHINGTON, NY 11050 | 14205 | Motors Liquidation Company | $25,544.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR MILLS<br>ARTHUR MILLS RLT<br>1405 2ND ST NW<br>AUSTIN, MN 55912 | 16794 | Motors Liquidation Company | $18,346.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR O HELLANDER<br>3031 BELLFLOWER WAY<br>LAKELAND, FL 33811 | 4376 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR PARKS SR<br>246 ANDOVER DR<br>WAYNE, NJ 07470 | 23230 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR R BEE / RITA A BEE TTEE FBO THE BEE FAMILY TRUST<br>6960 ABEL STEARNS AVE<br>RIVERSIDE, CA 92509 | 867 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| | | | | | |
|---|---|---|---|---|---|
| | | | **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | |
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| ARTHUR REIERSEN  &<br>TERESA REIERSEN JT WROS<br>372 MILLER PLACE ROAD<br>MILLER PLACE, NY 11764 | 49526 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR ROY COPE & VIDA<br>COPE TTEE ARTHUR COPE &<br>VIDA COPE REV LVG TRUST<br>U/A/D 5/10/99<br>4106 FAIRWAY DR NORTH<br>JUPITER, FL 33477 | 5088 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR S BOGE  &<br>VIGDIS K BOGE JT WROS<br>25862 YEOMAN DR<br>WESTLAKE, OH 44145 | 48383 | Motors Liquidation Company | $4,746.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR S KLEIN<br>3100 S OCEAN BLVD<br>HAMPTONS CONDO 6055<br>PALM BEACH, FL 33480 | 18923 | Motors Liquidation Company | $96,718.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR SHAWN CASEY<br>813 DILIGENCE DR STE 116<br>NEWPORT NEWS, VA 23606 | 6000 | Motors Liquidation Company | $25,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR SHAWN CASEY<br>813 DILIGENCE DR<br>STE 116<br>NEWPORT NEWS, VA 23606 | 6001 | Motors Liquidation Company | $24,300.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR T MEYERS REVOCABLE TRUST<br>3079 CLIFTON CT<br>AURORA, IL 60504 | 18241 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR THOMAS HUTCHENS<br>2624 ASHBROOKE DR<br>LEXINGTON, KY 40513 | 6065 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR W GRAY JR<br>550 S WAYSIDE ST<br>ANAHEIM, CA 92805 | 21530 | Motors Liquidation Company | $18,491.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Forty-First Omnibus Objection**

### Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| ARTHUR W PHELON & VIRGINIA M PHELON TTEE PHELON FAMILY TRUST U/A DTD 10/20/86 794 SPENSER LANE LINDEN, MI 48451 | 2522 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTIE HELGASON 5 BENTON ROAD BELMONT, MA 02478 UNITED STATES OF AMERICA | 28807 | Motors Liquidation Company | $40,736.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARVIN SCHULTZ 9824 SW 198TH CIR DUNNELLON, FL 34432 | 11541 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ASA B GROVES JR TTEE ASA B GROVES JR REV TRUST U/A DTD 11/11/1992 C/O R. GROVES 15 LACOSTA DR SAINT PAUL, MN 55110 | 8590 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ASAF ALIMARDANOV 23 VISTA DR NANUET, NY 10954 | 19802 | Motors Liquidation Company | $20,705.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ASHLEY C THOMAS ELEANOR M THOMAS 33 RIVER OAKS TRCE SEARCY, AR 72143 | 18173 | Motors Liquidation Company | $95,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ASHLEY C THOMAS BY ASHLEY THOMAS REV TR 33 RIVER OAKS TRCE SEARCY, AR 72143 | 18174 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ASSEM G ZIADY 7764 ROCKDOVE LANE CONCORD TOWNSHIP, OH 44077 | 14510 | Motors Liquidation Company | $51,562.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ASSEM G. ZIADY 7764 ROCKDOVE LN CONCORD TOWNSHIP, OH 44077 | 17030 | Motors Liquidation Company | $51,562.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| ASSOCIATED BEHAVIOR INC PSP<br>ERIC D NIELSEN TTEE<br>2040 MURRAY-HOLLADAY RD<br>STE 211<br>HOLLADAY, UT 84117 | 29547 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ASSUMPTION AMBASSADOR SCHOLARSHIP FUND<br>ROBERT A JUERGENS<br>4950 TEALBY COURT<br>ST LOUIS, MO 63128 | 17898 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AST TRUST CO TTEE<br>DTD 11/17/03  RICHARDSON PLOWDEN &<br>ROBINSON PA 401K  FBO FRANK ROBINSON II<br>6 CEDAR WOOD LANE<br>COLUMBIA, SC 29205 | 10142 | Motors Liquidation Company | $1,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AST TRUST CO TTEE<br>DTD 11/13/03  RICHARDSON PLOWDEN & ROBINSON PA (401K)<br>FBO FRANK ROBINSON II<br>6 CEDARWOOD LANE<br>COLUMBIA, SC 29205 | 10145 | Motors Liquidation Company | $1,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ASTOR INVESTMENTS LTD<br>ATTN: ERIC N MANN ESQ<br>NEAL GERBER & EISENBERG LLP<br>TWO NORTH LASALLE ST, STE 1700<br>CHICAGO, IL 60602 | 49634 | Motors Liquidation Company | $3,109,375.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ATIL BIROL & MELIHA BIROL<br>C/O ATIL BIROL<br>1400 SOK. APT. NO=11 D=30<br>35220 GOKTASI KONAK-IZMIR TURKEY<br><br>TURKEY | 24299 | Motors Liquidation Company | $150,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ATWOOD F BADMAN REV TR<br>DTD 03/22/95<br>ATWOOD F BADMAN TRUSTEE<br>250 LAKE COVE LANE<br>FELTON, DE 19943 | 4221 | Motors Liquidation Company | $18,925.25<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AUDARMAR TRADING CORP<br>KOSTENBAUM & ASSOCIES (KBHB)<br>COURS DE RIVE 10<br>PO BOX 3397<br>1211 GENEVA 3 SWITZERLAND<br><br>SWITZERLAND | 64709 | Motors Liquidation Company | $325,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| AUDREY CRANE<br>2212 MAHONEY DRIVE<br>POINT PLEASANT, NJ 08742 | 69104 | Motors Liquidation Company | $2,350.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AUDREY ELLEN KAPITAN<br>TTEE AUDREY KAPITAN<br>SEPARATE PROPERTY TRUST<br>U/A DTD 9/22/06<br>640 CALIFORNIA AVE<br>ARCATA, CA 95521 | 22611 | Motors Liquidation Company | $1,459.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AUDREY J SUTTON<br>105 GARTH ROAD 5F<br>SCARSDALE, NY 10583 | 1838 | Motors Liquidation Company | $452.28 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AUDREY L. ALCORN<br>1609 E. 74TH PLACE<br>TULSA, OK 74136 | 48428 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AUDREY M SIGILLO TTEE<br>FBO DANTE N SIGILLO &<br>AUDREY M SIGILLO UTD 4-6-94<br>18634 AUTUMN LAKE BLVD<br>HUDSON, FL 34667 | 3146 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AUDREY MYTCHAK<br>1047 MARTIN<br>HOUSTON, TX 77018 | 7888 | Motors Liquidation Company | $16,957.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AUDREY P AND SAMUEL R HAMILTON<br>1535 CAXAMBAS CT<br>MARCO ISLAND, FL 34145 | 62281 | Motors Liquidation Company | $25,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AUDREY S GOULD<br>102 PHILIP DR<br>PRINCETON, NJ 08540 | 21161 | Motors Liquidation Company | $100,005.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AUGUST A ZENZIUS<br>51 TROTTERS LN<br>ALLENDALE, NJ 07401 | 16821 | Motors Liquidation Company | $1,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AUGUST A ZENZIUS<br>51 TROTTERS LN<br>ALLENDALE, NJ 07401 | 16822 | Motors Liquidation Company | $6,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| AUGUST A ZENZIUS<br>51 TROTTERS LN<br><br>ALLENDALE, NJ 07401 | 16823 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AUGUST A ZENZIUS<br>51 TROTTERS LN<br><br>ALLENDALE, NJ 07401 | 16824 | Motors Liquidation Company | $4,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AUGUST A ZENZIUS<br>51TROTTERS LN<br><br>ALLENDALE, NJ 07401 | 16825 | Motors Liquidation Company | $6,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AUGUST A ZENZIUS<br>51 TROTTERS LN<br><br>ALLENDALE, NJ 07401 | 16826 | Motors Liquidation Company | $6,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AUGUST MAKAL &<br>YVONNE MAKAL<br>JT TEN<br>254 JEAN DRIVE<br>PITTSBURGH, PA 15236 | 61857 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AURELIO FLORES ARANDA<br>MONTANESES 1853 7°G<br>(1428) BUENOS ARIES ARGENTINA<br><br>ARGENTINA | 64713 | Motors Liquidation Company | $35,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AURELIO FLORES ARANDA<br>MONTANESES 18537°G<br>(1428) BUENOS ARIES ARGENTINA<br><br>ARGENTINA | 64714 | Motors Liquidation Company | $75,375.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AUSTIN B SALLEY, JR<br>420 BREWTON ST NE<br><br>ORANGEBURG, SC 29115 | 2428 | Motors Liquidation Company | $44,820.39 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AUSTIN P HOOPER<br>747 PANTHER CT<br><br>MILLERSVILLE, MD 21108 | 12780 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| AVENGER ENTERPRISES COMPANY LIMITED<br>7TH FLOOR 36B KENNEDY ROAD<br>WANCHAI HONG KONG<br><br>HONG KONG, CHINA | 60799 | Motors Liquidation Company | $500,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AVERY TODD<br>CLARA A TODD<br>265 STUDEBAKER SPUR 2<br>CASTLE ROCK, WA 98611 | 11827 | Motors Liquidation Company | $53,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AVICE C BROWN<br>700 CORPORATE DRIVE<br>APT 219<br>BIRMINGHAM, AL 35242<br>UNITED STATES OF AMERICA | 30610 | Motors Liquidation Company | $22,850.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AVIVA BIELORY<br>IRA DCG & T TTEE<br>18051 BISCAYNE BLVD<br>PH5 N-1<br>AVENTURA, FL 33160 | 15869 | Motors Liquidation Company | $11,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AVY ELLIS<br>IM THEMES 10<br>OBERTSHAUSEN 63179 GERMANY<br>,<br>GERMANY | 20253 | Motors Liquidation Company | Foreign Currency | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AXEL SCHWARZ<br>ADENAUERALLEE 92<br>53113 BONN  GERMANY<br>,<br>GERMANY | 17519 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AXELLE MEGERIAN<br>CGM IRA ROLLOVER CUSTODIAN<br>2075 JEFFREY DRIVE<br>TROY, MI 48085 | 4282 | Motors Liquidation Company | $436.74 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AYDIN ALAM<br>MITHATPASA CAD NO 582/7<br>KULUKYALI - KONAK<br>IZMIR - TURKEY 35280<br><br>TURKEY | 27323 | Motors Liquidation Company | $75,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| AYSE SAGAT MITHATPASA CADDESI NO 858 DAIRE 5 GOZTEPE IZMIR TURKEY 35290  TURKEY | 27322 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| **Claim Totals** | **500** | | | | |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit B**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                         :

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | : | **09-50026 (REG)** |
|     **f/k/a General Motors Corp.**, *et al.* | : | |
| | : | |
|         **Debtors.** | : | **(Jointly Administered)** |
| | : | |

---------------------------------------------------------------x

**STIPULATION AND AGREED ORDER**
**AMONG THE DEBTORS, WILMINGTON TRUST COMPANY,**
**AND CITIBANK, N.A., SOLELY IN ITS CAPACITY AS PAYING AGENT,**
**REGARDING PROOFS OF CLAIM NOS. 47871, 47872, 65729, 65793, AND 66723**

Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

certain of its subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11

cases (collectively, the "**Debtors**"), Wilmington Trust Company as successor indenture trustee

("**WTC**"), and Citibank, N.A., solely in its capacity as paying agent under the 1990 Indenture

and 1995 Indenture (as defined below) (in such capacity, "**Citibank**"), together with the Debtors

and WTC, the "**Parties**"), by and through their respective undersigned counsel, hereby enter into

this Stipulation and Agreed Order (this "**Stipulation**") and stipulate as follows:

**RECITALS**

A.      On June 1, 2009 (the "**Commencement Date**"), certain of the Debtors

commenced with this Court voluntary cases (the "**Chapter 11 Cases**") under chapter 11 of title

11, United States Code (the "**Bankruptcy Code**").

B.      On September 16, 2009, the Court entered an order (the "**Bar Date Order**")

establishing November 30, 2009 at 5:00 p.m. (Eastern Time) (the "**General Bar Date**") as the

deadline for each person or entity (including without limitation, each individual, partnership,

joint venture, corporation, estate, or trust) to file a proof of claim (a "**Proof of Claim**") against

certain of the Debtors, including MLC, to assert any claim (as defined in section 101(5) of the

Bankruptcy Code) that arose prior to the Commencement Date.

C.     As of the Commencement Date, MLC, as issuer, WTC, as successor indenture

trustee, and Citibank, as paying agent, were parties to (i) a Senior Indenture, dated as of

December 7, 1995, as amended (the "**1995 Indenture**," and WTC's capacity under the 1995

Indenture, the "**1995 Trustee**"), and (ii) a Senior Indenture, dated as of November 15, 1990 (the

"**1990 Indenture**," and WTC's capacity under the 1990 Indenture, the "**1990 Trustee**") pursuant

to which MLC issued senior unsecured debt securities.

D.     Prior to the General Bar Date, WTC timely filed the following four Proofs of

Claims against MLC (each, a "**WTC Claim**" and collectively, the "**WTC Claims**"):

| Claim Number | Applicable Indenture | Principal Amount of Claim Plus Fees and Interest Accrued to Petition Date |
|---|---|---|
| 65793 | 1990 Indenture | $1,419,581,281.12 |
| 47871 | 1990 Indenture | $1,419,581,281.12 |
| 65729 | 1995 Indenture | $21,928,297,131.26 |
| 47872 | 1995 Indenture | $21,928,297,131.26 |

E.     Prior to the General Bar Date, Citibank timely filed a proof of claim against MLC

in the amount of $173,063.43 [Proof of Claim No. 66723] (the "**Citibank Claim**").

F.     WTC recognizes that it is not entitled to, and does not seek, a duplicate recovery

on account of the same WTC Claim and has agreed to withdraw two of the WTC Claims, subject

to the agreements set forth in this Stipulation.

## STIPULATION AND ORDER

NOW, THEREFORE, EACH OF THE PARTIES HEREBY STIPULATES AND

AGREES AS FOLLOWS:

1.      WTC Claims numbered 47871 (filed by WTC as 1990 Trustee) and 47872 (filed

by WTC as 1995 Trustee) are deemed withdrawn and WTC Claims numbered 65793 (filed by

WTC as 1990 Trustee) and 65729 (filed by WTC as 1995 Trustee) shall survive.

2.      With respect to principal plus interest due under the 1990 Indenture, WTC, in its

capacity as the 1990 Trustee will receive and is hereby granted, on behalf of itself and the record

and beneficial bondholders of debt securities issued under the 1990 Indenture an allowed general

unsecured, nonpriority claim in the amount of $1,419,471,545.22 (subject to appropriate reserve

and/or reduction in connection with any setoff exercised by beneficial bondholders that is

authorized by this Court) (the "**1990 Debt Claim**") against MLC to be satisfied in accordance

with any chapter 11 plan or plans confirmed in the Debtors' Chapter 11 Cases.

3.      With respect to principal plus interest due under the 1995 Indenture, WTC, in its

capacity as the 1995 Trustee, will receive and is hereby granted, on behalf of itself and the record

and beneficial bondholders of debt securities issued under the 1995 Indenture, an allowed

general unsecured nonpriority claim in the amount of $21,928,183,895.36 (subject to appropriate

reserve and/or reduction in connection with any setoff exercised by beneficial bondholders that is

authorized by this Court) (the "**1995 Debt Claim**," together with the 1990 Debt Claim, the

"**Debt Claims**").

4.      With respect to the prepetition fees and expenses incurred by WTC under the

1990 Indenture, WTC shall receive an allowed claim of $109,735.90 (the "**1990 WTC Fee

Claim**"), and with respect to the prepetition fees and expenses incurred by WTC under the 1995

Indenture, WTC shall receive an allowed claim of $113,235.90 (the "**1995 WTC Fee Claim**,"
together with the 1990 WTC Fee Claim, the "**WTC Fee Claims**").

5.    With respect to the prepetition paying agency fees and expenses incurred by
Citibank under the Indentures, the Citibank Claim shall be allowed in the amount of $162,333.71
(the "**Citibank Fees and Expenses Claim**," together with the WTC Fee Claims, the "**Fees and
Expenses Claims**").

6.    To the extent the Fees and Expenses Claims are not paid in full, in cash, pursuant
to a plan of reorganization and/or liquidation of MLC, (a) the amount of such fees and expenses
that remain unpaid shall constitute an allowed general unsecured, nonpriority claim against MLC
held by WTC and/or Citibank, as applicable, to be satisfied in accordance with any chapter 11
plan or plans confirmed in the Debtors' Chapter 11 Cases and (b) WTC and Citibank, pursuant to
section 7.06 of the 1990 Indenture and section 7.06 of the 1995 Indenture, shall retain a charging
lien with respect to its prepetition and post-petition fees and expenses on all assets or money held
or collected by WTC or Citibank on account of the Debt Claims or otherwise.

7.    WTC will issue a notice to the Depository Trust Company and post a notice on its
website (a) notifying beneficial bondholders of the notes issued under the Indentures of the entry
of the order allowing the WTC Claims and (b) notifying such bondholders that any subsequent
claims objection filed by the Debtors seeking to disallow claims filed by bondholders on the
grounds that such claims are duplicative of the Debt Claims being allowed under the stipulation
and order will not impair bondholder's entitlement to share in plan distributions on account of
the Debt Claims in accordance with the terms of the applicable Indenture.

8.    WTC agrees that it will not object to the Debtors' filing of objections to Proofs of
Claims filed by record and beneficial holders of debt securities arising out of or relating to the

1990 Indenture and/or the 1995 Indenture on the grounds that such Proofs of Claim are duplicative of the Debt Claims allowed pursuant to this Stipulation.

9.      WTC waives its right to argue that the entire stated principal amount of $377,377,000 with respect to the Discount Debentures is an allowable claim.

10.     To the extent that the fees and expenses of WTC incurred after the Commencement Date are not satisfied by payment in full in cash in connection with a plan of reorganization and/or liquidation of MLC, WTC reserves the right to argue that all such fees are allowable general unsecured non-priority claims against the estate of MLC.

11.     This Stipulation contains the entire agreement between the Parties as to the subject matter hereof and supersedes all prior agreements and undertakings between the Parties relating thereto.

Dated:  New York, New York
        August 5, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Debtors and Debtors in Possession*

/s/ Keith R. Martorana
Matthew J. Williams
Keith R. Martorana

GIBSON DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Attorneys for Wilmington Trust Company, as 1990 Trustee and 1995 Truestee*

/s/ Louis A. Curcio
Maria M. Livanos
Louis A. Curcio

SONNENSCHEIN NATH & ROSENTHAL
LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6744
Facsimile:  (212) 768-6800

*Attorneys for Citibank, N.A. as Paying
Agent under the 1990 and 1995 Indentures*

So Ordered this **_9th_** day of **_August_** 2010

**_s/ Robert E. Gerber_**
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                             :
In re                                                        :        **Chapter 11 Case No.**
                                                             :
**MOTORS LIQUIDATION COMPANY,** *et al.*,                    :        **09-50026 (REG)**
    **f/k/a General Motors Corp.,** *et al.*                   :
                                                             :
        **Debtors.**                           :        **(Jointly Administered)**
                                                             :
-------------------------------------------------------------x

## <u>ORDER GRANTING DEBTORS' FORTY-FIRST OMNIBUS OBJECTION TO CLAIMS</u>
### (Duplicate Debt Claims)

Upon the forty-first omnibus objection to claims, dated August 13, 2010 (the

"**Forty-First Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a General

Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the

"**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy**

**Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"),

and this Court's supplemental order establishing supplemental rules and authority for filing

omnibus objections to certain debt claims (the "**Supplemental Procedures Order**") [Docket No.

6238], seeking entry of an order disallowing and expunging the Duplicate Debt Claims on the

grounds that such claims are duplicative of either Claim 65793 or Claim 65729, all as more fully

described in the Forty-First Omnibus Objection to Claims; and due and proper notice of the

Forty-First Omnibus Objection to Claims having been provided, and it appearing that no other or

further notice need be provided; and the Court having found and determined that the relief

sought in the Forty-First Omnibus Objection to Claims is in the best interests of the Debtors,

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Forty-First Omnibus Objection to Claims.

their estates, creditors, and all parties in interest and that the legal and factual bases set forth in

the Forty-First Omnibus Objection to Claims establish just cause for the relief granted herein;

and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Forty-First Omnibus Objection to

Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on **Exhibit "A"** (the "**Order Exhibit**") annexed hereto under the heading "*Claims to be

Disallowed and Expunged*" (collectively, the "**Duplicate Debt Claims**") are disallowed and

expunged; and it is further

ORDERED that, if applicable, the Forty-First Omnibus Objection to Claims is

adjourned with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Objection Adjourned*" (the "**Adjourned Claims**") to the date indicated on the Order

Exhibit, subject to further adjournments (such actual hearing date, the "**Adjourned Hearing

Date**"), and the Debtors' response deadline with respect to the Adjourned Claims shall be 12:00

noon (Eastern Time) on the date that is three (3) business days before the Adjourned Hearing

Date; and it is further

ORDERED that, if applicable, the Forty-First Omnibus Objection to Claims is

withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Objection Withdrawn*"; and it is further

ORDERED that, if applicable, the Forty-First Omnibus Objection to Claims is

withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Claim Withdrawn*," as those claims have been withdrawn by the corresponding

claimant; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly

reserved with respect to, (i) any claim listed on Exhibit "A" annexed to the Forty-First Omnibus

Objection to claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed

on the Order Exhibit annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
          _____, 2010


_____
United States Bankruptcy Judge