HEARING DATE AND TIME: September 24, 2010 at 9:45 a.m. (Eastern Time)
RESPONSE DEADLINE: September 17, 2010 at 4:00 p.m. (Eastern Time)

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                          :
In re                                     :    Chapter 11 Case No.
                                          :
MOTORS LIQUIDATION COMPANY, et al.,       :    09-50026 (REG)
     f/k/a General Motors Corp., et al.   :
                                          :
                         Debtors.         :    (Jointly Administered)
                                          :
------------------------------------------------------------x
```

## NOTICE OF DEBTORS' FORTY-SECOND OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Debt Claims)

**PLEASE TAKE NOTICE** that on August 13, 2010, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their forty-second omnibus objection to claims (the "**Objection**"), and that

a hearing (the "**Hearing**") to consider the Objection will be held before the Honorable Robert E.

Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for

the Southern District of New York, One Bowling Green, New York, New York 10004, on

**September 24, 2010 at 9:45 a.m. (Eastern Time),** or as soon thereafter as counsel may be

heard.

US_ACTIVE:\43473090\01\72240.0639

**PARTIES LISTED ON EXHIBIT "A" ANNEXED TO THE OBJECTION (THE "CLAIMANTS") (AND THEIR COUNSEL, IF KNOWN) WILL RECEIVE A PERSONALIZED NOTICE OF THE OBJECTION, RATHER THAN THE ENTIRE OBJECTION.**

This Objection does not affect a Claimant's ability to receive distributions as a beneficial bondholder under the claims filed by the indenture trustee of the Debtors' public debentures.  If a Claimant disagrees with the Objection's treatment of the Claimant's claim, the Claimant may call the Debtors to try and resolve the Claimant's concerns at **1-800-414-9607**.  If a Claimant is unable to resolve the Claimant's concerns with the Debtors before the deadline to respond, then the Claimant <u>must</u> file and serve a written response (a "**Response**") to the Objection in accordance with this notice, and the Claimant <u>must</u> appear at the Hearing described below.

A Claimant may participate in the Hearing telephonically provided that the Claimant complies with the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider."  A Claimant must also provide prior written notice by mail or e-mail of the Claimant's telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Russell Brooks, Esq. (russell.brooks@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Jennifer Sharret, Esq. (jsharret@kramerlevin.com)).

**If a Claimant does not oppose the disallowance and expungement of the Claimant's claim, then the Claimant does not need to file a Response or appear at the Hearing.**

**PLEASE TAKE FURTHER NOTICE THAT** the Hearing on the Objection is scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on **September 24, 2010 at 9:45 a.m. (Eastern Time)**. If a Claimant files a Response to the Objection, the Claimant should plan to appear at the Hearing either in person or telephonically. The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to the Claimant's claim. If the Debtors do continue the Hearing with respect to the Claimant's claim, then the Hearing will be held at a later date. If the Debtors do not continue the Hearing with respect to the Claimant's claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **September 17, 2010 at 4:00 p.m. (Eastern Time)**. Only those Responses that are timely will be considered at the Hearing. A Claimant's Response will be deemed timely only if it is: (a) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov) before the deadline for Responses **or** (b) **actually** received on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format <u>and</u> in hard copy at each of the following addresses on or before the deadline for response:

      A.      Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;

      B.      Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and

C.      Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Jennifer Sharret, Esq.).

A Claimant's response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number, and the number of the Objection to which the response is directed; (ii) the name of the Claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which the Claimant will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which the Claimant will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to the Claimant's response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person that can be contacted in connection with the Objection.

If a Claimant has any questions about this notice or the Objection, please contact the Debtors at **1-800-414-9607**. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

**PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief requested in the Objection without further notice or a hearing if a Claimant fails to file a timely Response or appear at the Hearing.**

Dated: New York, New York
      August 13, 2010

                      /s/ Joseph H. Smolinsky
                      Harvey R. Miller
                      Stephen Karotkin
                      Joseph H. Smolinsky

                      WEIL, GOTSHAL & MANGES LLP
                      767 Fifth Avenue
                      New York, New York 10153
                      Telephone: (212) 310-8000
                      Facsimile: (212) 310-8007

                      Attorneys for Debtors
                      and Debtors in Possession

**HEARING DATE AND TIME: September 24, 2010 at 9:45 a.m. (Eastern Time)**
**RESPONSE DEADLINE: September 17, 2010 at 4:00 p.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
--------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
MOTORS LIQUIDATION COMPANY, et al.,         :    09-50026 (REG)
      f/k/a General Motors Corp., et al.    :
                                            :
                          Debtors.          :    (Jointly Administered)
                                            :
--------------------------------------------------------------x
```

<u>**DEBTORS' FORTY-SECOND OMNIBUS OBJECTION TO CLAIMS**</u>
**(Duplicate Debt Claims)**

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM. CLAIMANTS THAT ARE THE SUBJECT OF THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON EITHER THE EXHIBIT ATTACHED TO THIS OBJECTION OR ON THEIR PERSONALIZED NOTICE.**

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) and its

affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully represent:

## Relief Requested

1.      The Debtors file this forty-second omnibus objection to claims (the

"**Forty-Second Omnibus Objection to Claims**") pursuant to section 502(b) of title 11, United

States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy

Procedure (the **"Bankruptcy Rules"**), and this Court's supplemental order establishing

supplemental rules and authority for filing omnibus objections to certain debt claims (the

"**Supplemental Procedures Order**") [Docket No. 6238], seeking entry of an order disallowing

and expunging the claims listed on **Exhibit "A"** annexed hereto.[1]

2.      The Debtors have examined the proofs of claim identified on Exhibit "A"

and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed*

*and Expunged*" (collectively, the "**Duplicate Debt Claims**") are duplicative of either (1) the

global Proof of Claim No. 65793 ("**Claim 65793**") filed by Wilmington Trust Company

("**WTC**"), in its capacity as successor indenture trustee of the Senior Indenture, dated as of

November 15, 1990 (the "**1990 Indenture**") or (2) the global Proof of Claim No. 65729 ("**Claim**

**65729**") filed by WTC, in its capacity as successor indenture trustee of the Senior Indenture,

dated as of December 7, 1995, as amended (the "**1995 Indenture**").  The amounts asserted by

WTC in Claim 65793 and Claim 65729 have been reconciled and allowed under a stipulation,

approved and entered by the Court on August 9, 2010 (the "**WTC Stipulation**") [Docket No.

6595], a copy of which is annexed hereto as **Exhibit "B."**  The Debtors, therefore, seek entry of

an order disallowing and expunging from the claims register the Duplicate Debt Claims.

---

[1] Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on
the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com.
A link to the claims register is located under the "Claims Information" tab.  Creditors without access to the Internet
may request a copy of the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors
Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City
Group, Inc. at 1-703-286-6401.

3.      This Forty-Second Omnibus Objection to Claims does not affect the

ability of an Individual Bondholder (as hereinafter defined) to participate in accordance with the

WTC Stipulation.  Further, the Debtors reserve all their rights to object on any other basis to any

Duplicate Debt Claim as to which the Court does not grant the relief requested herein.

**Jurisdiction**

4.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

**Background**

5.      On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**Realm/Encore Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Case Number 09-50026 (REG).  On September 15, 2009,

the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs,

which were amended on October 4, 2009.  On October 15, 2009, the Realm/Encore Debtors filed

their schedules of assets and liabilities and statements of financial affairs.

6.      On September 16, 2009, this Court entered an order [Docket No. 4079]

establishing November 30, 2009 as the deadline for each person or entity to file a proof of claim

in the Initial Debtors' cases, including governmental units.  On December 2, 2009, this Court

entered an order [Docket No. 4586] establishing February 1, 2010 as the deadline for each

---

[2] The Initial Debtors are Motors Liquidation Company (f/k/a General Motors Corporation), MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3] The Realm/Encore Debtors are Remediation and Liability Management Company, Inc., and Environmental Corporate Remediation Company, Inc.

person or entity to file a proof of claim in the Realm/Encore Debtors' cases (except

governmental units, as defined in section 101(27) of the Bankruptcy Code, for which the Court

established June 1, 2010 as the deadline to file proofs of claim).

    7.  Among the tens of thousands of proofs of claim the Debtors received,

approximately 18,000 proofs of claim have been filed by claimants seeking the repayment of

principal, interest, and fees and expenses that relate to dollar-denominated debt securities issued

by the Debtors pursuant to the 1990 Indenture and the 1995 Indenture (each, a "**Debt Claim**,"

and the holder of such Debt Claim, an "**Individual Bondholder**").  The Debtors believe that all

of the Debt Claims filed by Individual Bondholders are duplicative of the claims allowed in

favor of WTC for the benefit of all Individual Bondholders in accordance with the WTC

Stipulation.

    8.  On August 9, 2010, the Court entered the WTC Stipulation signed by the

Debtors, WTC, and Citibank, N.A., solely in its capacity as paying agent under the 1990

Indenture and 1995 Indenture (in such capacity, "**Citibank**"), allowing (i) Claim 65793 in the

amount of $1,419,471,545.22 (subject to appropriate reserve and/or reduction in connection with

any Court-authorized setoff exercised by Individual Bondholders) and (ii) Claim 65729 in the

amount of $21,928,183,895.36 (subject to appropriate reserve and/or reduction in connection

with any Court-authorized setoff exercised by Individual Bondholders).  Prior to entry of the

WTC Stipulation, WTC sent out a notice to all affected Individual Bondholders notifying them

of the pending approval by the Court of the WTC Stipulation.

    9.  On October 6, 2009, this Court entered the Supplemental Procedures

Order, which authorizes the Initial Debtors, among other things, to file omnibus objections to no

more than 500 claims at a time with respect to Debt Claims.  The claimants that are listed in

Exhibit "A" have filed Debt Claims against the Initial Debtors.

10.    The Debtors now move to expunge the Duplicate Debt Claims filed by

each Individual Bondholder as duplicative of either Claim 65793 or Claim 65729.

## The Relief Requested Should Be Approved by the Court

11.    A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects."  11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential

allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See

In re Oneida, Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd*, No. 09 Civ. 2229 (DC),

2010 WL 234827 (S.D.N.Y. Jan. 22, 2010); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No.

02-41729 (REG), 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re

Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

12.    Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a

claim may not be allowed to the extent that "such claim is unenforceable against the debtor and

property of the debtor, under any agreement or applicable law."  11 U.S.C. § 502(b)(1).  The

Debtors cannot be required to pay on the same claim more than once.  *See, e.g., In re Finley,

Kumble, Wagner, Heine, Underberg, Manley, Myerson, & Casey*, 160 B.R. 882, 894 (Bankr.

S.D.N.Y. 1993) ("In bankruptcy, multiple recoveries for an identical injury are generally

disallowed.").  The Debtors have reviewed the proofs of claim identified on Exhibit "A" and

believe them to be duplicative of Claim 65793 or Claim 65729.  Moreover, the Debtors have no

way of confirming that any of the Individual Bondholders are, in fact, beneficial holders of a

debt instrument on the relevant dates.

13.    To avoid the possibility of multiple recoveries by the Individual

Bondholders, the Debtors request that the Court disallow and expunge in their entirety the

Duplicate Debt Claims.  Individual Bondholders, to the extent they are beneficial bondholders as

of the record date under any confirmed plan of liquidation, will receive distributions under such

plan from WTC in its capacity as indenture trustee.

**<u>Notice</u>**

14.     Notice of the Forty-Second Omnibus Objection to Claims has been

provided to each claimant listed on Exhibit "A" by virtue of the individualized notice transmitted

in accordance with the Supplemental Procedures Order and parties in interest in accordance with

the Third Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and

9007 Establishing Notice and Case Management Procedures, dated April 29, 2010 [Docket No.

5670].

15.     No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated: New York, New York
          August 13, 2010

                                        /s/ Joseph H. Smolinsky
                                        Harvey R. Miller
                                        Stephen Karotkin
                                        Joseph H. Smolinsky

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession

**Exhibit A**

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| AZILE HONAKER<br>6513 PLEASANT PINES DR<br><br>RALEIGH, NC 27613 | 27375 | Motors Liquidation Company | $15,487.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AZIZ E DAWOODJEE<br>ATTENTION: FAWZIA DABIRI<br>22134 SHERMAN WAY #201<br>CANOGA PARK, CA 91303 | 18337 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AZUCENA MADISON<br>SUBJECT TO TOD RULES<br>4 EAST 10TH ST APT 1F<br>NEW YORK, NY 10003 | 17616 | Motors Liquidation Company | $49,992.15 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AZUCENA MADISON<br>4 E 10TH ST<br>APT 1F<br>NEW YORK, NY 10003 | 17617 | Motors Liquidation Company | $49,871.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| B CORTESE & F CORTESE TTEE<br>FRANK V & BLANCHE J CORTESE RE<br>U/A DTD 03/20/2002<br>1233 PORTLAND AVE<br>ALBANY, CA 94706 | 17506 | Motors Liquidation Company | $7,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| B DAVENPORT & L DAVENPORT CO-TTEE<br>DAVENPORT LIVING TRUST U/A<br>DTD 10/11/2005<br>2355 SW 173RD CT<br>BEAVERTON, OR 97006 | 21474 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| B DEPPERSCHMIDT TTEE<br>BERTHA M. DEPPERSCHMIDT REV LI<br>U/A DTD 03/22/2001<br>1957 MOUNT REPOSE DR<br>GERMANTOWN, TN 38139 | 14600 | Motors Liquidation Company | $259,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| B E MADLER & G L MADLER CO-TTEE<br>BERNARD & GAIL MADLER TRUST U/T/A<br>DTD 02/17/1995<br>236 E NEVADA DRIVE<br>RAPID CITY, SD 57701 | 3176 | Motors Liquidation Company | $10,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| B F SCHOENEMAN JR<br>4429 AMHERST<br><br>DALLAS, TX 75225 | 3674 | Motors Liquidation Company | $25,593.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| B GORDON & J GORDON CO-TTEE<br>BERNARD GORDON REVOCABLE TR U/A<br>DTD 11/25/1998<br>9647 N CRESCENTVIEW DR<br>BOYNTON BEACH, FL 33437 | 10914 | Motors Liquidation Company | $10,150.48 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| B GUERRA & J GUERRA TTEE<br>THE GUERRA TRUST<br>U/A DTD 02/04/1999<br>2479 22ND AVE<br>SAN FRANCISCO, CA 94116 | 3651 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| B H & FREEDA MAYFIELD<br>C/O BILL MAYFIELD<br>5505 E MCLELLAN ROAD  #95<br>MESA, AZ 85205 | 28395 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| B HALBAUERTTEE<br>WERNER & BEVERLY<br>HALBAUER REV LVG TR<br>U/A/D 7-20-04<br>4719 FAIRMONT DR<br>TROY, MI 48085 | 5102 | Motors Liquidation Company | $2,158.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| B HAPPE TR<br>B HAPPE TRUST<br>U A DATED 9/25/02<br>270 GREENFIELD RD<br>WINTER HAVEN, FL 33884 | 3313 | Motors Liquidation Company | $31,050.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| B HAPPE TRUST<br>BILLY J HAPPE<br>270 GREENFIELD ROAD<br>WINTER HAVEN, FL 33884 | 469 | Motors Liquidation Company | $31,292.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| B HAPPE TRUST<br>B HAPPE TR<br>U A DATED 9-25-02<br>270 GREENFIELD RD<br>WINTER HAVEN, FL 33884 | 3147 | Motors Liquidation Company | $31,050.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| B HAPPE TRUST<br>BILLY J HAPPE<br>270 GREENFIELD RD<br>WINTER HAVEN, FL 33884 | 3426 | Motors Liquidation Company | $31,050.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| B HAPPE TRUST<br>C/O BILLY J HAPPE<br>270 GREENFIELD ROAD<br>WINTER HAVEN, FL 33884 | 4499 | Motors Liquidation Company | $30,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Forty-Second Omnibus Objection**

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| B HARRIS & R HARRIS JT TEN TOD<br>T J MILLER, K J HARRIS<br>SUBJECT TO STA RULES<br>1766 EAGLE TRACE BLVD WEST<br>CORAL SPRINGS, FL 33071 | 21319 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| B J GRIDER TRUSTEE<br>B J GRIDER TRUST<br>UTA 8/3/95<br>1905 TAYLOR RD<br>WHITE HALL, AR 71602 | 28598 | Motors Liquidation Company | $51,744.79 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| B KENNETH EAVES/ LETA G EAVES TIC<br>609 MILLICENT WAY<br>SHREVEPORT, LA 71106 | 19217 | Motors Liquidation Company | $1,350.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| B LONDON & L LONDON CO-TTEE<br>BERNICE LONDON REV TRUST U/A<br>DTD 02/23/1993<br>7716 DORCHESTER RD<br>BOYNTON BEACH, FL 33472 | 20698 | Motors Liquidation Company | $1,000.04 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| B MICHAELSON & M MICHAELSON TTEES<br>BRIAN H MICHAELSON & MARGARET R MICHAELSON FAMILY TRUST 4/23/91<br>13451 BARBADOS WAY<br>DEL MAR, CA 92014 | 12985 | Motors Liquidation Company | $17,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| B P SANDFORD & A SANDFORD CO-TTEE<br>SANDFORD FAMILY INVESTMENT TRUST<br>U/A DTD 09/25/2002<br>173 MINUTEMAN DRIVE<br>CONCORD, MA 01742 | 19383 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| B R HARTER & R O HARTER CO-TTEE<br>MAE E HARTER TRUST U/A<br>DTD 04/01/1988<br>1694 LEWIS CRK<br>BEAUMONT, CA 92223 | 13360 | Motors Liquidation Company | $27,494.30 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| B REGNIER & S REGNIER TTEE<br>SIDNEY TESLEFORE REGNIER &<br>BILLIE JEAN REGNIER LIVING<br>TRUST U/A DTD 3/19/98<br>1272 WINDSOR DRIVE<br>GALLATIN, TN 37066 | 18270 | Motors Liquidation Company | $228,369.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| B W COLEMAN &<br>DIANNE J COLEMAN JT TEN<br>2007 MAIN ST<br>GREENSBORO, AL 36744 | 22071 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| B WADE & J WADE TTEE<br>BARBARA L WADE REVOCABLE TRUST<br>U/A DTD 06/06/2000 PAA<br>16120 ELM RD<br>MAPLE GROVE, MN 55311 | 59757 | Motors Liquidation Company | $2,875.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| B ZEMEL & B ZEMEL CO-TTEE<br>ZEMEL FAMILY TRUST U/A<br>DTD 12/28/1998<br>PO BOX 47638<br>PHOENIX, AZ 85068 | 1829 | Motors Liquidation Company | $44,740.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BABETTE C ADAMS<br>1396 SEAGULL DR<br>ENGLEWOOD, FL 34224 | 29622 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BACCEI FAMILY TRUST<br>UAD 06/02/05<br>PATRICK K BACCEI &<br>KAREN S BACCEI TTEES<br>13383 ENTREKEN AVE<br>SAN DIEGO, CA 92129 | 15631 | Motors Liquidation Company | $15,637.17 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BAERBEL SCHILLING<br>ALTE REGENSBURGER STRASSE 31<br>07629 HERMSDORF GERMANY<br>GERMANY | 1121 | Motors Liquidation Company | $10,860.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BAHIG ELWY<br>496 HOREYA AVENUE<br>FLAT #84<br>ALEXANDRIA EGYPT<br>EGYPT | 18188 | Motors Liquidation Company | $70,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BAJO ALFREDO<br>VIA BIXTO 10<br>LATINA 04100 ITALY<br>ITALY | 30396 | Motors Liquidation Company | $37,570.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BANCA DI CREDITO COOPERATIVO DI MARCON VENEZIA SOCIETA COOPERATIVA<br>ATTN MELANIA SABBADIN<br>PIAZZA MUNICIPIO 22<br>30020 MARCON ITALIA<br>ITALY | 66114 | Motors Liquidation Company | $176,599.82<br><br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Second Omnibus Objection

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BANCO GALLEGO SA<br>AVENIDA LINARES RIVAS 30<br>15005 A CORUNA SPAIN<br><br>SPAIN | 60628 | Motors Liquidation Company | $2,000,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BANCO POPOLARE LUXEMBOURG SA<br>26 BOULEVARD ROYAL<br>L 2449 LUXEMBOURG<br><br>LUXEMBOURG | 64970 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BANCO POPOLARE LUXEMBOURG SA<br>26 BOULEVARD ROYAL<br>L-2449 LUXEMBOURG<br><br>LUXEMBOURG | 64971 | Motors Liquidation Company | $10,268.93 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BANDY W KANNON TRUST<br>ELIZABETH C JOHNSON TTE<br>ROBERT W JOHNSON TTE<br><br>UNITED STATES OF AMERICA | 15958 | Motors Liquidation Company | $16,007.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BANK ONE TRUST CO TTEE<br>STATE OF CALIFORNIA 401K PLAN<br>FBO JANE ARNOLD<br>1943 HOLLY DR<br>MCKINLEYVILLE, CA 95519 | 64281 | Motors Liquidation Company | $3,343.90 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BANK SAL OPPENHEIM JR & CIE (SWITZERLAND) LTD<br>ANDREA BACHMANN/ CORP ACTIONS<br>URANIASTRASSE 28<br>ZURICH CH-8022 SWITZERLAND<br><br>SWITZERLAND | 30360 | Motors Liquidation Company | $102,671.88 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BANKDAN<br>C/O KENTUCKY TRUST COMPANY<br>218 WEST MAIN STREET<br>DANVILLE, KY 40422 | 68334 | Motors Liquidation Company | $122,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BANQUE MORVAL<br>RIVA CACCIA 1A<br>6902 LUGANO SWITZERLAND<br><br>SWITZERLAND | 21347 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BARABARA HERR INH IRA<br>BENE OF ELIZABETH KLEIN<br>CHARLES SCHWAB & CO INC CUST<br>25 W. 374 MAYFLOWER RD<br>NAPERVILLE, IL 60540 | 12786 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARABARA M MACKINTOSH  DONALD CHARLES MACKINTOSH<br>5008 W EQUESTRIAN PLACE NO 402<br>SIOUX FALLS, SD 57106 | 62305 | Motors Liquidation Company | $6,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARABARA M MACKINTOSH  DONALD P MACKINTOSH<br>5008 W EQUESTRIAN PLACE NO402<br>SIOUX FALLS, SD 57106 | 62304 | Motors Liquidation Company | $13,140.32 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA & STANLEY BARER<br>7 SUTTON TERRACE<br>JERICHO, NY 11753 | 9272 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA A BURNS IRA<br>FCC AS CUSTODIAN<br>2033 WASHINGTON<br>WILMETTE, IL 60091 | 63257 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA A BURNS SELF<br>DECL TRUST<br>BARBARA A BURNS TTEE<br>U/A DTD 07/26/2007<br>2033 WASHINGTON AVENUE<br>WILMETTE, IL 60091 | 63258 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA A CALURE<br>2923 WILTON AVE<br>SILVER SPRING, MD 20910 | 16940 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA A JENDROWSKI<br>5400 HUNTINGTON WAY<br>GLADWIN, MI 48624 | 10797 | Motors Liquidation Company | $5,005.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA A LOFTUS<br>CUSTODIAN UNDER MN/UTMA FOR<br>PETER DORY LOFTUS<br>15685 HALLMARK PATH<br>APPLE VALLEY, MN 55124 | 22893 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Forty-Second Omnibus Objection**

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| BARBARA A LOFTUS<br>CUSTODIAN UNDER MN/UTMA FOR<br>JOHN OSMUND LOFTUS<br>15685 HALLMARK PATH<br>APPLE VALLEY, MN 55124 | 22894 | Motors Liquidation Company | $4,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA A MATTOX (IRA)<br>FCC AS CUSTODIAN<br>7390 SUGARBUSH DR<br>SPRINGHILL, FL 34606 | 43961 | Motors Liquidation Company | $25,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA A NULTY (IRA)<br>FCC AS CUSTODIAN<br>18383 INVERRARY CIRCLE<br>LEESBURG, VA 20176 | 5687 | Motors Liquidation Company | $9,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA A WYLIE<br>112 COUNTRY GARDEN EST DR<br>WORTHINGTON, PA 16262 | 4885 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA A. MATTOX (IRA)<br>FCC AS CUSTODIAN<br>7390 SUGARBUSH DR<br>SPRING HILL, FL 34606 | 43962 | Motors Liquidation Company | $12,115.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA ANN BAILEY<br>108 LAKEVIEW DR<br>MORTON, IL 61550 | 5866 | Motors Liquidation Company | $23,854.69 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA ANN BARKEY TTEE<br>BARBARA A BARKEY<br>REV LIVING TRUST U/A DTD 01-12-98<br>3003 BANCROFT RD<br>FAIRLAWN, OH 44333 | 7269 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA ANN GLASTON<br>7880 LEXINGTON CLUB BLVD<br>APT A<br>DELRAY BEACH, FL 33446 | 49571 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA ANN JONES<br>3508 S 50 W<br>BOUNTIFUL, UT 84010 | 6699 | Motors Liquidation Company | $9,461.25<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BARBARA ARENTZ<br>1108 N BLACKBURN DR<br><br>INVERNESS, IL 60067 | 10635 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA B BARGER TTEE<br>BARBARA B BARGER REV LIV TR<br>U/A DATED 04/29/02<br>101 TOWERGATE DR<br>LAKE ST LOUIS, MO 63367 | 30275 | Motors Liquidation Company | $50,921.88 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA B BOLES TTEE<br>BOLES REV TRUST U/A 10-13-00<br>3101-HEMESTA DR<br>BILLINGS, MT 59101 | 2938 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA B MINCKLEY TTEE<br>BARBARA B MINCKLEY<br>U/A DTD 10/27/2003<br>22 OCEAN WOODS DR W<br>SAINT AUGUSTINE, FL 32080 | 14000 | Motors Liquidation Company | $50,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA B. BERNIER<br>CGM IRA ROLLOVER CUSTODIAN<br>5031 KING DAVID BLVD<br>ANNANDALE, VA 22003 | 3282 | Motors Liquidation Company | $10,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA BARD<br>334 PARKWOOD DR<br><br>CHAMBERSBURG, PA 17201 | 18335 | Motors Liquidation Company | $10,006.97 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA BERMAN<br>CGM IRA ROLLOVER CUSTODIAN<br>2811 ELLICOTT STREET NW<br>WASHINGTON, DC 20008 | 14459 | Motors Liquidation Company | $52,025.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA BOEHMLER<br>1126 W BABCOCK #1<br><br>BOZEMAN, MT 59715 | 17427 | Motors Liquidation Company | $7,890.72 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA BORELL<br>2413 BAYSHORE BLVD UNIT 612<br><br>TAMPA, FL 33629 | 27256 | Motors Liquidation Company | $61,720.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA BRANDT<br>3 GLEN CIRCLE DRIVE<br><br>OROVILLE, CA 95966 | 9430 | Motors Liquidation Company | $9,650.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BARBARA BRIZEL<br>BARBARA BRIZEL IRA<br>19448 PRESERVE DR<br>BOCA RATON, FL 33498 | 2603 | Motors Liquidation Company | $5,184.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA BROWN STEPHENS<br>135 APPLEWOOD DR<br>DOVER, DE 19901 | 16188 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA C BOSCH<br>THOMAS L BOSCH<br>6 HANCOCK DR<br>VILLA GROVE, IL 61956 | 5112 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA CAPOCEFALO<br>170 SUMMERHAVEN DR S<br>E SYRACUSE, NY 13057 | 16086 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA CAROLE WEILL<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>193 SANTA TERESA<br>SAN LEANDRO, CA 94579 | 12743 | Motors Liquidation Company | $20,623.33 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA CHRISTESEN<br>5809 LAUREL AVE<br>LAGRANGE, IL 60525 | 8774 | Motors Liquidation Company | $6,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA COFFEY<br>2051 E COUNTY RD 600N<br>OAKLAND, IL 61943<br>UNITED STATES OF AMERICA | 37185 | Motors Liquidation Company | $23,728.64 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA CONKLIN MICHALUK<br>5101 N A1A<br>VILLA # 8<br>VERO BEACH, FL 32963 | 3356 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA D BEDARD<br>FREDERICK H BEDARD<br>75 BELLEVUE AVE<br>N PROVIDENCE, RI 02911 | 12432 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA D GARNER<br>7863 WINDSONG DRIVE<br>TRUSSVILLE, AL 35173 | 12313 | Motors Liquidation Company | $2,475.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BARBARA D. MACMILLAN<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>5206 HEATHERWOOD<br>YARMOUTH PORT, MA 02675 | 5293 | Motors Liquidation Company | $4,406.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA E GEHLERT, TTE<br>1017 LAUREL VALLEY DR<br>NEW BERN, NC 28562 | 4571 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA E KRYWOSZEJ<br>5003 CRUSADE<br>SAN ANTONIO, TX 78218 | 4081 | Motors Liquidation Company | $25,660.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA E THOMAS<br>816 PELICAN BAY DRIVE<br>DAYTONA BEACH, FL 32119 | 23315 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA F LINDNER<br>472 N KENSINGTON<br>DIMONDALE, MI 48821 | 22505 | Motors Liquidation Company | $4,727.21 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA FAYE BARTLE<br>702 S MERIDIAN RD SPACE 29<br>APACHE JCT, AZ 85120 | 33429 | Motors Liquidation Company | $8,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA G POOLER<br>2131 MEARES ROAD<br>CHAPEL HILL, NC 27514 | 62300 | Motors Liquidation Company | $17,082.99 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA G SHIPP<br>394 BAY RIDGE DR<br>JACKSONS GAP, AL 36861 | 15474 | Motors Liquidation Company | $26,350.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA GASPARINI<br>WBNA CUSTODIAN TRAD IRA<br>619 DATE PALM BLVD<br>MELBOURNE, FL 32901 | 7719 | Motors Liquidation Company | $9,989.65 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA GLICK TTEE<br>BARBARA M GLICK TRUST U/A DTD 01/24/1992<br>47 WILD FLOWER WAY<br>JACKSON, MI 49203 | 22810 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BARBARA H CANE<br>50 PIERMONT AVE STE 1<br><br>NYACK, NY 10960 | 19329 | Motors Liquidation Company | $17,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA H THORNTON<br>CGM IRA CUSTODIAN<br>141 CALLE ALTA<br>ORANGE, CA 92869 | 61368 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA HARRIS<br>945 S SIERRA BONITA AVE<br><br>LOS ANGELES, CA 90036 | 7150 | Motors Liquidation Company | $9,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA HAUSER REV LIVING TR<br>DTD 05/02/2005<br>BARBARA HAUSER TRUSTEE<br>7415 BENT OAK DRIVE<br>PORT RICHEY, FL 34668 | 10970 | Motors Liquidation Company | $24,550.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA HERR<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>25 W. 374 MAYFLOWER RD.<br>NAPERVILLE, IL 60540 | 12787 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA HORN FIDLER<br>38 LEEDS LN<br><br>MONROE TWP, NJ 08831 | 18813 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA J BENSMAN<br>5912 43RD COURT E<br><br>BRADENTON, FL 34203 | 3264 | Motors Liquidation Company | $1,550.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA J BUZANOWSKI, ROLLOVER IRA ACCOUNT<br>616 W 50 N<br><br>VALPARAISO, IN 46385 | 431 | Motors Liquidation Company | $20,700.49 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA J CLARK<br>555 GREEN MEADOW DR<br><br>GREENWOOD, IN 46143 | 3353 | Motors Liquidation Company | $5,456.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA J COCKRELL TTEE<br>18 DOMINICA DR<br><br>ENGLEWOOD, FL 34223 | 18752 | Motors Liquidation Company | $5,875.20 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| BARBARA J MACGUGAN<br>CGM IRA CUSTODIAN<br>6034 COOPER POINT RD NW<br>OLYMPIA, WA 98502 | 68089 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA J MCFARLAND &<br>GREGORY WILLIAM SMITH JT TEN<br>9211 BAYBERRY BEND #104<br>FORT MYERS, FL 33908 | 20621 | Motors Liquidation Company | $31,300.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA J PERL<br>TOD DTD 03/19/2009<br>7250 2ND ST<br>W BLOOMFIELD, MI 48324 | 20162 | Motors Liquidation Company | $16,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA J POULSON<br>21517 N 77 PL<br>SCOTTSDALE, AZ 85255 | 62842 | Motors Liquidation Company | $35,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA J REYNOLDS<br>1710 NW OBRIEN ROAD<br>LEE'S SUMMIT, MO 64081 | 65715 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA J VAN DEVEN (IRA)<br>FCC AS CUSTODIAN<br>18800 MAHRLE<br>MANCHESTER, MI 48158 | 5369 | Motors Liquidation Company | $20,826.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA J VANDEVEN &<br>RONALD VANDEVEN JTTEN<br>18800 MAHRLE<br>MANCHESTER, MI 48158 | 5179 | Motors Liquidation Company | $3,222.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA J WAITE TTEE<br>THE BARBARA J WAITE REV TRUST<br>U/A/D 06/19/98<br>1930 ASCOT DRIVE<br>MORAGA, CA 94556 | 22769 | Motors Liquidation Company | $2,660.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA JEAN BEHAR<br>5920 RAINBOW SPRINGS DR<br>CHATTANOOGA, TN 37416 | 30616 | Motors Liquidation Company | $46,280.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA KENT<br>165 W END AVE APT 5K<br>NEW YORK, NY 10023 | 44315 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 12

Forty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BARBARA KIRWIN<br>21 W630 MARSTON COURT<br>GLEN ELLYN, IL 60137 | 16300 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA KOSSMAN<br>34347 N DAMIETTA TR<br>QUEEN CREEK, AZ 85143 | 28329 | Motors Liquidation Company | $11,433.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA KURTZHALS<br>793 PARKSIDE AVE<br>ELMHURST, IL 60126 | 18902 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA L BRENNAN<br>JOHN L BRENNAN<br>875 39TH AVE NW<br>NAPLES, FL 34120 | 16567 | Motors Liquidation Company | $10,700.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA L GROSS TTEE<br>BARBARA L GROSS TRUST DTD 12-15-92<br>2355 BEACHWOOD BLVD<br>BEACHWOOD, OH 44122 | 49545 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA L KATZ<br>318 MANHEIM RD<br>POTTSVILLE, PA 17901 | 69459 | Motors Liquidation Company | $4,979.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA L MORGAN<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>14419 S 13TH PLACE<br>PHOENIX, AZ 85044 | 44490 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA L MURPHY<br>51 RICHARDSON ST<br>ROCHESTER, NH 03867 | 16009 | Motors Liquidation Company | $3,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA L PAIR<br>524 PARKS RD<br>GARDENDALE, AL 35071 | 61314 | Motors Liquidation Company | $199.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA LEVINE<br>642 RICHMOND RD<br>EAST MEADOW, NY 11554 | 10975 | Motors Liquidation Company | $41,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Forty-Second Omnibus Objection**

# Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BARBARA M BARRETT TOD GENE B TRUST SUBJECT TO STA RULES 3056 VIA HERMOSA DR ESCONDIDO, CA 92029 | 17485 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA M HEABERLIN TOD ACCOUNT 3700 S WESTPORT AVE PO BOX 3853 SIOUX FALLS, SD 57106 | 13225 | Motors Liquidation Company | $25,360.40 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA M HEABERLIN TOD ACCOUNT 3700 S. WESTPORT AVE. P.O. BOX 3853 SIOUX FALLS, SD 57106 | 13226 | Motors Liquidation Company | $25,360.40 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA M RUBIN (IRA) FCC AS CUSTODIAN 21830 CYPRESS CIRCLE APT D BOCA RATON, FL 33433 | 2604 | Motors Liquidation Company | $27,206.80 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA M STERLING 3307 RUTLAND LOOP TALLAHASSEE, FL 32312 | 7557 | Motors Liquidation Company | $12,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA M. HUG (IRA) FCC AS CUSTODIAN 611 GULF DR N UNIT A-26 BRADENTON BCH, FL 34217 | 37010 | Motors Liquidation Company | $29,903.90 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA MAE PACHY 948 N WAVERLY ST DEARBORN, MI 48128 | 10657 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA MAILAENDER 50 TOP HILL LN MOUNT KISCO, NY 10549 | 9228 | Motors Liquidation Company | $61,814.07 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA MCCAA 2697 FLEUR DE LIS PLACE ATLANTA, GA 30360 | 9212 | Motors Liquidation Company | $41,045.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Second Omnibus Objection

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BARBARA N LA VIOLETTE<br>4 SUGAR BOWL LN<br><br>PENSACOLA BCH, FL 32561 | 5272 | Motors Liquidation Company | $12,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA N ST. JOHN<br>TOD ANN KRAROCHOIL<br>SUBJECT TO STA TOD RULES<br>13677 OLD US 12<br>CHELSEA, MI 48118 | 61574 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA NELSEN<br>275 WEST LAKE FAITH DR<br><br>MARTLAND, FL 32751 | 929 | Motors Liquidation Company | $13,507.17 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA O'NEIL TRUST<br>PO BOX 75<br><br>HARBOR BEACH, MI 48441 | 30797 | Motors Liquidation Company | $2,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA P BOWEN<br>860 POINT COMFORT ROAD<br><br>AUGUSTA, GA 30907 | 6572 | Motors Liquidation Company | $15,450.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA P ISSERMAN TTEE<br>BARBARA P ISSERMAN TRUST<br>U/A/D 11/2/92<br>538 WILLIAM ST<br>RIVER FOREST, IL 60305 | 16951 | Motors Liquidation Company | $13,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA P REEMS<br>PO BOX 2341<br><br>WINDERMERE, FL 34786 | 46236 | Motors Liquidation Company | $59,618.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA PARKS<br>246 ANDOVER DR<br><br>WAYNE, NJ 07470 | 23144 | Motors Liquidation Company | $14,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA PETTERSON<br>454 BELLAIRE AVE<br><br>DES PLAINES, IL 60016 | 1449 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA R KRUPIN TTEE<br>BARBARA R KRUPIN FAMILY TRUST<br>740 LYNNMERE DR<br>THOUSAND OAKS, CA 91360 | 8887 | Motors Liquidation Company | $5,186.45 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Forty-Second Omnibus Objection**

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| BARBARA REED PERKAUL TRUST UTUDTD 1/24/1992<br>BARBARA R PERKAUL & ROBERT P KARKAUL CO-TTEE<br>6180 NO LEMONT AVE<br>CHICAGO, IL 60646 | 27355 | Motors Liquidation Company | $2,365.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA RODGERS<br>30 INLET HARBOR ROAD<br>UNIT 402<br>PONCE INLET, FL 32127 | 20487 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA ROSENZWEIG<br>3610 GARDENS PARKWAY #905A<br>PALM BEACH GARDENS, FL 33410 | 4036 | Motors Liquidation Company | $12,641.04 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA S BRIZEL<br>BARBARA S BRIZEL & DANIEL BRIZEL<br>TRUST UAD 7/11/96<br>19448 PRESERVE DR<br>BOCA RATON, FL 33498 | 2602 | Motors Liquidation Company | $21,622.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA S FINKELSTEIN TOD<br>MICHAEL FINKELSTEIN<br>SUBJECT TO STA RULES<br>7100 ASHFORD LANE<br>BOYNTON BEACH, FL 33472 | 26735 | Motors Liquidation Company | $5,151.15 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA S FINKELSTEIN TOD<br>MICHAEL FINKELSTEIN<br>SUBJECT TO STA RULES<br>7100 ASHFORD LN<br>BOYNTON BEACH, FL 33472 | 26736 | Motors Liquidation Company | $5,151.15 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA S GELERMAN<br>7971 ROCKFORD RD<br>BOYNTON BEACH, FL 33472 | 7328 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA S KAYE<br>3110 RIDGEWOOD RD NW<br>ATLANTA, GA 30327<br>UNITED STATES OF AMERICA | 62428 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA SCHUR<br>462 ROSEDALE ROAD<br>PRINCETON, NJ 08540 | 28923 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Second Omnibus Objection

## Exhibit A

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BARBARA SEIGEL TRUSTEE<br>21125 CARDINAL POND TER<br>APT 405<br>ASHBURN, VA 20147 | 15674 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA SKAFF AS TTEE OF THE BARBARA L SKAFF REV TR<br>U/A DTD 4-8-05<br>3518 WALDEN AVE<br>SIOUX CITY, IA 51106<br>UNITED STATES OF AMERICA | 62430 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA SUMMERS<br>3130 WIDGEON AVE<br>LOUISVILLE, KY 40213 | 14096 | Motors Liquidation Company | $75,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA SUSAN MILLER TOD<br>D MILLER, J MILLER<br>SUBJECT TO STA RULES<br>489 E COVERED WAGON DRIVE<br>TUCSON, AZ 85704 | 7014 | Motors Liquidation Company | $5,225.85 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA T WOODS<br>1805 HUTERS MOON DR<br>ALPHARETTA, GA 30005 | 63000 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA W HOPTON<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>11934 70TH PL N<br>MAPLE GROVE, MN 55369 | 15725 | Motors Liquidation Company | $51,341.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA WALSH<br>IRA - SEP<br>5131 JEFFERSON PIKE<br>FREDERICK, MD 21703 | 21631 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA WEBB MILLER<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>104 FOREST RD<br>MOORESTOWN, NJ 08057 | 61046 | Motors Liquidation Company | $62,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA WITKOWSKI<br>1420 WINGED FOOT CT<br>MURRELLS INLET, SC 29576 | 68856 | Motors Liquidation Company | $10,335.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BARBARA WITKOWSKI<br>1420 WINGED FOOT COURT<br>MURRELLS INLET, SC 29576 | 68859 | Motors Liquidation Company | $3,030.35 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA Z HEATLY<br>120 SOUTH STREET<br>EASTON, MD 21601 | 3708 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA-LEE SILVERMAN<br>1815 JFK BLVD<br>APT 1914<br>PHILADELPHIA, PA 19163 | 65372 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARET LIMITED<br>SHIHLIN DISTRICT, TAIPEI CITY 111<br>LAND 114, SZS, 7, JHONGSHAN N RD<br>ROOM B6F, NO 10-1, ALLEY 33 TAIWAN<br><br>TAIWAN | 18926 | Motors Liquidation Company | $300,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARIS LITVAK<br>1000 SOUTH POINTE DRIVE # 2303<br>MIAMI BEACH, FL 33139<br>UNITED STATES OF AMERICA | 4428 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARNEY G SINCLAIR<br>1010 W 8TH ST<br>AMARILLO, TX 79101<br>UNITED STATES OF AMERICA | 13939 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARNEY PETERSON &<br>NANCY PETERSON JTWROS<br>7917 FARMINGDALE DRIVE<br>DARIEN, IL 60561 | 12297 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARRONS INTERNATIONAL<br>6331 CAMINO CORTO<br>SAN DIEGO, CA 92120 | 29591 | Motors Liquidation Company | $23,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARRY & ELISSA DEE KAPLAN<br>132 WALCOTT AVE<br>STATEN ISLAND, NY 10314 | 17967 | Motors Liquidation Company | $20,772.53 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BARRY & MARILYN HOFFMAN JT TEN<br>10707 EL CABALLO CT<br><br>DELRAY BEACH, FL 33446 | 31230 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARRY & MARILYN HOFFMAN JTWROS<br>10707 EL CABALLO CT<br><br>DELRAY BEACH, FL 33446 | 31229 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARRY ARTHUR GARTEN<br>931 WATERMAN ROAD SOUTH<br><br>JACKSONVILLE, FL 32207 | 939 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARRY B BERKOWITZ<br>29 BUTLER STREET<br><br>COS COB, CT 06807 | 46105 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARRY B BERKOWITZ<br>29 BUTLER ST<br><br>COS COB, CT 06807 | 46120 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARRY C LEIBER &<br>SUSAN LEIBER JT TEN<br>115 MARITA STREET<br>PHILADELPHIA, PA 19116 | 15916 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARRY D ALLAN & INGE E ALLAN<br>JOINT PROPERTY TR DTD 9/22/99<br>BARRY ALLAN & INGE ALLAN TTEES<br>7803 MICHAEL CIRCLE<br>HUNTSVILLE, AL 35802 | 5851 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARRY D BROXSON  &<br>JUDITH BROXSON JT WROS<br>28255 105TH AVE SE<br>KENT, WA 98030 | 65240 | Motors Liquidation Company | $16,910.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARRY DUBIN<br>CGM IRA ROLLOVER CUSTODIAN<br>C/O COOPER, WHITE & COOPER<br>FBO BARRY DUBIN<br>201 CALIFORNIA ST 17TH FLR<br>SAN FRANCISCO, CA 94111 | 18477 | Motors Liquidation Company | $10,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Forty-Second Omnibus Objection**

# Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| BARRY HOFFMAN & MARILYN HOFFMAN JT TEN 10707 EL CABANO COURT DELRAY BEACH, FL 33446 | 31231 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARRY J SIMON 7100 KNOLL RD CINCINNATI, OH 45237 | 15001 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARRY J SIMON - BENE IRA 7100 KNOLL RD CINCINNATI, OH 45237 | 15002 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARRY J SIMON - IRA 7100 KNOLL RD CINCINNATI, OH 45237 | 15003 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARRY KLEIN 245 BIRCH DRIVE ROSLYN, NY 11576 | 69647 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARRY L & MARDIMN BARGA TTEES BARGA FAMILY REV TR DTD 3-21-01 BARRY L BARGA 13204 FOXDEN DRIVE ROCKVILLE, MD 20850 | 14052 | Motors Liquidation Company | $3,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARRY M SINROD 5042 MONTEREY LANE DELRAY BEACH, FL 33484 | 44364 | Motors Liquidation Company | $51,337.16 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARRY MARK CAYWOOD & JIM METCALF & SARA GARCIA 214 STANFORD ST LANCASTER, KY 40444 | 19499 | Motors Liquidation Company | $168,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARRY MORRISON 5110 LAKE WELLINGTON PKWY WICHITA FALLS, TX 76310 | 5117 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARRY N RIGHTMAN & BARBARA E RIGHTMAN TTEES THE BARRY N RIGHTMAN SEP PROP TR EST U/T RIGHTMAN FAM REV TR 12/14/89 16411 LONDELIUS ST NORTH HILLS, CA 91343 | 1685 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BARRY N YOUNG<br>ATTN: JOHN STEVE CORRY<br>C/O ARETE CAPITAL MGMT<br>137 ANSELM RD<br>RICHBORO, PA 18954 | 61971 | Motors Liquidation Company | $55,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARRY RESNICK<br>111 NORTH POMPANO BEACH BLVD<br>APT 903<br>POMPANO, FL 33062 | 43275 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARRY S PEARLSTEIN<br>WBNA CUSTODIAN TRAD IRA<br>13838 PALM GROVE PL<br>PALM BEACH GARD, FL 33418 | 17323 | Motors Liquidation Company | $32,337.17<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARRY SCHULLER<br>1320 CLUB CIRCLE<br>DALLAS, TX 75208 | 14640 | Motors Liquidation Company | $76,174.90 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARRY SCHULLER<br>1320 CLUB CIRCLE<br>DALLAS, TX 75208 | 14642 | Motors Liquidation Company | $170,500.90 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARRY SOKOL<br>10919 CLAIRMONT CIRCLE<br>TAMARAC, FL 33321 | 8733 | Motors Liquidation Company | $25,292.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARRY SPINGARN<br>2 FALLYWOOD LN<br>MANALAPAN, NJ 07726 | 2506 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BART A BARRE<br>135 WILD HEDGE LANE<br>MOUNTAINSIDE, NJ 07092 | 45817 | Motors Liquidation Company | $35,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARTHOLD, ANKE<br>HABSBURGERALLEE 4<br>60385 FRANKFURT AM MAIN GERMANY<br><br>GERMANY | 28899 | Motors Liquidation Company | $2,072.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 21

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BARTHOLD, ANKE<br>HABSBERGERALLEE 4<br>60385 GRANKFURT AM MAIN GERMANY<br><br>GERMANY | 28900 | Motors Liquidation Company | $3,205.35 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARTHOLEMEW GEORGE ATKINS<br>4154 HOLYOKE DR SE<br><br>GRAND RAPIDS, MI 49508 | 2213 | Motors Liquidation Company | $15,337.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARTLEY C REUTER III<br>160 LINDENHURST FARM RD<br><br>ABERDEEN, NC 28315 | 1700 | Motors Liquidation Company | $20,712.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BASIL D PENNY R/O IRA<br>FCC AS CUSTODIAN<br>415 WHITE ST<br>PIEDMONT, AL 36272 | 2077 | Motors Liquidation Company | $10,005.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BASILIA SCALA<br>LOUIS SCALA<br>1801 SILVERTON RD<br>TOMS RIVER, NJ 08753 | 64367 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BASILIO E LIBIRAN & INES A LIBIRAN<br>BASILIO E LIBIRAN &<br>INES A LIBIRAN JTTEN<br>732 W OTTAWA ST<br>LANSING, MI 48915 | 28558 | Motors Liquidation Company | $22,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BASSO FAMILY TRUST HENRY H BASSO AND JACQUELYN R BASSO CO TTSS<br>C/O HENRY H. BASSO<br>905 B AVE<br>LA GRANDE, OR 97850 | 15955 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BAYCOAST INTERNATIONAL LTD<br>VANTERPOOL PLAZA 2ND FLOOR<br>WICKHAMS CAY I ROAD TOWN<br>TORTOLA BRITISH VIRGIN ISLANDS<br><br>VIRGIN ISLANDS | 64304 | Motors Liquidation Company | $3,259,887.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BDO PRIVATE BANK INC - WEALTH ADVISORY AND TRUST GROUP AS TRUSTEE<br>27TH FL TOWER ONE AND EXCHANGE PLAZA<br>AYALA AVENUE CORNER PASEO DE ROXAS<br>MAKATI CITY  PHILIPPINES<br><br>PHILIPPINES | 22648 | Motors Liquidation Company | $500,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BEATE KREMBZOW<br>STEINKLEESTRAßE 20 A<br>FRANKFURT GERMANY 60435<br>,<br>GERMANY | 23409 | Motors Liquidation Company | $1,980.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BEATRICE A OSHER TRUSTEE<br>BEATRICE A OSHER DECLARATION TRUST DTD 11/22/94<br>9063 NILES CENTER ROAD<br>SKOKIE, IL 60076 | 5613 | Motors Liquidation Company | $2,979.06 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BEATRICE A ROLLINS<br>MARY TERESA PLACANICA &<br>STACY LINTON ROLLINS III TRS<br>BEATRICE A ROLLINS REV TRUST U/A<br>6408 BROOKSIDE DR<br>CHEVY CHASE, MD 20815 | 14049 | Motors Liquidation Company | $6,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BEATRICE ARSHANSKY<br>2820 OCEAN PARKWAY<br>BROOKLYN, NY 11235<br>UNITED STATES OF AMERICA | 67432 | Motors Liquidation Company | $11,793.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BEATRICE COHEN REVOCABLE TRUST<br>UAD 11/28/07<br>BEATRICE COHEN TTEE<br>22757 MERIDIANA DRIVE<br>BOCA RATON, FL 33433 | 11478 | Motors Liquidation Company | $8,124.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BEATRICE E & ROBERT M BISHOP JTTEN<br>TOD MRB GOODWIN JP BISHOP FM BISHOP<br>LD BISHOP, SUBJECT TO STA RULES<br>300 S VAL VISTA DR SPACE 90<br>MESA, AZ 85204 | 28458 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BEATRICE E OSTROWSKI TRUST<br>BEATRICE E OSTROWSKI TTEE<br>JOHN OSTROWSKI TTEE<br>2615 KERRIA DR<br>HOWELL, MI 48855 | 4934 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BEATRICE FULTON & ROBERT WEISS<br>1541 DELLS LANE<br>DAUPHIN, PA 17018 | 69535 | Motors Liquidation Company | $15,802.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BEATRICE GINDEA<br>18 STUYVESANT OVAL<br>APT 2C<br>NEW YORK, NY 10009 | 30229 | Motors Liquidation Company | $18,091.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BEATRICE HOEKSTRA 1388 WEST 48TH STREET LOVELAND, CO 80538 | 19386 | Motors Liquidation Company | $21,739.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BEATRICE MARKS IRA 3650 N 36TH AVENUE UNIT 34 HOLLYWOOD, FL 33021 | 3275 | Motors Liquidation Company | $65,365.63 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BEATRICE MOZELL AND CLIFFORD MITCHELL 3322 NW 33RD AVE LAUD LAKES, FL 33309 | 14176 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BEATRICE SUMMERS CGM IRA CUSTODIAN 2556 JARDIN DRIVE WESTON, FL 33327 | 8684 | Motors Liquidation Company | $17,625.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BEATRICE T PEARSON 1317 17TH AVE EAST TUSCALOOSA, AL 35404 | 4173 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BECKY HOBSON 911 CR 235 HICO, TX 76457 UNITED STATES OF AMERICA | 15060 | Motors Liquidation Company | $7,433.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BECKY LOU ADDERTON 6 FRENCHMEN KEY WILLIAMSBURG, VA 23185 | 2140 | Motors Liquidation Company | $6,251.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BEHREND, ROBERT H 129 CHIPPENHAM LN CHESTERFIELD, MO 63005 | 30189 | Motors Liquidation Company | $35,864.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BELLA KAPLAN 6037 POINTE REGAL CIR #403 DELRAY BEACH, FL 33484 | 32003 | Motors Liquidation Company | $35,093.41 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BELLA, HARRY J 22 CHARLES ST EDISON, NJ 08820 | 5072 | Motors Liquidation Company | $60,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BELLE M COHEN<br>TOD DTD 01/14/2008<br>3570 N 55TH AVE<br>HOLLYWOOD, FL 33021 | 4980 | Motors Liquidation Company | $7,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BEN A DUNHAM<br>9830 E 550 S<br>ELIZABETHTOWN, IN 47232 | 4695 | Motors Liquidation Company | $8,896.71 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BEN BLANK OR MIRIAM BLANK<br>204 JOHNSON AVE<br>TEANECK, NJ 07666 | 65071 | Motors Liquidation Company | $18,277.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BEN E. JULIUSSON<br>6918 N ADKINS DR<br>PEORIA, IL 61615 | 68789 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BEN G ROBERTSON & SHARON ROBERTSON<br>SHARON K ROBERTSON JT WROS<br>PO BOX 1370<br>HILLTOP LAKES, TX 77871 | 28503 | Motors Liquidation Company | $10,418.05 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BEN HADAD<br>CGM ROTH CONVERSION IRA CUST<br>2734 DURBAN DRIVE<br>HOUSTON, TX 77043 | 21561 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BEN JOSEPH<br>VERONICA JOSEPH<br>8810 ABBOTT AVE<br>SURFSIDE, FL 33154 | 15130 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BEN JOSEPH<br>VERONICA JOSEPH<br>8810 ABBOTT AVE<br>SURFSIDE, FL 33154 | 15131 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BEN KASIRER<br>995 E 10TH ST<br>BROOKLYN, NY 11230 | 20352 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BEN RUBENSTEIN<br>8168 WEATHERFORD AVE<br>BROOKSVILLE, FL 34613 | 654 | Motors Liquidation Company | $77,597.20 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| BENDER, DONALD L<br>5321 ROSA CT<br><br>SWARTZ CREEK, MI 48473 | 26845 | Motors Liquidation Company | $9,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BENEDICT J MODICA<br>51 CHART LOOP<br><br>STATEN ISLAND, NY 10309 | 10502 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BENEDICT PORRECO<br>4120 KNOLL RIDGE AVE<br><br>N LAS VEGAS, NV 89032<br>UNITED STATES OF AMERICA | 14997 | Motors Liquidation Company | $200,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BENI C ELIAS<br>159 EAST OLIVE STREET<br><br>LONG BEACH, NY 11561 | 14156 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BENITO FIORINI &<br>VICTORIA L FIORINI JT WROS<br>TOD BENEFICIARIES ON FILE<br>6532 ROCKDALE ST<br>DEARBORN HEIGHTS, MI 48127 | 10613 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BENITO VENTICINQUE<br>31907 ST MARGARET<br><br>ST CLAIR SHORES, MI 48082 | 14336 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BENJAMIN A GANDY<br>RT 6 BOX 333C<br><br>FAIRMONT, WV 26554 | 25462 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BENJAMIN BROWN<br>C/O GLADYS SOMMERS<br>12 STOCKTON COURT<br>EAST BRUNSWICK, NJ 08816 | 20036 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BENJAMIN C WILSON ROTH IRA<br>FCC AS CUSTODIAN<br>1352 MARLBOROUGH DRIVE<br>ANN ARBOR, MI 48104 | 31714 | Motors Liquidation Company | $4,205.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| BENJAMIN CYPRESS & ARLINE CYPRESS JTTEN TOD BETH GRIFFITH & MIKE CYPRESS SUBJECT TO STA RULES 9550 N 94TH PLACE #101 SCOTTSDALE, AZ 85258 | 9650 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BENJAMIN DARGOONIAN 22 BLANCHARD ST ANDOVER, MA 01810 | 23303 | Motors Liquidation Company | $14,715.93 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BENJAMIN DARGOONIAN 22 BLANCHARD ST ANDOVER, MA 01810 | 23304 | Motors Liquidation Company | $20,227.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BENJAMIN E TELFORD CGM IRA ROLLOVER CUSTODIAN 18811 SILVER QUAY DRIVE CORNELIUS, NC 28031 | 15969 | Motors Liquidation Company | $9,020.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BENJAMIN FOX 41 PARK AVE #17A NEW YORK, NY 10016 | 7373 | Motors Liquidation Company | $26,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BENJAMIN G SHANK & ALMA L SHANK JT TEN 1 DOGWOOD LN PALMYRA, PA 17078 | 28124 | Motors Liquidation Company | $10,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BENJAMIN H MONCRIEF 14452 KENTFIELD PL POWAY, CA 92064 | 13265 | Motors Liquidation Company | $2,450.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BENJAMIN J WEISS TTEE BENJAMIN J WEISS TRUST DTD 05/15/2002 2201 ACACIA PARK DR # 502 LYNDHURST, OH 44124 | 14788 | Motors Liquidation Company | $51,504.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BENJAMIN KAUFMAN 407 COUNTY LINE RD HUNTINGDON VALLEY, PA 19006 | 18465 | Motors Liquidation Company | $9,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| BENJAMIN KAUFMAN<br>BENJAMIN KAUFMAN IRA<br>407 COUNTY LINE RD<br>HUNTINGDON VALLEY, PA 19006 | 18466 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BENJAMIN KERSNER<br>CGM IRA CUSTODIAN<br>6909 18TH AVENUE<br>BROOKLYN, NY 11204 | 21871 | Motors Liquidation Company | $9,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BENJAMIN L JOHNSON<br>MEGHAN B JOHNSON<br>211 MIDLAND AVE<br>WAYNE, PA 19087 | 1688 | Motors Liquidation Company | $6,562.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BENJAMIN LONG<br>13 STONEWOOD DR<br>CABOT, AR 72023 | 30095 | Motors Liquidation Company | $15,581.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BENJAMIN LORELLO TTEE<br>BENJAMIN L. LORELLO TRUST U/A<br>DTD 12/21/2006<br>312 LANGDON STREET<br>N PROVIDENCE, RI 02904 | 7620 | Motors Liquidation Company | $75,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BENJAMIN M SHIEBER<br>CHARLES SCHWAB & CO INC CUST<br>BENJAMIN M SHIEBER MONEY PURCH<br>338 STANFORD AVE<br>BATON ROUGE, LA 70808 | 2745 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BENJAMIN MACIAS JIMENEZ<br>HEGEL #120, PISO 5<br>11560 POLANCO MEXICO D F<br>,<br>MEXICO | 22888 | Motors Liquidation Company | $47,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BENJAMIN MORRIS<br>185 W IMBODEN DRAPT 104<br>DECATUR, IL 62521 | 5980 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BENJAMIN WYNE AND<br>PATRICIA WYNE TTEES<br>THE WYNE TRUST DTD 08/22/90<br>1281 W SIERRA BUENA CT<br>SHOW LOW, AZ 85901 | 8378 | Motors Liquidation Company | $19,888.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| BENJAMIN YING CHI YIP & NANCY SHAN SHAN WONG JTWROS<br>6D EWAN COURT<br>54-56 KENNEDY ROAD<br>HONG KONG<br><br>HONG KONG, CHINA | 64112 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BENNETT D HOWELL<br>DAISYE P HOWELL<br>13281 SAINT ANDREWS DR<br>SILOAM SPRINGS, AR 72761 | 29512 | Motors Liquidation Company | $10,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BENNETT GOLDSTEIN<br>C/O BENNETT GOLDSTEIN C/F JEREMY GOLDSTEIN UGMA/PA<br>2410 SHADY AVE<br>PITTSBURGH, PA 15217 | 6031 | Motors Liquidation Company | $2,500.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BENNETT H GOLDSTEIN<br>C/F ANDREW GOLDSTEIN UGMA/PA<br>2410 SHADY AVE<br>PITTSBURGH, PA 15217 | 6032 | Motors Liquidation Company | $2,500.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BENNETT SCHWARTZ (IRA)<br>FCC AS CUSTODIAN<br>52 GLEN AVE<br>LLEWELLYN PARK<br>WEST ORANGE, NJ 07052 | 8722 | Motors Liquidation Company | $2,640.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BENNIE G ROSS<br>1428 RIVER RO DR<br>TUSCALOOSA, AL 35406 | 3886 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BENNY GATTO TTEE<br>THE GATTO FAMILY TRUST U/T/A DTD 2/25/05<br>6489 TAPESTRY CIRCLE<br>SPRING HILL, FL 34606 | 5275 | Motors Liquidation Company | $2,970.18 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BENNY KATZ<br>5420 NETHERLAND AVE APT B64<br>RIVERDALE, NY 10471 | 65747 | Motors Liquidation Company | $100,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BENNY LEE WILLIS<br>GAYLE WILLIS JTTEN<br>2898 CUMBERLAND TRACE<br>BOWLING GREEN, KY 42103 | 18535 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BER KEAT GAN<br>261 RENOAK WAY<br><br>ARCADIA, CA 91007 | 2122 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BER KEAT GAN<br>261 RENOAK WAY<br><br>ARCADIA, CA 91007 | 2123 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERENICE C PARSONS (ROTH) IRA<br>FCC AS CUSTODIAN<br>PO BOX 238<br>SANTA MARGAR, CA 93453 | 23245 | Motors Liquidation Company | $10,727.44 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERHTA B BLACHORSKY IRREV TRUST<br>MORDECHAI BLACHORSKY<br>9 WASHINGTON AVE<br>LAKEWOOD, NJ 08701 | 9945 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERIT SMITH IRA<br>FCC AS CUSTODIAN<br>118 ACADIA CT APT 7<br>PRINCETON, NJ 08540 | 21165 | Motors Liquidation Company | $25,187.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERMUDA RESEARCH INC EMP<br>PROFIT SHARING TRUST U/A DTD 8/31/67<br>C/O GAIL ALLEN<br>PO BOX 791<br>LAKEVIEW, OR 97630 | 28262 | Motors Liquidation Company | $750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNADETTE BRISKAR TOD<br>SUB TO STA RULES C B EISENBEIS<br>P B SANKER  K B KLINK  A T BRISKARIII<br>4O JANET LANE<br><br>BERKELEY HTS, NJ 07922 | 12087 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNADETTE CAIN<br>68 WEST LANE<br><br>BAY SHORE, NY 11706 | 30691 | Motors Liquidation Company | $27,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNADETTE F SALADA REV TR DTD 02/08/08<br>C/O BERNADETTE F SALADA & MAURICE R SALADA TTEES<br>5850 BRIARHILL DR<br>SOLON, OH 44139 | 29194 | Motors Liquidation Company | $25,585.94 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BERNADETTE HAYDEN<br>2425 QUARRY POINT<br><br>OWENSBORO, KY 42303 | 21933 | Motors Liquidation Company | $10,005.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNARD & ROSALYN LOWE TR DTD-ROSALYN LOWE TRUST<br>6-21-61 BERNARD(DECD)& ROSALYN<br>LOWE TTEES FBO ROSALYN LOWE<br>C/O DAVID STEINBERG<br>P.O. BOX 2280<br>BALA CYNWYD, PA 19004 | 14381 | Motors Liquidation Company | $20,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNARD & RUTH JOSEPH<br>102 LAKE REBECCA DR<br><br>WEST PALM BEACH, FL 33411 | 8383 | Motors Liquidation Company | $36,556.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNARD & SUSAN LAMM<br>1456 FORELLE LN<br><br>TOMS RIVER, NJ 08955 | 6284 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNARD A WRIGHT<br>190 LAWNVIEW AVENUE<br><br>NILES, OH 44446 | 26724 | Motors Liquidation Company | $200,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNARD B HESSE IV<br>3293 COUNTRY CLUB LANE<br><br>FORT MADISON, IA 52627 | 3698 | Motors Liquidation Company | $5,694.48 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNARD BLUM PENSION TRUST<br>22052 MONTOYA DR WDR<br><br>BOCA RATON, FL 33433 | 68107 | Motors Liquidation Company | $16,365.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNARD CHARLES<br>3542 GULF COAST DR<br><br>HERNANDO BEACH, FL 34607 | 8437 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNARD CHAUSS<br>14993 SUMMIT CIRCLE NW<br><br>PRIOR LAKE, MN 55372 | 44274 | Motors Liquidation Company | $4,440.20 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNARD COHEN<br>4533 WHITE CEDAR LN<br><br>DELRAY BEACH, FL 33445 | 4170 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BERNARD COHEN REV. TRUST U/A DTD 07/23/99 BERNARD J COHEN TTEE, SUSAN I COHEN TTEE 7744 ROYALE RIVER LANE LAKE WORTH, FL 33467 | 4161 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNARD D FISCHER CHARLES SCHWAB & CO INC CUST IRA ROLLOVER 6049 RIVER RUN DR SEBASTIAN, FL 32958 | 23813 | Motors Liquidation Company | $10,270.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNARD DE CRISTOFARO 132 ELM ST DOVER, NJ 07801 | 4115 | Motors Liquidation Company | $51,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNARD DORFMAN IRA ATTN BERNARD DORFMAN CUSTODIAN 5 PROSPECT PLACE PLAINVIEW, NY 11803 | 5614 | Motors Liquidation Company | $10,220.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNARD F FLOOD JR 18 EDGEWOOD PARK PARKERSBURG, WV 26104 | 5165 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNARD F FLYNN 17 STONELEA PL NEW ROCHELLE, NY 10801 | 12998 | Motors Liquidation Company | $54,145.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNARD FISHER & LINDA FISHER JT TEN 7767 CAMPANIA DRIVE BONYTON BEACH, FL 33472 | 16468 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNARD GERSHEN TTEE BERNARD GERSHEN REVICABLE LIVING TR DTD U/A 12/23/04 5107 EUROPA DR #L BOYNTON BEACH, FL 33437 | 14402 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNARD GIGLIOTTI 9396 ROBERTS RD SAUQUOIT, NY 13456 | 28218 | Motors Liquidation Company | $4,396.80 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BERNARD GROSSMAN<br>3140 SOUTH OCEAN DRIVE<br>#2304<br>HALLANDALE BEACH, FL 33009 | 2365 | Motors Liquidation Company | $6,021.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNARD HERMAN<br>7877 GRANVILLE DR<br>TAMARAC, FL 33321 | 9073 | Motors Liquidation Company | $61,215.78 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNARD J MCCAMLEY<br>3021 HARTFORD LANE<br>SHELBY TWP, MI 48316 | 9652 | Motors Liquidation Company | $36,397.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNARD JELLINGER &<br>ROBERT JELLINGER JTWROS<br>10180 NW 30TH CT<br>BLDG 170 APT 103<br>SUNRISE, FL 33322 | 19351 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNARD KASS<br>50 HILL PARK AVE<br>GREAT NECK, NY 11021 | 2678 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNARD LEVENSON SHIRLEY FISHER<br>LEVENSON CO TTEES BERNARD LEVENSON<br>SHIRLEY LEVENSON TR UA DTD 7/30/93<br>709 LANDING LANE<br>KNOXVILLE, TN 37934 | 7104 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNARD LEVENSON SHIRLEY FISHER<br>LEVENSON CO-TTEES BERNARD LEVENSON<br>SHIRLEY LEVENSON TR UA DTD 7/30/93<br>709 LANDING LANE<br>KNOXVILLE, TN 37934 | 7142 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNARD M VANCE<br>UTA CHARLES SCHWAB & CO INC<br>IRA ROLLOVER DTD 11/29/86<br>1079 BRIARHURST<br>MANCHESTER, MO 63021 | 10963 | Motors Liquidation Company | $37,815.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNARD MARCUS TTEE<br>BERNARD MARCUS REV TRUST<br>U/A DTD 3-10-93<br>7186 PROMENADE DR<br>BOCA RATON, FL 33433 | 8566 | Motors Liquidation Company | $21,312.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BERNARD P BARWICK & MARIE CLARE BARWICK JT TEN WROS 5004 TOMAHAWK TRL MADISON, WI 53705 | 10112 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNARD ROBERT FEINHOLD 35 PEAKHAM RD SUDBURY, MA 01776 | 28945 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNARD ROSENZWEIG TTEE U/A/D 05/05/04 THE BERNARD ROSENZWEIG LIV TST 5254 NEWCASTLE AVE #70 ENCINO, CA 91316 | 16760 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNARD ROTHSCHILD 59 SNEAD DR MASHPEE, MA 02649 | 18879 | Motors Liquidation Company | $10,360.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNARD RUBIN 40 ELLIOT RD PARSIPPANY, NJ 07054 | 5882 | Motors Liquidation Company | $13,057.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNARD SEDARSKI 333 OAK STREET BERLIN, WI 54923 | 43963 | Motors Liquidation Company | $9,448.74 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNARD SHAPIRO 1500 LOCUST ST APT 2216 PHILADELPHIA, PA 19102 | 7124 | Motors Liquidation Company | $4,987.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNARD SWICHKOW 9045 SW 78TH COURT MIAMI, FL 33158 UNITED STATES OF AMERICA | 61422 | Motors Liquidation Company | $1,225.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNARD T TARPEY LIVING TRUST BERNARD T TARPEY JOAN L TARPEY CO-TTEES UA DTD 02/15/99 26 WYCLIFFE DR MANCHESTER TOWNSHIP, NJ 08759 | 23551 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BERNARD TEITELBAUM IRA R/O<br>FCC AS CUSTODIAN<br>111 EMERSON STREET 1825<br>DENVER, CO 80218 | 15962 | Motors Liquidation Company | $22,850.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNARD TURNER & GLORIA TURNER<br>TTEES TURNER LIVING TRUST<br>PO BOX 817<br>GREENACRES, WA 99016 | 1929 | Motors Liquidation Company | $10,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNARD W STIBBE &<br>BONNIE A STIBBE JT TEN WROS<br>TOD PER BENEFICIARY<br>11335 W TOWNSEND RD<br>JANESVILLE, WI 53548 | 19856 | Motors Liquidation Company | $7,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNARD WIENER TTEE<br>BERNARD WIENER REV TR U/A<br>DTD 04/02/1997<br>10782 FAIRMONT VILLAGE DR<br>WELLINGTON, FL 33449 | 17153 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNARD ZUCKERMAN<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>9343 E WINDROSE DRIVE<br>SCOTTSDALE, AZ 85260 | 3769 | Motors Liquidation Company | $12,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNARDO FISCHER &<br>GIULIANA CHIAPPE TEN COM<br>URB. LOS DOS CAMINOS AV. SUCRE<br>RES. YUTAJE TORRE A-PH<br>1071 CARACAS VENEZUELA<br>,<br>VENEZUELA | 69375 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERND M HUBER<br>10681 SAPPHIRE VISTA AVE<br>LAS VEGAS, NV 89144 | 20413 | Motors Liquidation Company | $3,038.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNEICE DARNELL<br>1915 RYE ST SE<br>ALBANY, OR 97322 | 6469 | Motors Liquidation Company | $4,035.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNHARD HANS ANDRESEN<br>CHARLES SCHWAB & CO INC CUST<br>PRETAX IRA ROLLOVER<br>7253 ALEXANDER DR<br>DALLAS, TX 75214 | 28280 | Motors Liquidation Company | $11,080.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Second Omnibus Objection

# Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BERNHARD LANGROCK<br>CARL MARIA VON WEBER STR 61<br>93053 REGENSBURG GERMANY<br><br>GERMANY | 68002 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNICE A MOTZI<br>129 AGAMENTICUS RD<br><br>OGUNQUIT, ME 03907 | 11543 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNICE B CHATMAN<br>1012 SOUTHERN AVE SE<br><br>WASHINGTON, DC 20032 | 63002 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNICE BALLOU<br>1391 NW ST LUCIE WEST BLVD #340<br><br>PORT ST LUCIE, FL 34986 | 29475 | Motors Liquidation Company | $17,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNICE C BIESSMAN TTEE<br>THE BERNICE C. BIESSMAN REV TRUST<br>U/A DTD 11/06/2003<br>722 W RIO MOCTEZUMA<br>GREEN VALLEY, AZ 85614 | 7000 | Motors Liquidation Company | $10,446.70 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNICE C POWERS REV LIVING TRUST<br>BERNICE C POWERS TTEE<br>U/A DTD 02/03/97<br>113 HADDAWAY DRIVE<br>HENDERSONVILLE, TN 37075 | 15622 | Motors Liquidation Company | $9,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNICE D WILLS<br>PO BOX 28<br><br>BONAIRE, GA 31005 | 12247 | Motors Liquidation Company | $8,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNICE D WILLS<br>P.O. BOX 28<br><br>BONAIRE, GA 31005 | 12248 | Motors Liquidation Company | $93,943.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNICE E ANSELL<br>2119 GUNNELLS LANE<br><br>OXFORD, AL 36203 | 10427 | Motors Liquidation Company | $50,400.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Second Omnibus Objection
**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BERNICE E WALSH TTEE<br>PAUL W WALSH REVOCABLE TRUST U/A<br>DTD 02/08/1996<br>911 S 130TH ST<br>OMAHA, NE 68154 | 44133 | Motors Liquidation Company | $19,074.06 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNICE F FILCHAK<br>520 HIGHWAY 290<br>HOT SPRINGS, AR 71913 | 6713 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNICE GATES PARKIN<br>104 CANDLEWOOD DR<br>WINONA, MN 55987 | 69622 | Motors Liquidation Company | $980.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNICE GEITNER<br>325 N MAIN ST<br>ANGOLA, NY 14006 | 28134 | Motors Liquidation Company | $16,646.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNICE GROSSMAN<br>GROSSMAN<br>293 ENGLE ST<br>TENAFLY, NJ 07670 | 10995 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNICE J SCHWARTZ R/O IRA<br>FCC AS CUSTODIAN<br>26910 GRAND CENTRAL PKWY<br>APT 29G<br>FLORAL PARK, NY 11005 | 18086 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNICE M SHAW AND<br>SHIRLEY MAY LOCKE CO-TTEES<br>BERNICE M SHAW REV TR<br>DTD 8/8/94<br>9771 E VISTA DR<br>HILLSBORO, MO 63050 | 26973 | Motors Liquidation Company | $7,993.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNICE M SHAW AND<br>SHIRLEY MAY LOCKE CO-TTEES<br>BERNICE M SHAW REV TR<br>DTD 8/8/94<br>9771 E VISTA DR<br>HILLSBORO, MO 63050 | 26974 | Motors Liquidation Company | $5,266.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNICE MARGOL WOLF<br>SHINDELMAN-PROGRAM<br>2611 BAYSHORE BLVD APT 1705<br>TAMPA, FL 33629 | 65450 | Motors Liquidation Company | $689.32 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Forty-Second Omnibus Objection**

# Exhibit A

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| BERNICE P TALLEY<br>245 RIVER DRIVE<br><br>MILLSBORO, DE 19966 | 22596 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNICE R LOWELL TTE<br>C/O VICKI PEREZ<br>36111 PROVENCE DR<br>MURRIETA, CA 92562 | 30604 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNICE SIMBORSKI &<br>BENJAMIN SIMBORSKI JR. JT TEN<br>60 GEORGE WOOD ROAD<br>SOMERS, CT 06071 | 15926 | Motors Liquidation Company | $14,986.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERNIECE MATCHELL / BRYAN MATCHELL<br>BERNIECE MATCHELL<br>1907 CHRIS LANE<br>JOPLIN, MO 64804 | 9015 | Motors Liquidation Company | $92,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERT A WILLIAMS TTEE<br>6060 39TH AVE NO<br><br>ST PETERSBURG, FL 33709 | 21527 | Motors Liquidation Company | $2,080.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERT BONNELL<br>744 CLARENDON DR<br><br>NOBLESVILLE, IN 46062 | 64438 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERT FENENGA<br>C/O BERT GREGORY FENENGA<br>CHARLES SCHWAB & CO INC CUST IRA ROLLOVER<br>2003 CHOPIN WAY<br>OCEANSIDE, CA 92054 | 7850 | Motors Liquidation Company | $3,625.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERT FENENGO<br>C/O BERT GREGORY FENENGA<br>CHARLES SCHWAB & CO INC CUST IRA ROLLOVER<br>2003 CHOPIN WAY<br>OCEANSIDE, CA 92054 | 7851 | Motors Liquidation Company | $3,596.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERT M BONNELL<br>744 CLARENDON DR<br><br>NOBLESVILLE, IN 46062 | 64437 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| BERT SCHWARTZ AND MAIDIE SCHWARTZ JTWROS 5947 ROYAL CLUB DRIVE BOYNTON BEACH, FL 33437 | 28913 | Motors Liquidation Company | $58,027.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERT TJEBBEN 308 OAK ST LAURENS, IA 50554 | 18473 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERTA CHEUNG 272 ELM COURT PITTSBURG, PA 15237 | 18544 | Motors Liquidation Company | $3,837.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERTA MYERSON MOLASKY 04295 LAKE SHORE DRIVE CHARLEVOIX, MI 49720 | 48360 | Motors Liquidation Company | $40,383.18 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERTHA B BLACHORSKY IRA 9 WASHINGTON AVE LAKEWOOD, NJ 08701 | 9939 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERTHA B BLACHORSKY IRREV TRUST MOREDECHAI BLACHORSKY TTEE 9 WASHINGTON AVE LAKEWOOD, NJ 08701 | 9944 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERTHA B BLACKHORSKY IRA 9 WASHINGTON AVE LAKEWOOD, NJ 08701 | 9938 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERTHA BLACHORSKY AND MORDECHAI BLACHORSKY 9 WASHINGTON AVE LAKEWOOD, NJ 08701 | 9947 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERTHA BLACHORSKY AND MORDECHAI M BLACHORSKY 9 WASHINGTON AVE LAKEWOOD, NJ 08701 | 9946 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERTHA BUXBAUM 3777 INDEPENDENCE AVE BRONX, NY 10463 | 9594 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BERTHA M FERGUSON<br>4 PINE IN THE WOOD<br>PORT ORANGE, FL 32129 | 4475 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERTHY HRODY<br>2922 MAYFAIR AVE<br>WESTCHESTER, IL 60154 | 10851 | Motors Liquidation Company | $42,914.88 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERTON L KINGSTON<br>TOD BENEFICIARIES ON FILE<br>6821 FARLEY<br>PINCKNEY, MI 48169 | 16986 | Motors Liquidation Company | $20,260.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERTRAM COHEN<br>2765 W 5TH ST APT 14G<br>BROOKLYN, NY 11224 | 6253 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERTRAM G NEITERMAN<br>1120 99 ST #502<br>BAY HARBOR ISLE, FL 33154 | 3381 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERTRAM G. NEITERMAN<br>1120 99 ST. #502<br>BAY HARBOR ISLAND, FL 33154 | 4559 | Motors Liquidation Company | $3,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERTRAM NEITERMAN<br>1120 99 ST APT 502<br>BAY HARBOR IS, FL 33154 | 29675 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERTRAM NEITERMAN<br>1120 99 ST APT 502<br>BAY HARBOR IS, FL 33154 | 29677 | Motors Liquidation Company | $3,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERTRAND AND VIRGINIA MORRIS<br>10546 LARKSPUR<br>ST LOUIS, MO 63123 | 11665 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERTRAND SANSARICA<br>C/O AMERIPRISE FINANCIAL SERVICES INC<br>401 FRANKLIN AVE STE 101<br>GARDEN CITY, NY 11530 | 15472 | Motors Liquidation Company | $11,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BERYL CARROLL<br>330 HOLLYWOOD AVE<br>FAIRFIELD, NJ 07004 | 11813 | Motors Liquidation Company | $11,611.01 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BERYL RABINOWITZ<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>4406 CHURCH ST<br>SKOKIE, IL 60076 | 3443 | Motors Liquidation Company | $24,994.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BESSIE ANNE BRETCH<br>1733 KIMBERLY DRIVE<br>MARIETTA, GA 30008 | 1312 | Motors Liquidation Company | $49,980.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BES-VIDA CONPANHIA DE SEGUROS SA<br>AV COLUMBONS BORDOLO PINHEIRO 75<br>AVENIDA DA LIBERDADE 195<br>LISBOA PORTUGAL<br>,<br>PORTUGAL | 64974 | Motors Liquidation Company | $200,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETH DAVIDSON<br>4376 ST CLAIR AVE W<br>N FT MYERS, FL 33903 | 22677 | Motors Liquidation Company | $5,002.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETH MARIN WERNER<br>1325 BELLA VISTA AVE<br>CORAL GABLES, FL 33156 | 30612 | Motors Liquidation Company | $14,584.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETHEL BAPTIST CHURCH<br>ATTN: FAY CARTER<br>PO BOX 96<br>WARREN, TX 77664 | 18480 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETLEE, INC.<br>ATTN: BETTE CAVIAR<br>7206 JARBOE STREET<br>KANSAS CITY, MO 64114 | 67946 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETSY C STEVENSON TTEE FBO BETSY C STEVENSON U/A<br>DTD 4-16-98<br>305 W HIGH ST<br>WINNSBORO, SC 29180 | 19700 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BETTE CAVIAR TRUST<br>7300 W 107TH #301<br><br>OVERLAND PARK, KS 66212<br>UNITED STATES OF AMERICA | 67941 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTE CHADICK & MARY K NEELY<br>606 9TH<br><br>TERRELL, TX 75160 | 61732 | Motors Liquidation Company | $15,012.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTE DRIES<br>25 KENIL COURT<br><br>LOUISVILLE, KY 40206 | 11899 | Motors Liquidation Company | $7,272.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTE LISS PETRELL R/O IRA<br>FCC AS CUSTODIAN<br>19 CARRIAGE WAY<br>BASKING RIDGE, NJ 07920 | 62400 | Motors Liquidation Company | $29,666.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTI THOMA<br>11930 42ND DR SE<br><br>EVERETT, WA 98208 | 44896 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTIE BEEBY<br>3228 GEORGIAN COURT<br><br>ERIE, PA 16506 | 14006 | Motors Liquidation Company | $29,571.90 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTIE BELLE MCINNIS<br>5450 HORSESHOE LANE<br><br>GUTHRIE, OK 73044 | 9354 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTIE CALLEY GASSIOT<br>21 SOUTHRIDGE DR<br><br>SAN ANGELO, TX 76904 | 15953 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTIE L VON STROHE<br>538 H.A.W.L EAST<br><br>LINDALE, TX 75771 | 18507 | Motors Liquidation Company | $10,123.24 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY A JEROME<br>9669 MAPLE RD<br><br>BIRCH RUN, MI 48415 | 10575 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

# Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BETTY A. BUTLER<br>CGM IRA CUSTODIAN<br>207 BLACKHAWK TERRACE<br>WEST COLUMBIA, SC 29169 | 11986 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY A. BUTLER<br>207 BLACKHAWK TERRACE<br>WEST COLUMBIA, SC 29169 | 20178 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY AND JOSEPH DESANTIS<br>2665 NW 51ST CT<br>OCALA, FL 34482 | 9359 | Motors Liquidation Company | $34,860.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY ANN GABEL TTEE<br>3841 W HEMLOCK<br>VISALIA, CA 93277 | 8556 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY ANN HUGHES REV TRUST<br>600 ADA ST<br>SCOTT CITY, KS 67871 | 2970 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY ANNE BASSETT<br>RR#1 4723 SIXTEEN ROAD<br>ST ANNS<br>L0R 1Y0 ONTARIO CANADA<br>,<br>CANADA | 36891 | Motors Liquidation Company | $20,545.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY B GILL<br>2200 LEVEL GREEN RD<br>CORBIN, KY 40701<br>UNITED STATES OF AMERICA | 61414 | Motors Liquidation Company | $10,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY B RICHMAN<br>12047 S ELK RUN APT S204<br>TRAVERSE CITY, MI 49684 | 18575 | Motors Liquidation Company | $12,780.70 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY B STOKES<br>723 COLUMBUS AVE<br>PHILADELPHIA, MS 39350 | 17008 | Motors Liquidation Company | $5,061.62 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY B STOKES<br>723 COLUMBUS AVE<br>PHILADELPHIA, MS 39350 | 17009 | Motors Liquidation Company | $5,045.68 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BETTY BUGG HUGHES<br>11 SADDLE RIDGE CIRCLE<br><br>DANVILLE, KY 40422 | 6005 | Motors Liquidation Company | $15,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY C BOYNTON &<br>DON BOYNTON &<br>DONNA E QUALLS JT WROS<br>7171 SCENIC HEIGHTS RD<br>MANCHESTER, GA 31816 | 3438 | Motors Liquidation Company | $12,662.28 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY C BUMGARDNER<br>2524 LEMON TREE LN<br><br>CHARLOTTE, NC 28211 | 10394 | Motors Liquidation Company | $4,194.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY C SCOOPMIRE & THOMAS L SCOOPMIRE<br>PO BOX 30243<br><br>GREENVILLE, NC 27833 | 27190 | Motors Liquidation Company | $3,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY CHAW<br>BETTY CHAW<br>KING CHAW<br>522 18TH AVENUE<br>SAN FRANCISCO, CA 94121 | 44236 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY CHEN WONG TTEE<br>BETTY WONG REVOCABLE TRUST<br>U/A DTD 05/05/2006<br>5001 LYON DR<br>NORMAN, OK 73072 | 15884 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY CLEMENTS REV TRUST<br>MERRILL S CLEMENTS(DEC & BETTY J CLEMENTS REV TRUST<br>U/A/D 9 10 93<br>GARY D CLEMENTS TTEE<br>2023 CORNWALLIS PKWY<br>CAPE CORAL, FL 33904 | 63327 | Motors Liquidation Company | $16,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY D REED<br>8 COMBONNE COURT<br><br>LITTLE ROCK, AR 72211 | 5053 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY D. GOLDBERG TTEE<br>FBO BETTY D. GOLDBERG<br>REV LIV TR<br>U/A/D 05-04-2009<br>2461 NW 59TH STREET #704<br>BOCA RATON, FL 33496 | 6720 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BETTY E DAVIS AND DEBORAH A PEELING<br>DEBORAH A PEELING JTWROS<br>46 320 HAIKU RD<br>APT 90<br>KANEOHE, HI 96744 | 18794 | Motors Liquidation Company | $92,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY E JONES<br>6744 S COLUMBINE RD<br>EVERGREEN, CO 80439 | 6734 | Motors Liquidation Company | $14,133.64 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY EAGLE<br>2037 MAJORCA DR<br>OXNARD, CA 93035 | 22754 | Motors Liquidation Company | $19,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY EDWARDS TTEE<br>EDWARDS LIVING TR DTD 10/13/98<br>9366 MOHAWK LN<br>LEAWOOD, KS 66206 | 4512 | Motors Liquidation Company | $7,453.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY FISCH LAMAZOR<br>23287 BLUE WATER CIRCLE<br>APT A114<br>BOCA RATON, FL 33433 | 13129 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY GARDNER BAILEY<br>713 HIGHLAND AVE<br>BLUEFIELD, WV 24701 | 38342 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY H PAYNE & MARION W PAYNE JR<br>7707 LAMPWORTH TERRACE<br>RICHMOND, VA 23231 | 8061 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY H SCHNITZER<br>5403 WHITNEY ST<br>JACKSONVILLE, FL 32277 | 17157 | Motors Liquidation Company | $12,325.20 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY I SOWA REVOCABLE LIVING TRUST<br>BETTY I SOWA<br>7346 EVERGREEN COURT<br>VASSAR, MI 48768 | 10323 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY J BOBBY<br>2849 COUNTY HWY 75<br>BERGHOLZ, OH 43908 | 21142 | Motors Liquidation Company | $121,650.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| BETTY J BROWN & PATRICIA L BROWN TTEE ERNEST A BROWN JR REV EXEMPT QTIP TRUST U/A DATED 2/12/97 P O BOX 80024 LAS VEGAS, NV 89180 | 19283 | Motors Liquidation Company | $80,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY J BYRD 1000 W NANCY CREEK DR NE ATLANTA, GA 30319 | 5852 | Motors Liquidation Company | $5,229.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY J COMBS TOD SHARON A HOFFMAN, KAREN R BAILEY & MICHAEL R COMBS STA RULES 12050 HOMESTEAD LANE FORT MYERS, FL 33905 | 8467 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY J DAVIDSON TOD S DAVIDSON M WINNESTAFFER, L SEILHAMM SUBJECT TO STA RULES 1316 SE 46TH STREET B-8 CAPE CORAL, FL 33904 | 16437 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY J ELSASSER 5812 DEMORROW RD STEVENSVILLE, MI 49127 | 10535 | Motors Liquidation Company | $47,458.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY J HAMBLIN LUAIN W HAMBLIN 136 HUNTER TRAIL SOUTHERN PINES, NC 28387 | 28088 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY J HOLE 400 CLARK AVE ROTHSCHILD, WI 54474 | 17656 | Motors Liquidation Company | $35,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY J JEFFRIES-ROBINSON 8537 HELMSMAN CIRCLE INDIANAPOLIS, IN 46256 | 17539 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY J JOHNSON 7831 STATESVILLE RD N WILKESBORO, NC 28659 | 28157 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| BETTY J KINGSTON<br>TOD BENEFICIARIES ON FILE<br>6821 FARLEY<br>PINCKNEY, MI 48169 | 16987 | Motors Liquidation Company | $20,030.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY J SCHEER<br>3830 BOEUF LUTHERAN RD<br>NEW HAVEN, MO 63068 | 3587 | Motors Liquidation Company | $7,567.49 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY J. FRITTS<br>C/O T. PATRICK SMITH (SON)<br>19556 SEVENTH ST EAST<br>SONOMA, CA 95476 | 20820 | Motors Liquidation Company | $17,896.69<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY J. SULLIVAN TTEE<br>THE BETTY J. SULLIVAN U/A<br>DTD 11/06/1997<br>4040 MASON DRIVE<br>HOFFMAN ESTS, IL 60192 | 62457 | Motors Liquidation Company | $17,992.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY JANE HUSCHER TTEE<br>BETTY JANE HUSCHER<br>REV TRUST<br>U/A DTD 7-28-99<br>P O BOX 156<br>CEDER BLUFFS, NE 68015 | 4064 | Motors Liquidation Company | $11,765.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY JEAN WILLIAMSON<br>BETTY J WILLIAMSON<br>PO BOX 888<br>AZLE, TX 76098 | 5341 | Motors Liquidation Company | $10,937.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY JO DAVIS IRA<br>BETTY JO DAVIS<br>2208 E CROCKETT<br>HARLINGEN, TX 78550 | 4982 | Motors Liquidation Company | $24,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY JO EDMONDS<br>14 MORNINGSIDE DR<br>BREVARD, NC 28712 | 5864 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY JO HARDY TOD<br>AMY H HUNDLEY<br>MARY LISA H LANGLEY<br>145 SHAMROCK DR<br>JACKSON, AL 36545 | 68635 | Motors Liquidation Company | $1,625.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| BETTY JO RAABE<br>& EARL RAABE JTTEN<br>8062 FALLBROOK DR<br>HOUSTON, TX 77064 | 20199 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY JO SMITH<br>CGM IRA CUSTODIAN<br>P.O. BOX 232<br>GLEN ARM, MD 21057 | 63345 | Motors Liquidation Company | $2,060.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY K INOUYE<br>2074 MT OLYMPUS DR<br>LOS ANGELES, CA 90046 | 12524 | Motors Liquidation Company | $51,462.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY KAMPSCHROEDER<br>12-4 SOUTHWINDS CIRCLE<br>WASHINGTON, MO 63090 | 9445 | Motors Liquidation Company | $3,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY L ARONOWITZ AND<br>SEYMOUR ARONOWITZ TEN IN COM<br>5627 WIGTON DR<br>HOUSTON, TX 77096 | 44299 | Motors Liquidation Company | $1,800.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY L AWE IRREV TRUST<br>BARBARA J TIBBETTS TTEE<br>2420 WILLOW ST<br>PEKIN, IL 61554 | 17301 | Motors Liquidation Company | $7,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY L BOXWELL &<br>WILLIAM M BOXWELL JR CO-TTEES<br>THE BOXWELL FAMILY TR DTD 06-25-85<br>27589 PAMPLICO DR<br>VALENCIA, CA 91354 | 8954 | Motors Liquidation Company | $27,066.07 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY L HAGOPIAN<br>1411 FRANKWOOD CIRCLE<br>REEDLEY, CA 93654 | 5669 | Motors Liquidation Company | $2,442.79 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY L HARPSTER TOD<br>SANDRA MILES, GARY HARPSTER, AND<br>HOLLY HARPSTER SUBJECT TO STA RULES<br>26605 KIMBERLY DRIVE<br>ASHLAND, NE 68003 | 9808 | Motors Liquidation Company | $502.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 48

Forty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BETTY L LAIRD & JAMES W LAIRD JT TEN 4617 GULF GROVES, TX 77619 | 16541 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY L MILLER HARTSOCK BETTY L MILLER HARTSOCK, TTEE U/A DTD 01/15/1991 MILLER HARTSOCK FAMILY TRUST 1714 NORWICH AVE CLORIS, CA 93611 | 14379 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY L ROGERS RANDALL DYE APDO #947 45900 CHAPALA JALISCO MEXICO , MEXICO | 49510 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY L SEXTON P O BOX 265 CHARLESTOWN, IN 47111 | 26631 | Motors Liquidation Company | $25,955.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY L TY & FLORA TY HERNANDEZ JT TEN 160 WEST END AVE APT 6T NEW YORK, NY 10023 | 26909 | Motors Liquidation Company | $48,028.92 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY LEE STROH APACHE MOBILE HOME PARK #68 56254 29 PALMA HWY YUCCA VALLEY, CA 97284 UNITED STATES OF AMERICA | 62432 | Motors Liquidation Company | $10,037.42 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY LESLIE 27 ACORN DR HAWTHORN WOODS, IL 60047 UNITED STATES OF AMERICA | 13704 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY LOOMER HEAD POB 21495 OKLAHOMA CITY, OK 73156 | 18471 | Motors Liquidation Company | $2,173.44 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY LOU HAGOPIAN TRUST U/A DTD 6/19/01 BETTY L HAGOPIAN TTEE 1411 N FRANKWOOD CIR REEDLEY, CA 93654 | 2666 | Motors Liquidation Company | $20,996.25 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| BETTY M KRZEWINSKI BENE IRA<br>JERRY W KRZEWINSKI DECD<br>FCC AS CUSTODIAN<br>3436 WILDER RD<br>BAY CITY, MI 48706 | 10309 | Motors Liquidation Company | $34,872.56 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY M LUBCKE TTEE<br>HAROLD M & BETTY M LUBCKE TR<br>U/A 2/11/92<br>719 NECTARINE<br>NAMPA, ID 83686 | 8941 | Motors Liquidation Company | $2,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY M SCHMIDT<br>TOD ACCOUNT<br>3766 HIGHLAND AVE<br>SHADYSIDE, OH 43947 | 16934 | Motors Liquidation Company | $64,505.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY M SEE<br>9723 SE 71ST COURT<br>OCALA, FL 34472 | 12686 | Motors Liquidation Company | $5,271.84<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY M VOLZ REV TRUST DTD 6/28/91<br>BETTY M VOLZ<br>921 STONE ST<br>LOUISVILLE, KY 40217 | 16881 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY M WILLIAMS<br>2 WINDFLOWER CT<br>PUEBLO, CO 81001 | 9037 | Motors Liquidation Company | $1,050.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY MALONEY TTEE FOR MALONEY FAMILY BYPASS TRUST<br>BETTY MALONEY TTEE<br>MALONEY FAMILY BYPASS TRUST<br>11710 OLD GEORGETOWN RD #816<br>N BETHESDA, MD 20852 | 11013 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY MASON<br>5005 LONGSTREET PL<br>#78<br>BOSSIER CITY, LA 71112 | 12350 | Motors Liquidation Company | $16,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY P BALL TTEE<br>BETTY P BALL LIVING TRUST<br>U/A DTD 04/20/2000<br>PO BOX 1891<br>WARREN, MI 48090 | 61357 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BETTY PENDARVIS<br>23 S ZION RD<br>DORCHESTER, SC 29437 | 10158 | Motors Liquidation Company | $19,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY PERRY BAPTISTA<br>33620 TRIBUTE CIRCLE<br>ELIZABETH, CO 80107 | 20829 | Motors Liquidation Company | $62.40 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY ROSE FATUR<br>56R SOVEREIGN CIR.<br>PUEBLO, CO 81005 | 13949 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY S FELTUS TTEE<br>U/W BRUCE D WYATT SR<br>TESTAMENTARY TRUST<br>HEADDEN DR PO BOX 267<br>RIDGELY, TN 38080 | 7608 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY SEDLAK TTEE<br>THE SCHINKE REVOCABLE TRUST U/A<br>DTD 12/12/1997<br>3900 N OCEAN DRIVE APT 5-A<br>LAUDERDALE BY THE SEA, FL 33308 | 3179 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY SHERMAN<br>300 SHAMROCK DR<br>VENTURA, CA 93003 | 7355 | Motors Liquidation Company | $52,067.41 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY SPINNER<br>85 S CENTRE AVE APT C12<br>ROCKVILLE CTR, NY 11570 | 13355 | Motors Liquidation Company | $12,347.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY SPINNER<br>85 SOUTH CENTRE AVE<br>ROCKVILLE CENTER, NY 11570 | 13356 | Motors Liquidation Company | $5,005.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY STASSON TTEE<br>STASSON REVOCABLE TRUST<br>U/A DTD 09/11/1992<br>6755 BROOKESHIRE DR<br>WEST BLOOMFIELD, MI 48322 | 4314 | Motors Liquidation Company | $11,195.90 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BETTY SUE HOUSE TTEE BETTY SUE HOUSE TRUST U/A DTD 05/28/1996 926 SUNTAN LN BRENTWOOD, CA 94513 | 12735 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY T BOOTH MLPF&S CUST FPO 1856 DAUPHIN ST MOBILE, AL 36606 | 21727 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY W GARD C/O WHITENER CAPITAL MANAGEMENT, INC PO BOX 7743 ROCKY MOUNT, NC 27804 | 15309 | Motors Liquidation Company | $200,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY WEBB TRUSTEE  JAMES GORDON TRUSTEE RUTH HALTERMAN TRUSTEE TERREL AND LOIS GORDON FAMILY TRUST UNDER TRUST DTD JULY 11 2006 11 SPRINGER CT ORMOND BEACH, FL 32174 | 12658 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY WISE 1472 HERON RIDGE BLVD GREENWOOD, IN 46143 | 6792 | Motors Liquidation Company | $4,900.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY ZUCAL TRUST BETTY ZUCAL TTEE UA DTD 9/25/1998 329 E SHORE DR WHITMORE LAKE, MI 48189 | 65035 | Motors Liquidation Company | $5,005.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTYE M MILLER TR BETTYE M MILLER TTEE U/A DTD 08/04/1993 5601 TURTLE BAY DR NAPLES, FL 34108 | 3307 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTYE SEEPE CHARLES SCHWAB & CO INC CUST IRA CONTRIBUTORY 1206 SHADY GLEN DR CLINTON, MS 39056 | 18696 | Motors Liquidation Company | $9,928.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTYE T MOORE IRA FCC AS CUSTODIAN 125 SUMMERBROOK LN ALABASTER, AL 35007 | 36931 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BETTYE THOMPSON<br>700 E 9TH ST<br>APT 9A<br>LITTLE ROCK, AR 72202 | 19375 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BEVERLY A CRISMAN IRA<br>1867 ANDREW PL<br>TRAVERSE CITY, MI 49686 | 13004 | Motors Liquidation Company | $1,501.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BEVERLY A KASTENS IRA<br>FCC AS CUSTODIAN<br>547 PAMELA<br>WICHITA, KS 67212 | 13441 | Motors Liquidation Company | $25,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BEVERLY A KAUFFMAN<br>TOD ACCOUNT<br>15 ORION PLACE<br>BLUFFTON, SC 29909 | 10451 | Motors Liquidation Company | $11,135.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BEVERLY A PARIS<br>APT 27, 8761 THE ESPLANADE<br>ORLANDO, FL 32836 | 14431 | Motors Liquidation Company | $6,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BEVERLY A VERSTEN TRUST<br>U/A DTD 12/20/96<br>9304 MICHAEL CT<br>MORTON GROVE, IL 60053 | 14341 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BEVERLY A. PARIS<br>APT 27, 8751 THE ESPLANADE<br>ORLANDO, FL 32837 | 14432 | Motors Liquidation Company | $61,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BEVERLY ATWELL CUSHNER &<br>LINDA R SHRADER JT TEN<br>34 DRUID HILLS DR<br>SHAVERTOWN, PA 18708 | 62135 | Motors Liquidation Company | $7,505.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BEVERLY C KAST TTEE REV LIVING TRUST<br>C/O BEVERLY C KAST<br>7799 NEW HOLLAND WAY<br>BOYNTON BEACH, FL 33437 | 19525 | Motors Liquidation Company | $196.88 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BEVERLY D FAIRCHILD<br>BEVERLY D FAIRCHILD AND<br>DONNA S FAIRCHILD JT TEN<br>1579 MAPLEWOOD DR<br>LEBANON, OH 45036 | 18392 | Motors Liquidation Company | $122,728.26 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Second Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BEVERLY F BUSH & ROBERT A BUSH JT TEN<br>1022 PINEHURST DR<br>PEACHTREE CTY, GA 30269 | 8665 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BEVERLY F MILLER<br>14597 MARR COURT<br>WOODBRIDGE, VA 22193 | 10478 | Motors Liquidation Company | $587.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BEVERLY G WARNER<br>9911 CARTER RD<br>BETHESDA, MD 20817 | 16819 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BEVERLY GRANATH<br>8980 CREEKSTONE CIRCLE<br>ROSEVILLE, CA 95747 | 2830 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BEVERLY H CATCHPOLE<br>6311 PANTANO DR<br>SACRAMENTO, CA 95824 | 46251 | Motors Liquidation Company | $5,090.63 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BEVERLY HOLTZ (IRA)<br>FCC AS CUSTODIAN<br>6638 FOUNTAINS CIRCLE<br>LAKE WORTH, FL 33467 | 17848 | Motors Liquidation Company | $10,107.59 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BEVERLY J PARROTT<br>TOD DTD 01/10/2006<br>1529 ROBBINS ROAD<br>GRAND HAVEN, MI 49417 | 18582 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BEVERLY J SIMMONS<br>8247 CAPE DR<br>INDIANAPOLIS, IN 46256 | 13163 | Motors Liquidation Company | $25,393.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

**Claim Totals**         500

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**<u>Exhibit B</u>**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| ------------------------------------------------------------x | |
| : | |
| In re : | Chapter 11 Case No. |
| : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* : | **09-50026 (REG)** |
| **f/k/a General Motors Corp.,** *et al.* : | |
| : | |
| **Debtors.** : | **(Jointly Administered)** |
| : | |
| ------------------------------------------------------------x | |

**STIPULATION AND AGREED ORDER**
**AMONG THE DEBTORS, WILMINGTON TRUST COMPANY,**
**AND CITIBANK, N.A., SOLELY IN ITS CAPACITY AS PAYING AGENT,**
**REGARDING PROOFS OF CLAIM NOS. 47871, 47872, 65729, 65793, AND 66723**

Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

certain of its subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11

cases (collectively, the "**Debtors**"), Wilmington Trust Company as successor indenture trustee

("**WTC**"), and Citibank, N.A., solely in its capacity as paying agent under the 1990 Indenture

and 1995 Indenture (as defined below) (in such capacity, "**Citibank**"), together with the Debtors

and WTC, the "**Parties**"), by and through their respective undersigned counsel, hereby enter into

this Stipulation and Agreed Order (this "**Stipulation**") and stipulate as follows:

**RECITALS**

A.      On June 1, 2009 (the "**Commencement Date**"), certain of the Debtors

commenced with this Court voluntary cases (the "**Chapter 11 Cases**") under chapter 11 of title

11, United States Code (the "**Bankruptcy Code**").

B.      On September 16, 2009, the Court entered an order (the "**Bar Date Order**")

establishing November 30, 2009 at 5:00 p.m. (Eastern Time) (the "**General Bar Date**") as the

deadline for each person or entity (including without limitation, each individual, partnership,

joint venture, corporation, estate, or trust) to file a proof of claim (a "**Proof of Claim**") against

certain of the Debtors, including MLC, to assert any claim (as defined in section 101(5) of the

Bankruptcy Code) that arose prior to the Commencement Date.

C.      As of the Commencement Date, MLC, as issuer, WTC, as successor indenture

trustee, and Citibank, as paying agent, were parties to (i) a Senior Indenture, dated as of

December 7, 1995, as amended (the "**1995 Indenture**," and WTC's capacity under the 1995

Indenture, the "**1995 Trustee**"), and (ii) a Senior Indenture, dated as of November 15, 1990 (the

"**1990 Indenture**," and WTC's capacity under the 1990 Indenture, the "**1990 Trustee**") pursuant

to which MLC issued senior unsecured debt securities.

D.      Prior to the General Bar Date, WTC timely filed the following four Proofs of

Claims against MLC (each, a "**WTC Claim**" and collectively, the "**WTC Claims**"):

| Claim Number | Applicable Indenture | Principal Amount of Claim Plus Fees and Interest Accrued to Petition Date |
|---|---|---|
| 65793 | 1990 Indenture | $1,419,581,281.12 |
| 47871 | 1990 Indenture | $1,419,581,281.12 |
| 65729 | 1995 Indenture | $21,928,297,131.26 |
| 47872 | 1995 Indenture | $21,928,297,131.26 |

E.      Prior to the General Bar Date, Citibank timely filed a proof of claim against MLC

in the amount of $173,063.43 [Proof of Claim No. 66723] (the "**Citibank Claim**").

F.      WTC recognizes that it is not entitled to, and does not seek, a duplicate recovery

on account of the same WTC Claim and has agreed to withdraw two of the WTC Claims, subject

to the agreements set forth in this Stipulation.

## STIPULATION AND ORDER

NOW, THEREFORE, EACH OF THE PARTIES HEREBY STIPULATES AND

AGREES AS FOLLOWS:

1.        WTC Claims numbered 47871 (filed by WTC as 1990 Trustee) and 47872 (filed

by WTC as 1995 Trustee) are deemed withdrawn and WTC Claims numbered 65793 (filed by

WTC as 1990 Trustee) and 65729 (filed by WTC as 1995 Trustee) shall survive.

2.        With respect to principal plus interest due under the 1990 Indenture, WTC, in its

capacity as the 1990 Trustee will receive and is hereby granted, on behalf of itself and the record

and beneficial bondholders of debt securities issued under the 1990 Indenture an allowed general

unsecured, nonpriority claim in the amount of $1,419,471,545.22 (subject to appropriate reserve

and/or reduction in connection with any setoff exercised by beneficial bondholders that is

authorized by this Court) (the "**1990 Debt Claim**") against MLC to be satisfied in accordance

with any chapter 11 plan or plans confirmed in the Debtors' Chapter 11 Cases.

3.        With respect to principal plus interest due under the 1995 Indenture, WTC, in its

capacity as the 1995 Trustee, will receive and is hereby granted, on behalf of itself and the record

and beneficial bondholders of debt securities issued under the 1995 Indenture, an allowed

general unsecured nonpriority claim in the amount of $21,928,183,895.36 (subject to appropriate

reserve and/or reduction in connection with any setoff exercised by beneficial bondholders that is

authorized by this Court) (the "**1995 Debt Claim**," together with the 1990 Debt Claim, the

"**Debt Claims**").

4.        With respect to the prepetition fees and expenses incurred by WTC under the

1990 Indenture, WTC shall receive an allowed claim of $109,735.90 (the "**1990 WTC Fee

Claim**"), and with respect to the prepetition fees and expenses incurred by WTC under the 1995

Indenture, WTC shall receive an allowed claim of $113,235.90 (the "**1995 WTC Fee Claim**,"

together with the 1990 WTC Fee Claim, the "**WTC Fee Claims**").

5.    With respect to the prepetition paying agency fees and expenses incurred by

Citibank under the Indentures, the Citibank Claim shall be allowed in the amount of $162,333.71

(the "**Citibank Fees and Expenses Claim**," together with the WTC Fee Claims, the "**Fees and**

**Expenses Claims**").

6.    To the extent the Fees and Expenses Claims are not paid in full, in cash, pursuant

to a plan of reorganization and/or liquidation of MLC, (a) the amount of such fees and expenses

that remain unpaid shall constitute an allowed general unsecured, nonpriority claim against MLC

held by WTC and/or Citibank, as applicable, to be satisfied in accordance with any chapter 11

plan or plans confirmed in the Debtors' Chapter 11 Cases and (b) WTC and Citibank, pursuant to

section 7.06 of the 1990 Indenture and section 7.06 of the 1995 Indenture, shall retain a charging

lien with respect to its prepetition and post-petition fees and expenses on all assets or money held

or collected by WTC or Citibank on account of the Debt Claims or otherwise.

7.    WTC will issue a notice to the Depository Trust Company and post a notice on its

website (a) notifying beneficial bondholders of the notes issued under the Indentures of the entry

of the order allowing the WTC Claims and (b) notifying such bondholders that any subsequent

claims objection filed by the Debtors seeking to disallow claims filed by bondholders on the

grounds that such claims are duplicative of the Debt Claims being allowed under the stipulation

and order will not impair bondholder's entitlement to share in plan distributions on account of

the Debt Claims in accordance with the terms of the applicable Indenture.

8.    WTC agrees that it will not object to the Debtors' filing of objections to Proofs of

Claims filed by record and beneficial holders of debt securities arising out of or relating to the

1990 Indenture and/or the 1995 Indenture on the grounds that such Proofs of Claim are duplicative of the Debt Claims allowed pursuant to this Stipulation.

9.     WTC waives its right to argue that the entire stated principal amount of $377,377,000 with respect to the Discount Debentures is an allowable claim.

10.     To the extent that the fees and expenses of WTC incurred after the Commencement Date are not satisfied by payment in full in cash in connection with a plan of reorganization and/or liquidation of MLC, WTC reserves the right to argue that all such fees are allowable general unsecured non-priority claims against the estate of MLC.

11.     This Stipulation contains the entire agreement between the Parties as to the subject matter hereof and supersedes all prior agreements and undertakings between the Parties relating thereto.

Dated:  New York, New York
        August 5, 2010


/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Debtors and Debtors in Possession*


/s/ Keith R. Martorana
Matthew J. Williams
Keith R. Martorana

GIBSON DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Attorneys for Wilmington Trust Company, as 1990 Trustee and 1995 Truestee*

/s/ Louis A. Curcio
Maria M. Livanos
Louis A. Curcio

SONNENSCHEIN NATH & ROSENTHAL
LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6744
Facsimile:  (212) 768-6800

*Attorneys for Citibank, N.A. as Paying
Agent under the 1990 and 1995 Indentures*

So Ordered this **_9th_** day of **_August_** 2010

**_s/ Robert E. Gerber_**
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                          :
In re                                                     :        **Chapter 11 Case No.**
                                                          :
**MOTORS LIQUIDATION COMPANY**, *et al.*,                 :        **09-50026 (REG)**
        f/k/a **General Motors Corp.**, *et al.*          :
                                                          :
                        **Debtors.**                      :        **(Jointly Administered)**
                                                          :
-------------------------------------------------------------x

## ORDER GRANTING DEBTORS' FORTY-SECOND OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Debt Claims)

Upon the forty-second omnibus objection to claims, dated August 13, 2010 (the "**Forty-Second Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this Court's supplemental order establishing supplemental rules and authority for filing omnibus objections to certain debt claims (the "**Supplemental Procedures Order**") [Docket No. 6238], seeking entry of an order disallowing and expunging the Duplicate Debt Claims on the grounds that such claims are duplicative of either Claim 65793 or Claim 65729, all as more fully described in the Forty-Second Omnibus Objection to Claims; and due and proper notice of the Forty-Second Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Forty-Second Omnibus Objection to Claims is in the best interests of the Debtors,

---
[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Forty-Second Omnibus Objection to Claims.

their estates, creditors, and all parties in interest and that the legal and factual bases set forth in

the Forty-Second Omnibus Objection to Claims establish just cause for the relief granted herein;

and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Forty-Second Omnibus Objection to

Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on **Exhibit "A"** (the "**Order Exhibit**") annexed hereto under the heading "*Claims to be*

*Disallowed and Expunged*" (collectively, the "**Duplicate Debt Claims**") are disallowed and

expunged; and it is further

ORDERED that, if applicable, the Forty-Second Omnibus Objection to Claims is

adjourned with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Objection Adjourned*" (the "**Adjourned Claims**") to the date indicated on the Order

Exhibit, subject to further adjournments (such actual hearing date, the "**Adjourned Hearing**

**Date**"), and the Debtors' response deadline with respect to the Adjourned Claims shall be 12:00

noon (Eastern Time) on the date that is three (3) business days before the Adjourned Hearing

Date; and it is further

ORDERED that, if applicable, the Forty-Second Omnibus Objection to Claims is

withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Objection Withdrawn*"; and it is further

ORDERED that, if applicable, the Forty-Second Omnibus Objection to Claims is

withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Claim Withdrawn*," as those claims have been withdrawn by the corresponding

claimant; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly

reserved with respect to, (i) any claim listed on Exhibit "A" annexed to the Forty-Second

Omnibus Objection to claims under the heading "*Claims to be Disallowed and Expunged*" that is

not listed on the Order Exhibit annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
       _____, 2010

                                        _____
                                        United States Bankruptcy Judge