HEARING DATE AND TIME: September 24, 2010 at 9:45 a.m. (Eastern Time)
RESPONSE DEADLINE: September 17, 2010 at 4:00 p.m. (Eastern Time)

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                          :
In re                                     :         **Chapter 11 Case No.**
                                          :
**MOTORS LIQUIDATION COMPANY,** *et al.*, :         **09-50026 (REG)**
        **f/k/a General Motors Corp.,** *et al.* :
                                          :
                    **Debtors.**          :         **(Jointly Administered)**
                                          :
------------------------------------------------------------x

## NOTICE OF DEBTORS' FORTY-FIFTH OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Debt Claims)

        **PLEASE TAKE NOTICE** that on August 13, 2010, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their forty-fifth omnibus objection to claims (the "**Objection**"), and that a

hearing (the "**Hearing**") to consider the Objection will be held before the Honorable Robert E.

Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for

the Southern District of New York, One Bowling Green, New York, New York 10004, on

**September 24, 2010 at 9:45 a.m. (Eastern Time),** or as soon thereafter as counsel may be

heard.

**PARTIES LISTED ON EXHIBIT "A" ANNEXED TO THE OBJECTION (THE "<u>CLAIMANTS</u>") (AND THEIR COUNSEL, IF KNOWN) WILL RECEIVE A PERSONALIZED NOTICE OF THE OBJECTION, RATHER THAN THE ENTIRE OBJECTION.**

This Objection does not affect a Claimant's ability to receive distributions as a beneficial bondholder under the claims filed by the indenture trustee of the Debtors' public debentures.  If a Claimant disagrees with the Objection's treatment of the Claimant's claim, the Claimant may call the Debtors to try and resolve the Claimant's concerns at **1-800-414-9607**.  If a Claimant is unable to resolve the Claimant's concerns with the Debtors before the deadline to respond, then the Claimant <u>must</u> file and serve a written response (a "**Response**") to the Objection in accordance with this notice, and the Claimant <u>must</u> appear at the Hearing described below.

A Claimant may participate in the Hearing telephonically provided that the Claimant complies with the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider."  A Claimant must also provide prior written notice by mail or e-mail of the Claimant's telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Russell Brooks, Esq. (russell.brooks@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Jennifer Sharret, Esq. (jsharret@kramerlevin.com)).

**If a Claimant does not oppose the disallowance and expungement of the Claimant's claim, then the Claimant does not need to file a Response or appear at the Hearing.**

**PLEASE TAKE FURTHER NOTICE THAT** the Hearing on the Objection is scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on **September 24, 2010 at 9:45 a.m. (Eastern Time)**.  If a Claimant files a Response to the Objection, the Claimant should plan to appear at the Hearing either in person or telephonically.  The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to the Claimant's claim.  If the Debtors do continue the Hearing with respect to the Claimant's claim, then the Hearing will be held at a later date.  If the Debtors do not continue the Hearing with respect to the Claimant's claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **September 17, 2010 at 4:00 p.m. (Eastern Time)**.  Only those Responses that are timely will be considered at the Hearing.  A Claimant's Response will be deemed timely only if it is:  (a) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at [www.nysb.uscourts.gov](www.nysb.uscourts.gov)) before the deadline for Responses **or** (b) **actually** received on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format and in hard copy at each of the following addresses on or before the deadline for response:

    A.    Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;

    B.    Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and

      C.      Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Jennifer Sharret, Esq.).

A Claimant's response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number, and the number of the Objection to which the response is directed; (ii) the name of the Claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which the Claimant will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which the Claimant will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to the Claimant's response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person that can be contacted in connection with the Objection.

If a Claimant has any questions about this notice or the Objection, please contact the Debtors at **1-800-414-9607**.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

**PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief requested in the Objection without further notice or a hearing if a Claimant fails to file a timely Response or appear at the Hearing.**

Dated: New York, New York
        August 13, 2010

                                        /s/ Joseph H. Smolinsky
                                        Harvey R. Miller
                                        Stephen Karotkin
                                        Joseph H. Smolinsky

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                          :
In re                                     :        Chapter 11 Case No.
                                          :
MOTORS LIQUIDATION COMPANY, et al.,       :        09-50026 (REG)
        f/k/a General Motors Corp., et al.   :
                                          :
                        Debtors.          :        (Jointly Administered)
                                          :
------------------------------------------------------------x
```

<u>**DEBTORS' FORTY-FIFTH OMNIBUS OBJECTION TO CLAIMS**</u>
**(Duplicate Debt Claims)**

---

THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.
CLAIMANTS THAT ARE THE SUBJECT OF THIS OBJECTION SHOULD LOCATE THEIR NAMES AND
CLAIMS ON EITHER THE EXHIBIT ATTACHED TO THIS OBJECTION OR ON THEIR PERSONALIZED
NOTICE.

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) and its

affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully represent:

### Relief Requested

1.        The Debtors file this forty-fifth omnibus objection to claims (the "**Forty-Fifth Omnibus Objection to Claims**") pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this Court's supplemental order establishing supplemental rules and authority for filing omnibus objections to certain debt claims (the "**Supplemental Procedures Order**") [Docket No. 6238], seeking entry of an order disallowing and expunging the claims listed on **Exhibit "A"** annexed hereto.[1]

2.        The Debtors have examined the proofs of claim identified on Exhibit "A" and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed and Expunged*" (collectively, the "**Duplicate Debt Claims**") are duplicative of either (1) the global Proof of Claim No. 65793 ("**Claim 65793**") filed by Wilmington Trust Company ("**WTC**"), in its capacity as successor indenture trustee of the Senior Indenture, dated as of November 15, 1990 (the "**1990 Indenture**") or (2) the global Proof of Claim No. 65729 ("**Claim 65729**") filed by WTC, in its capacity as successor indenture trustee of the Senior Indenture, dated as of December 7, 1995, as amended (the "**1995 Indenture**").  The amounts asserted by WTC in Claim 65793 and Claim 65729 have been reconciled and allowed under a stipulation, approved and entered by the Court on August 9, 2010 (the "**WTC Stipulation**") [Docket No. 6595], a copy of which is annexed hereto as **Exhibit "B."**  The Debtors, therefore, seek entry of an order disallowing and expunging from the claims register the Duplicate Debt Claims.

---

[1] Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com. A link to the claims register is located under the "Claims Information" tab.  Creditors without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City Group, Inc. at 1-703-286-6401.

3.      This Forty-Fifth Omnibus Objection to Claims does not affect the ability

of an Individual Bondholder (as hereinafter defined) to participate in accordance with the WTC

Stipulation.  Further, the Debtors reserve all their rights to object on any other basis to any

Duplicate Debt Claim as to which the Court does not grant the relief requested herein.

**Jurisdiction**

4.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

**Background**

5.      On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**Realm/Encore Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Case Number 09-50026 (REG).  On September 15, 2009,

the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs,

which were amended on October 4, 2009.  On October 15, 2009, the Realm/Encore Debtors filed

their schedules of assets and liabilities and statements of financial affairs.

6.      On September 16, 2009, this Court entered an order [Docket No. 4079]

establishing November 30, 2009 as the deadline for each person or entity to file a proof of claim

in the Initial Debtors' cases, including governmental units.  On December 2, 2009, this Court

entered an order [Docket No. 4586] establishing February 1, 2010 as the deadline for each

---

[2] The Initial Debtors are Motors Liquidation Company (f/k/a General Motors Corporation), MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3] The Realm/Encore Debtors are Remediation and Liability Management Company, Inc., and Environmental Corporate Remediation Company, Inc.

person or entity to file a proof of claim in the Realm/Encore Debtors' cases (except

governmental units, as defined in section 101(27) of the Bankruptcy Code, for which the Court

established June 1, 2010 as the deadline to file proofs of claim).

    7.  Among the tens of thousands of proofs of claim the Debtors received,

approximately 18,000 proofs of claim have been filed by claimants seeking the repayment of

principal, interest, and fees and expenses that relate to dollar-denominated debt securities issued

by the Debtors pursuant to the 1990 Indenture and the 1995 Indenture (each, a "**Debt Claim**,"

and the holder of such Debt Claim, an "**Individual Bondholder**").  The Debtors believe that all

of the Debt Claims filed by Individual Bondholders are duplicative of the claims allowed in

favor of WTC for the benefit of all Individual Bondholders in accordance with the WTC

Stipulation.

    8.  On August 9, 2010, the Court entered the WTC Stipulation signed by the

Debtors, WTC, and Citibank, N.A., solely in its capacity as paying agent under the 1990

Indenture and 1995 Indenture (in such capacity, "**Citibank**"), allowing (i) Claim 65793 in the

amount of $1,419,471,545.22 (subject to appropriate reserve and/or reduction in connection with

any Court-authorized setoff exercised by Individual Bondholders) and (ii) Claim 65729 in the

amount of $21,928,183,895.36 (subject to appropriate reserve and/or reduction in connection

with any Court-authorized setoff exercised by Individual Bondholders).  Prior to entry of the

WTC Stipulation, WTC sent out a notice to all affected Individual Bondholders notifying them

of the pending approval by the Court of the WTC Stipulation.

    9.  On October 6, 2009, this Court entered the Supplemental Procedures

Order, which authorizes the Initial Debtors, among other things, to file omnibus objections to no

more than 500 claims at a time with respect to Debt Claims.  The claimants that are listed in

Exhibit "A" have filed Debt Claims against the Initial Debtors.

10.     The Debtors now move to expunge the Duplicate Debt Claims filed by

each Individual Bondholder as duplicative of either Claim 65793 or Claim 65729.

## <u>The Relief Requested Should Be Approved by the Court</u>

11.     A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects." 11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential

allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See*

*In re Oneida, Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd*, No. 09 Civ. 2229 (DC),

2010 WL 234827 (S.D.N.Y. Jan. 22, 2010); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No.

02-41729 (REG), 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re*

*Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

12.     Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a

claim may not be allowed to the extent that "such claim is unenforceable against the debtor and

property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1).  The

Debtors cannot be required to pay on the same claim more than once.  *See, e.g., In re Finley,*

*Kumble, Wagner, Heine, Underberg, Manley, Myerson, & Casey*, 160 B.R. 882, 894 (Bankr.

S.D.N.Y. 1993) ("In bankruptcy, multiple recoveries for an identical injury are generally

disallowed.").  The Debtors have reviewed the proofs of claim identified on Exhibit "A" and

believe them to be duplicative of Claim 65793 or Claim 65729.  Moreover, the Debtors have no

way of confirming that any of the Individual Bondholders are, in fact, beneficial holders of a

debt instrument on the relevant dates.

13.     To avoid the possibility of multiple recoveries by the Individual

Bondholders, the Debtors request that the Court disallow and expunge in their entirety the

Duplicate Debt Claims.  Individual Bondholders, to the extent they are beneficial bondholders as of the record date under any confirmed plan of liquidation, will receive distributions under such plan from WTC in its capacity as indenture trustee.

### Notice

14.     Notice of the Forty-Fifth Omnibus Objection to Claims has been provided to each claimant listed on Exhibit "A" by virtue of the individualized notice transmitted in accordance with the Supplemental Procedures Order and parties in interest in accordance with the Third Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures, dated April 29, 2010 [Docket No. 5670].

15.     No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the relief requested herein and such other and further relief as is just.

Dated:  New York, New York
      August 13, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**<u>Exhibit A</u>**

Forty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CHRISTY JENKINS<br>202 BROWN ST<br><br>HARRISON, AR 72601 | 8992 | Motors Liquidation Company | $834.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CHRYSLER RET HEALTH CARE ACCT<br>GERALD D BERGMOSER<br>9006 CASCADA WAY APT 202<br># 202<br>NAPLES, FL 34114 | 19519 | Motors Liquidation Company | $20,297.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CHRYSLER SALARIED EES' SAVINGS<br>WALTER W PLENTIS<br>1721 KRISTINA DR<br>WHITE LAKE, MI 48386 | 1694 | Motors Liquidation Company | $75,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CHRYSLER SALARIED EES' SAVINGS<br>DAVID J DEVORE<br>5374 BRIGHAM RD<br>GOODRICH, MI 48438 | 23212 | Motors Liquidation Company | $7,310.72 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CHU WEN JING JENNIFER<br>1 LYTTELTON RD<br>PARK VIEW COURT<br>FLAT A-1, 10/F<br>HONG KONG<br><br>HONG KONG, CHINA | 68845 | Motors Liquidation Company | $500,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CHUCK CLAUD KOCHER<br>CHARLES C KOCHER<br>3345 STAR CREEK COURT<br>GREEN BAY, WI 54311<br>UNITED STATES OF AMERICA | 8100 | Motors Liquidation Company | $4,992.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CHUONG N NGUYEN<br>119 GLENBRIDGE CT<br><br>PLEASANT HILL, CA 94523<br>UNITED STATES OF AMERICA | 14691 | Motors Liquidation Company | $37,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CINDY HOOD<br>129 GLENDURGAN WAY<br><br>MADISONVILLE, LA 70447 | 14393 | Motors Liquidation Company | $155,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CINDY JONES<br>112 STONEBROOK DR<br><br>LUMBERTON, NJ 08048 | 27911 | Motors Liquidation Company | $13,594.49 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| CITADEL LIFE AND HEALTH INSURANCE ATTN  MARY A ROSS 601 II RIVERSIDE AVE STE 619 JACKSONVILLE, FL 32204 | 13173 | Motors Liquidation Company | $35,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CITIZENS SCHOLARSHIP FOUNDATION OF STAFFORD C/O R.G ROSZCZEWSKI PO BOX 25 STAFFORD SPRING, CT 06076 | 4406 | Motors Liquidation Company | $36,977.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLAIRE DEAN MINTZ TTEE FOR THE CLAIRE DEAN TRUST DTD 12/18/92 13078 MINDANAO WAY #112 MARINA DEL REY, CA 90292 | 15257 | Motors Liquidation Company | $60,675.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLAIRE E ESTES 4929 W STEINWAY RD LAVEEN, AZ 85339 | 17652 | Motors Liquidation Company | $1,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLAIRE K HARTLEY 4300 W RIVER PARKWAY UNIT 374 MINNEAPOLIS, MN 55406 | 63131 | Motors Liquidation Company | $10,010.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLAIRE L COLLINS 531 HYMAN DR JEFFERSON, LA 70121 | 15918 | Motors Liquidation Company | $3,929.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLAIRE POSTER TRUSTEE 3841 ENVIRON BLVD #429 LAUDERHILL, FL 33319 | 13715 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLAIRE RAND 21150 POINT PLACE APT 1105 AVENTURA, FL 33180 | 7457 | Motors Liquidation Company | $140,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLAIRE S WEBER REVOCABLE TRUST CLAIRE S WEBER 20 PINDO PALM EAST LARGO, FL 33770 | 16806 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CLAIRE SASS (IRA R/O)<br>FCC AS CUST<br>24 WESTCHESTER AVE<br>JERICHO, NY 11753 | 2416 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLAIRE SHAPIRO TTEE<br>MARY FRIEDWALD TRUST<br>U/A/D 11-4-1993<br>FBO ANDREW ALPER<br>10480 LARAMIE AVE<br>CHATSWORTH, CA 91311 | 9372 | Motors Liquidation Company | $9,109.03 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLAIRE VRANA<br>PO BOX 641<br>MANAHAWKIN, NJ 08050 | 2230 | Motors Liquidation Company | $28,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLAIRE WINER<br>4330 GLENCOE AVE #8<br>MARINA DEL REY, CA 90292 | 23891 | Motors Liquidation Company | $14,592.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLAIRE, ELISSA & HOPE FINKELSTEIN<br>CLAIR FINKELSTEIN<br>305 E 24TH STREET APT 19E<br>NEW YORK, NY 10010 | 9468 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLARA CARUSO<br>21 PHEASANT RUN LANE<br>DIX HIUS, NY 11746 | 11380 | Motors Liquidation Company | $42,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLARA E DILLON<br>C/O WILBURN DILLION JR<br>1605 SW 37TH<br>TOPEKA, KS 66611 | 713 | Motors Liquidation Company | $25,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLARA LEE CUST FOR<br>MELISSA LEE UTMA CA<br>11990 CHALON RD<br>LOS ANGELES, CA 90049 | 3055 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLARA LEE CUST FOR<br>MICHAEL LEE UTMA/CA<br>11990 CHALON RD<br>LOS ANGELES, CA 90049 | 3056 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Forty-Fifth Omnibus Objection**

## Exhibit A

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

| CLAIMS TO BE DISALLOWED AND EXPUNGED |
|---|

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CLARA LEE CUST FOR MATISSE LEE MAAREK UTMA/CA 11990 CHALON ROAD LOS ANGELES, CA 90049 | 3061 | Motors Liquidation Company | $12,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLARE CHAIT 6610 WESTBROOKE CT W BLOOMFIELD, MI 48322 | 5838 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLARENCE & LOUISE VAN DYKEN CLARENCE VAN DYKEN & LOUISE VAN DYKEN TTEES VAN DYKEN LIVING TRUST 725 BALDWIN ST APT A15 JENISON, MI 49428 | 12536 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLARENCE & LOUISE VAN DYKEN CLARENCE VAN DYKEN & LOUISE VAN DYKEN TTEES VAN DYKEN LIVING TRUST 725 BALDWIN ST APT A15 JENISON, MI 49428 | 12537 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLARENCE & WAVEL BERNARD FAMILY TRUST U/A DTD 09/30/1997 CLARENCE & WAVEL BERNARD TTEES 2120 FALL CT NAMPA, ID 83686 | 14706 | Motors Liquidation Company | $16,513.20 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLARENCE BRANDT 3 GLEN CIRCLE DRIVE OROVILLE, CA 95966 | 9429 | Motors Liquidation Company | $19,975.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLARENCE DARNELL 1915 RYE ST SE ALBANY, OR 97322 | 6467 | Motors Liquidation Company | $2,017.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLARENCE DARNELL & BERNEICE DARNELL 1915 RYE ST SE ALBANY, OR 97322 | 6468 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLARENCE E AND GAYLIN E CARPENTER 620 N 9TH LANDER, WY 82520 | 12653 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Fifth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| CLARENCE E HOFER TR<br>CLARENCE E HOFER TTEE<br>U/A DTD 12/10/1991<br>114 SPRINGMOOR DR<br>RALEIGH, NC 27615 | 28263 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLARENCE F DYKSTRA<br>3104 E BROADWAY RD LOT 3<br>MESA, AZ 85204 | 67937 | Motors Liquidation Company | $3,812.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLARENCE FEITKNECHT<br>1290 BOYCE ROAD APT A 521<br>PITTSBURGH, PA 15241 | 26782 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLARENCE G BALL<br>1555 CAMPBELL BLVD<br>WEST AMHERST, NY 14228 | 15758 | Motors Liquidation Company | $14,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLARENCE HEGGERT<br>1201 HIGH ST<br>WASHINGTON, MO 63090 | 21202 | Motors Liquidation Company | $5,133.37 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLARENCE J HOODECHECK<br>AMERIPRISE TRUST CO<br>CLARENCE JOHN HOODECHECK IRA<br>317 BOULDER ST<br>HUTCHNSON, MN 55350 | 15841 | Motors Liquidation Company | $6,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLARENCE J ROSE<br>CGM IRA CUSTODIAN<br>6293 BURNING TREE LANE<br>JACKSON, MI 49201 | 9314 | Motors Liquidation Company | $24,577.04 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLARENCE L & LEITA C ROBERTS<br>1815 EASTWOOD DRIVE<br>ALEXANDER CITY, AL 35010 | 5877 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLARENCE N SMITH<br>CATHERINE M SMITH JT TEN<br>1837 ASHTON DRIVE<br>LEBANON, PA 17046 | 2177 | Motors Liquidation Company | $35,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLARENCE R DOLBY<br>100-103 NORTHBROOK DRIVE<br>RALEIGH, NC 27609 | 3747 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Fifth Omnibus Objection

# Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CLARENCE W SIELOFF<br>623 INVERNESSS RD<br>LISLE, IL 60532 | 19254 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLARK S. RINKER<br>913 CHESTNUT STREET<br>BIRMINGHAM, AL 35216 | 11626 | Motors Liquidation Company | $4,140.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLARK V STEVENS IRA ROLLOVER<br>843 SOUTH ROSEDALE CT<br>GROSSE POINTE WOODS, MI 48236 | 9202 | Motors Liquidation Company | $10,635.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLARK W EWING<br>41159 CRESTWOOD DR<br>PLYMOUTH, MI 48170 | 7742 | Motors Liquidation Company | $62,160.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLARKE DAMON<br>BOX 455<br>DOUGLAS, AK 99824 | 13174 | Motors Liquidation Company | $10,412.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLARYCE S STROTHER<br>274 MCINTOSH AVE<br>SAINT SIMONS ISLAND, GA 31522 | 22705 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLARYCE S STROTHER<br>274 MCINTOSH AVE<br>SAINT SIMONS ISLAND, GA 31522 | 22717 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLAUDE E JAYCOX<br>418 SHORE DR<br>OAKDALE, NY 11769 | 1745 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLAUDE HANEY<br>110 PECAN CIRCLE<br>QUITMAN, MS 39355 | 2862 | Motors Liquidation Company | $35,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLAUDE J RUMPH<br>656 BLENFIELD PL<br>DIAMOND BAR, CA 91765 | 26492 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CLAUDE JUVERA<br>3925 BRENNER CT<br><br>COLORADO SPRINGS, CO 80917<br>UNITED STATES OF AMERICA | 22647 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLAUDE JUVERA<br>3925 BRENNER CT<br><br>COLORADO SPRINGS, CO 80917<br>UNITED STATES OF AMERICA | 22649 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLAUDE JUVERA<br>3925 BRENNER CT<br><br>COLORADO SPRINGS, CO 80917 | 70053 | Motors Liquidation Company | $454.31 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLAUDE JUVERA<br>3925 BRENNER CT<br><br>COLORADO SPRINGS, CO 80917 | 70054 | Motors Liquidation Company | $534.63 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLAUDETTE THOMPSON<br>2224 HILTON AVENUE<br><br>ASHLAND, KY 41101 | 65565 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLAUDIA A MARSEE<br>2312 FAIRHILL LN<br><br>KETTERING, OH 45440 | 64601 | Motors Liquidation Company | $10,412.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLAUDIA A SAGER<br>PO BOX 432<br><br>CHINA, TX 77613 | 11853 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLAUDIA ARREDONDO NESE<br>LOS PENASCOS 2061<br>LO BARNECHEA<br>SANTIAGO - CHILE<br><br>CHILE | 29045 | Motors Liquidation Company | $19,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLAUDIA S CAUDILL<br>8301 CARDIFF CIRCLE<br><br>PLANO, TX 75025 | 9882 | Motors Liquidation Company | $500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Fifth Omnibus Objection

## Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CLAUDIA URCUYO<br>PO BOX 152-6150<br>SANTA ANA COSTA RICA<br>,<br>COSTA RICA | 36061 | Motors Liquidation Company | $46,450.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLAUDINE Y CHILDRESS<br>3713 ALTON RD<br>ROANOKE, VA 24014 | 5867 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLAUDINE Y CHILDRESS<br>3713 ALTON RD<br>ROANOKE, VA 24014 | 11704 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLAUS PEDERSEN<br>STOKKEDREVET 11<br>4760 VORDINGBORG DENMARK<br>DENMARK | 65555 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLAWSON L & GWENDOLYN J MESSER<br>88 KATHY LANE E<br>FREEPORT, FL 32439 | 33198 | Motors Liquidation Company | $9,531.80 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLAY STEWART FARMS POFIT SHARING<br>PLAN FBO CLAY STEWART<br>PO BOX 450<br>MONETTE, AR 72447 | 67690 | Motors Liquidation Company | $15,556.88 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLAYMAN FAMILY TRUST<br>UNDER TRUST<br>HERBERT CLAYMAN TTEE ET AL<br>U/A DTD 12/27/1997<br>6613 WOODLAKE RD<br>JUPITER, FL 33458 | 43355 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLAYTON C. COX, JR. &<br>MARIE S. COX - JTWROS<br>PO BOX 16<br>CARROLLTON, AL 35447 | 26552 | Motors Liquidation Company | $60,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLAYTON H SHATNEY<br>900 LARSEN RD<br>APTOS, CA 95003 | 22509 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Fifth Omnibus Objection

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CLEARVIEW<br>FBO CORNELIA DAVIS<br>8006 DISCOVERY DR<br>RICHMOND, VA 23229 | 10135 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLEARVIEW<br>FBO MARIE CRAVEN<br>8006 DISCOVERY DR<br>RICHMOND, VA 23229 | 10136 | Motors Liquidation Company | $45,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLEARVIEW<br>FBO  HUGH C HUMPHRIES JR<br>8006 DISCOVERY DR<br>RICHMOND, VA 23229 | 10137 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLEARVIEW<br>FBO LINDA HOOK<br>8006 DISCOVERY DR<br>RICHMOND, VA 23229 | 10138 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLEARVIEW<br>FBO ELIZABETH WHEELER<br>8006 DISCOVERY DR<br>RICHMOND, VA 23229 | 10139 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLEARVIEW<br>FBO  BETH S HUMPHRIES<br>8006 DISCOVRY DR<br>RICHMOND, VA 23229 | 10144 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLEARVIEW<br>FBO  DORIS R ALVOID<br>8006 DISCOVERY DR<br>RICHMOND, VA 23229 | 10154 | Motors Liquidation Company | $13,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLEARVIEW<br>FBO DONALD HENSHAW<br>8006 DISCOVERY DR<br>RICHMOND, VA 23229 | 10155 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLEARVIEW<br>FBO  WILHELMINA MILLER<br>8006 DISCOVERY DR<br>RICHMOND, VA 23229 | 10161 | Motors Liquidation Company | $19,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLEARVIEW FBO HAROLD WOODALL<br>8006 DISCOVERY DR<br><br>RICHMOND, VA 23229 | 10151 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| CLEARVIEW FBO JUNE HICKS<br>8006 DISCOVERY DR<br><br>RICHMOND, VA 23229 | 10132 | Motors Liquidation Company | $34,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLEARVIEW FBO ROBERT MCNISH<br>8006 DISCOVERY DR<br><br>RICHMOND, VA 23229 | 10152 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLEARVIEW IRA C/F<br>CLEARVIEW<br>FBO JUNE HICKS<br>8006 DISCOVERY DR<br>RICHMOND, VA 23229 | 10143 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLEARVIEW IRA C/F<br>GEORGE HARMON<br>8006 DISCOVERY DR<br>RICHMOND, VA 23229 | 10150 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLEARVIEW IRA C/F<br>CARL MANHEIM JR<br>8006 DISCOVERY DR<br>RICHMOND, VA 23229 | 15288 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLEARVIEW IRA C/F DOROTHY GOLDSON<br>8006 DISCOVERY DR<br><br>RICHMOND, VA 23229 | 10148 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLEARVIEW IRA C/F JAMES HOPKINS<br>8006 DISCOVERY DR<br><br>RICHMOND, VA 23229 | 10146 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLEARVIEW IRA C/F JEAN HOPKINS<br>8006 DISCOVERY DR<br><br>RICHMOND, VA 23229 | 10147 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLEARVIEW IRA C/F JOHN K BOHN<br>736 CHERRY HILLS PLACE<br><br>ROCK HILL, SC 29730 | 14258 | Motors Liquidation Company | $31,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLEARVIEW IRA C/F MARILYN K BOHN<br>736 CHERRY HILLS PLACE<br><br>ROCK HILL, SC 29730 | 14103 | Motors Liquidation Company | $95,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CLEARVIEW ROTH IRA C/F STEPHEN R HUNTER<br>STEPHEN R HUNTER<br>9293 FORT VALLEY RD<br>FORT VALLEY, VA 22652 | 6457 | Motors Liquidation Company | $1,269.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLEARWATER FUNDING CDO 2001-A<br>16 THORNDAL CIRCLE, 2ND FLOOR<br>DARIEN, CT 06820 | 14999 | Motors Liquidation Company | $2,000,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLELIA SAPONARO<br>CALLE NAYRA 152 APARTADO DE CORREO 116<br>35120 ARQUINEQUIN (MOGAN) LAS PALMAS G.C. SPAIN<br>SPAIN | 23049 | Motors Liquidation Company | $160,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLEMENT AND JUDITH A ESPOSITO JTTEN/WROS<br>42 PARMA RD<br>ISLAND PARK, NY 11558 | 16919 | Motors Liquidation Company | $15,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLEMENT FAMILY"B" TRUST DTD<br>06/25/1990 IRMGARD R CLEMENT TTEE<br>33 PONFERRADA WAY<br>HOT SPRINGS VILLAGE, AR 71909 | 28914 | Motors Liquidation Company | $30,504.24 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLEO SPARKS & CONNIE LAWLESS<br>1748 CALDWELL PLC<br>COLUMBUS, IN 47201 | 4693 | Motors Liquidation Company | $20,188.13 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLEO W TAYLOR<br>65 HARDING HEIGHTS BLVD<br>MANSFIELD, OH 44906 | 7514 | Motors Liquidation Company | $2,897.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLIFFORD & DARLENE HOLMBERG TR<br>U/A DTD 4/29/96<br>CLIFFORD G HOLMBERG TR<br>19 W GOLDEN LAKE RD<br>CIRCLE PINES, MN 55014 | 44422 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLIFFORD A ENOCKSON<br>GERALDINE P ENOCKSON TEN COM<br>2908 TYLER PARKWAY<br>BISMARCK, ND 58503 | 16122 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLIFFORD A LEEDS<br>741 W BIRCH<br>CLOVIS, CA 93611 | 6896 | Motors Liquidation Company | $4,105.40 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CLIFFORD A MATHEWSON<br>3170 MOREWOOD RD<br><br>FAIRLAWN, OH 44333 | 36164 | Motors Liquidation Company | $9,700.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLIFFORD B THOLEN &<br>MARY JO THOLEN JT WROS<br>1957 TIMBER RIDGE DR SE<br>ADA, MI 49301 | 23215 | Motors Liquidation Company | $4,712.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLIFFORD BUCK AND KATIE BUCK<br>155 SUMMIT COVE<br><br>COLLIERVILLE, TN 38017 | 2831 | Motors Liquidation Company | $34,457.56 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLIFFORD CARLSON<br>2 PINE TER<br><br>WESTERLY, RI 02891 | 28836 | Motors Liquidation Company | $5,035.58 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLIFFORD D JOURNEY<br>514 PATLYNN DR<br><br>FAIRHOPE, AL 36532 | 4674 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLIFFORD F REICHERT<br>301 WEST VIEWMONT ROAD<br><br>SPOKANE, WA 99224 | 1757 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLIFTON CRUTCHFIELD - ROLLOVER IRA<br>CLIFTON CRUTCHFIELD<br>10851 N POINSETTIA DR<br>ORO VALLEY, AZ 85737 | 20573 | Motors Liquidation Company | $20,180.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLIFTON H DEAN AND<br>SONJA G DEAN JTWROS<br>17946 US 60 WEST<br>OLIVE HILL, KY 41164 | 1876 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLIFTON L ANDERSON<br>10 HERALDIA LANE<br><br>HOT SPRINGS VILLAGE, AR 71901 | 13429 | Motors Liquidation Company | $33,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLIFTON L HOWELL<br>JANICE E HOWELL JT TEN<br>532 SANDYHOOK RD<br>TREASURE IS, FL 33706 | 20960 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Fifth Omnibus Objection

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CLINTON K OLIVER & LAURA B OLIVER JTWROS<br>1225 PARRISH PKWY<br><br>ALEXANDER CITY, AL 35010<br>UNITED STATES OF AMERICA | 15501 | Motors Liquidation Company | $24,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLINTON W SHANNON<br>807 DELRAY DRIVE<br><br>FOREST HILL, MD 21050 | 9462 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLOYD A KNOUSE<br>10672 MIDDLE RIDGE ROAD<br><br>NEWPORT, PA 17074 | 10922 | Motors Liquidation Company | $24,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLYDE ALBRITTON &<br>SUE ALBRITTON<br>TEN COM<br>315 PINE HILLS DRIVE<br>CALHOUN, LA 71225 | 62937 | Motors Liquidation Company | $32,538.81 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLYDE BLUNDELL<br>4005 COUNTY RD 2007<br>PO BOX 3268<br>GLEN ROSE, TX 76043 | 11594 | Motors Liquidation Company | $50,906.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLYDE E BEIMFOHR<br>540 N RAILWAY ST<br><br>MASCOUTAH, IL 62258 | 6332 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLYDE H AARON<br>5502 GONDOLIER DR<br><br>NEW BERN, NC 28560 | 4928 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLYDE L PUGH & GLENDA W PUGH<br>613 WHELESS AVE<br><br>KERRVILLE, TX 78028 | 20940 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLYDE MEES (BOND HOLDER)<br>CLYDE MEES<br>1624 YUCATAN WAY<br>FALLBROOK, CA 92028 | 7884 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLYDE R BUTLER<br>2706 ALCO AVE<br><br>DALLAS, TX 75211 | 31239 | Motors Liquidation Company | $1,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CLYDE R HUGHEY<br>13225 CANOPY DR<br><br>STERLING HTS, MI 48313 | 48363 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CLYDE SANDERS<br>142 ROCKY WELL ROAD<br><br>LEXINGTON, SC 29072 | 44874 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CMAT 10373 LTD<br>C/O MERRIL LYNCH INT BANK LTD<br>ATTN TRUST DEPT<br>2 RAFFLES LINK<br>MARINA BAYFRONS SINGAPORE 039392<br><br>SINGAPORE | 8429 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| COCO GAS<br>2894 CARTERS GROVE RD<br><br>CUYAHOGA FALLS, OH 44223 | 16032 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| COLEMAN FAMILY TR<br>MICHAEL FALBO TTEE<br>U/A DTD 07/14/1987<br>4475 N. SAWYER ROAD<br>OCONOMOWOC, WI 53066 | 20109 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| COLLEEN DECOURVAL TTEE<br>DECOURVAL : ASSOC PROFIT SHARI<br>U/A DTD 01/01/1985<br>7420 CORBIN AVE UNIT 2<br>RESEDA, CA 91335 | 7343 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| COLLEEN H MARTIN<br>6718 W 72ND ST<br><br>OVERLAND PARK, KS 66204 | 26787 | Motors Liquidation Company | $10,314.06 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| COLLEEN H MARTIN<br>6718 WEST 72 ST<br><br>OVERLAND PARK, KS 66204 | 26788 | Motors Liquidation Company | $22,199.37 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| COLLEEN K KOPP<br>EDWARD J KOPP<br>2091 WOODSHIRE PL SE<br>KENTWOOD, MI 49508 | 7108 | Motors Liquidation Company | $15,656.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 14

Forty-Fifth Omnibus Objection

## Exhibit A

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| COLLEEN K KOPP<br>2091 WOODSHIRE PL SE<br><br>KENTWOOD, MI 49508 | 7109 | Motors Liquidation Company | $13,048.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| COLLEEN L VAN GELDEREN<br>1144 CRAFT RD<br><br>FRANKLIN, KY 42134<br>UNITED STATES OF AMERICA | 45813 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| COLLEEN M DILLON TTEE<br>COLLEEN M. DILLON TRUST<br>U/A DTD 07/10/2008<br>2140 SPRUCEWOOD DR<br>STERLING HEIGHTS, MI 48310 | 11431 | Motors Liquidation Company | $23,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| COLLINS R TRIER<br>438 SHERYL LANE<br><br>GLENVIEW, IL 60025 | 37246 | Motors Liquidation Company | $7,301.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| COLLINS ROE<br>PO BOX 130310<br>43028 MOONRIDGE RD PO BOX 130310<br>BIG BEAR LAKE, CA 92315 | 13404 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| COLLINS STEWART (CI) LIMITED<br>PO BOX 328<br>ST PETER PORT GUERNSEY GY1 3TY<br><br>GREAT BRITAIN | 1554 | Motors Liquidation Company | $20,540.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| COLLINS STEWART (CI) LIMITED<br>PO BOX 328<br>ST PETER PORT GUERNSEY GY1 3TY<br><br>GREAT BRITAIN | 1559 | Motors Liquidation Company | $575,878.19 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| COLLINS STEWART (CI) LIMITED<br>PO BOX 328<br>ST PETER PORT GUERNSEY GY1 3TY<br><br>GREAT BRITAIN | 1560 | Motors Liquidation Company | $105,203.44 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| COLLINS STEWART (CI) LTD<br>PO BOX 328<br>ST PETER PORT GUERNSEY GY1 3TY<br><br>GREAT BRITAIN | 1561 | Motors Liquidation Company | $84,536.88 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| COLONEL CHRISTIANE K CARTER (RET)<br>465 GRANTHAM E<br>DEERFIELD, FL 33442 | 9255 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| COLUMBIA MORTGAGE CORP<br>ATTN: LEO R KUBESKA<br>2563 N ORANGE HILL<br>ORANGE, CA 92867 | 3687 | Motors Liquidation Company | $41,795.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| COLVILLE LODGE NO 50 F @ A M<br>711 PEND OREILLE LOOP<br>COLVILLE, WA 99114 | 1930 | Motors Liquidation Company | $430.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| COMMERCIAL CONCEPTS INC<br>EMPLOYEES PENSION TRUST<br>STEVEN SCHNEIDER TRUSTEE<br>HAROLD ANFANG TRUSTEE<br>350 FIFTH AVENUE STE 4000<br>NEW YORK, NY 10118 | 10534 | Motors Liquidation Company | $90,080.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| COMPASS FOUNDATION, INC.<br>C/ O ALLAN C RABINOWITZ<br>911 PARK AVE<br>NEW YORK, NY 10021 | 4012 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| COMPOSITE TEMPLE ASSOC<br>32333 KELLY RD<br>FRASER, MI 48026 | 21299 | Motors Liquidation Company | $35,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CONCETTA DENAVE<br>300 E 74TH ST<br>NEW YORK, NY 10021 | 12667 | Motors Liquidation Company | $21,625.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CONCETTA T DEBORGER<br>19 JAROMBECLE DR<br>TOWACO, NJ 07082 | 14087 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CONCETTO J MAENZA AND<br>PHYLLIS MAENZA TEN IN COM<br>2 BERKSHIRE LANE<br>BURR RIDGE, IL 60527 | 18638 | Motors Liquidation Company | $3,621.45 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CONCHITA H MOORE<br>418 PARK ST<br>JUNEAU, AK 99801 | 16494 | Motors Liquidation Company | $26,331.12 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CONCORD PACIFIC LTD.<br>SHATIN CENTRAL PO BOX 1078<br>SHATIN, N.T.<br>HONG KONG, CHINA<br>,<br>HONG KONG, CHINA | 29942 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CONG ZICHRON YAAKOV SHALOM<br>9 WASHINGTON AVE<br>LAKEWOOD, NJ 08701 | 9937 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CONG ZICHRON YAAKOV SHALOM<br>9 WASHINGTON AVE<br>LAKEWOOD, NJ 08701 | 9948 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CONGREGATION BETH CHANOCH<br>K-HALL MACHZEKA HADATH<br>1636 49TH ST<br>BROOKLYN, NY 11204 | 43432 | Motors Liquidation Company | $54,764.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CONGREGATION DIVREI CHANOCH<br>ACCOUNT #2<br>ATTN HANNAH TEITELBAUM<br>1636 49TH ST<br>BROOKLYN, NY 11204 | 43434 | Motors Liquidation Company | $57,761.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CONGRESS ANN HAZEL<br>550 DAVID STREET #39<br>SAN FRANCISCO, CA 94111 | 27391 | Motors Liquidation Company | $95,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CONNER-PFEIL FAMILY LIMITED PA<br>PARTNERSHIP<br>2400 NEWNING<br>SCHERTZ, TX 78154 | 19667 | Motors Liquidation Company | $7,143.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CONNIE BARTEL TRUSTEE BLUE MOON TRUST<br>CONNIE BARTEL<br>114 CARDINAL DR<br>ROCKINGHAM, NC 28379 | 12738 | Motors Liquidation Company | $335,040.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CONNIE CORDES<br>110 POPLAR WAY<br>BRICK, NJ 08724 | 17261 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Fifth Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| CONNIE J BRAMLETT<br>737 RICHARDSON RD<br>STONEWALL, LA 71078 | 14523 | Motors Liquidation Company | $21,389.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CONNIE J LAWLESS  AND<br>CLEO C SPARKS<br>JT TEN WROS<br>1748 CALDWELL PL<br>COLUMBUS, IN 47201 | 4694 | Motors Liquidation Company | $32,298.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CONNIE J MAUSSHARDT<br>10909 SISKIN LN<br>KLAMATH FALLS, OR 97601 | 3499 | Motors Liquidation Company | $4,704.78 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CONNIE JAHNKE PERRY TTEE FOR THE<br>CONNIE JAHNKE PERRY REVOCABLE TRUST<br>DTD 9-1-89<br>9 OAKHILL DRIVE<br>SAN ANSELMO, CA 94960 | 8552 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CONNIE JEAN WESTENFELDER<br>6116 SPINNAKER LOOP<br>LADY LAKE, FL 32159 | 779 | Motors Liquidation Company | $625,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CONNIE K KRIEGER TTEE<br>CONNIE K KRIEGER REV LIV TRUST<br>DTD 2/27/01<br>5979 MEADOWBROOK ROAD<br>BENTON HARBOR, MI 49022 | 5417 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CONNIE L BELLINGER<br>12658 REED RD W<br>PO BOX 5<br>HENDERSON HARBOR, NY 13651 | 6225 | Motors Liquidation Company | $39,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CONNIE MERCER SEP IRA<br>FCC AS CUSTODIAN<br>1785 SKYLINE DR<br>ROCHESTER HLS, MI 48306 | 23093 | Motors Liquidation Company | $9,760.17 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CONNIE S DYE<br>1660 E 250 N<br>COLUMBIA CITY, IN 46725 | 18734 | Motors Liquidation Company | $75,005.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| CONRAD J LEBRUN R/O IRA<br>FCC AS CUSTODIAN<br>7 WOODCHUCK LN<br>SOMERSWORTH, NH 03878 | 13964 | Motors Liquidation Company | $19,800.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CONRAD TAMONDONG IRA<br>C/O CONRAD TAMONDONG<br>101 CALIFORNIA AVE<br>WAHIAWA, HI 96786 | 12610 | Motors Liquidation Company | $9,400.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CONRAD TAMONDONG IRA<br>101 CALIFORNIA AVE<br>WAHIAWA, HI 96786 | 16212 | Motors Liquidation Company | $7,400.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CONSTANCE BERSANO<br>2902 E 29TH RD<br>SENECA, IL 61360 | 10842 | Motors Liquidation Company | $80,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CONSTANCE D WHITTAKER TTEE<br>CONSTANCE D WHITTAKER REV TR<br>U/A DTD 5-4-92<br>105 N HILLDALE RD<br>SALINA, KS 67401 | 7461 | Motors Liquidation Company | $49,992.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CONSTANCE DRAPEAU<br>RAOUL DRAPEAU<br>CONSTANCE DRAPEAU & UA<br>4/15/93 BY RAOUL DRAPEAU TIC<br>2410 LUCKETT AVE<br>VIENNA, VA 22180 | 4004 | Motors Liquidation Company | $47,391.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CONSTANCE H AMOS TRIPP TTEE<br>CONSTANCE H AMOS TRIPP REV LIV TRUST<br>U/A/D 1/1/99<br>785 YANKEE TRACE DR<br>CENTERVILLE, OH 45458 | 11824 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CONSTANCE J KINYON<br>623 BRIGADOON BLVD<br>SEQUIM, WA 98382 | 24068 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CONSTANCE PARRISH<br>4118 MURFIELD DR E<br>BRADENTON, FL 34203 | 19096 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CONSTANCE PHILLIPS<br>1190 HIGHWAY 7<br><br>EXCELSIOR, MN 55331<br>UNITED STATES OF AMERICA | 59773 | Motors Liquidation Company | $11,550.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CONSTANCE R. POOL, TTEE<br>FBO CONSTANCE R. POOL LIV TR<br>U/A/D 01/28/1998<br>205 CAPRI ST.<br>LAKEWAY, TX 78734 | 12746 | Motors Liquidation Company | $10,312.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CONSTANT M CONSTANT<br>118 PINNER STREET<br><br>SUFFOLK, VA 23434<br>UNITED STATES OF AMERICA | 14688 | Motors Liquidation Company | $4,976.88 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CONSTANTIN E MEGIRIS FONTINI MEGIRIS<br>CONSTANTIN E MEGIRIS<br>FOTINI A MEGIRIS JT TEN<br>14410 CYPRESS POINT<br>POWAY, CA 92064 | 43320 | Motors Liquidation Company | $96,769.07 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CONSTANTINE E CALLITSIS<br>1620 WINDSOR RD NE<br><br>MASSILLON, OH 44646 | 7504 | Motors Liquidation Company | $1,800.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CONSTANTINE PSIHARIS<br>2017 STANTON CT NORTH<br><br>ARLINGTON HTS, IL 60004 | 11831 | Motors Liquidation Company | $25,366.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CONTINENTAL ADMINISTRATION SERVICES LTD<br>C/O CAS SA<br>PO BOX 331 CHEMIN DE FONTENAILLES 4<br>1196 GLAND SWITZERLAND<br><br>SWITZERLAND | 64987 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CONWILL CASEY<br>MILDRED CASEY JT TEN<br>28 FRANKS COVE LN<br>GASBURG, VA 23857 | 28086 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| COOK FAMILY TRUST<br>LUCILLE COOK TTEE<br>U/A DTD 09/24/91<br>4941 S 2625 EAST<br>VERNAL, UT 84078 | 12144 | Motors Liquidation Company | $9,987.66 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| COPELAND FAMILY LLC<br>PAULA M COPELAND (GEN MGR COPELAND FAMILY LLC)<br>6499 MISTY RIDGE DR<br>BIRMINGHAM, AL 35235 | 10204 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| COPELAND FAMILY LLC<br>6499 MISTY RIDGE DRIVE<br>BIRMINGHAM, AL 35235 | 10205 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| COPPER MOUTNAIN COLLEGE FOUNDATION<br>6162 ROTARY WAY/ PO BOX 1398<br>JOSHUA TREE, CA 92252 | 60786 | Motors Liquidation Company | $5,400.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CORA A SNYDER<br>8 LAUREL COURT<br>LIMESTONE HILLS<br>WILMINGTON, DE 19808 | 15093 | Motors Liquidation Company | $110,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CORA HOEK IRA ACCOUNT<br>C/O CORA M HOEK<br>8331 ALAMO RD<br>BRENTWOOD, TN 37027 | 65575 | Motors Liquidation Company | $18,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CORA M GISSER<br>6600 KENTLAND AVE<br>WEST HILLS, CA 91307 | 5289 | Motors Liquidation Company | $12,815.85 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CORA MAYER<br>TOD ACCOUNT<br>8123 WESTLAKE DR<br>TAYLOR, MI 48180 | 62983 | Motors Liquidation Company | $3,675.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CORALINE INTERNATIONAL SA<br>VANTERPOOL PLAZA 2ND FLOOR<br>WICKHAMS CAY 1 ROAD TOWN<br>TORTOLA BRITISH VIRGIN ISLANDS<br>VIRGIN ISLANDS OF THE USA | 64307 | Motors Liquidation Company | $3,259,887.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| COREY ADAM PEKEROL<br>407 N MAGNOLIA AVE<br>MONROVIA, CA 91016 | 4795 | Motors Liquidation Company | $41,864.81 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CORINNA B JOHNSON<br>5450 WITHERSPOON DRIVE<br>G-207<br>COLFAX, NC 27235 | 14148 | Motors Liquidation Company | $26,005.65 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CORINNE HOGREVE<br>2214 E PALATINE RD<br>ARLINGTON HTS, IL 60004 | 12671 | Motors Liquidation Company | $15,970.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CORLISS Y CHASE IRA<br>FCC AS CUSTODIAN<br>2401 HEATHERLARK CIRCLE<br>PLEASANTON, CA 94566 | 30992 | Motors Liquidation Company | $1,454.37 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CORNELIA E TEPE<br>22 NIBLICK LN<br>LITTLETON, CO 80123 | 63450 | Motors Liquidation Company | $51,875.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CORNELIA M LEDERER<br>5 FOXHALL RD<br>SCARSDALE, NY 10583 | 10792 | Motors Liquidation Company | $29,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CORNELIUS GUENDEL<br>4 SPRINGVIEW CT<br>E PATCHOQUE, NY 11772 | 2769 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CORNELIUS W LOVINER<br>5199 WINLANE DR<br>BLOOMFIELD HILLS, MI 48302 | 17117 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CORTLANDT E SCHULT<br>15 CASTLE CT<br>FORT PIERCE, FL 34949 | 63592 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CORWIN & TEPPER PENSION PLAN FBO STANLEY TEPPER<br>C/O STANLEY TEPPER<br>1938 GRAND AVENUE<br>BALDWIN, NY 11510 | 65025 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CORWIN DENISON QUERREY JR RCT<br>15850 THOMPSON PEAK PKWY #1010<br>SCOTTSDALE, AZ 85260 | 16082 | Motors Liquidation Company | $43,300.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| COSMO DI TUCCI CGM IRA CUSTODIAN<br>COSMO DI TUCCI<br>CGM IRA CUSTODIAN<br>156-14 14TH AVE<br>BEECHHURST, NY 11357 | 18732 | Motors Liquidation Company | $32,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| COSTA JOHN CHARNAS<br>CGM IRA CUSTODIAN<br>22674 ENNISHORE<br>NOVI, MI 48375 | 17847 | Motors Liquidation Company | $60,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| COURTNEY JON GRAFF AND<br>KATHERINE M GRAFF JTWROS<br>20020 3RD DRIVE SE<br>BOTHELL, WA 98012 | 3742 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| COY V & BETTY STAGGS<br>321 SEMILLON CIRCLE<br>CLAYTON, CA 94517 | 38961 | Motors Liquidation Company | $12,205.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| COY WEINER<br>2217 HOLLISTER #312C<br>HOUSTON, TX 77080<br>UNITED STATES OF AMERICA | 62903 | Motors Liquidation Company | $55,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| COY WEINER<br>2217 HOLLISTER #312C<br>HOUSTON, TX 77080 | 63593 | Motors Liquidation Company | $55,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CPA 5.25 GM32SRCVDEB<br>STICHTING PENSIOENFONDS DSM NEDERLAND<br>POSTBUS 6500<br>6401JH HEERLEN  NETHERLANDS<br>.<br>NETHERLANDS | 14606 | Motors Liquidation Company | $596,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CRAIG ANTHONY REARDON<br>CHARLES SCHWAB & CO INC CUST<br>ROTH CONTRIBUTORY IRA<br>221 SUGAR MILL LN<br>CANTON, GA 30115 | 8977 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CRAIG BARANOWSKI<br>PO BOX 172<br>LONG LAKE, MI 48743 | 10300 | Motors Liquidation Company | $32,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Forty-Fifth Omnibus Objection**

## Exhibit A

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CRAIG BURTON<br>1205 WALSTON BRIDGE RD S<br><br>JASPER, AL 35501 | 21723 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CRAIG D CHABINO<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>8001 HEDGES<br>KANSAS CITY, MO 64138 | 6660 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CRAIG L GORLEY TTEE<br>CRAIG L GORLEY LIVING TRUST<br>58 LA GAVIOTA<br>PISMO BEACH, CA 93449 | 19197 | Motors Liquidation Company | $13,573.53 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CRAIG LOFTON AND KAREN SCHULTHEIS<br>1630 OLINDA RD<br><br>MAKAWAO, HI 96768 | 12414 | Motors Liquidation Company | $174,110.39 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CRAIG M FIELDS<br>315 S BEVERLY DR DR415<br><br>BEVERLY HILLS, CA 90212 | 30427 | Motors Liquidation Company | $19,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CRAIG NEUMAN & JEFFREY<br>NEUMAN & STEVEN NEUMAN &<br>RICHARD NEUMAN TEN/COM<br>6604 LINCO AVE<br>BALTIMORE, MD 21209 | 13436 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CRAIG R NEADER<br>25707 PARTRIDGE ROAD<br><br>BATAVIA, IL 60510 | 62853 | Motors Liquidation Company | $12,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CRAIG WOODFORD<br>JEAN WOODFORD<br>5418 SOUTHWIND CT<br>MORRISON, CO 80465 | 3310 | Motors Liquidation Company | $15,309.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CRAWFORD, JOHN P<br>2443 BARNETT CHAPEL RD<br><br>MARION, KY 42064 | 17472 | Motors Liquidation Company | $115,200.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CRAYTON A FARGASON<br>1283 BELVEDERE DR<br><br>BATON ROUGE, LA 70808 | 18088 | Motors Liquidation Company | $37,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CRESCENTINO & MARY JEAN CALMI<br>37104 ROSEBUSH<br><br>STERLING HTS, MI 48310 | 39031 | Motors Liquidation Company | $10,307.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CROCE GIAN FRANCO<br>LA SCALA<br>STUDIO LEGALE E TRIBUTARIO<br>CSO MAGENTA N 42<br>20123 MILANO ITALY<br><br>ITALY | 67160 | Motors Liquidation Company | $13,765.61 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CSA SCHOLARSHIP FUND<br>DANIEL J WENZLER SR<br>122 W 22ND ST<br>OAK BROOK, IL 60523 | 21984 | Motors Liquidation Company | $27,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CULAK FAMILY LIVING TRUST<br>DTD 11/12/1994<br>HENRIETTA M CULAK TTEE<br>1438 GLOURIE DRIVE<br>HOUSTON, TX 77055 | 28286 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CULLINS FAMILY TRUST<br>VIRGINIA CULLINS TTEE<br>DTD 9/26/2002<br>67 ENCANTADO CANYON<br>RANCHO SANTA MARG, CA 92688 | 27290 | Motors Liquidation Company | $52,275.30 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CURLEY FAMILY TRUST<br>U/A DTD 08/17/1998<br>PATRICIA C CURLEY & JAMES O CURLEY TTEE<br>20227 N DENIZEN DR<br>SURPRISE, AZ 85387 | 4086 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CURT P TELLER ACCOUNTANCY<br>CORP EMPLOYEE'S PENSION TR<br>12444 VICTORY BLVD., #503<br>N. HOLLYWOOD, CA 91606 | 28305 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CURTIS A COOK<br>19051 86TH AVE NE<br><br>BOTHELL, WA 98011 | 61498 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CURTIS A PEARSON & RAMONA PEARSON<br>CURTIS A PEARSON & RAMONA H PEARSON JT TEN<br>1619 VIRGINIA AVE S<br>MINNEAPOLIS, MN 55426 | 28364 | Motors Liquidation Company | $50,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| CURTIS B BROOKS & ELEANA G BROOKS JOINT REVOCABLE TRUST CURTIS B BROOKS & ELEANA G BROOKS CO-TTEES DTD 6/11/2001 723 HARVARD LN NEWARK, DE 19711 | 26914 | Motors Liquidation Company | $13,587.55 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CURTIS B BROOKS IRA FCC AS CUST U/A DTD 4/18/85 723 HARVARD LN NEWARK, DE 19711 | 26632 | Motors Liquidation Company | $10,157.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CURTIS B BROOKS IRA FCC AS CUST U/A DTD 4/18/85 723 HARVARD LN NEWARK, DE 19711 | 26913 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CURTIS E ROPER TWILA M ROPER PO BOX 2825 LA GRANDE, OR 97850 | 8094 | Motors Liquidation Company | $10,418.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CURTIS E ROPER & TWILA M ROPER TTEE CURTIS E ROPER & TWILA M ROPER TRUST UAD 2-8-94 PO BOX 2825 LAGRANDE, OR 97850 | 4683 | Motors Liquidation Company | $20,737.48 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CURTIS FINCH, JR 6 RIVER GLEN CIRCLE LITTLE ROCK, AR 72202 | 31244 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CURTIS G SINCLAIR  BGT PRODUCTIONS TRUST CURTIS G SINCLAIR BGT PRODUCTIONS TRUST II 1001 S GEORGIA AMARILLO, TX 79102 | 13164 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CURTIS G. CULVER 5104 RUE VENDOME LUTZ, FL 33558 | 19665 | Motors Liquidation Company | $25,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CURTIS JOSEPH ANDERSON 20620 MANNING TRL N SCANDIA, MN 55073 | 12774 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CURTIS R LITTLE<br>6916 FORESTWOOD DRIVE<br><br>FORT WAYNE, IN 46815 | 68332 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CW EARP<br>5112 DANA DRIVE<br><br>FORT WORTH, TX 76117 | 28916 | Motors Liquidation Company | $11,140.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CWH CONSULTANTS<br>ATTN CHARLES W HATCH<br>1250 JONES ST<br>NEWBERRY, SC 29108 | 16864 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CY CARNEY JR RESIDUE TRUST<br>DTD 12/27/1995<br>BETTA M CARNEY SUCCESSOR TTEE<br>1 TREE TOPS LN #1001<br>LITTLE ROCK, AR 72202 | 7577 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CYNTHIA A CAVANAUGH<br>3775 FARMERSVILLE RD<br><br>EASTON, PA 18045 | 62131 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CYNTHIA A CAVANAUGH<br>3775 FARMERSVILLE RD<br><br>EASTON, PA 18045 | 63649 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CYNTHIA A. ABEL<br>34 BIRCHWOOD LANE<br><br>ASHEVILLE, NC 28805 | 3260 | Motors Liquidation Company | $7,481.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CYNTHIA ANN BELLACK<br>21 BRECKENRIDGE DRIVE<br><br>SHAMONG, NJ 08088 | 1251 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CYNTHIA ANN SALAZAR AS WRONGFUL DEATH HEIR<br>C/O HAROWITZ & TIGERMAN LLP<br>450 SANSOME STREET 3RD FLOOR<br>SAN FRANCISCO, CA 94111 | 37061 | Motors Liquidation Company | $500,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CYNTHIA B LINCOLN<br>60 WOODSTOCK RD<br><br>WOODSTOCK, CT 06281 | 44116 | Motors Liquidation Company | $4,962.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Fifth Omnibus Objection
## Exhibit A
Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CYNTHIA BOMPEY AND HARRY C KUPFERBERG TTEESNON EXEMPT MARITAL TR. U/ SEC.2.3 UTA SAM KUPFERBERG REV.TR. 6/2/94 1270 NORTH AVE APT.# 1-J NEW ROCHELLE, NY 10804 | 13125 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CYNTHIA H VAIL CYNTHIA H VAIL TTEE CYNTHIA VAIL REVOCABLE TRUST U/A DTD 6/21/99 PO BOX 643966 VERO BEACH, FL 32964 UNITED STATES OF AMERICA | 7261 | Motors Liquidation Company | $6,970.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CYNTHIA JOHNSON DAILEY 5009 EASTCHESTER CIR ALEXANDRIA, VA 22310 | 22412 | Motors Liquidation Company | $17,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CYNTHIA L PARDEE CHARLES SCHWAB & CO INC.CUST IRA ROLLOVER 4291 SIR JOHN AVENUE NORTH ROYALTON, OH 44133 | 60055 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CYNTHIA M BORGES 172 MOUSE MILL RD WESTPORT, MA 02790 | 12426 | Motors Liquidation Company | $1,200.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CYNTHIA MARSH AND WENDELL VANDERSLUIS 2588 UPTON AVE SOUTH MINNEAPOLIS, MN 55405 UNITED STATES OF AMERICA | 59775 | Motors Liquidation Company | $3,075.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CYNTHIA N MASTRO TTEE CYNTHIA N MASTRO TRUST U/A 8/26/1993 101 HUNTERS TRAIL WEST ELIZABETH CITY, NC 27909 | 65023 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CYNTHIA NOETTE BANWARTH CYNTHIA N BANWARTH 2912 BREEZY RD VIRGINIA BEACH, VA 23451 | 10470 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CYNTHIA P RUSSELL 785 BRIGGS RD SALISBURY, NC 28147 | 5217 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CYNTHIA R LEFKOWITZ TR<br>CYNTHIA LEFKOWITZ TTEE<br>U/A DTD 02/26/1997<br>9923 JULLIARD DRIVE<br>BETHESDA, MD 20817 | 5775 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CYNTHIA RAND<br>51 BROOKVIEW TERR<br>PORTLAND, ME 04102 | 21856 | Motors Liquidation Company | $1,981.49 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CYNTHIA ROMM<br>138 DAY COURT<br>MAHWAH, NJ 07430 | 16641 | Motors Liquidation Company | $159,390.37 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CYNTHIA RUOFF AND GARY RUOFF JT WROS<br>CYNTHIA & GARY RUOFF<br>1848 SKYLER DR<br>KALAMAZOO, MI 49008 | 60463 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CYNTHIA S COLEMAN<br>8605 E PEMBROOK DR<br>TUCSON, AZ 85715 | 11096 | Motors Liquidation Company | $4,976.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CYNTHIA STAEHLE<br>813 E BUTLER AVE<br>VINELAND, NJ 08361 | 12458 | Motors Liquidation Company | $9,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CYNTHIA STERN<br>79-06  212TH STREET<br>FLUSHING, NY 11364 | 30621 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CYPROMAN SERVICES LTD AS TRUSTEES OF THE COKIBA TRUST<br>ARLENE NAHIKIAN<br>12 ESPERIDON STREET 4TH FLOOR<br>PC 1087 NILOSIA CYPRUS<br><br>CYPRUS | 38925 | Motors Liquidation Company | $32,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CYRUS BALTUS & JOYCE BALTUS<br>CYRUS BALTUS & JOYCE BALTUS JT TEN<br>1244 SHERWOOD DR<br>VINELAND, NJ 08361 | 14054 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CYRUS PAKRAVAN<br>61 JUNIPER RD<br><br>NEW CANAAN, CT 06840 | 15715 | Motors Liquidation Company | $3,763.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CYRUS PAKRAVAN<br>61 JUNIPER RD<br><br>NEW CANAAN, CT 06840 | 15716 | Motors Liquidation Company | $6,890.27 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CYRUS PHIROZE BILLIMORIA<br>CHARLES SCHWAB & CO INC CUST<br>ROTH CONTRIBUTORY IRA<br>48 ALDER ST<br>WALTHAM, MA 02453 | 22462 | Motors Liquidation Company | $4,175.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| D B MATHIS & D K MATHIS CO-TTEE<br>DAVID B MATHIS REV TR U/A<br>DTD 09/13/1996<br>733 PLANTATION ESTATES DR APT D103<br>MATTHEWS, NC 28105 | 8470 | Motors Liquidation Company | $25,821.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| D BOWDEN & J BOWDEN CO-TTEE<br>DOROTHY G BOWDEN REV TR U/A<br>DTD 07/15/1996<br>ONE JOHN ANDERSON DRIVE APT 619<br>ORMOND BEACH, FL 32176 | 65368 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| D D VILLA & J L VILLA CO-TTEE<br>DOROTHY D VILLA REV TRUST U/A<br>DTD 06/15/1990<br>1200 GULF BLVD UNIT 2105<br>CLEARWATER, FL 33767 | 9657 | Motors Liquidation Company | $40,664.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| D DAY & S DAY TTEE<br>D. DAY AND S. DAY 1996 TRUST<br>U/A DTD 05/07/1996<br>770 CARLISLE WAY<br>SUNNYVALE, CA 94087 | 23564 | Motors Liquidation Company | $51,935.85 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| D DWIGHT ROQUET RECOVABLE TRUST U/A/D 1 28 97<br>D DWIGHT ROQUET TTEE & IONE MARIE ROQUET TTEE<br>3002 FLEMING AVE<br>DES MOINES, IA 50310 | 16504 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| D DWIGHT ROQUET REVOCABLE<br>TRUST U/A/D 1 28 97<br>D DWIGHT ROQUET TTEE &<br>IONE MARIE ROQUET TTEE<br>3002 FLEMING AVE<br>DES MOINES, IA 50310 | 16502 | Motors Liquidation Company | $6,353.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Forty-Fifth Omnibus Objection**

## Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| D DWIGHT ROQUET REVOCABLE TRUST U/A/D 1 28 97<br>D DWIGHT ROQUET TTEE & IONE MARIE ROQUET TTEE<br>3002 FLEMING AVE<br>DES MOINES, IA 50310 | 16503 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| D EVELYN PETERING TTEE<br>U/A DTD 6/02/05<br>D EVELYN PETERING<br>REV LIVING TRUST<br>350 W SCHAUMBURG RD D328<br>SCHAUMBURG, IL 60194 | 13455 | Motors Liquidation Company | $18,006.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| D GRAY DALTON<br>15 FAIRGREEN PLACE<br>CHESTNUT HILL, MA 02467 | 17681 | Motors Liquidation Company | $32,728.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| D GRAY DALTON<br>15 FAIRGREEN PLACE<br>CHESTNUTT HILL, MA 02467 | 17682 | Motors Liquidation Company | $38,422.85 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| D IRENE TALLENT<br>60 LUNDBERG PL<br>WEISER, ID 83672 | 28319 | Motors Liquidation Company | $2,100.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| D J HOLYOAK & J G HOLYOAK CO-TTEE<br>J GORDON & DONA HOLYOAK TRUST U/T/A<br>DTD 05/19/2000<br>12059 E BELLA VISTA DRIVE<br>SCOTTSDALE, AZ 85259 | 12183 | Motors Liquidation Company | $1,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| D JOAN LENNIS TRUST<br>U/A/D 2 29 96<br>D JOAN LENNIS TRUSTEE<br>25338 CROWN POINT CT<br>FARMINGTON HILLS, MI 48335 | 65709 | Motors Liquidation Company | $10,453.15<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| D LACY & S LACY TTEE<br>DAVID LACY REVOCABLE TRUST<br>U/A DTD 09/06/2000<br>3806 SW WINDEMERE DR<br>LEES SUMMIT, MO 64082 | 26556 | Motors Liquidation Company | $15,337.96 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| D MARSHALL NELSON<br>D MARSHALL NELSON & JANINE U NELSON, CO-TRUSTEES<br>NELSON FAMILY TRUST DATED 5/22/95<br>618 LAKESHORE BLVD<br>INCLINE VILLAGE, NV 89451 | 14512 | Motors Liquidation Company | $50,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| D NESBIT & M NESBIT TTEE<br>NESBIT FAMILY LIVING TRUST<br>U/A DTD 07/26/1996<br>161 BUTTERCUP LN<br>CHARLOTTESVILLE, VA 22902 | 5601 | Motors Liquidation Company | $9,786.22 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| D PETER WISE<br>CGM IRA ROLLOVER CUSTODIAN<br>1023 WOODLAND AVENUE<br>SPRINGFIELD, IL 62704 | 14198 | Motors Liquidation Company | $4,043.88 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| D R FELMAN & V RONES CO-TTEE<br>DORIS RONES FELMAN REV LIV TR B<br>U/T/A DTD 04/28/2008<br>11377 SW 84TH ST APT 206<br>MIAMI, FL 33173 | 15196 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| D R STAPLETON C/O B STAPLETON<br>TOD B STAPLETON K STAPLETON<br>SUB TO STA RULES<br>5915 W ADLER ST<br>MILWAUKEE, WI 53214 | 26910 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| D S WHYTE & S G WHYTE CO-TTEE<br>THE WHYTE FAMILY REV LIVING TRUST<br>U/A DTD 07/06/2002<br>922 CAJON STREET<br>REDLANDS, CA 92373 | 25254 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| D. JERRY STRIPLING IRA<br>FCC AS CUSTODIAN<br>620 EAST 25TH AVE<br>CORDELE, GA 31015 | 10983 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DA JOHNSON<br>PO BOX 881<br>GRAPEVINE, TX 76099 | 11984 | Motors Liquidation Company | $5,510.05 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAGMAR LANGLOIS<br>25 NEWCREST DR<br>ROCHESTER, NY 14618 | 23328 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DALCO FINANCIAL SERVICES<br>PENSION AND PROFIT SHARING<br>PO BOX 25810<br>SANTA ANA, CA 92799 | 62389 | Motors Liquidation Company | $50,058.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DALE A & BONNIE M CREAGER<br>12588 CO RD E<br><br>WAUSEON, OH 43567 | 22521 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DALE A WALLACE<br>335 SE 6TH AVE # N-306<br><br>DELRAY BEACH, FL 33483 | 10671 | Motors Liquidation Company | $10,102.72 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DALE B WINDHORN<br>DESIGNATED BENE PLAN/TOD<br>604 KNIGHT ST APT 107<br>SAINT PETER, MN 56082 | 2591 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DALE COURTNEY & DORIS COURTNEY<br>DALE COURTNEY &<br>DORIS COURTNEY JTWROS<br>761 SFC 414<br>WIDENER, AR 72394 | 5388 | Motors Liquidation Company | $95,852.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DALE DAILY IRA<br>FCC AS CUSTODIAN<br>6125 HEMINGWAY PLACE<br>WESTERVILLE, OH 43082 | 10245 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DALE E KING  &<br>MARILYN R KING JT WROS<br>HC 71 BOX 1428<br>SAN LORENZO, NM 88041 | 5159 | Motors Liquidation Company | $21,008.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DALE E NEBE<br>2719 TANAGER DR<br><br>WILMINGTON, DE 19808 | 7875 | Motors Liquidation Company | $13,804.32 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DALE E SCHWANTES<br>304 W 27TH CIRCLE<br><br>MARSHFIELD, WI 54449 | 10334 | Motors Liquidation Company | $10,256.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DALE FAMILY DISCLAIMER TRUST<br>UAD 06/18/91<br>LORING J DALE TTEE C/O LORING J DALE - TRUSTEE<br>2392 BLOSSOM LN<br>DURHAM, CA 95938 | 69101 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DALE H GRATZ & MARY L GRATZ<br>18002 HWY 12 NE<br><br>ATWATER, MN 56201 | 4929 | Motors Liquidation Company | $24,392.40 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DALE L & KELLY J BURNICK LIV TRU<br>DALE L & KELLY J BURNICK TTEES<br>DTD 4/18/2002<br>915 E 660TH AVE<br>MULBERRY, KS 66756 | 14868 | Motors Liquidation Company | $21,093.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DALE L WOPSCHALL<br>PO BOX 497<br>PASADENA, CA 91102 | 28182 | Motors Liquidation Company | $75,625.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DALE L ZIMMER<br>BEVERLY J ZIMMER<br>1629 DENNETT LN<br>ROCHESTER HLS, MI 48307 | 22847 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DALE LEE NUNEZ MD<br>3096 NW 123RD PL<br>PORTLAND, OR 97229<br>UNITED STATES OF AMERICA | 14536 | Motors Liquidation Company | $10,989.85 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DALE M COUCH<br>3121 EVENING WAY<br>UNIT D<br>LA JOLLA, CA 92037 | 11461 | Motors Liquidation Company | $37,915.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DALE W BUSBY<br>5756 NEWTON RD<br>ODESSA, MO 64076 | 8993 | Motors Liquidation Company | $20,205.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DALE W NUSZLOCH TOD<br>LUANN E NUSZLOCH<br>SUBJECT TO STA RULES<br>2743 SPIRIT ROCK TRAIL<br>RENO, NV 89511 | 15485 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DALLAS REEVES<br>9974 E DEER RUN DRIVE<br>TERRA HAUTE, IN 47803 | 67766 | Motors Liquidation Company | $25,890.63 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DALTON K MYLES<br>11924 TARRYNOT LANE<br>CARMEL, IN 46033 | 12813 | Motors Liquidation Company | $8,650.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| DAMIEN & BETTY J BUCHKOWSKI<br>11022 WHITE LAKE RD<br><br>FENTON, MI 48430 | 22429 | Motors Liquidation Company | $17,500.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAN & BEVERLY LIGHT<br>1028 HARDWICK TRAIL<br><br>KELLER, TX 76248<br>UNITED STATES OF AMERICA | 18050 | Motors Liquidation Company | $154,421.73 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAN C DICKERSON<br>& MARY M DICKERSON JTTEN<br>105 WILD ROSE CIRCLE<br>FRUITLAND, ID 83619 | 16420 | Motors Liquidation Company | $18,994.66 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAN C KIRKPATRICK<br>23692 VIA PELLICER<br><br>MISSION VIEJO, CA 92692 | 11388 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAN CEGLA<br>KONRAD-ADENAUER-RING 91<br>NEUSS 41464 GERMANY<br>,<br>GERMANY | 19232 | Motors Liquidation Company | $25,172.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAN DOYLE 401K<br>DAN P DOYLE<br>15502 SAN MILO DR<br>HOUSTON, TX 77068 | 15063 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAN J MORGAN<br>3 EVANS RD<br><br>MARLTON, NJ 08053 | 20850 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAN M PAINTER<br>PO BOX 145<br><br>MT ORAB, OH 45154 | 5185 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAN P ZANARINI<br>154 VENTANA DR<br><br>KISSIMMEE, FL 34759 | 61175 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAN RALEY &<br>LOUANN RALEY JTWROS<br>3300 BONNIE RD<br>AUSTIN, TX 78703 | 10915 | Motors Liquidation Company | $102,695.78 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DAN RICHARD & LORRAINE SUSAN GERDS REV TR U/A/D 7-20-04 DAN RICHARD & LORRAINE SUSAN GERDS TRUSTEES 3055 S HOOVER AVE GLADWIN, MI 48624 | 22690 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAN SHULER & LORI SHULER JT TEN 29842 RAINBOW CREST DR AGOURA HILLS, CA 91301 | 13973 | Motors Liquidation Company | $75,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAN SHULER AND LORI SHULER 29842 RAINBOW CREST DR AGOURA HILLS, CA 91301 | 13974 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANA A KRAMER 45718 MASTERS DR TEMECULA, CA 92592 | 18825 | Motors Liquidation Company | $45,146.20 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANA C LARSON PO BOX 10242 MIDLAND, TX 79702 | 19947 | Motors Liquidation Company | $8,284.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANA JAFFE-UNGER 201 EAST 66TH ST #16A NEW YORK CITY, NY 10065 | 68967 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANA JAFFE-UNGER 201 E 66TH ST APT 16A NEW YORK, NY 10065 | 68968 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANA R WARTH 5140 TOKAY DR FLINT, MI 48507 | 17313 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANA T ADAMS MICHAEL R ADAMS JTTEN 4557 HUFFMAN MILL RD HOPKINSVILLE, KY 42240 | 15022 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANA T ADAMS MICHAEL R ADAMS JT TEN 4557 HUFFMAN MILL RD HOPKINSVILLE, KY 42240 | 15023 | Motors Liquidation Company | $80,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DANAMAE V BARKER BENEFICIAL HOLDER<br>DANAMAE V BARKER TTEE DANAMAE V BARKER TRUST<br>15146 PALM ISLE DRIVE<br>FORT MYERS, FL 33919 | 463 | Motors Liquidation Company | $25,546.88 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANE & CONNIE CLYBURN<br>DANE CLYBURN<br>CONNIE CLYBURN<br>11970 LUCAS RD<br>GREENFIELD, OH 45123 | 8772 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANEL A GILLARD & DORIS M GILLARD TEN COM<br>3800 NORTON DR<br>RICHLAND HILLS, TX 76118 | 5075 | Motors Liquidation Company | $20,697.90 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANICA SPASOJEVIC & SRDJAN SP<br>902 GRANVILLE COURT<br>LEXINGTON, KY 40503 | 7710 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANIEL A AVERY<br>2667 RIVER BLUFF PARKWAY #119<br>SARASOTA, FL 34231<br>UNITED STATES OF AMERICA | 7941 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANIEL AKDEMIR<br>MOTZSTR 30<br>10777 BERLIN GERMANY<br>,<br>GERMANY | 43271 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANIEL AND KIMBELY HALL<br>4654 STONECLIFFE DRIVE<br>EAGAN, MN 55122<br>UNITED STATES OF AMERICA | 59768 | Motors Liquidation Company | $5,050.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANIEL AND MYRA HOSHOWSKI<br>DANIEL HOSHOWSKI<br>MYRA HOSHOWSKI<br>1212 ANVIL COURT<br>ADDISON, IL 60101 | 10976 | Motors Liquidation Company | $20,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANIEL AND VIVIEN E SCHECTER TTEES<br>11 VOORHIS DRIVE<br>OLD BETHPAGE, NY 11804 | 15487 | Motors Liquidation Company | $13,744.66 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DANIEL B KEYES - IRA #1<br>FCC AS CUSTODIAN<br>112 HILLSIDE AVE<br>ELKTON, VA 22827 | 64115 | Motors Liquidation Company | $162,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANIEL B KEYES IRA#1<br>FCC AS CUSTODIAN<br>112 HILLSIDE AVE<br>ELKTON, VA 22827 | 64116 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANIEL BETHEM IRA<br>FCC AS CUSTODIAN<br>4760 PIN OAK RD<br>AKRON, OH 44333 | 1949 | Motors Liquidation Company | $14,604.76 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANIEL BLAIR<br>DAN BLAIR<br>15 SETTLERS COURT<br>MORRISON, ONTARIO  N0B 2C0, CANADA<br><br>CANADA | 16662 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANIEL C FOY<br>1235 ASHLAND AVE<br>WILMETTE, IL 60091<br>UNITED STATES OF AMERICA | 62136 | Motors Liquidation Company | $4,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANIEL C PERRY<br>2004 RANCH BLUFF WAY<br>EL DORADO HILLS, CA 95762 | 28049 | Motors Liquidation Company | $159,052.68 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANIEL C SALEH<br>1520 CLUBVIEW<br>TYLER, TX 75701 | 17666 | Motors Liquidation Company | $31,635.13 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANIEL D DOYLE IRA<br>DANIEL D DOYLE<br>7832 ESTRELLA CT<br>SARASOTA, FL 34238 | 9264 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANIEL D LANGLEBEN<br>212 IDRIS RD APT H-3<br>MERION STATION, PA 19066 | 63942 | Motors Liquidation Company | $3,247.16 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Fifth Omnibus Objection

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DANIEL D SECRIST JR & DOROTHY A SECRIST<br>DOROTHY A SECRIST<br>3440 LANDON ST<br>LYNCHBURG, VA 24503 | 5862 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANIEL E HERRING JR<br>C/O WHITENER CAPITAL MANAGEMENT, INC<br>PO BOX 7743<br>ROCKY MOUNT, NC 27804 | 15310 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANIEL E MCINTYRE<br>21 WELLINGTON AVENUE<br>SHORT HILLS, NJ 07078 | 64470 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANIEL E ROSENTHAL &<br>RICHARD ROSENTHAL JT WROS<br>P.O. BOX 1021<br>CARMEL VALLEY, CA 93924 | 14585 | Motors Liquidation Company | $3,112.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANIEL F BUHR<br>735 LYNKAYLEE DR<br>WATERLOO, IA 50701 | 16302 | Motors Liquidation Company | $10,185.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANIEL FITZGERALD<br>94 EAST AVENUE<br>APT F<br>NEW CANAAN, CT 06840 | 23060 | Motors Liquidation Company | $45,502.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANIEL H HAIRE AND KATHLEEN H HAIRE<br>JOINT TENANTS (JTWROS)<br>KATHLEEN H HAIRE<br>7325 BONNEY HILL RD<br>HAMILTON, NY 13346 | 45823 | Motors Liquidation Company | $10,356.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANIEL H HIRE<br>135 DECKER ST<br>BELLEVUE, OH 44811 | 1933 | Motors Liquidation Company | $4,802.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANIEL J CHRISTIE IRA<br>FCC AS CUSTODIAN<br>620 EDGEWATER DRIVE #202<br>DUNEDIN, FL 34698 | 7759 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANIEL J DEERING III<br>9629 FAIRWOOD CT<br>PORT ST LUCIE, FL 34986 | 11192 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

## Exhibit A

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DANIEL J EGAN JR T O D<br>PO BOX 214<br><br>LINCOLN, NM 88338 | 2994 | Motors Liquidation Company | $15,312.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANIEL J MARTIN ACF<br>KAYLEE RAE MARTIN U/OK/UTMA<br>413 WOODHOLLOW TRAIL<br>EDMOND, OK 73012 | 23287 | Motors Liquidation Company | $2,098.62 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANIEL J. QUILL<br>CGM IRA CUSTODIAN<br>314 RIO TERRA<br>VENICE, FL 34285 | 28926 | Motors Liquidation Company | $45,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANIEL K MATHER<br>KELLY J MATHER<br>733 N FISCHER CIR<br>SEBASTIAN, FL 32958 | 6203 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANIEL L KROENCKE<br>19232 N CATHEDRAL POINT CT<br><br>SURPRISE, AZ 85387 | 10206 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANIEL LEEDS<br>C/O JERRY LEEDS<br>25009 WIMBLEDON RD<br>CLEVELAND, OH 44122 | 10934 | Motors Liquidation Company | $16,466.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANIEL LEON HALL TTEE<br>LOTTIE C HALL TRUST<br>U/A/D 7/6/88<br>102 HORSESHOE BAY N BLVD<br>HORSESHOE BAY, TX 78657 | 3421 | Motors Liquidation Company | $27,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANIEL M MCCORRY<br>23641 COUNTY RD 109<br><br>MENAHGA, MN 56464 | 21940 | Motors Liquidation Company | $51,781.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANIEL M NICKELS<br>25495 RANCHWOOD<br><br>FARMINGTON HILLS, MI 48331 | 2689 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANIEL M WALPOLE & DOLORES E. WALPOLE JT TEN<br>305 ONEIDA<br><br>CANTON, OH 44708 | 1950 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DANIEL MOSCATELLO IRRL<br>11 ELLWOOD ROAD<br><br>E BRUNSWICK, NJ 08816<br>UNITED STATES OF AMERICA | 27246 | Motors Liquidation Company | $30,988.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANIEL MOSSERI &<br>DENISE MOSSERI TTEE U/A/D 07/25/91<br>FBO MOSSERI FAMILY TRUST<br>15727 LOCH MAREE LANE APT 4805<br>DELRAY BEACH, FL 33446 | 4510 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANIEL ONOVE/DONNA ONOVE<br>220 WEST PASSAIC AVE<br><br>BLOOMFIELD, NJ 07003 | 21570 | Motors Liquidation Company | $5,759.46 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANIEL P KOLESAR<br>PO BOX 163<br><br>SONOITA, AZ 85637 | 64804 | Motors Liquidation Company | $266.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANIEL P KOLESAR<br>PO BOX 163<br><br>SONOITA, AZ 85637 | 64805 | Motors Liquidation Company | $744.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANIEL R HARPER TRUSTEE<br>5571 HALIFAX AVE<br><br>FORT MYERS, FL 33912 | 3541 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANIEL R MACIOCE AND<br>VALERIE J MACIOCE JTWROS<br>TOD REGISTRATION<br>1117 DOYLE ROAD<br>DELTONA, FL 32725 | 11640 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANIEL R. DAVIS (IRA)<br>FCC AS CUSTODIAN<br>12400 VAN BUREN STREET<br>CROWN POINT, IN 46307 | 3828 | Motors Liquidation Company | $16,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANIEL ROTHSTEIN<br>17630 NORTHVIEW DR<br><br>CHAGRIN FALLS, OH 44023 | 16650 | Motors Liquidation Company | $5,103.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANIEL S KULPA<br>6606 SHORESIDE DR<br><br>FORT WAYNE, IN 46845 | 16717 | Motors Liquidation Company | $1,600.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| DANIEL S MAISEL<br>CGM IRA ROLLOVER CUSTODIAN<br>6141 EVIAN PLACE<br>BOYNTON BEACH, FL 33437 | 2546 | Motors Liquidation Company | $10,850.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANIEL STUMPH<br>1221 CEDAR RIDGE CT<br>COLLINSVILLE, IL 62234 | 20894 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANIEL T HEARD &<br>BEATRICE L DE ARMOND JT TEN<br>314 VALENTINA<br>GALLUP, NM 87301 | 21513 | Motors Liquidation Company | $31,322.70 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANIEL TEAL &<br>JEANETTE TEAL JT TIC<br>6483 SECTION LINE ROAD<br>ALBERTVILLE, AL 35950 | 45580 | Motors Liquidation Company | $52,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANIEL TOPKIN<br>16528 DEL PALACIO CT<br>DELRAY BEACH, FL 33484 | 11330 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANIEL W DOW<br>2668 RIDGEWAY AVE<br>ROCHESTER, NY 14626 | 28171 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANIEL W MCFARLAND &<br>BARBARA J MCFARLAND JT TEN<br>9211 BAYBERRY BEND #104<br>FT MYERS, FL 33908 | 20620 | Motors Liquidation Company | $10,289.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANIEL W MOBLEY   AND<br>KATHLEEN A MOBLEY<br>JT TEN<br>575 S VIRGINIA HILLS DR #302<br>MCKINNEY, TX 75070 | 5640 | Motors Liquidation Company | $20,188.31 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANIEL W SAUER<br>1301 WABASH AVE<br>DAYTON, OH 45405 | 63740 | Motors Liquidation Company | $315.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANIEL W SWALLOM<br>47 PASTURE ROAD<br>READING, MA 01867 | 46255 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DANIEL W YODER<br>HELEN W YODER<br>805 OLDE HICKORY RD<br>APT 123<br>LANCASTER, PA 17601 | 11573 | Motors Liquidation Company | $39,845.40 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANIEL ZAVALA AND<br>MARIE HELENE ZAVALA JTWROS<br>1509 MINTWOOD DRIVE<br>MCLEAN, VA 22101 | 9552 | Motors Liquidation Company | $100,543.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANIELA BUCIERKA<br>5071 VENTURA DR<br>DELRAY BEACH, FL 33437 | 22465 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANILO BASTA TRUST<br>902 GRANVILLE COURT<br>LEXINGTON, KY 40503 | 7707 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANNIE M SIMPSON & MARIA CRISTINA SIMPSON<br>DANNIE M SIMPSON &<br>MARIA CRISTINA SIMPSON JTTN<br>305 BAUCOM DEESE RD<br>MONROE, NC 28110 | 10381 | Motors Liquidation Company | $628,125.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANNY & ELEANOR KIVOWITZ<br>LIV TR DTD 3/12/97<br>ELEANOR KIVOWITZ TTEE<br>23507 ANN'S CHOICE WAY<br>WARMINSTER, PA 18974 | 20854 | Motors Liquidation Company | $45,005.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANNY CHUNG<br>2420 ABADEJO<br>LA VERNE, CA 91750 | 9646 | Motors Liquidation Company | $200,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANNY DOMINIC<br>3303 DOAGIE<br>SAN ANTONIO, TX 78247 | 30723 | Motors Liquidation Company | $43,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANNY HOWARD<br>1136 MYERS RD<br>CARLISLE, KY 40311 | 5834 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DANNY J LIST<br>8942 CHURCH DR<br><br>VASSAR, MI 48768 | 10737 | Motors Liquidation Company | $37,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANNY M BROWN<br>JANE L BROWN<br>309 OAK CREST DR<br>CEDARTOWN, GA 30125 | 26820 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANNY M BROWN<br>JANE L BROWN<br>309 OAK CREST DRIVE<br>CEDARTOWN, GA 30125 | 26821 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANNY M HAYES & STEVE F HAYES & MARLENE JONES JTWROS<br>358 W COLUMBUS ST<br><br>DADEVILLE, AL 36853<br>UNITED STATES OF AMERICA | 65030 | Motors Liquidation Company | $22,600.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANNY SM CHEUNG<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>1908 OAKGATE ST<br>MONTEREY PARK, CA 91755 | 1687 | Motors Liquidation Company | $25,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DARL G WILLIAMS<br>2331 SHOREHAM HIGHLANDS<br><br>ST JOSEPH, MI 49085 | 15393 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DARLENE E JEWETT<br>38056 MARLENE DRIVE<br><br>CLINTON TOWNSHIP, MI 48038 | 1314 | Motors Liquidation Company | $4,666.44 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DARLENE JEWETT<br>TOD ACCOUNT<br>38056 MARLENE DRIVE<br>CLINTON TWP, MI 48038 | 12073 | Motors Liquidation Company | $4,666.44 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DARLENE YOUNG<br>609 LOCUST RD<br><br>BRIELLE, NJ 08730<br>UNITED STATES OF AMERICA | 27240 | Motors Liquidation Company | $35,657.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DARLENE YOUNG IRRL<br>609 LOCUST RD<br><br>BRIELLE, NJ 08730<br>UNITED STATES OF AMERICA | 27241 | Motors Liquidation Company | $51,624.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DARLINE J GOODSELL<br>22203 260TH AVE SE<br><br>MAPLE VALLEY, WA 98038 | 8524 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DARNELL FAMILY TRUST U/A DTD 06/16/75<br>LARRY L DARNELL TTEE<br>3909 SHAKER RUN CIRCLE<br>FAIRFIELD, CA 94533 | 16869 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DARRAH FAMILY TRUST<br>VERNON DARRAH<br>2029 MT BRYNION RD<br>KELSO, WA 98626 | 28294 | Motors Liquidation Company | $10,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DARREL MAZENKO<br>4225 DRIFTWOOD PLACE<br><br>DISCOVERY BAY, CA 94505 | 7735 | Motors Liquidation Company | $10,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DARRELL AND MARY JAMES<br>1218 WHISPERING OAKS DR<br><br>DESOTO, TX 75115 | 28089 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DARRELL CLARK<br>608 SUNDOWN RD<br><br>FULTON, NY 13069 | 11902 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DARRELL G WALLS & BARBARA J WALLS TTEES<br>UTD 02/12/92<br>FBO DARRELL G WALLS & BARBARA J WALLS LIV TR<br>6376 LAKE COMO AVE<br>SAN DIEGO, CA 92119 | 6052 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DARRELL H HICKS IRA R/O<br>STERNE AGEE C/F<br>DARRELL H HICKS IRA R/O<br>8 BARBER COVE<br>MAUMELLE, AR 72113 | 48474 | Motors Liquidation Company | $12,359.38 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Fifth Omnibus Objection

## Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DARRELL L JENKINS<br>368 N RED BRIDGE RD<br>ROSWELL, NM 88201 | 19183 | Motors Liquidation Company | $6,195.38 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DARWIN D KELL TRUSTEE<br>EUGENE & MYRNA KELL TRUST<br>1002 MORNING STAR DRIVE<br>COLORADO SPRINGS, CO 80905 | 16582 | Motors Liquidation Company | $47,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DARYL BETH HOLLOWAY<br>632 FAIRFIELD RD<br>NEWARK VALLEY, NY 13811 | 14846 | Motors Liquidation Company | $7,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DARYL G ZEMKE ROTH IRA<br>FCC AS CUSTODIAN<br>1086 HAROLD DR<br>ANN ARBOR, MI 48103 | 3022 | Motors Liquidation Company | $23,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DARYL STUMPH & KIMBERLY STUMPH<br>26541 SUDBURY DRIVE<br>NORTH OLMSTED, OH 44070 | 22298 | Motors Liquidation Company | $13,399.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DARYLL H BROSE<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>6015 DASSIA WAY<br>OCEANSIDE, CA 92056 | 2257 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DASHA BELKOVA TTEE<br>FBO DASHA BELKOVA REV TR<br>PO BOX 88<br>NEW MEADOWS, ID 83654 | 64078 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DASHA BELKOVA/DASHA BELKOVA REV TR<br>PO BOX 88<br>NEW MEADOWS, ID 83654 | 64077 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVE & ANN BAUMGARTNER<br>303 BLUE VIEW DR<br>MT HOREB, WI 53572<br>UNITED STATES OF AMERICA | 15198 | Motors Liquidation Company | $4,780.99 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVE CATHEY<br>3390 N TRIPLE RIDGE PL<br>EAGLE, ID 83616 | 11636 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DAVE GROSSMAN<br>430 SHERINGHAM TERRACE<br>ROSWELL, GA 30076 | 3072 | Motors Liquidation Company | $8,308.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVE K LUND<br>JONI R LUND<br>1481 GENESEE DR<br>RENO, NV 89503 | 62070 | Motors Liquidation Company | $21,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVEDA BUCKMAN<br>27085 WINCHESTER CT<br>FARMINGTON HILLS, MI 48331 | 19604 | Motors Liquidation Company | $200,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVEY JEAN BESKA<br>77 BULLET HOLE RD<br>MAHOPAC, NY 10541 | 9724 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID & JILL OTTOFALO<br>7047 LITKE ISL DRIVE<br>LAKE WORTH, FL 33467 | 44003 | Motors Liquidation Company | $32,375.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID & LUCILLE GILDIN FAMILY FOUNDATION, INC.<br>ATTN: DAVID GILDIN<br>PO BOX 1129<br>YONKERS, NY 10704 | 26674 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID & MARY L GARRETT TRUST<br>WILLIAM & DAVID GARRETT TTEE<br>UAD 04/18/83<br>16 MCDANIEL COURT<br>GREENVILLE, SC 29605 | 17123 | Motors Liquidation Company | $25,356.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID & MARY LAVIN<br>3330 FALLSTON ROAD<br>FALLSTON, MD 21047 | 20146 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID & RUTH BOICE<br>10031 BEAUTY BEND TRAIL<br>SEARS, MI 49679 | 11124 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DAVID & SUZANNE LITTLE TRUST<br>U/A DTD 05/14/2004<br>DAVID LITTLE TTEE ET AL<br>14960 ALKMAAR ST<br>CALDWELL, ID 83605 | 7883 | Motors Liquidation Company | $30,007.22 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID & WANDA G GOLDSTEIN<br>6527 KINGS CREEK TERRACE<br>BOYNTON BEACH, FL 33437 | 9114 | Motors Liquidation Company | $58,590.75<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID A BOGGIS & AMELIA J BOGGIS TRUSTEES<br>DAVID A BOGGIS & AMELIA J BOGGIS<br>BOGGIS FAMILY TRUST UAD 11-15-95<br>8004 GULF BLVD<br>NAVARRE, FL 32566 | 11867 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID A BOYLE<br>SEPARATE PROPERTY TRUST<br>PO BOX 2023<br>CAPO BEACH, CA 92624 | 18314 | Motors Liquidation Company | $3,415.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID A BURNS INH IRA<br>BENE OF PAUL C BURNS<br>CHARLES SCHWAB & CO INC CUST<br>2413 LOS ROBLES DRIVE<br>FERNANDINA BEACH, FL 32034 | 20390 | Motors Liquidation Company | $2,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID A CLINC L009 IRREV TR<br>C/O WILLIAM E PATTEN ESQ, ATTY FOR CREDITOR<br>ONE WEST THIRD STREET, #900<br>TULSA, OK 74103 | 23037 | Motors Liquidation Company | $8,313.16 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID A DECAMP &<br>S CHRISEY DECAMP<br>JT TEN<br>416 SAN JUAN MANOR<br>CARLSBAD, NM 88220 | 2980 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID A DIETZ<br>WBNA CUSTODIAN TRAD IRA<br>1375 FREYSVILLE RD<br>YORK, PA 17406 | 9099 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID A GOLDSTEIN<br>PO BOX 341015<br>AUSTIN, TX 78734 | 1756 | Motors Liquidation Company | $5,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DAVID A HOWARD<br>5217 81ST ST N #19<br>ST PETERSBURG, FL 33709 | 3202 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID A HUBER<br>850 RIVER FOREST DR<br>FREEPORT, PA 16229 | 33558 | Motors Liquidation Company | $17,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID A KAPLAN IRA ACCOUNT<br>DAVID KAPLAN<br>4960 N CIMARRON RD<br>LAS VEGAS, NV 89149 | 17169 | Motors Liquidation Company | $200,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID A MARTIN<br>ALICE E MARTIN<br>1740 COUNTY ROAD 27<br>WATERLOO, IN 46793 | 7174 | Motors Liquidation Company | $5,134.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID A MEFFORD<br>BOX 62 1127 COLLEGE & MAIN<br>MILLERSBURG, KY 40348 | 7748 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID A SCHAFFER<br>2110 MUSKOGEE TRAIL<br>NOKOMIS, FL 34275 | 14787 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID A SKYBERG &<br>BEVERLY K SKYBERG JT TEN<br>PO BOX 6500<br>FARGO, ND 58109 | 59763 | Motors Liquidation Company | $2,925.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID ALLEN LYON & LINDA DIANE LYON<br>JT WROS<br>180 BRITTANY LN<br>SEQUIM, WA 98382 | 36102 | Motors Liquidation Company | $37,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID AND GLORIA PLOTKIN<br>DAVID AND GLORIA PLOTKIN JTTIE<br>58 PACIO COURT<br>ROSELAND, NJ 07068 | 17037 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Forty-Fifth Omnibus Objection**

## Exhibit A

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DAVID AND RIKKE ZEMER<br>PO BOX 654<br>SKOEYEN<br>NO 0214 OSLO NORWAY<br><br>NORWAY | 43273 | Motors Liquidation Company | $10,720.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID AND RIKKE ZEMER<br>PO BOX 654<br>SKOEYEN<br>NO-0214 OSLO NORWAY<br><br>NORWAY | 43274 | Motors Liquidation Company | $10,770.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID ANTHONY WHITE<br>CGM IRA CUSTODIAN<br>4100 KENNEDY STREET<br>HYATTSVILLE, MD 20781 | 61521 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID ARMSTRONG<br>MACK FINANCIAL<br>201 W 103RD ST STE 100<br>INDIANAPOLIS, IN 46290 | 68988 | Motors Liquidation Company | $10,332.38 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID B MARTINEZ TOD<br>PO BOX 415423<br>MIAMI BEACH, FL 33141 | 36640 | Motors Liquidation Company | $5,412.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID B OPPENHEIM<br>JENNIFER M OPPENHEIM<br>19288 SKYRIDGE CIR<br>BOCA RATON, FL 33498 | 2954 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID B RODGER<br>4482 BOWSTRING CT<br>TITUSVILLE, FL 32796 | 3972 | Motors Liquidation Company | $33,038.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID BARTOLINI<br>232 PINE MOUNTAIN RD<br>CRESTON, NC 28615 | 61415 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID BERONIO<br>PO BOX 6024<br>STATELINE, NV 89449 | 3332 | Motors Liquidation Company | $51,837.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| DAVID BOTTKE<br>14 W. HILLCREST AVE<br><br>CHALFONT, PA 18914 | 64907 | Motors Liquidation Company | $26,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID BUCKWALD<br>MARY BETH BUCKWALD JTWROS<br>76 NORTH STOWE PLACE<br>TRUMBULL, CT 06611 | 3669 | Motors Liquidation Company | $1,437.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID C BLAND<br>800 CYPRESS GROVE DR #501<br><br>POMPANO BEACH, FL 33069 | 65115 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID C MERRITT &<br>LINDA LENEA MERRITT JT TEN<br>133 SPRING GATE LN<br>MONTICELLO, FL 32344 | 21927 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID C SARBER IRA<br>1613 N FRANKLIN ST<br><br>WILMINGTON, DE 19806 | 12778 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID C VANDERKOY AND<br>MARELIA A VANDERKOY JTWROS<br>1768 WILLOW DRIVE<br>ELAND, WI 54427 | 10213 | Motors Liquidation Company | $10,099.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID C WILLIAMS &<br>WANDA V WILLIAMS JTTEN<br>1820 PLANK ROAD<br>WEBSTER, NY 14580 | 19918 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID D & JOAN A YOUNG<br>217 CRESCENT OAK<br>Peachtree City, GA 30269<br>UNITED STATES OF AMERICA | 11618 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID D ALLEN<br>2712 IOWA ST<br><br>OMAHA, NE 68112 | 21872 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID D ALLEN AND<br>LOIS ANNE ALLEN<br>JT TEN WROS<br>4260 BILLINGSLY RD<br>GREENWOOD, IN 46143 | 33400 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DAVID D RESLER<br>CGM IRA ROLLOVER CUSTODIAN<br>1917 RIVERWAY DRIVE<br>BIRMINGHAM, AL 35244 | 9234 | Motors Liquidation Company | $4,325.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID E BEAVERS TTEE F/T<br>DAVID E BEAVERS LIVING TRUST<br>DTD 5/17/01<br>4412 N DUSTIN<br>FARMINGTON, NM 87401 | 3294 | Motors Liquidation Company | $6,859.85 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID E DUNBAR<br>JUDITH S DUNBAR TRUST<br>DTD 12/03/97<br>P O BOX 674<br>FLORAL CITY, FL 34436 | 15938 | Motors Liquidation Company | $1,244.05 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID E HOUSE IRA<br>4138 E CROSSWINDS COURT<br>SPRINGFIELD, MO 65809<br>UNITED STATES OF AMERICA | 7769 | Motors Liquidation Company | $8,343.20 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID E KOHN TRUST<br>DAVID E KOHN TTEE<br>15621 KILMARNOCK DRIVE<br>FORT MYERS, FL 33912 | 61358 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID E THORPE SR<br>CGM IRA CUSTODIAN<br>939 SHAW CIRCLE<br>MELBOURNE, FL 32940 | 31878 | Motors Liquidation Company | $6,892.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID E THORPE SR AND<br>DAVID E THORPE SR AND MARGARET THORPE JTWROS<br>939 SHAW CIRCLE<br>MELBOURNE, FL 32940 | 31879 | Motors Liquidation Company | $9,189.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID E WILLIAMS (IRA)<br>FCC AS CUSTODIAN<br>12060 MALLARDS CROSSING<br>PETERSBURG, OH 44454 | 3135 | Motors Liquidation Company | $10,132.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID E WILLIAMS REV TR<br>DAVID E WILLIAMS TTEE<br>U/A DTD 04/10/2003<br>12060 MALLARDS CROSSING<br>PETERSBURG, OH 44454 | 3134 | Motors Liquidation Company | $25,916.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| DAVID EISENBERG<br>90 AUDUBON AVE<br><br>VESTAL, NY 13850 | 3809 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID EISENBERG<br>90 AUDUBON AVE<br><br>VESTAL, NY 13850 | 3810 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID ENRICI TTEE<br>THE ENRICI CHILDREN TR DTD 5/16/96<br>6506 GIBSON CANYON ROAD<br>VACAVILLE, CA 95688 | 28743 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID ERICKSON<br>3225 WEST 38TH STREET<br><br>MINNEAPOLIS, MN 55410<br>UNITED STATES OF AMERICA | 59780 | Motors Liquidation Company | $69,575.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID EUGENE STRONG<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>949 S 79TH ST<br>MESA, AZ 85208 | 44270 | Motors Liquidation Company | $81,965.30 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID F & BARBARA J BUTTERS<br>24 ALWYN RD<br><br>NEWARK, DE 19713 | 18805 | Motors Liquidation Company | $29,906.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID F & BARBARA J BUTTERS<br>24 ALWYN RD<br><br>NEWARK, DE 19713 | 18806 | Motors Liquidation Company | $29,913.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID F COE &<br>ULLA-BRITT C COE JT TEN<br>26 SCHOOL STREET<br>MANCHESTER, MA 01944 | 9821 | Motors Liquidation Company | $9,632.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID F JACKSON &<br>EDNA A JACKSON CPWROS<br>TOD DTD 10/03/2007<br>N5391 TOWN HALL RD<br>GLEASON, WI 54435 | 11660 | Motors Liquidation Company | $17,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| DAVID F PISKE<br>5682 RIDGEWAY DR<br><br>FORT COLLINS, CO 80528 | 13168 | Motors Liquidation Company | $57,200.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID F PREBOSKI & JEANINE PREBOSKI<br>701 CLOVERLAND LN<br><br>WAUSAU, WI 54401 | 13021 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

**Claim Totals**      499

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit B**

HEARING DATE AND TIME: August 6, 2010 at 9:45 a.m. (Eastern Time)
OBJECTION DEADLINE: July 30, 2010 at 4:00 p.m. (Eastern Time)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                       :
In re                                                  :        **Chapter 11 Case No.**
                                                       :
**MOTORS LIQUIDATION COMPANY,** *et al.*,              :        **09-50026 (REG)**
        **f/k/a General Motors Corp.,** *et al.*       :
                                                       :
                        **Debtors.**                   :        **(Jointly Administered)**
                                                       :
-------------------------------------------------------------x

**STIPULATION AND AGREED ORDER**
**AMONG THE DEBTORS, WILMINGTON TRUST COMPANY,**
**AND CITIBANK, N.A., SOLELY IN ITS CAPACITY AS PAYING AGENT,**
**REGARDING PROOFS OF CLAIM NOS. 47871, 47872, 65729, 65793, AND 66723**

         Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

certain of its subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11

cases (collectively, the "**Debtors**"), Wilmington Trust Company as successor indenture trustee

("**WTC**"), and Citibank, N.A., solely in its capacity as paying agent under the 1990 Indenture

and 1995 Indenture (as defined below) (in such capacity, "**Citibank**"), together with the Debtors

and WTC, the "**Parties**"), by and through their respective undersigned counsel, hereby enter into

this Stipulation and Agreed Order (this "**Stipulation**") and stipulate as follows:

**RECITALS**

        A.      On June 1, 2009 (the "**Commencement Date**"), certain of the Debtors

commenced with this Court voluntary cases (the "**Chapter 11 Cases**") under chapter 11 of title

11, United States Code (the "**Bankruptcy Code**").

        B.      On September 16, 2009, the Court entered an order (the "**Bar Date Order**")

establishing November 30, 2009 at 5:00 p.m. (Eastern Time) (the "**General Bar Date**") as the

deadline for each person or entity (including without limitation, each individual, partnership,

A:\MLC - WTC REVISED STIPULATION.DOC

joint venture, corporation, estate, or trust) to file a proof of claim (a "**Proof of Claim**") against

certain of the Debtors, including MLC, to assert any claim (as defined in section 101(5) of the

Bankruptcy Code) that arose prior to the Commencement Date.

C.      As of the Commencement Date, MLC, as issuer, WTC, as successor indenture

trustee, and Citibank, as paying agent, were parties to (i) a Senior Indenture, dated as of

December 7, 1995, as amended (the "**1995 Indenture**," and WTC's capacity under the 1995

Indenture, the "**1995 Trustee**"), and (ii) a Senior Indenture, dated as of November 15, 1990 (the

"**1990 Indenture**," and WTC's capacity under the 1990 Indenture, the "**1990 Trustee**") pursuant

to which MLC issued senior unsecured debt securities.

D.      Prior to the General Bar Date, WTC timely filed the following four Proofs of

Claims against MLC (each, a "**WTC Claim**" and collectively, the "**WTC Claims**"):

| Claim Number | Applicable Indenture | Principal Amount of Claim Plus Fees and Interest Accrued to Petition Date |
|:---:|:---:|:---:|
| 65793 | 1990 Indenture | $1,419,581,281.12 |
| 47871 | 1990 Indenture | $1,419,581,281.12 |
| 65729 | 1995 Indenture | $21,928,297,131.26 |
| 47872 | 1995 Indenture | $21,928,297,131.26 |

E.      Prior to the General Bar Date, Citibank timely filed a proof of claim against MLC

in the amount of $173,063.43 [Proof of Claim No. 66723] (the "**Citibank Claim**").

F.      WTC recognizes that it is not entitled to, and does not seek, a duplicate recovery

on account of the same WTC Claim and has agreed to withdraw two of the WTC Claims, subject

to the agreements set forth in this Stipulation.

2

## STIPULATION AND ORDER

NOW, THEREFORE, EACH OF THE PARTIES HEREBY STIPULATES AND

AGREES AS FOLLOWS:

1.      WTC Claims numbered 47871 (filed by WTC as 1990 Trustee) and 47872 (filed

by WTC as 1995 Trustee) are deemed withdrawn and WTC Claims numbered 65793 (filed by

WTC as 1990 Trustee) and 65729 (filed by WTC as 1995 Trustee) shall survive.

2.      With respect to principal plus interest due under the 1990 Indenture, WTC, in its

capacity as the 1990 Trustee will receive and is hereby granted, on behalf of itself and the record

and beneficial bondholders of debt securities issued under the 1990 Indenture an allowed general

unsecured, nonpriority claim in the amount of $1,419,471,545.22 (subject to appropriate reserve

and/or reduction in connection with any setoff exercised by beneficial bondholders that is

authorized by this Court) (the "**1990 Debt Claim**") against MLC to be satisfied in accordance

with any chapter 11 plan or plans confirmed in the Debtors' Chapter 11 Cases.

3.      With respect to principal plus interest due under the 1995 Indenture, WTC, in its

capacity as the 1995 Trustee, will receive and is hereby granted, on behalf of itself and the record

and beneficial bondholders of debt securities issued under the 1995 Indenture, an allowed

general unsecured nonpriority claim in the amount of $21,928,183,895.36 (subject to appropriate

reserve and/or reduction in connection with any setoff exercised by beneficial bondholders that is

authorized by this Court) (the "**1995 Debt Claim**," together with the 1990 Debt Claim, the

"**Debt Claims**").

4.      With respect to the prepetition fees and expenses incurred by WTC under the

1990 Indenture, WTC shall receive an allowed claim of $109,735.90 (the "**1990 WTC Fee

Claim**"), and with respect to the prepetition fees and expenses incurred by WTC under the 1995

Indenture, WTC shall receive an allowed claim of $113,235.90 (the "**1995 WTC Fee Claim**,"

together with the 1990 WTC Fee Claim, the "**WTC Fee Claims**").

5.　　　With respect to the prepetition paying agency fees and expenses incurred by

Citibank under the Indentures, the Citibank Claim shall be allowed in the amount of $162,333.71

(the "**Citibank Fees and Expenses Claim**," together with the WTC Fee Claims, the "**Fees and

Expenses Claims**").

6.　　　To the extent the Fees and Expenses Claims are not paid in full, in cash, pursuant

to a plan of reorganization and/or liquidation of MLC, (a) the amount of such fees and expenses

that remain unpaid shall constitute an allowed general unsecured, nonpriority claim against MLC

held by WTC and/or Citibank, as applicable, to be satisfied in accordance with any chapter 11

plan or plans confirmed in the Debtors' Chapter 11 Cases and (b) WTC and Citibank, pursuant to

section 7.06 of the 1990 Indenture and section 7.06 of the 1995 Indenture, shall retain a charging

lien with respect to its prepetition and post-petition fees and expenses on all assets or money held

or collected by WTC or Citibank on account of the Debt Claims or otherwise.

7.　　　WTC will issue a notice to the Depository Trust Company and post a notice on its

website (a) notifying beneficial bondholders of the notes issued under the Indentures of the entry

of the order allowing the WTC Claims and (b) notifying such bondholders that any subsequent

claims objection filed by the Debtors seeking to disallow claims filed by bondholders on the

grounds that such claims are duplicative of the Debt Claims being allowed under the stipulation

and order will not impair bondholder's entitlement to share in plan distributions on account of

the Debt Claims in accordance with the terms of the applicable Indenture.

8.　　　WTC agrees that it will not object to the Debtors' filing of objections to Proofs of

Claims filed by record and beneficial holders of debt securities arising out of or relating to the

1990 Indenture and/or the 1995 Indenture on the grounds that such Proofs of Claim are

duplicative of the Debt Claims allowed pursuant to this Stipulation.

9.       WTC waives its right to argue that the entire stated principal amount of

$377,377,000 with respect to the Discount Debentures is an allowable claim.

10.       To the extent that the fees and expenses of WTC incurred after the

Commencement Date are not satisfied by payment in full in cash in connection with a plan of

reorganization and/or liquidation of MLC, WTC reserves the right to argue that all such fees are

allowable general unsecured non-priority claims against the estate of MLC.

11.       This Stipulation contains the entire agreement between the Parties as to the

subject matter hereof and supersedes all prior agreements and undertakings between the Parties

relating thereto.

Dated:  New York, New York
        August 5, 2010


/s/ Joseph H. Smolinsky                      /s/ Keith R. Martorana
Harvey R. Miller                             Matthew J. Williams
Stephen Karotkin                             Keith R. Martorana
Joseph H. Smolinsky

                                             GIBSON DUNN & CRUTCHER LLP
WEIL, GOTSHAL & MANGES LLP                   200 Park Avenue, 47th Floor
767 Fifth Avenue                             New York, New York 10166
New York, New York 10153                     Telephone: (212) 351-4000
Telephone: (212) 310-8000                    Facsimile: (212) 351-4035
Facsimile: (212) 310-8007

*Attorneys for Debtors and Debtors in*       *Attorneys for Wilmington Trust Company,*
*Possession*                                 *as 1990 Trustee and 1995 Truestee*

/s/ Louis A. Curcio
Maria M. Livanos
Louis A. Curcio

SONNENSCHEIN NATH & ROSENTHAL
LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6744
Facsimile:  (212) 768-6800

*Attorneys for Citibank, N.A. as Paying*
*Agent under the 1990 and 1995 Indentures*

So Ordered this **9th** day of **August** 2010

        **s/ Robert E. Gerber**
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                             :          Chapter 11 Case No.
:
**MOTORS LIQUIDATION COMPANY,** *et al.,*          :          **09-50026 (REG)**
       **f/k/a General Motors Corp.,** *et al.*    :
:
                          **Debtors.**            :          **(Jointly Administered)**
:
---------------------------------------------------------------x

## <u>ORDER GRANTING DEBTORS'</u>
## <u>FORTY-FIFTH OMNIBUS OBJECTION TO CLAIMS</u>
### (Duplicate Debt Claims)

Upon the forty-fifth omnibus objection to claims, dated August 13, 2010 (the

"**Forty-Fifth Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a General

Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the

"**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy**

**Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"),

and this Court's supplemental order establishing supplemental rules and authority for filing

omnibus objections to certain debt claims (the "**Supplemental Procedures Order**") [Docket No.

6238], seeking entry of an order disallowing and expunging the Duplicate Debt Claims on the

grounds that such claims are duplicative of either Claim 65793 or Claim 65729, all as more fully

described in the Forty-Fifth Omnibus Objection to Claims; and due and proper notice of the

Forty-Fifth Omnibus Objection to Claims having been provided, and it appearing that no other or

further notice need be provided; and the Court having found and determined that the relief

---
[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Debtors' Forty-Fifth Omnibus Objection to Claims.

sought in the Forty-Fifth Omnibus Objection to Claims is in the best interests of the Debtors,

their estates, creditors, and all parties in interest and that the legal and factual bases set forth in

the Forty-Fifth Omnibus Objection to Claims establish just cause for the relief granted herein;

and after due deliberation and sufficient cause appearing therefor, it is

    ORDERED that the relief requested in the Forty-Fifth Omnibus Objection to

Claims is granted to the extent provided herein; and it is further

    ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on **Exhibit "A"** (the "**Order Exhibit**") annexed hereto under the heading "*Claims to be

Disallowed and Expunged*" (collectively, the "**Duplicate Debt Claims**") are disallowed and

expunged; and it is further

    ORDERED that, if applicable, the Forty-Fifth Omnibus Objection to Claims is

adjourned with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Objection Adjourned*" (the "**Adjourned Claims**") to the date indicated on the Order

Exhibit, subject to further adjournments (such actual hearing date, the "**Adjourned Hearing

Date**"), and the Debtors' response deadline with respect to the Adjourned Claims shall be 12:00

noon (Eastern Time) on the date that is three (3) business days before the Adjourned Hearing

Date; and it is further

    ORDERED that, if applicable, the Forty-Fifth Omnibus Objection to Claims is

withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Objection Withdrawn*"; and it is further

    ORDERED that, if applicable, the Forty-Fifth Omnibus Objection to Claims is

withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Claim Withdrawn*," as those claims have been withdrawn by the corresponding

claimant; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly

reserved with respect to, (i) any claim listed on Exhibit "A" annexed to the Forty-Fifth Omnibus

Objection to claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed

on the Order Exhibit annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
_____, 2010


_____
United States Bankruptcy Judge