HEARING DATE AND TIME: September 24, 2010 at 9:45 a.m. (Eastern Time)
RESPONSE DEADLINE: September 17, 2010 at 4:00 p.m. (Eastern Time)

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                    :
In re                               :     Chapter 11 Case No.
                                    :
MOTORS LIQUIDATION COMPANY, et al., :     09-50026 (REG)
      f/k/a General Motors Corp., et al. :
                                    :
            Debtors.                :     (Jointly Administered)
                                    :
-------------------------------------------------------------x
```

## NOTICE OF DEBTORS' FORTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Debt Claims)

**PLEASE TAKE NOTICE** that on August 13, 2010, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their forty-seventh omnibus objection to claims (the "**Objection**"), and

that a hearing (the "**Hearing**") to consider the Objection will be held before the Honorable

Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States

Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New

York 10004, on **September 24, 2010 at 9:45 a.m. (Eastern Time),** or as soon thereafter as

counsel may be heard.

**PARTIES LISTED ON EXHIBIT "A" ANNEXED TO THE OBJECTION (THE "<u>CLAIMANTS</u>") (AND THEIR COUNSEL, IF KNOWN) WILL RECEIVE A PERSONALIZED NOTICE OF THE OBJECTION, RATHER THAN THE ENTIRE OBJECTION.**

This Objection does not affect a Claimant's ability to receive distributions as a beneficial bondholder under the claims filed by the indenture trustee of the Debtors' public debentures.  If a Claimant disagrees with the Objection's treatment of the Claimant's claim, the Claimant may call the Debtors to try and resolve the Claimant's concerns at **1-800-414-9607**.  If a Claimant is unable to resolve the Claimant's concerns with the Debtors before the deadline to respond, then the Claimant <u>must</u> file and serve a written response (a "**Response**") to the Objection in accordance with this notice, and the Claimant <u>must</u> appear at the Hearing described below.

A Claimant may participate in the Hearing telephonically provided that the Claimant complies with the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider."  A Claimant must also provide prior written notice by mail or e-mail of the Claimant's telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Russell Brooks, Esq. (russell.brooks@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Jennifer Sharret, Esq. (jsharret@kramerlevin.com)).

**If a Claimant does not oppose the disallowance and expungement of the Claimant's claim, then the Claimant does not need to file a Response or appear at the Hearing.**

**PLEASE TAKE FURTHER NOTICE THAT** the Hearing on the Objection is scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on **September 24, 2010 at 9:45 a.m. (Eastern Time)**.  If a Claimant files a Response to the Objection, the Claimant should plan to appear at the Hearing either in person or telephonically.  The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to the Claimant's claim.  If the Debtors do continue the Hearing with respect to the Claimant's claim, then the Hearing will be held at a later date.  If the Debtors do not continue the Hearing with respect to the Claimant's claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **September 17, 2010 at 4:00 p.m. (Eastern Time)**.  Only those Responses that are timely will be considered at the Hearing.  A Claimant's Response will be deemed timely only if it is:  (a) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov) before the deadline for Responses **or** (b) **actually** received on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format <u>and</u> in hard copy at each of the following addresses on or before the deadline for response:

> A.    Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;
>
> B.    Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and

        C.       Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Jennifer Sharret, Esq.).

A Claimant's response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number, and the number of the Objection to which the response is directed; (ii) the name of the Claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which the Claimant will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which the Claimant will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to the Claimant's response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person that can be contacted in connection with the Objection.

If a Claimant has any questions about this notice or the Objection, please contact the Debtors at **1-800-414-9607**.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

**PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief requested in the Objection without further notice or a hearing if a Claimant fails to file a timely Response or appear at the Hearing.**

Dated: New York, New York
      August 13, 2010

<div style="margin-left:40%">

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

</div>

HEARING DATE AND TIME: September 24, 2010 at 9:45 a.m. (Eastern Time)
RESPONSE DEADLINE: September 17, 2010 at 4:00 p.m. (Eastern Time)

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------x
                                   :
In re                              :      Chapter 11 Case No.
                                   :
MOTORS LIQUIDATION COMPANY, et al.,:      09-50026 (REG)
        f/k/a General Motors Corp., et al.  :
                                   :
                      Debtors.     :      (Jointly Administered)
                                   :
-----------------------------------------------------------x
```

## DEBTORS' FORTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Debt Claims)

---

THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.
CLAIMANTS THAT ARE THE SUBJECT OF THIS OBJECTION SHOULD LOCATE THEIR NAMES AND
CLAIMS ON EITHER THE EXHIBIT ATTACHED TO THIS OBJECTION OR ON THEIR PERSONALIZED
NOTICE.

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) and its

affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully represent:

## Relief Requested

1.        The Debtors file this forty-seventh omnibus objection to claims (the
"**Forty-Seventh Omnibus Objection to Claims**") pursuant to section 502(b) of title 11, United
States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy
Procedure (the **"Bankruptcy Rules"**), and this Court's supplemental order establishing
supplemental rules and authority for filing omnibus objections to certain debt claims (the
"**Supplemental Procedures Order**") [Docket No. 6238], seeking entry of an order disallowing
and expunging the claims listed on **Exhibit "A"** annexed hereto.[1]

2.        The Debtors have examined the proofs of claim identified on Exhibit "A"
and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed
and Expunged*" (collectively, the "**Duplicate Debt Claims**") are duplicative of either (1) the
global Proof of Claim No. 65793 ("**Claim 65793**") filed by Wilmington Trust Company
("**WTC**"), in its capacity as successor indenture trustee of the Senior Indenture, dated as of
November 15, 1990 (the "**1990 Indenture**") or (2) the global Proof of Claim No. 65729 ("**Claim
65729**") filed by WTC, in its capacity as successor indenture trustee of the Senior Indenture,
dated as of December 7, 1995, as amended (the "**1995 Indenture**").  The amounts asserted by
WTC in Claim 65793 and Claim 65729 have been reconciled and allowed under a stipulation,
approved and entered by the Court on August 9, 2010 (the "**WTC Stipulation**") [Docket No.
6595], a copy of which is annexed hereto as **Exhibit "B."**  The Debtors, therefore, seek entry of
an order disallowing and expunging from the claims register the Duplicate Debt Claims.

---

[1] Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on
the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com.
A link to the claims register is located under the "Claims Information" tab.  Creditors without access to the Internet
may request a copy of the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors
Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City
Group, Inc. at 1-703-286-6401.

3.    This Forty-Seventh Omnibus Objection to Claims does not affect the ability of an Individual Bondholder (as hereinafter defined) to participate in accordance with the WTC Stipulation.  Further, the Debtors reserve all their rights to object on any other basis to any Duplicate Debt Claim as to which the Court does not grant the relief requested herein.

### Jurisdiction

4.    This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

### Background

5.    On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9, 2009, two additional Debtors (the "**Realm/Encore Debtors**")[3] commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered with those of the Initial Debtors under Case Number 09-50026 (REG).  On September 15, 2009, the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs, which were amended on October 4, 2009.  On October 15, 2009, the Realm/Encore Debtors filed their schedules of assets and liabilities and statements of financial affairs.

6.    On September 16, 2009, this Court entered an order [Docket No. 4079] establishing November 30, 2009 as the deadline for each person or entity to file a proof of claim in the Initial Debtors' cases, including governmental units.  On December 2, 2009, this Court entered an order [Docket No. 4586] establishing February 1, 2010 as the deadline for each

---

[2] The Initial Debtors are Motors Liquidation Company (f/k/a General Motors Corporation), MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3] The Realm/Encore Debtors are Remediation and Liability Management Company, Inc., and Environmental Corporate Remediation Company, Inc.

person or entity to file a proof of claim in the Realm/Encore Debtors' cases (except

governmental units, as defined in section 101(27) of the Bankruptcy Code, for which the Court

established June 1, 2010 as the deadline to file proofs of claim).

       7.     Among the tens of thousands of proofs of claim the Debtors received,

approximately 18,000 proofs of claim have been filed by claimants seeking the repayment of

principal, interest, and fees and expenses that relate to dollar-denominated debt securities issued

by the Debtors pursuant to the 1990 Indenture and the 1995 Indenture (each, a "**Debt Claim**,"

and the holder of such Debt Claim, an "**Individual Bondholder**").  The Debtors believe that all

of the Debt Claims filed by Individual Bondholders are duplicative of the claims allowed in

favor of WTC for the benefit of all Individual Bondholders in accordance with the WTC

Stipulation.

       8.     On August 9, 2010, the Court entered the WTC Stipulation signed by the

Debtors, WTC, and Citibank, N.A., solely in its capacity as paying agent under the 1990

Indenture and 1995 Indenture (in such capacity, "**Citibank**"), allowing (i) Claim 65793 in the

amount of $1,419,471,545.22 (subject to appropriate reserve and/or reduction in connection with

any Court-authorized setoff exercised by Individual Bondholders) and (ii) Claim 65729 in the

amount of $21,928,183,895.36 (subject to appropriate reserve and/or reduction in connection

with any Court-authorized setoff exercised by Individual Bondholders).  Prior to entry of the

WTC Stipulation, WTC sent out a notice to all affected Individual Bondholders notifying them

of the pending approval by the Court of the WTC Stipulation.

       9.     On October 6, 2009, this Court entered the Supplemental Procedures

Order, which authorizes the Initial Debtors, among other things, to file omnibus objections to no

more than 500 claims at a time with respect to Debt Claims.  The claimants that are listed in

Exhibit "A" have filed Debt Claims against the Initial Debtors.

    10.    The Debtors now move to expunge the Duplicate Debt Claims filed by

each Individual Bondholder as duplicative of either Claim 65793 or Claim 65729.

### The Relief Requested Should Be Approved by the Court

    11.    A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects."  11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential

allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See*

*In re Oneida, Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd*, No. 09 Civ. 2229 (DC),

2010 WL 234827 (S.D.N.Y. Jan. 22, 2010); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No.

02-41729 (REG), 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re*

*Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

    12.    Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a

claim may not be allowed to the extent that "such claim is unenforceable against the debtor and

property of the debtor, under any agreement or applicable law."  11 U.S.C. § 502(b)(1).  The

Debtors cannot be required to pay on the same claim more than once.  *See, e.g., In re Finley,*

*Kumble, Wagner, Heine, Underberg, Manley, Myerson, & Casey*, 160 B.R. 882, 894 (Bankr.

S.D.N.Y. 1993) ("In bankruptcy, multiple recoveries for an identical injury are generally

disallowed.").  The Debtors have reviewed the proofs of claim identified on Exhibit "A" and

believe them to be duplicative of Claim 65793 or Claim 65729.  Moreover, the Debtors have no

way of confirming that any of the Individual Bondholders are, in fact, beneficial holders of a

debt instrument on the relevant dates.

    13.    To avoid the possibility of multiple recoveries by the Individual

Bondholders, the Debtors request that the Court disallow and expunge in their entirety the

Duplicate Debt Claims.  Individual Bondholders, to the extent they are beneficial bondholders as

of the record date under any confirmed plan of liquidation, will receive distributions under such

plan from WTC in its capacity as indenture trustee.

**<u>Notice</u>**

14.     Notice of the Forty-Seventh Omnibus Objection to Claims has been

provided to each claimant listed on Exhibit "A" by virtue of the individualized notice transmitted

in accordance with the Supplemental Procedures Order and parties in interest in accordance with

the Third Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and

9007 Establishing Notice and Case Management Procedures, dated April 29, 2010 [Docket No.

5670].

15.     No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated:  New York, New York
        August 13, 2010

                                          /s/ Joseph H. Smolinsky
                                          Harvey R. Miller
                                          Stephen Karotkin
                                          Joseph H. Smolinsky

                                          WEIL, GOTSHAL & MANGES LLP
                                          767 Fifth Avenue
                                          New York, New York 10153
                                          Telephone: (212) 310-8000
                                          Facsimile: (212) 310-8007

                                          Attorneys for Debtors
                                          and Debtors in Possession

**<u>Exhibit A</u>**

Forty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DONALD DARLING<br>DONALD R DARLING<br>203 S WINDING BROOKE DR<br>SEAFORD, DE 19973 | 14481 | Motors Liquidation Company | $15,975.68 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD DEE GOUL<br>MAYRENE GOUL<br>2953 N 1150 E<br>LEHI, UT 84043 | 29487 | Motors Liquidation Company | $10,270.10 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD E & JOANN L WAKEFIELD<br>TRUST #2 UAD 12-7-99<br>DONALD E & JOANN L WAKEFIELD TTEES<br>2304 COY<br>FERNDALE, MI 48220 | 16988 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD E BRITT<br>414 ORCHARD WEST<br>DALLAS, PA 18612 | 3155 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD E BUCKMAN &<br>GAIL L BUCKMAN JT TEN<br>508 N E 1ST STREET<br>BLUE SPRINGS, MO 64014 | 62592 | Motors Liquidation Company | $7,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD E FITZWATER<br>53 N. DEVON AVE<br>INDIANAPOLIS, IN 46219 | 11568 | Motors Liquidation Company | $2,948.61 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD E HUMMEL<br>1619 CR 302<br>GREENWOOD, MS 38930 | 10897 | Motors Liquidation Company | $10,356.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD E LATIN<br>12640 SUNLIGHT DRIVE<br>DALLAS, TX 75230 | 65567 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD E LOHMAN TTEE<br>DONALD E LOHMAN TRUST<br>U/A DTD 01/10/94<br>2001 SW SMITH ST<br>BLUE SPRINGS, MO 64015 | 13290 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DONALD E LOVELACE & JOAN A LOVELACE JT TEN 1619 CAMILLE DRIVE CARSON CITY, NV 89706 | 7518 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD E MCCLURE 10220 S BLOCK RD BIRCH RUN, MI 48415 | 62253 | Motors Liquidation Company | $1,050.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD E PRICE 543 NEWBURY CT GALLOWAY, NJ 08205 | 33492 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD E PULLEASE REV LVG TR DONALD E PULLEASE & BARBARA G PULLEASE CO-TTEES U/A DTD 07/02/2004 51 VIA FIRENZA WAY DAVIE, FL 33325 | 3330 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD E ROSS 731 WHITE OAK DR WARNE, NC 28909 | 643 | Motors Liquidation Company | $50,616.10 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD E ROUSE MARILYN B ROUSE 903 W 131ST PL KANSAS CITY, MO 64145 | 6813 | Motors Liquidation Company | $50,134.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD E ROUSE & MARILYN ROUSE JTWROS TOD BENEFICIARIES ON FILE 903 W 131ST PL KANSAS CITY, MO 64145 | 7965 | Motors Liquidation Company | $53,749.20 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD E STANLEY 3320 NORTH HILLS BLVD NORTH LITTLE ROCK, AR 72116 | 30101 | Motors Liquidation Company | $46,920.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD ENGEL 40 BONNEY DRIVE HOLLISTON, MA 01746 | 2586 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DONALD F BOUCHER REV TRUST<br>UAD 5 18 98 FBO GLADYS BOUCHER<br>JOHN N BOUCHER TRUSTEE<br>475 RIO CASA DR SOUTH<br>INDIALANTIC, FL 32903 | 17162 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD F MORFORD<br>11023 REES ST NE<br>DONALD, OR 97020 | 30948 | Motors Liquidation Company | $5,073.30 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD F RHODES &<br>PATRICIA J RHODES JT TEN<br>DONALD RHODES<br>439 TRESTLE RD<br>PITTSBURGH, PA 15239 | 10588 | Motors Liquidation Company | $89,870.76 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD F SIGL AND<br>JEANNE SIGL JTWROS<br>4250 WHILEAWAY<br>COLORADO SPRINGS, CO 80917 | 9893 | Motors Liquidation Company | $9,788.63 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD F SIGL AND JEANNE SIGL<br>JT WROS<br>4250 WHILEAWAY CT<br>COLORADO SPRINGS, CO 80917 | 9765 | Motors Liquidation Company | $14,517.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD FRANKS<br>252 MARLIN RD<br>ABSECON, NJ 08201 | 5043 | Motors Liquidation Company | $1,267.65 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD G & EUNICE M NORTHUIS TR<br>UAD 09/12/96<br>DONALD G NORTHUIS &<br>EUNICE M NORTHUIS TTEES<br>205 VALLEY CT<br>GRAND HAVEN, MI 49417 | 26929 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD G MAUDLIN<br>6925 JORDON LANE<br>NASHVILLE, IN 47448 | 3569 | Motors Liquidation Company | $52,352.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD G REIF<br>9425 E WASHINGTON<br>SAGINAW, MI 48601 | 10798 | Motors Liquidation Company | $6,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| DONALD G TEDROW AND GLORIA L TEDROW<br>97 CEDARBROOK DRIVE<br><br>CHURCHVILLE, PA 18966<br>UNITED STATES OF AMERICA | 44836 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD G WILSON<br>THE DONALD G WILSON REV TRUST AGREE DTD 4/17/95  DONALD G AND PATRICIA WILSON TTEE<br>3449 HADFIELD GREENE<br>SARASOTA, FL 34235 | 11878 | Motors Liquidation Company | $1,800.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD GLOGOWER<br>9054 LUCCA ST<br><br>BOYNTON BEACH, FL 33472 | 13965 | Motors Liquidation Company | $12,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD GUETTLER<br>2537 W MYOPIA DR<br><br>ANTHEM, AZ 85086<br>UNITED STATES OF AMERICA | 50835 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD GUETTLER<br>2537 W MYOPIA DR<br><br>ANTHEM, AZ 85086<br>UNITED STATES OF AMERICA | 50849 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD GUETTLER<br>2537 W MYOPIA DR<br><br>ANTHEM, AZ 85086<br>UNITED STATES OF AMERICA | 50850 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD H BRENNER & JEAN R BRENNER JT TEN<br>DONALD H BRENNER & JEAN R BRENNER<br>184 SCAMRIDGE CURVE<br>WILLIAMSVILLE, NY 14221 | 8124 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD H BROWN & SHARON BROWN & JTWROS<br>1547 SINGLETON AVE<br><br>WICHITA FALLS, TX 76302 | 50151 | Motors Liquidation Company | $51,558.32 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD H BROWN & SHARON BROWN JTWROS<br>1547 SINGLETON AVE<br><br>WICHITA FALLS, TX 76302 | 50152 | Motors Liquidation Company | $51,360.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DONALD H GILMER<br>THOMAS N GILMER<br>812 WINDIGO LN<br>OTSEGO, MI 49078 | 8688 | Motors Liquidation Company | $16,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD H LEHMAN<br>1292 S TRAINER RD<br>ROCKFORD, IL 61108 | 65216 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD H. CLOPP<br>177 EAST SHORE DR<br>DINGMANS FERRY, PA 18328 | 14879 | Motors Liquidation Company | $3,285.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD HAMMONDS SR &<br>MAYE HAMMONDS<br>JT TEN<br>2525 HAMPTON STREET<br>ASHLAND, KY 41101 | 10612 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD I PRYOR<br>3750 LAWNDALE LANE N<br>#302<br>PLYMOUTH, MN 55446 | 4546 | Motors Liquidation Company | $48,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD I SIEFERT<br>133 PROSPECT HILL RD<br>BREWSTER, NY 10509 | 4789 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD J AND PATRICIA A MAZANET<br>C/O DONALD J MAZANET<br>3702 MAPLE CT<br>GREEN BAY, WI 54311 | 10386 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD J AND TOSHIE G ANDERSON<br>409 OLMSTEAD ST<br>WINONA, MN 55987 | 11475 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD J BENITO<br>BY BENITO FAMILY<br>796 MOTT HILL RD<br>S GLASTONBURY, CT 05073 | 62561 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD J CARSON<br>PO BOX 329<br>HYDE PARK, NY 12538 | 11108 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DONALD J HOFFMAN TTEE UTD 04/22/03 FBO THE DONALD J HOFFMAN TR 4094 LAKE HARBOR LN WESTLAKE VILLAGE, CA 91361 | 19687 | Motors Liquidation Company | $24,465.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD J KEEGAN AND ANTOINETTE KEEGAN JTWROS 624 HIXSON AVE SYRACUSE, NY 13206 | 4749 | Motors Liquidation Company | $15,950.89 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD J LANNERS 617 27TH STREET NW ROCHESTER, NY 55901 | 19611 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD J SACK 59 TRESSLER LANE CAPE MAY COURT HOUSE, NJ 08210 | 30873 | Motors Liquidation Company | $645.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD J SMITH G ANN SMITH 215 SEMINOLE CT MIDLAND, MI 48642 | 19514 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD J STANE CHARLES SCHWAB & CO INC CUST IRA ROLLOVER PO BOX 186 ELM GROVE, WI 53122 | 5801 | Motors Liquidation Company | $45,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD J WEHRMAN DONALD J WEHRMAN AND ELIZABETH A WEHRMAN JTTEN (TOD) 1075 WEEDEN RD CARO, MI 48723 | 10804 | Motors Liquidation Company | $17,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD J. AND BETTY R SCHMIDT TRST DTD 8/27/87 BETTY R. SCHMIDT TTEE 900 RIGGINS RD #613 TALLAHASSE, FL 32308 | 15956 | Motors Liquidation Company | $5,185.26 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD JOHNSON 125 WALLACE AVE BUCYRUS, OH 44820 | 15557 | Motors Liquidation Company | $9,672.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DONALD K BAILEY<br>3801 LTTLE COTTONWOOD LN<br>SANDY, UT 84092 | 7858 | Motors Liquidation Company | $723.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD K. BAILEY<br>3681 LITTLE COTTONWOOD LN<br>SANDY, UT 84092 | 7859 | Motors Liquidation Company | $102,254.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD KENNETH DOVE AND JOEANN HILL DOVE<br>154 WOODFORD DR<br>WINCHESTER, KY 40391 | 6067 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD L & MARY J NEELY<br>1927 SPRUCE PL<br>WHITE BEAR LAKE, MN 55110 | 7782 | Motors Liquidation Company | $9,768.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD L BENNETT<br>CGM IRA CUSTODIAN<br>255 MILLSTONE RD<br>PERRINEVILLE, NJ 08535 | 19864 | Motors Liquidation Company | $11,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD L BISHOP & NANCY F BISHOP<br>C/O EDWARDS STOREY MARSHALL HELVESTON & EASTERLING LLP<br>ATTN  HON JAMES C HELVESTON<br>PO BOX 835, 103 EAST BROAD STREET<br>WEST POINT, MS 39773 | 20200 | Motors Liquidation Company | $1,937.40 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD L BLOMGREN IRA<br>1137 OKLAHOMA DR<br>AMES, IA 50014 | 27110 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD L BREWINGTON<br>ELOISE W BREWINGTON<br>116 SPRINGS EDGE DR<br>MONTGOMERY, TX 77356<br>UNITED STATES OF AMERICA | 4434 | Motors Liquidation Company | $35,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD L CORBETT<br>6910 BURGUNDY AVE NW<br>NORTH CANTON, OH 44720 | 9554 | Motors Liquidation Company | $6,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD L CORBETT<br>6910 BURGUNDY AVE NW<br>NORTH CANTON, OH 44720 | 9555 | Motors Liquidation Company | $5,500.48 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DONALD L CORBETT<br>6910 BURGUNDY AVE NW<br>NORTH CANTON, OH 44720 | 9556 | Motors Liquidation Company | $28,839.86 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD L ESTEP & BONNY L ESTEP<br>7191 GUTHRIE RD<br>SHILOH, OH 44878 | 26638 | Motors Liquidation Company | $3,274.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD L GRAY<br>5102 GRAPEVINE BLVD<br>WEST LAFAYETTE, IN 47906 | 36639 | Motors Liquidation Company | $8,377.13 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD L GRAY & SANDRA C GRAY<br>5102 GRAPEVINE BLVD<br>W LAFAYETTE, IN 47906 | 36638 | Motors Liquidation Company | $9,905.69 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD L HEISLER<br>CGM IRA ROLLOVER CUSTODIAN<br>902 MEGAN RD<br>LIVERMORE, CA 94550 | 28335 | Motors Liquidation Company | $11,029.20 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD L JONES<br>277 RIVER FALLS DR<br>DUNCAN, SC 29334 | 3290 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD L LIEB F/T<br>LIEB LIVING TRUST DTD 12/15/92<br>3636 W MONTE VISTA<br>VISALIA, CA 93277 | 10015 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD L MARVIN<br>15755 PENN DRIVE<br>LIVONIA, MI 48154 | 14395 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD L MECK<br>9871 N MUDHEN LAKE RD<br>SIREN, WI 54872 | 2439 | Motors Liquidation Company | $45,409.76 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD L STEINHOFF TTEE<br>DONALD L STEINHOFF REV TRUST<br>U/A DTD 07/31/1995<br>1242 SAALE RD<br>WEST ALTON, MO 63386 | 4675 | Motors Liquidation Company | $5,333.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DONALD L THOMPSON & BARBARA C THOMPSON JT TEN 220 APPLE CREEK LN ROCHESTER, NY 14612 | 26687 | Motors Liquidation Company | $10,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD L. BENDER AND MARY JANE BENDER 5321 ROSA CT SWARTZ CREEK, MI 48473 | 26844 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD LEWANDOWSKI & LILLIAN LEWANDOWSKI DONALD J LEWANDOWSKI TR & LILLIAN LEWANDOWSKI TR DONALD & LILLIAN LEWANDOWSKI JT REV LIV TRUST U/A DTD 12/11/98 4915 S 79TH ST GREENFILED, WI 53220 | 38864 | Motors Liquidation Company | $49,684.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD LINNEWEBER DONALD LINNEWEBER IRA 3129 25TH ST #142 COLUMBUS, IN 47203 | 6187 | Motors Liquidation Company | $5,050.78 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD LIPSCHUTZ TTEE FBO DONALD LIPSCHUTZ TRUST U/A/D 12/21/93 11099 W OPHIR DRIVE #301 LOS ANGELES, CA 90024 | 69006 | Motors Liquidation Company | $14,427.65 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD LOWELL ZIEGLAR ROLLOVER IRA FJ50761LS UBS FINANCIAL SERVICES INC 4400 POST OAK PARKWAY STE 1700 HOUSTON, TX 77027 | 3914 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD LYTTON PO BOX 2238 BELLINGHAM, WA 98227 | 17396 | Motors Liquidation Company | $1,050.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD M & TAMARA N OCHACHER DONALD M. OCHACHER 6259 RANDI AVENUE WOODLAND HILLS, CA 91367 | 20696 | Motors Liquidation Company | $9,375.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD M FETHEROLF (IRA) FCC AS CUSTODIAN 14127 BERESFORD ROAD BEVERLY HILLS, CA 90210 | 62214 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| DONALD M KOVACICH<br>2608 SHOOTING STAR RIDGE<br><br>LEWISTOWN, MT 59457 | 21251 | Motors Liquidation Company | $943.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD M LEEBOW<br>CGM IRA CUSTODIAN<br>1532 ISLAND WAY<br>FT LAUDERDALE, FL 33326 | 32001 | Motors Liquidation Company | $7,605.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD M SUKLOFF<br>PRESS BUILDING 9TH FLOOR<br>19 CHENANGO ST<br>BINGHAMTON, NY 13901 | 8903 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD M. ZAJAC<br>201 N. GOLDEN BEACH DR.<br><br>KEWADIN, MI 49648 | 16927 | Motors Liquidation Company | $20,875.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD MISKELLY<br>387 HUCKINS ROAD<br><br>FREEDOM, NH 03836 | 3574 | Motors Liquidation Company | $2,250.12 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD N OINES<br>4589 WINDSOR RD<br><br>WINDSOR, WI 53598 | 13005 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD O CUNNINGHAM<br>6041 BRYAN DR<br><br>INDIANAPOLIS, IN 46227 | 21978 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD O NIELSON & EVELYN M<br>NIELSON REV LIVING TRUST<br>EVELYN M NIELSON TTEE ET AL<br>U/A DTD 02/08/1994<br>9085 SE 137TH AVE<br>HAPPY VALLEY, OR 97086 | 13140 | Motors Liquidation Company | $20,450.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD OSBECK & CHARLOTTE OSBECK<br>37241 BEVERLY AVE<br><br>ZEPHYRHILLS, FL 33542 | 3150 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD P GUETTLER<br>2537 W MYOPIA DR<br><br>ANTHEM, AZ 85086<br>UNITED STATES OF AMERICA | 50834 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| DONALD P KUNISH<br>DONALD P KUNISH & NANCY A KUNISH CO TTEES<br>U/A DTD 5/31/99<br>DONALD P KUSHISH TRUST<br>410 BURNING BUSH LANE<br>MIDLAND, MI 48642 | 16733 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD P KUNISH &<br>NANCY A KUNISH CO TTEES<br>U/A DTD 5-31-99<br>DONALD P KUNISH TRUST<br>410 BURNING BUSH LANE<br>MIDLAND, MI 48642 | 16732 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD P MASDEN AND REBECCA G MASDEN<br>REBECCA G MASDEN<br>JT TEN<br>3397 CAPLAND AVE<br>CLERMONT, FL 34711 | 16883 | Motors Liquidation Company | $9,982.74 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD P ZLEMKE SR<br>9311 LAKE DR<br>MECOSTA, MI 49332 | 3422 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD POMERANTZ<br>CGM IRA CUSTODIAN<br>8847 VENTURA DRIVE<br>NAPLES, FL 34109 | 63318 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD PRATT<br>12155 BLUFF RD<br>TRAVERSE CITY, MI 49686 | 10940 | Motors Liquidation Company | $3,138.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD R & NORMA J STOVER<br>DONALD R STOVER<br>504 W THRUSH AVE<br>CRESTLINE, OH 44827 | 7632 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD R ANDERSON<br>1814 N 21ST ST<br>BISMARCK, ND 58501 | 4858 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD R ARNOLD LIVING TRUST<br>DONALD ARNOLD & MARJORIE ARNOLD<br>CO-TTEES UAD 11/19/97<br>192 CINNAMON LN<br>TRAVERSE CITY, MI 49686 | 22655 | Motors Liquidation Company | $12,142.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| DONALD R BOWRON IRA<br>FCC AS CUSTODIAN<br>503 46TH ST NW<br>BRADENTON, FL 34209 | 37027 | Motors Liquidation Company | $99,040.14 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD R BREWER<br>JEAN A BREWER<br>7426 CROSS CREEK DR<br>SWARTZ CREEK, MI 48473 | 1948 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD R BUBAN & IMOGENE BUBAN JTWROS<br>880 TEAROSE DR<br>LEXINGTON, KY 40504 | 16299 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD R FERGUSON<br>59 HAMPTON HILL DRIVE<br>WILLIAMSVILLE, NY 14221 | 3700 | Motors Liquidation Company | $16,327.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD R KING<br>145 SUNSET BLVD<br>BEAUFORT, SC 29907 | 21511 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD R MOORE<br>PO BOX 10989<br>FAIRBANKS, AK 99710 | 9800 | Motors Liquidation Company | $9,364.55<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD R NITTO<br>8404 LIPPZAX PL<br>GAINESVILLE, VA 20155 | 8318 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD R O'NEIL REVOCABLE TRUST<br>C/O DONALD R ONEIL<br>1505 PARLIN CIRCLE<br>FARIBAULT, MN 55021 | 11716 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD R RONDEAU<br>1347 MIRACIELO CT<br>SAN MARCOS, CA 92078 | 23103 | Motors Liquidation Company | $2,625.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD R WATTERS TTEE<br>F/T BARBARA JEAN SCHOLL TR U/A<br>DTD 4/3/84<br>23575 OAK VALLEY RD<br>CUPERTINO, CA 95014 | 2450 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| DONALD RENNE IRA<br>29 EBERSOHL CIRCLE<br><br>WHITE HOUSE STATION, NJ 08889 | 9846 | Motors Liquidation Company | $123,308.64 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD ROMANELLI<br>22177 BOAT HOUSE RD<br><br>WELLESLEY ISLAND, NY 13640 | 44104 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD S BEAM TTEE<br>JOAN S BEAM TTEE  STEVEN G BEAM TTEE<br>UAD 7-28-2006 THE BEAM TRST<br>8417 ARBOR COURT<br>FORT MYERS, FL 33908 | 22302 | Motors Liquidation Company | $1,488.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD S FREEDMAN<br>4063 SALISBURY RD STE 107<br><br>JACKSONVILLE, FL 32216 | 28816 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD S LAWN<br>WBNA CUSTODIAN TRAD IRA<br>6 FAESCH CT<br>ROCKAWAY, NJ 07866 | 18058 | Motors Liquidation Company | $70,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD S MAKEEVER IRA<br>FCC AS CUSTODIAN<br>5340 LORRAINE ROAD<br>BRADENTON, FL 34211 | 18914 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD S MAYER &<br>YLAIN G MAYER TEN IN COMM<br>115 CENTRAL PARK WEST<br>NEW YORK, NY 10023 | 9625 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD SABOL, TTEE<br>DONALD SABOL FAM TRUST<br>U/A DTD 12/18/01<br>6022 FALCONBRIDGE PLACE<br>MT. DORA, FL 32757 | 2893 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD SCHLEICH<br>194 HUDSON AVE<br><br>FREEPORT, NY 11520 | 10910 | Motors Liquidation Company | $8,850.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DONALD SCOTT SHEARER TTEE<br>DONALD S SHEARER TTEE, DONALD<br>U/A DTD 09/26/2003<br>9619 SW 92ND CT<br>OCALA, FL 34481 | 11436 | Motors Liquidation Company | $17,842.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD SEIFERT<br>133 PROSPECT HILL RD<br>BREWSTER, NY 10509 | 11668 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD SHINN<br>5291 CAUBLE RD<br>MT PLEASANT, NC 28124 | 17268 | Motors Liquidation Company | $14,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD SHINN AND<br>HELEN B SHINN JTWROS<br>5291 CAUBLE RD<br>MOUNT PLEASANT, NC 28124 | 17919 | Motors Liquidation Company | $14,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD SIMON &<br>SALLY SIMON JT WROS<br>11115 ARMON DR<br>CARMEL, IN 46033 | 23100 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD T JACK JR TRUSTEE<br>RANDALL H BUTLER FAMILY TRUST<br>2800 CANTRELL RD STE 500<br>LITTLE ROCK, AR 72202<br>UNITED STATES OF AMERICA | 13783 | Motors Liquidation Company | $50,625.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD T JONES<br>237 KELL AVE<br>STATEN ISLAND, NY 10314 | 21730 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD TUSHAUS & COMPANY EMPLOYEES PROFIT SHARING PLAN<br>DONALD TUSHAUS TRUSTEE<br>DONALD TESHAUS CO EMPLOYEES PROFIT SHARING PLAN 12-29-88<br>1209 E SWEETBRIAR LN<br>HARLAND, WI 53029 | 5041 | Motors Liquidation Company | $12,960.94 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD W BERG JR & JANET Y BERG REV. INTERVIVOS TRUST<br>C/O DONALD W BERG, JR<br>P O BOX 354<br>FOLSOM, NM 88419 | 44074 | Motors Liquidation Company | $25,900.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DONALD W BIDWELL<br>9315 NE 141 PL<br>BOTHELL, WA 98011 | 67882 | Motors Liquidation Company | $10,337.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD W GOFF<br>17621 CAPTIVA ISLAND LN<br>FORT MYERS, FL 33908 | 4759 | Motors Liquidation Company | $28,033.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD W GOFF<br>MARTHA A GOFF<br>17621 CAPTIVA ISLAND LN<br>FT MYERS, FL 33908 | 4760 | Motors Liquidation Company | $30,613.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD W PANOUSHEK<br>20789 ALPINE DR<br>LAWRENCEBURG, IN 47025 | 5213 | Motors Liquidation Company | $15,493.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD WAYNE RUDOLPH<br>DONALD WAYNE RUDOLPH &<br>TERESA ANN RUDOLPH<br>PO BOX 451<br>BURSON, CA 95225 | 4725 | Motors Liquidation Company | $32,490.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD WELLENDORF<br>3237 SUGARBUSH DR<br>CARROLLTON, TX 75007 | 5054 | Motors Liquidation Company | $19,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD WILLIS<br>2 CROWN CT<br>COLUMBUS, GA 31909 | 5590 | Motors Liquidation Company | $23,019.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONNA ALBRECHT<br>2130 W 3RD PL<br>HOBART, IN 46342 | 4481 | Motors Liquidation Company | $2,600.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONNA ANN LAROSE<br>64 BEACH POND RD<br>WOLFEBORO, NH 03894 | 13019 | Motors Liquidation Company | $25,680.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONNA B BAGGETT<br>27 LONG CREEK CIRCLE<br>CLAYTON, CA 94517 | 6438 | Motors Liquidation Company | $3,300.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| DONNA BROOKS O'NEILL<br>9D BEALS COVE RD<br><br>HINGHAM, MA 02043 | 33264 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONNA C ALDRIDGE<br>7008 COLLEGE HEIGHTS DR<br><br>HYATTSVILLE, MD 20782 | 44369 | Motors Liquidation Company | $10,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONNA D PUTNAM<br>552 PALMER BLVD<br><br>NORTH FT MYERS, FL 33903 | 18769 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONNA ELIZABETH GOLDMAN<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>1500 WASHINGTON ST.<br>#7Q<br>HOBOKEN, NJ 07030 | 64271 | Motors Liquidation Company | $2,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONNA F NEUMAN TRUSTEE WILFORD J LAND TRUST<br>11398 5600 W<br>PO BOX 87<br>HOLLAND, IN 47541 | 7025 | Motors Liquidation Company | $32,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONNA G LAZAROFF TTEE<br>DONNA G LAZAROFF<br>915 AZTEC TRAIL<br>MERCER, PA 16137 | 5101 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONNA G LERNER IRA/SEP<br>305 E 40TH ST #11K<br><br>NEW YORK, NY 10016 | 14694 | Motors Liquidation Company | $8,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONNA HRUSKA<br>DONNA HRUSKA TTEE<br>DONNA HRUSKA SEPARATE PROPERTY TRUST<br>PO BOX 80540<br>LAS VEGAS, NV 89180 | 28440 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONNA J BECK<br>1251 N NORMAN PL<br><br>LOS ANGELES, CA 90049 | 6255 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 16

Forty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DONNA J MCLAIN TTEE<br>DONNA J MCLAIN TRUST U/A<br>DTD 07/07/1994<br>2201 VILLAGE TERRACE<br>BLOOMINGTON, MN 55431 | 3731 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONNA J MILLER<br>TOD ACCOUNT<br>15771 24 MILE RD<br>MACOMB, MI 48042 | 61745 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONNA J SHERMAN<br>5010 S CHEROKEE<br>SIERRA VISTA, AZ 85650 | 26490 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONNA J STOLZ<br>480 SUNBURST DR<br>FRANKENMUTH, MI 48734 | 10413 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONNA J STOLZ<br>480 SUNBURST DR<br>FRANKENMUTH, MI 48734 | 10414 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONNA JEAN FOLGER<br>4200 NORTH LANDAR<br>LAKEWORTH, FL 33463 | 8220 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONNA K SCHOENOW<br>4041 HART RD<br>FRANKENMUTH, MI 48734 | 10568 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONNA L MILLER & JANET SAINT<br>3400 NW BROAD ST<br>ROSEBURG, OR 97470 | 68150 | Motors Liquidation Company | $12,432.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONNA L ORTON<br>5722 OAK LANDING<br>ATLANTA, GA 30327 | 12999 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONNA LOKKER TTEE<br>DONNA B LOKKER REV TRUST<br>DTD 7/21/2000<br>4056 W BLUE CREEK DR<br>MERIDIAN, ID 83642 | 15877 | Motors Liquidation Company | $3,619.81 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DONNA M GALLIGAN<br>N4161 NORTHVIEW RD<br><br>EDEN, WI 53019 | 15235 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONNA M WILLIAMS TTEE<br>6060 39TH AVE N<br><br>ST PETERSBURG, FL 33709 | 21528 | Motors Liquidation Company | $3,160.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONNA MATTHEWS<br>114 APPLEWOOD DR<br><br>DOVER, DE 19901 | 9117 | Motors Liquidation Company | $65,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONNA MCCULLOUGH<br>8405 SANTA MARIA DR SW<br><br>CEDAR RAPIDS, IA 52404 | 5798 | Motors Liquidation Company | $7,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONNA NADIG<br>7327 MILLHOLLOW RD<br><br>SAVANNA, IL 61074 | 11512 | Motors Liquidation Company | $225,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONNA NAGLREITER (IRA)<br>FCC AS CUSTODIAN<br>PO BOX 138<br>PALM CITY, FL 34990 | 21124 | Motors Liquidation Company | $8,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONNA R GILMOUR<br>565 RIVER ST<br><br>NORWELL, MA 02061 | 13080 | Motors Liquidation Company | $46,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONNA R GIVENS<br>ROUTE 2 BOX 255<br><br>GOLCONDA, IL 62938 | 8139 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONNA R WEBB<br>14732 W CARBINE CT<br><br>SUN CITY WEST, AZ 85375 | 1832 | Motors Liquidation Company | $16,132.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONNA RACHEL DAREFF & RACHEL JUSTINE BOYETT (JT)<br>RACHEL JUSTINE BOYETT<br>10934 SW 138 CT<br>MIAMI, FL 33186 | 6523 | Motors Liquidation Company | $6,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| DONNA RYDER<br>1040 STRATFORD PLACE<br><br>BLOOMFIELD HILLS, MI 48304 | 64683 | Motors Liquidation Company | $2,622.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONNA S DAUGHENBAUGH<br>16432 GREENWOOD AVE<br><br>SOUTH HOLLAND, IL 60473 | 8521 | Motors Liquidation Company | $4,855.82 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONNA SCHREINER<br>6 INDIAN HILLS RD<br><br>VICKSBURG, MS 39180 | 20805 | Motors Liquidation Company | $992.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONNA W ELLIS<br>8123 STAPLETON RD<br><br>BROOKSVILLE, FL 34602 | 785 | Motors Liquidation Company | $4,375.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONNA W ELLIS<br>8123 STAPLETON RD<br><br>BROOKSVILLE, FL 34602 | 6861 | Motors Liquidation Company | $4,375.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONNIE R ANDREWS<br>117 W BARNWELL ST<br><br>HENDERSONVILLE, NC 28792 | 2410 | Motors Liquidation Company | $3,413.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONOVAN L TROWBRIDGE &<br>SHARON J TROWBRIDGE JTWROS<br>2877 TRILBY AVE<br>NORTHPORT, FL 34286 | 22064 | Motors Liquidation Company | $35,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DORA DONGXIA QIU &<br>JOE HUAYUE ZHOU<br>COMM/PROP<br>3323 LOTUS DR<br>HACIENDA HEIGHTS, CA 91745 | 10004 | Motors Liquidation Company | $5,135.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DORE GARDNER<br>98 WASHINGTON ST<br><br>MARBLEHEAD, MA 01945<br>UNITED STATES OF AMERICA | 14648 | Motors Liquidation Company | $496.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOREEN GARVEY<br>18760 PARK TREE LANE<br><br>SONOMA, CA 95476 | 64445 | Motors Liquidation Company | $13,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DOREEN L ALLEN<br>2006 CARDNER RD<br><br>NEW WOODSTOCK, NY 13122 | 8670 | Motors Liquidation Company | $135,468.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOREEN L PORTER<br>21 CHURCH WAY<br><br>OKLAHOMA CITY, OK 73139 | 19192 | Motors Liquidation Company | $9,785.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOREEN PINKARD<br>15 TERRACE AVE<br><br>WEST ORANGE, NJ 07052 | 17945 | Motors Liquidation Company | $9,922.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DORIAN A & SHIRLEY A CARROLL<br>REV LIV TRUST U/A/D 10-27-94<br>DORIAN A CARROLL & SHIRLEY A CARROLL TRUSTEES<br>11439 E RIVER DRIVE<br>DEWITT, MI 48820 | 4576 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DORIS A PALEY IRA<br>FCC AS CUSTODIAN<br>20 VILLAGE LANE<br>W BARNSTBLE, MA 02668 | 29471 | Motors Liquidation Company | $19,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DORIS AND GEORGE HILLENBRAND<br>12 YARMOUTH LN<br><br>DOWNING TOWN, PA 19335 | 17088 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DORIS B RINKER<br>913 CHESTNUT STREET<br><br>BIRMINGHAM, AL 35216 | 11627 | Motors Liquidation Company | $450.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DORIS BENE TRUST<br>DORIS E BENE<br>730 SARI DRIVE<br>LAS VEGAS, NV 89110<br>UNITED STATES OF AMERICA | 62452 | Motors Liquidation Company | $22,598.59 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DORIS C & BARBARA PAIR / JT TEN<br>504 PARKS RD<br><br>GARDENDALE, AL 35071 | 61317 | Motors Liquidation Company | $5,880.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DORIS C BROWNELL<br>45333 GALWAY DRIVE<br><br>NORTHVILLE, MI 48167 | 8666 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

Forty-Seventh Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DORIS C WISE<br>7119 YARDLEY WAY<br>TAMPA, FL 33647 | 4504 | Motors Liquidation Company | $41,455.33 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DORIS CHESHIER TTEE DORIS CHESHIER LIVING TRUST DTD 09/23/99<br>2321 PONDEROSA DR<br>JONESBORO, AR 72401<br>UNITED STATES OF AMERICA | 67713 | Motors Liquidation Company | $25,928.13 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DORIS D RUSSELL<br>311 S PARK DR<br>RAYMORE, MO 64083 | 6344 | Motors Liquidation Company | $9,027.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DORIS E BENE<br>730 SARI DR<br>LAS VEGAS, NV 89110<br>UNITED STATES OF AMERICA | 62454 | Motors Liquidation Company | $15,679.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DORIS E BENE TRUSTEE<br>DORIS E BENE<br>730 SARI DR<br>LAS VEGAS, NV 89110<br>UNITED STATES OF AMERICA | 62453 | Motors Liquidation Company | $10,140.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DORIS EDLEIN<br>C/O BROOKMONT CAPITAL<br>2000 MCKINNEY AVE STE 810<br>DALLAS, TX 75201 | 9755 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DORIS FRANKEL<br>90 FLAMINGO RD<br>LEVITOWN, NY 11756 | 15991 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DORIS J DEARMOND<br>9685 MONTE VISTA AVE<br>MONTECLAIR, CA 91763 | 61020 | Motors Liquidation Company | $9,983.24 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DORIS J FEIERMAN<br>21553 CYPRESS HAMMOCK DR<br>APT #43E<br>BOCA RATON, FL 33428 | 6222 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 21

Forty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DORIS J FENNER RLT<br>DORIS J FENNER<br>405 E LOVEL DR<br>TROY, MI 48085 | 2972 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DORIS J. GASH<br>3 SCHINDLER CT<br>EAST BRUNSWICK, NJ 08816 | 15844 | Motors Liquidation Company | $7,490.10 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DORIS M CASCIO<br>C/O AMERIPRISE FINANCIAL SERVICES, INC<br>401 FRANKLIN AVE, SUITE 101<br>GARDEN CITY, NY 11530 | 16255 | Motors Liquidation Company | $8,730.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DORIS M DUX<br>21412 STATE HIGHWAY 30<br>HAYFIELD, MN 55940 | 45599 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DORIS M LENER<br>13011 W STAR RIDGE DRIVE<br>SUN CITY WEST, AZ 85375 | 10448 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DORIS M ZENDER TTEE<br>DORIS M ZENDER CHARITABLE REMAINDER TRUST U/A DTD 12/25/1996<br>6851 W PARK LANE DRIVE<br>PALOS HEIGHTS, IL 60463 | 15720 | Motors Liquidation Company | $10,124.13 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DORIS P WATKINS<br>78 SOUTH STREET<br>WEST WINFIELD, NY 13491 | 20239 | Motors Liquidation Company | $25,354.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DORIS ROBERTS<br>PO BOX 277<br>CENTRALIA, IL 62801 | 19993 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DORIS ROBERTS<br>PO BOX 277<br>CENTRALIA, IL 62801 | 19994 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DORIS STROTHER<br>8929 W 142ND CT<br>OVERLAND PARK, KS 66221 | 11990 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DORIS THOMAS TTEE<br>WENDY S THOMAS TTEE<br>U/A/D 03-16-1992<br>FBO NORMAN W. THOMAS FAMILY TR<br>5 OLD FARM ROAD<br>WARREN, NJ 07059 | 23331 | Motors Liquidation Company | $8,288.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DORIS WIGLEY<br>PARKWAY VILLAGE<br>14300 CHENAL PKWY #2114<br>LITTLE ROCK, AR 72211 | 28436 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DORIS Z NAGY<br>1954 UPLAND STREET<br>RANCHO PALOS VERDES, CA 90275 | 12075 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DORLA ANN LAUTERBACK IRA<br>FCC AS CUSTODIAN<br>3 ARDEN CIRCLE<br>BELLA VISTA, AR 72714 | 8760 | Motors Liquidation Company | $6,999.61 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTH E BENSON<br>626 MOCKINGBIRD DR<br>BROOKHAVEN, MS 39601 | 7078 | Motors Liquidation Company | $7,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHEA D EVANS<br>644 CALLE MIRAMAR<br>REDONDO BEACH, CA 90277 | 7750 | Motors Liquidation Company | $5,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHEA HOLMAN TRUST<br>DTD 08/26/1993<br>DOROTHEA HOLMAN TTEE<br>1320 PERICO POINTE CIR<br>BRADENTON, FL 34209 | 17389 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHEA I. WOLFE FAMILY TRUST U/T/A<br>C/O PAUL T. WOLFE TTEE<br>DOROTHEA I. WOLFE FAMILY TRUST U/T/A DTD 12/28/1992<br>175 NW 336TH AVE<br>HILLSBORO, OR 97124 | 62157 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHEA LANG<br>1670 EL CAMINO REAL, APT # 204<br>MENLO PARK, CA 94025<br>UNITED STATES OF AMERICA | 26996 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 23

Forty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DOROTHY  KREGER<br>5555 FLOWER ST<br><br>ARVADA, CO 80002 | 20499 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY A CONOMON &<br>JOHN E CONOMON JT/WROS<br>324 CARLISLE DR<br>AVONDALE, PA 19311 | 9366 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY A KLIPPEL<br>940 BAY FOREST CT #127<br><br>ANNAPOLIS, MD 21403 | 20924 | Motors Liquidation Company | $10,005.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY A LINN<br>1000 BASS HARBOR DR<br><br>JACKSONVILLE, FL 32225 | 61553 | Motors Liquidation Company | $3,813.21 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY A ROURKE &<br>JOSEPH T ROURKE JR JT TEN<br>PO BOX 395<br>MONSON, MA 01057 | 64618 | Motors Liquidation Company | $33,880.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY A SMITH<br>2300 FIANNA OAKS DR APT 107<br><br>FORT SMITH, AZ 72908 | 11922 | Motors Liquidation Company | $21,700.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY B FUREY REVOCABLE TRUST<br>DOROTHY B FUREY TRUSTEE UA<br>417 GULF RD<br>NORTH PALM BEACH, FL 33408 | 17439 | Motors Liquidation Company | $125,058.21 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY BEACHAMP<br>PO BOX 5498<br><br>SAN CLEMENTE, CA 92674 | 12479 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY BOEHNER<br>2380 E CONVERSE<br><br>SPRINGFIELD, IL 62702 | 17302 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY BRADLEY 1993 TRUST<br>DOROTHY BRADLEY GATES TTEE<br>7033 PURPLE RIDGE DR<br>RANCHO PALOS VERDES, CA 90275 | 7643 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DOROTHY BRADLEY GATES IRA<br>DOROTHY BRADLEY GATE<br>7033 PURPLE RIDGE DR<br>RANCHO PALOS VERDES, CA 90275 | 7644 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY C LAMSON<br>9 LOUGHEED AVENUE<br>WEST CALDWELL, NJ 07006 | 46111 | Motors Liquidation Company | $399.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY CENKNER<br>3100 TRADITION CIRCLE APT 141<br>MT PLEASANT, SC 29466 | 11731 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY D PALOMBO<br>CGM IRA CUSTODIAN<br>626 HOMEWOOD AVE #307<br>HIGHLAND PARK, IL 60035 | 21828 | Motors Liquidation Company | $25,005.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY DICKMAN<br>3176 MELROSE RD<br>AUBURN, NY 13021 | 29606 | Motors Liquidation Company | $60,528.10 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY E DEPREZ TR<br>DOROTHY E DEPREZ REV TRUST<br>DTD 12-10-97<br>16837 LOCHMOOR CIR E<br>NORTHVILLE, MI 48168 | 28297 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY F HULL<br>13152 FERNANDO AVE<br>APPLE VALLEY, MN 55124 | 5161 | Motors Liquidation Company | $7,650.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY FLYGSTAD<br>C/O EDWARD JONES CUST<br>FBO DOROTHY FLYGSTAD<br>3359 UBBEN AVE APT 2<br>ELLSWORTH, IA 50075 | 67929 | Motors Liquidation Company | $2,188.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY GOLDSON<br>100 JOSEPH WALKER DR<br>APT 317<br>WEST COLUMBIA, SC 29169 | 10149 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DOROTHY GORMAN TTEE FBO DOROTHY GORMAN REVOC LIVING TRUST U/A/D 4/10/1997 10309 CALICO WARBLER AVE BROOKSVILLE, FL 34613 | 33568 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY H BROWN TR DOROTHY H BROWN TTEE ROBERT F BROWN TTEE U/A DTD 12/22/2003 94 S CENTRE AVE ROCKVILLE CENTRE, NY 11570 | 18971 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY H GRAY REV TR/DOROTHY GRAY HEE SA HAAG COTTEE 5516 PATRIOTS COLONY DR WILLIAMSBURG, VA 23188 | 62915 | Motors Liquidation Company | $10,226.94 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY H. BROWN (IRA) FCC AS CUSTODIAN 94 SOUTH CENTRE AVENUE ROCKVILLE CENTER, NY 11570 | 18763 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY J FINLEY 2089 TANAGER DR ORANGE PARK, FL 32073 | 31001 | Motors Liquidation Company | $16,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY J GIFFORD 20 DOUGHERTY BLVD APT J-3 GLEN MILLS, PA 19342 | 13366 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY J HARDY TRUST RICHARD G HARDY TRUSTEE UA DTD 04/12/2984 C/O RICHARD HARDY ESQ ULMER & BERNE LLP 1660 WEST 2ND STREET STE 1100 CLEVELAND, OH 44113 | 48470 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY J MIZE C/O STEVEN R MIZE 2708 ANDERS LANE PLANO, TX 75093 | 11386 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY J YODER & DANIEL W YODER JT TEN 1329 HWY 395 N STE 10-133 GARDNERVILLE, NV 89410 | 6129 | Motors Liquidation Company | $103,850.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DOROTHY JANE CARROLL<br>10631 FOXLAIR DR<br><br>ST LOUIS, MO 63137 | 16078 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY JEAN HALLER TRUST<br>9320 EARL ST #1<br><br>LA MESA, CA 91942 | 924 | Motors Liquidation Company | $7,995.05 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY K STEINHEIMER AND CATHRYN M KAUFMANN TEN IN COMMON<br>PO BOX 888904<br><br>DUNWOODY, GA 30356<br>UNITED STATES OF AMERICA | 28264 | Motors Liquidation Company | $20,181.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY KELTON &<br>STEPHEN KRAMER &<br>JULIA KRAMER JT TEN<br>5 ELMWOOD PL<br>ATHENS, OH 45701 | 22032 | Motors Liquidation Company | $2,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY KOLB (IRA)<br>FCC AS CUSTODIAN<br>160 FREMONT AVE<br>PARK RIDGE, NJ 07656 | 15010 | Motors Liquidation Company | $262.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY KRAMER TTEE<br>DOROTHY KRAMER 2004 TRUST<br>10 RUBY TERRACE<br>MARBLEHEAD, MA 01945 | 62526 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY L BARTON<br>6501 17TH AVE W<br>APT 1-311<br>BRADENTON, FL 34209 | 37013 | Motors Liquidation Company | $33,137.12 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY L BOER<br>129 DARBY LANE<br><br>SARVER, PA 16055 | 9204 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY L CAPPS<br>205 CHERRY ST<br><br>ENGLAND, AR 72046 | 28474 | Motors Liquidation Company | $77,617.19 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY L PAXTON<br>TOD BENEFICIAIRES ON FILE<br>14325 KINGMAN DR<br>CLEVELAND, OH 44130 | 18952 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

Forty-Seventh Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DOROTHY L SCHWARTZ<br>606 CHELSEA RD<br><br>OCEANSIDE, NY 11572 | 44419 | Motors Liquidation Company | $9,850.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY M CHANDLER<br>109 N BLUE RIVER DR<br><br>EDINBURGH, IN 46124 | 33399 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY M HOFFMAN<br>968 KINGS HWY<br>APT # Z-1<br>WEST DEPTFORD, NJ 08086 | 17265 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY M MORGAN<br>612 WREN STREET<br><br>SUMTER, SC 29156 | 6010 | Motors Liquidation Company | $10,485.28 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY M SARGENT ROTH IRA<br>404 PRAIRIE VIEW DR<br><br>FAIRFAX, IA 52228 | 10236 | Motors Liquidation Company | $12,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY M WARREN<br>497 CHEVY CHASE DRIVE<br><br>TULARE, CA 93274 | 8133 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY M YACKEL AND GARY J YACKEL<br>C/O GARY YACKEL<br>2080 KENNELY RD<br>SAGINAW, MI 48609 | 10803 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY MAE DOST<br>12780 N CO. HWY 9<br><br>LEWISTOWN, IL 61542 | 17858 | Motors Liquidation Company | $45,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY MAE POST<br>12780 N CO HWY 9<br><br>LEWISTOWN, IL 61542 | 17859 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY MARIE NOLAN HIRSCH<br>7621 MULBERRY LANE<br><br>NAPLES, FL 34114 | 8572 | Motors Liquidation Company | $35,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DOROTHY MASKIN TTEE<br>DOROTHY MASKIN REV TRUST<br>U/A DTD 9-15-99<br>3301 BAYSHORE BLVD<br>#301<br>TAMPA, FL 33629 | 9298 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY P CREMENT<br>WBNA CUSTODIAN TRAD IRA<br>8266 SANLANDO AVE<br>JACKSONVILLE, FL 32211 | 2572 | Motors Liquidation Company | $6,670.05 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY P MORRIS<br>1000 SEVERIN DRIVE<br>BRIDGEWATER, NJ 08807 | 11196 | Motors Liquidation Company | $32,245.42 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY R CARROLL<br>1375 OBSERVATORY AVENUE<br>NORTH AUGUSTA, SC 29841 | 19744 | Motors Liquidation Company | $10,309.38 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY R FREED<br>8 POMONA SOUTH APT 3<br>BALTIMORE, MD 21208 | 2527 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY S CHASE<br>20 BAYON DRIVE APT 221<br>SOUTH HADLEY, MA 01075 | 11205 | Motors Liquidation Company | $27,118.54 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY S GOETTMAN<br>1343 W BALTIMORE PK APT E410<br>MEDIA, PA 19063 | 61042 | Motors Liquidation Company | $1,080.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY S GOETTMAN<br>1343 W BALTIMORE PK APT E410<br>MEDIA, PA 19063 | 61043 | Motors Liquidation Company | $1,092.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY S KROKO<br>12541 CATALINA DR<br>SANTA ANA, CA 92705 | 44397 | Motors Liquidation Company | $18,535.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY S MALMAD IRA R/O<br>FCC AS CUSTODIAN<br>36 GROVE HILL PARK<br>NEWTON, MA 02460 | 19335 | Motors Liquidation Company | $153,617.89 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DOROTHY S WHITSON<br>401 ORCHARD CIR<br><br>GOBLES, MI 49055 | 6238 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY SCHEURENBRAND<br>4895 PEREGRINE PT CIRCLE E<br><br>SARASOTA, FL 34231 | 11131 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY SLAGER TRUSTEE FOR<br>JOSEPH W SLAGER AND DOROTHY SLAGER REV LIV TR DTD 5/12/89<br>6520 PINEWALK DR<br>NEW PORT RICHEY, FL 34655 | 11183 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY SNYDER CAMPBELL, TTEE<br>U/A DATED 11/12/2004<br>DOROTHY S CAMPBELL REVOCABLE<br>6110 CAPE HENRY LN<br>HOUSTON, TX 77084 | 12214 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY SOHN<br>696 FRIAR CT<br><br>MANCHESTER, NJ 08759 | 28925 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY T FRANKHAUSER<br>304 COLUMBIA CLUB DR E<br><br>BLYTHEWOOD, SC 29016 | 29302 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY T PAIGE &<br>EUGENE PETREY JT TEN<br>1975 TWIN DOLPHIN LANE<br>FT LAUDERDALE, FL 33316 | 8272 | Motors Liquidation Company | $70,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY THOMAS<br>3391 LIBBY LANE<br><br>YUBA CITY, CA 95993 | 11303 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY TOLL<br>31 SHAWNEE RD<br><br>SCARSDALE, NY 10383 | 5634 | Motors Liquidation Company | $80,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY TUROS<br>55640 NATIONAL ROAD<br><br>RIDGE PORT, OH 43912 | 14328 | Motors Liquidation Company | $3,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DOROTHY V GRISSOM<br>18109 KINZIE ST<br><br>NORTHRIDGE, CA 91325 | 61261 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY WHITE TTEE<br>DOROTHY WHITE<br>5505 W TULARE AVE UNIT 144<br>VISALIA, CA 93277 | 23895 | Motors Liquidation Company | $5,979.01 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY WILCOXEN<br>MACK FINANCIAL<br>201 W 103RD ST STE 100<br>INDIANAPOLIS, IN 46290 | 68966 | Motors Liquidation Company | $14,459.45 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DORRIS F. ARNOLD<br>106 DOGWOOD LANE<br><br>PEWEE VALLEY, KY 40056 | 16922 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DORRIS HABER<br><br><br>UNITED STATES OF AMERICA | 19739 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DORRIS M KLARE<br>221 ROXBURY RD S<br><br>GARDEN CITY, NY 11530 | 13735 | Motors Liquidation Company | $25,470.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DORRIS S MULL BEDAY<br>18860 CARRIAGE LANE<br><br>RIVERVIEW, MI 48193 | 10667 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DORSEY RAYMOND PERRY JR<br>4071 MERRICK ST<br><br>HOUSTON, TX 77025 | 33214 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOUGLAS A ROGERS &<br>PAULA KAY ROGERS JT TEN<br>505 SAINT ANDREWS DR<br>PINEHURST, NC 28374 | 6081 | Motors Liquidation Company | $20,375.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOUGLAS C BELZ & JUDITH G KING-BELZ JT TEN<br>4220 ARMSTRONG AVE SE<br><br>TUMWATER, WA 98502 | 4270 | Motors Liquidation Company | $32,619.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DOUGLAS C KOWALSKI<br>1332 FIELD CT 4<br><br>MT HOKEB, WI 53572 | 13449 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOUGLAS C KOWALSKI<br>1332 FIELD CT 4<br><br>MT HOREB, WI 53572<br>UNITED STATES OF AMERICA | 13731 | Motors Liquidation Company | $3,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOUGLAS D AND DANNA J BINGAMAN<br>DOUGLAS BINGAMAN<br>1320 FREDRICK BLVD<br>READING, PA 19605 | 5776 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOUGLAS D BEHM<br>1966 WOODRIDGE RD<br><br>TUSCALOOSA, AL 35406 | 68960 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOUGLAS D KELLER TRUST<br>DOUGLAS D KELLER<br>7 ROTTECK ST<br>SAN FRANCISCO, CA 94112 | 9076 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOUGLAS E DAY<br>12130 MOON RD<br><br>MILAN, MI 48160 | 20618 | Motors Liquidation Company | $70,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOUGLAS E HARBO TTEE<br>DOUG AND TERESA HARBO LIVING T<br>U/A DTD 08/11/2000<br>830 GILMAN ST<br>BERKELEY, CA 94710 | 61045 | Motors Liquidation Company | $29,775.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOUGLAS E KELLY REV TR<br>DOUGLAS E KELLY TTEE UA DTD<br>9/19/1994<br>10439 GOLDEN TRAIL RD<br>MILLERSBURG, MI 49759 | 20342 | Motors Liquidation Company | $24,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOUGLAS E RUHL (DCD) & JEANNETTE A RUHL JTTEN<br>871 ZEHNDER DR<br><br>FRANKENMUTH, MI 48734 | 9024 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DOUGLAS E. MCEVOY AND DORIS E. MCEVOY, JT. TEN 755 SOUTH ALTON WAY #3-B DENVER, CO 80247 | 7082 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOUGLAS F SCHMID REV TRUST U/A DTD 10/23/1992 DOUGLAS F SCHMID & NANCY M SCHMID TTEE 3005 KEATING CT BURNSVILLE, MN 55337 | 13769 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOUGLAS FAMILY TRUST DTD 5/24/99 HOWARD T DOUGLAS & PHYLLIS S DOUGLAS TRUSTEES 701 N CAMINO DEL CODORNIZ TUCSON, AZ 85748 | 19545 | Motors Liquidation Company | $5,025.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOUGLAS H BAHRENBURG 1544 SHELBURNE LN SARASOTA, FL 34231 | 21988 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOUGLAS H CAREY 6 TWIN OAKS DR CROMWELL, CT 06416 | 31258 | Motors Liquidation Company | $49,559.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOUGLAS H MIERAS LINDA COURT PO BOX 295 SCHROON LAKE, NY 12870 | 28825 | Motors Liquidation Company | $10,100.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOUGLAS H MIERAS (IRA) FCC AS CUSTODIAN LINDA COURT PO BOX 608 SCHROON LAKE, NY 12870 | 28826 | Motors Liquidation Company | $9,564.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOUGLAS HANSEN 10951 HILLCREEK RD SANTEE, CA 92071 | 4839 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOUGLAS I HAMMER MD ROLLOVER IRA C/O WHITENER CAPITAL MANAGEMENT, INC PO BOX 7743 ROCKY MOUNT, NC 27804 | 15308 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DOUGLAS J DENNY<br>1631 COURTLAND ROAD<br>ALEXANDRIA, VA 22306 | 30872 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOUGLAS J DROGOSCH IRA<br>FCC AS CUSTODIAN<br>8476 VAN HORNE ESTATES DR<br>RIVER JUNCTION, MI 49277 | 18754 | Motors Liquidation Company | $24,654.86 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOUGLAS J METZROTH<br>3247 CAWEIN WAY<br>LOUISVILLE, KY 40220 | 1850 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOUGLAS JACK SEGAN<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>PO BOX 1010<br>EAST LANSING, MI 48826 | 4497 | Motors Liquidation Company | $2,200.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOUGLAS L CAMPBELL<br>& CONNIE M CAMPBELL JTWROS<br>203 E WILLIS RD<br>ELLENSBURG, WA 98926 | 6765 | Motors Liquidation Company | $125,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOUGLAS M NEISTAT<br>16000 VENTURA BLVD STE 1000<br>ENCINO, CA 91436 | 68636 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOUGLAS MCLEAN WEMYSS &<br>FREDA EMILY WEMYSS JT WROS<br>11317 PLUMRIDGE BLVD<br>STERLING HEIGHTS, MI 48313 | 68273 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOUGLAS MUNCH<br>MS & CO C/F<br>8 INDIAN HEAD ROAD<br>MORRISTOWN, NJ 07960 | 14108 | Motors Liquidation Company | $1,800.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOUGLAS PATRICK JARROLD<br>8088 EAGLE CREEK RD<br>CINCINNATI, OH 45247 | 7507 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| DOUGLAS R. STONE TTEE<br>FBO DOUGLAS STONE FAMILY TRUST<br>U/A/D 08/09/00<br>33 BIRCH HILL ROAD<br>NORTHBORO, MA 01532 | 3539 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOUGLAS RAY & COZIA L HEARD JTWROS<br>PO BOX 763<br>CAMP HILL, AL 36850<br>UNITED STATES OF AMERICA | 11939 | Motors Liquidation Company | $16,550.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOUGLAS T ISELER<br>MARY ANN ISELER<br>71231 BURLISON LN<br>BRUCE TWP, MI 48065 | 6737 | Motors Liquidation Company | $18,375.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOUGLAS TAYLOR<br>2363 FOOTHILL BLVD<br>OROVILLE, CA 95966 | 9766 | Motors Liquidation Company | $10,600.64 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOUGLAS W ROHRS<br>SOUTHWEST SECURITIES, INC.<br>17760 GREENBRIER DR<br>BROOKFIELD, WI 53045 | 19576 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOUGLAS W YUILL TOD<br>C/O MARCIA K YUILL<br>SUBJECT TO STA RULES<br>4578 PHIPPS DRIVE<br>PORT ORANGE, FL 32129 | 39408 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOVER ROTH<br>7534 GUINEVERE DR<br>SUGAR LAND, TX 77479 | 6079 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOVON LEIDNER & ALIZA LEIDNER<br>7755 SW 86 STR APT 402<br>MIAMI, FL 33143 | 13075 | Motors Liquidation Company | $28,639.80 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOWD MARYANN<br>837 S SABRINA<br>MESA, AZ 85208 | 11810 | Motors Liquidation Company | $1,004.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| DOYLE GOINS  PATRICIA GOINS PATRICIA GOINS JT TEN 4 HAVILAND DRIVE SCOTIA, NY 12302 | 6624 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOYLE M & MATTIE L WEBBER JT/TEN 116 GILLETTE COURT FRANKLIN, VA 23851 | 16261 | Motors Liquidation Company | $9,986.02 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOYLE M AND MATTIE L WEBBER JT/TEN 116 GILLETTE COURT FRANKLIN, VA 23851 | 16260 | Motors Liquidation Company | $10,266.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOYNE M HAAS 1825 E CUMBERLAND BLVD MILWAUKEE, WI 53211 | 67975 | Motors Liquidation Company | $16,060.42 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DP FULLER GGM CUSTODIAN IRA 4404 PACIFIC ST FARMINGTON, NM 87402 | 18291 | Motors Liquidation Company | $10,091.70 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR & MRS CHARLES KLINE 21582 RADICAL RIDGE WAY KIRKSVILLE, MO 63501 | 12792 | Motors Liquidation Company | $5,494.88 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR ADRIENNE SIEGEL 333 E 68TH ST APT 6F NEW YORK, NY 10065 | 45777 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR AHMAD HAGHIGHAT 115 GAY BOWERS RD FAIRFIELD, CT 06824 | 18801 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR ARTHUR GOLDRICH CGM IRA ROLLOVER CUSTODIAN 107 S JERMAN LANE CAMDEN-WYOMING, DE 19934 | 6352 | Motors Liquidation Company | $7,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR ARTHUR GOLDRICH CGM IRA ROLLOVER CUSTODIAN 107 S. JERMAN LANE CAMDEN-WYOMING, DE 19934 | 6354 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

# Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DR ASHER MARKS<br>2720 SEGOVIA STREET<br>CORAL GABLES, FL 33134 | 28811 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR BRETT GERSTENHABER<br>BLANCHE GERSTENHABER<br>855 MOUNTAIN RD<br>CHESHIRE, CT 06410 | 12446 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR CALVIN W ERVIN<br>21161 N MARIPOSA GROVE LN<br>SURPRISE, AZ 85387 | 12835 | Motors Liquidation Company | $37,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR DANIEL L AND PATRICIA M HAFENDORFER<br>JT TEN WROS<br>7016 BREAKWATER PL<br>PROSPECT, KY 40059 | 29197 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR DAVID JACKS<br>4303 MULBERRY<br>PINE BLUFF, AR 71603 | 48479 | Motors Liquidation Company | $10,348.96 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR DAVID WAYNE HAYES MD<br>201 HILLCREST CT<br>AUSTIN, TX 78746 | 10715 | Motors Liquidation Company | $1,000,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR DONALD POYOUROW<br>MARY POYOUROW JTWROS<br>721 EAST 26TH ST<br>BROOKLYN, NY 11210 | 4113 | Motors Liquidation Company | $45,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR EUGENE MANCUSO<br>1651 MADISON PLACE<br>BROOKLYN, NY 11229 | 13332 | Motors Liquidation Company | $75,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR FREDERICK S DE NOBILE<br>WBNA CUSTODIAN TRAD IRA<br>6294 NW 30TH AVE<br>BOCA RATON, FL 33496 | 15205 | Motors Liquidation Company | $45,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR GARY M WALDO<br>828 RAY ST<br>ROANOKE, VA 24019 | 4709 | Motors Liquidation Company | $4,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DR GEORGE E BOYLE<br>2094 BLACK POINT ROAD<br><br>TICONDEROGA, NY 12883 | 46098 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR GEORGE GREEN<br>175 RIVERSIDE DR<br>APT 9F<br>NEW YORK, NY 10024 | 11496 | Motors Liquidation Company | $289,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR GLENN J RUBIN<br>6401 NW WINSTON DR<br><br>PORTLAND, OR 97210 | 12843 | Motors Liquidation Company | $25,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR HAROLD J. BERMAN<br>CGM IRA ROLLOVER CUSTODIAN<br>2811 ELLICOTT ST NW<br>WASHINGTON, DC 20008 | 14458 | Motors Liquidation Company | $52,025.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR HARRY DUCCILLI JR<br>2004 BEACHWOOD RD<br><br>FERNANDINA, FL 32034 | 4604 | Motors Liquidation Company | $2,966.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR HASSAN I BUKHARI TR<br>SURGICAL ASSOC OF DALLAS<br>PFT SHARING PL DTD 7/24/91<br>7515 KIMBERLY LN<br>DALLAS, TX 75214 | 62966 | Motors Liquidation Company | $140,466.84 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR HEEDONG PARK<br>BY DR HEEDONG PARK<br>6052 PLANTATION DR<br>GRAND BLANC, MI 48439 | 14339 | Motors Liquidation Company | $30,337.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR HELGA HARM<br>136 HARMONY HTS LN<br><br>EASTSOUND, WA 98245<br>UNITED STATES OF AMERICA | 4433 | Motors Liquidation Company | $15,624.56 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR HERMAN FELDER<br>CGM IRA CUSTODIAN<br>6432 BEACON ST<br>PITTSBURGH, PA 15217 | 33569 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DR J ROGER GOODWIN<br>2610 EVERGREEN WYNDE<br><br>LOUISVILLE, KY 40223<br>UNITED STATES OF AMERICA | 19951 | Motors Liquidation Company | $9,342.66 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR JACOB GREENFIELD<br>308 FOREST GLEN<br><br>POMPTON PLAINS, NJ 07444 | 8910 | Motors Liquidation Company | $11,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR JAMES TAUBER R/O IRA<br>FCC AS CUSTODIAN<br>PO BOX 312<br>ROCKY HILL, CT 06067 | 64227 | Motors Liquidation Company | $65,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR JERALD F SCHREIBER<br>11 WALNUT ST<br><br>FARMINGDALE, NJ 07727 | 69747 | Motors Liquidation Company | $35,895.08 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR JOHN M. UHL AND<br>MRS MAXIE F. UHL JTWROS<br>10 WESTLAKE RD<br>COLUMBIA, SC 29223 | 10278 | Motors Liquidation Company | $24,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR JOHN W MCCUE JR<br>1000 EAST LAKE AVE<br><br>SPRING LAKE, NJ 07762 | 1721 | Motors Liquidation Company | $44,911.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR JOSEPH A SALADINO<br>CGM IRA CUSTODIAN<br>355 E HERITAGE HILLS UNIT E<br>SOMERS, NY 10589 | 9818 | Motors Liquidation Company | $51,800.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR LASZLO MOLNAR<br>DARKOVITS 42<br>3529 MISKOLC HUNGARY<br><br>HUNGARY (REP) | 59916 | Motors Liquidation Company | $52,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR LEIF C GREGERSON<br>9015 24TH AVE NW<br><br>SEATTLE, WA 98112 | 10828 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR LEONARD MONTALBANO<br>15 MILLER PLACE YAPHANK RD<br><br>MIDDLE ISLAND, NY 11953 | 46101 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| DR LESLIE WOLFF<br>C/O DR STANLEY FISHER<br>65 BAYVIEW AVE<br>GREAT NECK, NY 11021<br>UNITED STATES OF AMERICA | 68761 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR LESTER P EIDELHOCH<br>6 OLD WILLOW ROAD<br><br>NEW HARTFORD, NY 13413 | 64450 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR LESTER P EIDELHOCH<br>6 OLD WILLOW ROAD<br><br>NEW HARTFORD, NY 13413 | 64451 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR LESTER P EIDELHOCH<br>6 OLD WILLOW ROAD<br><br>NEW HARTFORD, NY 13413 | 64452 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR LYLE ABBAS<br>211 S 8TH ST<br><br>CLEAR LAKE, IA 50428 | 4058 | Motors Liquidation Company | $4,164.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR MARILYNN TALAL<br>45 EAST 89TH ST 17A<br><br>NEW YORK, NY 10128 | 21800 | Motors Liquidation Company | $45,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR MARK D FILI<br>CARYLEE ADAMUSHKO-FILI<br>8 KAREN RD<br>GLEN COVE, NY 11542 | 48488 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR MITCHEL D SMARGON<br>6910 TAMERLANE DR<br><br>W BLOOMFIELD, MI 48322 | 5855 | Motors Liquidation Company | $11,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR OREN R RICHARDS<br>PATRICIA RICHARDS<br>16020 NW ELIZABETH CT<br>BEAVERTON, OR 97006 | 16271 | Motors Liquidation Company | $16,066.80 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR R L COPLEY<br>890 SIERRA DR.<br><br>PORT NECHES, TX 77651 | 11588 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DR RADHA MAHAJAN AND<br>MRS MANORAMA MAHAJAN JTWROS<br>7002 WINDSWEPT LANE<br>NORRISTOWN, PA 19403 | 64940 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR REGINA H KENEN<br>176 WESTERN WAY<br>PRINCETON, NJ 08540 | 21162 | Motors Liquidation Company | $5,314.49 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR RICHARD M BARRY<br>HARRIET C BARRY<br>6 PONDSIDE CT<br>MYSTIC, CT 06355 | 19174 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR ROBERT JACKSON GRIFFON IRA<br>FBO DR ROBERT JACKSON GRIFFON<br>309 SUNSET DRIVE<br>FRIENDSWOOD, TX 77546 | 22026 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR SONDRA ABRAMS TTEE<br>FBO SAMUEL ABRAMS<br>U/A/D 08/30/91<br>2365 OTHELLO CT<br>THE VILLAGES, FL 32162 | 31272 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR SONG K KIM MD SEP IRA<br>FCC AS CUSTODIAN<br>941 FOUNTAIN VIEW DR<br>DEERFIELD, IL 60015 | 16344 | Motors Liquidation Company | $12,005.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR STEFFI DITTMAR<br>106 DRAKE LN<br>MANHASSET, NY 11030 | 9891 | Motors Liquidation Company | $22,116.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR STEPHEN W CHING & NANCY CHING JT TEN<br>NANCY CHING JT TEN<br>217 S ITHAN AVE<br>BRYN MAWR, PA 19010 | 45845 | Motors Liquidation Company | $38,762.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR THEODORE STREHAN<br>1201 S OCEAN DR APT 2403N<br>HOLLYWOOD, FL 33019 | 68012 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| DR THOMAS PILGRAM<br>WALDSTRASSE 66<br>D-04105 LEIPZIG / GERMANY<br><br>GERMANY | 1083 | Motors Liquidation Company | $2,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR THOMAS R PETERSON<br>3069 OVERRIDGE DR<br>ANN ARBOR, MI 48104 | 4007 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR ULRICH KIRSCHNER<br>1048 GLENWOOD CT<br>BLOOMFIELD HILLS, MI 48302 | 3738 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR VERAPON TOWANNASUT<br>800 MORNINGSIDE CT<br>CROWN POINT, IN 46307 | 15263 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR W BARNEY GOGARTY IRRA FBO DR W BARNEY GOGARTY<br>C/O DR W BARNEY GOGARTY<br>634 W VERDE RIDGE RD<br>ST GEORGE, UT 84770 | 17288 | Motors Liquidation Company | $6,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR W BARNEY GOGARTY TTEE, U/A DTD 09/13/1995<br>DR W BARNEY GOGARTY<br>634 W VERDE RIDGE RD<br>ST GEORGE, UT 84770 | 17286 | Motors Liquidation Company | $12,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR. BERNHARD F. SEYR<br>KULSTRUNKSTR. 24<br>SALZBURG AUSTRIA A-5026<br>,<br>AUSTRIA | 27984 | Motors Liquidation Company | $23,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR. EARNEST K EFIMOFF<br>5538 RAVEN ROAD<br>BLOOMFIELD, MI 48301 | 18573 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR. GAD CEGLA<br>KONRAD-ADENAUER-RING 91<br>NEUSS DE 41464  GERMANY<br>,<br>GERMANY | 19231 | Motors Liquidation Company | $251,720.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| DR. GAD CEGLA<br>KONRAD-ADENAUER-RING 91<br>NEUSS DE 41464 GERMANY<br>,<br>GERMANY | 29082 | Motors Liquidation Company | $120,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR. JAMES A. BRIGMAN<br>CGM IRA CUSTODIAN<br>4765 REBEL TRAIL<br>ATLANTA, GA 30327 | 64916 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR. JOSEPH CANNALIATO<br>SMITH BARNEY INC. MPP<br>DR. JOSEPH CANNALIATO, TRUSTEE<br>60 VILLAGE DRIVE<br>MAHWAH, NJ 07430 | 5703 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR. NANCY S. NEWLIN<br>CGM SEP IRA CUSTODIAN<br>P O BOX 17138<br>FOUNTAIN HILLS, AZ 85269 | 14147 | Motors Liquidation Company | $40,912.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR. NATHAN KRINSKY<br>1355 S BLACK RIVER<br>ONAWAY, MI 49765 | 17845 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR. R L COPLEY<br>890 SIERRA DR<br>PORT NECHES, TX 77651 | 11589 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR. RICHARD JANEWAY<br>2710 OLD TOWN CLUB ROAD<br>WINSTON-SALEM, NC 27106 | 16706 | Motors Liquidation Company | $95,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DR. ROBY BEARDEN JR<br>CGM IRA ROLLOVER CUSTODIAN<br>505 STANFORD AVENUE<br>BATON ROUGE, LA 70808 | 64443 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DRAGANA V JESIC<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>5058 GAYNOR AVE<br>ENCINO, CA 91436 | 28504 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DREW GORDON<br>5700 WILSHIRE BLVD STE 165<br><br>LOS ANGELES, CA 90036 | 67931 | Motors Liquidation Company | $16,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DREW GORDON<br>5700 WILSHIRE BLVD STE 165<br><br>LOS ANGELES, CA 90036 | 67932 | Motors Liquidation Company | $11,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DRRT FBO HAUCK & AUFHAEUSER BANQUIERS LUXEMBOURG S A<br>100 SE 2ND STREET, SUITE 2610<br><br>MIAMI, FL 33131 | 69564 | Motors Liquidation Company | $5,600.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSHAFT MBH<br>C/O INKA PROCURA<br>100 SE 2ND ST STE 2610<br>MIAMI, FL 33131 | 63962 | Motors Liquidation Company | $69,581.82 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DRRT FBO SECURITY KAG<br>100 SE 2ND STREET SUITE 2610<br>CENSEO VARIABEL<br>MIAMI, FL 33131 | 63968 | Motors Liquidation Company | $657,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DRRT FBO SWISS LIFE (LIECHTENSTEIN) AG<br>100 SE 2ND STREET SUITE 2610<br><br>MIAMI, FL 33131<br>UNITED STATES OF AMERICA | 64012 | Motors Liquidation Company | $3,034.55 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DRRT FBO SWISS LIFE (LIECHTENSTEIN) AG<br>100 SE 2ND STREET SUITE 2610<br><br>MIAMI, FL 33131 | 64013 | Motors Liquidation Company | $1,631.06 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DRUDE FAULCONER<br>1321 COMANCHE DRIVE<br><br>RICHARDSON, TX 75080 | 2427 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DUANE & BETTY BERRY<br>DUANE BERRY & BETTY BERRY JTTEN<br>2448 MOFFETT RD<br>LUCAS, OH 44843 | 7876 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DUANE AND EMMA WEBER<br>6 WASHINGTON PL<br><br>EDWARDSVILLE, IL 62025 | 15417 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DUANE C CONDRA<br>35811 E PINK HILL RD<br><br>OAK GROVE, MO 64075 | 4195 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DUANE COUSINS<br>PO BOX 1319<br><br>BENTON, AR 72018 | 31245 | Motors Liquidation Company | $8,400.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DUANE E FRANZEN WILLA L FRANZEN TR DTD 5-17-02<br>C/O DUANE & WILLA FRANZEN<br>N5002 EPOUFETTE BAY RD<br>NAUBINWAY, MI 49762 | 2082 | Motors Liquidation Company | $5,170.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DUANE H LOWE<br>9058 NORTHPOINT DRIVE<br><br>BEACH CITY, TX 77523<br>UNITED STATES OF AMERICA | 7894 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DUANE HALL SEP IRA<br>FCC AS CUSTODIAN<br>1818 ELLEN<br>JONESBORO, AR 72404 | 20097 | MLCS, LLC | $8,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DUANE J BROWN<br>6334 A HIGH ST<br><br>CENTENNIAL, CO 80121<br>UNITED STATES OF AMERICA | 15454 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DUANE J SOLEM<br>6112 CHOWEN AVE S<br><br>EDINA, MN 55410<br>UNITED STATES OF AMERICA | 15449 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DUANE L THAYER<br>7374 KOTHE RD<br><br>MANCHESTER, MI 48158 | 7986 | Motors Liquidation Company | $30,564.70 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DUANE W & MARY C ARNOLD<br>DUANE ARNOLD<br>20050 30 MILE RD<br>RAY, MI 48096 | 22948 | Motors Liquidation Company | $4,885.77 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DUANE W FROST<br>2828 SE TAYLOR ST APT 204<br><br>PORTLAND, OR 97214 | 68990 | Motors Liquidation Company | $11,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| DUDLEY SHELOWITZ<br>10726 BOCA WOODS LANE<br><br>BOCA RATON, FL 33428 | 22916 | Motors Liquidation Company | $14,780.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DUNCAN L MCKILLOP<br>#7 MIDLAKA GREEN SE<br>CALGARY AB CANADA T2X 1L6<br><br>CANADA | 943 | Motors Liquidation Company | $1,113,236.19 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DUNGENESS RIVER AUDUBON CTR<br>FAGERLUND SCHOLARSHIP FD<br>PO BOX 2450<br>SEQUIM, WA 98382 | 3266 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DURWARD J. CLARK<br>2228 W PARRISH AVE<br><br>OWENSBORO, KY 42301 | 28929 | Motors Liquidation Company | $4,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DUSAN TISMA IRRL<br>7000 BOULEVARD E UNIT 29A<br><br>GUTTENBERG, NJ 07093<br>UNITED STATES OF AMERICA | 27243 | Motors Liquidation Company | $46,465.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DUWAIN M HUNT<br>19505 QUESADA AVE<br>APT #K102<br>PORT CHARLOTTE, FL 33948 | 19804 | Motors Liquidation Company | $1,690.80 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DWAIN THATCHER<br>8555 SHELLY ROAD<br><br>LAS VEGAS, NV 89123 | 69276 | Motors Liquidation Company | $11,125.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DWAINE E HUSCHER TTEE<br>DWAINE E HUSCHER REV TRUST<br>U/A DTD 7-28-99<br>PO BOX 156<br>CEDAR BLUFFS, NE 68015 | 4063 | Motors Liquidation Company | $9,805.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DWAYNE/ROBYN BAKKEDAHL<br>PO BOX 174<br>379 PONDEROSA LANE<br>LEWISTOWN, MT 59457 | 13454 | Motors Liquidation Company | $34,127.34 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Seventh Omnibus Objection

## Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DWIGHT A WHIGHAM AND SANDRA S WHIGHAM<br>DWIGHT A WHIGHAM AND SANDRA S WHIGHAM JTWROS<br>3728 DELEON ST<br>FORT MYERS, FL 33901 | 6517 | Motors Liquidation Company | $525.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DWIGHT E WOOLSEY<br>5823 S OZARK ESTATES<br>OZARK, AR 72949 | 11923 | Motors Liquidation Company | $14,675.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DWIGHT T LYNN TTEE<br>DWIGHT T LYNN TR U/A DTD 09/14/1989<br>7695 MILFORD RD<br>HOLLY, MI 48442 | 49570 | Motors Liquidation Company | $46,632.50<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| E A DEMAR & J A DEMAR CO-TTEE<br>EUGENE A. DEMAR REV LIVING TRUST<br>U/A DTD 03/26/2002<br>41 MIRO PLACE<br>PORT WASHINGTON, NY 11050 | 18300 | Motors Liquidation Company | $13,199.92 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| E ANTHONY CROWE & JOYCE W CROWE JTWROS<br>RT 1 BOX 669<br>EQUALITY, AL 36026 | 7600 | Motors Liquidation Company | $37,650.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| E B CRAIG AND L K CRAIG JT TENANT<br>EDWARD B CRAIG<br>LILIAN K CRIAG JT TENANT<br>4301 21ST AVE SE  #118<br>LACEY, WA 98503 | 7390 | Motors Liquidation Company | $10,005.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| E BRANDANGER & T NABOURS TTEE<br>BARBARA C. NABOURS IRRE SPMNTL<br>NEEDS TRUST DTD 11/23/2004<br>8833 WOOD CLIFF RD<br>BLOOMINGTON, MN 55438 | 23102 | Motors Liquidation Company | $1,040.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| E BYRON ONEILL MD<br>2815 21ST STREET<br>BAKERSFIELD, CA 93301 | 6500 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| E CHARLIE & JEAN SIMMONS<br>2122 PINEHURST DRIVE<br>NEWBERRY, SC 29108 | 38680 | Motors Liquidation Company | $10,394.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| E DISKIN & L DISKIN CO-TTEE<br>ELEANOR DISKIN REV TRUST U/A<br>DTD 05/16/2005<br>7711 LA CORNICH CIRCLE<br>BOCA RATON, FL 33433 | 4585 | Motors Liquidation Company | $20,560.05 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| E EARLE ELLIS<br>DR E EARLE ELLIS<br>PO BOX 22238<br>FT WORTH, TX 76122 | 5343 | Motors Liquidation Company | $75,240.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| E ELIZABETH JONES TRUSTEE<br>BEVERLY K JONES TRUSTEE<br>504 LINDEN ST<br>TARKIO, MO 64491 | 27633 | Motors Liquidation Company | $13,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| E F MISZAK & H F MISZAK CO-TTEE<br>EUGENE F MISZAK REV LVG TRUST U/A<br>DTD 03/07/1990<br>16351 ROTUNDA DRIVE #257C<br>DEARORN, MI 48120 | 16314 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| E HEROLD & R HEROLD TTEE<br>ELIZABETH HEROLD LIVING TRUST<br>U/A DTD 08/13/2003<br>36 DRIGGS RD<br>VERNON, CT 06066 | 68113 | Motors Liquidation Company | $2,130.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| E J MCKEEVER<br>PO BOX 3370<br>SEQUIM, WA 98382 | 8883 | Motors Liquidation Company | $9,295.20 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| E J WHITING AND E F WHITING CO-TTEE<br>THE WHITING FAMILY TRUST U/A<br>DTD 09/25/1989<br>106 VICTORIA COURT<br>SEQUIM, WA 98382 | 17940 | Motors Liquidation Company | $84,086.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| E JEANNE HOLLINGSWORTH<br>1398 OLD STONEY DR<br>GREENWOOD, IN 46143 | 14019 | Motors Liquidation Company | $21,650.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| E KANIGER & D KANIGER TTEE<br>KANIGER FAMILY TR COMMUNITY<br>FUND U/A DTD 10/06/2000<br>281 EAGLE DANCE CIR<br>PALM DESERT, CA 92211 | 15422 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| E KIRK BROWN<br>361 MOOSE LODGE ROAD<br><br>CAMDEN WY, DE 19934 | 14234 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| E L PURVIS<br>6380 W 4505<br><br>COLUMBUS, IN 47201 | 3009 | Motors Liquidation Company | $9,548.19 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| E M HENDERSON LIVING TRUST<br>E M HENDERSON TRUSTEE<br>UAD 03/13/07<br>PO BOX 770344<br>WINTER GARDEN, FL 34777 | 19544 | Motors Liquidation Company | $567,524.58 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| E M J LIMITED<br>19 GRANGE RD<br>#09-21<br>SINGAPORE  239697<br><br>SINGAPORE | 22637 | Motors Liquidation Company | $1,010,020.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| E MICHAEL JOYE<br>62 BLUE HERON WAY<br><br>SKILLMAN, NJ 08558 | 38666 | Motors Liquidation Company | $51,601.62 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| E O NELSON (IRA)<br>FCC AS CUSTODIAN<br>11502 LEGEND MANOR DRIVE<br>HOUSTON, TX 77082 | 37070 | Motors Liquidation Company | $72,992.30 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| E REYNOLDS & M REYNOLDS TTEE<br>REYNOLDS FAMILY TRUST U/A DTD 11/02/1992<br>CHAS SCHWAB & CO<br>4311 NIGHTBIRD WAY<br>REDDING, CA 96001 | 64503 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| E RICHARD & M RICHARD TTEE<br>RICHARD LIVING TRUST<br>U/A DTD 10/03/2000<br>1419 WESLEY CT<br>WESTMONT, IL 60559 | 68174 | Motors Liquidation Company | $20,985.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| E RICHARD RUTFIELD<br>CGM IRA ROLLOVER<br>55 SHAW FARM RD<br>CANTON, MA 02021 | 6266 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| E S KINNEY IRREVOCABLE TRUST<br>C/O BETTINEK WALLIN TTEE<br>895 TORO CANYON RD<br>SANTA BARBARA, CA 93108<br>UNITED STATES OF AMERICA | 14622 | Motors Liquidation Company | $24,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| E TRACY SMITH<br>PO BOX 1107<br>SANTA TERESA, NM 88008 | 15812 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| E TRADE CUSTODIAN FOR<br>CYNTHIA BLAIR ANTONELL IRA<br>221 SEASIDE DR<br>JAMESTOWN, RI 02835 | 68361 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| E W HUBER JR<br>PTY #13100<br>P.O.BOX 25724<br>MIAMI, FL 33102 | 11784 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| E W HUBER JR<br>PTY #13100<br>PO BOX 25724<br>MIAMI, FL 33102 | 11785 | Motors Liquidation Company | $45,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| E W HUBER JR<br>PTY #13100<br>PO BOX 25724<br>MIAMI, FL 33102 | 11786 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| E. KAYE BAXTER<br>3017 NEWPORT AVENUE<br>TEXARKANA, TX 75503<br>UNITED STATES OF AMERICA | 23819 | Motors Liquidation Company | $2,780.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| E.E. REINBOLD & E.F.<br>REINBOLD CO-TTEES E. E<br>REINBOLD & E F. REINBOLD<br>TRUST UAD 7/19/04<br>724 S. ROSEDALE CT<br>GROSSE PT WDS, MI 48236 | 16388 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| E.P.R. ERCKENBRACK<br>2851-43 AVE W<br>SEATTLE, WA 98199<br>UNITED STATES OF AMERICA | 20624 | Motors Liquidation Company | $60,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| E/O ROBERT T MASON<br>JANE M JENNINGS EXEC<br>251 STRIBLING RD<br>LAWRENCEBURG, TN 38464 | 22833 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EARL & NEDRA WOODROOF TRUST TR<br>EARL J WOODRUFF TTEE<br>NEDRA J WOODRUFF TTEE U/A DTD 4/26/1996<br>16416 US HWY 19 N #739<br>CLEARWATER, FL 33764 | 9656 | Motors Liquidation Company | $9,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EARL B GRIFFIN<br>4882 KIMBALL<br>MEMPHIS, TN 38117 | 1701 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EARL C RUBY & JOYCE C RUBY<br>CO-TTEES O/T RUBY FAMILY TRUST<br>DTD 1-7-97<br>4918 SCHUYLER DR<br>CARMICHAEL, CA 95608 | 4404 | Motors Liquidation Company | $24,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EARL C WEINER TTEE<br>FBO EARL C WEINER<br>U/A/D 12/31/90<br>7374 HAVILAND CIR<br>BOYNTON BEACH, FL 33437 | 36579 | Motors Liquidation Company | $13,822.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EARL D MILLS (IRA)<br>FCC AS CUSTODIAN<br>9841 STONEBRIDGE DR<br>YUKON, OK 73099 | 17863 | Motors Liquidation Company | $88,545.65 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EARL E & BARBARA THOMPSON LIVING TRUST DTD 07/07/01<br>2609 WHITEGATE DR<br>FT WAYNE, IN 46805 | 8518 | Motors Liquidation Company | $5,201.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EARL E DELLINGER<br>PO BOX 1045<br>GRUNDY, VA 24614 | 15050 | Motors Liquidation Company | $60,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EARL E STEGEN & MARGARET J STEGEN<br>MARGARET J STEGEN JT TEN<br>409 HENLEY RD.<br>RICHMOND, IN 47374 | 8812 | Motors Liquidation Company | $17,704.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EARL GABRIEL & DORE GABRIEL<br>ONE LAS OLAS CIRCLE<br>APT 912<br>FT LAUDERDALE, FL 33316<br>UNITED STATES OF AMERICA | 8054 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EARL J AND BARBARA PETTEY<br>2022 SANDLIN RD SW<br>DECATUR, AL 35601 | 4080 | Motors Liquidation Company | $12,775.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EARL K OBERMOELLER<br>2956 ABERDEEN DR<br>FLORISSANT, MO 60333 | 4024 | Motors Liquidation Company | $4,436.04 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EARL L PRIEST<br>JUDITH PRIEST JTWROS<br>2501 TERRACE DR<br>CALDWELL, ID 83605 | 28316 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EARL N DERRY   DOROTHY L DERRY<br>1008 S 50TH AVE<br>YAKIMA, WA 98908 | 6764 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EARL PENNINGTON<br>MARY PENNINGTON JT TEN<br>1803 BACON ST<br>CORBIN, KY 40701 | 18138 | Motors Liquidation Company | $6,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EARL T. PRUDEN & MERRILLY F. PRUDEN<br>JT WROS<br>948 OAKVIEW ROAD<br>TARPON SPGS, FL 34689 | 6717 | Motors Liquidation Company | $9,928.80 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EARL W PERAT<br>21520 STANDING ROCK AVE<br>APPLE VALLEY, CA 92307 | 18915 | Motors Liquidation Company | $64,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EARLE A MALKIN<br>CGM IRA ROLLOVER CUSTODIAN<br>4594 BLUE MESA WAY<br>LAS VEGAS, NV 89129 | 16178 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Seventh Omnibus Objection

## Exhibit A

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EARLE B BLOMEYER  & STEPHANIE S BLOMEYER JT WROS<br>EARLE B BLOMEYER  &<br>STEPHANIE S BLOMEYER JT WROS<br>2660 PEACHTREE RD NW<br>APT 7E<br>ATLANTA, GA 30305 | 5617 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EARLE B STREET<br>99 LOCUST LANE<br>BARNSTABLE, MA 02630 | 13119 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EARLE F LAYSER<br>500 TARGHEE TOWNE<br>ALTA, WY 83414 | 6780 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EARLENE M JOHNSON (IRA)<br>FCC AS CUSTODIAN<br>790 DANI ST<br>FALLON, NV 89406 | 12034 | Motors Liquidation Company | $6,625.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EARLY SETTLERS ASSN. OF THE WESTERN RESERVE<br>C/O JOHN D CIMPERMAN, PRES OF ESA<br>8007 COLUMBIA RD<br>OLMSTED FALLS, OH 44138 | 61176 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EARNEST H ANDREWS<br>102B CR 150<br>TUSCOLA, TX 79562 | 9687 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EAST END INTERTRADING LTD.<br>PO BOX N-1576<br>NASSAU BAHAMAS<br>BAHAMAS | 37232 | Motors Liquidation Company | $9,899.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EASTERN ASIA LIMITED<br>C/O MR TAN CHAK CHEW<br>29 GOLDEN RISE<br>554634 SINGAPORE<br>SINGAPORE | 24300 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

**Claim Totals**                    **499**

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**<u>Exhibit B</u>**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 Case No. |
|  | : |  |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | **09-50026 (REG)** |
| **f/k/a General Motors Corp.,** *et al.* | : |  |
|  | : |  |
| **Debtors.** | : | **(Jointly Administered)** |
|  | : |  |

---------------------------------------------------------------x

<div align="center">

**STIPULATION AND AGREED ORDER**
**AMONG THE DEBTORS, WILMINGTON TRUST COMPANY,**
**AND CITIBANK, N.A., SOLELY IN ITS CAPACITY AS PAYING AGENT,**
**REGARDING PROOFS OF CLAIM NOS. 47871, 47872, 65729, 65793, AND 66723**

</div>

Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

certain of its subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11

cases (collectively, the "**Debtors**"), Wilmington Trust Company as successor indenture trustee

("**WTC**"), and Citibank, N.A., solely in its capacity as paying agent under the 1990 Indenture

and 1995 Indenture (as defined below) (in such capacity, "**Citibank**"), together with the Debtors

and WTC, the "**Parties**"), by and through their respective undersigned counsel, hereby enter into

this Stipulation and Agreed Order (this "**Stipulation**") and stipulate as follows:

<div align="center">

**RECITALS**

</div>

A.    On June 1, 2009 (the "**Commencement Date**"), certain of the Debtors

commenced with this Court voluntary cases (the "**Chapter 11 Cases**") under chapter 11 of title

11, United States Code (the "**Bankruptcy Code**").

B.    On September 16, 2009, the Court entered an order (the "**Bar Date Order**")

establishing November 30, 2009 at 5:00 p.m. (Eastern Time) (the "**General Bar Date**") as the

deadline for each person or entity (including without limitation, each individual, partnership,

joint venture, corporation, estate, or trust) to file a proof of claim (a "**Proof of Claim**") against

certain of the Debtors, including MLC, to assert any claim (as defined in section 101(5) of the

Bankruptcy Code) that arose prior to the Commencement Date.

       C.       As of the Commencement Date, MLC, as issuer, WTC, as successor indenture

trustee, and Citibank, as paying agent, were parties to (i) a Senior Indenture, dated as of

December 7, 1995, as amended (the "**1995 Indenture**," and WTC's capacity under the 1995

Indenture, the "**1995 Trustee**"), and (ii) a Senior Indenture, dated as of November 15, 1990 (the

"**1990 Indenture**," and WTC's capacity under the 1990 Indenture, the "**1990 Trustee**") pursuant

to which MLC issued senior unsecured debt securities.

       D.       Prior to the General Bar Date, WTC timely filed the following four Proofs of

Claims against MLC (each, a "**WTC Claim**" and collectively, the "**WTC Claims**"):

| Claim Number | Applicable Indenture | Principal Amount of Claim Plus Fees and Interest Accrued to Petition Date |
|---|---|---|
| 65793 | 1990 Indenture | $1,419,581,281.12 |
| 47871 | 1990 Indenture | $1,419,581,281.12 |
| 65729 | 1995 Indenture | $21,928,297,131.26 |
| 47872 | 1995 Indenture | $21,928,297,131.26 |

       E.       Prior to the General Bar Date, Citibank timely filed a proof of claim against MLC

in the amount of $173,063.43 [Proof of Claim No. 66723] (the "**Citibank Claim**").

       F.       WTC recognizes that it is not entitled to, and does not seek, a duplicate recovery

on account of the same WTC Claim and has agreed to withdraw two of the WTC Claims, subject

to the agreements set forth in this Stipulation.

## <u>STIPULATION AND ORDER</u>

NOW, THEREFORE, EACH OF THE PARTIES HEREBY STIPULATES AND

AGREES AS FOLLOWS:

1.      WTC Claims numbered 47871 (filed by WTC as 1990 Trustee) and 47872 (filed

by WTC as 1995 Trustee) are deemed withdrawn and WTC Claims numbered 65793 (filed by

WTC as 1990 Trustee) and 65729 (filed by WTC as 1995 Trustee) shall survive.

2.      With respect to principal plus interest due under the 1990 Indenture, WTC, in its

capacity as the 1990 Trustee will receive and is hereby granted, on behalf of itself and the record

and beneficial bondholders of debt securities issued under the 1990 Indenture an allowed general

unsecured, nonpriority claim in the amount of $1,419,471,545.22 (subject to appropriate reserve

and/or reduction in connection with any setoff exercised by beneficial bondholders that is

authorized by this Court) (the "**1990 Debt Claim**") against MLC to be satisfied in accordance

with any chapter 11 plan or plans confirmed in the Debtors' Chapter 11 Cases.

3.      With respect to principal plus interest due under the 1995 Indenture, WTC, in its

capacity as the 1995 Trustee, will receive and is hereby granted, on behalf of itself and the record

and beneficial bondholders of debt securities issued under the 1995 Indenture, an allowed

general unsecured nonpriority claim in the amount of $21,928,183,895.36 (subject to appropriate

reserve and/or reduction in connection with any setoff exercised by beneficial bondholders that is

authorized by this Court) (the "**1995 Debt Claim**," together with the 1990 Debt Claim, the

"**Debt Claims**").

4.      With respect to the prepetition fees and expenses incurred by WTC under the

1990 Indenture, WTC shall receive an allowed claim of $109,735.90 (the "**1990 WTC Fee**

**Claim**"), and with respect to the prepetition fees and expenses incurred by WTC under the 1995

Indenture, WTC shall receive an allowed claim of $113,235.90  (the "**1995 WTC Fee Claim**,"

together with the 1990 WTC Fee Claim, the "**WTC Fee Claims**").

5.    With respect to the prepetition paying agency fees and expenses incurred by

Citibank under the Indentures, the Citibank Claim shall be allowed in the amount of $162,333.71

(the "**Citibank Fees and Expenses Claim**," together with the WTC Fee Claims, the "**Fees and

Expenses Claims**").

6.    To the extent the Fees and Expenses Claims are not paid in full, in cash, pursuant

to a plan of reorganization and/or liquidation of MLC, (a) the amount of such fees and expenses

that remain unpaid shall constitute an allowed general unsecured, nonpriority claim against MLC

held by WTC and/or Citibank, as applicable, to be satisfied in accordance with any chapter 11

plan or plans confirmed in the Debtors' Chapter 11 Cases and (b) WTC and Citibank, pursuant to

section 7.06 of the 1990 Indenture and section 7.06 of the 1995 Indenture, shall retain a charging

lien with respect to its prepetition and post-petition fees and expenses on all assets or money held

or collected by WTC or Citibank on account of the Debt Claims or otherwise.

7.    WTC will issue a notice to the Depository Trust Company and post a notice on its

website (a) notifying beneficial bondholders of the notes issued under the Indentures of the entry

of the order allowing the WTC Claims and (b) notifying such bondholders that any subsequent

claims objection filed by the Debtors seeking to disallow claims filed by bondholders on the

grounds that such claims are duplicative of the Debt Claims being allowed under the stipulation

and order will not impair bondholder's entitlement to share in plan distributions on account of

the Debt Claims in accordance with the terms of the applicable Indenture.

8.    WTC agrees that it will not object to the Debtors' filing of objections to Proofs of

Claims filed by record and beneficial holders of debt securities arising out of or relating to the

1990 Indenture and/or the 1995 Indenture on the grounds that such Proofs of Claim are duplicative of the Debt Claims allowed pursuant to this Stipulation.

9.      WTC waives its right to argue that the entire stated principal amount of $377,377,000 with respect to the Discount Debentures is an allowable claim.

10.     To the extent that the fees and expenses of WTC incurred after the Commencement Date are not satisfied by payment in full in cash in connection with a plan of reorganization and/or liquidation of MLC, WTC reserves the right to argue that all such fees are allowable general unsecured non-priority claims against the estate of MLC.

11.     This Stipulation contains the entire agreement between the Parties as to the subject matter hereof and supersedes all prior agreements and undertakings between the Parties relating thereto.

Dated:  New York, New York
        August 5, 2010


/s/ Joseph H. Smolinsky                         /s/ Keith R. Martorana
Harvey R. Miller                                Matthew J. Williams
Stephen Karotkin                                Keith R. Martorana
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP                      GIBSON DUNN & CRUTCHER LLP
767 Fifth Avenue                                200 Park Avenue, 47th Floor
New York, New York 10153                        New York, New York 10166
Telephone: (212) 310-8000                       Telephone: (212) 351-4000
Facsimile: (212) 310-8007                       Facsimile: (212) 351-4035

*Attorneys for Debtors and Debtors in*          *Attorneys for Wilmington Trust Company,*
*Possession*                                    *as 1990 Trustee and 1995 Truestee*

43467654                               5

/s/ Louis A. Curcio
Maria M. Livanos
Louis A. Curcio

SONNENSCHEIN NATH & ROSENTHAL
LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6744
Facsimile:  (212) 768-6800

*Attorneys for Citibank, N.A. as Paying
Agent under the 1990 and 1995 Indentures*

So Ordered this **_9th_** day of **_August_** 2010

**_s/ Robert E. Gerber_**
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
: 
In re                                                    :          Chapter 11 Case No.
: 
MOTORS LIQUIDATION COMPANY, *et al.*,    :          09-50026 (REG)
      f/k/a General Motors Corp., *et al.*          :
: 
                Debtors.          :          (Jointly Administered)
: 
----------------------------------------------------------------x

## ORDER GRANTING DEBTORS'
## FORTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Debt Claims)

Upon the forty-seventh omnibus objection to claims, dated August 13, 2010 (the

"**Forty-Seventh Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a

General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the

"**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy**

**Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"),

and this Court's supplemental order establishing supplemental rules and authority for filing

omnibus objections to certain debt claims (the "**Supplemental Procedures Order**") [Docket No.

6238], seeking entry of an order disallowing and expunging the Duplicate Debt Claims on the

grounds that such claims are duplicative of either Claim 65793 or Claim 65729, all as more fully

described in the Forty-Seventh Omnibus Objection to Claims; and due and proper notice of the

Forty-Seventh Omnibus Objection to Claims having been provided, and it appearing that no

other or further notice need be provided; and the Court having found and determined that the

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Debtors' Forty-Seventh Omnibus Objection to Claims.

relief sought in the Forty-Seventh Omnibus Objection to Claims is in the best interests of the

Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set

forth in the Forty-Seventh Omnibus Objection to Claims establish just cause for the relief

granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Forty-Seventh Omnibus Objection to

Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on **Exhibit "A"** (the "**Order Exhibit**") annexed hereto under the heading "*Claims to be

Disallowed and Expunged*" (collectively, the "**Duplicate Debt Claims**") are disallowed and

expunged; and it is further

ORDERED that, if applicable, the Forty-Seventh Omnibus Objection to Claims is

adjourned with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Objection Adjourned*" (the "**Adjourned Claims**") to the date indicated on the Order

Exhibit, subject to further adjournments (such actual hearing date, the "**Adjourned Hearing

Date**"), and the Debtors' response deadline with respect to the Adjourned Claims shall be 12:00

noon (Eastern Time) on the date that is three (3) business days before the Adjourned Hearing

Date; and it is further

ORDERED that, if applicable, the Forty-Seventh Omnibus Objection to Claims is

withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Objection Withdrawn*"; and it is further

ORDERED that, if applicable, the Forty-Seventh Omnibus Objection to Claims is

withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Claim Withdrawn*," as those claims have been withdrawn by the corresponding

claimant; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly

reserved with respect to, (i) any claim listed on Exhibit "A" annexed to the Forty-Seventh

Omnibus Objection to claims under the heading "*Claims to be Disallowed and Expunged*" that is

not listed on the Order Exhibit annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.


Dated: New York, New York
             _____, 2010



                                                        _____
                                                        United States Bankruptcy Judge