Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | **09-50026 (REG)** |
| **f/k/a General Motors Corp.,** *et al.* | : | |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------x

<u>**NOTICE OF DEBTORS' FORTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS**</u>
**(Duplicate Debt Claims)**

   **PLEASE TAKE NOTICE** that on August 13, 2010, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their forty-eighth omnibus objection to claims (the "**Objection**"), and that

a hearing (the "**Hearing**") to consider the Objection will be held before the Honorable Robert E.

Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for

the Southern District of New York, One Bowling Green, New York, New York 10004, on

**September 24, 2010 at 9:45 a.m. (Eastern Time),** or as soon thereafter as counsel may be

heard.

**PARTIES LISTED ON EXHIBIT "A" ANNEXED TO THE OBJECTION (THE "<u>CLAIMANTS</u>") (AND THEIR COUNSEL, IF KNOWN) WILL RECEIVE A PERSONALIZED NOTICE OF THE OBJECTION, RATHER THAN THE ENTIRE OBJECTION.**

This Objection does not affect a Claimant's ability to receive distributions as a beneficial bondholder under the claims filed by the indenture trustee of the Debtors' public debentures.  If a Claimant disagrees with the Objection's treatment of the Claimant's claim, the Claimant may call the Debtors to try and resolve the Claimant's concerns at **1-800-414-9607**.  If a Claimant is unable to resolve the Claimant's concerns with the Debtors before the deadline to respond, then the Claimant <u>must</u> file and serve a written response (a "**Response**") to the Objection in accordance with this notice, and the Claimant <u>must</u> appear at the Hearing described below.

A Claimant may participate in the Hearing telephonically provided that the Claimant complies with the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider."  A Claimant must also provide prior written notice by mail or e-mail of the Claimant's telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Russell Brooks, Esq. (russell.brooks@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Jennifer Sharret, Esq. (jsharret@kramerlevin.com)).

**If a Claimant does not oppose the disallowance and expungement of the Claimant's claim, then the Claimant does not need to file a Response or appear at the Hearing.**

**PLEASE TAKE FURTHER NOTICE THAT** the Hearing on the Objection is

scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in

Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York

(the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New

York, New York 10004-1408, on **September 24, 2010 at 9:45 a.m. (Eastern Time)**.  If a

Claimant files a Response to the Objection, the Claimant should plan to appear at the Hearing

either in person or telephonically.  The Debtors, however, reserve the right to continue the

Hearing on the Objection with respect to the Claimant's claim.  If the Debtors do continue the

Hearing with respect to the Claimant's claim, then the Hearing will be held at a later date.  If the

Debtors do not continue the Hearing with respect to the Claimant's claim, then a Hearing on the

Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a

Response is **September 17, 2010 at 4:00 p.m. (Eastern Time)**.  Only those Responses that are

timely will be considered at the Hearing.  A Claimant's Response will be deemed timely only if

it is:  (a) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing

system (the User's Manual for the Electronic Case Filing System can be found at

www.nysb.uscourts.gov) before the deadline for Responses **or** (b) **actually** received on a 3.5

inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other

Windows-based word processing format <u>and</u> in hard copy at each of the following addresses on

or before the deadline for response:

> A.    Chambers of the Honorable Robert E. Gerber, United States Bankruptcy
> Court, One Bowling Green, Room 621, New York, New York 10004-
> 1408;
>
> B.    Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth
> Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.);
> and

C.      Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory
committee of unsecured creditors, 1177 Avenue of the Americas, New
York, New York 10036 (Attn:  Jennifer Sharret, Esq.).

A Claimant's response, if any, must contain at a minimum the following: (i) a
caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case
number, and the number of the Objection to which the response is directed; (ii) the name of the
Claimant and description of the basis for the amount of the claim; (iii) a concise statement setting
forth the reasons why the claim should not be disallowed and expunged for the reasons set forth
in the Objection, including, but not limited to, the specific factual and legal bases upon which the
Claimant will rely in opposing the Objection; (iv) all documentation or other evidence of the
claim, to the extent not included with the proof of claim previously filed with the Bankruptcy
Court, upon which the Claimant will rely in opposing the Objection; (v) the address(es) to which
the Debtors must return any reply to the Claimant's response, if different from that presented in
the proof of claim; and (vi) the name, address, and telephone number of the person that can be
contacted in connection with the Objection.

If a Claimant has any questions about this notice or the Objection, please contact
the Debtors at **1-800-414-9607**.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF
THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

**PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief requested in the Objection without further notice or a hearing if a Claimant fails to file a timely Response or appear at the Hearing.**

Dated: New York, New York
        August 13, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------x
                                  :
In re                             :     Chapter 11 Case No.
                                  :
MOTORS LIQUIDATION COMPANY, et al.,  :     09-50026 (REG)
        f/k/a General Motors Corp., et al.  :
                                  :
                    Debtors.      :     (Jointly Administered)
                                  :
-----------------------------------------------------------x
```

## DEBTORS' FORTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Debt Claims)

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.
CLAIMANTS THAT ARE THE SUBJECT OF THIS OBJECTION SHOULD LOCATE THEIR NAMES AND
CLAIMS ON EITHER THE EXHIBIT ATTACHED TO THIS OBJECTION OR ON THEIR PERSONALIZED
NOTICE.**

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) and its

affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully represent:

## Relief Requested

1.        The Debtors file this forty-eighth omnibus objection to claims (the "**Forty-Eighth Omnibus Objection to Claims**") pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the **"Bankruptcy Rules"**), and this Court's supplemental order establishing supplemental rules and authority for filing omnibus objections to certain debt claims (the "**Supplemental Procedures Order**") [Docket No. 6238], seeking entry of an order disallowing and expunging the claims listed on **Exhibit "A"** annexed hereto.[1]

2.        The Debtors have examined the proofs of claim identified on Exhibit "A" and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed and Expunged*" (collectively, the "**Duplicate Debt Claims**") are duplicative of either (1) the global Proof of Claim No. 65793 ("**Claim 65793**") filed by Wilmington Trust Company ("**WTC**"), in its capacity as successor indenture trustee of the Senior Indenture, dated as of November 15, 1990 (the "**1990 Indenture**") or (2) the global Proof of Claim No. 65729 ("**Claim 65729**") filed by WTC, in its capacity as successor indenture trustee of the Senior Indenture, dated as of December 7, 1995, as amended (the "**1995 Indenture**").  The amounts asserted by WTC in Claim 65793 and Claim 65729 have been reconciled and allowed under a stipulation, approved and entered by the Court on August 9, 2010 (the "**WTC Stipulation**") [Docket No. 6595], a copy of which is annexed hereto as **Exhibit "B."**  The Debtors, therefore, seek entry of an order disallowing and expunging from the claims register the Duplicate Debt Claims.

---

[1] Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com. A link to the claims register is located under the "Claims Information" tab.  Creditors without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City Group, Inc. at 1-703-286-6401.

3.      This Forty-Eighth Omnibus Objection to Claims does not affect the ability

of an Individual Bondholder (as hereinafter defined) to participate in accordance with the WTC

Stipulation.  Further, the Debtors reserve all their rights to object on any other basis to any

Duplicate Debt Claim as to which the Court does not grant the relief requested herein.

**Jurisdiction**

4.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

**Background**

5.      On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**Realm/Encore Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Case Number 09-50026 (REG).  On September 15, 2009,

the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs,

which were amended on October 4, 2009.  On October 15, 2009, the Realm/Encore Debtors filed

their schedules of assets and liabilities and statements of financial affairs.

6.      On September 16, 2009, this Court entered an order [Docket No. 4079]

establishing November 30, 2009 as the deadline for each person or entity to file a proof of claim

in the Initial Debtors' cases, including governmental units.  On December 2, 2009, this Court

entered an order [Docket No. 4586] establishing February 1, 2010 as the deadline for each

---

[2] The Initial Debtors are Motors Liquidation Company (f/k/a General Motors Corporation), MLCS, LLC (f/k/a
Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc.
(f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3] The Realm/Encore Debtors are Remediation and Liability Management Company, Inc., and Environmental
Corporate Remediation Company, Inc.

person or entity to file a proof of claim in the Realm/Encore Debtors' cases (except

governmental units, as defined in section 101(27) of the Bankruptcy Code, for which the Court

established June 1, 2010 as the deadline to file proofs of claim).

   7.  Among the tens of thousands of proofs of claim the Debtors received,

approximately 18,000 proofs of claim have been filed by claimants seeking the repayment of

principal, interest, and fees and expenses that relate to dollar-denominated debt securities issued

by the Debtors pursuant to the 1990 Indenture and the 1995 Indenture (each, a "**Debt Claim**,"

and the holder of such Debt Claim, an "**Individual Bondholder**").  The Debtors believe that all

of the Debt Claims filed by Individual Bondholders are duplicative of the claims allowed in

favor of WTC for the benefit of all Individual Bondholders in accordance with the WTC

Stipulation.

   8.  On August 9, 2010, the Court entered the WTC Stipulation signed by the

Debtors, WTC, and Citibank, N.A., solely in its capacity as paying agent under the 1990

Indenture and 1995 Indenture (in such capacity, "**Citibank**"), allowing (i) Claim 65793 in the

amount of $1,419,471,545.22 (subject to appropriate reserve and/or reduction in connection with

any Court-authorized setoff exercised by Individual Bondholders) and (ii) Claim 65729 in the

amount of $21,928,183,895.36 (subject to appropriate reserve and/or reduction in connection

with any Court-authorized setoff exercised by Individual Bondholders).  Prior to entry of the

WTC Stipulation, WTC sent out a notice to all affected Individual Bondholders notifying them

of the pending approval by the Court of the WTC Stipulation.

   9.  On October 6, 2009, this Court entered the Supplemental Procedures

Order, which authorizes the Initial Debtors, among other things, to file omnibus objections to no

more than 500 claims at a time with respect to Debt Claims.  The claimants that are listed in

Exhibit "A" have filed Debt Claims against the Initial Debtors.

    10.  The Debtors now move to expunge the Duplicate Debt Claims filed by

each Individual Bondholder as duplicative of either Claim 65793 or Claim 65729.

<u>**The Relief Requested Should Be Approved by the Court**</u>

    11.  A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects." 11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential

allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See*

*In re Oneida, Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd*, No. 09 Civ. 2229 (DC),

2010 WL 234827 (S.D.N.Y. Jan. 22, 2010); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No.

02-41729 (REG), 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re*

*Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

    12.  Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a

claim may not be allowed to the extent that "such claim is unenforceable against the debtor and

property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1).  The

Debtors cannot be required to pay on the same claim more than once.  *See, e.g., In re Finley,*

*Kumble, Wagner, Heine, Underberg, Manley, Myerson, & Casey*, 160 B.R. 882, 894 (Bankr.

S.D.N.Y. 1993) ("In bankruptcy, multiple recoveries for an identical injury are generally

disallowed.").  The Debtors have reviewed the proofs of claim identified on Exhibit "A" and

believe them to be duplicative of Claim 65793 or Claim 65729.  Moreover, the Debtors have no

way of confirming that any of the Individual Bondholders are, in fact, beneficial holders of a

debt instrument on the relevant dates.

    13.  To avoid the possibility of multiple recoveries by the Individual

Bondholders, the Debtors request that the Court disallow and expunge in their entirety the

Duplicate Debt Claims.  Individual Bondholders, to the extent they are beneficial bondholders as of the record date under any confirmed plan of liquidation, will receive distributions under such plan from WTC in its capacity as indenture trustee.

### Notice

14.     Notice of the Forty-Eighth Omnibus Objection to Claims has been provided to each claimant listed on Exhibit "A" by virtue of the individualized notice transmitted in accordance with the Supplemental Procedures Order and parties in interest in accordance with the Third Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures, dated April 29, 2010 [Docket No. 5670].

15.     No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the relief requested herein and such other and further relief as is just.

Dated:  New York, New York
        August 13, 2010

                            /s/ Joseph H. Smolinsky
                            Harvey R. Miller
                            Stephen Karotkin
                            Joseph H. Smolinsky

                            WEIL, GOTSHAL & MANGES LLP
                            767 Fifth Avenue
                            New York, New York 10153
                            Telephone: (212) 310-8000
                            Facsimile: (212) 310-8007

                            Attorneys for Debtors
                            and Debtors in Possession

**Exhibit A**

**Forty-Eighth Omnibus Objection**

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| EASYMAIL INTERACTIVE INC<br>3143 EDWARDS ROAD<br><br>CINCINNATI, OH 45208 | 58649 | Motors Liquidation Company | $51,800.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EBERHARD-VOELLM NURSERIES,INC.<br>EMPLOYEE PENSION FUND<br>500 FRANKLIN AVE<br>FRANKLIN SQ, NY 11010 | 3289 | Motors Liquidation Company | $88,878.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ED & LORETTA LEARD<br>1047 NW STARLITE PLACE<br><br>GRANTS PASS, OR 97526 | 2876 | Motors Liquidation Company | $32,390.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ED & MARTHA BASURA, TTEE BASURA FAMILY TRUST 2-25-02<br>873 GREENS CREEK RD<br><br>GRANTS PASS, OR 97527<br>UNITED STATES OF AMERICA | 21983 | Motors Liquidation Company | $3,150.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ED FUREY PROFIT SHARING PLAN DTD 11/24/95<br>ED FUREY TRUSTEE<br>ED FUREY PROFIT SHARING PLAN DTD 11/24/95<br>FBO ED FUREY<br>417 GULF RD<br>NORTH PALM BEACH, FL 33408 | 17438 | Motors Liquidation Company | $47,076.71 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ED JONES CUST FOR MARSHALL LILE IRA<br>MARSHALL W LILE<br>1931 WARTRACE PIKE<br>SHELBYVILLE, TN 37160 | 6543 | Motors Liquidation Company | $3,875.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ED K LIVERMORE TTEE<br>FBO ED K LIVERMORE & MELBA<br>7201 ABERDEEN PARKWAY EAST<br>TULSA, OK 74132 | 3783 | Motors Liquidation Company | $103,152.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ED SMITH<br>182 NORTH BISHOP AVE<br><br>BRIDGEPORT, CT 06610<br>UNITED STATES OF AMERICA | 64648 | Motors Liquidation Company | $11,061.88 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ED SMITH<br>182 NORTH BISHOP AVE<br><br>BRIDGEPORT, CT 06610<br>UNITED STATES OF AMERICA | 64649 | Motors Liquidation Company | $38,213.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Eighth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EDA H CONTE TOD C CONTE<br>C F CONTE<br>SUBJECT TO STA RULES<br>1768 W DALEHAVEN CIRCLE<br>TUSCON, AZ 85704 | 11359 | Motors Liquidation Company | $1,043.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDDIE M BARINGER<br>7015 LESLIE DELL LANE<br>CHATTANOOGA, TN 37421 | 10057 | Motors Liquidation Company | $37,181.78 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDDY L LAUTERBACK IRA<br>FCC AS CUSTODIAN<br>3 ARDEN CIRCLE<br>BELLA VISTA, AR 72714 | 8759 | Motors Liquidation Company | $15,276.56 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDDY MASERATI<br>8755 THE ESPLANADE #129<br>ORLANDO, FL 32836 | 6679 | Motors Liquidation Company | $103,687.44 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDELTRAUT M LINDSEY<br>3824 WELLESLEY TERR CIR<br>RICHMOND, VA 23223 | 11440 | Motors Liquidation Company | $30,892.46 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDGAR H BURNS IRA R/O<br>FCC AS CUSTODIAN<br>13408 FM 1442<br>ORANGE, TX 77632 | 6556 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDGAR I SCUDDER<br>10638 CIRCLE POINT DR<br>FRANKSTON, TX 75763 | 3273 | Motors Liquidation Company | $13,996.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDGAR R BENNETT & ERIKA M BENNETT<br>26 OAKGROVE RD<br>PINEGROVE, PA 17963 | 21090 | Motors Liquidation Company | $6,735.62 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDGAR RUSSELL<br>818 HILLTOP RD<br>OYSTER BAY, NY 11771 | 4864 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDGAR VAN DIJK<br>BERNADINE VAN DIJK HILKENS<br>JT TEN<br>4768 BROADWAY<br>NEW YORK, NY 10034 | 27303 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Forty-Eighth Omnibus Objection**

# Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| EDISON M ALFORD<br>190 LAKEWIND COURT<br><br>SANFORD, NC 27332 | 23581 | Motors Liquidation Company | $31,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDISON M ALFORD<br>190 LAKEWIND CT<br><br>SANFORD, NC 27332 | 23582 | Motors Liquidation Company | $3,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDITH A MALINOWSKI<br>89 WHITE PINE DR<br><br>COLTS NECK, NJ 07722 | 31206 | Motors Liquidation Company | $9,901.70 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDITH ALTSCHULER<br>12831 W SEVILLE DR<br><br>SUN CITY WEST, AZ 85375 | 64689 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDITH B NIX<br>PO BOX 472<br><br>COMMERCE, GA 30529 | 2625 | Motors Liquidation Company | $53,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDITH BEGGS<br>1151 COUNTY ROAD 240<br><br>RISING STAR, TX 76471 | 12036 | Motors Liquidation Company | $3,661.13 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDITH E DIMITROVE TRUST<br>EDITH E DIMITROVE TTEE<br>FRIST UNION SECS CO-TTEE<br>U/A DTD 9/15/93<br>770 GOODLETTE RD N #408<br>NAPLES, FL 34102 | 19156 | Motors Liquidation Company | $134,930.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDITH E JOCHEN<br>8924 GROFFS MILL DRIVE<br><br>OWINGS MILLS, MD 21117 | 64472 | Motors Liquidation Company | $24,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDITH ELISABETH MILNE<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>5352 WATERFORD DRIVE<br>DUNWOODY, GA 30338 | 19771 | Motors Liquidation Company | $12,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDITH H SMOOT<br>104 HARBORVIEW DR<br><br>LOCUST GROVE, VA 22508 | 50933 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Eighth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EDITH HARRIS EAGLE TTEE<br>EDITH HARRIS EAGLE REV TRUST U/A DTD 8/24/93<br>42 ALMEDA DRIVE<br>STAR CITY, AR 71667 | 16107 | Motors Liquidation Company | $30,357.58 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDITH HARRIS EAGLE TTEE<br>BY CHARLES LYNN EAGLE REV TRUST U/A/D 8/24/93<br>42 ALMEDA DRIVE<br>STAR CITY, AR 71667 | 16108 | Motors Liquidation Company | $27,105.52 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDITH HERBERT<br>245 ESTATES TERRACE S<br>MANHASSET, NY 11030 | 16444 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDITH JANE WINDELL<br>185 TILLMAN LN<br>ATHENS, GA 30606 | 8473 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDITH KUZNITZ<br>42054 VILLAGE # 42<br>CAMARILLO, CA 93012 | 44333 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDITH M BLACKSHEAR<br>PO BOX 457<br>CENTERVILLE, TX 75833 | 10810 | Motors Liquidation Company | $20,431.62 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDITH M FRIED<br>3264 MEADOW RIDGE<br>REDDING, CT 06896<br>UNITED STATES OF AMERICA | 64650 | Motors Liquidation Company | $76,387.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDITH PHILLIPS FAMILY TRUST PJ PHILLIPS TTEE<br>C/O MR PETER J PHILLIPS<br>3315 PEACHTREE INDUSTRIAL BLVD APT 322<br>DULUTH, GA 30096 | 17331 | Motors Liquidation Company | $26,057.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDITH PHILLIPS FAMILY TRUST PJ PHILLIPS TTEE<br>C/O MR PETER J PHILLIPS<br>3315 PEACHTREE INDUSTRIAL BLVD APT 322<br>DULUTH, GA 30096 | 17332 | Motors Liquidation Company | $14,695.20 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Forty-Eighth Omnibus Objection**

## Exhibit A

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EDITH R CHAPPELL<br>EDITH R CHAPPELL, LINDA CHAPPELL POA<br>715 GILCHRIST RD<br>BROWNS SUMMIT, NC 27214 | 23006 | Motors Liquidation Company | $13,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDITH RENFROW<br>P O BOX 666<br>CAPE GIRARDEAU, MO 63702 | 19078 | Motors Liquidation Company | $24,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDITH VARONA<br>1821 JEFFERSON AVE APT 105<br>MIAMI BEACH, FL 33139 | 21652 | Motors Liquidation Company | $32,818.51 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDITH WEIL<br>571 CYPRESS AVE<br>LOS ANGELES, CA 90065 | 16507 | Motors Liquidation Company | $10,408.20 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDITH ZUCKERMAN<br>2050 SW 10TH COURT, BLDG 1-213<br>DELRAY BEACH, FL 33445 | 44389 | Motors Liquidation Company | $25,668.58 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDMOND F FUREY JR REV TRUST<br>EDMOND F FUREY JR TTEE UA<br>DTD 05/18/98<br>417 GULF RD<br>NO PALM BEACH, FL 33408 | 17440 | Motors Liquidation Company | $24,542.71 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDMOND H BAUER<br>1015 FORDER RD<br>ST LOUIS, MO 63129 | 1983 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDMOND J JOWDY JR<br>23 GREENTREE DR<br>GLASTONBURY, CT 06033 | 44119 | Motors Liquidation Company | $49,559.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDMOND T ELLIOTT<br>3124 HONEYSUCKLE DR<br>ANN ARBOR, MI 48103 | 2561 | Motors Liquidation Company | $53,579.18 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDMOND T. ELLIOTT<br>3124 HONEYSUCKLE DR.<br>ANN ARBOR, MI 48103 | 2562 | Motors Liquidation Company | $53,579.18 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EDMONE MALOLEY AND COLLEEN MALOLEY 834 E WASHINGTON CENTER RD FORT WAYNE, IN 46825 | 11072 | Motors Liquidation Company | $10,017.62 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDMUND A GROSSMAN 15 W 81ST ST NEW YORK, NY 10024 | 6431 | Motors Liquidation Company | $66,932.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDMUND AND EVELYN BRAUN W142N5015 GOLDEN FIELDS DR MENOMONEE FALLS, WI 53051 UNITED STATES OF AMERICA | 5916 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDMUND BARTHALOS & EVA BARTHALOS JT TEN 3510 DELEONE RD SAN MARCOS, CA 92069 | 22033 | Motors Liquidation Company | $4,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDMUND BARTHALOS & EVA BARTHALOS JT TEN 3510 DELEONE RD SAN MARCOS, CA 92069 | 22034 | Motors Liquidation Company | $6,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDMUND CARSER AND BRIDAY CARSER JTWROS 325 PEACH ORCHARD RD WATERBURY, CT 06706 | 68956 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDMUND GASSER OBERRASEN, 19 I-39030 RASEN/ANTHOLZ ITALY , ITALY | 29789 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDMUND GX REIDER 13700 CR9 EYOTA, MN 55934 | 9166 | Motors Liquidation Company | $1,022,716.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDMUND J AND JOAN M TUNITIS JT-TEN 5713 WHITEMARSH DRIVE MACUNGIE, PA 18062 | 2188 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EDMUND KOZA<br>302 TASKER STREET<br><br>RIDLEY PARK, PA 19078<br>UNITED STATES OF AMERICA | 51035 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDMUND L. RISCH<br>313 MAE CT<br><br>ROMEO, MI 48065 | 30017 | Motors Liquidation Company | $5,726.85 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDMUND MURRAY & PATSY MURRAY<br>30522 SANTIAM RIVER RD<br><br>LEBANON, OR 97355 | 6466 | Motors Liquidation Company | $30,262.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDMUND T & SANDRA J COPS<br>6608 RANGER DRIVE<br><br>TAMPA, FL 33615<br>UNITED STATES OF AMERICA | 28351 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDMUND TELEHOWSKI<br>18695 COUNTRY CLUB CIR<br><br>RIVERVIEW, MI 48193 | 10858 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDMUND W LAKEMAN TTEE<br>JACQUELINE W LAKEMAN TTEE<br>PO BOX 864<br>WEST OSSIPEE, NH 03890 | 65273 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDNA B GROSECLOSE TTEE EDNA B GROSECLOSE REV TR #1 DTD 2/9/85<br>826 SE 1201 RD<br><br>WINDSOR, MO 65360 | 8344 | Motors Liquidation Company | $9,760.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDNA EVANS<br>469 SCOTT DR<br><br>WEST CHESTER, PA 19380 | 36062 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDNA F NORTON TRUST<br>C/O EDNA F NORTON TTEE<br>5220 MANZ PL  APT 234<br>SARASOTA, FL 34232 | 36162 | Motors Liquidation Company | $15,188.33 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDNA FORD<br>1200 BARTON CREEK BLVD, #40<br><br>AUSTIN, TX 78735 | 18368 | Motors Liquidation Company | $9,300.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Forty-Eighth Omnibus Objection**

# Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EDNA JOYCE SPIVEY<br>373 BAY PINE ISLAND<br><br>JACKSONS GAP, AL 36861 | 10993 | Motors Liquidation Company | $19,625.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDNA L GORDON<br>501 JENNINGS LN<br><br>SHELBYVILLE, TN 37160 | 9380 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDNA M SIEGEL<br>9229 ARLINGTON BLVD<br>APT 137<br>FAIRFAX, VA 22031 | 27650 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDNA MCCANDLESS<br>24 QUARRY RD<br><br>WATERVILLE, ME 04901 | 11329 | Motors Liquidation Company | $41,350.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDNA O'KEEFE<br>807 80TH ST<br><br>NORTH BERGEN, NJ 07047 | 46103 | Motors Liquidation Company | $18,080.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDNA S PILATO<br>95 PINEHURST RD<br><br>OCEAN PINES, MD 21811 | 17803 | Motors Liquidation Company | $5,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDNA WASSLER<br>1435 EUCALYPTUS DR<br><br>SAN FRANCISCO, CA 94132 | 30866 | Motors Liquidation Company | $7,700.93 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDNA WOLOV<br>THE WATERMARK AT LOGAN SQ<br>2 FRANKLIN TOWN BLVD APT 1010<br>PHILADELPHIA, PA 19103 | 5761 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDUARDO R. LATOUR & JANELLE LATOUR<br>LATOUR & ASSOCIATES, PA<br>135 EAST LEMMON STREET<br>TARPON SPRINGS, FL 34689 | 23909 | Motors Liquidation Company | $1,205,736.45 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EDUARDO ROSALES ROJAS, FLORENTINO RAMON ROSALES ROJAS, ROSALES ROJAS PARQUE DEL PALACIO NO. 25 COL EL PARQUE COYOACAN C.P. 04890 MEXICO D.F.<br><br>MEXICO | 29802 | Motors Liquidation Company | $124,912.77 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD & ANNA BIGUS EDWARD J BIGUS AND ANNA M BIGUS 25 W220 ARBRUST AVE WHEATON, IL 60187 | 16722 | Motors Liquidation Company | $1,746.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD & ANNA BIGUS 25 W220 ARBRUST AVE WHEATON, IL 60187 | 16723 | Motors Liquidation Company | $2,137.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD & BRITT JOHNSON 835 BALD LAKE COURT EAGAN, MN 55123 | 14621 | Motors Liquidation Company | $15,744.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD A & HELEN C ZAVIS TRUST CM ROBINSON & CA KOWALIS & EH KORZELL TTEES EDWARD & HELEN ZAVIS TRUST 16055 LARK SPUR ST ROSEVILLE, MI 48066 | 26653 | Motors Liquidation Company | $60,492.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD A AND JANET Y PIERCY 2820 GRAY HENDRIX RD KNOXVILLE, TN 37931 | 13178 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD A CARLILE LIVING TRUST U/A DATED 10-31-94 EDWARD A CARLILE TTEE 18887 N 89TH AVE PEORIA, AZ 85382 | 31518 | Motors Liquidation Company | $306.22 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD A CROSETTI & SHIRLEY D CROSETTI TTEES F/T CROSETTI FAMILY TRUST DATED 9/6/95 3305 CAXTON CT SAN MATEO, CA 94403 | 12133 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD A PATTERSON & LINDA L PATTERSON DESIGNATED BENE PLAN/TOD 949 WRIGHT AVENUE XENIA, OH 45385 | 43941 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Eighth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| EDWARD A PATTERSON & LINDA L PATTERSON DESIGNATED BENE PLAN/TOD 949 WRIGHT AVE XENIA, OH 45385 | 43942 | Motors Liquidation Company | $546.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD A SHEPHERD 8600 NORTHRIDGE DR NE ALBUQUERQUE, NM 87111 | 28323 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD A WHITE AND ANN K WHITE TTEES THE EDWARD A WHITE TR DTD 3-11-96 2622 NE 5TH ST POMPANO BEACH, FL 33062 | 19697 | Motors Liquidation Company | $33,963.58 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD ALAN STOCKTON CHARLES SCHWAB & CO INC CUST IRA ROLLOVER 9062 POINT CYPRESS DR ORLANDO, FL 32836 | 14003 | Motors Liquidation Company | $442.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD AND CHERYL STOCKTON 9062 POINT CYPRESS DRIVE ORLANDO, FL 32836 | 14004 | Motors Liquidation Company | $4,200.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD AUTRY 1333 CR 3440 HAWKINS, TX 75765 | 16619 | Motors Liquidation Company | $5,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD B BIERMAN JR FAMILY TRUST 411 HIGHLAND AVE EAST SYRACUSE, WY 13057 | 8233 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD B DUNLAP 2071 HYCROFT DR PITTSBURGH, PA 15241 | 7606 | Motors Liquidation Company | $528,870.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD B FITZPATRICK 3 SEABREEZE LN BAYVILLE, NY 11709 | 64414 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 10

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EDWARD B HENDRICKS FAMILY TRUST<br>C/O EDWARD B HENDRICKS<br>1804 ASH CANYON RD<br>CARSON CITY, NV 89703 | 22263 | Motors Liquidation Company | $14,974.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD B LEAL &<br>SHELLEY L LEAL JT TEN<br>14084 16TH AVE<br>LEMOORE, CA 93245 | 10025 | Motors Liquidation Company | $5,120.58 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD B SARTI<br>543 FILLMORE AVE<br>DYER, IN 46311 | 29887 | Motors Liquidation Company | $7,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD B WALCZYKOWSKI<br>HELEN E WALCZYOWSKI JWTROS<br>TOD NAMED BENEFICIARIES SUBJ TO ST TOD RULES<br>8 HUCKLEBERRY LANE<br>RIDGEFIELD, CT 06877 | 6183 | Motors Liquidation Company | $30,904.40 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD BEBERMAN<br>7676 HAZARD CENTER DRIVE<br>SUITE 500<br>SAN DIEGO, CA 92108 | 13110 | Motors Liquidation Company | $6,124.53 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD C BRABAND<br>1077 BRIGHT STREAM WAY<br>WEBSTER, NY 14580 | 2861 | Motors Liquidation Company | $38,619.63 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD C CHECK JR<br>637 SHAW AVE<br>MCKEESPORT, PA 15132 | 64639 | Motors Liquidation Company | $12,955.97 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD C MOUL<br>236 MAIN ST<br>LANDISVILLE, PA 17538 | 4798 | Motors Liquidation Company | $10,124.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD C MYERS<br>11630 S GERA ROAD<br>BIRCH RUN, MI 48415 | 14576 | Motors Liquidation Company | $8,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD C OHLIN<br>450 EVERGREEN LN<br>ROBINS, IA 52328 | 10269 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EDWARD C RICHARD<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>1419 WESLEY CT<br>WESTMONT, IL 60559 | 68173 | Motors Liquidation Company | $52,800.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD C ZAJAC &<br>JOAN E CHITWOOD<br>JT TEN<br>2253 SAVANNAH RIVER ST<br>HENDERSON, NV 89044 | 9452 | Motors Liquidation Company | $11,382.27 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD CARUSO<br>DESIGNATED BENE PLAN/TOD<br>427 SAINT ANDREWS DR<br>BELLEAIR, FL 33756 | 12058 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD COTMAN AND<br>ALICE COTMAN JTWROS<br>5820 FAIRWAY LAKES DR.<br>SARASOTA, FL 34243 | 5335 | Motors Liquidation Company | $29,998.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD D CORMAN AND<br>HARRIET O CORMAN CO-TTEES<br>U/A DTD 3-28-06   EDWARD D &<br>HARRIET O CORMAN REV LIV TRUST<br>5452 WEST VILLAGE DR<br>NEW PALESTINE, IN 46163 | 4756 | Motors Liquidation Company | $5,033.77 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD D JONES & CO CUST<br>FBO WILLIAM S VANSANDT<br>8351 LULLWATER<br>DALLAS, TX 75218 | 2430 | Motors Liquidation Company | $9,255.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD D JONES & CO CUSTODIAN<br>FBO JOHN MATHERLY IRA<br>PO BOX 1423<br>WAYNESBORO, VA 22980 | 19917 | Motors Liquidation Company | $20,540.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD D JONES & CO CUSTODIAN FBO RICHARD H MCCLELLAN<br>C/O RICHARD H MCCLELLAN<br>22502 MCDANIEL RD<br>MINERVA, OH 44657 | 18903 | Motors Liquidation Company | $8,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD D JONES & CO CUSTODIAN FOR<br>FBO CHRISTA-MARIA GRACYALMY IRA<br>319 QUEENS CT<br>GREEN BAY, WI 54313 | 17605 | Motors Liquidation Company | $5,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 12

Forty-Eighth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EDWARD D REYNOLDS<br>2024 KING STABLES RD<br>BIRMINGHAM, AL 35242 | 14473 | Motors Liquidation Company | $90,187.86 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD DELGADO<br>7934 S STEPHANIE LN<br>TEMPE, AZ 85284 | 33564 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD E & MAXINE BOSHART<br>2015 MASTERS LANE<br>MISSOURI CITY, TX 77459 | 14040 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD E HAUGHT<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>27 PALMER LN<br>WIMBERLEY, TX 78676 | 8895 | Motors Liquidation Company | $86,760.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD E JAFFE<br>6 PENNY LANE COURT<br>WILMINGTON, DE 19803 | 658 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD E JAFFE<br>6 PENNY LANE COURT<br>WILMINGTON, DE 19803 | 3816 | Motors Liquidation Company | $51,670.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD E LUTZ<br>302 ADAMS CT<br>MANALAPAN, NJ 07726 | 7892 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD E SULLIVAN<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>4392 ELMWOOD DR<br>OKEMOS, MI 48864 | 45167 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD F KANE<br>24 W EDINBURGH RD<br>OCEAN CITY, NJ 08226 | 12463 | Motors Liquidation Company | $8,780.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD F.X. GALLAGHER<br>PO BOX 1581<br>NEW BURGH, NY 12551 | 10368 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Eighth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EDWARD FISCHER<br>5 KITTY LANE<br><br>NEWARK, DE 19713 | 31143 | Motors Liquidation Company | $15,071.10 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD FISCHER<br>5 KITTY LANE<br><br>NEWARK, DE 19713 | 31144 | Motors Liquidation Company | $6,497.91 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD G AND LORETTA A SCHWERDT<br>3043 SW ARVONIA PL<br><br>TOPEKA, KS 66614 | 10442 | Motors Liquidation Company | $2,500.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD G BILES<br>2926 LAKEVIEW DR<br><br>MISSOURI CITY, TX 77459 | 9520 | Motors Liquidation Company | $33,971.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD G BOYER JR<br>308 FOUNDERS VLG<br><br>LANSDALE, PA 19446 | 38663 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD G CAMPBELL III<br>9 MARLTON AVENUE<br><br>GIBBSBORO, NJ 08026 | 36194 | Motors Liquidation Company | $5,154.98 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD G SLEEPER<br>232 COUNTRY CLUB DR<br><br>MELBOURNE, FL 32940 | 33424 | Motors Liquidation Company | $1,002.65 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD G SNAGE JR TRUSTEE<br>EDWARD G SNAGE JR REVOCABLE TRUST<br>10780 BROOKS LANE<br>PLYMOUTH, MI 48170 | 12699 | Motors Liquidation Company | $36,125.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD G SOCKLER IRA<br>640 FOOTHILL ROAD<br><br>BRIDGEWATER, NJ 08807 | 23549 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD G SOCKLER, ROSE M SOCKLER<br>THE SOCKLER LIVING TRUST<br>640 FOOTHILL RD<br>BRIDGEWATER, NJ 08807 | 22697 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Eighth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| EDWARD GERJUOY<br>4601 FIFTH AVE<br>APT 729<br>PITTSBURGH, PA 15213 | 36587 | Motors Liquidation Company | $51,350.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD GERSTEN<br>295 OCEAN PARKWAY APT. E-10<br><br>BROOKLYN, NY 11218 | 12220 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD GERSTEN<br>APT E 10<br>295 OCEAN PARKWAY<br>BROOKLYN, NY 11218 | 12221 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD GINSBURG AND<br>SANDRA GINSBURG JTWROS<br>1036 PARK AVENUE APT 12B<br>NEW YORK, NY 10028 | 5069 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD GOTBETTER<br>GOTBETTER & WEINSTEIN CPAS<br>175 GREAT NECT RD<br>GREAT NECK, NY 11021 | 30698 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD GREBOW<br>1136 5TH AVE APT 11C<br><br>NEW YORK, NY 10128 | 6051 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD GRIFFIN<br>7829 CHATHAM AV NW<br><br>NORTH CANTON, OH 44720 | 2272 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD H BENNETT<br>5707 RIVER ST<br><br>WEST LINN, OR 97068 | 4900 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD H LITTLEJOHN<br>911 SO BRADFORD ST<br><br>DOVER, DE 19904 | 15121 | Motors Liquidation Company | $9,935.30 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD H STONE<br>37 MORRISON RD W<br><br>WAKEFIELD, MA 01880 | 11344 | Motors Liquidation Company | $8,195.45 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Eighth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EDWARD H TABAK<br>215 BILLINGS ROAD<br>WOLLASTON, MA 02170 | 62668 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD J AND JOSEPHINE B NOVAK TRUST<br>E J NOVAK TRUSTEE<br>3780 PINEBROOK CIRCLE<br>UNIT 202<br>BRADENTON, FL 34209 | 10129 | Motors Liquidation Company | $13,123.99 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD J BIGUS<br>25 W 220 ARMBRUST AVE<br>WHEATON, IL 60187 | 16720 | Motors Liquidation Company | $1,425.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD J BIGUS<br>EDWARD J BIGUS IRRA<br>25 W 220 ARMBRUST AVE<br>WHEATON, IL 60187 | 16721 | Motors Liquidation Company | $582.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD J DA DURA JR<br>1712 SUPREME CT<br>NAPLES, FL 34110 | 16747 | Motors Liquidation Company | $61,870.93 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD J DARNEY<br>8341 COLES FERRY RD<br>BROOKNEAL, VA 24528 | 11028 | Motors Liquidation Company | $15,540.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD J DICKHAUS &<br>ELEANORE L DICKHAUS TTEE<br>DICKHAUS FAMILY TRUST<br>U/A DTD 10-5-01<br>3150 LEXINGTON AVE #317<br>SHOREVIEW, MN 55126 | 20013 | Motors Liquidation Company | $2,814.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD J HILL<br>16 STONE RUN RD<br>BEDMINSTER, NJ 07921 | 16409 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD J LANZA<br>5540 SW 81ST PLACE<br>OCALA, FL 34476 | 2509 | Motors Liquidation Company | $9,860.42 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD J LEAHY IRA<br>711 CRESTWOOD LN<br>SAC CITY, IA 50583 | 14230 | Motors Liquidation Company | $60,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EDWARD J OAKES<br>8501 HARNER ST<br>PHILADELPHIA, PA 19128 | 15914 | Motors Liquidation Company | $2,557.47 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD J OHALLORAN<br>1008 KENNETT WAY<br>WEST CHESTER, PA 19380 | 28119 | Motors Liquidation Company | $15,446.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD J SULLIVAN JR IRA<br>C/O EDWARD J SULLIVAN JR<br>1440 WATER PIPIT LN<br>FLEMING ISLE, FL 32003 | 12181 | Motors Liquidation Company | $162,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD J SULLIVAN JR MD TTEE EDWARD J SULLIVAN JR LIV TRUST UA DTD 8/13/2007<br>C/O EDWARD J SULLIVAN JR<br>1440 WATER PIPIT LN<br>FLEMING ISLE, FL 32003 | 12182 | Motors Liquidation Company | $437,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD J SULLIVAN JR TRS FBO CATHERINE M SULLIVAN LIV TR U/A AUG 13 2007<br>C/O EDWARD J SULLIVAN JR<br>1440 WATER PIPIT LN<br>FLEMING ISLE, FL 32003 | 12180 | Motors Liquidation Company | $128,125.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD J SULLVAN JR TTEE EDWARD J SULLIVAN JR LIV TRUST U/A DTD 08/12/2007<br>C/O EDWARD J SULLIVAN JR<br>1440 WATER PIPIT LN<br>FLEMING ISLE, FL 32003 | 12179 | Motors Liquidation Company | $58,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD J VANEK TTEE<br>VANEK FAMILY TRUST<br>U/A DTD 6/12/97<br>2650 W UNION HILLS DR<br>PHOENIX, AZ 85027 | 17820 | Motors Liquidation Company | $12,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD J WYMBS<br>32829 38 CT SW<br>FEDERAL WAY, WA 98023<br>UNITED STATES OF AMERICA | 14654 | Motors Liquidation Company | $3,276.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD JONES C/F CARRELL MARSHALL<br>6123 DEEPWOOD DR<br>CHERRY VALLEY, IL 61016 | 1989 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Eighth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EDWARD JOSEPH TURNER FAMILY TRUST<br>EDWARD JOSEPH TURNER, TRUSTEE<br>4101 BACKMEYER ROAD<br>RICHMOND, IN 47374 | 1921 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD JOSEPH WYMBS<br>32829 38 CT SW<br>FEDERAL WAY, WA 98023<br>UNITED STATES OF AMERICA | 14653 | Motors Liquidation Company | $546.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD K MORONEY &<br>TERESA MORONEY JT TEN<br>111 EAST GLEN ROAD<br>DENVILLE, NJ 07834 | 17245 | Motors Liquidation Company | $15,464.15<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD KASPER<br>29954 STANHURST RD<br>FARMINGTN HLS, MI 48331 | 2794 | Motors Liquidation Company | $34,589.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD KASPER<br>ELIZABETH L KASPER<br>29954 STANHURST RD<br>FARMINGTN HLS, MI 48331 | 2795 | Motors Liquidation Company | $4,979.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD KIRMSS<br>1231 BAYPOINT DR<br>SENECA, SC 29672 | 61827 | Motors Liquidation Company | $1,616.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD KWAK & ILSUNG KWAK JT TEN<br>EDWARD KWAK<br>2222 TIMBERBROOK TRAIL<br>FORT WAYNE, IN 46845 | 11869 | Motors Liquidation Company | $28,719.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD L BENTLEY<br>1085 TULLAPOOSA HWY<br>CEDARTOWN, GA 30125 | 44233 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD L BENTLEY<br>1085 TALLAPOOSA HWY<br>CEDARTOWN, GA 30125 | 44234 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD L GOFF &<br>JOCELYN G WHITTINGTON<br>JT TEN<br>2001 DERRICKS CREEK RD<br>CHARLESTON, WV 25320 | 33473 | Motors Liquidation Company | $3,100.07 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EDWARD L GOFF IRA R/O<br>FCC AS CUSTODIAN<br>U/A DTD 02/23/96<br>2001 DERRICKS CREEK RD<br>CHARLESTON, WV 25320 | 33472 | Motors Liquidation Company | $4,846.43 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD L HUGHES<br>PO BOX 408<br>MONROE, WI 53566<br>UNITED STATES OF AMERICA | 13947 | Motors Liquidation Company | $17,538.12 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD L KING AND SANDRA L KING<br>9612 DOVE MEADOW COVE W<br>GERMANTOWN, TN 38139 | 14371 | Motors Liquidation Company | $196,922.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD L LEIPZIGER & PHYLLIS LEIPZIGER<br>7027 BITTERBUSH PLACE<br>BOYNTON BEACH, FL 33472 | 5333 | Motors Liquidation Company | $75,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD L MARTINCICH TRUSTEE<br>MARY BERNICE MARTINCICH TRUST<br>UTA DTD 12/03/91<br>5920 REINHARDT<br>FAIRWAY, KS 66205 | 11129 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD L POOLE<br>BILLYE D POOLE CO TTEES<br>POOLE LIVING TRUST UA DTD 02/25/98<br>1119 LARCHMONT LANE<br>OKLAHOMA CITY, OK 73116 | 7235 | Motors Liquidation Company | $11,504.40 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD L SEEBERGER<br>405 W SUMMIT<br>MAQUOKETA, IA 52060 | 2089 | Motors Liquidation Company | $10,100.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD L. AND CATHY M. FUNK<br>309 CR 3633<br>LAMAR, AR 72846 | 17482 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD L. WILSON<br>851 PIZZO LN<br>FALLBROOK, CA 92028 | 14886 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Forty-Eighth Omnibus Objection**

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| EDWARD M GABRIELSON<br>1310 HIDDEN MOUNTAIN DR<br><br>EL CAJON, CA 92019 | 21715 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD M OCHSNER<br>2318 LAMSON RD<br><br>PHOENIX, NY 13135 | 30902 | Motors Liquidation Company | $26,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD M SCHERER<br>5320 HARVEST LANE<br><br>TOLEDO, OH 43623 | 19766 | Motors Liquidation Company | $67,930.55 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD M STAUB MD.,PC<br>PENSION PLAN DTD 6/30/1994<br>MERYL STAUB & EDWARD M STAUB,TTEES<br>350 LONG MEADOW RD<br>FAIRFIELD, CT 06824 | 10348 | Motors Liquidation Company | $4,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD MITCHELL WELLS & AUDREY MARIE WELLS REV TRUST<br>601 HORSE THIEF LANE<br>DURANGO, CO 81301 | 64463 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD N GIBBS<br>1803 LYMAN CT<br><br>COLUMBIA, MO 65203 | 4382 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD P MINAR & PATRICIA H MINAR<br>27 BOLTON RD<br><br>TRENTON, NJ 08610 | 12939 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD P SOWA<br>7346 EVERGREEN COURT<br><br>VASSAR, MI 48768 | 10324 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD PALVIG<br>2848 NE 25TH COURT<br><br>FT LAUDERDALE, FL 33305 | 18680 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD PALVIG<br>2848 NE 25TH COURT<br><br>FT LAUDERDALE, FL 33305<br>UNITED STATES OF AMERICA | 19524 | Motors Liquidation Company | $75,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Eighth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| EDWARD R GROSSO<br>2641 RALL AVE<br><br>CLOVIS, CA 93611 | 8964 | Motors Liquidation Company | $138.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD R SCHULTZ<br>603 COMANCHE DR<br><br>ALLEN, TX 75013 | 12615 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD READ<br>4335 CARTER DR<br><br>SMITHVILLE, MO 64089 | 19396 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD RUBIN (IRA) ROLLOVER<br>FCC AS CUSTODIAN<br>4136 MANCHESTER LAKE DRIVE<br>LAKE WORTH, FL 33449 | 70109 | Motors Liquidation Company | $19,862.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD RUSSELL<br>15 FOX HILL DR<br><br>HOLDEN, MA 01520 | 9242 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD RYAN & VIRGINIA RYAN<br>JT TEN<br>35 PONDVIEW DR<br>CONGERS, NY 10920 | 13171 | Motors Liquidation Company | $97,370.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD S BUKOFSKY IRA<br>FCC AS CUSTODIAN<br>214 GROVE STREET<br>WOODBRIDGE, NJ 07095 | 1730 | Motors Liquidation Company | $10,660.33 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD S CAMPBELL<br>WBNA CUSTODIAN TRAD IRA<br>3033 OAK HILL RD<br>CLEARWATER, FL 33759 | 4025 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD S CAMPBELL<br>WBNA CUSTODIAN TRAD IRA<br>3033 OAK HILL RD<br>CLEARWATER, FL 33759 | 4026 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD S CARDWELL III<br>1515 STATE ST<br><br>CAYCE, SC 29033 | 10978 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Eighth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| EDWARD S LEE<br>328 E 34TH ST APT A-4<br><br>NEW YORK, NY 10016 | 14013 | Motors Liquidation Company | $73,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD S SMITH & SHIRLEY A SMITH<br>10 BROOKWOOD CT<br><br>ORMOND BEACH, FL 32174 | 9260 | Motors Liquidation Company | $60,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD S VELLA<br>1135 LANDING LANE<br><br>MILLBRAE, CA 94030 | 3118 | Motors Liquidation Company | $1,440.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD S YEE<br>PO BOX 31961<br><br>SAN FRANCISCO, CA 94131 | 16989 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD S. FERRIS<br>TOD REGISTRATION<br>6180 SUN BLVD, UNIT 105<br>ST PETERSBURG, FL 33715 | 13307 | Motors Liquidation Company | $51,100.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD SCHULTZ &<br>DORIS SCHULTZ JTTEN<br>416 PELICAN MOORINGS<br>VENICE, FL 34285 | 29880 | Motors Liquidation Company | $110,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD T AUTRY AND VIRGINIA A AUTRY<br>1333 CR 3440<br><br>HAWKINS, TX 75765 | 16621 | Motors Liquidation Company | $25,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD T GROENERT<br>122 1/2 MANTEY HEIGHTS DR<br><br>GRAND JUNCTION, CO 81501 | 9042 | Motors Liquidation Company | $9,925.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD V VARELA IRA<br>EDWARD V VARELA<br>10111 INVERNESS MAIN ST #223<br>ENGLEWOOD, CO 80112 | 7596 | Motors Liquidation Company | $52,870.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD W DIAMOND IRA<br>FCC AS CUSTODIAN<br>7801 BARTELS RD<br>EVANSVILLE, IN 47710 | 10829 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Eighth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| EDWARD W DIGRICOLI<br>18 LATOURETTE ROAD<br><br>WHITEHOUSE STATION, NJ 08889 | 62892 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD W EELLS &<br>PATRICIA E EELLS JTWROS<br>TOD DTD 02/06/2007<br>13 MONROE AVE<br>BELLMAWR, NJ 08031 | 21836 | Motors Liquidation Company | $24,851.16 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD W ZEPHIR<br>JEANNE Y ZEPHIR<br>PO BOX 932<br>295 EASTWIND CIRCLE<br>S WELLFLEET, MA 02663 | 32778 | Motors Liquidation Company | $75,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD WILLIAM TAYLOR AND JOAN TAYLOR JTWROS<br>8118 LAUREL GREEN DRIVE<br>SPRING HILL, FL 34606<br>UNITED STATES OF AMERICA | 62219 | Motors Liquidation Company | $5,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD WITKOWSKI<br>1420 WINGED FOOT CT<br><br>MURRELLS INLET, SC 29576 | 68857 | Motors Liquidation Company | $15,455.08 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWARD WITKOWSKI<br>1420 WINGED FOOT CT<br><br>MURRELLS INLET, SC 29576 | 68858 | Motors Liquidation Company | $5,056.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWIN & ARLENE HARDING<br>EDWIN V HARDING &<br>ARLENE T HARDING<br>215 CO RD 36<br>MATHEWS, AL 36052 | 22440 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWIN & FLORENCE WHITNEY<br>213 STARLING AVE<br><br>SCHENECTADY, NY 12304 | 19206 | Motors Liquidation Company | $32,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWIN & MARJORE PAISLEY TTEES<br>U/A/D 10/2/01<br>EDWARD & MARJORIE PAISLEY TRUST<br>559 N 100 W<br>FRANKLIN, IN 46131 | 33403 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EDWIN COOPER<br>5550 RIPLEY DAY HILL RD<br><br>RIPLEY, OH 45167 | 29400 | Motors Liquidation Company | $26,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWIN D KUNZMAN<br>JOYCE M KUNZMAN<br>28 GLENS DR WEST<br>BOYNTON BEACH, FL 33436 | 19652 | Motors Liquidation Company | $12,951.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWIN F WHITTINGTON<br>CGM IRA ROLLOVER CUSTODIAN<br>1203 KENT PLACE<br>LINDEN, NJ 07036 | 37725 | Motors Liquidation Company | $8,581.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWIN G CALVIN<br>1112 DOEBROOK DR<br><br>NEW ALBANY, IN 47150 | 5899 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWIN G ROOS<br>WILLIAMS REAL ESTATE<br>425 E 58TH ST # 28A<br>NEW YORK, NY 10022 | 11752 | Motors Liquidation Company | $1,466,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWIN H & VERNA VEITENGRUBER TRUST<br>C/O EDWIN & VERNA VEITENGRUBER<br>9951 W VAN CLEVE<br>FRANKENMUTH, MI 48734 | 10721 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWIN H RUSSELL & GLADYS M RUSSELL<br>TTEES F/T EDWIN H & GLADYS M<br>RUSSELL FAMILY REV TRUST DTD 3-7-95<br>4134 ASHBROOK CIRCLE<br>SAN JOSE, CA 95124 | 15270 | Motors Liquidation Company | $150,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWIN HEIN<br>6365 LANSDOWNE CIR<br><br>BOYNTON BEACH, FL 33472 | 20776 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWIN JOEL MARKOWITZ & CAROL A MARKOWITZ<br>JT TEN<br>1204 LOCH RANNOCH CT<br>LEESBURG, FL 34788 | 12185 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWIN JOHN CROFOOT II<br>22303 N VENADO DR<br><br>SUN CITY WEST, AZ 85375 | 6479 | Motors Liquidation Company | $3,958.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EDWIN L MCQUOWN/CHERYL A MARTIN<br>1720 PEARTREE LN<br>CROFTON, MD 21114 | 2239 | Motors Liquidation Company | $12,685.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWIN L WOODS JR &<br>M KATHLEEN WOODS & JT WROS<br>EDWIN L WOODS SR<br>1711 CHIPPAWA LN<br>PASADENA, TX 77504 | 45821 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWIN LORE & YUET LORE<br>30 N MOUNTAIN AVE<br>CEDAR GROVE, NJ 07009 | 2518 | Motors Liquidation Company | $5,448.69 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWIN M PHILLIPS AND<br>DARLENE L PHILLIPS<br>JTWROS<br>PO BOX 310<br>120 NORTH HILL ROAD<br>TERRE HILL, PA 17581 | 17492 | Motors Liquidation Company | $45,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWIN MCADAM<br>71 NEWBURY ROAD<br>HOWELL, NJ 07731 | 37722 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWIN S WHITE<br>1209 SUNNINGDALE LN<br>ORMOND BEACH, FL 32174 | 36121 | Motors Liquidation Company | $14,536.12 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWIN SAUNDERS<br>82 CIRCLE DR<br>ROSLYN HEIGHTS, NY 11577 | 8466 | Motors Liquidation Company | $10,280.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWIN SCHINAZI & S CELINE SCHINAZI<br>JT TEN<br>136 TRUMAN ROAD<br>NEWTON, MA 02459 | 5228 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDWIN STRAUSS<br>JOAN R STRAUSS<br>17908 W ROBIN RD<br>POLO, IL 61064 | 12412 | Motors Liquidation Company | $20,175.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EDWIN T HARRISON<br>521 1ST AVE NE<br>CARMEL, IN 46032 | 7911 | Motors Liquidation Company | $3,224.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDYPHTIA G ROBINSON, DANIEL BUETTNER<br>DANIEL D BUETTNER<br>2500 DOHACK CT<br>ARNOLD, MO 63010 | 30356 | Motors Liquidation Company | $24,983.68 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDYTHE LEBO REV TR<br>EDYTHE LEBO TTEE UAD 4/24/1996<br>9199 PECKY CYPRESS LANE APT 7B<br>BOCA RATON, FL 33428 | 19448 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDYTHE S HANSON CGM IRA ROLLOVER CUSTODIAN<br>C/O EDYTHE S HANSON<br>CGM IRA ROLLOVER CUSTODIAN<br>2697 FIREBRAND PLACE<br>ALPINE, CA 91901 | 19663 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EFTHIMIADES, KATHRYN<br>1039 DOUGLAS AVE<br>WANTAGH, NY 11793 | 47994 | Motors Liquidation Company | $9,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EGLE PELLETTI TTEE<br>UTD 7/23/01<br>FBO THE EGLE PELLETTI TRUST<br>1435 COUNTRY MANOR DR<br>SANTA ROSA, CA 95401 | 10281 | Motors Liquidation Company | $22,942.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EIDAM REVOCABLE LIVING TR<br>DONALD A EIDAM TTEE<br>LOIS T EIDAM TTEE<br>U/A DTD 05/21/2008<br>4231 KENNETH AVENUE<br>FAIR OAKS, CA 95628 | 7520 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EILEEN E SPOON<br>606 HAMECON PL<br>CEDAR GROVE, NC 27231 | 29860 | Motors Liquidation Company | $11,289.18 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EILEEN FISCHER<br>TOD REGISTRATION<br>200 LESLIE DRIVE #718<br>HALLANDALE, FL 33009 | 16332 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Eighth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EILEEN GRUHER AND FREDRIC GRUHER<br>C/O BARRY P GRUHER ESQ<br>GENOVESE TOBLOVE & BATTISTA PA<br>200 E BROWARD BLVD STE 1110<br>FT LAUDERDALE, FL 33301 | 50087 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EILEEN HOFSTRA<br>626 E 160TH CT<br>SOUTH HOLLAND, IL 60473 | 28409 | Motors Liquidation Company | $23,470.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EILEEN JAKUBEK<br>65 ORCHARD ST<br>ELMWOOD PK, NJ 07407 | 9862 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EILEEN L SLOAN TRUSTEE<br>U/W BERKY SLOAN<br>TESTAMENTARY TRUST<br>2140 EDMONTON ROAD<br>GLASGOW, KY 42141 | 12113 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EILEEN M CARGEN<br>3901 GREEN ST<br>MIDDLEBOROUGH, MA 02346 | 7535 | Motors Liquidation Company | $7,218.90 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EILEEN QUATTLEBAUM<br>131 BELLE MEADE DRIVE<br>SEARAY, AR 72143 | 22675 | Motors Liquidation Company | $25,002.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EILEEN R LONDINO<br>103 WOODSTONE LN APT 45<br>NEW KENSINGTN, PA 15068 | 18275 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EILEEN R MEYER<br>1315 KIRKWOOD #804<br>FT COLLINS, CO 80525<br>UNITED STATES OF AMERICA | 15520 | Motors Liquidation Company | $4,960.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EILEEN ROSE RAYNES<br>410 N DOUGLAS AVE<br>MARGATE, NJ 08402 | 5259 | Motors Liquidation Company | $10,645.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Eighth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| EILEEN T BRODBAR<br>CHARLES SCHWAB & CO INC. CUST<br>IRA ROLLOVER<br>1655 CORONA AVE<br>NORCO, CA 92860 | 63167 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EILEEN T MCMILLAN<br>7755 S ROBERTS RD<br>BRIDGEVIEW, IL 60455 | 9384 | Motors Liquidation Company | $3,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EILEEN V ANDREWS<br>5360 MILLIKIN RD<br>HAMILTON, OH 45011 | 14665 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EILEEN WATSON<br>18 WOODFIELDS DR<br>TOLLAND, CT 06084 | 22890 | Motors Liquidation Company | $10,353.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EILLEN R HOFFMAN<br>101 BAYSHORE RD UNIT B<br>NOKOMIS, FL 34275 | 62419 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EIRIAL C STANSELL SIMPLE IRA (FIRST CLEARING CORP)<br>EIRIAL C STANSELL<br>103 N PECAN ST<br>NACOGDOCHES, TX 75965 | 13197 | Motors Liquidation Company | $3,400.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EISENHARD FAMILY TRUST DTD 1/20/98<br>MICHAEL EISENHARD &<br>JUDY EISENHARD TRUSTEES<br>2275 PLOVER CT<br>ARROYO GRANDE, CA 93420 | 9079 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EKKEHARD FISCHER<br>MEMMINGER STR 18<br>87727 BABENHAUSEN GERMANY<br>,<br>GERMANY | 18911 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELAINE A MEDER<br>551 6TH ST<br>VERO BEACH, FL 32962 | 21188 | Motors Liquidation Company | $13,771.10 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ELAINE BARBARA FEIGIN<br>85 RIVERSIDE AVE APT G3<br>STAMFORD, CT 06905 | 14263 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELAINE BARKSDALE<br>566 HAMILTON HILLS CT<br>AUBURN, AL 36830 | 38845 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELAINE BECKER<br>251 BUCHERT ROAD<br>GILBERTSVILLE, PA 19525 | 63639 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELAINE BLUESTEIN<br>116 SWENDSEN DR<br>MONROE, CT 06468 | 1553 | Motors Liquidation Company | $75,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELAINE C HANKEL<br>1842 16 1/2 ST S<br>FARGO, ND 58103 | 3971 | Motors Liquidation Company | $12,500.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELAINE COUCH<br>3121 EVENING WAY UNIT D<br>LA JOLLA, CA 92037 | 11688 | Motors Liquidation Company | $30,257.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELAINE DONAGHUE<br>3 HARBOUR DR S<br>BOYNTON BEACH, FL 33435 | 69362 | Motors Liquidation Company | $13,873.18 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELAINE E RUPPERT<br>304 S SHORE RD<br>ABSECON, NJ 08201 | 12461 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELAINE E WITBRODT<br>THOMAS B WITBRODT REV TRUST<br>6775 NORTH BRANCH DRIVE<br>GRAYLING, MI 49738 | 11675 | Motors Liquidation Company | $30,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELAINE E WITBRODT<br>6775 N BRANCH DR<br>GRAYLINE, MI 49738 | 11676 | Motors Liquidation Company | $60,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

## Exhibit A

Forty-Eighth Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ELAINE ENOCH<br>1652 COLLEEN ST<br><br>SARASOTA, FL 34231 | 25285 | Motors Liquidation Company | $10,470.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELAINE FRANKOWSKI TRUST<br>ELAINE FRANKOWSKI<br>& KRZYSZTOF S FRANKOWSKI TTEES<br>UAD MAR 24, 1995<br>243 BEDFORD ST SE<br>MINNEAPOLIS, MN 55414 | 28671 | Motors Liquidation Company | $4,921.97 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELAINE FRIEDMAN &<br>NORMAN FRIEDMAN<br>JT TEN<br>743 SPRAGUE AVE<br>FRANKLIN SQ, NY 11010 | 17250 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELAINE G MILLER<br>2 CLARIDGE DR<br>APT 11L WEST<br>VERONA, NJ 07044 | 9337 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELAINE GORDON<br>9 WARREN LN<br><br>JERICHO, NY 11753 | 17521 | Motors Liquidation Company | $27,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELAINE H TERRELL<br>BY ELAINE H TERRELL<br>760 MERIDAN ST<br>DEARBORN, MI 48124 | 64409 | Motors Liquidation Company | $16,048.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELAINE HALBERSTADT<br>MICHAEL HALBERSTADT JT TEN<br>3113 VERDMONT LN<br>WELLINGTON, FL 33414 | 12357 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELAINE INGRISAND IRA<br>RAYMOND JAMES & ASSOC CUSTODIAN<br>IRA A/C #60543184<br>40 WOODLAND DR, APT 201<br>VERO BEACH, FL 32962 | 12234 | Motors Liquidation Company | $147,708.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELAINE K DOUGLAS TRUST E K DOUGLAS & L S DOUGLAS CO-TTEE<br>ELAINE K DOUGLAS TRUST U/A<br>DTD 06/12/2002<br>16905 RIVER BIRCH CIRCLE<br>DELRAY BEACH, FL 33445 | 18863 | Motors Liquidation Company | $102,664.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Eighth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ELAINE K PETERSON<br>WBNA CUSTODIAN TRAD IRA<br>7041 MONTREAL DRIVE<br>LAKELAND, FL 33810 | 10253 | Motors Liquidation Company | $126,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELAINE M CAPOZZI IRA<br>FCC AS CUSTODIAN<br>31 OLD ORCHARD LANE<br>ORCHARD PARK, NY 14127 | 12770 | Motors Liquidation Company | $3,850.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELAINE M FRAZIER<br>1818 SELVIN DR<br>BEL AIR, MD 21015 | 18116 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELAINE M SCHECHTER IRA R/O<br>ELAIN M SCHECHTER<br>2318 FIX HILLS DR #103<br>LOS ANGELES, CA 90064<br>UNITED STATES OF AMERICA | 8212 | Motors Liquidation Company | $5,890.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELAINE MANN & ROBERT MANN<br>MR AND MRS ROBERT MANN<br>2104 BERWYN STREET<br>PHILADELHIA, PA 19115 | 65370 | Motors Liquidation Company | $18,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELAINE MILLER<br>8375 WOODHAVEN BLVD<br>WOODHAVEN, NY 11421 | 12122 | Motors Liquidation Company | $23,740.55 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELAINE P MCINERNEY<br>1855 RATHMOR RD<br>BLOOMFIELD HILLS, MI 48304 | 7197 | Motors Liquidation Company | $250,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELAINE P MCINERNEY IRA<br>1855 RATHMOR<br>BLOOMFIELD HILLS, MI 48304 | 7217 | Motors Liquidation Company | $52,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELAINE R ASHENFELTER<br>27761 VILLA RD<br>EASTON, MD 21601 | 63162 | Motors Liquidation Company | $50,360.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELAINE R HOFFMAN<br>76 THACKERY ROAD<br>ROCHESTER, NY 14610 | 19577 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ELAINE R MONROE<br>SPECIAL ACCOUNT<br>5 HAMDEN COURT<br>GREENSBORO, NC 27405 | 22202 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELAINE R SMITH<br>184 SHOTWELL PARK<br>SYRACUSE, NY 13206 | 9879 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELAINE REDLITZ<br>10686 SW 71ST CIR<br>OCALA, FL 34476 | 4553 | Motors Liquidation Company | $18,701.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELAINE S VETTER<br>4702 STONECREST TER<br>ST JOSEPH, MO 64506 | 6815 | Motors Liquidation Company | $6,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELAINE SCHISSLER<br>707 LAMBERTS MILL ROAD<br>WESTFIELD, NJ 07090 | 9311 | Motors Liquidation Company | $56,200.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELAINE SCHISSLER AND WILLIAM SCHISSLER<br>707 LAMBERTS MILL RD<br>WESTFIELD, NJ 07090 | 9310 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELAINE SHNEIDER<br>174 LOWELL RD<br>UNIT 53<br>MASHPEE, MA 02649 | 9009 | Motors Liquidation Company | $5,875.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELAINE T WEINGARTNER<br>2391 DELLWOOD DR NW<br>ATLANTA, GA 30305 | 4997 | Motors Liquidation Company | $20,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELANA KELLOGG<br>5243 FOREST AVE<br>MERCER ISLAND, WA 98040 | 11700 | Motors Liquidation Company | $56,831.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELANOR A PATON TTEE<br>4077 JUSTIN COURT<br>BLOOMFIELD HILLS, MI 48302 | 18344 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim.  Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ELANOR KLEIN<br>3100 S OCEAN BLVD<br>HAMPTONS CONDO 6055<br>PALM BEACH, FL 33480 | 18922 | Motors Liquidation Company | $75,946.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELAYNE GOLDEEN<br>680 LYONS CIR<br>HIGHLAND PARK, IL 60035 | 30845 | Motors Liquidation Company | $3,934.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELBERT M MEADOWS<br>MERRILL LYNCH CUST<br>FBO ELBERT M MEADOWS<br>3674 DAUPHIN ST<br>MOBILE, AL 36608 | 16405 | Motors Liquidation Company | $10,412.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELDEN J MCNICOL<br>1003 SADDLE DRIVE<br>HELENA, MT 59601 | 8455 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELDON L RODIECK AND MARY J RODEICK<br>4175 EQUESTRIAN DR<br>FALLON, NV 89406 | 6131 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELDON MORTENSEN &<br>MIYOKO MORTENSEN JT TEN<br>1455 W CAMINO DE LOS RANCHOS<br>PUEBLO WEST, CO 81007 | 6558 | Motors Liquidation Company | $4,982.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELDON P WESLEY<br>6106 GETTYSBURG DRIVE NW<br>CONCORD, NC 28027<br>UNITED STATES OF AMERICA | 45143 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELDON W OSTREM<br>728 BRAUND ST<br>ONALASKA, WI 54650 | 11521 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELDON W OSTREM<br>728 BRAUND ST<br>ONALASKA, WI 54650 | 20075 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELDON W OSTREM<br>728 BRAUND ST<br>ONALASKA, WI 54650 | 21217 | Motors Liquidation Company | $10,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ELDON WAYNE DAMERON<br>2151 HELIX ST<br><br>SPRING VALLEY, CA 91977 | 9045 | Motors Liquidation Company | $219.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELDONNA E HARTLEY, TTEE<br>4211 MISTY MORNING WAY<br>APT 2818<br>GAINSEVILLE, GA 30506 | 12033 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELDRED H GIERACH &<br>MARILYN T GIERACH TTEES<br>ELDRED H & MARILYN T GIERACH<br>1959 HWY NN<br>WEST BEND, WI 53095 | 12111 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELDWOOD P HAGGERTY TTEE OF THE ELWOOD P HAGGERTY<br>FAMILY TRUST<br>C/O ELWOOD P HAGGERTY<br>820 RUBY AVE<br>RENO, NV 89503 | 39289 | Motors Liquidation Company | $22,340.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELEANOR A BECKER IRA<br>FCC AS CUSTODIAN<br>U/A DTD 04/05/00<br>700 GOLDEN BEACH BLVD APT 738<br>VENICE, FL 34285 | 29257 | Motors Liquidation Company | $2,557.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELEANOR A IBARRA TTEE<br>ELEANOR A IBARRA REVOC<br>TRUST U/A DTD 11-3-99<br>2417 W MT HOPE<br>LANSING, MI 48911 | 9216 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELEANOR B HOTCHKISS<br>29507 MONROE RD<br><br>FRANKLIN, VA 23851 | 14210 | Motors Liquidation Company | $9,999.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELEANOR B WEINER TTEE<br>FBO ELEANOR B WEINER<br>U/A/D 12/31/90<br>7374 HAVILAND CIR<br>BOYNTON BEACH, FL 33437 | 36580 | Motors Liquidation Company | $10,375.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELEANOR BLUMENTHAL<br>251 EAST 32ND ST 7B<br><br>NEW YORK, NY 10016 | 19331 | Motors Liquidation Company | $3,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Eighth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ELEANOR C SULLIVAN<br>27867 HWY 245<br>HEREFORD, OR 97837 | 68153 | Motors Liquidation Company | $7,252.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELEANOR CRANE<br>3330 NE 190TH ST #119<br>AVENTURA, FL 33180 | 3389 | Motors Liquidation Company | $3,175.31 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELEANOR E OCHS<br>1904 CHOCTAW ST<br>LEAVENWORTH, KS 66048 | 8674 | Motors Liquidation Company | $14,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELEANOR F MOAR TRUST<br>ELEANOR F MOAR TTEE<br>UAD 11/14/2001<br>10328 SAGER AVE APT 316<br>FAIRFAX, VA 22030 | 27652 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELEANOR G SILVA TTEE<br>ELEANOR G SILVA FAMILY TRUST<br>U/A DATED 2/14/96<br>3750 S HIGUERA<br>SN LUIS OBISP, CA 93401 | 6731 | Motors Liquidation Company | $56,782.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELEANOR GEORGOPOULOS ACF<br>CONNOR GEORGOPOULOS U/NY/UTMA<br>484 BALD MOUNTAIN ROAD<br>TROY, NY 12180 | 13066 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELEANOR J. FINTA<br>52 SHORE DRIVE EAST<br>ORIENTAL, NC 28571 | 1966 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELEANOR L BENNETT<br>77396 BOX RIDGE PL<br>INDIAN WELLS, CA 92210 | 8824 | Motors Liquidation Company | $14,165.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELEANOR L ERVIN<br>627F GREENWOOD VILLAGE BLVD<br>WEST MELBOURNE, FL 32904 | 14504 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELEANOR L TEASDALE<br>4 CYPRESS POINT LANE<br>JACKSON, NJ 08527 | 22015 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| ELEANOR LAMBLIN<br>TOD ACCOUNT<br>532 DODSON CT<br>BAY CITY, MI 48708 | 19534 | Motors Liquidation Company | $3,786.79 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELEANOR M CLEARY<br>52 CONGRESS STREET<br>WALPOLE, MA 02081 | 15672 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELEANOR M ROBERTSON<br>BY ELEANOR M ROBERTSON<br>3119 SPRUCEWOOD RD<br>WILMETTE, IL 60091 | 69361 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELEANOR M THOMAS<br>BY ELEANOR THOMAS REV TR<br>33 RIVER OAKS TRCE<br>SEARCY, AR 72143 | 18172 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELEANOR OAKLEY<br>9 EDGEMONT RD<br>SCARSDALE, NY 10583 | 6670 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELEANOR R CRISTOL, TTEE<br>4000 TOWERSIDE TER #1002<br>MIAMI, FL 33138 | 6323 | Motors Liquidation Company | $133,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELEANOR SCHIOWITZ SCHLECKER<br>7668 STIRLING BRIDGE BLVD NO<br>DELRAY BEACH, FL 33446 | 44148 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELEANOR SCHWARZ<br>ROBERT SCHWARZ<br>4953 N TRIPP<br>CHICAGO, IL 60630 | 5091 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELEANOR W CARROLL<br>1000 DUSTIN CT<br>CHESAPEAKE, VA 23320 | 15427 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELEANORE A MCBRIDE<br>PO BOX 11025<br>GLENDALE, AZ 85318 | 8232 | Motors Liquidation Company | $9,668.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Eighth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| ELECTRONIC ASSOCIATES INC<br>3556 WINDING WAY<br><br>NEWTOWN SQUARE, PA 19073 | 44102 | Motors Liquidation Company | $25,062.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELENA H MIYARES<br>6321 13TH AVE N<br><br>ST PETERSBURG, FL 33710 | 5257 | Motors Liquidation Company | $17,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELENA PERKINS DE PEREZ &<br>LUIS A PEREZ JT TEN<br>10100 SW 122 TERRACE<br>MIAMI, FL 33176 | 7534 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELENA T DWORKOWITZ & STEVE DWORKOWITZ<br>1950 S OCEAN DR APT 19E<br><br>HALLANDALE BEACH, FL 33009 | 21903 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELENI CALLAS<br>4372 MILLER CT.<br><br>PALO ALTO, CA 94306 | 64382 | Motors Liquidation Company | $18,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELFRIEDE MARSCHEWSKI<br>803 STOUTS VALLEY RD<br><br>RIEGELSVILLE, PA 18077 | 8113 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELI BENSKY<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>3838 N BRAESWOOD BLVD APT 373<br>HOUSTON, TX 77025 | 28499 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELI F BARKER<br>BOX 1351<br><br>NEDERLAND, TX 77627 | 16090 | Motors Liquidation Company | $20,060.42 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELI LEEMAN<br>22666 MERIDANA DR<br><br>BOCA RATON, FL 33433 | 13377 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELIAS NATHANSON TRUSTEE OF ELIAS NATHANSON<br>ELIAS NATHANSON<br>11890 LEETH COURT<br>WEST PALM BEACH, FL 33412 | 13967 | Motors Liquidation Company | $93,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Eighth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| ELIE Y DALLAL<br>425 RILEY AVE<br><br>WORTHINGTON, OH 43085 | 69502 | Motors Liquidation Company | $6,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELIHU BROOKS TRUST U/A DTD 5/1/1991<br>ELIHU BROOKS TRUSTEE<br>29666 PINE RIDGE CIRCLE<br>FARMINGTON HILLS, MI 48331 | 5837 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELINOR B BUTTRILL<br>BETSY BUTTRILL WHITE<br>57 BANKSVILLE RD<br>ARMONK, NY 10504<br>UNITED STATES OF AMERICA | 6074 | Motors Liquidation Company | $32,475.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELINOR MANDEL<br>39 BRACE TERRACE<br><br>DOBBS FERRY, NY 10522 | 63567 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELINOR REINER<br>22605 CAMINO DEL MAR<br>APT 1143<br>BOCA RATON, FL 33433 | 9799 | Motors Liquidation Company | $16,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELIO GARCIA<br>BREWSTER STATION<br>PO BOX 38491<br>BRIDGEPORT, CT 06605 | 19548 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELIO SUAU<br>2208 CIRCLEWOOD DR<br><br>SARASOTA, FL 34231 | 62560 | Motors Liquidation Company | $22,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELIRAN MOR<br>345 S MANSFIELD AVE<br><br>LOS ANGELES, CA 90036 | 27170 | Motors Liquidation Company | $3,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELIRAN MOR<br>345 S MANSFIELD AVE<br><br>LOS ANGELES, CA 90036 | 27171 | Motors Liquidation Company | $4,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELISA A GRAF<br>C/O STEPHEN GRAF<br>6109 MONTANA LANE<br>VANCOUVER, WA 98661<br>UNITED STATES OF AMERICA | 4823 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ELISABETH K ESSER<br>1418 NORTH 5TH ST<br>FARGO, ND 58102 | 62742 | Motors Liquidation Company | $1,757.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELISABETH N DERAFFELE &<br>LUCILLE C NOVOTNY<br>JT TEN<br>664 SHORE ACRES DRIVE<br>MAMARONECK, NY 10543 | 10552 | Motors Liquidation Company | $20,575.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELISABETH VENTURINI, TTEE<br>848 LOS PALOS DR<br>SALINAS, CA 93901 | 15379 | Motors Liquidation Company | $34,546.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELISE J BARNETT FAMILY LIV TR<br>ELISE J BARNETT TTEE UA<br>DTD 11/09/95<br>4135 S 1045 E<br>SALT LAKE CTY, UT 84124 | 10116 | Motors Liquidation Company | $10,005.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELISE JEANETTE JONES, IRA ROLLOVER<br>830 SUMNER STREET<br>MESQUITE, TX 75149 | 19218 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELISE N LISS<br>11 HADRIAN DR<br>LIVINGSTON, NJ 07039 | 18194 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELISEO M BERARDI<br>ESTHER BERARDI<br>72 BROADWAY<br>CLARK, NJ 07066 | 15878 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELISIE LEVIN TRUST<br>C/O ARNOLD B LEVIN TTEE<br>231 DEL POND DRIVE<br>CANTON, MA 02021 | 38306 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELISIE M TROTTER<br>194 MOYER RD<br>CHALFONT, PA 18914 | 18897 | Motors Liquidation Company | $36,246.87 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 39

**Forty-Eighth Omnibus Objection**

## Exhibit A

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ELISSA FENDELL TTEE<br>FBO ELISSA FENDELL TRUST<br>U/A/D 08-05-1996<br>3140 S OCEAN DRIVE<br>APT 1504<br>HALLANDALE BEACH, FL 33009 | 7753 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELISSA FENDELL TTEE<br>FBO ELISSA FENDELL TRUST<br>U/A/D/ 8-6-1996<br>3140 SO. OCEAN DR #1504<br>HALLANDALE BEACH, FL 33009 | 14889 | Motors Liquidation Company | $10,100.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELISSA K BERLINGER<br>7940 AMETHYST LAKE POINT<br>LAKEWORTH, FL 33467 | 9476 | Motors Liquidation Company | $10,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELIVIRA BUENANO DE BREA<br>6460 SW 94 ST<br>MIAMI, FL 33156 | 4232 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELIZABETH  L. JACOBSON<br>731 SHELDON ST.<br>EL  SEGUNDO, CA 90245<br>UNITED STATES OF AMERICA | 17875 | Motors Liquidation Company | $10,243.54 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELIZABETH A AND RODNEY R KIRCHOFF<br>2002 APACHE DR<br>GARDEN CITY, KS 67846 | 49534 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELIZABETH A BISHOP & HARVEY W BISHOP JT TENANTS<br>ELIZABETH AND HARRY BISHOP<br>PO BOX 702<br>FERNDALE, WA 98248 | 3295 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELIZABETH A FRINDELL<br>7885 W FLAMINGO ROAD #1141<br>LAS VEGAS, NV 89147 | 5958 | Motors Liquidation Company | $41,425.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELIZABETH A MEEK (MORGAN STANLEY CUSTODIAN)<br>ELIZABETH A MEEK<br>9610 NOB LN<br>SHREVEPORT, LA 71106 | 17381 | Motors Liquidation Company | $11,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Eighth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ELIZABETH A MULLINS<br>1082 PENNSYLVANIA AVE<br>UNIT 410<br>SAN FRANCISCO, CA 94107 | 22689 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELIZABETH A PURVIS<br>2840 S 14TH ST<br>FERNANDINA BEACH, FL 32034 | 20527 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELIZABETH A PURVIS INH IRA<br>BENE OF PAUL C BURNS<br>CHARLES SCHWAB & CO INC CUST<br>2840 S 14TH ST<br>FERNANDINA BEACH, FL 32034 | 18385 | Motors Liquidation Company | $2,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELIZABETH A SHULL (IRA)<br>FCC AS CUSTODIAN<br>1720 DURHAM ROAD<br>WHITEWRIGHT, TX 75491 | 11645 | Motors Liquidation Company | $1,335.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELIZABETH A SHULL (ROTH IRA)<br>FCC AS CUSTODIAN<br>1720 DURHAM ROAD<br>WHITEWRIGHT, TX 75491 | 11644 | Motors Liquidation Company | $1,554.58 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELIZABETH A STERN<br>1905 S LAKELINE BLVD<br>#338<br>CEDAR PARK, TX 78613 | 10716 | Motors Liquidation Company | $46,448.03 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELIZABETH AND JIMMY L HUETT JTWROS<br>ELIZABETH AND JIMMY L HUETT<br>10291 HWY 22 E<br>NEW SITE, AL 36256<br>UNITED STATES OF AMERICA | 8053 | Motors Liquidation Company | $2,800.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELIZABETH AND WALTER COOK<br>131 AUBURN CRESCENT<br>COURTICE, ONTARIO L1E 2E9 CANADA<br><br>CANADA | 22272 | Motors Liquidation Company | $2,176.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELIZABETH CALLEN<br>1601 FRONT ST<br>EAST MEADOW, NY 11554 | 13373 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ELIZABETH D BROOKS TRUSTEE<br>THE ELIZABETH D BROOKS REV TRT<br>ELIZABETH D BROOKS TTEE<br>PO BOX 67<br>COURTLAND, VA 23837 | 14406 | Motors Liquidation Company | $5,026.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELIZABETH D FELTY<br>422 COUNTRY WAY<br>MICKELTON, NJ 08056 | 18309 | Motors Liquidation Company | $1,012.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELIZABETH DYCHES<br>1152 DIBBLE RD<br>AIKEN, SC 29801 | 4431 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELIZABETH EMMERICH TRUST<br>5 JAMES WAY<br>RYE BROOK, NY 10573 | 21126 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELIZABETH F GALLANT<br>127 HIGH HILLS LN<br>PICKENS, SC 29671 | 7473 | Motors Liquidation Company | $10,462.24 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELIZABETH G SHAPLEIGH<br>3033 MANSUETTO DR<br>STEVENSVILLE, MI 49127 | 12448 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELIZABETH J BORIS<br>7381 NW 45TH LANE<br>OCALA, FL 34482 | 6365 | Motors Liquidation Company | $36,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELIZABETH J HOLM<br>1638 24TH AVE<br>LONGVIEW, WA 98632 | 4144 | Motors Liquidation Company | $5,142.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELIZABETH J LOCOCO<br>3209 THOUSAND OAKS COURT<br>LOUISVILLE, KY 40205 | 18622 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELIZABETH J SANDERSON<br>106 GLASGOW RD<br>CARY, NC 27511 | 27374 | Motors Liquidation Company | $21,908.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Forty-Eighth Omnibus Objection**

# Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ELIZABETH J WALSH<br>14339 TANGLEWOOD DR<br>FARMERS BRANCH, TX 75234 | 10107 | Motors Liquidation Company | $5,124.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELIZABETH K JENKINS<br>6934 GUNDER AVE<br>BALTIMORE, MD 21220 | 6217 | Motors Liquidation Company | $337.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELIZABETH KRUMRINE AND ROBERT KRUMRINE<br>250 SOUTH ST<br>MCSHERRYSTOWN, PA 17344 | 7916 | Motors Liquidation Company | $52,194.61 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELIZABETH KUNCHAK<br>REV LIVING TRUST<br>ELIZABETH KUNCHAK TTEE UA<br>DTD 07/10/00<br>338 MARSHSIDE DR N<br>ST AUGUSTINE, FL 32080 | 7595 | Motors Liquidation Company | $37,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELIZABETH L KASPER<br>29954 STANHURST ROAD<br>FARMINGTON HILLS, MI 48331 | 2796 | Motors Liquidation Company | $15,767.74 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELIZABETH LACORTE, ROTH IRA<br>4 HAROLD DR<br>HAMILTON, NJ 08610<br>UNITED STATES OF AMERICA | 65220 | Motors Liquidation Company | $505.63<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELIZABETH LEITZES<br>66 MOUNTAIN ROAD<br>IRVINGTON, NY 10533 | 13981 | Motors Liquidation Company | $54,345.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELIZABETH M CULP &<br>STEVEN G CULP JT TEN<br>5228 AMESTOY AVE<br>ENCINO, CA 91316 | 18457 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELIZABETH M MONAGHAN<br>4323 BUCKINGHAM RD<br>ROYAL OAK, MI 48073 | 19749 | Motors Liquidation Company | $9,648.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELIZABETH M PENNYPACKER TRUSTEE AND PATRICIA P SCOVILLE TRUSTEE<br>ELIZABETH M PENNYPACKER<br>301 WHITE OAK DR #251<br>SANTA ROSA, CA 95409 | 9364 | Motors Liquidation Company | $6,250.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Eighth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ELIZABETH MCHALE<br>2 VISTA PALM LANE 202<br><br>VERO BEACH, FL 32962 | 28327 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELIZABETH N WEBB<br>400 W CAPITOL ST<br><br>DEMOPOLIS, AL 36732 | 10701 | Motors Liquidation Company | $13,096.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELIZABETH ORLANDO<br>159 OAKVIEW DR<br><br>NEW LENOX, IL 60451 | 11014 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELIZABETH PAGE<br>2303 N. SECOND STREET<br><br>CHAMPAIGN, IL 61822 | 17934 | Motors Liquidation Company | $21,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELIZABETH R KING<br>TOD ACCOUNT<br>6432 EAST CANAL POINT LANE<br>FORT WAYNE, IN 46804 | 6618 | Motors Liquidation Company | $15,005.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELIZABETH R MILLER<br>5021 HOLLYRIDGE DR<br><br>RALEIGH, NC 27612 | 11199 | Motors Liquidation Company | $2,937.44 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELIZABETH ROBERTSON<br>1630 4TH AVE SW<br><br>LE MARS, IA 51031 | 11774 | Motors Liquidation Company | $12,337.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELIZABETH S BURNETT<br>5715 E COACH DR # C<br><br>KETTERING, OH 45440 | 1928 | Motors Liquidation Company | $15,152.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELIZABETH S SWOPE<br>805 SUNRISE LANE<br><br>ELIZABETHTOWN, KY 42701 | 4521 | Motors Liquidation Company | $35,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELIZABETH V BENNER<br>91 VILLAGE DR<br><br>DOVER, DE 19904 | 21464 | Motors Liquidation Company | $8,241.08 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ELIZABETH W ROWE<br>42 BITTERSWEET LANE<br>WESTON, MA 02493 | 27636 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELIZABETH WARD ROBERTS TRUST<br>U/A 8/16/2006<br>BETH WARD BEACH SUCC TTEE<br>225 SUMMERSIDE DR<br>NEW BRAUNFELS, TX 78132 | 48478 | Motors Liquidation Company | $10,488.54 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELIZABETH WORTHINGTON<br>810 OAK HILL DRIVE<br>HUMBOLDT, IA 50548 | 13201 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELKE, HORST SCHNEIDER<br>SPANDAUER   STRASSE 54<br>BERLIN DE 13581 GERMANY<br>,<br>GERMANY | 17053 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELKINBARD ANATOLY<br>189 MEADOWBROOK DR<br>SAN FRANCISCO, CA 94132 | 22401 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELLA LOUISE HANLEY<br>1117 MARMADUKE CT APT 10<br>MOBERLY, MO 65270 | 20536 | Motors Liquidation Company | $5,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELLA M DAVIDSON<br>960 N ROBIN RD<br>WICHITA, KS 67212 | 10037 | Motors Liquidation Company | $23,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELLA MILLER REV TRUST<br>U/A/D 11/11/99<br>ELLA MILLER TTEE<br>23110 COCONUT SHORES DR<br>BONITA SPRINGS, FL 34134 | 62158 | Motors Liquidation Company | $25,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELLA YORK<br>702 5TH SL<br>MCCUNE, KS 66753 | 19272 | Motors Liquidation Company | $53,472.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Eighth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ELLEN B WEATHERS<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>35 RED FOX RUN<br>PINEHURST, NC 28374 | 68615 | Motors Liquidation Company | $12,708.77 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELLEN BAUM<br>340 BIRCH LANE<br>IRVINGTON, NY 10533 | 37242 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELLEN BUSBY<br>15 VIRGINIA AVENUE<br>PALMYRA, NJ 08065 | 22496 | Motors Liquidation Company | $7,650.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELLEN BUSBY<br>15 VIRGINIA AVENUE<br>PALMYRA, NJ 08065 | 67898 | Motors Liquidation Company | $10,240.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELLEN E PALMER, TTEE<br>730 S OSPREY AVE APT #301 B<br>SARASOTA, FL 34236 | 11569 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELLEN F BRICE IRA ROLLOVER<br>C/O ELLEN F BRICE<br>1331 PARK ROW<br>LA JOLLA, CA 92037 | 21716 | Motors Liquidation Company | $25,774.14 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELLEN GRASSMAN<br>1337 PADDOCK WAY<br>CHERRY HILL, NJ 08034 | 21913 | Motors Liquidation Company | $31,027.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELLEN J FELLER<br>11496 VICTORIA CIR<br>BOYNTON BEACH, FL 33437 | 4843 | Motors Liquidation Company | $11,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELLEN J MCCORMICK AND<br>DAVID G MCCORMICK<br>JT TEN<br>628 NORTHAVEN CIRCLE<br>GLENSHAW, PA 15116 | 5950 | Motors Liquidation Company | $25,237.81 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELLEN KAPLAN (IRA)<br>FCC AS CUSTODIAN<br>45 COPPERMINE RD<br>PRINCETON, NJ 08540 | 21914 | Motors Liquidation Company | $25,032.85 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Forty-Eighth Omnibus Objection**

## Exhibit A

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ELLEN KAPLAN (IRA)<br>FCC AS CUSTODIAN<br>45 COPPERMINE RD<br>PRINCETON, NJ 08540 | 27396 | Motors Liquidation Company | $25,032.85 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELLEN KIRBY<br>222 NEPTUNE AVE<br>LAUD BY THE SEA, FL 33308 | 15077 | Motors Liquidation Company | $27,554.67 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELLEN M JOSEPH<br>15057 BUTTERCHURN LANE<br>SILVER SPRING, MD 20905 | 6375 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELLEN M OTTWILLER<br>232 45TH AVE<br>ST PETE BEACH, FL 33706 | 7460 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELLEN N CRANDALL<br>22032 ELSBERRY WY<br>LAKE FOREST, CA 92630 | 68632 | Motors Liquidation Company | $32,295.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELLERGY E AND CHARLOTTE M ENGELL<br>6061 SUNRISE CIR<br>FAIRVIEW, PA 16415 | 13223 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELLIOT M HELFAND TTEE<br>2245 OLEADA CT<br>ENGLEWOOD, FL 34224 | 15684 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELLIOTT ATAMIAN<br>70 SEMINARY AVE APT 383<br>AUBURNDALE, MA 02466 | 12926 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELLIOTT D CHIELPEGIAN TTEE F/T<br>ELLIOTT D CHIELPEGIAN APC PSP<br>UTA DTD 3-10-82<br>7485 N WOODSON AVE<br>FRESNO, CA 93711 | 15178 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELLIOTT JR., JAMES L<br>1802 WOLF LAUREL DR<br>SUN CITY CENTER, FL 33573 | 12795 | Motors Liquidation Company | $18,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ELLIOTT KARASOV TRUST U/A DTD 01/30/74<br>ELLIOTT KARSOV TTEE<br>1870 EAGLE RIDGE DR<br>ST PAUL, MN 55118 | 6529 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELLIOTT S FRIEDMAN<br>PO BOX 99<br>TENNET, NJ 07763 | 16719 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELLIS H BUCKLAND & SUSAN P BUCKLAND JTWROS<br>ELLIS H BUCKLAND & SUSAN P BUCKLAND<br>1716 VINEYARD STREET<br>BLUEFIELD, WV 24701 | 65203 | Motors Liquidation Company | $5,678.03 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELLIS HINNANT - WILL<br>306 26TH STREET<br>VIRGINIA BCH, VA 23451 | 2653 | Motors Liquidation Company | $15,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELLOIE C LEARY<br>4458 HOMESTEAD CIR<br>FT WORTH, TX 76133 | 20906 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELLOIE C LEARY<br>4458 HOMESTEAD CIR<br>FORT WORTH, TX 76133 | 20907 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELLSWORTH J LA COSTE<br>ELLSWORTH JOHN LA COSTE PHD<br>3170 BUNNY RUN DRIVE<br>NORTH FORT MYERS, FL 33917 | 4556 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELMA E MUNSELL TRUST<br>ELMA E MUNSELL<br>3015 CHESS AVE<br>PARSONS, KS 67357 | 13097 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELMER AND LINDA SINKEY TRUST<br>ELMER V SINKEY TTEE<br>UAD 11/01/2004<br>348 SAFLEY ROAD<br>JUDSONIA, AR 72081 | 30097 | Motors Liquidation Company | $20,853.99 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELMER BUSBY<br>15 VIRGINIA AVENUE<br>PALMYRA, NJ 08065 | 22495 | Motors Liquidation Company | $10,018.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| ELMER BUSBY<br>15 VIRGINIA AVE<br><br>PALMYRA, NJ 08065 | 67897 | Motors Liquidation Company | $7,650.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELMER FREEMAN CREIGHTON<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>2755 SHUMARD OAK DR<br>BRASELTON, GA 30517 | 5637 | Motors Liquidation Company | $4,240.80 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELMER H AND JUANITA L SEVOR<br>2601 E OSCEOLA RD<br><br>GENEVA, FL 32732 | 8649 | Motors Liquidation Company | $23,009.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELMER J DROLET &<br>MARILYN L DROLET JT WROS<br>8932 E YUCCA BLOSSOM DR<br>GOLD CANYON, AZ 85218 | 5131 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELMER MAGESKI<br>1868 S VAN BUREN RD<br><br>REESE, MI 48757 | 11583 | Motors Liquidation Company | $47,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELMER RECKER<br>1179 N 92ND ST<br>LOT 411<br>SCOTTSDALE, AZ 85256 | 6610 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELMER S. JOHNSON<br>3912 W 82 ST<br><br>CHICAGO, IL 60652 | 22898 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELNA A DARE &<br>DAVID C DARE TTEE<br>ELNA A DARE LIV TRUST<br>U/A DTD 11/23/93<br>1104 SEA ISLE DRIVE<br>IRVING, TX 75060 | 31237 | Motors Liquidation Company | $21,879.38 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELNORA H SCHULTZ REV TRUST<br>UAD 03/18/96<br>ELNORA H SCHULTZ TTEE<br>2912 LAKE POINTE DRIVE<br>VALPARAISO, IN 46383 | 44416 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Forty-Eighth Omnibus Objection**

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| ELOIS BLANTON<br>14115 N MCINTOSH ST<br><br>THONOTOSASSA, IL 33592 | 21541 | Motors Liquidation Company | $1,040.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELOISE J JONES<br>IRA ROLLOVER<br>FCC AS CUSTODIAN<br>112 VILLAGE WOODS DRIVE<br>CRETE, IL 60417 | 8519 | Motors Liquidation Company | $10,311.15<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELOISE J JONES TRUST<br>ELOISE J JONES TTEE<br>U/A DTD 04/03/1991<br>112 VILLAGE WOODS DRIVE<br>CRETE, IL 60417 | 8520 | Motors Liquidation Company | $9,722.50<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELSA C CARBONE EXECUTRIX<br>EST OF MARTHA E JENSEN<br>21 RANDOLPH PLACE<br>RIDGEWOOD, NJ 07450 | 14111 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELSA K KOLVE TTEE FBO<br>20051 10 AVE NW<br><br>SHORELINE, WA 98177 | 22924 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELSA MENEGUZZO<br>143 HOFFMAN AVE UNIT 306<br><br>CRANSTON, RI 02940 | 12427 | Motors Liquidation Company | $10,950.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELSA STEFFENSEN<br>1582 GLENLAKE ROAD<br><br>HOFFMAN ESTATES, IL 60169 | 27283 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELSIE A MAZZOTTA TRUSTEE<br>ELSIE A MAZZOTTA FAMILY TRUST<br>235 ELMTREE RD<br>NEW KENSINGTON, PA 15060 | 8347 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELSIE GROSS<br>ELSIE GROSSO TTEE<br>ELSIE GROSSO FAMILY TRUST<br>2641 RALL AVE<br>CLOVIS, CA 93611 | 8963 | Motors Liquidation Company | $138.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ELSIE J DUNNIGAN<br>CGM IRA ROLLOVER CUSTODIAN<br>9019 CHATEAUGAY CT<br>BALTIMORE, MD 21234 | 38662 | Motors Liquidation Company | $1,240.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELSIE MAI DAVIS TTEE<br>ELSIE MAI DAVIS REVCVBLE<br>TRUST U/A DTD 1/21/91<br>5303 N UNIVERSITY ST<br>PEORIA, IL 61614 | 17208 | Motors Liquidation Company | $4,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELSIE MELOY<br>650 N JEFFERSON ST #422<br>ROANOKE, VA 24016 | 69812 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELSIE PANDILIDIS<br>8049 PADDINGTON LANE<br>CINCINNATI, OH 45249 | 2969 | Motors Liquidation Company | $15,390.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELSIE R CAMPO TOD V CAMPO J M HENLE<br>D M CRAIG SUBJECT TO STA RULES<br>2424 KENDREE ST<br>ANTIOCH, CA 94509 | 33410 | Motors Liquidation Company | $10,158.79 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELTON NEIL KAUFMANN<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>190 MONTROSE COURT<br>NAPERVILLE, IL 60565 | 49497 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELVA MONTALVO & JOSE MONTALVO<br>ELVA & JOSE MONTALVO<br>119 GILLOTI ROAD<br>NEW FAIRFIELD, CT 06812 | 64653 | Motors Liquidation Company | $101,850.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELVA O MARTIN &<br>RUBY RAE VALLES JT TEN<br>5200 MESA DEL OSO RD NE<br>ALBUQUERQUE, NM 87111 | 28821 | Motors Liquidation Company | $10,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELVA O MARTIN &<br>RUBY RAE VALLES JT TEN<br>5200 MESA DEL OSO RD NE<br>ALBUQUERQUE, NM 87111 | 28822 | Motors Liquidation Company | $10,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| ELVIE WEAVER<br>400 UNIVERSITY PARK DR<br>#221<br>BIRMINGHAM, AL 35209<br>UNITED STATES OF AMERICA | 17569 | Motors Liquidation Company | $125,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELVIN KEITH<br>15224 SWEET GUM CT<br>WICHITA, KS 67230 | 11598 | Motors Liquidation Company | $22,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELVIRA OCONNELL<br>#10 TEALWOOD<br>ST LOUIS, MO 63141 | 7226 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELWOOD & FREDA MCINTOSH<br>673 BOCAGE<br>CANTONMENT, FL 32533 | 17486 | Motors Liquidation Company | $20,152.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELWOOD D & BETTY JEAN TEDRICK<br>ELWOOD & BETTY JEAN TEDRICK<br>PO BOX 9065<br>RED BLUFF, CA 96080 | 3397 | Motors Liquidation Company | $24,969.94 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELWOOD STETSON<br>118 SAMUEL<br>TYLER, TX 75701 | 27676 | Motors Liquidation Company | $10,123.24 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELWOOD STETSON<br>118 SAMUEL<br>TYLER, TX 75701 | 28012 | Motors Liquidation Company | $10,123.24 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EMANUEL & MARIETTA CALABRESE JTROWS<br>TOD MICHAEL CALABRES,ROBERT CALABRE<br>1746 WEST 2ND ST<br>BROOKLYN, NY 11223 | 21158 | Motors Liquidation Company | $9,334.63 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EMANUEL MAROULAKIS<br>2517 EAST 12 STREET<br>BROOKLYN, NY 11235<br>UNITED STATES OF AMERICA | 29110 | Motors Liquidation Company | $5,196.79<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EMANUEL S DIMAIO<br>GLORIA M PALESTRINI<br>1399 ACKERSON BLVD<br>BAY SHORE, NY 11706 | 10369 | Motors Liquidation Company | $160,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EMANUEL V GUMINA & MARGARET GUMINA JT TEN TOD REGISTRATION 5920 GLEN HAVEN DRIVE GREENDALE, WI 53129 | 2276 | Motors Liquidation Company | $15,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EMERY H JONES 3417 WALNUT CREEK CT CARMEL, IN 46032 | 48399 | Motors Liquidation Company | $3,460.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| **Claim Totals** | **499** | | | | |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit B**

**HEARING DATE AND TIME:  August 6, 2010 at 9:45 a.m. (Eastern Time)**
**OBJECTION DEADLINE:  July 30, 2010 at 4:00 p.m. (Eastern Time)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                         :
In re                                    :        Chapter 11 Case No.
                                         :
MOTORS LIQUIDATION COMPANY, et al.,      :        09-50026 (REG)
        f/k/a General Motors Corp., et al.    :
                                         :
                        Debtors.         :        (Jointly Administered)
                                         :
-------------------------------------------------------------x
```

**STIPULATION AND AGREED ORDER**
**AMONG THE DEBTORS, WILMINGTON TRUST COMPANY,**
**AND CITIBANK, N.A., SOLELY IN ITS CAPACITY AS PAYING AGENT,**
**REGARDING PROOFS OF CLAIM NOS. 47871, 47872, 65729, 65793, AND 66723**

Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

certain of its subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11

cases (collectively, the "**Debtors**"), Wilmington Trust Company as successor indenture trustee

("**WTC**"), and Citibank, N.A., solely in its capacity as paying agent under the 1990 Indenture

and 1995 Indenture (as defined below) (in such capacity, "**Citibank**"), together with the Debtors

and WTC, the "**Parties**"), by and through their respective undersigned counsel, hereby enter into

this Stipulation and Agreed Order (this "**Stipulation**") and stipulate as follows:

**RECITALS**

A.       On June 1, 2009 (the "**Commencement Date**"), certain of the Debtors

commenced with this Court voluntary cases (the "**Chapter 11 Cases**") under chapter 11 of title

11, United States Code (the "**Bankruptcy Code**").

B.       On September 16, 2009, the Court entered an order (the "**Bar Date Order**")

establishing November 30, 2009 at 5:00 p.m. (Eastern Time) (the "**General Bar Date**") as the

deadline for each person or entity (including without limitation, each individual, partnership,

joint venture, corporation, estate, or trust) to file a proof of claim (a "**Proof of Claim**") against

certain of the Debtors, including MLC, to assert any claim (as defined in section 101(5) of the

Bankruptcy Code) that arose prior to the Commencement Date.

C.    As of the Commencement Date, MLC, as issuer, WTC, as successor indenture

trustee, and Citibank, as paying agent, were parties to (i) a Senior Indenture, dated as of

December 7, 1995, as amended (the "**1995 Indenture**," and WTC's capacity under the 1995

Indenture, the "**1995 Trustee**"), and (ii) a Senior Indenture, dated as of November 15, 1990 (the

"**1990 Indenture**," and WTC's capacity under the 1990 Indenture, the "**1990 Trustee**") pursuant

to which MLC issued senior unsecured debt securities.

D.    Prior to the General Bar Date, WTC timely filed the following four Proofs of

Claims against MLC (each, a "**WTC Claim**" and collectively, the "**WTC Claims**"):

| Claim Number | Applicable Indenture | Principal Amount of Claim Plus Fees and Interest Accrued to Petition Date |
|:---:|:---:|:---:|
| 65793 | 1990 Indenture | $1,419,581,281.12 |
| 47871 | 1990 Indenture | $1,419,581,281.12 |
| 65729 | 1995 Indenture | $21,928,297,131.26 |
| 47872 | 1995 Indenture | $21,928,297,131.26 |

E.    Prior to the General Bar Date, Citibank timely filed a proof of claim against MLC

in the amount of $173,063.43 [Proof of Claim No. 66723] (the "**Citibank Claim**").

F.    WTC recognizes that it is not entitled to, and does not seek, a duplicate recovery

on account of the same WTC Claim and has agreed to withdraw two of the WTC Claims, subject

to the agreements set forth in this Stipulation.

**STIPULATION AND ORDER**

NOW, THEREFORE, EACH OF THE PARTIES HEREBY STIPULATES AND

AGREES AS FOLLOWS:

1.      WTC Claims numbered 47871 (filed by WTC as 1990 Trustee) and 47872 (filed

by WTC as 1995 Trustee) are deemed withdrawn and WTC Claims numbered 65793 (filed by

WTC as 1990 Trustee) and 65729 (filed by WTC as 1995 Trustee) shall survive.

2.      With respect to principal plus interest due under the 1990 Indenture, WTC, in its

capacity as the 1990 Trustee will receive and is hereby granted, on behalf of itself and the record

and beneficial bondholders of debt securities issued under the 1990 Indenture an allowed general

unsecured, nonpriority claim in the amount of $1,419,471,545.22 (subject to appropriate reserve

and/or reduction in connection with any setoff exercised by beneficial bondholders that is

authorized by this Court) (the "**1990 Debt Claim**") against MLC to be satisfied in accordance

with any chapter 11 plan or plans confirmed in the Debtors' Chapter 11 Cases.

3.      With respect to principal plus interest due under the 1995 Indenture, WTC, in its

capacity as the 1995 Trustee, will receive and is hereby granted, on behalf of itself and the record

and beneficial bondholders of debt securities issued under the 1995 Indenture, an allowed

general unsecured nonpriority claim in the amount of $21,928,183,895.36 (subject to appropriate

reserve and/or reduction in connection with any setoff exercised by beneficial bondholders that is

authorized by this Court) (the "**1995 Debt Claim**," together with the 1990 Debt Claim, the

"**Debt Claims**").

4.      With respect to the prepetition fees and expenses incurred by WTC under the

1990 Indenture, WTC shall receive an allowed claim of $109,735.90 (the "**1990 WTC Fee

Claim**"), and with respect to the prepetition fees and expenses incurred by WTC under the 1995

Indenture, WTC shall receive an allowed claim of $113,235.90 (the "**1995 WTC Fee Claim**,"

together with the 1990 WTC Fee Claim, the "**WTC Fee Claims**").

5.      With respect to the prepetition paying agency fees and expenses incurred by

Citibank under the Indentures, the Citibank Claim shall be allowed in the amount of $162,333.71

(the "**Citibank Fees and Expenses Claim**," together with the WTC Fee Claims, the "**Fees and

Expenses Claims**").

6.      To the extent the Fees and Expenses Claims are not paid in full, in cash, pursuant

to a plan of reorganization and/or liquidation of MLC, (a) the amount of such fees and expenses

that remain unpaid shall constitute an allowed general unsecured, nonpriority claim against MLC

held by WTC and/or Citibank, as applicable, to be satisfied in accordance with any chapter 11

plan or plans confirmed in the Debtors' Chapter 11 Cases and (b) WTC and Citibank, pursuant to

section 7.06 of the 1990 Indenture and section 7.06 of the 1995 Indenture, shall retain a charging

lien with respect to its prepetition and post-petition fees and expenses on all assets or money held

or collected by WTC or Citibank on account of the Debt Claims or otherwise.

7.      WTC will issue a notice to the Depository Trust Company and post a notice on its

website (a) notifying beneficial bondholders of the notes issued under the Indentures of the entry

of the order allowing the WTC Claims and (b) notifying such bondholders that any subsequent

claims objection filed by the Debtors seeking to disallow claims filed by bondholders on the

grounds that such claims are duplicative of the Debt Claims being allowed under the stipulation

and order will not impair bondholder's entitlement to share in plan distributions on account of

the Debt Claims in accordance with the terms of the applicable Indenture.

8.      WTC agrees that it will not object to the Debtors' filing of objections to Proofs of

Claims filed by record and beneficial holders of debt securities arising out of or relating to the

1990 Indenture and/or the 1995 Indenture on the grounds that such Proofs of Claim are

duplicative of the Debt Claims allowed pursuant to this Stipulation.

9.      WTC waives its right to argue that the entire stated principal amount of

$377,377,000 with respect to the Discount Debentures is an allowable claim.

10.      To the extent that the fees and expenses of WTC incurred after the

Commencement Date are not satisfied by payment in full in cash in connection with a plan of

reorganization and/or liquidation of MLC, WTC reserves the right to argue that all such fees are

allowable general unsecured non-priority claims against the estate of MLC.

11.      This Stipulation contains the entire agreement between the Parties as to the

subject matter hereof and supersedes all prior agreements and undertakings between the Parties

relating thereto.

    Dated: New York, New York
           August 5, 2010


    /s/ Joseph H. Smolinsky                         /s/ Keith R. Martorana
    Harvey R. Miller                                Matthew J. Williams
    Stephen Karotkin                                Keith R. Martorana
    Joseph H. Smolinsky

                                                    GIBSON DUNN & CRUTCHER LLP
    WEIL, GOTSHAL & MANGES LLP                       200 Park Avenue, 47th Floor
    767 Fifth Avenue                                New York, New York 10166
    New York, New York 10153                        Telephone: (212) 351-4000
    Telephone: (212) 310-8000                       Facsimile: (212) 351-4035
    Facsimile: (212) 310-8007

    *Attorneys for Debtors and Debtors in*           *Attorneys for Wilmington Trust Company,*
    *Possession*                                     *as 1990 Trustee and 1995 Truestee*

/s/ Louis A. Curcio
Maria M. Livanos
Louis A. Curcio

SONNENSCHEIN NATH & ROSENTHAL
LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6744
Facsimile:  (212) 768-6800

*Attorneys for Citibank, N.A. as Paying
Agent under the 1990 and 1995 Indentures*

So Ordered this **9ᵗʰ** day of **August** 2010

**s/ Robert E. Gerber**
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                                  :
In re                                                             :          Chapter 11 Case No.
                                                                  :
**MOTORS LIQUIDATION COMPANY,** *et al.,*                         :          **09-50026 (REG)**
      **f/k/a General Motors Corp.,** *et al.*  :
                                                                  :
               **Debtors.**  :          **(Jointly Administered)**
                                                                  :
------------------------------------------------------------------x

<u>**ORDER GRANTING DEBTORS'**</u>
<u>**FORTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS**</u>
**(Duplicate Debt Claims)**

        Upon the forty-eighth omnibus objection to claims, dated August 13, 2010 (the

"**Forty-Eighth Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a

General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the

"**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy**

**Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"),

and this Court's supplemental order establishing supplemental rules and authority for filing

omnibus objections to certain debt claims (the "**Supplemental Procedures Order**") [Docket No.

6238], seeking entry of an order disallowing and expunging the Duplicate Debt Claims on the

grounds that such claims are duplicative of either Claim 65793 or Claim 65729, all as more fully

described in the Forty-Eighth Omnibus Objection to Claims; and due and proper notice of the

Forty-Eighth Omnibus Objection to Claims having been provided, and it appearing that no other

or further notice need be provided; and the Court having found and determined that the relief

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Debtors' Forty-Eighth Omnibus Objection to Claims.

sought in the Forty-Eighth Omnibus Objection to Claims is in the best interests of the Debtors,

their estates, creditors, and all parties in interest and that the legal and factual bases set forth in

the Forty-Eighth Omnibus Objection to Claims establish just cause for the relief granted herein;

and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Forty-Eighth Omnibus Objection to

Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on **Exhibit "A"** (the "**Order Exhibit**") annexed hereto under the heading "*Claims to be*

*Disallowed and Expunged*" (collectively, the "**Duplicate Debt Claims**") are disallowed and

expunged; and it is further

ORDERED that, if applicable, the Forty-Eighth Omnibus Objection to Claims is

adjourned with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Objection Adjourned*" (the "**Adjourned Claims**") to the date indicated on the Order

Exhibit, subject to further adjournments (such actual hearing date, the "**Adjourned Hearing**

**Date**"), and the Debtors' response deadline with respect to the Adjourned Claims shall be 12:00

noon (Eastern Time) on the date that is three (3) business days before the Adjourned Hearing

Date; and it is further

ORDERED that, if applicable, the Forty-Eighth Omnibus Objection to Claims is

withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Objection Withdrawn*"; and it is further

ORDERED that, if applicable, the Forty-Eighth Omnibus Objection to Claims is

withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Claim Withdrawn*," as those claims have been withdrawn by the corresponding

claimant; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly

reserved with respect to, (i) any claim listed on Exhibit "A" annexed to the Forty-Eighth

Omnibus Objection to claims under the heading "*Claims to be Disallowed and Expunged*" that is

not listed on the Order Exhibit annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
     _____, 2010

_____
United States Bankruptcy Judge