**HEARING DATE AND TIME: September 24, 2010 at 9:45 a.m. (Eastern Time)**
**RESPONSE DEADLINE: September 17, 2010 at 4:00 p.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                        :
In re                                   :      Chapter 11 Case No.
                                        :
MOTORS LIQUIDATION COMPANY, et al.,     :      09-50026 (REG)
        f/k/a General Motors Corp., et al.  :
                                        :
                      Debtors.          :      (Jointly Administered)
                                        :
------------------------------------------------------------x
```

<u>NOTICE OF DEBTORS' FORTY-NINTH OMNIBUS OBJECTION TO CLAIMS</u>
(Duplicate Debt Claims)

**PLEASE TAKE NOTICE** that on August 13, 2010, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their forty-ninth omnibus objection to claims (the "**Objection**"), and that a

hearing (the "**Hearing**") to consider the Objection will be held before the Honorable Robert E.

Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for

the Southern District of New York, One Bowling Green, New York, New York 10004, on

**September 24, 2010 at 9:45 a.m. (Eastern Time),** or as soon thereafter as counsel may be

heard.

**PARTIES LISTED ON EXHIBIT "A" ANNEXED TO THE OBJECTION (THE "<u>CLAIMANTS</u>") (AND THEIR COUNSEL, IF KNOWN) WILL RECEIVE A PERSONALIZED NOTICE OF THE OBJECTION, RATHER THAN THE ENTIRE OBJECTION.**

This Objection does not affect a Claimant's ability to receive distributions as a beneficial bondholder under the claims filed by the indenture trustee of the Debtors' public debentures.  If a Claimant disagrees with the Objection's treatment of the Claimant's claim, the Claimant may call the Debtors to try and resolve the Claimant's concerns at **1-800-414-9607**.  If a Claimant is unable to resolve the Claimant's concerns with the Debtors before the deadline to respond, then the Claimant <u>must</u> file and serve a written response (a "**Response**") to the Objection in accordance with this notice, and the Claimant <u>must</u> appear at the Hearing described below.

A Claimant may participate in the Hearing telephonically provided that the Claimant complies with the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider."  A Claimant must also provide prior written notice by mail or e-mail of the Claimant's telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Russell Brooks, Esq. (russell.brooks@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Jennifer Sharret, Esq. (jsharret@kramerlevin.com)).

**If a Claimant does not oppose the disallowance and expungement of the Claimant's claim, then the Claimant does not need to file a Response or appear at the Hearing.**

**PLEASE TAKE FURTHER NOTICE THAT** the Hearing on the Objection is scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on **September 24, 2010 at 9:45 a.m. (Eastern Time)**.  If a Claimant files a Response to the Objection, the Claimant should plan to appear at the Hearing either in person or telephonically.  The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to the Claimant's claim.  If the Debtors do continue the Hearing with respect to the Claimant's claim, then the Hearing will be held at a later date.  If the Debtors do not continue the Hearing with respect to the Claimant's claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **September 17, 2010 at 4:00 p.m. (Eastern Time)**.  Only those Responses that are timely will be considered at the Hearing.  A Claimant's Response will be deemed timely only if it is:  (a) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov) before the deadline for Responses **or** (b) **actually** received on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format and in hard copy at each of the following addresses on or before the deadline for response:

A.    Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;

B.    Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and

      C.      Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Jennifer Sharret, Esq.).

A Claimant's response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number, and the number of the Objection to which the response is directed; (ii) the name of the Claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which the Claimant will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which the Claimant will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to the Claimant's response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person that can be contacted in connection with the Objection.

If a Claimant has any questions about this notice or the Objection, please contact the Debtors at **1-800-414-9607**.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

**PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief requested in the Objection without further notice or a hearing if a Claimant fails to file a timely Response or appear at the Hearing.**

Dated: New York, New York
        August 13, 2010

                                        /s/ Joseph H. Smolinsky
                                        Harvey R. Miller
                                        Stephen Karotkin
                                        Joseph H. Smolinsky

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession

HEARING DATE AND TIME: September 24, 2010 at 9:45 a.m. (Eastern Time)
RESPONSE DEADLINE: September 17, 2010 at 4:00 p.m. (Eastern Time)

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                    :
In re                               :        Chapter 11 Case No.
                                    :
MOTORS LIQUIDATION COMPANY, et al., :        09-50026 (REG)
        f/k/a General Motors Corp., et al.  :
                                    :
                    Debtors.        :        (Jointly Administered)
                                    :
------------------------------------------------------------x
```

## DEBTORS' FORTY-NINTH OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Debt Claims)

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM. CLAIMANTS THAT ARE THE SUBJECT OF THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON EITHER THE EXHIBIT ATTACHED TO THIS OBJECTION OR ON THEIR PERSONALIZED NOTICE.**

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) and its

affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully represent:

## Relief Requested

1.      The Debtors file this forty-ninth omnibus objection to claims (the "**Forty-Ninth Omnibus Objection to Claims**") pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the **"Bankruptcy Rules"**), and this Court's supplemental order establishing supplemental rules and authority for filing omnibus objections to certain debt claims (the "**Supplemental Procedures Order**") [Docket No. 6238], seeking entry of an order disallowing and expunging the claims listed on **Exhibit "A"** annexed hereto.[1]

2.      The Debtors have examined the proofs of claim identified on Exhibit "A" and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed and Expunged*" (collectively, the "**Duplicate Debt Claims**") are duplicative of either (1) the global Proof of Claim No. 65793 ("**Claim 65793**") filed by Wilmington Trust Company ("**WTC**"), in its capacity as successor indenture trustee of the Senior Indenture, dated as of November 15, 1990 (the "**1990 Indenture**") or (2) the global Proof of Claim No. 65729 ("**Claim 65729**") filed by WTC, in its capacity as successor indenture trustee of the Senior Indenture, dated as of December 7, 1995, as amended (the "**1995 Indenture**").  The amounts asserted by WTC in Claim 65793 and Claim 65729 have been reconciled and allowed under a stipulation, approved and entered by the Court on August 9, 2010 (the "**WTC Stipulation**") [Docket No. 6595], a copy of which is annexed hereto as **Exhibit "B."**  The Debtors, therefore, seek entry of an order disallowing and expunging from the claims register the Duplicate Debt Claims.

---

[1] Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com. A link to the claims register is located under the "Claims Information" tab.  Creditors without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City Group, Inc. at 1-703-286-6401.

3.      This Forty-Ninth Omnibus Objection to Claims does not affect the ability

of an Individual Bondholder (as hereinafter defined) to participate in accordance with the WTC

Stipulation.  Further, the Debtors reserve all their rights to object on any other basis to any

Duplicate Debt Claim as to which the Court does not grant the relief requested herein.

### Jurisdiction

4.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

### Background

5.      On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**Realm/Encore Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Case Number 09-50026 (REG).  On September 15, 2009,

the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs,

which were amended on October 4, 2009.  On October 15, 2009, the Realm/Encore Debtors filed

their schedules of assets and liabilities and statements of financial affairs.

6.      On September 16, 2009, this Court entered an order [Docket No. 4079]

establishing November 30, 2009 as the deadline for each person or entity to file a proof of claim

in the Initial Debtors' cases, including governmental units.  On December 2, 2009, this Court

entered an order [Docket No. 4586] establishing February 1, 2010 as the deadline for each

---

[2] The Initial Debtors are Motors Liquidation Company (f/k/a General Motors Corporation), MLCS, LLC (f/k/a
Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc.
(f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3] The Realm/Encore Debtors are Remediation and Liability Management Company, Inc., and Environmental
Corporate Remediation Company, Inc.

person or entity to file a proof of claim in the Realm/Encore Debtors' cases (except

governmental units, as defined in section 101(27) of the Bankruptcy Code, for which the Court

established June 1, 2010 as the deadline to file proofs of claim).

       7.     Among the tens of thousands of proofs of claim the Debtors received,

approximately 18,000 proofs of claim have been filed by claimants seeking the repayment of

principal, interest, and fees and expenses that relate to dollar-denominated debt securities issued

by the Debtors pursuant to the 1990 Indenture and the 1995 Indenture (each, a "**Debt Claim**,"

and the holder of such Debt Claim, an "**Individual Bondholder**").  The Debtors believe that all

of the Debt Claims filed by Individual Bondholders are duplicative of the claims allowed in

favor of WTC for the benefit of all Individual Bondholders in accordance with the WTC

Stipulation.

       8.     On August 9, 2010, the Court entered the WTC Stipulation signed by the

Debtors, WTC, and Citibank, N.A., solely in its capacity as paying agent under the 1990

Indenture and 1995 Indenture (in such capacity, "**Citibank**"), allowing (i) Claim 65793 in the

amount of $1,419,471,545.22 (subject to appropriate reserve and/or reduction in connection with

any Court-authorized setoff exercised by Individual Bondholders) and (ii) Claim 65729 in the

amount of $21,928,183,895.36 (subject to appropriate reserve and/or reduction in connection

with any Court-authorized setoff exercised by Individual Bondholders).  Prior to entry of the

WTC Stipulation, WTC sent out a notice to all affected Individual Bondholders notifying them

of the pending approval by the Court of the WTC Stipulation.

       9.     On October 6, 2009, this Court entered the Supplemental Procedures

Order, which authorizes the Initial Debtors, among other things, to file omnibus objections to no

more than 500 claims at a time with respect to Debt Claims. The claimants that are listed in

Exhibit "A" have filed Debt Claims against the Initial Debtors.

        10.     The Debtors now move to expunge the Duplicate Debt Claims filed by

each Individual Bondholder as duplicative of either Claim 65793 or Claim 65729.

### The Relief Requested Should Be Approved by the Court

        11.     A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects." 11 U.S.C. § 502(a). If an objection refuting at least one of the claim's essential

allegations is asserted, the claimant has the burden to demonstrate the validity of the claim. *See

In re Oneida, Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd*, No. 09 Civ. 2229 (DC),

2010 WL 234827 (S.D.N.Y. Jan. 22, 2010); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No.

02-41729 (REG), 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re

Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

        12.     Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a

claim may not be allowed to the extent that "such claim is unenforceable against the debtor and

property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1). The

Debtors cannot be required to pay on the same claim more than once. *See, e.g., In re Finley,

Kumble, Wagner, Heine, Underberg, Manley, Myerson, & Casey*, 160 B.R. 882, 894 (Bankr.

S.D.N.Y. 1993) ("In bankruptcy, multiple recoveries for an identical injury are generally

disallowed."). The Debtors have reviewed the proofs of claim identified on Exhibit "A" and

believe them to be duplicative of Claim 65793 or Claim 65729. Moreover, the Debtors have no

way of confirming that any of the Individual Bondholders are, in fact, beneficial holders of a

debt instrument on the relevant dates.

        13.     To avoid the possibility of multiple recoveries by the Individual

Bondholders, the Debtors request that the Court disallow and expunge in their entirety the

Duplicate Debt Claims.  Individual Bondholders, to the extent they are beneficial bondholders as of the record date under any confirmed plan of liquidation, will receive distributions under such plan from WTC in its capacity as indenture trustee.

**<u>Notice</u>**

14.     Notice of the Forty-Ninth Omnibus Objection to Claims has been provided to each claimant listed on Exhibit "A" by virtue of the individualized notice transmitted in accordance with the Supplemental Procedures Order and parties in interest in accordance with the Third Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures, dated April 29, 2010 [Docket No. 5670].

15.     No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the relief requested herein and such other and further relief as is just.

Dated:  New York, New York
          August 13, 2010

> /s/ Joseph H. Smolinsky
> Harvey R. Miller
> Stephen Karotkin
> Joseph H. Smolinsky
>
> WEIL, GOTSHAL & MANGES LLP
> 767 Fifth Avenue
> New York, New York 10153
> Telephone: (212) 310-8000
> Facsimile: (212) 310-8007
>
> Attorneys for Debtors
> and Debtors in Possession

**<u>Exhibit A</u>**

Forty-Ninth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EMIL A AND NANCY L GRAESER<br>EMIL A GRAESER II<br>NANCY L GRAESER<br>370 BELVAR<br>LOUISVILLE, KY 40206 | 8775 | Motors Liquidation Company | $26,395.84 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EMIL GABRIEL<br>2617 BARCELLS AVE.<br>SANTA CLARA, CA 95051<br>UNITED STATES OF AMERICA | 65051 | Motors Liquidation Company | $47,569.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EMIL S LYNCH<br>110 DEER PARK ROAD<br>HOT SPRINGS, AR 71901 | 3277 | Motors Liquidation Company | $31,508.13 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EMIL V DAIGLE<br>CGM IRA ROLLOVER CUSTODIAN<br>19 BEECHWOOD DR<br>BRACEY, VA 23919 | 8869 | Motors Liquidation Company | $32,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EMILE ANDARI AND MAY ANDARI HOBEICHE<br>C/O EMIRATES LEBANON BANK<br>JOUNISH BRANCH<br>PO BOX 11-1608<br>BEIRUT LEBANON<br><br>LEBANON | 37325 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EMILY BROWN & EVELYN HALICKI &<br>ATHANASIOS KOIKAS JT TEN<br>34281 LAMOYNE<br>LIVONIA, MI 48154 | 11606 | Motors Liquidation Company | $13,152.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EMILY L LUTHY TRUSTEE<br>EMILY L LUTHY<br>10939 N SLEEPY HOLLOW RD<br>PEORIA, IL 61615 | 3492 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EMILY M GARAVENTA<br>1165 JONADA PLACE<br>RENO, NV 89509 | 1392 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EMILY M. KOENIG<br>PO BOX 2172<br>BROOKFIELD, WI 53008 | 15435 | Motors Liquidation Company | $10,400.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Ninth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EMILY SIMON<br>1810 SE 41ST AVE<br><br>PORTLAND, OR 97214 | 58988 | Motors Liquidation Company | $31,101.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EMILY STERN<br>54 NARROWBROOK COURT<br><br>MANALAPAN, NJ 07726 | 2330 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EMIN CAKAR<br>TANZIMAT SOKAK NO. 19/2<br>TR-34728 GOZTEPE-ISTANBUL TURKEY<br><br>TURKEY | 14349 | Motors Liquidation Company | $200,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EMK REVOCABLE TRUST<br>ELAINE M KOKIKO TRUSTEE<br>700 NEW HAMPSHIRE AVE NW<br>WASHINGTON, DC 20037 | 5885 | Motors Liquidation Company | $10,418.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EMMA ANNETTE FREEMAN<br>EMMA ANNETTE FREEMAN TRUST<br>C/O J MEYER<br>13825 231ST LANE NE<br>REDMOND, VA 98053 | 8135 | Motors Liquidation Company | $4,531.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EMMA ELAINE MARTIN GS TRUST<br>STANLEY KAMERON TTEE<br>MARILYN KAMERON EXECUTOR<br>407 THUNDER RIDGE RD #20023<br>JASPER, GA 30143 | 22291 | Motors Liquidation Company | $12,300.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EMMA HODGE<br>JAMES R HODGE<br>14 SUTTON PLACE SOUTH<br>NEW YORK, NY 10022 | 2622 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EMMA I BRYSON<br>1309 WELLINGTON DR<br><br>COLUMBIA, SC 29204 | 15756 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EMMA JEAN & ROBERT W HOLLINGER<br>505 N STATE STREET<br><br>YATES CENTER, KS 66783<br>UNITED STATES OF AMERICA | 16624 | Motors Liquidation Company | $23,448.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Forty-Ninth Omnibus Objection**

## Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| EMMA L BENEDICT<br>21 SKY TOP ROAD<br><br>RIDGEFIELD, CT 06877 | 29344 | Motors Liquidation Company | $11,894.28 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EMMA M BACKUS<br>11025 E STATE RD 54<br><br>BLOOMFIELD, MI 47424<br>UNITED STATES OF AMERICA | 14782 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EMMAGENE DAVIS<br>530 SHAY DR<br><br>MARIETTA, GA 30060 | 16346 | Motors Liquidation Company | $70,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EMMETT G & HELEN LOUISE<br>GREEN TTEE GREEN<br>INTRVVS REV TR<br>UAD 10/29/99<br>4113 LACY LANE<br>LITTLE ROCK, AR 72223 | 26839 | Motors Liquidation Company | $132,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EMMETT G. GREEN IRA<br>FCC AS CUSTODIAN<br>4113 LACY LANE<br>LITTLE ROCK, AR 72223 | 26838 | Motors Liquidation Company | $78,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EMORY L ROSE JR<br>500 24TH ST<br><br>VIRGINIA BEACH, VA 23451 | 8630 | Motors Liquidation Company | $142,617.65 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EMRYS C JAMES<br>E C JAMES<br>57 FIELDSTONE WAY<br>NEWNAN, GA 30265 | 9839 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ENEZ L JUSKA<br>17 MARION DR<br><br>EAST LYME, CT 06333 | 23028 | Motors Liquidation Company | $5,204.52 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ENGELTER RUDI & MARGA<br>AUF DER HALLE 2A<br>64711 ERBACH<br>GERMANY<br><br>GERMANY | 13316 | Motors Liquidation Company | $135,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ENID L SPRICH TTEE<br>ENID L SPRICH TRUST DTD 4-6-89<br>351 CHEESTANA WAY<br>LOUDON, TN 37774 | 2337 | Motors Liquidation Company | $32,184.83 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ENRICO A LOMONACO<br>1432 STADIUM AVE<br>BRONX, NY 10465 | 2798 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ENRIQUE GONZALEZ-GERTH<br>2111 SCARLET OAK DR<br>RICHARDSON, TX 75081 | 21466 | Motors Liquidation Company | $2,550.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ENRIQUE J ALVAREZ<br>463 SOUTH MAIN ST<br>SUFFIELD, CT 06078 | 3222 | Motors Liquidation Company | $162,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ENRIQUE SAEZ<br>PO BOX 490372<br>KEY BISCAYNE, FL 33149 | 12272 | Motors Liquidation Company | $7,732.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ENTREPRISE NOVY INC<br>ENTREPRISE NOVY INC ALS YVON CYR<br>2583 ROUTE 205<br>ST FRANCOIS DE MADAWASKA NB ETA IRI CANADA<br><br>CANADA | 64229 | Motors Liquidation Company | $70,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EOELYN M PREMO<br>PO BOX 2502<br>EDGARTOWN, MA 02539 | 12053 | Motors Liquidation Company | $24.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EP CO2<br>ATTN:JOHANNE S ETKIN-FINLEY<br>JOHANNE S ETKIN-FINLEY<br>100 N POND DR STE F<br>WALLED LAKE, MI 48390 | 14877 | Motors Liquidation Company | $300,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EP CO2<br>ATTN: RITA ETKIN<br>6108 EASTBROOKE<br>W BLOOMFIELD, MI 48322 | 19288 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Forty-Ninth Omnibus Objection**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| EP CO2<br>ATTN: HELEN B ETKIN<br>HELEN B ETKIN<br>6036 EASTBROOKE<br>W BLOOMFIELD, MI 48322 | 19345 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EP CO2<br>ATTN HELEN B ETKIN<br>HELEN B ETKIN<br>6036 EASTBROOKE<br>W BLOOMFIELD, MI 48322 | 30729 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EP CO2<br>ATTN RITA ETKIN<br>6108 EASTBROOKE<br>W BLOOMFIELD, MI 48322 | 30730 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EPAMEINONDAS PAPADOPOULOS CHRISTOFILI ASINKOY<br>THEMISTOKLEOUS 15<br>HELIOUPOLIS<br>16343 HELIOUPOLIS GREECE<br><br>GREECE | 68549 | Motors Liquidation Company | $387,625.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EPHRAIM BARAN<br>515 OCEAN AVE, SPHD<br>SANTA MONICA, CA 90402 | 15043 | Motors Liquidation Company | $63,458.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EPHRAIM WAINLESS<br>11377 SW 84TH STREET<br>APT 302<br>SO. MIAMI, FL 33173<br>UNITED STATES OF AMERICA | 29514 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERIC A STAHLECKER & ELLEN FENNER STAHLECKER<br>2614 E 7TH ST<br>COOPER, WY 82609 | 15629 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERIC BONOW<br>4004 LONDON RD<br>APT CC26<br>DULUTH, MN 55804 | 3989 | Motors Liquidation Company | $6,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERIC COLEMAN SR<br>20317 SOUTHFIELD FWY<br>DETROIT, MI 48235 | 5057 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Ninth Omnibus Objection

## Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ERIC E LAWTON III<br>HILARY DONOFRIO-LAWTON<br>63 WYLDEWOOD RD<br>EASTON, CT 06612 | 2716 | Motors Liquidation Company | $42,895.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERIC FRANK KOCH &<br>HENRY W KOCH  JT WROS<br>11204 LILAC LN<br>PERRY HALL, MD 21128 | 5680 | Motors Liquidation Company | $50,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERIC FRANK MENDELSON<br>775 EDDY LANE<br>SANTA CRUZ, CA 95062<br>UNITED STATES OF AMERICA | 61897 | Motors Liquidation Company | $6,575.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERIC L HANSON IRA<br>FCC AS CUSTODIAN<br>3425 BLACK CANYON DRIVE<br>PLANO, TX 75025 | 19792 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERIC M ARNOLDY<br>2957 BELMAR ST<br>SACRAMENTO, CA 95826 | 69098 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERIC M ARNOLDY<br>2957 BELMAR ST<br>SACRAMENTO, CA 95826 | 69099 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERIC M HOOPER TTEE UAD 4/15/92<br>FBO THE ERIC M HOOPER REV TRST<br>11 E LAUREL ST<br>APOPKA, FL 32703 | 13022 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERIC MUELLNER<br>17 THE COURT OF GREENWAY<br>NORTHBROOK, IL 60062 | 7073 | Motors Liquidation Company | $16,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERIC R KUHN<br>1386 WOODLAND CIRCLE<br>BETHLEHEM, PA 18017 | 16220 | Motors Liquidation Company | $283,150.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERIC S DOUGHERTY<br>5200 GREYSTONE SUMMIT DR #803<br>COLUMBUS, GA 31909 | 11466 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Ninth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| ERIC SLAFTER<br>12441 INDIAN RIVER DR<br>JENSEN BEACH, FL 34957 | 7329 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERIC V BERGSTROM III<br>43 EAST WOODLAWN DR<br>DESTREHAN, LA 70047 | 17980 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERICH A EVERTS SR<br>303 GEORGIAN DR<br>CINNAMINSON, NJ 08077 | 6522 | Motors Liquidation Company | $50,435.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERIKA B HONROTH<br>407 VINE ST # 114<br>CINCINNATI, OH 45202 | 22319 | Motors Liquidation Company | $1,765.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERIKA ESTIS<br>5 HASTINGS LDNG<br>HASTINGS, NY 10706 | 15261 | Motors Liquidation Company | $54,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERIKA JAROUDI<br>RAIMUNDSTR 70<br>60431 FRANKFURT GERMANY<br>GERMANY | 26598 | Motors Liquidation Company | $133,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERIKA SCHOETTLE<br>WILHELM-MOENCH-STRASSE 2<br>TUEBINGEN 72070 GERMANY<br>,<br>GERMANY | 28110 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERIKAS ARAS NAPJUS<br>53 TRAIL VIEW DR<br>GILFORD, NH 03249 | 2835 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERIN C SULLIVAN KEELER<br>1212 ARBORETUM DRIVE<br>WILMINGTON, NC 28405 | 61907 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERIN M ARNOLDY<br>8716 SAINTS WAY<br>SACRAMENTO, CA 95826 | 64478 | Motors Liquidation Company | $318.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ERIN M ARNOLDY<br>8716 SAINTS WAY<br><br>SACRAMENTO, CA 95826 | 64479 | Motors Liquidation Company | $1,908.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERIN M ARNOLDY<br>8716 SAINTS WAY<br><br>SACRAMENTO, CA 95826 | 64480 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERMA I BAILEY TRUST<br>DTD 4/1/2002<br>ERMA I BAILEY TTEE<br>4724 ST ANDREW WAY<br>FORT SMITH, AR 72903 | 7352 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERMA LEE CONERLY<br>12625 MEMORIAL DR  #63<br><br>HOUSTON, TX 77024 | 27311 | Motors Liquidation Company | $10,011.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERNA L KOLLMEYER<br>8701 40TH LN N<br><br>PINELLAS PARK, FL 33782 | 15705 | Motors Liquidation Company | $2,080.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERNEST & JANET AILOR<br>4726 N TOMAHAWK RD<br><br>APACHE JUNCTION, AZ 85119 | 63518 | Motors Liquidation Company | $41,251.98 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERNEST A BRAV REVOCABLE TRUST<br>U/A/D 12/07/84<br>DAVID J STEINBERG TTEE<br>DAVID I GRUNFELD TTEE<br>P.O. BOX 2280<br>BALA CYNWYD, PA 19004 | 7278 | Motors Liquidation Company | $50,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERNEST AND MARIE REID<br>58 KENWOOD AVENUE<br>TORONTO, ONTARIO CANADA M6C 2S2<br><br>CANADA | 68087 | Motors Liquidation Company | $825,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERNEST B CRAWFORD AND NELL T CRAWFORD<br>14569 NEWBERRY RD<br><br>BLAIR, SC 29015 | 9836 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Ninth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| ERNEST C. WILLIAMS<br>C/O UIS<br>PO BOX 91<br>PITMAN, NJ 08071 | 20743 | Motors Liquidation Company | $60,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERNEST D KATZ<br>21771 ARRIBA REAL 31-G<br>BOCA RATON, FL 33433 | 44149 | Motors Liquidation Company | $25,668.58 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERNEST EDWARDS<br>931 WICKHAM CT UNIT 102<br>CARMEL, IN 46032 | 21977 | Motors Liquidation Company | $245.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERNEST F FRANCZAK AND<br>PATRICIA J FRANCZAK JTTEN<br>421 KACHINKA HOLLOW ROAD<br>BERWICK, PA 18603 | 11345 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERNEST FULFORD<br>2365 N 53RD ST<br>MILWAUKEE, WI 53210 | 8734 | Motors Liquidation Company | $300.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERNEST H GARDNER<br>2821 COVERT RD<br>GLENVIEW, IL 60025 | 38833 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERNEST H VAN ZILE<br>370 N 6100 W<br>CEDAR CITY, UT 84721 | 28118 | Motors Liquidation Company | $19,575.80 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERNEST H VAN ZILE<br>370 N 6100 W<br>CEDAR CITY, UT 84721 | 65039 | Motors Liquidation Company | $15,099.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERNEST J BEFFEL TTEE<br>ERNEST BEFFEL<br>2136 KEAST DR<br>CLARKLAKE, MI 49234<br>UNITED STATES OF AMERICA | 67227 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERNEST LEE CUST FOR<br>MATHEW LEE UTMA/CA<br>11990 CHALON RD<br>LOS ANGELES, CA 90049 | 3060 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Ninth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| ERNEST O NORRIS<br>335 HARBERT DRIVE<br><br>SAVANNAH, TN 38372 | 30834 | Motors Liquidation Company | $7,150.36 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERNEST P LADAS &<br>CYNTHIA A LADAS<br>DESIGNATED BENE PLAN/TOD<br>214 OAK TREE RD<br>MOUNTAINSIDE, NJ 07092 | 28550 | Motors Liquidation Company | $20,224.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERNEST W NERO<br>36 CAPRON RD<br><br>SMITHFIELD, RI 02917 | 12428 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERNEST W WILLIS<br>590 SILVER LANE<br><br>BOCA RATON, FL 33432 | 18264 | Motors Liquidation Company | $4,518.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERNESTINE KOCAK & METHOD KOCAK<br>ERNESTINE & METHOD KOCAK<br>121 CARL PLACE<br>WESTWOOD, NJ 07675 | 5137 | Motors Liquidation Company | $11,266.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERNESTINE TAYLOR IRA<br>401 W OAKBROOK DR<br>APT 117<br>ANN ARBOR, MI 48103 | 27992 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERNESTO A. GALVAN SR. ROTH IRA<br>FCC AS CUSTODIAN<br>141 EL CIELO<br>HARLINGEN, TX 78552 | 8145 | Motors Liquidation Company | $14,612.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERNIE L HOUK IRA<br>C/O ERNIE L HOUK<br>399 BUNGER RD<br>EKRON, KY 40117 | 31519 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERNIE PODHAJSKY<br>2254 210TH ST<br><br>TRAER, IA 50675 | 12876 | Motors Liquidation Company | $10,834.45 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ERNIE REED TTEE<br>REED FAMILY LIVING TRUST<br>U/A DTD 12/08/97<br>1737 LABURNUM AVE<br>CHICO, CA 95926<br>UNITED STATES OF AMERICA | 33364 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERNST GEORG OESER<br>KURZE STRASSE 4<br>72092 HEININGEN GERMANY<br>,<br>GERMANY | 24297 | Motors Liquidation Company | $76,012.80 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERNST W SCHIFFER<br>IM GRUND 30<br>TROISDORF 53840 GERMANY<br><br>GERMANY | 29120 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERROL L. VAN SANT & JOSEPHINE<br>M. VAN SANT, CO-TTEES OF THE<br>VAN SANT FAMILY TRUST, 3/7/02<br>1417 ANGEL CREST DR.<br>HACIENDA HEIGHTS, CA 91745 | 8039 | Motors Liquidation Company | $40,687.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERSEL SIM FOR ITSELF & ON BEHALF OF ACCOUNTHOLDER & BENEFICIAL OWNER<br>DAVIDE CARAMELLA<br>ERSEL SIM S P A<br>11 PIAZZA SOLFENNO<br>10121 TORINO ITALY<br><br>ITALY | 66863 | Motors Liquidation Company | $42,558.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERSEL SIM FOR ITSELF & ON BEHALF OF ITS ACCOUNTHOLDER AND BENEFICIAL OWNER - DOMENICO PAGLIANO<br>C/O JOHN E JURELLER JR<br>KLESTADT & WINTERS LLP<br>292 MADISON AVE, 17TH FL<br>NEW YORK, NY 10017 | 66864 | Motors Liquidation Company | $14,186.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERSEL SIM FOR ITSELF AND ON BEHALF OF ITS ACCOUNTHOLDER & BENEFICIAL<br>OWNER FIDERSEL RUB N 56426<br>ERSEL SIM SPA<br>11 PIAZZA SOLFERINO<br>10121 TORINO ITALY<br>,<br>ITALY | 67490 | Motors Liquidation Company | $283,720.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERVA LITTLE<br>105 VASSAR SQ<br><br>ABSECON, NJ 08201 | 4090 | Motors Liquidation Company | $15,220.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Forty-Ninth Omnibus Objection**

## Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ERVENE KATZ REVOCABLE TRUST<br>UAD 09/14/00<br>ERVENE KATZ & GARY KATZ TTEES<br>1221 NORTHWEST 91ST TERRACE<br>GAINESVILLE, FL 32606 | 19529 | Motors Liquidation Company | $25,448.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERVIN IWINSKI<br>2270 E OAK ST<br>OAK CREEK, WI 53154 | 63259 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERVIN O MOHR<br>P.O. BOX 202<br>OWEN, WI 54460 | 37019 | Motors Liquidation Company | $45,393.80 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERWIN AND BEBE MARKMAN<br>112 N WASHINGTON AVE<br>VENTURE, NJ 08406<br>UNITED STATES OF AMERICA | 6507 | Motors Liquidation Company | $1,492.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERWIN NOVAK & PEARL NOVAK<br>REV LIV TR UAD 10/23/01<br>E NOVAK & P NOVAK TTEES<br>9722 REDD RAMBLER DR<br>PHILADELPHIA, PA 19115 | 18632 | Motors Liquidation Company | $25,201.31 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERWIN REITTER<br>859 YORKLYN RD<br>HOCKESSIN, DE 19707 | 9044 | Motors Liquidation Company | $10,454.31 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERZSEBET HORVATH<br>HERMANN-STEINHAUSER-STR 6<br>D-63065 OFFENBACH  GERMANY<br>GERMANY | 69039 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERZSEBET HORVATH<br>H STEINHAEUSER STR 6<br>D-63065 OFFENBACH GERMANY<br>GERMANY | 69040 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ESAM S IBRHIM<br>ESAM S IBRAHIM TTEE FBO ESAM S IBRAHIM LIVING TRUST<br>DATED 06/08/95<br>415 CEZANINE AVE<br>WOODLAND HILLS, CA 91364 | 4411 | Motors Liquidation Company | $10,360.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ESDEL B YOST<br>1597 CAMPBELL DR<br><br>HUNTINGTON, WV 25705 | 11532 | Motors Liquidation Company | $44,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ESMA D CHANCE &<br>BILLYE DEAN POOLE TTEES<br>ESMA D CHANCE REVOCABLE<br>TRUST U/T/A DTD 1-31-95<br>10008 LAKE SHORE DR<br>OKLAHOMA CITY, OK 73120 | 7234 | Motors Liquidation Company | $27,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ESQUIPULA M. MASCARENAS<br>1630 BANBURY LN<br><br>CARROLLTON, TX 75006 | 69991 | Motors Liquidation Company | $9,665.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EST OF JACQUALINE A DEMONTAGLIARI DECEASED<br>S L SEFTENBERG PERSONAL REP<br>C/O ALAN H HAMMERMAN<br>2700 PATRIOT BLVD #310<br>GLENVIEW, IL 60026 | 19754 | Motors Liquidation Company | $5,187.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EST OF JACQUELINE A. DEMONTAGLIARI, DECEASED<br>S L SEFTENBERG PERSONAL REP<br>C/O ALAN H. HAMMERMAN<br>2700 PATRIOT BLVD, #310<br>GLENVIEW, IL 60026 | 16801 | Motors Liquidation Company | $5,187.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EST OF JAMES E TIDWELL<br>PAUL TIDWELL EXEC<br>PO BOX 117764<br>CARROLLTON, TX 75011 | 4352 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EST OF JAMES H. STREETT JR.<br>JAMES BRUCE STREETT EXEC<br>1553 JACKSON AVENUE<br>FLORENCE, SC 29501 | 10750 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ESTA ALLEN<br>C/O CHARLES SCHWAB & CO INC CUST<br>ROTH CONTRIBUTORY IRA<br>315 SUNSET BAY LN<br>PALM BEACH GARDENS, FL 33418 | 13131 | Motors Liquidation Company | $2,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ESTA BRAUN<br>213 TYBORNE CIRCLE<br><br>COLUMBIA, SC 29210 | 10130 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Forty-Ninth Omnibus Objection**

## Exhibit A

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| ESTA M FARKAS<br>21 ERSKINE DR<br><br>LONGMEADOW, MA 01106 | 11204 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ESTATE OF DAVID JOSEPHS<br>MIRIAM SUSAN SLESS<br>8000 STEVENSON RD<br>BALTIMORE, MD 21208 | 32686 | Motors Liquidation Company | $1,715.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ESTATE OF DOROTHY J DICKSON<br>C/O GEORGE BARTON CRUM EXEC<br>641 S LAWRENCE ST<br>MONTGOMERY, AL 36104 | 22437 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ESTATE OF DOROTHY J RALING<br>DEBRA G KOENIG EXECUTRIX<br>721 JANWOOD DRIVE<br>LATROBE, PA 15650 | 1847 | Motors Liquidation Company | $1,344.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ESTATE OF EUGENIE MATCOVICH DOD 7/7/08<br>ELIZABETH GARFINKEL<br>ADM. OF ESTATE OF EUGENIE MATCOVICH<br>1 COLONY CT<br>HAZLET, NJ 07730<br>UNITED STATES OF AMERICA | 20603 | Motors Liquidation Company | $25,667.97 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ESTATE OF MILDRED M PFERDEHIET<br>C/O PATRICIA L WAGNER, EXECUTRIX<br>201 LYNN AVENUE<br>CLARKSBURG, WV 26301 | 64486 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ESTATE OF NICHOLAS J MILAZZO<br>GERALDINE MILAZZO EXECUTRIC<br>173 ENGLEWOOD DRIVE<br>ORANGE, CT 06477 | 63882 | Motors Liquidation Company | $51,100.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ESTATE OF NICHOLAS J MILAZZO<br>C/O GERALDINE M MILAZZO<br>173 ENGLEWOOD DRIVE<br>ORANGE, CT 06477 | 63883 | Motors Liquidation Company | $50,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ESTATE OF RUTH M PECAN<br>RUTH PECAN STOLTING PERSONAL REPRESENTATIVE<br>PO BOX 893<br>PINEHURST, NC 28370 | 30232 | Motors Liquidation Company | $11,275.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Forty-Ninth Omnibus Objection**

## Exhibit A

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| ESTATE OF WILHELMINE B. KEENE<br>FREDERICK S MARTY, EXECUTOR<br>C/O HISCOCK & BARCLAY, LLP<br>300 SOUTH STATE STREET<br>SYRACUSE, NY 13202 | 19008 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ESTELA M VILLEGAS<br>AV CALLACO 1396 PB<br>CAPITAL FEDERAL<br>BUENOR AIRES 1023 ARGENTINA<br><br>ARGENTINA | 28469 | Motors Liquidation Company | $42,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ESTELLE ANDERSON<br>55 OTTERHOLE RD<br>WEST MILFORD, NJ 07480 | 32763 | Motors Liquidation Company | $13,125.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ESTELLE B LANGENDORF<br>324 FORESTWAY DR<br>NORTHBROOK, IL 60062 | 3204 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ESTELLE GOTTLIEB  & MARTIN GOTTLIEB<br>JT WROS<br>TOD REGISTRATION<br>30 LARCH HILL RD<br>LAWRENCE, NY 11559 | 2675 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ESTELLE GRAD TTEE<br>ESTELLE GRAD REV TRUST U/A<br>DTD 03/07/2007 FBO M MILAN<br>13830 N 109TH AVE<br>SUN CITY, AZ 85351 | 19264 | Motors Liquidation Company | $1,050.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ESTELLE L KLEMER<br>51 CAMBRIA COURT<br>PAWTUCKET, RI 02860<br>UNITED STATES OF AMERICA | 14552 | Motors Liquidation Company | $8,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ESTELLE LANE<br>23 STONEWALL CIRCLE<br>WEST HARRISON, NY 10604 | 15717 | Motors Liquidation Company | $25,010.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ESTELLE RADLER<br>CGM IRA ROLLOVER CUSTODIAN<br>19951 NE 10TH PL WAY<br>N MIAMI BEACH, FL 33179 | 4703 | Motors Liquidation Company | $9,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Ninth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ESTHER BRACHFELD IRRL<br>15460 STRATHEARN DRIVE<br>DEL RAY BEACH, FL 33446 | 27255 | Motors Liquidation Company | $15,556.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ESTHER CHESTER<br>56 DELLWOOD RD<br>CRANSTON, RI 02920 | 20510 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ESTHER E BEDFORD<br>BEDFORD FAMILY TRUST FBO ESTHER E BEDFORD TTEE<br>227 ARLINGTON DR<br>HOT SPRINGS, AR 71913 | 4775 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ESTHER FISHMAN<br>HENRY FISHMAN<br>5542 BROOKBANK RD<br>DOWNERS GROVE, IL 60516 | 9278 | Motors Liquidation Company | $49,842.50<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ESTHER JEAN PLOWDEN TOD<br>L K KNOWLES, R M PISETZHY<br>SUBJECT TO STA RULES<br>4212 LADEGA CT<br>TAMPA, FL 33611 | 61679 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ESTHER M BERGHAUS TRUST<br>BARBARA VOWELS, TRUSTEE<br>1120 HOLLENDALE WAY<br>GOSHEN, KY 40026 | 11900 | Motors Liquidation Company | $14,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ESTHER M KENDIG<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>4866 COMANCHE TRL<br>PRESCOTT, AZ 86301 | 25292 | Motors Liquidation Company | $2,500.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ESTHER N BELLIVEAU<br>124 GARDENGATE RD<br>CAMDEN, DE 19934 | 19657 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ETHEL F BURGHARDT<br>1832 CARACARA DR<br>NEW BERN, NC 28560 | 44644 | Motors Liquidation Company | $750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ETHEL G GIMPEL<br>353 101ST AVE SE<br>BELLEVUE, WA 98004 | 13401 | Motors Liquidation Company | $8,650.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Ninth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ETHEL LUERSSEN<br>10 PALACIO CIRCLE<br><br>HOT SPRINGS VILLAGE, AR 71909 | 67632 | Motors Liquidation Company | $24,325.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ETHEL M WELDON<br>CGM IRA CUSTODIAN<br>PO BOX 571<br>WASHINGTON, MI 48094 | 17426 | Motors Liquidation Company | $50,740.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ETHEL S HARRIS<br>28 BELLEWOOD CIRCLE<br><br>ORMOND, FL 32176 | 44454 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ETHEL SHAPER TRUSTEE<br>ETHEL SHAPER TRUST<br>U/A/D 3/3/1989<br>201 OCEAN AVE.<br>APT. B1201<br>SANTA MONICA, CA 90402 | 69695 | Motors Liquidation Company | $18,598.06 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ETHELYN M RUDOLPH TTEE<br>23 COLUMBIA DR<br><br>RANCHO MIRAGE, CA 92270 | 4455 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ETKIN AND CO<br>HELEN ETKIN<br>100 POND DR STE F<br>WALLED LAKE, MI 48390 | 19344 | Motors Liquidation Company | $250,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ETKIN AND CO<br>C/O HELEN ETKIN<br>100 POND DR STE E<br>WALLED LAKE, MI 48390 | 30727 | Motors Liquidation Company | $250,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ETTA K ALLEN<br>12915 BETHANY RD<br><br>ALPHARETTA, GA 30009 | 20268 | Motors Liquidation Company | $14,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ETTA M MOYER<br>268 FIDDLERS GREEN<br><br>DOVER, DE 19904 | 14238 | Motors Liquidation Company | $20,192.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EUCLID KIWANIS FOUNDATION<br>C/O RAYMOND MICHALSKI<br>414 HALLE DR<br>EUCLID, OH 44132 | 8555 | Motors Liquidation Company | $36,921.10 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Ninth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| EUEGENE F MISZAK & HF MISZAK<br>1635 ROTUNDA DR #257C<br><br>DEARBORN, MI 48120 | 7967 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EUGEN L MARGER AND<br>JOSEPHINE V MARGER<br>7155 ROSWELL RD #42<br>ATLANTA, GA 30328 | 19412 | Motors Liquidation Company | $5,162.36 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EUGENE & MARY V DYTYNIAK TRST<br>EUGENE DYTYNIAK TTEE<br>MARY V DYTYNIAK TTEE<br>U/A DTD 03/04/1993<br>9359 FOX HOLLOW LANE<br>BROOKSVILLE, FL 34613 | 7592 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EUGENE A GILFILLIN II (IRA)<br>FCC AS CUSTODIAN<br>137 ANGEL OAK DR<br>PAWLEYS ISL, SC 29585 | 7247 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EUGENE A GUIZZETTI<br>6446 COUNTY RD H<br><br>MERLER, WI 54547 | 18288 | Motors Liquidation Company | $22,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EUGENE AND JOSEPHINE PRASHNER<br>202 CORONET LANE<br><br>SAN ANTONIO, TX 78216 | 21208 | Motors Liquidation Company | $58,568.48 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EUGENE B MUEHLBERGER TTEE<br>OF THE MUEHLBERGER FAMILY TRUST<br>U/D/T DTD 11/12/92<br>10056 E. SAN SALVADOR<br>SCOTTSDALE, AZ 85258 | 3768 | Motors Liquidation Company | $49,875.37 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EUGENE B WICKLIN<br>9505 KINGSCROFT TERRACE<br>UNIT N<br>PERRY HALL, MD 21128 | 62163 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EUGENE BRENDEL<br>45 LUTHER JACOBS WAY<br><br>SPENCERPORT, NY 14559 | 5607 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 18

## Exhibit A

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EUGENE BRENDEL<br>45 LUTHER JACOBS WAY<br>SPENCERPORT, NY 14559 | 70160 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EUGENE C GRIZZEL AND BARBARA A GRIZZEL<br>JT TEN WROS<br>651 SUNSET DR<br>WELLSTON, OH 45692 | 2115 | Motors Liquidation Company | $8,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EUGENE C ROSINSKI<br>28 LITTLE POND RD<br>MERRIMAC, MA 01860 | 2374 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EUGENE CARROZZA<br>2137 79TH ST<br>BROOKLYN, NY 11214 | 9206 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EUGENE D & DOROTHY J CROOKS<br>TRUST U/A/D 12 10 87<br>DOROTHY J CROOKS TTEE<br>12112 BROOKHAVEN PARK<br>GARDEN GROVE, CA 92840 | 16814 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EUGENE D PETREY<br>1975 TWIN DOLPHIN LN<br>FL LAUDERDALE, FL 33316 | 8271 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EUGENE DAVIS<br>2402 ECUADORIAN WAY UNIT 20<br>CLEARWATER, FL 33763 | 11807 | Motors Liquidation Company | $14,919.28 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EUGENE E SCHMIDT LIVING TRUST<br>DTD 08/26/1997<br>EUGENE E SCHMIDT TTEE<br>4128 SW STONEY LAKE DR<br>TOPEKA, KS 66610 | 18783 | Motors Liquidation Company | $20,280.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EUGENE H ABINGTON<br>PO BOX 537<br>BEEBE, AR 72012 | 28238 | Motors Liquidation Company | $92,829.05 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EUGENE H KEMP<br>3813 CONWAY DR S<br>MOBILE, AL 36608 | 45434 | Motors Liquidation Company | $9,920.62 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Ninth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EUGENE H PANCHER & DIANE LOUISE GALLAGHER<br>642 NOTRE DAME AVE<br>EDWARDSVILLE, IL 62025 | 68607 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EUGENE H RUARK<br>1310 JAMES STREET<br>GENEVA, IL 60134 | 21539 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EUGENE J FLAHERTY<br>CGM SEP IRA CUSTODIAN<br>30 MAPLE STREET<br>SOMERVILLE, NJ 08876 | 5172 | Motors Liquidation Company | $21,046.77 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EUGENE J FLAHERTY AND<br>BARBARA A FLAHERTY JTWROS<br>30 MAPLE STREET<br>SOMERVILLE, NJ 08876 | 5171 | Motors Liquidation Company | $28,856.85 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EUGENE JAMISON JR<br>UTA CHARLES SCHWAB & CO INC<br>IRA ROLLOVER DTD 11/29/94<br>147-50 231ST ST<br>SPRINGFIELD GDNS, NY 11413 | 9020 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EUGENE KWARTLER &<br>SYLVIA KWARTLER<br>JT TEN<br>TOD ACCOUNT<br>8218 SANDPIPER GLEN DR<br>LAKE WORTH, FL 33467 | 6451 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EUGENE L & THERESE M O'CONNELL<br>C/O EUGENE L O'CONNELL<br>1413 JAMES COURT<br>OTTAWA, IL 61350 | 2837 | Motors Liquidation Company | $2,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EUGENE L HARTZELL<br>52288 LAUREL RD<br>SOUTH BEND, IN 46637 | 22786 | Motors Liquidation Company | $15,005.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EUGENE L O'CONNELL<br>1413 JAMES COURT<br>OTTAWA, IL 61350 | 2838 | Motors Liquidation Company | $1,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Ninth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| EUGENE LEAHEY<br>235 SUNSET DR<br><br>FORKED RIVER, NJ 08731 | 3091 | Motors Liquidation Company | $15,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EUGENE M & JEAN P BRODY JOINT REV TRUST<br>C/O BROKER-ACCT #18796764 SCOTT TRADE<br>12800 CORPORATE HILL DR<br>PO BOX 31759<br>ST LOUIS, MO 63131 | 23471 | Motors Liquidation Company | $37,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EUGENE M AND JEAN P BRODY JOINT REV TRUST<br>C/O BROKER - ACCT #18796764<br>SCOTTRADE<br>12800 CORPORATE HILL DR<br>PO BOX 31759<br>ST LOUIS, MO 63131 | 23574 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EUGENE ORLOWSKI JOINT<br>EUGENE & KAREN ORLOWSKI<br>3702 WILDERNESS BLVD WEST<br>PARRISH, FL 34219 | 27811 | Motors Liquidation Company | $25,961.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EUGENE P BISSELL<br>71 CONTENTA CT<br><br>SAN LOUIS OBISPO, CA 93401 | 13117 | Motors Liquidation Company | $12,535.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EUGENE P MAZZOTTE TRUSTEE<br>EUGENE P MAZZOTTE FAMILY TRUST<br>235 ELMTREE RD<br>NEW KENSINGTON, PA 15068 | 8348 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EUGENE PAKUSH<br>1508 W 43RD ST<br><br>LORAIN, OH 44053 | 11562 | Motors Liquidation Company | $16,460.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EUGENE PRASHNER<br>202 CORONET LANE<br><br>SAN ANTONIO, TX 78216 | 21207 | Motors Liquidation Company | $9,780.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EUGENE R MARKS TTEE OF THE<br>MARKS FAMILY TRUST DTD 4-9-92<br>820 NORTH VALLEY DRIVE<br>THOUSAND OAKS, CA 91362 | 3549 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| EUGENE R ROBERTS<br>2263 SPRINGWOOD LANE<br>KINSTON, NC 28504 | 10001 | Motors Liquidation Company | $1,487.35 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EUGENE S SCOTT IRA<br>FCC AS CUSTODIAN<br>61 PRESTON DRIVE<br>SOMERVILLE, NJ 08876 | 67862 | Motors Liquidation Company | $2,570.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EUGENE T HARTMAN IRA<br>FCC AS CUSTODIAN<br>425 OVERBROOK BLVD<br>PITTSBURGH, PA 15210 | 44421 | Motors Liquidation Company | $15,068.38 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EUGENE T YOUNG<br>23 CHAPEL HILL DRIVE<br>ROCHESTER, NY 14617 | 1840 | Motors Liquidation Company | $58,990.68 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EUGENE V GASIEWICZ &<br>CAROLINE M GASIEWICZ JT TEN<br>243 DWYER STREET<br>WEST SENECA, NY 14224 | 6627 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EUGENE V MCCLENNY<br>PO BOX 173<br>LINDALE, TX 75771 | 12394 | Motors Liquidation Company | $332,042.27 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EUGENE W SWISHER AND BETTY L SWISHER<br>EUGENE W SWISHER AND BETTY L SWISHER TTEES<br>U/A DTD 12/31/2003<br>EW & BL SWISHER FAM LIV TRUST<br>14892 SHIBLEY ROAD<br>GREEN CASTLE, MO 63544<br>UNITED STATES OF AMERICA | 7263 | Motors Liquidation Company | $5,005.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EUGENE Z & EILEEN Z ZIEGLER JTTEN<br>8402 MURPHY LAKE RD<br>MILLINGTON, MI 48746 | 10566 | Motors Liquidation Company | $21,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EUGENIA D STANSELL<br>1507 PINE NEEDLE PL<br>TIFTON, GA 31793 | 22714 | Motors Liquidation Company | $10,375.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Forty-Ninth Omnibus Objection**

# Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EUGENIA SOPP<br>TOD DTD 01/15/2009<br>434 W MULBERRY STREET<br>SHAMOKIN, PA 17872 | 61195 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EUGENIE M SILCOX<br>8 VALLEY VIEW DRIVE<br>LANGHORNE, PA 19053 | 10474 | Motors Liquidation Company | $10,358.80 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EULAH I DAVIS<br>1044 A NW 12TH<br>PENDLETON, OR 97801 | 10053 | Motors Liquidation Company | $39,238.90 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EUNICE ANN FENWICK<br>697 FAIRFAX WAY<br>WILLIAMSBURG, VA 23185 | 62331 | Motors Liquidation Company | $4,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EUNICE I DITTERLINE<br>2559 TURKEYFOOT RD<br>BOURBON, MO 65441 | 13716 | Motors Liquidation Company | $1,256.73 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EUNICE J FEY TTEE<br>FEY BYPASS TRUST U/A DTD 03/31/1993<br>1155 HIDDEN OAKS DRIVE<br>MENLO PARK, CA 94025 | 18502 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EUNICE M MARTIN<br>12050 MONTGOMERY RD #211<br>CINCINNATI, OH 45249 | 2507 | Motors Liquidation Company | $22,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EUNICE M MARTIN<br>1240 BERWICK RD<br>BIRMINGHAM, AL 35242 | 4243 | Motors Liquidation Company | $35,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EUNICE MARIE BENSON<br>2273 LARKSPUR DRIVE<br>BIRMINGHAM, AL 35226<br>UNITED STATES OF AMERICA | 44132 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EUNICE S REASS<br>11914 DONCASTER RD<br>HOUSTON, TX 77024 | 13098 | Motors Liquidation Company | $8,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| EUNICE T MOEN<br>PO BOX 734<br><br>GLASGOW, MT 59230 | 68909 | Motors Liquidation Company | $5,004.85 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EUNIE A SMITH &<br>KATIE M SMITH JT WROS<br>4246 CHARTER OAK DR<br>FLINT, MI 48507 | 20896 | Motors Liquidation Company | $967.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EVA F WALLACE TRUSTEE<br>U/A DTD 6/17/97<br>ROSS E WALLACE AND<br>EVA F WALLACE REV LIV TR<br>1901 TAYLOR RD<br>COLUMBUS, IN 47203 | 6185 | Motors Liquidation Company | $5,012.04 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EVA H LELONG<br>2533 COSTMARY LANE #11<br><br>WILMINGTON, NC 28412 | 69526 | Motors Liquidation Company | $65,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EVA J DENYS TTEE<br>311 COPPERSTILL CIR<br><br>PRESCOTT, AZ 86303 | 10417 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EVA KASPARIAN (TOD)<br>PAUL KASPARIAN (BENE)<br>SUB TO STA RULES<br>5952 E HAMILTON<br>FRESNO, CA 93727 | 63334 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EVA LELONG<br>TOD DTD 01/15/2007<br>2533 COSTMARY LN UNIT<br>WILMINGTON, NC 28412 | 69527 | Motors Liquidation Company | $55,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EVA MANDEL TRUST<br>21821 BURBANK BLVD #146<br><br>WOODLAND HILLS, CA 91367 | 3358 | Motors Liquidation Company | $10,058.76 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EVA REINHARDT<br>15504 CROMWELL DR<br><br>CLEARWATER, FL 33764 | 5480 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Ninth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EVA STARR<br>801 YALE AVE #407<br><br>SWARTHMORE, PA 19081 | 10216 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EVA U. WARREN<br>BETHLEHEM TERRACE APTS<br>14 EASTMOUNT DR, APT 277<br>SLINGERLANDS, NY 12159 | 7818 | Motors Liquidation Company | $19,100.46<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EVA VICH<br>9613 SHADOW OAK DR<br><br>MONTGOMERY VILLAGE, MD 20886 | 18881 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EVA WARREN<br>BETHLEHEM TERRACE<br>14 EASTMOUNT DR APT 277<br>SLINGERLANDS, NY 12159 | 7819 | Motors Liquidation Company | $19,100.46<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EVALINE G STRONG<br>APT #5423<br>14745 MERRILLTOWN<br>AUSTIN, TX 78728 | 48333 | Motors Liquidation Company | $31,611.05 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EVAN & JEANNETTE PROSSER<br>29 GARFIELD AVE<br><br>LINWOOD, NJ 08221 | 11229 | Motors Liquidation Company | $12,514.15 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EVAN FRANK<br>325 EAST 79TH STREET<br>APT 7C<br>NEW YORK, NY 10075 | 18964 | Motors Liquidation Company | $2,799.90 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EVAN HALPERN<br>161 DUANE ST #3B<br><br>NEW YORK, NY 10013 | 23888 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EVAN S WILLIAMS JR<br>LINDA M WILLIAMS<br>111 WEST MAIN ST<br>TROY, PA 16947 | 10929 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EVANGELINA SANTIAGO<br>18526 AMBLY LANE<br><br>TAMPA, FL 33647 | 9664 | Motors Liquidation Company | $43,891.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 25

Forty-Ninth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EVANGELINE GEORGE<br>644 FLOYD ST<br><br>ENGLEWOOD CLIFFS, NJ 07632 | 26970 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EVANS JR, DAVID E<br>6695 PIPER LN<br><br>LOCKPORT, NY 14094 | 68232 | Motors Liquidation Company | $6,405.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EVELINE MARKS TTEE<br>MARKS REVOCABLE TRUST U/A DTD 5/21/1999<br>11350 E DESERT TROON LN<br>SCOTTSDALE, AZ 85255<br>UNITED STATES OF AMERICA | 14668 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EVELYN BARNARD<br>112 BRIDGEWOOD CT<br><br>STAFFORD, VA 22554 | 70171 | Motors Liquidation Company | $8,315.59 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EVELYN CARON REV TRUST<br>U/A DTD 07/06/2001<br>EVELYN CARON TTEE<br>4940 PHOENIX AVE<br>HOLIDAY, FL 34690 | 43959 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EVELYN CASTLEMAN AND<br>CHARLES CASTLEMAN<br>JT TEN<br>LAKESIDE VILLAGE APT 279<br>2792 DONNELLY DRIVE<br>LANTANA, FL 33462 | 45790 | Motors Liquidation Company | $29,044.46 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EVELYN CHERTOK REV LIV TR<br>EVELYN CHERTOK TTEE<br>FBO EVELYN CHERTOK<br>U/A/D 05/17/1990<br>1803 ELEUTHERA POINT APT. #H3<br>COCONUT CREEK, FL 33066 | 15356 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EVELYN CLINE TRUST<br>C/O WILLIAM E PATTEN ESQ, ATTY FOR CREDITOR<br>ONE WEST THIRD ST, #900<br>TULSA, OK 74103 | 23039 | Motors Liquidation Company | $6,234.87 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EVELYN COLE TTEE<br>U/A DATED 12/30/91<br>FBO EVELYN COLE REVOCABLE TRUST<br>1520 IMPERIAL GOLF COURSE BLVD #222<br>NAPLES, FL 34110 | 19280 | Motors Liquidation Company | $10,284.85 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Ninth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EVELYN COLE TTEE<br>RESIDUARY TR U/W WA COLE<br>DTD 12/28/82 FBO EVELYN COLE<br>1520 IMPERIAL GOLF COURSE BLVD #222<br>NAPLES, FL 34110 | 19281 | Motors Liquidation Company | $17,178.30 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EVELYN CORICH AND PAUL CORICH<br>115 CEDAR HEIGHTS RD<br>STAMFORD, CT 06905 | 5433 | Motors Liquidation Company | $60,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EVELYN CORICH AND PAUL CORICH JT TEN WROS<br>115 CEDAR HTS RD<br>STAMFORD, CT 06905 | 5432 | Motors Liquidation Company | $60,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EVELYN HALISKY<br>45 STRATFORD RD<br>EAST BRUNSWICK, NJ 08816 | 2380 | Motors Liquidation Company | $5,832.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EVELYN J KRUKE<br>KEVIN KRUKE JT TEN<br>7436 E CHAPARRAL RD UNIT 137B<br>SCOTTSDALE, AZ 85250 | 22559 | Motors Liquidation Company | $7,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EVELYN J. KIMMEL<br>ROBERTA CARPENTER<br>7900 N LA CANADA DR APT 1125<br>TUCSON, AZ 85704 | 65238 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EVELYN JEANNETTE SIRMANS<br>4406 LOCUST<br>NORTH LITTLE ROCK, AR 72116 | 48480 | Motors Liquidation Company | $10,343.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EVELYN KOEPPE<br>4160 SUMIT ROAD<br>BATAVIA, OH 45103 | 12815 | Motors Liquidation Company | $10,425.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EVELYN L PILLSBURY<br>246 COPPAHAUNK AVE<br>WAVERLY, VA 23890 | 9373 | Motors Liquidation Company | $5,350.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EVELYN L. OVERTON AND JAMES A OVERTON<br>1701 22ND AVE SW APT 108<br>AUSTIN, MN 55912 | 16789 | Motors Liquidation Company | $43,361.49 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Ninth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EVELYN LINDECKE TTEE EVELYN D. LINDECKE U/A DTD 02/11/1991 59 CANDLESTICK COURT WARWICK, NY 10990 | 11708 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EVELYN M  REICHARD IRA FCC AS CUSTODIAN 33058 CEDAR BRANCH CIRCLE N RIDGEVILLE, OH 44039 | 22133 | Motors Liquidation Company | $4,027.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EVELYN M BAGLEY 700 8TH AVE UNIT #723 MONROE, WI 53566 | 6252 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EVELYN M BREAKSTONE CHARLES SCHWAB & CO INC CUST IRA CONTRIBUTORY 887 W KNICKERBOCKER DR SUNNYVALE, CA 94087 | 5297 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EVELYN M REICHARD TTEE    THE EVELYN M REICHARD TRST DTD 9/12/1998 33058 CEDAR BRANCH CIRCLE N RIDGEVILLE, OH 44039 | 22135 | Motors Liquidation Company | $16,540.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EVELYN M. REICHARD, TTEE UNDER THE JOHN D. REICHARD TRUST DTD 9-12-97, AND AS AMENDED ON 3/23/00, PART B. 33058 CEDAR BRANCH CIRCLE N RIDGEVILLE, OH 44039 | 22134 | Motors Liquidation Company | $11,034.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EVELYN MARIE BERK 1065 PINE STREET MENLO PARK, CA 94025 | 12254 | Motors Liquidation Company | $60,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EVELYN MARIE URIEL PO BOX 416 NEW PALTZ, NY 12561 | 4791 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EVELYN PERCHER R/O IRA FCC AS CUSTODIAN 5280 N OCEAN DR APT 5F SINGER ISLAND, FL 33404 | 7130 | Motors Liquidation Company | $38,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Ninth Omnibus Objection

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EVELYN R THOMAS<br>17300 N 88TH AVE APT 250<br><br>PEORIA, AZ 85382 | 9674 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EVELYN STRONG<br>TOD DTD 01/31/2008<br>PO BOX 411<br>LIVINGSTON, MT 59047 | 15157 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EVELYN W WILSON TRUST TRUSTEE<br>EVELYN W WILSON<br>8935 SAVANNAH PARK<br>ORLANDO, FL 32819 | 9934 | Motors Liquidation Company | $14,005.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EVELYN WILLIAMS TTEE<br>JOHNNY WILLIAMS FAM TRST<br>DTD 11/16/2005<br>16861 OAKWOOD DR<br>FLINT, TX 75762 | 15184 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EVELYNANN P HAZLETT<br>1861 SW WILLOWBEND LANE<br><br>PALM CITY, FL 34990 | 5945 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EVERETT & MARY PRICE<br>1224 S HIGH ST<br><br>ABERDEEN, SD 57401 | 5353 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EVERETT AND ARLETTE KOMPELIEN<br>4110 N EXPRESSWAY 77 #7295<br><br>HARLINGEN, TX 78550 | 29811 | Motors Liquidation Company | $47,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EVERETT BOLLMEYER<br>28500 300TH ST<br><br>HINTON, IA 51024 | 11772 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EVERETT G DENNIS<br>6535 JOHN DRIVE<br><br>MT ZION, IL 62549 | 14878 | Motors Liquidation Company | $8,298.20 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EVERETT OVERBECK<br>631 HEIMER LANGE DR<br><br>SPRING BRANCH, TX 78070 | 9021 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EVILEE P RUSSELL<br>900 YORKTOWN DR<br>ROCKLEDGE, FL 32955 | 10046 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EXPRESSWAY CORPORATION<br>ATTN: JAY CHRISTHILF<br>602 BRIGHTWOOD CLUB DR<br>LUTHERVILLE, MD 21093 | 2607 | Motors Liquidation Company | $71,423.34 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EZRA F HOWINGTON<br>3650 RANDALL MILL RD<br>ATLANTA, GA 30327 | 7907 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| F BART REULING TTEE FOR THE<br>F BART REULING FAMILY TRUST<br>DTD 10/8/90<br>PO BOX 71384<br>SALT LAKE CTY, UT 84171 | 7668 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| F CLAIRE GITHENS<br>233 BRICK SCHOOL RD<br>WARREN, CT 06754 | 8896 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| F D NOTT<br>JANE Z NOTT<br>6730 N COLUMBUS BLVD<br>TUCSON, AZ 85718 | 3705 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| F DALE LAH<br>PO BOX 113<br>WILDWOOD, PA 15091 | 11717 | Motors Liquidation Company | $25,235.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| F D'ELIA & M D'ELIA TTEE<br>D'ELIA FAMILY TRUST<br>U/A DTD 09/13/1993<br>2951 MILLER WAY<br>PLACERVILLE, CA 95667 | 19641 | Motors Liquidation Company | $25,060.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| F EUGENE GIBBS<br>4190 SHARAB CT<br>PLEASANTON, CA 94566 | 8659 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| F J JESGAR<br>5135 ROTHERFIELD CT<br>CHARLOTTE, NC 28277 | 9003 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| F LANCTOT & J LANCTOT TTEE<br>FRANK E LANCTOT LIVING TRUST<br>U/A DTD 08/16/1995<br>4852 CLIFFSIDE DR<br>WEST BLOOMFIELD, MI 48323 | 27352 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| F M CANO & J LOPEZ CANO & JM LOPEZ MANAS & MM LOPEZ MANAS<br>136 FRANKLIN AVE<br>WYCKOFF, NJ 07481 | 65072 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| F PALAZZOLO & L PALAZZOLO CO-TTEE<br>PALAZZOLO LIVING TRUST U/A<br>DTD 09/28/2000<br>20211 VAN ANTWERP ST<br>HARPER WOODS, MI 48225 | 3023 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| F VERNELE BACHENHEIMER TTEE<br>THE BACHENHEIMER 1994 TRUST<br>SURVIVORS TRUST<br>U/A DATED 11/04/96<br>2800 COLANTHE AVENUE<br>LAS VEGAS, NV 89102 | 19931 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| F VERNELE BACHENHEIMER TTEE<br>THE BACHENHEIMER 1994 TRUST<br>DECEDENTS TRUST<br>U/A DATED 7/07/94<br>2800 COLANTHE AVENUE<br>LAS VEGAS, NV 89102 | 19932 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| F.J. JESGAR<br>5135 ROTHERFIELD COURT<br>CHARLOTTE, NC 28277 | 68297 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| F/B/O JOHN A. ARGENT REVOCABLETR<br>UST U/A/D UAD 11/13/91<br>JOHN A ARGENT TTEE<br>9800 MAR ANN COURT<br>SAINT LOUIS, MO 63128 | 9620 | Motors Liquidation Company | $1,240.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FA RODRIGUEZ RLT<br>FA RODRIGUEZ & BLANCHE RODRIGUEZ TTEE<br>135 N STOCKMAN<br>ELMORE, MN 56027 | 5430 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FABCO BUILDERS INC MONEY PURCHASE PENSION PLAN<br>ATTN ALLAN BOYAR<br>5536 OVERLOOK NE<br>ALBUQUERQUE, NM 87111 | 3194 | Motors Liquidation Company | $116,833.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Ninth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FABIA SNAGE<br>10780 BROOKS LANE<br><br>PLYMOUTH, MI 48170 | 12700 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FAITH E PERVELIS IRA<br>FCC AS CUSTODIAN<br>105 DEER VALLEY DRIVE<br>NESCONSET, NY 11767 | 2415 | Motors Liquidation Company | $3,608.45 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FAITH J POOLE<br>C/O FULREADER & KOMMA MGT<br>642 KREAG RD<br>PITTSFORD, NY 14534 | 3555 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FAITH VANZANTEN TTEE<br>FAITH E VANZANTEN TRUST U/A<br>DTD 07/29/1993<br>21222 W WALNUT DRIVE UNIT C<br>PLAINFIELD, IL 60544 | 5904 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FAMILY PART TRUST U/W/O GEORGE ROBINSON<br>JAMES ROBINSON TTEE<br>1130 ROBIN RD<br>GLADWYNE, PA 19035 | 20139 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FAMILY TRUST U/W WILLIAM R MACE, JR<br>C/O FRIEDMAN & FRIEDMAN, LLP<br>409 WASHINGTON AVE, STE 900<br>TOWSON, MD 21204 | 3165 | Motors Liquidation Company | $7,540.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FANNIE G WESTFALL TTEE<br>ROBERT G WESTFALL TTEE<br>FANNIE G WESTFALL REV TRUST<br>DTD 7/8/1996<br>33 TOWERING VIEWS DRIVE<br>LEICESTER, NC 28748 | 1844 | Motors Liquidation Company | $9,925.90 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FANNY DE SPATARO<br>FANNY DE SPATARO TTEE<br>U/A DTD 12/03/2007 BY JEFFREY WAYNE PRUETT<br>CALLE 119 #72B-60, EDIFICIO COLINA LINDA, APTO 401<br>BOGOTA COLOMBIA<br><br>COLOMBIA | 33488 | Motors Liquidation Company | $59,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FAO SEAFARER SHIPPING CO SA<br>C/O HECTOR SOUROULIDES<br>21 NIOVIS STR<br>15237 FILOTHEI ATHENS GREECE<br><br>GREECE | 37330 | Motors Liquidation Company | $200,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Forty-Ninth Omnibus Objection**

## Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FARID KHAFIZOV<br>C/O PROF M. BARON<br>8408 CATSKILL CT<br>PLANO, TX 75025 | 15879 | Motors Liquidation Company | $27,843.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FARID KHAFIZOV<br>C/O PROFESSOR M.BARON<br>8408 CATSKILL CT.<br>PLANO, TX 75025 | 15880 | Motors Liquidation Company | $27,843.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FARMER HELTON<br>TRUSTEE FOR ROBIN HELTON<br>950 N 25TH ST<br>MIDDLESBORO, KY 40965 | 29462 | Motors Liquidation Company | $52,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FARMERS BANK & TRUST<br>TRUST DEPARTMENT<br>P O BOX 250<br>MAGNOLIA, AR 71754 | 38921 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FARMERS BANK & TRUST C/F<br>LAURA NEILL IRA<br>P O BOX 250<br>MAGNOLIA, AR 71754 | 38922 | Motors Liquidation Company | $160,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FARMERS BANK & TRUST C/F<br>BOBBY J NEILL DECEASED IRA<br>FBO BOBBY NEILL TRUST<br>P O BOX 250<br>MAGNOLIA, AR 71754 | 38923 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FARR JR, ROY<br>109 N BLUE RIVER DR<br>EDINBURGH, IN 46124 | 33406 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FARUK ORTABAS<br>11 WALTERMIRE RD<br>GHENT, NY 12075 | 37609 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FAUSTUS CHIERIGHINO, DIANE<br>FAUSTUS J CHIERIGHINO<br>1802 PONY SOLDIER RD<br>PRESCOTT, AZ 86303 | 6111 | Motors Liquidation Company | $35,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FAY DUGAN<br>284 SHADOW RIDGE CT<br>MARCO ISLAND, FL 34145 | 22976 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Ninth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|---|
| Name and Address of Claimant | | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| FAY M. DUNMYER TTEE FBO F. DUNMYER REVOCABLE TRUST U/A/D 03/02/00 644 POWELL DRIVE FT WALTON BEACH, FL 32547 | | 26586 | Motors Liquidation Company | $4,099.61 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FAY SCHALLER 7251 HEARTH STONE AVE BOYNTON BEACH, FL 33472 | | 10003 | Motors Liquidation Company | $37,525.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FAYE DUNLAP TOD DTD 10/26/2007 P O BOX 1433 CALDWELL, ID 83606 | | 9108 | Motors Liquidation Company | $8,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FAYE HOFFMAN IRA FCC AS CUSTODIAN 3891 WHISTLEWOOD CIR LAKELAND, FL 33811 | | 11968 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FAYE S PHILLIPS 1 KIMBERLY CT RANCHO MIRAGE, CA 92270 | | 33565 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FAYE SEELAND 1690 BUTTONWOOD AVE TOMS RIVER, NJ 08755 | | 10408 | Motors Liquidation Company | $744.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FBO EDITHANN C GRABER PO BOX 3550 BRECKENRIDGE, CO 80424 | | 62362 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FBO GERRY W AVERY IRA 3201 WILLIAMS DR KOKOMO, IN 46902 UNITED STATES OF AMERICA | | 62195 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FBO HARRY BURGOS 3296 SHELLERS BEND UNIT 105 STATE COLLEGE, PA 16801 | | 19341 | Motors Liquidation Company | $98,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FBO JEANETTE S MCCAY C/O JEANETTE MCCAY 3605 WESTCHESTER CIRCLE BIRMINGHAM, AL 35223 | | 19857 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Ninth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| FBO JOSEPH J GRIECO<br>GRIECO RESEARCH GROUP<br>EMPLOYEE PS PL<br>WEDBUSH SECURITIES INC CUST<br>915 GLEN OAKS BLVD<br>PASADENA, CA 91105 | 7901 | Motors Liquidation Company | $24,660.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FBO SADIE VICKERS BUCK<br>FMT CO CUST IRA FBO SADIE VICKERS BUCK<br>15393 BELLAMAR CIRLCE<br>APT 524<br>FT MYERS, FL 33908 | 23915 | Motors Liquidation Company | $10,154.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FBOGLEN G GRABER<br>GLEN G GRABER<br>PO BOX 3550<br>BRECKENRIDGE, CO 80424 | 62279 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FCC CUSTODIAN FOR<br>GORDON DON RICHARDSON (IRA)<br>2929 TUDOR RD<br>OKLAHOMA CITY, OK 73127 | 11659 | Motors Liquidation Company | $8,685.92 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FD JOHNSON AND CYNTHIA B JOHNSON<br>PO BOX 2016<br>FREMONT, NC 27830 | 29456 | Motors Liquidation Company | $42,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FEDERAL REALTY PS PLAN<br>HERBERT LICHT - PAMELA LICHT<br>CO-TTEES<br>151 VARIETY TREE CIR<br>ALTAMONTE SPRING, FL 32714 | 19358 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FEDERIC W THOMPSON<br>ELEANOR O THOMPSON TRUST<br>9820 ALHAMBRA LN<br>BONITA SPRINGS, FL 34135 | 8948 | Motors Liquidation Company | $25,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FELICIA BELFORD<br>34 KINGSTON BLVD<br>HAMILTON, NJ 08690 | 62311 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FELICIA W CAMPBELL<br>1715 IRVIN ST<br>VIENNA, VA 22182 | 17087 | Motors Liquidation Company | $47,475.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Ninth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| FELICIE VASELICH<br>CGM IRA CUSTODIAN<br>8804 LAKE HILL DR<br>LORTON, VA 22079 | 16407 | Motors Liquidation Company | $26,046.88 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FELIPE S LOZANO JR. & JOY LOZANO<br>JOY A LOZANO JT TEN<br>PO BOX 458<br>CENTER POINT, TX 78010 | 10103 | Motors Liquidation Company | $10,505.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FELIX COLASANT &<br>VERA COLASANT JT TEN<br>3385 42ND ST<br>CANFIELD, OH 44406 | 9190 | Motors Liquidation Company | $10,150.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FELIX FRANK JAKOBI<br>6238 NAPOLI CT<br>LONG BEACH, CA 90803 | 15273 | Motors Liquidation Company | $140,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FELIX M. LOPEZ<br>CGM IRA ROLLOVER CUSTODIAN<br>8028 RIVER BAY DRIVE EAST<br>INDIANAPOLIS, IN 46240 | 21134 | Motors Liquidation Company | $1,475.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FELIX SIEK<br>DREIEICHSTR 28<br>DIETZENBACH GERMANY 63128<br>,<br>GERMANY | 23539 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FEM STOTT<br>ROBERT E STOTT TTEE<br>FEM STOTT TRUST U/A 5/6/86<br>1717 HOMEWOOD BLVD #480<br>DELRAY BEACH, FL 33445 | 15986 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FERDINAND E MAINE<br>3602 LARKWOOD COURT<br>BOULDER, CO 80304 | 11674 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FERDINAND HAUPTMAN<br>3250 RYAN AVE<br>PHILADELPHIA, PA 19136 | 13123 | Motors Liquidation Company | $21,220.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Ninth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| FERDINAND HELM<br>LAUBENWEG 4A<br>92637 WEIDEN GERMANY<br>,<br>GERMANY | 68708 | Motors Liquidation Company | $23,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FERDINAND LAZARUS<br>7513 SWAN POINT WAY<br>COLUMBIA, MD 21045 | 28795 | Motors Liquidation Company | $12,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FERDINAND LAZARUS<br>7513 SWAN POINT WAY<br>COLUMBIA, MD 21045 | 46001 | Motors Liquidation Company | $12,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FERDINAND M ISSERMAN JR TTEE<br>FERDINAND M ISSERMAN JR DECL OF TR<br>U/A/D 11/11/93<br>538 WILLIAM ST<br>RIVER FOREST, IL 60305 | 16966 | Motors Liquidation Company | $13,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FERN G BROWN TRUSTEE<br>3333 GREENBRIAR<br>RIVERWOODS, IL 60015 | 44476 | Motors Liquidation Company | $52,415.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FERN S NIELSEN TTEE<br>FERN S NIELSEN LIVING TRUST<br>DTD 12/22/95<br>7649 S MAPLE STREET<br>MIDVALE, UT 84047 | 23436 | Motors Liquidation Company | $11,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FERNANDO VIOLANTE<br>C/O WEITZ & LUXENBERG PC<br>700 BROADWAY<br>NEW YORK, NY 10003 | 21433 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FESTIVAL DAY LTD<br>FLAT 6B CENTURY TOWER I<br>ATTN  MS CECILIA TSIM<br>1 TREGUNTER PATH<br>HONG KONG<br>HONG KONG, CHINA | 60804 | Motors Liquidation Company | $10,418.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FFA PRIVATE BANK SAL<br>ONE FFA GATE<br>MARFAA 128 BUILDING<br>FOCH STREET<br>BEIRUT CENTRE DISTRICT<br><br>LEBANON | 1135 | Motors Liquidation Company | $1,691,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FFA PRIVATE BANK SAL<br>ONE FFA GOTE, MARPAA 128 BLDG<br>FOCH STREET<br>BEIRUT CENTRAL DISTRICT LEBANON<br><br>LEBANON | 22326 | Motors Liquidation Company | $1,691,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FGT ENTERPRISES LIMITED<br>PARTNERSHIP<br>2630 S POLARIS DR<br>FORT WORTH, TX 76137 | 43360 | Motors Liquidation Company | $44,357.45 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FIDELITY IRA ROLLOVER ACCOUNT<br>DATED 01/07/2007 FOR BENEFIT OF<br>RAPHAEL K GRAVES<br>2470 EMORY LANE<br>MARIETTA, GA 30068 | 2774 | Motors Liquidation Company | $24,068.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FIDELITY MANAGEMENT TRUST CO CUSTODIAN<br>C/O ELIZABETH M OLMSTED<br>131 RIVERSIDE DR APT 9B<br>NEW YORK CITY, NY 10024 | 12100 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FIDELITY MGMT TRUST CO  FBO CAROL A BIGGINS IRA<br>CAROL A BIGGINS<br>713 DEER LN<br>DUNDEE, IL 60118 | 7189 | Motors Liquidation Company | $35,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FIDELITY SEP IRA<br>DTD 01/29/2001 FBO VICTORIA LANTZ<br>PO BOX 182<br>ST CHARLES, IL 60174 | 16039 | Motors Liquidation Company | $2,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FIDUCIE LUCILLE CYR<br>ALS YVON CYR<br>2583 ROUTE 205<br>ST FRANCOIS DE MACLAWASKA (NB) ETA IRI CANADA<br><br>CANADA | 64228 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Ninth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FIDUS SAL<br>SEHNAOUI BLDG 2ND FL<br>RIAD EL SOLH ST (BANKS STREET)<br>P O BOX 11-332<br>BEIRUT LEBANON<br><br>LEBANON | 67647 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FINDLAY MASONIC BODIES<br>ORAN L GOODMAN SCHOLARSHIP FD<br>1923 COBBLESTONE DR<br>FINDLAY, OH 45840 | 18954 | Motors Liquidation Company | $5,311.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FIRGRA & COMPANY<br>PO BOX 540<br><br>GRAHAM, TX 76450 | 2443 | Motors Liquidation Company | $15,405.37 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FIRMIN SPRAGUE AND HUFFMAN, PSP<br>FBO THOMAS KEMP<br>311 GLENDALE AVE<br>FINDLAY, OH 45840 | 20502 | Motors Liquidation Company | $3,899.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FIRST CATHOLIC SLOVAK LADIES ASSOC<br>KAREN VISOCAN ESQ<br>24950 CHAGRIN BLVD<br>BEACHWOOD, OH 44122 | 60595 | Motors Liquidation Company | $900,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FIRST CHURCH OF CHRIST<br>PO BOX 36<br><br>MANSFIELD, CT 06250 | 20195 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FIRST PRESBYTERIAN CHURCH<br>ATTN LISA HIGGINS<br>111 N CHURCH AVE<br>FAYETTEVILLE, AR 72701 | 12200 | Motors Liquidation Company | $67,684.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FIRST STATE BANK TTEE<br>STANLEY C TONKIN AND ELTHEL TONKIN<br>TRUST U/A DATED 7-18-2002<br>PO BOX 50<br>MENDOTA, IL 61342 | 13141 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FISCHER FAMILY TRUST DTD 5/15/00<br>SARAH L FILLMORE, TRUSTEE<br>FISCHER FAMILY TRUST<br>2504 CONSTELLATION TRAIL<br>BILLINGS, MT 59105 | 65048 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Ninth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FLETCHER H CARVER III<br>4604 WHITE CHAPEL WAY<br>RALEIGH, NC 27615 | 61595 | Motors Liquidation Company | $150,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FLORA ANN NELSON-WIEGEL<br>1458 MARTINGALE LN<br>SAN DIMAS, CA 91773 | 45613 | Motors Liquidation Company | $28,102.87 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FLORA J MCDONALD<br>14A SHADY LN<br>LITTLE FALLS, NJ 07424 | 18533 | Motors Liquidation Company | $25,536.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FLORENCE E LANG<br>ROGER LANG<br>263 BROOKMOOR LN NW<br>BYRON, MN 55920 | 4495 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FLORENCE ENGEL<br>6447 EMERALD BREEZE WAY<br>BOYNTON BEACH, FL 33437 | 16270 | Motors Liquidation Company | $34,425.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FLORENCE HARRIS<br>35410 SOLON RD<br>SOLON, OH 44139 | 17446 | Motors Liquidation Company | $10,311.67 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FLORENCE I MYE<br>395 GOUNDRY ST<br>NORTH TONAWANDA, NY 14120 | 26563 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FLORENCE ISTANICH<br>C/O NANCY A BORST<br>3885 BROOKSIDE LN<br>UNIT 508<br>MURRYSVILLE, PA 15668 | 15919 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FLORENCE J, NUNZIO, PAUL, TONIANN RICHARD, MICHAEL ROMANO<br>5 BERRYHILL LANE<br>BETHPAGE, NY 11714 | 7017 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FLORENCE KASPIN<br>4 ABRAHAM LINCOLN CT<br>MONROE TWP, NJ 08831<br>UNITED STATES OF AMERICA | 14684 | Motors Liquidation Company | $1,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Ninth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FLORENCE L BRAS<br>CGM IRA CUSTODIAN<br>300 DEL SOL<br>PLEASANTON, CA 94566 | 3690 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FLORENCE L KRANTZ TTEE<br>FLORENCE L KRANTZ<br>16712 CRESTA DR<br>SAN DIEGO, CA 92128 | 9262 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FLORENCE M CONRAD<br>405 TRACEWOOD PLACE<br>AIKEN, SC 29803 | 10382 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FLORENCE M CONRAD<br>405 TREACEWOOD PL<br>AIKEN, SC 29803<br>UNITED STATES OF AMERICA | 15519 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FLORENCE M PALKA<br>6 HARVEST ROW<br>FLEMINGTON, NJ 08822 | 2874 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FLORENCE M VERNON<br>CULPEPER BAPTIST RETIREMENT COMMUNITY<br>PO BOX 191<br>CULPEPER, VA 22701 | 19614 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FLORENCE M. HELFAND TRUST<br>MARSHA B. RUBENSTEIN, TRUSTEE<br>33 HAVEN ESPLANADE ST.<br>STATEN ISLAND, NY 10301<br>UNITED STATES OF AMERICA | 26954 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FLORENCE SADOW<br>FLORENCE SADOW/ROBERT SADOW<br>3159 CASEY RD<br>METAMORA, MI 48455 | 10402 | Motors Liquidation Company | $213,473.53 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FLORENCE SCHWARTZ<br>100 STONE HILL RD L10<br>SPRINGFIELD, NJ 07081 | 6291 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Ninth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FLORENCE WEBER<br>2910 SANTA BARBARA DR<br><br>BROOKFIELD, WI 53005<br>UNITED STATES OF AMERICA | 63215 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FLORETTE R ORLEANS, IRA<br>RR6, BOX 234A<br><br>FAIRMONT, WV 26554 | 4692 | Motors Liquidation Company | $18,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FLORIAN COSSEN<br>DT BOTSCHAFT BUENOS AIRES<br>D-11020 BERLIN GERMANY<br>,<br>GERMANY | 64233 | Motors Liquidation Company | $11,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FLORIBETH GARRO RAPPOPORT<br>CHARLES SCHWAB & CO INC CUST<br>ROTH CONTRIBUTORY IRA<br>8861 CAMINITO SUENO<br>LA JOLLA, CA 92037 | 67847 | Motors Liquidation Company | $709.15 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FLOYD A. WHITMAN IRA<br>FCC AS CUSTODIAN<br>210 MINERVA AVE<br>WAUCONDA, IL 60084 | 9840 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FLOYD D SETCHELL<br>PO BOX 499<br><br>MENDOTA, IL 61342 | 2832 | Motors Liquidation Company | $10,290.89 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FLOYD E MCMAHON REV TRUST<br>C/O FLOYD E MCMAHON<br>9210 MOODY PARK<br>OVERLAND PARK, KS 66212 | 68724 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FLOYD H SCHNEEBERG IRA ACCT<br>FLOYD H SCHNEEBERG<br>5642 SAMDEL DR<br>HOPKINS, MN 55343 | 15282 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FLOYD M BUMBACA AND<br>NORMA P BUMBACA TTEES<br>BUMBACA FAMILY TRUST<br>U/A DATED 01/03/01<br>PO BOX 1716<br><br>FAIR OAKS, CA 95628 | 21714 | Motors Liquidation Company | $5,167.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Ninth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FLOYD R DEAHL<br>TOD REGISTRATION<br>50822 MERCURY DR<br>GRANGER, IN 46530 | 31133 | Motors Liquidation Company | $1,976.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FLOYD SYKES<br>130 CAPE HATTERAS WALK<br><br>EAST AMHERST, NY 14051 | 13375 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FMT CO CUST IRA<br>FBO MICHAEL OKUNIEFF MD<br>116 PLUM TREE LN<br>WILMETTE, IL 60091 | 11709 | Motors Liquidation Company | $36,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FMT CO CUST IRA<br>FBO GAY M WELLMAN<br>6094 RIVER ROAD<br>FLUSHING, MI 48433 | 15266 | Motors Liquidation Company | $20,375.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FMT CO CUST IRA FBO EUGENE SOLLOSE<br>EUGENE SOLLOSE<br>715 PARK AVE<br>MANHASSET, NY 11030 | 63139 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FMT CO CUST IRA ROLLOVER<br>FBO ROBERT R GODFREY<br>16012 TREBBIO WAY<br>NAPLES, FL 34110 | 5248 | Motors Liquidation Company | $25,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FMT CO CUST IRA ROLLOVER FBO WAYNE C SERKLAND<br>WAYNE C SERKLAND<br>749 GILFILLAN LN<br>SAINT PAUL, MN 55127 | 3424 | Motors Liquidation Company | $75,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FMT CO CUST SEP IRA FBO THOMAS R SMITH<br>C/O THOMAS R SMITH<br>PO BOX 1974<br>LEXINGTON, NC 27293 | 4005 | Motors Liquidation Company | $15,200.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FMT CO CUST. IRA FBO SANDRA M. SMITH<br>SANDRA M. SMITH<br>PO BOX 1974<br>LEXINGTON, NC 27293 | 4558 | Motors Liquidation Company | $11,145.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FMTC CUSTODIAN IRA BDA NSPS PATRICIA CATHERINE HUGHES<br>C/O PATRICIA CATHERINE HUGHES<br>5007 NW 24TH CIR<br>BOCA RATON, FL 33431 | 22877 | Motors Liquidation Company | $23,328.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Ninth Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FMTC CUSTODIAN ROTH IRA<br>FBO SIDNEY E HAUGUM<br>16998 W 73RD PL<br>ARVADA, CO 80007 | 12863 | Motors Liquidation Company | $3,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FMTC CUSTODIAN ROTH IRA FBO EUGENE SOLLOSE<br>EUGENE SOLLOSE<br>715 PARK AVE<br>MANHASSET, NY 11030 | 63140 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FMTCO CUST IRA FBO HENRY SEGAL<br>HENRY SEGAL<br>462 FLORENCIA PLACE<br>MELVILLE, NY 11747 | 2369 | Motors Liquidation Company | $17,597.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FORBIS, JOAN JARRETT<br>755 NE 25TH ST<br>GALT, MO 64641 | 17414 | Motors Liquidation Company | $1,200.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FORGETTE, GLENN W<br>27907 JOHNSON RD<br>GROSSE ILE, MI 48138 | 10435 | Motors Liquidation Company | $212,800.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FORREST A & MARGARET A TOMKINS<br>19523 N 84TH AVE<br>PEORIA, AZ 85382 | 17429 | Motors Liquidation Company | $37,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FORREST HAMILTON<br>14905 NW RIDGETOP CT<br>BEAVERTON, OR 97006 | 22183 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FORREST J CLEAVER<br>134 MARTEL CIRCLE<br>DILLSBURG, PA 17019 | 4677 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FORREST M CONLEY & AGNES A CONLEY<br>125 CARROLL ST<br>SHREVEPORT, LA 71105 | 15467 | Motors Liquidation Company | $5,085.33 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FORT HILL CEMETERY<br>19 FORT STREET<br>AUBURN, NY 13021<br>UNITED STATES OF AMERICA | 12591 | Motors Liquidation Company | $25,316.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Ninth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FORTIS LUXEMBOURG -VIE<br>BOULEVARD ROYAL 16 L-2449<br>G-D LUXEMBOURG<br><br>LUXEMBOURG | 18609 | Motors Liquidation Company | $67,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FORTUNE FUND<br>509 CANYOND VISTA DR<br><br>THOUSAND OAKS, CA 91320 | 21582 | Motors Liquidation Company | $26,175.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FORTUNE, DAROLD W IRA<br>242 E 9TH ST<br><br>RUSSELLVILLE, KY 42276 | 44056 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FORUM ABSOLUTE RETURN FUND LTD<br>ATTN FORUM ASSET MANAGEMENT LLC<br>2 GRAND CENTRAL TOWER<br>140 EAST 45TH STREET SUITE 14A<br>NEW YORK, NY 10017 | 19620 | Motors Liquidation Company | $11,000,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FORUM GLOBAL OPPORTUNITIES FUND LTD.<br>MASTER FUND LP<br>ATTN FORUM ASSET MANAGEMENT LLC<br>2 GRAND CENTRAL TOWER<br>140 EAST 45TH ST STE 14 A<br>NEW YORK, NY 10017 | 18410 | Motors Liquidation Company | $13,000,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FOSTER R NEEDELS<br>C/O NATIONAL FINANCIAL SERVICES<br>200 LIBERTY STREET<br>NEW YORK, NY 10281 | 875 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FOTIS PAPAKIRK  &<br>KITSA PAPAKIRK JT WROS<br>1308 BRENTWOOD STREET<br>MIDDLETOWN, OH 45044 | 15017 | Motors Liquidation Company | $45,526.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRAN A BENJAMIN & WENDY L BENJAMIN<br>WENDY L BENJAMIN JTWROS<br>9545 SW NEW FOREST DRIVE<br>BEAVERTON, OR 97008 | 62229 | Motors Liquidation Company | $9,807.84 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRAN A BENJAMIN WENDY L BENJAMIN JTWROS<br>9545 SW NEW FOREST DR<br><br>BEAVERTON, OR 97008 | 62228 | Motors Liquidation Company | $9,781.05 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FRAN CROW<br>2515 CLARK LANE<br><br>ORANGE, TX 77632 | 13970 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCES A COOK<br>741 OAKLAND HILLS LN<br><br>KERRVILLE, TX 78028 | 5821 | Motors Liquidation Company | $11,300.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCES A. CAPASSO<br>11 ROSEDALE CIRCLE<br><br>SHELTON, CT 06484 | 15470 | Motors Liquidation Company | $15,429.40 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCES ANN STROUD<br>644 W TRUESDELL ST<br><br>WILMINGTON, OH 45177 | 30354 | Motors Liquidation Company | $75,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCES BAINOR-BOYLE R/O IRA<br>FCC AS CUSTODIAN<br>PO BOX 147<br>CAPTIVA, FL 33924 | 30241 | Motors Liquidation Company | $7,505.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCES BELL<br>C/O THOMAS SMITH<br>BRIDGE WEALTH MANAGEMENT LLC<br>3304 S BROADWAY AVE STE 202<br>TYLER, TX 75701 | 62734 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCES BINNICKER<br>137 WELLSGROVE LN<br><br>ORANGEBURG, SC 29115 | 7421 | Motors Liquidation Company | $6,706.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCES CORMIER POMAVILLE<br>835 WINN LAKE RD<br><br>LAPEER, MI 48446 | 10597 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCES E UHRING TTEE<br>FRANCES E UHRING REV LVG TR<br>UAD 3-10-95<br>7695 CORTLAND<br>ALLEN PARK, MI 48101 | 12627 | Motors Liquidation Company | $6,051.46 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCES FRIEDMAN<br>CGM IRA ROLLOVER CUSTODIAN<br>2465 BRENTWOOD ROAD<br>UNION, NJ 07083 | 16910 | Motors Liquidation Company | $20,216.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Ninth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FRANCES GABEL<br>7 WOODCREST DRIVE<br>MORRISTOWN, NJ 07960 | 61340 | Motors Liquidation Company | $4,898.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCES H CATERINA<br>202 KENYON DR<br>PECKVILLE, PA 18452 | 14061 | Motors Liquidation Company | $26,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCES H. BINNS<br>211 7TH STREET E<br>TIERRA VERDE, FL 33715 | 14015 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCES HALL TTEE<br>FRANCES C HALL REV LVG TRUST U/T/A<br>DTD 08/15/1994<br>1981 RUE MICHELLE<br>CHULA VISTA, CA 91913 | 21993 | Motors Liquidation Company | $5,189.86 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCES HELLER<br>10640 WILKINS AVE APT 302<br>LOS ANGELES, CA 90024 | 62238 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCES HOGG, JAMES HOGG<br>624 GOOD HOPE RD<br>DOZIER, AL 36028 | 16905 | Motors Liquidation Company | $21,021.84 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCES J DONOVAN & KATHLEEN DONOVAN<br>77 SOUTH ST<br>GRANBY, MA 01033 | 20570 | Motors Liquidation Company | $97,396.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCES L CORNISH<br>C/O JOHN M CORNISH II<br>667 WOOD ST<br>NEW BETHLEHEM, PA 16242 | 13778 | Motors Liquidation Company | $2,975.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCES LAMBERT<br>7921 WYNDHAM CT<br>UNIVERSITY PARK, FL 34201 | 7132 | Motors Liquidation Company | $20,290.14 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCES LEE CARR TTEE<br>FRANCES LEE CARR TRUST<br>U/A DTD 10/23/1997<br>20252 RAMONA LN<br>HUNTINGTON BEACH, CA 92646 | 8758 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FRANCES LEMBECK<br>436 DIVINE AVE<br><br>COOPER, WY 82601 | 13216 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCES LOMBARDO<br>FRANCES LOMBARDO TRUST UAD 10/02/07<br>FRANCES LOMBARDO TTEE<br>950 HUASNA RD 5<br>ARROYO GRANDE, CA 93420 | 4539 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCES M FORKER<br>129 HAMPTON VISTA DR<br><br>MANORVILLE, NY 11949 | 12330 | Motors Liquidation Company | $17,188.08 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCES M KATTERMANN<br>48 LONGCROSS RD<br><br>ROYERSFORD, PA 19468 | 16705 | Motors Liquidation Company | $6,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCES M STEIN & LOUIS N STEIN<br>6343 VIA DE SONRISA DEL SUR<br><br>BOCA RATON, FL 33433 | 20815 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCES N GAMBREL<br>809 HOLLY LANE<br><br>CORBIN, KY 40701 | 9605 | Motors Liquidation Company | $10,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCES N HUNDLEY<br>5326 CEDAR CHASE<br><br>DUNWOODY, GA 30338 | 51361 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCES R BRANHAM<br>3046 RESEVOIR RD<br><br>WINNSBORO, SC 29180 | 16865 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCES R NEWMAN<br>1431 FAIRLANE DRIVE<br><br>RICHMOND, KY 40475<br>UNITED STATES OF AMERICA | 6134 | Motors Liquidation Company | $4,808.70 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCES S CURRAN<br>13510 MAPLE BROOK DR<br><br>SAN ANTONIO, TX 78232 | 69752 | Motors Liquidation Company | $4,482.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Forty-Ninth Omnibus Objection**

# Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| FRANCES S. WITZEL<br>CGM IRA CUSTODIAN<br>5333 SW 32ND AVENUE<br>FT. LAUDERDALE, FL 33312 | 20833 | Motors Liquidation Company | $41,250.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCES S. WITZEL TTEE<br>IRVING R. & FRANCES S. WITZEL<br>TRUST U/A/D 02-04-1987<br>5333 SW 32ND AVENUE<br>FT. LAUDERDALE, FL 33312 | 20832 | Motors Liquidation Company | $41,250.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCES SALMONS TTEE<br>DOYLE SALMONS FAMILY TRUST DTD 07/16/96<br>102 GREENBROOK DR<br>BRANDON, MS 39042 | 67696 | Motors Liquidation Company | $10,371.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCES SHERMAN<br>12 BOND ST APT 3A<br>GREAT NECK, NY 11021 | 16227 | Motors Liquidation Company | $10,926.55 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCES SLATKIN<br>110 SOUTH WINDS<br>TINTON FALLS, NJ 07753 | 5991 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCES SLATKIN &<br>KENNETH KOLB &<br>STEVEN KOLB<br>JT TEN<br>110 SOUTH WINDS<br>TINTON FALLS, NJ 07753 | 5992 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCES SNOW FAMILY TRUST<br>U/A/D 6/12/89<br>6035 VERDE TRAIL SOUTH #J-221<br>BOCA RATON, FL 33433 | 7387 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCES T HILL<br>& MARY FRANCES H GAMBLE JTTEN<br>3231 STRADA GIANNA<br>FLORENCE, SC 29501 | 11167 | Motors Liquidation Company | $10,192.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCES T MILNES TUELL TTEE<br>FRANCES T MILNES REV TR U/A DTD 04/27/1998<br>PO BOX 35865<br>TUCSON, AZ 85740 | 7004 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Ninth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FRANCES T. KESICKI<br>212-04 16TH AVE<br>BAYSIDE, NY 11360 | 15139 | Motors Liquidation Company | $17,900.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCES U DELANEY<br>231 SUNBURY RD<br>DANVILLE, PA 17821 | 11025 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCES V ANDERSON<br>10 PADDINGTON COURT<br>HOCKESSIN, DE 19707 | 9630 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCES V FALKOWSKI<br>247 GEORGETOWN RD<br>COLUMBUS, NJ 08022 | 14130 | Motors Liquidation Company | $10,177.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCES V GARLAND<br>1345 LAKEWOOD DR<br>ROANOKE, VA 24015 | 4263 | Motors Liquidation Company | $12,664.12 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCES V WILLIAMS TTEE<br>FRANCES V WILLIAMS TRUST U/T/A<br>DTD 03/19/1986 FBO CATHY A LATTY<br>1710 ESPLANADE APT H<br>REDONDO BEACH, CA 90277 | 4010 | Motors Liquidation Company | $35,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCES V WILLIAMS TTEE<br>FRANCES V WILLIAMS TRUST U/T/A<br>DTD 03/19/1986 FBO CATHY A LATTY<br>1710 ESPLANADE APT H<br>REDONDO BEACH, CA 90277 | 13741 | Motors Liquidation Company | $35,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCES WEINBERG ITEE<br>1376 SNOWEBERRY LANE<br>CRYSTAL LAKE, IL 60014 | 58681 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCES ZAMBROLLA<br>23 SANDY HILL RD<br>COMMACK, NY 11728 | 12371 | Motors Liquidation Company | $12,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCINE A JOWDY<br>23 GREENTREE DR<br>GLASTONBURY, CT 06033 | 44118 | Motors Liquidation Company | $19,823.80 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Ninth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FRANCINE LEE FRECHTER<br>CGM IRA ROLLOVER CUSTODIAN<br>659 ARBUCKLE AVENUE<br>WOODMERE, NY 11598 | 2587 | Motors Liquidation Company | $12,514.97 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCINE LOOTS<br>SEND NOTICES TO: SG PRIVATE BANKING<br>CUSTODY / ANN GELAUDE<br>KORTRIJKSESTEENWEG 302<br>B - 9000 GENT BELGIUM<br>,<br>BELGIUM | 65455 | Motors Liquidation Company | $132,783.82 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCINE R ELSTER<br>CGM IRA ROLLOVER CUSTODIAN<br>119 NORTHGATE CIRCLE<br>MELVILLE, NY 11747 | 7252 | Motors Liquidation Company | $15,894.90 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCINE WIGOD TRUST<br>FRANCINE WIGOD<br>5372 TEQUESTA<br>W BLOOMFIELD, MI 48323 | 9811 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCIS & GRETCHEN CHERBOUSKY<br>TRUSTEES U/A/D 4/5/08<br>FRANCIS J & GRETCHEN L<br>CHERBOUSKY TRUST<br>309 RIVERWOOD RD<br>NAPLES, FL 34114 | 11172 | Motors Liquidation Company | $41,525.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCIS A EVANS & RITA F EVANS<br>JTTEN TOD R EVANS,F EVANS,S EVANS<br>SUBJECT TO STA RULES<br>3076 EASTLAND BLVD APT C-410<br>CLEARWATER, FL 33761 | 16095 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCIS A GIROUX<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>34 LELLAND RD<br>STOUGHTON, MA 02072 | 23814 | Motors Liquidation Company | $10,330.56 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCIS A O'BRIEN<br>2 MERRYDELL DR<br>CHURCHVILLE, PA 18966 | 4562 | Motors Liquidation Company | $64,952.44 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCIS AND SUSAN KEENAN<br>PO BOX 5012<br>SOUTHAMPTON, NY 11969<br>UNITED STATES OF AMERICA | 17235 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FRANCIS B FENNESSEY<br>PO BOX 183<br><br>CHARLTON, MA 01507 | 12749 | Motors Liquidation Company | $34,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCIS B FENNESSEY AND ROSALIND C FENNESSEY<br>FRANCIS B FENNESSEY<br>PO BOX 183<br>CHARLTON, MA 01507 | 12748 | Motors Liquidation Company | $34,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCIS B STEPHENS<br>SHIRLEY A STEPHENS JT TEN<br>202 HILLCREST PL<br>CANON CITY, CO 81212 | 69425 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCIS BELARDINELLI<br>431 MCLEAN ST<br><br>WILKES BARRE, PA 18702 | 69090 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCIS BRANCATI<br>11 WHITE ROCK TER<br><br>HOLMDEL, NJ 07733 | 61343 | Motors Liquidation Company | $67,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCIS C PARVIS, CONSTANCE PARVIS &<br>THOMAS PARVIS<br>709 PARSON THORNE<br>MULFORD, DE 19963 | 15119 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCIS C VOEGLER & TERESA M VOEGLER<br>40 PRIMROSE LANE<br><br>NORTH BABYLON, NY 11703 | 27306 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCIS DURKIN<br>681 FARM TO MARKET ROAD<br><br>TROY, NY 12180 | 17577 | Motors Liquidation Company | $50,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCIS E HOAR AND<br>MAXINE HOAR JT TEN<br>510 B E ELM ST<br>HAUBSTADT, IN 47639 | 4201 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCIS E WITTLIFF<br>1107 WASHINGTON AVE<br><br>PORT HURON, MI 48060 | 9131 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Forty-Ninth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FRANCIS FITZHENRY<br>CGM IRA CUSTODIAN<br>7 HAMMOCK PLACE<br>SAFETY HARBOR, FL 34695 | 32824 | Motors Liquidation Company | $26,123.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCIS GENTILE<br>122 WALNUT ST<br>AUBURN, NY 13021 | 29600 | Motors Liquidation Company | $10,987.81 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCIS H JOHNSON<br>213 PARK DR EAST<br>WATERTOWN, NY 13601<br>UNITED STATES OF AMERICA | 63093 | Motors Liquidation Company | $700.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCIS H WANDER<br>& ANNA M WANDER JTTEN<br>1011 W 5TH<br>WEISER, ID 83672 | 27044 | Motors Liquidation Company | $15,672.23 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCIS J FITCH IRA<br>326 76TH ST<br>KEITHSBURG, IL 61442 | 9901 | Motors Liquidation Company | $20,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCIS J JANIK<br>3336 SPANISH OAK TER<br>SARASOTA, FL 34237 | 11130 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCIS J MOORE<br>6406 ARNOLD RD<br>RALEIGH, NC 27607 | 27300 | Motors Liquidation Company | $17,088.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCIS J WARD AND DOROTHY T WARD<br>JTWROS<br>600 WYOMING AVE<br>AUDUBON, NJ 08106 | 12462 | Motors Liquidation Company | $5,350.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCIS KEENAN<br>PO BOX 5012<br>SOUTHAMPTON, NY 11969<br>UNITED STATES OF AMERICA | 17234 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCIS KEENAN<br>PO BOX 5012<br>SOUTHHAMPTON, NY 11969 | 17236 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FRANCIS L & COLLEEN MCGUFFIN<br>1025 RANCHERO RD<br><br>KERRVILLE, TX 78028 | 7402 | Motors Liquidation Company | $21,833.40 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANCIS L HARTER TTEE<br>FRANCIS L HARTER REV LIV TR<br>U/A DTD 8-22-97<br>9812 BELLEVIEW AVE<br>KANSAS CITY, MO 64114 | 19616 | Motors Liquidation Company | $32,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| **Claim Totals** | 498 | | | | |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit B**

US_ACTIVE:\43473099\01\72240.0639

HEARING DATE AND TIME: August 6, 2010 at 9:45 a.m. (Eastern Time)
OBJECTION DEADLINE: July 30, 2010 at 4:00 p.m. (Eastern Time)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                :

In re                       :               Chapter 11 Case No.
                :

**MOTORS LIQUIDATION COMPANY**, *et al.*,  :        **09-50026 (REG)**
     **f/k/a General Motors Corp.**, *et al.*  :
                :

                  **Debtors.**     :              **(Jointly Administered)**
                :

-------------------------------------------------------------x

**STIPULATION AND AGREED ORDER**
**AMONG THE DEBTORS, WILMINGTON TRUST COMPANY,**
**AND CITIBANK, N.A., SOLELY IN ITS CAPACITY AS PAYING AGENT,**
**REGARDING PROOFS OF CLAIM NOS. 47871, 47872, 65729, 65793, AND 66723**

Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

certain of its subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11

cases (collectively, the "**Debtors**"), Wilmington Trust Company as successor indenture trustee

("**WTC**"), and Citibank, N.A., solely in its capacity as paying agent under the 1990 Indenture

and 1995 Indenture (as defined below) (in such capacity, "**Citibank**"), together with the Debtors

and WTC, the "**Parties**"), by and through their respective undersigned counsel, hereby enter into

this Stipulation and Agreed Order (this "**Stipulation**") and stipulate as follows:

**RECITALS**

A.      On June 1, 2009 (the "**Commencement Date**"), certain of the Debtors

commenced with this Court voluntary cases (the "**Chapter 11 Cases**") under chapter 11 of title

11, United States Code (the "**Bankruptcy Code**").

B.      On September 16, 2009, the Court entered an order (the "**Bar Date Order**")

establishing November 30, 2009 at 5:00 p.m. (Eastern Time) (the "**General Bar Date**") as the

deadline for each person or entity (including without limitation, each individual, partnership,

joint venture, corporation, estate, or trust) to file a proof of claim (a "**Proof of Claim**") against

certain of the Debtors, including MLC, to assert any claim (as defined in section 101(5) of the

Bankruptcy Code) that arose prior to the Commencement Date.

        C.      As of the Commencement Date, MLC, as issuer, WTC, as successor indenture

trustee, and Citibank, as paying agent, were parties to (i) a Senior Indenture, dated as of

December 7, 1995, as amended (the "**1995 Indenture**," and WTC's capacity under the 1995

Indenture, the "**1995 Trustee**"), and (ii) a Senior Indenture, dated as of November 15, 1990 (the

"**1990 Indenture**," and WTC's capacity under the 1990 Indenture, the "**1990 Trustee**") pursuant

to which MLC issued senior unsecured debt securities.

        D.      Prior to the General Bar Date, WTC timely filed the following four Proofs of

Claims against MLC (each, a "**WTC Claim**" and collectively, the "**WTC Claims**"):

| Claim Number | Applicable Indenture | Principal Amount of Claim Plus Fees and Interest Accrued to Petition Date |
|:---:|:---:|:---:|
| 65793 | 1990 Indenture | $1,419,581,281.12 |
| 47871 | 1990 Indenture | $1,419,581,281.12 |
| 65729 | 1995 Indenture | $21,928,297,131.26 |
| 47872 | 1995 Indenture | $21,928,297,131.26 |

        E.      Prior to the General Bar Date, Citibank timely filed a proof of claim against MLC

in the amount of $173,063.43 [Proof of Claim No. 66723] (the "**Citibank Claim**").

        F.      WTC recognizes that it is not entitled to, and does not seek, a duplicate recovery

on account of the same WTC Claim and has agreed to withdraw two of the WTC Claims, subject

to the agreements set forth in this Stipulation.

2

**<u>STIPULATION AND ORDER</u>**

NOW, THEREFORE, EACH OF THE PARTIES HEREBY STIPULATES AND

AGREES AS FOLLOWS:

1.       WTC Claims numbered 47871 (filed by WTC as 1990 Trustee) and 47872 (filed

by WTC as 1995 Trustee) are deemed withdrawn and WTC Claims numbered 65793 (filed by

WTC as 1990 Trustee) and 65729 (filed by WTC as 1995 Trustee) shall survive.

2.       With respect to principal plus interest due under the 1990 Indenture, WTC, in its

capacity as the 1990 Trustee will receive and is hereby granted, on behalf of itself and the record

and beneficial bondholders of debt securities issued under the 1990 Indenture an allowed general

unsecured, nonpriority claim in the amount of $1,419,471,545.22 (subject to appropriate reserve

and/or reduction in connection with any setoff exercised by beneficial bondholders that is

authorized by this Court) (the "**1990 Debt Claim**") against MLC to be satisfied in accordance

with any chapter 11 plan or plans confirmed in the Debtors' Chapter 11 Cases.

3.       With respect to principal plus interest due under the 1995 Indenture, WTC, in its

capacity as the 1995 Trustee, will receive and is hereby granted, on behalf of itself and the record

and beneficial bondholders of debt securities issued under the 1995 Indenture, an allowed

general unsecured nonpriority claim in the amount of $21,928,183,895.36 (subject to appropriate

reserve and/or reduction in connection with any setoff exercised by beneficial bondholders that is

authorized by this Court) (the "**1995 Debt Claim**," together with the 1990 Debt Claim, the

"**Debt Claims**").

4.       With respect to the prepetition fees and expenses incurred by WTC under the

1990 Indenture, WTC shall receive an allowed claim of $109,735.90 (the "**1990 WTC Fee

Claim**"), and with respect to the prepetition fees and expenses incurred by WTC under the 1995

43467654                                3

Indenture, WTC shall receive an allowed claim of $113,235.90 (the "**1995 WTC Fee Claim**,"

together with the 1990 WTC Fee Claim, the "**WTC Fee Claims**").

5.        With respect to the prepetition paying agency fees and expenses incurred by

Citibank under the Indentures, the Citibank Claim shall be allowed in the amount of $162,333.71

(the "**Citibank Fees and Expenses Claim**," together with the WTC Fee Claims, the "**Fees and**

**Expenses Claims**").

6.        To the extent the Fees and Expenses Claims are not paid in full, in cash, pursuant

to a plan of reorganization and/or liquidation of MLC, (a) the amount of such fees and expenses

that remain unpaid shall constitute an allowed general unsecured, nonpriority claim against MLC

held by WTC and/or Citibank, as applicable, to be satisfied in accordance with any chapter 11

plan or plans confirmed in the Debtors' Chapter 11 Cases and (b) WTC and Citibank, pursuant to

section 7.06 of the 1990 Indenture and section 7.06 of the 1995 Indenture, shall retain a charging

lien with respect to its prepetition and post-petition fees and expenses on all assets or money held

or collected by WTC or Citibank on account of the Debt Claims or otherwise.

7.        WTC will issue a notice to the Depository Trust Company and post a notice on its

website (a) notifying beneficial bondholders of the notes issued under the Indentures of the entry

of the order allowing the WTC Claims and (b) notifying such bondholders that any subsequent

claims objection filed by the Debtors seeking to disallow claims filed by bondholders on the

grounds that such claims are duplicative of the Debt Claims being allowed under the stipulation

and order will not impair bondholder's entitlement to share in plan distributions on account of

the Debt Claims in accordance with the terms of the applicable Indenture.

8.        WTC agrees that it will not object to the Debtors' filing of objections to Proofs of

Claims filed by record and beneficial holders of debt securities arising out of or relating to the

1990 Indenture and/or the 1995 Indenture on the grounds that such Proofs of Claim are duplicative of the Debt Claims allowed pursuant to this Stipulation.

9.      WTC waives its right to argue that the entire stated principal amount of $377,377,000 with respect to the Discount Debentures is an allowable claim.

10.     To the extent that the fees and expenses of WTC incurred after the Commencement Date are not satisfied by payment in full in cash in connection with a plan of reorganization and/or liquidation of MLC, WTC reserves the right to argue that all such fees are allowable general unsecured non-priority claims against the estate of MLC.

11.     This Stipulation contains the entire agreement between the Parties as to the subject matter hereof and supersedes all prior agreements and undertakings between the Parties relating thereto.

Dated:  New York, New York
        August 5, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Debtors and Debtors in Possession*

/s/ Keith R. Martorana
Matthew J. Williams
Keith R. Martorana

GIBSON DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Attorneys for Wilmington Trust Company, as 1990 Trustee and 1995 Truestee*

/s/ Louis A. Curcio
Maria M. Livanos
Louis A. Curcio

SONNENSCHEIN NATH & ROSENTHAL
LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6744
Facsimile:  (212) 768-6800

*Attorneys for Citibank, N.A. as Paying
Agent under the 1990 and 1995 Indentures*

So Ordered this **_9th_** day of **_August_** 2010

___*s/ Robert E. Gerber*___
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                    :

In re                              :        **Chapter 11 Case No.**
                                      :

**MOTORS LIQUIDATION COMPANY,** *et al.,*   :        **09-50026 (REG)**
      **f/k/a General Motors Corp.,** *et al.*   :
                                      :

                    **Debtors.**        :        **(Jointly Administered)**
                                      :

-----------------------------------------------------------------x

## ORDER GRANTING DEBTORS' FORTY-NINTH OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Debt Claims)

        Upon the forty-ninth omnibus objection to claims, dated August 13, 2010 (the

"**Forty-Ninth Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a General

Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the

"**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy**

**Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"),

and this Court's supplemental order establishing supplemental rules and authority for filing

omnibus objections to certain debt claims (the "**Supplemental Procedures Order**") [Docket No.

6238], seeking entry of an order disallowing and expunging the Duplicate Debt Claims on the

grounds that such claims are duplicative of either Claim 65793 or Claim 65729, all as more fully

described in the Forty-Ninth Omnibus Objection to Claims; and due and proper notice of the

Forty-Ninth Omnibus Objection to Claims having been provided, and it appearing that no other

or further notice need be provided; and the Court having found and determined that the relief

sought in the Forty-Ninth Omnibus Objection to Claims is in the best interests of the Debtors,

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Debtors' Forty-Ninth Omnibus Objection to Claims.

their estates, creditors, and all parties in interest and that the legal and factual bases set forth in

the Forty-Ninth Omnibus Objection to Claims establish just cause for the relief granted herein;

and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Forty-Ninth Omnibus Objection to

Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on **Exhibit "A"** (the "**Order Exhibit**") annexed hereto under the heading "*Claims to be

Disallowed and Expunged*" (collectively, the "**Duplicate Debt Claims**") are disallowed and

expunged; and it is further

ORDERED that, if applicable, the Forty-Ninth Omnibus Objection to Claims is

adjourned with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Objection Adjourned*" (the "**Adjourned Claims**") to the date indicated on the Order

Exhibit, subject to further adjournments (such actual hearing date, the "**Adjourned Hearing**

**Date**"), and the Debtors' response deadline with respect to the Adjourned Claims shall be 12:00

noon (Eastern Time) on the date that is three (3) business days before the Adjourned Hearing

Date; and it is further

ORDERED that, if applicable, the Forty-Ninth Omnibus Objection to Claims is

withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Objection Withdrawn*"; and it is further

ORDERED that, if applicable, the Forty-Ninth Omnibus Objection to Claims is

withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Claim Withdrawn*," as those claims have been withdrawn by the corresponding

claimant; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly

reserved with respect to, (i) any claim listed on Exhibit "A" annexed to the Forty-Ninth Omnibus

Objection to claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed

on the Order Exhibit annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
_____, 2010

_____
United States Bankruptcy Judge