**HEARING DATE AND TIME: September 24, 2010 at 9:45 a.m. (Eastern Time)**
**RESPONSE DEADLINE: September 17, 2010 at 4:00 p.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                          :
In re                                     :        **Chapter 11 Case No.**
                                          :
**MOTORS LIQUIDATION COMPANY,** *et al.,* :        **09-50026 (REG)**
        **f/k/a General Motors Corp.,** *et al.* :
                                          :
                        **Debtors.**      :        **(Jointly Administered)**
                                          :
------------------------------------------------------------x

<u>**NOTICE OF DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CLAIMS**</u>
**(Duplicate Debt Claims)**

     **PLEASE TAKE NOTICE** that on August 13, 2010, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their fifty-first omnibus objection to claims (the "**Objection**"), and that a

hearing (the "**Hearing**") to consider the Objection will be held before the Honorable Robert E.

Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for

the Southern District of New York, One Bowling Green, New York, New York 10004, on

**September 24, 2010 at 9:45 a.m. (Eastern Time),** or as soon thereafter as counsel may be

heard.

**PARTIES LISTED ON EXHIBIT "A" ANNEXED TO THE OBJECTION (THE "<u>CLAIMANTS</u>") (AND THEIR COUNSEL, IF KNOWN) WILL RECEIVE A PERSONALIZED NOTICE OF THE OBJECTION, RATHER THAN THE ENTIRE OBJECTION.**

This Objection does not affect a Claimant's ability to receive distributions as a beneficial bondholder under the claims filed by the indenture trustee of the Debtors' public debentures.  If a Claimant disagrees with the Objection's treatment of the Claimant's claim, the Claimant may call the Debtors to try and resolve the Claimant's concerns at **1-800-414-9607**.  If a Claimant is unable to resolve the Claimant's concerns with the Debtors before the deadline to respond, then the Claimant <u>must</u> file and serve a written response (a "**Response**") to the Objection in accordance with this notice, and the Claimant <u>must</u> appear at the Hearing described below.

A Claimant may participate in the Hearing telephonically provided that the Claimant complies with the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider."  A Claimant must also provide prior written notice by mail or e-mail of the Claimant's telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Russell Brooks, Esq. (russell.brooks@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Jennifer Sharret, Esq. (jsharret@kramerlevin.com)).

**If a Claimant does not oppose the disallowance and expungement of the Claimant's claim, then the Claimant does not need to file a Response or appear at the Hearing.**

**PLEASE TAKE FURTHER NOTICE THAT** the Hearing on the Objection is

scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in

Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York

(the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New

York, New York 10004-1408, on **September 24, 2010 at 9:45 a.m. (Eastern Time)**.  If a

Claimant files a Response to the Objection, the Claimant should plan to appear at the Hearing

either in person or telephonically.  The Debtors, however, reserve the right to continue the

Hearing on the Objection with respect to the Claimant's claim.  If the Debtors do continue the

Hearing with respect to the Claimant's claim, then the Hearing will be held at a later date.  If the

Debtors do not continue the Hearing with respect to the Claimant's claim, then a Hearing on the

Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a

Response is **September 17, 2010 at 4:00 p.m. (Eastern Time)**.  Only those Responses that are

timely will be considered at the Hearing.  A Claimant's Response will be deemed timely only if

it is:  (a) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing

system (the User's Manual for the Electronic Case Filing System can be found at

www.nysb.uscourts.gov) before the deadline for Responses **or** (b) **actually** received on a 3.5

inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other

Windows-based word processing format <u>and</u> in hard copy at each of the following addresses on

or before the deadline for response:

      A.      Chambers of the Honorable Robert E. Gerber, United States Bankruptcy
            Court, One Bowling Green, Room 621, New York, New York 10004-
            1408;

      B.      Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth
            Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.);
            and

C.      Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory
committee of unsecured creditors, 1177 Avenue of the Americas, New
York, New York 10036 (Attn:  Jennifer Sharret, Esq.).

A Claimant's response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number, and the number of the Objection to which the response is directed; (ii) the name of the Claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which the Claimant will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which the Claimant will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to the Claimant's response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person that can be contacted in connection with the Objection.

If a Claimant has any questions about this notice or the Objection, please contact the Debtors at **1-800-414-9607**.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

**PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief requested in the Objection without further notice or a hearing if a Claimant fails to file a timely Response or appear at the Hearing.**

Dated: New York, New York
        August 13, 2010

                    /s/ Joseph H. Smolinsky
                    Harvey R. Miller
                    Stephen Karotkin
                    Joseph H. Smolinsky

                    WEIL, GOTSHAL & MANGES LLP
                    767 Fifth Avenue
                    New York, New York 10153
                    Telephone: (212) 310-8000
                    Facsimile: (212) 310-8007

                    Attorneys for Debtors
                    and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                           :

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | **09-50026 (REG)** |
| **f/k/a General Motors Corp.,** *et al.* | : | |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------x

## <u>DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CLAIMS</u>
### (Duplicate Debt Claims)

---

THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.
CLAIMANTS THAT ARE THE SUBJECT OF THIS OBJECTION SHOULD LOCATE THEIR NAMES AND
CLAIMS ON EITHER THE EXHIBIT ATTACHED TO THIS OBJECTION OR ON THEIR PERSONALIZED
NOTICE.

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

        Motors Liquidation Company (f/k/a General Motors Corporation) and its

affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully represent:

## Relief Requested

1.        The Debtors file this fifty-first omnibus objection to claims (the "**Fifty-First Omnibus Objection to Claims**") pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this Court's supplemental order establishing supplemental rules and authority for filing omnibus objections to certain debt claims (the "**Supplemental Procedures Order**") [Docket No. 6238], seeking entry of an order disallowing and expunging the claims listed on **Exhibit "A"** annexed hereto.[1]

2.        The Debtors have examined the proofs of claim identified on Exhibit "A" and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed and Expunged*" (collectively, the "**Duplicate Debt Claims**") are duplicative of either (1) the global Proof of Claim No. 65793 ("**Claim 65793**") filed by Wilmington Trust Company ("**WTC**"), in its capacity as successor indenture trustee of the Senior Indenture, dated as of November 15, 1990 (the "**1990 Indenture**") or (2) the global Proof of Claim No. 65729 ("**Claim 65729**") filed by WTC, in its capacity as successor indenture trustee of the Senior Indenture, dated as of December 7, 1995, as amended (the "**1995 Indenture**").  The amounts asserted by WTC in Claim 65793 and Claim 65729 have been reconciled and allowed under a stipulation, approved and entered by the Court on August 9, 2010 (the "**WTC Stipulation**") [Docket No. 6595], a copy of which is annexed hereto as **Exhibit "B."**  The Debtors, therefore, seek entry of an order disallowing and expunging from the claims register the Duplicate Debt Claims.

---

[1] Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com. A link to the claims register is located under the "Claims Information" tab.  Creditors without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City Group, Inc. at 1-703-286-6401.

3.       This Fifty-First Omnibus Objection to Claims does not affect the ability of

an Individual Bondholder (as hereinafter defined) to participate in accordance with the WTC

Stipulation.  Further, the Debtors reserve all their rights to object on any other basis to any

Duplicate Debt Claim as to which the Court does not grant the relief requested herein.

## Jurisdiction

4.       This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

5.       On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**Realm/Encore Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Case Number 09-50026 (REG).  On September 15, 2009,

the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs,

which were amended on October 4, 2009.  On October 15, 2009, the Realm/Encore Debtors filed

their schedules of assets and liabilities and statements of financial affairs.

6.       On September 16, 2009, this Court entered an order [Docket No. 4079]

establishing November 30, 2009 as the deadline for each person or entity to file a proof of claim

in the Initial Debtors' cases, including governmental units.  On December 2, 2009, this Court

entered an order [Docket No. 4586] establishing February 1, 2010 as the deadline for each

---

[2] The Initial Debtors are Motors Liquidation Company (f/k/a General Motors Corporation), MLCS, LLC (f/k/a
Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc.
(f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3] The Realm/Encore Debtors are Remediation and Liability Management Company, Inc., and Environmental
Corporate Remediation Company, Inc.

person or entity to file a proof of claim in the Realm/Encore Debtors' cases (except

governmental units, as defined in section 101(27) of the Bankruptcy Code, for which the Court

established June 1, 2010 as the deadline to file proofs of claim).

7.      Among the tens of thousands of proofs of claim the Debtors received,

approximately 18,000 proofs of claim have been filed by claimants seeking the repayment of

principal, interest, and fees and expenses that relate to dollar-denominated debt securities issued

by the Debtors pursuant to the 1990 Indenture and the 1995 Indenture (each, a "**Debt Claim**,"

and the holder of such Debt Claim, an "**Individual Bondholder**").  The Debtors believe that all

of the Debt Claims filed by Individual Bondholders are duplicative of the claims allowed in

favor of WTC for the benefit of all Individual Bondholders in accordance with the WTC

Stipulation.

8.      On August 9, 2010, the Court entered the WTC Stipulation signed by the

Debtors, WTC, and Citibank, N.A., solely in its capacity as paying agent under the 1990

Indenture and 1995 Indenture (in such capacity, "**Citibank**"), allowing (i) Claim 65793 in the

amount of $1,419,471,545.22 (subject to appropriate reserve and/or reduction in connection with

any Court-authorized setoff exercised by Individual Bondholders) and (ii) Claim 65729 in the

amount of $21,928,183,895.36 (subject to appropriate reserve and/or reduction in connection

with any Court-authorized setoff exercised by Individual Bondholders).  Prior to entry of the

WTC Stipulation, WTC sent out a notice to all affected Individual Bondholders notifying them

of the pending approval by the Court of the WTC Stipulation.

9.      On October 6, 2009, this Court entered the Supplemental Procedures

Order, which authorizes the Initial Debtors, among other things, to file omnibus objections to no

more than 500 claims at a time with respect to Debt Claims.  The claimants that are listed in

Exhibit "A" have filed Debt Claims against the Initial Debtors.

10.     The Debtors now move to expunge the Duplicate Debt Claims filed by

each Individual Bondholder as duplicative of either Claim 65793 or Claim 65729.

### The Relief Requested Should Be Approved by the Court

11.     A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects." 11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential

allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See*

*In re Oneida, Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd*, No. 09 Civ. 2229 (DC),

2010 WL 234827 (S.D.N.Y. Jan. 22, 2010); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No.

02-41729 (REG), 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re*

*Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

12.     Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a

claim may not be allowed to the extent that "such claim is unenforceable against the debtor and

property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1).  The

Debtors cannot be required to pay on the same claim more than once.  *See, e.g., In re Finley,*

*Kumble, Wagner, Heine, Underberg, Manley, Myerson, & Casey*, 160 B.R. 882, 894 (Bankr.

S.D.N.Y. 1993) ("In bankruptcy, multiple recoveries for an identical injury are generally

disallowed.").  The Debtors have reviewed the proofs of claim identified on Exhibit "A" and

believe them to be duplicative of Claim 65793 or Claim 65729.  Moreover, the Debtors have no

way of confirming that any of the Individual Bondholders are, in fact, beneficial holders of a

debt instrument on the relevant dates.

13.     To avoid the possibility of multiple recoveries by the Individual

Bondholders, the Debtors request that the Court disallow and expunge in their entirety the

Duplicate Debt Claims.  Individual Bondholders, to the extent they are beneficial bondholders as of the record date under any confirmed plan of liquidation, will receive distributions under such plan from WTC in its capacity as indenture trustee.

### Notice

14.     Notice of the Fifty-First Omnibus Objection to Claims has been provided to each claimant listed on Exhibit "A" by virtue of the individualized notice transmitted in accordance with the Supplemental Procedures Order and parties in interest in accordance with the Third Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures, dated April 29, 2010 [Docket No. 5670].

15.     No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the relief requested herein and such other and further relief as is just.

Dated: New York, New York
          August 13, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**Exhibit A**

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GEORGE M BALLARD IRA<br>PO BOX 100<br>BARDSTOWN, KY 40004 | 4544 | Motors Liquidation Company | $7,200.13 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGE M GAMPART<br>39577 WALDORF<br>CLINTON TWP, MI 48038 | 61542 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGE M GOLDEEN<br>680 LYONS CIR<br>HIGHLAND PARK, IL 60035 | 30846 | Motors Liquidation Company | $5,243.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGE M SNAPP<br>1585 FT HENRY DR<br>UNIT 5A<br>KINGSPORT, TN 37664 | 10985 | Motors Liquidation Company | $35,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGE MARINAKIS<br>STACY MARINAKIS<br>2340 DORINA DR<br>NORTHFIELD, IL 60093 | 13703 | Motors Liquidation Company | $107,200.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGE MARINAKIS<br>STACY MARINAKIS<br>2340 DORINA DR<br>NORTHFIELD, IL 60093 | 30780 | Motors Liquidation Company | $107,200.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGE MARTENS<br>PO BOX 804<br>RUCKPORT, ME 04856 | 16996 | Motors Liquidation Company | $9,580.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGE MORINAGA<br>KIMIKO MORINAGA JTWROS<br>5046 HWY 201<br>ONTARIO, OR 97914 | 16550 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGE NORMAN HUTTON &<br>JACKIE C HUTTON JT TEN<br>6634 CLUB VIEW COURT<br>FLOWERY BRANCH, GA 30542 | 14009 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGE O LEE IRA<br>MERRILL LYNCH CUSTODIAN FBO<br>GEORGE O LEE IRA<br>2720 NE 183RD STREET #TH20<br>MIAMI, FL 33160 | 69864 | Motors Liquidation Company | $1,980.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GEORGE O'DAY<br>33602 ABBEY RD<br>TEMECULA, CA 92592 | 18868 | Motors Liquidation Company | $22,457.97 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGE P HATZIGEORGIS MD PA<br>PO BOX 130370<br>BIRMINGHAM, AL 35213 | 5997 | Motors Liquidation Company | $30,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGE PEROUTKA<br>2011 SAN LEONARDO WAY<br>THE VILLAGES, FL 32159 | 62725 | Motors Liquidation Company | $13,404.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGE R BOTT IV<br>147 CRESCENT COVE LANE<br>LANCASTER, VA 22503 | 609 | Motors Liquidation Company | $262.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGE R CRISMAN IRA<br>1867 ANDREW PL<br>TRAVERSE CITY, MI 49686 | 13003 | Motors Liquidation Company | $1,092.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGE R ELLIS TTEE<br>UTD 2/5/1997<br>FRANCES ELLIS MCCORD TRUST<br>16080 RIDGECREST AVE<br>MONTE SERENO, CA 95030 | 19832 | Motors Liquidation Company | $8,272.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGE R GOLD<br>20 MOUNT VERNON LANE<br>PALM COAST, FL 32164 | 15020 | Motors Liquidation Company | $10,005.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGE R HANAWAY<br>4 WASHINGTON ST<br>BERLIN, MD 21811 | 21003 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGE R MOBLEY<br>SEPARATE PROPERTY<br>1740 WILLOW POINT DR<br>SHREVEPORT, LA 71119 | 69025 | Motors Liquidation Company | $18,911.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGE R THOMPSON TTEE<br>GEORGE R THOMPSON TRUST<br>U/A DTD 7/20/95<br>2656 PARKRIDGE<br>ANN ARBOR, MI 48103 | 21459 | Motors Liquidation Company | $7,570.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 2

**Fifty-First Omnibus Objection**

## Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| GEORGE RATCLIFF<br>3210 ALBERTA DRIVE<br>PO BOX 464<br>GILLETTE, WY 82717 | 11528 | Motors Liquidation Company | $47,622.59 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGE RINGSTAD<br>GEORGE RINGSTAD JTC<br>JOAN RINGSTAD<br>9202 OLYMPIC VIEW DR<br>EDMONDS, WA 98020<br>UNITED STATES OF AMERICA | 16278 | Motors Liquidation Company | $60,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGE ROTH AND JANE ROTH LIVING TRUST<br>C/O JANE ROTH<br>2420 FORECASTLE DR<br>PALM HARBOR, FL 34685 | 11574 | Motors Liquidation Company | $9,984.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGE S BARGER<br>ANNA M BARGER JT TEN<br>TOD DTD 08/28/2007<br>10430 RAMBLE RIDGE COURT<br>WEEKI WACHEE, FL 34613 | 15626 | Motors Liquidation Company | $45,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGE S GORDON<br>6204 CENTENNIAL STATION<br>WARMINSTER, PA 18974<br>UNITED STATES OF AMERICA | 4432 | Motors Liquidation Company | $39,338.40 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGE S NOLAN<br>FRANCES C NOLEN JT TEN<br>4195 HICKORY LAKE CT<br>TITUSVILLE, FL 32780 | 22108 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGE S SAMUEL<br>4217 LEDGENDS WAY<br>MARYVILLE, TN 37801 | 3992 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGE SALISBURY<br>7747 HARLEY HILLS DR<br>N ROYALTON, OH 44133 | 6812 | Motors Liquidation Company | $32,991.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGE SCARBORO ROBERTS FOUNDATION INC<br>ATT GLORIA ROBERTS MARKEL<br>7910 HIGHWAY 40 W<br>COLUMBIA, MO 65202 | 30842 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GEORGE SCHNEIDER<br>540 EDGAR RD<br><br>WESTFIELD, NJ 07090 | 44336 | Motors Liquidation Company | $8,509.20 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGE SCHOENBECK<br>12952 RED OAK CT<br><br>HOMERGLEN, IL 60491 | 14419 | Motors Liquidation Company | $10,424.49 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGE T JENKINS<br>6934 GUNDER AVE<br><br>BALTIMORE, MD 21220<br>UNITED STATES OF AMERICA | 6216 | Motors Liquidation Company | $650.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGE T MIKUTOWICZ &<br>EVA M MIKUTOWICZ JT TEN<br>509 LONG IRON LN<br>MESQUITE, NV 89027 | 22973 | Motors Liquidation Company | $10,571.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGE T. GRIFFIN JR<br>15 CANTERBURY RD WE<br><br>JAMESTOWN, NY 14701 | 63996 | Motors Liquidation Company | $17,710.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGE TERLIP TRUSTEE<br>U/A/D 11/05/1991<br>TERLIP LIVING TRUST<br>20332 BARNARD<br>WALNUT, CA 91789 | 64352 | Motors Liquidation Company | $4,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGE TRUBIANO<br>19 CLUB VIEW DR<br><br>NOVATO, CA 94949 | 3697 | Motors Liquidation Company | $5,196.62 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGE TWAR<br>3136 GALLAHAD DR<br><br>VIRGINIA BEACH, VA 23456 | 8060 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGE V BUBOLO JR<br>THE NORTHERN TRUST COMPANY REGULAR IRA<br>FBO GEORGE V BUBOLO JR<br>2001 SE SAILFISH PT BLVD #217<br>STUART, FL 34996 | 5441 | Motors Liquidation Company | $77,018.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGE VONDRASEK<br>4401 N 60TH AVE<br><br>WAUSAU, WI 54401 | 8957 | Motors Liquidation Company | $12,923.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| GEORGE VRANOS & JOHN VRANOS & GEORGE J VRANOS & CHRISTINE E LORINCI JTWROS 1628 SE 46TH STREET CAPE CORAL, FL 33904 | 17688 | Motors Liquidation Company | $35,933.90 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGE W ANDERSON 786 S 4TH ST LINDENHURST, NY 11757 | 21015 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGE W FENDERSON IRA GEORGE W FENDERSON 8143 CAMINO DEL ORO #1 LA JOLLA, CA 92037 | 13406 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGE W GEIL AND GENEVA GEIL 9501 WEST BUSINESS 83, #817 HARLINGEN, TX 78552 | 1733 | Motors Liquidation Company | $40,346.32 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGE W MURPHY 109 WILMINGTON DR MELVILLE, NY 11747 | 15432 | Motors Liquidation Company | $81,975.63 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGE W REICHARD JR 2872 NE 4TH CT HILLSBORO, OR 97124 | 16897 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGE W ROBERTSON TTEE U/A/D 3/18/98 GEORGE W ROBERTSON REV TRUST 9430 E MISSION LANE #109 SCOTTSDALE, AZ 85258 | 11215 | Motors Liquidation Company | $9,790.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGE W SCOTT 1113 TOLEDO ST BELLINGHAM, WA 98229 | 17391 | Motors Liquidation Company | $2,550.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGE W. PLOTNER 307 WILD HERON RD ST SIMONS ISLAND, GA 31522 | 18386 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGE WESLEY BRUCE 2032 ROBERT GRAY ST VIDALIA, LA 71373 | 10729 | Motors Liquidation Company | $15,199.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GEORGE Y. OYAMA AND ELSIE K. OYAMA TTEE<br>GEORGE Y AND ELSIE OYAMA TR UAD 9/13/1990<br>1275 FREEMAN LANE #36<br>POCATELLO, ID 83201 | 14833 | Motors Liquidation Company | $2,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGES PARDO<br>VIOLET PARDO<br>1733 GULFSTAR DR S #302<br>NAPLES, FL 34112 | 65363 | Motors Liquidation Company | $31,256.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGETTE ABOOD<br>ALLEN E ABOOD<br>401 LAC SAINT CLAIRE<br>SAINT CLAIRE SHORES, MI 48082 | 62386 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGIA DUNKEL (IRA)<br>FCC AS CUSTODIAN<br>2764 VAN BUREN DR<br>LOWER BURRELL, PA 15068 | 15748 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGIA KENNEDY<br>16 LAURA LN<br>SUGAR GROVE, IL 60554 | 3777 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGIA L DELLS TTEE<br>FBO THE GEORGIA L DELLS TRUST U/A<br>DTD 03/20/1990<br>P.O. BOX 1445<br>CATHEDRAL CTY, CA 92235 | 15466 | Motors Liquidation Company | $10,825.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGIA M THACKER<br>TRANSFER ON DEATH TOD<br>TODD W LEWIS<br>10850 DAYTON CINCINNATI PIKE<br>MIAMISBURG, OH 45342 | 9308 | Motors Liquidation Company | $500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGIANN OPANOWICZ<br>3300 NORTH DR<br>ST CLAIR SHORES, MI 48082 | 22802 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGINA P MACNEIL<br>501 LAKESHORE DR<br>UNIT 301<br>LAKE PARK, FL 33403 | 17200 | Motors Liquidation Company | $8,920.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| GEOTHE E BILLMAN IRA<br>2250 SAWBURY BLVD<br><br>COLUMBUS, OH 43235 | 48426 | Motors Liquidation Company | $17,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERADLINE M MILAZZO<br>173 ENGLEWOOD DRIVE<br><br>ORANGE, CT 06477 | 63880 | Motors Liquidation Company | $25,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD  J YOUNGBLUT<br>1325 5TH ST<br><br>JESUP, IA 50648 | 21273 | Motors Liquidation Company | $10,052.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD & DONNA GOODMAN<br>161 GREENBELT PKY<br><br>HOLBROOK, NY 11741 | 4261 | Motors Liquidation Company | $7,499.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD & JUDITH BRODSKY<br>8157 NORTH WOODLAND DR<br><br>HAYWARD, WI 54843 | 10404 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD A ARNOLD JR.<br>CGM MONEY PURCHASE CUSTODIAN<br>20462 VILLA GRANDE CIRCLE<br>CLINTON TWP, MI 48038 | 12824 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD A EARLE &<br>CHONITA L EARLE JT TEN<br>1948 S MALCOLM AVE APT 302<br>LOS ANGELES, CA 90025 | 7449 | Motors Liquidation Company | $26,258.23 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD A ROSENFIELD<br>813 SOCIETY HILL<br><br>CHERRY HILL, NJ 08003 | 15928 | Motors Liquidation Company | $18,243.63 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD A ROSENFIELD<br>813 SOCIETY HILL<br><br>CHERRY HILL, NJ 08003 | 15929 | Motors Liquidation Company | $25,466.39 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD ABRAMS<br>BRENDA A SHAPIRO-BABIN TTEE<br>U/A/D 08-21-2006<br>FBO BEVERLY SHAPIRO 2006 REV T<br>4001 NORTH OCEAN BLVD. #901B<br><br>BOCA RATON, FL 33431 | 37624 | Motors Liquidation Company | $24,845.35 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GERALD B WENZEL<br>325 KIYUGA WAY<br>LOUDON, TN 37774 | 7039 | Motors Liquidation Company | $21,550.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD BANDEL<br>826 WASHINGTON ST<br>BALDWIN, NY 11510 | 11136 | Motors Liquidation Company | $3,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD BLACKMAN<br>UTA CHARLES SCHWAB & CO INC<br>IRA CONTRIBUTORY DTD 04/08/96<br>7005 OSAGE AVENUE<br>DOWNERS GROVE, IL 60516 | 58674 | Motors Liquidation Company | $25,468.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD C THORNER IRA<br>F/B/O GERALD C THORNER<br>5601 TURTLE BAY DR<br>APT 504<br>NAPLES, FL 34108 | 8846 | Motors Liquidation Company | $64,444.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD CABIN<br>7900 OLD YORK RD<br>#701 B<br>ELKINS PARK, PA 19027 | 5704 | Motors Liquidation Company | $32,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD CHAPMAN &<br>KATHY CHAPMAN JTWROS<br>3016 MILLERSVILLE RD<br>TAYLORSVILLE, NC 28681 | 3403 | Motors Liquidation Company | $19,800.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD D & JACKIE T NORRIS<br>162 CYPRESS DR<br>BAXLEY, GA 31513 | 23136 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD D / RUBE E BAYER<br>902 W 17TH ST<br>WILLISTON, ND 58801 | 9567 | Motors Liquidation Company | $4,725.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD D GOODLETT<br>209 CHERRY HILL ROAD<br>PEWEE VALLEY, KY 40056 | 2086 | Motors Liquidation Company | $4,832.55 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD D KUFAHL<br>1113 S PARK ST<br>SHAWANO, WI 54166 | 15498 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| GERALD DAVID BERGMOSER & SALLY ELAINE BERGMOSER JT TEN 9006 CASCADA WAY APT 202 NAPLES, FL 34114 | 19518 | Motors Liquidation Company | $129,900.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD E DAGLE 2543 HARRIS AVE RICHLAND, WA 99354 | 33405 | Motors Liquidation Company | $2,491.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD E DEMMIN 505 W MULLER ROAD E PEORIA, IL 61611 | 6748 | Motors Liquidation Company | $22,089.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD E GUSE 462 S GERMAN ST MAYVILLE, WI 53050 | 9827 | Motors Liquidation Company | $9,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD E MROZ CGM IRA ROLLOVER CUSTODIAN 1704 VIRGINIA LN KULPMONT, PA 17834 | 26931 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD E. LOEHR CGM IRA CUSTODIAN 5 CROSS ROAD ARDSLEY, NY 10502 | 12475 | Motors Liquidation Company | $22,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD E. LOEHR AND SUSAN NEWMAN-LOEHR JTWROS 5 CROSS ROAD ARDSLEY, NY 10502 | 12474 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD F & FRANCES W DOHERTY PO BOX 633 KENTFIELD, CA 94914 | 12644 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD F GAMAUF PO BOX 422 CHICAGO RIDGE, IL 60415 | 62343 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD F RESTER REV TRUST U/A/D 7-15-03 GERALD F RESTER TRUSTEE INDIAN RIVER ESTATES #E316 2400 INDIAN CREEK BLVD W VERO BEACH, FL 32966 | 9898 | Motors Liquidation Company | $33,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| GERALD FRANCO<br>CGM IRA CUSTODIAN<br>25 WOODVIEW DRIVE<br>PITTSBORO, IN 46167 | 6184 | Motors Liquidation Company | $11,562.56 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD G BERNA<br>1244 SOUTH 7TH AVENUE<br>WAUSAU, WI 54401 | 8840 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD G DARRENKAMP<br>2679 BEECH LANE<br>LANCASTER, PA 17601 | 15049 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD G WOLFSON ROTH IRA<br>GERALD G WOLFSON<br>3377 CALLE MARGARITA<br>ENCINITAS, CA 92024 | 15639 | Motors Liquidation Company | $50,286.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD GALLAGHER<br>10977 WILSHIRE BLVD 10TH FL<br>LOS ANGELES, CA 90024 | 9470 | Motors Liquidation Company | $43,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD GOULD<br>2520 HILLANDALE CIRCLE<br>CUMMING, GA 30041 | 69963 | Motors Liquidation Company | $9,210.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD J AND BETTY L MOLITOR<br>TTEES<br>18244 CHARRETTE CREEK ROAD<br>MARTHASVILLE, MO 63357 | 9441 | Motors Liquidation Company | $3,864.82 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD J CAIRNS TR<br>MARYANN CAIRNS TR<br>207 OSPREY VILLAS CT<br>MELBOURNE BEACH, FL 32951 | 2384 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD J KANTOR<br>ROBERTA E KANTOR<br>186 RUE MARSEILLE<br>KETTERING, OH 45429 | 6057 | Motors Liquidation Company | $10,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD J NEWBROUGH<br>13172 PINECREST LANE<br>CLIVE, IA 50325 | 19610 | Motors Liquidation Company | $7,522.35 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GERALD J WEIS SR<br>100 CHURCH DR<br>LA CROSSE, WI 54603 | 16487 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD J. CALI AND JUNE C CALI<br>GERALD J CALI AND<br>JUNE CALI JTWROS<br>7755 S.W. 185TH AVENUE RD<br>DUNNELLON, FL 34432 | 16179 | Motors Liquidation Company | $15,417.92 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD K MORRISON AND<br>FLO A MORRISON JT WROS<br>PO BOX 232<br>CENTER SQUARE<br>NEW BLOOMFLD, PA 17068 | 11649 | Motors Liquidation Company | $143,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD KIRT RUPLE<br>5955 PINKSTAFF<br>BEAUMONT, TX 77706 | 6555 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD KLEIN<br>22 OXION CIRCLE<br>PINEHURST, NC 28374 | 4098 | Motors Liquidation Company | $10,140.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD L BROTT<br>6951 EDEN TAP RD<br>KENNEDALE, TX 76060 | 16545 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD L DEHART, VERA DEHARD AND PAUL J MONTAGUE<br>4660 E M SS<br>CADILAC, MI 49601 | 61527 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD L MASS<br>122 MAPLE RIDGE DR<br>MADRID, IA 50156 | 17225 | Motors Liquidation Company | $22,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD L MASS<br>IRA STANDARD DATED 04/27/89<br>122 MAPLE RIDGE DRIVE<br>MADRID, IA 50156 | 17226 | Motors Liquidation Company | $13,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD L OAKS<br>CGM IRA ROLLOVER CUSTODIAN<br>692 BENNETTWOODS CT<br>CINCINNATI, OH 45230 | 69506 | Motors Liquidation Company | $23,807.59 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| GERALD L RADKE<br>32 HOLLY LANE<br>FAIR HAVEN, NJ 07704 | 49522 | Motors Liquidation Company | $119,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD LEITZES<br>ELIZABETH LEITZES<br>66 MOUNTAIN RD<br>IRVINGTON, NY 10533 | 5644 | Motors Liquidation Company | $15,900.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD LETSON<br>1722 N JONES RD<br>ESSEXVILLE, MI 48732 | 8073 | Motors Liquidation Company | $9,992.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD LEVY TRUST<br>GERALD LEVY TTEE<br>DTD 07/30/02<br>1426 SE 44TH ST<br>CAPE CORAL, FL 33904 | 2782 | Motors Liquidation Company | $7,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD M POGER<br>25 LADUE MANOR<br>ST LOUIS, MO 63124 | 60911 | Motors Liquidation Company | $17,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD P CORMAN LIVING TRUST<br>C/O GERALD P CORMAN<br>130 AMBLESIDE WAY<br>AMHERST, OH 44001 | 12444 | Motors Liquidation Company | $25,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD R RHOADS<br>11 DAISY LANE<br>BERNVILLE, PA 19506 | 69536 | Motors Liquidation Company | $7,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD RAY WOOD<br>5414 W WINDING DESERT DR<br>MARANA, AZ 85658 | 12633 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD S AND BRENDA A BROWN<br>11 LAKESHORE DRIVE<br>SHALIMAR, FL 32579 | 2185 | Motors Liquidation Company | $5,061.44 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD SCHWARTZ IRA<br>FCC AS CUSTODIAN<br>12190 CASTLE PINES ROAD<br>BOYNTON BEACH, FL 33437 | 15354 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| GERALD SHANNON IRA<br>ACT# 5733-6553<br>10369 CLAYTON ROAD<br>ST LOUIS, MO 63131 | 2210 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD SHEINDLIN<br>8477 BAY COLONY DR PH16<br><br>NAPLES, FL 34108 | 15109 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD SHERRIDAN<br>8477 BAY COLONY DR PH16<br><br>NAPLES, FL 34108<br>UNITED STATES OF AMERICA | 15087 | Motors Liquidation Company | $39,177.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD TALLO & HELENE E TALLO<br>HELENE E TALLO JT TEN<br>PO BOX 375<br>MONTAUK, NY 11954 | 11671 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD TODD<br>3234 SUSSEX WAY<br><br>VERO BEACH, FL 32966 | 7869 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD TUTTLE<br>PO BOX 22577<br><br>SEATTLE, WA 98122 | 17397 | Motors Liquidation Company | $1,050.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD W COLLIER<br>361 QUIAL DR<br><br>UKIAH, CA 95482 | 3230 | Motors Liquidation Company | $12,388.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD W GANDT & AMELIA J GANDT TTEES<br>GERALD & AMELIA GANDT FAMILY TRUST<br>709 ATHERTON DR<br>LODI, CA 95242 | 21021 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD W HEFTY TRUSTEE O/T<br>GERALD W HEFTY SURVIVORS TR<br>819 CARDOMOM CT<br>HENDERSON, NV 89015 | 19980 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GERALD W SMILOVITZ<br>REBECCA I SMILOVITZ TTEE<br>U/A/D 05-21-1985<br>FBO SMILOVITZ FAMILY TRUST<br>PO BOX 6235<br>SAN MATEO, CA 94403 | 6088 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALDINE BLUMENSCHEIN<br>1616 E 30TH AVE #121<br>SPOKANE, WA 99203 | 4474 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALDINE BYRUM<br>4621 RACE ST<br>PORTSMOUTH, VA 23707 | 69806 | Motors Liquidation Company | $18,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALDINE E BORDIERE<br>5481 ASBURY LAKE DR #36<br>CINCINNATI, OH 45247 | 18154 | Motors Liquidation Company | $21,338.94 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALDINE E MILLER<br>714 S SURF RD<br>OCEAN CITY, MD 21842 | 22897 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALDINE G ANDERSEN TTEE<br>SURV TR O/T ANDERSEN<br>FAM TR DTD 5/26/89<br>1703 HOPKINS<br>REDWOOD CITY, CA 94062 | 22576 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALDINE LOMBARDI<br>242 ANDOVER DR<br>WAYNE, NJ 07470 | 17937 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALDINE M BALLOTTI<br>208 RUTLEDGE RD<br>BELMONT, MA 02478 | 13282 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALDINE M MAKOWSKI TRUST<br>741 AYERS STREET<br>BOLINGBROOK, IL 60440 | 43348 | Motors Liquidation Company | $20,710.22 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GERALDINE MOLLEUR AND<br>LESLIE A MOLLEUR AND<br>CAROLYNN M MOLLEUR JTTEN<br>33 SQUIER STREET<br>PALMER, MA 01069 | 13061 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALDINE PERCIASEPE REV LIV TR<br>GERALDINE PERCIASEPE<br>863 SE SWEETBAY AVE<br>PORT ST LUCIE, FL 34983 | 5658 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALDINE RUSH<br>2650 N LAKEVIEW #3805<br>CHICAGO, IL 60614 | 1773 | Motors Liquidation Company | $24,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALDINE T COPELAND<br>1607 CORVALLIS TRL<br>ARLINGTON, TX 76006 | 6784 | Motors Liquidation Company | $49,400.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALDINE T. TERANISHI IRA<br>FCC AS CUSTODIAN<br>7587 DUKE WAY<br>SAN RAMON, CA 94583 | 18826 | Motors Liquidation Company | $21,115.72 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALDINE WOODY<br>12600 N PORT WASHINGTON RD<br>MEQUON, WI 53092 | 18540 | Motors Liquidation Company | $9,384.36 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERARD L BLENKLE<br>379 RUTLEDGE DR<br>YORKTOWN HTS, NY 10598 | 9723 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERARD MYERS<br>21890 HAINES<br>PORT CHARLOTTE, FL 33952 | 11109 | Motors Liquidation Company | $14,957.90 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERARD O'FARRELL<br>1 GREENWOOD COTTAGES<br>LAWSON WAY<br>SUNNINGDALE SL5 0LL ENGLAND<br>, | 20581 | Motors Liquidation Company | $38,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| GERARD O'FARRELL<br>1 GREENWOOD COTTAGES<br>LAWSON WAY<br>SUNNINGDALE SL50LL ENGLAND<br><br>GREAT BRITAIN | 20582 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERARD SCHULTHEIS<br>CAROLYN SCHULTHEIS JTWROS<br>P O BOX 299<br>NEW SUFFOLK, NY 11956 | 14548 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERARD WOODS TTEE<br>THE FCC PRODUCTS INC PS PLAN<br>DTD 12/31/85<br>106 NAYLON AVE<br>LIVINGSTON, NJ 07039 | 16001 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERARDI P LAMORTE<br>6 LEONARD RD<br><br>STAFFORD SPGS, CT 06076 | 9091 | Motors Liquidation Company | $3,676.14 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERD AND GISA BEINHAUER<br>WERNHALDENSTR 105<br>D-70184 STUTTGART GERMANY<br><br>GERMANY | 68914 | Motors Liquidation Company | $22,792.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERHARD A SCHEUCHER<br>228 HORIZON HILL<br><br>NEWNAN, GA 30265 | 19196 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERHARD HOF<br>SCHAFGARTENSTR 12<br>63579 FREIGERICHT GERMANY<br><br>GERMANY | 22950 | Motors Liquidation Company | $8,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERI LYNN LOMBARDI VEROLA<br>8 WINCHESTER DR<br><br>MUTTONTOWN, NY 11545 | 21798 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERMAINE / ERNIE WUESTENHAGEN<br>111 ROCHESTER DR<br><br>SHEBOYGAN FALLS, WI 53085 | 7398 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GERMAN PABLO COPPOLA<br>6286 SEABOURNE DR<br><br>HUNTINGTON BEACH, CA 92648 | 6649 | Motors Liquidation Company | $14,650.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEROGE HARMONICK REV LIVING TRUST<br>GEORGE & ETHEL HARMONICK, TTEES<br>109 6TH AVE N<br>HOPKINS, MN 55343 | 26950 | Motors Liquidation Company | $10,186.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERRY B DELTOFF & LAURENE M DELTOFF<br>3375 SOUTHHAMPTON DR<br><br>JEFFERSONTON, VA 22724 | 69481 | Motors Liquidation Company | $55,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERRY GILBERTSON<br>6216 HIDDEN LANE<br><br>SOUTH HAVEN, MN 55382 | 37333 | Motors Liquidation Company | $10,222.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERRY L MENDELSOHN<br>CGM IRA ROLLOVER CUSTODIAN<br>1512 PALISADE AVE,<br>APT 14 N<br>FORT LEE, NJ 07024 | 8084 | Motors Liquidation Company | $5,143.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERRY R COLEMAN TTEE<br>U/W BARBARA COLEMAN FBO LAWRENCE A COLEMAN III<br>C/O WHITENER CAPITAL MANAGEMENT, INC<br>PO BOX 7743<br>ROCKY MOUNT, NC 27804 | 15315 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERSON GOODMAN TTEE<br>G. GOODMAN REV LIV TRUST U/A<br>DTD 04/15/1997<br>10871-B LAKEMORE LANE<br>BOCA RATON, FL 33498 | 10225 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERSON ROTHMAN<br>208 PINE ST<br><br>PHILADELPHIA, PA 19106 | 4979 | Motors Liquidation Company | $11,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERT FISCHER<br>HELBIGHAINER WEG 8<br>KOENIGSTEIN 61462 GERMANY<br><br>GERMANY | 14184 | Motors Liquidation Company | $68,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 17

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GERTHA MELLON MERORES<br>249 EAST 48TH ST - APT 12D<br><br>NEW YORK, NY 10017 | 61985 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERTRUDE & OSCAR J PAQUETTE<br>2360 ALBERT ST #202<br>ROCKLAND ON K45 0C4<br>,<br>CANADA | 30964 | Motors Liquidation Company | $26,844.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERTRUDE A RAU<br>PO BOX 173<br><br>LINTON, ND 58552 | 20798 | Motors Liquidation Company | $40,004.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERTRUDE AND DAVID KAPLAN JT TEN<br>GERTRUDE KAPLAN<br>1024 HYTHE B<br>BOCA RATON, FL 33434 | 17167 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERTRUDE B KILBURN TTEE<br>F/T R W KILBURN & G B KILBURN<br>SURVIVORS TR DTD 3/8/90<br>18655 W BERNARDO DRIVE #318<br>SAN DIEGO, CA 92127 | 11943 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERTRUDE GALATI<br>8 ORCHARD AVE<br><br>BLASDELL, NY 14219 | 5790 | Motors Liquidation Company | $11,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERTRUDE GANS<br>6320 PINEHURST CIRCLE<br><br>TAMARAC, FL 33321 | 9286 | Motors Liquidation Company | $55,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERTRUDE M & GERALD F NUECHTERLEIN<br>C/O GERALD F NUECHTERLEIN<br>10680 ROEDEL<br>FRANKENMUTH, MI 48734 | 10573 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERTRUDE S HORNSTEIN<br>TOD DTD 08/15/2008<br>1003 EASTON RD APT 220C<br>WILLOW GROVE, PA 19090 | 2228 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERTRUDE STOKES<br>269 APPLE RIDGE BLVD<br><br>MAHWAH, NJ 07430 | 61996 | Motors Liquidation Company | $9,864.49 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| GERTRUDE WISCHENBARTH & FRANZ WISCHENBARTH<br>MS GERTRUDE WISCHENBARTH<br>HYRTLGASSE 4<br>8380 JENNERSDORF AUSTRIA<br><br>AUSTRIA | 69172 | Motors Liquidation Company | $12,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERY AND LOIS HOULIHAN REVOCABLE LIV TRUST<br>GERY & LOIS HOULIHAN TRUSTEES<br>22 BUENAVENTURA<br>RANCHO SANTA MARGARITA, CA 92688 | 19198 | Motors Liquidation Company | $83,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GETA M RICHMAN<br>5590 WILLOW VALLEY DR<br><br>W BLOOMFIELD, MI 48322 | 5836 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEVEVIEVE M PENNINGTON TRUST<br>C/O LISA HIGGINS TTEE<br>111 N CHURCH AVE<br>FAYETTEVILLE, AR 72701 | 12201 | Motors Liquidation Company | $25,388.45 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GHANSHYAM AMIN<br>3103 BECKENHAM CT<br><br>SILVER SPRING, MD 20906 | 31303 | Motors Liquidation Company | $2,064.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GHL INVESTMENTS LTD<br>325 WATER FRONT DRIVE<br>OMAR HODGE BLDG 2/F<br>WORKHAMS CAY<br>ROAD TOWN, TORTOLA, BRITISH VIRGIN ISLANDS<br><br>VIRGIN ISLANDS | 67997 | Motors Liquidation Company | $200,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GHOLSON FUNERAL HOME<br>ATTN: JEROME GHOLSON<br>500 S WASHINGTON<br>MCLEANSBORO, IL 62859 | 17099 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GIAN B A CAGGIANO<br>C/O CHARLES SCHWAB & CO INC CUST<br>GIAN B A CAGGIANO PSP KEOGH KE<br>525 W CLIFFORD ST<br>WINCHESTER, VA 22601 | 5947 | Motors Liquidation Company | $63,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GIAN B A CAGGIANO<br>CHARLES SCHWAB AND CO INC CUST<br>GIAN B A CAGGIANO MONEY PURCHA<br>525 W CLIFFORD ST<br>WINCHESTER, VA 22601 | 5948 | Motors Liquidation Company | $27,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GIANFRANCO MONGARDI AND INGE MONGARDI<br>203 TOWER BLOCK<br>DESA KUDALARI, 3<br>LORONG KUDA<br>50450 KUALA LUMPUR  MALAYSIA<br><br>MALAYSIA | 11034 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GILBERT B BOSSE & KATHERYNE K<br>BOSSE TTEE GILBERT B BOSSE<br>FAMILY CHARITABLE REMAINDER<br>UNITRUST U/A DTD 12/14/93<br>2450 HARBOURSIDE DR #234<br>LONGBOAT KEY, FL 34228 | 19712 | Motors Liquidation Company | $150,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GILBERT BERNSTEIN<br>39 VALLEY GREENS DR<br><br>VALLEY STREAM, NY 11581 | 20590 | Motors Liquidation Company | $898,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GILBERT GAVLIN TRUST<br>GILBERT GAVLIN TRUSTEE<br>GILBERT GAVLIN TRUST U/A DTD 4/15/97<br>6500 KENTON AVE<br>LINCOLNWOOD, IL 60712 | 12532 | Motors Liquidation Company | $80,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GILBERT GAVLIN TRUST<br>GILBERT GAVLIN TRUSTEE<br>GILBERT GAVLIN TRUST U/A DTD 4/15/97<br>6500 KENTON AVE<br>LINCONLWOOD, IL 60712 | 12533 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GILBERT J GUISLER<br>PO BOX 4187<br><br>HAILEY, ID 83333 | 8655 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GILBERT S LEIB AND<br>MELISSE LEIB JTWROS<br>12 CHIPPING LANE<br>NORWALK, CT 06854 | 14477 | Motors Liquidation Company | $10,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GILBERT SCHWARTZ<br>CHARLES SCHWAB & CO INC CUST<br>ROTH CONTRIBUTORY IRA<br>416 LAKEVIEW COURT<br>LANGHORNE, PA 19053 | 12079 | Motors Liquidation Company | $11,220.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GILBERT T DAVIS<br>PO BOX 786<br><br>CLEMMONS, NC 27012 | 6672 | Motors Liquidation Company | $12,500.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| GILBERT WILLIAM CULLEN<br>1549 MAPLE AVE<br><br>PAOLI, PA 19301 | 21462 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GILDA BEY<br>C/O MARC D MICELI ESQ<br>CARELLA BYRNE BAIN GILFILLAN ET AL<br>5 BECKER FARM ROAD<br>ROSELAND, NJ 07068 | 60286 | Motors Liquidation Company | $105,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GILDA G SIMEONI<br>3124 NESPER ST<br><br>PHILADELPHIA, PA 19152 | 8389 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GILES PLACE IRA<br>PO BOX 27<br><br>ULM, MT 59485 | 64489 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GIM REV TRUST<br>U/A DTD 09/30/1988<br>GEORGE A MICHAEL & IRENE F<br>MICHAEL TTEE<br>27592 CENAJO<br>MISSION VIEGO, CA 92691 | 23054 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GINA K TAPPAN<br>PHILIP A TAPPAN JT TEN<br>4903 E CRESTWOOD<br>LITTLE ROCK, AR 72207 | 4130 | Motors Liquidation Company | $200,080.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GINA M AND KEITH V STRACCHINO<br>10508 EAST CIMMARON DRIVE<br><br>SPOKANE VALLEY, WA 99206 | 18304 | Motors Liquidation Company | $15,367.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GINGER S KAPLAN TTEE<br>GINGER KAPLAN TRUST NO 1 EXEMP<br>U/A DTD 12/22/1992<br>5161 SAN FELIPE #320<br>HOUSTON, TX 77056 | 26510 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GINGERLEE TRUST, VIRGINIA L MERCHANT, TTEE<br>61 E LACEY OAK PKWY<br><br>KERRVILLE, TX 78028 | 11300 | Motors Liquidation Company | $10,316.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GINNA C DOWNING<br>516 PECAN LANE<br>BRADENTON, FL 34212 | 18753 | Motors Liquidation Company | $12,697.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GINO I PINEROLO<br>DOROTHY E PINEROLO<br>566 PORT BENDRES DR<br>PUNTA GORDA, FL 33950 | 23452 | Motors Liquidation Company | $4,987.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GISELA H KNOX<br>C/O G H KNOX<br>11727 E DE LA O RD<br>SCOTTSDALE, AZ 85255 | 7934 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GISELA HERSEY<br>17072 SE 93 YONDEL CIR<br>THE VILLAGES, FL 32162 | 8221 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GISELA S SIMON<br>740 WASHBURN ST<br>TEANECK, NJ 07666 | 65893 | Motors Liquidation Company | $15,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GIUSEPPE INNERKOFLER & MARIANNE INNERKOFLER<br>JOSEF INNERKOFLER<br>TAUERNSTR. 31<br>DE-47249  DUISBURG (DEUTSCHLAND)<br><br>GERMANY | 1232 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GIVEN, PAUL A<br>38 GREAT KAME<br>PLYMOUTH, MA 02360 | 12860 | Motors Liquidation Company | $20,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLADYS BALL<br>3364 BIG TREE RD<br>HAMBURG, NY 14075 | 15757 | Motors Liquidation Company | $60,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLADYS BLANKENHEIMER/KENNETH BLANKENHEIMER<br>50 BRIGHTON 1ST RD<br>APT 5BB<br>BROOKLYN, NY 11235 | 27022 | Motors Liquidation Company | $8,014.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLADYS CORDES<br>2550 BOXFORD LN<br>CORDOVA, TN 38016 | 13415 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| GLADYS E KOVICH<br>CGM IRA CUSTODIAN<br>407 MORNINGSIDE<br>MIDLAND, MI 48640 | 44107 | Motors Liquidation Company | $22,334.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLADYS E KOVICH<br>CGM IRA CUSTODIAN<br>407 MORNINGSIDE<br>MIDLAND, MI 48640 | 69380 | Motors Liquidation Company | $22,334.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLADYS F VIEHWEG<br>5100 GURENE DR<br>SALT LAKE CTY, UT 84117 | 12164 | Motors Liquidation Company | $27,816.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLADYS FISCHER<br>5 KITTY LANE<br>NEWARK, DE 19713 | 31145 | Motors Liquidation Company | $4,930.94 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLADYS GINART<br>4707 NW 7TH ST<br>APT 106 8<br>MIAMI, FL 33126 | 36104 | Motors Liquidation Company | $198,101.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLADYS GINART<br>4707 N-W 7 ST<br>APT 106-8<br>MIAMI, FL 33126 | 59740 | Motors Liquidation Company | $92,898.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLADYS J BAILE<br>62310 ARLINGTON CIR UNIT 5<br>SOUTH LYON, MI 48178 | 8667 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLADYS KUSTERER<br>199-14 23RD AVE<br>WHITESTONE, NY 11357 | 16103 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLADYS M. SWINEHART<br>255 N PORTAGE PATH #315<br>AKRON, OH 44303 | 16275 | Motors Liquidation Company | $6,144.08 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLADYS R JAMES TTEE<br>JAMES FAMILY MARITAL TRUST<br>18 COVENTRY DR<br>OROVILLE, CA 95966 | 9877 | Motors Liquidation Company | $11,388.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GLADYS SALEH REV TR UA 9/24/97<br>GLADY SALEH<br>3420 S OCEAN BLVD APT 8R<br>HIGHLAND BEACH, FL 33487 | 17256 | Motors Liquidation Company | $51,456.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLADYS SOMMERS<br>12 STOCKTON COURT<br>EAST BRUNSWICK, NJ 08816 | 17970 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLADYS V SCHIPPEL, TTEE; SHARON K, MALONE, TTEE<br>GLADY V SCHIPPEL<br>5000 PROVIDENCE DR APT 319<br>SANDUSKY, OH 44870 | 14190 | Motors Liquidation Company | $19,251.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLEM E LABUDA &<br>PAMELA M LABUDA CO-TTEE<br>LABUDA FAMILY TR UAD 3/16/05<br>3440 LAKEVIEW DR SE<br>WINTER HAVEN, FL 33884 | 7585 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLEN & ELOISE HELMS<br>813 N SPENCE AVE<br>GOLDSBORO, NC 27534 | 2389 | Motors Liquidation Company | $2,433.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLEN BJORKLUND<br>& BETTY BJORKLUND JTTEN<br>2100 SILVER LAKE RD APT 237<br>SAINT PAUL, MN 55112 | 18931 | Motors Liquidation Company | $49,948.30 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLEN BJOURKLAND & BETTY BJOURKLAND<br>2100 SILVER LAKE RD NW<br>APT 237<br>NEW BRIGHTON, MN 55112 | 5940 | Motors Liquidation Company | $49,948.30 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLEN C AND GWENDOLYN B DRAKE<br>GLEN C DRAKE & GWENDOLYN B DRAKE JN/TEN<br>21239 CROSS KEYS ROAD<br>NEWSOMS, VA 23874 | 15570 | Motors Liquidation Company | $9,998.08 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLEN EDWARD BRYANT SR &<br>MILDRED WARRINGTON<br>BRYANT TTEES BRYANT<br>FAMILY TR UAD 10/28/92<br>17 1/2 EDGEWOOD CIRCLE<br>WEST HELENA, AR 72390 | 29483 | Motors Liquidation Company | $1,450.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-First Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GLEN R FAULHABER & ANNETTE M FAULHABER JT TEN<br>110 MYRNA DR<br><br>GOLDSBORO, NC 27534 | 5709 | Motors Liquidation Company | $26,031.10 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLEN SAUDEK<br>6021 FOUNTAIN PARK LANE #1<br><br>WOODLAND HILLS, CA 91367 | 16004 | Motors Liquidation Company | $21,322.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLEN W & LEORA D BEAM<br>THE BEAM FAMILY TRUST TTEE 9/17/96<br>18829 N 12TH AVE<br>PHOENIX, AZ 85027 | 12011 | Motors Liquidation Company | $41,960.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLEN W & NOVA B COTTRALL<br>12010 E 78TH TERR<br><br>KANSAS CITY, MO 64138 | 1187 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLENDA BAILEY<br>5201 FAIRWAY AVE<br># APT 29<br>N LITTLE ROCK, AR 72116 | 19377 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLENDA BAILEY<br>5201 FAIRWAY AVE<br>APT 29<br>N LITTLE ROCK, AR 72116 | 19378 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLENDA R MOCEKI<br>DESIGNATED BENE PLAN/TOD<br>6525 BARRIE<br>DEARBORN, MI 48126 | 22003 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLENDA R MOCERI<br>DESIGNATED BENE PLAN/TOD<br>6525 BARRIE ST<br>DEARBORN, MI 48126 | 22004 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLENN BUCCI &<br>DIANE BUCCI JT TEN<br>78 BLACK DUCK RD<br>PAWLEYS ISL, SC 29585 | 5024 | Motors Liquidation Company | $200,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLENN C HOAGLUND<br>PO BOX 55691<br><br>PHOENIX, AZ 85078 | 18692 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GLENN D PFEFFER<br>EXECUTOR OF TRUST FOR JOSEPH PFEFFER<br>3147 FOREST HILL SCHOOL RD<br>MILLSTADT, IL 62260 | 68609 | Motors Liquidation Company | $20,199.79 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLENN D PFISTER<br>JUDY M PFISTER<br>11 SHADY BROOK CT<br>HILLSBOROUGH, NJ 08844 | 21111 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLENN D SHAFER<br>7059 NW 22ND ST<br>ANKENY, IA 50023 | 10242 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLENN E BRIEL & VIVIAN M BRIEL<br>10707 FAIRMOUNT RD<br>LOUISVILLE, KY 40291 | 11901 | Motors Liquidation Company | $65,103.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLENN G. HUGHES<br>22302 PARK POINT DR<br>KATY, TX 77450 | 15387 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLENN H LARSON<br>112033 HIDDEN CREEK PLACE<br>CHASKA, MN 55318 | 11958 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLENN H MALLORY TTEE<br>MALLORY PETROLEUM SERVICES<br>MPP DTD 10/13/87<br>5503 FM 914<br>STEPHENVILLE, TX 76401 | 5084 | Motors Liquidation Company | $22,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLENN L TOLE<br>4416 MONTEGO<br>WICHITA FALLS, TX 76308 | 4566 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLENN M AND DIANA B THOMPSON<br>120 SAPPHIRE COURT<br>MANKATO, MN 56001 | 7315 | Motors Liquidation Company | $64,505.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLENN M HINZE<br>1228 N 30TH ST<br>SHEBOYGAN, WI 53081 | 2677 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| GLENN PFEFFER & CAROLYN PATTERSON TTEES<br>PFEFFER FAMILY TRUST UAD 5/20/05<br>515 PFEFFER DR<br>COLUMBIA, IL 62260 | 68608 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLENN R POST<br>12780 N CO HWY 9<br>LEWISTOWN, IL 61542 | 17860 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLENN W FOWLER (BASIC)<br>122 VIA ORVIETO<br>NEWPORT BEACH, CA 92633 | 44235 | Motors Liquidation Company | $50,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLENN W TUELLER MD<br>FCC AS CUSTODIAN<br>SEGREGATED IRA ROLLOVER<br>3917 MERIDIAN POINT COURT<br>LAS VEGAS, NV 89147 | 19284 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLENNA HULETT<br>PO BOX 64<br>CAMDENTON, MO 65020 | 8234 | Motors Liquidation Company | $4,094.80 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLENWOOD D MCNEIL<br>2811 MAURER RD<br>CHARLOTTE, MI 48813 | 12990 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLENWOOD Q VAUGHN & LARRY E VAUGHN<br>261 VARLEY LANE<br>MARTINSVILLE, VA 24112 | 2359 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLOBAL IMPORT CORPORATION<br>ATTN MIGUEL DOSAL<br>EPS I-5938<br>PO BOX 025488<br>MIAMI, FL 33102 | 13063 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLOE FAMILY TRUST<br>ROBERT E GLOE & MARJORY L GLOE TR<br>6740 FOREST LAKE PL<br>LINCOLN, NE 68516 | 4061 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLORIA  BASS<br>21384 GREENWOOD CT<br>BOCA RATON, FL 33433 | 5090 | Motors Liquidation Company | $24,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GLORIA A LINVILLE<br>268 N 250 W<br><br>VEEDERSBURG, IN 47987 | 21505 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLORIA B NORTON<br>8135 MIDDLE FORK LANE<br><br>JACKSONVILLE, FL 32256 | 12760 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLORIA B SCHALL<br>SAMUEL M SCHALL<br>1831 MISSION HILLS RD APT 104<br>NORTHBROOK, IL 60062 | 69540 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLORIA B. NORTON<br>8135 MIDDLE FORK LANE<br><br>JACKSONVILLE, FL 32256 | 1229 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLORIA CASELLA<br>DESIGNATED BENE PLAN/TOD<br>9460 THUNDERBIRD PL<br>SAN RAMON, CA 94583 | 61889 | Motors Liquidation Company | $1,423.14 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLORIA E GEBBIA & RICHARD S GEBBIA<br>JT TEN<br>25131 BUTTERFIELD RD<br>HIDDEN HILLS, CA 91302 | 37132 | Motors Liquidation Company | $22,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLORIA F ANDERSON REVOC TRUST<br>GLORIA F ANDERSON TTEE<br>THE FOUNTAINS<br>3530 DAMIEN   SPACE 281<br>LA VERNE, CA 91750 | 5286 | Motors Liquidation Company | $10,205.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLORIA G BROOKS LIVING TRUST<br>GLORIA G BROOKS TTEE, LEON M BROOKS TTEE<br>U/A DTD 5/4/00<br>6121 POINTE REGAL CIRCLE, APT 310<br>DELRAY BEACH, FL 33484 | 12353 | Motors Liquidation Company | $20,100.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLORIA GENTILE<br>259 ELMTREE RD<br><br>NEW KENSINGTON, PA 15068 | 17340 | Motors Liquidation Company | $27,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| GLORIA L OGLE TTEE<br>GLORIA L OGLE REV TRUST<br>U/A DTD 08/10/98<br>18934 AVENUE BIARRITZ<br>LUTZ, FL 33558 | 9300 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLORIA M PALESTRINI<br>1399 ACKERSON BLVD<br>BAYSHORE, NY 11706 | 17470 | Motors Liquidation Company | $355,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLORIA MILLER<br>GLORIA MILLER TTEE<br>SHERMAN MILLER TTEE<br>513 S BURLINGAME AVE<br>LOS ANGELES, CA 90089 | 9920 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLORIA MILLER<br>SHERMAN MILLER<br>513 S BURLINGAME AVE<br>LOS ANGELES, CA 90049 | 10029 | Motors Liquidation Company | $6,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLORIA MILLER TTEE<br>SHERMAN MILLER TTEE<br>MILLER FAMILY TRUST<br>513 S BURLINGAME<br>LOS ANGELES, CA 90049 | 9921 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLORIA MILLER TTEE<br>MILDRED WARNER TRUST<br>513 S BURLINGAME AVE<br>LOS ANGELES, CA 90049 | 10026 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLORIA O ROTE<br>136 SARONA CIRCLE<br>ROYAL PALM BEACH, FL 33411 | 20592 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLORIA R MARKEL<br>7910 WEST HIGHWAY 40<br>COLUMBIA, MO 65202 | 30841 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLORIA R WHITESMAN TRUST<br>GLORIA R WHITESMAN TTEE UA DTD<br>1/21/1992<br>12770 WATERFORD CIR APT 136<br>FORT MYERS, FL 33919 | 15845 | Motors Liquidation Company | $19,810.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GLORIA SHERWOOD REVOCABLE TR GLORIA SHERWOOD TTEE U/A DTD 12/23/1996 (STOCK ACCOUNT) 2131 CENTURY PARK LN UNIT #112 LOS ANGELES, CA 90067 | 36771 | Motors Liquidation Company | $100,163.89 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLORIA T VILLEGAS 8946 RIVERWOOD DR PLACERVILLE, CA 95667 | 61100 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLORIA WATLINGTON 751 WESTOVER RD COLUMBIA, SC 29210 | 11938 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLORIA Y LEBRUN R/O IRA FCC AS CUSTODIAN 7 WOODCHUCK LN SOMERSWORTH, NH 03878 | 13958 | Motors Liquidation Company | $9,800.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GOEMAERE C. / HAUBE P C/O HAUBE, PIERRE HENRI AVENUE DE LA HOUSSIERE 178 7090 BRAINE LE COMTE  BELGIUM BELGIUM | 43288 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GOLDIE FIALKOW IRA 10851 PALM LAKE AVE APT 101 BOYNTON BEACH, FL 33437 | 15985 | Motors Liquidation Company | $6,690.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GOLDIE MORSE 1400 OLD COUNTRY RAD SUITE 302 WESTBURY, NY 11590 | 11042 | Motors Liquidation Company | $54,635.66 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GOMEZ HOLDINGS INC PO BOX 194242 SAN JUAN, PR 00919 | 15271 | Motors Liquidation Company | $452,650.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GONALD ERMEL 924 ROBERTS RD BENSALEM, PA 19020 UNITED STATES OF AMERICA | 61937 | Motors Liquidation Company | $36,002.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GONDY RAO<br>GONDY JHANSI RATNAN<br>2863 TURTLE CREEK DR<br>EAST LANSING, MI 48823 | 16957 | Motors Liquidation Company | $35,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GORDON & CAROL DEBRUINE<br>955 IOWA HEIGHTS RD<br>SEDRO WOOLLEY, WA 98284 | 5467 | Motors Liquidation Company | $127,781.86 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GORDON BAIRD WHITE<br>307 LAGUNA VISTA<br>ALAMEDA, CA 94501 | 32835 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GORDON BLANKENSHIP<br>TOD GREG BLAKENSHIP<br>TOD JEFF BLAKENSHIP<br>TOD LINDA BLANKENSHIP<br>201 S 33RD APT 310<br>MUSKOGEE, OK 74401 | 20019 | Motors Liquidation Company | $45,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GORDON DEVORKIN<br>7815 N REGENT ROAD<br>MILWAUKEE, WI 53217 | 21234 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GORDON E BLEICH LIVING TRUST<br>U/A/D 10 22 98<br>GORDON E BLEICH &<br>CAROL L BLEICH TRUSTEES<br>9030 CEDAR CREEK DR<br>BONITA SPRINGS, FL 34135 | 16767 | Motors Liquidation Company | $22,811.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GORDON F LINDHOLM<br>SOUTHWEST SECURITIES INC<br>1425 W 28TH APT 411<br>MINNEAPOLIS, MN 55408 | 23269 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GORDON FAMILY TRUST TR<br>AURTHUR J GORDON TTEE<br>RUTH R GORDON TTEE U/A DTD 11/25/1996<br>1235 RIMPAU BLVD<br>LOS ANGELES, CA 90019 | 20243 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GORDON H MANSER<br>24224 E 3RD AVE<br>LIBERTY LAKE, WA 99019 | 5444 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GORDON J PARSONS<br>PATRICIA PARSONS<br>1598 ROOD POINT RD<br>MUSKEGON, MI 49441 | 2476 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GORDON KEITH SHIPP TTEE SHIPP FAMILY TRUST<br>GORDON KEITH SHIPP<br>WYONA Y SHIPP<br>7041 E ROSEWOOD ST<br>TUCSON, AZ 85710 | 11604 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GORDON KEITH SHIPP TTEE SHIPP FAMILY TRUST<br>WYONA Y SHIPP<br>7041 E ROSEWOOD ST<br>TUCSON, AZ 85710 | 11605 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GORDON LOEWEN INC<br>SUITE 100<br>944 PROSPECT AVENUE<br>VANCOUVER BC V7R 2M4<br>CANADA<br><br>CANADA | 13145 | Motors Liquidation Company | $25,668.58 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GORDON O SCHETTLER<br>FAMILY PARTNERSHIP<br>GORDON O & DOROTHY W SCHETTLER<br>GENERAL PARTNERS<br>1500 DEVONSHIRE DR<br>SALT LAKE CTY, UT 84108 | 9861 | Motors Liquidation Company | $156,570.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GORDON O. SCHETTLER<br>1500 DEVONSHIRE DR<br>SALT LAKE CTY, UT 84108 | 9860 | Motors Liquidation Company | $153,376.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GORDON P AND ELIZABETH HODGE JTWROS<br>2320 TRUSSELL ROAD<br>ALEXANDER CITY, AL 35010 | 11935 | Motors Liquidation Company | $44,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GORDON P GUNN<br>2350 HWY 297A<br>CANTONMENT, FL 32533 | 36057 | Motors Liquidation Company | $75,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GORDON R YEICH<br>2607 MOSELEM SPRINGS RD<br>FLEETWOOD, PA 19522 | 7681 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| GORDON R YEICH & SALLIE A YEICH JT TEN 2607 MOSELEM SPRINGS ROAD FLEETWOOD, PA 19522 | 7682 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GORDON TILSON EVELYN M TILSON W 4422 CROSSCUT RD DEER PARK, WA 99006 | 18675 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GORDON W & MARGARET N BOYLES GORDON W BOYLES 1026 SHADY LANE DR ORLANDO, FL 32804 | 62779 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GORDON W BRINKS ROTH IRA GORDON W BRINKS 3756 WINDSOR HILL DR HUDSONVILLE, MI 49426 | 8183 | Motors Liquidation Company | $669.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GORDON W PALMER 813 N TALL TREE LANE GAYLORD, MI 49735 | 5677 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GORDON W RADDATZ 1225 N EAGLE ST OSHKOSH, WI 54902 | 2215 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GORDY Y WAHLGREN 505 LAKE STREET MT HOREB, WI 53572 | 9824 | Motors Liquidation Company | $10,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GRACE & VINCENT MANNINO VINCENT MANNINO 140 SEAVIEW CT UNIT 1802N MARCO ISLAND, FL 34145 | 9665 | Motors Liquidation Company | $9,550.53 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GRACE C STAMM TTEE (REV TRST) 24 KENT AVE BETHANY BEACH, DE 19930 | 4225 | Motors Liquidation Company | $12,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GRACE DARLINE DYE PO BOX 4870 PALOS VERDES ESTATES, CA 90274 | 23285 | Motors Liquidation Company | $10,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GRACE ELLEN DAVIS<br>5585 BUCKBOARD TRAIL<br><br>FLAGSTAFF, AZ 86004 | 21802 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GRACE G GELLER SEPERATE PROP<br>GRACE E GELLER TRUSTEE<br>8880 EVANVIEW DR<br>LOS ANGELES, CA 90069 | 12594 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GRACE H. SOLT<br>555 OLD PLANTATION ROAD<br><br>JEKYLL ISLAND, GA 31527 | 11850 | Motors Liquidation Company | $9,853.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GRACE HANSEN TTEE<br>GRACE HANSEN LIVING TRUST<br>UA DTD 07/19/01<br>8749 SW 92ND LN UNIT D<br>OCALA, FL 34481 | 11216 | Motors Liquidation Company | $31,215.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GRACE L NORMAN TTEE<br>NORMAN FAMILY LIVING TRUST U/A<br>DTD 09/10/1991<br>7664 KILRUSH AVENUE<br>DUBLIN, CA 94568 | 28422 | Motors Liquidation Company | $21,277.23 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GRACE LEVITAN<br>APT C3<br>2519 WALLACE AVE<br>LOUISVILLE, KY 40205 | 8769 | Motors Liquidation Company | $5,135.25<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GRACE M BENNETT<br>CGM IRA CUSTODIAN<br>255 MILLSTONE RD<br>PERRINEVILLE, NJ 08535 | 19865 | Motors Liquidation Company | $110,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GRACE M MEINECKE REV LIV TRUST<br>C/O GRACE M MEINECKE<br>1695 S PORTSMOUTH ROAD<br>SAGINAW, MI 48601<br>UNITED STATES OF AMERICA | 14556 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GRACE MARY COKER<br>4216 LOOKOUT ROAD<br><br>VIRGINIA BEACH, VA 23455 | 14417 | Motors Liquidation Company | $271.80 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GRACE O BECKER<br>15 PRAIRIE RD<br><br>HUNTINGTN STA, NY 11746 | 17846 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GRACE S MILLER<br>404 CHADWICK CIRCLE<br><br>HELENA, AL 35080<br>UNITED STATES OF AMERICA | 23659 | Motors Liquidation Company | $1,050.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GRACE S. MILLER<br>404 CHADWICK CIRCLE<br><br>HELENA, AL 35080<br>UNITED STATES OF AMERICA | 23658 | Motors Liquidation Company | $8,716.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GRACE SCHUETTNER<br>TOD BENEFICIARIES ON FILE<br>8161 WHITBURN DR APT 8<br>CLAYTON, MO 63105 | 11367 | Motors Liquidation Company | $20,215.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GRACE T MEYER AND<br>HEINZ MEYER JTWROS<br>642 ROBERGE DR<br>RIVER VALE, NJ 07542 | 29459 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GRACE TOLSON AND CHALMER TOLSON<br>GRACE KATHARINE TOLSON AND CHALMER TOLSON JTWROS<br>PO BOX 496<br>WOODCARE, CA 94973 | 20072 | Motors Liquidation Company | $6,236.90 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GRACE UPSHAW<br>368 GREENWAY PLACE<br><br>MEMPHIS, TN 38117 | 5344 | Motors Liquidation Company | $9,525.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GRAND LODGE OF THE ORDER OF THE SONS<br>C/O HARRY WERLAND<br>P.O. BOX 1941<br>SAN ANTONIO, TX 78297 | 50644 | Motors Liquidation Company | $1,483,668.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GRANT H RATKOVIC<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>1609 WELLESLEY AVE<br>SAN MATEO, CA 94403 | 6087 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-First Omnibus Objection

## Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GRANT LANDIS<br>21611 N 158TH DR<br><br>SUN CITY WEST, AZ 85375<br>UNITED STATES OF AMERICA | 62888 | Motors Liquidation Company | $33,166.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GRANT OMAR SEFA TRUST<br>207 THURBER ST<br><br>FENTON, MI 48430 | 7629 | Motors Liquidation Company | $51,637.26 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GRANT W EISNER<br>6412 AVONDALE DR<br>SUITE 200<br>NICHOLS HILLS, OK 73116 | 4436 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GRAVES FAMILY LIVING TRUST U/A DATED 7/21/00<br>STEVEN T GRAVES<br>1040 LAFOREST DR SE<br>NORTH BEND, WA 98045 | 31448 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GRAY, ETTA L<br>22680 LOGUE AVE<br><br>WARREN, MI 48091 | 9211 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GREER EVANS<br>3311 SANDERLING TRAIL<br><br>AUSTIN, TX 78746 | 1828 | Motors Liquidation Company | $657.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GREG OLIVER IRA<br>18618 BROOKWOOD FOREST<br><br>SAN ANTONIO, TX 78258<br>UNITED STATES OF AMERICA | 17805 | Motors Liquidation Company | $2,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GREG VOPAL<br>274 VIEW POINT LANE<br><br>WHEELING, WV 26003 | 25399 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GREGG GILDEN<br>C/O MARK GILDEN<br>11 KATHY COURT<br>MARLBORO, NJ 07746 | 7635 | Motors Liquidation Company | $2,064.11<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GREGORIO A CONCON &/OR ESTHER A CONCON<br>PO BOX 952<br>CASTLE HILL, NSW 1765, AUSTRALIA<br><br>AUSTRALIA | 888 | Motors Liquidation Company | $1,134,802.78 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GREGORIO A CONCON &/OR ESTHER A CONCON<br>PO BOX 952<br>CASTLE HILL NSW 1765 AUSTRALIA<br>,<br>AUSTRALIA | 12101 | Motors Liquidation Company | $1,134,802.78 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GREGORIO A CONCON AND/OR ESTHER A CONCON<br>PO BOX 952<br>CASTLE HILL NSW 1765 AUSTRALIA<br><br>AUSTRALIA | 762 | Motors Liquidation Company | $1,134,802.78 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GREGORY CHAO<br>113 DEBUSSY TER<br><br>SUNNYVALE, CA 94087 | 13044 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GREGORY COHAN<br>JILL SIMPSON TTEE<br>PO BOX 229<br>450 TILTON RD<br>NORTHFIELD, NJ 08225 | 28729 | Motors Liquidation Company | $11,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GREGORY DRIES &<br>NANCY DRIES JT TEN<br>1206 HUNT SEAT DRIVE<br>LOWER GWYNEDD, PA 19002 | 16412 | Motors Liquidation Company | $1,305.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GREGORY E LUCAS<br>7 PLEASANT VIEW COVE<br><br>LISBON, CT 06351 | 22777 | Motors Liquidation Company | $130,946.40 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GREGORY FERNANDES AND<br>VALERIE FERNANDES JTWROS<br>72 LESTER ST.<br>STATEN ISLAND, NY 10314 | 22408 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GREGORY FRIEL<br>1243 GARDEN STREET<br><br>HOBOKEN, NJ 07030 | 7560 | Motors Liquidation Company | $32,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GREGORY G OWENS<br>WEDBUSH MORGAN SEC CTDN<br>IRA CONT 05/01/95<br>13811 BLOSSOM RIDGE<br>BAKERSFIELD, CA 93306 | 8136 | Motors Liquidation Company | $6,417.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GREGORY GOVEN<br>4776 MANITOU ROAD<br>TONKA BAY, MN 55331<br>UNITED STATES OF AMERICA | 59756 | Motors Liquidation Company | $68,575.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GREGORY HEINMILLEN<br>NANCI HEINMILLEN<br>720 NE LAKE VIEW TERR<br>BOCA RATON, FL 33431 | 15984 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GREGORY J GROSHAN<br>CHARLES SCHWAB & CO INC CUST<br>SEP-IRA<br>512 HONEY LOCUST LN<br>PONTE VEDRA BEACH, FL 32082 | 28237 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GREGORY J PARISI<br>CGM IRA ROLLOVER CUSTODIAN<br>600 OLD COUNTRY ROAD<br>SUITE 410<br>GARDEN CITY, NY 11530 | 12328 | Motors Liquidation Company | $36,112.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GREGORY M KARR<br>35 KISKA RD<br>SAN FRANCISCO, CA 94124 | 9676 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GREGORY P CANELL PROFIT SHARING PLAN - REX WEST INSURANCE AGENCY<br>GREGORY P CANELL<br>15 BAR HARBOUR RD #6D<br>SCHAUMBURG, IL 60193 | 2329 | Motors Liquidation Company | $37,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GREGORY P GDOWSKI &<br>SUSAN E GDOWSKI CO-TRUSTEES<br>GREGORY GDOWSKI LIVING TRUST<br>U/A/D 10/06/99<br>882 INGRAM PLACE<br>DES PLAINES, IL 60016 | 7906 | Motors Liquidation Company | $1,304.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GREGORY P HNATIO<br>GROWTH STRATEGY<br>30025 FAIRFAX ST<br>SOUTHFIELD, MI 48076 | 27115 | Motors Liquidation Company | $16,001.49 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| GREGORY PRICE ROTH IRA<br>FCC AS CUSTODIAN<br>8074 WALDORF CT<br>ORLANDO, FL 32817 | 62095 | Motors Liquidation Company | $2,655.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GREGORY SARAYDAR<br>315 ARTHUR AVENUE<br>ENGLEWD CLFS, NJ 07632 | 7173 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GREGORY W PASIER<br>11320 S KOLBE CIRCLE<br>CYPRESS, TX 77429 | 12858 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GRENVILLE M JORDAN<br>2619 MT ST HELENS PL S<br>SEATTLE, WA 98112 | 30701 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GRESA ASSOCICATES INC<br>UAD 06/06/79<br>IRA MARGOLIES & BARBARA MARGOLIE TTEES<br>141 HARVARD AVE<br>ROCKVILLE CTR, NY 11570 | 4111 | Motors Liquidation Company | $6,115.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GRETCHEN ANNE BOOSINGER &<br>GRETCHEN CAWTHON JT WROS<br>409 PALM TREE DR<br>BRADENTON, FL 34210 | 11625 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GRETCHEN D HUSTON REV TRUST<br>DTD 1/6/05<br>GRETCHEN D HUSTON TTEE<br>9059 MORNING STAR TRAIL<br>SAINT LOUIS, MO 63126 | 30863 | Motors Liquidation Company | $353.76 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GRETCHEN G TALLEY<br>218 GRANADA WAY<br>TRACY, CA 95376 | 11102 | Motors Liquidation Company | $35,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GRETCHEN L BECKER<br>3711 BRUNSWICK AVE NO<br>MINNEAPOLIS, MN 55422 | 12310 | Motors Liquidation Company | $21,193.20 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GRETCHEN PARR<br>7023 FAIRMONT<br>EL CERRITO, CA 94530 | 30828 | Motors Liquidation Company | $4,996.18 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-First Omnibus Objection

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GREYDON A RHODES & ANITA RHODES JT TEN 47 HILLSIDE RD CHESTER, NJ 07930 | 49584 | Motors Liquidation Company | $25,025.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GRISE FAMILY TRUST DTD COLLEEN A KINOPETZKE / TERESA R THOMPSON PO BOX 3053 COLUMBIA FALLS, MT 59912 | 63487 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GROSSI REAL PROPERTY LLC 524 N MAIN ST FRANKENMUTH, MI 48734 | 8938 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GROVER F DELLINGER TRUST ELAYNE G. DELLINGER TRUSTEE 5 BLUE MTN. CT IRMO, SC 29063 | 14122 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GROWERS CHEMICAL CORPORATION PO BOX 1750 MILAN, OH 44846 | 31477 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GRUNDSTROM FAMILY LIVING TRUST 10804 FLAGSTONE CT DENTON, TX 76207 | 10005 | Motors Liquidation Company | $30,891.15 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GUAN SENG HANG LTD ROOM 2107 CHINA INSURANCE GROUP BLDG 141 DES VOEUX ROAD CENTRAL HONG KONG HONG KONG, CHINA | 60797 | Motors Liquidation Company | $300,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GUANG PENG MAI 1667 35TH AVE SAN FRANCISCO, CA 94122 | 8763 | Motors Liquidation Company | $75,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GUARD GROUP 6410 NW 82ND AVE # 0037 # 0037 PMB 0037 MIAMI, FL 33166 | 13753 | Motors Liquidation Company | $130,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GUARD GROUP<br>64010 NW 82 ND AVE 0#0037<br><br>MIAMI, FL 33166<br>UNITED STATES OF AMERICA | 15277 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GUBRUD FAMILY TRUST<br>LINDA CLERC<br>1920 KNALLWOOD DR<br>FAIRMONT, MN 56031 | 37331 | Motors Liquidation Company | $5,048.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GUDRUN STACHEL<br>TOD DTD 08/06/2007<br>120 WEST CHURCH<br>WAUCONDA, IL 60084 | 17545 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GUENTHER J FRIEDL<br>13744 CHARISMATIC WAY<br><br>GAINESVILLE, VA 20155 | 3167 | Motors Liquidation Company | $25,631.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GUIDO SABELLA B771008998<br>C/O OPPENHEIMER & CO INC<br>63 KERCHEVAL AVE STE 300<br>GROSSE POINTE FARMS, MI 48236 | 14443 | Motors Liquidation Company | $75,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GUIDO SABELLA B771008998<br>C/O OPPENHEIMER & CO INC<br>63 KERCHEVAL AVE STE 300<br>GROSSE POINTE FARMS, MI 48236 | 14444 | Motors Liquidation Company | $152,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GUILIO CIANCI<br>14 TIDEWAY LANE<br><br>EAST NORTHPORT, NY 11731 | 13385 | Motors Liquidation Company | $6,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GUILLERMO A DOMINGUEZ<br>8567 CORAL WAY # 345<br><br>MIAMI, FL 33155 | 28559 | Motors Liquidation Company | $9,907.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GUILLERMO M YEATTS (SMITH BARNEY - CITIBANK PERSONAL WEALTH MGT)<br>CHUBUT 1769<br>SAN ISIDRO 1642<br>BUENOS AIRES ARGENTINA<br><br>ARGENTINA | 65588 | Motors Liquidation Company | $28,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| GUJU HOLDING LTD<br>MR GUSTAV DIESTEL<br>FLAT J. 4/F GRENVILLE HOUSE<br>1-3 MAGAZINE GAP RD<br>HONG KONG<br><br>HONG KONG, CHINA | 18024 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GUL SEDEN WINES<br>(MS) GUL SEDEN WINES<br>2 WASH SQ VILG APT 4-0<br>NEW YORK, NY 10012<br>UNITED STATES OF AMERICA | 14538 | Motors Liquidation Company | $10,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GUNNAR H ANDERSON JR<br>2 VIRGINIA LN<br><br>NEW HARTFORD, NY 13413 | 22530 | Motors Liquidation Company | $65,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GUNTER HEUBACH<br>JOHANNESSTR 89<br>D73614 SCHORNDORF GERMANY<br><br>GERMANY | 6725 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GUNTHER KIRCHHEIMER<br>940 HENRIETTA AVE<br><br>HUNTINGDON VALLEY, PA 19006 | 5197 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GUNVAR SORENSON REV LIVING TRUST<br>GUNVAR SORENSON<br>4812 156TH PLACE SW<br>EDMONDS, WA 98026 | 17546 | Motors Liquidation Company | $6,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GUOZHONG SUN<br>7394 WILDFLOWER WAY<br><br>CUPERTINO, CA 95014 | 7638 | Motors Liquidation Company | $75,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GUS M IRANI<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>41143 CALLA LILY ST<br>FORT MILL, SC 29707 | 5720 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GUSTAF ISAKSSON TTEE<br>GUSTAF E ISAKSSON IRREV TR U/A<br>DTD 05/29/1996<br>121 LAKE LATIMER COVE NE<br>KENNESAW, GA 30144 | 61387 | Motors Liquidation Company | $10,006.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GUSTAV K NETAL<br>49 COUNTRY LANE<br><br>ROLLING HILLS EST, CA 90274<br>UNITED STATES OF AMERICA | 58909 | Motors Liquidation Company | $15,451.20 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GUSTAVE A & ROSALIE M JOHNSON<br>GUSTAVE A JOHNSON & ROSALIE M JOHNSON JT/WROS<br>2713 PINE VALLEY LANE<br>ARDMORE, PA 19003 | 3042 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GUSTAVE A JOHNSON &<br>ROSALIE M JOHNSON JT TEN<br>2713 PINE VALLEY LN<br>ARDMORE, PA 19003 | 3041 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GUSTAVE ROGERS<br>LORRAINE ROGERS JT TEN<br>520 DORAL DRIVE<br>WILLIAMSTOWN, NJ 08094 | 17589 | Motors Liquidation Company | $19,145.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GUY & AMOLEE WEATHERLY REV TR<br>GUY AND AMOLEE WEATHERLY<br>PO BOX 68<br>LONE PINE, CA 93545 | 13135 | Motors Liquidation Company | $49,870.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GUY & JUANITA RAMSAUR<br>PO BOX 338<br><br>IRON STATION, NC 28080 | 25383 | Motors Liquidation Company | $15,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GUY C SMITH<br>611 NAGLE ST<br><br>NEW BERLIN, PA 17855 | 10628 | Motors Liquidation Company | $10,111.79 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GUY DEVIGILI<br>BARBARA DEVIGILI<br>17 AMBERWOOD PLACE<br>ROCHESTER, NY 14626 | 63018 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GUY E MANN<br>16641 BASEWOOD<br><br>THREE OAKS, MI 49128 | 7114 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GUY F AND DEBORAH L MASTRANGEL<br>2648 DESMOND<br><br>WATERFORD, MI 48329 | 5752 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GUY F BALES & MYRTLE M BALES TTEES FOR THE G F & M M BALES FAM TR DATED 8-2-95 539 E SOUTH STREET RIALTO, CA 92376 | 17158 | Motors Liquidation Company | $5,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GUY PHILLIP PORTO 2662 MESSINA BOYCE, LA 71409 | 13737 | Motors Liquidation Company | $50,925.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GUY W JOHNSTON TTEE U/A DTD 1/5/1996 DANIEL MARK ZETZ CHAR REM TR 1285 W SHAW AVE STE 104 FRESNO, CA 93711 | 18951 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GUY W SNEED 1402 LIPSCOMB DR BRENTWOOD, TN 37027 | 12402 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GUZMAN ENTERPRISES EMPLOYEE PROFIT S P GUZMAN ENTERPRISES EMPLOYEE PROFIT SHARING PLAN 12257 BUSINESS PARK DR STE 2 TRUCKEE, CA 96161 | 16838 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GWEN V ESCH 20557 EXBURY PL COVINA, CA 91724 | 3081 | Motors Liquidation Company | $152,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GWENDOLYN S DOMINIC 3303 DOAGIE SAN ANTONIO, TX 78247 | 30724 | Motors Liquidation Company | $35,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GWENDOLYN THAYER 7374 KOTHE RD MANCHESTER, MI 48158 | 7985 | Motors Liquidation Company | $18,345.28 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GWO-BEN LO CHARLES SCHWAB & CO INC.CUST ROTH CONTRIBUTORY IRA 1180 PEBBLEWOOD DR DIAMOND BAR, CA 91765 | 15453 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GWYN L FULMER<br>140 BUCH AVE<br>LANCASTER, PA 17601 | 10812 | Motors Liquidation Company | $270.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| H & H ASSOCIATES INC<br>1459 PERRY HILL<br>WATERBURY, VT 05676 | 6462 | Motors Liquidation Company | $2,662.68 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| H BARRY LEVINE<br>6215 ROSE BLVD<br>W BLOOMFIELD, MI 48322 | 12836 | Motors Liquidation Company | $200,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| H BLITZSTEIN & D BLITZSTEIN TT<br>HERMAN BLITZSTEIN REV TRUST<br>U/A DTD 09/07/1994<br>995 WILDWOOD DR<br>MELBOURNE, FL 32940 | 10045 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| H C HAYNES &<br>SHARON N HAYNES JT TEN<br>6200 FOREST HILLS DR<br>AUSTIN, TX 78746 | 29700 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| H CERNANSKY & D CERNANSKY TTEE<br>CERNANSKY LIVING TRUST U/A DATED 9/13/2001<br>14645 AMBERLEIGH HILL CT<br>CHESTERFIELD, MO 63017 | 12078 | Motors Liquidation Company | $33,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| H CHASE & M CHASE CO-TTEE<br>CHASE FAMILY LIVING TRUST U/A<br>DTD 11/10/1998<br>1960 MCKINLEY AVE<br>HANFORD, CA 93230 | 10023 | Motors Liquidation Company | $10,716.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| H D BENDER & P E BENDER CO-TTEE<br>BENDER LIVING TRUST U/T/A<br>DTD 03/29/2007<br>2111 HENRY COURT<br>MAHWAH, NJ 07430 | 16836 | Motors Liquidation Company | $5,922.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| H DAVID BARZIZA<br>& NANCY M BARZIZA JTWROS<br>4113 SARONG DR<br>HOUSTON, TX 77025 | 22000 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| H E SMITH AND K G SMITH JT TEN<br>108 PEGGYS PATH CT<br><br>UNION, OH 45322 | 8071 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| H FEINBERG & L FEINBERG CO-TTEE<br>HARRY & LAURA FEINBERG TR U/A<br>DTD 06/13/1989<br>9199 PECKY CYPRESS LN APT 7 G<br>BOCA RATON, FL 33428 | 17676 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| H FEINGLASS & N FEINGLASS CO-TTEE<br>HARRIET FEINGLASS TRUST U/A<br>DTD 06/20/1989<br>PO BOX 551133<br>JACKSONVILLE, FL 32255 | 16339 | Motors Liquidation Company | $25,054.99 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| H FRANKLIN BADE<br>11307 NORTH CLUB DR<br><br>FREDERICKSBURG, VA 22408 | 1878 | Motors Liquidation Company | $1,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| H GLIDE STEEL REVOCABLE TRUST<br>MEREDITH S CHASTAIN TTEE<br>U/A DTD 08/01/1990<br>1441 LANDINGS CIRCLE<br>SARASOTA, FL 34231 | 65507 | Motors Liquidation Company | $6,546.48 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| H HILDRETH BUTERBAUGH<br>18171 DUNBLAINE AVE<br><br>BEVERLY HILLS, MI 48025 | 48365 | Motors Liquidation Company | $33,897.32 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| H J HERSHEY TTEE<br>H J HERSHEY TRUST<br>804 WISCONSIN AVE<br>HOLTON, KS 66436<br>UNITED STATES OF AMERICA | 5052 | Motors Liquidation Company | $5,256.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| H J HERSHEY TTEE<br>H J HERSHEY TRUST<br>804 WISCONSIN<br>HOLTON, KS 66436 | 7366 | Motors Liquidation Company | $4,529.63 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| H JACK HARGIS<br>C/O HARGIS CAPITAL MGMT<br>1039 STONERIDGE DR STE 3<br>BOZEMAN, MT 59718 | 63611 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| H JACK HARGIS<br>C/O HARGIS CAPITAL MANAGEMENT<br>1039 STONERIDGE DR STE 3<br>BOZEMAN, MT 59718 | 65067 | Motors Liquidation Company | $41,080.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| H JACK HARGIS<br>C/O HARGIS CAPITAL MGMT<br>1039 STONERIDGE DR  STE 3<br>BOZEMAN, MT 59718 | 67838 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| H JACKSON FORSTMAN<br>3913 KIMPALONG AVE<br>NASHVILLE, TN 37205 | 19133 | Motors Liquidation Company | $20,216.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| H JAEHNKE & J MACK TTEE<br>HAZEL J. JAEHNKE REVOCABLE TRU<br>U/A DTD 06/29/1999<br>576 WOODLAND DR<br>ARROYO GRANDE, CA 93420 | 16798 | Motors Liquidation Company | $20,847.58 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| H KEITH SCIDMORE &<br>IRENE I SCIDMORE<br>100 CHICO CAMINO<br>MONTE VISTA, CO 81144 | 8841 | Motors Liquidation Company | $5,048.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| H LYNN STRINGER<br>905 SPRING DRIVE<br>NORTHVILLE, MI 48167 | 14047 | Motors Liquidation Company | $1,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| H MARK DEWOLF TTEE FBO<br>H MARK DEWOLF TRUST<br>U/A DTD 6-10-94<br>10101 W PALMERAS DR #203<br>SUN CITY, AZ 85373 | 3526 | Motors Liquidation Company | $5,061.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| H MARLENE ZAVADA<br>125 SITTING BULL TRL<br>MEDFORD LAKES, NJ 08055 | 3650 | Motors Liquidation Company | $4,017.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| H MILLS & T MILLS TTEE<br>HARRY C & THELMA M MILLS REV F<br>U/A DTD 08/22/1990<br>4050 PINEBROOK CIR APT 8<br>BRADENTON, FL 34209 | 7528 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| H NEILL & JUDITH K THOMPSON<br>27509 N MAKENA PL<br><br>PEORIA, AZ 85383 | 17465 | Motors Liquidation Company | $45,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| H PENN & C PENN TTEE<br>PENN FAMILY 2000 TRUST<br>U/A DTD 07/31/2000<br>9803 SATTLEY PL<br>GRANITE BAY, CA 95746 | 5346 | Motors Liquidation Company | $139,225.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| H RODNEY ERWINE<br>JOANNE H ERWINE<br>JT WROS<br>40 E 11TH ST<br>BLOOMSBURG, PA 17815 | 28293 | Motors Liquidation Company | $13,090.04<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| H VIRGINIA LEE<br>9460 45TH PLACE<br><br>PINELLAS PARK, FL 33782 | 37015 | Motors Liquidation Company | $36,807.24 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| H WAYNE USSERY<br>861 THUNDERBIRD DRIVE<br><br>FLORENCE, SC 29501 | 3394 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| H WHITE & B WHITE TRUST<br>H & B TTEE TRUST WHITE & B WHITE TTEE<br>9700 MAINLANDS BLVD F #4<br>PINELLAS PARK, FL 33782 | 28552 | Motors Liquidation Company | $4,264.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| H. RUTH DOMPAY<br>CHERYL ZANEGA HOWARD JTWROS<br>ACCT: 3346-9047<br>1122 NW MARTIN L KING JR DR<br>DELRAY BEACH, FL 33444 | 19454 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| H. WAYNE USSERY IRA<br>FCC AS CUSTODIAN<br>861 THUNDERBIRD DRIVE<br>FLORENCE, SC 29501 | 3393 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| H.J.MARTINSEN & R.E. MARTINSEN III<br>CO-TTEES H.J. MARTINSEN LIV TR DTD<br>9/7/2005<br>14270 ROYAL HARBOUR CT UNIT 322<br>FORT MYERS, FL 33908 | 6652 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HAGOP JAMGOCHIAN REV LIV TR<br>U/A/D 6/29/95<br>HAGOP H JAMGOCHIAN TTEE<br>750 COTTAGE GROVE RD<br>BLOOMFIELD, CT 06002 | 13446 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAGSTROM FAMILY TRUST<br>MICHAEL A LUCAS TTEE<br>U/A DTD 10/01/1997<br>230 LAKEVIEW DRIVE<br>BULL SHOALS, AR 72619 | 68660 | Motors Liquidation Company | $9,355.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAL LEMBERG<br>UTA CHARLES SCHWAB & CO INC<br>IRA CONTRIBUTORY DTD 01/30/84<br>11667 LUANDA ST<br>LAKEVIEW TERRACE, CA 91342 | 37126 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAL LEMBERG &<br>RUTH LEMBERG TTEE<br>LEMBERG FAMILY TRUST<br>U/A DTD 11/22/95<br>11667 LUANDA STREET<br>LAKE VIEW TERRACE, CA 91342 | 37129 | Motors Liquidation Company | $26,240.90 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAL M BROWN TRUST<br>HAL M BROWN TTEE<br>UAD 11-1-1974<br>3333 GREENBRIAR<br>RIVERWOODS, IL 60015 | 44415 | Motors Liquidation Company | $12,500.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HALL LAND & TIMBER LLC<br>416 TRAVIS ST # 1008<br>SHREVEPORT, LA 71101 | 62861 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HALL, CHARLES W<br>3004 PLANTATION RD<br>WINTER HAVEN, FL 33884 | 19333 | Motors Liquidation Company | $9,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HANAN LIBERMAN TTEE<br>FBO THE LIBERMAN LIVING TRUST<br>U/A/D 05/23/02<br>105 DEAN LAKE ROAD<br>GREER, SC 29650 | 11157 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAND REV FAMILY TRUST<br>BETTY L HAND & CHARLES E HAND TTEES<br>UAD 06/10/1997<br>8484 NIGHTHAWK DR<br>ENGLEWOOD, FL 34224 | 36566 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HANLEY F HARRIS (IRA)<br>FCC AS CUSTODIAN<br>5609 OSAGE STREET<br>BERWYN HEIGHTS, MD 20740 | 13742 | Motors Liquidation Company | $534.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HANLEY F JENKINS TRUST<br>C/O HANLEY F JENKINS<br>4574 WATERFORD DR<br>WEST DES MOINES, IA 50265 | 21944 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HANNAH K SEGAL<br>EVELYN J SUMMER<br>99 S SERVICE RD APT 222<br>NEW HYDE PARK, NY 11040 | 13328 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HANNAH L ROSSI<br>3912 PALLADIUM LAKE DR<br>BOYNTON BEACH, FL 33436 | 44684 | Motors Liquidation Company | $7,695.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HANNAH TRAMPUZ<br>3315 SUNRIDGE DR S<br>SALEM, OR 97302 | 2335 | Motors Liquidation Company | $6,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HANNELORE D. CLINE 2008 IRREV TR<br>C/O WILLIAM E PATTEN, ESQ<br>ONE WEST THIRD ST<br>SUITE 900<br>TULSA, OK 74103 | 26972 | Motors Liquidation Company | $6,234.87 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HANNELORE M CARTER<br>512 PARKHILL DR<br>BILLINGS, MT 59102 | 9038 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HANS A LINDT<br>20770 BEACHCLIFF BLVD<br>ROCKY RIVER, OH 44116 | 68069 | Motors Liquidation Company | $13,330.05 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HANS ALLEMANN<br>TITTWIESENSTR 66<br>CH-7000 CHUR SWITZERLAND<br>SWITZERLAND | 63877 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HANS ALLEMANN<br>TITTWIESENSTR 66<br>CH-7000 CHUR SWITZERLAND<br><br>SWITZERLAND | 67923 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HANS ALLEMANN<br>TITTWIESENSTR 66<br>CH-7000 CHUR SWITZERLAND<br><br>SWITZERLAND | 67927 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HANS AND GERID NOACK<br>HANS HERBERT NOACK & GERID NOACK JTWROS<br>LISSWEG 11<br>D74639 ZWEIFLINGEN GERMANY<br><br>GERMANY | 62917 | Motors Liquidation Company | $5,755.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HANS G RUPPRECHT AND<br>ANNELIESE RUPPRECHT JT TEN<br>114 HILTON AVE<br>ROCKFORD, IL 61107 | 5818 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HANS HERBERT AND GERID NOACK<br>HANS HERBERT NOACK & GERID NOACK JTWROS<br>LISSWEG 11<br>D 74639 ZWEIFLINGEN GERMANY<br><br>GERMANY | 62918 | Motors Liquidation Company | $83,214.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HANS MICHAEL SCHAEFER<br>MENZELWEG 1<br>69257 WIESENBACH GERMANY<br>,<br>GERMANY | 19302 | Motors Liquidation Company | $476,594.16 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HANS P WIEDEMANN<br>13 MANSFIELD LANE<br><br>EAST NORTHPORT, NY 11731 | 13650 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HANS ZIERINGER<br>HANS ZIERINGER<br>FRIEDRICH EBERT STR 24<br>D 64625 BENSHEIM GERMANY<br><br>GERMANY | 60746 | Motors Liquidation Company | $90,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| HANS-JOACHIM KRUEGER<br>FALKENSTRASSE 17 A<br>63322 ROEDERMARK, GERMANY<br>,<br>GERMANY | 22855 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HANS-JOACHIM MUTH<br>NEIPPERGER STR. 16<br>74193 SCHWAIGERN GERMANY<br>,<br>GERMANY | 28520 | Motors Liquidation Company | $42,191.78 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HANY HASSAN<br>16740 HARDY ST<br>HOUSTON, TX 77032 | 18025 | Motors Liquidation Company | $10,293.05 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARACE R NEWSOM<br>471 DALL PASO<br>ROBINSON, TX 76706 | 9435 | Motors Liquidation Company | $21,530.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARALD VON CANSTEIN<br>BOCKUMER STR. 296<br>40489 DUESSELDORF GERMANY<br>,<br>GERMANY | 26751 | Motors Liquidation Company | $50,641.86 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARI BUDEV<br>9185 CAMARGO RD<br>CINCINNATI, OH 45243 | 18690 | Motors Liquidation Company | $27,642.30 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARI PURANIK<br>2650 FIRETHORN COURT<br>GASTONIA, NC 28056 | 10891 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARISH J PATEL<br>1003 MOCKINGBIRD WAY<br>SUGAR LAND, TX 77478 | 27186 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARLAN B NASH & LILIAN J NASH<br>13718 WONDERING OAK<br>SAN ANTONIO, TX 78247 | 838 | Motors Liquidation Company | $45,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARLAN KNUTH<br>1050 BOYER ST<br>DUBUQUE, IA 52001 | 5784 | Motors Liquidation Company | $6,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-First Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| HARLAN METTENBRINK<br>700 SKYLINE RIDGE LOOKOUT<br><br>WIMBERLEY, TX 78676 | 8833 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARLAN PEASE<br>444 NESBITT DRIVE<br><br>MINA, SD 57451 | 13272 | Motors Liquidation Company | $10,344.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARLAN RABIDEAU<br>5366 HURDS CORNER RD.<br><br>GAGE TOWN, MI 48735<br>UNITED STATES OF AMERICA | 28153 | Motors Liquidation Company | $10,902.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARLD R NELSON<br>3151 ST RT 13 NE<br><br>NEW LEXINGTON, OH 43764 | 17871 | Motors Liquidation Company | $6,082.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARLEN E COTTERMAN<br>6400 YORK AVE #416<br><br>EDINA, MN 55435 | 3036 | Motors Liquidation Company | $15,131.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARLEY E NICHOLS &<br>VIOLET NICHOLS JT WROS<br>TOD BENEFICIARIES ON FILE<br>6069 ATKINS DR<br>TROY, MI 48085 | 11262 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARLEY R STEINER  DONNA J STEINER<br>HARLEY STEINER<br>166 HILLCREST DR<br>BLUFFTON, OH 45817 | 4490 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARLEY VENTERS<br>7101 M L KING AVE<br><br>OKLAHOMA CITY, OK 73111 | 8724 | Motors Liquidation Company | $59,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARMONY LODGE #8 F & AM<br>PO BOX 302<br><br>NEWTON, NJ 07860 | 62137 | Motors Liquidation Company | $14,968.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD & DELIA OPRANDY<br>7060 SE LILLIAN CT<br><br>STUART, FL 34557 | 61026 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HAROLD & IRIS SCHACHTER<br>70-46 173RD ST<br><br>FLUSHING, NY 11365 | 37237 | Motors Liquidation Company | $36,270.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD & SHEILA KARNER<br>39 SUNDERLAND DR<br><br>MORRISTOWN, NJ 07960 | 3320 | Motors Liquidation Company | $20,529.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

**Claim Totals**      499

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

## Exhibit B

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                        :

In re                         :         **Chapter 11 Case No.**
                         :

**MOTORS LIQUIDATION COMPANY,** *et al.*,  :        **09-50026 (REG)**
    **f/k/a General Motors Corp.,** *et al.*  :
                         :

              **Debtors.**       :         **(Jointly Administered)**
                         :
------------------------------------------------------------------x

**STIPULATION AND AGREED ORDER**
**AMONG THE DEBTORS, WILMINGTON TRUST COMPANY,**
**AND CITIBANK, N.A., SOLELY IN ITS CAPACITY AS PAYING AGENT,**
**REGARDING PROOFS OF CLAIM NOS. 47871, 47872, 65729, 65793, AND 66723**

        Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

certain of its subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11

cases (collectively, the "**Debtors**"), Wilmington Trust Company as successor indenture trustee

("**WTC**"), and Citibank, N.A., solely in its capacity as paying agent under the 1990 Indenture

and 1995 Indenture (as defined below) (in such capacity, "**Citibank**"), together with the Debtors

and WTC, the "**Parties**"), by and through their respective undersigned counsel, hereby enter into

this Stipulation and Agreed Order (this "**Stipulation**") and stipulate as follows:

**RECITALS**

        A.      On June 1, 2009 (the "**Commencement Date**"), certain of the Debtors

commenced with this Court voluntary cases (the "**Chapter 11 Cases**") under chapter 11 of title

11, United States Code (the "**Bankruptcy Code**").

        B.      On September 16, 2009, the Court entered an order (the "**Bar Date Order**")

establishing November 30, 2009 at 5:00 p.m. (Eastern Time) (the "**General Bar Date**") as the

deadline for each person or entity (including without limitation, each individual, partnership,

joint venture, corporation, estate, or trust) to file a proof of claim (a "**Proof of Claim**") against

certain of the Debtors, including MLC, to assert any claim (as defined in section 101(5) of the

Bankruptcy Code) that arose prior to the Commencement Date.

C.        As of the Commencement Date, MLC, as issuer, WTC, as successor indenture

trustee, and Citibank, as paying agent, were parties to (i) a Senior Indenture, dated as of

December 7, 1995, as amended (the "**1995 Indenture**," and WTC's capacity under the 1995

Indenture, the "**1995 Trustee**"), and (ii) a Senior Indenture, dated as of November 15, 1990 (the

"**1990 Indenture**," and WTC's capacity under the 1990 Indenture, the "**1990 Trustee**") pursuant

to which MLC issued senior unsecured debt securities.

D.        Prior to the General Bar Date, WTC timely filed the following four Proofs of

Claims against MLC (each, a "**WTC Claim**" and collectively, the "**WTC Claims**"):

| Claim Number | Applicable Indenture | Principal Amount of Claim Plus Fees and Interest Accrued to Petition Date |
|---|---|---|
| 65793 | 1990 Indenture | $1,419,581,281.12 |
| 47871 | 1990 Indenture | $1,419,581,281.12 |
| 65729 | 1995 Indenture | $21,928,297,131.26 |
| 47872 | 1995 Indenture | $21,928,297,131.26 |

E.        Prior to the General Bar Date, Citibank timely filed a proof of claim against MLC

in the amount of $173,063.43 [Proof of Claim No. 66723] (the "**Citibank Claim**").

F.        WTC recognizes that it is not entitled to, and does not seek, a duplicate recovery

on account of the same WTC Claim and has agreed to withdraw two of the WTC Claims, subject

to the agreements set forth in this Stipulation.

## STIPULATION AND ORDER

NOW, THEREFORE, EACH OF THE PARTIES HEREBY STIPULATES AND

AGREES AS FOLLOWS:

1.       WTC Claims numbered 47871 (filed by WTC as 1990 Trustee) and 47872 (filed

by WTC as 1995 Trustee) are deemed withdrawn and WTC Claims numbered 65793 (filed by

WTC as 1990 Trustee) and 65729 (filed by WTC as 1995 Trustee) shall survive.

2.       With respect to principal plus interest due under the 1990 Indenture, WTC, in its

capacity as the 1990 Trustee will receive and is hereby granted, on behalf of itself and the record

and beneficial bondholders of debt securities issued under the 1990 Indenture an allowed general

unsecured, nonpriority claim in the amount of $1,419,471,545.22 (subject to appropriate reserve

and/or reduction in connection with any setoff exercised by beneficial bondholders that is

authorized by this Court) (the "**1990 Debt Claim**") against MLC to be satisfied in accordance

with any chapter 11 plan or plans confirmed in the Debtors' Chapter 11 Cases.

3.       With respect to principal plus interest due under the 1995 Indenture, WTC, in its

capacity as the 1995 Trustee, will receive and is hereby granted, on behalf of itself and the record

and beneficial bondholders of debt securities issued under the 1995 Indenture, an allowed

general unsecured nonpriority claim in the amount of $21,928,183,895.36 (subject to appropriate

reserve and/or reduction in connection with any setoff exercised by beneficial bondholders that is

authorized by this Court) (the "**1995 Debt Claim**," together with the 1990 Debt Claim, the

"**Debt Claims**").

4.       With respect to the prepetition fees and expenses incurred by WTC under the

1990 Indenture, WTC shall receive an allowed claim of $109,735.90 (the "**1990 WTC Fee**

**Claim**"), and with respect to the prepetition fees and expenses incurred by WTC under the 1995

Indenture, WTC shall receive an allowed claim of $113,235.90 (the "**1995 WTC Fee Claim**,"

together with the 1990 WTC Fee Claim, the "**WTC Fee Claims**").

5.      With respect to the prepetition paying agency fees and expenses incurred by

Citibank under the Indentures, the Citibank Claim shall be allowed in the amount of $162,333.71

(the "**Citibank Fees and Expenses Claim**," together with the WTC Fee Claims, the "**Fees and

Expenses Claims**").

6.      To the extent the Fees and Expenses Claims are not paid in full, in cash, pursuant

to a plan of reorganization and/or liquidation of MLC, (a) the amount of such fees and expenses

that remain unpaid shall constitute an allowed general unsecured, nonpriority claim against MLC

held by WTC and/or Citibank, as applicable, to be satisfied in accordance with any chapter 11

plan or plans confirmed in the Debtors' Chapter 11 Cases and (b) WTC and Citibank, pursuant to

section 7.06 of the 1990 Indenture and section 7.06 of the 1995 Indenture, shall retain a charging

lien with respect to its prepetition and post-petition fees and expenses on all assets or money held

or collected by WTC or Citibank on account of the Debt Claims or otherwise.

7.      WTC will issue a notice to the Depository Trust Company and post a notice on its

website (a) notifying beneficial bondholders of the notes issued under the Indentures of the entry

of the order allowing the WTC Claims and (b) notifying such bondholders that any subsequent

claims objection filed by the Debtors seeking to disallow claims filed by bondholders on the

grounds that such claims are duplicative of the Debt Claims being allowed under the stipulation

and order will not impair bondholder's entitlement to share in plan distributions on account of

the Debt Claims in accordance with the terms of the applicable Indenture.

8.      WTC agrees that it will not object to the Debtors' filing of objections to Proofs of

Claims filed by record and beneficial holders of debt securities arising out of or relating to the

1990 Indenture and/or the 1995 Indenture on the grounds that such Proofs of Claim are duplicative of the Debt Claims allowed pursuant to this Stipulation.

9.    WTC waives its right to argue that the entire stated principal amount of $377,377,000 with respect to the Discount Debentures is an allowable claim.

10.    To the extent that the fees and expenses of WTC incurred after the Commencement Date are not satisfied by payment in full in cash in connection with a plan of reorganization and/or liquidation of MLC, WTC reserves the right to argue that all such fees are allowable general unsecured non-priority claims against the estate of MLC.

11.    This Stipulation contains the entire agreement between the Parties as to the subject matter hereof and supersedes all prior agreements and undertakings between the Parties relating thereto.

Dated:  New York, New York
        August 5, 2010


/s/ Joseph H. Smolinsky            
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Debtors and Debtors in Possession*

/s/ Keith R. Martorana            
Matthew J. Williams
Keith R. Martorana

GIBSON DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Attorneys for Wilmington Trust Company, as 1990 Trustee and 1995 Truestee*

/s/ Louis A. Curcio
Maria M. Livanos
Louis A. Curcio

SONNENSCHEIN NATH & ROSENTHAL
LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6744
Facsimile:  (212) 768-6800

*Attorneys for Citibank, N.A. as Paying
Agent under the 1990 and 1995 Indentures*

So Ordered this **_9th_** day of **_August_** 2010

_____**_s/ Robert E. Gerber_**_____
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                      :

In re                      :          Chapter 11 Case No.
                      :

MOTORS LIQUIDATION COMPANY, *et al.*,   :      09-50026 (REG)
    f/k/a General Motors Corp., *et al.*  :
                      :

           Debtors.        :        (Jointly Administered)
                      :
---------------------------------------------------------------x

## ORDER GRANTING DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Debt Claims)

Upon the fifty-first omnibus objection to claims, dated August 13, 2010 (the

"**Fifty-First Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a General

Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the

"**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy**

**Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"),

and this Court's supplemental order establishing supplemental rules and authority for filing

omnibus objections to certain debt claims (the "**Supplemental Procedures Order**") [Docket No.

6238], seeking entry of an order disallowing and expunging the Duplicate Debt Claims on the

grounds that such claims are duplicative of either Claim 65793 or Claim 65729, all as more fully

described in the Fifty-First Omnibus Objection to Claims; and due and proper notice of the Fifty-

First Omnibus Objection to Claims having been provided, and it appearing that no other or

further notice need be provided; and the Court having found and determined that the relief

sought in the Fifty-First Omnibus Objection to Claims is in the best interests of the Debtors, their

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Debtors' Fifty-First Omnibus Objection to Claims.

estates, creditors, and all parties in interest and that the legal and factual bases set forth in the

Fifty-First Omnibus Objection to Claims establish just cause for the relief granted herein; and

after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Fifty-First Omnibus Objection to

Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on **Exhibit "A"** (the "**Order Exhibit**") annexed hereto under the heading "*Claims to be

Disallowed and Expunged*" (collectively, the "**Duplicate Debt Claims**") are disallowed and

expunged; and it is further

ORDERED that, if applicable, the Fifty-First Omnibus Objection to Claims is

adjourned with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Objection Adjourned*" (the "**Adjourned Claims**") to the date indicated on the Order

Exhibit, subject to further adjournments (such actual hearing date, the "**Adjourned Hearing

Date**"), and the Debtors' response deadline with respect to the Adjourned Claims shall be 12:00

noon (Eastern Time) on the date that is three (3) business days before the Adjourned Hearing

Date; and it is further

ORDERED that, if applicable, the Fifty-First Omnibus Objection to Claims is

withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Objection Withdrawn*"; and it is further

ORDERED that, if applicable, the Fifty-First Omnibus Objection to Claims is

withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Claim Withdrawn*," as those claims have been withdrawn by the corresponding

claimant; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly

reserved with respect to, (i) any claim listed on Exhibit "A" annexed to the Fifty-First Omnibus

Objection to claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed

on the Order Exhibit annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
        _____, 2010


                                   _____
                                   United States Bankruptcy Judge