**HEARING DATE AND TIME: September 24, 2010 at 9:45 a.m. (Eastern Time)**
**RESPONSE DEADLINE: September 17, 2010 at 4:00 p.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
                                      :
In re                                 :      Chapter 11 Case No.
                                      :
MOTORS LIQUIDATION COMPANY, et al.,   :      09-50026 (REG)
      f/k/a General Motors Corp., et al.  :
                                      :
                   Debtors.           :      (Jointly Administered)
                                      :
-----------------------------------------------------------------x
```

## NOTICE OF DEBTORS' FIFTY-SECOND OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Debt Claims)

**PLEASE TAKE NOTICE** that on August 13, 2010, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their fifty-second omnibus objection to claims (the "**Objection**"), and that

a hearing (the "**Hearing**") to consider the Objection will be held before the Honorable Robert E.

Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for

the Southern District of New York, One Bowling Green, New York, New York 10004, on

**September 24, 2010 at 9:45 a.m. (Eastern Time),** or as soon thereafter as counsel may be

heard.

**PARTIES LISTED ON EXHIBIT "A" ANNEXED TO THE OBJECTION (THE "<u>CLAIMANTS</u>") (AND THEIR COUNSEL, IF KNOWN) WILL RECEIVE A PERSONALIZED NOTICE OF THE OBJECTION, RATHER THAN THE ENTIRE OBJECTION.**

This Objection does not affect a Claimant's ability to receive distributions as a beneficial bondholder under the claims filed by the indenture trustee of the Debtors' public debentures.  If a Claimant disagrees with the Objection's treatment of the Claimant's claim, the Claimant may call the Debtors to try and resolve the Claimant's concerns at **1-800-414-9607**.  If a Claimant is unable to resolve the Claimant's concerns with the Debtors before the deadline to respond, then the Claimant <u>must</u> file and serve a written response (a "**Response**") to the Objection in accordance with this notice, and the Claimant <u>must</u> appear at the Hearing described below.

A Claimant may participate in the Hearing telephonically provided that the Claimant complies with the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider."  A Claimant must also provide prior written notice by mail or e-mail of the Claimant's telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Russell Brooks, Esq. (russell.brooks@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Jennifer Sharret, Esq. (jsharret@kramerlevin.com)).

**If a Claimant does not oppose the disallowance and expungement of the Claimant's claim, then the Claimant does not need to file a Response or appear at the Hearing.**

**PLEASE TAKE FURTHER NOTICE THAT** the Hearing on the Objection is scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on **September 24, 2010 at 9:45 a.m. (Eastern Time)**.  If a Claimant files a Response to the Objection, the Claimant should plan to appear at the Hearing either in person or telephonically.  The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to the Claimant's claim.  If the Debtors do continue the Hearing with respect to the Claimant's claim, then the Hearing will be held at a later date.  If the Debtors do not continue the Hearing with respect to the Claimant's claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **September 17, 2010 at 4:00 p.m. (Eastern Time)**.  Only those Responses that are timely will be considered at the Hearing.  A Claimant's Response will be deemed timely only if it is:  (a) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov) before the deadline for Responses **or** (b) **actually** received on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format <u>and</u> in hard copy at each of the following addresses on or before the deadline for response:

> A.    Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;
>
> B.    Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and

C.      Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory
committee of unsecured creditors, 1177 Avenue of the Americas, New
York, New York 10036 (Attn:  Jennifer Sharret, Esq.).

A Claimant's response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number, and the number of the Objection to which the response is directed; (ii) the name of the Claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which the Claimant will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which the Claimant will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to the Claimant's response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person that can be contacted in connection with the Objection.

If a Claimant has any questions about this notice or the Objection, please contact the Debtors at **1-800-414-9607**.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

**PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief requested in the Objection without further notice or a hearing if a Claimant fails to file a timely Response or appear at the Hearing.**

Dated: New York, New York
        August 13, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                    :
In re                               :    Chapter 11 Case No.
                                    :
MOTORS LIQUIDATION COMPANY, et al., :    09-50026 (REG)
      f/k/a General Motors Corp., et al. :
                                    :
                       Debtors.     :    (Jointly Administered)
                                    :
-------------------------------------------------------------x
```

## DEBTORS' FIFTY-SECOND OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Debt Claims)

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM. CLAIMANTS THAT ARE THE SUBJECT OF THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON EITHER THE EXHIBIT ATTACHED TO THIS OBJECTION OR ON THEIR PERSONALIZED NOTICE.**

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) and its

affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully represent:

<u>**Relief Requested**</u>

1.      The Debtors file this fifty-second omnibus objection to claims (the "**Fifty-Second Omnibus Objection to Claims**") pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the **"Bankruptcy Rules"**), and this Court's supplemental order establishing supplemental rules and authority for filing omnibus objections to certain debt claims (the "**Supplemental Procedures Order**") [Docket No. 6238], seeking entry of an order disallowing and expunging the claims listed on **Exhibit "A"** annexed hereto.[1]

2.      The Debtors have examined the proofs of claim identified on Exhibit "A" and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed and Expunged*" (collectively, the "**Duplicate Debt Claims**") are duplicative of either (1) the global Proof of Claim No. 65793 ("**Claim 65793**") filed by Wilmington Trust Company ("**WTC**"), in its capacity as successor indenture trustee of the Senior Indenture, dated as of November 15, 1990 (the "**1990 Indenture**") or (2) the global Proof of Claim No. 65729 ("**Claim 65729**") filed by WTC, in its capacity as successor indenture trustee of the Senior Indenture, dated as of December 7, 1995, as amended (the "**1995 Indenture**").  The amounts asserted by WTC in Claim 65793 and Claim 65729 have been reconciled and allowed under a stipulation, approved and entered by the Court on August 9, 2010 (the "**WTC Stipulation**") [Docket No. 6595], a copy of which is annexed hereto as **Exhibit "B."**  The Debtors, therefore, seek entry of an order disallowing and expunging from the claims register the Duplicate Debt Claims.

---

[1] Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com. A link to the claims register is located under the "Claims Information" tab.  Creditors without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City Group, Inc. at 1-703-286-6401.

3.      This Fifty-Second Omnibus Objection to Claims does not affect the ability

of an Individual Bondholder (as hereinafter defined) to participate in accordance with the WTC

Stipulation.  Further, the Debtors reserve all their rights to object on any other basis to any

Duplicate Debt Claim as to which the Court does not grant the relief requested herein.

### Jurisdiction

4.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

### Background

5.      On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**Realm/Encore Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Case Number 09-50026 (REG).  On September 15, 2009,

the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs,

which were amended on October 4, 2009.  On October 15, 2009, the Realm/Encore Debtors filed

their schedules of assets and liabilities and statements of financial affairs.

6.      On September 16, 2009, this Court entered an order [Docket No. 4079]

establishing November 30, 2009 as the deadline for each person or entity to file a proof of claim

in the Initial Debtors' cases, including governmental units.  On December 2, 2009, this Court

entered an order [Docket No. 4586] establishing February 1, 2010 as the deadline for each

---

[2] The Initial Debtors are Motors Liquidation Company (f/k/a General Motors Corporation), MLCS, LLC (f/k/a
Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc.
(f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3] The Realm/Encore Debtors are Remediation and Liability Management Company, Inc., and Environmental
Corporate Remediation Company, Inc.

person or entity to file a proof of claim in the Realm/Encore Debtors' cases (except

governmental units, as defined in section 101(27) of the Bankruptcy Code, for which the Court

established June 1, 2010 as the deadline to file proofs of claim).

       7.     Among the tens of thousands of proofs of claim the Debtors received,

approximately 18,000 proofs of claim have been filed by claimants seeking the repayment of

principal, interest, and fees and expenses that relate to dollar-denominated debt securities issued

by the Debtors pursuant to the 1990 Indenture and the 1995 Indenture (each, a "**Debt Claim**,"

and the holder of such Debt Claim, an "**Individual Bondholder**").  The Debtors believe that all

of the Debt Claims filed by Individual Bondholders are duplicative of the claims allowed in

favor of WTC for the benefit of all Individual Bondholders in accordance with the WTC

Stipulation.

       8.     On August 9, 2010, the Court entered the WTC Stipulation signed by the

Debtors, WTC, and Citibank, N.A., solely in its capacity as paying agent under the 1990

Indenture and 1995 Indenture (in such capacity, "**Citibank**"), allowing (i) Claim 65793 in the

amount of $1,419,471,545.22 (subject to appropriate reserve and/or reduction in connection with

any Court-authorized setoff exercised by Individual Bondholders) and (ii) Claim 65729 in the

amount of $21,928,183,895.36 (subject to appropriate reserve and/or reduction in connection

with any Court-authorized setoff exercised by Individual Bondholders).  Prior to entry of the

WTC Stipulation, WTC sent out a notice to all affected Individual Bondholders notifying them

of the pending approval by the Court of the WTC Stipulation.

       9.     On October 6, 2009, this Court entered the Supplemental Procedures

Order, which authorizes the Initial Debtors, among other things, to file omnibus objections to no

more than 500 claims at a time with respect to Debt Claims. The claimants that are listed in

Exhibit "A" have filed Debt Claims against the Initial Debtors.

10.     The Debtors now move to expunge the Duplicate Debt Claims filed by

each Individual Bondholder as duplicative of either Claim 65793 or Claim 65729.

### The Relief Requested Should Be Approved by the Court

11.     A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects." 11 U.S.C. § 502(a). If an objection refuting at least one of the claim's essential

allegations is asserted, the claimant has the burden to demonstrate the validity of the claim. *See

In re Oneida, Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd*, No. 09 Civ. 2229 (DC),

2010 WL 234827 (S.D.N.Y. Jan. 22, 2010); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No.

02-41729 (REG), 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re

Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

12.     Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a

claim may not be allowed to the extent that "such claim is unenforceable against the debtor and

property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1). The

Debtors cannot be required to pay on the same claim more than once. *See, e.g., In re Finley,

Kumble, Wagner, Heine, Underberg, Manley, Myerson, & Casey*, 160 B.R. 882, 894 (Bankr.

S.D.N.Y. 1993) ("In bankruptcy, multiple recoveries for an identical injury are generally

disallowed."). The Debtors have reviewed the proofs of claim identified on Exhibit "A" and

believe them to be duplicative of Claim 65793 or Claim 65729. Moreover, the Debtors have no

way of confirming that any of the Individual Bondholders are, in fact, beneficial holders of a

debt instrument on the relevant dates.

13.     To avoid the possibility of multiple recoveries by the Individual

Bondholders, the Debtors request that the Court disallow and expunge in their entirety the

Duplicate Debt Claims. Individual Bondholders, to the extent they are beneficial bondholders as of the record date under any confirmed plan of liquidation, will receive distributions under such plan from WTC in its capacity as indenture trustee.

**Notice**

14.    Notice of the Fifty-Second Omnibus Objection to Claims has been provided to each claimant listed on Exhibit "A" by virtue of the individualized notice transmitted in accordance with the Supplemental Procedures Order and parties in interest in accordance with the Third Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures, dated April 29, 2010 [Docket No. 5670].

15.    No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the relief requested herein and such other and further relief as is just.

Dated: New York, New York
          August 13, 2010

                          /s/ Joseph H. Smolinsky
                          Harvey R. Miller
                          Stephen Karotkin
                          Joseph H. Smolinsky

                          WEIL, GOTSHAL & MANGES LLP
                          767 Fifth Avenue
                          New York, New York 10153
                          Telephone: (212) 310-8000
                          Facsimile: (212) 310-8007

                          Attorneys for Debtors
                          and Debtors in Possession

**Exhibit A**

US_ACTIVE:\43473239\01\72240.0639

Fifty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| HAROLD A DAVENPORT & DELORIS J DAVENPORT JT TEN 6955 CARLISLE CT APT 321 NAPLES, FL 34109 | 18433 | Motors Liquidation Company | $26,148.93 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD B BELSON TRUST HAROLD B BELSON TTEE JANET J BELSON TTEE U/A DTD 12/04/1992 5 BENEDICT AVENUE PORTSMOUTH, RI 02871 | 9999 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD B PATTISON & JOAN C PATTISON 2367 ARONMONK CIRCLE FAYETTEVILLE, PA 17222 | 1090 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD BELSON JANET BELSON 5 BENEDICT AVE PORTSMOUTH, RI 02871 | 9998 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD BONGARTEN 7273 N CATHEDRAL ROCK RD TUCSON, AZ 85718 | 14261 | Motors Liquidation Company | $20,355.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD BORDEN 10580 WILSHIRE BLVD # 73 LOS ANGELES, CA 90024 | 36666 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD BORDEN 10580 WILSHIRE BLVD 18 NE LOS ANGELES, CA 90024 | 36744 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD BORDEN 10580 WILSHIRE BLVD 18 NE LOS ANGELES, CA 90024 | 36745 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD BORDEN 10580 WILSHIRE BLVD 18 NE LOS ANGELES, CA 90024 | 62205 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD BORDEN 10580 WILSHIRE BLVD #73 LOS ANGELES, CA 90024 | 62313 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HAROLD BORDEN<br>10580 WILSHIRE BLVD # 73<br><br>LOS ANGELES, CA 90024 | 62328 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD CHETRICK<br>104-40 QUEENS BLVD #21B<br><br>FOREST HILLS, NY 11375 | 5622 | Motors Liquidation Company | $43,950.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD CHETRICK PC<br>HAROLD CHETRICK PC DEFINED<br>BENEFIT PENSION PLAN<br>104-40 QUEENS BLVD<br>FOREST HILLS, NY 11375 | 5621 | Motors Liquidation Company | $29,100.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD D & ANN L LAVELY REV<br>LIVING TRUST UAD 02/14/92<br>HAROLD D LAVELY & ANN L LAVELY<br>TTEES<br>230 KILLARNEY LN<br>PACIFIC, MO 63069 | 14255 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD D AND BETTY B STOKES<br>723 COLUMBUS AVE<br><br>PHILADELPHIA, MS 39350 | 17011 | Motors Liquidation Company | $25,228.40 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD D GASKILL<br>890 E WHIPP RD<br><br>CENTERVILLE, OH 45459 | 10626 | Motors Liquidation Company | $15,945.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD D HEIN SIMPLE IRA<br>JPMCC CUSTODIAN<br>7087 PARFET STREET<br>ARVADA, CO 80004 | 28283 | Motors Liquidation Company | $125,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD D STOKES<br>723 COLUMBUS AVE<br><br>PHILADELPHIA, MS 39350 | 17007 | Motors Liquidation Company | $6,054.82 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD D. STOKES<br>723 COLUMBUS AVE<br><br>PHILADELPHIA, MS 39350 | 17006 | Motors Liquidation Company | $4,428.92 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD DEAN HOGLE & RUBY P HOGLE<br>21423 E 37TH PL<br><br>BROKEN ARROW, OK 74014 | 11133 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HAROLD DERIENZO R/O IRA<br>FCC AS CUSTODIAN<br>33 CENTER ST<br>LAKE RONKONKOMA, NY 11779 | 7547 | Motors Liquidation Company | $4,005.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD EHRENMAN<br>MAY EHRENMAN<br>12562 MAJESTIC ISLES DR<br>BOYNTON BEACH, FL 33437 | 64946 | Motors Liquidation Company | $4,696.20<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD F REED JR &<br>MARTHA J REED JT TEN<br>115 MAPLEWOOD DR<br>BEAVER, PA 15009 | 8522 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD FELDMAN<br>SHEILA FELDMAN JTWROS<br>488 HUNGRY HARBOR ROAD<br>NORTH WOODMERE, NY 11581 | 4866 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD G RUETH INSURANCE TRUST 12/21/60<br>1220 W ELM PL<br>GRIFFITH, IN 46319 | 2187 | Motors Liquidation Company | $7,252.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD G RUETH, JR LIVING TRUST 12/17/92<br>1220 W ELM PL<br>GRIFFITH, IN 46319 | 2192 | Motors Liquidation Company | $8,288.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD G RUETH, JR LIVING TRUST 12/17/92<br>1220 W ELM PL<br>GRIFFITH, IN 46319 | 2193 | Motors Liquidation Company | $10,356.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD GENRICH<br>1320 OAK BEACH DR<br>FAIRMONT, MN 56031 | 3451 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD GREENBAUM &<br>MARJORIE W GREENBAUM JT WROS<br>15161 CEDARWOOD LN<br>UNIT 1405<br>NAPLES, FL 34110 | 7495 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD H OVERHOLTZER<br>805 QUEEN ST<br>POTTSTOWN, PA 19464 | 14638 | Motors Liquidation Company | $10,195.90 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| HAROLD HEITNER (IRA)<br>FCC AS CUSTODIAN<br>ROLLOVER<br>2781 RIVERSIDE DR<br>WANTAGH, NY 11793 | 20748 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD HIRSHBERG<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>142 ASHLEY PLACE<br>PARK RIDGE, NJ 07656 | 15477 | Motors Liquidation Company | $12,225.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD I GERINGER IRA (IRA)<br>FCC AS CUSTODIAN<br>5 HANOVER SQUARE, 3RD FLOOR<br>NEW YORK, NY 10004 | 9967 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD KATLIN<br>5103 DOLAING LAWNING AVE<br>PHILLADELPHIA, PA 19114<br>UNITED STATES OF AMERICA | 67793 | Motors Liquidation Company | $22,962.40 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD L BAILEY JR<br>IRA STD DTD 4/29/82<br>PO BOX 2843<br>GILLETTE, WY 82717 | 27401 | Motors Liquidation Company | $4,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD L CARLETON &<br>DONALD D CARLETON<br>1 NORTH ROAD<br>NEWBURY, VT 05051 | 68511 | Motors Liquidation Company | $65,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD L CHAPMAN JR<br>1291 WESLEYAN DR<br>MACON, GA 31210 | 2313 | Motors Liquidation Company | $10,017.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD L HARTLAUB<br>PO BOX 895<br>HANOVER, PA 17331 | 3743 | Motors Liquidation Company | $106,864.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD L HERRICK<br>300 INDIAN CREEK LOOP<br>KERRVILLE, TX 78028 | 44126 | Motors Liquidation Company | $51,315.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Fifty-Second Omnibus Objection**

# Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HAROLD L LIST<br>264 S HAAS ST<br><br>FRANKENMUTH, MI 48734 | 10320 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD L WALTERS<br>HELEN E WALTERS<br>5304 N SOLLARS DR<br>MUNCIE, IN 47304 | 6378 | Motors Liquidation Company | $2,450.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD LITVAK, DMD<br>655 MADISON AVENUE 22ND FLOOR<br><br>NEW YORK, NY 10065 | 6430 | Motors Liquidation Company | $37,314.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD LORIN<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>49 EAST 86TH ST<br>NEW YORK, NY 10028 | 10825 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD M BRUNDAGE IRA<br>HAROLD M BRUNDAGE JR<br>FCC AS CUSTODIAN<br>PO BOX 100<br>PALERMO, ME 04354 | 68284 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD M MCCAFFERY &<br>DOREEN L MCCAFFERY JT TEN<br>433 HOLLYWOOD<br>MONROE, MI 48162 | 20533 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD M. BRUNDAGE III IRA<br>FCC AS CUSTODIAN<br>126 BANCROFT ROAD<br>KENNETT SQ, PA 19348 | 68283 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD MARCZELY<br>3705 AVALON ST<br><br>PHILADELPHIA, PA 19114 | 22535 | Motors Liquidation Company | $2,590.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD N RAY<br>8619 CARTER AVE<br><br>ALLEN PARK, MI 48101 | 62004 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD OSWALD<br>1550 FAIRVIEW AVE<br><br>BELLINGHAM, WA 98229 | 17393 | Motors Liquidation Company | $1,050.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HAROLD P & SHIRLEY SUE SANDAGE<br>314 E MANNING AVE<br>OTTUMWA, IA 52501 | 7718 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD P YOUNGER<br>C/O YOUNGER REALTY<br>PO BOX 310<br>PONCA CITY, OK 74602 | 4414 | Motors Liquidation Company | $6,381.99 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD PALEY<br>10319 N SAVANNAH CT 21W<br>MEQUON, WI 53092 | 2628 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD PALEY TTEE<br>10319 N SAVANNAH CT 21W<br>MEQUON, WI 53092 | 2627 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD QUALLS<br>PO BOX 8077<br>CHANDLER, AZ 85246 | 2252 | Motors Liquidation Company | $437.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD R GIEGEL<br>6990 WINDWARD HILLS DR<br>BECKSVILLE, OH 44141<br>UNITED STATES OF AMERICA | 15159 | Motors Liquidation Company | $20,672.08 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD R LARSEN TRUSTEE<br>C/O HAROLD R LARSEN<br>3985 E KAWKAWLIN RIVER DR<br>BAY CITY, MI 48706 | 11126 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD R MURPHY & YVONNE L MURPHY<br>300 S BRYAN RD, L5<br>MISSION, TX 78572 | 25497 | Motors Liquidation Company | $24,691.80 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD R MURPHY & YVONNE L MURPHY<br>300 S BRYAN RD, L5<br>MISSION, TX 78572 | 25498 | Motors Liquidation Company | $26,990.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD R ROCHESTER<br>1101 SHERWOOD DR<br>ARLINGTON, TX 76013 | 17868 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HAROLD ROBBINS LIVING TRUST<br>66 W 94TH ST APT 15A<br>NEW YORK, NY 10025 | 29446 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD S CARTER AND JOHNNIE B CARTER<br>1503 HARRIS DR NE<br>ORANGEBURG, SC 29118 | 2097 | Motors Liquidation Company | $8,009.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD S JAFFE<br>SUSAN JAFFE ROBERTS, ESQ WHITEFORD, TAYLOR & PRESTON LLP<br>SEVEN SAINT PAUL STREET<br>SUITE 1800<br>BALTIMORE, MD 21202 | 46222 | Motors Liquidation Company | $4,986.29 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD SCHMUNK<br>PO BOX 904<br>FARGO, ND 58107 | 62743 | Motors Liquidation Company | $17,081.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD SWINDELL<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>4 ATHENS STREET<br>AUBURN, MA 01501 | 11805 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD W DAVIDSON<br>PO BOX 98<br>MEDINA, TN 38355 | 5166 | Motors Liquidation Company | $39,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD W MATTKE<br>TOD NAMED BENEFICIARIES<br>SUBJECT TO STA TOD RULES<br>8554 W 28TH STREET<br>ST LOUIS PARK, MN 55426 | 5404 | Motors Liquidation Company | $6,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD W NUCKLES   AND<br>MARGARET M NUCKLES<br>JT TEN<br>85 COUNTRY CLUB DRIVE WEST<br>DESTIN, FL 32541 | 61588 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAROLD W ROBINSON JR AND JOAN L ROBINSON AB LIVING TRUST<br>HAROLD W ROBINSON JR<br>JOAN L ROBINSON<br>3100 SE PRUITT RD APT F104<br>PORT ST LUCIE, FL 34952 | 8386 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Second Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## Exhibit A

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HAROLD W SARGEANT<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>134 SCHOOLHOUSE RD<br>WRIGHTSTOWN, NJ 08562 | 63498 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARPAL SINGH<br>6806 FERN LANE<br>ANNANDALE, VA 22003<br>UNITED STATES OF AMERICA | 63005 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRELL W BAKER<br>521 RICKEY CANYON<br>DESOTO, TX 75115<br>UNITED STATES OF AMERICA | 14590 | Motors Liquidation Company | $47,429.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRIET A ALLEN<br>16 CHARTER CT<br>CHARLESTOWN, RI 02813 | 21760 | Motors Liquidation Company | $10,311.67 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRIET AND JOEL WHITE<br>4856 MANASSAS DRIVE<br>BRENTWOOD, TN 37027 | 10556 | Motors Liquidation Company | $14,952.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRIET BURACK<br>MS HARRIET A BURACK<br>10859 BOCA WOODS LN<br>BOCA ROTON, FL 33428<br>UNITED STATES OF AMERICA | 14772 | Motors Liquidation Company | $28,577.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRIET E PRITCHARD<br>5405 SCHLUTER RD<br>MONONA, WI 53716 | 8741 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRIET E PRITCHARD<br>5405 SCHLUTER RD<br>MONONA, WI 53716 | 8742 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRIET FONER<br>500-C GRAND ST APT 5G<br>NEW YORK, NY 10002 | 63238 | Motors Liquidation Company | $9,988.30 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| HARRIET FREMLAND<br>6247 CAMINITO SUTREUADO<br>SAN DIEGO, CA 92120 | 12988 | Motors Liquidation Company | $1,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRIET J COHEN<br>1173 PELZER AVE<br>LADY LAKE, FL 32162 | 6826 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRIET JOY MAISEL<br>TOD LAURIE & MICHAEL MAISEL<br>SUBJECT TO STA TOD RULES<br>7326 CLUNIE PLACE APT 13805<br>DELRAY BEACH, FL 33446 | 28509 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRIET M. EBBETS<br>2727 OAK TREE LANE<br>FT. LAUDERDALE, FL 33309 | 15358 | Motors Liquidation Company | $19,350.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRIET MACK<br>93 KINGSTON BLVD<br>HAMILTON, NJ 08690 | 28922 | Motors Liquidation Company | $1,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRIET RESNICK<br>1841 CENTRAL PARK AVE<br>YONKERS, NY 10710 | 10344 | Motors Liquidation Company | $11,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRIET SCHANEN IRA<br>FCC AS CUSTODIAN<br>131-D BALSAM PLZ<br>MONROE TWP, NJ 08831 | 28214 | Motors Liquidation Company | $20,005.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRIET SCHLAKMAN<br>7946 EXETER CIR EAST<br>TAMARAC, FL 33321 | 25356 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRIET T SMITH TOD K JARZONBEK<br>M BOZUHOSKI S MARRERO<br>SUBJECT TO STA RULES<br>535 OUTER DRIVE<br>COCOA, FL 32926 | 8570 | Motors Liquidation Company | $8,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRIET T WERNER<br>81 WEST 34TH STREET<br>BAYONNE, NJ 07002 | 16274 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HARRIETT FOSTER LAFER<br>11007 BETHEL CHURCH RD<br><br>MANCHESTER, MI 48158 | 48361 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRIETT HAMMEL TTEE<br>HARRIET HAMMEL REV TRUST U/A<br>DTD 01/07/1993<br>20244 MERRY OAK AVENUE<br>TAMPA, FL 33647 | 13757 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRIS AND THELMA KAESMEYER<br>320 KEINATH DRIVE<br><br>FRANKENMUTH, MI 48734 | 12127 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRIS WHITNEY FULLER TTEE<br>FULLER TRUST<br>U/A DTD 03/13/1992<br>439 IVES TER<br>SUNNYVALE, CA 94087 | 6499 | Motors Liquidation Company | $25,950.89 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRISON COMMUNITY PROPERTY 1994 TRUST<br>WILLIAM HARRISON, LINDA D HARRISON<br>5640 W COUGAR AVE<br>LAS VEGAS, NV 89139 | 3237 | Motors Liquidation Company | $300,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRISON DANN & BEVERLY P DANN<br>38 HILLCREST RD<br><br>ELMIRA, NY 14905 | 14436 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY & ELLA J BRANDT REV TRU DTD 5/15/97<br>DTD 5/15/97<br>PO BOX 222<br>VICTOR, CA 95253 | 28309 | Motors Liquidation Company | $22,375.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY & EVELYN EISENSTAT FAMILY TR<br>LINDA JOSEPH & EVELYN EISENSTAT<br>COTRUSTEES U/A DTD 6-5-96<br>3333 WARRENSVILLE CENTER RD<br>SHAKER HTS, OH 44122 | 10390 | Motors Liquidation Company | $23,951.77 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY & FAY DUGAN<br>284 SHADOW RIDGE CT<br><br>MARCO ISLAND, FL 34145 | 22294 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| HARRY A DOUTT & ALMA M DOUTT JT TEN 8101 LA CAVERNA AVE. N.E. ALBUQUERQUE, NM 87122 | 11712 | Motors Liquidation Company | $10,428.70 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY AJZENBERG REV TRUST HARRY AJZENBERG & WENDY PAUSAN 1560 GULF BLVD APT 1602 CLEARWATER, FL 33767 | 8436 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY BELLA 22 CHARLES ST EDISON, NJ 08820 | 5073 | Motors Liquidation Company | $46,935.66 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY C BAKER JANET BAKER 211 JANICE ST LODI, OH 44254 | 8525 | Motors Liquidation Company | $4,839.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY C BAKER 211 JANICE ST LODI, OH 44254 | 8526 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY C. PERRINE TTEE FBO LOUISE B. RYAN U/A/D 04/17/00 288 O' CONNELL DRIVE EAST HARTFORD, CT 06118 | 19173 | Motors Liquidation Company | $4,966.64 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY CARTER 101 GANNET LN FOUNTAIN VALLEY, CA 92708 | 12261 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY CARTER 101 GANNET LN FOUNTAIN VALLEY, CA 92708 | 12262 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY D STAHL 512 W CONCHO ST SAFFORD, AZ 85546 | 19297 | Motors Liquidation Company | $37,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY D STAHL & PAULA M STAHL JTTEN 512 W CONCHO ST SAFFORD, AZ 85546 | 19298 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HARRY DUANE THEURER<br>PATRICIA A THEURER<br>JT TEN<br>AMA ACCOUNT<br>14226 HAWKSTREAM COVE<br>HOAGLAND, IN 46745 | 36939 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY DUGAN<br>284 SHADOW RIDGE COURT<br>MARCO ISLAND, FL 34145 | 22975 | Motors Liquidation Company | $9,239.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY DUKE JR & PATRICIA C DUKE<br>1254 CATHEDRAL CIR<br>MADISON, AL 35758 | 9931 | Motors Liquidation Company | $7,014.77 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY DUKE JR IRA<br>C/O HARRY DUKE JR<br>1254 CATHEDRAL CIR<br>MADISON, AL 35758 | 9930 | Motors Liquidation Company | $17,028.72 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY E BROWN JR<br>5811 N LINN<br>OKLAHOMA CITY, OK 73112 | 2468 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY E DIAMOND<br>SOUTHWEST SECURITIES INC<br>3431 RACQUET CLUB<br>GRAND PRAIRIE, TX 75052 | 4842 | Motors Liquidation Company | $18,015.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY E HARMAN & JOAN S HARMAN<br>8 FAIRLANE DRIVE<br>BLUEFIELD, VA 24605 | 2063 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY FEINBERG (IRA)<br>9199 PEAKY CYPRESS 7G<br>BOCA RATON, FL 33428 | 17677 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY FUKU HESS<br>682 4TH ST APT 1<br>HERMOSA BEACH, CA 90254 | 12067 | Motors Liquidation Company | $204,131.22 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY G MANN &<br>PATRICIA H MANN JT TEN<br>1771 WICKERSHAM LANE<br>LANCASTER, PA 17603 | 20259 | Motors Liquidation Company | $10,169.14 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HARRY GLASER<br>10 EAST ST #7<br><br>PROVIDENCE, RI 02906 | 11817 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY H GAST TESTAMENTARY TRUST<br>THOMAS M HUNT SR TRUSTEE OF<br>HARRY H GAST TESTAMENTARY TRUST<br>857 SENIOR WAY<br>SACRAMENTO, CA 95831 | 19547 | Motors Liquidation Company | $10,407.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY HING LEW<br>6121 171ST ST<br><br>FRESH MEADOWS, NY 11365 | 63430 | Motors Liquidation Company | $37,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY J ESTES<br>7577 WOLFS CROSSING<br><br>GNADENHUTTEN, OH 44629 | 12707 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY J FONG<br>938 PACIFIC AVE<br><br>SAN FRANCISCO, CA 94133 | 63160 | Motors Liquidation Company | $64,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY J FRAVERT JR<br>6570 JOG ESTATES LN<br><br>BOYNTON BEACH, FL 33437<br>UNITED STATES OF AMERICA | 61174 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY J LORENZ & BETTY ANNE LORENZ JT OWNERS<br>2031 BERRYWOOD DR<br><br>KNOXVILLE, TN 37932 | 18651 | Motors Liquidation Company | $15,989.36 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY J WEISS REV TRUST<br>HARRY J WEISS TTEE<br>U/A DTD 06/04/1998<br>1108 BAHAMA DRIVE<br>ORLANDO, FL 32806 | 8469 | Motors Liquidation Company | $15,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY JW FRAVERT JR<br>6570 JOG ESTATES LN<br><br>BOYNTON BEACH, FL 33437 | 22490 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY KALT & MARCIA KALT JT TEN<br>53 ESTATE TERRACE NORTH<br><br>MANHASSET, NY 11030 | 13329 | Motors Liquidation Company | $26,666.79 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HARRY L & MARTHA L STEPHENSON<br>9341 E 4755<br><br>ELIZABETHTOWN, IN 47232 | 1913 | Motors Liquidation Company | $12,459.21 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY L DONALDSON &<br>DEE F DONALDSON JT TEN<br>444 ELKINS LAKE<br>HUNTSVILLE, TX 77340 | 4639 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY L WILSON<br>815 AUDUBON BLVD<br><br>JACKSON, MI 49203 | 68439 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY LAIBSTAIN TTEE<br>C/O HARRY LAIBSTAIN<br>745 GRAMBY ST<br>NORFOLK, VA 23510 | 17433 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY LANTING AND EUNICE LANTING JTWROS<br>C/O HARRY LANTING<br>2018 S CROSS CREEK DR SE<br>GRAND RAPIDS, MI 49508 | 11624 | Motors Liquidation Company | $103,843.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY LEE TEEL<br>8229 S COLLEGE AVE<br><br>TULSA, OK 74137<br>UNITED STATES OF AMERICA | 13767 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY M PIERCE<br>718 26TH STREET<br><br>UNION CITY, NJ 07087 | 6889 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY NEALE<br>1172 RISA PL<br><br>SANTA ANA, CA 92705 | 30620 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY NICHOLS<br>230 DELSIDE DR<br><br>DELHI, NY 13753 | 2265 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY NORMAN COATES<br>C/O CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>1471 10 MILE RD NE<br>COMSTOCK PARK, MI 49321 | 3142 | Motors Liquidation Company | $37,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HARRY R RODEN III<br>U/A/D 10/29/03<br>FBO RODEN TRUST<br>P.O. BOX 6338<br>LOS OSOS, CA 93412 | 15046 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY S & MARGARET A NICOLL<br>TRUSTEES U/A/D 12/19/01<br>NICOLL FAMILY LIVING TRUST<br>64 BYRSONIMA LOOP<br>HOMOSSASSA, FL 34446 | 7505 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY S SCHIMMEL<br>DORIS E SCHIMMEL<br>21214 N 124TH AVE<br>SUN CITY WEST, AZ 85375 | 62364 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY S SCHIMMEL<br>& DORIS E SCHIMMEL JTWROS<br>21214 N 124TH AVE<br>SUN CITY WEST, AZ 85375 | 62365 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY SIGESMUND<br>6730 WOODBRIDGE DRIVE<br>BOCA RATON, FL 33434<br>UNITED STATES OF AMERICA | 44435 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY STEIN<br>60 TWIN OAKS OVAL<br>SPRINGFIELD, NJ 07081 | 27539 | Motors Liquidation Company | $25,490.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY STEIN<br>60 TWIN OAKS OVAL<br>SPRINGFIELD, NJ 07081 | 27540 | Motors Liquidation Company | $7,683.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY STULMAN &<br>ROSALIE MCJUNKIN JT TEN<br>110 N MILWAUKEE AVE UNIT 505<br>WHEELING, IL 60090 | 15055 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY T PAGE<br>HARRY T PAGE AND KATHRYN E PAGE TTEE<br>PAGE TRUST DATED FEB 24 1989<br>2206 OAK RIDGE CT<br>FULLERTON, CA 92831 | 3343 | Motors Liquidation Company | $15,644.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Fifty-Second Omnibus Objection**

## Exhibit A

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| HARRY T PAGE & KATHRYN E PAGE TTEE PAGE TRUST U/A DTD FEB 24 1989 2206 OAK RIDGE CT FULLERTON, CA 92831 | 3344 | Motors Liquidation Company | $15,167.42 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY TRUAX 33118 KENTUCKY ST LIVONIA, MI 48150 | 2168 | Motors Liquidation Company | $12,491.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY V HAMLIN TR 201 TIFFANY RD BRISTOL, TN 37620 | 6188 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY W & ELLEN H DURGIN HARRY W & ELLEN H DURGIN JTWROS 2017 SPRINGHOUSE ROAD SE HUNTSVILLE, AL 35802 | 1867 | Motors Liquidation Company | $101,214.97 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY W CHRISTAKOS 919 PHEASANT WOODS DRIVE MANCHESTER, MO 63021 | 3556 | Motors Liquidation Company | $1,410.52 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY W TOUT 11954 CLINTON ST ALDEN, NY 14004 | 10604 | Motors Liquidation Company | $18,725.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY WILLIAMS CGM IRA CUSTODIAN 10350 S. 94TH E AVE TULSA, OK 74133 | 12889 | Motors Liquidation Company | $6,784.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARTLY C HANSEN 1090 E 700 SO #20 ST GEORGE, UT 84790 | 21989 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARVEY A KECKLEY IRA HARVEY A KECKLEY 107 NORTHRIDGE DR MT VERNON, OH 43050 | 31702 | Motors Liquidation Company | $17,169.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARVEY AND SALLIE WEISGRAM 2305 SANTA BARBARA DR BISMARCK, ND 58504 | 3199 | Motors Liquidation Company | $10,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HARVEY E KANNADY<br>2371 VERONA MUDLICK RD<br>VERONA, KY 41092 | 21865 | Motors Liquidation Company | $9,585.13 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARVEY E MAYER<br>1609 LIVONIA AVE<br>LOS ANGELES, CA 90035 | 16379 | Motors Liquidation Company | $6,214.46 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARVEY FELSER<br>TOMPKINS/OLSHER<br>MORGAN STANLEY SMITH BARNEY<br>4855 TECHNOLOGY WAY<br>SUITE 600<br>BOCA RATON, FL 33431<br>UNITED STATES OF AMERICA | 32002 | Motors Liquidation Company | $94,937.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARVEY G GREGG<br>HARVEY G GREGG IRA<br>117 CREEK DR<br>MONTGOMERY, AL 36117 | 22447 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARVEY GALAN<br>5882 GRAND HARBOUR CIRCLE<br>BOYNTON BEACH, FL 33437 | 8737 | Motors Liquidation Company | $14,122.80 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARVEY H. COHEN<br>CGM IRA ROLLOVER CUSTODIAN<br>3 STONELEA DRIVE<br>PRINCETON JCT, NJ 08550 | 7379 | Motors Liquidation Company | $8,762.20 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARVEY HIBSHMAN<br>CAROL HIBSHMAN<br>3 BROMPTON PL<br>CHERRY HILL, NJ 08003 | 20507 | Motors Liquidation Company | $150,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARVEY J JACOBSON<br>118 UNIVERSITY DR<br>BUFFALO GROVE, IL 60089 | 12670 | Motors Liquidation Company | $24,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARVEY M URIBE AND HELEN F URIBE<br>TTEES FBO URIBE FAMILY LIVING TRUST DATED 9/6/1991<br>4743 ADENMOOR AVE<br>LAKEWOOD, CA 90713 | 16788 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Fifty-Second Omnibus Objection**

# Exhibit A

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HARVEY STEVEN ISRAEL<br>1085 SEIBERT RD<br><br>BELLEFONTE, PA 16823 | 5920 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HATOREN<br>C/O BNP PARIBAS<br>201 S BISCAYNE BLVD 1800<br>MIAMI, FL 33139 | 60482 | Motors Liquidation Company | $165,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAUSSERMAN FAMILY TRUST<br>ANNA MARIE HAUSSERMAN TTEE<br>HAUSSERMAN FAMILY TRUST U/A DTD 5/2/95<br>206 FRANKLIN AVENUE<br>LOWELL, AR 72745 | 28151 | Motors Liquidation Company | $2,001.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAWN OKEN & FERROTTI TTEES<br>WOMEN FIRST OBGYN PC PSP<br>U/A DTD 07/01/1980 FBO M HAWN<br>4700 UNION DEPOSIT ROAD<br>HARRISBURG, PA 17111 | 68117 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAYDEL & ORNELLAS PROF CORP<br>401K PLAN DATED 1-13-2000<br>FBO: MARK F ORNELLAS<br>4645 PINE VALLEY CIRCLE<br>STOCKTON, CA 95219 | 8294 | Motors Liquidation Company | $11,125.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAYDEL & ORNELLAS, PROF CORP<br>401(K) PLAN FBO DOROTHY L DOSCHER<br>3550 DEER PARK DRIVE, STE A<br>STOCKTON, CA 95219 | 28308 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAYES AND ETHEL LEMMOND<br>HAYES K LEMMOND AND ETHEL N LEMMOND<br>1602 PENN RD SW<br>HARTSELLE, AL 35640 | 22446 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAYWARD C MABEN TTEE<br>FBO THE HAYWARD C MABEN LIVTR<br>U/A/D 01/05/83<br>1690 STRATHCONA DR<br>DETROIT, MI 48203 | 15527 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAYWARD CONRAND HAYNES<br>UTA CHARLES SCHWAB & CO INC<br>SARSEP-IRA DTD 02/07/94<br>6200 FOREST HILLS DR<br>AUSTIN, TX 78746 | 29699 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Fifty-Second Omnibus Objection**

# Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| HAYWARD HAYNES<br>LPL FINANCIAL<br>6200 FOREST HILLS DR<br>AUSTIN, TX 78746<br>UNITED STATES OF AMERICA | 29701 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAZEL A CANOUN<br>ALBERT C CANOUN<br>599 WALNUT AVE<br>WALNUT CREEK, CA 94598 | 2946 | Motors Liquidation Company | $25,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAZEL F EZELL<br>1709 HOLLOW LN<br>TUSCALOOSA, AL 35406 | 29559 | Motors Liquidation Company | $4,991.98 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAZEL FLANERY RISER & BETTY FLANERY BARLEY<br>1201 MEADOWLARK AVE<br>MIAMI SPRINGS, FL 33166 | 68837 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAZEL H NELSON TTEE<br>HAZEL NELSON TRUST UA<br>1700 BEN FRANKLIN DR UNIT 5D<br>SARASOTA, FL 34236 | 45775 | Motors Liquidation Company | $4,533.07 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAZEL KREUZ<br>3 WEBB CREEK PLACE<br>THE WOODLANDS, TX 77382 | 29803 | Motors Liquidation Company | $22,880.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAZEL LEE JAMES<br>BY HAZEL LEE JAMES FAM REV TR<br>807 DORMAN ST<br>SPRINGDALE, AR 72762 | 28472 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAZEL M ORR TTEE<br>HAZEL M ORR REVOCABLE TRUST<br>U/A DTD 11/06/1992<br>1848 CHER COURT<br>WOOSTER, OH 44691 | 7092 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAZEL M ROSE REVOCABLE TRUST<br>HAZEL M ROSE TTEE<br>WILLIAM T ROSE TTEE<br>U/A DTD 08/07/03<br>PO BOX 45062<br>RIO RANCHO, NM 87174 | 36728 | Motors Liquidation Company | $12,450.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| HAZEL M ROSE REVOCABLE TRUST<br>HAZEL M ROSE TTEE<br>WILLIAM T ROSE TTEE<br>U/A DTD 08/07/03 PO BOX 45062<br>RIO RANCHO, NM 87174 | 59737 | Motors Liquidation Company | $12,450.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAZEL M SIMMS<br>TOD LINDA M ORTIZ AND<br>SHIRLEY M STIVERS<br>240 CHESTNUT DR<br>WRIGHTSTOWN, NJ 08562 | 29049 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAZEL M SIMMS<br>TOD LINDA M ORTIZ AND<br>SHIRLEY M STIVERS<br>240 CHESTNUT DR<br>WRIGHTSTOWN, NJ 08562 | 29052 | Motors Liquidation Company | $5,705.90 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAZEL R CARUTHERS REV TRUST<br>HAZEL R CARUTHERS AND STEVEN V CARUTHERS TTEES<br>HAZEL R CARUTHERS REV TR<br>425 S ELM RD<br>LAKELAND, FL 33801 | 11200 | Motors Liquidation Company | $23,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAZEL SACK<br>PO BOX 199<br>BETHEL, PA 19507 | 1712 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAZEL V RILEY TTEE<br>WINSTON S RILEY & HAZEL V RILEY REV TRUST<br>5177 W ELLSWORTH RD<br>ANN ARBOR, MI 48103 | 26936 | Motors Liquidation Company | $7,427.45 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HAZEL V RILEY TTEE<br>U/A/D 12-3-1991<br>WINSTON S RILEY & HAZEL V<br>RILEY REVOCABLE TRUST<br>5177 W ELLSWORTH RD<br>ANN ARBOR, MI 48103 | 26937 | Motors Liquidation Company | $22,862.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HB ROBERTS JR<br>PO BOX 5203<br>CHARLOTTESVILLE, VA 22905 | 28035 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HEBERT SCHLEIFER<br>800 PALISADE AVE<br>APT I403<br>FORT LEE, NJ 07024 | 8980 | Motors Liquidation Company | $95,964.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HEDDA BUEHNER<br>KIRCHENSTR 13A<br>D-85737 ISMANING GERMANY<br>,<br>GERMANY | 29203 | Motors Liquidation Company | $48,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HEDY WILDER ASSOC INC PSP<br>HEDY WILDER ASSOC INC<br>PROFIT SHARING PLAN<br>PO BOX 1135<br>TOBYHANNA, PA 18466<br>UNITED STATES OF AMERICA | 15201 | Motors Liquidation Company | $19,013.25<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HEEDONG PARK<br>6052 PLANTATION DR<br>GRAND BLANC, MI 48439 | 6816 | Motors Liquidation Company | $12,719.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HEIDE I DOMINIC<br>13217 WILLOW POINT DR<br>FREDERICKSBURG, VA 22408 | 31724 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HEIDER FRIEDRICH<br>HAYDNGASSE 22<br>A 7131 HALBTURN AUSTRIA<br>AUSTRIA | 60824 | Motors Liquidation Company | $20,712.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HEIDI E PORTNOW<br>ACCOUNT # 2<br>94 LOFT DR<br>MARTINSVILLE, NJ 08836 | 11278 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HEIDI NEVEN, TTEE<br>DJD 2009 IRREVOCABLE TRUST<br>25 FRANKLIN BLVD. #3F<br>LONG BEACH, NY 11561 | 19636 | Motors Liquidation Company | $4,709.94 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HEIDI STALLINGS<br>3712 SAGE WAY<br>OCEANSIDE, CA 92057 | 4741 | Motors Liquidation Company | $30,798.42 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HEIDI STEIB<br>HARBIGSTRASSE 8<br>86836 GRABEN/LAGERLECHFELD  GERMANY<br>,<br>GERMANY | 38151 | Motors Liquidation Company | $32,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim.  Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HEINRICH JOSEF PAAR<br>WBNA CUSTODIAN TRAD IRA<br>BERGLISTRASSE 46<br>CH-9320 ARBON SWITZERLAND<br>,<br>SWITZERLAND | 33240 | Motors Liquidation Company | $15,553.13 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HEINZ H. STEINMANN<br>P.O. BOX 327<br>WRIGHTWOOD, CA 92397 | 59203 | Motors Liquidation Company | $3,000,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HEINZ M THOMAS<br>2735 FILLMORE ST<br>EUGENE, OR 97405 | 5434 | Motors Liquidation Company | $10,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HEINZ S BURKERT<br>7722 HASBROOK AVE<br>PHILADELPHIA, PA 19117 | 20115 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HEINZ-JOSEF NUESSGENS & BETTINA NUESSGEN<br>IM WINDWINKEL 7<br>DE-53773 HENNEF GERMANY<br>,<br>GERMANY | 33332 | Motors Liquidation Company | $5,728.54 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELAINE BAKER<br>8126 DUOMO CIRCLE<br>BOYNTON BEACH, FL 33472 | 16242 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN A BORCHARDT<br>5029 MERGANSER DR<br>CORPUS CHRISTI, TX 78413 | 16050 | Motors Liquidation Company | $24,838.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN A SCHWARTZ IRA<br>FCC AS CUSTODIAN<br>12190 CASTLE PINES ROAD<br>BOYNTON BEACH, FL 33437 | 15353 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN A SMITH<br>1981 HEBRON RD<br>CADES, SC 29518 | 10968 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN ALEXAS<br>426 E WHEELING ST #H-4<br>WASHINGTON, PA 15301 | 3361 | Motors Liquidation Company | $44,172.70 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HELEN ANN CARROLL<br>TOD ACCOUNT<br>DOROTHY JANE CARROLL<br>TOD ACCOUNT<br>10631 FOXLAIR DRIVE<br>ST. LOUIS, MO 63137 | 13027 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN ANNE ABAJIAN TTEE<br>1391 HARMONY DR<br>PORT CHARLOTTE, FL 33952 | 8942 | Motors Liquidation Company | $130,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN B LYTLE<br>18602 MICA DR<br>SUN CITY WEST, AZ 85375 | 12160 | Motors Liquidation Company | $50,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN B. PRUDEN TTEE FBO HELEN PRUDEN<br>2551 NE 35TH ST<br>LIGHTHOUSE POINT, FL 33064<br>UNITED STATES OF AMERICA | 48327 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN BAK TRUST U/A DTD 2/18/98<br>HELEN BAK TRUSTEE<br>1887 ENGEL RD<br>WEST BRANCH, MI 48661 | 10801 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN BUTTKE<br>TOD CURTISS E BUTTKE<br>SUBJECT TO STA TOD RULES<br>1432 TANOAK WAY<br>AUBURN, CA 95603 | 18428 | Motors Liquidation Company | $17,903.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN C CANNON<br>66 GARDEN DR<br>TAYLORSVILLE, KY 40071 | 3184 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN C HADDAD TR<br>HELEN C HADDAD REV TRUST<br>U/A DATED 7-5-94<br>8555 ALEXANDRA DR #104<br>N ROYALTON, OH 44133 | 7666 | Motors Liquidation Company | $10,249.64 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN C LAIBSTAIN TTEE<br>745 GRAMBY ST<br>NORFOLK, VA 23510 | 17432 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HELEN C QUINN TRUST<br>JEANINE BROOMHALL TTEE<br>73 CURTISS RD<br>WARREN, CT 06777 | 11044 | Motors Liquidation Company | $24,757.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN CULBERTSON MARITAL DED<br>TRUST HELEN C CULBERTSON TTEE<br>U/A DTD 2/29/2000<br>8489 CEDAR LN<br>KING GEORGE, VA 22485 | 12388 | Motors Liquidation Company | $30,168.40 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN D LORENCE<br>SHARON K SCHNEIDER<br>CAROLYN J FLAJNIK<br>215 MAMONT DR<br>EXPORT, PA 15632 | 27908 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN DAWLEY, TRUSTEE<br>145 CANEBRAKE DR<br>NEW BERM, NC 28562 | 4564 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN E BORGESON<br>925 INDUS RD<br>VENICE, FL 34293<br>UNITED STATES OF AMERICA | 6690 | Motors Liquidation Company | $28,160.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN E BORGESON<br>925 INDUS RD<br>VENICE, FL 34293 | 16713 | Motors Liquidation Company | $28,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN E CIALEK TRUSTEE<br>C/O HELEN CIALEK<br>29464 MARK<br>MADISON HEIGHTS, MI 48071 | 20090 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN E FREDERICK<br>C/O VICKIE FITCH<br>711 BEACON<br>YAKIMA, WA 98901 | 68105 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN E HOLLINGWORTH<br>21 LAKE SHORE RD<br>NATICH, MA 01760 | 61931 | Motors Liquidation Company | $8,075.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| HELEN E MCKINNEY AND<br>LEONARD E. MCKINNEY JTWROS<br>496 QUAILWOOD DRIVE<br>ATHENS, GA 30606 | 18290 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN E REYNOLDS<br>6938 WAKE FOREST DR<br>DALLAS, TX 75214 | 37143 | Motors Liquidation Company | $10,662.44 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN E WALTERS<br>HAROLD L WALTERS<br>5304 N SOLLARS DR<br>MUNCIE, IN 47304 | 6377 | Motors Liquidation Company | $2,450.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN EILEEN ROGERS<br>2201 COOK AVE<br>PORT TOWNSEND, WA 98368 | 5317 | Motors Liquidation Company | $13,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN F PAPAFLORATOS &<br>GREGORY PAPAFLORATOS AS CO TRUSTEES OF THE HELEN F PAPAFLORATOS REVOCABLE TRUST U/A/D 04/17/2007<br>22001 COLONY DR<br>BOCA RATON, FL 33433 | 43950 | Motors Liquidation Company | $19,755.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN G MCGOWAN<br>68 NEW YORK AVE<br>CONGERS, NY 10920 | 2530 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN HANLEY<br>311 GARFIELD AVE<br>AVON, NJ 07717 | 18080 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN J FEDUCIA<br>4541 WOOD STORK DR<br>MERRITT ISLAND, FL 32953 | 14570 | Motors Liquidation Company | $10,085.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN J RUANE<br>6 BEAVER BROOK DR<br>TOMS RIVER, NJ 08757 | 13318 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN JEAN DICK<br>PO BOX 62<br>ADAMS, NY 13605 | 63105 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Second Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HELEN JEANE JONES TTEE<br>THE HELEN JEANE JONES TRUST<br>U/A DTD 11/17/1988<br>PO BOX 61<br>RENO, NV 89504 | 9258 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN K DAVIS<br>609 W SOUTH ORANGE AVE<br>APT 3H<br>SOUTH ORANGE, NJ 07079 | 5679 | Motors Liquidation Company | $47,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN KRAWCZYK<br>4077 BROCKWAY RD<br>SAGINAW, MI 48638 | 8454 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN L DAMICO<br>1510 LEISTER DRIVE<br>SILVER SPRING, MD 20904 | 21751 | Motors Liquidation Company | $19,550.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN L SEAMAN & RUTH ANN MERCHANT<br>RUTH ANN MERCHANT JT TEN<br>617 W NORTH ST<br>FOSTORIA, OH 44830 | 2963 | Motors Liquidation Company | $20,618.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN L SHAW<br>1307 E SCOTT<br>KIRKSVILLE, MO 63501<br>UNITED STATES OF AMERICA | 7262 | Motors Liquidation Company | $1,965.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN L UNDERWOOD IRA<br>291 INDIAN PAINTBRUSH UNIT J<br>CASPER, WY 82604<br>UNITED STATES OF AMERICA | 62664 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN L WILSON<br>137 MALENE AVE<br>GADSDEN, AL 35901<br>UNITED STATES OF AMERICA | 4242 | Motors Liquidation Company | $19,228.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN LEWIS<br>12450 CYRSTAL POINTE DR<br>APT 101<br>BOYNTON BEACH, FL 33437 | 20304 | Motors Liquidation Company | $4,904.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Second Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HELEN LICHTNER<br>7418 VICTORY LN<br>DELRAY BEACH, FL 33446 | 18808 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN M BALL<br>E 604 COURTLAND<br>SPOKANE, WA 99207 | 19653 | Motors Liquidation Company | $9,575.20 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN MARIE REED REVOCABLE TRUST U/A 9/28/88<br>HELEN MARIE REED REVOCABLE TRUST<br>TAMARA D ARENA  TRUSTEE<br>6 ISLA BAHIA TERRACE<br>FORT LAUDERDALE, FL 33316 | 36702 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN N JONES<br>5213 CLAIRMONT AVE<br>BIRMINGHAM, AL 35222 | 13993 | Motors Liquidation Company | $15,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN O ALTWIES<br>2600 PEBBLE VALLEY RD<br>APT C1<br>WAUKESHA, WI 53188 | 9826 | Motors Liquidation Company | $6,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN O'GRADY<br>41 HAMILTON STREET<br>ROCKVILLE CENTRE, NY 11570 | 9587 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN ORLAN<br>GEORGE ORLAN<br>22 PIN PACK ROAD<br>RIDGEFIELD, CT 06877 | 14089 | Motors Liquidation Company | $100,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN P ZELZNAK<br>150 ISLANDER CT APT 249L<br>LONGWOOD, FL 32750 | 19369 | Motors Liquidation Company | $3,100.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN R BOWDEN<br>7888 CITRUS CREEK DRIVE<br>MELBOURNE, FL 32940 | 63643 | Motors Liquidation Company | $7,755.90 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN R EFIMOFF & ERNEST K EFIMOFF<br>HELEN R EFIMOFF & ERNEST K EFIMOFF JTWROS<br>5538 RAVEN RD<br>BLOOMFIELD, MI 48301 | 18566 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HELEN R HOLT TRUST<br>HELEN R HOLT TTEE<br>1205 S SECOND STREET<br>DAYTON, WA 99328 | 44661 | Motors Liquidation Company | $8,375.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN R PAYNE<br>1714 VIRGINIA ST<br>MOUNDSVILLE, WV 26041 | 9970 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN R PAYNE<br>1714 VIRGINIA ST<br>MOUNDSVILLE, WV 26041 | 10520 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN R PUGH<br>3812 OCEAN AVE APT H1<br>EAST ROCKAWAY, NY 11518 | 14765 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN R SAILER TR<br>U/A DTD 9/7/90<br>FBO HELEN R SAILER<br>8100 NW 27TH BLVD D-215<br>GAINESVILLE, FL 32606 | 21672 | Motors Liquidation Company | $1,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN S CULLINGS<br>TOD CATHERINE A HANSON<br>SUBJECT TO STA TOD RULES<br>10914 W MONTE VISTA RD<br>AVONDALE, AZ 85392 | 31722 | Motors Liquidation Company | $35,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN S MALINAS<br>5131 C NESTING WAY<br>DELRAY BEACH, FL 33484<br>UNITED STATES OF AMERICA | 15158 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN SCHLESINGER & STEPHEN SCHLESINGER<br>51 S PRESTWICK COURT<br>DOVER, DE 19904 | 61201 | Motors Liquidation Company | $3,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN SCHWAB<br>YOSEPH MEIR SCHWAB<br>3310 MARNAT RD<br>PIKESVILLE, MD 21208 | 63161 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HELEN SCOTT<br>PO BOX 4304<br><br>WARREN, NJ 07059 | 62406 | Motors Liquidation Company | $103,004.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN SHORNA DALEY TRUST<br>RJ DALEY SR TRUSTEE<br>323 SOUTH 28TH ST<br>LA CROSSE, WI 54601 | 2130 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN SHORNA DALEY TRUST<br>323 SOUTH 28TH ST<br><br>LA CROSSE, WI 54601 | 4799 | Motors Liquidation Company | $68,287.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN STEFFENS<br>34525 MULVEY<br><br>FRASER, MI 48026 | 5828 | Motors Liquidation Company | $15,510.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN V STANLEY IRA<br>C/O HELEN V STANLEY<br>243 MANATEE ROAD<br>WINTER HAVEN, FL 33884 | 36056 | Motors Liquidation Company | $10,099.15 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN V STUMP<br>312 N CEDAR ST<br><br>OWOSSO, MI 48867<br>UNITED STATES OF AMERICA | 18481 | Motors Liquidation Company | $4,486.63 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELENE FICK TTEE<br>HELENE FICK 1993 REV TR<br>SURVIVOR REVOCABLE TRUST<br>UAD 11/30/93<br>23395 CAROLWOOD LN #4308<br>BOCA RATON, FL 33428 | 62594 | Motors Liquidation Company | $20,120.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELENE GREENBERG<br>23343 BLUE WATER CIR APT B120<br><br>BOCA RATON, FL 33433 | 6071 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELENE NERENBURG<br>21201 NE 24 CT<br><br>MIAMI, FL 33180 | 8884 | Motors Liquidation Company | $25,222.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| HELENE UNTERBERGER<br>GAENSBICHL NR 8<br>39030 PERCHA ITALY<br>,<br>ITALY | 20232 | Motors Liquidation Company | $32,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELGA E ARNOLD TTEE<br>HELGA E ARNOLD TRUST<br>U/A DTD 6-12-96<br>975 N. RIVERSIDE AVENUE<br>ST. CLAIR, MI 48079 | 12282 | Motors Liquidation Company | $1,260.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELGA G. TANAKA<br>CGM IRA ROLLOVER CUSTODIAN<br>13760 HADLEY ST.<br>WHITTIER, CA 90601 | 15447 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELGA RIX<br>MEMELSTRASSE 3<br>90453 NURNBERG GERMANY<br>GERMANY | 44597 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELLON S HODGE<br>2102 LEBELLE VILLA<br>NEW IBERIA, LA 70563 | 58980 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELMUT HEYNEN<br>MÜLFORTERSTR 59<br>MÖNCHENGLADBACH DE 41238 GERMANY<br>,<br>GERMANY | 15713 | Motors Liquidation Company | $135,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELNE S AVERY<br>61 EUCALYPTUS KNOLL<br>MILL VALLEY, CA 94941 | 23475 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELON WHITE<br>3065 HILLABEE RD<br>ALEXANDER CITY, AL 35010 | 10992 | Motors Liquidation Company | $18,200.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HENDERSON, MARION F<br>80 EAST JEFFERSON STREET<br>FRANKLIN, IN 46131 | 61587 | Motors Liquidation Company | $200,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| HENDRIAN, HOWARD G<br>56195 10 MILE RD<br><br>SOUTH LYON, MI 48178 | 17012 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HENRI GP & MARJORIE A HEYSTEK JT TEN<br>6501 BAYRIDGE RD<br><br>MOUND, MN 55364 | 44076 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HENRIETTA L. PFEIFER<br>630 WINCHESTER PIKE<br><br>CANAL-WINCHESTER, OH 43110 | 70080 | Motors Liquidation Company | $158,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HENRIETTA NEIMAN<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>5917 IMOGENE ST<br>HOUSTON, TX 77074 | 21083 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HENRIETTA WEST<br>TOD DTD 6/15/04<br>PO BOX 1260<br>APACHE JCT, AZ 85217 | 28463 | Motors Liquidation Company | $36,470.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HENRIETTE M BEATTY (LOUIS BEATTY DECEASED)<br>HENRIETTE M BEATTY<br>5214 SW 11TH PL<br>CAPE CORAL, FL 33914 | 20181 | Motors Liquidation Company | $7,592.19 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HENRY & BERNIECE JOHNSON T I E E<br>HENRY & BERNIECE JOHNSON REVOCABLE TRUST DATED 08/20/99<br>942 COUNTY ROAD 344<br>PIGGOTT, AR 72454 | 67701 | Motors Liquidation Company | $19,705.38 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HENRY & WILMA KLEIN<br>HENRY KLEIN & WILMA H KLEIN<br>1146 E RIDGE<br>NEW ALBANY, IN 47150 | 10429 | Motors Liquidation Company | $16,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HENRY B JENKINS<br>19555 WILLIAMS DR<br><br>CULPEPER, VA 22701 | 6476 | Motors Liquidation Company | $48,625.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HENRY BAWNIK<br>49 SUTHERLAND CT<br><br>WILLIAMSVILLE, NY 14221 | 2015 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HENRY BRENNAN/AURELIA TARTAGLIA BRENNAN<br>230 CAMBRIDGE AVE<br><br>ENGLEWOOD, NJ 07631 | 7180 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HENRY C BETZ<br>9924 NW 6 COURT<br><br>PLANTATION, FL 33324 | 10892 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HENRY C CERNANSKY<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>14645 AMBERLEIGH HILL CT<br>CHESTERFIELD, MO 63017 | 12077 | Motors Liquidation Company | $54,040.20 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HENRY D CASSENS TRUST<br>HENRY D CASSENS TTEE<br>U/A DTD 10/10/01<br>AMA ACCOUNT<br>5306 N ASHFORD DR<br>PEORIA, IL 61615 | 18100 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HENRY EHRLICH<br>CGM IRA CUSTODIAN<br>16 FARMHOUSE CT<br>BALTIMORE, MD 21208 | 62826 | Motors Liquidation Company | $10,335.46 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HENRY ESPINOSA & CONSUELO ESPINOSA TTEE<br>ESPINOSA FAMILY TRUST<br>7248 FOXCROFT ST<br>RIVERSIDE, CT 92506 | 5395 | Motors Liquidation Company | $9,141.11<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HENRY G JANSEN<br>32185 SW EAST LAKE PT<br><br>WILSONVILLE, OR 97070 | 7171 | Motors Liquidation Company | $10,267.92 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HENRY G MENEFEE SEP IRA<br>FCC AS CUSTODIAN<br>6449 MESA OAKS CT<br>SANTA ROSA, CA 95409 | 10066 | Motors Liquidation Company | $10,309.37 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HENRY G SEIBELS, JR<br>75 FAIRWAY DRIVE<br><br>BIRMINGHAM, AL 35213<br>UNITED STATES OF AMERICA | 45647 | Motors Liquidation Company | $44,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HENRY GERIG TTEE<br>HENRY GERIG<br>4012 CAMINO AVE<br>LAS VEGAS, NV 89102 | 11264 | Motors Liquidation Company | $130,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HENRY H BENDER AND ELLEN M BENDER<br>11245 N EVERGREEN DR<br>BIRCH RUN, MI 48415 | 14222 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HENRY H GUNTHER<br>2204 W 18TH ST<br>WILMINGTON, DE 19806 | 2643 | Motors Liquidation Company | $12,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HENRY H ZINKANN AND<br>BARBARA ZINKANN JT TEN<br>115 ESSEX PLACE<br>TOWER LAKES, IL 60010 | 4350 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HENRY H. BECKWITH<br>3277 HWY 17 SOUTH<br>FLEMING ISLAND, FL 32003 | 9427 | Motors Liquidation Company | $54,400.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HENRY HARMON<br>GERALDINE R HARMON<br>1320 S HAYES ST<br>CROWN POINT, IN 46307 | 31494 | Motors Liquidation Company | $5,315.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HENRY HEABERLIN &<br>A J HEABERLIN JTWROS<br>1320 MASTER STREET<br>CORBIN, KY 40701 | 9916 | Motors Liquidation Company | $11,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HENRY J GAILLIOT<br>5734 WEST WOODLAND ROAD<br>PITTSBURGH, PA 15232 | 61670 | Motors Liquidation Company | $250,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HENRY J MAGUSIAK AND EMILY B MAGUSIAK<br>8628 SW 108TH PL RD<br>OCALA, FL 34481 | 11820 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HENRY JOHN BIALY FAMILY LP<br>1492 SW 97 LANE<br>DAVIE, FL 33324 | 44638 | Motors Liquidation Company | $24,603.20 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| HENRY KOOPMAN<br>5264-B PRIVET PLACE<br><br>DELRAY BEACH, FL 33484 | 15943 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HENRY KOPPEL REVOC LVG TR<br>1300 ST CHARLES PL<br>#807<br>PEMBROKE PINES, FL 33026 | 9845 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HENRY KRONBERG & LILLIAN KRONBERG TTEES FBO HENRY AND LILLIAN KRONBERG TST U/A/D 5/7/1973<br>P.O. BOX 371101<br>LAS VEGAS, NV 89137 | 43256 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HENRY M MAYER<br>JULIA MAYER<br>3200 PARK AVE UNIT 8B2<br>BRIDGEPORT, CT 06604 | 7492 | Motors Liquidation Company | $25,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HENRY MASLOWSKI<br>145 KINGSLEY DR<br><br>YONKERS, NY 10710 | 14912 | Motors Liquidation Company | $16,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HENRY MASLOWSKI<br>145 KINGSLEY DRIVE<br><br>YONKERS, NY 10710 | 14922 | Motors Liquidation Company | $10,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HENRY MASLOWSKI IRA<br>145 KINGSLEY DR<br><br>YONKERS, NY 10710 | 14923 | Motors Liquidation Company | $12,625.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HENRY N FRENETTE JR TTEE<br>FBO JANET E FRENETTE FUND TR U/A/D 06-22-2001<br>2 JENNIFER WAY<br>EASTON, MA 02375 | 3580 | Motors Liquidation Company | $20,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HENRY NOVAKOWSKI<br>10810 SW 81 COURT RD<br><br>OCALA, FL 34481 | 6362 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

## Exhibit A

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HENRY R WAINWRIGHT III TTEE<br>BONNIE WAINWRIGHT NON-MARITAL<br>TRUST U/A/D 04-03-2007<br>1160 CASEY KEY ROAD<br>PO BOX 455<br>NOKOMIS, FL 34274 | 62825 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HENRY SEGAL - RUTH SEGAL TTEE - HENRY SEGAL TRUST<br>462 FLORENCIA PLACE<br>MELVILLE, NY 11747 | 2370 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HENRY TINELLI &<br>LOUISE TINELLI TTEES OF<br>THE TINELLI TR DTD 8-29-94<br>3131 WOODFERN CIRCLE<br>THOUSAND OAKS, CA 91360 | 28763 | Motors Liquidation Company | $37,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HENRY W & MARY B EDDY<br>437 ROBINSON RD<br>MOORESVILLE, NC 28117 | 3721 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HENRY W KLUCK IRA<br>FCC AS CUSTODIAN<br>21 LAKE RIDGE CLUB DRIVE<br>BURR RIDGE, IL 60527 | 63220 | Motors Liquidation Company | $12,692.06 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HENRY W KLUCK, IRA<br>FCC AS CUSTODIAN<br>21 LAKE RIDGE CLUB DRIVE<br>BURR RIDGE, IL 60527 | 63221 | Motors Liquidation Company | $25,302.08 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HENRY WINTNER<br>946 CHERRY LN<br>FRANKLIN SQUARE, NY 11010 | 4123 | Motors Liquidation Company | $47,718.52 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERB AND LYNDA KLEMM<br>4301 AMBERWOOD AVE<br>RENO, NV 89509 | 5126 | Motors Liquidation Company | $43,530.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT A GOLDSTEIN<br>869 FURESTVIEW DR<br>SARASOTA, FL 34232 | 3011 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| HERBERT A LICHT<br>151 VARIETY TREE CIR<br><br>ALTAMONTE SPRINGS, FL 32714 | 19359 | Motors Liquidation Company | $4,900.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT A. JUNG<br>SEMMELSGASSE 3<br>69117 HEIDELBERG GERMANY<br>,<br>GERMANY | 26774 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT AND SHIRLEY FINKELSTEIN<br>29 GREENBROOK RD UNIT 82<br><br>FAIRFIELD, NJ 07004 | 17999 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT B GROSS<br>462 ROSEDALE ROAD<br><br>PRINCETON, NJ 08540 | 28920 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT BERGMAN<br>MURIEL RUSTY BERGMAN TTEE<br>HERBERT & MURIEL BERGMAN TRUST<br>5687 B SPINDLE PALM CT<br>DELRAY BEACH, FL 33484 | 22936 | Motors Liquidation Company | $10,245.86 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT BERNTHAL  FRANCES BERNTHAL<br>HERB AND FRANCES BERNTHAL<br>9320 W TUSCOLA RD<br>FRANKENMUTH, MI 48734 | 10326 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT BRINBERG<br>115 E 87TH STREET<br>APT 14B<br>NEW YORK, NY 10128 | 62403 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT BURGAUER TTEE<br>HERBERT BURGAUER TRUST<br>U/A DTD 10-25-06<br>P.O. BOX 148<br>ONTARIO, OH 44862 | 8897 | Motors Liquidation Company | $10,316.39 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT C QUAY<br>838 SANTA ROSA DR<br><br>TALLAHASSEE, FL 32301 | 11238 | Motors Liquidation Company | $74,406.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HERBERT CLAYMAN AND EDITH L TRUST<br>HERBERT CLAYMAN TTEE<br>U/A DTD 12/16/1997<br>6613 WOODLAKE RD<br>JUPITER, FL 33458 | 43356 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT EHRSAM<br>RUE SCHAUB 37<br>1202 GENEVE SWITZERLAND<br>,<br>SWITZERLAND | 23056 | Motors Liquidation Company | $105,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT EHRSAM<br>RUE SCHAUB 37<br>1202 GENEVE SWITZERLAND<br>,<br>SWITZERLAND | 23059 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT F DIETEL<br>11500 NE 76TH ST<br>STE A-3  #74<br>VANCOUVER, WA 98662 | 5278 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT F LOWE<br>10401 W CHARLESTON BLVD # B204<br>LAS VEGAS, NV 89135 | 3593 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT G GILLEY<br>EDNA D GILLEY  BARRY D GILLEY<br>TODD N GILLEY<br>JT TEN<br>163 WISDOM ROAD<br>EDMONTON, KY 42129 | 23233 | Motors Liquidation Company | $72,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT G GILLEY<br>EDNA D GILLEY, BARRY D GILLEY, TODD N GILLEY<br>163 WISDOM RD<br>EDMONTON, KY 42129 | 23234 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT H BOTKIN<br>227 W HENDERSON ST<br>EUREKA, CA 95501 | 21009 | Motors Liquidation Company | $75,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT K DANZIGER<br>CAMILLE F DANZIGER<br>550 CHERRY COURT<br>BIRMINGHAM, MI 48009 | 12483 | Motors Liquidation Company | $15,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HERBERT K DANZIGER (IRA)<br>FCC AS CUSTODIAN<br>550 CHERRY CT<br>BIRMINGHAM, MI 48009 | 12484 | Motors Liquidation Company | $46,193.09 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT L HOUCK TTEE<br>HERBERT L HOUCK LIVING TRUST<br>U/A DTD 06-13-1996<br>2045 PERRYSBURG-HOLLAND ROAD<br>APT. #308<br>HOLLAND, OH 43528 | 21224 | Motors Liquidation Company | $9,924.45 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT L LEVIN<br>858 GAINSWAY RD<br>YARDLEY, PA 19067 | 10219 | Motors Liquidation Company | $9,966.90 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT L LIBBY<br>1333 BENT TREE DR<br>HUDSONVILLE, MI 49426 | 9119 | Motors Liquidation Company | $12,505.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT L MATHIS<br>11096 STATE ROUTE 945<br>BOAZ, KY 42027 | 2205 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT L THAL<br>471 WEST VALLEY RD<br>STRAFFORD, PA 19087 | 26994 | Motors Liquidation Company | $4,482.19 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT L THAL JR<br>471 WEST VALLEY RD<br>WAYNE, PA 19087 | 26993 | Motors Liquidation Company | $7,035.83 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT LANGSAN<br>5300 WISTERIA DRIVE<br>OKLAHOMA CITY, OK 73142 | 19785 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT LICHT<br>15 VARIETY TREE CIRCLE<br>ALTAMONTE SPRINGS, FL 32714 | 19357 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT M HALL & MARGARET H HALL<br>TEN COM<br>8580 WOODWAY DR APT 2403<br>HOUSTON, TX 77063 | 14373 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

# Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HERBERT M HUMPIDGE<br>1014 WILMINGTON ISLAND RD<br><br>SAVANNAH, GA 31401 | 8310 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT M HUMPIDGE AND LISA H CONOR<br>1014 WILMINGTON ISLAND RD<br><br>SAVANNAH, GA 31410 | 8307 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT M LEVENGARD TRUSTEE<br>HML TRUST<br>5508 AMESFIELD CT<br>ROCKVILLE, MD 20853 | 2654 | Motors Liquidation Company | $95,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT MCLIN HUMPIDGE TRUSTEE<br>F/B/O ROBERT WEBSTER HUMPIDGE<br>U/A DATED 7/6/90<br>1014 WILINGTON ISLAND RD<br>SAVANNAH, GA 31410 | 8308 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT MCLIN HUMPIDGE TRUSTEE<br>ROBERT WEBSTER HUMPIDGE JR TRUST<br>1014 WILMINGTON ISLAND RD<br>SAVANNAH, GA 31410 | 8311 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT MCLIN HUMPIDGE TTEE<br>F/B/O ROBERT WEBSTER HUMPIDGE<br>U/A DTD 7/6/90<br>1014 WILMINGTON ISLAND ROAD<br>SAVANNAH, GA 31410 | 8309 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT N LEVIN OR LINDA E LEVIN<br>26181 PAYSANDU DR<br><br>PUNTA GORDA, FL 33983 | 36145 | Motors Liquidation Company | $25,025.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT NOVACK REVOCABLE TRUST<br>UA 3/14/00<br>PO BOX 164<br>WAVERLY, FL 33877 | 10957 | Motors Liquidation Company | $8,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT NOVACK REVOCABLE TRUST<br>UA 3/14/00<br>PO BOX 164<br>WAVERLY, FL 33877 | 10958 | Motors Liquidation Company | $16,506.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HERBERT OR KATHLEEN PROUDLEY<br>37 SULKY DRIVE<br>PENETANGUISHENE, ONTARIO L9M 1J4 CANADA<br><br>CANADA | 23981 | Motors Liquidation Company | $27,055.05 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT P & DORIS M KEAN<br>20 HARWICH RD<br>MORRISTOWN, NJ 07960 | 1141 | Motors Liquidation Company | $1,312.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT P SWETT<br>TOD DTD 04/28/2009<br>17944 CRAFT ROAD<br>HERSEY, MI 49639 | 19656 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT PROUDLEY<br>37 SULKY DRIVE<br>PENETANGUISHENE ONTARIO CANADA  L9M 1J4<br><br>CANADA | 23980 | Motors Liquidation Company | $45,056.23 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT R ADAMS<br>252 BRENTWOOD DR, N<br>LAKE PLACID, FL 33852 | 19270 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT R ESPELAND<br>721 AVENIDA AZOR<br>SAN CLEMENTE, CA 92673 | 10342 | Motors Liquidation Company | $25,623.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT RUBIN<br>9041 S JIMSON WEED WAY<br>HIGHLANDS RANCH, CO 80126 | 20846 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT RUBINSTEIN AND<br>BARBARA RUBINSTEIN<br>14521 HICKORY HILL CT #412<br>FT MYERS, FL 33912 | 17143 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT RUBINSTEIN AND<br>BARBARA RUBINSTEIN<br>14521 HICKORY HILL CT #412<br>FT MYERS, FL 33912 | 17144 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HERBERT RUBINSTEIN AND BARBARA RUBINSTEIN 14521 HICKORY HILL CT #412 FT MYERS, FL 33912 | 17145 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT S AND JANE S SCARBOROUGH 1040 LULLWATER CT WHITE PLAINS, GA 30678 | 6626 | Motors Liquidation Company | $4,965.88 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT S FOX 315 EAST 72ND ST APT 17C NEW YORK, NY 10021 | 1875 | Motors Liquidation Company | $247.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT SANDS (IRA) FCC AS CUSTODIAN 14164 LANGHAM DRIVE WESTFIELD, IN 46074 | 1740 | Motors Liquidation Company | $25,096.58 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT SCHMIDT 435 BALLSTON RD # BLDG2-27 SCOTIA, NY 12302 | 15165 | Motors Liquidation Company | $11,620.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT SCHNEIDER 1708 NORTH 16TH ST READING, PA 19604 | 2924 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT SCHULMAN 100 STONE HILL RD APT C3 SPRINGFIELD, NJ 07081 | 9327 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT SCLAR 12317 TEXAS AVE LOS ANGELES, CA 90025 | 9396 | Motors Liquidation Company | $54,121.57 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT SCLAR 12317 TEXAS AVE LOS ANGELES, CA 90025 | 9397 | MLCS Distribution Corporation | $54,121.57 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT SCLAR 12317 TEXAS AVE LOS ANGELES, CA 90025 | 9398 | MLC of Harlem, Inc. | $54,121.57 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

# Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HERBERT SCLAR<br>12317 TEXAS AVE<br>LOS ANGELES, CA 90025 | 9404 | MLCS, LLC | $54,121.57 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT SEMEL &<br>GLADYS SEMEL JT TEN<br>TOD REGISTRATION<br>20946 26TH AVE<br>BAYSIDE, NY 11360 | 12246 | Motors Liquidation Company | $29,855.38 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT SENTNER<br>14 CARRIAGE LANE<br>NEWARK, DE 19711 | 14375 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT T SANDS CPA PSP<br>HERBERT T SANDS TTEE<br>U/A DTD 01/28/2003<br>FBO HERBERT T. SANDS<br>14164 LANGHAM DRIVE<br>WESTFIELD, IN 46074 | 1741 | Motors Liquidation Company | $25,039.10 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT W THORNE TTEE<br>THORNE FAMILY TR<br>881 E BRIGHTON LN<br>FRESNO, CA 93720 | 63226 | Motors Liquidation Company | $12,864.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT WASCHULL<br>914 SUMMERFIELD DR<br>LAKELAND, FL 33803 | 2715 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERMAN AND CLARA REED JOINT REVOCABLE TRUST<br>HERMAN AND CLARA REED<br>13803 LITTLE ELM RD<br>FARMINGTON, AR 72730 | 17024 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERMAN BABAD<br>244 WEST 23RD STREET<br>APT 5C<br>NEW YORK, NY 10011 | 45800 | Motors Liquidation Company | $7,733.27 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERMAN C PLUISTER<br>1016 5TH AVE<br>APT 306<br>DEWITT, IA 52742 | 6091 | Motors Liquidation Company | $37,200.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HERMAN COHN<br>5000 S EAST END AVE APT C8<br><br>CHICAGO, IL 60615 | 3533 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERMAN E DOYLE<br>2620 S SHERIDAN BLVD<br><br>DENVER, CO 80227 | 5610 | Motors Liquidation Company | $46,018.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERMAN FRIEDMAN AND<br>FRANCES FRIEDMAN JTWROS<br>TOD FBO BRUCE FRIEDMAN & DEBRA<br>HARWOOD SUB TO STATE TOD RULES<br>2465 BRENTWOOD RD<br><br>UNION, NJ 07083 | 16913 | Motors Liquidation Company | $25,270.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERMAN H RUTSCH<br>1310 TWIN SILO DR<br><br>BLUE BELL, PA 19422 | 9134 | Motors Liquidation Company | $5,378.54 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERMAN MEDNICK<br>9840 PASKINSONIA TREE TRAIL A<br><br>BOYNTON BEACH, FL 33436 | 7889 | Motors Liquidation Company | $14,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERMAN MEINDERS TTEE<br>HERMAN MEINDERS REV TRUST<br>14001 MCAULEY BLVD STE 100<br>OKLAHOMA CITY, OK 73134 | 64831 | Motors Liquidation Company | $269,150.28 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERMAN OOSTENDORP & JUDITH OOSTENDORP<br>TOD ACCOUNT<br>38 PONDEROSA DR<br>CAMDENTON, MO 65020 | 8236 | Motors Liquidation Company | $33,128.80 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERMAN OOSTENDORP AND<br>JUDITH OOSTENDORP<br>JT TEN<br>TOD ACCOUNT<br>38 PONDEROSA DRIVE<br>CAMDENTON, MO 65020 | 8235 | Motors Liquidation Company | $33,128.80 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERMAN STEPHEN STEWART<br>54 TURNBERRY COURT<br><br>WEEMS, VA 22576 | 3405 | Motors Liquidation Company | $18,653.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| HERMAN UNVERICHT<br>6 COVENTRY DR.<br>SPENCERPORT, NY 14559 | 17451 | Motors Liquidation Company | $44,954.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERMENEGILDA G BALUYOT AND PATRICO S BALUYOT<br>425 TIMBER BAY CT<br>AZLE, TX 76020 | 63991 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERMES GOUDES & MARY A GOUDES<br>4100 WOODFOX DR<br>CHARLOTTE, NC 28277 | 15999 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERNAN SANTIG<br>MONICA GANGAS<br>LERIDA 8050 LAS CONDES<br>SANTIAGO CHILE<br><br>CHILE | 25365 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERSCH BERGEISEN<br>2324 BACK NINE ST<br>OCEANSIDE, CA 92056 | 20837 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERSCH J BERGEISEN<br>2324 BACK NINE ST<br>OCEANSIDE, CA 92056 | 20836 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERSCHEL CHADICK/ BETTE CHADICK<br>606 9TH ST<br>TERRELL, TX 75160 | 61733 | Motors Liquidation Company | $70,007.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERSCHEL L PLOWMAN TTEE<br>15504 W CORAL POINT DR<br>SURPRISE, AZ 85374 | 18447 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERSHEL D AND EVE W GODSY TTES<br>HERSHEL D GODSY<br>28881 REDBIRD LANE<br>HARVEST, AL 35749 | 12733 | Motors Liquidation Company | $20,940.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERSHEL L MOSKOWITZ<br>78 REAGAN ROAD<br>SPRING VALLEY, NY 10977 | 19923 | Motors Liquidation Company | $19,232.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HESS C HENDERSON & ZELLA M HENDERSON TTEES F/T HENDERSON FAMILY TRUST DTD 2/7/92 1020 N JENNIFER WAY PORTERVILLE, CA 93257 | 15876 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HESS FAMILY TRUST DTD 1/21/88 KATHERINE HESS TTEE 4922 E GARRISON CT TUCSON, AZ 85712 | 6636 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HFM CORP 2209 DEEP RUN RD MANCHESTER, MD 21102 | 14498 | Motors Liquidation Company | $1,495.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HG RENDER TRUSTEE HG & LEONA RENDER REVOCABLE TRUST DATED 07/18/96 1901 COUNTY ROAD 900 JONOSBORO, AR 72401 | 67698 | Motors Liquidation Company | $6,222.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HICKMAN, THOMAS L 254 OBSERVATION POINTE DALLAS, GA 30132 | 9889 | Motors Liquidation Company | $75,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HICKORY HOUSE REVOCABLE LIVING TRUST U/A DTD 07/21/2008 ROLLIE L TILLERY TTEE ET AL 2912 E LOWELL AVE GILBERT, AZ 85295 | 14323 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HICKORY HOUSE REVOCABLE LIVING TRUST U/A DTD 07/21/2008 JANE B TILLERY TTEE ET AL 2912 E LOWELL AVE GILBERT, AZ 85295 | 14322 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HICKS, MARY R 39 WOODBERRY RD LITTLE ROCK, AR 72212 | 7795 | Motors Liquidation Company | $10,357.05 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HIGH RIDGE DAIRY, JEROME STRAATMANN 5328 PRIVATE DR VILLA RIDGE, MO 63089 | 21661 | Motors Liquidation Company | $19,905.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HIGH STREET UNITED METHODIST<br>RESERVE ACCOUNT<br>C/O JAMES R. STROZIER<br>PO BOX 218<br>FRANKLIN, VA 23851 | 14215 | Motors Liquidation Company | $10,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HIGHER GROUND INVESTMENTS<br>ATTN ROBERT KAISER<br>5016 SILVER LAKE<br>PLANO, TX 75093 | 21722 | Motors Liquidation Company | $24,646.93 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HILARY G SEAGER TTEE<br>GREENSLEEVES TRUST U/A<br>3 SUNNYVALE STREET<br>BEVERLY, MA 01915 | 65454 | Motors Liquidation Company | $31,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HILBRAND W DEKKER IRA<br>FCC AS CUSTODIAN<br>3015 GRIESBACH<br>MUSKEGON, MI 49441 | 7106 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HILDA ADELSON<br>13903 ROLLING HILL LANE<br>DALLAS, TX 75240 | 3729 | Motors Liquidation Company | $2,072.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HILDA FIERMAN AND LEAH G LIWERANT<br>55 E 9TH ST APT 4K<br>NEW YORK, NY 10003 | 30622 | Motors Liquidation Company | $12,534.79 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HILDA L SINK<br>2636 WOODINGTON DRIVE<br>WINSTON-SALEM, NC 27103 | 7287 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HILDA M HARNED<br>33 EUGENIA AVE<br>HODGENVILLE, KY 42748 | 6620 | Motors Liquidation Company | $10,024.03 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HILDA PFEFFER TTEE<br>HILDA PFEFFER REV TRUST<br>UAD 4/3/2008<br>3147 FOREST HILL SCHOOL RD<br>MILLSTADT, IL 62260 | 67993 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

## Exhibit A

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HILDA TAYLOR LAURENCE TRUST U/A<br>HILDA T LAURENCE<br>5821 FREDERICKSBURG DR<br>NASHVILLE, TN 37215 | 14308 | Motors Liquidation Company | $10,233.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HILDEGARD KINKEL TTEE<br>THE HILDEGARD KINKEL REV TR<br>UA DTD 07/19/02 FBO HILDEGARD KINKEL<br>18 MILLARD AVE<br>MILLER PLACE, NY 11764 | 4070 | Motors Liquidation Company | $35,215.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HILDRETH SCHULTZ<br>500 GARLAND ST<br>LAKEWOOD, CO 80226 | 5619 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HILLARY J SCHUBACH<br>1499 BLAKE ST APT 15C<br>DENVER, CO 80202 | 26728 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HILLIAR LYONS CUST FOR PATRICIA HAFENDORFER IRA<br>4801 OLYMPIA PARK PLAZA<br>STE 1000<br>LOUISVILLE, KY 40241 | 29196 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HILLIARD LYONS CUST &  DEWITT IVINS IRA<br>HILLIARD LYONS<br>4801 OLYMPIA PARK PLAZA STE 1000<br>LOUISVILLE, KY 40241 | 8770 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HILLIARD LYONS CUST FBO DEANNA MCKINNEY IRA<br>ACCOUNT #5752-2245<br>500 W JEFFERSON ST<br>LOUISVILLE, KY 40202 | 4362 | Motors Liquidation Company | $9,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HILLIARD LYONS CUST FOR<br>JOHN C WILLIAMS  IRA-ROLLOVER<br>1902 LAFAYETTE AVE<br>COLUMBUS, IN 47201 | 2423 | Motors Liquidation Company | $9,953.92 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HILLIARD LYONS CUST FOR<br>RONALD HUBER  IRA-ROLLOVER<br>463 WOODSIDE COURT<br>ALDEN, NY 14004 | 2426 | Motors Liquidation Company | $10,098.96 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HILLIARD LYONS CUST FOR<br>ROBERT A BOZELL  IRA-ROLLOVER<br>12305 E LEGAL TENDER ROAD<br>COLUMBUS, IN 47203 | 3543 | Motors Liquidation Company | $4,081.08 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**    Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HILLIARD LYONS CUST FOR HELEN R MCGAUGHEY  IRA-SPOUSAL JAMES F MCGAUGHEY POA 217 SEGAR RD PITTSBURGH, PA 15243 | 3666 | Motors Liquidation Company | $11,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HILLIARD LYONS CUST FOR EDWARD D CORMAN  IRA 5452 W VILLAGE DR NEW PALESTINE, IN 46163 | 4755 | Motors Liquidation Company | $8,098.83 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HILLIARD LYONS CUST FOR STEPHEN L REINHART IRA-ROLLOVER 2090 W SUNSET LANE NORTH VERNON, IN 47265 | 5651 | Motors Liquidation Company | $16,660.29 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HILLIARD LYONS CUST FOR PATRICIA A LOWRY IRA-ROLLOVER 2898 FOXRIDGE CIR COLUMBUS, IN 47203 | 5910 | Motors Liquidation Company | $6,060.81 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HILLIARD LYONS CUST FOR VIRGINIA J JAMES  IRA 133 EXECUTIVE DRIVE AMBLER, PA 19002 | 5914 | Motors Liquidation Company | $19,742.73 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HILLIARD LYONS CUST FOR JAMES M WALLS  IRA #1 25090 HERRING LANDING LEWES, DE 19958 | 7496 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HILLIARD LYONS CUST FOR JOHN D LIPSON MD  IRA-ROLLOVER 12945 E 100 N COLUMBUS, IN 47203 | 7755 | Motors Liquidation Company | $15,006.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HILLIARD LYONS CUST FOR BONNIE SUE SANDERS IRA-ROLLOVER 10821 W GRANDVIEW DR COLUMBUS, IN 47201 | 7756 | Motors Liquidation Company | $10,092.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HILLIARD LYONS CUST FOR DANIEL MAIURRO  IRA-ROLLOVER 349 ARDEN AVE STATEN ISLAND, NY 10312 | 9718 | Motors Liquidation Company | $10,585.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HILLIARD LYONS CUST FOR WOJCIECH KLIKUNAS IRA-ROLLOVER 11025 SW 154TH TERRACE MIAMI, FL 33157 | 10067 | Motors Liquidation Company | $5,991.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HILLIARD LYONS CUST FOR JAMES O BAYS  IRA-ROLLOVER 1765 BROWNSTOWN RD NORTH VERNON, IN 47265 | 10419 | Motors Liquidation Company | $4,841.56 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HILLIARD LYONS CUST FOR IMOGENE C LEPIQUE  IRA 2 HIDDEN HILLS DR SAINT CHARLES, MO 63303 | 11414 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HILLIARD LYONS CUST FOR GEORGE D ALLEN  ROTH-IRA 1716 GRANDVIEW ROCHESTER HLS, MI 48306 | 11770 | Motors Liquidation Company | $3,658.20 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HILLIARD LYONS CUST FOR TATIANA ALLEN  ROTH-IRA 1716 GRANDVIEW ROCHESTER HLS, MI 48306 | 11771 | Motors Liquidation Company | $919.80 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HILLIARD LYONS CUST FOR DON W COFFEY  IRA-ROLLOVER 10141 S DEGELOW ROAD MILROY, IN 46156 | 14476 | Motors Liquidation Company | $11,006.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HILLIARD LYONS CUST FOR G WILLIAM WILSON  IRA 10920 RHONDA WAY DUNLAP, IL 61525 | 18200 | Motors Liquidation Company | $12,196.52 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HILLIARD LYONS CUST FOR JESSIE L SPARKS IRA 3520 COUNTY ROAD 678 FORT PAYNE, AL 35967 | 18699 | Motors Liquidation Company | $7,611.14 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HILLIARD LYONS CUST FOR WARREN G ROTHFELD  IRA 4166 NYALA DR COLORADO SPRINGS, CO 80922 | 29444 | Motors Liquidation Company | $45,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HILLIARD LYONS CUST FOR WILLIAM M KELLAR  IRA 225 SHIRLEY LANE FLINTSTONE, GA 30725 | 30618 | Motors Liquidation Company | $6,795.34 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| HILLIARD LYONS CUST FOR RALPH FRIEDBERG  IRA 5 LORI LANE WILMINGTON, DE 19809 | 30879 | Motors Liquidation Company | $4,937.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HILLIARD LYONS CUST FOR KATHLEEN PAUL CUST FOR ELLEN M REUTER (MINOR) ROTH-IRA 1009 REDWING DR COLUMBUS, IN 47203 | 31433 | Motors Liquidation Company | $2,141.78 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HILLIARD LYONS CUST FOR KATHLEEN PAUL CUST FOR JOHN P REUTER (MINOR) ROTH-IRA 1009 REDWING DR COLUMBUS, IN 47203 | 31435 | Motors Liquidation Company | $2,141.78 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HILLIARD LYONS CUST FOR IVAN L  SCROGGINS IRA 7359 E 400 S FRANKLIN, IN 46131 | 33398 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HILLIARD LYONS CUST FOR C JACK SCOTT IRA ROLLOVER 1471 E JEFFERSON STREET FRANKLIN, IN 46131 | 33401 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HILLIARD LYONS CUST FOR PATRICIA D KEARNS  IRA 9840 MONTGOMERY RD APT 2222 MONTGOMERY, OH 45242 | 45185 | Motors Liquidation Company | $720.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HILLIARD LYONS CUST FOR DANIEL L HAFFENDORFER IRA 4801 OLYMPIA PARK PLAZA STE 1000 LOUISVILLE, KY 40241 | 29195 | Motors Liquidation Company | $9,900.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HILLIARD LYONS CUST FOR DON SICHTING IRA 2542 W 750 S TRAFALGAR, IN 46181 | 33380 | Motors Liquidation Company | $9,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HILLIARD LYONS CUST FOR JUDY M PRICE IRA 1561 THORNBURG LN FRANKLIN, IN 46131 | 62294 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HILLIARD LYONS CUST FOR RONALD CHITWOOD  IRA<br>2128 HEATHER GLENN WAY<br><br>FRANKLIN, IN 46131 | 4754 | Motors Liquidation Company | $54,686.52 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HILLIARD LYONS CUST JAMES E WINGFIELD IRA<br>4801 OLYMPIA PARK PLAZA<br>STE 1000<br>LOUISVILLE, KY 40241 | 17531 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HILLIARD LYONS CUSTODIAN / THELMA BLANKENSHIP IRA<br>C/O HILLIARD LYONS<br>4801 OLYMPIA PARK PLAZA STE 1000<br>LOUISVILLE, KY 40241 | 8768 | Motors Liquidation Company | $23,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HILLVIEW MEMORIAL PARK INC ATT FRED GEORGE<br>PO BOX 285<br><br>ALEXANDER CITY, AL 35011 | 13988 | Motors Liquidation Company | $13,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HINDA GREENSPOON TTEE<br>FBO EDWARD GREENSPOON<br>CREDIT SHELTR TRUST<br>UAD 01-19-1989<br>2792 DONNELLY DR #178<br>LANTANA, FL 33462 | 49533 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HING HUNG MOK<br>ROOM 802<br>CHAMPION BUILDING<br>301-309 NATHAN ROAD<br>KOWLOON HONG KONG, CHINA<br>,<br>HONG KONG, CHINA | 16697 | Motors Liquidation Company | $900,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HING LIN CHAN/SHUK YI LIU IVY<br>3A BLOCK 32 GREENWOOD TERRACE<br>26-28 SUI WO ROAD<br>FO TAN SHATIN HONG KONG<br><br>HONG KONG, CHINA | 64462 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HINSEL INVESTMENT INC<br>PO BOX 48759-00100<br>NAIROBI   KENYA<br><br>KENYA | 60481 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HIRAM W HOLCOMB<br>18576 HURON RIVER DR<br><br>NEW BOSTON, MI 48164 | 13721 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Fifty-Second Omnibus Objection**

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HIRAM WRIGHT  &<br>LONICE A WRIGHT JT WROS<br>2154 GLENSIDE AVE<br>NORWOOD, OH 45212 | 15698 | Motors Liquidation Company | $1,064.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HOBERT L WILLIAMS IRA<br>FCC AS CUSTODIAN<br>1919 WINDSTONE DRIVE<br>BARTLESVILLE, OK 74006 | 59785 | Motors Liquidation Company | $41,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HOC FAMILY 2003 REV. LIVING TRUST<br>JAMES CAMPARO<br>429 CAMINO DE LAS COLINAS<br>REDONDO BEACH, CA 90277 | 22794 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HODGIN FAMILY TRUST<br>LARAINE J GURR TTEE<br>HODGIN FAMILY TRUST<br>1288 W ASTER ST<br>UPLAND, CA 91786 | 3778 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HOEK HOLDINGS LLC<br>C/O CORA HOEK<br>8331 ALAMO RD<br>BRENTWOOD, TN 37027 | 65576 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HOFFMAN FAMILY TRUST<br>ELWOOD G HOFFMAN & DIANE M HOFFMAN<br>17203 N JASMINE DR<br>SUN CITY, AZ 85373 | 2405 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HOGAN, MARTIN J PA/TRUSTEE FOR MARY HOGAN<br>3613 MATTHES AVE<br>SANDUSKY, OH 44870 | 7549 | Motors Liquidation Company | $5,045.31 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HOHNER JR, MERWYN G<br>C/O MARILYN HOHNER (TRUSTEE)<br>16987 CRYSTAL DR<br>MACOMB, MI 48042 | 9874 | Motors Liquidation Company | $25,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HOLLEY A EAST<br>603 GUNSTON LN<br>WILMINGTON, NC 28405 | 6519 | Motors Liquidation Company | $4,153.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HOLLI C DESHANE<br>229 PEBBLE BEACH RD NW<br>ALEXANDRIA, MN 56308 | 45961 | Motors Liquidation Company | $10,667.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HOLLIS H ELDER AND<br>T J ELDER JTWROS<br>580 THORNWOOD LN<br>ORANGE PARK, FL 32073 | 4152 | Motors Liquidation Company | $5,006.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HOLLY ALLISON DAVIS & ROSS EDWARD DAVIS<br>212 HARBIN AVE<br>WAXAHACHIE, TX 75165 | 62060 | Motors Liquidation Company | $753.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HOLLY HORNYAN<br>140 E RIO SALADO PARKWAY #306<br>TEMPE, AZ 85281 | 33483 | Motors Liquidation Company | $6,029.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HOMER AND NADINE CARTER<br>6137 N DREXEL<br>OKLAHOMA CITY, OK 73112 | 15726 | Motors Liquidation Company | $18,581.10 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HOMER C BUSLER & HOMER D BUSLER & GLENNA JO PHILO<br>425 FORSYTHE STREET<br>BIRMINGHAM, AL 39214<br>UNITED STATES OF AMERICA | 62323 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HOMER HAROLD BROWN TOD<br>PAUL R BROWN<br>SUBJECT TO STA RULES<br>726 TEXAS AVE<br>PORT NECHES, TX 77651 | 6557 | Motors Liquidation Company | $51,875.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HOMER L INLOW<br>4307 WHICKHAM<br>FULSHEAR, TX 77441 | 8097 | Motors Liquidation Company | $6,888.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HOPE ADRIENNE NEWCOMB<br>9245 1/2 DOHENY ROAD<br>LOS ANGELES, CA 90069 | 65128 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

**Claim Totals**            498

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

## Exhibit B

HEARING DATE AND TIME:  August 6, 2010 at 9:45 a.m. (Eastern Time)
OBJECTION DEADLINE:  July 30, 2010 at 4:00 p.m. (Eastern Time)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                            :
In re                                       :            Chapter 11 Case No.
                                            :
**MOTORS LIQUIDATION COMPANY,** *et al.,*   :            **09-50026 (REG)**
       **f/k/a General Motors Corp.,** *et al.*   :
                                            :
            **Debtors.**          :            **(Jointly Administered)**
                                            :
-------------------------------------------------------------x

**STIPULATION AND AGREED ORDER**
**AMONG THE DEBTORS, WILMINGTON TRUST COMPANY,**
**AND CITIBANK, N.A., SOLELY IN ITS CAPACITY AS PAYING AGENT,**
**REGARDING PROOFS OF CLAIM NOS. 47871, 47872, 65729, 65793, AND 66723**

Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

certain of its subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11

cases (collectively, the "**Debtors**"), Wilmington Trust Company as successor indenture trustee

("**WTC**"), and Citibank, N.A., solely in its capacity as paying agent under the 1990 Indenture

and 1995 Indenture (as defined below) (in such capacity, "**Citibank**"), together with the Debtors

and WTC, the "**Parties**"), by and through their respective undersigned counsel, hereby enter into

this Stipulation and Agreed Order (this "**Stipulation**") and stipulate as follows:

**RECITALS**

A.      On June 1, 2009 (the "**Commencement Date**"), certain of the Debtors

commenced with this Court voluntary cases (the "**Chapter 11 Cases**") under chapter 11 of title

11, United States Code (the "**Bankruptcy Code**").

B.      On September 16, 2009, the Court entered an order (the "**Bar Date Order**")

establishing November 30, 2009 at 5:00 p.m. (Eastern Time) (the "**General Bar Date**") as the

deadline for each person or entity (including without limitation, each individual, partnership,

joint venture, corporation, estate, or trust) to file a proof of claim (a "**Proof of Claim**") against

certain of the Debtors, including MLC, to assert any claim (as defined in section 101(5) of the

Bankruptcy Code) that arose prior to the Commencement Date.

C.      As of the Commencement Date, MLC, as issuer, WTC, as successor indenture

trustee, and Citibank, as paying agent, were parties to (i) a Senior Indenture, dated as of

December 7, 1995, as amended (the "**1995 Indenture**," and WTC's capacity under the 1995

Indenture, the "**1995 Trustee**"), and (ii) a Senior Indenture, dated as of November 15, 1990 (the

"**1990 Indenture**," and WTC's capacity under the 1990 Indenture, the "**1990 Trustee**") pursuant

to which MLC issued senior unsecured debt securities.

D.      Prior to the General Bar Date, WTC timely filed the following four Proofs of

Claims against MLC (each, a "**WTC Claim**" and collectively, the "**WTC Claims**"):

| Claim Number | Applicable Indenture | Principal Amount of Claim Plus Fees and Interest Accrued to Petition Date |
|---|---|---|
| 65793 | 1990 Indenture | $1,419,581,281.12 |
| 47871 | 1990 Indenture | $1,419,581,281.12 |
| 65729 | 1995 Indenture | $21,928,297,131.26 |
| 47872 | 1995 Indenture | $21,928,297,131.26 |

E.      Prior to the General Bar Date, Citibank timely filed a proof of claim against MLC

in the amount of $173,063.43 [Proof of Claim No. 66723] (the "**Citibank Claim**").

F.      WTC recognizes that it is not entitled to, and does not seek, a duplicate recovery

on account of the same WTC Claim and has agreed to withdraw two of the WTC Claims, subject

to the agreements set forth in this Stipulation.

## STIPULATION AND ORDER

NOW, THEREFORE, EACH OF THE PARTIES HEREBY STIPULATES AND

AGREES AS FOLLOWS:

1.      WTC Claims numbered 47871 (filed by WTC as 1990 Trustee) and 47872 (filed

by WTC as 1995 Trustee) are deemed withdrawn and WTC Claims numbered 65793 (filed by

WTC as 1990 Trustee) and 65729 (filed by WTC as 1995 Trustee) shall survive.

2.      With respect to principal plus interest due under the 1990 Indenture, WTC, in its

capacity as the 1990 Trustee will receive and is hereby granted, on behalf of itself and the record

and beneficial bondholders of debt securities issued under the 1990 Indenture an allowed general

unsecured, nonpriority claim in the amount of $1,419,471,545.22 (subject to appropriate reserve

and/or reduction in connection with any setoff exercised by beneficial bondholders that is

authorized by this Court) (the "**1990 Debt Claim**") against MLC to be satisfied in accordance

with any chapter 11 plan or plans confirmed in the Debtors' Chapter 11 Cases.

3.      With respect to principal plus interest due under the 1995 Indenture, WTC, in its

capacity as the 1995 Trustee, will receive and is hereby granted, on behalf of itself and the record

and beneficial bondholders of debt securities issued under the 1995 Indenture, an allowed

general unsecured nonpriority claim in the amount of $21,928,183,895.36 (subject to appropriate

reserve and/or reduction in connection with any setoff exercised by beneficial bondholders that is

authorized by this Court) (the "**1995 Debt Claim**," together with the 1990 Debt Claim, the

"**Debt Claims**").

4.      With respect to the prepetition fees and expenses incurred by WTC under the

1990 Indenture, WTC shall receive an allowed claim of $109,735.90 (the "**1990 WTC Fee

Claim**"), and with respect to the prepetition fees and expenses incurred by WTC under the 1995

Indenture, WTC shall receive an allowed claim of $113,235.90 (the "**1995 WTC Fee Claim**,"

together with the 1990 WTC Fee Claim, the "**WTC Fee Claims**").

5.  With respect to the prepetition paying agency fees and expenses incurred by

Citibank under the Indentures, the Citibank Claim shall be allowed in the amount of $162,333.71

(the "**Citibank Fees and Expenses Claim**," together with the WTC Fee Claims, the "**Fees and

Expenses Claims**").

6.  To the extent the Fees and Expenses Claims are not paid in full, in cash, pursuant

to a plan of reorganization and/or liquidation of MLC, (a) the amount of such fees and expenses

that remain unpaid shall constitute an allowed general unsecured, nonpriority claim against MLC

held by WTC and/or Citibank, as applicable, to be satisfied in accordance with any chapter 11

plan or plans confirmed in the Debtors' Chapter 11 Cases and (b) WTC and Citibank, pursuant to

section 7.06 of the 1990 Indenture and section 7.06 of the 1995 Indenture, shall retain a charging

lien with respect to its prepetition and post-petition fees and expenses on all assets or money held

or collected by WTC or Citibank on account of the Debt Claims or otherwise.

7.  WTC will issue a notice to the Depository Trust Company and post a notice on its

website (a) notifying beneficial bondholders of the notes issued under the Indentures of the entry

of the order allowing the WTC Claims and (b) notifying such bondholders that any subsequent

claims objection filed by the Debtors seeking to disallow claims filed by bondholders on the

grounds that such claims are duplicative of the Debt Claims being allowed under the stipulation

and order will not impair bondholder's entitlement to share in plan distributions on account of

the Debt Claims in accordance with the terms of the applicable Indenture.

8.  WTC agrees that it will not object to the Debtors' filing of objections to Proofs of

Claims filed by record and beneficial holders of debt securities arising out of or relating to the

1990 Indenture and/or the 1995 Indenture on the grounds that such Proofs of Claim are duplicative of the Debt Claims allowed pursuant to this Stipulation.

9.     WTC waives its right to argue that the entire stated principal amount of $377,377,000 with respect to the Discount Debentures is an allowable claim.

10.     To the extent that the fees and expenses of WTC incurred after the Commencement Date are not satisfied by payment in full in cash in connection with a plan of reorganization and/or liquidation of MLC, WTC reserves the right to argue that all such fees are allowable general unsecured non-priority claims against the estate of MLC.

11.     This Stipulation contains the entire agreement between the Parties as to the subject matter hereof and supersedes all prior agreements and undertakings between the Parties relating thereto.

Dated: New York, New York
       August 5, 2010


/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Debtors and Debtors in Possession*

/s/ Keith R. Martorana
Matthew J. Williams
Keith R. Martorana

GIBSON DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Attorneys for Wilmington Trust Company, as 1990 Trustee and 1995 Truestee*

/s/ Louis A. Curcio
Maria M. Livanos
Louis A. Curcio

SONNENSCHEIN NATH & ROSENTHAL
LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6744
Facsimile:  (212) 768-6800

*Attorneys for Citibank, N.A. as Paying
Agent under the 1990 and 1995 Indentures*

So Ordered this **9th** day of **August** 2010

**s/ Robert E. Gerber**
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                          :
In re                                     :        Chapter 11 Case No.
                                          :
MOTORS LIQUIDATION COMPANY, *et al.*,     :        09-50026 (REG)
     f/k/a General Motors Corp., *et al.* :
                                          :
                    Debtors.              :        (Jointly Administered)
                                          :
---------------------------------------------------------------x

## ORDER GRANTING DEBTORS' FIFTY-SECOND OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Debt Claims)

Upon the fifty-second omnibus objection to claims, dated August 13, 2010 (the

"**Fifty-Second Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a

General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the

"**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy**

**Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"),

and this Court's supplemental order establishing supplemental rules and authority for filing

omnibus objections to certain debt claims (the "**Supplemental Procedures Order**") [Docket No.

6238], seeking entry of an order disallowing and expunging the Duplicate Debt Claims on the

grounds that such claims are duplicative of either Claim 65793 or Claim 65729, all as more fully

described in the Fifty-Second Omnibus Objection to Claims; and due and proper notice of the

Fifty-Second Omnibus Objection to Claims having been provided, and it appearing that no other

or further notice need be provided; and the Court having found and determined that the relief

sought in the Fifty-Second Omnibus Objection to Claims is in the best interests of the Debtors,

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Debtors' Fifty-Second Omnibus Objection to Claims.

their estates, creditors, and all parties in interest and that the legal and factual bases set forth in

the Fifty-Second Omnibus Objection to Claims establish just cause for the relief granted herein;

and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Fifty-Second Omnibus Objection to

Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on **Exhibit "A"** (the "**Order Exhibit**") annexed hereto under the heading "*Claims to be*

*Disallowed and Expunged*" (collectively, the "**Duplicate Debt Claims**") are disallowed and

expunged; and it is further

ORDERED that, if applicable, the Fifty-Second Omnibus Objection to Claims is

adjourned with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Objection Adjourned*" (the "**Adjourned Claims**") to the date indicated on the Order

Exhibit, subject to further adjournments (such actual hearing date, the "**Adjourned Hearing**

**Date**"), and the Debtors' response deadline with respect to the Adjourned Claims shall be 12:00

noon (Eastern Time) on the date that is three (3) business days before the Adjourned Hearing

Date; and it is further

ORDERED that, if applicable, the Fifty-Second Omnibus Objection to Claims is

withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Objection Withdrawn*"; and it is further

ORDERED that, if applicable, the Fifty-Second Omnibus Objection to Claims is

withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Claim Withdrawn*," as those claims have been withdrawn by the corresponding

claimant; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly

reserved with respect to, (i) any claim listed on Exhibit "A" annexed to the Fifty-Second

Omnibus Objection to claims under the heading "*Claims to be Disallowed and Expunged*" that is

not listed on the Order Exhibit annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
_____, 2010


_____
United States Bankruptcy Judge