**HEARING DATE AND TIME: September 24, 2010 at 9:45 a.m. (Eastern Time)**
**RESPONSE DEADLINE: September 17, 2010 at 4:00 p.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                          :
In re                                     :        **Chapter 11 Case No.**
                                          :
**MOTORS LIQUIDATION COMPANY,** *et al.,* :        **09-50026 (REG)**
        **f/k/a General Motors Corp.,** *et al.* :
                                          :
                Debtors.                  :        **(Jointly Administered)**
                                          :
------------------------------------------------------------x

### NOTICE OF DEBTORS' FIFTY-FIFTH OMNIBUS OBJECTION TO CLAIMS
**(Duplicate Debt Claims)**

**PLEASE TAKE NOTICE** that on August 13, 2010, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their fifty-fifth omnibus objection to claims (the "**Objection**"), and that a

hearing (the "**Hearing**") to consider the Objection will be held before the Honorable Robert E.

Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for

the Southern District of New York, One Bowling Green, New York, New York 10004, on

**September 24, 2010 at 9:45 a.m. (Eastern Time),** or as soon thereafter as counsel may be

heard.

US_ACTIVE:\43473351\01\72240.0639

**PARTIES LISTED ON EXHIBIT "A" ANNEXED TO THE OBJECTION (THE "CLAIMANTS") (AND THEIR COUNSEL, IF KNOWN) WILL RECEIVE A PERSONALIZED NOTICE OF THE OBJECTION, RATHER THAN THE ENTIRE OBJECTION.**

This Objection does not affect a Claimant's ability to receive distributions as a beneficial bondholder under the claims filed by the indenture trustee of the Debtors' public debentures. If a Claimant disagrees with the Objection's treatment of the Claimant's claim, the Claimant may call the Debtors to try and resolve the Claimant's concerns at **1-800-414-9607**. If a Claimant is unable to resolve the Claimant's concerns with the Debtors before the deadline to respond, then the Claimant <u>must</u> file and serve a written response (a "**Response**") to the Objection in accordance with this notice, and the Claimant <u>must</u> appear at the Hearing described below.

A Claimant may participate in the Hearing telephonically provided that the Claimant complies with the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider." A Claimant must also provide prior written notice by mail or e-mail of the Claimant's telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Russell Brooks, Esq. (russell.brooks@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Jennifer Sharret, Esq. (jsharret@kramerlevin.com)).

**If a Claimant does not oppose the disallowance and expungement of the Claimant's claim, then the Claimant does not need to file a Response or appear at the Hearing.**

**PLEASE TAKE FURTHER NOTICE THAT** the Hearing on the Objection is scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on **September 24, 2010 at 9:45 a.m. (Eastern Time)**.  If a Claimant files a Response to the Objection, the Claimant should plan to appear at the Hearing either in person or telephonically.  The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to the Claimant's claim.  If the Debtors do continue the Hearing with respect to the Claimant's claim, then the Hearing will be held at a later date.  If the Debtors do not continue the Hearing with respect to the Claimant's claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **September 17, 2010 at 4:00 p.m. (Eastern Time)**.  Only those Responses that are timely will be considered at the Hearing.  A Claimant's Response will be deemed timely only if it is:  (a) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov) before the deadline for Responses **or** (b) **actually** received on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format <u>and</u> in hard copy at each of the following addresses on or before the deadline for response:

      A.      Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;

      B.      Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and

C.      Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Jennifer Sharret, Esq.).

A Claimant's response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number, and the number of the Objection to which the response is directed; (ii) the name of the Claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which the Claimant will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which the Claimant will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to the Claimant's response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person that can be contacted in connection with the Objection.

If a Claimant has any questions about this notice or the Objection, please contact the Debtors at **1-800-414-9607**.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

**PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief requested in the Objection without further notice or a hearing if a Claimant fails to file a timely Response or appear at the Hearing.**

Dated: New York, New York
            August 13, 2010

                                        /s/ Joseph H. Smolinsky
                                        Harvey R. Miller
                                        Stephen Karotkin
                                        Joseph H. Smolinsky

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                :

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **MOTORS LIQUIDATION COMPANY, *et al.*,** | : | **09-50026 (REG)** |
| **f/k/a General Motors Corp., *et al.*** | : | |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------x

## <u>DEBTORS' FIFTY-FIFTH OMNIBUS OBJECTION TO CLAIMS</u>
### (Duplicate Debt Claims)

---

THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.
CLAIMANTS THAT ARE THE SUBJECT OF THIS OBJECTION SHOULD LOCATE THEIR NAMES AND
CLAIMS ON EITHER THE EXHIBIT ATTACHED TO THIS OBJECTION OR ON THEIR PERSONALIZED
NOTICE.

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

        Motors Liquidation Company (f/k/a General Motors Corporation) and its

affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully represent:

## <u>Relief Requested</u>

1.        The Debtors file this fifty-fifth omnibus objection to claims (the "**Fifty-Fifth Omnibus Objection to Claims**") pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this Court's supplemental order establishing supplemental rules and authority for filing omnibus objections to certain debt claims (the "**Supplemental Procedures Order**") [Docket No. 6238], seeking entry of an order disallowing and expunging the claims listed on **Exhibit "A"** annexed hereto.[1]

2.        The Debtors have examined the proofs of claim identified on Exhibit "A" and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed and Expunged*" (collectively, the "**Duplicate Debt Claims**") are duplicative of either (1) the global Proof of Claim No. 65793 ("**Claim 65793**") filed by Wilmington Trust Company ("**WTC**"), in its capacity as successor indenture trustee of the Senior Indenture, dated as of November 15, 1990 (the "**1990 Indenture**") or (2) the global Proof of Claim No. 65729 ("**Claim 65729**") filed by WTC, in its capacity as successor indenture trustee of the Senior Indenture, dated as of December 7, 1995, as amended (the "**1995 Indenture**").  The amounts asserted by WTC in Claim 65793 and Claim 65729 have been reconciled and allowed under a stipulation, approved and entered by the Court on August 9, 2010 (the "**WTC Stipulation**") [Docket No. 6595], a copy of which is annexed hereto as **Exhibit "B."**  The Debtors, therefore, seek entry of an order disallowing and expunging from the claims register the Duplicate Debt Claims.

---

[1] Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com. A link to the claims register is located under the "Claims Information" tab.  Creditors without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City Group, Inc. at 1-703-286-6401.

3.      This Fifty-Fifth Omnibus Objection to Claims does not affect the ability of

an Individual Bondholder (as hereinafter defined) to participate in accordance with the WTC

Stipulation.  Further, the Debtors reserve all their rights to object on any other basis to any

Duplicate Debt Claim as to which the Court does not grant the relief requested herein.

**Jurisdiction**

4.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

**Background**

5.      On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**Realm/Encore Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Case Number 09-50026 (REG).  On September 15, 2009,

the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs,

which were amended on October 4, 2009.  On October 15, 2009, the Realm/Encore Debtors filed

their schedules of assets and liabilities and statements of financial affairs.

6.      On September 16, 2009, this Court entered an order [Docket No. 4079]

establishing November 30, 2009 as the deadline for each person or entity to file a proof of claim

in the Initial Debtors' cases, including governmental units.  On December 2, 2009, this Court

entered an order [Docket No. 4586] establishing February 1, 2010 as the deadline for each

---

[2] The Initial Debtors are Motors Liquidation Company (f/k/a General Motors Corporation), MLCS, LLC (f/k/a
Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc.
(f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3] The Realm/Encore Debtors are Remediation and Liability Management Company, Inc., and Environmental
Corporate Remediation Company, Inc.

person or entity to file a proof of claim in the Realm/Encore Debtors' cases (except

governmental units, as defined in section 101(27) of the Bankruptcy Code, for which the Court

established June 1, 2010 as the deadline to file proofs of claim).

      7.    Among the tens of thousands of proofs of claim the Debtors received,

approximately 18,000 proofs of claim have been filed by claimants seeking the repayment of

principal, interest, and fees and expenses that relate to dollar-denominated debt securities issued

by the Debtors pursuant to the 1990 Indenture and the 1995 Indenture (each, a "**Debt Claim**,"

and the holder of such Debt Claim, an "**Individual Bondholder**").  The Debtors believe that all

of the Debt Claims filed by Individual Bondholders are duplicative of the claims allowed in

favor of WTC for the benefit of all Individual Bondholders in accordance with the WTC

Stipulation.

      8.    On August 9, 2010, the Court entered the WTC Stipulation signed by the

Debtors, WTC, and Citibank, N.A., solely in its capacity as paying agent under the 1990

Indenture and 1995 Indenture (in such capacity, "**Citibank**"), allowing (i) Claim 65793 in the

amount of $1,419,471,545.22 (subject to appropriate reserve and/or reduction in connection with

any Court-authorized setoff exercised by Individual Bondholders) and (ii) Claim 65729 in the

amount of $21,928,183,895.36 (subject to appropriate reserve and/or reduction in connection

with any Court-authorized setoff exercised by Individual Bondholders).  Prior to entry of the

WTC Stipulation, WTC sent out a notice to all affected Individual Bondholders notifying them

of the pending approval by the Court of the WTC Stipulation.

      9.    On October 6, 2009, this Court entered the Supplemental Procedures

Order, which authorizes the Initial Debtors, among other things, to file omnibus objections to no

09-50026-mg    Doc 6665    Filed 08/13/10    Entered 08/13/10 16:06:19    Main Document
Pg 10 of 75

more than 500 claims at a time with respect to Debt Claims.  The claimants that are listed in

Exhibit "A" have filed Debt Claims against the Initial Debtors.

10.     The Debtors now move to expunge the Duplicate Debt Claims filed by

each Individual Bondholder as duplicative of either Claim 65793 or Claim 65729.

### <u>The Relief Requested Should Be Approved by the Court</u>

11.     A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects." 11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential

allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See*

*In re Oneida, Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd*, No. 09 Civ. 2229 (DC),

2010 WL 234827 (S.D.N.Y. Jan. 22, 2010); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No.

02-41729 (REG), 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re*

*Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

12.     Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a

claim may not be allowed to the extent that "such claim is unenforceable against the debtor and

property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1).  The

Debtors cannot be required to pay on the same claim more than once.  *See, e.g., In re Finley,*

*Kumble, Wagner, Heine, Underberg, Manley, Myerson, & Casey*, 160 B.R. 882, 894 (Bankr.

S.D.N.Y. 1993) ("In bankruptcy, multiple recoveries for an identical injury are generally

disallowed.").  The Debtors have reviewed the proofs of claim identified on Exhibit "A" and

believe them to be duplicative of Claim 65793 or Claim 65729.  Moreover, the Debtors have no

way of confirming that any of the Individual Bondholders are, in fact, beneficial holders of a

debt instrument on the relevant dates.

13.     To avoid the possibility of multiple recoveries by the Individual

Bondholders, the Debtors request that the Court disallow and expunge in their entirety the

Duplicate Debt Claims. Individual Bondholders, to the extent they are beneficial bondholders as of the record date under any confirmed plan of liquidation, will receive distributions under such plan from WTC in its capacity as indenture trustee.

### Notice

14.     Notice of the Fifty-Fifth Omnibus Objection to Claims has been provided to each claimant listed on Exhibit "A" by virtue of the individualized notice transmitted in accordance with the Supplemental Procedures Order and parties in interest in accordance with the Third Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures, dated April 29, 2010 [Docket No. 5670].

15.     No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the relief requested herein and such other and further relief as is just.

Dated: New York, New York
        August 13, 2010

                        /s/ Joseph H. Smolinsky
                        Harvey R. Miller
                        Stephen Karotkin
                        Joseph H. Smolinsky

                        WEIL, GOTSHAL & MANGES LLP
                        767 Fifth Avenue
                        New York, New York 10153
                        Telephone: (212) 310-8000
                        Facsimile: (212) 310-8007

                        Attorneys for Debtors
                        and Debtors in Possession

**<u>Exhibit A</u>**

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| JAMES RICK O'NEILL<br>1825 EYE ST NW<br><br>WASHINGTON, DC 20006 | 1651 | Motors Liquidation Company | $175,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES ROBERT CALIENDO AND<br>NANCY J CALIENDO JTWROS<br>14845 EAGLE RIDGE DRIVE<br>LOCKPORT, IL 60491 | 2212 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES ROBERT SHANKLIN JR<br>TOD BENEFICAIRIES ON FILE<br>7458 HUNTING LAKE DR<br>CONCORD, OH 44077 | 5861 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES ROBERT WEBB TTEE<br>JAMES ROBERT WEBB<br>REV LIV TRUST<br>U/A DTD 6/12/97<br>3721 FAIRWAY DR<br>TEMPLE, TX 76502 | 18947 | Motors Liquidation Company | $10,305.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES ROBINSON C/F JEFFREY B ROBINSON<br>JAMES ROBINSON C/F<br>JEFFREY B ROBINSON UTMA PA<br>1130 ROBIN ROAD<br>GLADWYNE, PA 19035 | 20143 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES ROBINSON C/F JESSICA ROBINSON<br>JAMES ROBINSON C/F<br>JESSICA ROBINSON UGMA/PA<br>1130 ROBIN ROAD<br>GLADWYNE, PA 19035 | 20141 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES ROBINSON C/F SARA DEVI ROBINSON<br>JAMES ROBINSON C/F<br>SARA DEVI ROBINSON UGMA/PA<br>1130 ROBIN ROAD<br>GLADWYNE, PA 19035 | 20142 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES RYAN<br>802 WAKEFIELD # 9<br><br>HOUSTON, TX 77018 | 24074 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES S & SUSAN J ENGLAND<br>1507 ARGYLE<br><br>HAMBURY, IA 51640 | 9142 | Motors Liquidation Company | $9,375.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| JAMES S BEGGS<br>13108 PEBBLE BEACH CIR<br><br>BAYONET POINT, FL 34667 | 14557 | Motors Liquidation Company | $46,700.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES S CHETRICK<br>104-40 QUEENS BLVD #21B<br><br>FOREST HILLS, NY 11375 | 5624 | Motors Liquidation Company | $43,950.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES S JACOBS<br>802 E TRIPP AVE<br><br>PEORIA, IL 61603 | 26526 | Motors Liquidation Company | $35,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES S NELSON<br>408 N BERRY PINE RD<br><br>RAPID CITY, SD 57702 | 4832 | Motors Liquidation Company | $15,944.77 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES S NELSON AND<br>AIDA M NELSON COMM PROP<br>PO BOX 14127<br>WARM SPRINGS STATION<br>FREMONT, CA 94539 | 3523 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES T & GLADYS P STRICKLAND<br>1935 EAST LAKE SHORE DR<br><br>WILMINGTON, NC 28401 | 29812 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES T BOYLE JR<br>P O BOX 718<br><br>SALUDA, NC 28773 | 15451 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES T FAN<br>C/O SCOTTRADE INC CUST FBO<br>JAMES FAN ROLLOVER IRA<br>PO BOX 11407<br>ZEPHYR COVER, NV 89448 | 9070 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES T GRACE AND KAREN A GRACE, TTEES<br>JAMES AND KAREN A GRACE<br>TRUST DATED 7/16/2007<br>1587 WHITE HORSE LN<br>ST GERMAIN, WI 54558 | 15513 | Motors Liquidation Company | $3,292.37 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES T GREGORY<br>PO BOX 448<br><br>ELIZABETH CITY, NC 27907 | 2116 | Motors Liquidation Company | $39,180.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JAMES T HOOPER<br>CGM IRA CUSTODIAN<br>13185 NEW AVE<br>SAN MARTIN, CA 95046 | 21509 | Motors Liquidation Company | $3,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES T HOOPER &<br>BARBARA A HOOPER JTTN<br>13185 NEW AVE<br>SAN MARTIN, CA 95046 | 21510 | Motors Liquidation Company | $1,225.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES T MORRISSEY &<br>ARLEEN C MORRISSEY JT WROS<br>PO BOX 320<br>CHASSELL, MI 49916 | 6353 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES T RUDRIK<br>4803 DIMOND WAY<br>DIMONDALE, MI 48821 | 17215 | Motors Liquidation Company | $650.02<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES T SNEDECOR<br>PO BOX 642<br>MATAGORDA, TX 77457 | 10498 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES T. SWANSON<br>CGM IRA CUSTODIAN<br>137 CORNWALL ROAD<br>BURLINGTON, CT 06013 | 61198 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES TAYLOR<br>2415 CROMWELL DR<br>MINNEAPOLIS, MN 55410 | 8337 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES THOMAS BURNS INH IRA<br>BENE OF PAUL C BURNS<br>CHARLES SCHWAB AND CO INC CUST<br>28 N 4TH ST<br>FERNANDINA BEACH, FL 32034 | 20405 | Motors Liquidation Company | $2,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES THOMAS LUKE &<br>TRICIA LUKE JT WROS<br>140 XIT RANCH ROAD<br>TRINIDAD, TX 75163 | 15968 | Motors Liquidation Company | $15,276.56 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES TORCELLINI<br>4165 JACKDAW ST<br>SAN DIEGO, CA 92103 | 7882 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| JAMES U RADEMAKERS<br>1702 RUSSWOOD DR<br><br>ARLINGTON, TX 76012 | 17454 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES V & NANCY L MARTIN<br>171 RAY ST<br><br>HINCKLEY, IL 60520 | 13456 | Motors Liquidation Company | $2,133.89 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES V AND LANOR M KANEY JT TEN<br>JAMES V AND LANOR M KANEY<br>342 CARTWRIGHT<br>HAMILTON, MT 59840 | 63596 | Motors Liquidation Company | $20,004.85 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES V CAMPBELL<br>EUGENIA B CAMPBELL<br>36 WILLIAMSON ST<br>ROCKMART, GA 30153 | 61902 | Motors Liquidation Company | $48,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES V KANEY<br>342 CARTWRIGHT<br><br>HAMILTON, MT 59840 | 63597 | Motors Liquidation Company | $19,634.70 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES V POMERSON<br>MSGT USAF (RET)<br>2718 LYNN DR<br>SANDUSKY, OH 44870 | 29765 | Motors Liquidation Company | $87,230.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES V POMERSON AND<br>JANET M POMERSON JTWROS<br>2718 LYNN DR<br>SANDUSKY, OH 44870 | 29768 | Motors Liquidation Company | $47,230.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES V RADEMAKERS<br>1702 RUSSWOOD DR<br><br>ARLINGTON, TX 76012 | 18001 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES V SMALLWOOD<br>302 CROSSWINDS DR<br><br>PALM HARBOR, FL 34683 | 4500 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES V THORNTON (SEP IRA)<br>FCC AS CUSTODIAN<br>614 GRANGER RD<br>SYRACUSE, NY 13219 | 7208 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

## Exhibit A

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JAMES VAUGHN TRUST<br>1006 FAIRWAY CR<br><br>JONESBORO, AR 72401 | 16539 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES W & HARRIETTE A SALLEY<br>3724 MILAM ROAD<br><br>BATES CITY, MO 64011 | 60079 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES W & HARRIETTE SALLEY<br>3724 MILAM ROAD<br><br>BATES CITY, MO 64011 | 60073 | Motors Liquidation Company | $6,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES W AND KATHLEEN BASSETT<br>JAMES W BASSETT<br>KATHLEEN BASSETT<br>11521 VERSAILLES LN<br>PORT RICHEY, FL 34668 | 16973 | Motors Liquidation Company | $9,995.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES W APPERSON SR<br>100 OAKMONT DR<br><br>MADISON, MS 39110 | 8531 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES W BENNING<br>100 12TH AVE NW<br><br>NEW BRIGHTON, MN 55112 | 4935 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES W CAHILL<br>323 LONGBOW DRIVE<br><br>FRANKLIN LAKES, NJ 07417 | 61267 | Motors Liquidation Company | $187,503.85 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES W CAHILL<br>323 LONGBOW DRIVE<br><br>FRANKLIN LAKES, NJ 07417 | 61268 | Motors Liquidation Company | $128,231.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES W CAHILL<br>323 LONGBOW DRIVE<br><br>FRANKLIN LAKES, NJ 07417 | 61269 | Motors Liquidation Company | $65,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES W COLE<br>7 E COACH LANE<br><br>MT LAUREL, NJ 08054 | 14740 | Motors Liquidation Company | $3,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JAMES W JENKINS & VERA E JENKINS TEN IN COMMON<br>85382 HWY 25<br><br>FRANKLINTON, LA 70438 | 22812 | Motors Liquidation Company | $18,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES W LAIRD<br>4617 GULF AVE<br><br>GROVES, TX 77619 | 16384 | Motors Liquidation Company | $12,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES W LYONS<br>1027 N DAVIS<br><br>HELENA, MT 59601 | 1935 | Motors Liquidation Company | $9,195.13 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES W MARSHALL<br>N 9462 STATE HWY 102<br><br>RIB LAKE, WI 54470 | 23147 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES W MCLERNON<br>3510 SE CAMBRIDGE<br><br>STUART, FL 34997 | 18159 | Motors Liquidation Company | $150,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES W MCLERNON<br>3510 SE CAMBRIDGE DR<br><br>STUART, FL 34997 | 18160 | Motors Liquidation Company | $150,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES W MURPHY & GRACE E MURPHY<br>TTEES O/T ELIZABETH ANN PARKMAN<br>FOUNDATION TR DTD 5/18/1962<br>6336 N ORACLE ROAD, #326-169<br>TUCSON, AZ 85704 | 7099 | Motors Liquidation Company | $5,145.80 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES W RILEY TRUST<br>JAMES W RILEY TTEE<br>5189 W ELLSWORTH RD<br>ANN ARBOR, MI 48103 | 26934 | Motors Liquidation Company | $19,107.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES W STEMPLE<br>5300 31ST ROAD NORTH<br><br>ARLINGTON, VA 22207<br>UNITED STATES OF AMERICA | 26968 | Motors Liquidation Company | $70,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES W STEMPLE REV TRUST<br>ATTN JAMES W STEMPLE<br>5300 31ST ROAD NORTH<br>ARLINGTON, VA 22207<br>UNITED STATES OF AMERICA | 26967 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| JAMES W WOLF<br>SARAH B WOLF<br>2007 CLINTON ST<br>ROCKFORD, IL 61103 | 16556 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES WALTER MCNEISH<br>CGM IRA CUSTODIAN<br>4246 QUAIL RUN DRIVE<br>DANVILLE, CA 94506 | 4636 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES WASHINGTON<br>12840 SUNSHINE DR<br>BATON ROUGE, LA 70811 | 23413 | Motors Liquidation Company | $49,400.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES WILLIAM BURDETTE<br>5921 EAST HASKELLL LAKE ROAD<br>HARRISON, MI 48625 | 11276 | Motors Liquidation Company | $18,892.81 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES YAO IRA<br>JAMES YAO<br>1247 CHESTNUT<br>WILMETTE, IL 60091 | 18527 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMIE L QUERRY<br>2323 LAKEWOOD DRIVE<br>HERBER SPRINGS, AR 72543 | 6714 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMIE M MUSHINSKI<br>CHARLES SCHWAB & CO INC CUST<br>SIMPLE IRA<br>13406 SUNDOWNER DR<br>HOUSTON, TX 77041 | 8973 | Motors Liquidation Company | $5,045.68 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMIL MIKHAEL WAKIM<br>JAMIL M WAKIM<br>963 HOLMES STREET<br>CALIMESA, CA 92320 | 20073 | Motors Liquidation Company | $102,193.97 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAN ANSTATT IRRA<br>603 GUNSTON LANE<br>WILMINGTON, NC 28405 | 6083 | Motors Liquidation Company | $8,100.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAN G AUSTIN<br>1006 COLMENA DRIVE<br>CHICO, CA 95926 | 2987 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| JAN HOLCOMB<br>PO BOX 906<br><br>CANTON, TX 75103 | 9771 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAN JUHAS AND AGATA JUHAS JTWROS<br>JAN JUHAS<br>2 PENNINGTON COURT<br>CHELTEHHAM<br>GLOVCESTERSHIRE GL510FD ENGLAND<br><br>GREAT BRITAIN | 18030 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAN L & PAULA J VAN WAARDENBERG TRUST<br>C/O JAN VAN WAARDENBERG<br>130 SANDPIPER LN<br>APTOS, CA 95003 | 7069 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANE A MURRAY<br>332 NW 42ND ST<br><br>BOCA RATON, FL 33431 | 19380 | Motors Liquidation Company | $2,640.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANE C BRADLEY<br>773 LONGVIEW DR<br><br>GREENBACK, TN 37742 | 3916 | Motors Liquidation Company | $22,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANE C CAVANO TRUST<br>JANE C CAVANO TTEE<br>416 BROOKES WALK<br>WOODSTOCK, GA 30188 | 11217 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANE C HUGHES<br>BOX 194<br><br>STANFORD, MT 59479 | 68908 | Motors Liquidation Company | $5,640.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANE CHEN<br>16528 PARK LANE CIR<br><br>LOS ANGELES, CA 90049 | 36651 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANE CHEN<br>16528 PARK LANE CIR<br><br>LOS ANGELES, CA 90049 | 36652 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 8

Fifty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JANE D FREEDMAN TTEE<br>JANE D FREEDMAN LIVING TRUST<br>U/A DTD 02/28/2007<br>144 RETREAT PL<br>PONTE VEDRA BEACH, FL 32082 | 18938 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANE D THOMPSON TRUST<br>629 OAKRIDGE DR<br>WILMINGTON, OH 45177 | 21343 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANE D TOLES<br>22 DEFOREST DR<br>N BRANFORD, CT 06471 | 12466 | Motors Liquidation Company | $110,125.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANE E MERRILL<br>8425 GOLSE DR<br>BOISE, ID 83704 | 8130 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANE E SMITH AND<br>ROBERT J SMITH II TTEES<br>ROBERT J SMITH JANE E SMITH<br>LOVING TRUST U/A DTD 4-27-90<br>13060 S METCALF AVE APT#221<br>OVERLAND PARK, KS 66213 | 15827 | Motors Liquidation Company | $47,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANE E WHITEMAN (IRA)<br>JANE E WHITEMAN<br>FCC AS CUSTODIAN<br>8424 REGAL WAY<br>PALMETTO, FL 34221 | 37026 | Motors Liquidation Company | $119,673.56 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANE ELLEN MARAN TRUST<br>C/O JAMES J MARAN TRUSTEE<br>3150 SUGARLOAF CLUB DR<br>DULUTH, GA 30097 | 12694 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANE FRIEDMAN LEVENTHAL<br>SAMUEL P LEVENTHAL<br>6968 S GRANDE DR<br>BOCA RATON, FL 33433 | 9994 | Motors Liquidation Company | $25,595.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANE H GARLICK & DEAN F GARLICK<br>716 JAMES AVENUE<br>ROCKFORD, IL 61107 | 61348 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JANE H ZAGER TTEE<br>TTEE/U/A/DTD 4/16/86<br>JANE H ZAGER REVOCABLE TRUST<br>3453 SW 53RD COURT<br>FT LAUDERDALE, FL 33312 | 11578 | Motors Liquidation Company | $5,993.76 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANE J HIRSHMAN<br>IRA STANDARD<br>145 WOODSTONE RD<br>BULL SHOALS, AR 72619 | 12569 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANE K WEBB<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>PO BOX 8177<br>LONGBOAT KEY, FL 34228 | 5334 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANE KALMAN<br>21810 N PAMPUS CT<br>SUN CITY WEST, AZ 85375 | 4772 | Motors Liquidation Company | $6,847.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANE L KARKLIN<br>3418 HIGHLANDS BRIDGE RD<br>SARASOTA, FL 34235 | 18714 | Motors Liquidation Company | $35,751.09 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANE L RODGERS<br>7270 LANE PARK DRIVE<br>DALLAS, TX 75225 | 16566 | Motors Liquidation Company | $47,139.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANE LOPUS<br>799 COLUSA AVE.<br>BERKELEY, CA 94707 | 12825 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANE R SKELTON<br>616 FURNACE RD<br>AIRVILLE, PA 17302 | 10921 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANE R WILLEY<br>6424 SUGAR CREEK DR N<br>MOBILE, AL 36695 | 17844 | Motors Liquidation Company | $7,125.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANE RIEGER<br>143 N WELLSPRING DR<br>GREEN VALLEY, AZ 85614 | 12634 | Motors Liquidation Company | $10,110.89 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JANE S ORIEL<br>417 HAYDON ST<br><br>HEALDSBURG, CA 95448 | 12964 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANE SCHNEIT<br>8 CHESTNUT HILL<br><br>ROSLYN, NY 11576 | 18785 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANE TAKESHTA<br>7547 FULTON ST<br><br>SAN DIEGO, CA 92111 | 21610 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANE TOLES<br>TOD DTD 08/13/2002<br>22 DEFOREST DRIVE<br>N BRANFORD, CT 06471 | 12467 | Motors Liquidation Company | $110,125.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANE WELLS BACHMAN TTEE<br>JANE WELLS BACHMAN REV TRUST<br>U/A DTD 03/29/00<br>5927 CORNELL DR<br>BARTLESVILLE, OK 74006 | 5029 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANELLE NOH BRACKEN<br>2001 N MACARTHUR BLVD STE 340<br><br>IRVING, TX 75061 | 64600 | Motors Liquidation Company | $12,505.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANELLE SAYLOR<br>DANIEL SAYLOR<br>11182 FORRER DR<br>STERLING HEIGHTS, MI 48312<br>UNITED STATES OF AMERICA | 63455 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANELLE SAYLOR<br>C/O DANIEL SAYLOR<br>11182 FORRER DR<br>STERLING HEIGHTS, MI 48312 | 64189 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANET A. ERGLE<br>327 24TH STREET SW<br><br>WINTER HAVEN, FL 33880<br>UNITED STATES OF AMERICA | 17348 | Motors Liquidation Company | $9,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JANET ANNE MCDONALD<br>29 SHADY TREE DR<br><br>MOUNTAIN TOP, PA 18707 | 3484 | Motors Liquidation Company | $20,375.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANET BROWNSTEIN<br>PO BOX 511<br><br>COLUMBIA, SC 29202 | 15287 | Motors Liquidation Company | $750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANET CAULKINS<br>15 MADISON AVE<br><br>MADISON, CT 06443 | 27910 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANET DAHLKE TTEE<br>JANET DAHLKE REVOCABLE LIV TR<br>U/A DTD 05/26/1998<br>35500 LOGAN LN<br>HILLMAN, MN 56338 | 59762 | Motors Liquidation Company | $3,950.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANET E LUTZ<br>JANET E LUTZ & JACK L LUTZ<br>1177 N MIDDLE DR<br>GREENVILLE, OH 45331 | 13193 | Motors Liquidation Company | $7,624.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANET EILEEN DAMERON<br>2151 HELIX ST<br><br>SPRING VALLEY, CA 91977<br>UNITED STATES OF AMERICA | 9046 | Motors Liquidation Company | $219.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANET GOIN TTEE<br>JANET CHASE GOIN TRUST<br>U/A DTD 4/30/01<br>2711 RED ROCK DR.<br>PAHRUMP, NV 89048 | 14153 | Motors Liquidation Company | $31,114.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANET I HUECKEL TTEE<br>FBO JANET I HUECKEL<br>U/A/D 08/01/74<br>15210 ROYAL WINDSOR LANE<br>#802<br>FORT MYERS, FL 33919 | 19443 | Motors Liquidation Company | $1,240.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANET I HUECKEL TTEE<br>FBO JANET I HUECKET TR U/A/D 8/1/74<br>15210 ROYAL WINDSOR LN #802<br>FORT MYERS, FL 33919 | 19444 | Motors Liquidation Company | $1,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Fifth Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JANET I LEPORE<br>C/O EDWARD JONES C/F<br>1198 TUNEBERG PKY<br>BELVIDERE, IL 61008 | 5783 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANET JOHNSON<br>51 WHITE ASH DRIVE<br>ASHEVILLE, NC 22803 | 13459 | Motors Liquidation Company | $4,405.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANET KREISNER<br>CGM IRA CUSTODIAN<br>145 CONCORD AVENUE<br>OCEANSIDE, NY 11572 | 38674 | Motors Liquidation Company | $3,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANET L ALLISON TRUST DTE 2/20/2002<br>JANET L ALLISON TRUST<br>320 E 9TH ST<br>STANBERRY, MO 64489 | 9871 | Motors Liquidation Company | $502,093.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANET L BARKER<br>7517 WILLOW GROVE RD<br>WYOMING, DE 19934 | 27221 | Motors Liquidation Company | $7,596.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANET L CARTER<br>2005 3RD AVENUE N<br>GREAT FALLS, MT 59401 | 3456 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANET L HAESSLER<br>2335 DELAWARE DR<br>ANN ARBOR, MI 48103 | 63618 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANET L HARMAN<br>80 N MIRAGE<br>NAMPA, ID 83651 | 28130 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANET L KENNY<br>63 GARDEN ST<br>GARDEN CITY, NY 11530 | 44385 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANET L MCFADDEN TTEE<br>U/W MARY C FOSLER<br>530 DUDALA CIRCLE<br>LOUDON, TN 37774 | 7686 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JANET LENSS<br>2453 REMINGTON RD<br>UNIT 2<br>GREEN BAY, WI 54302 | 20980 | Motors Liquidation Company | $6,827.39 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANET M MITCHEL<br>204 MYRTLE RD<br>PORT TOWNSEND, WA 98368 | 7392 | Motors Liquidation Company | $4,059.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANET M MULLEN<br>8003 BOUNDARY DR<br>FORESTVILLE, MD 20747 | 39300 | Motors Liquidation Company | $2,683.55 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANET M REED<br>85 MAPLE AVE<br>PATCHOGUE, NY 11772 | 5567 | Motors Liquidation Company | $151,646.17 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANET M RUSCH<br>311 26TH AVE<br>MONROE, WI 53566 | 15775 | Motors Liquidation Company | $1,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANET M SAHL<br>12835 MAYFLOWER DR<br>NEVADA CITY, CA 95959 | 28033 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANET M SCHROERING<br>145 BLACK DUCK CIR<br>DAYTONA BEACH, FL 32119 | 44451 | Motors Liquidation Company | $9,142.21 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANET M WATKINS<br>BY JANET M WATKINS<br>308 DONNER AVE NW<br>NORTH CANTON, OH 44720 | 65176 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANET M. MULLEN<br>8003 BOUNDARY DR<br>FORESTVILLE, MD 20747 | 37202 | Motors Liquidation Company | $2,683.55 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANET MASON<br>5007 W COUNTRY CLUB DR<br>SARATOGA, FL 34243 | 62872 | Motors Liquidation Company | $19,713.18 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| JANET MOSS<br>54 WOOD AV.<br><br>TRUMBULL, CT 06611<br>UNITED STATES OF AMERICA | 28252 | Motors Liquidation Company | $488.34 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANET N ROMEYN IRA<br>1275 PINE EDGE DR<br><br>LA HABRA, CA 90631 | 21523 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANET R. BERRY AS TTEE UNDER<br>AGREEMENT W/JANET R BERRY<br>AS TRUSTOR<br>5/31/1994<br>908 EDGEWOOD<br>COLUMBIA, MO 65203 | 20151 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANET S CARR LIVING TRUST U/A DTD 02-22-84<br>CATHERINE FUNK TTEE<br>309 CR 3633<br>LAMAR, AR 72846 | 17483 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANET T FREY<br>JANET T FREY PROFIT SHARING PLAN<br>1 LORRAINE DRIVE<br>PARK RIDGE, NJ 07656 | 1382 | Motors Liquidation Company | $468,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANETTE A PHILIPPON<br>HC 33 BOX 3055C<br><br>PETERBURG, WV 26847 | 63012 | Motors Liquidation Company | $52,842.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANETTE CLELLAND<br>1770 N 24TH<br><br>FRUITLAND, ID 83619 | 19512 | Motors Liquidation Company | $13,314.34 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANETTE M. ROGENSUES<br>TOD ACCOUNT<br>39480 BAROQUE<br>CLINTON TWP, MI 48038 | 19128 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANETTE RAINWATER<br>1150 TELLEM DR<br><br>PACIFIC PALISADES, CA 90272 | 12193 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JANICE & ROGER BARTELS TTEES<br>JANICE BARTELS REV LIVING TR ROGER BARTELS REV LIVING TR DTD 7/3/97<br>C/O ROGER & JANICE BARTELS<br>5203 S WILLOW BROOK PLACE<br>SIOUX FALLS, SD 57108 | 13761 | Motors Liquidation Company | $5,343.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANICE ALPERT<br>22 SUNLIGHT SPRINGS RD<br>LAKEWOOD, NJ 08701 | 31515 | Motors Liquidation Company | $47,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANICE C NADEAU<br>1700 SW 4TH AVE<br>POMPANO BEACH, FL 33060 | 16351 | Motors Liquidation Company | $9,877.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANICE E BENDER<br>54 H SOUTH POINT DR<br>SANDWICH, MA 02563 | 4540 | Motors Liquidation Company | $29,744.87 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANICE FORDHAM<br>UNIT A<br>19213 AVENUE OF THE OAKS<br>SANTA CLARITA, CA 91321 | 21946 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANICE H SCHURY/ARNO B SCHURY CO-TRUSTEES<br>C/O ARNO SCHURY<br>720 W TUSCOLA<br>FRANKENMUTH, MI 48734 | 8077 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANICE HELEN KAY TTEE<br>JANICE H KAY 2006 REV LIV TRUS<br>U/A DTD 05/16/2006<br>4362 BOWYER BLVD<br>REDDING, CA 96002 | 7439 | Motors Liquidation Company | $35,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANICE J GADON<br>JANICE J GADON & HAROLD GADON CO-TTEES<br>JANICE J GADON TRUST DTD 6/16/87<br>51 TUPELO HILL DR<br>CRANSTON, RI 02920 | 9254 | Motors Liquidation Company | $20,163.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANICE J HEPNER<br>35 INVERRARY RD<br>PINEHURST, NC 28374 | 12647 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| JANICE J NEWKIRK IRA<br>C/O JANICE J NEWKIRK<br>1200 HIDDEN OAKS DR<br>DAYTON, OH 45459 | 2826 | Motors Liquidation Company | $21,875.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANICE JACKSON BOYD<br>350 JESSELIN DR<br>LEXINGTON, KY 40503 | 6069 | Motors Liquidation Company | $13,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANICE L. FUNAI TTEE<br>JANICE L. FUNAI TRUST DTD 4/7/87<br>218 PEARL STREET<br>READING, MA 01867 | 62707 | Motors Liquidation Company | $5,072.85 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANICE M BECK<br>1201 RICHARDINE CT<br>GREEN BAY, WI 54304 | 29024 | Motors Liquidation Company | $10,675.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANICE M MCINERNEY<br>1855 RATHMOR<br>BLOOMFIELD HILLS, MI 48304 | 7203 | Motors Liquidation Company | $150,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANICE O MONROE IRA<br>FCC AS CUSTODIAN<br>1403 ARROWHEAD<br>PINE BLUFF, AR 71603 | 21512 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANICE R FARRIS &<br>JAMES R FARRIS JT TEN<br>PO BOX 1693<br>BARTOW, FL 33831 | 8583 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANICE R GARVIN<br>1283 NORTHEAST 120TH STREET<br>OCALA, FL 34479 | 69370 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANICE R POHLMAN<br>48 KRYSCH LANE<br>WYCKOFF, NJ 07481 | 46107 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANICE SHEVELL<br>C/O MARC D MICELI ESQ<br>CARELLA BYRNE BAIN GILFILLAN ET AL<br>5 BECKER FARM ROAD<br>ROSELAND, NJ 07068 | 60285 | Motors Liquidation Company | $155,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 17

Fifty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JANICE TEETERS<br>3259 DAWES AVE SE<br><br>GRAND RAPIDS, MI 49508 | 11642 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANICE Y COLVIN<br>PO BOX 277<br><br>CRAWFORDVILLE, FL 32326 | 28443 | Motors Liquidation Company | $31,561.87 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANICE ZAIFERT IRA BOA<br>16127 EMERALD ESTATE DR<br><br>WESTON, FL 33331 | 27239 | Motors Liquidation Company | $3,912.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANIE ISABELLE CURREY<br>CHARLES SCHWAB & CO INC.CUST<br>IRA CONTRIBUTORY<br>30183 COVE VIEW ST<br>CANYON LAKE, CA 92587 | 16115 | Motors Liquidation Company | $1,779.15 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANINE FAVRE DE LANNELONGUE<br>MONTE CAUCASO 1635-A<br>MEXICO D F 11000<br>,<br>MEXICO | 27339 | Motors Liquidation Company | $62,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANIS D HALL<br>5120 AUSTIN LAKES CIRCLE<br><br>SHERWOOD, AR 72120 | 9729 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANIS D PEARCE<br>367 RIVER ISLES<br><br>BRADENTON, FL 34208 | 11175 | Motors Liquidation Company | $15,450.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANIS L PETERSON<br>5134 CICERO DR<br><br>NEW PORT RICHEY, FL 34652 | 4906 | Motors Liquidation Company | $6,986.61 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANNETTE V ALLAC<br>1521 HAMPTON RD<br><br>PITTSBURG, KS 66762 | 14869 | Motors Liquidation Company | $15,004.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANNEY MONTGOMERY SCOTT LLC<br>SMEDLEY L CRAIG (IRA)<br>1801 MARKET ST<br>PHILADELPHIA, PA 19103 | 63222 | Motors Liquidation Company | $10,148.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Fifth Omnibus Objection

## Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JANNEY MOTGOMERY SCOTT CUSTODIAN FOR ALBERT KISLOW<br>1395 WATERFALL DR<br>SPRING HILL, FL 34608 | 28324 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANNIE MOSLER<br>3910 GRESHAM ST #2<br>SAN DIEGO, CA 92109 | 12041 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANOS KOVACS<br>WIENER STR 59<br>D-60599 FRANKFURT GERMANY<br>GERMANY | 69042 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JARDINES ETERNOS DE SAN JOSE, S.A.<br>5767 MIRA GRANDE DR.<br>EL PASO, TX 79912<br>UNITED STATES OF AMERICA | 30284 | Motors Liquidation Company | $51,800.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JARED MUSHINSKI<br>CHARLES SCHWAB & CO INC.CUST<br>SIMPLE IRA<br>13406 SUNDOWNER DR<br>HOUSTON, TX 77041 | 8972 | Motors Liquidation Company | $5,045.68 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAROSLAVA TUMA<br>9 MAYFLOWER DR<br>SCARBOROUGH, ME 04074 | 21120 | Motors Liquidation Company | $52,062.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JARVIS H TOLSON JR<br>2563 NORWOOD CREEK WAY<br>POWHATAN, VA 23139 | 67550 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JASON GOLD<br>16 STONEHENGE RD<br>GREAT NECK, NY 11023 | 16268 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JASON H BRAND<br>9317 HAMPSHIRE PARK DR<br>TAMPA, FL 33647 | 22180 | Motors Liquidation Company | $140,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JASON SACHS<br>625 BLACK BROOK RD<br>GOFFSTOWN, NH 03045 | 65435 | Motors Liquidation Company | $17,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JASPER P PARSONS<br>1419 1/2 OAKWOOD AVE<br>LOUISVILLE, KY 40215 | 12408 | Motors Liquidation Company | $10,081.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAVAD MARAHAMATI & ELEANOR MARHAMATI<br>931 HOMESTEAD AVE<br>MAYBROOK, NY 12543<br>UNITED STATES OF AMERICA | 15424 | Motors Liquidation Company | $46,503.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAVIER VERTIZ<br>4931 BROOKVIEW ROAD<br>ROCKFORD, IL 61107 | 876 | Motors Liquidation Company | $45,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAY & GABRIELE MAZO<br>1301 BELLA VISTA DRIVE<br>SIERRA VISTA, AZ 85635 | 3570 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAY A. JOHNSON<br>CGM IRA CUSTODIAN<br>5440 THERESA WAY<br>LIVERMORE, CA 94550 | 15413 | Motors Liquidation Company | $30,249.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAY AND BARBARA KAPLAN<br>JAY KAPLAN<br>56 VOORHIS AVE<br>ROCKVILLE CENTRE, NY 11570 | 9647 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAY B BAKEWELL AND ALEXANDRA B BAKEWELL<br>17630 SNOHOMISH AVE<br>SNOHOMISH, WA 98296 | 48387 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAY D LAGREE & ENID S LAGREE<br>PO BOX 406<br>MERIDIAN, TX 76665 | 30738 | Motors Liquidation Company | $75,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAY G KEISER TTEE<br>DAVID H KEISER U/A DTD 05/25/1960<br>66 MEADOWOOD DRIVE<br>MIDDLETOWN, CT 06457 | 11334 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAY KAPLAN ROLLOVER IRA<br>JAY KAPLAN<br>56 VOORHIS AVE<br>ROCKVILLE CENTRE, NY 11570 | 9648 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JAY LLOYD<br>MARY LLOYD<br>145 STINE DR<br>COLLEGEVILLE, PA 19426 | 20835 | Motors Liquidation Company | $1,420.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAY M RICHMAN IRRA<br>JAY M RICHMAN<br>7023 LANCASTER CT<br>UNIVERSITY PARK, FL 34201 | 6694 | Motors Liquidation Company | $48,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAY M RICHMAN IRRA<br>7023 LANCASTER CT<br>UNIVERSITY PARK, FL 34201 | 6695 | Motors Liquidation Company | $65,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAY M SCHWAMM<br>1775 BROADWAY - SUITE 617<br>(3 COLUMBUS CIRCLE - SUITE 617)<br>NEW YORK, NY 10019 | 6123 | Motors Liquidation Company | $1,027,340.11 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAY W PORTNOY<br>77 PHILA ST<br>SARATOGA SPRINGS, NY 12866 | 13012 | Motors Liquidation Company | $765.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAY W SCHULTZ<br>4550 CROSS CREEK DR<br>ANN ARBOR, MI 48108 | 44479 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAY W SHRODE JR<br>6830 NEWBURGH RD<br>EVANSVILLE, IN 47715<br>UNITED STATES OF AMERICA | 61978 | Motors Liquidation Company | $6,747.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAYE BURCH<br>109 W 21ST ST<br>HUNTINGTON STATION, NY 11746 | 15068 | Motors Liquidation Company | $45,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAYNE BERGER & HOWARD BERGER<br>JAYNE BERGER<br>39 CLUBSIDE DRIVE<br>WOODMERE, NY 11598 | 45828 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAYNE M DITTBERNER<br>615 LAUREL LAKE DRIVE<br>APT A204<br>COLUMBUS, NC 28722 | 19871 | Motors Liquidation Company | $6,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Fifth Omnibus Objection

## Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| JAYNE MARIE CATANIA IRA<br>FCC AS CUSTODIAN<br>5623 15TH AVE W<br>BRADENTON, FL 34209 | 37177 | Motors Liquidation Company | $10,269.10 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JB & DORIS COX<br>601 SLEEPY FALLS<br>EVANSVILLE, IN 47712 | 5098 | Motors Liquidation Company | $19,350.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JBCR LIMITED PARTNERSHIP<br>C/O SIERRA REALTY CORP<br>12 E 46TH ST<br>NEW YORK, NY 10017 | 17968 | Motors Liquidation Company | $7,125.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JD & MA SULLIVAN<br>COMM/PROP<br>422 NE 88TH ST<br>SEATTLE, WA 98115 | 15623 | Motors Liquidation Company | $500,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JDJ FAMILY HOLDINGS, LTD<br>9400 N CENTRAL EXPWY #910<br>DALLAS, TX 75231 | 16761 | Motors Liquidation Company | $117,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEAN A CAMERON EARP<br>REVOCABLE TRUST<br>JEAN A CAMERON EARP TTEE<br>U/A DTD 09/18/2006<br>149 IRELAND<br>SPRINGDALE, AR 72762 | 16484 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEAN A CONNOLLY<br>15 DELAWARE AVE<br>PITTSFIELD, MA 01201 | 17834 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEAN A HOWELL TRUSTEE<br>U/A DTD 02/21/2002<br>BY JEAN A HOWELL<br>135 W PALM DR.<br>LAKELAND, FL 33803 | 16778 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEAN A KORBAN<br>N6484 SHOREWOOD HILLS RD<br>LAKE MILLS, WI 53551 | 18552 | Motors Liquidation Company | $6,703.12 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JEAN AGAZZI<br>2420 ENID STREET<br><br>JOLIET, IL 60435 | 15618 | Motors Liquidation Company | $13,991.94 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEAN ANN VEACH<br>308 TREELINE RD<br><br>TERRE HAUTE, IN 47802 | 33434 | Motors Liquidation Company | $35,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEAN AYRES TRUSTEE<br>JEAN AYRES TRUST OF 2001<br>FBO FLORENCE AYRES UAD 9/13/01<br>506 SE 7TH AVE<br>DEERFIELD BCH, FL 33441 | 36926 | Motors Liquidation Company | $10,837.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEAN BRAME RAWLINGS<br>5329 MORNING GLORY LN<br><br>LITTLETON, CO 80123 | 64395 | Motors Liquidation Company | $18,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEAN BREINER TRUST<br>IRVING LIEBERMAN C/O TRUSTEES<br>JEAN BREINER TRUST<br>7729 DAVIS ST<br>MORTON GROVE, IL 60053 | 62333 | Motors Liquidation Company | $31,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEAN BUCHHOLTZ<br>140 EAST 83RD ST APT 5A<br><br>NEW YORK, NY 10028 | 19989 | Motors Liquidation Company | $100,381.29 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEAN C BOGGS<br>2208 WELLESLEY AVE<br><br>CHARLOTTE, NC 28207 | 6625 | Motors Liquidation Company | $36,950.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEAN C MACHACEK & JOSEPH F MACHACEK JTWROS<br>9619 PALMER RD<br><br>BLOOMINGTON, MN 55437 | 31492 | Motors Liquidation Company | $26,344.38 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEAN CLAUDE BALLAND<br>UTA CHARLES SCHWAB & CO INC<br>IRA ROLLOVER DTD 08/30/93<br>15350 NW OAK HILLS DR<br>BEAVERTON, OR 97006 | 48420 | Motors Liquidation Company | $25,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Fifth Omnibus Objection

## Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| JEAN D. KLEIN<br>3500 WEST CHESTER PIKE<br>CH-123<br>NEWTOWN SQUARE, PA 19073<br>UNITED STATES OF AMERICA | 39100 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEAN DELORES MAHER TTEE OF THE<br>JEAN DELORES MAHER TRUST DTD 5/13/91<br>7521 FLOWER MEADOW DRIVE<br>SAN DIEGO, CA 92126 | 17786 | Motors Liquidation Company | $9,972.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEAN E FROST<br>2136 HEATHER WAY<br>GLADWIN, MI 48624 | 12440 | Motors Liquidation Company | $4,653.21 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEAN E HALE<br>ALAN D HALE JT TEN<br>12031 S FAIRHOLLOW LN<br>HOUSTON, TX 77043 | 16870 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEAN E HALE<br>ALAN D HALE JT TEN<br>12031 S FAIRHOLLOW LN<br>HOUSTON, TX 77043 | 16871 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEAN E HALE<br>ALAN D HALE JT TEN<br>12031 S FAIRHOLLOW LN<br>HOUSTON, TX 77043 | 16872 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEAN E JONES TTEE<br>JEAN E JONES TRUST<br>U/A DTD 05/13/1996<br>3300 LOVELAND BLVD UNIT 1702<br>PORT CHARLOTTE, FL 33980 | 2844 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEAN E PIZZI<br>1210 RUGBY CIRCLE<br>BLOOMFIELD HILLS, MI 48302 | 49491 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEAN EARP<br>149 IRELAND ST<br>SPRINGDALE, AR 72762 | 16485 | Motors Liquidation Company | $7,516.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| JEAN F DEAN AND RICHARD DEAN JTWROS 1441 GERTRUDE AVE PHOENIXVILLE, PA 19460 | 20186 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEAN FOURATT 527 TOLEDO DR LOWER BURRELL, PA 15068 | 9392 | Motors Liquidation Company | $18,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEAN GREENWOOD JOWERS 5498 CLEAR CREEK BLVD FAYETTEVILLE, AR 72704 | 69570 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEAN GUY TREMBLAY TTEE JEAN GUY TREMBLAY PO BOX 3822 NASHUA, NH 03061 | 22933 | Motors Liquidation Company | $17,978.02 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEAN H LINDSEY TRUST JOHN J LINDSEY TTEE 4730 NE 26 AVE FT LAUDERDALE, FL 33308 | 8900 | Motors Liquidation Company | $15,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEAN H TEIPHER 4445 DANT BLVD RENO, NV 89509 | 9872 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEAN J PROTHRO PO BOX 179 MANNING, SC 29102 | 14982 | Motors Liquidation Company | $7,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEAN JACKSON 1466 KING BENJAMIN COURT SOUTH JORDAN, UT 84095 | 1098 | Motors Liquidation Company | $108,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEAN K LUKEY CGM IRA CUSTODIAN 6854 WATERVIEW WAY SACRAMENTO, CA 95831 | 8046 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEAN K LUKEY TRUST FBO THE JEAN LUKEY TRUST U/A/D 10/5/1994 6854 WATERVIEW WAY SACRAMENTO, CA 95831 | 8121 | Motors Liquidation Company | $13,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JEAN L HALL<br>7300 PORCHER AVE<br>APT 3<br>MYRTLE BEACH, SC 29572 | 12834 | Motors Liquidation Company | $41,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEAN L HARGRAVES<br>123 LA GARDINA<br><br>EDGEWATER, FL 32141 | 61559 | Motors Liquidation Company | $52,535.30 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEAN LOUIS MARTENS<br>SG PRIVATE BANKING<br>ATTN ANN GELAUDE<br>KORTRIJKSESTEENWEG 302<br>B-9000 GENT BELGIUM<br>,<br>BELGIUM | 65464 | Motors Liquidation Company | $10,731.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEAN M AMORT<br>200 ROYAL GRANT WAY<br><br>DOVER, DE 19901 | 27982 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEAN M GOFF REV LIVING TRUST<br>JEAN M GOFF<br>3600 HANOVER RD<br>LOUISVILLE, KY 40207 | 31520 | Motors Liquidation Company | $1,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEAN M HOMAN<br>ROBERT P HOLMAN<br>JEAN M HOMAN<br>W5692 COUNTY RD P<br>MONROE, WI 53566 | 15774 | Motors Liquidation Company | $62.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEAN M PORT<br>8178 DUOMO CIR<br><br>BOYNTON BEACH, FL 33437 | 38853 | Motors Liquidation Company | $25,668.58 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEAN M REES<br>P O BOX 601<br><br>WAVERLY, PA 18471 | 45052 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEAN M SHARRAH<br>13531 CLAIRMONT WAY<br>#131<br>OREGON CITY, OR 97045 | 8577 | Motors Liquidation Company | $52,462.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JEAN M SNEERINGER<br>4458 ARBOR DR<br><br>OKEMOS, MI 48864 | 21087 | Motors Liquidation Company | $10,225.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEAN M STEARNS<br>929 VILLA GRANDE WAY<br><br>BOULDER CITY, NV 89005<br>UNITED STATES OF AMERICA | 14770 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEAN MARIE MATHIS TRUST<br>JEAN MARIE MATHIS<br>10096 STATE ROUTE 945<br>BOAZ, KY 42027 | 2204 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEAN MILDES<br>17679 W ARCADIA DR<br>PO BOX 9356<br>SURPRISE, AZ 85374 | 3110 | Motors Liquidation Company | $10,825.45 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEAN MILDES<br>17679 W ARCADIA DR<br>PO BOX 8356<br>SURPRISE, AZ 85374 | 5167 | Motors Liquidation Company | $10,800.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEAN O DEVENDORF AND<br>DONALD L DEVENDORF TTEES<br>JEAN O DEVENDORF TRUST<br>U/A DATED 11/29/93<br>5380 BLUE HAVEN DRIVE<br>EAST LANSING, MI 48823 | 20187 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEAN OLDHAM WALL - IRA<br>(ROLLOVER)<br>4539 BRIAR OAKS CIR<br>DALLAS, TX 75287 | 28766 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEAN PROTHRO<br>P.O. BOX 179<br><br>MANNING, SC 29102 | 14985 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEAN R PADGETT<br>208 GOLF CLUB DR<br><br>NEW SMYRNA BEACH, FL 32168 | 3368 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| JEAN R PADGETT<br>208 GOLF CLUB DR<br><br>NEW SMYRNA BEACH, FL 32168 | 4588 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEAN ROSS<br>BL.80A, ET6, AP.41, BLD. MARESAL<br>ALEXANDRU  AVERESCU NR.12 SECTOR 1<br>BUCHAREST 80000<br>,<br>ROMANIA | 20982 | Motors Liquidation Company | $10,880.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEAN S DAWES<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>350 SANTA RITA AVE<br>PALO ALTO, CA 94301 | 16304 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEAN S STEPHENS FAMILY TR<br>JEAN S STEPHENS<br>1500 HIGHLAND COVE  C-8<br>SALT LAKE CITY, UT 84106 | 13192 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEAN V DELIA<br>8943 E RUSTY SPUR PLACE<br><br>SCOTTSDALE, AZ 85255 | 21958 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEAN VERGAIN<br>36 HARRINGTON AVE<br><br>LINDENHURST, NY 11757 | 6596 | Motors Liquidation Company | $16,014.71 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEAN ZALZAL<br>C/O WEHBE<br>PO BOX 165702 - ACHRAFIEH<br>11002060 BEIRUT LEBANON<br><br>LEBANON | 36724 | Motors Liquidation Company | $200,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEAN-CLAUDE L BALLAND<br>UTA CHARLES SCHWAB & CO INC<br>IRA ROLLOVER DTD 08/30/93<br>15350 NW OAKHILLS DR<br>BEAVERTON, OR 97006 | 48419 | Motors Liquidation Company | $25,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEAN-CYRIL LEMAIRE<br>THE LEMAIRE FAMILY TRUST<br>C/O J.C. LEMAIRE, TRUSTEE<br>57 DOUGLAS RD<br>NEEDHAM, MA 02492 | 17447 | Motors Liquidation Company | $30,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| JEANETTA CHAMPION<br>3160 MYRTLE AVE<br>GRANITE CITY, IL 62040 | 22441 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEANETTE A REICHEL &<br>MICHELE RENEE REICHEL JTWROS<br>6408 THORNHILL CT<br>SPRINGFIELD, VA 22150 | 10052 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEANETTE ANDERSEN<br>17195 PALISADES CIRCLE<br>PACIFIC PALISADES, CA 90272 | 11654 | Motors Liquidation Company | $14,307.40 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEANETTE D SERFOSS AND WALTER A SERFOSS<br>1943 W 2ND AVE<br>DURANGO, CO 81301 | 12744 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEANETTE DIA R/O IRA<br>FCC AS CUSTODIAN<br>64 LIBERTY AVE<br>N BABYLON, NY 11703 | 9649 | Motors Liquidation Company | $16,014.71 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEANETTE FOLTZ<br>6 AUGUSTA CT<br>TOMS RIVER, NJ 08757 | 62870 | Motors Liquidation Company | $10,311.88 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEANETTE L FRAZIER IRA<br>PO BOX 158807<br>NASHVILLE, TN 37215 | 9752 | Motors Liquidation Company | $27,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEANETTE M CASEL<br>MRS JEANETTE M CASEL<br>932 JUNE DR<br>DUBUQUE, IA 52003 | 5799 | Motors Liquidation Company | $13,728.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEANETTE NEUMEISTER<br>36 PARK RD<br>DAYTON, OH 45419 | 27285 | Motors Liquidation Company | $8,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEANETTE PEDROLI<br>3407 TARPON WOODS BLVD<br>PALM HARBOR, FL 34685 | 9658 | Motors Liquidation Company | $2,559.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JEANETTE R VAN DELDEN TTEE FOR THE VAN DELDEN FAMILY TRUST DTD 3-22-89 821 S DICKEL ST ANAHEIM, CA 92805 | 67656 | Motors Liquidation Company | $5,200.80 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEANETTE STERN (IRA) FCC AS CUSTODIAN 79-06 212TH STREET FLUSHING, NY 11364 | 13986 | Motors Liquidation Company | $2,514.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEANETTE T BEAN 228 BLUE SPRUCE DR PAGOSA SPRINGS, CO 81147 | 43968 | Motors Liquidation Company | $25,487.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEANETTE TSUTSUI 9574 TARBERT DR ELK GROVE, CA 95758 | 23889 | Motors Liquidation Company | $8,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEANNE A STREBIG & ROBERT K STREBIG  JTWROS 4218 MILL VALLEY BURTON, MI 48519 | 8634 | Motors Liquidation Company | $34,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEANNE B EISSMAN 4451 WINDING OAKS CIRCLE MULBERRY, FL 33860 UNITED STATES OF AMERICA | 17356 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEANNE C JIRUSKA SUPPORT TRUST RODNEY JIRUSKA & DAVID JIRUSKA TTEES 4349 FOX MEADOW DR SE CEDAR RAPIDS, IA 52403 | 22052 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEANNE ELMER PERRY-SMITH & SUSAN NETHAWAY REVIER JT TEN 3106 PLACER ST FT COLLINS, CO 80526 | 23812 | Motors Liquidation Company | $22,050.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEANNE H DINGEL 1034 PROSPECT ROAD PITTSBURGH, PA 15227 | 63280 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEANNE M BLAKE 7199 CHULA VISTA LN BLOOMFIELD HILLS, MI 48301 | 610 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JEANNE M FARMER TTEE FOR THE EARL E FARMER FAMILY TRUST DTD 3/31/1994 7 FAWN GROVE LN SANDY, UT 84092 | 11520 | Motors Liquidation Company | $69,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEANNE NELSON TTEE U/W JOSEPH BASILE FBO DIANA BASILE 14 CORRAL DRIVE HAMILTON TWP, NJ 08620 | 23427 | Motors Liquidation Company | $45,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEANNE S ZIELKE 21 ROTH ST BATTLE CREEK, MI 49015 | 16839 | Motors Liquidation Company | $2,004.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEANNE S ZIELKE 21 ROTH ST BATTLE CREEK, MI 49015 | 16840 | Motors Liquidation Company | $10,004.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEANNE STEPHENS DAVIS TTEE 819 ARGUELLO RD SANTA BARBARA, CA 93103 | 28240 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEANNETTE DIXON 414 FIR JENKS, OK 74037 | 2898 | Motors Liquidation Company | $17,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEANNETTE DIXON TOD N L NAHKALA D L DIXON, D W DIXON SUBJECT TO STA RULES 414 FIR JENKS, OK 74037 | 20134 | Motors Liquidation Company | $17,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEANNETTE MATTUCCI 585 HARLEM RD WEST SENECA, NY 14224 | 12772 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEANNETTE PELTON 6525 N 34TH ST MCALLEN, TX 78504 | 21054 | Motors Liquidation Company | $156,266.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEANNETTE R RUSSELL 176 SPRINGFIELD ST SPRINGFIELD, MA 01107 | 14616 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Fifth Omnibus Objection

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JEANNETTE S NICHOLSON<br>1913 S.E. COUNTRY ROAD 760-A<br>ARCADIA, FL 34266 | 11882 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEANNIE SHAMA<br>CGM IRA ROLLOVER CUSTODIAN<br>16A LINDEN PLACE<br>BROOKLINE, MA 02445 | 12284 | Motors Liquidation Company | $2,230.62 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEANNINE TREMBLAY TTEE<br>JEANNINE TREMBLAY<br>PO BOX 3822<br>NASHUA, NH 03061 | 22932 | Motors Liquidation Company | $17,978.02 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JED R BRADELL<br>3408 S 149TH E AVE<br>TULSA, OK 74134 | 11623 | Motors Liquidation Company | $398,437.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEEREDDI PRASAD<br>766 BRIGHAM YOUNG DRIVE<br>CLAREMONT, CA 91711 | 12259 | Motors Liquidation Company | $3,600.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEFF & KRISTEN JOHNSON<br>8393 S MILL AVE<br>TEMPE, AZ 85284 | 62251 | Motors Liquidation Company | $7,510.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEFF D CLARK &<br>LISA JEANNE CLARK TTEES<br>UTD 8/24/1989<br>FBO CLARK TRUST<br>3231 ATARI CT<br>SAN DIEGO, CA 92117 | 8997 | Motors Liquidation Company | $350.40 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEFF GRIFFITH<br>2626 FORESTDALE AVE<br>KNOXVILLE, TN 37917 | 19649 | Motors Liquidation Company | $1,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEFF LONDON<br>2404 HILLMEAOR DRIVE<br>NASHVILLE, TN 37221 | 10198 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEFF MARTEL<br>KAREN E MARTEL<br>9224 ROSSER ST<br>BELLFLOWER, CA 90706 | 12581 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JEFF T SMITH & MARGARET R SMITH<br>416 CADDIE DRIVE<br>DEBARY, FL 32713 | 69619 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEFFERY ALLEN SMITH<br>CHARLES SCHWAB & CO INC.CUST<br>ROTH CONVERSION IRA<br>6059 COUNTY LINE RD<br>DURAND, MI 48429 | 4872 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEFFERY C ATKINSON<br>3466 INMAN DR NE<br>ATLANTA, GA 30319 | 12512 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEFFREY & RITA WILDER FOUNDAT<br>200 OLD PALISADE RD APT 29GH<br>FORT LEE, NJ 07024 | 36128 | Motors Liquidation Company | $280,232.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEFFREY B WILSON & ANITA WILSON<br>74713 YARRINGTON RD<br>ELIGN, OR 97827 | 68148 | Motors Liquidation Company | $17,612.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEFFREY C FRACHER<br>DR JEFFREY C FRACHER<br>1405 FOXBROOK LANE<br>CHARLOTTESVILLE, VA 22901 | 19911 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEFFREY CASPER &<br>BETH SOLOMON JTWROS<br>875 SUNSET DR<br>SAN CARLOS, CA 94070 | 12138 | Motors Liquidation Company | $9,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEFFREY CHRISTOPHER KELLY<br>1491 LONG PT RD<br>PASEDENA, MD 21122 | 14496 | Motors Liquidation Company | $6,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEFFREY D KECK<br>2532 LA CHARLES DR NE<br>ALBUQUERQUE, NM 87112 | 14990 | Motors Liquidation Company | $104,288.43 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEFFREY D SKELTON<br>21 HOLLOWAY DR<br>COLLINSVILLE, IL 62234 | 1592 | Motors Liquidation Company | $566,350.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| JEFFREY E MEEK<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>101 COLEMAN DR<br>BEAVER, PA 15009 | 22734 | Motors Liquidation Company | $9,328.32 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEFFREY E STONELAKE<br>7 EL STONE DR<br>PO BOX 122<br>GLEN MILLS, PA 19342 | 15913 | Motors Liquidation Company | $16,875.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEFFREY GROSS<br>205 WEST END AVENUE APT 5U<br>NEW YORK, NY 10023 | 3631 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEFFREY H VOGEL<br>UTA CHARLES SCHWAB & CO INC<br>IRA CONTRIBUTORY DTD 03/24/86<br>102-10 66TH RD # 14E<br>A/C 9097-2021<br>FOREST HILLS, NY 11375 | 27023 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEFFREY HALL<br>FERN PLATT<br>8312 LAKE MURRAY BLVD STE C<br>SAN DIEGO, CA 92119 | 8849 | Motors Liquidation Company | $93,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEFFREY J HAMPTON<br>883 WINDSONG WAY<br>DE PERE, WI 54115 | 12549 | Motors Liquidation Company | $42,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEFFREY J KARCZ<br>CGM IRA ROLLOVER CUSTODIAN<br>5740 EAGLEMOUNT CIRCLE<br>LITHIA, FL 33547 | 63348 | Motors Liquidation Company | $16,103.90 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEFFREY K BROWN LIVING TRUST<br>C/O JEFFREY K BROWN<br>4761 AUDUBON DR<br>SAGINAW, MI 48638 | 10318 | Motors Liquidation Company | $52,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEFFREY K YOUNG<br>915 WATERTOWN ST<br>WEST NEWTON, MA 02465 | 3007 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JEFFREY KAHANE<br>RONNIE KAHANE<br>3497 MARGIE STREET<br>OCEANSIDE, NY 11572 | 30911 | Motors Liquidation Company | $44,800.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEFFREY KOZNICK TTEE<br>JEFFREY KOZNICK REVOCABLE LIVI<br>U/A DTD 08/07/2002<br>18 GRAND MIRAMAR DRIVE<br>HENDERSON, NV 89011 | 59764 | Motors Liquidation Company | $4,800.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEFFREY L SIMONS<br>CGM IRA ROLLOVER CUSTODIAN<br>22908 SYLVAN ST.<br>WOODLAND HILLS, CA 91367 | 5045 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEFFREY LEVINSON<br>21 WINDSOR DR<br>DALLAS, PA 18612 | 29694 | Motors Liquidation Company | $5,163.10 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEFFREY M KAGAN<br>271 GREENWOOD ST<br>NEWTON CENTER, MA 02459<br>UNITED STATES OF AMERICA | 15423 | Motors Liquidation Company | $3,287.79 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEFFREY M PEARSALL<br>2200 ARCH ST #1205<br>PHILADELPHIA, PA 19103 | 5572 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEFFREY M ZWERDLING<br>RETIREMENT PLAN<br>THE CORPORATE CENTER<br>5020 MONUMENT AVE<br>RICHMOND, VA 23230 | 67610 | Motors Liquidation Company | $226,941.77 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEFFREY M ZWERDLING<br>TERRY M ZWERDLING JT TEN<br>6204 MANAFORD CIR<br>GLEN ALLEN, VA 23059<br>UNITED STATES OF AMERICA | 67611 | Motors Liquidation Company | $321,122.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEFFREY P KANTOR<br>4549 FAIRLAWN CT<br>ENGLEWOOD, OH 45322 | 15018 | Motors Liquidation Company | $32,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JEFFREY PAUL CLARK<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>652 N 1180 E<br>OREM, UT 84097 | 11691 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEFFREY POULTON<br>503 BARRINGTON CT<br>JOPPA, MD 21085 | 2526 | Motors Liquidation Company | $50,800.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEFFREY PUTTER<br>28564 MEADOW GLEN WAY WEST<br>ESCONDIDO, CA 92026<br>UNITED STATES OF AMERICA | 16875 | Motors Liquidation Company | $82,789.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEFFREY S EARLE<br>CHARLES SCHWAB & CO INC CUST<br>ROTH CONVERSION IRA<br>1553 CHURCH HILL PL<br>RESTON, VA 20194 | 3590 | Motors Liquidation Company | $500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEFFREY S LINDSAY AND<br>MARILYN L LINDSAY JTTEN<br>410 BAYHILL COURT<br>BLOOMINGTON, IN 47403 | 12624 | Motors Liquidation Company | $2,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEFFREY S. MORGAN<br>CGM IRA CUSTODIAN<br>267 MAGNA CARTA DR<br>ST LOUIS, MO 63141 | 61292 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEFFREY T REETZ<br>14609 LANDIS VILLA DR<br>LOUISVILLE, KY 40245 | 6621 | Motors Liquidation Company | $7,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEFFREY W CARBONE<br>30 STEWART AVE<br>HUNTINGTON, NY 11743 | 14359 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEFFREY W CARBONE<br>30 STEWART AVE<br>HUNTINGTON, NY 11743 | 14360 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JEHAN RAHEEM & ELEANOR RAHEEM<br>13 SPRING POND DR<br><br>OSSINING, NY 10562 | 25458 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JENIECE DAWN PRATT<br>495 EAST CREEKSIDE CIR #E<br><br>MURRAY, UT 84107 | 23933 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JENNIE BRADY<br>C/O JAMES BRADY<br>1007 CTY RT 64<br>SHUSHAN, NY 12873 | 14893 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JENNIE D ACKER<br>4913 INTERLACHEN LANE<br><br>AUSTIN, TX 78747 | 63957 | Motors Liquidation Company | $1,662.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JENNIE E KELLEY, TOD CHARLES TOOLEY,<br>NANCY HAWKINS, SHARON CYWINSKI<br>S/O JENNIE E KELLEY<br>5212 CYNTHIANA RD<br>EVANSVILLE, IN 47720<br>UNITED STATES OF AMERICA | 8104 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JENNIE L MCELROY<br>5009 IVEY LANE<br><br>ACWORTH, GA 30101 | 14662 | Motors Liquidation Company | $4,999.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JENNIFER B GRISHAM<br>440 OAKWOOD DR<br><br>COLUMBIA, TN 38401 | 44090 | Motors Liquidation Company | $2,160.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JENNIFER BAXTER-BARTLETT<br>PO BOX 994<br><br>ATLANTA, TX 75551 | 23818 | Motors Liquidation Company | $2,582.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JENNIFER BAXTER-BARTLETT<br>PO BOX 994<br><br>ATLANTA, TX 75551 | 23837 | Motors Liquidation Company | $3,832.93 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JENNIFER BERMAN<br>JEN BERMAN<br>C/O ADAM BERMAN<br>3 ARLINGTON PL<br>RYE BROOK, NY 10573 | 30623 | Motors Liquidation Company | $5,420.46 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| JENNIFER HARSCH<br>NARRENBERG STR 41<br>75210 KELTERN GERMANY<br><br>GERMANY | 63859 | Motors Liquidation Company | $41,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JENNIFER I SCHMIDT<br>18702 FM 3341<br>TROUP, TX 75789 | 22050 | Motors Liquidation Company | $3,784.26 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JENNIFER L ROBERTS TTEE<br>JENNIFER L ROBERTS TRUST<br>U/A DTD 11/17/2000<br>PO BOX 83<br>AGOURA HILLS, CA 91376 | 3501 | Motors Liquidation Company | $5,859.65 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JENNIFER L. CARR TRUST U/A<br>10/13/94 JENNIFER L. CARR &<br>DAVID J. CARR CO-TRUSTEES<br>4241 ST. ANDREWS PLACE<br>CINCINNATI, OH 45236 | 4524 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JENNIFER R O'KEEFE-SCHWAKE<br>6306 SWEDISH RD<br>WISC RAPIDS, WI 54495 | 10212 | Motors Liquidation Company | $3,353.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JENNIFER S ANDREWS CUST FOR<br>TAYA R ANDREWS<br>UNDER IN UNIF TRAN MIN ACT<br>9820 HARBOUR BAY<br>FORT WAYNE, IN 46825 | 11071 | Motors Liquidation Company | $6,165.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JENNIFER S ROSENTHAL  &<br>RICHARD ROSENTHAL JT WROS<br>P.O. BOX 1021<br>CARMEL VALLEY, CA 93924 | 14391 | Motors Liquidation Company | $3,112.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JENNIFER TIMBLIN - IRA<br>JENNIFER TIMBLIN<br>6411 COUNTRY SHIRE LANE<br>WEST BLOOMFIELD, MI 48323<br>UNITED STATES OF AMERICA | 44257 | Motors Liquidation Company | $4,953.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JENNY CHUNG IRA ROLLOVER<br>JENNY CHUNG<br>2420 ABADEJO<br>LA VERNE, CA 91750 | 9645 | Motors Liquidation Company | $18,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JENNY GREENBERG REV LIVING TRUST<br>JENNY GREENBERG<br>5598 WHITNEY DR #302B<br>DELRAY BEACH, FL 33484 | 61203 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JENNY L PAINTER<br>1836 MALVERN RD SW<br>ROANOKE, VA 24015 | 7186 | Motors Liquidation Company | $30,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JENOYCE M. WOOLDRIDGE REV TRUST<br>DTD 01/10/01 SUCCESSOR TRUSTEE<br>CHRIS E. WOOLDRIDGE IF LIVING<br>8226 EDEN LANE<br>BALDWINSVILLE, NY 13027 | 62008 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JENSEN FAMILY REV TRUST<br>C/O ROBERT & LINDA JENSEN TRUSTEES<br>610 N MAIN<br>LINDSBORG, KS 67456 | 20735 | Motors Liquidation Company | $5,224.61 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JENSINE J MARSH<br>262 EAST VALLEY VIEW DR<br>PRESTON, ID 83263 | 10102 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JERALD L GREIF<br>807 BONNIE DOON ST<br>FRIENDSWOOD, TX 77546 | 15385 | Motors Liquidation Company | $5,077.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JERALD L. GREIF<br>807 BONNIE DOON<br>FRIENDSWOOD, TX 77546 | 15382 | Motors Liquidation Company | $1,670.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JERALD L. GREIF<br>807 BONNIE DOON<br>FRIENDSWOOD, TX 77546 | 15383 | Motors Liquidation Company | $8,461.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JERALD W JONES<br>1425 TEAGUE RD, #502<br>MYRTLE BEACH, SC 29577 | 22939 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEREMEY DAVIS<br>3539 HOGAN DRIVE<br>NEW PORT RICHEY, FL 34655 | 15222 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JERI A ALBRECHT<br>8450 N PORT WASHINGTON RD<br><br>FOX POINT, WI 53217 | 14681 | Motors Liquidation Company | $1,875.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JERI REISER<br>3525 LEBON DR #302<br><br>SAN DIEGO, CA 92122 | 14884 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JERID W MAURER<br>1114 TULIP LANE<br><br>ROCKFORD, IL 61107 | 13139 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JERILYN S ZUBKO<br>88 LINDEN DRIVE<br><br>BASKING RIDGE, NJ 07920<br>UNITED STATES OF AMERICA | 5552 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEROLD & BARBARA HAMMER<br>JEROLD J HAMMER, BARBARA G HAMMER TTEES<br>JEROLD & BARBARA HAMMER TRUST<br>5240 E REDONDA CIRCLE<br>IDAHO FALLS, ID 83406 | 20234 | Motors Liquidation Company | $19,829.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEROLD IMBODEN<br>524 N OAKWOOD ST<br><br>GRIFFITH, IN 46319 | 45414 | Motors Liquidation Company | $7,027.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEROME A HANT<br>C/O NATIONAL DECORATING SERV<br>2210 CAMDEN CT<br>OAK BROOK, IL 60523 | 11119 | Motors Liquidation Company | $72,148.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEROME A HART<br>C/O NATIONAL DECORATING SERV<br>2210 CAMDEN CT<br>OAK BROOK, FL 60523 | 10996 | Motors Liquidation Company | $98,756.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEROME ALTER<br>7225 MODENA DR<br><br>BOYNTON BEACH, FL 33437 | 5338 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEROME BERNSTEIN &<br>ROSALYN BERNSTEIN JT TEN<br>40 THORNWOOD DRIVE<br>NEW CITY, NY 10956 | 6356 | Motors Liquidation Company | $9,970.18 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Fifth Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JEROME CYNAMON<br>1056 OLYMPIA ROAD<br><br>N BELLMORE, NY 11710 | 2332 | Motors Liquidation Company | $44,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEROME F WYMAN<br>TOD REGISTRATION<br>6860 BITTERBUSH PL<br>BOYNTON BEACH, FL 33472 | 5506 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEROME GROSS<br>205 WEST END AVE APT 5U<br><br>NEW YORK, NY 10023 | 3630 | Motors Liquidation Company | $60,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEROME H DEMORETT<br>107 WEEPING WILLOW CIR<br><br>WAITE PARK, MN 56387 | 3425 | Motors Liquidation Company | $3,201.66<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEROME J HAZLEWOOD<br>522 HOBSON PLACE<br><br>PITTSBURG, KS 66762 | 14872 | Motors Liquidation Company | $27,728.37 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEROME J. REMICK<br>337 COLDIRON<br><br>ROCHESTER HILLS, MI 48307 | 17843 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEROME M ROTHSTEIN  &<br>SONYA S ROTHSTEIN JT WROS<br>509 SPOONBILL WAY<br>SARASOTA, FL 34236 | 43903 | Motors Liquidation Company | $15,515.63 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEROME MAISEL (IRA)<br>FCC AS CUSTODIAN<br>875 5TH AVE APT 3C<br>NEW YORK, NY 10065 | 3297 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEROME MANDELBAUM<br>15461 PEMBRIDGE DR, APT 113<br><br>DELRAY BEACH, FL 33484<br>UNITED STATES OF AMERICA | 45274 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEROME N STUMP<br>312 N CEDAR ST<br><br>OWOSSO, MI 48867 | 18482 | Motors Liquidation Company | $3,641.29 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JEROME N STUMP<br>312 N CEDAR ST<br><br>OWOSSO, MI 48867 | 18483 | Motors Liquidation Company | $4,486.63 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEROME N STUMP<br>312 N CEDAR ST<br><br>OWOSSO, MI 48867 | 18484 | Motors Liquidation Company | $10,337.91 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEROME NELSON<br>1235 N PIERCE AVE<br><br>N BELLMORE, NY 11710 | 5570 | Motors Liquidation Company | $80,604.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEROME NEVBAVER<br>20543 GREENWOOD DR<br><br>OLYMPIA FIELDS, IL 60461 | 15822 | Motors Liquidation Company | $4,773.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEROME NEWMAN TTEE EDWARD NEWMAN<br>420-A SOUTH BEACH STREET<br><br>ORMOND BEACH, FL 32174 | 37225 | Motors Liquidation Company | $23,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEROME R ALTER<br>7225 MODENA DR<br><br>BOYNTON BEACH, FL 33437 | 66276 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEROME R ALTER<br>7225 MODENA DR<br><br>BOYNTON BEACH, FL 33437 | 69249 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEROME R CICHOSZ<br>17244 RIVER OAKS LN<br><br>FERGUS FALLS, MN 56537 | 5153 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEROME S BILLET - TRADITIONAL IRA<br>JEROME S BILLET<br>10317 EASTBORNE AVE<br>LOS ANGELES, CA 90024<br>UNITED STATES OF AMERICA | 50567 | Motors Liquidation Company | $5,526.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEROME S BILLET, IRA (TRADITIONAL)<br>10317 EASTBORNE AVE<br><br>LOS ANGELES, CA 90024 | 62161 | Motors Liquidation Company | $5,526.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JEROME S BILLET, ROLLOVER IRA<br>JEROME S BILLET<br>10317 EASTBORNE AVE<br>LOS ANGELES, CA 90024<br>UNITED STATES OF AMERICA | 50568 | Motors Liquidation Company | $3,684.40 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEROME S. BILLETT, ROLLOVER IRA<br>JEROME S. BILLET<br>10317 EAST BORNE AVE<br>LOS ANGELES, CA 90024 | 61597 | Motors Liquidation Company | $3,684.40 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEROME SCHNEIT<br>8 CHESTNUT HILL<br>ROSLYN, NY 11576 | 18784 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEROME V & NORMA A FLYNN<br>5119 COLTER WAY<br>DALLAS, TX 75227 | 3675 | Motors Liquidation Company | $38,744.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JEROME WEISKOPF<br>2252 RED OAK LN<br>MOTLEY, MN 56466 | 15911 | Motors Liquidation Company | $20,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JERROLD HELLER<br>BARBARA HELLER<br>6046 BAY HILL CIR<br>JAMESVILLE, NY 13078 | 11947 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JERROLD WIDRAN<br>939 MESA GRANDE DR<br>PALM DESERT, CA 92211 | 6882 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JERRY &  DONNA BRADSHAW JT<br>134 CALAIS DRIVE<br>MAUMELLE, AR 72113 | 48481 | Motors Liquidation Company | $25,872.40 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JERRY & CYNDI PHILLIPS<br>8036 MARATHON DR<br>PLANO, TX 75024 | 69992 | Motors Liquidation Company | $9,985.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JERRY & NANCY GUNTER<br>103 HARTWOOD DR<br>GADSDEN, AL 35901 | 3346 | Motors Liquidation Company | $9,980.71 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Fifth Omnibus Objection

## Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JERRY A BENDORF & PATRICIA A BENDORF TTEES OF THE BENDORF 1995 TR DTD 1/30/95 7370 EDNA AVENUE LAS VEGAS, NV 89117 | 6449 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JERRY A JOHNSON LINDE T JOHNSON 301 WISTERIA WAY OAK ISLAND, NC 28465 | 21920 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JERRY A REGISTER 937 MORGAN RD BENSON, NC 27504 | 9790 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JERRY ALBERT DENT AND MARGARET DENT JT TEN TOD ACCOUNT 3524 CLUBHOUSE DRIVE EDINBURG, TX 78542 | 20915 | Motors Liquidation Company | $74,305.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JERRY B CUBBAGE & LYNDA H CUBBAGE JT WROS TOD BENEFICIARIES ON FILE 1154 GEORGE ALLEN DR S VIENNA, OH 45369 | 63132 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JERRY B LATVALA UTA CHARLES SCHWAB & CO INC IRA CONTRIBUTORY DTD 03/03/97 287 WILD HERON RD SAINT SIMONS ISLAND, GA 31522 | 18939 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JERRY B WADE & BARBARA L WADE JT TEN 16120 ELM ROAD MAPLE GROVE, MN 55311 | 59779 | Motors Liquidation Company | $23,425.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JERRY CLYDE HOUSER JERRY CLYDE HOUSER, IRA 930 EVIAN LN MATTHEWS, NC 28105 | 7470 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JERRY D AND CONNIE VEILLON 1120 EMILY ST VILLE PLATTE, LA 70586 | 6107 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JERRY D RASH<br>PO BOX 531603<br><br>HARLINGEN, TX 78553 | 23191 | Motors Liquidation Company | $13,475.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JERRY DINARDO<br>128 STRYKER ST<br><br>BROOKLYN, NY 11223 | 10282 | Motors Liquidation Company | $5,130.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JERRY DONNA BRADSHAW JT<br>C/O JERRY W BRADSHAW<br>DONNA M BRADSHAW<br>134 CALAIS DRIVE<br>MAUMELLE, AR 72113 | 48484 | Motors Liquidation Company | $10,343.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JERRY ELDREDGE & MADGE H ELDREDGE<br>MR & MRS JERRY ELDREDGE<br>307 STONECREST DRIVE<br>ROCKWALL, TX 75087 | 1134 | Motors Liquidation Company | $60,611.15 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JERRY FOLTZ & CHERYL FOLTZ<br>816 CHERRYHILL DR<br><br>BOWLING GREEN, OH 43402 | 23157 | Motors Liquidation Company | $3,005.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JERRY G AND VERA S BOYER TRUSTEES<br>BOYER FAMILY TRUST<br>PO BOX 237<br>ST DAVID, AZ 85630 | 14875 | Motors Liquidation Company | $16,204.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JERRY GUNTER<br>103 HARTWOOD DR<br><br>GADSDEN, AL 35901<br>UNITED STATES OF AMERICA | 4241 | Motors Liquidation Company | $19,981.92 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JERRY H & BARBARA A GILLASPIE<br>2413 WILD OAK CT<br><br>COLUMBIA, MO 65201 | 30810 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JERRY HICKS<br>GANT & HICKS PLLC<br>1409 S LAMAR STE 711<br>DALLAS, TX 75215 | 64844 | Motors Liquidation Company | $14,992.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JERRY HILL CPA PC<br>PROFIT SHARING UAD 10-1-81<br>150 SECURITY CIR<br>ATHENS, GA 30605 | 16091 | Motors Liquidation Company | $50,040.92 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| JERRY JENSEN & EVERETT JENSEN TR UA 10/15/00 ELMER JENSEN CHARITABLE TRUST 2460 220TH ST INDEPENDENCE, IA 50644 | 28444 | Motors Liquidation Company | $7,049.85 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JERRY L ASMUSSEN 3148 87TH ST SE ROCHESTER, MN 55904 | 11474 | Motors Liquidation Company | $9,700.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JERRY L GOVIER 7608 SYLVAN VALLEY WAY CITRUS HEIGHTS, CA 95610 | 9878 | Motors Liquidation Company | $4,951.50 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JERRY L JENSEN REV LV TRUST JERRY L JENSEN TR 2460 220TH ST INDEPENDENCE, IA 50644 | 28437 | Motors Liquidation Company | $20,110.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JERRY L LOFTIN 2153 BOLIN RD HERNANDO, MS 38632 | 6838 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JERRY LOUGHRIDGE 13300 SW RIVER RD HILLSBORO, OR 97123 | 18864 | Motors Liquidation Company | $4,389.01 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JERRY MEZ JOYCE MEZ 1523 N WILLOW ST AVOCA, IA 51521 | 33499 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JERRY MILTON 17701 CRYSTAL COVE PL LUTZ, FL 33548 | 68539 | Motors Liquidation Company | $2,344.77 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JERRY MILTON 17701 CRYSTAL COVE PL LUTZ, FL 33548 | 68540 | Motors Liquidation Company | $4,277.15 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JERRY O'NEAL & EMILY O'NEAL JT WROS 6530 MAGEE ST BROOKSVILLE, FL 34613 | 16812 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Fifth Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## Exhibit A

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JERRY R HOWLAND<br>278 CLINTON STREET<br>STONEWALL, LA 71078 | 14673 | Motors Liquidation Company | $23,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JERRY S GERSHEN<br>4075 LINNELL RD<br>SOUTH EUCLID, OH 44121 | 10986 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JERRY SANADA & NICOLE SANADA<br>4213 PERSIMMON ST<br>MOORPARK, CA 93021 | 5519 | Motors Liquidation Company | $26,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JERRY SANADA & NICOLE SANADA<br>4213 PERSIMMON ST<br>MOORPARK, CA 93021 | 5520 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JERRY SWARTZ<br>MARCIA SWARTZ<br>15 JAMES DR<br>RICHBORO, PA 18954 | 7891 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JERRY W HAVENHILL<br>1500 S SPECK RD<br>INDEPENDENCE, MO 64057 | 9903 | Motors Liquidation Company | $12,730.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JERRY W JEROME<br>9669 MAPLE RD<br>BIRCH RUN, MI 45415 | 10796 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JERRY W NEWSAM<br>4000 W RUSTIC HOLLOW DR<br>PEORIA, IL 61615 | 68794 | Motors Liquidation Company | $10,850.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JERRY WAGAMON<br>373 SUGARBERRY AVE<br>ABILENE, TX 79602 | 65578 | Motors Liquidation Company | $2,546.10 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JERRY WHITAKER<br>2643 E BEEKMAN PL<br>PHOENIX, AZ 85016 | 45438 | Motors Liquidation Company | $9,997.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JESKE, FRANCES<br>PINE VIEW APARTMENTS<br>854 N. PINE RD.<br>APT 235<br>ESSEXVILLE, MI 48732 | 12693 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JESS BALKCOM MCGEHEE<br>755 GLENCOVE DRIVE<br>MACON, GA 31210 | 3994 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JESS E KNUBIS<br>CHARLES SCHWAB & CO INC CUST<br>SEP-IRA<br>3286 SILVERADO TRAIL<br>NAPA, CA 94558 | 17327 | Motors Liquidation Company | $20,211.10<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JESSAMINE THOMAS<br>33 TOWER LN<br>ARKADELPHIA, AR 71923 | 67629 | Motors Liquidation Company | $58,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JESSE ALTON WATSON &<br>PHYLLIS S WATSON TEN/COM<br>69 LONG POINT DR<br>AMELIA ISLAND, FL 32034 | 18935 | Motors Liquidation Company | $1,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JESSE B. GROVE JR<br>PO BOX 207<br>SCOTTSVILLE, VA 24590 | 2823 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JESSE J LANGSTON JR IRA<br>1913 ALAN-A-DALE RD<br>ARLINGTON, TX 76013 | 69016 | Motors Liquidation Company | $520.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JESSE J STACH<br>620 RANCOCAS AVE<br>RIVERSIDE, NJ 08075 | 19570 | Motors Liquidation Company | $37,521.74 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JESSE JAMES ROSS<br>2559 TURKEYFOOT RD<br>BOURBON, MO 65441 | 13717 | Motors Liquidation Company | $1,256.73 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JESSE LENTINI, TTEE<br>JESSE LENTINI MPP<br>FBO JESSE LENTINI, DTD 9/7/89<br>117 RIDGE RD<br>DOUGLASTON, NY 11363 | 61035 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JESSE LENTINI, TTEE<br>JESSE LENTINI PSP<br>FBO JESSE LENTINI, DTD 9/7/89<br>117 RIDGE RD<br>DOUGLASTON, NY 11363 | 61036 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JESSE M JORDAN<br>630 26 RD<br>GRAND JUNCTION, CO 81506 | 2247 | Motors Liquidation Company | $5,125.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JESSE M JORDAN TTEE<br>630 26 RD<br>GRAND JUNCTION, CO 81506 | 2248 | Motors Liquidation Company | $17,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JESSE PAUL REID<br>4303 PUTTING GREEN<br>SAN ANTONIO, TX 78217 | 13666 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JESSE ROGER ERWIN<br>816 EDGE PARK DRIVE<br>HADDONFIELD, NJ 08033 | 11047 | Motors Liquidation Company | $22,689.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JESSIE WEITZ & SAUL WEITZ JT TEN<br>160-36 24TH AVENUE<br>WHITESTONE, NY 11357 | 16429 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JESSILEE P LEGG<br>JANNIS L BRAKEFIELD<br>2921 BUOY CIRCLE NE<br>TUSCALOOSA, AL 35406 | 14475 | Motors Liquidation Company | $12,625.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JESUS FOMPEROSA<br>157 ROUTE DE MALAGNOU<br>1224 CHENE-BOUGERIES SWITZERLAND<br><br>SWAZILAND | 18683 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JEWELL C SMITH<br>2702 HURSTLAND CT<br><br>FT MITCHELL, KY 41017 | 21313 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JIAN JIANG KENNY YANG<br>1/F, FLAT B, 19 NASSAU STREET<br>MEI FOO SUN CHUEN<br>HONK KONG, CHINA<br>,<br>HONG KONG, CHINA | 17505 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JILES K BOONE &<br>TIMOTHY J BOONE JT WROS<br>5419 FORNEY RD<br>DALLAS, TX 75227 | 18589 | Motors Liquidation Company | $66,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JILL P ELEMS<br>3115 SUMMER GROVE CT<br><br>MANSFIELD, TX 76063 | 14882 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JILL RICHMAN<br>RAYMOND JAMES FBO JILL RICHAMAN<br>2655 LEJANE RD, STE 909<br>CORAL GABLES, FL 33134 | 16715 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JIM & JANICE BAKER<br>C/O EDWARD JONES<br>ATTN: TROY D. BROWN<br>420 S. BROADWAY STE. B<br>MOORE, OK 73160 | 19215 | Motors Liquidation Company | $2,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JIM F EDDINS IRA ACCT 3041 6453<br>JIM F EDDINS<br>38 PORTER PLACE<br>BLAIRSVILLE, GA 30512 | 4786 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JIM GUNTHARP<br>3231 E HIGHLAND DR<br><br>JONESBORO, AR 72401 | 67707 | Motors Liquidation Company | $15,556.88 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JIM L DEMARS<br>220 WEST 2ND STREET<br><br>MILTONVALE, KS 67466 | 36641 | Motors Liquidation Company | $25,580.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JIM M MADER IRA<br>FCC AS CUSTODIAN<br>1249 BONITA COURT NE<br>PALM BAY, FL 32905 | 14503 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JIM MILLER<br>1001 BARKER LN<br>BEREA, KY 40403 | 2884 | Motors Liquidation Company | $1,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JIM WEAVER<br>17909 RUBY RD<br>TUOLUMNE, CA 95379 | 9784 | Motors Liquidation Company | $51,432.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JIMMIE F HARPER<br>CHARLES SCHWAB & CO INC.CUST<br>IRA ROLLOVER<br>1015 WAVECREST RD<br>HOUSTON, TX 77062 | 22001 | Motors Liquidation Company | $10,349.10 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JIMMIE L BRADFORD<br>316 SPRUCE DRIVE<br>MT VERNON, IL 62864 | 2437 | Motors Liquidation Company | $11,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JIMMIE LOU FLANDERS<br>3027 ORCHARD CR<br>TIFTON, GA 31793 | 26918 | Motors Liquidation Company | $15,285.94 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JIMMY D AND MARY C FAULKNER<br>2012 OTTER VALLEY LN<br>NASHVILLE, TN 37215 | 14334 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JIMMY E CHANDLER<br>4325 S ATLANTIC AVE<br>PONCE INLET, FL 32127 | 8223 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JIMMY JONES<br>1329 WINTHORNE DR<br>NASHVILLE, TN 37217 | 31876 | Motors Liquidation Company | $10,445.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JIMMY L LAROE<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>11206 WILDING LN<br>HOUSTON, TX 77024 | 7077 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JJ KOUDELKA<br>MADGE KOUDELKA JTWROS<br>PO BOX 1564<br>NAMPA, ID 83653<br>UNITED STATES OF AMERICA | 44134 | Motors Liquidation Company | $43,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JJJ FAMILY LIMITED PARTNERSHIP<br>2174 TRIPLE PEAL<br>CANYON LAKE, TX 78133 | 3781 | Motors Liquidation Company | $54,299.90 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JL HUTCHINGS LTD PARTNERSHIP<br>WILLIAM HOOD<br>501 CORNWALL RD<br>SANFORD, FL 32773 | 18093 | Motors Liquidation Company | $1,329,010.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JO ANN GORDON (IRA)<br>JO ANN GORDON<br>10774 SANTA ROSA DR<br>BOCA RATON, FL 33498 | 13701 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JO ANN HITMAN<br>328 HARMONY CHURCH RD<br>GILLSVILLE, GA 30543 | 36738 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JO ANN MILLISOR<br>TOD ACCOUNT<br>1400 ZILLOCK RD #O-127<br>SAN BENITO, TX 78586 | 7405 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOAN & RALPH VENDITTI<br>1949 TRAILWOOD LANE<br>PRESCOTT, AZ 86303 | 2027 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOAN AND JUDSON SALTER<br>JOAN M SALTER AND JUDSON H SALTER JR<br>302 OVERLOOK DR<br>OPELIKA, AL 36801 | 22448 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOAN ARONSON<br>11 CHADWICK LN<br>#G<br>MONROE TWP, NJ 08831 | 8838 | Motors Liquidation Company | $27,968.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOAN BEVERLY BLOXSOM AND JULIA BLOXSOM<br>512 SANBORN AVE<br>BIG RAPIDS, MI 49307 | 10686 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 52

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| JOAN C MCKECHNIE REVOCABLE TRUST<br>J C MCKECHNIE<br>2300 MOHAWK TRAIL<br>MAITLAND, FL 32751 | 2297 | Motors Liquidation Company | $100,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| **Claim Totals** | 500 | | | | |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**<u>Exhibit B</u>**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
                                     :

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | **09-50026 (REG)** |
|     **f/k/a General Motors Corp.,** *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

----------------------------------------------------------------x

**STIPULATION AND AGREED ORDER**
**AMONG THE DEBTORS, WILMINGTON TRUST COMPANY,**
**AND CITIBANK, N.A., SOLELY IN ITS CAPACITY AS PAYING AGENT,**
**REGARDING PROOFS OF CLAIM NOS. 47871, 47872, 65729, 65793, AND 66723**

Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

certain of its subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11

cases (collectively, the "**Debtors**"), Wilmington Trust Company as successor indenture trustee

("**WTC**"), and Citibank, N.A., solely in its capacity as paying agent under the 1990 Indenture

and 1995 Indenture (as defined below) (in such capacity, "**Citibank**"), together with the Debtors

and WTC, the "**Parties**"), by and through their respective undersigned counsel, hereby enter into

this Stipulation and Agreed Order (this "**Stipulation**") and stipulate as follows:

**RECITALS**

       A.      On June 1, 2009 (the "**Commencement Date**"), certain of the Debtors

commenced with this Court voluntary cases (the "**Chapter 11 Cases**") under chapter 11 of title

11, United States Code (the "**Bankruptcy Code**").

       B.      On September 16, 2009, the Court entered an order (the "**Bar Date Order**")

establishing November 30, 2009 at 5:00 p.m. (Eastern Time) (the "**General Bar Date**") as the

deadline for each person or entity (including without limitation, each individual, partnership,

joint venture, corporation, estate, or trust) to file a proof of claim (a "**Proof of Claim**") against

certain of the Debtors, including MLC, to assert any claim (as defined in section 101(5) of the

Bankruptcy Code) that arose prior to the Commencement Date.

        C.      As of the Commencement Date, MLC, as issuer, WTC, as successor indenture

trustee, and Citibank, as paying agent, were parties to (i) a Senior Indenture, dated as of

December 7, 1995, as amended (the "**1995 Indenture**," and WTC's capacity under the 1995

Indenture, the "**1995 Trustee**"), and (ii) a Senior Indenture, dated as of November 15, 1990 (the

"**1990 Indenture**," and WTC's capacity under the 1990 Indenture, the "**1990 Trustee**") pursuant

to which MLC issued senior unsecured debt securities.

        D.      Prior to the General Bar Date, WTC timely filed the following four Proofs of

Claims against MLC (each, a "**WTC Claim**" and collectively, the "**WTC Claims**"):

| Claim Number | Applicable Indenture | Principal Amount of Claim Plus Fees and Interest Accrued to Petition Date |
|---|---|---|
| 65793 | 1990 Indenture | $1,419,581,281.12 |
| 47871 | 1990 Indenture | $1,419,581,281.12 |
| 65729 | 1995 Indenture | $21,928,297,131.26 |
| 47872 | 1995 Indenture | $21,928,297,131.26 |

        E.      Prior to the General Bar Date, Citibank timely filed a proof of claim against MLC

in the amount of $173,063.43 [Proof of Claim No. 66723] (the "**Citibank Claim**").

        F.      WTC recognizes that it is not entitled to, and does not seek, a duplicate recovery

on account of the same WTC Claim and has agreed to withdraw two of the WTC Claims, subject

to the agreements set forth in this Stipulation.

**STIPULATION AND ORDER**

NOW, THEREFORE, EACH OF THE PARTIES HEREBY STIPULATES AND

AGREES AS FOLLOWS:

1.      WTC Claims numbered 47871 (filed by WTC as 1990 Trustee) and 47872 (filed

by WTC as 1995 Trustee) are deemed withdrawn and WTC Claims numbered 65793 (filed by

WTC as 1990 Trustee) and 65729 (filed by WTC as 1995 Trustee) shall survive.

2.      With respect to principal plus interest due under the 1990 Indenture, WTC, in its

capacity as the 1990 Trustee will receive and is hereby granted, on behalf of itself and the record

and beneficial bondholders of debt securities issued under the 1990 Indenture an allowed general

unsecured, nonpriority claim in the amount of $1,419,471,545.22 (subject to appropriate reserve

and/or reduction in connection with any setoff exercised by beneficial bondholders that is

authorized by this Court) (the "**1990 Debt Claim**") against MLC to be satisfied in accordance

with any chapter 11 plan or plans confirmed in the Debtors' Chapter 11 Cases.

3.      With respect to principal plus interest due under the 1995 Indenture, WTC, in its

capacity as the 1995 Trustee, will receive and is hereby granted, on behalf of itself and the record

and beneficial bondholders of debt securities issued under the 1995 Indenture, an allowed

general unsecured nonpriority claim in the amount of $21,928,183,895.36 (subject to appropriate

reserve and/or reduction in connection with any setoff exercised by beneficial bondholders that is

authorized by this Court) (the "**1995 Debt Claim**," together with the 1990 Debt Claim, the

"**Debt Claims**").

4.      With respect to the prepetition fees and expenses incurred by WTC under the

1990 Indenture, WTC shall receive an allowed claim of $109,735.90 (the "**1990 WTC Fee

Claim**"), and with respect to the prepetition fees and expenses incurred by WTC under the 1995

Indenture, WTC shall receive an allowed claim of $113,235.90 (the "**1995 WTC Fee Claim**,"

together with the 1990 WTC Fee Claim, the "**WTC Fee Claims**").

5.      With respect to the prepetition paying agency fees and expenses incurred by

Citibank under the Indentures, the Citibank Claim shall be allowed in the amount of $162,333.71

(the "**Citibank Fees and Expenses Claim**," together with the WTC Fee Claims, the "**Fees and

Expenses Claims**").

6.      To the extent the Fees and Expenses Claims are not paid in full, in cash, pursuant

to a plan of reorganization and/or liquidation of MLC, (a) the amount of such fees and expenses

that remain unpaid shall constitute an allowed general unsecured, nonpriority claim against MLC

held by WTC and/or Citibank, as applicable, to be satisfied in accordance with any chapter 11

plan or plans confirmed in the Debtors' Chapter 11 Cases and (b) WTC and Citibank, pursuant to

section 7.06 of the 1990 Indenture and section 7.06 of the 1995 Indenture, shall retain a charging

lien with respect to its prepetition and post-petition fees and expenses on all assets or money held

or collected by WTC or Citibank on account of the Debt Claims or otherwise.

7.      WTC will issue a notice to the Depository Trust Company and post a notice on its

website (a) notifying beneficial bondholders of the notes issued under the Indentures of the entry

of the order allowing the WTC Claims and (b) notifying such bondholders that any subsequent

claims objection filed by the Debtors seeking to disallow claims filed by bondholders on the

grounds that such claims are duplicative of the Debt Claims being allowed under the stipulation

and order will not impair bondholder's entitlement to share in plan distributions on account of

the Debt Claims in accordance with the terms of the applicable Indenture.

8.      WTC agrees that it will not object to the Debtors' filing of objections to Proofs of

Claims filed by record and beneficial holders of debt securities arising out of or relating to the

1990 Indenture and/or the 1995 Indenture on the grounds that such Proofs of Claim are

duplicative of the Debt Claims allowed pursuant to this Stipulation.

9.    WTC waives its right to argue that the entire stated principal amount of

$377,377,000 with respect to the Discount Debentures is an allowable claim.

10.    To the extent that the fees and expenses of WTC incurred after the

Commencement Date are not satisfied by payment in full in cash in connection with a plan of

reorganization and/or liquidation of MLC, WTC reserves the right to argue that all such fees are

allowable general unsecured non-priority claims against the estate of MLC.

11.    This Stipulation contains the entire agreement between the Parties as to the

subject matter hereof and supersedes all prior agreements and undertakings between the Parties

relating thereto.

Dated: New York, New York
          August 5, 2010


/s/ Joseph H. Smolinsky                          
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Debtors and Debtors in
Possession*

/s/ Keith R. Martorana                          
Matthew J. Williams
Keith R. Martorana

GIBSON DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Attorneys for Wilmington Trust Company,
as 1990 Trustee and 1995 Truestee*

/s/ Louis A. Curcio
Maria M. Livanos
Louis A. Curcio

SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6744
Facsimile:  (212) 768-6800

*Attorneys for Citibank, N.A. as Paying Agent under the 1990 and 1995 Indentures*

So Ordered this **9th** day of **August** 2010

**s/ Robert E. Gerber**
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                        :
In re                                   :        Chapter 11 Case No.
                                        :
MOTORS LIQUIDATION COMPANY, et al.,     :        09-50026 (REG)
       f/k/a General Motors Corp., et al. :
                                        :
                      Debtors.          :        (Jointly Administered)
                                        :
------------------------------------------------------------x
```

## ORDER GRANTING DEBTORS' FIFTY-FIFTH OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Debt Claims)

Upon the fifty-fifth omnibus objection to claims, dated August 13, 2010 (the

"**Fifty-Fifth Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a General

Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the

"**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy**

**Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"),

and this Court's supplemental order establishing supplemental rules and authority for filing

omnibus objections to certain debt claims (the "**Supplemental Procedures Order**") [Docket No.

6238], seeking entry of an order disallowing and expunging the Duplicate Debt Claims on the

grounds that such claims are duplicative of either Claim 65793 or Claim 65729, all as more fully

described in the Fifty-Fifth Omnibus Objection to Claims; and due and proper notice of the

Fifty-Fifth Omnibus Objection to Claims having been provided, and it appearing that no other or

further notice need be provided; and the Court having found and determined that the relief

sought in the Fifty-Fifth Omnibus Objection to Claims is in the best interests of the Debtors,

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Debtors' Fifty-Fifth Omnibus Objection to Claims.

their estates, creditors, and all parties in interest and that the legal and factual bases set forth in

the Fifty-Fifth Omnibus Objection to Claims establish just cause for the relief granted herein;

and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Fifty-Fifth Omnibus Objection to

Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on **Exhibit "A"** (the "**Order Exhibit**") annexed hereto under the heading "*Claims to be

Disallowed and Expunged*" (collectively, the "**Duplicate Debt Claims**") are disallowed and

expunged; and it is further

ORDERED that, if applicable, the Fifty-Fifth Omnibus Objection to Claims is

adjourned with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Objection Adjourned*" (the "**Adjourned Claims**") to the date indicated on the Order

Exhibit, subject to further adjournments (such actual hearing date, the "**Adjourned Hearing**

**Date**"), and the Debtors' response deadline with respect to the Adjourned Claims shall be 12:00

noon (Eastern Time) on the date that is three (3) business days before the Adjourned Hearing

Date; and it is further

ORDERED that, if applicable, the Fifty-Fifth Omnibus Objection to Claims is

withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Objection Withdrawn*"; and it is further

ORDERED that, if applicable, the Fifty-Fifth Omnibus Objection to Claims is

withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Claim Withdrawn*," as those claims have been withdrawn by the corresponding

claimant; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object on any basis are expressly reserved with respect to, (i) any claim listed on Exhibit "A" annexed to the Fifty-Fifth Omnibus Objection to claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed on the Order Exhibit annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
　　　＿＿＿＿＿＿＿, 2010

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
United States Bankruptcy Judge