Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
--------------------------------------------------------------x
                                          :
In re                                     :      Chapter 11 Case No.
                                          :
MOTORS LIQUIDATION COMPANY, et al.,       :      09-50026 (REG)
        f/k/a General Motors Corp., et al. :
                                          :
                        Debtors.          :      (Jointly Administered)
                                          :
--------------------------------------------------------------x
```

<u>**NOTICE OF DEBTORS' FIFTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS**</u>
**(Duplicate Debt Claims)**

> **PLEASE TAKE NOTICE** that on August 13, 2010, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their fifty-seventh omnibus objection to claims (the "**Objection**"), and that

a hearing (the "**Hearing**") to consider the Objection will be held before the Honorable Robert E.

Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for

the Southern District of New York, One Bowling Green, New York, New York 10004, on

**September 24, 2010 at 9:45 a.m. (Eastern Time),** or as soon thereafter as counsel may be

heard.

**PARTIES LISTED ON EXHIBIT "A" ANNEXED TO THE OBJECTION (THE "<u>CLAIMANTS</u>") (AND THEIR COUNSEL, IF KNOWN) WILL RECEIVE A PERSONALIZED NOTICE OF THE OBJECTION, RATHER THAN THE ENTIRE OBJECTION.**

This Objection does not affect a Claimant's ability to receive distributions as a beneficial bondholder under the claims filed by the indenture trustee of the Debtors' public debentures.  If a Claimant disagrees with the Objection's treatment of the Claimant's claim, the Claimant may call the Debtors to try and resolve the Claimant's concerns at **1-800-414-9607**.  If a Claimant is unable to resolve the Claimant's concerns with the Debtors before the deadline to respond, then the Claimant <u>must</u> file and serve a written response (a "**Response**") to the Objection in accordance with this notice, and the Claimant <u>must</u> appear at the Hearing described below.

A Claimant may participate in the Hearing telephonically provided that the Claimant complies with the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider."  A Claimant must also provide prior written notice by mail or e-mail of the Claimant's telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Russell Brooks, Esq. (russell.brooks@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Jennifer Sharret, Esq. (jsharret@kramerlevin.com)).

**If a Claimant does not oppose the disallowance and expungement of the Claimant's claim, then the Claimant does not need to file a Response or appear at the Hearing.**

**PLEASE TAKE FURTHER NOTICE THAT** the Hearing on the Objection is scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on **September 24, 2010 at 9:45 a.m. (Eastern Time)**.  If a Claimant files a Response to the Objection, the Claimant should plan to appear at the Hearing either in person or telephonically.  The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to the Claimant's claim.  If the Debtors do continue the Hearing with respect to the Claimant's claim, then the Hearing will be held at a later date.  If the Debtors do not continue the Hearing with respect to the Claimant's claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **September 17, 2010 at 4:00 p.m. (Eastern Time)**.  Only those Responses that are timely will be considered at the Hearing.  A Claimant's Response will be deemed timely only if it is:  (a) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov) before the deadline for Responses **or** (b) **actually** received on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format and in hard copy at each of the following addresses on or before the deadline for response:

> A.  Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;
>
> B.  Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and

C.      Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory
committee of unsecured creditors, 1177 Avenue of the Americas, New
York, New York 10036 (Attn:  Jennifer Sharret, Esq.).

A Claimant's response, if any, must contain at a minimum the following: (i) a
caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case
number, and the number of the Objection to which the response is directed; (ii) the name of the
Claimant and description of the basis for the amount of the claim; (iii) a concise statement setting
forth the reasons why the claim should not be disallowed and expunged for the reasons set forth
in the Objection, including, but not limited to, the specific factual and legal bases upon which the
Claimant will rely in opposing the Objection; (iv) all documentation or other evidence of the
claim, to the extent not included with the proof of claim previously filed with the Bankruptcy
Court, upon which the Claimant will rely in opposing the Objection; (v) the address(es) to which
the Debtors must return any reply to the Claimant's response, if different from that presented in
the proof of claim; and (vi) the name, address, and telephone number of the person that can be
contacted in connection with the Objection.

If a Claimant has any questions about this notice or the Objection, please contact
the Debtors at **1-800-414-9607**.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF
THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

**PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief requested in the Objection without further notice or a hearing if a Claimant fails to file a timely Response or appear at the Hearing.**

Dated: New York, New York
August 13, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
In re                      :       **Chapter 11 Case No.**
:
**MOTORS LIQUIDATION COMPANY,** *et al.*,  :       **09-50026 (REG)**
     **f/k/a General Motors Corp.,** *et al.*  :
:
                **Debtors.**    :      **(Jointly Administered)**
:
------------------------------------------------------------x

## DEBTORS' FIFTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Debt Claims)

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.
CLAIMANTS THAT ARE THE SUBJECT OF THIS OBJECTION SHOULD LOCATE THEIR NAMES AND
CLAIMS ON EITHER THE EXHIBIT ATTACHED TO THIS OBJECTION OR ON THEIR PERSONALIZED
NOTICE.**

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

        Motors Liquidation Company (f/k/a General Motors Corporation) and its

affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully represent:

US_ACTIVE:\43473371\01\72240.0639

## Relief Requested

1.      The Debtors file this fifty-seventh omnibus objection to claims (the

"**Fifty-Seventh Omnibus Objection to Claims**") pursuant to section 502(b) of title 11, United

States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy

Procedure (the **"Bankruptcy Rules"**), and this Court's supplemental order establishing

supplemental rules and authority for filing omnibus objections to certain debt claims (the

"**Supplemental Procedures Order**") [Docket No. 6238], seeking entry of an order disallowing

and expunging the claims listed on **Exhibit "A"** annexed hereto.[1]

2.      The Debtors have examined the proofs of claim identified on Exhibit "A"

and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed*

*and Expunged*" (collectively, the "**Duplicate Debt Claims**") are duplicative of either (1) the

global Proof of Claim No. 65793 ("**Claim 65793**") filed by Wilmington Trust Company

("**WTC**"), in its capacity as successor indenture trustee of the Senior Indenture, dated as of

November 15, 1990 (the "**1990 Indenture**") or (2) the global Proof of Claim No. 65729 ("**Claim**

**65729**") filed by WTC, in its capacity as successor indenture trustee of the Senior Indenture,

dated as of December 7, 1995, as amended (the "**1995 Indenture**").  The amounts asserted by

WTC in Claim 65793 and Claim 65729 have been reconciled and allowed under a stipulation,

approved and entered by the Court on August 9, 2010 (the "**WTC Stipulation**") [Docket No.

6595], a copy of which is annexed hereto as **Exhibit "B."**  The Debtors, therefore, seek entry of

an order disallowing and expunging from the claims register the Duplicate Debt Claims.

---

[1] Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on
the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com.
A link to the claims register is located under the "Claims Information" tab.  Creditors without access to the Internet
may request a copy of the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors
Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City
Group, Inc. at 1-703-286-6401.

3.     This Fifty-Seventh Omnibus Objection to Claims does not affect the

ability of an Individual Bondholder (as hereinafter defined) to participate in accordance with the

WTC Stipulation.  Further, the Debtors reserve all their rights to object on any other basis to any

Duplicate Debt Claim as to which the Court does not grant the relief requested herein.

### Jurisdiction

4.     This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

### Background

5.     On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**Realm/Encore Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Case Number 09-50026 (REG).  On September 15, 2009,

the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs,

which were amended on October 4, 2009.  On October 15, 2009, the Realm/Encore Debtors filed

their schedules of assets and liabilities and statements of financial affairs.

6.     On September 16, 2009, this Court entered an order [Docket No. 4079]

establishing November 30, 2009 as the deadline for each person or entity to file a proof of claim

in the Initial Debtors' cases, including governmental units.  On December 2, 2009, this Court

entered an order [Docket No. 4586] establishing February 1, 2010 as the deadline for each

---

[2] The Initial Debtors are Motors Liquidation Company (f/k/a General Motors Corporation), MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3] The Realm/Encore Debtors are Remediation and Liability Management Company, Inc., and Environmental Corporate Remediation Company, Inc.

person or entity to file a proof of claim in the Realm/Encore Debtors' cases (except

governmental units, as defined in section 101(27) of the Bankruptcy Code, for which the Court

established June 1, 2010 as the deadline to file proofs of claim).

   7.  Among the tens of thousands of proofs of claim the Debtors received,

approximately 18,000 proofs of claim have been filed by claimants seeking the repayment of

principal, interest, and fees and expenses that relate to dollar-denominated debt securities issued

by the Debtors pursuant to the 1990 Indenture and the 1995 Indenture (each, a "**Debt Claim**,"

and the holder of such Debt Claim, an "**Individual Bondholder**").  The Debtors believe that all

of the Debt Claims filed by Individual Bondholders are duplicative of the claims allowed in

favor of WTC for the benefit of all Individual Bondholders in accordance with the WTC

Stipulation.

   8.  On August 9, 2010, the Court entered the WTC Stipulation signed by the

Debtors, WTC, and Citibank, N.A., solely in its capacity as paying agent under the 1990

Indenture and 1995 Indenture (in such capacity, "**Citibank**"), allowing (i) Claim 65793 in the

amount of $1,419,471,545.22 (subject to appropriate reserve and/or reduction in connection with

any Court-authorized setoff exercised by Individual Bondholders) and (ii) Claim 65729 in the

amount of $21,928,183,895.36 (subject to appropriate reserve and/or reduction in connection

with any Court-authorized setoff exercised by Individual Bondholders).  Prior to entry of the

WTC Stipulation, WTC sent out a notice to all affected Individual Bondholders notifying them

of the pending approval by the Court of the WTC Stipulation.

   9.  On October 6, 2009, this Court entered the Supplemental Procedures

Order, which authorizes the Initial Debtors, among other things, to file omnibus objections to no

more than 500 claims at a time with respect to Debt Claims.  The claimants that are listed in

Exhibit "A" have filed Debt Claims against the Initial Debtors.

10.    The Debtors now move to expunge the Duplicate Debt Claims filed by

each Individual Bondholder as duplicative of either Claim 65793 or Claim 65729.

### The Relief Requested Should Be Approved by the Court

11.    A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects."  11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential

allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See*

*In re Oneida, Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd*, No. 09 Civ. 2229 (DC),

2010 WL 234827 (S.D.N.Y. Jan. 22, 2010); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No.

02-41729 (REG), 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re*

*Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

12.    Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a

claim may not be allowed to the extent that "such claim is unenforceable against the debtor and

property of the debtor, under any agreement or applicable law."  11 U.S.C. § 502(b)(1).  The

Debtors cannot be required to pay on the same claim more than once.  *See, e.g., In re Finley,*

*Kumble, Wagner, Heine, Underberg, Manley, Myerson, & Casey*, 160 B.R. 882, 894 (Bankr.

S.D.N.Y. 1993) ("In bankruptcy, multiple recoveries for an identical injury are generally

disallowed.").  The Debtors have reviewed the proofs of claim identified on Exhibit "A" and

believe them to be duplicative of Claim 65793 or Claim 65729.  Moreover, the Debtors have no

way of confirming that any of the Individual Bondholders are, in fact, beneficial holders of a

debt instrument on the relevant dates.

13.    To avoid the possibility of multiple recoveries by the Individual

Bondholders, the Debtors request that the Court disallow and expunge in their entirety the

Duplicate Debt Claims.  Individual Bondholders, to the extent they are beneficial bondholders as of the record date under any confirmed plan of liquidation, will receive distributions under such plan from WTC in its capacity as indenture trustee.

**<u>Notice</u>**

14.    Notice of the Fifty-Seventh Omnibus Objection to Claims has been provided to each claimant listed on Exhibit "A" by virtue of the individualized notice transmitted in accordance with the Supplemental Procedures Order and parties in interest in accordance with the Third Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures, dated April 29, 2010 [Docket No. 5670].

15.    No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the relief requested herein and such other and further relief as is just.

Dated: New York, New York
      August 13, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**Exhibit A**

**Fifty-Seventh Omnibus Objection**

## Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| JOHN P OBERLE & MARY K OBERLE TR DTD 12/1/92 JOHN P OBERLE TTEE 4958 S MEADOW PARK LN G102 GREENFIELD, WI 53220 | 18041 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN P OBRIEN 149 ALGONQUIN ROAD CHESTNUT HILL, MA 02467 | 5141 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN P OBRIEN 149 ALGONQUIN ROAD CHESTNUT HILL, MA 02467 | 5142 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN P ODLE 458 W MAIN ST PARSONS, TN 38363 | 8533 | Motors Liquidation Company | $10,564.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN P SAKOWSKI 7 SIGTIM DR LITTLE FALLS, NJ 07424 | 19405 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN P SEINER 34 ELLIS RD WEST CALDWELL, NJ 07006 | 20042 | Motors Liquidation Company | $19,876.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN P SKAHILL 9811 MAJORCA PLACE BOCA RATON, FL 33434 | 8899 | Motors Liquidation Company | $3,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN P SLATER 5043 N VAN NESS FRESNO, CA 93711 | 5119 | Motors Liquidation Company | $10,988.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN P STANFORTH TTEE/MARY E STANFORTH TTEE 1731 ROSEBAY COURT SW OCEAN ISLE BEACH, NC 28469 | 1967 | Motors Liquidation Company | $24,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN P STANLEY 7 HALL RD LONDONDERRY, NH 03053 | 17792 | Motors Liquidation Company | $7,288.41 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| JOHN P STANLEY<br>7 HALL RD<br><br>LONDONDERRY, NH 03053 | 17793 | Motors Liquidation Company | $7,785.26 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN P STOSHAK &<br>AMELIA M STOSHAK JT TEN<br>544 FRONT ST<br>WARRIOR RUN, PA 18706 | 62133 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN P STREISEL &<br>DIXIE M STREISEL JT TEN<br>5913 DENISE DRIVE<br>N RIDGEVILLE, OH 44039 | 2273 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN P WARREN<br>MERIDA UNIT #400<br>990 CAPE MARCO DR<br>MARCO ISLAND, FL 34145 | 62092 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN PATRICK DALEY<br>323 SOUTH 28TH ST<br><br>LA CROSSE, WI 54601 | 4435 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN PATTERSON<br>24 MOUNTAINVIEW RD<br><br>VERONA, NJ 07044 | 13383 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN PATTERSON<br>24 MOUNTAINVIEW RD<br><br>VERONA, NJ 07044 | 13390 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN PAUL ANHALT<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>10301 HALCYON DR.<br>PARMA HEIGHTS, OH 44130 | 14671 | Motors Liquidation Company | $25,389.23 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN PECORA<br>PO BOX 177<br><br>JEFFERSON VALLEY, NY 10535 | 7955 | Motors Liquidation Company | $29,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN PERROTTI & CORNELIA PERROTTI<br>4325 S ATLANTIC AVE<br>APT B8<br>NEW SMYRNA, FL 32169 | 10673 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Fifty-Seventh Omnibus Objection**

# Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOHN PYNE<br>IRA ROLLOVER<br>1566 TORREY PINES DRIVE<br>BOULDER CITY, NV 89005 | 4668 | Motors Liquidation Company | $22,915.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN Q ADAMS<br>9230 N 104TH PLACE<br>SCOTTSDALE, AZ 85258 | 15945 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN R ALBERT<br>911 WEST CEDAR LANE<br>ARLINGTON HEIGHTS, IL 60005 | 3444 | Motors Liquidation Company | $15,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN R ALTREE<br>3422 239TH AVE SE<br>ISSAQUAH, WA 98029 | 3589 | Motors Liquidation Company | $10,181.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN R BIELEMA<br>2435 GLEN ECHO DR SE<br>GRAND RAPIDS, MI 49546 | 10594 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN R BUSCHERMOHLE TRUSTEE<br>U/W LINDSEY RAIDT FBO<br>PATRICIA ANN EVANS<br>8900 GREENEWAY COMMONS PL, STE 100<br>LOUISVILLE, KY 40220 | 63265 | Motors Liquidation Company | $23,127.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN R BUSCHERMOHLE TRUSTEE<br>U/W LINDSEY RAIDT FBO PATRICIA ANN EVANS<br>8900 GREENEWAY COMMONS PL<br>LOUISVILLE, KY 40220 | 63266 | Motors Liquidation Company | $25,768.49 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN R CAUDILL<br>8301 CARDIFF CIR<br>PLANO, TX 75025 | 9880 | Motors Liquidation Company | $800.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN R CAUDILL<br>8301 CARDIFF CIRCLE<br>PLANO, TX 75025 | 9881 | Motors Liquidation Company | $13,612.28 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN R CLEVELAND IRA<br>FCC AS CUSTODIAN<br>545 EVERGREEN DR<br>MANDEVILLE, LA 70448 | 28337 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| JOHN R CRAIG  MARTHA CRAIG AND JON W CRAIG<br>169 MOCORO ST<br>PUNTA GORDA, FL 33983 | 6518 | Motors Liquidation Company | $14,228.30 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN R CRAIG, MARTHA DRAIG, & JON W CRAIG<br>169 MOCORO ST<br>PUNTA GORDA, FL 33983 | 1860 | Motors Liquidation Company | $14,228.30 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN R CRUSING<br>2529 DUNDEE GLEN<br>ESCONDIDO, CA 92026 | 13237 | Motors Liquidation Company | $75,862.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN R EBERT IRA ROLLOVER<br>WEDBUSH MORGAN SEC CT DN<br>IRA ROLLOVER<br>4 LUMAHAI ST<br>HONOLULU, HI 96825 | 3977 | Motors Liquidation Company | $20,223.55 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN R HALLER<br>608 CENTER AVE<br>WESTON, WV 26452 | 1974 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN R JULIAN<br>128 MORNING GLORY LN<br>WHITING, NJ 08759 | 31286 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN R KELSOE<br>3505 CROSSHILL ROAD<br>BIRMINGHAM, AL 35223 | 5878 | Motors Liquidation Company | $4,084.01 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN R MAGENNIS TTEE<br>U/W RICHARD J MAGENNIS<br>6001 RUTLAND DR<br>DES MOINES, IA 50311 | 28557 | Motors Liquidation Company | $574.79 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN R MALLETT<br>JOHN R MALLETT TTEE<br>MALLETT FAMILY TRUST<br>104 BREWER ST<br>JACKSONVILLE, AR 72076 | 22682 | Motors Liquidation Company | $9,680.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOHN R MALLETT<br>JOHN R MALLETT TTEE<br>OPAL H. MALLETT FAMILY TRUST<br>104 BREWER ST<br>JACKSONVILLE, AR 72076 | 22683 | Motors Liquidation Company | $9,680.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN R MANGO TTEE<br>JOHN R MANGO LIVING TRUST<br>U/A DTD 03/05/97<br>8 LAURI DR<br>FLORHAM PARK, NJ 07932 | 7259 | Motors Liquidation Company | $37,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN R MANNING TRUST<br>300 WILLOW VALLEY LAKES DR<br>APT C 215<br>WILLOW STREET, PA 17584 | 11283 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN R MANNING TRUST<br>JOHN R MANNING TTEE<br>U/A/D 2/20/91<br>WILLOW VALLY LAKE MR APT C215<br>300 WILLOW VALLEY LAKE DR<br>WILLOW STREET, PA 17584 | 11284 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN R MORELLA/CHARLENE A MORELLA<br>303 KINGS COVE CIRCLE<br>LAFAYETTE, LA 70508 | 4573 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN R PERRY<br>3933 W EVA ST<br>PHOENIX, AZ 85051 | 3771 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN R PLOTKE<br>42 GREENRIDGE AVE<br>WHITE PLAINS, NY 10605 | 43269 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN R PLOTKE<br>42 GREENRIDGE AVE<br>WHITE PLAINS, NY 10605 | 43270 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN R RICE<br>133 MARCUM HILL RD<br>MANCHESTER, KY 40962 | 27620 | Motors Liquidation Company | $21,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOHN R RICHARDSON<br>618 REPPERT ST.<br>BACLIFF, TX 77518 | 9437 | Motors Liquidation Company | $130,008.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN R SHAINOFF<br>2585 LEE RD<br>CLEVELAND HTS, OH 44118 | 8773 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN R STOVER<br>1603 VINCENNES DR<br>SUN CITY CENTER, FL 33573 | 13161 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN R WENNERSTEN<br>408 A ST NE<br>WASHINGTON, DC 20002 | 3572 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN R ZREBIEC<br>437 CRISTIANI ST<br>ROSELLE, NJ 07203 | 61114 | Motors Liquidation Company | $51,962.94 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN RAPP & JOYCE RAPP CO-TTEE<br>JOYCE ELLSWORTH RAPP LIVING TRUST<br>U/A DTD 11/17/1983<br>560 EAST SO TEMPLE #1106<br>SALT LAKE CTY, UT 84102 | 69432 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN RAYMOND JR<br>MADELINE M RAYMOND TTEE U/A/D 03/06/00<br>FBO RAYMOND FAMILY TRUST<br>5248 WEYMOUTH WAY<br>OCEANSIDE, CA 92057 | 7356 | Motors Liquidation Company | $15,562.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN REED<br>4395 PONTIFF<br>WATERFORD, MI 48329 | 10371 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| John REGER<br>16481 SNOWSHOE TRAIL<br>CHAGRIN FALLS, OH 44023<br>UNITED STATES OF AMERICA | 15484 | Motors Liquidation Company | $30,030.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN RICHMOND<br>2509 SHADY LANE<br>ROCKFORD, IL 61108 | 2841 | Motors Liquidation Company | $980.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| JOHN ROBSON DUNBAR JR FAM TR<br>U/A/D 6/11/92<br>ELVA GENE DUNBAR &<br>JOHN ROBSON DUNBAR III TTEES<br>1153 REGAL OAK DR<br>ROCKVILLE, MD 20852 | 22024 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN ROMANIUK & SONDRA ROMANIUK &<br>SUSAN SCHULTZ &<br>STACEY ANN CURRY JT TEN<br>2411 CROOKS ROAD<br>ROYAL OAK, MI 48073 | 20506 | Motors Liquidation Company | $15,905.25<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN ROMBOLA REV TRUST<br>JOHN ROMBOLA TTEE<br>3804 FARRACTUT RD<br>BROOKLYN, NY 11210 | 5023 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN RONALD BLUE &<br>ELIZABETH F BLUE<br>JT TEN<br>3504 HALIFAX DRIVE<br>ARLINGTON, TX 76013 | 16816 | Motors Liquidation Company | $1,475.80 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN ROYES<br>1909 BAILEY ST<br>HOUSTON, TX 77006 | 65707 | Motors Liquidation Company | $149,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN RYZYK<br>214 COOK AVENUE<br>YONKERS, NY 10701 | 27644 | Motors Liquidation Company | $14,263.17 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN RYZYK<br>215 COOK AVE<br>YONKERS, NY 10701 | 61960 | Motors Liquidation Company | $18,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN S & ELAINE K TIMMONS<br>3915 SANDUSKY COUNTY RD 13<br>BURGOON, OH 43407 | 63536 | Motors Liquidation Company | $9,976.29 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN S & LILA J WALTER TRUST<br>JOHN S WALTER<br>3320 HOMESTEAD CT<br>NAPA, CA 94558 | 9093 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOHN S ALLEN SR<br>430 NUGENTOWN RD<br><br>LITTLE EGG HARBOR, NJ 08087 | 33491 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN S AND KARLA B SARGENT<br>JOHN S SARGENT<br>PO BOX 362<br>BLOCK ISLAND, RI 02807 | 11703 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN S CAMERON JR<br>12214 KIMBERLEY LANE<br><br>HOUSTON, TX 77024<br>UNITED STATES OF AMERICA | 6220 | Motors Liquidation Company | $24,432.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN S GEBKA<br>J S GEBKA<br>1242 MINK RD<br>PERKASIE, PA 18944 | 8588 | Motors Liquidation Company | $7,600.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN S JONES<br>2115 W PACIFIC AVE<br><br>ANAHEIM, CA 92804 | 13207 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN S M HAMILTON & SUE A HAMILTON<br>JT TEN TOD LISA RIDLEY<br>SUBJECT TO STA RULES<br>PO BOX 6395<br>SCOTTSDALE, AZ 85261 | 32922 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN S MORGAN<br>612 CANTERBURY DR # 612<br><br>ZEBULON, NC 27597 | 8550 | Motors Liquidation Company | $5,389.24 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN S RENFROW<br>5015 C TOWER RD<br><br>GREENSBORO, NC 27410 | 6654 | Motors Liquidation Company | $95,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN S WARD AND<br>BECKY M WARD TTEES<br>J & B WARD 1998 TRUST<br>2621 PORTSMOUTH LN<br>MODESTO, CA 95355 | 17387 | Motors Liquidation Company | $45,760.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Fifty-Seventh Omnibus Objection**

## Exhibit A

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOHN SAMUELSON<br>12 E 46TH ST<br><br>NEW YORK, NY 10017 | 18760 | Motors Liquidation Company | $21,375.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN SANOWSKI<br>CGM IRA CUSTODIAN<br>5 GUNSCH ESTATE DRIVE<br>NEWBURGH, NY 12550 | 19585 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN SANTERIAN<br>SEERARPEY SANTERIAN<br>2111 BERWYN STREET<br>PHILADELPHIA, PA 19115 | 46624 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN SANTERIAN (IRA)<br>2111 BERWYN ST<br><br>PHILADELPHIA, PA 19115 | 46625 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN SCAROLA<br>JOHN & LYDIA SCAROLA<br>6904 CORTEZ ROAD W  #273<br>BRADENTON, FL 34210<br>UNITED STATES OF AMERICA | 17164 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN SCHEMBRI<br>4400 RUSTIC DR<br><br>PUNTA GORDA, FL 33982 | 11193 | Motors Liquidation Company | $86,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN SCHENCK<br>8728 TREASURE CAY<br><br>WEST PALM BEACH, FL 33411 | 19095 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN SCHOEN<br>134 W S BOUNDARY SUITE B<br><br>PERRYSBURG, OH 43551 | 19927 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN SCOTT<br>RITA M SCOTT<br>515 JANIE LANE<br>SHREVEPORT, LA 71106<br>UNITED STATES OF AMERICA | 68098 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN SEAZHOLTZ<br>399 PRINCETON AVE<br><br>BRICK, NJ 08724 | 1879 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOHN SHALLCROSS SR<br>PO BOX 1089<br><br>SMITHFIELD, NC 27577 | 68380 | Motors Liquidation Company | $7,975.61 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN SNODERLY IRA<br>1031 CURTIS AVE<br><br>CUYAHOGA FALLS, OH 44221 | 8807 | Motors Liquidation Company | $15,305.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN STACY BURNETT<br>9898 TRAVIS LAKE COURT<br><br>LAS VEGAS, NV 89148 | 27395 | Motors Liquidation Company | $928.33 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN STANGEL<br>IRA ROLLOVER ACCT<br>FCC AS CUSTODIAN<br>410 BARRETT HILL RD<br>MAHOPAC, NY 10541 | 17134 | Motors Liquidation Company | $31,150.78 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN STANGEL<br>IRA ROLLOVER ACCT<br>FCC AS CUSTODIAN<br>410 BARRETT HILL RD<br>MAHOPAC, NY 10541 | 17223 | Motors Liquidation Company | $31,150.78 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN STEPHEN GREGG<br>665 S RIDGEMARK DR<br><br>HOLLISTER, CA 95023 | 45616 | Motors Liquidation Company | $25,151.04 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN STILLMAN (IRA R/O)<br>FCC AS CUSTODIAN<br>15 WENTWORTH WAY<br>NEWNAN, GA 30265 | 14069 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN STOLTZE<br>29408 320TH ST<br><br>HINTON, IA 51024 | 15921 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN STRALEY<br>2016 ALDO CIR<br><br>SALT LAKE CITY, UT 84108 | 20826 | Motors Liquidation Company | $13,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN T DALE TTEE<br>JOHN T DALE TRUST<br>3799 S BANANA RIVER BLVD #1030<br>COCOA BEACH, FL 32931 | 8660 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOHN T DILLEY SEP<br>FCC AS CUSTODIAN FOR<br>39 FAIRWAY DRIVE<br>MOUNT VERNON, OH 43050 | 17398 | Motors Liquidation Company | $5,160.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN T HARVIEUX<br>& MARCIA L HARVIEUX JTTEN<br>TOD ET AL<br>3400 N 97TH PL<br>MILWAUKEE, WI 53222 | 61724 | Motors Liquidation Company | $3,788.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN T HATFIELD<br>443 VERNON ST<br>NEW KENSINGTON, PA 15068 | 12023 | Motors Liquidation Company | $22,309.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN T JENNINGS TRUSTEE OF THE CREAM CITY REVOCABLE LIVING TRUST<br>U/A DTD 4/3/96<br>7413 MELROSE LANE APT A<br>OKLAHOMA CITY, OK 73127 | 11735 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN T WALKER, SR / LEE S WALKER<br>820 ANTIGUA DR<br>MYRTLE BEACH, SC 29572 | 30693 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN T WHEELER IRA<br>FCC AS CUSTODIAN<br>3491 N TERRITORIAL RD W<br>ANN ARBOR, MI 48105 | 22968 | Motors Liquidation Company | $10,345.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN T. TAYLOR<br>705 GIANNINI DRIVE<br>SANTA CLARA, CA 95051 | 8528 | Motors Liquidation Company | $71,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN T. TAYLOR (IRA)<br>FCC AS CUSTODIAN<br>705 GIANNINI DRIVE<br>SANTA CLARA, CA 95051 | 8529 | Motors Liquidation Company | $43,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN THOMAS IRA ROLLOVER<br>MS&CO C/F<br>6597 NICHOLAS BLVD<br>APT 701<br>NAPLES, FL 34108<br>UNITED STATES OF AMERICA | 17171 | Motors Liquidation Company | $47,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Seventh Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| JOHN THOMAS VERNON<br>C/O WELLS FARGO ADVISORS<br>1094 WILKINS DR<br>SANFORD, NC 27330 | 10221 | Motors Liquidation Company | $31,256.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN THOMAS ZANN<br>994 SCHUYLER DRIVE<br>WHITE LAKE, MI 48388 | 4993 | Motors Liquidation Company | $1,800.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN TRAVIS SMITH<br>4560 SMITH RD<br>AYNOR, SC 29511 | 18435 | Motors Liquidation Company | $46,250.10 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN TRAVIS SMITH JR<br>4560 SMITH RD<br>AYNOR, SC 29511 | 18436 | Motors Liquidation Company | $42,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN TRAVIS SMITH JR<br>4560 SMITH RD<br>AYNOR, SC 29511 | 18437 | Motors Liquidation Company | $15,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN U KRUEGER<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>13640 UNDERWOOD RIVER PARKWAY<br>ELM GROVE, WI 53122 | 8748 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN VARNER<br>218 RIDGE ST<br>NEW MILFORD, NJ 07646 | 9085 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN VAS & EDNA FLOY VAS TTEES<br>UAD 5/8/90 FBO<br>THE VAS TRUST<br>835 TRISH PL<br>BARTOW, FL 33830 | 44384 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN W AND REGINA M SHUTE<br>1123 JACKSON RD<br>KERRVILLE, TX 78028 | 2475 | Motors Liquidation Company | $3,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN W AND SUSAN P DIEFFENWEIRTH<br>4207 CAPE VISTA DR<br>BRADENTON, FL 34209<br>UNITED STATES OF AMERICA | 37170 | Motors Liquidation Company | $2,010.80 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOHN W BAKER & JOANNE BAKER JTWROS 102 GREEN BRIAR PL ASTON, PA 19014 | 21838 | Motors Liquidation Company | $9,812.10 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN W CAMPSHURE 1589 EDISON STREET GREEN BAY, WI 54302 | 2174 | Motors Liquidation Company | $12,125.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN W CULVER TOD DTD 03/13/06 4522 OLD SCOTTSVILLE ROAD ALVATON, KY 42122 | 9612 | Motors Liquidation Company | $177,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN W ELLIS 8123 STAPLETON RD BROOKSVILLE, FL 34602 | 775 | Motors Liquidation Company | $11,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN W ELLIS 8123 STAPLETON RD BROOKSVILLE, FL 34602 | 6862 | Motors Liquidation Company | $11,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN W GANT SR 3900 CO RD 58 PISGAH, AL 35765 | 28669 | Motors Liquidation Company | $20,629.11 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN W GARRIGAN LIVING TRUST DTD 3/7/00 JOHN W. GARRIGAN 60 PINE BROOK RD MONSEY, NY 10952 | 19401 | Motors Liquidation Company | $25,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN W HEISHMAN, LINDA C HEISHMAN JOHN W. & LINDA C HEISHMAN 165 WILLIAMS STREET CORYDON, IN 47112 | 17601 | Motors Liquidation Company | $48,380.30 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN W HUBING AND MARION RITA HUBING 150 OAKWOOD LN BOX 480 VALLEY FORGE, PA 19481 | 17125 | Motors Liquidation Company | $12,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN W HUBING SR AND MARION RITA HUBING 150 OAKWOOD LN BOX 480 VALLEY FORGE, PA 19481 | 17122 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| JOHN W KAIM<br>13219 AVENUE M<br><br>CHICAGO, IL 60633 | 4194 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN W KLUGE TRUST U/A/D 5-30-1984<br>STUART SUBOTNICK AND JOHN W KLUGE TRUSTEES<br>15004 SUNFLOWER COURT<br>ROCKVILLE, MD 20853 | 5656 | Motors Liquidation Company | $50,308,125.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN W MARSHALL<br>N650 OBERLI ROAD<br><br>OGEMA, WI 54459 | 23876 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN W MCLAUGHLIN AND MARGARET MCENTEE<br>145 DAVID DR<br>HAVERTOWN, PA 19083 | 19991 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN W NIVEN &<br>MARY F NIVEN<br>DESIGNATED BENE PLAN/TOD<br>28 CASCADES DR<br>LITTLE ROCK, AR 72212 | 10452 | Motors Liquidation Company | $20,471.36 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN W OLLIFF<br>419 W PINE AVE<br><br>MIDLAND, TX 79705 | 3964 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN W POTTS AND<br>JOYCE A POTTS JTWROS<br>8 PARK PL<br>N CALDWELL, NJ 07006 | 28184 | Motors Liquidation Company | $24,843.78 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN W ROMIG<br>1339 BARTON WAY<br><br>TROY, MI 48098 | 10372 | Motors Liquidation Company | $3,925.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN W SCHRICK<br>1290 TIFFANY CIRCLE N<br><br>PALM SPRINGS, CA 92262 | 23951 | Motors Liquidation Company | $75,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN W STEPHENS<br>308 PINEWOOD DR<br><br>SHIREMANSTOWN, PA 17011 | 27077 | Motors Liquidation Company | $25,180.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOHN W STEPHENS<br>308 PINEWOOD DRIVE<br>SHIREMANSTOWN, PA 17011 | 64920 | Motors Liquidation Company | $17,982.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN W TROJANOWSKI<br>38055 S STONE RIDGE DR<br>TUCSON, AZ 85739 | 69468 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN W ULRICH<br>156 MOODY AVE<br>FREEPORT, NY 11520 | 3854 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN W. SMITH IRA<br>FCC AS CUSTODIAN<br>3919 BILL CURLEE ROAD<br>POLKTON, NC 28135 | 17269 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN WALKER LOYD<br>136 CANARY COURT<br>HOT SPRINGS, AR 71913 | 21305 | Motors Liquidation Company | $21,781.79 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN WARGO<br>3141 E CORRINE DR<br>PHOENIX, AZ 85032 | 22604 | Motors Liquidation Company | $75,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN WARREN CONWAY AKA JOHN W CONWAY<br>7915 FM 2219<br>AMARILLO, TX 79119 | 62647 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN WELLS<br>167 N WALNUT STREET<br>RIDGEWOOD, NJ 07450 | 11546 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN WG & VIRGINIA YU CHIN<br>PO BOX 201<br>EL CERRITO, CA 94530 | 13049 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN WILLIAM MCEVOY<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>1120 SALLY HOLLER RD<br>HARRISBURG, IL 62946 | 4361 | Motors Liquidation Company | $45,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Seventh Omnibus Objection

## Exhibit A

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOHN WOROBEC<br>2224 CERMAK WAY<br><br>ELK GROVE, CA 95758 | 6550 | Motors Liquidation Company | $10,265.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN WRIGHT<br>828 EVANSBURG RD<br><br>COLLEGEVILLE, PA 19426 | 11556 | Motors Liquidation Company | $1,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN YIKE<br>13542 BASS LAKE RD<br><br>CHARDON, OH 44024 | 6006 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHNNIE A MOORE AND<br>TOMMYE D MOORE JTTEN<br>2212 WESTVIEW CT<br>SILVER SPRING, MD 20910 | 22023 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHNNIE L DRURY<br>7715 36TH LANE E<br><br>SARASOTA, FL 34243 | 29618 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHNNIE M GASKINS<br>3024 BRANDEMERE DR<br><br>TALLAHASSEE, FL 32312 | 7556 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHNNY G WILSON<br>11077 VIA SIENA<br><br>BOYNTON BEACH, FL 33437 | 31280 | Motors Liquidation Company | $24,644.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHNNY H. USELTON<br>CGM IRA ROLLOVER CUSTODIAN<br>5216 SPRUCE ST.<br>BELLAIRE, TX 77401 | 5031 | Motors Liquidation Company | $26,024.22 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHNNY HERSCHEL GRUNGLASSE<br>RUTH KOPPE DE GRUNGLASSE JTWROS<br>4101 PINETREE DR #1714<br>MIAMI BEACH, FL 33140 | 13073 | Motors Liquidation Company | $5,393.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHNNY L MCCOY<br>5324 TIGERS TAIL<br><br>LEESBURG, FL 34748 | 12302 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOHNNY O FOSTER & JUDY C FOSTER<br>2600 TULL AVE<br>MUSKOGEE, OK 74403 | 2441 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHNNY Q CLAWSON<br>400 PARK ST<br>HIGHLANDS, TX 77562 | 6348 | Motors Liquidation Company | $9,030.33 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHNNY W PONTON<br>3653 SKYLARK WAY<br>PEARLAND, TX 77684<br>UNITED STATES OF AMERICA | 44300 | Motors Liquidation Company | $125,616.78 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHNSON FAMILY REVOCABLE LIVING TRUST<br>C/O ALICE E JOHNSON<br>5401 W DALEY ST<br>GLENDALE, AZ 85306 | 12759 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHNSON T CO<br>46 IMPERIAL DR<br>EGG HARBOR TWP, NJ 08234<br>UNITED STATES OF AMERICA | 16111 | Motors Liquidation Company | $14,518.58 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHNSTON FAMILY TRUST<br>JAMES A JOHNSTON<br>CATHERINE E JOHNSTON<br>CO-TTEES UA DTD 06/24/83<br>1839 FOSTER AVE<br>VENTURA, CA 93001 | 36770 | Motors Liquidation Company | $100,983.89 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOLANTA SIEMIERZ (IRA)<br>FCC AS CUSTODIAN<br>39 DEWITT ST<br>BUFFALO, NY 14213 | 19167 | Motors Liquidation Company | $4,957.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOLENE PUCCIO<br>3256 WATERBURY DR<br>WANTAGH, NY 11793 | 62075 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JON B MEDLYN<br>PO BOX 301603<br>ESCONDIDO, CA 92030 | 68601 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| JON C GRIFFIN<br>CHARLES SCHWAB & CO INC CUST<br>ROTH CONTRIBUTORY IRA<br>7401 S 231ST E AVE<br>BROKEN ARROW, OK 74014 | 21774 | Motors Liquidation Company | $760.39 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JON C INGALLS<br>12841 GARNETT<br>OVERLAND PARK, KS 66213 | 33328 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JON C. GRIFFIN<br>SCOTTRADE CUSTOMER<br>IRA ROLLOVER<br>7401 S. 231ST  E. AVE<br>BROKEN ARROW, OK 74014<br>UNITED STATES OF AMERICA | 21773 | Motors Liquidation Company | $76.82 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JON C. GRIFFIN<br>CHARLES SCHWAB & CO CUST<br>IRA ROLLOVER<br>7401 S. 231ST  E. AVE<br>BROKEN ARROW, OK 74014<br>UNITED STATES OF AMERICA | 21775 | Motors Liquidation Company | $2,799.47 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JON E MEYERS<br>604 RED MAPLE DR<br>TECUMSEH, MI 49286 | 49556 | Motors Liquidation Company | $9,763.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JON FREDERICK ABEL<br>191 RIVER DR<br>TEQUESTA, FL 33469<br>UNITED STATES OF AMERICA | 61852 | Motors Liquidation Company | $23,665.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JON GALIT<br>CGM IRA ROLLOVER CUSTODIAN<br>436 WYANDOTTE TRL<br>HARTVILLE, OH 44632 | 22999 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JON K NEWSUM R/O IRA<br>STERNE AGEE & LEACH INC C/F<br>JON K NEWSUM R/O IRA<br>4321 COUNTRY CLUB BLVD<br>LITTLE ROCK, AR 72207 | 64369 | Motors Liquidation Company | $20,697.92 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JON MANN & JOAN MANN JT TEN<br>PO BOX 80<br>ROSEMONT, NJ 08556 | 12729 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| JONAN KYGER<br>13383 CR 1318<br><br>TROUP, TX 75789 | 24065 | Motors Liquidation Company | $59,486.26 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JONATHAN B LOSOS<br>247 N PRICE ROAD<br><br>ST LEWIS, MD 63124<br>UNITED STATES OF AMERICA | 62947 | Motors Liquidation Company | $11,910.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JONATHAN B MORRISON<br>ELLEN S MORRISON<br>19310 ALDERBARN CT<br>BROOKEVILLE, MD 20833 | 68449 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JONATHAN BERKEL<br>C/O W M FUMICH JR<br>24461 DETROIT RD #210<br>WESTLAKE, OH 44145 | 64725 | Motors Liquidation Company | $156.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JONATHAN C WEST<br>1000 CAPUCHINO AVE<br><br>BURLINGAME, CA 94010 | 62237 | Motors Liquidation Company | $1,470.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JONATHAN EOYANG<br>TOD REGISTRATION<br>5563 RUTHWOOD DRIVE<br>CALABASAS, CA 91302 | 3794 | Motors Liquidation Company | $35,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JONATHAN FETNER &<br>MINDY FETNER JT TEN<br>39 FIELDSTONE DR<br>LIVINGSTON, NJ 07039 | 26690 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JONATHAN T SALMON<br>3657 SOUTH COURT<br><br>PALO ALTO, CA 94306 | 3239 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JONES FINANCIAL PLANNING/ PLANNING<br>STRATEGIES/ ROBERT L JONES<br>620 SOUTHPOINTE CT STE 205<br>COLORADO SPRINGS, CO 80906 | 69424 | Motors Liquidation Company | $26,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JONI L BUSHEE TOD LLOYD F BUSHEE<br>SUBJECT TO STA RULES<br>6012 HARWELL ESTATE DRIVE<br>DOVER, FL 33527 | 8729 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Fifty-Seventh Omnibus Objection**

## Exhibit A

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JONNIE B NUNES<br>1765 BELCHER AVE<br>MERCED, CA 95348 | 2858 | Motors Liquidation Company | $10,136.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOON HA KIM<br>1127 BANKSIDE CT<br>SUGAR HILL, GA 30518 | 15824 | Motors Liquidation Company | $31,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JORDAN GREENE<br>17 VIA TIMON<br>SAN CLEMENTE, CA 92673 | 2250 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JORDAN KUWAIT BANK<br>WILLIAM DABABNEH AGM<br>OMAYA STREET ABDALI AREA<br>PO BOX 9776<br>11191 AMMAN JORDAN<br><br>JORDAN | 46612 | Motors Liquidation Company | $1,500,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JORDAN KUWAIT BANK<br>WILLIAM DABABNEH - AGM<br>OMAYA ST ABDALI AREA<br>PO BOX 9776<br>11191 AMMAN JORDAN<br><br>JORDAN | 69643 | Motors Liquidation Company | $500,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JORGE A SANCHEZ<br>8400 SW 108 ST<br>MIAMI, FL 33156 | 18748 | Motors Liquidation Company | $41,752.67 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JORGE A SANCHEZ<br>8400 SW 108 ST<br>MIAMI, FL 33156 | 18749 | Motors Liquidation Company | $59,942.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JORGE F MIRANDA<br>329 RIDGEWOOD RD<br>CORAL GABLES, FL 33133 | 4609 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JORGE L LAYA MILANO AND JESSIKA LAYA PAZ<br>1351 NE 191ST ST<br>BLDG E  APT 414<br>MIAMI, FL 33179 | 10854 | Motors Liquidation Company | $51,360.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JORGE PENA TUEME<br>C DEL ARREPENTIMIENTO 213<br>27250 TORREON COAHUILA  MEXICO<br>,<br>MEXICO | 24313 | Motors Liquidation Company | $48,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOS PLATVOET<br>HANS MEMLINGDREEF 20<br>3920 LOMMEL BELGIUM<br>,<br>BELGIUM | 60572 | Motors Liquidation Company | $258,820.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSE ALFREDO CRUZ<br>VIPSAL 2022<br>7801 NW 37 STREET<br>MIAMI, FL 33166 | 20686 | Motors Liquidation Company | $90,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSE AZEVEDO<br>MARIA MARTINS JTWROS<br>RUA MARGARIDA VALLADAO 170<br>BARRA TIJUCA<br>RIO DE JANEIRO CEP 22793-275,BRAZIL<br>,<br>BRAZIL | 61079 | Motors Liquidation Company | $145,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSE ESTEVEZ<br>530 TARTAN WAY<br>ENTERPRISE, AL 36330 | 64862 | Motors Liquidation Company | $10,360.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSE G TOLEDO<br>3640 YACHT CLUB DR APT 1907<br>AVENTURA, FL 33180 | 22045 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSE L VELAZQUEZ<br>19 W 020 17TH PLACE<br>LOMBARD, IL 60148 | 7599 | Motors Liquidation Company | $775.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSE M NAHARRO-CALDERON<br>1227 PATAPSCO ST<br>BALTIMORE, MD 21230 | 30192 | Motors Liquidation Company | $42,388.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSE MANUEL CERVERA MEDINA/AIDA LUZ MEDINA MENDOZA<br>CALLE 21 #134 ENTRE 2 Y 4<br>FRACC MONTE CRISTO<br>MERIDA YUCATAN,MEXICO CP 97133<br>,<br>MEXICO | 20991 | Motors Liquidation Company | $80,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOSE MARIA FUENTES<br>PO BOX 123<br><br>BLOWING ROCK, NC 28605 | 21215 | Motors Liquidation Company | $610,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSE MIGUEL GONZALEZ-QUIJANO<br>17 BISTMETRI DASHTE BEHEISHT<br>NAADATABAD IR-14816 TEHERAN IR IRAN<br><br>IRAN (ISLAMIC REP) | 20302 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSE PONCE AND<br>CRISTINA M. PONCE JTWROS<br>11610 SW 34 LANE<br>MIAMI, FL 33165 | 9851 | Motors Liquidation Company | $60,145.20 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSE VERT PERSONAL REPRESENTATIVE<br>EST OF MARIA IACOBUCCI<br>1655 NE 55TH STREET<br>FT LAUDERDALE, FL 33334 | 31430 | Motors Liquidation Company | $8,491.19 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEF BAXA<br>HAYDNSTRASSE 13<br>45657 RECKLINGHAUSEN GERMANY<br>,<br>GERMANY | 19429 | Motors Liquidation Company | $36,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEF DERZAVICH GURUICH<br>BOSQUE DE TAMARINDOS 45-3<br>BOSQUE DE LAS LOMAS OSRO CP<br>CUAJIMALPA DF MEXICO<br><br>MEXICO | 33207 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEF DERZAVICH GURVICH<br>BOSQUE DE TAMA RINDOS 45-3<br>BOSQUE DE LAS LOMAS 05120 CP<br>CUAJLMAL PA D.F.<br>MEXICO<br><br>MEXICO | 22456 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEF DERZAVICH GURVICH<br>MDM POLANCO<br>APARTADO POSTAL 178<br>LAGO MERU 18<br>COL GRANAIA CP 11521 MEXICO<br><br>MEXICO | 33231 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| JOSEF DERZAVICH GURVICH<br>BOSQUES DE TAMARINDOS 45-3<br>BOSQUE DE LOS LOMOS 05120 CP<br>05120 CUAJIMOLPA DF MEXICO<br><br>MEXICO | 62263 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEF WEISS<br>10175 COLLINS AVE APT 306<br><br>BAL HARBOUR, FL 33154 | 13394 | Motors Liquidation Company | $300,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEFA KNITTEL<br>CGM IRA ROLLOVER CUSTODIAN<br>17 WALDEN DR<br>MOUNTAINTOP, PA 18707 | 18210 | Motors Liquidation Company | $10,321.39 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH & LENORE RICK<br>29155 POINTE O WOODS #108<br><br>SOUTHFIELD, MI 48034 | 60711 | Motors Liquidation Company | $191,687.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH & LORRAINE PISCITELLO<br>10 IVY HILL DR<br><br>SMITHTOWN, NY 11787 | 22403 | Motors Liquidation Company | $2,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH & SELMA MENTKOW REV TRU<br>JOSEPH & SELMA MENTKOW<br>1010 AMERICAN EAGLE BLVD #614<br>SUN CITY CENTER, FL 33573 | 29482 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH A & D DIAN MCQUADE<br>PO BOX 731068<br><br>PUYALLUP, WA 98373 | 19352 | Motors Liquidation Company | $42,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH A AND ARLENE M LOCONTI<br>484 WOODBINE CIRCLE<br><br>MAYFIELD VILLAGE, OH 44143 | 9894 | Motors Liquidation Company | $50,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH A BARRETT<br>C/O JOHNSTON LEMON & CO INC<br>1101 VERMONT AVENUE NW 8TH FLOOR<br>WASHINGTON, DC 20005 | 6115 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH A BASILE SR<br>1119 LARC LANE<br><br>WEST CHESTER, PA 19382 | 13124 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Seventh Omnibus Objection

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOSEPH A COLAVOLPE<br>1283 MARTIN DRIVE<br><br>WANTAGH, NY 11793 | 30876 | Motors Liquidation Company | $55,886.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH A DESIMONE<br>22 LINDSLEY PLACE<br><br>EAST ORANGE, NJ 07018 | 6296 | Motors Liquidation Company | $15,110.21 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH A DUPONT<br>18971 MAPLE LEAF DR<br><br>EDEN PRAIRIE, MN 55346 | 11018 | Motors Liquidation Company | $9,565.28 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH A DUPONT<br>18971 MAPLE LEAF DR<br><br>EDEN PRAIRIE, MN 55346 | 11020 | Motors Liquidation Company | $5,005.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH A GRANESE (DECEASED)<br>C/O MRS. THERESA N GRANESE<br>1907 JOHNSON RD<br>PLYMOUTH MEETING, PA 19462 | 8918 | Motors Liquidation Company | $1,179.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH A KUECHEL<br>CGM IRA CUSTODIAN<br>8830 N SHERMER RD<br>MORTON GROVE, IL 60053 | 28276 | Motors Liquidation Company | $1,220.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH A LISA<br>533 CRAFTON AVE<br><br>PITMAN, NJ 08071 | 13709 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH A LYON & MARY C LYON<br>629 STATE RT 141 N<br><br>MORGANFIELD, KY 42437 | 2660 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH A MARONA &<br>VIRGINIA MARONA JTTEN<br>4051 SW 141 AVE<br>MIRAMAR, FL 33027 | 8904 | Motors Liquidation Company | $82,880.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH A MEYER<br>ROSANNE M MEYER JT TEN<br>810 SPRUCE ST<br>KULPMONT, PA 17834 | 62473 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

Motors Liquidation Company, et al.

Case No. 09-50026 (REG), Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOSEPH A SCRO<br>C/O CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>3254 N MEDICINE BOW COURT<br>THOUSAND OAKS, CA 91362 | 9222 | Motors Liquidation Company | $13,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH A SOPP<br>80 ELM ST<br>CORTLAND, NY 13045 | 3149 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH A SOPP<br>80 ELM ST<br>CORTLAND, NY 13045 | 3161 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH A TERRIBLE/ KATHLEEN TERRIBLE<br>5711 ST PETERS RD<br>EMMBUS, PA 18049 | 62317 | Motors Liquidation Company | $97,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH A VEVODA<br>555 WOODLAND HILLS DR<br>ESCONDIDO, CA 92029 | 43341 | Motors Liquidation Company | $12,578.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH A WEINGARTNER<br>2391 DELLWOOD DRIVE NW<br>ATLANTA, GA 30305 | 4999 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH A WICKLEY<br>& JACQUELINE E WICKLEY JTTEN<br>PO BOX 516<br>HANCOCK, MI 49930 | 21107 | Motors Liquidation Company | $14,367.87 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH A WILSON TTEE<br>WILSON FAMILY SUB A<br>TRUST U/A DTD 10/25/85<br>6620 S LOCH ALENE AVENUE<br>PICO RIVERA, CA 90660 | 3434 | Motors Liquidation Company | $25,921.88 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH A WILSON TTEE<br>WILSON FAMILY SUB B TRST<br>U/A DTD 10/24/1985<br>6620 S LOCH ALENE AVENUE<br>PICO RIVERA, CA 90660 | 4419 | Motors Liquidation Company | $26,930.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Fifty-Seventh Omnibus Objection**

# Exhibit A

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOSEPH A. PELLETT<br>286 HEATHERSETT DR SW<br><br>MARIETTA, GA 30064 | 11295 | Motors Liquidation Company | $3,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH ABRAHAM<br>16 FAIRVIEW PLACE<br><br>HAUPPAUGE, NY 11788 | 2414 | Motors Liquidation Company | $10,051.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH AMODEO<br>265 RIVER DR<br><br>MORICHES, NY 11955 | 22248 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH AND LUCILLE KLONTZ<br>10905 SE 304TH ST<br><br>AUBURN, WA 98092 | 7811 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH AND MARJORIE PISAPIA<br>19 THORBURN AVE<br><br>PATCHOGUE, NY 11772 | 9047 | Motors Liquidation Company | $2,143.76 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH AND SHEILA L WOLINSKY<br>823 ELMWOOD DR<br><br>WEST LAFAYETTE, IN 47906 | 11052 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH ARENA<br>15 MOUNTAINSIDE DRIVE<br><br>COLTS NECK, NJ 07722<br>UNITED STATES OF AMERICA | 4135 | Motors Liquidation Company | $8,253.30 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH B LANTER<br>MYRA LANTER<br>35 BOONE ST<br>STATEN ISLAND, NY 10314 | 21027 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH B LANTER<br>MYRA LANTER<br>35 BOONE STREET<br>STATEN ISLAND, NY 10314 | 21028 | Motors Liquidation Company | $9,204.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH B OBUSEK<br>CGM IRA ROLLOVER CUSTODIAN<br>10406 CARROLL COVE PLACE<br>TAMPA, FL 33612 | 15217 | Motors Liquidation Company | $9,519.16 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOSEPH B TUCKER<br>78 BUCKSKIN COURT<br>STILLWATERS<br>DADEVILLE, AL 36853<br>UNITED STATES OF AMERICA | 18578 | Motors Liquidation Company | $19,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH BARLETTA<br>SANDRA BARLETTA<br>2815 ROCKAWAY LN<br>SACRAMENTO, CA 95835 | 6910 | Motors Liquidation Company | $51,295.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH BARLETTI IRRL<br>C/O JOSEPH BARLETTI<br>1304 MIDLAND AVE APT A27<br>YONKER, NY 10704 | 27234 | Motors Liquidation Company | $51,624.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH BARRY<br>3195 ARBOLADO DR<br>WALNUT CREEK, CA 94598 | 5392 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH BELPORT<br>5598 W WITNEY DRIVE B-104<br>DELRAY BEACH, FL 33484 | 69364 | Motors Liquidation Company | $20,015.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH BORCHANIAN &<br>MARY A BORCHANIAN JT WROS<br>TOD BENEFICIARY ON FILE<br>16549 COUNTRY KNOLL DR<br>NORTHVILLE, MI 48168 | 16950 | Motors Liquidation Company | $35,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH BRADLEY<br>PEGGY BRADLEY JT<br>22210 BELINDA AVE<br>PORT CHARLOTTE, FL 33952 | 17895 | Motors Liquidation Company | $2,706.98 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH BRADLEY<br>PEGGY BRADLEY JT<br>22210 BELINDA AVE<br>PORT CHARLOTTE, FL 33952 | 17896 | Motors Liquidation Company | $3,278.80 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH BRAZILLER<br>569B NUTLEY DR<br>MONROE TWP, NJ 08831 | 1870 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOSEPH BRENNAN<br>582 SUTTON ROAD<br><br>SHAVERTOWN, PA 18708 | 62134 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH BUBENAS<br>C/O AMERIPRISE FINANCIAL SERVICES INC<br>401 FRANKLIN AVENUE STE 101<br>GARDEN CITY, NY 11530 | 18968 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH C & DEBRA R SHEPLEY<br>220 OLD COUNTY RD<br><br>SEVERNA PARK, MD 21146<br>UNITED STATES OF AMERICA | 37142 | Motors Liquidation Company | $56,400.56 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH C AMETRANO JR & DIANE AMETRANO JT TEN<br>105 BARTON ROAD<br><br>WHITE PLAINS, NY 10605 | 68468 | Motors Liquidation Company | $24,683.78<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH C DARUTY &<br>GOLDIE R DARUTY TTEES OF THE<br>DARUTY LIVING TST DTD 7/27/95<br>1427 ELIZABETH CREST<br>REDLANDS, CA 92373 | 20158 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH C DECKERT<br>5543 PARKHAVEN DR<br><br>BATON ROUGE, LA 70816 | 27014 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH C DECKERT IRA<br>FCC AS CUSTODIAN<br>5543 PARKHAVEN DR<br>BATON ROUGE, LA 70816 | 27015 | Motors Liquidation Company | $10,212.94 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH C EMMETT<br>3706 GREEN HOLLOW DR<br><br>GRAND PRAIRIE, TX 75052 | 17836 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH C GRANO<br>C/O CENTURION HOLDINGS<br>1185 6TH AVE STE 1750<br>NEW YORK, NY 10036 | 22618 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH C MOSLEY<br>116 CHERRY STREET<br><br>BREMEN, GA 30110 | 15564 | Motors Liquidation Company | $25,426.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

Fifty-Seventh Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOSEPH C. NAPOLI IRA<br>FCC AS CUSTODIAN<br>1116 PATRICIA AVENUE<br>WEST ISLIP, NY 11795 | 16434 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH CALAGORE<br>55 AIRPORT RD<br>HARTFORD, CT 06114 | 27165 | Motors Liquidation Company | $49,559.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH CHIRCOP<br>3323 CHESTER<br>FERNDALE, MI 48220<br>UNITED STATES OF AMERICA | 16467 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH D BURDESHAW SR AND<br>JOHN G BURDESHAW JTWROS<br>3481 WIGGINS LN<br>CANTONMENT, FL 32533 | 62398 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH D CIONNI<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>8022 WOODGLEN DR<br>WEST CHESTER, OH 45069 | 16094 | Motors Liquidation Company | $26,031.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH D CIONNI<br>CHARLES SCHWAB AND CO INC CUST<br>IRA ROLLOVER<br>8022 WOODGLEN DR<br>WEST CHESTER, OH 45069 | 17227 | Motors Liquidation Company | $26,031.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH D HAUSER<br>1090 WATERVILLE-MONCLOVA RD<br>WATERVILLE, OH 43566 | 5930 | Motors Liquidation Company | $55,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH D LEVINE<br>13 SFAT EMET ST<br>51466 BNAI BRAK ISRAEL<br>ISRAEL | 65892 | Motors Liquidation Company | $28,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH D ROZWADOWSKI<br>49 DOW ST<br>NEW LONDON, CT 06320 | 13245 | Motors Liquidation Company | $55,384.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 29

Fifty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOSEPH D WHEELER<br>75 SPRING ST<br><br>ROCKFALL, CT 06481 | 10184 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH D ZAVARICK<br>JOYCE A ZAVARICK<br>214 S GRAPE ST<br>KULPMONT, PA 17834 | 62474 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH D ZAVARICK<br>214 S GRAPE ST<br><br>KULPMONT, PA 17834 | 62475 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH D. KILLEYA AND MONICA M KILLEYA<br>360 STIRLING ROAD<br><br>WATCHUNG, NJ 07069 | 14001 | Motors Liquidation Company | $5,837.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH DAVID GRIFFEY  IRA<br>4310 LAKELET WAY<br><br>LOUISVILLE, KY 40299 | 7508 | Motors Liquidation Company | $1,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH DIAMOND<br>JANE DIAMOND<br>3633 ROYAL MEADOW RD<br>SHERMAN OAKS, CA 91403 | 3803 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH DINA<br>9 NORTHERN DR<br><br>BRIDGEWATER, NJ 08807 | 18289 | Motors Liquidation Company | $27,984.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH DIRIENZO<br>JUSTINE A DIRIENZO EXECUTRIX - ESTATE OF JOSEPH DIRIENZO<br>207 BELVIDERE AVENUE<br>FANWOOD, NJ 07023 | 62358 | Motors Liquidation Company | $4,272.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH DOBRYMAN TRUST<br>NETTIE DOBRYMAN TTEE<br>JOSEPH DOBRYMAN IRREV TR 04-23-1990<br>9560 GROSS POINT RD APT 408B<br>SKOKIE, IL 60076 | 18818 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH DORF REVOCABLE TRUST<br>C/O JOSEPH DORF<br>17536 VIA CAPRI<br>BOCA RATON, FL 33496 | 12337 | Motors Liquidation Company | $10,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Fifty-Seventh Omnibus Objection**

# Exhibit A

**Motors Liquidation Company, et al.**

**Case No. 09-50026 (REG),  Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOSEPH DWYER<br>129 N GREEN ST<br><br>LANGHORNE, PA 19047 | 36929 | Motors Liquidation Company | $35,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH E GARIANO<br>1311 PICKWICK LANE<br><br>LANSDALE, PA 19446 | 17328 | Motors Liquidation Company | $120,099.38 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH E MULLIGAN<br>CGM IRA ROLLOVER CUSTODIAN<br>1355 OMARA DR<br>UNION, NJ 07083 | 28670 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH E PLOCEK<br>3001 VEAZEY TERR NW APT 1622<br><br>WASHINGTON, DC 20008 | 2655 | Motors Liquidation Company | $20,880.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH E TARI<br>AMERIPRISE FINANCIAL SERVICES, INC<br>401 FRANKLIN AVE, SUITE 101<br>GARDEN CITY, NY 11530 | 17061 | Motors Liquidation Company | $6,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH E VELLA<br>104 BEVERLY CT<br><br>MOBILE, AL 36604 | 17296 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH E. YOUNT<br>JOSEPH E. YOUNT SIMPLE IRA<br>FCC AS CUSTODIAN<br>4804-29TH AVE DR W<br>BRADENTON, FL 34209 | 37180 | Motors Liquidation Company | $13,072.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH EHRLICH TTEE<br>JOANN EHRLICH<br>U/A/D 12-14-2005<br>BENT TREE VILLAS EAST<br>9845A PECAN TREE DR<br>BOYNTON BEACH, FL 33436 | 67639 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH ENGEL WOOD<br>4605 STEEPLEWOOD TRL<br><br>ARLINGTON, TX 76016 | 2612 | Motors Liquidation Company | $27,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOSEPH EZRATTY TTEE<br>PEARL EZRATTY TRUST U/W<br>DTD 09/29/2004<br>269-10 GRAND CENTRAL PKWY APT 23N<br>FLORAL PARK, NY 11005 | 8745 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH F FREDERICK JR - TRUST 8/27/87<br>2135 WARWICK DR<br>OLDSMAR, FL 34677 | 796 | Motors Liquidation Company | $37,500.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH F FREDERICK JR, IRA ROL<br>2135 WARWICK DR<br>OLDSMAR, FL 34677 | 792 | Motors Liquidation Company | $37,500.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH F GIARRATANO<br>10 SAGE RD<br>PAWLING, NY 12564 | 21460 | Motors Liquidation Company | $23,288.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH F GRANGER JR. &<br>CATHERINE D GRANGER JT TEN<br>20 GORDONS DR<br>MEDIA, PA 19063 | 69265 | Motors Liquidation Company | $5,180.08 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH F MURNANE AND ROSE M MURNANE<br>263 S 7 HWY<br>GIRARD, KS 66743 | 9642 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH F POLOMSKY &<br>MATILDA L POLOMSKY JT WROS<br>6511 ALBER AVE<br>PARMA, OH 44129 | 8474 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH F WEISS &<br>ELVIRA D WEISS JT TEN<br>5019 DRUID DR<br>KENSINGTON, MD 20895 | 17526 | Motors Liquidation Company | $4,875.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH FALLIK & DOROTHY FALLIK TR UA 10/01/96<br>671 S HOLLY BROOK DR<br>#102<br>PEMBROKE PINES, FL 33025 | 9321 | Motors Liquidation Company | $32,275.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOSEPH FATE<br>TOD BENEFICIARY ACCOUNT<br>LINDA FATE JTWROS<br>2142 9-MILE ROAD<br>REMUS, MI 49340 | 17950 | Motors Liquidation Company | $60,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH FEDERICO<br>3340 HEWLETT AVE<br>MERRICK, NY 11566 | 23109 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH FEDERICO IRA<br>C/O JOSEPH FEDERICO<br>3340 HEWLETT AVE<br>MERRICK, NY 11566 | 23110 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH FERREIRA<br>PO BOX 180<br>SILVER LAKE, NH 03875 | 7966 | Motors Liquidation Company | $8,680.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH FRAGA & MARTHA FRAGA<br>34056 MACMILLAN WAY<br>FREMONT, CA 94555 | 2949 | Motors Liquidation Company | $78,093.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH FRANCIS EGAN<br>SUPPLEMENTAL NEEDS TRUST<br>LUCY EGAN GRANTOR TTEE<br>110 HOMEWOOD AVENUE<br>YONKERS, NY 10701 | 10485 | Motors Liquidation Company | $10,300.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH G GALANTINO AND<br>PHYLLIS H GALANTINO JTWROS<br>9829 FOX HILL RD<br>PERRY HALL, MD 21128 | 14165 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH G HUNN & EVELYN J HUNN<br>19909 E 14TH STREET NORTH<br>INDEPENDENCE, MO 64056 | 60075 | Motors Liquidation Company | $12,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH G KENNY<br>331 MILLRIDGE DR<br>INDIANAPOLIS, IN 46290 | 12810 | Motors Liquidation Company | $3,600.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOSEPH G STEVENS JR TTEE<br>FBO JOSEPH G STEVENS JR TR<br>U/A/D 10/01/91<br>2407 ANTHONY AVE<br>CLEARWATER, FL 33759 | 18712 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH GIANGRECO<br>ANN GIANGRECO JT TEN<br>135 E MAPLEMERE RD<br>WILLIAMSVILLE, NY 14221 | 10902 | Motors Liquidation Company | $300,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH GOETZ<br>C/O SUSAN R MEDWIED ESQ<br>30021 TOMAS ST #300<br>RANCHO SANTA MARGARITA, CA 92688 | 26819 | Motors Liquidation Company | $25,406.62 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH GOLDMAN TRUSTEE<br>REVOCABLE TRUST U/A DTD 05/06/1993<br>500 SPANISH FORT BLVD APT 46<br>SPANISH FORT, AL 36527 | 7913 | Motors Liquidation Company | $24,596.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH GOLDWEITZ<br>7 CABLE COURT<br>MONTVILLE, NJ 07045 | 31211 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH H ARON<br>432 LOCUST ROAD<br>GLENSIDE, PA 19038 | 68142 | Motors Liquidation Company | $20,387.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH H ASCH<br>M KATHLEEN ASCH<br>PO BOX 1228<br>ISLAND HGTS, NJ 08732 | 5989 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH H ASCH IRA<br>JOSEPH H ASCH<br>PO BOX 1228<br>ISLAND HEIGHTS, NJ 08732 | 5988 | Motors Liquidation Company | $190,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH H CISSELL<br>127 MEADOW LANE<br>BARDSTOWN, KY 40004 | 7910 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH H HAIRSTON<br>1316 FLORAL ST NW<br>WASHINGTON, DC 20012 | 10403 | Motors Liquidation Company | $12,507.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Seventh Omnibus Objection

## Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOSEPH H KELLER<br>601 PEMBROKE AVE APT 203<br>NORFOLK, VA 23507 | 65060 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH H MALGREN<br>1148 UNDERHILL DR<br>PLACENTIA, CA 92870 | 9772 | Motors Liquidation Company | $59,832.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH H NORD<br>2651 NE 47TH ST<br>LIGHTHOUSE POINT, FL 33064 | 19672 | Motors Liquidation Company | $2,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH HALEY, JR, IRA<br>JOSEPH HALEY<br>PO BOX 686<br>BRANDON, FL 33509 | 17355 | Motors Liquidation Company | $29,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH HENRY LAROSE<br>TOD DTD 04/03/2008<br>113 NW 52ND CT<br>POMPANO BEACH, FL 33064 | 8458 | Motors Liquidation Company | $2,700.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH HOFFER AND DONNA HOFFER<br>271 PELICAN DR N<br>OLDSMAR, FL 34677 | 4149 | Motors Liquidation Company | $9,978.48 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH I FALKENSTEIN TTEE<br>JOSEPH FALKENSTEIN INC MPP<br>U/A DTD 01/01/1987 FBO J FALKE<br>21 COGGINS LN<br>WEST ORANGE, NJ 07052 | 27909 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH I MCGREW<br>2020 N VERNON ST<br>DEARBORN, MI 48128 | 64410 | Motors Liquidation Company | $2,003.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH J HORVATH (IRA)<br>FCC AS CUSTODIAN<br>7 NINTH AVENUE<br>ROEBLING, NJ 08554 | 18036 | Motors Liquidation Company | $7,290.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH J IMBRIALE ROTH IRA<br>FCC AS CUSTODIAN<br>2 DORANNE LANE<br>MIDDLETOWN, NJ 07748 | 8578 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 35

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOSEPH J JANY<br>846 POPLAR LN<br>DEERFIELD, IL 60015 | 3670 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH J JANY<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>846 POPLAR LN<br>DEERFIELD, IL 60015 | 12091 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH J JANY<br>N B CHARLES SCHWAB A/C 4710-9949<br>846 POPLAR LN<br>DEERFIELD, IL 60015 | 12092 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH J LISA JR AND<br>LORETTA G LISA JTWROS<br>37 CHEW LANE<br>SEWELL, NJ 08080 | 6512 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH J MARZ<br>283 NEILSON CT<br>SUNBURY, OH 43074 | 15976 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH J MCFADDEN<br>51 GOULD PL<br>CALDWELL, NJ 07006 | 30190 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH J MORIN  ELAINE MORIN<br>JOSHEPH MORIN<br>1208 FAULKNER COURT<br>MAHWAH, NJ 07430 | 69260 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH J MUKAMAL<br>61 SOUTHGATE CIRCLE<br>MASSAPEQUA PARK, NY 11762 | 18525 | Motors Liquidation Company | $26,046.88 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH J RATTO<br>JOSEPH J RATTO TTEE<br>6233 BUENAVENTURA AVE<br>OAKLAND, CA 94605 | 8448 | Motors Liquidation Company | $7,628.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| JOSEPH J ZALUPSKI & VILMA E ZALUPSKI JT TEN 3301 BAYSHORE BLVD #1504 TAMPA, FL 33629 | 48433 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH JOHN RATTO CHARLES SCHWAB & CO INC CUST SEP-IRA 6233 BUENAVENTURA AVE OAKLAND, CA 94605 | 8449 | Motors Liquidation Company | $7,630.65 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH KEMPER AND KATHRYN KEMPER JOSEPH KEMPER 4639 NEWBERNE RD COXS MILLS, WV 26342 | 13256 | Motors Liquidation Company | $50,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH KREGER 299 WINCHESTER ST ROCHESTER, NY 14615 | 15676 | Motors Liquidation Company | $10,417.39 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH KROCHAK 897 NW 23RD LN DELRAY BEACH, FL 33445 | 8219 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH KRZEMINSKI 14312 VINTAGE  CT ORLAND PARK, IL 60462 | 13217 | Motors Liquidation Company | $51,873.33 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH L CAHILL 2931 FRENCH AVE LAKE WORTH, FL 33461 | 4568 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH L GIUNTA AND JUDITH W GIUNTA JTWROS 18 HAMPSHIRE RD MIDLAND PARK, NJ 07432 | 62181 | Motors Liquidation Company | $35,013.80 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH L KOZLOSKY 55 WEATHERWOOD PL LAVONIA, GA 30553 | 2771 | Motors Liquidation Company | $27,375.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH L METIVIER 47 LIBERTY POLE RD HINGHAM, MA 02043 | 19929 | Motors Liquidation Company | $10,155.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOSEPH L R & JEANNE T PINARD<br>107 BINNACLE DR<br>NEWPORT NEWS, VA 23602 | 29505 | Motors Liquidation Company | $20,030.70 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH L. MIDLER TTEE<br>15020 GREENLEAF STREET<br>SHERMAN OAKS, CA 91403 | 62350 | Motors Liquidation Company | $21,425.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH LANCER<br>228 RICHMOND C<br>DEERFIELD BEACH, FL 33442 | 62009 | Motors Liquidation Company | $419,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH LANCER<br>SUZANNE LANCER<br>228 RICHMOND C<br>DEERFIELD BEACH, FL 33442 | 62010 | Motors Liquidation Company | $120,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH LANCER<br>JOSEPH LANCER<br>228 RICHMOND C<br>DEERFIELD BEACH, FL 33442 | 62011 | Motors Liquidation Company | $225,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH LARRY TOWERY<br>2712 E WIMSATT CT<br>OWENSBORO, KY 42303 | 7115 | Motors Liquidation Company | $24,126.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH LICHTENBERG TTEE<br>MURRAY LICHTENBERG IRREV TRUST<br>U/A/D 05-17-1999<br>FBO JOSEPH LICHTENBERG<br>3 SIOUX CIRCLE<br>ANDOVER, MA 01810 | 11343 | Motors Liquidation Company | $26,031.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH LONGO IRA<br>FCC AS CUSTODIAN<br>42 MEADOW BROOK LANE<br>ORMOND BEACH, FL 32174 | 4105 | Motors Liquidation Company | $25,162.10 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH LYNN &  RUTH LYNN<br>CO-TTEES JOSEPH LYNN AND RUTH<br>LYNN TRUST U/A/D 03/27/87<br>2960 N LAKE SHORE DR APT 903<br>CHICAGO, IL 60657 | 63229 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOSEPH M BANISH<br>311 WEDGEWOOD DR<br><br>POTTSTOWN, PA 19465 | 7116 | Motors Liquidation Company | $1,950.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH M COONELLY JR TTEE<br>THE COONELLY LIV TRUST<br>DTD 4/27/95<br>516 ANDREW RD<br>SPRINGFIELD, PA 19064 | 15512 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH M DEMAIO &<br>NATALIE A DEMAIO JT TEN<br>116 CHERRY HILL TER<br>BERLIN, CT 06037 | 6601 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH M GANNAM<br>PO BOX 10085<br><br>SAVANNAH, GA 31412<br>UNITED STATES OF AMERICA | 7896 | Motors Liquidation Company | $719.20 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH M MOTZKO<br>1334 ESTRIDGE DR<br><br>ROCKLEDGE, FL 32955 | 23237 | Motors Liquidation Company | $10,102.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH M ROSS<br>36634 AUDREY RD<br><br>NEW BALTIMORE, MI 48047 | 3303 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH M ROSS<br>36634 AUDREY RD<br><br>NEW BALTIMORE, MI 48047 | 3304 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH M WERNE<br>JUNE A WERNE JT TEN<br>PO BOX 108<br>DIAMOND POINT, NY 12824 | 20309 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH MADDEN<br>1401 5TH AVENUE WEST, #103<br><br>SEATTLE, WA 98119<br>UNITED STATES OF AMERICA | 21758 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOSEPH MANZI & GLORIA MANZI JT WROS 155 RIDGE RD RUMSON, NJ 07760 | 7515 | Motors Liquidation Company | $53,838.34 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH MASSERIA 118 SYLVIA ST STATEN ISLAND, NY 10312 | 2952 | Motors Liquidation Company | $6,457.10 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH MAULER & RUTH MAULER 6719 SOUTHPORT DR BOYNTON BEACH, FL 33472 | 4140 | Motors Liquidation Company | $25,509.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH MELONE JOSEPH MELONE ESQUIRE 564 MAIN STREET SUITE 300 WALTHAM, MA 02452 | 63232 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH N PETRYKOWSKI 43267 FORTNER DR STERLING HEIGHTS, MI 48313 | 11960 | Motors Liquidation Company | $2,619.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH O POMAVILLE TRUSTEE 835 WINN LK RD LAPEER, MI 48446 | 10585 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH P AND MARJORIE A FREIJE PO BOX 263 FRANKLIN, IN 46131 | 5668 | Motors Liquidation Company | $21,914.04 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH P BRZOSTOWSKI 7 HILLSIDE PL MILTON, PA 17847 | 7914 | Motors Liquidation Company | $10,090.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH P MULL & CORNELIA JO MULL JTWROS 4355 GEORGETOWN SQ RD APT 235 ATLANTA, GA 30338 | 7423 | Motors Liquidation Company | $44,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH P OCCHIUTO  PATRICIA OCCHIUTO C/O JOSEPH P OCCHIUTO PO BOX 127 PAWLEYS ISLAND, SC 29585 | 11575 | Motors Liquidation Company | $24,707.57 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOSEPH P OLIVELLE<br>10300 MORADO COVE<br>UNIT #704<br>AUSTIN, TX 78759 | 16770 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH P SEIAMAN<br>PO BOX 12<br>RONCO, PA 15476 | 14506 | Motors Liquidation Company | $4,451.54 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH P. LONGO<br>TOD ACCOUNT<br>42 MEADOW BROOK LANE<br>ORMOND BEACH, FL 32174 | 4103 | Motors Liquidation Company | $25,595.80 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH PALMIERI<br>MARYANNE PALMIERI<br>17 POLLY DR<br>HUNTINGTON, NY 11743 | 62762 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH PALMIERI & MARYANNE PALMIERI<br>17 POLLY DR<br>HUNTINGTON, NY 11743 | 27098 | Motors Liquidation Company | $26,587.89 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH PALMIERI ACF<br>CIARA J. PALMIERI U/NY/UTMA<br>17 POLLY DRIVE<br>HUNTINGTON, NY 11743 | 62756 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH PALMIERI ACF<br>KATHERINE PALMIERI U/NY/UTMA<br>17 POLLY DRIVE<br>HUNTINGTON, NY 11743 | 62758 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH PALMIEU & MARY ANNE PALMIEU<br>17 POLLY DR<br>HUNTINGTON, NY 11743 | 27097 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH PELIGAL<br>16-18 EBERLIN DR<br>FAIRLAWN, NJ 07410 | 7928 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH PRAINO<br>CHRISTINE A PRAINO<br>JTWROS<br>16 VALLEYVIEW RD<br>ELMSFORD, NY 10523 | 19402 | Motors Liquidation Company | $35,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOSEPH R & CAROL J TOMCAVAGE CO-TTEES FBO JOSEPH R TOMCAVAGE REVOCABLE TRUST UTA DTD 2/10/92<br>1841 WINDSONG LANE<br>LANCASTER, PA 17602 | 1986 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH R CAMPBELL<br>2A HERITAGE HILLS<br>SOMERS, NY 10589 | 22506 | Motors Liquidation Company | $4,375.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH R CURCIO & MARGENE CROSLAND<br>JOSEPH R CURCIO &<br>MARGENE CROSLAND TENCOM<br>3938 E GRANT RD #210<br>TUCSON, AZ 85712 | 7002 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH R GONZALEZ AND GERARD W SUDELL JT TEN<br>24403 75TH AVE E<br>MYAKKA CITY, FL 34251 | 4426 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH R LANTZ<br>CGM IRA ROLLOVER CUSTODIAN<br>309 STONEWALL RD<br>BALTIMORE, MD 21228 | 33550 | Motors Liquidation Company | $10,030.80 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH R TOMCAVAGE<br>1841 WINDSONG LN<br>LANCASTER, PA 17602 | 4678 | Motors Liquidation Company | $24,969.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH RESNICK IRA (SMITH BARNEY)<br>C/O JOSEPH RESNICK<br>9200 CORONADO TER<br>FAIRFAX, VA 22031 | 19546 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH ROBERT LANCIANO & KATHRYN A LANCIANO JT TEN<br>1708 MAYFAIR PL<br>CROFTON, MD 21114 | 7781 | Motors Liquidation Company | $1,898.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH ROKOW<br>21207 WHITE OAK AVE<br>BOCA RATON, FL 33428 | 17767 | Motors Liquidation Company | $100,376.67 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH RUSCITTI IRA<br>FCC AS CUSTODIAN<br>12780 NORTH STAR DRIVE<br>NORTH ROYALTON, OH 44133 | 1926 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Seventh Omnibus Objection

## Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOSEPH S ANDERSON & MIMI P ANDERSON<br>90 WOODLAND COVE<br><br>BOLIVAR, TN 38008 | 67787 | Motors Liquidation Company | $20,940.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH S LEBLANC<br>206 HILLTOP CIRCLE<br><br>NEW IBERIA, LA 70563 | 6726 | Motors Liquidation Company | $26,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH S SMYRSKI<br>CLEARVIEW IRA C/F JOSEPH S SMYRSKI<br>2397 CHESTNUT GROVE CHURCH ROAD<br>SPARTA, NC 28675 | 19623 | Motors Liquidation Company | $16,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH SACK<br>DESIGNATED BENE PLAN/TOD<br>1581 S. MANNING #4<br>LOS ANGELES, CA 90024 | 33387 | Motors Liquidation Company | $195,258.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH SAGGIOMO<br>334 NEW CASTLE LN<br><br>LOGAN TOWNSHIP, NJ 08085 | 14057 | Motors Liquidation Company | $7,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH SCHAUB<br>3920 N GREEN BAY RD<br>#32<br>RACINE, WI 53404 | 12886 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH SCHUBACH<br>630 SHORE RD #623<br><br>LONG BEACH, NY 11561 | 3288 | Motors Liquidation Company | $8,790.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH SCOTT ANDREWS & KATHLEEN G ANDREWS<br>JT TEN<br>2917 ARABIAN PL<br>MARIETTA, GA 30062 | 26912 | Motors Liquidation Company | $4,298.56 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH SKOK<br>4 ALPINE TERRACE<br><br>SPARTA, NJ 07871 | 8851 | Motors Liquidation Company | $9,375.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH STAMMELMAN<br>704 B HERITAGE VILLAGE<br><br>SOUTHBURY, CT 06488 | 6668 | Motors Liquidation Company | $1,606.76 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOSEPH SYKNOR JR & EVELINE A SYKORA JT TEN<br>22531 WATERBURY ST<br><br>WOODLAND HILLS, CA 91364 | 67621 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH T AND PHYLLIS L BRENNAN<br>910 WEST 131 TERRACE<br><br>KANSAS CITY, MO 64145 | 15781 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH T BUCK JR<br>JOSEPH T BUCK JR FBO<br>15393 BELLAMAR CIRCLE<br>APT 524<br>FORT MYERS, FL 33908 | 23912 | Motors Liquidation Company | $5,077.55 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH T BUCK JR TTEE<br>JOSEPH T BUCK JR<br>15393 BELLAMAR CIRCLE<br>APT 524<br>FORT MYERS, FL 33908 | 23913 | Motors Liquidation Company | $2,561.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH T HUMBACH<br>9929 BASSETT<br><br>LIVONIA, MI 48150 | 22961 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH T ROURKE JR IRA<br>FCC AS CUSTODIAN<br>5 TOWN FARM RD<br>MONSON, MA 01057 | 64617 | Motors Liquidation Company | $19,475.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH T WASHKO<br>#7 FERNCREEK DR<br><br>ROLLING HILLS ESTATES, CA 90274 | 22097 | Motors Liquidation Company | $50,877.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH T WASHKO<br>#7 FERNCREEK DR<br><br>ROLLING HILLS ESTATES, CA 90274 | 22098 | Motors Liquidation Company | $42,381.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH TODINO<br>2133 BRIDGE AVE<br><br>PT PLEASANT, NJ 08742 | 28924 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOSEPH V NAZARETH & NORINE C NAZARETH & LYNNE V NAZARETH JT TEN 6486 TORREYANNA CIRCLE CAARSLBAD, CA 92008 | 64482 | Motors Liquidation Company | $9,875.48 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH V PAPASSO (IRA) 870 WOODCHUCK DR MT LAUREL, NJ 08054 | 43912 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH V. PALMIERI ACF JACK PALMIERI U/NY/UTMA 17 POLLY DRIVE HUNTINGTON, NY 11743 | 62757 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH V. PALMIERI ACF JASON PALMIERI U/NY/UTMA 17 POLLY DRIVE HUNTINGTON, NY 11743 | 62759 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH W BERLINGER 7940 AMETHYST LAKE POINT LAKE WORTH, FL 33467 | 9477 | Motors Liquidation Company | $10,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH W FRIED FAMILY TRUST JOSEPH W FRIED TRUSTEE 4619 NAGLE AVE SHERMAN OAKS, CA 91423 | 7611 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH W FRIED FAMILY TRUST JOSEPH W FRIED TRUSTEE 4619 NAGLE AVE SHERMAN OAKS, CA 91423 | 9595 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH W GROSSKOPF AND CATHERINE GROSSKOPF JTWROS 6046 N ST LOUIS CHICAGO, IL 60659 | 62415 | Motors Liquidation Company | $19,570.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH W LANG & LORETTA A LANG MR JOSEPH W LANG 1230 N HAMLIN AVE PARK RIDGE, IL 60068 | 7396 | Motors Liquidation Company | $27,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOSEPH W MADDEN JR. TRUST<br>JOSEPH W MADDEN JR TTEE<br>FBO JOSEPH W. MADDEN JR TR UTA DTD 11-15-95<br>60 BROADWALK<br>PARK RIDGE, IL 60068 | 8568 | Motors Liquidation Company | $25,200.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH W SLATER REV LIV TR<br>JOSEPH W SLATER TTEE<br>10730 TEAL TRAIL<br>RICHMOND, IL 60071 | 3446 | Motors Liquidation Company | $44,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH W YOUNG AND<br>DELORES J YOUNG JTWROS<br>21672 KAISER RD<br>GREGORY, MI 48137 | 7988 | Motors Liquidation Company | $16,119.44 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPH, REINER & WIERNICKI, PC<br>PROFIT SHARING<br>15057 BUTTERCHURN LN<br>SILVER SPRING, MD 20905 | 6373 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPHINE A ZOGBY<br>JOSEPHINE A ZOGBY ESTATE<br>JAMES E. ZOGBY, EXECUTOR<br>7019 N STRATTON CT<br>PEORIA, IL 61615 | 68795 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPHINE G HALLER<br>19771 CR 444<br>LINDALE, TX 75771 | 18595 | Motors Liquidation Company | $4,808.54 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPHINE LANDMAN<br>1500 PALISADE AVE APT 8-B<br>FORT LEE, NJ 07024 | 23399 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPHINE MARY CREEK<br>1273 WATER CLIFF DR<br>BLOOMFIELD, MI 48302 | 12837 | Motors Liquidation Company | $46,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPHINE PERRI<br>409 E LOWELL AVE<br>MISHAWAKA, IN 46545 | 9145 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPHINE PRASHNER<br>202 CORONET LANE<br>SAN ANTONIO, TX 78216 | 21209 | Motors Liquidation Company | $9,780.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| JOSEPHINE S ROTHERMEL<br>114 LONGVIEW CIRCLE<br><br>MEDIA, PA 19063 | 27624 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPHINE STOKES<br>1425 33RD AVE S<br><br>SEATTLE, WA 98144 | 33249 | Motors Liquidation Company | $19,786.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSEPHINE Y PUGSLEY<br>2171 HANNIBAL ST<br><br>SALT LAKE CITY, UT 84106 | 13191 | Motors Liquidation Company | $14,576.01 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSHUA ABRAMSON<br>245 EAST 54 ST APT 20H<br><br>NEW YORK, NY 10022 | 27258 | Motors Liquidation Company | $15,302.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSHUA BRETT WOLPERT<br>1486 STEPHEN MARC LANE<br><br>EAST MEADOW, NY 11554 | 18040 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOSIE STONE AND MARVIN K STONE JTWROS<br>411 WILLIAM ST<br><br>PISCATAWAY, NJ 08854 | 10907 | Motors Liquidation Company | $74,980.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOY L ASTORINO<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>2311 GUNN RD<br>CARMICHAEL, CA 95608 | 7726 | Motors Liquidation Company | $1,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOY LAKE INC.<br>15500 DONNYBROOK CT<br><br>RENO, NV 89511 | 7634 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOY MURCHISON KELLY TTEE<br>JOYE MURCHISON KELLY TR DTD 7/6/89<br>1243 LAS BRISAS<br>WINTER HAVEN, FL 33881 | 7094 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOY SPENCE TTEE<br>SPENCE REVOCABLE TRUST<br>634 CURTNER AVE<br>CAMPBELL, CA 95008<br>UNITED STATES OF AMERICA | 22491 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| JOYCE A BOWMAN<br>636 SAINT ST<br><br>RICHLAND, WA 99354 | 63615 | Motors Liquidation Company | $7,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOYCE A KAUFMANN<br>57 HAMMOND RD<br><br>SEA CLIFF, NY 11579 | 16959 | Motors Liquidation Company | $16,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOYCE A MOREY<br>410 MORRIS BLVD<br><br>TOMS RIVER, NJ 08753 | 15740 | Motors Liquidation Company | $10,731.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOYCE A SPAT LIVING TRUST<br>JOYCE A SPAT TTEE<br>U/A DTD 07/24/2006<br>18841 W. MAPLE AV.<br>GRAYSLAKE, IL 60030 | 63201 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOYCE A WEISBERG<br>13 WELLINGTON PLACE<br><br>MONROE TWP, NJ 08831 | 15787 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOYCE AMELIA THURMAN<br>169 TESSIE DR<br><br>JACKSONS GAP, AL 36861 | 7335 | Motors Liquidation Company | $50,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOYCE ANN O'NEILL<br>4512 WOODFIELD RD<br><br>KENSINGTON, MD 20895 | 10855 | Motors Liquidation Company | $12,500.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOYCE AYLWARD<br>15221 FEINTRY PLACE<br><br>MIAIMI LAKES, FL 33016 | 11112 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOYCE B ROEDING<br>2308 OLIVE BRANCH DR<br><br>SUN CITY CENTER, FL 33573 | 9053 | Motors Liquidation Company | $50,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOYCE C BREITMAN TTEE<br>JOYCE C BREITMAN REV TR U/A<br>DTD 10/04/2002<br>4357 S MCNAY CT<br>WEST BLOOMFIELD, MI 48323 | 11982 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 48

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOYCE D EDMONDS<br>3014 PANORAMA BROOK CIRCLE<br>BIRMINGHAM, AL 35216 | 31522 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOYCE DILLARD<br>23053 N STARBIRD RD<br>MT VERNON, WA 98274 | 17392 | Motors Liquidation Company | $1,050.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOYCE E DUFFIELD<br>11015 ROESSNER AVE<br>HAGERSTOWN, MD 21740 | 19742 | Motors Liquidation Company | $5,720.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOYCE E RECH<br>1209 ASHLEY DR<br>IOWA CITY, IA 52246 | 61041 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOYCE E STERN<br>JOYCE E STERN IRA<br>5612 E ALTA VISTA ST<br>TUCSON, AZ 85712 | 60394 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOYCE E THOMAS IRA<br>FCC AS CUSTODIAN<br>204 47TH AVENUE DR W UNIT 127<br>BRADENTON, FL 34207 | 37187 | Motors Liquidation Company | $27,503.24 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOYCE E THOMAS R/O IRA<br>FCC AS CUSTODIAN<br>204 47TH AVENUE DR W APT 127<br>BRADENTON, FL 34207 | 37035 | Motors Liquidation Company | $41,227.40 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOYCE GREER<br>515 E 79TH APT 18E<br>NEW YORK, NY 10075 | 22772 | Motors Liquidation Company | $25,403.26 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOYCE H JESSMORE, STEVEN C JESSMORE & LISA JESSMORE<br>1741 SULLIVAN DR<br>SAGINAW, MI 48638 | 9041 | Motors Liquidation Company | $11,875.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOYCE H PATRICK<br>77 CHOCTAW RIDGE<br>BLUE RIDGE, GA 30513 | 8743 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOYCE HABER GOLDSTEIN TTEE<br>MORRIS HABER TRUST<br>U/A DTD 11/23/1983<br>5748 SWAYING PALM LANE<br>BOYNTON BEACH, FL 33437 | 11009 | Motors Liquidation Company | $9,476.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOYCE I FISLER<br>922 W MCCULLOCH BLVD N<br>PUEBLO WEST, CO 81007 | 7933 | Motors Liquidation Company | $9,384.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOYCE JOSEPH DEROUSSE TRUST U/A DATED 11/04/94<br>JOYCE J DEROUSSE TRUSTEE<br>2012 STANFORD PLACE<br>EDWARDSVILLE, IL 62025 | 10990 | Motors Liquidation Company | $26,387.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOYCE K HUGHES IRA<br>113 CLAYTON RD<br>HATBORO, PA 19040 | 3229 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOYCE K. HOLWELL IRA<br>PO BOX 61<br>JOHNSBURG, NY 12843 | 11504 | Motors Liquidation Company | $19,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOYCE L THOMPSON<br>4590 N CAMINO CARDENAL<br>TUCSON, AZ 85718 | 19294 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOYCE M ASTAFAN<br>1435 HERKIMER ROAD<br>UTICA, NY 13502 | 29895 | Motors Liquidation Company | $6,620.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOYCE M KUEHNE<br>991 BURKWOOD RD<br>MANSFIELD, OH 44907 | 4272 | Motors Liquidation Company | $6,350.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOYCE M ROBERTSON<br>211 HARTFORD RD<br>KNOXVILLE, TN 37920 | 19523 | Motors Liquidation Company | $12,967.05 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOYCE N ANGEL<br>4681 S LANDINGS DR<br>FORT MYERS, FL 33919 | 43310 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifty-Seventh Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| JOYCE N. WOLTER TTEE<br>FBO JOYCE N. WOLTER<br>U/A/D 08/05/95<br>516 W. FAIRVIEW<br>ARLINGTON HTS, IL 60005 | 11796 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOYCE SILVER<br>127 GREENE STREET<br>NEW YORK, NY 10012<br>UNITED STATES OF AMERICA | 67811 | Motors Liquidation Company | $13,750.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOYCE T RIENZO<br>6230 PETALUMA DR<br>BOCA RATON, FL 33433 | 13644 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOYCE W KNOFSKY<br>TOD NAMES OF BENEFICIARIES<br>SUBJECT TO STA TOD RULES<br>15270 FIORENZA CIRCLE<br>DELRAY BEACH, FL 33446 | 2340 | Motors Liquidation Company | $2,683.61 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOYCE W MALCOLM TTEE<br>G A & J W MALCOLM EXEMPTION TR<br>U/T/A DTD 10/07/1991<br>63896 E GREENBELT LANE<br>TUCSON, AZ 85739 | 11357 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOYCEAN B GENTRY<br>549 EDGEWATER DR<br>DUNEDIN, FL 34698 | 12730 | Motors Liquidation Company | $9,700.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JT COHEN & BJ COHEN CO-TTEE<br>JEROME T COHEN REVOCABLE TRUST U/A<br>DTD 11/12/2007<br>7431 VIALE ANGELO<br>DELRAY BEACH, FL 33446 | 64453 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JUAN A MONCADA<br>15970 SW 77 CT<br>PALMETTO BAY, FL 33157 | 28759 | Motors Liquidation Company | $3,775.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JUAN CASAS<br>JUAN CASAS<br>PO BOX 1935<br>ROSWELL, GA 30077 | 44883 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JUAN N WHEATLEY & KENNETH R WHEATLEY & SANDRA WILSON & MELISSA WHEELER JT TEN<br>130 OSCAR GRAY ROAD<br>HOT SPRINGS, AR 71913 | 13428 | Motors Liquidation Company | $7,516.87 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JUANITA ARMSTRONG AND WARREN ARMSTRONG CO/TTEES UA DTD 3-14-95 JUANITA ARMSTRONG LIVING TRUST<br>C/O JUANITA ARMSTRONG<br>2401 S HORTON<br>FORT SCOTT, KS 66701<br>UNITED STATES OF AMERICA | 61920 | Motors Liquidation Company | $15,008.20 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JUANITA FENTON AND JOHN FENTON JTWROS<br>617 E WASHINGTON STREET<br>SANDUSKY, OH 44870 | 6059 | Motors Liquidation Company | $1,931.67 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JUANITA FRANZINI<br>29 CLEVELAND AVENUE<br>EAST HANOVER, NJ 07936 | 10475 | Motors Liquidation Company | $15,985.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JUANITA HUCKELBURY TTEE JUANITA HUCKELBURY LIVING TRUST U/A 12/10/98<br>1100 NORTH 9TH STREET<br>VAN BUREN, AR 72956 | 12488 | Motors Liquidation Company | $10,249.38 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JUANITA J MOXLEY IRA FCC AS CUSTODIAN U/A DTD 04/08/98<br>3615 STAUSS AVENUE<br>OROVILLE, CA 95966 | 64419 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JUANITA K WHISENAND<br>C/O GRETCHEN WHISENAND<br>7731 ELPHICK RD<br>SEBASTOPOL, CA 95472 | 11689 | Motors Liquidation Company | $5,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JUANITA S HAWKINS<br>14716 CAMINITO ORENSE OESTE<br>SAN DIEGO, CA 92129 | 29872 | Motors Liquidation Company | $13,063.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JUDDI L. SCHNEIDER<br>905 E 6TH ST<br>WASHINGTON, MO 63090 | 30812 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JUDEE M KOLB IRA<br>160 FREMONT AVE<br><br>PARK RIDGE, NJ 07656<br>UNITED STATES OF AMERICA | 15006 | Motors Liquidation Company | $262.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JUDIE L WEISS TTEE<br>FBO JUDIE L WEISS REV LIVING<br>TRUST U/A/D 01/27/00<br>3052 N. SNOW CANYON PARKWAY<br>#47<br>ST. GEORGE, UT 84770 | 6164 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JUDITH & JAMES SALVINO<br>122 N MAIN ST<br><br>WOODSTOWN, NJ 08098 | 9032 | Motors Liquidation Company | $64,685.94 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

**Claim Totals**          499

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 53

**Exhibit B**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                             :
In re                                                        :        **Chapter 11 Case No.**
                                                             :
**MOTORS LIQUIDATION COMPANY,** *et al.,*                    :        **09-50026 (REG)**
       **f/k/a General Motors Corp.,** *et al.*              :
                                                             :
                                      **Debtors.**           :        **(Jointly Administered)**
                                                             :
-------------------------------------------------------------x

### STIPULATION AND AGREED ORDER
### AMONG THE DEBTORS, WILMINGTON TRUST COMPANY,
### AND CITIBANK, N.A., SOLELY IN ITS CAPACITY AS PAYING AGENT,
### REGARDING PROOFS OF CLAIM NOS. 47871, 47872, 65729, 65793, AND 66723

Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

certain of its subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11

cases (collectively, the "**Debtors**"), Wilmington Trust Company as successor indenture trustee

("**WTC**"), and Citibank, N.A., solely in its capacity as paying agent under the 1990 Indenture

and 1995 Indenture (as defined below) (in such capacity, "**Citibank**"), together with the Debtors

and WTC, the "**Parties**"), by and through their respective undersigned counsel, hereby enter into

this Stipulation and Agreed Order (this "**Stipulation**") and stipulate as follows:

### RECITALS

A.      On June 1, 2009 (the "**Commencement Date**"), certain of the Debtors

commenced with this Court voluntary cases (the "**Chapter 11 Cases**") under chapter 11 of title

11, United States Code (the "**Bankruptcy Code**").

B.      On September 16, 2009, the Court entered an order (the "**Bar Date Order**")

establishing November 30, 2009 at 5:00 p.m. (Eastern Time) (the "**General Bar Date**") as the

deadline for each person or entity (including without limitation, each individual, partnership,

joint venture, corporation, estate, or trust) to file a proof of claim (a "**Proof of Claim**") against

certain of the Debtors, including MLC, to assert any claim (as defined in section 101(5) of the

Bankruptcy Code) that arose prior to the Commencement Date.

C.    As of the Commencement Date, MLC, as issuer, WTC, as successor indenture

trustee, and Citibank, as paying agent, were parties to (i) a Senior Indenture, dated as of

December 7, 1995, as amended (the "**1995 Indenture**," and WTC's capacity under the 1995

Indenture, the "**1995 Trustee**"), and (ii) a Senior Indenture, dated as of November 15, 1990 (the

"**1990 Indenture**," and WTC's capacity under the 1990 Indenture, the "**1990 Trustee**") pursuant

to which MLC issued senior unsecured debt securities.

D.    Prior to the General Bar Date, WTC timely filed the following four Proofs of

Claims against MLC (each, a "**WTC Claim**" and collectively, the "**WTC Claims**"):


| Claim Number | Applicable Indenture | Principal Amount of Claim Plus Fees and Interest Accrued to Petition Date |
|---|---|---|
| 65793 | 1990 Indenture | $1,419,581,281.12 |
| 47871 | 1990 Indenture | $1,419,581,281.12 |
| 65729 | 1995 Indenture | $21,928,297,131.26 |
| 47872 | 1995 Indenture | $21,928,297,131.26 |

E.    Prior to the General Bar Date, Citibank timely filed a proof of claim against MLC

in the amount of $173,063.43 [Proof of Claim No. 66723] (the "**Citibank Claim**").

F.    WTC recognizes that it is not entitled to, and does not seek, a duplicate recovery

on account of the same WTC Claim and has agreed to withdraw two of the WTC Claims, subject

to the agreements set forth in this Stipulation.

## STIPULATION AND ORDER

NOW, THEREFORE, EACH OF THE PARTIES HEREBY STIPULATES AND AGREES AS FOLLOWS:

1.    WTC Claims numbered 47871 (filed by WTC as 1990 Trustee) and 47872 (filed by WTC as 1995 Trustee) are deemed withdrawn and WTC Claims numbered 65793 (filed by WTC as 1990 Trustee) and 65729 (filed by WTC as 1995 Trustee) shall survive.

2.    With respect to principal plus interest due under the 1990 Indenture, WTC, in its capacity as the 1990 Trustee will receive and is hereby granted, on behalf of itself and the record and beneficial bondholders of debt securities issued under the 1990 Indenture an allowed general unsecured, nonpriority claim in the amount of $1,419,471,545.22 (subject to appropriate reserve and/or reduction in connection with any setoff exercised by beneficial bondholders that is authorized by this Court) (the "**1990 Debt Claim**") against MLC to be satisfied in accordance with any chapter 11 plan or plans confirmed in the Debtors' Chapter 11 Cases.

3.    With respect to principal plus interest due under the 1995 Indenture, WTC, in its capacity as the 1995 Trustee, will receive and is hereby granted, on behalf of itself and the record and beneficial bondholders of debt securities issued under the 1995 Indenture, an allowed general unsecured nonpriority claim in the amount of $21,928,183,895.36 (subject to appropriate reserve and/or reduction in connection with any setoff exercised by beneficial bondholders that is authorized by this Court) (the "**1995 Debt Claim**," together with the 1990 Debt Claim, the "**Debt Claims**").

4.    With respect to the prepetition fees and expenses incurred by WTC under the 1990 Indenture, WTC shall receive an allowed claim of $109,735.90 (the "**1990 WTC Fee Claim**"), and with respect to the prepetition fees and expenses incurred by WTC under the 1995

Indenture, WTC shall receive an allowed claim of $113,235.90  (the "**1995 WTC Fee Claim**,"

together with the 1990 WTC Fee Claim, the "**WTC Fee Claims**").

5.      With respect to the prepetition paying agency fees and expenses incurred by

Citibank under the Indentures, the Citibank Claim shall be allowed in the amount of $162,333.71

(the "**Citibank Fees and Expenses Claim**," together with the WTC Fee Claims, the "**Fees and

Expenses Claims**").

6.      To the extent the Fees and Expenses Claims are not paid in full, in cash, pursuant

to a plan of reorganization and/or liquidation of MLC, (a) the amount of such fees and expenses

that remain unpaid shall constitute an allowed general unsecured, nonpriority claim against MLC

held by WTC and/or Citibank, as applicable, to be satisfied in accordance with any chapter 11

plan or plans confirmed in the Debtors' Chapter 11 Cases and (b) WTC and Citibank, pursuant to

section 7.06 of the 1990 Indenture and section 7.06 of the 1995 Indenture, shall retain a charging

lien with respect to its prepetition and post-petition fees and expenses on all assets or money held

or collected by WTC or Citibank on account of the Debt Claims or otherwise.

7.      WTC will issue a notice to the Depository Trust Company and post a notice on its

website (a) notifying beneficial bondholders of the notes issued under the Indentures of the entry

of the order allowing the WTC Claims and (b) notifying such bondholders that any subsequent

claims objection filed by the Debtors seeking to disallow claims filed by bondholders on the

grounds that such claims are duplicative of the Debt Claims being allowed under the stipulation

and order will not impair bondholder's entitlement to share in plan distributions on account of

the Debt Claims in accordance with the terms of the applicable Indenture.

8.      WTC agrees that it will not object to the Debtors' filing of objections to Proofs of

Claims filed by record and beneficial holders of debt securities arising out of or relating to the

1990 Indenture and/or the 1995 Indenture on the grounds that such Proofs of Claim are duplicative of the Debt Claims allowed pursuant to this Stipulation.

9.    WTC waives its right to argue that the entire stated principal amount of $377,377,000 with respect to the Discount Debentures is an allowable claim.

10.    To the extent that the fees and expenses of WTC incurred after the Commencement Date are not satisfied by payment in full in cash in connection with a plan of reorganization and/or liquidation of MLC, WTC reserves the right to argue that all such fees are allowable general unsecured non-priority claims against the estate of MLC.

11.    This Stipulation contains the entire agreement between the Parties as to the subject matter hereof and supersedes all prior agreements and undertakings between the Parties relating thereto.

Dated: New York, New York
         August 5, 2010


/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Debtors and Debtors in Possession*


/s/ Keith R. Martorana
Matthew J. Williams
Keith R. Martorana

GIBSON DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Attorneys for Wilmington Trust Company, as 1990 Trustee and 1995 Truestee*

/s/ Louis A. Curcio
Maria M. Livanos
Louis A. Curcio

SONNENSCHEIN NATH & ROSENTHAL
LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6744
Facsimile:  (212) 768-6800

*Attorneys for Citibank, N.A. as Paying
Agent under the 1990 and 1995 Indentures*

So Ordered this **9th** day of **August** 2010

     **s/ Robert E. Gerber**
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
: 
In re                                                                  :          Chapter 11 Case No.
: 
**MOTORS LIQUIDATION COMPANY,** *et al.,*      :          **09-50026 (REG)**
      **f/k/a General Motors Corp.,** *et al.*             :
: 
                                     Debtors.                    :          **(Jointly Administered)**
: 
-----------------------------------------------------------------x

## ORDER GRANTING DEBTORS' FIFTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Debt Claims)

Upon the fifty-seventh omnibus objection to claims, dated August 13, 2010 (the

"**Fifty-Seventh Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a

General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the

"**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy**

**Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"),

and this Court's supplemental order establishing supplemental rules and authority for filing

omnibus objections to certain debt claims (the "**Supplemental Procedures Order**") [Docket No.

6238], seeking entry of an order disallowing and expunging the Duplicate Debt Claims on the

grounds that such claims are duplicative of either Claim 65793 or Claim 65729, all as more fully

described in the Fifty-Seventh Omnibus Objection to Claims; and due and proper notice of the

Fifty-Seventh Omnibus Objection to Claims having been provided, and it appearing that no other

or further notice need be provided; and the Court having found and determined that the relief

sought in the Fifty-Seventh Omnibus Objection to Claims is in the best interests of the Debtors,

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Debtors' Fifty-Seventh Omnibus Objection to Claims.

their estates, creditors, and all parties in interest and that the legal and factual bases set forth in

the Fifty-Seventh Omnibus Objection to Claims establish just cause for the relief granted herein;

and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Fifty-Seventh Omnibus Objection to

Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on **Exhibit "A"** (the "**Order Exhibit**") annexed hereto under the heading "*Claims to be

Disallowed and Expunged*" (collectively, the "**Duplicate Debt Claims**") are disallowed and

expunged; and it is further

ORDERED that, if applicable, the Fifty-Seventh Omnibus Objection to Claims is

adjourned with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Objection Adjourned*" (the "**Adjourned Claims**") to the date indicated on the Order

Exhibit, subject to further adjournments (such actual hearing date, the "**Adjourned Hearing

Date**"), and the Debtors' response deadline with respect to the Adjourned Claims shall be 12:00

noon (Eastern Time) on the date that is three (3) business days before the Adjourned Hearing

Date; and it is further

ORDERED that, if applicable, the Fifty-Seventh Omnibus Objection to Claims is

withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Objection Withdrawn*"; and it is further

ORDERED that, if applicable, the Fifty-Seventh Omnibus Objection to Claims is

withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Claim Withdrawn*," as those claims have been withdrawn by the corresponding

claimant; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly

reserved with respect to, (i) any claim listed on Exhibit "A" annexed to the Fifty-Seventh

Omnibus Objection to claims under the heading "*Claims to be Disallowed and Expunged*" that is

not listed on the Order Exhibit annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
       _____, 2010

_____
United States Bankruptcy Judge