Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                         :

**In re**                         :        **Chapter 11 Case No.**
                         :

**MOTORS LIQUIDATION COMPANY,** *et al.,*  :       **09-50026 (REG)**
      **f/k/a General Motors Corp.,** *et al.*  :

                  **Debtors.**    :        **(Jointly Administered)**
                         :
-------------------------------------------------------------x

<u>**NOTICE OF DEBTORS' SIXTIETH OMNIBUS OBJECTION TO CLAIMS**</u>
**(Duplicate Debt Claims)**

      **PLEASE TAKE NOTICE** that on August 13, 2010, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their sixtieth omnibus objection to claims (the "**Objection**"), and that a

hearing (the "**Hearing**") to consider the Objection will be held before the Honorable Robert E.

Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for

the Southern District of New York, One Bowling Green, New York, New York 10004, on

**September 24, 2010 at 9:45 a.m. (Eastern Time),** or as soon thereafter as counsel may be

heard.

**PARTIES LISTED ON EXHIBIT "A" ANNEXED TO THE OBJECTION (THE "<u>CLAIMANTS</u>") (AND THEIR COUNSEL, IF KNOWN) WILL RECEIVE A PERSONALIZED NOTICE OF THE OBJECTION, RATHER THAN THE ENTIRE OBJECTION.**

This Objection does not affect a Claimant's ability to receive distributions as a beneficial bondholder under the claims filed by the indenture trustee of the Debtors' public debentures.  If a Claimant disagrees with the Objection's treatment of the Claimant's claim, the Claimant may call the Debtors to try and resolve the Claimant's concerns at **1-800-414-9607**.  If a Claimant is unable to resolve the Claimant's concerns with the Debtors before the deadline to respond, then the Claimant <u>must</u> file and serve a written response (a "**Response**") to the Objection in accordance with this notice, and the Claimant <u>must</u> appear at the Hearing described below.

A Claimant may participate in the Hearing telephonically provided that the Claimant complies with the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider."  A Claimant must also provide prior written notice by mail or e-mail of the Claimant's telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Russell Brooks, Esq. (russell.brooks@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Jennifer Sharret, Esq. (jsharret@kramerlevin.com)).

**If a Claimant does not oppose the disallowance and expungement of the Claimant's claim, then the Claimant does not need to file a Response or appear at the Hearing.**

**PLEASE TAKE FURTHER NOTICE THAT** the Hearing on the Objection is scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on **September 24, 2010 at 9:45 a.m. (Eastern Time)**.  If a Claimant files a Response to the Objection, the Claimant should plan to appear at the Hearing either in person or telephonically.  The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to the Claimant's claim.  If the Debtors do continue the Hearing with respect to the Claimant's claim, then the Hearing will be held at a later date.  If the Debtors do not continue the Hearing with respect to the Claimant's claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **September 17, 2010 at 4:00 p.m. (Eastern Time)**.  Only those Responses that are timely will be considered at the Hearing.  A Claimant's Response will be deemed timely only if it is:  (a) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov) before the deadline for Responses **or** (b) **actually** received on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format and in hard copy at each of the following addresses on or before the deadline for response:

A.    Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;

B.    Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and

       C.       Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Jennifer Sharret, Esq.).

A Claimant's response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number, and the number of the Objection to which the response is directed; (ii) the name of the Claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which the Claimant will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which the Claimant will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to the Claimant's response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person that can be contacted in connection with the Objection.

If a Claimant has any questions about this notice or the Objection, <u>please contact</u> the Debtors at **1-800-414-9607**.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

**PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief requested in the Objection without further notice or a hearing if a Claimant fails to file a timely Response or appear at the Hearing.**

Dated: New York, New York
      August 13, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                          :
In re                                     :    Chapter 11 Case No.
                                          :
MOTORS LIQUIDATION COMPANY, et al.,       :    09-50026 (REG)
        f/k/a General Motors Corp., et al.:
                                          :
                              Debtors.    :    (Jointly Administered)
                                          :
------------------------------------------------------------x
```

<u>**DEBTORS' SIXTIETH OMNIBUS OBJECTION TO CLAIMS**</u>
**(Duplicate Debt Claims)**

---

THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.
CLAIMANTS THAT ARE THE SUBJECT OF THIS OBJECTION SHOULD LOCATE THEIR NAMES AND
CLAIMS ON EITHER THE EXHIBIT ATTACHED TO THIS OBJECTION OR ON THEIR PERSONALIZED
NOTICE.

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) and its

affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully represent:

<u>**Relief Requested**</u>

1.    The Debtors file this sixtieth omnibus objection to claims (the "**Sixtieth Omnibus Objection to Claims**") pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this Court's supplemental order establishing supplemental rules and authority for filing omnibus objections to certain debt claims (the "**Supplemental Procedures Order**") [Docket No. 6238], seeking entry of an order disallowing and expunging the claims listed on **Exhibit "A"** annexed hereto.[1]

2.    The Debtors have examined the proofs of claim identified on Exhibit "A" and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed and Expunged*" (collectively, the "**Duplicate Debt Claims**") are duplicative of either (1) the global Proof of Claim No. 65793 ("**Claim 65793**") filed by Wilmington Trust Company ("**WTC**"), in its capacity as successor indenture trustee of the Senior Indenture, dated as of November 15, 1990 (the "**1990 Indenture**") or (2) the global Proof of Claim No. 65729 ("**Claim 65729**") filed by WTC, in its capacity as successor indenture trustee of the Senior Indenture, dated as of December 7, 1995, as amended (the "**1995 Indenture**").  The amounts asserted by WTC in Claim 65793 and Claim 65729 have been reconciled and allowed under a stipulation, approved and entered by the Court on August 9, 2010 (the "**WTC Stipulation**") [Docket No. 6595], a copy of which is annexed hereto as **Exhibit "B."**  The Debtors, therefore, seek entry of an order disallowing and expunging from the claims register the Duplicate Debt Claims.

---

[1] Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com. A link to the claims register is located under the "Claims Information" tab.  Creditors without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City Group, Inc. at 1-703-286-6401.

3.      This Sixtieth Omnibus Objection to Claims does not affect the ability of

an Individual Bondholder (as hereinafter defined) to participate in accordance with the WTC

Stipulation.  Further, the Debtors reserve all their rights to object on any other basis to any

Duplicate Debt Claim as to which the Court does not grant the relief requested herein.

## Jurisdiction

4.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

5.      On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**Realm/Encore Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Case Number 09-50026 (REG).  On September 15, 2009,

the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs,

which were amended on October 4, 2009.  On October 15, 2009, the Realm/Encore Debtors filed

their schedules of assets and liabilities and statements of financial affairs.

6.      On September 16, 2009, this Court entered an order [Docket No. 4079]

establishing November 30, 2009 as the deadline for each person or entity to file a proof of claim

in the Initial Debtors' cases, including governmental units.  On December 2, 2009, this Court

entered an order [Docket No. 4586] establishing February 1, 2010 as the deadline for each

---

[2] The Initial Debtors are Motors Liquidation Company (f/k/a General Motors Corporation), MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3] The Realm/Encore Debtors are Remediation and Liability Management Company, Inc., and Environmental Corporate Remediation Company, Inc.

person or entity to file a proof of claim in the Realm/Encore Debtors' cases (except

governmental units, as defined in section 101(27) of the Bankruptcy Code, for which the Court

established June 1, 2010 as the deadline to file proofs of claim).

7.    Among the tens of thousands of proofs of claim the Debtors received,

approximately 18,000 proofs of claim have been filed by claimants seeking the repayment of

principal, interest, and fees and expenses that relate to dollar-denominated debt securities issued

by the Debtors pursuant to the 1990 Indenture and the 1995 Indenture (each, a "**Debt Claim**,"

and the holder of such Debt Claim, an "**Individual Bondholder**").  The Debtors believe that all

of the Debt Claims filed by Individual Bondholders are duplicative of the claims allowed in

favor of WTC for the benefit of all Individual Bondholders in accordance with the WTC

Stipulation.

8.    On August 9, 2010, the Court entered the WTC Stipulation signed by the

Debtors, WTC, and Citibank, N.A., solely in its capacity as paying agent under the 1990

Indenture and 1995 Indenture (in such capacity, "**Citibank**"), allowing (i) Claim 65793 in the

amount of $1,419,471,545.22 (subject to appropriate reserve and/or reduction in connection with

any Court-authorized setoff exercised by Individual Bondholders) and (ii) Claim 65729 in the

amount of $21,928,183,895.36 (subject to appropriate reserve and/or reduction in connection

with any Court-authorized setoff exercised by Individual Bondholders).  Prior to entry of the

WTC Stipulation, WTC sent out a notice to all affected Individual Bondholders notifying them

of the pending approval by the Court of the WTC Stipulation.

9.    On October 6, 2009, this Court entered the Supplemental Procedures

Order, which authorizes the Initial Debtors, among other things, to file omnibus objections to no

more than 500 claims at a time with respect to Debt Claims. The claimants that are listed in

Exhibit "A" have filed Debt Claims against the Initial Debtors.

10.    The Debtors now move to expunge the Duplicate Debt Claims filed by

each Individual Bondholder as duplicative of either Claim 65793 or Claim 65729.

## **The Relief Requested Should Be Approved by the Court**

11.    A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects." 11 U.S.C. § 502(a). If an objection refuting at least one of the claim's essential

allegations is asserted, the claimant has the burden to demonstrate the validity of the claim. *See*

*In re Oneida, Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd*, No. 09 Civ. 2229 (DC),

2010 WL 234827 (S.D.N.Y. Jan. 22, 2010); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No.

02-41729 (REG), 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re*

*Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

12.    Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a

claim may not be allowed to the extent that "such claim is unenforceable against the debtor and

property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1). The

Debtors cannot be required to pay on the same claim more than once. *See, e.g., In re Finley,*

*Kumble, Wagner, Heine, Underberg, Manley, Myerson, & Casey*, 160 B.R. 882, 894 (Bankr.

S.D.N.Y. 1993) ("In bankruptcy, multiple recoveries for an identical injury are generally

disallowed."). The Debtors have reviewed the proofs of claim identified on Exhibit "A" and

believe them to be duplicative of Claim 65793 or Claim 65729. Moreover, the Debtors have no

way of confirming that any of the Individual Bondholders are, in fact, beneficial holders of a

debt instrument on the relevant dates.

13.    To avoid the possibility of multiple recoveries by the Individual

Bondholders, the Debtors request that the Court disallow and expunge in their entirety the

Duplicate Debt Claims.  Individual Bondholders, to the extent they are beneficial bondholders as of the record date under any confirmed plan of liquidation, will receive distributions under such plan from WTC in its capacity as indenture trustee.

**<u>Notice</u>**

14.    Notice of the Sixtieth Omnibus Objection to Claims has been provided to each claimant listed on Exhibit "A" by virtue of the individualized notice transmitted in accordance with the Supplemental Procedures Order and parties in interest in accordance with the Third Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures, dated April 29, 2010 [Docket No. 5670].

15.    No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the relief requested herein and such other and further relief as is just.

Dated:  New York, New York
August 13, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**Exhibit A**

US_ACTIVE:\43473395\01\72240.0639

Sixtieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| LINDA E COOPER<br>9444 E VOLTAIRE DR<br><br>SCOTTSDALE, AZ 85260 | 64113 | Motors Liquidation Company | $12,379.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINDA E KETTLER RONALD I KETTLER JT TEN<br>1030 LANDING PLACE DR<br><br>LAKE SAINT LOUIS, MO 63367 | 21457 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINDA F DENNIS<br>24 MARLBOROUGH AVE<br><br>MIDDLESEX, NJ 08846 | 5649 | Motors Liquidation Company | $3,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINDA F DENNIS TTEE PAMELA SMITH SPECIAL NEEDS TRUST<br>LINDA F DENNIS TTEE U/A DTD 8-13-08<br>PAMELA SMITH SPECIAL NEEDS TRUST<br>24 MARLBOROUGH AVE<br>MIDDLESEX, NY 08846 | 5648 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINDA F HEIERMANN TTEE POA<br>LAWRENCE O JESICK REV TRUST<br>05732 RIDGE RD<br>EAST JORDAN, MI 49727 | 15998 | Motors Liquidation Company | $253,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINDA G BRANTLEY<br>1706 15TH AVENUE<br><br>PHENIX CITY, AL 36867 | 65029 | Motors Liquidation Company | $20,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINDA GOLDBERG<br>205 PARK AVENUE #2<br><br>HOBOKEN, NJ 07030 | 68415 | Motors Liquidation Company | $5,247.80 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINDA GRAHAM & EDWARD L GRAHAM<br>JT WROS<br>6716 RICKETT<br>WASHINGTON, MI 48094 | 10547 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINDA GREENFIELD<br>3906 WEST TOWN ST<br><br>TAMPA, FL 33629 | 15899 | Motors Liquidation Company | $4,112.83 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINDA GRIFFIN FELD<br>1600 WINDING CREEK ROAD<br><br>PROSPER, TX 75078 | 11973 | Motors Liquidation Company | $24,877.49 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixtieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LINDA HIRSCH<br>6902 FOUNTAINS CIR VC-16<br><br>LAKE WORTH, FL 33467 | 43923 | Motors Liquidation Company | $45,160.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINDA JANE EVANSWOOD<br>44 IRON MILL GARTH<br><br>COCKEYSVILLE, MD 21030 | 3163 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINDA KAPISAK<br>711 GLADIOLUS STREET<br>P O BOX 2045<br>ANNA MARIA, FL 34216 | 37039 | Motors Liquidation Company | $55,709.82 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINDA KAPLAN TTEE<br>KAPLAN LIVING TRUST U/A DTD 05/29/1997<br>9755 N CALLE BUENA VISTA<br>ORO VALLEY, AZ 85737 | 2708 | Motors Liquidation Company | $15,479.90 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINDA KAPLAN TTEE<br>KAPLAN LIVING TRUST U/A<br>DTD 05/29/1997<br>9755 N CALLE BUENA VISTA<br>ORO VALLEY, AZ 85737 | 6999 | Motors Liquidation Company | $30,005.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINDA KATHLEEN DALTON<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>2280 COUNTRY LN<br>AUBURN, CA 95603 | 16235 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINDA KISTLER<br>133 HEALD ROAD<br><br>CARLISLE, MA 01741<br>UNITED STATES OF AMERICA | 21436 | Motors Liquidation Company | $12,535.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINDA KISTLER<br>133 HEALD RD<br><br>CARLISLE, MA 01741 | 21437 | Motors Liquidation Company | $24,948.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINDA L REIDLER<br>532 OAKRIDGE TRL<br><br>COPPER CANYON, TX 75077<br>UNITED STATES OF AMERICA | 7127 | Motors Liquidation Company | $3,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 2

Sixtieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| LINDA LOU CARPENTER<br>LINDA L CARPENTER<br>3627 GLENEAGLES DR #1-C<br>SILVER SPRING, MD 20906 | 44383 | Motors Liquidation Company | $3,498.20 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINDA LUCE<br>104 N FISKE RD<br>COLDWATER, MI 49036 | 62272 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINDA M HOVIS AND W MICHAEL HOVIS<br>PO BOX 1001<br>BURNSVILLE, NC 28714 | 7388 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINDA M LAKEMAN<br>495 BONNIE BRAE AVENUE<br>ROCHESTER, NY 14618 | 62302 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINDA M LICTENBERGER<br>3422 NORTHBORO CT<br>MURFREESBORO, TN 37129 | 13447 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINDA M MCINERNEY<br>1855 RATHMOR<br>BLOOMFIELD HILLS, MI 48304 | 7202 | Motors Liquidation Company | $62,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINDA M. ELY<br>15805 CHATEAU AVE<br>AUSTIN, TX 78734 | 27291 | Motors Liquidation Company | $46,659.38 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINDA MALNICK<br>155 SAINT JAMES DR<br>PIEDMONT, CA 94611<br>UNITED STATES OF AMERICA | 45275 | Motors Liquidation Company | $51,433.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINDA MARGARET ROURKE TTEE<br>LINDA ROURKE 2005 REVOCABLE TR<br>U/A DTD 11/08/2005<br>899 STAGI LN<br>LOS ALTOS, CA 94024 | 23343 | Motors Liquidation Company | $37,544.24 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINDA MARKOWITZ TTEE<br>LINDA R MARKOWITZ REV LIV TR<br>U/A/D 10-22-2007<br>22 PARK AVE<br>ARDSLEY, NY 10502 | 45145 | Motors Liquidation Company | $32,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 3

Sixtieth Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| LINDA MCLEAN<br>2730 MARILYN LN<br><br>PORT NECHES, TX 77651 | 19388 | Motors Liquidation Company | $44,199.90 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINDA MCLEAN<br>2730 MARILYN LN<br><br>PORT NECHES, TX 77651 | 19389 | Motors Liquidation Company | $23,585.37 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINDA NOVAK<br>3917 LINDEN RD<br><br>ROCKFORD, IL 61109 | 5781 | Motors Liquidation Company | $3,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINDA P LANDAW<br>2200 N CENTRAL RD 4R<br><br>FORT LEE, NJ 07024 | 21803 | Motors Liquidation Company | $43,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINDA PASTERNAK<br>3705 DUKE ROAD<br><br>OAKLAND, MI 48363 | 21491 | Motors Liquidation Company | $6,170.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINDA PORTER<br>2441 EAST PRINCETON AVE<br><br>VISALIA, CA 93292 | 9027 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINDA PUTNAM (IRA)<br>FCC AS CUSTODIAN<br>5620 EAST ST CHARLES ROAD<br>COLUMBIA, MO 65202 | 28156 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINDA R WHITE<br>1209 SUNNINGDALE LN<br><br>ORMOND BEACH, FL 32174 | 36122 | Motors Liquidation Company | $13,656.39 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINDA RAUCH<br>65 TOP O THE RIDGE DRIVE<br><br>SCARSDALE, NY 10583 | 22901 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINDA RAUCH<br>65 TOP O THE RIDGE DRIVE<br><br>SCARSDALE, NY 10583 | 22902 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixtieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LINDA RIDENOUR LIVING TRUST<br>U/A DTD 07/11/2000<br>LINDA RIDENOUR TTEE<br>33628 BRAND STREET<br>LAKE ELSINORE, CA 92530 | 5187 | Motors Liquidation Company | $90,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINDA RIDGE<br>241 SHANNON PL NW<br>ALBUQUERQUE, NM 87107 | 30867 | Motors Liquidation Company | $14,996.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINDA RODRIGUEZ<br>221 BENTLEY ST<br>PACIFIC GROVE, CA 93950<br>UNITED STATES OF AMERICA | 26565 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINDA ROSE PASSIN<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>10348 FROSTBURG LN<br>LAS VEGAS, NV 89134 | 32777 | Motors Liquidation Company | $2,931.57 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINDA ROSSI IRA<br>LINDA ROSSI<br>08385 CEDAR CREST BAY DR<br>EAST JORDAN, MI 49727<br>UNITED STATES OF AMERICA | 7898 | Motors Liquidation Company | $60,882.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINDA S DOWLER, GARY K DOWLER, JTWROS<br>LINDA S DOWLER<br>10414 SE 11TH ST<br>VANCOUVER, WA 98664 | 18865 | Motors Liquidation Company | $4,365.35 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINDA S POKRAK<br>RICK S POKRAK<br>7973 SHERWOOD CIR<br>HANOVER PARK, IL 60133 | 19852 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINDA S ROSS &<br>THOMAS M ROSS JT WROS<br>514 GREEN DR<br>CANTON, GA 30114 | 10939 | Motors Liquidation Company | $6,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINDA S SCHNEIDER-REDISKE & G A<br>SCHNEIDER TTEE R J SCHNEIDER TR UAD 5/10/94<br>5636 FIRETHORNE<br>BAY CITY, MI 48706 | 10883 | Motors Liquidation Company | $22,772.57 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixtieth Omnibus Objection

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LINDA SHAPIRO<br>99-10 60 AVE<br>APT 6-E<br>CORONA, NY 11368 | 21053 | Motors Liquidation Company | $11,529.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINDA SUE GORDON<br>9726 S BELFORT CIR<br>TAMARAC, FL 33321 | 14043 | Motors Liquidation Company | $7,767.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINDA TIMBERLAKE<br>C/O LINDA K TIMBERLAKE<br>245 MAR WIN DR<br>WHEELING, WV 26003 | 9927 | Motors Liquidation Company | $885.40 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINDA VICK<br>1750 MERRICK CT<br>FT WORTH, TX 76107 | 12435 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINDA Y MCELROY<br>865 SOUTHWEST DR<br>DAVIDSON, NC 28036 | 7322 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINDBERG, FREDRICK C<br>10526 N STATE ROAD 267<br>BROWNSBURG, IN 46112 | 27621 | Motors Liquidation Company | $2,505.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINDE GREENFIELD BETH BERE IRA<br>WENDY GREENFIELD DEC'D<br>3896 WEST TOWN ST<br>TAMPA, FL 33628 | 15948 | Motors Liquidation Company | $4,112.83 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINDER O BLAIR<br>4600 OLD FAYETTEVILLE RD<br>SYLACAUGA, AL 35151 | 37207 | Motors Liquidation Company | $20,625.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINDSLEY COLCLOUGH<br>11 PATRIOTS WAY<br>HINGHAM, MA 02043 | 19367 | Motors Liquidation Company | $8,350.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINLEY L & LORETTA H PARNELL<br>536 THOMAS ROSS LN<br>KERNERSVILLE, NC 27284 | 22539 | Motors Liquidation Company | $2,598.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixtieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| LINLEY L & LORETTA PARNELL<br>536 THOMAS ROSS LN<br><br>KERNERSVILLE, NC 27284 | 22540 | Motors Liquidation Company | $2,625.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINO FERRARI<br>FRANCO FERRARI<br>31-57 33 ST<br>ASTORIA, NY 11100 | 10339 | Motors Liquidation Company | $11,489.45 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINSEY ELIZABETH MOLLOY<br>CHARLES SCHWAB & CO INC CUST<br>ROTH CONTRIBUTORY IRA<br>2700 SULGRAVE RD<br>SHAKER HTS, OH 44122 | 68568 | Motors Liquidation Company | $500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LIONEL GELLER<br>2835 OCEAN AVE<br>APT 1C<br>BROOKLYN, NY 11235 | 3659 | Motors Liquidation Company | $200,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LIONEL PHILLIPS & ARTHUR<br>NADATA TTEES FBO L. PHILLIPS<br>EXMPT TR. CREATED UNDER<br>ONE KIMBERLY COURT<br>THE CLUB AT MORNINGSIDE<br>RANCHO MIRAGE, CA 92270 | 8625 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LIONEL PHILLIPS TTEE FBO<br>L. PHILLIPS SURVIVORS TRUST<br>CREATED UNDER PHILLIPS REV<br>INTER-VIVOS TRUST DTD 4/6/90<br>ONE KIMBERLY COURT<br>RANCHO MIRAGE, CA 92270 | 8626 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LISA ANNE PETROVAS AND<br>STACEY J PETROVAS JTWROS<br>2253 NORTH 550 WEST<br>COLUMBIA CITY, IN 46725 | 8450 | Motors Liquidation Company | $10,205.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LISA BERNATH, IRA<br>FCC AS CUSTODIAN<br>12209 LA MAIDA ST<br>VALLEY VILLAGE, CA 91607 | 16632 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LISA PRESSER<br>C/O AN H JAFFE ESQ<br>1375 E 9TH STREET 20TH FLOOR<br>CLEVLAND, OH 44114 | 59207 | Motors Liquidation Company | $8,100.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LISA S DORRIS<br>CGM IRA ROLLOVER CUSTODIAN<br>8050 MALLARD LANDING<br>INDIANAPOLIS, IN 46278 | 28855 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LISA T SALINGER<br>33401 VIA DE AGUA<br>SAN JUAN CAPO, CA 92675 | 3987 | Motors Liquidation Company | $12,665.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LISSI ASCHOFF<br>DOUGLAS ARMSTRONG<br>255 STEWART AVE  STE 101<br>MEDFORD, OR 97501 | 67618 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LIST, DONNA J.<br>8942 CHURCH DR<br>VASSAR, MI 48768 | 10736 | Motors Liquidation Company | $12,924.94 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LJM CORPORATION<br>C/O ALLEN T JOSEPH, ESQ<br>15057 BUTTERCHURN LN<br>SILVER SPRING, MD 20905 | 6374 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LLOYD & CINDY BACKES<br>2299 RD 13 WEST<br>BUSHNELL, NE 69128 | 16802 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LLOYD & MOLLY MARTIN<br>LLOYD F MARTIN<br>MOLLY H MARTIN<br>300 7 OCEAN TRAIL WAY #602<br>JUPITER, FL 33477 | 16087 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LLOYD A AND FLORENCE E SNYDER<br>13251 CALHOUN RD<br>CONROE, TX 77302 | 9339 | Motors Liquidation Company | $34,111.87 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LLOYD A CRAIG<br>424 BREWER DRIVE<br>GREENWOOD, IN 46142 | 5957 | Motors Liquidation Company | $25,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LLOYD A NEWMAN<br>LLOYD ARNOLD NEWMAN<br>PO BOX 1164<br>AIKEN, SC 29802 | 23263 | Motors Liquidation Company | $17,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixtieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| LLOYD A. GOOD, JR<br>17001 OVERSEAS HIGHWAY<br>SUGARLOAF KEY, FL 33042 | 15355 | Motors Liquidation Company | $1,018,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LLOYD ARNOLD NEWMAN & LOLA H NEWMAN<br>PO BOX 1164<br>AIKEN, SC 29802 | 23270 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LLOYD B BOLANDER &<br>OLIVE P BOLANDER TEN COM<br>P O BOX 98<br>VADITO, NM 87579 | 13143 | Motors Liquidation Company | $13,563.76<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LLOYD BASKIN AND SYLVIA BASKIN<br>6 GORMLEY LANE<br>MONROE TWP, NJ 08831 | 9250 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LLOYD BASKIN IRA<br>6 GORMLEY LANE<br>MONROE TWP, NJ 08831 | 9251 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LLOYD D & LINDA L BUSHNELL<br>LLOYD D BUSHNELL<br>LINDA L BUSHNELL<br>9931 W ALABAMA AVE<br>SUN CITY, AZ 85351 | 12590 | Motors Liquidation Company | $9,703.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LLOYD E FISHER JR<br>6478 STRATHAVEN COURT EAST<br>WORTHINGTON, OH 43085 | 7716 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LLOYD F WALKER  &<br>BARBARA E WALKER JT WROS<br>TOD REGISTRATION<br>12911 JESS WALDEN RD<br>DOVER, FL 33527 | 12678 | Motors Liquidation Company | $14,988.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LLOYD HILER TRUST<br>C/O LLOYD HILER<br>11150 S HIGHWAY UU<br>COLUMBIA, MO 65203<br>UNITED STATES OF AMERICA | 61869 | Motors Liquidation Company | $15,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixtieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LLOYD J ROWE<br>14607 SE 260TH ST<br>KENT, WA 98042 | 8671 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LLOYD J STEVENS<br>608 62ND AVE N<br>MYRTLE BEACH, SC 29572 | 7721 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LODOVICA GALOPIN<br>9557 BERWYN<br>REDFORD, MI 48239 | 19129 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOETTA CATHEY<br>THE LOETTA CATHEY TRUST U/A DTD 4/15/92<br>LOETTA CATHEY TTEE<br>1728 SW 32ND ST<br>MOORE, OK 73160 | 20018 | Motors Liquidation Company | $160,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOIS A STRONG<br>105 GOLF CLUB DRIVE<br>NEW SMYRNA BEACH, FL 32168<br>UNITED STATES OF AMERICA | 5128 | Motors Liquidation Company | $5,185.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOIS A WALLACE<br>RT 1 BOX 426<br>RIPLEY, WV 25271 | 7597 | Motors Liquidation Company | $272.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOIS ANN WOOLACOTT<br>1201 AIR PARK<br>HORSESHOE BAY, TX 78657 | 30353 | Motors Liquidation Company | $22,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOIS C MEADOWCROFT<br>4088 OLD WILLIAM PENN HWY<br>MURRYSVILLE, PA 15668 | 11209 | Motors Liquidation Company | $5,082.55 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOIS CARLSON<br>1717 HOMEWOOD BLVD, APT 273<br>DELRAY BEACH, FL 33445 | 22937 | Motors Liquidation Company | $33,802.47 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOIS CHENEY<br>7515 42ND COURT E<br>SARASOTA, FL 34243 | 8933 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixtieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| LOIS D MCDANIEL<br>3475 S JACKSON WAY<br><br>HORSE CAVE, KY 42749 | 14138 | Motors Liquidation Company | $9,660.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOIS E LOGAN<br>306 SOUTHAMPTON BLVD<br><br>AUBURNDALE, FL 33823 | 20610 | Motors Liquidation Company | $34,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOIS F GLEASON<br>52 MAYPORT CT<br><br>BARNEGAT, NJ 08005 | 7903 | Motors Liquidation Company | $24,100.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOIS F YEAGER<br>CGM IRA CUSTODIAN<br>7521 SE AUTUMN LANE<br>HOBE SOUND, FL 33455 | 62269 | Motors Liquidation Company | $14,855.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOIS G GOGARTY TTEE & W BARNEY GOGARTY TTEE, TIC<br>LOIS G GOGARTY<br>634 W VERDE RIDGE RD<br>ST GEORGE, UT 84770 | 17287 | Motors Liquidation Company | $2,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOIS G GOGARTY TTEE, U/A DTD 09/13/1995<br>LOIS G GOGARTY<br>634 W VERDE RIDGE RD<br>ST GEORGE, UT 84770 | 17285 | Motors Liquidation Company | $38,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOIS H. MILLS TRUST/ TRUSTEE<br>400 E. COLONIAL DR APT 103<br><br>ORLANDO, FL 32803 | 15397 | Motors Liquidation Company | $17,505.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOIS HOLLOWAY TTEE<br>JEAN HOLLOWAY TRUST<br>N24 N24052 STILLWATER LN #B<br>PEWAUKEE, WI 53072 | 18549 | Motors Liquidation Company | $4,021.88 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOIS I BOWEN TRUST<br>C/O SANDILAND LANSCHIED<br>8151 CEMENT CITY RD<br>BROOKLYN, MI 49230 | 44410 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOIS J CONKLIN<br>6 GLENSHIRE DR<br><br>HARRISON CITY, PA 15636 | 10297 | Motors Liquidation Company | $6,049.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixtieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LOIS J GREIMANN TTEE<br>LOIS J GREIMANN REV LVG TST<br>DTD 10/29/99<br>6811 LORIEN WOODS DRIVE<br>DAYTON, OH 45459 | 14790 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOIS J KINDT<br>2205 BRAMBLETON AVE SW<br>ROANOKE, VA 24015 | 11141 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOIS J KINDT<br>2205 BRAMBLETON AVE SW<br>ROANOKE, VA 24015 | 11459 | Motors Liquidation Company | $6,005.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOIS J TOREN<br>1995 WILLOW OAK DR<br>MOBILE, AL 36695 | 15897 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOIS JANE CHRISTENSEN (IRA)<br>FCC AS CUSTODIAN<br>1 BANNER LANE  C-1<br>MOODUS, CT 06469 | 43922 | Motors Liquidation Company | $12,505.20 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOIS KERSTETTER<br>1552 W LYNN ST<br>COAL TOWNSHIP, PA 17866 | 11448 | Motors Liquidation Company | $9,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOIS L. WINDLE IRA<br>FCC AS CUSTODIAN<br>1600 TEXAS ST. #2903<br>FORT WORTH, TX 76102 | 43359 | Motors Liquidation Company | $20,494.40 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOIS LAINE<br>LOIS M. LAINE RETIREMENT ACCOUNT<br>3780 SOUTH 2300 EAST<br>SALT LAKE CITY, UT 84109<br>UNITED STATES OF AMERICA | 68016 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOIS LEE COLAW<br>3009 S JOPLIN<br>TULSA, OK 74114 | 28392 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOIS M BERGSETH<br>2544 WILLOW RD<br>FARGO, ND 58102 | 16590 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixtieth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| LOIS M PRIES<br>2177 LARRABEE AVE<br><br>WAVERLY, IA 50677 | 28222 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOIS MCRAE<br>410 D EAGLE ST<br><br>MILES CITY, MT 59301 | 15776 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOIS P KOLESAR<br>PO BOX 163<br><br>SONOITA, AZ 85637 | 64803 | Motors Liquidation Company | $744.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOIS S ETHERIDGE<br>325 MARYMEADE DR<br>APT 915<br>SUMMERVILLE, SC 29483 | 2098 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOIS SANTARSIERO<br>235 GARTH RD<br><br>SCARSDALE, NY 10583 | 14195 | Motors Liquidation Company | $65,645.40 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOIS SCHATZ<br>1840 FRONTAGE RD<br>APT 1505<br>CHERRY HILL, NJ 08034 | 22494 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOIS SCHMITZ<br>12941 OVERLOOK RD<br><br>DAYTON, MN 55327 | 61913 | Motors Liquidation Company | $1,792.60<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOISA SBRAGIA<br><br><br>UNITED STATES OF AMERICA | 27210 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOLA H NEWMAN<br>PO BOX 1164<br><br>AIKEN, SC 29802 | 23264 | Motors Liquidation Company | $13,975.36 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOLA J VANGASKEN TTEE<br>U/A/D 08-1-1991<br>BIXLER TRUST<br>15 BALTIMORE PARK<br>LYNN, MA 01902 | 11719 | Motors Liquidation Company | $11,627.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixtieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LOLA M WHITFIELD & STEPHEN R WHITFIELD & BARBARA MILNE CARTER JT TEN 5401 56TH ST UNIT 34 LUBBOCK, TX 79414 UNITED STATES OF AMERICA | 68550 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOLA PIGGOT TTEE THE PIFFOT FAMILY TST U/A DTD 01/17/1996 216 SOUTHPARK PLACE HOT SPRINGS, AR 71913 | 67627 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOLA RUBIN, TTEE LOLA RUBIN LT UAD 11/2/94 6055 82 LANE 3T W BLOOMFIELD, MI 48322 | 2911 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOLA SORENSEN 3 JEANNIE CT ANTIOCH, CA 94509 | 65218 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOLING BECKMAN 1265 CASIANO RD LOS ANGELES, CA 90049 | 12923 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOMBARD INTERNATIONAL ASSURANCE S A ATTN PAUL CASEY - A/C V01616 AIRPORT CENTER, 2 ROUTE DE TREVE L2633 SENNINGERBERG LUXEMBOURG, EUROPE LUXEMBOURG | 19591 | Motors Liquidation Company | $57,727.98 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOMBARDO COMPANIES INC 500 STEVENSON BLVD NEW KENSINGTON, PA 15068 | 11657 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LON G. ANI 196 INDIAN HILL TRAIL GLASTONBURY, CT 06033 | 64594 | Motors Liquidation Company | $102,317.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LONG ISLAND LEASING & CONSULTI FBO EUGENE SOLLOSE 715 PARK AVE MANHASSET, NY 11030 | 63138 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LONG, KAREN L<br>832 STEWART CANYON RD<br><br>FALLBROOK, CA 92028 | 62227 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LONNY R BARTELS<br>3212 78TH ST<br><br>URBANDALE, IA 50322 | 6768 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOOMIS, REINHILDE<br>873 PINECREEK DR<br><br>DAYTON, OH 45458 | 16981 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOPRETE FAMILY FOUNDATION<br>40950 WOODWARD AVE, STE 306<br><br>BLOOMFIELD HILLS, MI 48304 | 2261 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LORA BIRCH<br>LORA BIRCH IN PROBATE<br>8390 FM 1987<br>CORRIGAN, TX 75939 | 3473 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LORAGE OPERATING INC<br>C/O MARIAN PRINCE<br>4324 BOCAIRE BLVD<br>BOCA RATON, FL 33487 | 15550 | Motors Liquidation Company | $428,377.12 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LORALEE FLOOD<br>57 MAJESTIC AVE<br><br>WARWICK, RI 02888 | 19381 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LORALIE R HANSON<br>10077 LINDEN PLACE DRIVE<br><br>SEMINOLE, FL 33776<br>UNITED STATES OF AMERICA | 62218 | Motors Liquidation Company | $4,540.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LORAN H SWANSON<br>22011 MIRAGE LANE<br><br>SUN CITY WEST, AZ 85375 | 62964 | Motors Liquidation Company | $25,171.53 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOREN D HURWITZ<br>3 SCHINDLER CT<br><br>CHATHAM, NJ 07928 | 69546 | Motors Liquidation Company | $15,327.11 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixtieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LOREN G & BARBARA SCHERMERHORN<br>15396 KELLER AVE<br>CEDAR SPRINGS, MI 49319 | 22942 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOREN M ROSS<br>2743 FLANGEL STREET<br>LAKEWOOD, CA 90712 | 36549 | Motors Liquidation Company | $87,679.70 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOREN O KRAMER<br>10550 LANGE RD<br>BIRCH RUN, MI 48415 | 16492 | Motors Liquidation Company | $115,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOREN R EVERS<br>LOREN R EVERS IRA<br>FCC AS CUSTODIAN<br>707 SPRINGVIEW CR<br>BEATRICE, NE 68310 | 21996 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOREN W WALTS<br>7873 SUDDLEY WAY<br>BALDWINSVILLE, NY 13027 | 11909 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LORENE W WILDER<br>49 LAUREL RIDGE CT<br>DADEVILLE, AL 36853<br>UNITED STATES OF AMERICA | 19084 | Motors Liquidation Company | $8,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LORENZO GONZALEZ PRIEGO & LORENZO GONZALEZ MALDONADO<br>LORENZO GONZALEZ P<br>208 EAST 51ST STREET 253<br>NEW YORK, NY 10022 | 21029 | Motors Liquidation Company | $770,400.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LORENZO V PELOSI<br>95 BUTLER PKWY<br>SUMMIT, NJ 07901<br>UNITED STATES OF AMERICA | 6132 | Motors Liquidation Company | $36,600.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LORETTA D MANNING IRA<br>35 SPINNAKER DR<br>UNION HALL, VA 24176 | 1834 | Motors Liquidation Company | $15,210.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LORETTA FERMANO<br>101 LEWIS O'GRAY DR<br>SAWGUS, MA 01906 | 68737 | Motors Liquidation Company | $7,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixtieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| LORETTA J HEBNER TTEE<br>LORETTA J HEBNER REV LIV<br>TRUST U/A DTD 4/12/00<br>14225 OAK VALLEY DRIVE<br>ORLANDO, FL 32826 | 48427 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LORETTA L WIECZNER<br>70 RIDGE AVE<br>NEWTON CENTRE, MA 02459 | 62016 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LORETTA L WIECZNER & JENNIFER L WIECZNER JTTEN/WROS<br>C/O LORETTA L WIECZNER<br>70 RIDGE AVE<br>NEWTON CENTRE, MA 02459 | 62014 | Motors Liquidation Company | $17,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LORETTA L WIECZNER & KIMBERLY S WIECZNER JTTEN/WROS<br>C/O LORETTA L WIECZNER<br>70 RIDGE AVE<br>NEWTON CENTRE, MA 02459 | 62015 | Motors Liquidation Company | $17,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LORETTA L WIEZZNER CUSTODIAN FOR KIMBERLY S WIECZNER<br>LORETTA L WIEZZNER<br>70 RIDGE AVENUE<br>NEWTON CENTER, MA 02459 | 62013 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LORETTA M DEROUSSE TRUST U/A DATE 11/04/94<br>LORETTA M DEROUSSE TRUSTEE<br>2012 STANFORD PLACE<br>EDWARDSVILLE, IL 62025 | 10989 | Motors Liquidation Company | $26,387.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LORETTA M SETTER<br>17452 PLAZA ANIMADO UNIT 117<br>SAN DIEGO, CA 92128 | 27895 | Motors Liquidation Company | $1,050.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LORETTA NIGHTINGALE<br>266 EASTBURY HILL RD<br>GLASTONBURY, CT 06033<br>UNITED STATES OF AMERICA | 67812 | Motors Liquidation Company | $10,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LORETTA SIROHEN<br>1349 SW 174 ST<br>NORMANDY PARK, WA 98166 | 63288 | Motors Liquidation Company | $25,229.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LORETTA T BRADY<br>1106 ISLAND CV<br>WILMINGTON, NC 28412 | 16923 | Motors Liquidation Company | $17,689.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixtieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| LORETTA V MCKINNEY TTEE<br>LORETTA V MCKINNEY LIV<br>TRUST U/A DTD 7/12/2007<br>216 SILVER DR<br>DECATUR, IL 62521 | 20819 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LORI HYDOCK<br>2270 LA COSTA AVE UNIT 13<br>CARLSBAD, CA 92009 | 4811 | Motors Liquidation Company | $21,756.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LORI JEANETTE NOUR TR LORI J NOUR REV TRUST<br>LORI J NOUR<br>11675 PROMONTORY TRAIL<br>ZIONSVILLE, IN 46077 | 45173 | Motors Liquidation Company | $5,006.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LORI L BANZIGER CUSTODIAN FBO<br>KATIE M BANZIGER<br>112 EMERALD WAY WEST<br>GRANITE CITY, IL 62040 | 63051 | Motors Liquidation Company | $1,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LORI L BREWER<br>TOD ACCOUNT<br>PO BOX 702<br>LIMON, CO 80828 | 62344 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LORI P ALLEN<br>3963 RIVERVIEW DR<br>BIRMINGHAM, AL 35243 | 32832 | Motors Liquidation Company | $80,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LORI RUTH AND<br>BARRY RUTH JTWROS<br>25 MILTON ROAD<br>SPARTA, NJ 07871 | 62755 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LORI RUTH AND BARRY RUTH<br>25 MILTON RD<br>SPARTA, NJ 07871 | 62754 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LORIS M UNDERWOOD<br>HC 67 BOX 114<br>WEST UNION, WV 26456 | 21425 | Motors Liquidation Company | $22,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LORNA IRONS<br>33106 E 165TH ST S<br>COWETA, OK 74429 | 19025 | Motors Liquidation Company | $151.04 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixtieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| LORNE J STECKLEY<br>RR 1<br>MILVERTON<br>N0K 1M0 ONT CANADA<br><br>CANADA | 9644 | Motors Liquidation Company | $18,008.36 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LORRAINE & VINCENT ASHELIN<br>24414 HWY 14<br><br>WINONA, MN 55987 | 69001 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LORRAINE COOPERMAN<br>9350 W. BAY HARBOR DR. APT 4A<br><br>BAY HARBOR ISLAND, FL 33154 | 12796 | Motors Liquidation Company | $14,105.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LORRAINE D VILLERE<br>6307 DIAMONDHEAD CIR<br>UNIT 103<br>DALLAS, TX 75225 | 8316 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LORRAINE E SCHMIDT TTEE<br>LORRAINE E SCHMIDT<br>1501 CLOYDEN RD<br>SANTA ANA, CA 92705 | 11355 | Motors Liquidation Company | $5,655.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LORRAINE FAUCHER<br>6230 URBAN DR<br><br>EAST CHINA, MI 48054 | 15709 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LORRAINE FAUCHER<br>TOD BENEFICIARIES ON FILE<br>6230 URBAN DR<br>EAST CHINA, MI 48054 | 15830 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LORRAINE FUTTERMAN TTEE<br>FBO LORRAINE FUTTERMAN TRUST<br>U/A/D 12/18/03<br>4745 LUCERNE LAKES BLVD<br>LAKE WORTH, FL 33467 | 14785 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LORRAINE KAMT IRA<br>10315 44 AVENUE W<br>16 BAY VIEW<br>BRADENTON, FL 34210 | 16654 | Motors Liquidation Company | $72,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixtieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| LORRAINE M WITUCKY TTEE<br>LORRAINE M WITUCKY TRUST U/A<br>DTD 04/27/2007<br>12713 VIA NASCA<br>SAN DIEGO, CA 92128 | 11637 | Motors Liquidation Company | $17,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LORRAINE MARIAN DAVIS<br>SPECIAL ACCOUNT<br>275 CAPRI CIR N APT A102<br>SAINT PETERSBURG, FL 33706 | 21261 | Motors Liquidation Company | $19,816.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LORRAINE OBERSTONE<br>GGM IRA CUSTODIAN<br>241 BLESS LANE<br>GREAT FALLS, VA 22066 | 8319 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LORRAINE R CHICOINE<br>PO BOX 66<br>LIVERMORE FALLS, ME 06254 | 12146 | Motors Liquidation Company | $14,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LORRAINE ROSENBLATT REV TRUST<br>AS AMMENDED LORRAINE ROSENBLATT GERALD ROSENBLATT CO-TTEES UA DTD 01/25/82<br>10195 FRESH MEADOW LN<br>BOCA RATON, FL 33498 | 10223 | Motors Liquidation Company | $20,005.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LORRAINE S SEAMAN TRUST UA DTD 3/13/95<br>LORRAINE S SEAMAN TTEE<br>636 BAYWOOD DR<br>PINEY FLATS, TN 37686 | 22151 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LORRAYNE J DUBBS<br>2830 N VERNON RD<br>AVON PARK, FL 33825 | 4055 | Motors Liquidation Company | $7,585.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LORRE ROULSTONE TRUST<br>ROB LOREN<br>37794 WOODCHUCK RD<br>TEMECULA, CA 92592 | 63180 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LORREL F HUMBER REV LIVING TR 7/11/2003<br>WILLIAM HUMBER TRUSTEE<br>2389 LANDINGS CIRCLE<br>BRADENTON, FL 34209 | 20024 | Motors Liquidation Company | $25,692.91 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LOTHAR ERNIE KOWAL<br>89 WILDWOOD LN<br><br>LINN CREEK, MO 65052 | 4720 | Motors Liquidation Company | $8,213.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOTHAR G KELLER<br>8841 74TH AVE<br><br>GLENDALE, NY 11385 | 18663 | Motors Liquidation Company | $10,135.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOTHAR G KELLER &<br>RITA KELLER JT TEN<br>88-41 74 AVENUE<br>FLUSHING, NY 11385 | 18662 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOTHAR V STEINBORN<br>150-59 78TH RD<br><br>FLUSHING, NY 11367 | 44390 | Motors Liquidation Company | $20,165.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOTTIE BEAVERT TTEE<br>BEAVERT LIVING TRUST U/A<br>DTD 01/24/2001<br>6125 SE DIVISION APT 132<br>PORTLAND, OR 97206 | 12862 | Motors Liquidation Company | $15,900.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOU ANN STEPHENSON TOD M W CROWELL,<br>R W CROWELL & L CROWELL MCKAY<br>SUBJECT TO STA RULES<br>119 CIFUENTES WAY<br>HOT SPRINGS VILLAGE, AR 71909 | 13957 | Motors Liquidation Company | $16,163.85 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOU DEBERADINIS<br>10500 ROCKET CT<br><br>ORLANDO, FL 32824<br>UNITED STATES OF AMERICA | 62863 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUIE R COHORN<br>510 E VINE ST<br><br>SEARCY, AR 72143 | 5252 | Motors Liquidation Company | $45,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUIS & RONEEN LEVY TRUST<br>1611 CHAMPION DR<br><br>LAKELAND, FL 33801 | 64084 | Motors Liquidation Company | $18,988.83 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LOUIS A BARBIERI TRUST<br>LOUS BARBIERI<br>127 N DONALD AVE<br>ARLINGTON HTS, IL 60004 | 7074 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUIS AND DEBRA BUTTERMARK<br>AMERIPRISE FINANCIAL SERVICES, INC<br>401 FRANKLIN AVE, SUITE 101<br>GARDEN CITY, NY 11530 | 17109 | Motors Liquidation Company | $11,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUIS ANTHONY LUSIGNAN<br>PO BOX 2475<br>GRETNA, LA 70054 | 9050 | Motors Liquidation Company | $1,312.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUIS B DEZIEL RESTATED TRUST<br>LOUIS B DEZIEL TTEE<br>UAD 09/26/2000<br>117 EVERGLADES AVE<br>PALM BEACH, FL 33480 | 12232 | Motors Liquidation Company | $235,454.87 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUIS BIGIARELLI &<br>HELENE BIGIARELLI JT TEN<br>623 AVENUE B<br>WEST WY, PA 18644 | 62132 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUIS BONINI, IRA<br>RBC WEALTH MANAGEMENT<br>357 BRUSSELLES ST<br>ST MARYS, PA 15857 | 18115 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUIS BOVINO &<br>PHYLLIS BOVINO JT TEN<br>1084 GROVE ST<br>N BRUNSWICK, NJ 08902 | 21910 | Motors Liquidation Company | $9,476.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUIS C PALAZZI<br>IRA ROLLOVER DTD 2/3/92<br>FCC AS CUSTODIAN<br>37 ST CHARLES AVE<br>WEST CALDWELL, NJ 07006 | 4247 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUIS C TEPE<br>22 NIBLICK LANE<br>LITTLETON, CO 80123 | 63449 | Motors Liquidation Company | $51,875.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixtieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| LOUIS D BERARDUCCI<br>1040 W 36TH ST<br><br>ERIE, PA 16508 | 62800 | Motors Liquidation Company | $172,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUIS DEFAZIO<br>7883 BERKSHIRE PINES DR<br><br>NAPLES, FL 34104 | 4557 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUIS DEL PRETE<br>790 MATTNER COURT<br><br>RIVERVALE, NJ 07675 | 30175 | Motors Liquidation Company | $13,230.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUIS DULTY<br>32 GAIL COURT<br><br>SPRINGFIELD, NJ 07081 | 14324 | Motors Liquidation Company | $8,788.20 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUIS E LEMARIE<br>SEPARATE PROPERTIES<br>2 YOSEMITE DRIVE<br>NEW ORLEANS, LA 70131 | 22763 | Motors Liquidation Company | $19,990.28 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUIS E LEMARIE SEP IRA<br>FCC AS CUST<br>2 YOSEMITE DRIVE<br>NEW ORLEANS, LA 70131 | 22764 | Motors Liquidation Company | $13,996.65 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUIS E PECSI<br>MR LOUIS E PECSI<br>285 SOMERSET RD<br>DEPTFORD, NJ 08096 | 8917 | Motors Liquidation Company | $2,296.53 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUIS F AND BEVERLY J DYKEMA<br>LOU AND BEVERLY DYKEMA<br>2442 MICHAEL AVE SW<br>WYOMING, MI 49509 | 9120 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUIS F BROOKMAN<br>937 CO HWY 27<br><br>RICHFIELD SPRINGS, NY 13439 | 61389 | Motors Liquidation Company | $182,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUIS F GUARINI<br>LIBERTA GUARINI<br>14161 83RD PL<br>SEMINOLE, FL 33779 | 68780 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixtieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LOUIS F GUARINI & LIBERTA GUARINI JT TEN 14161 83RD PL SEMINOLE, FL 33776 | 68779 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUIS F MCTAGUE FAM TRU/ADTD 4/21/08 LOUIS F MCTAGUE 2673 BICKLEIGH LOOP ROSEVILLE, CA 95747 | 9006 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUIS G CASTRO 171 COUNTRY CLUB ESTATES THORNHURST, PA 18424 | 18819 | Motors Liquidation Company | $8,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUIS G CASTRO CHARLES SCHWAB & CO INC CUST IRA CONTRIBUTORY 171 COUNTRY CLUB ESTATES THORNHURST, PA 18424 | 18820 | Motors Liquidation Company | $9,075.35 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUIS GOMPERS GERTRUDE GOMPERS TTEE CONCRETE FLOOR SYS INC MPPP PO BOX 193 HUNTINGDON VY, PA 19006 | 30355 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUIS H KERBER III CHARITABLE REMAINDER ANNUITY TRUST ALAN GARLAND TRUSTEE 303 W MADISON ST 23RD FLOOR CHICAGO, IL 60606 | 2682 | Motors Liquidation Company | $26,450.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUIS H WHITE JR 238 FRANK RD FRANKENMUTH, MI 48734 | 10795 | Motors Liquidation Company | $37,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUIS H. BEALL, JR 1479 ST. CHARLES PLACE TALLAHASSSEE, FL 32308 | 15671 | Motors Liquidation Company | $82,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUIS HORN 3841 ENVIRON BLVD LAUDERHILL, FL 33319 | 12578 | Motors Liquidation Company | $3,512.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUIS J CLARK 23540 RIVERVIEW DR SOUTHFIELD, MI 48034 | 23108 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixtieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LOUIS J DE SALVO<br>1550 N LAKE SHORE DR UNIT 18-D<br><br>CHICAGO, IL 60610 | 8736 | Motors Liquidation Company | $697.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUIS J RUGGIERO - DECEASED<br>246 ROCKAWAY TPKE<br><br>CEDARHURST, NY 11516 | 30965 | Motors Liquidation Company | $15,167.36 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUIS J THIEKEN<br>WESTMINSTER VILLAGE<br>12000 N 90TH ST #1072<br>SCOTTSDALE, AZ 85260 | 29599 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUIS KATZ MD AND IRENE KATZ<br>JTWROS<br>101 VILLA NUEVA PL<br>PALM BEACH GARDENS, FL 33418 | 11477 | Motors Liquidation Company | $83,225.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUIS L BOCHENEK  AND<br>ANNA M BOCHENEK<br>JT TEN WROS<br>36316 JAMISON<br>LIVONIA, MI 48154 | 12717 | Motors Liquidation Company | $20,150.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUIS L BOCHENEK &<br>ANNA M BOCHENEK JT TEN<br>36316 JAMISON<br>LIVONIA, MI 48154 | 12716 | Motors Liquidation Company | $21,100.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUIS LEOGRANDE JR.<br>CGM IRA CUSTODIAN<br>16 GARY AVE.<br>NEW HARTFORD, NY 13413 | 11046 | Motors Liquidation Company | $13,931.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUIS LINDENBAUM<br>7614 LABYRINTH ROAD<br><br>BALTIMORE, MD 21208 | 2618 | Motors Liquidation Company | $4,753.65 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUIS M CASTANIER<br>CHARLES SCHWAB & CO INC CUST<br>ROTH CONTRIBUTORY IRA<br>3837 LA SELVA DR<br>PALO ALTO, CA 94306 | 2707 | Motors Liquidation Company | $2,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixtieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| LOUIS M RUSITZKY<br>940 GLEN LAKE CIRCLE<br><br>NAPLES, FL 34119 | 15053 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUIS MALTZ<br>20281 E COUNTRY CLUB DR APT 1108<br><br>AVENTURA, FL 33180 | 61192 | Motors Liquidation Company | $92,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUIS MARTONE<br>CLARA M BERESTON<br>JOSEPH L MARTONE<br>896 TIMBER RIDGE DR<br>HANOVER, MD 21076 | 17749 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUIS MARTONE<br>896 TIMBER RIDGE RD<br><br>HANOVER, MD 21076 | 17750 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUIS MASTROPIETRO<br>24 CARLSON LANE<br><br>EAST NORTHPORT, NY 11731 | 4708 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUIS P & JUDITH M MARQUART<br>LOUIS P MARQUART & JUDITH M MARQUART TTEES<br>807 W 8TH ST<br>WASHINGTON, MO 63090 | 9444 | Motors Liquidation Company | $9,884.78 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUIS P DICERBO<br>2 PARK AVENUE<br>3RD FLOOR<br>NEW YORK, NY 10016 | 14775 | Motors Liquidation Company | $56,058.58 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUIS P WELLENBACH<br>C/O FAIRMONT #106<br>41 CONSHOCKEN STATE RD<br>BALA CYNWYD, PA 19004 | 3039 | Motors Liquidation Company | $1,050.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUIS PATRICK FABBRI<br>11005 BANNISTER WAY<br><br>BAKERSFIELD, CA 93312 | 21057 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUIS PATRICK FABBRI<br>11005 BANNISTER WAY<br><br>BAKERSFIELD, CA 93312 | 21060 | Motors Liquidation Company | $89,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixtieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| LOUIS R BALDI TRUST<br>C/O DONALD F MASON<br>3 RED PINE DR<br>BOW, NH 03304 | 6657 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUIS R BRANDT IRA<br>HILLIARD LYONS CUST FOR LOUIS R BRANDT IRA<br>12011 N COUNTY ROAD 1250 E<br>SEYMOUR, IN 47274 | 1724 | Motors Liquidation Company | $5,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUIS R KAUFMAN TR ROY E HENDRIX TTEE LORDO R KAUFMAN TR<br>C/O ROY E HENDRIX TTEE<br>4408 WAKEFIELD DRIVE<br>VIRGINIA BEACH, VA 23455 | 16295 | Motors Liquidation Company | $19,600.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUIS R SIMEONI<br>3124 NESPER ST<br>PHILADELPHIA, PA 19152 | 8388 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUIS S. SCOPEL<br>607 ROYAL SAGE DR<br>SEGUIN, TX 78155 | 16330 | Motors Liquidation Company | $2,546.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUIS SCIANAMEO AND<br>MARGARET SCIANAMEO JTWROS<br>4575 TRAWLER CT, #205<br>FORT MYERS, FL 33919 | 18193 | Motors Liquidation Company | $1,488.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUIS T PIAZZA<br>6 SANTA DR<br>PITTSFORD, NY 14534 | 10663 | Motors Liquidation Company | $2,004.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUISE B BROOKS<br>747 E DOGWOOD LN<br>FAYETTEVILLE, AR 72701 | 8738 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUISE D OTT<br>13 CLEOME CT<br>HOMOSASSA, FL 34446<br>UNITED STATES OF AMERICA | 21181 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUISE D OTT<br>13 CLEOME CT<br>HOMOSASSA, FL 34446 | 21182 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixtieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LOUISE DARGENIO & ROSE LOMBARDO JT TEN 8099 SHERIDAN DR  #205 WILLIAMSVILLE, NY 14221 | 14031 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUISE E COCHRAN 15 EVERGREEN SQUARE SAVOY, IL 61874 | 16020 | Motors Liquidation Company | $6,973.40 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUISE F CLOUGH IRA FCC AS CUSTODIAN 18 MAIN STREET BOX 190 SOUTHBOROUGH, MA 01772 | 17684 | Motors Liquidation Company | $36,215.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUISE G SIMON TR UA 02/27/07 LOUISE G SIMON REV TRUST 266 IVY LN HIGHLAND PARK, IL 60035 | 6548 | Motors Liquidation Company | $14,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUISE GERVOLINO 301 KENSINGTON DR RIDGEWOOD, NJ 07450 | 28190 | Motors Liquidation Company | $104,050.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUISE GILLESPIE 1204 DYLAN DR CARTERVILLE, IL 62918 | 18464 | Motors Liquidation Company | $5,793.39 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUISE HIRSCH 209-10 41ST AVE #1S BAYSIDE, NY 11361 | 2363 | Motors Liquidation Company | $9,259.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUISE JAMES LINDA FLORCZYK JTWROS 1207 OWYHEE AVE NAMPA, ID 83651 | 28317 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUISE L DENNEY 2483 RUSSIT DR NE GRAN RAPIDS, MI 49525 UNITED STATES OF AMERICA | 62288 | Motors Liquidation Company | $1,480.90 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixtieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LOUISE L DENNEY<br>2483 RUSSIT DR NE<br>GRAND RAPIDS, MI 49525 | 62289 | Motors Liquidation Company | $778.10 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUISE L SELTZ<br>1293 LAKE DR<br>TRAVERSE CITY, MI 49684 | 8985 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUISE M NAJERA<br>JOAQUIN A NAJERA<br>19906 RAY CIRCLE<br>CERRITOS, CA 90703 | 12527 | Motors Liquidation Company | $28,801.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUISE R MCMEANS<br>969 PEARSON CHAPEL RD<br>ALEXANDER CITY, AL 35010 | 8826 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUISE RAFTER<br>961 S LAGOON LANE<br>MANTOLOKING, NJ 08738 | 14091 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUISE SMITHSON<br>609 SHERIDAN<br>LARAMIE, WY 82070 | 15620 | Motors Liquidation Company | $3,528.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOUISE W LEVI TTEE<br>LOUISE W. LEVI U/A DTD 10/15/2004<br>2607 ALBERT PIKE RD #212<br>HOT SPRINGS NATIONAL PARK, AR 71913 | 21310 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOULOU SCHARF<br>313 KIRBY AVE<br>WOODMERE, NY 11598 | 19580 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOURDES AND THOMAS HAYNEY<br>3025 SADDLEBROOK<br>WACO, TX 76712 | 20347 | Motors Liquidation Company | $10,362.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOVE ACROSS BORDERS, INC<br>3200 LAMBS CREEK RD<br>MANSFIELD, PA 16933 | 62593 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixtieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| LOWELL BLOOM<br>1614 KENT DR<br><br>HEWLETT, NY 11557 | 2790 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOWELL D BROWN<br>19611 ORLEANS RD<br><br>FLINT, TX 75762 | 19052 | Motors Liquidation Company | $8,225.13 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOWELL SATLER IRA<br>9404 EAGLE RIDGE DR<br><br>BETHESDA, MD 20817 | 9244 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOY LIM OON HOOI LILY/LOY TUNG TAK TONY<br>4B, 63 BLUE POOL ROAD<br>HAPPY VALLEY HONG KONG SAR CHINA<br><br>CHINA (PEOPLE'S REP) | 67796 | Motors Liquidation Company | $895,761.10<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOYD A MCGOUGH<br>2958 TALISMAN DR<br><br>DALLAS, TX 75229 | 22182 | Motors Liquidation Company | $14,989.09 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOYD B AND DEBORAH COPELAND<br>139 BOONE RIDGE<br><br>MOUNTAIN CITY, TN 37683 | 660 | Motors Liquidation Company | $416,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOYD B COPELAND & DEBORAH COPELAND<br>139 BOONE RIDGE<br><br>MOUNTAIN CITY, TN 37683 | 471 | Motors Liquidation Company | $416,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOYDE H HUDSON IRA<br>C/O LOYDE H HUDSON<br>PO BOX 8400<br>FAYETTEVILLE, AR 72703 | 2589 | Motors Liquidation Company | $86,645.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LU HILL HARDING<br>P O BOX 153<br><br>BRANDON, MS 39043 | 68661 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LUCAS PONZOA<br>GEORGINA PONZOA<br>PO BOX 510688<br>KEY COL BEACH, FL 33051 | 8146 | Motors Liquidation Company | $28,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LUCIA WELSH TTEE<br>LUCIA WELSH TRUST<br>U/A DTD 02/06/94<br>1214 HILLCREEK RD<br>PASADENA, MD 21122 | 4276 | Motors Liquidation Company | $20,600.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LUCIEN R HOULE<br>PO BOX 7029<br>HUDSON, FL 34674 | 3571 | Motors Liquidation Company | $9,700.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LUCILA V MORENO<br>1475 HAYWORTH RD<br>PORT CHARLOTTE, FL 33952 | 18792 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LUCILA V MORENO<br>1475 HAYWORTH RD<br>PORT CHARLOTTE, FL 33952 | 18793 | Motors Liquidation Company | $80,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LUCILLE CHRISTIANSON REV TRUST U/A DATED 6/21/01<br>LUCILLE CHIRSTIANSON TRUSTEE<br>9500 COLLEGEVIEW ROAD #101<br>BLOOMINGTON, MN 55437 | 61033 | Motors Liquidation Company | $29,984.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LUCILLE GARTENBERG<br>16 HARDWICK CT<br>JACKSON, NJ 08521 | 22366 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LUCILLE H BOGGESS<br>1718 PATTERSON MILL RD<br>BEDFORD, VA 24523 | 10836 | Motors Liquidation Company | $39,706.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LUCILLE H MILLER TTEE<br>LUCILLE H MILLER TRUST U/A<br>DTD 10/22/1998<br>374 NIBLICK CIRCLE<br>WINTER HAVEN, FL 33881 | 4028 | Motors Liquidation Company | $50,195.11 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LUCILLE JURELL (ROTH IRA)<br>FCC AS CUSTODIAN<br>PO BOX 5093<br>LANCASTER, PA 17606 | 61749 | Motors Liquidation Company | $16,042.56 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| LUCILLE K FLEISCHMANN<br>3711 56TH AVE CT NW<br><br>GIG HARBOR, WA 98335<br>UNITED STATES OF AMERICA | 61979 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LUCILLE L. SMITH<br>CHARLES W SMITH<br>132 CRESCENT DR<br>PUNTA GORDA, FL 33950 | 22824 | Motors Liquidation Company | $91,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LUCILLE MARINO HARVEY<br>85-63 87TH STREET<br><br>WOODHAVEN, NY 11421 | 2224 | Motors Liquidation Company | $35,180.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LUCILLE MILLS<br>LUCILLE MILLS RLT<br>1405 2ND ST NW<br>AUSTIN, MN 55912 | 16795 | Motors Liquidation Company | $12,377.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LUCILLE MUNSCH<br>08 2 AVE SE<br>PO BOX 296<br>KULM, ND 58456 | 10521 | Motors Liquidation Company | $47,200.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LUCILLE N MEYER<br>DAVID L MEYER<br>2320 SIMS DR<br>COLUMBUS, IN 47203 | 8633 | Motors Liquidation Company | $8,875.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LUCINDA F DOWNS<br>446 DEAVER ROAD<br><br>COLUMBUS, IN 47201 | 3568 | Motors Liquidation Company | $8,644.67 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LUCINDA M THOMPSON<br>2301 NW 47 CIRCLE<br><br>OCALA, FL 34482 | 16436 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LUCY CRAWFORD<br>TOD DTD 09/04/2008<br>1200 COLLEGE PKWY - APT #157<br>LEWISVILLE, TX 75077 | 36147 | Motors Liquidation Company | $46,120.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LUCY FASULES<br>TOD ACCOUNT<br>426 MARGARET DRIVE<br>FAIRBORN, OH 45324 | 8072 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixtieth Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LUCY H BOLDING<br>4431 ALCOTT DR<br><br>NASHVILLE, TN 37215 | 21204 | Motors Liquidation Company | $3,207.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LUCY LEE TTEE<br>LUCY TANG LEE 2004 REV TRUST U/A DTD 07/23/2004<br>2101 KASHMIR WAY<br>SACRAMENTO, CA 95833 | 14588 | Motors Liquidation Company | $20,517.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LUCY LORELLO TTEE<br>LUCY N LORELLO U/A DTD 12/21/2006<br>312 LANGDON STREET<br>N PROVIDENCE, RI 02904 | 7619 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LUCY S DAVIS<br>2217 CHICKERING LANE<br><br>NASHVILLE, TN 37215 | 23882 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LUDWIG E SEUFERT AND<br>BARBARA L SEUFERT JT TEN WROS<br>6219 SEASHORE HWY<br>BRIDGEVILLE, DE 19933 | 7393 | Motors Liquidation Company | $16,926.51 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LUDWIG JEROME CORRAO & PATRICIA A CARRAO, TTEES OF LUD CORRAO FAMILY REVOCABLE LIVING TRUST<br>C/O HOLLAND & HART LLP<br>ATTN:  T. LUKAS, ESQ.<br>5441 KIETZKE LANE, SECOND FL.<br>RENO, NV 89511<br>UNITED STATES OF AMERICA | 65675 | Motors Liquidation Company | $400,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LUELLA E BARTLETT<br>2452 MASONIC DRIVE<br><br>SEWICKLEY, PA 15143 | 45966 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LUIS ALFONSO CASTRO<br>CARMEN CASTRO<br>11023 SW 77 COURT CIRCLE<br>MIAMI, FL 33156 | 11111 | Motors Liquidation Company | $37,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LUIS ANTONIO SHIRLEY CAMPBELL<br>P O BOX 5216<br>PANAMA ZONA 5<br>REPUBLICA DE PANAMA<br>,<br>PANAMA (REP) | 22110 | Motors Liquidation Company | $68,865.14 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixtieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| LUIS CARDENAS ANDRES CARDENAS<br>TERESA CARDENAS AND ISABEL CARDENA<br>C/O MAGDALENA CARDENAS-LARA<br>1491 ST ANNES CT<br>CONCORD, NC 28027 | 11834 | Motors Liquidation Company | $31,080.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LUIS FELIPE GONZALEZ VILLARREAL<br>RETORNO DE CRISANTEMO # 27<br>OLIVAR DE LOS PADRES<br>MEXICO, D F 01780 MEXICO<br>,<br>MEXICO | 22636 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LUIS GUILLERMO ALVAREZ<br>MARIA ELENA COSTOYA<br>4043 SANDERLING LN<br>WESTON, FL 33331 | 23444 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LUIS KORENFELD<br>ATN ADRIANA CAJIGAS<br>511 FIFTH AVE.<br>NEW YORK, NY 10017<br>UNITED STATES OF AMERICA | 25364 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LUIS MANRARA<br>P O BOX 13216<br>SAN JUAN, PR 00908 | 20057 | Motors Liquidation Company | $17,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LUIS OKUN & WENDY L CHRISTY TTEE<br>C/O MORGAN STANLEY SMITHBARNEY<br>1001 SW FIFTH AVE, SUITE 2200<br>PORTLAND, OR 97204<br>UNITED STATES OF AMERICA | 20519 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LUISA RINAUDO<br>57 CANTON AVE<br>STATEN ISLAND, NY 10312 | 17064 | Motors Liquidation Company | $14,415.10 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LUKE A SCHAAP<br>CGM IRA ROLLOVER CUSTODIAN<br>2440 186 STREET APT #J2<br>LANSING, IL 60438 | 46622 | Motors Liquidation Company | $51,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LUKE A SCHAAP<br>CGM IRA ROLLOVER CUSTODIAN<br>2440 186 ST. APT. #J2<br>LANSING, IL 60438 | 46623 | Motors Liquidation Company | $101,274.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LUKE B & LAURA G SCHOENLEIN<br>26308 E WEXFORD DR<br><br>PERRYSBURG, OH 43551 | 3488 | Motors Liquidation Company | $5,093.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LUKE HEPPE<br>3614 MAYFIELD RD<br><br>JACKSON, WI 53037 | 4748 | Motors Liquidation Company | $80,289.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LUKE MCLAUGHLIN<br>157 HOGELAND RD<br><br>SOUTH HAMPTON, PA 18966 | 23132 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LUKE P HEPPE TTEE<br>LUKE P & AGNES M HEPPE REV TRUST<br>U/A 4/29/96<br>3614 S MAYFIELD RD<br>JACKSON, WI 53037 | 14934 | Motors Liquidation Company | $80,289.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LUKE S DICKERSON IRA<br>EDWARD JONES CUSTODIAN<br>FBO LUKE S DICKERSON<br>1 CORAL CIRCLE<br>BELPRE, OH 45714 | 1751 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LULA KATHLEEN PENN TRUSTEE<br>THOMAS JEFFERSON PENN TRUST<br>2193 BROADHEAD PL<br>LEXINGTON, KY 40515 | 19567 | Motors Liquidation Company | $20,166.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LUNG-CHUN LIU<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>13748 LEXINGTON CT<br>SARATOGA, CA 95070 | 16195 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LUTHARE H ERNST<br>7990 E SNYDER RD<br>APT 14101<br>TUCSON, AZ 85750 | 11379 | Motors Liquidation Company | $13,800.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LUTHEN L BADEN AND HENRIETTA E BADEN<br>JTWROS<br>25 CARRIAGE CROSSING WAY<br>TROY, OH 45373 | 20986 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 35

Sixtieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LUTHER J SIGMON & RUTH SIGMON<br>JT TEN<br>PO BOX 61<br>NEWTON, NC 28658 | 10207 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LUTHER L NATIONS, BETTY J NATIONS JTTEN<br>257 HARBOR VILLAGE DR<br>MADISON, TN 37115 | 8844 | Motors Liquidation Company | $98,731.71 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LUTHERAN FRATERNITIES OF AMERICA C.B.C.F.<br>LUTHERAN FRATERNITIES OF AMERICA<br>CHURCH BUILDING CONSTRUCTION FUND<br>ATTN: T A RENKERT<br>25600 KELLY<br>ROSEVILLE, MI 48066<br>UNITED STATES OF AMERICA | 7467 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LUTZ HARTWIG<br>SCHOENER BRICK 4<br>22587 HAMBURG GERMANY<br>GERMANY | 59983 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LUTZ KUHLBRODT<br>DORFPLATZ 9<br>14547 BEELITZ / OT KANIN GERMANY<br>GERMANY | 61126 | Motors Liquidation Company | $15,620.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LUZ M VALLES<br>197 BAYCLUB<br>SANTA TERESA, NM 88008 | 36258 | Motors Liquidation Company | $10,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LUZZATTO CHAR RM TRUST UTD 6/16/2005<br>ALVIN LUZZATTO<br>632 WALAPAI DR<br>FUQUAY VARINA, NC 27526 | 5708 | Motors Liquidation Company | $10,005.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LYDIA E KUHN<br>1386 WOODLAND CIR<br>BETHLEHEM, PA 18017<br>UNITED STATES OF AMERICA | 14553 | Motors Liquidation Company | $62,293.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LYDIA L SMITH<br>CANTERBURY COURT, APT. 873<br>3750 PEACHTREE ROAD, NE<br>ATLANTA, GA 30319 | 45646 | Motors Liquidation Company | $8,950.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixtieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| LYDIA RYZYK<br>214 COOK AVE<br>YONKER, NY 10701 | 61959 | Motors Liquidation Company | $11,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LYLE BROOKMAN<br>240 GOODRICH ST<br>LAKELAND, FL 33813 | 17710 | Motors Liquidation Company | $45,911.85 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LYLE E MORSE<br>2108 74TH STREET<br>WINDSOR HEIGHTS, IA 50324 | 62129 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LYLE KINSLER<br>22626 UNION TPKE APT 4G<br>OAKLAND GDNS, NY 11364 | 6102 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LYLE S & OLIVE E COONRADT<br>1402 LIGHTHOUSE PLACE<br>SIOUX FALLS, SD 57103 | 2590 | Motors Liquidation Company | $23,234.37 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LYLE WESTHOFF<br>855 TROSPER RD #108-256<br>TUMWATER, FL 98512 | 11934 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LYMAN R NORMINGTON<br>CGM IRA CUSTODIAN<br>11342 WHITES CROSSING DR<br>BELDING, MI 48809 | 14011 | Motors Liquidation Company | $12,248.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LYN C HARGROVE &<br>LESLEY L HARGROVE JTWROS<br>14681 CR 2337<br>TYLER, TX 75707 | 45811 | Motors Liquidation Company | $10,280.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LYN R MULA<br>248 SUGARWOOD BLVD<br>HOUMA, LA 70360 | 16615 | Motors Liquidation Company | $12,208.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LYNDA J LYNCH TTEE<br>FBO LYNDA J LYNCH TRUST<br>U/A/D 06/27/01<br>22595 VACRI LANE<br>FARMINGTON HILLS, MI 48335 | 20619 | Motors Liquidation Company | $10,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Sixtieth Omnibus Objection**

# Exhibit A

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LYNDA L RUSHING TOD<br>PAUL LASPADA<br>SUBJECT TO STA TOD RULES<br>687 MOONDALE DR<br>EL PASO, TX 79912 | 17490 | Motors Liquidation Company | $3,757.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LYNDA SEIGEL<br>CGM IRA CUSTODIAN<br>100 EVESHAM ROAD<br>UNIT A<br>FREEHOLD, NJ 07728 | 30897 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LYNDA SEIGEL<br>100 EVESHAM RD<br>UNIT A<br>FREEHOLD, NJ 07728 | 30898 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LYNDA SEIGEL<br>100 EVESHAM RD<br>UNIT A<br>FREEHOLD, NJ 07728 | 30899 | Motors Liquidation Company | $62,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LYNDEN KAMERMAN<br>805 W 11TH ST<br>CORNING, AR 72422 | 20801 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LYNDIE PAMELA KAHANEK<br>C/O LYNDIE KAHANEK<br>79 SIDNEY COURT<br>SAN RAFAEL, CA 94903 | 12645 | Motors Liquidation Company | $15,042.22 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LYNDOL NUTT & PEGGY A NUTT<br>5015 HWY 44E<br>SHEPHERDSVILLE, KY 40165 | 21023 | Motors Liquidation Company | $7,705.03 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LYNDON S JOHNSTON<br>162 RAINBOW DR PMB 6241<br>LIVINGSTON, TX 77399 | 38962 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LYNN & LEONARD SNYDER<br>6260 N DESERT MOON LOOP<br>TUCSON, AZ 85750 | 12664 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LYNN A COX<br>8657 CRESTED EAGLE PL<br>SANFORD, FL 32771 | 13211 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixtieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LYNN A HAWKINS<br>4400 GINZEL<br><br>BOISE, ID 83703 | 3760 | Motors Liquidation Company | $980.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LYNN A HAWKINS<br>PO BOX 2016<br><br>BOISE, ID 83701 | 21389 | Motors Liquidation Company | $19,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LYNN BIEL<br>TRADITIONAL IRA<br>RIDGE CLEANING CUSTODIAN<br>114 E 90TH ST<br>NEW YORK, NY 10128 | 18340 | Motors Liquidation Company | $20,650.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LYNN C GREY<br>6156 WATERFRONT DR<br><br>WATERFORD, MI 48329 | 4765 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LYNN FAMILY LIMITED PARTNERSHIP<br>FAMILY LIMITED PARTNERSHIP<br>2 SOUTH UNIVERSITY DRIVE STE 215<br>PLANTATION, FL 33324 | 44713 | Motors Liquidation Company | $100,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LYNN H COLTRIN<br>902 N CARMEN ST<br><br>BOISE, ID 83704 | 19511 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LYNN L. BRYAN<br>4546 HAMER RD<br><br>NEWBERN, TN 38059 | 27164 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LYNN M HAMMOND<br>6125 BRYAN DRIVE<br><br>INDIANAPOLIS, IN 46227 | 31528 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LYNN MARIE BARNES AND THOMAS J BARNES<br>10896 52ND ST<br><br>LOWELL, MI 49331 | 10201 | Motors Liquidation Company | $8,562.40 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LYNN S. MAY<br>1221 HUNTRIDGE ROAD<br><br>SANTA ANA, CA 92705 | 62271 | Motors Liquidation Company | $2,905.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixtieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LYNN W HELFERD<br>WBNA CUSTODIAN TRAD IRA<br>5271 NAVAHO DR<br>ALEXANDRIA, VA 22312 | 14649 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LYNN WHERRY IRA<br>HILLIARD LYONS CUST FOR LYNN WHERRY<br>803 OAK CT<br>GREENFIELD, IN 46140 | 14565 | Motors Liquidation Company | $4,223.49 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LYNN WILLIAM HELFERD REV TRUST<br>LYNN WILLIAM HELFERD<br>MARGOT S HELFERD TTEE<br>LYNN WILLIAM HELFERD REVOC TR U/A 12/21/92<br>5271 NAVAHO DR<br>ALEXANDRIA, VA 27312<br>UNITED STATES OF AMERICA | 14652 | Motors Liquidation Company | $14,550.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LYNNE A MORRISON LIVING TRUST<br>8805 49TH AVE<br>COLLEGE PARK, MD 20740 | 15540 | Motors Liquidation Company | $25,514.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LYNNE BERNSTEIN<br>943 S SIERRA BONITA AVE<br>LOS ANGELES, CA 90036 | 16565 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LYNNE DOYLE IRA<br>LYNNE DOYLE<br>7832 ESTRELLA CT<br>SARASOTA, FL 34238 | 9265 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LYNNE E. WILSON<br>PO BOX 71137<br>LAS VEGAS, NV 89170 | 20395 | Motors Liquidation Company | $10,199.97 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LYNNE F LACKENBACH TTEE<br>ARMAND E LACKENBACH TESTAMENTARY TR<br>U/W DTD 06/18/1990<br>31 PILLSBURY RD<br>E HAMPSTEAD, NH 03826 | 21721 | Motors Liquidation Company | $15,586.85 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LYNNE R BRADLEY<br>225 CAMBRIDGE RD<br>CHERRY HILL, NJ 08034 | 6789 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixtieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| M ARLYN THORSON<br>PO BOX 1692<br>FARMINGTON, NM 87499 | 8141 | Motors Liquidation Company | $6,419.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| M ATKINSON & S R ATKINSON CO-TTEE<br>MARSHAL & SHIRLEY ATKINSON TR U/A<br>DTD 05/14/1990<br>3400 WAGNER HEIGHTS #152<br>STOCKTON, CA 95209 | 12326 | Motors Liquidation Company | $18,251.69 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| M B ORLOVE & D N ORLOVE CO-TTEE<br>MICHELLE B ORLOVE REVOCABLE TR U/A<br>DTD 05/11/2006<br>2112 ACACIA PARK DR #615<br>LYNDHURST, OH 44124 | 2569 | Motors Liquidation Company | $25,675.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| M D CONE & C D CONE CO TTEE<br>M DUANE CONE REV FAMILY TRUST U/A<br>DTD 03/09/1992<br>5018 LEONA ST<br>TAMPA, FL 33629 | 28824 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| M DAVID JACKSON JR  &<br>MARTHA S JACKSON JT WROS<br>4202 GLENHAVEN LN<br>TAMPA, FL 33618 | 19664 | Motors Liquidation Company | $5,220.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| M E E J INTERNATIONAL LTD<br>ROAD TOWN<br>TORTOLA, VIRGIN ISLANDS<br>VIRGIN ISLANDS | 22047 | Motors Liquidation Company | $450,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| M ELIZABETH WILMOT<br>8270 N HAYDEN RD UNIT 1014<br>SCOTTSDALE, AZ 85258 | 16622 | Motors Liquidation Company | $23,371.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| M FALCONE & D VON FALCONE TTEE<br>2002 FALCONE FAMILY TRUST<br>U/A DTD 06/25/2002<br>2 S ALTA MIRA RD<br>LAGUNA BEACH, CA 92651 | 20408 | Motors Liquidation Company | $45,372.40 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| M H HATTON & T H HATTON CO-TTEE<br>HATTON FAMILY TR DTD MAR 4, 2009<br>U/A DTD 07/31/2001<br>914 S STERLING AVE<br>TAMPA, FL 33629 | 28432 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixtieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| M I UNGER<br>10217 NW 24TH PLACE<br><br>SUNRISE, FL 33322 | 3491 | Motors Liquidation Company | $87,150.19 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| M JOANN & LEO GLOTZBACH TTEES<br>U/A/D 05/05/1992<br>JOANN MARTHA GLOTZBACH REVOCABLE TRUST<br>201 SANDALWOOD<br>MONTICELLO, IN 47960 | 4285 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| M JOANN GLOTZBACH<br>201 SANDALWOOD DR<br><br>MONTICELLO, IN 47960 | 1853 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| M JOYCE TANNER<br>3105 JOHNSTON RD<br><br>PARSONS, KS 67357 | 14867 | Motors Liquidation Company | $20,004.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| M KATHRYNE JACOBS<br>618 AVENIDA SEVILLA UNIT A<br><br>LAGUNA WOODS, CA 92637 | 6257 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| M L SHARP<br>PO BOX 8613<br><br>HORSESHOE BAY, TX 78657 | 15745 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| M LEWIS MATTHEWS & TERRI M HANDLEY JTWROS<br>38 SETH JOHNSON DRIVE<br><br>WETUMPKA, AL 36093<br>UNITED STATES OF AMERICA | 16759 | Motors Liquidation Company | $39,200.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| M LINN & M LINN TTEE<br>MICHIMIKINOCK IRREVOCABLE TRU<br>U/A DTD 10/16/2007<br>C/O MICHAEL LINN<br>5675 GOLFRIDGE RD<br>ALMA, MI 48801 | 8354 | Motors Liquidation Company | $5,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| M NAGI OU FALAKH BARBIR<br>BEMO FRANCE<br>49 AVENUE D LENA<br>75116 PARIS  FRANCE<br><br><br>FRANCE | 60807 | Motors Liquidation Company | $213,958.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixtieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| M S COHN FAMILY KP<br>5602 N SCOTTSDALE RD<br><br>SCOTTSDALE, AZ 85253 | 68922 | Motors Liquidation Company | $37,490.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| M SMITH & R SMITH TTEE<br>C/O RICHARD L SMITH & MARCELLA N SMITH<br>20407 CHRISTMAS RIDGE<br>BEND, OR 97702 | 8988 | Motors Liquidation Company | $50,450.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| M W GRAFFIUS<br>2741 CARLMONT PLACE<br><br>SIMI VALLEY, CA 93065 | 9219 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| M. ASHLEY-MC CARTER TTEE<br>FBO TRUST Q OJ MC CARTER TRUST<br>U/A/D 07/09/91<br>301 EAST 79 ST APT 20S<br>NEW YORK, NY 10075 | 31003 | Motors Liquidation Company | $215,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| M. CATHERINE KASWECK<br>M KASWECK<br>6828 TOLAND DR<br>UNIT 202<br>MELBOURNE, FL 32940 | 15443 | Motors Liquidation Company | $12,504.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| M. CATHERINE KASWECK, IRA<br>M KASWECK<br>6828 TOLAND DR<br>UNIT 202<br>MELBOURNE, FL 32940 | 15442 | Motors Liquidation Company | $33,624.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| M. JOAN BIENZ<br>4110 CITIZEN CIRCLE<br><br>AUSTELL, GA 30106 | 12696 | Motors Liquidation Company | $5,060.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| M.E. & JESSIE M. MATTHEWS<br>5437 JR DRIVE<br><br>BIRMINGHAM, AL 35235<br>UNITED STATES OF AMERICA | 23660 | Motors Liquidation Company | $3,937.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| M.E.E.J INTERNATIONAL LTD.<br>ROAD TOWN<br>TORTOLA<br>VIRGIN ISLANDS<br>,<br>VIRGIN ISLANDS | 22046 | Motors Liquidation Company | $325,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Sixtieth Omnibus Objection**

## Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| M/M GORDON J KELLY, SR<br>TTEE KELLY FAMILY TRUST<br>248 GEORGETOWNE BLVD<br>DAYTONA BEACH, FL 32119<br>UNITED STATES OF AMERICA | 29497 | Motors Liquidation Company | $4,068.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MABEL DOOLEY TRUST U/A DTD 04/09/97<br>MABEL G DOOLEY TTEE<br>670 CHEROKEE RD<br>CEDARTOWN, GA 30125 | 11974 | Motors Liquidation Company | $15,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MABEL G CHEETHAM<br>379 JAMES WAY<br>MARION, OH 43302 | 16639 | Motors Liquidation Company | $26,100.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MABEL G. BICKEL<br>420 BRANCHTON RD<br>SLIPPERY ROCK, PA 16057 | 9568 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MABEL SOO TTEE F/T<br>MABEL SOO REVOCABLE TRUST U/A DTD 07/20/06<br>260 GLENVIEW DRIVE<br>SAN FRANCISCO, CA 94131 | 9717 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MABEL Y COULTER TOD<br>ANGELA ELKINS TERESA FARRIS<br>2540 S 450 E<br>COLUMBUS, IN 47203 | 3565 | Motors Liquidation Company | $30,809.67 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MACK T ROBERSON &<br>ELIZABETH S ROBERSON<br>TOD NAMED BENEFICIARIES<br>SUBJECT TO STA TOD RULES<br>523 TAYLOR ROAD<br>FALFURRIAS, TX 78355 | 12115 | Motors Liquidation Company | $10,275.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MACK T SAUNDERS &<br>RUTH M SAUNDERS<br>JT/TEN<br>PO BOX 265<br>SUFFOLK, VA 23439 | 7160 | Motors Liquidation Company | $26,856.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MADELEINE CATON<br>5905-D CLARK RD # 174<br>PARADISE, CA 95969 | 19937 | Motors Liquidation Company | $3,112.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixtieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MADELEINE CATON LIVING TRUST 5905-D CLARK RD # 174 PARADISE, CA 95969 | 19938 | Motors Liquidation Company | $18,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MADELEINE L ALTAMIRA 1205 MADEIRA DR SE #223 ALBUQUERQUE, NM 87108 | 13987 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MADELINE B ERLICH 3371 NW 53RD CIRCLE BOCA RATON, FL 33496 | 11450 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MADELINE C HOSSMAN TTEE UTD 1/3/08 FBO MADELINE CHURCH-HOSSMAN FAMILY TRUST 941 ROSECRANS SAN DIEGO, CA 92106 | 68900 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MADELINE M NEBROTSKI TOD DTD 12/17/2008 ONE HIGHLAND DRIVE DANVILLE, PA 17821 | 61888 | Motors Liquidation Company | $7,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MADELINE RIZZO TRUST UAD 12/15/94 MADELINE RIZZO TTEE 166 EUPHRATES CIRCLE PALM BCH GDNS, FL 33410 | 3093 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MADELINE ROBERTSON 5065 POLLY PARK LANE BOYNTON BEACH, FL 33437 | 44388 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MADELYN SCHAEFER 47 POPLAR POINT RD EDGEWATER, MD 21037 | 17248 | Motors Liquidation Company | $11,815.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MADELYN VANDERBOSCH 9550 N OTTO RD CATTARAUGUS, NY 14719 | 36136 | Motors Liquidation Company | $9,950.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MADELYN W ROTHGEB 204 HIGHVIEW DR EUREKA, IL 61530 | 6175 | Motors Liquidation Company | $10,052.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixtieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MADENE M PRATHER<br>PO BOX 1433<br><br>LINDALE, TX 75771 | 20716 | Motors Liquidation Company | $7,592.43 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MADHAVA SHENOY<br>1001 NORTHUMBERLAND WAY<br><br>MONMOUTH JUNCTION, NJ 08852<br>UNITED STATES OF AMERICA | 29852 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MADONNA CURTIS<br>181 E SUSAN LANE<br><br>UNION, WA 98592 | 7813 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MADURAI S SADASIVAM<br>10632 EAGLES VIEW DR<br><br>KNOXVILLE, TN 37922 | 12701 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAE K HUNT-VLIEK<br>660 EVERGREEN FARM WAY<br>ST #6058<br>SEQUIM, WA 98382 | 5351 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAE M ZEIDWERG<br>CGM IRA ROLLOVER CUSTODIAN<br>15 ROWAN CT<br>EAST BRUNSWICK, NJ 08816 | 17961 | Motors Liquidation Company | $22,842.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAE MERLE STANGLE<br>CHARLES SCHWAB & CO INC.CUST<br>IRA CONTRIBUTORY<br>1839 ROCKMOOR DR<br>CHESTERFIELD, MO 63017 | 2317 | Motors Liquidation Company | $30,607.18 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAE OSTERWEIL TTEE<br>MAE OSTERWEIL TRUST<br>U/A DTD 12/05/1989<br>PO BOX 712<br>MARGARETVILLE, NY 12455 | 6825 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAEDELLA PENNY OADE &<br>ROBERT E OADE JTWROS<br>9665 SOUTHERN BELLE DR<br>WEEKI WACHEE, FL 34613 | 21296 | Motors Liquidation Company | $4,323.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixtieth Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MAG CLAUDIA PRANTL<br>SPECKBACHERSTRASSE 14<br>6020 INNSBRUCK AUTRIA<br><br>AUSTRIA | 64512 | Motors Liquidation Company | $16,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAG HELMUT MAYER<br>WLASSAKSTRABE 70/1<br>A-1130 WIEN AUSTRIA<br><br>AUSTRIA | 61665 | Motors Liquidation Company | $32,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAG JOSEF PRANTL<br>FELSECKSTRASSE 19<br>6020 INNSBRUCK AUSTRIA<br><br>AUSTRIA | 64511 | Motors Liquidation Company | $272,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAG. ALFRED ORTIG<br>LOYS AUFFANGER WEG 9<br>A-5280 BRAUNAN AUSTRIA<br>,<br>AUSTRIA | 60828 | Motors Liquidation Company | $5,134.58 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAGDALEN A KELCHAK<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>6588 TAMARACK CT<br>TROY, MI 48098 | 5811 | Motors Liquidation Company | $50,244.38 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAGDALENE I HAHN<br>398 THE PRESERVE TRL<br><br>CHAPEL HILL, NC 27517 | 27284 | Motors Liquidation Company | $15,218.40 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAGDALINE A MALONE<br>919 MONTGOMERY AVE<br>APT 2-7<br>BRYN MAWR, PA 19010 | 9733 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAGGIE & JULIO DIAZ<br>MAGGIE P DIAZ<br>357 E 57TH ST #3C<br>NEW YORK, NY 10022 | 5694 | Motors Liquidation Company | $90,261.20 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAGID REALTY AFFILIATES DEFINED<br>MAGID REALTY AFFILIATE<br>C/O LAWRENCE MAGID<br>141 CRESCENT DR<br>ALBERTSON, NY 11507 | 8680 | Motors Liquidation Company | $16,352.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Sixtieth Omnibus Objection**

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MAGINA FINANCE LTD<br>LOMBARD ODIER DARIER HENTSCH & CIE<br>ATTN CHRISTIAN WIDMER<br>RUE DE 10 CORRATERIE 11<br>1204 GENEVA SWITZERLAND<br><br>SWITZERLAND | 27273 | Motors Liquidation Company | $8,663,355.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAGUET FAMILY LIVING TRUST<br>DOROTHY MAGUET<br>21131 WINKEL<br>ST CLAIR SHORES, MI 48081 | 7036 | Motors Liquidation Company | $71,222.05 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAHMOUD T DAJANI<br>1602 WALDEN DR<br>MCLEAN, VA 22101 | 7842 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAINLINE BANCSHARES<br>ATTN: TIPTON PUGH<br>P O BOX 189<br>PORTLAND, AR 71663 | 10180 | Motors Liquidation Company | $55,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAINLINE BANKSHARES<br>ATTN TIPTON PUGH<br>PO BOX 189<br>PORTLAND, AR 71663 | 10179 | Motors Liquidation Company | $2,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MALATZKY FAM TR<br>DTD 8/1/98 ROBERT MALATZKY &<br>ANNA B MALATZKY TTEES<br>CHARLOTTE W PEAHL-SUC TTEE<br>875 W END AVENUE APT 3A<br>NEW YORK, NY 10025 | 2207 | Motors Liquidation Company | $2,500.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MALCOLM CLARKE<br>947 E 31 ST 2ND FL<br>BROOKLYN, NY 11210 | 27231 | Motors Liquidation Company | $25,829.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MALIK C PARKASH<br>1851 HAMPSHIRE DR<br>HOFFMAN EST, IL 60192 | 12814 | Motors Liquidation Company | $7,783.11 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MALINA, EDWARD & SANDRA REVOCABLE TRUST<br>EDWARD MALINA<br>SANDRA MALINA TTEE<br>6046 SUNNY MANOR CT<br>DELRAY BEACH, FL 33484 | 9285 | Motors Liquidation Company | $10,350.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixtieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| MAMIE CRANE & STEVE CRANE & TERN O'DONELL & DWAIN CRANE 6416 TRINITY DR PINE BLUFF, AR 71603 UNITED STATES OF AMERICA | 67712 | Motors Liquidation Company | $5,185.63 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAMIE R MAARSCHALIG 2617 GLENFIELD AVE DALLAS, TX 75233 | 7041 | Motors Liquidation Company | $8,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MANFRED + RENATE SEJA WASSERFALLGASSE 16 A-5630 BAD HOFGASTEIN AUSTRIA AUSTRIA | 27813 | Motors Liquidation Company | $1,094,860.94 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MANFRED BOLDT & ROSEMARIE BOLDT JT TEN TOD CAROLA BOLDT SUBJECT TO STA RULES MOERCHINGER STR 37 BERLIN 14169 GERMANY , GERMANY | 15863 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MANFRED C THUMM ANNE M THUMM JTWROS 157 ELM TREE TRL WINTER HAVEN, FL 33880 | 7088 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MANFRED LUIB (IRA) FCC AS CUSTODIAN 5229 MAPLE SPRINGS DR CHAGRIN FALLS, OH 44022 | 11449 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MANFRED MARSCHEWSKI  IRA FCC AS CUSTODIAN U/A DTD 02/03/00 803 STOUTS VALLEY ROAD RIEGELSVILLE, PA 18077 | 12054 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MANIDIPA DAS 14 LOUIS CT PEEKSKILL, NY 10566 | 6249 | Motors Liquidation Company | $3,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MANJU A SHAH 3807 PECAN VALLEY DR MISSOURI CITY, TX 77459 | 30882 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixtieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MANJU A SHAH<br>3807 PECAN VALLY DR<br><br>MISSOURI CITY, TX 77459<br>UNITED STATES OF AMERICA | 30883 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MANN SHYA HU TSAY HSIN HU<br>1042 WARE STREET<br><br>VIENNA, VA 22180 | 64250 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MANOS IMMOBILIEN GMBH<br>C/O HEIKE LINDNER<br>KARCHERALLEE 23<br>01277 DRESDEN GERMANY<br><br>GERMANY | 29317 | Motors Liquidation Company | $10,360.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MANOUCHEHR BENJY<br>SHAHNAZ BENJY<br>815 N BEDFORD DR<br>BEVERLY HILLS, CA 90210 | 68901 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MANUCHEHR EIJADI<br>CGM IRA CUSTODIAN<br>23 ALPINE DRIVE<br>LINCOLN PARK, NJ 07035 | 5231 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MANUCHEHR EIJADI<br>23 ALPINE DR<br><br>LINCOLN PARK, NJ 07035 | 5233 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MANUCHEHR EIJADI<br>23 ALPINE DR<br><br>LINCOLN PARK, NJ 07035 | 5234 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MANUCHER EIJADI<br>23 ALPINE DRIVE<br><br>LINCOLN PARK, NJ 07035 | 5232 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MANUEL F DE LA TORRIENTE<br>2333 BRICKELL AVE APT 2116<br><br>MIAMI, FL 33129 | 9393 | Motors Liquidation Company | $144,707.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixtieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| MANUEL GIRAULT ORTIZ DE M JAVIER GIRAULT ORTIZ DE MONTELLANO FRANCISCO JAVIER GIRAULT PRIVADA DE TAMARINDOS 11 DEPT 018-C 05110 BOSQUES DE LAS LOMAS MEXICO DF<br><br>MEXICO | 37622 | Motors Liquidation Company | $51,322.22 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MANUEL LLIVINA PARAJON URB VALPARAISO A5 CALLE 1 TOA BAJA PR 00949 PUERTO RICO ,<br><br>PUERTO RICO | 13309 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MANUEL LOPEZ 7530A SPRING LAKE DR<br><br>BETHESDA, MD 20817 | 13013 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MANUEL RODRIGUEZ TTE MANUEL RODRIGUEZ TRUST U/A 8/25/06 8032 SW 90 AVE MIAMI, FL 33173 | 9331 | Motors Liquidation Company | $200,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MANUEL T BARRERA TTEE MANUEL T BARRERA TRUST U/A DTD 11/07/00 64-03 251ST STREET LITTLE NECK, NY 11362 | 8068 | Motors Liquidation Company | $12,742.72 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARATHON ASSOCIATES PROFIT PLAN C/O JOHN S SPILIAKOS 29 GARLAND ROAD LINCOLN, MA 01773 | 13286 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARC DE PAUW C/O SG PRIVATE BANKING CUSTODY / ANN GELAUDE KORTRIJKSESTEENWEG 302 B - 9000 GENT BELGIUM ,<br><br>BELGIUM | 65457 | Motors Liquidation Company | $7,504.72 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARC E DELLAPORTA & KATHLEEN A DELLAPORTA 1001 DUNNING DR WEST CHESTER, PA 19382 | 44103 | Motors Liquidation Company | $84,935.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixtieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MARC KOLOKOFF TOD<br>PATTY S KOLOKOFF<br>SUBJECT TO STA RULES<br>2104 PINEY WOODS COURT<br>VIRGINIA BCH, VA 23456 | 69574 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARC R GONZER<br>24 HERMAN THAU RD<br>ANNANDALE, NJ 08801 | 5769 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARC SATTLER<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>9354 MELLENBROOK RD<br>COLUMBIA, MD 21045 | 68529 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARC WEINSTEIN<br>66-45 GRAND AVENUE<br>MASPETH, NY 11378 | 27809 | Motors Liquidation Company | $11,728.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARC WEINSTEIN<br>66-45 GRAND AVENUE<br>MASPETH, NY 11378 | 27810 | Motors Liquidation Company | $30,826.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARCEL CICIC<br>99-40 63RD ROAD<br>APT 9U<br>REGO PARK, NY 11374 | 25460 | Motors Liquidation Company | $70,137.24 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARCELA S DE FERNANDEZ<br>AVE LAS AMERICAS 1972<br>TORRE LOA ENCINOS DEPTO 13 A<br>GUADALAJARA  JALISCO  MEXICO  44610<br><br>MEXICO | 11070 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARCELLA FARMER<br>625 FIRST AVE<br>LADY LAKE, FL 32159 | 11305 | Motors Liquidation Company | $11,896.08 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARCELLA H KABERG<br>MARCELLA H KABERG TTEE<br>MARCELLA H KABERG TRUST U/A/D 3-16-98<br>1382 BRANDYWINE DR<br>ROCKFORD, IL 61108 | 5817 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARCELLA KLIMAS<br>5095 WOODRIDGE WAY<br><br>TUCKER, GA 30084<br>UNITED STATES OF AMERICA | 30041 | Motors Liquidation Company | $5,351.36 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARCELLA SEDLACHEK<br>401 N. WESTHAVEN DRIVE, K-102<br><br>OSHKOSH, WI 54904 | 23979 | MLCS Distribution Corporation | $86,400.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARCELYN A LOEHLEIN<br>1820 RIDGEWAY DR #12B<br><br>DE PERE, WI 54115 | 26875 | Motors Liquidation Company | $6,894.17 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARCIA E STODDARD<br>390 KEINATH DR<br><br>FRANKENMUTH, MI 48734 | 10314 | Motors Liquidation Company | $10,625.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARCIA F HAXALL<br>94 SHIPWRIGHT ST<br><br>ANNAPOLIS, MD 21401 | 30193 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARCIA FRAN MOLLOY<br>CHARLES SCHWAB & CO INC CUST IRA CONTRIBUTORY<br>2700 SULGRAVE RD<br>SHAKER HEIGHTS, OH 44122 | 68567 | Motors Liquidation Company | $375.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARCIA KATZ<br>CGM IRA CUSTODIAN<br>SB PORTFOLIO MANAGEMENT<br>1600 PARKER AVE<br>APT 22F<br>FORT LEE, NJ 07024 | 12227 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARCIA KATZ<br>SB PORTFOLIO MANAGEMENT<br>1600 PARKER AVE<br>APT 22F<br>FORT LEE, NJ 07024 | 12228 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

**Claim Totals**                    499

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

## Exhibit B

US_ACTIVE:\43473395\01\72240.0639

HEARING DATE AND TIME:  August 6, 2010 at 9:45 a.m. (Eastern Time)
OBJECTION DEADLINE:  July 30, 2010 at 4:00 p.m. (Eastern Time)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                    :
In re                                               :          **Chapter 11 Case No.**
                                                    :
**MOTORS LIQUIDATION COMPANY,** *et al.,*           :          **09-50026 (REG)**
    **f/k/a General Motors Corp.,** *et al.*    :
                                                    :
        **Debtors.**          :          **(Jointly Administered)**
                                                    :
-----------------------------------------------------------------x

## STIPULATION AND AGREED ORDER
### AMONG THE DEBTORS, WILMINGTON TRUST COMPANY,
### AND CITIBANK, N.A., SOLELY IN ITS CAPACITY AS PAYING AGENT,
### <u>REGARDING PROOFS OF CLAIM NOS. 47871, 47872, 65729, 65793, AND 66723</u>

Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

certain of its subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11

cases (collectively, the "**Debtors**"), Wilmington Trust Company as successor indenture trustee

("**WTC**"), and Citibank, N.A., solely in its capacity as paying agent under the 1990 Indenture

and 1995 Indenture (as defined below) (in such capacity, "**Citibank**"), together with the Debtors

and WTC, the "**Parties**"), by and through their respective undersigned counsel, hereby enter into

this Stipulation and Agreed Order (this "**Stipulation**") and stipulate as follows:

### <u>RECITALS</u>

      A.    On June 1, 2009 (the "**Commencement Date**"), certain of the Debtors

commenced with this Court voluntary cases (the "**Chapter 11 Cases**") under chapter 11 of title

11, United States Code (the "**Bankruptcy Code**").

      B.    On September 16, 2009, the Court entered an order (the "**Bar Date Order**")

establishing November 30, 2009 at 5:00 p.m. (Eastern Time) (the "**General Bar Date**") as the

deadline for each person or entity (including without limitation, each individual, partnership,

joint venture, corporation, estate, or trust) to file a proof of claim (a "**Proof of Claim**") against

certain of the Debtors, including MLC, to assert any claim (as defined in section 101(5) of the

Bankruptcy Code) that arose prior to the Commencement Date.

C.      As of the Commencement Date, MLC, as issuer, WTC, as successor indenture

trustee, and Citibank, as paying agent, were parties to (i) a Senior Indenture, dated as of

December 7, 1995, as amended (the "**1995 Indenture**," and WTC's capacity under the 1995

Indenture, the "**1995 Trustee**"), and (ii) a Senior Indenture, dated as of November 15, 1990 (the

"**1990 Indenture**," and WTC's capacity under the 1990 Indenture, the "**1990 Trustee**") pursuant

to which MLC issued senior unsecured debt securities.

D.      Prior to the General Bar Date, WTC timely filed the following four Proofs of

Claims against MLC (each, a "**WTC Claim**" and collectively, the "**WTC Claims**"):

| Claim Number | Applicable Indenture | Principal Amount of Claim Plus Fees and Interest Accrued to Petition Date |
|:---:|:---:|:---:|
| 65793 | 1990 Indenture | $1,419,581,281.12 |
| 47871 | 1990 Indenture | $1,419,581,281.12 |
| 65729 | 1995 Indenture | $21,928,297,131.26 |
| 47872 | 1995 Indenture | $21,928,297,131.26 |

E.      Prior to the General Bar Date, Citibank timely filed a proof of claim against MLC

in the amount of $173,063.43 [Proof of Claim No. 66723] (the "**Citibank Claim**").

F.      WTC recognizes that it is not entitled to, and does not seek, a duplicate recovery

on account of the same WTC Claim and has agreed to withdraw two of the WTC Claims, subject

to the agreements set forth in this Stipulation.

43467654                                    2

## STIPULATION AND ORDER

NOW, THEREFORE, EACH OF THE PARTIES HEREBY STIPULATES AND

AGREES AS FOLLOWS:

1.        WTC Claims numbered 47871 (filed by WTC as 1990 Trustee) and 47872 (filed

by WTC as 1995 Trustee) are deemed withdrawn and WTC Claims numbered 65793 (filed by

WTC as 1990 Trustee) and 65729 (filed by WTC as 1995 Trustee) shall survive.

2.        With respect to principal plus interest due under the 1990 Indenture, WTC, in its

capacity as the 1990 Trustee will receive and is hereby granted, on behalf of itself and the record

and beneficial bondholders of debt securities issued under the 1990 Indenture an allowed general

unsecured, nonpriority claim in the amount of $1,419,471,545.22 (subject to appropriate reserve

and/or reduction in connection with any setoff exercised by beneficial bondholders that is

authorized by this Court) (the "**1990 Debt Claim**") against MLC to be satisfied in accordance

with any chapter 11 plan or plans confirmed in the Debtors' Chapter 11 Cases.

3.        With respect to principal plus interest due under the 1995 Indenture, WTC, in its

capacity as the 1995 Trustee, will receive and is hereby granted, on behalf of itself and the record

and beneficial bondholders of debt securities issued under the 1995 Indenture, an allowed

general unsecured nonpriority claim in the amount of $21,928,183,895.36 (subject to appropriate

reserve and/or reduction in connection with any setoff exercised by beneficial bondholders that is

authorized by this Court) (the "**1995 Debt Claim**," together with the 1990 Debt Claim, the

"**Debt Claims**").

4.        With respect to the prepetition fees and expenses incurred by WTC under the

1990 Indenture, WTC shall receive an allowed claim of $109,735.90 (the "**1990 WTC Fee

Claim**"), and with respect to the prepetition fees and expenses incurred by WTC under the 1995

Indenture, WTC shall receive an allowed claim of $113,235.90 (the "**1995 WTC Fee Claim**,"

together with the 1990 WTC Fee Claim, the "**WTC Fee Claims**").

5.      With respect to the prepetition paying agency fees and expenses incurred by

Citibank under the Indentures, the Citibank Claim shall be allowed in the amount of $162,333.71

(the "**Citibank Fees and Expenses Claim**," together with the WTC Fee Claims, the "**Fees and**

**Expenses Claims**").

6.      To the extent the Fees and Expenses Claims are not paid in full, in cash, pursuant

to a plan of reorganization and/or liquidation of MLC, (a) the amount of such fees and expenses

that remain unpaid shall constitute an allowed general unsecured, nonpriority claim against MLC

held by WTC and/or Citibank, as applicable, to be satisfied in accordance with any chapter 11

plan or plans confirmed in the Debtors' Chapter 11 Cases and (b) WTC and Citibank, pursuant to

section 7.06 of the 1990 Indenture and section 7.06 of the 1995 Indenture, shall retain a charging

lien with respect to its prepetition and post-petition fees and expenses on all assets or money held

or collected by WTC or Citibank on account of the Debt Claims or otherwise.

7.      WTC will issue a notice to the Depository Trust Company and post a notice on its

website (a) notifying beneficial bondholders of the notes issued under the Indentures of the entry

of the order allowing the WTC Claims and (b) notifying such bondholders that any subsequent

claims objection filed by the Debtors seeking to disallow claims filed by bondholders on the

grounds that such claims are duplicative of the Debt Claims being allowed under the stipulation

and order will not impair bondholder's entitlement to share in plan distributions on account of

the Debt Claims in accordance with the terms of the applicable Indenture.

8.      WTC agrees that it will not object to the Debtors' filing of objections to Proofs of

Claims filed by record and beneficial holders of debt securities arising out of or relating to the

1990 Indenture and/or the 1995 Indenture on the grounds that such Proofs of Claim are duplicative of the Debt Claims allowed pursuant to this Stipulation.

9.     WTC waives its right to argue that the entire stated principal amount of $377,377,000 with respect to the Discount Debentures is an allowable claim.

10.     To the extent that the fees and expenses of WTC incurred after the Commencement Date are not satisfied by payment in full in cash in connection with a plan of reorganization and/or liquidation of MLC, WTC reserves the right to argue that all such fees are allowable general unsecured non-priority claims against the estate of MLC.

11.     This Stipulation contains the entire agreement between the Parties as to the subject matter hereof and supersedes all prior agreements and undertakings between the Parties relating thereto.

Dated: New York, New York
       August 5, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Debtors and Debtors in Possession*

/s/ Keith R. Martorana
Matthew J. Williams
Keith R. Martorana

GIBSON DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Attorneys for Wilmington Trust Company, as 1990 Trustee and 1995 Truestee*

/s/ Louis A. Curcio
Maria M. Livanos
Louis A. Curcio

SONNENSCHEIN NATH & ROSENTHAL
LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6744
Facsimile:  (212) 768-6800

*Attorneys for Citibank, N.A. as Paying
Agent under the 1990 and 1995 Indentures*

So Ordered this **_9th_** day of **_August_** 2010

**_s/ Robert E. Gerber_**
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                         :

In re                         :          Chapter 11 Case No.
                         :

**MOTORS LIQUIDATION COMPANY,** *et al.,*  :          **09-50026 (REG)**
     **f/k/a General Motors Corp.,** *et al.*  :

                         :
                **Debtors.**     :          **(Jointly Administered)**
                         :
-------------------------------------------------------------x

<u>**ORDER GRANTING DEBTORS' SIXTIETH OMNIBUS OBJECTION TO CLAIMS**</u>
**(Duplicate Debt Claims)**

       Upon the sixtieth omnibus objection to claims, dated August 13, 2010 (the

"**Sixtieth Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a General

Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the

"**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy**

**Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"),

and this Court's supplemental order establishing supplemental rules and authority for filing

omnibus objections to certain debt claims (the "**Supplemental Procedures Order**") [Docket No.

6238], seeking entry of an order disallowing and expunging the Duplicate Debt Claims on the

grounds that such claims are duplicative of either Claim 65793 or Claim 65729, all as more fully

described in the Sixtieth Omnibus Objection to Claims; and due and proper notice of the Sixtieth

Omnibus Objection to Claims having been provided, and it appearing that no other or further

notice need be provided; and the Court having found and determined that the relief sought in the

Sixtieth Omnibus Objection to Claims is in the best interests of the Debtors, their estates,

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Debtors' Sixtieth Omnibus Objection to Claims.

creditors, and all parties in interest and that the legal and factual bases set forth in the Sixtieth

Omnibus Objection to Claims establish just cause for the relief granted herein; and after due

deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Sixtieth Omnibus Objection to Claims

is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on **Exhibit "A"** (the "**Order Exhibit**") annexed hereto under the heading "*Claims to be*

*Disallowed and Expunged*" (collectively, the "**Duplicate Debt Claims**") are disallowed and

expunged; and it is further

ORDERED that, if applicable, the Sixtieth Omnibus Objection to Claims is

adjourned with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Objection Adjourned*" (the "**Adjourned Claims**") to the date indicated on the Order

Exhibit, subject to further adjournments (such actual hearing date, the "**Adjourned Hearing**

**Date**"), and the Debtors' response deadline with respect to the Adjourned Claims shall be 12:00

noon (Eastern Time) on the date that is three (3) business days before the Adjourned Hearing

Date; and it is further

ORDERED that, if applicable, the Sixtieth Omnibus Objection to Claims is

withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Objection Withdrawn*"; and it is further

ORDERED that, if applicable, the Sixtieth Omnibus Objection to Claims is

withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Claim Withdrawn*," as those claims have been withdrawn by the corresponding

claimant; and it is further

2

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object on any basis are expressly reserved with respect to, (i) any claim listed on Exhibit "A" annexed to the Sixtieth Omnibus Objection to claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed on the Order Exhibit annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
_____, 2010

_____
United States Bankruptcy Judge