**HEARING DATE AND TIME: September 24, 2010 at 9:45 a.m. (Eastern Time)**
**RESPONSE DEADLINE: September 17, 2010 at 4:00 p.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                        :
In re                                   :       Chapter 11 Case No.
                                        :
MOTORS LIQUIDATION COMPANY, et al.,     :       09-50026 (REG)
        f/k/a General Motors Corp., et al.  :
                                        :
                        Debtors.        :       (Jointly Administered)
                                        :
-------------------------------------------------------------x
```

<u>**NOTICE OF DEBTORS' SIXTY-FIRST OMNIBUS OBJECTION TO CLAIMS**</u>
**(Duplicate Debt Claims)**

**PLEASE TAKE NOTICE** that on August 13, 2010, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their sixty-first omnibus objection to claims (the "**Objection**"), and that a

hearing (the "**Hearing**") to consider the Objection will be held before the Honorable Robert E.

Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for

the Southern District of New York, One Bowling Green, New York, New York 10004, on

**September 24, 2010 at 9:45 a.m. (Eastern Time),** or as soon thereafter as counsel may be

heard.

**PARTIES LISTED ON EXHIBIT "A" ANNEXED TO THE OBJECTION (THE "CLAIMANTS") (AND THEIR COUNSEL, IF KNOWN) WILL RECEIVE A PERSONALIZED NOTICE OF THE OBJECTION, RATHER THAN THE ENTIRE OBJECTION.**

This Objection does not affect a Claimant's ability to receive distributions as a beneficial bondholder under the claims filed by the indenture trustee of the Debtors' public debentures.  If a Claimant disagrees with the Objection's treatment of the Claimant's claim, the Claimant may call the Debtors to try and resolve the Claimant's concerns at **1-800-414-9607**.  If a Claimant is unable to resolve the Claimant's concerns with the Debtors before the deadline to respond, then the Claimant <u>must</u> file and serve a written response (a "**Response**") to the Objection in accordance with this notice, and the Claimant <u>must</u> appear at the Hearing described below.

A Claimant may participate in the Hearing telephonically provided that the Claimant complies with the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider."  A Claimant must also provide prior written notice by mail or e-mail of the Claimant's telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Russell Brooks, Esq. (russell.brooks@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Jennifer Sharret, Esq. (jsharret@kramerlevin.com)).

**If a Claimant does not oppose the disallowance and expungement of the Claimant's claim, then the Claimant does not need to file a Response or appear at the Hearing.**

**PLEASE TAKE FURTHER NOTICE THAT** the Hearing on the Objection is scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on **September 24, 2010 at 9:45 a.m. (Eastern Time)**.  If a Claimant files a Response to the Objection, the Claimant should plan to appear at the Hearing either in person or telephonically.  The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to the Claimant's claim.  If the Debtors do continue the Hearing with respect to the Claimant's claim, then the Hearing will be held at a later date.  If the Debtors do not continue the Hearing with respect to the Claimant's claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **September 17, 2010 at 4:00 p.m. (Eastern Time)**.  Only those Responses that are timely will be considered at the Hearing.  A Claimant's Response will be deemed timely only if it is:  (a) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov) before the deadline for Responses **or** (b) **actually** received on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format and in hard copy at each of the following addresses on or before the deadline for response:

> A.    Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;
>
> B.    Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and

C.      Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory
committee of unsecured creditors, 1177 Avenue of the Americas, New
York, New York 10036 (Attn:  Jennifer Sharret, Esq.).

A Claimant's response, if any, must contain at a minimum the following: (i) a
caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case
number, and the number of the Objection to which the response is directed; (ii) the name of the
Claimant and description of the basis for the amount of the claim; (iii) a concise statement setting
forth the reasons why the claim should not be disallowed and expunged for the reasons set forth
in the Objection, including, but not limited to, the specific factual and legal bases upon which the
Claimant will rely in opposing the Objection; (iv) all documentation or other evidence of the
claim, to the extent not included with the proof of claim previously filed with the Bankruptcy
Court, upon which the Claimant will rely in opposing the Objection; (v) the address(es) to which
the Debtors must return any reply to the Claimant's response, if different from that presented in
the proof of claim; and (vi) the name, address, and telephone number of the person that can be
contacted in connection with the Objection.

If a Claimant has any questions about this notice or the Objection, please contact
the Debtors at **1-800-414-9607**.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF
THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

**PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief requested in the Objection without further notice or a hearing if a Claimant fails to file a timely Response or appear at the Hearing.**

Dated:  New York, New York
        August 13, 2010

                              /s/ Joseph H. Smolinsky
                              Harvey R. Miller
                              Stephen Karotkin
                              Joseph H. Smolinsky

                              WEIL, GOTSHAL & MANGES LLP
                              767 Fifth Avenue
                              New York, New York 10153
                              Telephone: (212) 310-8000
                              Facsimile: (212) 310-8007

                              Attorneys for Debtors
                              and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                    :
In re                               :        Chapter 11 Case No.
                                    :
MOTORS LIQUIDATION COMPANY, et al., :        09-50026 (REG)
    f/k/a General Motors Corp., et al. :
                                    :
                    Debtors.        :        (Jointly Administered)
                                    :
------------------------------------------------------------x
```

## DEBTORS' SIXTY-FIRST OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Debt Claims)

---

THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.
CLAIMANTS THAT ARE THE SUBJECT OF THIS OBJECTION SHOULD LOCATE THEIR NAMES AND
CLAIMS ON EITHER THE EXHIBIT ATTACHED TO THIS OBJECTION OR ON THEIR PERSONALIZED
NOTICE.

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

       Motors Liquidation Company (f/k/a General Motors Corporation) and its

affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully represent:

## Relief Requested

1.      The Debtors file this sixty-first omnibus objection to claims (the "**Sixty-First Omnibus Objection to Claims**") pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this Court's supplemental order establishing supplemental rules and authority for filing omnibus objections to certain debt claims (the "**Supplemental Procedures Order**") [Docket No. 6238], seeking entry of an order disallowing and expunging the claims listed on **Exhibit "A"** annexed hereto.[1]

2.      The Debtors have examined the proofs of claim identified on Exhibit "A" and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed and Expunged*" (collectively, the "**Duplicate Debt Claims**") are duplicative of either (1) the global Proof of Claim No. 65793 ("**Claim 65793**") filed by Wilmington Trust Company ("**WTC**"), in its capacity as successor indenture trustee of the Senior Indenture, dated as of November 15, 1990 (the "**1990 Indenture**") or (2) the global Proof of Claim No. 65729 ("**Claim 65729**") filed by WTC, in its capacity as successor indenture trustee of the Senior Indenture, dated as of December 7, 1995, as amended (the "**1995 Indenture**").  The amounts asserted by WTC in Claim 65793 and Claim 65729 have been reconciled and allowed under a stipulation, approved and entered by the Court on August 9, 2010 (the "**WTC Stipulation**") [Docket No. 6595], a copy of which is annexed hereto as **Exhibit "B."**  The Debtors, therefore, seek entry of an order disallowing and expunging from the claims register the Duplicate Debt Claims.

---

[1] Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com. A link to the claims register is located under the "Claims Information" tab.  Creditors without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City Group, Inc. at 1-703-286-6401.

3.       This Sixty-First Omnibus Objection to Claims does not affect the ability

of an Individual Bondholder (as hereinafter defined) to participate in accordance with the WTC

Stipulation.  Further, the Debtors reserve all their rights to object on any other basis to any

Duplicate Debt Claim as to which the Court does not grant the relief requested herein.

### Jurisdiction

4.       This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

### Background

5.       On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**Realm/Encore Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Case Number 09-50026 (REG).  On September 15, 2009,

the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs,

which were amended on October 4, 2009.  On October 15, 2009, the Realm/Encore Debtors filed

their schedules of assets and liabilities and statements of financial affairs.

6.       On September 16, 2009, this Court entered an order [Docket No. 4079]

establishing November 30, 2009 as the deadline for each person or entity to file a proof of claim

in the Initial Debtors' cases, including governmental units.  On December 2, 2009, this Court

entered an order [Docket No. 4586] establishing February 1, 2010 as the deadline for each

---

[2] The Initial Debtors are Motors Liquidation Company (f/k/a General Motors Corporation), MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3] The Realm/Encore Debtors are Remediation and Liability Management Company, Inc., and Environmental Corporate Remediation Company, Inc.

person or entity to file a proof of claim in the Realm/Encore Debtors' cases (except

governmental units, as defined in section 101(27) of the Bankruptcy Code, for which the Court

established June 1, 2010 as the deadline to file proofs of claim).

       7.     Among the tens of thousands of proofs of claim the Debtors received,

approximately 18,000 proofs of claim have been filed by claimants seeking the repayment of

principal, interest, and fees and expenses that relate to dollar-denominated debt securities issued

by the Debtors pursuant to the 1990 Indenture and the 1995 Indenture (each, a "**Debt Claim**,"

and the holder of such Debt Claim, an "**Individual Bondholder**").  The Debtors believe that all

of the Debt Claims filed by Individual Bondholders are duplicative of the claims allowed in

favor of WTC for the benefit of all Individual Bondholders in accordance with the WTC

Stipulation.

       8.     On August 9, 2010, the Court entered the WTC Stipulation signed by the

Debtors, WTC, and Citibank, N.A., solely in its capacity as paying agent under the 1990

Indenture and 1995 Indenture (in such capacity, "**Citibank**"), allowing (i) Claim 65793 in the

amount of $1,419,471,545.22 (subject to appropriate reserve and/or reduction in connection with

any Court-authorized setoff exercised by Individual Bondholders) and (ii) Claim 65729 in the

amount of $21,928,183,895.36 (subject to appropriate reserve and/or reduction in connection

with any Court-authorized setoff exercised by Individual Bondholders).  Prior to entry of the

WTC Stipulation, WTC sent out a notice to all affected Individual Bondholders notifying them

of the pending approval by the Court of the WTC Stipulation.

       9.     On October 6, 2009, this Court entered the Supplemental Procedures

Order, which authorizes the Initial Debtors, among other things, to file omnibus objections to no

more than 500 claims at a time with respect to Debt Claims.  The claimants that are listed in

Exhibit "A" have filed Debt Claims against the Initial Debtors.

10.    The Debtors now move to expunge the Duplicate Debt Claims filed by

each Individual Bondholder as duplicative of either Claim 65793 or Claim 65729.

### The Relief Requested Should Be Approved by the Court

11.    A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects." 11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential

allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See*

*In re Oneida, Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd*, No. 09 Civ. 2229 (DC),

2010 WL 234827 (S.D.N.Y. Jan. 22, 2010); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No.

02-41729 (REG), 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re*

*Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

12.    Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a

claim may not be allowed to the extent that "such claim is unenforceable against the debtor and

property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1).  The

Debtors cannot be required to pay on the same claim more than once.  *See, e.g., In re Finley,*

*Kumble, Wagner, Heine, Underberg, Manley, Myerson, & Casey*, 160 B.R. 882, 894 (Bankr.

S.D.N.Y. 1993) ("In bankruptcy, multiple recoveries for an identical injury are generally

disallowed.").  The Debtors have reviewed the proofs of claim identified on Exhibit "A" and

believe them to be duplicative of Claim 65793 or Claim 65729.  Moreover, the Debtors have no

way of confirming that any of the Individual Bondholders are, in fact, beneficial holders of a

debt instrument on the relevant dates.

13.    To avoid the possibility of multiple recoveries by the Individual

Bondholders, the Debtors request that the Court disallow and expunge in their entirety the

Duplicate Debt Claims.  Individual Bondholders, to the extent they are beneficial bondholders as

of the record date under any confirmed plan of liquidation, will receive distributions under such

plan from WTC in its capacity as indenture trustee.

### Notice

14.     Notice of the Sixty-First Omnibus Objection to Claims has been provided

to each claimant listed on Exhibit "A" by virtue of the individualized notice transmitted in

accordance with the Supplemental Procedures Order and parties in interest in accordance with

the Third Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and

9007 Establishing Notice and Case Management Procedures, dated April 29, 2010 [Docket No.

5670].

15.     No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated:  New York, New York
        August 13, 2010

                                        /s/ Joseph H. Smolinsky
                                        Harvey R. Miller
                                        Stephen Karotkin
                                        Joseph H. Smolinsky

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession

**<u>Exhibit A</u>**

US_ACTIVE:\43473550\01\72240.0639

Sixty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MARCIA KATZ<br>CGM IRA CUSTODIAN SB PORTFOLIO MANAGEMENT<br>1600 PARKER AVENUE<br>APT 22F<br>FORT LEE, NJ 07024<br>UNITED STATES OF AMERICA | 24057 | Motors Liquidation Company | $11,709.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARCIA KATZ<br>SB PORTFOLIO MANAGEMENT<br>1600 PARKER AVENUE<br>APT 22F<br>FORT LEE, NJ 07024<br>UNITED STATES OF AMERICA | 24058 | Motors Liquidation Company | $21,285.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARCIA M & JAMES H AAMODT<br>3224 FAIRCHILD AVE<br>WAYZATA, MN 55391 | 26527 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARCIA PEARLMAN<br>5201 NW 2ND AVE<br>BOCA RATON, FL 33487 | 2601 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARCIA ZELIN<br>7550 HINSON ST<br>ORLANDO, FL 32819 | 2383 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARCO J NICODEMO ROTH IRA<br>MARCO J NICODEMO<br>5664 ISLAND DRIVE NW<br>CANTON, OH 44718 | 3030 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARCUS DAVIS<br>23246 GOLDCOAST AVE<br>PORT CHARLOTTE, FL 33980 | 12737 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARCUS PRAETZAS<br>FELDBERGSTRASSE 27<br>D-65843 SULZBACH GERMANY<br>,<br>GERMANY | 18770 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARDIE M JUSKALIAN<br>807 DEVONSHIRE COURT<br>WARRINGTON, PA 18976 | 3693 | Motors Liquidation Company | $15,405.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARDIE M. JUSKALIAN<br>807 DEVONSHIRE COURT<br>WARRINGTON, PA 18976 | 564 | Motors Liquidation Company | $15,477.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET A CARLILE<br>ATTN: MARGARET A CARLILE TTEE<br>CARLILE FAMILY TRUST 5/1/98<br>4616 N NELSON DR<br>PEORIA, IL 61614 | 68791 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET A CUNNINGHAM<br>1167 BRANDYWINE DR<br>HERMITAGE, PA 16148 | 3926 | Motors Liquidation Company | $60,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET A EVANS<br>915 PANAMA COURT #B4<br>MARCO ISLAND, FL 34145 | 14266 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET A FLOOD<br>18 EDGEWOOD PARK<br>PARKERSBURG, WV 26104 | 5164 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET A HABERLIN<br>18031 GREENWOOD DR<br>NAPLES, FL 34114 | 13026 | Motors Liquidation Company | $19,892.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET A LAKE<br>200 LAKE RD<br>PARIS, KY 40361 | 11437 | Motors Liquidation Company | $5,007.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET A LORENZ<br>1356 IRONBARK ST<br>SN LUIS OBISP, CA 93401 | 8947 | Motors Liquidation Company | $40,499.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET A MANDLY<br>9324 LAYTON LOOP NE<br>ALBUQUERQUE, NM 87111 | 19535 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET A MANZER<br>1171 BENNOCH RD<br>OLD TOWN, ME 04468 | 15552 | Motors Liquidation Company | $36,305.85 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARGARET A MAUS<br>3404 ERWIN<br>VICTORIA, TX 77901 | 19811 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET A MCMONAGLE<br>508 SO OHIO AVE CONDO A<br>MASON CITY, IA 50401 | 3136 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET A MORGAN<br>5201 FAIRWAY AVE #22<br>NORTH LITTLE ROCK, AR 72116 | 22681 | Motors Liquidation Company | $12,502.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET A TROMBLE<br>5810 BRESKIN DR<br>ORLANDO, FL 32839 | 9933 | Motors Liquidation Company | $5,186.31 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET A. CHARLES<br>332 S. STONEHEDGE DRIVE<br>COLUMBIA, SC 29210 | 27005 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET ALMAZAN<br>1 MELROSE CT<br>DIX HILLS, NY 11746 | 23637 | Motors Liquidation Company | $107,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET ANN ADAMS<br>WILLIAM BAUER ADAMS<br>24324 ADAMS HILL DR<br>ACCOMAC, VA 23301 | 65066 | Motors Liquidation Company | $10,194.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET ANN RICHARDSON IRA<br>FCC AS CUSTODIAN<br>4854 CASTLE HILL CT<br>ROCKFORD, MI 49341 | 15378 | Motors Liquidation Company | $17,575.61 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET B ABEL<br>191 RIVER DR<br>TEQUESTA, FL 33469 | 61909 | Motors Liquidation Company | $19,747.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET B KISSEL<br>701 SENTER VIEW DR<br>FUQUAY VARINA, NC 27526 | 19481 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MARGARET B SMITHERMAN<br>6401 BIRNAMWOOD RD<br>SHREVEPORT, LA 71106 | 6061 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET BALLANTINE<br>17 PORT JACKSON WAY<br>PERU, NY 12972 | 14856 | Motors Liquidation Company | $8,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET BUSIELLO<br>7423 RIDGE BLVD<br>BROOKLYN, NY 11209 | 36726 | Motors Liquidation Company | $123,635.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET C DAWSON-ZIMMERMAN<br>REV TRUST MARGARET C DAWSON-ZIMMERMAN TTEE UAD 02/14/2004<br>12910 MAI TAI LANE<br>FORT MYERS, FL 33908 | 5135 | Motors Liquidation Company | $103,442.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET C ELLIS<br>209 DOGWOOD CIRCLE<br>LARGO, FL 33777 | 19006 | Motors Liquidation Company | $6,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET C GOURASH<br>2063 JAMESTOWN COURT<br>VALENCIA, PA 16059 | 11843 | Motors Liquidation Company | $10,375.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET C MITCHELL<br>TOD REGISTRATION<br>4201 W EUCLID AVE<br>TAMPA, FL 33629 | 62643 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET C SCHMOCK<br>DONALD G SCHMOCK<br>7373 CHILDSDALE AVE NE<br>ROCKFORD, MI 49341 | 14035 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET C TAYLOR & CHARLES G TAYLOR JTWROS<br>56 PARKER AVE<br>NEWPORT, RI 02840 | 2375 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARGARET C WITTROCK<br>U/ A DTD 3/7/85<br>CYRIL K WITTROCK TRUST<br>TRUST A<br>1220 VILLAGE DR # 377<br>ARLINGTON HTS, IL 60004 | 20911 | Motors Liquidation Company | $2,625.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET CASPARIAN<br>60 CANTERBURY LANE<br>TOMS RIVER, NJ 08757 | 68280 | Motors Liquidation Company | $4,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET DIVISH<br>7459 KIMBERLY LANE<br>EDEN PRAIRIE, MN 55346<br>UNITED STATES OF AMERICA | 28727 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET DUNCAN<br>32911 VERMONT ST<br>LIVONIA, MI 48150 | 67602 | Motors Liquidation Company | $25,538.94 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET E FANCHER LIVING TRST<br>UA DTD 04/08/2004<br>MARGARET E FANCHER AND<br>THEODORE J FANCHER CO-TTEES<br>23 JANICE PLACE<br>HAMBURG, NY 14075 | 5431 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET E MCPEAK<br>325 CANARY DR<br>ELIZABETHTOWN, KY 42701 | 14409 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET E PARENTI TRUSTEE<br>PARENTI FAMILY TR U/A<br>DTD 03/22/1996<br>1114 SAWMILL GULCH<br>PEBBLE BEACH, CA 93953 | 16327 | Motors Liquidation Company | $35,139.87 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET E SEAMAN<br>864 WINCHESTER CT<br>THE VILLAGES, FL 32162 | 13103 | Motors Liquidation Company | $22,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET ECKETT<br>7391 POWERS RD<br>AUBURN, NY 13021 | 29609 | Motors Liquidation Company | $68,847.28 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARGARET ENGELKING<br>1060 AARON, #APT. 302<br><br>DEWITT, MI 48820<br>UNITED STATES OF AMERICA | 21140 | Motors Liquidation Company | $15,017.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET ENGELKING<br>1060 AARON, APT 302<br><br>DEWITT, MI 48820 | 21169 | Motors Liquidation Company | $12,882.62 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET F HORINEK<br>411 S ACADEMY<br><br>NEWKIRK, OK 74647 | 21277 | Motors Liquidation Company | $19,721.81 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET F PAYLOR<br>10 WREN WAY<br><br>GREENVILLE, SC 29605 | 11937 | Motors Liquidation Company | $130,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET G AYLING<br>37 OTTER CREEK RD<br><br>SKILLMAN, NJ 08558 | 21166 | Motors Liquidation Company | $15,005.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET G SILVER REV LIVING<br>C/O JAMES VINCENT<br>2491 NE MYRTLE ST<br>JENSEN BEACH, FL 34957 | 16658 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET GEHRES KANE &<br>WILLIAM JOHN KANE JT TEN<br>2807 HOLLAND COURT<br>ALEXANDRIA, VA 22306 | 65012 | Motors Liquidation Company | $1,279.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET GEHRING<br>3616 EL VERDADO COURT<br><br>NAPLES, FL 34109 | 13374 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET H ABRAHAM &<br>JEANNE M ABRAHAM-DRYDEN JT TEN<br>1255 MALVERN CT.<br>HEATHROW, FL 32746 | 19542 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET H KAPLAN<br>GEORGE KAPLAN<br>10190 CEDAR POND DR<br>VIENNA, VA 22182 | 5600 | Motors Liquidation Company | $25,600.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| MARGARET H KAUTH TRUSTEE<br>GAYE H HARRIS IRREVOCABLE TRUST<br>DTD 2/27/95<br>500 DESOTO DR<br>FORT LAUDERDALE, FL 33301 | 4762 | Motors Liquidation Company | $19,847.04 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET H PRESCOTT<br>6614 E LAGUNA CT<br>ORANGE, CA 92867 | 6646 | Motors Liquidation Company | $11,402.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET H ZELVIN<br>10035 53RD WAY S<br>APT 2204<br>BOYNTON BEACH, FL 33437 | 11374 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET HART IRA<br>FCC AS CUSTODIAN<br>20 BEECHWOOD ROAD<br>KILLINGWORTH, CT 06419 | 15431 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET HOWELL<br>C/O CHRISTOPHER J FREEMAN, ESQ<br>PO BOX 401<br>MEDINA, OH 44258<br>UNITED STATES OF AMERICA | 61893 | Motors Liquidation Company | $33,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET INGENITO<br>114 STERLING PL<br>AMITYVILLE, NY 11701 | 61763 | Motors Liquidation Company | $52,062.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET J IREY<br>4251 100TH AVE<br>PINELLAS PARK, FL 33782 | 22036 | Motors Liquidation Company | $525.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET J MILLER<br>2714 QUAIL RIDGE<br>CARROLLTON, TX 75006 | 11527 | Motors Liquidation Company | $17,108.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET J SPARKS-MCLEAN<br>3132 SE TOLEMAN ST<br>PORTLAND, OR 97202<br>UNITED STATES OF AMERICA | 15012 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARGARET JORDAN HANSEN TRUST<br>U/A/D 3/3/00<br>MARGARET JORDAN HANSEN TRUSTEE<br>610 DANCER CT<br>BEAUFORT, NC 28516 | 4569 | Motors Liquidation Company | $9,037.30 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET K. SCHULTHEIS<br>CREDIT SHELTER TRUST<br>ROBERT A SCHULTHEIS TTEE<br>U/A DTD 03/29/2000<br>6101 PELICAN BAY BLVD UNIT 803<br>NAPLES, FL 34108 | 14567 | Motors Liquidation Company | $11,125.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET KILTY<br>5434 FM 609<br>LA GRANGE, TX 78945 | 13720 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET L KUTTER<br>3501 SW OAK PKWY<br>TOPEKA, KS 66614 | 68741 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET L MCGUIRE<br>C/O RICHARD A MCGUIRE<br>2005 N LINDBERG ST<br>WICHITA, KS 67206 | 27217 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET L MCGUIRE<br>RICHARD A MCGUIRE<br>2005 N LINDBERG ST<br>WICHITA, KS 67206 | 27218 | Motors Liquidation Company | $5,012.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET L MCGUIRE<br>RICHARD A MCGUIRE<br>2005 N LINDBERG ST<br>WICHITA, KS 67206 | 27219 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET L RICHARD<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>1419 WESLEY CT<br>WESTMONT, IL 60559 | 68172 | Motors Liquidation Company | $20,985.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET L SLAVIK<br>14001 W 92ND ST APT 102<br>LENEXA, KS 66215 | 15245 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MARGARET L VAN VLECK & ROBERT B HENSLEY, JTWROS<br>MARGARET L VAN VLECK<br>ROBERT B HENSLEY JTRWOS<br>5024 BRENTWOOD RD<br>TOPEKA, KS 66606 | 63261 | Motors Liquidation Company | $10,418.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET LINNEWEBER<br>MARGARET A LINNEWEBER IRA<br>3129 25TH ST #142<br>COLUMBUS, IN 47201 | 6186 | Motors Liquidation Company | $5,050.78 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET LYNN DAILY<br>6303 INDIAN SCHOOL RD NE<br>APT #509<br>ALBUQUERQUE, NM 87110 | 11673 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET M BREDESON<br>10122 INDIGO DR<br>EDEN PRAIRIE, MN 55347 | 6819 | Motors Liquidation Company | $36,476.44 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET M DALEY LEE<br>323 SOUTH 28TH ST<br>LA CROSSE, WI 54601 | 2202 | Motors Liquidation Company | $59,986.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET M DALEY-LEE<br>323 SOUTH 28TH ST<br>LA CROSSE, WI 54601 | 4279 | Motors Liquidation Company | $6,515.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET M FOX IRA<br>FCC AS CUSTODIAN<br>99 CRICKET DRIVE<br>STURBRIDGE, MA 01566 | 17686 | Motors Liquidation Company | $29,685.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET M PYNE<br>525 E 81ST ST<br>NEW YORK, NY 10028 | 7784 | Motors Liquidation Company | $39,605.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET MALIK<br>3708 TARPY DR SW<br>CEDAR RAPIDS, IA 52404 | 24050 | Motors Liquidation Company | $10,303.37 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET MORTENSEN<br>2736 PACIFIC ST<br>BELLINGHAM, WA 98226 | 18885 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-First Omnibus Objection

# Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARGARET O LEGENDRE<br>57970 NEW ERWIN DR<br><br>PLAQUEMINE, LA 70764 | 1298 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET O'DELL<br>16181 SW STETSON ST<br><br>SHERWOOD, OR 97140 | 44331 | Motors Liquidation Company | $30,787.52 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET PATTERSON<br>7077 N PARK AVE<br><br>INDIANAPOLIS, IN 46220 | 3107 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET POLLOCK TTEE<br>U/A/DTD 11/23/82<br>FBO MARGARET POLLOCK ET AL<br>700 JOHN RINGLING BLVD W305<br>SARASOTA, FL 34236 | 5147 | Motors Liquidation Company | $25,843.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET R RENTE<br>RENTE REVOCABLE TRUST<br>MARGARET R RENTE TTEE<br>U/A/D 6/3/98<br>9805 NE 4TH AVE RD<br>MIAMI SHORES, FL 33138 | 44449 | Motors Liquidation Company | $4,060.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET S CARSON<br>PO BOX 813<br><br>EAST ORLEANS, MA 02643 | 28085 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET S SABOL<br>105 THORNTON GAP CHURCH RD<br><br>SPERRYVILLE, VA 22740<br>UNITED STATES OF AMERICA | 64564 | Motors Liquidation Company | $5,096.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET S. BERINHOUT IRA<br>FCC AS CUSTODIAN<br>6285 WINDSOR TRACE DR.<br>NORCROSS, GA 30092 | 62785 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET SABOL<br>105 THORTON GAP CHURCH RD<br><br>SPERRYVILLE, VA 22740 | 64444 | Motors Liquidation Company | $10,307.40 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARGARET SANTERIAN<br>605 MANCHESTER DRIVE<br>MAPLE GLEN, PA 19002 | 20488 | Motors Liquidation Company | $75,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET SOAVE<br>5870 DARBWOOD LANE<br>ORCHARD LAKE, MI 48324 | 48362 | Motors Liquidation Company | $10,255.42 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET STAFFORD<br>10900 TEMPLE TERRACE<br>APT I618<br>SEMINOLE, FL 33772 | 5485 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET T FORBES<br>3981 LYNN MARIE CT<br>STERLING HEIGHTS, MI 48314 | 8971 | Motors Liquidation Company | $25,312.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET T KOZAM<br>215 HUDSON AVE<br>TENAFLY, NJ 07670 | 9080 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET W DEAN<br>28 SHORELINE DR<br>ALEXANDER CITY, AL 35010 | 6822 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET WINSLOW<br>1801 WINCANTON DR<br>LAS VEGAS, NV 89134 | 20482 | Motors Liquidation Company | $4,401.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET WOODS<br>504 W CLEVELAND<br>BOZEMAN, MT 59715 | 67930 | Motors Liquidation Company | $21,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET Y CAMPBELL TRUST UA 9/15/95<br>FREDERICK J CAMPBELL TRUSTEE<br>2825 LINWOOD AVE<br>ROYAL OAK, MI 48073 | 8613 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET Y HOLLOWAY<br>8440 RYAN RD<br>MONTGOMERY, AL 36117 | 22450 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARGARET Y HOLLOWAY<br>8440 RYAN RD<br><br>MONTGOMERY, AL 36117 | 22451 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARET Z SMITH<br>TOD DTD 11/05/2008<br>2525 POT SPRING RD<br>UNIT L501<br>TIMONIUM, MD 21093 | 17097 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARITA A HAKIMI<br>912 COAST RANGE DR<br><br>SCOTTS VALLEY, CA 95066 | 12612 | Motors Liquidation Company | $24,654.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARITA ALEXEYEVNA HAKIMI<br>912 COAST RANGE DR<br><br>SCOTTS VALLEY, CA 95066 | 12875 | Motors Liquidation Company | $386,056.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARITA BLOCK<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>54 WESTMINSTER DR<br>PALM COAST, FL 32164 | 22061 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARITA M CAICEDO<br>15 COOPER AVE<br><br>AMITYVILLE, NY 11701 | 11755 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARITA PEREZ<br>C/O PATRICIA CABEZA DE VACA<br>REPUBLICA DE EL SALVADOR N35 182<br>QUITO ECUADOR,<br>ECUADOR | 30862 | Motors Liquidation Company | $3,150.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARITA SAMPSON OCKENDON REVOCABLE LIVING TRUST<br>2400 S OCEAN DR #81142<br><br>FORT PIERCE, FL 34949 | 3749 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGARITA WINIKOFF<br>709 WASHINGTON DR<br><br>PITTSBURGH, PA 15229 | 12750 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGART L DUNCAN<br>32911 VERMONT ST<br><br>LIVONIA, MI 48150 | 67603 | Motors Liquidation Company | $25,538.94 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARGE PEARMAN<br>1040 FIR CT<br><br>RAPID CITY, SD 57701 | 4809 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGERY B NIDAY<br>366 SUNRISE DR<br><br>ARROYO GRANDE, CA 93420 | 416 | Motors Liquidation Company | $5,186.90 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGERY J DENNIS TR DTD 04/15/1993<br>MARGERY J DENNIS LIVING TR DTD 04/15/1993<br>MARGERY J DENNIS TTEE<br>9150 WANDERING WAY<br>OOLTEWAH, TN 37363 | 7147 | Motors Liquidation Company | $20,631.63 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGERY J MUSSER<br>2772 PFEIFFER WOODS DR SE<br>APT 4305<br>GRAND RAPIDS, MI 49512 | 15746 | Motors Liquidation Company | $5,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGERY K FORRY  TRUSTEE<br>U/A DTD 01/03/1994<br>DONALD R FORRY TRUST<br>3745 WALDO PL<br>COLUMBUS, OH 43220 | 22651 | Motors Liquidation Company | $5,125.06 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGERY T HARRAND<br>2200 MIDHURST DR<br><br>ARLINGTON, TX 76013 | 28281 | Motors Liquidation Company | $2,120.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGI J INGRAM<br>513 OLDE ENGLISH LN<br><br>BIRMINGHAM, AL 35223 | 16396 | Motors Liquidation Company | $6,302.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGIE CRAPSE<br>336 VANDERBILT AVE<br><br>AIKEN, SC 29803 | 10160 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGIE K THOMSON<br>1087 N JAMESTOWN RD APT A<br><br>DECATUR, GA 30033 | 12953 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGIE L FRAISER<br>1085 TASMAN DRIVE SPC 89<br><br>SUNNYVALE, CA 94089 | 26578 | Motors Liquidation Company | $10,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARGIE L STRATMAN<br>4 PLEASANT CREEK COURT<br>FAIRFIELD, OH 45014 | 19985 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGIE M CRADDOCK<br>765 WHEELERS MILL RD<br>MUMFORDSVILLE, KY 42765 | 14849 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGO K SMITH<br>48129 LAKE VALLEY<br>UTICA, MI 48317 | 14368 | Motors Liquidation Company | $6,041.40 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGOT SELIG HELFERD<br>WBNA CUSTODIAN TRAD IRA<br>5271 NAVAHO DRIVE<br>ALEXANDRIA, VA 22312 | 14651 | Motors Liquidation Company | $55,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGOT SELIG HELFERD REV TRUST<br>MARGOT & LYNN HELFERD TTEES<br>UAD 12/21/1992<br>5271 NAVAHO DR<br>ALEXANDRIA, VA 22312 | 14650 | Motors Liquidation Company | $12,500.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGREATT R DAVIS TTEE<br>MARGREATT R DAVIS LIVING TRUST U/A<br>DTD 07/18/2006<br>13547 MURPHY HILL<br>WHITTIER, CA 90601 | 8999 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGUERITE A GILLETTE REV TR<br>MARGUERITE A GILLETTE TRUSTEE<br>U/A DTD 10/31/97<br>23058 SHANDS DRIVE<br>COURTLAND, VA 23837 | 14571 | Motors Liquidation Company | $30,906.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGUERITE A. WINTER<br>MARGUERITE A WINTER TRUSTEE<br>1104 LAKE AVE<br>PO BOX 5316<br>NORTH MUSKEGON, MI 49445<br>UNITED STATES OF AMERICA | 18393 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGUERITE BARKER<br>9432 PALESTRO ST<br>LAKE WORTH, FL 33467<br>UNITED STATES OF AMERICA | 63083 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARGUERITE LASSNER & FRANZ LASSNER JT TEN 1069 MICHIGAN AVE CAPE MAY, NJ 08204 | 4807 | Motors Liquidation Company | $9,999.30 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGUERITTE K ROCKENBACH 1120 CELEBRATION COURT JACKSONVILLE, FL 32259 | 9132 | Motors Liquidation Company | $1,187.04 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARGUERITTE K ROCKENBACH TRUST U/A/D 5 7 98 MARGUERITTE K ROCKENBACH & JAMES LYLE ROCKENBACH TTEES 1120 CELEBRATION CT JACKSONVILLE, FL 32259 | 9213 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARI ALISSA BUSTAMANTE INH IRA BENE OF JEANNIE T BRIMHALL CHARLES SCHWAB & CO INC CUST 1461 SPRING RIDGE DR WINTER GARDEN, FL 34787 | 23349 | Motors Liquidation Company | $1,156.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARI JO ARCOMONE CGM IRA ROLLOVER CUSTODIAN 611 HILLSIDE AVE BROOKHAVEN, PA 19015 | 3043 | Motors Liquidation Company | $7,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIA BRADY 9921 BUCKINGHAM PLACE NORTH HUNTINGDON, PA 15642 | 64278 | Motors Liquidation Company | $7,474.92 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIA CARAVAS OLECK 2025 MICANOPY TRL NOKOMIS, FL 34275 | 2583 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIA CARMEN HERNANDEZ LAYES AVDA MERIDIANA 27 3RD  FLOOR 08018 BARCELONA SPAIN , SPAIN | 61483 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIA HAMLANDER DREPS TOD ACCOUNT 8109 GOLF CLUB CT BAYONET POINT, FL 34667 | 15627 | Motors Liquidation Company | $7,623.30 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARIA HASTERLIS<br>206 COLONIAL AVENUE<br>SADDLE BROOK, NJ 07663 | 10900 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIA M ANASTASIOU<br>3501 KAMP DR<br>PLEASANTON, CA 94588 | 6730 | Motors Liquidation Company | $10,123.77 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIA M MENDEZ LVNG TRUST<br>C/O MARIA & ARIEL MENDEZ<br>5414 GALLEY CT<br>FAIRFAX, VA 22032 | 10479 | Motors Liquidation Company | $627.35 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIA MOTA ALVES & CARLOS ALVES<br>731 CLEVELAND AVE<br>HARRISON, NJ 07029 | 22510 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIA MURGIA<br>36 WYOMING STREET<br>CARBONDALE, PA 18407 | 14680 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIA N LEVENSON<br>484 LAKE SHORE DR<br>PIKEVILLE, TN 37367 | 16649 | Motors Liquidation Company | $4,880.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIA TORRES<br>28644 GREENWOOD PL.<br>CASTAIC, CA 91384<br>UNITED STATES OF AMERICA | 22730 | Motors Liquidation Company | $7,904.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIA V DOMINGUEZ<br>2571 TRAPP AVE<br>MIAMI, FL 33133 | 13151 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIA-ELENA PONTERIO<br>85-59 87TH ST<br>WOODHAVEN, NY 11421 | 8070 | Motors Liquidation Company | $16,440.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIAM G CLOUGH<br>2609 EAGLE CT<br>LAKE WALES, FL 33898 | 22520 | Motors Liquidation Company | $1,080.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-First Omnibus Objection

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARIAN BERNICE KILLPACK<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>1675 PREMIER CT<br>SANTA MARIA, CA 93454 | 8878 | Motors Liquidation Company | $15,526.57 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIAN E BROUK<br>2908 HIGH RIDGE DR<br>HIGH RIDGE, MO 63049 | 9896 | Motors Liquidation Company | $12,674.66 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIAN FLEISCHER<br>37 HENRY STREET<br>SCARSDALE, NY 10583<br>UNITED STATES OF AMERICA | 13786 | Motors Liquidation Company | $27,224.31 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIAN GEHLING<br>1208 KENT AVE<br>ALBERT LEA, MN 56007 | 37337 | Motors Liquidation Company | $4,441.16 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIAN M ANSON LIV TRUST U/A<br>JAMES A HALL TRUSTEE<br>DTD 12/04/1986<br>1432 LAKE ROAD<br>CONNEAUT, OH 44030 | 3638 | Motors Liquidation Company | $20,223.53 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIAN T. VERNON<br>101 ARROWOOD LANE<br>LAURENS, SC 29360 | 10751 | Motors Liquidation Company | $41,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIAN V KNAPP TTEE<br>KNAPP JT REV TRUST<br>U/A DTD 6/23/97<br>C/O PAUL<br>6703 WOODBROOK DR<br>FORT WAYNE, IN 46825 | 5937 | Motors Liquidation Company | $77,438.80 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIANNE A BLUMENTHAL TRUSTEE<br>6321 PINE RIDGE CT<br>#2C<br>TINLEY PARK, IL 60477 | 9849 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIANNE BECK<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>7071 CORIANDER TRAIL<br>OAK HILLS, CA 92344 | 17815 | Motors Liquidation Company | $49,446.28 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARIANNE BECK<br>CHARLES SCHWAB & CO INC CUST IRA ROLLOVER<br>7071 CORIANDER TRAIL<br>OAK HILLS, CA 92344 | 17816 | Motors Liquidation Company | $49,446.28 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIANNE BIGWOOD<br>8968 SW 116TH PLACE RD<br>OCALA, FL 34481 | 69567 | Motors Liquidation Company | $3,969.04 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIANNE C CASAROTTO<br>7609 PHEASANT LN<br>LAS VEGAS, NV 89145 | 7365 | Motors Liquidation Company | $4,896.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIANNE EINER KARMANN<br>LIVING TRUST DATED 051305<br>MARIANNE EINER TRUSTEE<br>240 GRAND STREET<br>POWELL, WY 82435 | 4385 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIANNE K LONGOBARDI, TTEE<br>MARIANNE K LONGOBARDI SURVIVORS<br>TRUST UA DTD02/12/91<br>126 EL PORTAL DR<br>SHELL BEACH, CA 93449 | 12291 | Motors Liquidation Company | $66,710.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIANNE KIFER<br>TTEE FBO MARIANNE HICKS<br>KIFER TRUST DTD 12/1/90<br>2020 WALDMAN AVE<br>LAS VEGAS, NV 89102<br>UNITED STATES OF AMERICA | 50318 | Motors Liquidation Company | $250,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIANNE LISENKO<br>C/O WILMINGTON TRUST C/O EDWARD JONES CO<br>PO BOX 34132<br>WASHINGTON, DC 20043 | 22063 | Motors Liquidation Company | $10,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIANNE MARTIN SWEENEY<br>1326 PIMLICO PKWY<br>LIBERTYVILLE, IL 60048 | 10927 | Motors Liquidation Company | $19,852.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIANNE MILLER<br>CGM SPOUSAL IRA CUSTODIAN<br>655 SKIPJACK DRIVE<br>HEATHSVILLE, VA 22473 | 62127 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**    Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARIANNE MITCHELL<br>WILLIAM H MITCHELL<br>PO BOX 1926<br>RANCHOS DE TAOS, NM 87557 | 32685 | Motors Liquidation Company | $25,779.17 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIANNE SUBIA<br>6100 PAWTUCKET LANE 39 A<br>BLOOMFIELD, MI 48301 | 30798 | Motors Liquidation Company | $1,327.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIANO GALLETTA REVOCABLE TRUST<br>DTD 10/11/95 MARIANO GALETTA &<br>ANTHONY J LAPETINO TRUSTEES<br>119 E 10TH STREET<br>OSWEGO, NY 13126 | 13246 | Motors Liquidation Company | $2,125.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIANO GARCES RODRIGUEZ<br>C/ ISIDORO DE SEVILLA W2 ATICO A<br>SAN SEBASTIAN DE LOS REYES<br>MADRID 28703 SPAIN<br><br>SPAIN | 27321 | Motors Liquidation Company | $70,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIANO GARCES RODRIGUEZ<br>ISIDORO DE SEVILLA N 2 ATICO 1<br>SAN SEBASTIAN DE LOS REYES<br>28703 MADRID SPAIN<br><br>SPAIN | 37043 | Motors Liquidation Company | $70,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIBU S.A.<br>C/O I.F.C. MAIL BOX CENTER<br>6410 NW 82ND AVE # 0037<br>MIAMI, FL 33166 | 13750 | Motors Liquidation Company | $54,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIE A CONNOLLY<br>1004 GREYSTONE DR<br>CORAOPOLIS, PA 15108 | 10627 | Motors Liquidation Company | $9,617.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIE A DALEY CUST<br>ELI N MACK UTMA/WI<br>323 S 28TH ST<br>LA CROSSE, WI 54601 | 2223 | Motors Liquidation Company | $35,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIE A PUPO<br>3920 BALDWIN LN<br>WINTERHAVEN, FL 33884 | 18895 | Motors Liquidation Company | $8,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MARIE A SERONI ROTH IRA<br>FCC AS CUSTODIAN<br>4752 SW BIMINI CIR N<br>PALM CITY, FL 34990 | 6395 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIE C KUCERA<br>MIRANDA KAY KUCERA<br>503 KIRKWOOD ST<br>MISSOURI CITY, TX 77489 | 4079 | Motors Liquidation Company | $31,003.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIE C LOVE<br>715 S BOSSE AVE<br>EVANSVILLE, IN 47712 | 4093 | Motors Liquidation Company | $15,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIE C PERRINI<br>25 B SHADY LANE<br>LITTLE FALLS, NJ 07424 | 8142 | Motors Liquidation Company | $12,850.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIE CALLAHAN<br>CGM IRA ROLLOVER CUSTODIAN<br>18 PLUMSTEAD WAY<br>HILLSBOROUGH, NJ 08844 | 31855 | Motors Liquidation Company | $10,599.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIE D GRECO<br>205 GLEN DR<br>RIDGE, NY 11961 | 21128 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIE E CATLIN<br>126 GARNER AVE<br>BLOOMFIELD, NJ 07003 | 64057 | Motors Liquidation Company | $10,418.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIE E CATLIN<br>126 GARNER AVE<br>BLOOMFIELD, NJ 07003 | 64058 | Motors Liquidation Company | $10,312.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIE E MAHER<br>1 MADERA CT<br>TOMS RIVER, NJ 08757 | 18020 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIE E MAHER<br>1 MADERA CT<br>TOMS RIVER, NJ 08757 | 18021 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARIE E RUSH<br>138 TOP O THE LAKE<br><br>AUSTIN, TX 78734 | 8302 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIE E TRINKLEIN<br>8046 MILLINGTON RD<br><br>VASSAR, MI 48768 | 8939 | Motors Liquidation Company | $11,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIE F MURRAY<br>3531 MOONRIDGE DR<br><br>CINCINNATI, OH 45248 | 3494 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIE H ROTHMAN<br>175 WEST 13TH STREET<br>APT 9B<br>NEW YORK, NY 10011 | 13440 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIE HASKINS BENE - KATHLEEN BEEMAN DECEASED<br>MARIE HASKINS<br>958 TOM HOLLAND RD<br>LUFKIN, TX 75901 | 38681 | Motors Liquidation Company | $1,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIE HEYING<br>PO BOX 25<br><br>ALTA VISTA, IA 50603 | 14806 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIE KRAEMER IRA<br>FCC AS CUSTODIAN<br>U/A DTD 09/09/96<br>7192 GREENLEAF AVE<br>PARMA, OH 44130 | 26566 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIE KWIATKOWSI AND HENRY KWIATOKOWSKI JT TEN<br>6950 SW 58 CT<br><br>DAVIE, FL 33314 | 64448 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIE L BUZZARD<br>4231 CADENA COURT<br><br>FORT WAYNE, IN 46815 | 5847 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIE LEVENTIS<br>2070 PALMER LN<br><br>GREEN OAKS, IL 60048 | 2802 | Motors Liquidation Company | $1,397.90 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARIE N EGGLY<br>29 FLINTSTONE DRIVE<br><br>MARLTON, NJ 08053 | 9924 | Motors Liquidation Company | $27,681.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIE O'HARE<br>6 LOIS COURT<br><br>HACKETTSTOWN, NJ 07840 | 11880 | Motors Liquidation Company | $2,800.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIE SALERNO<br>28 LYON AVE<br><br>GREENWICH, CT 06830 | 65070 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIE SICONOLFI TTEE<br>JOHN J HANLON TRUST<br>UAD 09/15/04<br>40 LANTERN LANE<br>ROCHESTER, NY 14623 | 10399 | Motors Liquidation Company | $4,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIE T VAN PELT<br>4718 CONNELL DR<br><br>RALEIGH, NC 27612 | 10590 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIE T VAN PELT (IRA)<br>FCC AS CUSTODIAN<br>4718 CONNELL DRIVE<br>RALEIGH, NC 27612 | 10591 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIE-FRANCE LABICHETTEE<br>MARIE-FRANCELABICHE<br>LIV TR UAD 8/14/00<br>35 WEST 20TH AVE #205<br>SAN MATEO, CA 94403 | 29884 | Motors Liquidation Company | $12,730.47 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIETTA CALABRESE<br>1746 W 2ND STREET<br><br>BROOKLYN, NY 11223 | 70063 | Motors Liquidation Company | $9,842.43 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIETTA CALABRESE<br>1746 W 2ND STREET<br><br>BROOKLYN, NY 11223 | 70072 | Motors Liquidation Company | $9,842.43 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIETTA M SALYARDS<br>TOD MONTE C SALYARDS<br>1546 N 4TH ST<br>PAYETTE, ID 83661 | 19513 | Motors Liquidation Company | $12,467.42 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARIETTA WILLIAMS<br>220 SANTA FE TRAIL<br><br>FORSYTH, MO 65653 | 28341 | Motors Liquidation Company | $17,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIJEAN PAUTSCIA<br>3715 BALLMAN WAY<br><br>WELLINGTON, NV 89444 | 30036 | Motors Liquidation Company | $9,847.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARILYN & DONALD ROSS<br>C/O DONALD ROSS<br>11133 S 69TH E AVE<br>BIXBY, OK 74008 | 28396 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARILYN & SEVERO GARCIA<br>1116 NORTH PLANO ST<br><br>PORTERVILLE, CA 93257 | 18366 | Motors Liquidation Company | $1,625.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARILYN A BOLTON LIVING TRUST<br>MARILYN A BOLTON TTEE<br>420 SOUTH MARION PARKWAY #301<br>DENVER, CO 80209 | 13240 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARILYN A HATFIELD<br>19 LAKE SOMERSET CIRCLE<br><br>BLUFFTON, SC 29909 | 69799 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARILYN A PIRIE REVOC TRUST<br>U/A/D 4 2 98<br>MARILYN A PIRIE TTEE<br>4659 OAKHURST RIDGE RD<br>CLARKSTON, MI 48348 | 43385 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARILYN A RECZKO LIVING TRUST<br>U/A/D 2 23 96<br>MARILYN A RECZKO &<br>HENRY D RECZKO TRUSTEES<br>43471 POINTE DR<br>CLINTON TOWNSHIP, MI 48038 | 8606 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARILYN A RECZKO LIVING TRUST<br>MARILYN A RECZKO &<br>HENRY D RECZKO TRUSTEES<br>43471 POINTE DR<br>CLINTON TWP, MI 48038 | 8861 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-First Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.

Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARILYN A SHINE<br>161 PACKARD AVE<br>SPRINGFIELD, MA 01118 | 3727 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARILYN ANISH<br>141 BETTY ROAD<br>E MEADOW, NY 11554 | 10527 | Motors Liquidation Company | $2,700.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARILYN AUSTIN<br>16692 INTREPID LANE<br>HUNTINGTON BEACH, CA 92649 | 11510 | Motors Liquidation Company | $499.49 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARILYN BAILEY HOLCOMBE &<br>EARL L HOLCOMBE JT TEN WROS<br>1320 MILL GLEN DR<br>DUNWOODY, GA 30338 | 9203 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARILYN BLOCH<br>5098 PINE DR<br>BOYNTON BEACH, FL 33437 | 4031 | Motors Liquidation Company | $15,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARILYN BREEN &<br>LISA FRYE JT TEN<br>14 IMPERIAL CT<br>WESTBORO, MA 01581 | 20310 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARILYN CELNICK<br>PO BOX 834<br>PEARL RIVER, NY 10965 | 17201 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARILYN F CARY<br>4284 IRONWOOD CIR<br>LIVERPOOL, NY 13090 | 5604 | Motors Liquidation Company | $11,056.48 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARILYN F JOHNSON IRA<br>1517 HIGHPOINT RD<br>SNELLVILLE, GA 30078 | 9129 | Motors Liquidation Company | $1,010.10 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARILYN F SHIFTAR<br>1337 MOORINGS DR<br>LA CROSSE, WI 54603 | 11522 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARILYN F SHIFTAR<br>1337 MOORINGS DR<br>LA CROSSE, WI 54603 | 21216 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARILYN GEHR TTEE<br>THE GEHR FAMILY LIVING TRUST<br>U/A DTD 08/09/2000<br>68 BROCKLEY DR<br>DELMAR, NY 12054 | 13448 | Motors Liquidation Company | $25,938.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARILYN GELBER<br>785 PARK AVE<br>NEW YORK, NY 10021 | 7251 | Motors Liquidation Company | $8,680.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARILYN GELLER &<br>LOUIS GELLER TTEES<br>MARILYN GELLER REV LIV<br>TRUST U/A DTD 07/30/01<br>10920A LADERA LN<br>BOCA RATON, FL 33498 | 9371 | Motors Liquidation Company | $8,892.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARILYN J KRAUS<br>404 PASADENA DR<br>ERIE, PA 16505 | 18113 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARILYN J KRAUS<br>404 PASADENA<br>ERIE, PA 16505 | 22829 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARILYN J OCHS<br>1135 NE 137TH AVE<br>PORTLAND, OR 97230 | 13432 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARILYN J SURETTE<br>10420 LAKE VISTA CIR<br>BOCA RATON, FL 33498 | 69024 | Motors Liquidation Company | $19,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARILYN J WINTERS<br>12825 ASTONWOOD DR APT 111<br>TAMPA, FL 33626 | 48436 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARILYN J. THOMAS<br>CGM IRA CUSTODIAN<br>464 BURGESS DR.<br>WHITE LAKE, MI 48386 | 2191 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARILYN JORGE MARTINEZ<br>627 SW 27 AVE #1343<br><br>MIAMI, FL 33135 | 27113 | Motors Liquidation Company | $21,640.80 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARILYN JUNE ADDERTON, IRA<br>6 FRENCHMEN KEY<br><br>WILLIAMSBURG, VA 23185 | 2141 | Motors Liquidation Company | $6,251.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARILYN K FUMICH<br>C/O W M FUMICH JR<br>24461 DETROIT RD  #210<br>WESTLAKE, OH 44145 | 64724 | Motors Liquidation Company | $78.12 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARILYN KAY PLOWMAN, TTEE<br>15504 W CORAL POINTE DR<br><br>SURPRISE, AZ 85374 | 18448 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARILYN L ALEXANDER<br>33 WOODWARD LN<br><br>PALM COAST, FL 32164 | 16357 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARILYN LEWIS  HARRY LEWIS TRUST<br>M LEWIS & H LEWIS CO-TTEES<br>723 N LINDEN DR<br>BEVERLY HILLS, CA 90210 | 33447 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARILYN M MOSELEY<br>58 WINDWARD CT<br><br>PORT ORANGE, FL 32127 | 27225 | Motors Liquidation Company | $19,234.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARILYN M MOSELEY<br>58 WINDWARD CT<br><br>PORT ORANGE, FL 32127 | 27226 | Motors Liquidation Company | $19,343.90 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARILYN M WOELK<br>148 SELBORNE CHASE<br><br>FAIRPORT, NY 14450 | 50084 | Motors Liquidation Company | $13,294.68 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARILYN MONACO TTEE<br>FBO MARILYN MONACO LIV TR<br>U/A/D 02-05-1998<br>571A WOODLAND ST<br>SOUTH GLASTONBURY, CT 06073 | 6198 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARILYN MORGANO & JEFFREY DOERNER<br>5240 CANNING COURT<br><br>SAN DIEGO, CA 92111 | 1139 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARILYN MOTSON<br>C/O MARILYN J MOTSON<br>990 BRIARWOOD APT 3<br>MANSFIELD, OH 44907 | 6605 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARILYN MULLEN TTEE<br>MARILYN MELODY MULLEN TR U/A<br>DTD 04/22/1992<br>100 GLENVIEW PLACE APT 911<br>NAPLES, FL 34108 | 61337 | Motors Liquidation Company | $32,287.94 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARILYN MUSNITSKY<br>190 PRESIDENTIAL BLVD<br>UNIT 501, THE CORINTNIAN<br>BALA CYNWID, PA 19004 | 44409 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARILYN NYE AND ALLAN NYE JT TEN<br>904 PRINCETON AVE<br><br>ORMOND BEACH, FL 32176 | 4104 | Motors Liquidation Company | $25,406.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARILYN P GRAY<br>143RD STREET  BLDG 10<br>UNIT 304<br>OCEAN CITY, MD 21842 | 29480 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARILYN PARDON<br>2516 SPARROWBUSH LANE<br><br>MANASQUAN, NJ 08736 | 65059 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARILYN R PETZOLD<br>760 GARDEN GROVE WALK<br><br>LEXINGTON, KY 40502 | 6773 | Motors Liquidation Company | $269.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARILYN S CLARK<br>1651 OLD SQUAW PASS RD<br><br>EVERGREEN, CO 80439 | 11701 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARILYN S CLARK<br>1651 OLD SQUAW PASS RD<br><br>EVERGREEN, CO 80439 | 13214 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MARILYN S OBERST FAMILY TR ALVIN J OBERST TTEE & TIMOTHY S OBERST SUCCESSOR UA/DTD 7/28/98 238 HOPKINS ROAD BUFFALO, NY 14221 | 1817 | Motors Liquidation Company | $3,966.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARILYN S OBERST FAMILY TR ALVIN J OBERST & TIMOTHY S OBERST TTEES U/A DTD 7/28/98 238 HOPKINS RD WILLIAMSVILLE, NY 14221 | 1818 | Motors Liquidation Company | $6,047.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARILYN S SCHATZ 35 COUNTRY CLUB DR WOODBRIDGE, CT 06525 | 12579 | Motors Liquidation Company | $32,967.69 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARILYN SOFFER 2305 CENTRAL PARKWAY SCHENEECTROY, NY 12309 | 23550 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARILYN T FARLEY 16104 BACONSFIELD LN MONKTON, MD 21111 | 22965 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARILYN V PHILLIPS TTEE MARILYN PHILLIPS REV LIVING TR U/A DTD 03/28/2002 3540 WHITEHALL DR APT 104 WEST PALM BCH, FL 33401 | 21897 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARILYN WESTERMANN THE HIGHLANDS 2000 CAMBRIDGE AVE APT 138 WYOMISSING, PA 19610 | 69537 | Motors Liquidation Company | $9,986.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARILYN WILLIAMS 10 CYPRESS TERRACE KEY WEST, FL 33040 | 22204 | Motors Liquidation Company | $60,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARILYNNE A KULPA 6606 SHORESIDE DR FORT WAYNE, IN 46845 | 16716 | Motors Liquidation Company | $100.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 28

Sixty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARIO & THERESA DISTEFANO<br>18 TAFT LANE<br>ARDSLEY, NY 10502 | 7763 | Motors Liquidation Company | $7,919.98 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIO A CARRABBA<br>24 SABINO FARM RD<br>PEABODY, MA 01960<br>UNITED STATES OF AMERICA | 29511 | Motors Liquidation Company | $41,119.56 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIO AND ANGELA TORRACA JTWROS<br>321 GRANT AVENUE<br>LYNDHURST, NJ 07071 | 30187 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIO MANNARINO<br>CGM IRA CUSTODIAN<br>721 BYRON AVENUE<br>FRANKLIN SQUARE, NY 11010 | 63605 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIO PICCOLINO<br>2427 FISH AVE<br>BRONX, NY 10469 | 9722 | Motors Liquidation Company | $8,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIO V AGNELLO<br>PO BOX 19306<br>RENO, NV 89511 | 15402 | Motors Liquidation Company | $62,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIO V SANTELLI JR<br>9417 CALVARY COURT<br>RIVER RIDGE, LA 70123 | 16612 | Motors Liquidation Company | $29,170.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARION & JEROME PERLSTEIN<br>65 RUNNYMEDE RD<br>ROCHESTER, NY 14618 | 44393 | Motors Liquidation Company | $10,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARION A CLARK<br>SOUTHWEST SECURITIES INC<br>ATTN  KEVIN L MEADER<br>200 SW MARKET ST SUITE 1900<br>PORTLAND, OR 97201 | 62441 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARION A HALLGREN AND ERNEST A HALLGREN TTEE MARION A HALLGREN TRUST DATED 9/12/2000<br>6116 HANSEN ROAD<br>EDINA, MN 55436 | 8336 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MARION A MURRAY<br>84 PECK ORCHARD RD<br>E HARTLAND, CT 06027 | 29679 | Motors Liquidation Company | $17,240.20 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARION A TURNER<br>2792 DONNELLY DR APT 343<br>LANTANA, FL 33462 | 4033 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARION C CHUCKA<br>3448 S 9TH ST<br>MILWAUKEE, WI 53215 | 18735 | Motors Liquidation Company | $10,725.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARION D BOCHETTE<br>224 DRIFTWOOD DR<br>EUTAWVILLE, SC 29048 | 14123 | Motors Liquidation Company | $53,553.88 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARION D START<br>DANIEL START<br>1086 MCBRIDE AVE<br>WEST PATERSON, NJ 07424 | 16648 | Motors Liquidation Company | $35,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARION E CROUSE & ANNE A CROUSE TTEES<br>MARION E CROUSE<br>1260 N 10TH ST<br>COOS BAY, OR 97420 | 5106 | Motors Liquidation Company | $19,382.76 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARION E REPP<br>TOD ACCOUNT<br>15533 MIAMI LAKEWAY N<br>APT #204<br>MIAMI LAKES, FL 33014 | 39320 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARION E. KENWORTHY SARAH H. SWIFT FOUNDATION<br>STEPHEN WISE TULIN<br>100 CHAMPLIN HILL RD<br>N FERRISBURGH, VT 05473 | 17403 | Motors Liquidation Company | $51,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARION F MILLS<br>115 JULES DRIVE<br>WOOLWICH TWP, NJ 08085 | 21660 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARION F WOODALL AND MARJORIE WOODALL<br>1607 MCDOWELL RD<br>EVANSVILLE, IN 47712 | 12901 | Motors Liquidation Company | $14,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARION G WILHELM<br>1116 NOWLEN ST<br>LEBANON, PA 17042 | 21099 | Motors Liquidation Company | $18,244.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARION GARAHAN<br>7 SOUTH ROYAL DR<br>ALBANY, NY 12205 | 62876 | Motors Liquidation Company | $82,533.68 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARION H GATLIFF TRUST, MARION H GATLIFF TTEE<br>MARION H GATLIFF<br>716 PINEDALE DRIVE<br>PLANT CITY, FL 33563 | 9655 | Motors Liquidation Company | $62,564.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARION HENDERSON<br>80 EAST JEFFERSON STREET<br>FRANKLIN, IN 46131 | 61591 | Motors Liquidation Company | $58,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARION KILLIAN<br>108 VAUGHAN ST.<br>PORTLAND, ME 04102 | 62456 | Motors Liquidation Company | $20,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARION L. STEWART &<br>BARBARA J. STEWART  TTEE<br>M & B STEWART LIVING TR<br>U/A DTD 3/25/97<br>1342 SWEETING LANE<br>CORALVILLE, IA 52241 | 13770 | Motors Liquidation Company | $17,604.34 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARION LEFKOW<br>MARION LEFKOW TRUST<br>MARION LEFKOW TTEE U/A/D 05/27/09<br>U/A/D 05/27/09<br>4875 SW 78TH AVE APT #343<br>PORTLAND, OR 97225 | 16555 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARION M CALVERT & ALTON N CALVERT JTTEN<br>731 OAKVIEW DR<br>BRADENTON, FL 34210 | 2921 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARION M WIETHARN<br>MARION M WIETHARN & PHYLLIS A WIETHARN<br>2111 SW 32ND ST<br>TOPEKA, KS 66611 | 3596 | Motors Liquidation Company | $6,445.42 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARION MADRID AND NANCY MORGAN TTEES U/W/O E. LOUISE DAVIS 9/3/93 FBO ELIZABETH DAVIS 8045 STEWARTS WHARF RD EXMORE, VA 23350 | 8842 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARION REGAN MORRISON 128 LIGHTHOUSE POINT SLIDELL, LA 70458 | 15917 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARION RITA HUBING, IRA 150 OAKWOOD LN BOX 480 VALLEY FORGE, PA 19481 | 17050 | Motors Liquidation Company | $6,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARION RITA HUBING, IRA 150 OAKWOOD LN BOX 480 VALLEY FORGE, PA 19481 | 17051 | Motors Liquidation Company | $8,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARION RUSSO IRA DTD 4/11/89 5823 COVE LANDING RD APT 302 BURKE, VA 22015 | 31491 | Motors Liquidation Company | $24,875.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARION SHIFRIN 11584 PALLAS DR BOYNTON BEACH, FL 33437 | 21445 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARION T DRAKE 101 CIRCLE COURT COVINGTON, LA 70433 | 17634 | Motors Liquidation Company | $4,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARION T PRICHARD PO BOX 591 THIEF RIVER FALLS, MN 56701 | 16995 | Motors Liquidation Company | $4,836.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARION V NICOL 4021 TRIWOOD LN BRIDGEPORT, MI 48722 | 10799 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MARISA SAMAIA<br>85-11 67TH DRIVE<br><br>REGO PARK, NY 11374 | 14467 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARITAL TRUST U/W LIONEL TOLL<br>31 SHAWNEE RD<br><br>SCARSDALE, NY 10583<br>UNITED STATES OF AMERICA | 5550 | Motors Liquidation Company | $105,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIUS INNERKOFLER & BRIGITTE SCARIZUOLA<br>VIA NICOLODI AURELIO, 25/5  IT<br>39100 BOLZANO  ITALY<br><br>ITALY | 1216 | Motors Liquidation Company | $493,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARJORE A DANIEL<br>5145 SIXTH AVE SOUTH<br><br>BIRMINGHAM, AL 35212 | 62426 | Motors Liquidation Company | $94,268.30 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARJORIE A HEYSTEK<br>6501 BAYRIDGE RD<br><br>MOUND, MN 55364 | 36208 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARJORIE B SAUNDERS TTE CHARLES SHAW TRUST<br>82 CIRCLE DR<br><br>ROSLYN HTS, NY 11577 | 9890 | Motors Liquidation Company | $20,494.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARJORIE BENGTSON<br>10165 E KENSINGTON DR<br><br>TUCSON, AZ 85748 | 25511 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARJORIE D HOLLAND-WYSS<br>7031 CARRIAGE CREEK DR<br><br>WASHINGTON, MI 48094 | 29592 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARJORIE DENNIS TRUST<br>3771 BARRINGTON CIR<br><br>SAGINAW, MI 48603 | 68023 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARJORIE E CLARK<br>3477 MANDIGO<br><br>PORTASE, MI 49002 | 23003 | Motors Liquidation Company | $10,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim.  Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARJORIE E WEISS<br>416 E BAYLES<br><br>BROWNSTOWN, IL 62418 | 16335 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARJORIE I SMITH TTEE<br>KARL M SMITH ET AL U/A<br>DTD 07/23/1996<br>20375 CENTER RIDGE RD APT 317<br>ROCKY RIVER, OH 44116 | 11424 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARJORIE I. PIFER<br>600 LAKEWOOD CIR.<br><br>MYRTLE BEACH, SC 29575<br>UNITED STATES OF AMERICA | 27663 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARJORIE J GROSS<br>9524 CHARRON DR<br>PO BOX 6<br>NEW LOTHROP, MI 48460 | 9201 | Motors Liquidation Company | $72,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARJORIE M BEYLER<br>TOD DTD 2/24/2005<br>PO BOX 161<br>DENNIS, MA 02638 | 7536 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARJORIE M KIRBY<br>MARJORIE MILNE KIRBY<br>631 NIBLICK LANE<br>WALLINGFORD, PA 19086 | 23113 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARJORIE M KNIOLA<br>25 EAGLE RUN<br><br>SOUTH WINDSOR, CT 06074 | 31465 | Motors Liquidation Company | $99,119.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARJORIE M THORSON<br>520 ST<br><br>KETCHIKAN, AK 99901 | 44431 | Motors Liquidation Company | $17,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARJORIE MARKS<br>322 BATUSTROL CIR<br><br>NORTH HILLS, NY 11576 | 22988 | Motors Liquidation Company | $43,874.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARJORIE O'BRIEN<br>216 MAPLE ST<br><br>ATTLEBORO, MA 02703 | 14713 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 34

Sixty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARJORIE P REESE<br>PO BOX 1603<br>CASHIERS, NC 28717 | 14468 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARJORIE S BICKLE<br>1731 SHORELINE BLVD<br>SHAKOPEE, MN 55379 | 62974 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARJORIE S CANN<br>726 LOVEVILLE RD<br>COTTAGE 96<br>HOCKISSIN, DE 19707 | 4226 | Motors Liquidation Company | $20,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARJORIE S PROUDMAN<br>7 WOOD DUCK CT<br>HILTON HEAD ISLAND, SC 29928 | 8936 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARJORIE S STORMS<br>8075 112 ST #202<br>SEMINOLE, FL 33772 | 21649 | Motors Liquidation Company | $45,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARJORIE SCHLOSBERG<br>30 GREENRIDGE AVE<br>APT 2C<br>WHITE PLAINS, NY 10605 | 61429 | Motors Liquidation Company | $5,563.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARJORIE TOMSON<br>4901 W ST RD 16<br>DENVER, IN 46926 | 16682 | Motors Liquidation Company | $9,907.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARK A CHAPMAN<br>PO BOX 1687<br>SEALY, TX 77474 | 15386 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARK A EIBES<br>107 SHOAL DRIVE<br>CARTER LAKE, IA 51510 | 14507 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARK A FLAK & CHRISTINE A FLAK JT TEN<br>2893 OAK SHADOW DR<br>OAK HILL, VA 20171 | 2616 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARK A KAPLAN<br>K LUSKIN<br>11158 PALMETTO RIDGE DR<br>NAPLES, FL 34110 | 7367 | Motors Liquidation Company | $12,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARK A ROSENFELD<br>ROSALYN B ROSENFELD JT TEN<br>-PRIME ASSET MGMT-<br>94 W MULBERRY RD<br>DEERFIELD, IL 60015 | 17525 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARK B VAUGH IRA<br>MARK B VAUGH<br>637 PARK DR<br>FLOSSMOOR, IL 60422 | 36757 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARK BRENNER &<br>PATRICE A. BRENNER JT/WROS<br>6 TEAL COURT<br>NEW CITY, NY 10956 | 1839 | Motors Liquidation Company | $20,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARK C CHELLIS &<br>ELIZABETH A CHELLIS<br>JT TEN WROS<br>7108 CADDIE WAY LN<br>SAINT LOUIS, MO 63129 | 5702 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARK C MUELLER TOD D MUELLER<br>L ERNST<br>SUBJECT TO STA RULES<br>15918 MYSTIC WAY<br>TAMPA, FL 33624 | 68844 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARK C TRAMONT &<br>EILEEN M TRAMONT<br>JT TEN<br>335 LOUVAINE DRIVE<br>BUFFALO, NY 14223 | 5884 | Motors Liquidation Company | $5,237.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARK D GOULD AND SHELLEY M GOULD<br>SHELLEY M GOULD<br>725 S BARRINGTON AVE APT 105<br>LOS ANGELES, CA 90049 | 10443 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARK D GOULD AND SHELLEY M GOULD<br>725 S BARRINGRON AVE<br>APT 105<br>LOS ANGELES, CA 90049 | 10444 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MARK D JACOBS<br>300 HARBOR CV<br><br>PIERMONT, NY 10968 | 16914 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARK D SAWYER &<br>LOUISE M SAWYER JT TEN<br>2 MOSSY CREEK COURT<br>SAINT PETERS, MO 63376 | 68063 | Motors Liquidation Company | $16,488.39 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARK DRAUGEL LIVING TRUST<br>MARK DRAUGEL TTEE<br>PO BOX 431<br>WILLIAMS, AZ 86046 | 5004 | Motors Liquidation Company | $12,500.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARK EDWARD FISHER<br>DORIS FISHER JT TEN<br>TOD DTD 03/19/2009<br>4240 GALT OCEAN DR APT 1501<br>FT LAUDERDALE, FL 33308 | 43888 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARK EDWARD WARREN<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>5290 RIDGE ROAD<br>SOMERSET, VA 22972 | 17128 | Motors Liquidation Company | $123,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARK F FRIEDMAN<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>118 CATER STREET<br>SAINT SIMONS ISLAND, GA 31522 | 21267 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARK FINK<br>CGM IRA CUSTODIAN<br>136 RYE HILL ROAD<br>MONROE, NY 10950 | 12722 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARK H MATSON<br>4069 S PACIFIC HWY #135<br><br>MEDFORD, OR 97501 | 4727 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARK HAUSS<br>2901 AVENUE I, APT. 5-D<br><br>BROOKLYN, NY 11210 | 9985 | Motors Liquidation Company | $26,180.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARK JOSEPH BEIRL<br>220 E FALCON HILL WAY<br>GREEN BAY, WI 54302 | 1580 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARK KIERSTEAD<br>185 N GINA AVE<br>EL CAJON, CA 92019 | 28590 | Motors Liquidation Company | $10,684.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARK LENENBERG<br>8645 PITCH FORK AVE<br>LAS VEGAS, NV 89143 | 19826 | Motors Liquidation Company | $2,910.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARK LUTZ TTEE<br>LUTZ REV TRUST 07-02-07<br>46 ROWE RANCH WAY<br>NOVATO, CA 94949 | 63050 | Motors Liquidation Company | $70,380.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARK MEINHARDS<br>3739 E CROMWELL LN<br>SPRINGFIELD, MO 65802 | 31506 | Motors Liquidation Company | $250,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARK METCALF<br>214 STANFORD ST<br>LANCASTER, KY 40444 | 19497 | Motors Liquidation Company | $16,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARK N COOPER<br>PSP-PERSHING LLC AS CUSTODIAN<br>MARK N COOPER-TRUSTEE<br>504 HIGHGATE TERRACE<br>SILVER SPRING, MD 20904 | 5576 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARK N COOPER-TRUSTEE<br>MPP-PERSHING LLC AS CUSTODIAN<br>504 HIGHGATE TERRACE<br>SILVER SPRING, MD 20904 | 5575 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARK NIEDERLUECKE<br>10156 GRISTMILL RIDGE<br>EDEN PRAIRIE, MN 55347 | 27632 | Motors Liquidation Company | $63,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARK P SPECTOR<br>60 SALEM RD<br>TRUMBULL, CT 06611 | 5886 | Motors Liquidation Company | $6,227.90 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARK P TATARIAN<br>PO BOX 455<br><br>CLIFFSIDE PARK, NJ 07010 | 3465 | Motors Liquidation Company | $38,901.10 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARK P WILSON<br>3930 W CHICAGO ST<br><br>CHANDLER, AZ 85226 | 4402 | Motors Liquidation Company | $9,171.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARK R KOLB (IRA)<br>160 FREMONT AVE<br><br>PARK RIDGE, NJ 07656<br>UNITED STATES OF AMERICA | 15008 | Motors Liquidation Company | $262.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARK R MONTGOMERY<br>12109 WOOD DUCK PL<br><br>TAMPA, FL 33617 | 8581 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARK R STAMBACH<br>300 MCNAIR ROAD<br><br>AMHERST, NY 14221 | 17515 | Motors Liquidation Company | $10,270.83 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARK SCHAEFER<br>11838 STATE HWY 68<br><br>NEW ULM, MA 56073 | 59010 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARK SCHULTZ<br>14 TAVANO RD<br><br>OSSINING, NY 10562 | 1731 | Motors Liquidation Company | $126,562.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARK SCHWARZ<br>485 MADISON AVE - 13FL<br><br>NEW YORK, NY 10022 | 12121 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARK SCOTT RUDERMAN<br>121 34TH ST<br><br>MANHATTAN BEACH, CA 90266 | 64110 | Motors Liquidation Company | $41,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARK STEVEN FALCONE<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>2 S ALTA MIRA RD<br>LAGUNA BEACH, CA 92651 | 20810 | Motors Liquidation Company | $29,120.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 39

Sixty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| MARK STEVENS WEBER<br>HERTA ANGELIKA WEBER JT TEN<br>10701 GULFSHORE DR APT 700<br>NAPLES, FL 34108 | 22582 | Motors Liquidation Company | $38,867.05 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARK STEVENS WEBER &<br>HERTA ANGELIKA WEBER JT TEN<br>10701 GULFSHORE DR APT 700<br>NAPLES, FL 34108 | 22581 | Motors Liquidation Company | $25,226.56 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARK STEVENS WEBER &<br>HERTA ANGELIKA WEBER JT TEN<br>10701 GULFSHORE DR APT 700<br>NAPLES, FL 34108 | 22583 | Motors Liquidation Company | $25,226.56 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARK STOVER<br>101 MARLBOROUGH AVE #1<br>EASTON, MD 21601 | 16374 | Motors Liquidation Company | $22,770.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARK VOUTYRAS<br>30785 MYSTIC FOREST DR<br>FARMINGTON HILLS, MI 48331 | 8611 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARK W HAGEN<br>2275 CLOVER FIELD DR<br>CHASKA, MN 55318 | 62090 | Motors Liquidation Company | $1,108.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARK W SHABLA TTEE<br>LAKE WINTERSET LAND TRUST U/A<br>DTD 02/03/2004<br>7760 THOMPSON NURSERY RD<br>WINTER HAVEN, FL 33884 | 14560 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARK WARREN AND JASMINE WARREN JT<br>RIVANDALE FARM<br>5290 RIDGE ROAD<br>SOMERSET, VA 22972 | 17129 | Motors Liquidation Company | $160,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARKE LOVELADY<br>245 WALMSLEY CT<br>DAYTON, NV 89403 | 12278 | Motors Liquidation Company | $375.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARLA J CLAUSEN TR<br>2513 N 3501 RD<br>MARSEILLES, IL 61341 | 4886 | Motors Liquidation Company | $68,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Sixty-First Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARLEEN VAN DEN EYNDE ARNOLD VAN LOONLAAN 42 B-3500 HASSELT BELGIUM<br><br>BELGIUM | 30045 | Motors Liquidation Company | $44,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARLEEN VAN DEN EYNDE ARNOLD VAN LOONLAAN 42 B-3500 HASSELT, BELGIUM<br><br>BELGIUM | 51017 | Motors Liquidation Company | $44,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARLENE A GASKINS 4031 SW 72ND DR<br><br>DAVIE, FL 33314 | 15162 | Motors Liquidation Company | $20,370.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARLENE A RUCZKO 13714 BARRYKNOLL<br><br>HOUSTON, TX 77079 | 68064 | Motors Liquidation Company | $7,260.81 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARLENE A SULLIVAN 9317 QUEENS POST CT<br><br>LAUREL, MD 20723 UNITED STATES OF AMERICA | 63004 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARLENE DANDY 506 SOUTH 91ST CIRCLE<br><br>OMAHA, NE 68114 | 21501 | Motors Liquidation Company | $9,303.06 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARLENE DEFILIPPO 205 IROQUOIS ST<br><br>RONKONKOMA, NY 11779 | 19406 | Motors Liquidation Company | $1,900.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARLENE DUDASH & JOHN ROBERT DUDASH 8084 EASTWAY DR<br><br>MENTOR, OH 44060 UNITED STATES OF AMERICA | 8282 | Motors Liquidation Company | $3,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARLENE E MOHN 262 JUSTINE DRIVE<br><br>CHAMBERSBURG, PA 17201 UNITED STATES OF AMERICA | 62408 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARLENE HONG KONG LTD<br>7 ODELL PLAZA<br><br>YONKERS, NY 10701 | 3784 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARLENE J BROERSMA<br>1177 E GROVER ST<br><br>LYNDEN, WA 98264 | 21807 | Motors Liquidation Company | $5,931.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARLENE J CARGILE<br>517 WOODCREST WAY<br><br>FORNEY, TX 75126 | 5020 | Motors Liquidation Company | $1,260.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARLENE P ARNDERFER<br>412 24TH AVENUE<br><br>SAN FRANCISCO, CA 94121 | 11863 | Motors Liquidation Company | $682.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARLENE PINSKY<br>9694 PRESERVE PL<br><br>CENTERVILLE, OH 45458 | 16491 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARLENE R DICKEY REV TRUST<br>MARLENE DICKEY TTEE<br>U/A DTD 5/12/92 UPDTD 5/4/01<br>9145 RUSSELL AVE S<br>BLOOMINGTON, MN 55431 | 28712 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARLENE R WASHKO<br>#7 FERNCREEK DR<br><br>ROLLING HILLS ESTATES, CA 90274 | 22099 | Motors Liquidation Company | $25,004.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARLENE VIDA & HILARY VIDA JT TEN<br>4202 WEST LIBERTY RD<br><br>DU BOIS, PA 15801 | 18641 | Motors Liquidation Company | $14,672.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARLIESE F STEPHENSON<br>WBNA CUSTODIAN TRAD IRA<br>3404 TERRAULT DR<br>GREENSBORO, NC 27410 | 3514 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARLIN D JACOBSON AND PAULINE E JACOBSON<br>PO BOX 86<br><br>BOWBELLS, ND 58721<br>UNITED STATES OF AMERICA | 62431 | Motors Liquidation Company | $21,812.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARLIN D KLECKNER<br>126 S LAKE DOSTER DR<br><br>PLAINWELL, MI 49080 | 15399 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARLIN M SUCHEY<br>78292 KENSINGTON AVE<br><br>PALM DESERT, CA 92211 | 10165 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARLON MUNIAN<br>673 LOCUST STREET<br>APT 4H<br>MOUNT VERNON, NY 10552 | 14020 | Motors Liquidation Company | $9,825.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARLYS STOLL<br>1305 16TH AVENUE SW<br><br>AUSTIN, MN 55912 | 16797 | Motors Liquidation Company | $60,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARMOR LLC<br>PO BOX 4134<br><br>SCOTTSDALE, AZ 85261 | 13930 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARNA F BELL<br>400 KENSINGTON RD<br><br>SYRACUSE, NY 13210 | 20844 | Motors Liquidation Company | $6,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAROUN ZAHER<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>33 QUEEN MARY CT<br>SUGAR LAND, TX 77479 | 12857 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAROWILL CORPORATION<br>64010 NW 82 ND AVE. 0#0037<br>MIAMI, FL 33166<br>UNITED STATES OF AMERICA | 15281 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARRYN F SHIFTAR<br>1337 MOORINGS DR<br><br>LACROSSE, WI 54603 | 20074 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARSHA A GREINER TTEE<br>HERBERT & MARSHA GREINER TR UAD 7/11/94<br>FBO ELIZABETH ANNE KIRBY<br>332 LAKE ERIE DR<br>MULBERRY, FL 33860 | 22713 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-First Omnibus Objection

# Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MARSHA A KUMP<br>FREDERICK L KUMP<br>5861 AUGUSTA LN<br>GRAND BLANC, MI 48439 | 17310 | Motors Liquidation Company | $12,516.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARSHA GILDIN<br>66 OVERLOOK TERRACE<br>APT 5N<br>NEW YORK, NY 10040 | 38857 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARSHA L AREHART<br>9647 VISTA DEL SOL<br>SPRING VALLEY, CA 91977 | 4371 | Motors Liquidation Company | $4,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARSHA LYNN MILSTEAD<br>R.W. MILSTEAD OR LYNN MILSTEAD<br>2653 ANNETTE ST<br>FLAGLER BEACH, FL 32136 | 36166 | Motors Liquidation Company | $7,146.96 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARSHA T GIRARD<br>CGM IRA CUSTODIAN<br>6513 DARWIN RD<br>LAUREL, MD 20707 | 23670 | Motors Liquidation Company | $10,918.92 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARSHA WEINSTEIN<br>9539 WELDON CIRCLE<br>APT 404F<br>TAMARAC, FL 33321 | 10208 | Motors Liquidation Company | $627.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARSHALL & MARY RAGSDALE<br>731 CHAPEL RIDGE RD<br>TIMONIUM, MD 21093 | 7780 | Motors Liquidation Company | $7,630.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARSHALL LIPTON &<br>GLORIA LIPTON JT TEN<br>500 WASHINGTON AVE APT 9G<br>KINGSTON, NY 12401 | 21199 | Motors Liquidation Company | $14,910.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARSONEK ASSOCIATES LP.<br>A PARTNERSHIP<br>111 ASPEN LN<br>SEVEN FIELDS, PA 16046 | 13777 | Motors Liquidation Company | $120,848.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARSTON CLOUGH<br>LOUISE F CLOUGH<br>JT TEN<br>18 MAIN STREET<br>BOX 190<br>SOUTHBOROUGH, MA 01772 | 17685 | Motors Liquidation Company | $27,695.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARSTON V LEININGER<br>416 DEER PATH LN<br>GATLINBURG, TN 37738 | 3068 | Motors Liquidation Company | $24,716.19<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTEN R VEGTER<br>3360 ROCKY POINT CT<br>GRANDVILLE, MI 49418 | 23068 | Motors Liquidation Company | $12,400.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTHA A BARTLOG<br>32A INDEPENDENCE PKWY<br>WHITING, NJ 08759 | 12009 | Motors Liquidation Company | $14,465.70 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTHA A BARTLOG<br>32A INDEPENDENCE PKWY<br>WHITING, NJ 08759 | 12010 | Motors Liquidation Company | $11,980.96 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTHA A LUNDQUIST TTEE F/T<br>MARTHA A LUNDQUIST REVOC<br>TRUST DATED 12-17-99<br>9615 ALHAMBRA<br>STOCKTON, CA 95212 | 19682 | Motors Liquidation Company | $5,857.73 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTHA A REID<br>100 N MILWAUKEE PL 602<br>WHEELING, IL 60090 | 68443 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTHA ASBURY MCQUAIDE<br>C/O RUTH A STEWART<br>430 VILLAGE PL APT 318<br>LONGWOOD, FL 32779 | 63520 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTHA BOUSHELE<br>631 - 43RD COURT<br>RAPID CITY, SD 57702 | 12944 | Motors Liquidation Company | $84,630.17 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTHA C LEFEVER<br>1246 LAUREL VIEW DR<br>ANN ARBOR, MI 48105 | 12322 | Motors Liquidation Company | $161,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARTHA E WILLIAMS, JAMES K WILLIAMS, & JULIE BRENNAN<br>3721 E MONROE<br>SPRINGFIELD, MO 65809 | 4420 | Motors Liquidation Company | $25,918.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTHA FIFFER<br>2640 SUMMIT DR UNIT 304<br>GLENVIEW, IL 60025 | 9305 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTHA FULTON FERRELL TTEE<br>FBO WILLIAM F & MARTHA FERRELL<br>INTER VIVOS TRUST - 01/10/94<br>326 GRAYSTON PLACE<br>SUN CITY CENTER, FL 33573 | 12481 | Motors Liquidation Company | $3,775.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTHA GREY HALSEY<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>105 CHECKERBERRY LN<br>GREENSBORO, NC 27455 | 1836 | Motors Liquidation Company | $3,080.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTHA J LILE<br>1931 WARTRACE PIKE<br>SHELBYVILLE, TN 37160 | 6544 | Motors Liquidation Company | $2,875.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTHA J REED<br>115 MAPLEWOOD DR<br>BEAVER, PA 15009 | 7940 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTHA JANE THIELTGES<br>1850 DRY GULCH DR<br>HELENA, MT 59601 | 18912 | Motors Liquidation Company | $3,954.40 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTHA JEAN MEVERDEN<br>8 MONTGOMERY AVE<br>SYCACAUGA, AL 35150 | 38675 | Motors Liquidation Company | $19,887.04 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTHA K YEUGER & ANNIE L SHUSTER<br>3801 MCCAIN PARK DR B<br>NORTH LITTLE ROCK, AR 72116 | 30096 | Motors Liquidation Company | $2,058.48 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTHA KOPLIN IRA<br>MARTHA KOPLIN<br>1100 ALTA LOMA RD<br>#1401<br>WEST HOLLYWOOD, CA 90069 | 7344 | Motors Liquidation Company | $4,900.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MARTHA L MCALLISTER IRA<br>FCC AS CUSTODIAN<br>9804 SE 175TH PLACE<br>SUMMERFIELD, FL 34491 | 12972 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTHA LOU BOSWELL REV LIV TR<br>C/O MARTHA L BOSWELL<br>5498 BENEVA WOODS WAY<br>SARASOTA, FL 34233 | 36053 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTHA M BRUCKNER TRUST<br>RI BRUCKNER TRUSTEE<br>DTD 6-11-92<br>2001 EDGEBROK DR<br>ROCKFORD, IL 61007 | 13037 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTHA M LOHR<br>55 OLD ANTLERS WAY<br>BUFFALO, WY 82834 | 15904 | Motors Liquidation Company | $25,843.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTHA M UELTSCHEY<br>2145 SHEFFIELD DRIVE<br>JACKSON, MS 39211<br>UNITED STATES OF AMERICA | 62930 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTHA R NOLEN<br>6132 DANIELS CREEK RD<br>MARTINSVILLE, VA 24112 | 5865 | Motors Liquidation Company | $22,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTHA SHOCKLEY & DONNA K BLAKE & CLARE AUDRY DOYLE JTWROS<br>RT 1 BOX 46<br>EQUALITY, AL 36026<br>UNITED STATES OF AMERICA | 11857 | Motors Liquidation Company | $29,825.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTHA SUTTON JONES TRUST U/W QTIP TRUST<br>WILLIAM RUSSELL JONES JR &<br>K STUART GREGORY TSTEES<br>6161 RIVER RD UNIT 47<br>RICHMOND, VA 23226 | 7598 | Motors Liquidation Company | $11,362.24 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTHEL A HENSLEY<br>9301 HIGHLAND DR<br>CLEARVIEW ACRES ADD<br>BROKEN ARROW, OK 74014 | 4425 | Motors Liquidation Company | $11,743.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARTI FRANCESCO<br>VIA LIVIGNO 6<br>TRAV VIA RAPOLLA<br>73100 LECCE ITALY<br><br>ITALY | 26807 | Motors Liquidation Company | $12,751.93 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTIN & BEVERLY KULJIS<br>105 HAWTHORN RD<br><br>BELLINGHAM, WA 98225 | 17659 | Motors Liquidation Company | $1,312.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTIN & JOHANNA G VERHAEGH, JTWROS<br>551 DORSET ST<br><br>CAMBRIA, CA 93428 | 44400 | Motors Liquidation Company | $10,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTIN & LINDA SIMONSON<br>11 CLARKE STREET<br><br>BRENTWOOD, NY 11717 | 2245 | Motors Liquidation Company | $31,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTIN AND RUTH QUINN<br>502 BERWICK ST<br><br>WHITE HAVEN, PA 18661 | 22828 | Motors Liquidation Company | $5,575.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTIN AND WALTRAUD KREEB<br>IN DEN MUEHLAECKERN 14<br>74196 NEUENSTADT GERMANY<br>,<br>GERMANY | 30739 | Motors Liquidation Company | $15,058.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTIN BELSKY<br>18 PARNELL DR<br><br>CHERRY HILL, NJ 08003 | 26969 | Motors Liquidation Company | $37,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTIN BOLICK<br>1712 W WOOD ST<br><br>COAL TOWNSHIP, PA 17866 | 62472 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTIN BRENNER DEC'D & LINDA BRENNER<br>2 LAKE DR<br><br>LINWOOD, NJ 08221 | 3235 | Motors Liquidation Company | $21,089.14 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTIN COHEN<br>433 GRANTHAM B<br><br>DEERFIELD BEACH, FL 33442 | 17946 | Motors Liquidation Company | $41,650.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARTIN COHEN<br>433 GRANTHAM B<br>DEERFIELD BEACH, FL 33442 | 17947 | Motors Liquidation Company | $51,925.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTIN E & MAE CAROLINE TURNER TRUST<br>892 6TH ST<br>PETALUMA, CA 94952 | 19372 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTIN E APPLEBAUM R/O IRA<br>FCC AS CUSTODIAN<br>11919 LAUGHTON WAY<br>NORTHRIDGE, CA 91326 | 31709 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTIN E. GLUCKSTEIN<br>3955A ST. ANDREW CT.<br>BROOKFIELD, WI 53045 | 14203 | Motors Liquidation Company | $110,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTIN EXBER & JUDITH EXBER TTEES<br>OF THE EXBER FAMILY TRUST<br>DTD 1-22-90<br>629 VIA LINDA COURT<br>LAS VEGAS, NV 89144 | 6349 | Motors Liquidation Company | $12,091.39 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTIN FIELD<br>600 W 239TH STREET<br>BRONX, NY 10463 | 10531 | Motors Liquidation Company | $253,405.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTIN GELERMAN IRA<br>7971 ROCKFORD RD<br>BOYNTON BEACH, FL 33472 | 7330 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTIN H MILLER<br>5132 GABLE RIDGE LA<br>HOLLY SPRINGS, NC 27540 | 20999 | Motors Liquidation Company | $722,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTIN HABER CONSULTING ENGINEERS<br>520 8TH AVE 17TH FL<br>NEW YORK, NY 10018 | 6739 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTIN J GOLDMAN<br>28 RIDGEWOOD CIRCLE<br>WILMINGTON, DE 19809 | 13985 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARTIN J MCINERNEY<br>1855 RATHMOR<br><br>BLOOMFIELD HILLS, MI 48304 | 7215 | Motors Liquidation Company | $250,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTIN J MCINERNEY IRA<br>1855 RATHMOR<br><br>BLOOMFIELD HILLS, MI 48304 | 7198 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTIN JAMES MOODY<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>4802 CHAPELVIEW<br>BEL AIRE, KS 67226 | 18331 | Motors Liquidation Company | $20,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTIN JAY ALLEN<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>315 SUNSET BAY LN<br>PALM BEACH GARDENS, FL 33418 | 13132 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTIN JAY ALLEN<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>315 SUNSET BAY LN<br>PALM BEACH GARDENS, FL 33418 | 13133 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTIN JAY ALLEN<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>315 SUNSET BAY LN<br>PALM BEACH GARDENS, FL 33418 | 13134 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTIN K MATSUI<br>APT 4A WOODLAND HEIGHTS<br>2 WONG NAI CHUNG GAP HONG KONG CHINA<br><br>HONG KONG, CHINA | 44070 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTIN KESSELMAN TTEE<br>FBO MARTIN KESSELMAN 1991 TRUST U/A/D 12/2/91<br>5814 GRAVES<br>ENCINO, CA 91316 | 69011 | Motors Liquidation Company | $28,448.85 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTIN KIRSCH<br>6725 PENN AVE S<br><br>RICHFIELD, MN 55423 | 18543 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARTIN KREIMERMAN COHEN<br>LAWRENCE KREIMERMAN LEW JTWROS<br>JESSICA KREIMERMAN LEW<br>BOSQUE DE ABEDULES 15 COL<br>BOSQUE DE LAS LOMAS DF 11700,MEXICO<br>.<br>MEXICO | 21613 | Motors Liquidation Company | $239,200.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTIN L AND ROSLYN H SCHECKNER<br>PO BOX 6658<br>MIAMI, FL 33256 | 17407 | Motors Liquidation Company | $8,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTIN L. SCHECKNER TRUSTEE<br>UA 02-27-05 FIRST AMENDMENT TO AMENDED AND RESTATED<br>ANN SCHECKNER LIVING TRUST<br>PO BOX 6058<br>MIAMI, FL 33256 | 17522 | Motors Liquidation Company | $8,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTIN LISS<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>20 W 64TH ST APT 31L<br>NEW YORK, NY 10023 | 4833 | Motors Liquidation Company | $20,210.50<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTIN MERSHON<br>PO BOX 121<br>ALTUS, AR 72821 | 15692 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTIN P MCDONALD IRA<br>FCC AS CUSTODIAN<br>IRA ROLLOVER<br>150 OCEANSIDE<br>ROCKAWAY POINT, NY 11697 | 18136 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTIN R KALISCH<br>51437 FORSTER LN<br>SHELBY, MI 48316 | 2852 | Motors Liquidation Company | $2,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTIN ROBERT SILGE<br>CHARLES SCHWAB & CO INC CUST<br>ROTH CONTRIBUTORY IRA<br>1840 REDWOOD DR<br>HEALDSBURG, CA 95448 | 61546 | Motors Liquidation Company | $23,962.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTIN ROSEN<br>1120 MANATI AVE<br>CORAL GABLES, FL 33146 | 38836 | Motors Liquidation Company | $6,517.26 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARTIN S FISCHER MD PROFIT SHARING TRUST DTD 12/1/77 4669 ARRIBA DRIVE TARZANA, CA 91356 | 10359 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTIN S MEYERSON 79 NORTHWOODS LANE BOYNTON BEACH, FL 33436 | 2913 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTIN SASS (IRA CONTRIBUTORY) FCC AS CUST 24 WESTCHESTER AVE JERICHO, NY 11753 | 2418 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTIN SASS AND CLAIRE SASS JTTEN 24 WESTCHESTER AVE JERICHO, NY 11753 | 2417 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTIN SCHROERING JANET SCHROERING 145 BLACK DUCK CIR DAYTONA BEACH, FL 32119 | 44450 | Motors Liquidation Company | $58,861.44 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTIN SCHROERING 145 BLACK DUCK CIR DAYTONA BEACH, FL 32119 | 44452 | Motors Liquidation Company | $30,596.36 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTIN SCHROERING 145 BLACK DUCK CIR DAYTONA BEACH, FL 32119 | 44453 | Motors Liquidation Company | $10,003.94 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTIN SOLOWAY DESIGNATED BENE PLAN/TOD 6107 WARRENS WAY WANAQUE, NJ 07465 | 13142 | Motors Liquidation Company | $10,187.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTIN W HUGGINS & CAROL F HUGGINS JT TEN 1535 SERRATA WAY TOMS RIVER, NJ 08755 | 10432 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTIN ZUANICH AND MARY LOUISE ZUANICH PO BOX 3437 SAN LUIS OBISPO, CA 93403 UNITED STATES OF AMERICA | 21732 | Motors Liquidation Company | $32,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARTIN, LUTZ, ROGGOW AND EUBANKS P.C. 401-K PLAN & PROFIT SHARING PLAN<br>ATTN: JAMES A. ROGGOW<br>PO DRAWER 1837<br>LAS CRUCES, NM 88004 | 15515 | Motors Liquidation Company | $7,195.24 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTINA I MAUZY<br>22811 E EUCLID CIRCLE<br>AURORA, CO 80016 | 19178 | Motors Liquidation Company | $337.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| **Claim Totals** | 500 | | | | |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**<u>Exhibit B</u>**

US_ACTIVE:\43473550\01\72240.0639

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| | : | |
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | **09-50026 (REG)** |
| **f/k/a General Motors Corp.,** *et al.* | : | |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

---------------------------------------------------------------x

**STIPULATION AND AGREED ORDER**
**AMONG THE DEBTORS, WILMINGTON TRUST COMPANY,**
**AND CITIBANK, N.A., SOLELY IN ITS CAPACITY AS PAYING AGENT,**
**REGARDING PROOFS OF CLAIM NOS. 47871, 47872, 65729, 65793, AND 66723**

Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

certain of its subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11

cases (collectively, the "**Debtors**"), Wilmington Trust Company as successor indenture trustee

("**WTC**"), and Citibank, N.A., solely in its capacity as paying agent under the 1990 Indenture

and 1995 Indenture (as defined below) (in such capacity, "**Citibank**"), together with the Debtors

and WTC, the "**Parties**"), by and through their respective undersigned counsel, hereby enter into

this Stipulation and Agreed Order (this "**Stipulation**") and stipulate as follows:

**RECITALS**

A.     On June 1, 2009 (the "**Commencement Date**"), certain of the Debtors

commenced with this Court voluntary cases (the "**Chapter 11 Cases**") under chapter 11 of title

11, United States Code (the "**Bankruptcy Code**").

B.     On September 16, 2009, the Court entered an order (the "**Bar Date Order**")

establishing November 30, 2009 at 5:00 p.m. (Eastern Time) (the "**General Bar Date**") as the

deadline for each person or entity (including without limitation, each individual, partnership,

joint venture, corporation, estate, or trust) to file a proof of claim (a "**Proof of Claim**") against

certain of the Debtors, including MLC, to assert any claim (as defined in section 101(5) of the

Bankruptcy Code) that arose prior to the Commencement Date.

        C.        As of the Commencement Date, MLC, as issuer, WTC, as successor indenture

trustee, and Citibank, as paying agent, were parties to (i) a Senior Indenture, dated as of

December 7, 1995, as amended (the "**1995 Indenture**," and WTC's capacity under the 1995

Indenture, the "**1995 Trustee**"), and (ii) a Senior Indenture, dated as of November 15, 1990 (the

"**1990 Indenture**," and WTC's capacity under the 1990 Indenture, the "**1990 Trustee**") pursuant

to which MLC issued senior unsecured debt securities.

        D.        Prior to the General Bar Date, WTC timely filed the following four Proofs of

Claims against MLC (each, a "**WTC Claim**" and collectively, the "**WTC Claims**"):

| Claim Number | Applicable Indenture | Principal Amount of Claim Plus Fees and Interest Accrued to Petition Date |
|---|---|---|
| 65793 | 1990 Indenture | $1,419,581,281.12 |
| 47871 | 1990 Indenture | $1,419,581,281.12 |
| 65729 | 1995 Indenture | $21,928,297,131.26 |
| 47872 | 1995 Indenture | $21,928,297,131.26 |

        E.        Prior to the General Bar Date, Citibank timely filed a proof of claim against MLC

in the amount of $173,063.43 [Proof of Claim No. 66723] (the "**Citibank Claim**").

        F.        WTC recognizes that it is not entitled to, and does not seek, a duplicate recovery

on account of the same WTC Claim and has agreed to withdraw two of the WTC Claims, subject

to the agreements set forth in this Stipulation.

## <u>STIPULATION AND ORDER</u>

NOW, THEREFORE, EACH OF THE PARTIES HEREBY STIPULATES AND

AGREES AS FOLLOWS:

1.       WTC Claims numbered 47871 (filed by WTC as 1990 Trustee) and 47872 (filed

by WTC as 1995 Trustee) are deemed withdrawn and WTC Claims numbered 65793 (filed by

WTC as 1990 Trustee) and 65729 (filed by WTC as 1995 Trustee) shall survive.

2.       With respect to principal plus interest due under the 1990 Indenture, WTC, in its

capacity as the 1990 Trustee will receive and is hereby granted, on behalf of itself and the record

and beneficial bondholders of debt securities issued under the 1990 Indenture an allowed general

unsecured, nonpriority claim in the amount of $1,419,471,545.22 (subject to appropriate reserve

and/or reduction in connection with any setoff exercised by beneficial bondholders that is

authorized by this Court) (the "**1990 Debt Claim**") against MLC to be satisfied in accordance

with any chapter 11 plan or plans confirmed in the Debtors' Chapter 11 Cases.

3.       With respect to principal plus interest due under the 1995 Indenture, WTC, in its

capacity as the 1995 Trustee, will receive and is hereby granted, on behalf of itself and the record

and beneficial bondholders of debt securities issued under the 1995 Indenture, an allowed

general unsecured nonpriority claim in the amount of $21,928,183,895.36 (subject to appropriate

reserve and/or reduction in connection with any setoff exercised by beneficial bondholders that is

authorized by this Court) (the "**1995 Debt Claim**," together with the 1990 Debt Claim, the

"**Debt Claims**").

4.       With respect to the prepetition fees and expenses incurred by WTC under the

1990 Indenture, WTC shall receive an allowed claim of $109,735.90 (the "**1990 WTC Fee**

**Claim**"), and with respect to the prepetition fees and expenses incurred by WTC under the 1995

Indenture, WTC shall receive an allowed claim of $113,235.90  (the "**1995 WTC Fee Claim**,"

together with the 1990 WTC Fee Claim, the "**WTC Fee Claims**").

5.      With respect to the prepetition paying agency fees and expenses incurred by

Citibank under the Indentures, the Citibank Claim shall be allowed in the amount of $162,333.71

(the "**Citibank Fees and Expenses Claim**," together with the WTC Fee Claims, the "**Fees and

Expenses Claims**").

6.      To the extent the Fees and Expenses Claims are not paid in full, in cash, pursuant

to a plan of reorganization and/or liquidation of MLC, (a) the amount of such fees and expenses

that remain unpaid shall constitute an allowed general unsecured, nonpriority claim against MLC

held by WTC and/or Citibank, as applicable, to be satisfied in accordance with any chapter 11

plan or plans confirmed in the Debtors' Chapter 11 Cases and (b) WTC and Citibank, pursuant to

section 7.06 of the 1990 Indenture and section 7.06 of the 1995 Indenture, shall retain a charging

lien with respect to its prepetition and post-petition fees and expenses on all assets or money held

or collected by WTC or Citibank on account of the Debt Claims or otherwise.

7.      WTC will issue a notice to the Depository Trust Company and post a notice on its

website (a) notifying beneficial bondholders of the notes issued under the Indentures of the entry

of the order allowing the WTC Claims and (b) notifying such bondholders that any subsequent

claims objection filed by the Debtors seeking to disallow claims filed by bondholders on the

grounds that such claims are duplicative of the Debt Claims being allowed under the stipulation

and order will not impair bondholder's entitlement to share in plan distributions on account of

the Debt Claims in accordance with the terms of the applicable Indenture.

8.      WTC agrees that it will not object to the Debtors' filing of objections to Proofs of

Claims filed by record and beneficial holders of debt securities arising out of or relating to the

1990 Indenture and/or the 1995 Indenture on the grounds that such Proofs of Claim are duplicative of the Debt Claims allowed pursuant to this Stipulation.

9.      WTC waives its right to argue that the entire stated principal amount of $377,377,000 with respect to the Discount Debentures is an allowable claim.

10.      To the extent that the fees and expenses of WTC incurred after the Commencement Date are not satisfied by payment in full in cash in connection with a plan of reorganization and/or liquidation of MLC, WTC reserves the right to argue that all such fees are allowable general unsecured non-priority claims against the estate of MLC.

11.      This Stipulation contains the entire agreement between the Parties as to the subject matter hereof and supersedes all prior agreements and undertakings between the Parties relating thereto.

Dated:  New York, New York
        August 5, 2010


/s/ Joseph H. Smolinsky                           
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Debtors and Debtors in Possession*


/s/ Keith R. Martorana                           
Matthew J. Williams
Keith R. Martorana

GIBSON DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Attorneys for Wilmington Trust Company, as 1990 Trustee and 1995 Truestee*

/s/ Louis A. Curcio
Maria M. Livanos
Louis A. Curcio

SONNENSCHEIN NATH & ROSENTHAL
LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6744
Facsimile:  (212) 768-6800

*Attorneys for Citibank, N.A. as Paying
Agent under the 1990 and 1995 Indentures*

So Ordered this **9th** day of **August** 2010

        **s/ Robert E. Gerber**
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                  :

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **MOTORS LIQUIDATION COMPANY**, *et al.,* | : | **09-50026 (REG)** |
|     **f/k/a General Motors Corp.,** *et al.* | : | |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------x

## ORDER GRANTING DEBTORS'
## SIXTY-FIRST OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Debt Claims)

        Upon the sixty-first omnibus objection to claims, dated August 13, 2010 (the

"**Sixty-First Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a General

Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the

"**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy**

**Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"),

and this Court's supplemental order establishing supplemental rules and authority for filing

omnibus objections to certain debt claims (the "**Supplemental Procedures Order**") [Docket No.

6238], seeking entry of an order disallowing and expunging the Duplicate Debt Claims on the

grounds that such claims are duplicative of either Claim 65793 or Claim 65729, all as more fully

described in the Sixty-First Omnibus Objection to Claims; and due and proper notice of the

Sixty-First Omnibus Objection to Claims having been provided, and it appearing that no other or

further notice need be provided; and the Court having found and determined that the relief

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Debtors' Sixty-First Omnibus Objection to Claims.

sought in the Sixty-First Omnibus Objection to Claims is in the best interests of the Debtors,

their estates, creditors, and all parties in interest and that the legal and factual bases set forth in

the Sixty-First Omnibus Objection to Claims establish just cause for the relief granted herein;

and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Sixty-First Omnibus Objection to

Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on **Exhibit "A"** (the "**Order Exhibit**") annexed hereto under the heading "*Claims to be

Disallowed and Expunged*" (collectively, the "**Duplicate Debt Claims**") are disallowed and

expunged; and it is further

ORDERED that, if applicable, the Sixty-First Omnibus Objection to Claims is

adjourned with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Objection Adjourned*" (the "**Adjourned Claims**") to the date indicated on the Order

Exhibit, subject to further adjournments (such actual hearing date, the "**Adjourned Hearing

Date**"), and the Debtors' response deadline with respect to the Adjourned Claims shall be 12:00

noon (Eastern Time) on the date that is three (3) business days before the Adjourned Hearing

Date; and it is further

ORDERED that, if applicable, the Sixty-First Omnibus Objection to Claims is

withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Objection Withdrawn*"; and it is further

ORDERED that, if applicable, the Sixty-First Omnibus Objection to Claims is

withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Claim Withdrawn*," as those claims have been withdrawn by the corresponding

claimant; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly

reserved with respect to, (i) any claim listed on Exhibit "A" annexed to the Sixty-First Omnibus

Objection to claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed

on the Order Exhibit annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
_____, 2010


_____
United States Bankruptcy Judge