Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                          :
In re                                     :        Chapter 11 Case No.
                                          :
MOTORS LIQUIDATION COMPANY, et al.,       :        09-50026 (REG)
        f/k/a General Motors Corp., et al.,:
                                          :
                    Debtors.              :        (Jointly Administered)
                                          :
------------------------------------------------------------x
```

## NOTICE OF DEBTORS' SIXTY-SECOND OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Debt Claims)

**PLEASE TAKE NOTICE** that on August 13, 2010, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their sixty-second omnibus objection to claims (the "**Objection**"), and that

a hearing (the "**Hearing**") to consider the Objection will be held before the Honorable Robert E.

Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for

the Southern District of New York, One Bowling Green, New York, New York 10004, on

**September 24, 2010 at 9:45 a.m. (Eastern Time),** or as soon thereafter as counsel may be

heard.

**PARTIES LISTED ON EXHIBIT "A" ANNEXED TO THE OBJECTION (THE "<u>CLAIMANTS</u>") (AND THEIR COUNSEL, IF KNOWN) WILL RECEIVE A PERSONALIZED NOTICE OF THE OBJECTION, RATHER THAN THE ENTIRE OBJECTION.**

This Objection does not affect a Claimant's ability to receive distributions as a beneficial bondholder under the claims filed by the indenture trustee of the Debtors' public debentures.  If a Claimant disagrees with the Objection's treatment of the Claimant's claim, the Claimant may call the Debtors to try and resolve the Claimant's concerns at **1-800-414-9607**.  If a Claimant is unable to resolve the Claimant's concerns with the Debtors before the deadline to respond, then the Claimant <u>must</u> file and serve a written response (a "**Response**") to the Objection in accordance with this notice, and the Claimant <u>must</u> appear at the Hearing described below.

A Claimant may participate in the Hearing telephonically provided that the Claimant complies with the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider."  A Claimant must also provide prior written notice by mail or e-mail of the Claimant's telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Russell Brooks, Esq. (russell.brooks@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Jennifer Sharret, Esq. (jsharret@kramerlevin.com)).

**If a Claimant does not oppose the disallowance and expungement of the Claimant's claim, then the Claimant does not need to file a Response or appear at the Hearing.**

**PLEASE TAKE FURTHER NOTICE THAT** the Hearing on the Objection is scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on **September 24, 2010 at 9:45 a.m. (Eastern Time)**. If a Claimant files a Response to the Objection, the Claimant should plan to appear at the Hearing either in person or telephonically. The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to the Claimant's claim. If the Debtors do continue the Hearing with respect to the Claimant's claim, then the Hearing will be held at a later date. If the Debtors do not continue the Hearing with respect to the Claimant's claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **September 17, 2010 at 4:00 p.m. (Eastern Time)**. Only those Responses that are timely will be considered at the Hearing. A Claimant's Response will be deemed timely only if it is: (a) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov) before the deadline for Responses **or** (b) **actually** received on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format <u>and</u> in hard copy at each of the following addresses on or before the deadline for response:

A.    Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;

B.    Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and

C.      Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory
        committee of unsecured creditors, 1177 Avenue of the Americas, New
        York, New York 10036 (Attn:  Jennifer Sharret, Esq.).

A Claimant's response, if any, must contain at a minimum the following: (i) a

caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case

number, and the number of the Objection to which the response is directed; (ii) the name of the

Claimant and description of the basis for the amount of the claim; (iii) a concise statement setting

forth the reasons why the claim should not be disallowed and expunged for the reasons set forth

in the Objection, including, but not limited to, the specific factual and legal bases upon which the

Claimant will rely in opposing the Objection; (iv) all documentation or other evidence of the

claim, to the extent not included with the proof of claim previously filed with the Bankruptcy

Court, upon which the Claimant will rely in opposing the Objection; (v) the address(es) to which

the Debtors must return any reply to the Claimant's response, if different from that presented in

the proof of claim; and (vi) the name, address, and telephone number of the person that can be

contacted in connection with the Objection.

If a Claimant has any questions about this notice or the Objection, please contact

the Debtors at **1-800-414-9607**.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF

THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

**PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief requested in the Objection without further notice or a hearing if a Claimant fails to file a timely Response or appear at the Hearing.**

Dated: New York, New York
          August 13, 2010

                                             /s/ Joseph H. Smolinsky
                                             Harvey R. Miller
                                             Stephen Karotkin
                                             Joseph H. Smolinsky

                                             WEIL, GOTSHAL & MANGES LLP
                                             767 Fifth Avenue
                                             New York, New York 10153
                                             Telephone: (212) 310-8000
                                             Facsimile: (212) 310-8007

                                             Attorneys for Debtors
                                             and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
In re                                            :          **Chapter 11 Case No.**
                                                 :
**MOTORS LIQUIDATION COMPANY,** *et al.*,        :          **09-50026 (REG)**
    **f/k/a General Motors Corp.,** *et al.*  :
                                                 :
       **Debtors.**                :          **(Jointly Administered)**
                                                 :
------------------------------------------------------------x

## DEBTORS' SIXTY-SECOND OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Debt Claims)

---

THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.
CLAIMANTS THAT ARE THE SUBJECT OF THIS OBJECTION SHOULD LOCATE THEIR NAMES AND
CLAIMS ON EITHER THE EXHIBIT ATTACHED TO THIS OBJECTION OR ON THEIR PERSONALIZED
NOTICE.

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

        Motors Liquidation Company (f/k/a General Motors Corporation) and its

affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully represent:

**<u>Relief Requested</u>**

1.      The Debtors file this sixty-second omnibus objection to claims (the

"**Sixty-Second Omnibus Objection to Claims**") pursuant to section 502(b) of title 11, United

States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy

Procedure (the **"Bankruptcy Rules"**), and this Court's supplemental order establishing

supplemental rules and authority for filing omnibus objections to certain debt claims (the

"**Supplemental Procedures Order**") [Docket No. 6238], seeking entry of an order disallowing

and expunging the claims listed on **Exhibit "A"** annexed hereto.[1]

2.      The Debtors have examined the proofs of claim identified on Exhibit "A"

and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed*

*and Expunged*" (collectively, the "**Duplicate Debt Claims**") are duplicative of either (1) the

global Proof of Claim No. 65793 ("**Claim 65793**") filed by Wilmington Trust Company

("**WTC**"), in its capacity as successor indenture trustee of the Senior Indenture, dated as of

November 15, 1990 (the "**1990 Indenture**") or (2) the global Proof of Claim No. 65729 ("**Claim**

**65729**") filed by WTC, in its capacity as successor indenture trustee of the Senior Indenture,

dated as of December 7, 1995, as amended (the "**1995 Indenture**").  The amounts asserted by

WTC in Claim 65793 and Claim 65729 have been reconciled and allowed under a stipulation,

approved and entered by the Court on August 9, 2010 (the "**WTC Stipulation**") [Docket No.

6595], a copy of which is annexed hereto as **Exhibit "B."**  The Debtors, therefore, seek entry of

an order disallowing and expunging from the claims register the Duplicate Debt Claims.

---

[1] Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com. A link to the claims register is located under the "Claims Information" tab.  Creditors without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City Group, Inc. at 1-703-286-6401.

3.      This Sixty-Second Omnibus Objection to Claims does not affect the

ability of an Individual Bondholder (as hereinafter defined) to participate in accordance with the

WTC Stipulation.  Further, the Debtors reserve all their rights to object on any other basis to any

Duplicate Debt Claim as to which the Court does not grant the relief requested herein.

### Jurisdiction

4.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

### Background

5.      On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**Realm/Encore Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Case Number 09-50026 (REG).  On September 15, 2009,

the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs,

which were amended on October 4, 2009.  On October 15, 2009, the Realm/Encore Debtors filed

their schedules of assets and liabilities and statements of financial affairs.

6.      On September 16, 2009, this Court entered an order [Docket No. 4079]

establishing November 30, 2009 as the deadline for each person or entity to file a proof of claim

in the Initial Debtors' cases, including governmental units.  On December 2, 2009, this Court

entered an order [Docket No. 4586] establishing February 1, 2010 as the deadline for each

---

[2] The Initial Debtors are Motors Liquidation Company (f/k/a General Motors Corporation), MLCS, LLC (f/k/a
Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc.
(f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3] The Realm/Encore Debtors are Remediation and Liability Management Company, Inc., and Environmental
Corporate Remediation Company, Inc.

person or entity to file a proof of claim in the Realm/Encore Debtors' cases (except

governmental units, as defined in section 101(27) of the Bankruptcy Code, for which the Court

established June 1, 2010 as the deadline to file proofs of claim).

7.        Among the tens of thousands of proofs of claim the Debtors received,

approximately 18,000 proofs of claim have been filed by claimants seeking the repayment of

principal, interest, and fees and expenses that relate to dollar-denominated debt securities issued

by the Debtors pursuant to the 1990 Indenture and the 1995 Indenture (each, a "**Debt Claim**,"

and the holder of such Debt Claim, an "**Individual Bondholder**").  The Debtors believe that all

of the Debt Claims filed by Individual Bondholders are duplicative of the claims allowed in

favor of WTC for the benefit of all Individual Bondholders in accordance with the WTC

Stipulation.

8.        On August 9, 2010, the Court entered the WTC Stipulation signed by the

Debtors, WTC, and Citibank, N.A., solely in its capacity as paying agent under the 1990

Indenture and 1995 Indenture (in such capacity, "**Citibank**"), allowing (i) Claim 65793 in the

amount of $1,419,471,545.22 (subject to appropriate reserve and/or reduction in connection with

any Court-authorized setoff exercised by Individual Bondholders) and (ii) Claim 65729 in the

amount of $21,928,183,895.36 (subject to appropriate reserve and/or reduction in connection

with any Court-authorized setoff exercised by Individual Bondholders).  Prior to entry of the

WTC Stipulation, WTC sent out a notice to all affected Individual Bondholders notifying them

of the pending approval by the Court of the WTC Stipulation.

9.        On October 6, 2009, this Court entered the Supplemental Procedures

Order, which authorizes the Initial Debtors, among other things, to file omnibus objections to no

more than 500 claims at a time with respect to Debt Claims. The claimants that are listed in

Exhibit "A" have filed Debt Claims against the Initial Debtors.

10.     The Debtors now move to expunge the Duplicate Debt Claims filed by

each Individual Bondholder as duplicative of either Claim 65793 or Claim 65729.

### **The Relief Requested Should Be Approved by the Court**

11.     A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects." 11 U.S.C. § 502(a). If an objection refuting at least one of the claim's essential

allegations is asserted, the claimant has the burden to demonstrate the validity of the claim. *See*

*In re Oneida, Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd*, No. 09 Civ. 2229 (DC),

2010 WL 234827 (S.D.N.Y. Jan. 22, 2010); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No.

02-41729 (REG), 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re*

*Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

12.     Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a

claim may not be allowed to the extent that "such claim is unenforceable against the debtor and

property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1). The

Debtors cannot be required to pay on the same claim more than once. *See, e.g., In re Finley,*

*Kumble, Wagner, Heine, Underberg, Manley, Myerson, & Casey*, 160 B.R. 882, 894 (Bankr.

S.D.N.Y. 1993) ("In bankruptcy, multiple recoveries for an identical injury are generally

disallowed."). The Debtors have reviewed the proofs of claim identified on Exhibit "A" and

believe them to be duplicative of Claim 65793 or Claim 65729. Moreover, the Debtors have no

way of confirming that any of the Individual Bondholders are, in fact, beneficial holders of a

debt instrument on the relevant dates.

13.     To avoid the possibility of multiple recoveries by the Individual

Bondholders, the Debtors request that the Court disallow and expunge in their entirety the

Duplicate Debt Claims.  Individual Bondholders, to the extent they are beneficial bondholders as of the record date under any confirmed plan of liquidation, will receive distributions under such plan from WTC in its capacity as indenture trustee.

### Notice

14.     Notice of the Sixty-Second Omnibus Objection to Claims has been provided to each claimant listed on Exhibit "A" by virtue of the individualized notice transmitted in accordance with the Supplemental Procedures Order and parties in interest in accordance with the Third Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures, dated April 29, 2010 [Docket No. 5670].

15.     No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the relief requested herein and such other and further relief as is just.

Dated:  New York, New York
         August 13, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

## Exhibit A

Sixty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| MARTINA K SCOTT VOLUNTORY TRUST<br>MARTINA K SCOTT<br>INGLEWOOD APT #202<br>405 N 8TH ST<br>MT HOREB, WI 53572<br>UNITED STATES OF AMERICA | 15197 | Motors Liquidation Company | $19,951.80 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARTINE HENNING<br>39A TAHOE VILLAGE 2<br>NEW HOPE, PA 18938 | 11139 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARVERN M MERCER<br>21 THUNDERBIRD CIRCLE<br>PINEHURST, NC 28374 | 2640 | Motors Liquidation Company | $2,025.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARVIN & ELEANOR DON<br>29 SURREY ST<br>ROCK HILL, NY 12775 | 1815 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARVIN & RUTH DUBIN<br>2801 STANBRIDGE ST<br>TIMBERLAKE APTS A620<br>EAST NORRITON, PA 19401 | 21906 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARVIN A LORENZ<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>1146 PR 4487<br>LA GRANGE, TX 78945 | 8836 | Motors Liquidation Company | $20,540.49 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARVIN AND ELAINE FITZER JTWROS<br>MARVIN FITZER<br>8040 ROYAL BIRKDALE CIR<br>LAKEWOOD RANCH, FL 34202 | 9059 | Motors Liquidation Company | $10,360.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARVIN BERGER<br>133 PARKWAY S<br>NEW LONDON, CT 06320 | 16979 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARVIN BOGIN<br>MARVIN BOGIN IRA<br>134 LAKESHORE DR APT T-13<br>NORTH PALM BEACH, FL 33408 | 18255 | Motors Liquidation Company | $14,870.14 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARVIN COHEN<br>19 PIERCE RD<br><br>EGG HARBOR TWP, NJ 08234 | 3207 | Motors Liquidation Company | $20,632.78 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARVIN COHEN<br>77 MARKHAM D<br><br>DEERFIELD BEACH, FL 33442 | 8715 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARVIN COHEN<br>77 MARKHAM D<br><br>DEERFIELD BEACH, FL 33442 | 8716 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARVIN DUBIN &<br>RUTH B DUBIN JT TEN<br>2801 STANBRIDGE ST<br>TIMBERLAKE APTS A 620<br>EAST NORRITON, PA 19401 | 21907 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARVIN E BECK<br>ANNE P BECK<br>735 PARK RD 1-C<br>SMITHVILLE, TX 78957 | 30794 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARVIN F GAHAGAN<br>301 BIRD AVE<br><br>NATCHITOCHES, LA 71457 | 15188 | Motors Liquidation Company | $24,435.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARVIN F. GAHAGAN SIMPLE IRA<br>FCC AS CUSTODIAN<br>301 BIRD AVE.<br>NATCHITOCHES, LA 71457 | 15189 | Motors Liquidation Company | $8,490.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARVIN F. WOODS<br>PERSHING LLC OR CURRENT CUSTODIAN<br>18114 CLEARBROOK CIRCLE<br>BOCA RATON, FL 33498 | 19741 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARVIN H BARNES SR<br>HELEN H BARNES JTTEN<br>548 TURLINGTON RD<br>SUFFOLK, VA 23434 | 7586 | Motors Liquidation Company | $5,202.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARVIN HERBERT<br>EDITH HERBERT<br>245 ESTATES TER S<br>MANHASSET, NY 11030 | 16820 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARVIN HOFFMAN<br>135 INDIGO DRIVE<br><br>MT LAUREL, NJ 08054 | 3663 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARVIN J KRINKE<br>2329 GRESHAM AVE N<br><br>OAKDALE, MN 55128 | 9730 | Motors Liquidation Company | $9,276.11 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARVIN J VELTKAMP TTEE<br>MARVIN J. VELTKAMP TRUST U/A<br>DTD 12/09/1997<br>2042 PAYTON LANE NE<br>GRAND RAPIDS, MI 49505 | 16842 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARVIN L KAPLAN MD<br>1548 GALAXY DR<br><br>NEWPORT BEACH, CA 92660 | 69291 | Motors Liquidation Company | $25,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARVIN LEVICK EDR ASSOCIATES PSP AND TRUST<br>TRS FBO EDR ASSOCIATES PSP & TRUST<br>140 FENWICK DR<br>PITTSBURGH, PA 15235 | 3359 | Motors Liquidation Company | $57,350.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARVIN O HERZOG FAMILY TRUST<br>TERESA HERZOG SUCCESSOR TRUSTEE<br>5736 MAPLE RD<br>FRANKENMUTH, MI 48734 | 10322 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARVIN PELZER TTEE<br>SYLVIA PELZER TRUST U/A<br>DTD 02/14/1991<br>3243 SAN AMADEO APT 1-F<br>LAGUNA WOODS, CA 92637 | 62374 | Motors Liquidation Company | $23,973.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARVIN PERCHER<br>EVELYN PERCHER CO-TTEES<br>MARVIN PERCHER REV TRUST<br>UA DTD 08/08/00<br>5280 N OCEAN DR APT 5F<br>SINGER ISLAND, FL 33404 | 7131 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARVIN R AND JULIA MAE STEWART<br>3625 E LOCUST CIRCLE<br><br>PROSPECT, KY 40059 | 2696 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MARVIN ROSETT TTEE<br>MARVIN ROSETT REV TRUST U/A<br>DTD 09/25/1992<br>6252 N. DRAKE AVENUE<br>CHICAGO, IL 60659 | 62788 | Motors Liquidation Company | $65,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARVIN SACKS<br>2903 PARKER AVENUE<br>WHEATON, MD 20902 | 28709 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARVIN SCHRIER<br>17250 BOCA CLUB BLVD APT 104<br>BOCA RATON, FL 33487 | 18925 | Motors Liquidation Company | $70,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARVIN SCHWARTZ & FRAN A SCHWARTZ<br>C/O AMERIPRISE FINANCIAL SERVICES INC<br>401 FRANKLIN AVE STE 101<br>GARDEN CITY, NY 11530 | 15473 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARVIN T HELON<br>3627 W SPRUCE<br>FRESNO, CA 93711 | 9519 | Motors Liquidation Company | $20,532.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARVIN URBAN<br>CGM IRA ROLLOVER CUSTODIAN<br>7178 PROMENADE DRIVE<br>APT B601<br>BOCA RATON, FL 33433 | 32004 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARVIN WERTHEIMER<br>4 SPLITROCK RD<br>LIVINGSTON, NJ 07039 | 13662 | Motors Liquidation Company | $55,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARVINE CIRAR TTEE<br>CIRAR FAM TRUST<br>U/A DTD 10/13/80<br>1069 S OLYMPIC AVE<br>BANNING, CA 92220 | 19213 | Motors Liquidation Company | $9,040.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARVYN SCHLACKMAN AND JOAN SCHLACKMAND JT WROS<br>8796 VIA TUSCANY DR<br>BOYNTON BEACH, FL 33472 | 18031 | Motors Liquidation Company | $13,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| MARY & IRVING NORKIN<br>162 MARIGOLD LANE<br>MILFORD, PA 18337 | 62815 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY A CAPASSO<br>211 MATCHAPONIX AVE<br>MONROE TWP, NJ 08831 | 20032 | Motors Liquidation Company | $16,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY A DAVIES<br>313 HUMAR ST APT 7<br>WEST BEND, WI 53095 | 18547 | Motors Liquidation Company | $4,692.20 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY A NUNN<br>3435 DUFFER<br>COLUMBUS, IN 47203<br>UNITED STATES OF AMERICA | 17798 | Motors Liquidation Company | $25,375.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY A ULLMER &<br>ELDON J ULLMER<br>JT TEN<br>103 CHASE LANE<br>FREDERICKSBUR, VA 22401 | 20617 | Motors Liquidation Company | $1,313.11 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY A. BRALY<br>160 OLDE OAK DRIVE<br>JONESBORO, GA 30238 | 11236 | Motors Liquidation Company | $5,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY A. WILLIS<br>CGM IRA CUSTODIAN<br>7837 SE SPICEWOOD CIR<br>HOBE SOUND, FL 33455 | 31277 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY ADELINE GRAVELY<br>MARY A GRAVELY<br>PO BOX 981<br>MILTON, WV 25541 | 6760 | Motors Liquidation Company | $1,364.33 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY ALCHAS<br>611 STRATFORD RD<br>N BALDWIN, NY 11510 | 10999 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY ALICE BRANKMAN<br>8 CONWAY CIR<br>LOUDONVILLE, NY 12211 | 31447 | Motors Liquidation Company | $26,585.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| MARY ALICE HANSEN<br>1090 EAST 700 SOUTH #20<br><br>ST GEORGE, UT 84790 | 21990 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY ALICE MOONEY<br>1134 FAWCETT AVE<br><br>WHITE OAK, PA 15131 | 63262 | Motors Liquidation Company | $1,100.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY ALICE MOONEY<br>1134 FAWCETT AVE<br><br>WHITE OAK, PA 15131 | 63264 | Motors Liquidation Company | $1,875.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY ALICE WHITTEN<br>WEDBUSH MORGAN SEC CTDN<br>IRA CONTRIBUTORY 12/31/04<br>12725 SOULE ST<br>POWAY, CA 92064 | 5435 | Motors Liquidation Company | $156.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY ANGELA WEBSTER<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>PO BOX 6814<br>FRAZIER PARK, CA 93222 | 7786 | Motors Liquidation Company | $33,525.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY ANN AHLRICH<br>4115 CAPE HAZE DR<br><br>CAPE HAZE, FL 33946 | 28904 | Motors Liquidation Company | $32,372.28 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY ANN BEARDEN<br>9 W TUSCALOOSA AVE<br><br>GADSDEN, AL 35904 | 4660 | Motors Liquidation Company | $1,982.74 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY ANN BRYAN<br>3001 DUPREE CIRCLE<br><br>HUNTSVILLE, AL 35801 | 15777 | Motors Liquidation Company | $75,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY ANN D'EMIDIO<br>102 FILMORE STREET<br><br>BRISTOL, PA 19007 | 2812 | Motors Liquidation Company | $10,382.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY ANN DENOBILE<br>WBNA CUSTODIAN TRAD IRA<br>6294 NW 30TH AVENUE<br>BOCA RATON, FL 33496 | 15206 | Motors Liquidation Company | $37,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARY ANN MACHE<br>P O BOX 101<br><br>WILLIAMSVILLE, NY 14231 | 19165 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY ANN MERCHANT REV TR<br>MARY ANN MERCHANT TTEE UA<br>DTD 04/15/96<br>1976 DUNHAM DR<br>ROCHESTER, MI 48306 | 3228 | Motors Liquidation Company | $4,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY ANN MERCHANT TTEE<br>BUSINESS MANAGEMENT SOLUTIONS<br>401 K FBO MARY ANN MERCHANT<br>1976 DUNHAM DR<br>ROCHESTER, MI 48306 | 3227 | Motors Liquidation Company | $2,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY ANN MROZ & SUSAN KNOWLING<br>MARY ANN MROZ<br>6218 LYMAN AVE<br>DOWNERS GROVE, IL 60516 | 11225 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY ANN PICCIRILLO IRA<br>RBC CAPITAL MARKETS CORP CUST<br>1000 WALNUT AVE<br>DUBOIS, PA 15801 | 12309 | Motors Liquidation Company | $3,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY ANN SNODGRASS<br>4480 N PLACITA QUERETARO<br><br>TUCSON, AZ 85749 | 4778 | Motors Liquidation Company | $22,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY ANN YERK<br>107 W BROAD ST<br><br>SOUDERTON, PA 18964 | 23166 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY ANNE NESSLAR TTEE<br>MARY ANNE NESSLAR TRUST U/A<br>DTD 12/12/2001<br>638 N CATHERINE<br>LAGRANGE PARK, IL 60526 | 64256 | Motors Liquidation Company | $4,475.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY ANNE SURRETTE<br>3031 LYNDHURST J<br><br>DEERFIELD BEACH, FL 33442 | 18013 | Motors Liquidation Company | $10,610.90 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARY ANNE TARANTINO<br>5B NOB HILL<br>ROSELAND, NJ 07068 | 48465 | Motors Liquidation Company | $20,460.81 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY ARTMAYER<br>1442 FIELDCREST CT<br>CINCINNATI, OH 45231 | 16985 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY AZAR<br>C/O DIANA MERCIER<br>19475 ARGYLE CRES<br>DETROIT, MI 48203 | 9019 | Motors Liquidation Company | $30,103.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY BARTOLUCCI &<br>ETTORE BARTOLUCCI JT TEN<br>15 MATTERHORN WAY<br>BRICKTOWN, NJ 08724 | 23356 | Motors Liquidation Company | $8,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY BENDER<br>2226 MASONIC DR<br>SEWICKLEY, PA 15143 | 69856 | Motors Liquidation Company | $6,106.56 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY BETH EAHEART TTEE<br>THE EAHEART REVOCABLE FAM<br>TRUST U/A DTD 01/07/2004<br>13535 W HYACINTH DR<br>SUN CITY WEST, AZ 85375 | 6642 | Motors Liquidation Company | $4,918.35 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY BETH SIEMSEN<br>4993 THOMPSON RD<br>HERMANTOWN, MN 55811 | 65178 | Motors Liquidation Company | $275.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY BETH SLOAN<br>1100 17TH AVE UNIT 104<br>SEATTLE, WA 98122 | 5099 | Motors Liquidation Company | $3,375.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY BETH WILLIAMS (IRA)<br>FCC AS CUSTODIAN<br>203 HEYWOOD TER<br>DELAND, FL 32724 | 38848 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY BLAKE<br>5731 N. 25TH DR.<br>PHOENIX, AZ 85017<br>UNITED STATES OF AMERICA | 31219 | Motors Liquidation Company | $75,650.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Second Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MARY BLANCHE CASHMORE<br>14915 WOODBRIAR DRIVE<br><br>DALLAS, TX 75248 | 17784 | Motors Liquidation Company | $7,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY BOLAND ROTH IRA<br>C/O MARY BOLAND<br>34111 STAGECOACH BLVD<br>EVERGREEN, CO 80439<br>UNITED STATES OF AMERICA | 61165 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY BRAUER CONNELLY<br>MARY BRAUER-CONNELLY TTEE<br>MARY BRAUER-CONNELLY TRUST<br>U/A DTD 3/17/97 AMA ACCOUNT<br>5112 W TIMBERVUE CT<br>PEORIA, IL 61615 | 18102 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY BRIDGES LIVING TRUST DTD 3/11/99<br>MARY BRIDGES TTEE<br>5000 CENTRAL AVENUE #25<br>HOT SPRINGS, AR 71913 | 13341 | Motors Liquidation Company | $10,682.32 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY BRIERLY TTEE DELUCCHI FAMILY CREDIT SHELTER TRUST<br>MARY BRIERLY<br>4618 HERON LAKES DR<br>STOCKTON, CA 95219 | 12943 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY C HARMAND<br>1301 NOTTINGHAM RD APT B120<br><br>JAMESVILLE, NY 13078 | 21970 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY C HENKENIUS<br>1836 E RANCH RD<br><br>TEMPE, AZ 85284 | 5513 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY C HESS<br>236 INDIAN COVE DR<br><br>DAWSONVILLE, GA 30534 | 3635 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY C HINCKLEY TRUST<br>MARY C HINCKLEY TTEE<br>8975-402 LAWRENCE WELK DR<br>ESCONDIDO, CA 92026 | 22974 | Motors Liquidation Company | $81,913.54 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARY C KANTOR TRUSTEE<br>MARY C KANTOR  FRANK S KANTOR TTEE<br>THE KANTOR FAMILY TRUST  U/A DTD 08/19/2004<br>617 CARPENTER WAY<br>AUBURN, AL 36830 | 10702 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY C LOEFFLER TTEE<br>MARY C LOEFFLER<br>TRUST U/A DTD 8/16/01<br>1787 FOUNTAIN VIEW CIR<br>VENICE, FL 34292 | 11120 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY C SCHAFFER<br>500 E HIGHLAND AVE<br>SIERRA MADRE, CA 91024 | 9055 | Motors Liquidation Company | $45,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY C STARKE<br>PO BOX 402<br>SUFFERN, NY 10902 | 21868 | Motors Liquidation Company | $35,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY C. MICKLEWRIGHT<br>422 KING AVE<br>EAST DUNDEE, IL 60118 | 14200 | Motors Liquidation Company | $9,522.17 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY CAIRNS TTEE F/T<br>MARY CAIRNS LV TR DTD 04/14/2000<br>FLAT #5 DANNY HOUSE<br>BN69BB HURSPIERPOINT W SYSSEX ENGLAND<br><br>GREAT BRITAIN | 68664 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY CAMPBELL TTEE<br>C JOHN CAMPBELL TTEE FAMILY TRUST U/A/O 09/28/89<br>7121 LILLOOET LOOP<br>ABERDEEN, WA 98520 | 3595 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY CHIRONIS IRA<br>16 PONDEROSA DR<br>MELVILLE, NY 11747 | 7810 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY CHOI<br>8 STARLING BLVD<br>WOODBRIDGE ON CANADA L4H 2H1<br><br>CANADA | 23640 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARY CONROY<br>MARY C CONROY<br>170 LOCUST ST<br>JACKSON, OH 45640 | 18673 | Motors Liquidation Company | $7,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY CUNNINGHAM<br>606 NORTH OAKS AVE<br>HARTFORD, SD 57033 | 21117 | Motors Liquidation Company | $11,435.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY D CORSON<br>51 MOONGLOW DRIVE<br>BIRMINGHAM, AL 35215 | 13992 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY D MATTISON<br>PO BOX 186<br>TWISP, WA 98856 | 33360 | Motors Liquidation Company | $28,210.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY D MCFADDEN REV TST DTD 04/20/9<br>984 EUREKA RD<br>SPRINGFIELD, VT 05156 | 62091 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY DAWSON<br>C/O RBC WEALTH MANAGEMENT<br>FBO MARY DAWSON<br>3312 ROSEDALE ST STE 201<br>GIG HARBOR, WA 98335 | 16529 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY DELAY<br>103 CATESBY CIRCLE<br>COLUMBIA, SC 29206 | 65438 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY DEVARY<br>17191 CHENIER DRIVE<br>PRARIEVILLE, LA 70769 | 61892 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY DIGIOVANNI<br>46 CROMWELL PLACE<br>SEA CLIFF, NY 11579 | 12596 | Motors Liquidation Company | $6,505.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY E ANDERSON<br>107 W VINE ST<br>SHIREMANSTOWN, PA 17011 | 8753 | Motors Liquidation Company | $27,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARY E BLACKBURN<br>CHARLES SCHWAB & CO INC CUST<br>ROTH CONTRIBUTORY IRA<br>1508 LAYDEN COVE WAY<br>VIRGINIA BEACH, VA 23454 | 63081 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY E BRADLEY<br>N 13412 YALE RD<br>MEAD, WA 99021 | 70071 | Motors Liquidation Company | $10,480.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY E BRESOWAR<br>2723 GOLDMOR CIRCLE<br>BIRMNINGHAM, AL 35244 | 12188 | Motors Liquidation Company | $7,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY E FORMAN<br>8442 68TH WAY<br>PINELLAS PARK, FL 33781 | 15678 | Motors Liquidation Company | $6,033.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY E GREKILA<br>PO BOX 7921<br>CHARLOTTESVLE, VA 22906 | 1855 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY E HICKMAN<br>2853 ORIOLE DR<br>BEAVERCREEK, OH 45434 | 11956 | Motors Liquidation Company | $104,625.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY E MCNAMEE TRUSTEE<br>15 LONGVIEW AVE<br>SAN ANSELMO, CA 94960 | 65010 | Motors Liquidation Company | $60,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY E NETTLETON<br>CGM IRA CUSTODIAN<br>377 WATERGATE CONDOS<br>115 E KINGS HIGHWAY<br>MAPLE SHADE, NJ 08052 | 64773 | Motors Liquidation Company | $8,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY E RIEDER<br>13700 CR9<br>EYOTA, MN 55934 | 9167 | Motors Liquidation Company | $1,022,716.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY E ROFF<br>103 TIMBER LANE<br>JUPITER, FL 33458 | 12673 | Motors Liquidation Company | $31,204.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARY E SMITH<br>CGM IRA CUSTODIAN<br>2000 N PETTY RD<br>MUNICIE, IN 47304 | 28275 | Motors Liquidation Company | $793.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY E THALMAN<br>1100 BELCHER RD S #770<br>LARGO, FL 33771 | 5479 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY E THOMSON<br>1490 WEKIVA DR<br>MELBOURNE, FL 32940 | 13302 | Motors Liquidation Company | $31,431.58 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY E THORNTON<br>1424 MONCLAIR RD<br>ROOM 1<br>BRIMINGHAM, AL 35210 | 11079 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY E. GARRISON<br>7204 N MANNING<br>PEORIA, IL 61614 | 68790 | Motors Liquidation Company | $12,710.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY EHLER<br>507 MARION LANE<br>LEXINGTON, MO 64067 | 15153 | Motors Liquidation Company | $3,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY ELIZABETH BRIDGES<br>LIVING TRUST DTD 3/11/99<br>MARY ELIZABETH BRIDGES TTEE<br>5000 CENTRAL AVENUE #25<br>HOT SPRINGS, AR 71913 | 21311 | Motors Liquidation Company | $10,682.32 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY ELIZABETH HARDY<br>53 B BURROUGHS ST<br>JAMAICA PLAIN, MA 02130 | 61419 | Motors Liquidation Company | $51,337.16 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY ELIZABETH PETERSON<br>430 FLINT AVE<br>LONG BEACH, CA 90814 | 11381 | Motors Liquidation Company | $7,597.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY ELIZABETH STANG<br>7700 NEMCO WAY<br>STE 105<br>BRIGHTON, MI 48116 | 4369 | Motors Liquidation Company | $2,625.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARY ELLEN BYRD IRA<br>318 TRACE RIDGE RD<br><br>HOOVER, IL 35244 | 12631 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY ELLEN COMPLIMENT<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>2978 SW WESTLAKE CIR<br>PALM CITY, FL 34990 | 7332 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY ELLEN MILLER TR<br>UA 06/08/88<br>MARY ELLEN MILLER #2 TRUST<br>1618 SOUTHBAY DR<br>OSPREY, FL 34229 | 12910 | Motors Liquidation Company | $15,003.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY ELLEN SWIFT<br>176 BRACE LN<br><br>TABERNACLE, NJ 08088 | 37604 | Motors Liquidation Company | $7,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY ELLEN WICKLIN<br>9505 KINGCROFT TERRACE<br>UNIT N<br>PERRY HALL, MD 21128 | 62164 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY ELLEN WICKLIN<br>9505 KINGCROFT TERRACE<br>UNIT N<br>PERRY HALL, MD 21128 | 62165 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY F BRANDT IRA<br>HILLIARD LYONS CUST FOR MARY F BRANDT IRA<br>12011 N COUNTY ROAD 1250 E<br>SEYMOUR, IN 47274 | 1725 | Motors Liquidation Company | $3,875.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY F NESE<br>317 EDSTAN WAY<br><br>PARAMUS, NJ 07656 | 14755 | Motors Liquidation Company | $6,420.93 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY F WINKE<br>901 ESSINGTON ROAD<br>APT. 305<br>JOLIET, IL 60435 | 6808 | Motors Liquidation Company | $11,035.20 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARY FINK TRUST A<br>FBO LEE ANN RUNKLE, U/A 6-2-89<br>GARY M SELIG, TRUSTEE<br>1416 N PENNSYLVANIA STREET<br>INDIANAPOLIS, IN 46202<br>UNITED STATES OF AMERICA | 64425 | Motors Liquidation Company | $15,980.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY FINK TRUST B<br>FBO BETTY LEHNER<br>GARY M SELIG TR<br>1416 N PENNSYLVANIA ST<br>INDIANAPOLIS, IN 46202 | 64424 | Motors Liquidation Company | $15,980.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY FRANCES CULLOP<br>32142 ROBIN LANE<br>WALLER, TX 77484 | 9969 | Motors Liquidation Company | $10,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY FRANCES WEBB REV TRUST<br>DTD 8/9/2004<br>MARY FRANCES WEBB TTEE<br>10024 MARGIE CIR<br>LITTLE ROCK, AR 72209 | 16106 | Motors Liquidation Company | $21,000.80 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY G HOLMES TTEE<br>MARY G HOLMES TRUST U/A<br>DTD 06/10/1993<br>6562 BOCA DEL MAR DR APT 326<br>BOCA RATON, FL 33433 | 25501 | Motors Liquidation Company | $49,311.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY G OSTERMAN<br>4991 N CONTOUR WAY<br>BOISE, ID 83703 | 14705 | Motors Liquidation Company | $10,003.46 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY GANGL<br>1032 CARRIAGE LN<br>CASPER, WY 82609 | 26507 | Motors Liquidation Company | $15,984.81 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY GAZO REV LVG TRUST<br>C/O MARY GAZO<br>13410 CANE POLE CT<br>HUDSON, FL 34667 | 8456 | Motors Liquidation Company | $43,302.22 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY GURAL<br>80-22 222ND ST<br>QUEENS VILLAGE, NY 11427 | 5819 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARY GURIEN TTEE<br>GURIEN LIVING TRUST U/A<br>DTD 03/18/1999<br>6865 HUNTINGTON LANE APT 402<br>DELRAY BEACH, FL 33446 | 61426 | Motors Liquidation Company | $4,514.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY H BICK, GERALD D BICK<br>9275 BICK RD<br>WINCHESTER, OH 45697 | 16699 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY H DEAL<br>2062 AYERS AVE<br>AKRON, OH 44313 | 60737 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY HELEN GARCIA<br>20731 PARK PINE DR<br>KATY, TX 77450 | 62086 | Motors Liquidation Company | $147,301.58 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY HONINGS TTEE<br>MARY HONINGS REV TRUST<br>1243 BEACH PARK BLVD<br>FOSTER CITY, CA 94404<br>UNITED STATES OF AMERICA | 64403 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY I GOURLEY<br>C/0 SCHOLARSHIP FOUNDATION<br>2630 S. POLARIS DRIVE<br>FORT WORTH, TX 76137 | 43361 | Motors Liquidation Company | $23,529.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY I GOURLEY<br>SCHOLARSHIP FOUNDATION<br>2630 S POLARIS DRIVE<br>FORT WORTH, TX 76137 | 43362 | Motors Liquidation Company | $25,044.85 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY I GOURLEY<br>SCHOLARSHIP FOUNDATION<br>2630 2 POLARIS DRIVE<br>FORT WORTH, TX 76137 | 43363 | Motors Liquidation Company | $51,417.83 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY I GOURLEY<br>SCHOLARSHIP FOUNDATION<br>2630 S POLARIS DRIVE<br>FORT WORTH, TX 76137 | 43364 | Motors Liquidation Company | $102,566.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MARY J BONGIOVANNI<br>RENEE A ADORNATO<br>7000 PELICAN BAY BLVD # A103<br>NAPLES, FL 34108 | 12636 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY J BUCKLEY<br>232 E 284TH ST<br>WILLOWICK, OH 44095 | 6811 | Motors Liquidation Company | $3,018.79 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY J DIGERONIMO<br>270 MARIN BLVD 17D<br>JERSEY CITY, NJ 07302 | 69275 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY J KIRTLAND<br>715 NARCISSUS AVE<br>CORONA DEL MAR, CA 92625 | 2977 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY J SMEDLEY BYPASS TRUST<br>SUSAN JENKINS TRUSTEE<br>368 N RED BRDIGE RD<br>ROSWELL, NM 88201 | 19185 | Motors Liquidation Company | $4,966.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY J WOOD IRA<br>MARY J WOOD<br>2007 LAKESIDE CT<br>CHAMPAIGN, IL 61821 | 7117 | Motors Liquidation Company | $13,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY J YIU<br>11 TRENT LA<br>SMITHTOWN, NY 11787 | 28705 | Motors Liquidation Company | $7,034.96 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY J YOUNG RICHARD E YOUNG JT TEN<br>8520 SWEET BIRCH DR<br>INDIANAPOLIS, IN 46239 | 19800 | Motors Liquidation Company | $4,800.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY JANE DARRENKAMP<br>2679 BEECH LANE<br>LANCASTER, PA 17601 | 15047 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY JANE DARRENKAMP<br>2679 BEECH LANE<br>LANCASTER, PA 17601 | 15048 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARY JANE DEMPLER<br>33716 PINE RIDGE DR W<br>FRASER, MI 48026 | 5751 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY JANE HOWARD<br>4899 WINDING LN<br>CLARENCE, NY 14031 | 25467 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY JANE KARAM<br>838 WESTPORT DRIVE<br>BOARDMAN, OH 44511 | 70214 | Motors Liquidation Company | $24,727.55 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY JANE KLECKNER<br>66 SHELBOURNE COURT<br>CHESTERBROOK, PA 19089 | 22723 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY JANE LONG<br>109 DAIRY LANE<br>CLEARFIELD, PA 16830 | 27308 | Motors Liquidation Company | $20,004.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY JANE PATTERSON<br>1371 BURMONT RD<br>DREXEL HILL, PA 19026 | 4697 | Motors Liquidation Company | $22,117.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY JANE R FLANAGAN<br>1507 ISAACS CT<br>MAPLE GLEN, PA 19002 | 4255 | Motors Liquidation Company | $9,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY JO ADKINS<br>8272 AURORA PEAK AVE<br>LAS VEGAS, NV 89131 | 13018 | Motors Liquidation Company | $42,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY JO ASHENFELTER<br>1½ EARLES LANE<br>NEWTOWN SQUARE, PA 19073 | 68234 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY JO BAILEY<br>71 E LINWOOD AVE<br>AKRON, OH 44301 | 15906 | Motors Liquidation Company | $23,505.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MARY JO NOLAN<br>602 11TH ST SW<br>AUSTIN, MN 55912 | 16791 | Motors Liquidation Company | $25,002.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY JO STOLEN<br>7464 KING GEORGE DR<br>INDIANAPOLIS, IN 46260 | 22190 | Motors Liquidation Company | $11,625.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY JONIC<br>3820 W 213TH ST<br>FAIRVIEW PARK, OH 44126 | 12225 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY JOSEPHINE FORD<br>2152 NORTH SEMINOLE TRAIL<br>MADISON, VA 22727 | 19790 | Motors Liquidation Company | $7,558.22 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY K CARDINAL<br>424 14TH ST<br>TELL CITY, IN 47586 | 10742 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY K CARDINAL<br>424 14TH ST<br>TELL CITY, IN 47586 | 10743 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY K MAH<br>157 CINNABAR WAY<br>HERCULES, CA 94547 | 8940 | Motors Liquidation Company | $37,986.05 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY K REYNOLDS<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER DTD 05/30/2000<br>4311 NIGHTBIRD WAY<br>REDDING, CA 96001 | 64502 | Motors Liquidation Company | $66,342.06 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY K SHIPP<br>100 KAREN COURT<br>GARDENDALE, AL 35071 | 10434 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY K YACKEL AND GARY J YACKEL<br>C/O GARY YACKEL<br>2080 KENNELY RD<br>SAGINAW, MI 48609 | 10802 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARY KATHLEEN RODERWALD<br>245 KOHL AVE<br><br>LAKE BLUFF, IL 60044 | 12812 | Motors Liquidation Company | $7,860.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY KATHRYN HALL<br>WEDBUSH MORGAN SEC CTDN<br>IRA ROLL 07/02/2008<br>PO BOX 14951<br>LAS VEGAS, NV 89114 | 15238 | Motors Liquidation Company | $5,310.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY KONDYRA TTEE<br>M & M KONDYRA TRUST<br>DTD 09/09/94<br>853 THOREAU COURT<br>WARMINSTER, PA 18974 | 23165 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY KUNA<br>6287 GREEN VIEW CIR #101<br><br>SARASOTA, FL 34231<br>UNITED STATES OF AMERICA | 37189 | Motors Liquidation Company | $29,049.49 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY L ALLEN<br>89 JERICHO RD<br><br>SALEM, NJ 08079 | 10193 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY L BARTH<br>CGM IRA ROLLOVER CUSTODIAN<br>125 WOODSIDE DRIVE<br>LUMBERTON, NJ 08048 | 31858 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY L BETZ TTEE<br>MARY L BETZ REVOCABLE TRUST<br>DTD 9/28/01<br>1614 BEACH PARKWAY UNIT 207<br>CAPE CORAL, FL 33904 | 62824 | Motors Liquidation Company | $10,060.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY L DUGOSH<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>PO BOX 2573<br>WEATHERFORD, TX 76086 | 18301 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY L MARTIN (IRA)<br>212 S SHERRIN AVE<br><br>LOUISVILLE, KY 40207 | 12003 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARY L MURRAY<br>6558 S WEBSTER ST<br>LITTLETON, CO 80123 | 7085 | Motors Liquidation Company | $9,850.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY L POESCHEL<br>803 AUTH ST<br>DURAND, WI 54736 | 18558 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY L SUMMER<br>407 PEBBLE TRCE<br>ST SIMONS IS, GA 31522 | 11683 | Motors Liquidation Company | $19,689.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY L TAYLOR TTEE<br>THOMAS & MARY TAYLOR TRUST U/A DTD 11-5-97<br>1295 FOREST HILL DRIVE<br>SAN ANDREAS, CA 95249 | 12841 | Motors Liquidation Company | $2,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY L. WENTZEL<br>1382 NEWTOWN-LANGHORNE RD<br>D-110<br>NEWTOWN, PA 18940 | 22771 | Motors Liquidation Company | $5,061.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY LE N CLARK & THOMAS S CLARK JR<br>TTEES MARY LE N CLARK REV TR<br>DTD 3-11-2002<br>910 MEADOWLARK DRIVE<br>O FALLON, IL 62269 | 30913 | Motors Liquidation Company | $430.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY LEKOWSKI IRA<br>3128 DILLON COURT<br>TOMS RIVER, NJ 08755 | 27251 | Motors Liquidation Company | $20,616.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY LEWIS<br>412 S BURRIS ROAD<br>#11 WHITE OAKS<br>FLORENCE, SC 29501 | 3392 | Motors Liquidation Company | $20,355.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY LOU DAILEY<br>33 WINTHROP PL<br>DOVER, NJ 07801 | 64951 | Motors Liquidation Company | $11,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY LOU MCELROY<br>PO BOX 11<br>LAGRANGE, TX 78945 | 30171 | Motors Liquidation Company | $12,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARY LOU PATELSKI & WALTER PATELSKI TTEE MARY LOUISE PATELSKI TRUST U/A DTD 02/12/98 2229 POST RD NORTHBROOK, IL 60062 | 5926 | Motors Liquidation Company | $19,996.15 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY LOU S GARRETT GST TRUST WILLIAM GORDON GARRETT TTEE U/A/D 1/1/03 C/O W GORDON GARRETT 16 MCDANIEL CT GREENVILLE, SC 29605 | 17124 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY LOU WEIMEISTER TRUST U/A/D 5 24 90 MARY LOU WEIMEISTER TTEE 1400 N DRAKE ROAD APT 172 KALAMAZOO, MI 49006 | 14332 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY LOUISE FIORDALICE 1065 REMINGTON DR NORTH TONAWANDA, NY 14120 | 17098 | Motors Liquidation Company | $6,107.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY LOUISE GARRETT 2920 DOW CIRCLE DEER PARK, TX 77536 | 15721 | Motors Liquidation Company | $15,454.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY LOUISE MORRIS TTEE MARY L MORRIS 3799 CADBURY CIRCLE APT 819 VENICE, FL 34293 | 9388 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY LOUISE WALCEK (IRA) FCC AS CUSTODIAN 133 CLAUDE FIKE RD ACCIDENT, MD 21520 | 30605 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY LOVE GUTHRIE PO BOX 698 NEVADA, MO 64772 | 61762 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY M BOWER 83 CATULLO DRIVE GUILFORD, CT 06437 UNITED STATES OF AMERICA | 6691 | Motors Liquidation Company | $8,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARY M HARPER<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>5650 W QUINCY<br>DENVER, CO 80235 | 19462 | Motors Liquidation Company | $9,724.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY M HARPER<br>CHARLES SCHWAB & CO INC CUST<br>J S P CORPORATION I401K PLAN<br>5650 W QUINCY AVE # B<br>DENVER, CO 80235 | 19463 | Motors Liquidation Company | $13,260.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY M HOWARD<br>2312 STORM ST<br>AMES, IA 50014 | 12305 | Motors Liquidation Company | $7,640.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY M IRELAND<br>170 SUNRISE DR<br>PLATTSBURGH, NY 12901 | 3787 | Motors Liquidation Company | $15,040.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY M MULLEN<br>2525 58TH ST NW<br>ROCHESTER, MN 55901 | 15124 | Motors Liquidation Company | $14,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY M NOVAKOWSKI<br>10810 SW 81 COURT RD<br>OCALA, FL 34481 | 6363 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY M QUINN<br>408 VALLEY ROAD<br>SANFORD, NC 27330 | 14953 | Motors Liquidation Company | $70,516.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY M SCHOOLEY TRUST DTD 11-30-1994<br>C/O MARY M SCHOOLEY<br>5801 SUN LAKES BLVD #236<br>BANNING, CA 92220 | 28371 | Motors Liquidation Company | $17,772.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY MARGARET TOTH TTFF<br>MARY MARGARET TOTH REV<br>LIV TRUST U/A/D 10-19-94<br>2519 PIERCE ST<br>FLINT, MI 48503 | 4283 | Motors Liquidation Company | $8,133.41 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARY MATTHEWS IOVINO & ARTHUR IOVINO JT WROS 846 DUNCAN DRIVE WESTBURY, NY 11590 | 14546 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY MATTISON FAMILY, LLC PO BOX 852 LYNDEN, WA 98264 | 22384 | Motors Liquidation Company | $46,736.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY MEEKER 6212 VERNON COURT SOUTH EDINA, MN 55436 | 8571 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY MULLEDY 16 TWISTED CAY LN HILTON HEAD ISLAND, SC 29926 | 15796 | Motors Liquidation Company | $44,061.46 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY O MOCK AND MARY ANN BURNS JT TEN 512 STUART CT SAVANNAH, GA 31405 | 65124 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY ORNE LAW 1 LUDWELL PL DURHAM, NC 27705 UNITED STATES OF AMERICA | 27661 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY P JAKES TTEE FBO MARY P JAKES U/A/D 05/24/95 2303 HORSESHOE COURT GRAYSLAKE, IL 60030 | 6680 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY P MORSE 1656 STATE ROUTE 221 WEST MARATHON, NY 13803 | 10700 | Motors Liquidation Company | $3,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY P TERRY TTEE UTD 5/7/86 FBO WILLIAM & MARY TERRY FAM TR ACCT #2 3605 FALLON CIR SAN DIEGO, CA 92130 | 6053 | Motors Liquidation Company | $63,724.30 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 24

Sixty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARY R MUSHINSKI<br>C/O CHARLES SCHWAB & CO INC CUST IRA ROLLOVER<br>13406 SUNDOWNER DR<br>HOUSTON, TX 77041 | 8974 | Motors Liquidation Company | $29,012.69 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY R REED AND<br>DAVID B REED JTWROS<br>171 WESTMINSTER DR<br>APT 3C<br>DOVER, DE 19904 | 18804 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY READY TAYLOR<br>115 WENTWORTH AVE<br>NASHVILLE, TN 37215 | 39545 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY RICKETSON<br>1046 CHASE RD<br>CORNELIA, GA 30531<br>UNITED STATES OF AMERICA | 29623 | Motors Liquidation Company | $13,928.15 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY RITA HIGDON IRA<br>330 VALLEY LN<br>LEBANON, KY 40033<br>UNITED STATES OF AMERICA | 14532 | Motors Liquidation Company | $360.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY ROTHERMEL<br>606 HOLLEGER RD<br>MILFORD, DE 19963 | 16319 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY RUTH BARRETT<br>SPENCER BARRETT JT TEN<br>10160 TUSCANY DR<br>LAS CRUCES, NM 88007 | 68530 | Motors Liquidation Company | $12,940.04 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY S BROAD IRA FIDELITY MANAGEMENT TRUST COMPANY CUSTODIAN<br>MARY S. BROAD<br>4412 CHESAPEAKE AVE<br>HAMPTON, VA 23669 | 16294 | Motors Liquidation Company | $76,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY S GARY<br>BONNIE S BONNER CONSERVATOR<br>1006 DENNY RD<br>COLUMBIA, SC 29203 | 14063 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| MARY S GARY<br>BONNIE S BONNER CONSERVATOR<br>1006 DENNY ST<br>COLUMBIA, SC 29203 | 14068 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY S KOLISCHAK REV TRUST<br>MARY B KOLISCHAK AND<br>MICHAEL J KOLISCHAK CO-TTEES<br>3000 MAGAZINE DR<br>WINSTON SALEM, NC 27106 | 11269 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY S PITTMAN TTEE<br>MARY S. PITTMAN TRUST U/A<br>DTD 11/29/2001<br>174 WHITE BLOSSOM TRAIL<br>THOMASVILLE, GA 31757 | 18292 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY S. HYER<br>P O BOX 1031<br>WINTER HAVEN, FL 33882<br>UNITED STATES OF AMERICA | 17350 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY S. HYER<br>JAY HYER<br>P O BOX 1031<br>WINTER HAVEN, FL 33882<br>UNITED STATES OF AMERICA | 17351 | Motors Liquidation Company | $139,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY S. HYER<br>P O BOX 1031<br>WINTER HAVEN, FL 33882<br>UNITED STATES OF AMERICA | 17352 | Motors Liquidation Company | $62,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY SIMMS<br>6600 W ROOSEVELT RD<br>OAK PARK, IL 60304 | 1932 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY SQ RICHARDSON<br>303 WEIL LANE<br>NICHOLSVILLE, KY 40356 | 7712 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY T KRAMER<br>CGM IRA CUSTODIAN<br>SB PORTFOLIO MANAGEMENT<br>SB PORTFOLIO MANAGEMENT<br>17005 SILVER VISTA LANE<br>WESTFIELD, IN 46074 | 27385 | Motors Liquidation Company | $1,200.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARY T KRANZ<br>51-D AIRPARK DR<br><br>EAST FALMOUTH, MA 02586 | 9793 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY T NYESTE<br>2841 NESMITH LAKE BLVD<br><br>AKRON, OH 44314 | 20159 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY T. KAUFMANN FAMILY TRUST, MARY T. KAUFMANN, TRUSTEE<br>2 LORCA DR. EAST<br><br>RANCHO MIRAGE, AK 92270 | 11955 | Motors Liquidation Company | $45,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY THACKABERRY<br>ESSINGTON PLACE<br>901 ESSINGTON RD APT #123<br>JOLIET, IL 60435 | 15619 | Motors Liquidation Company | $25,031.91 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY V MCCARTHY<br>230 COUNTRYSIDE CT UNIT B<br><br>WAUPACA, WI 54981 | 18551 | Motors Liquidation Company | $11,144.24 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY V MIHOK<br>300 E CHURCH ST APT 510<br><br>ORLANDO, FL 32801 | 69615 | Motors Liquidation Company | $927.57 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY V SMEAD<br>3 BLACK BEAR CT<br><br>LITTLE ROCK, AR 72223 | 9355 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY VIRGINIA KEY<br>1502 S BOULDER #7 D<br><br>TULSA, OK 74119 | 18687 | Motors Liquidation Company | $20,930.33 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY VIRGINIA MARTZ<br>200 DANIELS DR<br><br>YORKTOWN, VA 23690 | 37746 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY W APPLE<br>3889 MAYWOOD DR S<br><br>FRESNO, CA 93703 | 26497 | Motors Liquidation Company | $12,756.63 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARY W. BARRE REVOCABLE TRUST<br>MARY W. BARRE TTEE<br>U/A DTD 02/16/2005<br>2645 EAST LAKESHORE DR<br>BATON ROUGE, LA 70808 | 17615 | Motors Liquidation Company | $25,928.12 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY WILLIE BANKS<br>14 WOODLAND DR<br>NEWMAN, GA 30263 | 12366 | Motors Liquidation Company | $1,092.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY WONG<br>3556 KISKRIDGE ST<br>SANTA ROSA, CA 95403 | 63289 | Motors Liquidation Company | $31,303.82 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY Z EDWARDS & ANDREW P ZACHOS<br>570 WHITTINGHAM PL<br>LAKE MARY, FL 32746 | 65322 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARYAN D DAHMER & SUEANNA L CZARNIK JT-TEN<br>HC 32 BOX 11<br>UPPER TRACT, WV 26866 | 17204 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARYANN CASSIDENTO<br>154 AIMES DRIVE<br>WEST HAVEN, CT 06516 | 13664 | Motors Liquidation Company | $10,005.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARYANN LIND<br>1613 HAWTHORNE DR<br>ARLINGTON, TX 76012 | 12035 | Motors Liquidation Company | $110,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARYANN M MCKENZIE<br>120 MEMORIAL LANE<br>MT LAUREL, NJ 08054 | 21118 | Motors Liquidation Company | $24,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARYANNE JACOBS T O D<br>3701 VEGA ROAD<br>RANDALLSTOWN, MD 21133 | 22238 | Motors Liquidation Company | $7,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARYANNE PALMIERI<br>17 POLLY DRIVE<br>HUNTINGTON, NY 11743 | 62761 | Motors Liquidation Company | $8,397.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARYANNE R PALMIERI<br>JOSEPH V PALMIERI JT/WROS<br>17 POLLY DR<br>HUNTINGTON, NY 11743 | 62760 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARYHELEN KENNEDY<br>19 BEECH CLUSTER<br>DOYLESTOWN, PA 18901 | 21911 | Motors Liquidation Company | $23,611.10 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARYLIN MAZZA<br>13 OVERLOOK BLUFF<br>MARLBORO, NY 12542 | 17199 | Motors Liquidation Company | $8,168.30 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARYLOU KRANTZ IRA<br>FCC AS CUSTODIAN<br>U/A DTD 1/12/98<br>3430 MOREFIELD RD<br>HERMITAGE, PA 16148 | 8014 | Motors Liquidation Company | $11,125.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARYLOU MATY WALTZ<br>16516 TURQUOISE TRAIL<br>WESTON, FL 33331 | 46066 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARYLYN G DORSKY<br>1120 BEACON PKWY E #511<br>BIRMINGHAM, AL 35209 | 9233 | Motors Liquidation Company | $2,162.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARYSTEL APPLETON TTEE<br>WILLIAM APPLETON REV TRUST SHARE #1 DTD 04/03/01<br>2103 HARRISBURG RD<br>JONESBORO, AR 72401 | 67717 | Motors Liquidation Company | $5,176.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MASARRAT HUSAIN & D ZOBERI<br>4084 NOBLEMAN POINT<br>DULUTH, GA 30097 | 2159 | Motors Liquidation Company | $9,941.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MASON COHAN<br>MICHAEL COHAN C/F MASON COHAN<br>PO BOX 229<br>450 TILTON RD STE 220<br>NORTHFIELD, NJ 08225 | 20849 | Motors Liquidation Company | $11,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MASON W RICH & ARLENE V RICH REV TR<br>ARLENE RICH TTEE<br>90TH HILL DR<br>LAKE ORION, MI 48360 | 18571 | Motors Liquidation Company | $55,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MASOTTI, JOSEPH P<br>116 MAUREEN DR<br>BRISTOL, CT 06010 | 26504 | Motors Liquidation Company | $27,751.81 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MASSEY LAMBARD<br>8606 BAYVIEW DR<br>FOLEY, AL 36535 | 9635 | Motors Liquidation Company | $21,837.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MASSMAN IRREV TRUST #1<br>UAD 11/18/1991<br>GRETCHEN I MASSMAN TRUSTEE<br>1311 E HAYS WAY<br>BOISE, ID 83712 | 3756 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MASSMAN IRREV TRUST #2<br>UAD 5/08/1992<br>GRETCHEN I MASSMAN TRUSTEE<br>1311 E HAYS WAY<br>BOISE, ID 83712 | 3758 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MASSMAN IRREV TRUST #3<br>UAD 5/8/1992<br>GRETCHEN I MASSMAN, TRUSTEE<br>1311 E HAYS WAY<br>BOISE, ID 83712 | 3755 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MATHIAS FROSCH<br>SECHSAECKER 32<br>34246 VELLMAR GERMANY<br>GERMANY | 43981 | Motors Liquidation Company | $8,100.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MATHILDE CASTRO<br>24201 ONEIDA ST<br>OAK PARK, MI 48237 | 18462 | Motors Liquidation Company | $4,675.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MATILDA J SMITHERS<br>3412 N BUCHANAN ST<br>ARLINGTON, VA 22207 | 5875 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MATRHEW ZITO<br>CAROLE ZITO<br>2120 HARBOURSIDE DR<br>APT 651<br>LONG BOAT KEY, FL 34228 | 12868 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Second Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MATTHEW F GARNETT TTEE<br>MATTHEW F GARNETT TRUST<br>1/28/1992<br>8457 W NORMAL AVE<br>NILES, IL 60714 | 63255 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MATTHEW H QUINN<br>115 UTE LANE<br>ESTES PARK, CO 80517 | 560 | Motors Liquidation Company | $22,850.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MATTHEW H QUINN BEN IRA<br>115 UTE LN<br>ESTES PARK, CO 80517 | 18532 | Motors Liquidation Company | $20,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MATTHEW HOLDER<br>2120 DOUGLAS BLVD #4<br>LOUISVILLE, KY 40205<br>UNITED STATES OF AMERICA | 14528 | Motors Liquidation Company | $1,200.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MATTHEW J KOVACH &<br>LINDA K KOVACH<br>519 MALVERN RD<br>AKRON, OH 44303 | 30802 | Motors Liquidation Company | $1,080.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MATTHEW J SCHAEFER<br>4400 N WINCHESTER AVE<br>#23<br>CHICAGO, IL 60640 | 11181 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MATTHEW LAZAROFF TTEE<br>MATTHEW LAZAROFF<br>915 AZTEC TRAIL<br>MERCER, PA 16137 | 5100 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MATTHEW P LERMAN<br>454 BEACH 143RD STREET<br>NEPONSIT, NY 11694 | 8541 | Motors Liquidation Company | $2,625.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MATTHEW RAHBAR HAKIMI<br>912 COAST RANGE DR<br>SCOTTS VALLEY, CA 95066 | 11930 | Motors Liquidation Company | $1,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MATTHEW RICHARDSON<br>3437 LINCOLN AVE<br>ALTADENA, CA 91001 | 69106 | Motors Liquidation Company | $12,975.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MATTHEW ROBERTS<br>1345 CR 3408<br><br>JACKSONVILLE, TX 75766 | 16729 | Motors Liquidation Company | $82,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MATTHEW RYAN TR<br>MELBA RYAN TTEE<br>U/A DTD 08/11/1997<br>1408 ALBANY STATION RD<br>BELLEVILLE, IL 62223 | 10960 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MATTHEW S AND CAROL F KRYCZKO<br>16 PENNYBROOK LN<br><br>MIDDLETOWN, NJ 07748 | 14519 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MATTHEW SOWINSKI<br>13 BEACON CIR<br><br>MILLSBORO, DE 19966 | 3608 | Motors Liquidation Company | $7,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MATTHEWS ENTERPRISES PARTNERSHIP<br>FAMILY LIMITED<br>ATTN LELAND MATTHEWS<br>380 ENGLEWOOD ST<br>KERRVILLE, TX 78028 | 7400 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAUDE E MARSTELLER<br>417 NEW PARK ROAD<br><br>NEW PARK, PA 17352 | 33414 | Motors Liquidation Company | $16,964.15 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAUREEN A COBB<br>3950 ASHLAND AVE<br><br>PENSACOLA, FL 32534 | 11263 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAUREEN B JOSELSON<br>534 HERITAGE HILLS<br>APT B<br>SOMERS, NY 10589 | 6214 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAUREEN COSTELLO<br>39 KELLY DR<br><br>DEPTFORD, NJ 08096 | 26714 | Motors Liquidation Company | $10,412.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAUREEN D KATZ<br>2061 BLUE SPRINGS ROAD<br><br>WEST PALM BEACH, FL 33411 | 38945 | Motors Liquidation Company | $19,823.80 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MAUREEN E CONNELLY<br>29 ROTHERWOOD RD<br>NEWTON, MA 02459 | 8461 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAUREEN L LONIEN<br>12228 E CORTEZ DR<br>SCOTTSDALE, AZ 85259 | 18472 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAUREEN M ARRIOLA<br>1154 N SILVERY LANE<br>DEARBORN, MI 48128 | 13015 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAUREEN M MINION<br>53 WARWICK RD<br>ROCKVILLE CTR, NY 11570 | 12471 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAUREEN M MINION<br>53 WARWICK RD<br>ROCKVILLE CTR, NY 11570 | 17772 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAUREEN M PRICE<br>1438 VANESSA CIRCLE<br>ENCINITAS, CA 92024 | 19398 | Motors Liquidation Company | $35,400.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAUREEN MEAD<br>44 PIPING ROCK DRIVE<br>WATERBURY, CT 06706 | 64822 | Motors Liquidation Company | $12,112.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAUREEN T LAPAN<br>240 EARLE DR<br>N KINGSTOWN, RI 02852 | 44870 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAURICE A HUGHES & MARIAN C HUGHES<br>1255 N  GULFSTREAM AVE #807<br>SARASOTA, FL 34236<br>UNITED STATES OF AMERICA | 16130 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAURICE ALUFMAN<br>10926 PIPING ROCK LN<br>HOUSTON, TX 77042 | 12161 | Motors Liquidation Company | $41,815.67 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Second Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MAURICE BERNARD & OLGA BERNARD TTEES F/T BERNARD FAMILY TR U/A DTD 04/29/1992 14389 SAND HILL ROAD POWAY, CA 92064 | 8848 | Motors Liquidation Company | $17,486.62 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAURICE F CURRAN CGM IRA ROLLOVER CUSTODIAN 388 BRONXVILLE ROAD BRONXVILLE, NY 10708 | 5424 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAURICE F CURRAN CGM IRA ROLLOVER CUSTODIAN 388 BRONXVILLE RD BRONXVILLE, NY 10708 | 5425 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAURICE F HUBSCHER 216 DOONE RD FAIRLESS HILLS, PA 19030 | 7276 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAURICE F VILLERE 6931 LUPTON DR DALLAS, TX 75225 | 5123 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAURICE FRANKEL DIANA FRANKEL JTWROS 17596 SE 121ST CIR SUMMERFIELD, FL 34491 | 4155 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAURICE H KATZ P L C PROFIT SHARING MAURICE H KATZ P L C PROFIT SHARING PLAN 315 NORTH MC CADDEN PLACE LOS ANGELES, CA 90004 | 18689 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAURICE LAUFMAN 10926 PIPING ROCK LANE HOUSTON, TX 77042 | 12162 | Motors Liquidation Company | $25,004.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAURICE N SWIFT SB SUPER SIMPLIFIED 401K 13171 NW 19TH STREET PEMBROKE PINES, FL 33028 | 32007 | Motors Liquidation Company | $25,688.30 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MAURICE NICHOLSON TTEE F/T<br>MAURICE W NICHOLSON MD LTD DBPP<br>AMEND PS TRUST DTD 1/1/89<br>1380 LUSITANA ST, STE 1012 QPOB1<br>HONOLULU, HI 96813 | 18706 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAURICE P OUELLETTE AND CLAIRE M OULLETTE<br>MAURICE P OUELLETTE<br>1697 CHALKSTONE AVE<br>PROVIDENCE, RI 02909 | 62283 | Motors Liquidation Company | $100,096.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAURICE PRYOR<br>63 DENNISON RD<br>ESSEX, CT 06426<br>UNITED STATES OF AMERICA | 22065 | Motors Liquidation Company | $25,890.63 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAURICE SEISLER<br>120 GRAHAM STREET<br>HIGHLAND PARK, NJ 08904 | 60037 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAURILE C TREMBLAY<br>8514 PRESTWICK DR<br>LA JOLLA, CA 92037 | 33397 | Motors Liquidation Company | $1,880.59 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAURIZIO M GRAMIGNI<br>5895 PINEBROOK DR<br>BOCA RATON, FL 33433 | 6456 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAVEMAR CORP<br>6410 NW 82ND AVE # 0037<br>MIAMI, FL 33166 | 13751 | Motors Liquidation Company | $199,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAVIS D SHUFFLEBARGER IRA<br>4485 CROSSINGS RIDGE<br>HOOVER, AL 35242 | 20339 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAVIS FUNK<br>12 CLEMATIS RD<br>BREWSTER, NY 10509 | 18812 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAVIS HOESEL<br>1500 ASH AVE<br>NEW SALEM, ND 58563 | 21881 | Motors Liquidation Company | $14,493.85 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MAX & ELEANOR BINGMAN<br>MAX BINGMAN & ELEANOR BINGMAN JT TEN/WROS<br>177 S ROOSEVELT<br>MOSCOW, ID 83843 | 8040 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAX & ESTHER JAGERMAN<br>9795 N 93RD WAY UNIT 163<br>SCOTTSDALE, AZ 85258 | 14693 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAX & PEGGY HERMAN LIV TRUST<br>MAX & PEGGY HERMAN (DEC) COTTEES<br>UAD 12/10/1996<br>151 LATTICE LN<br>COLLEGEVILLE, PA 19426 | 28603 | Motors Liquidation Company | $25,806.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAX AND PEGGY HERMAN LIV TRUST<br>MAX AND PEGGY HERMAN COTTEES<br>UAD 12-10-1996<br>151 LATTICE LN<br>COLLEGEVILLE, PA 19426 | 28604 | Motors Liquidation Company | $25,806.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAX E BINGMAN<br>177 S ROOSEVELT<br>MOSCOW, ID 83843 | 8041 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAX E RINNERT IRA<br>MAX E RINNERT<br>8749 MEADOWBROOK DR<br>PENSACOLA, FL 32514 | 6387 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAX GRANT & JOYCE GRANT<br>910 BETHEL DR<br>SALISBURY, NC 28144 | 20350 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAX GRUSKIN<br>EVA GRUSKIN JTWROS<br>15235 LAKES OF DELRAY BLVD<br>APT 319<br>DELRAY BEACH, FL 33484 | 3323 | Motors Liquidation Company | $2,893.53 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAX H BOBER<br>GLORIA J BOBER<br>607 FLEMING AVE<br>RAVENSWOOD, WV 26164 | 19446 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MAX KANE<br>10611 SAN JOAQUIN VLY DR<br><br>LITTLE ROCK, AR 72212 | 19194 | Motors Liquidation Company | $20,645.78 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAX LINDY AVERY &<br>MOLLY H AVERY JT TEN<br>3117 WARD ROAD<br>RALEIGH, NC 27604 | 11195 | Motors Liquidation Company | $12,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAX MARCUS KATZ PENSION & PROFIT SHARING PLAN<br>C/O MAX MARCUS KATZ PC<br>88 UNIVERSITY PLACE FLOOR 8<br>NEW YORK, NY 10003 | 4938 | Motors Liquidation Company | $30,531.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAX MARKUS KATZ  PENSION & PROFIT SHARING PLAN<br>C/O MAX MARKUS KATZ, P C<br>88 UNIVERSITY PLACE, FLOOR 8<br>NEW YORK, NY 10003 | 525 | Motors Liquidation Company | $27,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAX POHL<br>1802 ELEUTHERA POINTE<br>APT H3<br>COCONUT CREEK, FL 33066 | 7318 | Motors Liquidation Company | $87,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAX VORON AND DOROTHY VORON<br>MAX VORON<br>666 W GERMANTOWN PIKE<br>APT 102 SOUTH<br>PLYMOUTH MEETING, PA 19462 | 5405 | Motors Liquidation Company | $25,921.87 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAX W ENDER IRA<br>FCC AS CUSTODIAN<br>10090 FM 556<br>GILMER, TX 75644 | 3477 | Motors Liquidation Company | $3,053.40 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAXINE 4 WARD<br>PO BOX 8097<br><br>FAYETTEVILLE, AR 72703 | 28726 | Motors Liquidation Company | $1,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAXINE E GOLDBURG<br>2156 W WOODVIEW DR<br><br>MARION, IN 46952 | 7475 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Second Omnibus Objection

## Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MAXINE ERDMAN<br>C/O MAXINE V ERDMAN TRUST<br>MAXINE V ERDMAN TTEE UAD 08/23/94<br>25550 NW MEEK RD<br>HILLSBORO, OR 97124<br>UNITED STATES OF AMERICA | 15011 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAXINE HANDELSMAN TTEE<br>MAXINE HANDELSMAN REV TRUST U/A DTD 05/03/73<br>2500 INDIGO LN UNIT 146<br>GLENVIEW, IL 60026 | 28700 | Motors Liquidation Company | $200,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAXINE J PIQUER<br>775 FILBERT AVE<br>EUGENE, OR 97404 | 22493 | Motors Liquidation Company | $9,951.90 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAXINE J. WILSON<br>147 N VASSAR RD<br>FAIRGROVE, MI 48733 | 16161 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAXINE M HERMANSON<br>CGM IRA CUSTODIAN<br>5106 MONTGOMERY DRIVE<br>MADISON, WI 53716 | 17663 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAXINE RICHMOND<br>707 S 1ST ST #604<br>JACKSONVILLE BEACH, FL 32250 | 11950 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAXINE S RICHMOND<br>CHARLES SCHWAB & CO INC CUST<br>ROTH CONVERSION IRA<br>707 1ST ST S APT 604<br>JACKSONVILLE BEACH, FL 32256 | 11949 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAXINE V WELCH<br>9341 W CO RD 11005<br>WESTPORT, IN 47283 | 2425 | Motors Liquidation Company | $5,968.47 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAXINE YOUNG MCDERMOTT TTEE<br>FBO MAXINE YOUNG MCDERMOTT<br>U/A/D 03-07-2007<br>6 CHRISJOBETH CIRCLE<br>EAST HARWICH, MA 02645 | 62839 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MAXON CRUMB<br>2301 10TH STREET NW UNIT #218<br><br>AUSTIN, MN 55912 | 5439 | Motors Liquidation Company | $25,592.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAXWELL J BALLARD 1991 TRUST<br>DTD 11/15/91 MAXWELL BALLARD &<br>JEAN-PIERRE DELBECQ TTEES<br>2595 GOOD SHEPHERD LANE<br>GREEN BAY, WI 54313 | 8639 | Motors Liquidation Company | $51,573.20 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAXWELL J PETERSEN<br>22 BRANDYWINE RD<br><br>SOUTH BARRINGTON, IL 60010 | 14296 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAY ANTOINETTE & GIAN B A CAGGIANO<br>MAY ANTOINETTE CAGGIANO &<br>GIAN B A CAGGIANO JT TEN<br>525 W CLIFFORD ST<br>WINCHESTER, VA 22601 | 5946 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAY BERNHARD<br>688 A HERITAGE HIILL<br><br>SOUTHBURY, CT 06488 | 11372 | Motors Liquidation Company | $6,590.16 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAY EHRENMAN TRUST<br>12562 MAJESTIC ISLES DR<br><br>BOYNTON BEACH, FL 33437 | 28912 | Motors Liquidation Company | $5,730.41 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAYDENE M & WILLIAM J PRATHER<br>PO BOX 1433<br><br>LINDALE, TX 75771 | 20717 | Motors Liquidation Company | $18,981.08 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAYDENE M PRATHER<br>PO BOX 1433<br><br>LINDALE, TX 75771 | 20718 | Motors Liquidation Company | $25,308.10 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAYME M BRUNACINI<br>4310 WELLESLEY<br><br>ALBUQUERQUE, NM 87107 | 28181 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAYME P SHELDON<br>C/O LEWIS F MATUSZEWICH<br>453 COVENTRY LN STE 104<br>CRYSTAL LAKE, IL 60014 | 68830 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MAYNARD GROSSMAN & SOL GROSSMAN SUCC CO-TTEES FBO NATHAN & ANN MARKOFF TR U/A/D 12/20/90 AS AMENDED 09/08/1999 18124 PALM BEACH DRIVE TAMPA, FL 33647 | 67964 | Motors Liquidation Company | $37,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAYNARD P DAVIS TTEE MAYNARD P DAVIS REVOCABLE LIVING TRUST U/A DTD JAN 21 1991 5303 N UNIVERSITY ST PEORIA, IL 61614 | 17209 | Motors Liquidation Company | $12,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAYNARD R GUSS 9593 NW 26TH PLACE SUNRISE, FL 33322 | 10926 | Motors Liquidation Company | $51,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAYO CHASE JAMES H CHASE JT TEN 125 MILDRUM RD BERLIN, CT 06037 | 22704 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAYRENE L PENNINGTON 26275 COUNTY ROAD 22.5 ROCKY FORD, CO 81067 | 12145 | Motors Liquidation Company | $49,950.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAZZUCATO-LUCIANO C/O JOSEPH YEDGAR 1 JABOTIASKY ST ROOM 535 52521 RAMAT GAA ISRAEL ISRAEL | 63086 | Motors Liquidation Company | $200,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MC&CO C/F JON D CARMICHAEL IRA STD/ROLLOVER DTD 05/23/91 301 QUAIL RUN COURT CLARKDALE, AZ 86324 | 31130 | Motors Liquidation Company | $16,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MCADAMS FOUNDATION 3803 WHIPPOORWILL LAKE S DRIVE MONROVIA, IN 46157 | 3528 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MCC INVESTMENTS LLC PO BOX 6847 GREENVILLE, SC 29606 | 28189 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 40

Sixty-Second Omnibus Objection

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MCCOY FAMILY TRUST DTD 7-1-04<br>BENNIE JOE MCCOY TTEE<br>PHYLLIS DEE MCCOY TTEE<br>3213 WEST 69TH COURT<br>TULSA, OK 74132 | 8422 | Motors Liquidation Company | $75,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MCCOY PITT<br>PO BOX 1744<br>DECATUR, AL 35602<br>UNITED STATES OF AMERICA | 6581 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MCCULLY LIVING TRUST<br>STEPHEN MCCULLY & PATRICIA MCCULLY<br>CO-TTES DTD 01/03/97<br>531 E SHERIDAN AVE<br>DUBOIS, PA 15801 | 1868 | Motors Liquidation Company | $5,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MCDANIEL FAMILY TRUST B<br>EVANGELINE MCDANIEL TTEE<br>10817 GLENDALE DRIVE<br>DENTON, TX 76207 | 23210 | Motors Liquidation Company | $67,405.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MCDUFF LIVING TRUST<br>OLIVER T MCDUFF, J F MCDUFF & JC MCDUFF, TRUSTEES<br>MCDUFF LIVING TRUST<br>237 CALIENTE DR<br>BIRMINGHAM, AL 35226 | 27315 | Motors Liquidation Company | $4,504.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MCKEAN<br>ANDREW & CONSTANCE MCKEAN<br>509 S OAK<br>ANAMOSA, IA 52205 | 28221 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MCQUADE FAMILY REVOCABLE TRUST<br>BRUCE AND CATHERINE MCQUADE<br>AND JUDY SALL  COTTEES<br>UAD 10/04/2006<br>185 TOWERVIEW DR UNIT 2307<br>ST AUGUSTINE, FL 32092 | 11435 | Motors Liquidation Company | $10,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MEDICAL ARTS PHARMACY<br>ATTN MATT<br>2515 EAST HUNTSVILLE RD<br>FAYETTEVILLE, AR 72701 | 17022 | Motors Liquidation Company | $3,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MEDICAL ASSOCIATES P.S. PLAN FBO WILLAM MILLER<br>7824 ROUGH CEDAR LN<br>INDIANAPOLIS, IN 46250 | 11844 | Motors Liquidation Company | $2,480.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MEDINA TEMPLE #19<br>ATTN G PIERCE,E NANTON<br>454 WEST 155TH STREET<br>NEW YORK, NY 10032 | 30077 | Motors Liquidation Company | $49,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MEEKA J. BRUENN<br>4324 S 8TH<br>TACOMA, WA 98405 | 16383 | Motors Liquidation Company | $21,572.64<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MEGAYACHTS C/O FABIO LONDONE<br>RAYMOND JAMES<br>ATTN CAROLYN SIPPERLEY<br>3399 PGA BLVD #200<br>PALM BEACH GARDENS, FL 33410 | 26548 | Motors Liquidation Company | $11,186.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MEHDI & OMELKEIR KAROON TRUST<br>MEHDI KAROON TTEE<br>OMELKEIR KAROON TTEE<br>10590 WILSHIRE BLVD #1201<br>LOS ANGELES, CA 90024 | 69199 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MEHDI & OMELKEIR KAROON TRUST<br>MEHDI KAROON TTEE<br>OMELKEIR KAROON TTEE<br>10590 WILSHIRE BLVD #1201<br>LOS ANGELES, CA 90024 | 69200 | Motors Liquidation Company | $83,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MEHDI AND OMOLKEIR KAROON TRUST<br>MEHDI KAROON TTEE<br>OMOLKHEIR KAROON TTEE<br>10590 WILSHIRE BLVD APT 1201<br>LOS ANGELES, CA 90024 | 67892 | Motors Liquidation Company | $83,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MEHDI KALANI<br>619 BELLEVUE AVE<br>HAMMONTON, NJ 08037 | 7657 | Motors Liquidation Company | $26,826.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MEHDI OMOLKHEIR KAROON TRUST<br>MEHDI KAROON TTEE<br>OMOLKHEIR KARRON TTEE<br>10590 WILSHIRE BLVD APT 1201<br>LOS ANGELES, CA 90024 | 67890 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MEIER FAMILY REVOCABLE TRUST<br>UAD 12/01/92<br>GLORIA P MEIER & WILLIAM J MEIER TTEES AMD 2/25/99<br>15609 W FUTURA DR<br>SUN CITY WEST, AZ 85375 | 31406 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MEIER FAMILY REVOCABLE TRUST UAD 12/01/92 GLORIA P MEIER & WILLIAM J MEIER TTEES AMD 02/25/99 15609 W FUTURA DRIVE SUN CITY WEST, AZ 85375 | 31409 | Motors Liquidation Company | $6,461.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MEIYANN FAN CUST FOR EDWARD FAN UCAUTMA UNTIL AGE 18 1521 FRESWICK DR FOLSOM, CA 95630 | 9069 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MEIYANN FAN TTEE THE FAN FAMILY TRUST U/A DTD 05/27/1999 1521 FRESWICK DR FOLSOM, CA 95630 | 9068 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MEL WALLER CATHARENE WALLER 345 RIDGELAKE SCENIC DR MONTGOMERY, TX 77316 | 9805 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MELADA FISHMAN 5542 BROOKBANK RD DOWNERS GROVE, IL 60516 | 9279 | Motors Liquidation Company | $25,462.50 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MELANIE HYLER 82 TOPPIN DRIVE HILTON HEAD, SC 29926 | 61887 | Motors Liquidation Company | $9,763.80 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MELBA B SCOTT CHARLES SCHWAB & CO INC CUST IRA CONTRIBUTORY 111 VALLEYWOOD GLN HAWKINS, TX 75765 | 5019 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MELBA FAYE SHANNON TTEE MELBA FAY SHANNON REV TRUST DTD 01/24/01 PO BOX 43 BLACK ROCK, AR 72415 | 67694 | Motors Liquidation Company | $20,370.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MELBA L RYAN TTEE MELBA L RYAN LIV TRUST U/A DTD 08/11/97 1408 ALBANY STATION RD BELLEVILLE, IL 62223 | 10959 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MELBA N MITCHELL<br>355 N POST OAK LANE #633<br>HOUSTON, TX 77024 | 11067 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MELINDA L MCCORD<br>5440 MARINELLI RD APT 431<br>N BETHESDA, MD 20852 | 8653 | Motors Liquidation Company | $20,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MELINDA L MCCORD<br>5440 MARINELLI RD APT 431<br>N BETHESDA, MD 20852 | 70232 | Motors Liquidation Company | $20,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MELINDA LEE CHECK<br>637 SHAW AVENUE<br>MCKEESPORT, PA 15132 | 64640 | Motors Liquidation Company | $4,986.29 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MELISSA GEARHART<br>801 STANTON AVE<br>TERRACE PARK, OH 45174 | 8875 | Motors Liquidation Company | $5,625.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MELISSA GOLDBERG<br>6457 JAMIESON AVE<br>RESEDA, CA 91335 | 65210 | Motors Liquidation Company | $682.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MELISSA L GEARHART<br>801 STANTON AVE<br>TERRACE PARK, OH 45174 | 8876 | Motors Liquidation Company | $7,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MELISSA M POINT AND MARGARET THOMAS<br>6849 VANPORT AVE<br>WHITTIER, CA 90606 | 17183 | Motors Liquidation Company | $31,024.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MELISSA M POINT AND MARGARET THOMAS<br>MELISSA M POINT<br>& MARGARET E THOMAS JTTEN<br>6849 VANPORT AVE.<br>WHITTIER, CA 90606 | 17184 | Motors Liquidation Company | $31,024.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MELVILLE D. LIDE<br>470 104TH ST<br>STONE HARBOR, NJ 08247<br>UNITED STATES OF AMERICA | 29111 | Motors Liquidation Company | $837,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MELVIN & BARBARA SCHRADER<br>239 TILE MILL RD<br><br>BEAVER, OH 45613 | 5396 | Motors Liquidation Company | $35,945.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MELVIN & CAROLE COHEN<br>338 ALGONQUIN RD<br><br>FRANKLIN LAKES, NJ 07417 | 25463 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MELVIN C GREENWALD TTEE<br>MELVIN C GREENWALD LIVING TR<br>935 THE TERRACE<br>HAGERSTOWN, MD 21742 | 68359 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MELVIN F SASS<br>1815 GREENDALE AVE<br><br>PARK RIDGE, IL 60068 | 16408 | Motors Liquidation Company | $1,483.12 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MELVIN G EHRLINGER<br>6811 HESS RD<br><br>SAGINAW, MI 48601 | 11125 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MELVIN GREENBERG IRA<br>3 AVENUE OF TWO RIVERS SOUTH<br><br>RUMSON, NJ 07760 | 1417 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MELVIN HELLER<br>6106 CARNEGIE DR<br><br>JAMESVILLE, NY 13078 | 20026 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MELVIN J HURTUBISE<br>8901 ONE PUTT PLACE<br><br>PORT ST LUCIE, FL 34986 | 43916 | Motors Liquidation Company | $361,197.08 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MELVIN J WALL<br>361 CR 3542<br><br>HAWKINS, TX 75765 | 9460 | Motors Liquidation Company | $35,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MELVIN LITTRELL<br>2300 COUNTRY CLUB DR<br><br>CHILLICOTHE, MO 64601 | 7463 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Second Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MELVIN O. HOLT, DONNA E. HOLT<br>2524 YELLOWSTONE AVE.<br><br>BILLINGS, MT 59102 | 16748 | Motors Liquidation Company | $42,503.45 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MELVIN SCHALLER<br>7251 HEARTH STONE AVE<br><br>BOYNTON BEACH, FL 33472 | 10002 | Motors Liquidation Company | $15,040.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MELVIN SCHNALL TTEE<br>MELVIN SCHNALL LIV TRUST UA DTD 11/10/93<br>785 NORMANDY Q<br>DELRAY BEACH, FL 33484 | 16189 | Motors Liquidation Company | $40,146.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MELVIN THOMAS BOHLKEN &<br>LINDA RAE BOHLKEN LIV TRUST<br>U/A DTD 02/20/2001<br>MELVIN & LINDA BOHLKEN TTEES<br>1355 BEVERLY AVE<br>PARMA, ID 83660 | 6130 | Motors Liquidation Company | $20,003.76 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MELVIN TRUMBO & EURENA B TRUMBO<br>12537 HIPP ST<br><br>TAYLOR, MI 48180 | 69189 | Motors Liquidation Company | $22,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MELVIN WILLIAMS<br>401 HAMPTON PLACE<br><br>POMPTON PLAINS, NJ 07444 | 7804 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MELVYN D BARON &<br>CHRISTY A BARON JT WROS<br>438 POINSETTIA PLACE SE<br>ALBUQUERQUE, NM 87123 | 3413 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MELVYN G BLOCH<br>JILL BLOCH JTWROS<br>45 JEAN DR<br>ENGLEWOOD CLIFFS, NJ 07632 | 10532 | Motors Liquidation Company | $369,368.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MEMBRUS CRT<br>GENE OR FRAN GOLDSTEIN TRUSTEES<br>19801 LINNET ST<br>WOODLAND HILLS, CA 91364 | 19755 | Motors Liquidation Company | $78,300.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MENDELSOHN LIVING TRUST 8/23/95<br>P MENDELSOHN TTEE<br>6756 ROTHSCHILD CIRCLE<br>LAKE WORTH, FL 33467 | 14398 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MERCHANT, MARY A<br>1976 DUNHAM DR<br>ROCHESTER, MI 48306 | 3226 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MERCHANT, PAUL E<br>1976 DUNHAM DR<br>ROCHESTER, MI 48306 | 3218 | Motors Liquidation Company | $19,092.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MEREDITH FOUNDATION<br>ATTN  LOU WAGNER<br>PO DRAWER 117<br>MINEOLA, TX 75773 | 38682 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MEREDITH L FRY<br>1730 STANFORD CT<br>LAKE FOREST, IL 60045 | 624 | Motors Liquidation Company | $78,960.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MERFISH HOLDINGS LTD<br>C/O GERALD MERFISH<br>PO BOX 15879<br>HOUSTON, TX 77220 | 61031 | Motors Liquidation Company | $7,203.85<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MERI PIFKO<br>6 HORIZON ROAD<br>APT 1106<br>FORT LEE, NJ 07024 | 62249 | Motors Liquidation Company | $24,170.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MERIAM O THOMPSON<br>505 PINE STREET<br>#202<br>EDMONDS, WA 98020 | 22718 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MERIDA LEGATO<br>330 WEST 45TH ST<br>APT 5-F<br>NEW YORK, NY 10036 | 68286 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MERIDEL A HANSON<br>6421 OLIVER AVE SO<br>RICHFIELD, MN 55423 | 69167 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Second Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MERIDEL HANSON<br>6421 OLIVER AVENUE SO<br>RICHFIELD, MN 55423 | 69166 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MERLE L OWENS<br>CGM IRA CUSTODIAN<br>855 W LEONARD RD<br>PALATINE, IL 60067 | 26480 | Motors Liquidation Company | $8,540.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MERLE OTTO TRUST<br>DR MERLE OTTO<br>108 MOORINGS PARK DR #B205<br>NAPLES, FL 34105 | 3308 | Motors Liquidation Company | $29,832.55 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MERLE SCHLESINGER<br>32 LAKEWOOD RD<br>NEWTON, MA 02461 | 63236 | Motors Liquidation Company | $85,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MERLE W AND MARTHA M AHRENS<br>MERLE W AND MARTHA M AHRENS TTEE<br>AHRENS LOVING TRUST<br>409 E FOURTH ST<br>PORT CLINTON, OH 43452 | 5690 | Motors Liquidation Company | $2,503.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MERLE WANGER<br>STANLEY J WANGER<br>230 174ST #2410 BLDG 300<br>SUNNY ISLES BEACH, FL 33160 | 14639 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MERLE WAYNE BRUBAKER<br>BOX 161<br>LITCHFIELD PARK, AZ 85340 | 63516 | Motors Liquidation Company | $33,107.44 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MERLIN F ZANG<br>1043 PARK WEST DR<br>GLENWOOD SPRINGS, CO 81601 | 15903 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MERLO'S FIVE<br>ATTN  GARY MAFFER<br>1001 SE SANDY BLVD<br>PORTLAND, OR 97214 | 8959 | Motors Liquidation Company | $3,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MERRI LYNN VASS<br>92 BANNER ST<br>CAMDENTON, MO 65020 | 4722 | Motors Liquidation Company | $7,517.71 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MERRIL LYNCH FBO<br>MICHAEL FARRENS IRA 740-15470<br>453 NORRIS LANE<br>LAKE HELEN, FL 32744 | 3507 | Motors Liquidation Company | $8,530.28 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MERRILL LYNCH C/F<br>CAROL FARRENS IRA  740-15469<br>IRA STANDARD DATED 02/04/91<br>453 NORRIS LANE<br>LAKE HELEN, FL 32744 | 3505 | Motors Liquidation Company | $13,504.59 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MERRILL LYNCH C/F CECILE COHEN<br>ACCT #839-87519<br>1305 WALT WHITMAN RD<br>MELVILLE, NY 11747 | 22938 | Motors Liquidation Company | $26,046.88 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MERTON F & VIRGINIA H JAQUES<br>12424 6 1/2 MILE RD<br>BATTLE CREEK, MI 49014 | 9054 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MERTZ, DENNIS K<br>1085 RAVENSVIEW TRL<br>MILFORD, MI 48381 | 7064 | Motors Liquidation Company | $93,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MERVYN C BEAUMONT AND DOROTHY I BEAUMOND CO-TTEES<br>THE MERVYN BEAUMONT & DOROTHY BEAUMONT TRUST UA DTD 12/4/89<br>2574 E ALGER DR<br>GREEN VALLEY, AZ 85614 | 3151 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| METHOD KOCAK<br>121 CARL PL<br>WESTWOOD, NJ 07675 | 5032 | Motors Liquidation Company | $34,069.98 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MEYER ROTKIN AND<br>SHIRLEY ROTKIN JTWROS<br>8109 KARLOV AVE<br>SKOKIE, IL 60076 | 10561 | Motors Liquidation Company | $25,537.85 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MEYER UNKOVIC & SCOTT LLP RETIREMENT PLAN<br>FBO LAURA A CANDRIS<br>535 SMITHFIELD STREET SUITE 1300<br>PITTSBURGH, PA 15222<br>UNITED STATES OF AMERICA | 64040 | Motors Liquidation Company | $19,744.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MEYEROVITZ AGENCY PSP & TRUST DARRYL L MEYEROVITZ TTEE 5720 LBJ FREEWAY STE #440 DALLAS, TX 75240 | 18807 | Motors Liquidation Company | $25,050.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MG & PRISCILLA SMITH 4816 WINGED FOOT LANE JONESBORO, AR 72401 | 67693 | Motors Liquidation Company | $5,028.13 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL & CARY BONNER 2105 B RICHARDSON RD CAMDEN, SC 29020 | 10276 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL & DIANE DUNFEE 17 CARY STREET NAHANT, MA 01908 | 62706 | Motors Liquidation Company | $4,208.45 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL & JASMINE BAHIA JT TEN 36 OLD STAGE ROAD CHELMSFORD, MA 01824 | 863 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL & MARY ANN BROWN 5029 DOREN DR OGDEN, UT 84403 UNITED STATES OF AMERICA | 67715 | Motors Liquidation Company | $25,928.13 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL A CASO & AGATHA CASO 16 HILLVIEW DR POUGHKEEPSIE, NY 12603 | 7151 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL A FARRINGTON 54 GREENWOOD DR BREWER, ME 04412 | 5449 | Motors Liquidation Company | $59,375.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL A HERMAN TTEE MICHAEL A HERMAN REV LIV TRUST U/A/D 12-12-01 7451 ROSSMORE CT DAYTON, OH 45459 | 14042 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL A KUMP 5861 AUGUSTA LN GRAND BLANC, MI 48439 | 17311 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Second Omnibus Objection

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MICHAEL A LINSKY & KAREN R LINSKY JT TEN SHINDELMAN-PROGRAM 5210 INTERBAY BLVD APT 1 TAMPA, FL 33611 | 62843 | Motors Liquidation Company | $5,420.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL A MALINIAK 1941 HOWARD AVE POTTSVILLE, PA 17901 | 62471 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL A SMIGELSKI JR SEP IRA FCC AS CUSTODIAN 120 WEST SHAW CHARLOTTE, MI 48813 | 14252 | Motors Liquidation Company | $1,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL A TOTO 21 SADDLE CT MONROE TWP, NJ 08831 | 5175 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL A ZUCCARO 1216 SUNFLOWER OVAL BROADVIEW HTS, OH 44147 | 29254 | Motors Liquidation Company | $2,500.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL ABRAMOWITZ CGM IRA ROLLOVER CUSTODIAN 1 WHITESPRUCE CIRCLE COMMACK, NY 11725 | 68406 | Motors Liquidation Company | $20,152.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL AND DIANA SCHURR 2020 S EASTERN LANE SPOKANE, WA 99212 | 11149 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL AND EVA RIZZI 6 LISA DR DEER PARK, NY 11729 | 14798 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL AND JOYCE RIENZO 6230 PETALUMA DRIVE BOCA RATON, FL 33433 | 13642 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL AND JOYCE RIENZO 6230 PETALUMA DRIVE BOCA RATON, FL 33433 UNITED STATES OF AMERICA | 13643 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MICHAEL AND LUCY CASTELLANO<br>345 MEADOWLARK CT<br><br>MARCO ISLAND, FL 34145 | 5608 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL AND MARY LANG<br>16 CHELTEN RISE<br><br>FAIRPORT, NY 14450 | 6226 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL AND MARY LANG<br>16 CHELTEN RISE<br><br>FAIRPORT, NY 14450 | 10397 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL B CASSIN<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>6299 GLOUCESTER DR<br>CANTON, MI 48187 | 16980 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL BAHIA CUST FOR CRAIG BAHIA UTMA/MA<br>36 OLD STAGE ROAD<br><br>CHELMSFORD, MA 01824 | 864 | Motors Liquidation Company | $3,650.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL BALSAR<br>875 WYNNDY HILL RD<br><br>DADEVILLE, AL 36853 | 10817 | Motors Liquidation Company | $39,275.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL BENNER<br>39 HENRY DR<br><br>GLEN COVE, NY 11542 | 8820 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL BRACHFELD<br>4833 CARAMBOLA CIR<br>KARANDA VILLAGE II<br>COCONUT CREEK, FL 33066 | 23174 | Motors Liquidation Company | $24,312.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL C COUCH<br>2839 COVINGTON CIRCLE<br><br>SHREVEPORT, LA 71106 | 37601 | Motors Liquidation Company | $35,431.34 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL C CREAR<br>115 BENNETT AVE #42B<br><br>NEW YORK, NY 10033 | 20035 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MICHAEL C SAGAR TTEE<br>SHARON A SAGAR TTEE<br>SAGAR TRUST DTD 09-6-96<br>1286 TEMPLE TERRACE<br>LAGUNA BEACH, CA 92651<br>UNITED STATES OF AMERICA | 44282 | Motors Liquidation Company | $50,624.38 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL C STOKES IRR TRST & JAMI S RISHER<br>1351 BIG BEN DR<br>HERNANDO, MS 38632 | 65185 | Motors Liquidation Company | $7,592.43 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL C YANG TTEE<br>6817 ALTAMOR DRIVE<br>LOS ANGELES, CA 90045 | 65239 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL CALOREL &<br>PATRICIA CALOREL JTTEN<br>692 COLGATE AVE<br>LANOKA HARBOR, NJ 08734 | 5068 | Motors Liquidation Company | $36,297.36 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL CHRISTSEN<br>10750 CHESTNUT ST<br>LOS ALAMIROS, CA 90720<br>UNITED STATES OF AMERICA | 62109 | Motors Liquidation Company | $31,449.38 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL COHN IRA<br>5602 N SCOTTSDALE RD<br>SCOTTSDALE, AZ 85253 | 68923 | Motors Liquidation Company | $45,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

**Claim Totals**                       **500**

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit B**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
:
In re                                                    :          **Chapter 11 Case No.**
:
**MOTORS LIQUIDATION COMPANY,** *et al.,*    :          **09-50026 (REG)**
    **f/k/a General Motors Corp.,** *et al.*    :
:
                          **Debtors.**              :          **(Jointly Administered)**
:
-------------------------------------------------------------x

**STIPULATION AND AGREED ORDER**
**AMONG THE DEBTORS, WILMINGTON TRUST COMPANY,**
**AND CITIBANK, N.A., SOLELY IN ITS CAPACITY AS PAYING AGENT,**
**REGARDING PROOFS OF CLAIM NOS. 47871, 47872, 65729, 65793, AND 66723**

Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

certain of its subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11

cases (collectively, the "**Debtors**"), Wilmington Trust Company as successor indenture trustee

("**WTC**"), and Citibank, N.A., solely in its capacity as paying agent under the 1990 Indenture

and 1995 Indenture (as defined below) (in such capacity, "**Citibank**"), together with the Debtors

and WTC, the "**Parties**"), by and through their respective undersigned counsel, hereby enter into

this Stipulation and Agreed Order (this "**Stipulation**") and stipulate as follows:

**RECITALS**

A.      On June 1, 2009 (the "**Commencement Date**"), certain of the Debtors

commenced with this Court voluntary cases (the "**Chapter 11 Cases**") under chapter 11 of title

11, United States Code (the "**Bankruptcy Code**").

B.      On September 16, 2009, the Court entered an order (the "**Bar Date Order**")

establishing November 30, 2009 at 5:00 p.m. (Eastern Time) (the "**General Bar Date**") as the

deadline for each person or entity (including without limitation, each individual, partnership,

joint venture, corporation, estate, or trust) to file a proof of claim (a "**Proof of Claim**") against

certain of the Debtors, including MLC, to assert any claim (as defined in section 101(5) of the

Bankruptcy Code) that arose prior to the Commencement Date.

      C.      As of the Commencement Date, MLC, as issuer, WTC, as successor indenture

trustee, and Citibank, as paying agent, were parties to (i) a Senior Indenture, dated as of

December 7, 1995, as amended (the "**1995 Indenture**," and WTC's capacity under the 1995

Indenture, the "**1995 Trustee**"), and (ii) a Senior Indenture, dated as of November 15, 1990 (the

"**1990 Indenture**," and WTC's capacity under the 1990 Indenture, the "**1990 Trustee**") pursuant

to which MLC issued senior unsecured debt securities.

      D.      Prior to the General Bar Date, WTC timely filed the following four Proofs of

Claims against MLC (each, a "**WTC Claim**" and collectively, the "**WTC Claims**"):

| Claim Number | Applicable Indenture | Principal Amount of Claim Plus Fees and Interest Accrued to Petition Date |
| --- | --- | --- |
| 65793 | 1990 Indenture | $1,419,581,281.12 |
| 47871 | 1990 Indenture | $1,419,581,281.12 |
| 65729 | 1995 Indenture | $21,928,297,131.26 |
| 47872 | 1995 Indenture | $21,928,297,131.26 |

      E.      Prior to the General Bar Date, Citibank timely filed a proof of claim against MLC

in the amount of $173,063.43 [Proof of Claim No. 66723] (the "**Citibank Claim**").

      F.      WTC recognizes that it is not entitled to, and does not seek, a duplicate recovery

on account of the same WTC Claim and has agreed to withdraw two of the WTC Claims, subject

to the agreements set forth in this Stipulation.

## STIPULATION AND ORDER

NOW, THEREFORE, EACH OF THE PARTIES HEREBY STIPULATES AND

AGREES AS FOLLOWS:

1.      WTC Claims numbered 47871 (filed by WTC as 1990 Trustee) and 47872 (filed

by WTC as 1995 Trustee) are deemed withdrawn and WTC Claims numbered 65793 (filed by

WTC as 1990 Trustee) and 65729 (filed by WTC as 1995 Trustee) shall survive.

2.      With respect to principal plus interest due under the 1990 Indenture, WTC, in its

capacity as the 1990 Trustee will receive and is hereby granted, on behalf of itself and the record

and beneficial bondholders of debt securities issued under the 1990 Indenture an allowed general

unsecured, nonpriority claim in the amount of $1,419,471,545.22 (subject to appropriate reserve

and/or reduction in connection with any setoff exercised by beneficial bondholders that is

authorized by this Court) (the "**1990 Debt Claim**") against MLC to be satisfied in accordance

with any chapter 11 plan or plans confirmed in the Debtors' Chapter 11 Cases.

3.      With respect to principal plus interest due under the 1995 Indenture, WTC, in its

capacity as the 1995 Trustee, will receive and is hereby granted, on behalf of itself and the record

and beneficial bondholders of debt securities issued under the 1995 Indenture, an allowed

general unsecured nonpriority claim in the amount of $21,928,183,895.36 (subject to appropriate

reserve and/or reduction in connection with any setoff exercised by beneficial bondholders that is

authorized by this Court) (the "**1995 Debt Claim**," together with the 1990 Debt Claim, the

"**Debt Claims**").

4.      With respect to the prepetition fees and expenses incurred by WTC under the

1990 Indenture, WTC shall receive an allowed claim of $109,735.90 (the "**1990 WTC Fee

Claim**"), and with respect to the prepetition fees and expenses incurred by WTC under the 1995

Indenture, WTC shall receive an allowed claim of $113,235.90 (the "**1995 WTC Fee Claim**," together with the 1990 WTC Fee Claim, the "**WTC Fee Claims**").

5.       With respect to the prepetition paying agency fees and expenses incurred by Citibank under the Indentures, the Citibank Claim shall be allowed in the amount of $162,333.71 (the "**Citibank Fees and Expenses Claim**," together with the WTC Fee Claims, the "**Fees and Expenses Claims**").

6.       To the extent the Fees and Expenses Claims are not paid in full, in cash, pursuant to a plan of reorganization and/or liquidation of MLC, (a) the amount of such fees and expenses that remain unpaid shall constitute an allowed general unsecured, nonpriority claim against MLC held by WTC and/or Citibank, as applicable, to be satisfied in accordance with any chapter 11 plan or plans confirmed in the Debtors' Chapter 11 Cases and (b) WTC and Citibank, pursuant to section 7.06 of the 1990 Indenture and section 7.06 of the 1995 Indenture, shall retain a charging lien with respect to its prepetition and post-petition fees and expenses on all assets or money held or collected by WTC or Citibank on account of the Debt Claims or otherwise.

7.       WTC will issue a notice to the Depository Trust Company and post a notice on its website (a) notifying beneficial bondholders of the notes issued under the Indentures of the entry of the order allowing the WTC Claims and (b) notifying such bondholders that any subsequent claims objection filed by the Debtors seeking to disallow claims filed by bondholders on the grounds that such claims are duplicative of the Debt Claims being allowed under the stipulation and order will not impair bondholder's entitlement to share in plan distributions on account of the Debt Claims in accordance with the terms of the applicable Indenture.

8.       WTC agrees that it will not object to the Debtors' filing of objections to Proofs of Claims filed by record and beneficial holders of debt securities arising out of or relating to the

1990 Indenture and/or the 1995 Indenture on the grounds that such Proofs of Claim are duplicative of the Debt Claims allowed pursuant to this Stipulation.

9.      WTC waives its right to argue that the entire stated principal amount of $377,377,000 with respect to the Discount Debentures is an allowable claim.

10.     To the extent that the fees and expenses of WTC incurred after the Commencement Date are not satisfied by payment in full in cash in connection with a plan of reorganization and/or liquidation of MLC, WTC reserves the right to argue that all such fees are allowable general unsecured non-priority claims against the estate of MLC.

11.     This Stipulation contains the entire agreement between the Parties as to the subject matter hereof and supersedes all prior agreements and undertakings between the Parties relating thereto.

Dated: New York, New York
       August 5, 2010


/s/ Joseph H. Smolinsky           
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Debtors and Debtors in Possession*


/s/ Keith R. Martorana           
Matthew J. Williams
Keith R. Martorana

GIBSON DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Attorneys for Wilmington Trust Company, as 1990 Trustee and 1995 Truestee*

/s/ Louis A. Curcio
Maria M. Livanos
Louis A. Curcio

SONNENSCHEIN NATH & ROSENTHAL
LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6744
Facsimile: (212) 768-6800

*Attorneys for Citibank, N.A. as Paying
Agent under the 1990 and 1995 Indentures*

So Ordered this **9th** day of **August** 2010

**s/ Robert E. Gerber**
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x
                                        :
In re                                   :        Chapter 11 Case No.
                                        :
MOTORS LIQUIDATION COMPANY, *et al.*,   :        09-50026 (REG)
        f/k/a General Motors Corp., *et al.*   :
                                        :
                        Debtors.        :        (Jointly Administered)
                                        :
--------------------------------------------------------------x

ORDER GRANTING DEBTORS'
SIXTY-SECOND OMNIBUS OBJECTION TO CLAIMS
(Duplicate Debt Claims)

Upon the sixty-second omnibus objection to claims, dated August 13, 2010 (the

"**Sixty-Second Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a

General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the

"**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy**

**Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"),

and this Court's supplemental order establishing supplemental rules and authority for filing

omnibus objections to certain debt claims (the "**Supplemental Procedures Order**") [Docket No.

6238], seeking entry of an order disallowing and expunging the Duplicate Debt Claims on the

grounds that such claims are duplicative of either Claim 65793 or Claim 65729, all as more fully

described in the Sixty-Second Omnibus Objection to Claims; and due and proper notice of the

Sixty-Second Omnibus Objection to Claims having been provided, and it appearing that no other

or further notice need be provided; and the Court having found and determined that the relief

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Debtors' Sixty-Second Omnibus Objection to Claims.

sought in the Sixty-Second Omnibus Objection to Claims is in the best interests of the Debtors,

their estates, creditors, and all parties in interest and that the legal and factual bases set forth in

the Sixty-Second Omnibus Objection to Claims establish just cause for the relief granted herein;

and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Sixty-Second Omnibus Objection to

Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on **Exhibit "A"** (the "**Order Exhibit**") annexed hereto under the heading "*Claims to be

Disallowed and Expunged*" (collectively, the "**Duplicate Debt Claims**") are disallowed and

expunged; and it is further

ORDERED that, if applicable, the Sixty-Second Omnibus Objection to Claims is

adjourned with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Objection Adjourned*" (the "**Adjourned Claims**") to the date indicated on the Order

Exhibit, subject to further adjournments (such actual hearing date, the "**Adjourned Hearing

Date**"), and the Debtors' response deadline with respect to the Adjourned Claims shall be 12:00

noon (Eastern Time) on the date that is three (3) business days before the Adjourned Hearing

Date; and it is further

ORDERED that, if applicable, the Sixty-Second Omnibus Objection to Claims is

withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Objection Withdrawn*"; and it is further

ORDERED that, if applicable, the Sixty-Second Omnibus Objection to Claims is

withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Claim Withdrawn*," as those claims have been withdrawn by the corresponding

claimant; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly

reserved with respect to, (i) any claim listed on Exhibit "A" annexed to the Sixty-Second

Omnibus Objection to claims under the heading "*Claims to be Disallowed and Expunged*" that is

not listed on the Order Exhibit annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
          _____, 2010

_____
United States Bankruptcy Judge