**HEARING DATE AND TIME: September 24, 2010 at 9:45 a.m. (Eastern Time)**
**RESPONSE DEADLINE: September 17, 2010 at 4:00 p.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                            :
In re                                       :        Chapter 11 Case No.
                                            :
**MOTORS LIQUIDATION COMPANY,** *et al.,*   :        **09-50026 (REG)**
     **f/k/a General Motors Corp.,** *et al.* :
                                            :
                    **Debtors.**            :        **(Jointly Administered)**
                                            :
---------------------------------------------------------------x

## <u>NOTICE OF DEBTORS' SIXTY-THIRD OMNIBUS OBJECTION TO CLAIMS</u>
### (Duplicate Debt Claims)

        **PLEASE TAKE NOTICE** that on August 13, 2010, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their sixty-third omnibus objection to claims (the "**Objection**"), and that a

hearing (the "**Hearing**") to consider the Objection will be held before the Honorable Robert E.

Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for

the Southern District of New York, One Bowling Green, New York, New York 10004, on

**September 24, 2010 at 9:45 a.m. (Eastern Time),** or as soon thereafter as counsel may be

heard.

**PARTIES LISTED ON EXHIBIT "A" ANNEXED TO THE OBJECTION (THE "<u>CLAIMANTS</u>") (AND THEIR COUNSEL, IF KNOWN) WILL RECEIVE A PERSONALIZED NOTICE OF THE OBJECTION, RATHER THAN THE ENTIRE OBJECTION.**

This Objection does not affect a Claimant's ability to receive distributions as a beneficial bondholder under the claims filed by the indenture trustee of the Debtors' public debentures. If a Claimant disagrees with the Objection's treatment of the Claimant's claim, the Claimant may call the Debtors to try and resolve the Claimant's concerns at **1-800-414-9607**. If a Claimant is unable to resolve the Claimant's concerns with the Debtors before the deadline to respond, then the Claimant <u>must</u> file and serve a written response (a "**Response**") to the Objection in accordance with this notice, and the Claimant <u>must</u> appear at the Hearing described below.

A Claimant may participate in the Hearing telephonically provided that the Claimant complies with the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider." A Claimant must also provide prior written notice by mail or e-mail of the Claimant's telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Russell Brooks, Esq. (russell.brooks@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Jennifer Sharret, Esq. (jsharret@kramerlevin.com)).

**If a Claimant does not oppose the disallowance and expungement of the Claimant's claim, then the Claimant does not need to file a Response or appear at the Hearing.**

**PLEASE TAKE FURTHER NOTICE THAT** the Hearing on the Objection is
scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in
Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York
(the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New
York, New York 10004-1408, on **September 24, 2010 at 9:45 a.m. (Eastern Time)**.  If a
Claimant files a Response to the Objection, the Claimant should plan to appear at the Hearing
either in person or telephonically.  The Debtors, however, reserve the right to continue the
Hearing on the Objection with respect to the Claimant's claim.  If the Debtors do continue the
Hearing with respect to the Claimant's claim, then the Hearing will be held at a later date.  If the
Debtors do not continue the Hearing with respect to the Claimant's claim, then a Hearing on the
Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a
Response is **September 17, 2010 at 4:00 p.m. (Eastern Time)**.  Only those Responses that are
timely will be considered at the Hearing.  A Claimant's Response will be deemed timely only if
it is:  (a) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing
system (the User's Manual for the Electronic Case Filing System can be found at
www.nysb.uscourts.gov) before the deadline for Responses **or** (b) **actually** received on a 3.5
inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other
Windows-based word processing format <u>and</u> in hard copy at each of the following addresses on
or before the deadline for response:

      A.     Chambers of the Honorable Robert E. Gerber, United States Bankruptcy
Court, One Bowling Green, Room 621, New York, New York 10004-
1408;

      B.     Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth
Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and

      C.       Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Jennifer Sharret, Esq.).

A Claimant's response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number, and the number of the Objection to which the response is directed; (ii) the name of the Claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which the Claimant will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which the Claimant will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to the Claimant's response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person that can be contacted in connection with the Objection.

If a Claimant has any questions about this notice or the Objection, please contact the Debtors at **1-800-414-9607**. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

**PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief requested in the Objection without further notice or a hearing if a Claimant fails to file a timely Response or appear at the Hearing.**

Dated: New York, New York
           August 13, 2010

                                   /s/ Joseph H. Smolinsky
                                   Harvey R. Miller
                                   Stephen Karotkin
                                   Joseph H. Smolinsky

                                   WEIL, GOTSHAL & MANGES LLP
                                   767 Fifth Avenue
                                   New York, New York 10153
                                   Telephone: (212) 310-8000
                                   Facsimile: (212) 310-8007

                                   Attorneys for Debtors
                                   and Debtors in Possession

HEARING DATE AND TIME: September 24, 2010 at 9:45 a.m. (Eastern Time)
RESPONSE DEADLINE: September 17, 2010 at 4:00 p.m. (Eastern Time)

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
In re                                                       :          **Chapter 11 Case No.**
                                                            :
**MOTORS LIQUIDATION COMPANY**, *et al.*,                   :          **09-50026 (REG)**
          **f/k/a General Motors Corp.**, *et al.*          :
                                                            :
                                        **Debtors.**        :          **(Jointly Administered)**
                                                            :
------------------------------------------------------------x

### DEBTORS' SIXTY-THIRD OMNIBUS OBJECTION TO CLAIMS
**(Duplicate Debt Claims)**

---

THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.
CLAIMANTS THAT ARE THE SUBJECT OF THIS OBJECTION SHOULD LOCATE THEIR NAMES AND
CLAIMS ON EITHER THE EXHIBIT ATTACHED TO THIS OBJECTION OR ON THEIR PERSONALIZED
NOTICE.

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

          Motors Liquidation Company (f/k/a General Motors Corporation) and its

affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully represent:

## <u>Relief Requested</u>

1.      The Debtors file this sixty-third omnibus objection to claims (the "**Sixty-Third Omnibus Objection to Claims**") pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the **"Bankruptcy Rules"**), and this Court's supplemental order establishing supplemental rules and authority for filing omnibus objections to certain debt claims (the "**Supplemental Procedures Order**") [Docket No. 6238], seeking entry of an order disallowing and expunging the claims listed on **Exhibit "A"** annexed hereto.[1]

2.      The Debtors have examined the proofs of claim identified on Exhibit "A" and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed and Expunged*" (collectively, the "**Duplicate Debt Claims**") are duplicative of either (1) the global Proof of Claim No. 65793 ("**Claim 65793**") filed by Wilmington Trust Company ("**WTC**"), in its capacity as successor indenture trustee of the Senior Indenture, dated as of November 15, 1990 (the "**1990 Indenture**") or (2) the global Proof of Claim No. 65729 ("**Claim 65729**") filed by WTC, in its capacity as successor indenture trustee of the Senior Indenture, dated as of December 7, 1995, as amended (the "**1995 Indenture**").  The amounts asserted by WTC in Claim 65793 and Claim 65729 have been reconciled and allowed under a stipulation, approved and entered by the Court on August 9, 2010 (the "**WTC Stipulation**") [Docket No. 6595], a copy of which is annexed hereto as **Exhibit "B."**  The Debtors, therefore, seek entry of an order disallowing and expunging from the claims register the Duplicate Debt Claims.

---

[1] Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com. A link to the claims register is located under the "Claims Information" tab.  Creditors without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City Group, Inc. at 1-703-286-6401.

3.       This Sixty-Third Omnibus Objection to Claims does not affect the ability

of an Individual Bondholder (as hereinafter defined) to participate in accordance with the WTC

Stipulation.  Further, the Debtors reserve all their rights to object on any other basis to any

Duplicate Debt Claim as to which the Court does not grant the relief requested herein.

## Jurisdiction

4.       This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

5.       On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**Realm/Encore Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Case Number 09-50026 (REG).  On September 15, 2009,

the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs,

which were amended on October 4, 2009.  On October 15, 2009, the Realm/Encore Debtors filed

their schedules of assets and liabilities and statements of financial affairs.

6.       On September 16, 2009, this Court entered an order [Docket No. 4079]

establishing November 30, 2009 as the deadline for each person or entity to file a proof of claim

in the Initial Debtors' cases, including governmental units.  On December 2, 2009, this Court

entered an order [Docket No. 4586] establishing February 1, 2010 as the deadline for each

---

[2] The Initial Debtors are Motors Liquidation Company (f/k/a General Motors Corporation), MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3] The Realm/Encore Debtors are Remediation and Liability Management Company, Inc., and Environmental Corporate Remediation Company, Inc.

person or entity to file a proof of claim in the Realm/Encore Debtors' cases (except

governmental units, as defined in section 101(27) of the Bankruptcy Code, for which the Court

established June 1, 2010 as the deadline to file proofs of claim).

       7.     Among the tens of thousands of proofs of claim the Debtors received,

approximately 18,000 proofs of claim have been filed by claimants seeking the repayment of

principal, interest, and fees and expenses that relate to dollar-denominated debt securities issued

by the Debtors pursuant to the 1990 Indenture and the 1995 Indenture (each, a "**Debt Claim**,"

and the holder of such Debt Claim, an "**Individual Bondholder**").  The Debtors believe that all

of the Debt Claims filed by Individual Bondholders are duplicative of the claims allowed in

favor of WTC for the benefit of all Individual Bondholders in accordance with the WTC

Stipulation.

       8.     On August 9, 2010, the Court entered the WTC Stipulation signed by the

Debtors, WTC, and Citibank, N.A., solely in its capacity as paying agent under the 1990

Indenture and 1995 Indenture (in such capacity, "**Citibank**"), allowing (i) Claim 65793 in the

amount of $1,419,471,545.22 (subject to appropriate reserve and/or reduction in connection with

any Court-authorized setoff exercised by Individual Bondholders) and (ii) Claim 65729 in the

amount of $21,928,183,895.36 (subject to appropriate reserve and/or reduction in connection

with any Court-authorized setoff exercised by Individual Bondholders).  Prior to entry of the

WTC Stipulation, WTC sent out a notice to all affected Individual Bondholders notifying them

of the pending approval by the Court of the WTC Stipulation.

       9.     On October 6, 2009, this Court entered the Supplemental Procedures

Order, which authorizes the Initial Debtors, among other things, to file omnibus objections to no

more than 500 claims at a time with respect to Debt Claims.  The claimants that are listed in

Exhibit "A" have filed Debt Claims against the Initial Debtors.

10.      The Debtors now move to expunge the Duplicate Debt Claims filed by

each Individual Bondholder as duplicative of either Claim 65793 or Claim 65729.

## The Relief Requested Should Be Approved by the Court

11.      A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects." 11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential

allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See

In re Oneida, Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd*, No. 09 Civ. 2229 (DC),

2010 WL 234827 (S.D.N.Y. Jan. 22, 2010); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No.

02-41729 (REG), 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re

Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

12.      Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a

claim may not be allowed to the extent that "such claim is unenforceable against the debtor and

property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1).  The

Debtors cannot be required to pay on the same claim more than once.  *See, e.g., In re Finley,

Kumble, Wagner, Heine, Underberg, Manley, Myerson, & Casey*, 160 B.R. 882, 894 (Bankr.

S.D.N.Y. 1993) ("In bankruptcy, multiple recoveries for an identical injury are generally

disallowed.").  The Debtors have reviewed the proofs of claim identified on Exhibit "A" and

believe them to be duplicative of Claim 65793 or Claim 65729.  Moreover, the Debtors have no

way of confirming that any of the Individual Bondholders are, in fact, beneficial holders of a

debt instrument on the relevant dates.

13.      To avoid the possibility of multiple recoveries by the Individual

Bondholders, the Debtors request that the Court disallow and expunge in their entirety the

Duplicate Debt Claims.  Individual Bondholders, to the extent they are beneficial bondholders as of the record date under any confirmed plan of liquidation, will receive distributions under such plan from WTC in its capacity as indenture trustee.

**<u>Notice</u>**

14.     Notice of the Sixty-Third Omnibus Objection to Claims has been provided to each claimant listed on Exhibit "A" by virtue of the individualized notice transmitted in accordance with the Supplemental Procedures Order and parties in interest in accordance with the Third Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures, dated April 29, 2010 [Docket No. 5670].

15.     No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the relief requested herein and such other and further relief as is just.

Dated:  New York, New York
          August 13, 2010

                              /s/ Joseph H. Smolinsky
                              Harvey R. Miller
                              Stephen Karotkin
                              Joseph H. Smolinsky

                              WEIL, GOTSHAL & MANGES LLP
                              767 Fifth Avenue
                              New York, New York 10153
                              Telephone: (212) 310-8000
                              Facsimile: (212) 310-8007

                              Attorneys for Debtors
                              and Debtors in Possession

**<u>Exhibit A</u>**

Sixty-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MICHAEL CONNER SEARCY<br>C/O CONNER SEARCY<br>5330 MONTROSE DRIVE<br>DALLAS, TX 75209 | 26818 | Motors Liquidation Company | $4,142.56 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL CORRIE<br>17 GARDEN STREET<br>GARDEN CITY, NY 11530 | 5565 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL COUGHLIN<br>156 ASHAROKEN AVE.<br>NORTHPORT, NY 11768 | 16800 | Motors Liquidation Company | $31,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL CZAPIEWSKI<br>15951 57TH ST NE<br>OLSO, MN 56744 | 13739 | Motors Liquidation Company | $36,600.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL D BERNARDINI<br>2157 WESTLAND AVE<br>SAN DIEGO, CA 92104 | 4966 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL D BOLLE<br>24070 S MANARD RD<br>FORT GIBSON, OK 74434 | 4423 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL D CRUMMITT JR<br>PO BOX 277<br>MARTINS FERRY, OH 43935 | 62511 | Motors Liquidation Company | $7,200.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL D HECHT &<br>MARY PHILLIPS HECHT JT TEN<br>252 TILLBROOK RD<br>IRWIN, PA 15642 | 3003 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL D KVIDERA & JANETTE M KVIDERA JT TEN<br>308 NORTH 15TH STREET<br>MARSHALLTOWN, IA 50158 | 51121 | Motors Liquidation Company | $40,405.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL D ROWE<br>& NANCY C ROWE JTTEN<br>3923 COUNTY RD 35<br>AUBURN, IN 46706 | 18930 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MICHAEL D. JONES<br>1244 MAPLEWOOD DR.<br><br>AMBLER, PA 19002 | 20006 | Motors Liquidation Company | $1,289.91 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL DANIEL ROSENMAN<br>ALLEN ROSENMAN<br>145 LAKE DESTINY TR<br>ALTAMONTE SPRINGS, FL 32714 | 12423 | Motors Liquidation Company | $10,360.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL D'ARCANGELIS<br>144 CARLETON AVENUE<br><br>EAST ISLIP, NY 11730 | 8624 | Motors Liquidation Company | $28,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL DAVID ATHERTON &<br>CHRISTINE V ATHERTON JT TEN<br>3728 2ND ST S<br>ARLINGTON, VA 22204 | 17291 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL DESMON<br>AGENT FOR THE<br>DESMON & CREIGHTON PC PSP<br>U/A/D 03/31/1981<br>305 EAST MAPLE ROAD<br>TROY, MI 48083 | 15940 | Motors Liquidation Company | $489,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL DRANSMAN LIVING TRUST<br>MICHAEL AND TERESA DRANSMAN CO-TTEE<br>U/A DTD 11/1/93<br>6345 OAK CREEK DRIVE<br>CINCINNATI, OH 45247 | 31716 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL E CONWAY<br>6249 WILMINGTON WAY<br><br>FLOWERY BR, GA 30542 | 3355 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL E COX & FRANCES COX JT TEN<br>TOD K COX B COX M COXJ COX J COX<br>SUBJECT TO STA RULES<br>1491 CORDERO BAY AVENUE<br>LAS VEGAS, NV 89123 | 3004 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL E EGGLY SCHOLARSHIP FUND<br>29 FLINTSTONE DRIVE<br><br>MARLTON, NJ 08053 | 9926 | Motors Liquidation Company | $3,834.59<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MICHAEL E GURLEY<br>1004 CLOVERDALE CIRCLE<br><br>TALLADEGA, AL 35160 | 12192 | Motors Liquidation Company | $1,575.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL E LYNCH<br>RVA MARQUES DA SILVA 4, 3D<br>1170-224 LISBON PORTUGAL<br><br>PORTUGAL | 13945 | Motors Liquidation Company | $39,624.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL E MULHERN<br>7050 QUITO CT<br><br>CAMARILLO, CA 93012 | 26502 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL E. FISHER<br>16560 GLASTONBURY RD<br><br>DETROIT, MI 48219<br>UNITED STATES OF AMERICA | 67939 | Motors Liquidation Company | $2,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL EDWARD RICKETSON<br>CHARLES SCHWAB & CO<br>IRA ROLLOVER<br>1046 CHASE RD<br>CORNELIA, GA 30571 | 29624 | Motors Liquidation Company | $11,756.27 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL EDWARD RICKETSON<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>1046 CHASE RD<br>CORNELIA, GA 30531 | 29625 | Motors Liquidation Company | $25,504.21 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL F & JUDITH A MEE<br>425 BEACH RD<br>APARTMENT 8 OCEAN<br>TEQUESTA, FL 33469<br>UNITED STATES OF AMERICA | 50627 | Motors Liquidation Company | $107,125.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL F & JUDITH A MEE<br>425 BEACH ROAD APT 8 OCEAN<br><br>TEQUESTA, FL 33469 | 65797 | Motors Liquidation Company | $107,125.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL F ALLAM &<br>GAETANA F ALLAM JT WROS<br>4 YORKSHIRE CT<br>DEARBORN, MI 48126 | 70197 | Motors Liquidation Company | $10,380.35 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| MICHAEL F CARL & YVONNE FRASER CARL JT TEN 45265 WOODLEIGH WAY PLYMOUTH, MI 48170 | 9294 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL F DURTSCHI 652 DAVOS RD BOX 1012 GIRDWOOD, AK 99587 | 8064 | Motors Liquidation Company | $95,110.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL F SALMON 1537 T JEFFERSON CT MAYS LANDING, NJ 08330 | 3232 | Motors Liquidation Company | $34,791.94 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL FARAN 1003 JACKSONVILLE RD BURLINGTON, NJ 08016 | 20353 | Motors Liquidation Company | $8,556.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL G SIGNORE + VIRGINIA R SIGNORE 1385 TIERRA CIR WINTER PARK, FL 32792 | 62912 | Motors Liquidation Company | $17,505.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL G SIGNORE R/O IRA 1385 TIERRA CIR WINTER PARK, FL 32792 | 62913 | Motors Liquidation Company | $17,505.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL GALBRAITH & HEATHER VONHERRMANN MACAMOR FOUNDATION TRUST U/A DTD 11/07/1955 C/O WHITENER CAPITAL MANAGEMENT, INC. PO BOX 7743 ROCKY MOUNT, NC 27804 | 15313 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL GERALD QUINN 15277 FOX RUN TRAIL MISHAWAKA, IN 46545 UNITED STATES OF AMERICA | 62321 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL GRIFFIN 6348 38TH AVE SW SEATTLE, WA 98126 | 7571 | Motors Liquidation Company | $20,613.07 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL GRIFFIN 6348 38TH AVE SW SEATTLE, WA 98126 | 7572 | Motors Liquidation Company | $20,613.07 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MICHAEL GRIFFIN SCHAFER & KATHRYN L SCHAFER JT TEN 602 E AVE R PALMDALE, CA 93550 | 17329 | Motors Liquidation Company | $6,300.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL H CASEY & DIANE T CASEY TTEE 12 APRIAN CT DANVILLE, CA 94526 | 3525 | Motors Liquidation Company | $10,138.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL H PRICE 11435 CEDAR GLEN CIRCLE FLINT, TX 75762 | 13115 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL H WEISSMAN AND MARIANNE WEISSMAN JTWROS INCOME ACCOUNT #2 2 DEER CREEK LANE MOUNT KISCO, NY 10549 | 17069 | Motors Liquidation Company | $97,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL H WEISSMAN AND MARIANNE WEISSMAN JTWROS INCOME ACCOUNT 2 DEER CREEK LANE MOUNT KISCO, NY 10549 | 17070 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL HOLDENRIEDER THALFINGER STRASSE 24 NEU-ULM 89233 GERMANY , GERMANY | 18170 | Motors Liquidation Company | $8,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL I COTHERN 25200 66TH AVE LOS MOLINOS, CA 96055 | 9575 | Motors Liquidation Company | $4,994.47 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL J & MARY BOLAND 34111 STAGECOACH BLVD EVERGREEN, CO 80439 UNITED STATES OF AMERICA | 61164 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL J & MARY M SCHROEDER 2625 HUNTSMAN TRAIL ZEBULON, NC 27597 | 11916 | Motors Liquidation Company | $3,005.49 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MICHAEL J CINGLE<br>4879 SUMMER LN<br><br>BROOKLIN, OH 44144 | 4644 | Motors Liquidation Company | $791.70 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL J CINGLE<br>4879 SUMMER LN<br><br>BROOKLIN, OH 44144 | 16652 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL J CONNOLLY - IRA THROUGH UBS FINANCIAL SERVICES<br>C/O UBS FINANCIAL SERVICES INC.<br>ONE NORTHBROOK PLACE<br>5 REVERE DR<br>NORTHBROOK, IL 60062 | 30378 | Motors Liquidation Company | $1,056.05 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL J CONNOLLY THROUGH TD AMERITRADE<br>C/O TD AMERITRADE<br>DIVISION OF TD AMERITRADE INC.<br>PO BOX 2209<br>OMAHA, NE 68103 | 30379 | Motors Liquidation Company | $1,109.99 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL J CRONIN<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>25 FOX HEDGE RD<br>COLTS NECK, NJ 07722 | 11535 | Motors Liquidation Company | $12,656.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL J FORD<br>200 BROOK AVE<br>TORONTO ON M5M2K6<br>CANADA<br>,<br>CANADA | 19617 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL J GAFFNEY AND<br>CYNTHIA ABBOTT GAFFNEY JTWROS<br>868 LONGWOOD CIRCLE<br>HADDONFIELD, NJ 08033 | 9632 | Motors Liquidation Company | $32,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL J GOLDBERG<br>15 VIA MARINA<br><br>VENICE, CA 90292 | 22475 | Motors Liquidation Company | $75,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL J INTILLE<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>3605 W LAWTHER DR<br>DALLAS, TX 75214 | 3673 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MICHAEL J KOLISCHAK REV TRUST<br>MICHAEL J KOLISCHAK AND<br>MARY B KOLISCHAK CO-TTEES<br>3000 MAGAZINE DR<br>WINSTON SALEM, NC 27106 | 11268 | Motors Liquidation Company | $125,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL J MACOLUS & EVA-MARIE MACOLUS TTEES<br>MICHAEL J & EVA-MARIE MACOLUS<br>TRUST U/A DTD 09/27/07<br>1340 MARGARET ST<br>ST PAUL, MN 55106 | 43296 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL J PHILLIPS<br>401 WEDGEWOOD DR<br>LOWER BURRELL, PA 15068 | 11208 | Motors Liquidation Company | $60,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL J SCHMIDT AND ELIZABETH E SCHMIDT<br>LAUREL ROAD<br>PO BOX 259<br>SOLEBURY, PA 18963 | 19834 | Motors Liquidation Company | $135,610.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL J ZUCKER<br>CHARLES SCHWAB & CO INC CUST<br>SEP-IRA<br>965 W EUCALYPTUS PL<br>TUCSON, AZ 85704 | 64392 | Motors Liquidation Company | $26,189.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL J. GOLDBERG SEP IRA<br>15 VIA MARINA<br>VENICE, CA 90292 | 22476 | Motors Liquidation Company | $125,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL JAMES & LAURA L MOORE<br>31275 BIG RIVER WAY<br>COARSEGOLD, CA 93614 | 18949 | Motors Liquidation Company | $100.33 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL JAY ZUCKER<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>965 W EUCALYPTUS PL<br>TUCSON, AZ 85704 | 64391 | Motors Liquidation Company | $98,928.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL JAY ZUCKER<br>965 W EUCALYPTUS PL<br>TUCSON, AZ 85704 | 64393 | Motors Liquidation Company | $63,499.45 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MICHAEL JAY ZUCKER TTEE<br>RYTE OPTICAL INC DEF BEN PEN P<br>U/A DTD 05/01/1998<br>965 W EUCALYPTUS PL<br>TUCSON, AZ 85704 | 64390 | Motors Liquidation Company | $50,637.55 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL JESS COMPKINS LIVING TRUST<br>2731 AVERY RD<br>ST JOHNS, MI 48879 | 5848 | Motors Liquidation Company | $9,356.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL KAPLAN R/O IRA<br>FCC AS CUSTODIAN<br>45 COPPERMINE RD<br>PRINCETON, NJ 08540 | 21916 | Motors Liquidation Company | $50,270.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL KAPLAN R/O IRA<br>FCC AS CUSTODIAN<br>45 COPPERMINE RD<br>PRINCETON, NJ 08540 | 27358 | Motors Liquidation Company | $50,270.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL KRAUT<br>MELANIE M KRAUT<br>10 WINTHROP AVE<br>LARCHMONT, NY 10538 | 16199 | Motors Liquidation Company | $500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL L & LINDA A SWEENEY<br>5452 WOODSTREAM CT<br>GAINESVILLE, GA 30507 | 30987 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL L DILLER<br>TOD ACCOUNT<br>BOX 178<br>SOUTH SHORE, KY 41175 | 15373 | Motors Liquidation Company | $10,105.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL L MATTHEWS & TERRI M HANDEY JTWROS<br>38 SETH JOHNSON DRIVE<br>WETUMPKA, AL 36093<br>UNITED STATES OF AMERICA | 16758 | Motors Liquidation Company | $65,350.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL L SANDOZ<br>5113 KINGSWAY<br>ANACORTES, WA 98221<br>UNITED STATES OF AMERICA | 14583 | Motors Liquidation Company | $30,891.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MICHAEL L SWEENEY<br>5452 WOODSTREAM CT<br><br>GAINESVILLE, GA 30507 | 30988 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL L WOLINSKI<br>121 LEANNE DRIVE<br>WOODLAWN ESTATES<br>MIDDLETOWN, DE 19709 | 65205 | Motors Liquidation Company | $5,109.41 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL L. MESTER<br>MICHAEL L & ELIZABETH J. MESTER<br>225 KENTUCKY DRIVE<br>LOWER BURRELL, PA 15068<br>UNITED STATES OF AMERICA | 28576 | Motors Liquidation Company | $15,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL LEE KELLER<br>6537 DAVIDSBURG RD<br><br>DOVER, PA 17315 | 68118 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL LIVINGSTONE MILNE<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>5352 WATERFORD DRIVE<br>DUNWOODY, GA 30338 | 19772 | Motors Liquidation Company | $12,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL LIVINGSTONE MILNE<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>5352 WATERFORD DR<br>DUNWOODY, GA 30338 | 19773 | Motors Liquidation Company | $12,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL MANES<br>WEDBUSH MORGAN SEC CTDN<br>IRA CONT 01/17/06 ALT INV<br>6002 W ALDER AVE<br>LITTLETON, CO 80128 | 8868 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL MCADAMS AND<br>DIANE MCADAMS JTWROS<br>1509 LARK BLVD.<br>STUART, FL 34996 | 28911 | Motors Liquidation Company | $4,234.44 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL MCCARTY<br>245 HEMLOCK AVE<br><br>CARLSBAD, CA 92008 | 3008 | Motors Liquidation Company | $97,267.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MICHAEL MICHELETTI TTEE<br>BY ETILO B MICHELETTI TRUST<br>1730 PICKWICK LN<br>GLENVIEW, IL 60026 | 16727 | Motors Liquidation Company | $810.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL MIGDOLL<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>930 DONNER AVE<br>SONOMA, CA 95476 | 64484 | Motors Liquidation Company | $25,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL MOSKALUK<br>PO BOX 6571<br>EDISON, NJ 08818 | 8579 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL NAVILIO<br>2404 S WOLCOTT, UNIT 2627<br>CHICAGO, IL 60608 | 58675 | Motors Liquidation Company | $155,554.24 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL NIGHTINGALE<br>5 WEDGEWOOD COURT<br>GLEN HEAD, NY 11545<br>UNITED STATES OF AMERICA | 67816 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL O WARREN<br>11911 APPLING VALLEY RD<br>FAIRFAX, VA 22030 | 20902 | Motors Liquidation Company | $23,380.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL P BECKET<br>2722 ELDER RD<br>KATY, TX 77493 | 69378 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL PALUMBO<br>12 FERNWOOD PL<br>OLD BRIDGE, NJ 08857 | 17066 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL PONEROS<br>275 SQUAWBROOK ROAD<br>WYCKOFF, NJ 07481<br>UNITED STATES OF AMERICA | 45816 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL R GROSODONIA AND<br>JOANNA M GROSODONIA TEN COM<br>PO BOX 10819<br>ROCHESTER, NY 14610 | 28947 | Motors Liquidation Company | $200,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MICHAEL R HIGEL & JEANETTE J HIGEL JTTEN TOD JENNY SHIN & MIKE HIGEL SUBJECT TO STA RULES 1630 LANDFALL DRIVE NOKOMIS, FL 34275 | 9662 | Motors Liquidation Company | $9,807.28 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL R LUFRANO 5707 N RAVENSWOOD CHICAGO, IL 60660 | 6340 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL R LUFRANO 5707 N RAVENSWOOD CHICAGO, IL 60660 | 63200 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL R MONTEMURRO AND MICHAEL R MONTEMURRO AND DOROTHY M MONTEMURRO TTEE FBO MICHAEL R & DOROTHY M MONTEMURRO REV TR DTD 10/14/98 3524 7TH AVENUE APT 432 KENOSHA, WI 53140 | 31875 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL R. LINN R/O IRA MICHAEL LINN IRA C/O MICHAEL LINN 5675 GOLFRIDGE DR ALMA, MI 48801 | 17115 | Motors Liquidation Company | $5,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL ROACH & PATSY ROACH JTWROS 2387 TOBY RD EATON, OH 45320 | 9473 | Motors Liquidation Company | $20,331.51 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL ROTHMAN 10 ANTOINE COURT HUNTINGTON, NY 11743 | 14149 | Motors Liquidation Company | $5,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL S BLICHA 5737 BROAD ST SOUTH PARK, PA 15129 | 12793 | Motors Liquidation Company | $10,297.18 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL S BRODER CGM IRA ROLLOVER CUSTODIAN 908 HUNTSFORD TERR THOMASVILLE, NC 27360 | 6346 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MICHAEL S DEUTSCH<br>9 WOODSIDE DR<br>STRATHAM, NH 03885 | 12935 | Motors Liquidation Company | $75,705.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL S QUINN<br>3419 SHANDON RD<br>ROCK HILL, SC 29730 | 45164 | Motors Liquidation Company | $10,218.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL SALERNO<br>151 FEDERAL ROAD<br>MONROE TOWNSHIP, NJ 08831 | 12245 | Motors Liquidation Company | $26,808.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL SANH HUU TRAN<br>1036 MONTCLAIR ROAD<br>BIRMINGHAM, AL 35213 | 29863 | Motors Liquidation Company | $9,845.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL SANH HUU TRAN<br>1036 MONTCLAIR RD<br>BIRMINGHAM, AL 35213 | 65834 | Motors Liquidation Company | $9,845.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL SCHARL<br>2541 RED FOX TR<br>TROY, MI 48098 | 18829 | Motors Liquidation Company | $10,536.76 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL SCHOENFELDER<br>PERSHING LLC AS CUSTODIAN<br>1110 CLINTON ST #7<br>HOBOKEN, NJ 07030 | 17034 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL SEITZ TTEE<br>MICHAEL SEITZ DDS<br>DEFINED CONTRIBUTION PLAN DTD 1/1/82<br>299 ANGOLA ROAD<br>CORNWALL, NY 12518 | 11349 | Motors Liquidation Company | $10,887.17 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL SELDEN<br>PO BOX 1966<br>YUCCA VALLEY, CA 92286 | 44438 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL SELDEN<br>PO BOX 1966<br>YUCCA VALLEY, CA 92286 | 65179 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Third Omnibus Objection

## Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MICHAEL SHAFFER<br>33065 SPRING GARDEN DRIVE<br><br>GLADE SPRING, VA 24340<br>UNITED STATES OF AMERICA | 50839 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL STANWOOD<br>8314 FOREST GATE DR<br><br>SUGAR LAND, TX 77479 | 16428 | Motors Liquidation Company | $201,322.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL STIERMAN<br>12704 SHADOW RUN BLVD<br><br>RIVERVIEW, FL 33569 | 6728 | Motors Liquidation Company | $17,370.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL STUDER<br>6818 E SANDRA TERRACE<br><br>SCOTTSDALE, AZ 85254 | 12618 | Motors Liquidation Company | $35,284.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL T CHRISTIAN, SR.<br>110 BELMEADE CIRCLE<br><br>JOHNSON CITY, TN 37601 | 790 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL T CRIMMINS<br>PO BOX 729<br><br>MONTVILLE, NJ 07045 | 27406 | Motors Liquidation Company | $70,890.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL T HUDSON AND<br>LINDA B HUDSON JTWROS<br>2 CLUBHOUSE DR<br>ROGERS, AR 72758 | 28806 | Motors Liquidation Company | $496,637.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL T MICHELETTI TRUSTEE<br>ETILO B MICHELETTI<br>1950 ROBINCREST LN<br>GLENVIEW, IL 60025 | 16728 | Motors Liquidation Company | $810.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL T MINEO<br>2005 DRYDEN<br><br>HOUSTON, TX 77030 | 18212 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL THAYER<br>BOX 777<br><br>NORTH VERNON, IN 47265 | 1542 | Motors Liquidation Company | $4,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MICHAEL TORRENTO TTEE<br>M J TORRENTO & A TORRENTO REV TR<br>U/A DTD 07/14/1997<br>22501 MASONIC BLVD<br>ST CLAIR SHORES, MI 48082 | 11891 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL TSAO<br>5662 OAKLEY TER<br>IRVINE, CA 92603 | 65207 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL W GERLACH<br>7411 CLEARWATER ST<br>ENGLEWOOD, FL 34224<br>UNITED STATES OF AMERICA | 68669 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL W KUBICHEK<br>1704 RIVIERA CT<br>PT PLEASANT, NJ 08742 | 17493 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL W LAMPOS TRUST<br>16491 RIVERWIND DR<br>JUPITER, FL 33477 | 65034 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL W ROEHRIG, LIV TRUST UA DTD 4/13/96<br>MICHAEL W ROEHRIG, TRUSTEE<br>21100 MICHAEL CT<br>ST CLAIR SHORES, MI 48081 | 17106 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL W STUART<br>104 FAIRINGTON<br>TROY, IL 62294 | 18677 | Motors Liquidation Company | $903.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL WEBER AND JENNIFER WEBER TRUSTEES<br>JENNIFER J WEBER REVOCABLE TRUST<br>7373 SAHALEE DR<br>DENVER, NC 28037 | 9326 | Motors Liquidation Company | $148,345.20 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL WEINREIS<br>TOD REGISTRATION<br>7108 TAMARACK CT<br>THIENSVILLE, WI 53092 | 14271 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MICHAEL WYCISK<br>CHRISTOPH-PROBST-STRASSE 8<br>APPARTMENT 335<br>80805 MUENCHEN GERMANY<br>,<br>GERMANY | 63231 | Motors Liquidation Company | $1,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAELENE M BATTAGLIA<br>TOD REGISTRATION<br>10104 S WOOD ST<br>CHICAGO, IL 60643 | 63218 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAELENE M BATTAGLIA<br>TOD REGISTRATION<br>10104 S WOOD STREET<br>CHICAGO, IL 60643 | 63219 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHEAL J EBELS<br>3261 S VANDER MEULEN<br>LAKE CITY, MI 49651 | 9809 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHEL COTE<br>34 RUE MARTIN<br>ST ETIENNE DE LAUZON QUEBEC G6J 1P3 CANADA<br>CANADA | 36915 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHEL HABCHI ET/OU YOLLA HABCHI NEE SALAME<br>C/O EMIRATES LEBANON BANK- AGENCE JOUNIEH<br>CENTRE BADOUI - PLACE MUNICIPALITE<br>JOUNIEH LIBAN PO BOX 11<br>1608 BEIRUT LEBANON<br>LEBANON | 39269 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHELE A BELSON C/F<br>GENOA G. BELSON<br>U/IL/UTMA<br>5 BENEDICT AVENUE<br>PORTSMOUTH, RI 02871 | 12683 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHELE ELIEZER<br>PO BOX 15496<br>NEW ORLEANS, LA 70175 | 69022 | Motors Liquidation Company | $2,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHELE H BROWNSTEIN A/C/F BLAKE<br>BROWNSTEIN, UTMA CT<br>ONE BRADLEY RD, STE 305<br>WOODBRIDGE, CT 06525 | 22921 | Motors Liquidation Company | $31,617.41 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MICHELE MCDONALD<br>TOD ACCOUNT<br>112 COUNTY ROAD 4325<br>PITTSBURG, TX 75686 | 31275 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHELE S WHITLATCH<br>CUSTODIAN UNDER AZ/UTMA FOR<br>SUZANNAH M WHITLATCH<br>5330 E GOLDER RANCH RD<br>TUCSON, AZ 85739 | 69584 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHELINA KNAPP TRUST<br>MICHELINA KNAPP TTEE<br>OTTO A KNAPP TTEE<br>U/A DTD 07/24/2000<br>4812 SUNSET DR<br>VERO BEACH, FL 32963 | 18495 | Motors Liquidation Company | $35,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHELLE COHAN<br>JILL SIMPSON TTEE<br>PO BOX 229<br>450 TILTON RD<br>NORTHFIELD, NJ 08225 | 28728 | Motors Liquidation Company | $12,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHELLE M MAYNE-BERRY TTEE OF<br>THE EDWARD F MAYNE JR TR DTD<br>06/12/2001 FBO THE CHILDREN OF<br>DAWN WIENS<br>350 JUNIPER HILL RD<br>RENO, NV 89519 | 59914 | Motors Liquidation Company | $150,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHELLE M MAYNE-BERRY TTEE OF<br>THE EDWARD F MAYNE JR TR DTD 06/1<br>2/2001 FBO DAWN WIENS<br>350 JUNIPER HILL ROAD<br>RENO, NV 89519 | 59915 | Motors Liquidation Company | $125,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHELLE STONEBURN<br>26 W 10 ST<br>NEW YORK CITY, NY 10011 | 8300 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHELSON LIVING TRUST<br>C/O RICHARD L MICHELSON<br>IRENE A MICHELSON, TTEES<br>1654 COYOTE RD<br>PRESCOTT, AZ 86303 | 23964 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| MICHELSON LIVING TRUST<br>UAD 06/23/08<br>RICHARD MICHELSON &<br>IRENE A MICHELSON TTEES<br>1654 COYOTE RD<br>PRESCOTT, AZ 86303 | 23965 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHELSON LIVING TRUST<br>UAD 06/23/08<br>RICHARD MICHELSON & IRENE A MICHELSON TTEES<br>1654 COYOTE RD<br>PRESCOTT, AZ 86303 | 23966 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHELSON LIVING TRUST<br>UAD 06/23/08<br>RICHARD MICHELSON & IRENE A MICHELSON TTEES<br>1654 COYOTE RD<br>PRESCOTT, AZ 86303 | 23967 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHIGAN ASSOCIATION OF PRIVATE CAMPGROUND OWNERS (MAPCO)<br>ATTN WAYNE PURCHASE<br>325 N MT TOM RD  STE B<br>MIO, MI 48647 | 11123 | Motors Liquidation Company | $37,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHIGAN MEDICAL ANESTHESIA PC<br>PFT SH PLN & TST U/A 11/01/84<br>1143 KINGS CARRIAGE RD<br>GRAND BLANC, MI 48439 | 13430 | Motors Liquidation Company | $11,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICK A NAULIN FOUNDATION INC<br>N73 W15906 EDELWEISS LA<br>MENOMONEE FALLS, WI 53051 | 12884 | Motors Liquidation Company | $9,045.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MIDDLE EAST SHIPPING<br>AGENCIES OVERSEAS LTD<br>19 MILTIADOU STR<br>GLYFADA 16675 GREECE<br><br>GREECE | 20927 | Motors Liquidation Company | $250,020.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MIGUEL ANGEL BALTANAS AND ANA MARIA DEL ROSARIO VALENCIA<br>PRIMERO DE MAYO 3317<br>3000 SANTA FE ARGENTINA<br><br>ARGENTINA | 46242 | Motors Liquidation Company | $60,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MIGUEL ANGEL DE ALVA & MARIA LEVY DE ALVA<br>PRIVADA PILAV #111 COL HACIENDA EL ROSARIO<br>SAN PEDRO GARZA GARCIA NL 66247 MEXICO<br>,<br>MEXICO | 21328 | Motors Liquidation Company | $76,991.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| MIGUEL G MOLINA<br>10 MEADOW LANE<br>GARDEN HILLS<br>00966 GUAYNABO PUERTO RICO<br>,<br>PUERTO RICO | 47974 | Motors Liquidation Company | $95,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MIGUEL SOTO AND ROSA G SOTO<br>4141 CORAL TREE CIRCLE<br>#341<br>COCONUT CREEK, FL 33073 | 12395 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MIGUEL VILLALOBOS<br>3840 SW 128 AVE<br>MIAMI, FL 33175 | 1167 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MIGUEL YUNES SADDI<br>ELISA DEL C CAPITAINE DE YUNES &<br>MAURICIO YUNES C JT TEN<br>TOD DTD 04/02/2009<br>CLLE 33 SUR #3904 COL LAS ANIMAS ,PUEBLA PUE CP 72400 MEXICO<br>,<br>MEXICO | 18853 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MIJANKA S.A<br>6410 NW 82ND AVE # 0037<br>MIAMI, FL 33166 | 13752 | Motors Liquidation Company | $35,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MIJANKA SA<br>64010 NW 82ND AVE 0#0037<br>MIAMI, FL 33166<br>UNITED STATES OF AMERICA | 15279 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MIKAEL WINTERS<br>551 SW 131 AVE<br>DAVIE, FL 33325 | 740 | Motors Liquidation Company | $1,008.80 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MIKE E NEICOFF<br>AGNES NEICOFF, TRUSTEES<br>500 PINENEEDLE CT<br>ROSEVILLE, CA 95747 | 36159 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MIKE RAPASARDI<br>1221 18 1/2 RD<br>FRUITA, CO 81521 | 4212 | Motors Liquidation Company | $14,350.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MIKE S CHATTERTON & WENDY A CHATTERTON JT TEN 40892 IRIS RD SQUAW VALLEY, CA 93675 | 6897 | Motors Liquidation Company | $20,494.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MIKHAIL BENFELD 2 GODWIN AVE FAIR LAWN, NJ 07410 | 37721 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MILDRED A VENESI 4000 TUNLAW ROAD N W WASHINGTON, DC 20007 | 36109 | Motors Liquidation Company | $7,638.28 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MILDRED BARBARA SANTOPOLO TRUST JOHN SANTOPOLO TTEE 1570 STEVENSON RD HEWLETT, NY 11557 | 15718 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MILDRED CONOVER 1592 SIX POINT COURT WORTHINGTON, OH 43085 | 10437 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MILDRED EPSTEIN FAMILY TRUST UAD 12/12/02 HAROLD EPSTEIN & TAMARA K LEVINE TTEES 795 PROSPECT AVE  APT A3 HARTFORD, CT 06105 | 3999 | Motors Liquidation Company | $50,143.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MILDRED F MILLER 509 ROUTE 530 WHITING, NJ 08759 | 64366 | Motors Liquidation Company | $3,860.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MILDRED FOX CUMMINGS 1630 SHERIDAN ROAD WELMETTE, IL 60091 | 8030 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MILDRED FOX CUMMINGS 1630 SHERIDAN RD WILMETTE, IL 60091 | 8031 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MILDRED GRAEF 5054 SEABREEZE DRIVE SAN ANTONIO, TX 78220 | 44871 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MILDRED GRANITZ<br>18 THE CIRCLE<br><br>EAST HAMPTON, NY 11937 | 17647 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MILDRED H KRNACIK<br>11465 CANTERBURY DR<br><br>STERLING HTS, MI 48312 | 11985 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MILDRED HARRIS<br>LLOYD G HARRIS TTEES<br>U/A/D 11-02-1999<br>FBO THE HARRIS LIVING TRUST<br>3A ROTHWELL DR<br>MONROE TWP, NJ 08831 | 16269 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MILDRED HIESIGER<br>11753 CASTELLON CT<br><br>BOYNTON BEACH, FL 33437 | 11144 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MILDRED J BROWN TTEE OF THE<br>MILDRED J BROWN TRUST DTD 1/23/85<br>3500 GALT OCEAN DR APT 310<br>FT LAUDERDALE, FL 33308 | 9012 | Motors Liquidation Company | $23,063.81 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MILDRED K GRIMM<br>2850 S OCEAN BLVD<br>APT 513<br>PALM BEACH, FL 33480 | 8717 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MILDRED KESSELER<br>C/O JOAN JACOBS EXECUTOR<br>8114 146TH CT NE<br>REDMOND, WA 98052<br>UNITED STATES OF AMERICA | 15531 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MILDRED LUECKE<br>3845 W COLLEGE AVE<br><br>MILWAUKEE, WI 53221 | 11220 | Motors Liquidation Company | $300,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MILDRED LUECKE<br>3845 WEST COLLEGE AVE.<br><br>MILWAUKEE, WI 53221<br>UNITED STATES OF AMERICA | 11309 | Motors Liquidation Company | $187,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MILDRED LUECKE<br>3845 W. COLLEGE AVE<br><br>MILWAUKEE, WI 53221<br>UNITED STATES OF AMERICA | 17715 | Motors Liquidation Company | $300,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MILDRED LUECKE<br>3845 WEST COLLEGE AVE<br><br>MILWAUKEE, WI 53221 | 17756 | Motors Liquidation Company | $187,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MILDRED M APGAR<br>36112 WATSONIA ST<br><br>FORT MILL, SC 29707 | 15977 | Motors Liquidation Company | $11,141.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MILDRED MCCONNELL & JOAN SALTER<br>302 OVERLOOK DR<br><br>OPELIKA, AL 36801 | 22452 | Motors Liquidation Company | $26,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MILDRED N RYAN REV TR DATED 10/21/99<br>C/O MILDRED N RYAN<br>1417 SADLER ROAD #379<br>FERNANDINA BEACH, FL 32034 | 2355 | Motors Liquidation Company | $6,394.80 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MILDRED O CHRISTIAN<br>8911 LAKE DR #406<br><br>CAPE CANAVERAL, FL 32920 | 13235 | Motors Liquidation Company | $48,287.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MILDRED RAGOZINE<br>4301 SAGEMORE DR<br><br>MARLTON, NJ 08053 | 6510 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MILDRED S PALETTA<br>111 HIGHLAND AVE<br><br>NEW KENSINGTON, PA 15068 | 8116 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MILDRED S RODRIGUEZ TTEE<br>THE RODRIGUEZ FAMILY TRUST U/A<br>DTD 08/31/1992<br>2101 W UNIVERSITY AVE<br>STILLWATER, OK 74074 | 17640 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MILDRED STONE TTEE<br>MILDRED STONE REV TRUST<br>U/A DTD DEC 2 1992<br>6152 N VERDE TRAIL APT B-211<br>BOCA RATON, FL 33433 | 23115 | Motors Liquidation Company | $25,485.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MILDRED STROM<br>BY MILDRED STROM REVCBLE TRUST<br>859 JEFFORY ST #706<br>BOCA RATON, FL 33487 | 15368 | Motors Liquidation Company | $42,241.71 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MILDRED T AMOS<br>CGM IRA CUSTODIAN<br>603 OVERBROOK RD<br>BALTIMORE, MD 21212 | 63189 | Motors Liquidation Company | $4,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MILDRED T AMOS<br>CGM IRA BENEFICIARY CUSTODIAN<br>BENEF OF WILLIAM AMOS<br>603 OVERBROOK RD<br>BALTIMORE, MD 21212 | 63190 | Motors Liquidation Company | $4,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MILDRED TAYLOR<br>12 ESSEX ROAD<br>SCOTCH PLAINS, NJ 07076 | 16342 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MILDRED WEITZEL<br>23925 LAKE RD<br>BAY VILLAGE, OH 44140 | 45286 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MILDRED WHITTEN<br>S 1434 WALNUT ST<br>SPOKANE, WA 99203 | 68544 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MILDRED WILLIAMS<br>1914 DOBBS RD<br>ALEX CITY, AL 35010 | 7336 | Motors Liquidation Company | $9,675.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MILDRED WILLIAMS<br>1914 DOBBS RD<br>ALEX CITY, AL 35010 | 10416 | Motors Liquidation Company | $9,675.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MILDRED WOOD<br>340 E 80 ST 11L<br>NEW YORK, NY 10015 | 65967 | Motors Liquidation Company | $13,845.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MILDRED WUERTHNER (IRA)<br>FCC AS CUSTODIAN<br>5250 WOODLAND LAKES DR APT 226<br>PALM BCH GDNS, FL 33418 | 16361 | Motors Liquidation Company | $9,753.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MILEWICZ INVESTMENTS LLC<br>ALLEN L MILEWICZ CONTROLLING MGR<br>3715 FARBER ST<br>HOUSTON, TX 77005 | 70017 | Motors Liquidation Company | $7,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MILEWICZ INVESTMENTS LLC<br>C/O ALLEN L MILEWICZ CONTROLLING MGR<br>3715 FARBER ST<br>HOUSTON, TX 77005 | 70018 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MILITZA RADKOVICH IRA<br>5230 BELLINGHAM AVENUE UNIT 5<br><br>VALLEY VILLAGE, CA 91607<br>UNITED STATES OF AMERICA | 27245 | Motors Liquidation Company | $30,988.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MILLARD E GLEB<br>RBC CAPITAL MARKETS CUSTODIAN<br>MILLARD E GLEB, INDIVIDUAL RETIREMENT ACCOUNT<br>2404 POINTVIEW PL NW<br>GIG HARBOR, WA 98335 | 2575 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MILLER FAMILY INVESTMENT LP<br>17430 CAMPBELL RD STE 230<br><br>DALLAS, TX 75252 | 61912 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MILLER, LANNY R<br>900 DAMON ST<br><br>AKRON, OH 44310 | 62067 | Motors Liquidation Company | $16,753.48 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MILLICENT A PICKER<br>240 VALLEY FORGE LOOKOUT PL<br><br>RADNOR, PA 19087 | 16079 | Motors Liquidation Company | $11,419.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MILLYCENT MARCUS<br>102 LAKE HELEN DR<br><br>WEST PALM BEACH, FL 33411 | 7326 | Motors Liquidation Company | $18,826.35 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MILO & MARIE CARROLL<br>PO BOX 144<br><br>ELLENDALE, MN 56026<br>UNITED STATES OF AMERICA | 12489 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MILTON B HANCOCK & SHIRLEY A KING JT TEN 3308 COUNTRYSIDE ST. BRANDON, FL 33511 | 48439 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MILTON C COTTEN 490 COSTA MESA ST COSTA MESA, CA 92627 | 13144 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MILTON C COTTEN TTEE ETHELYN G COTTEN TTE 490 COSTA MESA ST COSTA MESA, CA 92627 | 13657 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MILTON E AND IRENE S NATHAN 19435 FRIAR ST TARZANA, CA 91335 | 17417 | Motors Liquidation Company | $19,147.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MILTON E KINCANNON 32898 EDGEWATER ISLE SAN BENITO, TX 78586 | 6733 | Motors Liquidation Company | $75,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MILTON GIGEAR PO BOX 276 SUTHERLIN, OR 97479 | 64447 | Motors Liquidation Company | $8,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MILTON GRAY IRA 1002 11TH ST NW GREAT FALLS, MT 59404 | 14660 | Motors Liquidation Company | $1,716.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MILTON HANCOCK 3308 COUNTRYSIDE DR BRANDON, FL 33511 | 48431 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MILTON HANCOK 3308 COUNTRYSIDE DR BRANDON, FL 33511 | 48438 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MILTON KOSTROFF 23 GRASSFIELD RD GREAT NECK, NY 11024 | 29731 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| MILTON L GAMSEY & ROSALIND L GAMSEY<br>6034 RIVER RD<br><br>NORFOLK, VA 23505 | 17434 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MILTON ROSENTHAL<br>INGE ROSENTHAL<br>7505 DEVERON CT<br>SAN JOSE, CA 95135 | 4117 | Motors Liquidation Company | $19,920.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MILTON SCHERTZ<br>8180 BELLWORT PL<br><br>BOYNTON BEACH, FL 33472<br>UNITED STATES OF AMERICA | 7770 | Motors Liquidation Company | $10,305.59 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MILTON ZIPPER LIVING TRUST<br>MILTON ZIPPER TTEE<br>U/A DTD 5/22/02<br>460 EAST OCEAN AVE., APT 105<br>LANTANA, FL 33462 | 3654 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MIMI C CERNIGLIA CO TRUSTEE<br>WILLIAM N CERNIGLIA CO TRUSTEE<br>U/A/D 11-4-85 BY SAMUEL CERNIGLIA GRANTOR<br>40 RAINTREE LANE<br>ORMOND BEACH, FL 32174 | 2165 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MIMI RATERMAN CUST FBO LANCE RATERMAN UTMA/MO<br>MIMI AND BRYAN RATERMAN<br>2063 HILLSIDE LN<br>HERMANN, MO 65041 | 3585 | Motors Liquidation Company | $4,985.21 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MIN YU<br>2340 N COMMONWEALTH APT 507<br><br>CHICAGO, IL 60614 | 64898 | Motors Liquidation Company | $17,880.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MIN YU<br>2340 N COMMONWEALTH APT 507<br><br>CHICAGO, IL 60614 | 64899 | Motors Liquidation Company | $1,440.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MINA & MEHDI KAROON JTWROS<br>10590 WILSHIRE BLVD #1201<br><br>LOS ANGELES, CA 90024 | 69198 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 25

Sixty-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MINA AND MEHDI KAROON JT WROS<br>MINA AND MEHDI KAROON<br>10590 WILSHIRE BLVD APT 1201<br>LOS ANGELES, CA 90024 | 67891 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MINA WEISS<br>10175 COLLINS AVE APT 306<br>BAL HORBOUR, FL 33154 | 9063 | Motors Liquidation Company | $450,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MINALDO CARLO & DAINESE CRISTINA<br>VIA GIORGIO LA PIRA N 13<br>35030 RUBANO PD ITALY<br>ITALY | 63620 | Motors Liquidation Company | Unliquidated<br>Foreign Currency | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MINALDO CARLO & DAINESE CRISTINA<br>VIA GIORGIO LA PIRA NO13<br>35030 RUBANO - PD - ITALY<br>ITALY | 63980 | Motors Liquidation Company | $200,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MINDY BERSTEIN IRA<br>MINDY BERSTEIN<br>300 EDWARDS ST 3MW<br>ROSLYN HEIGHTS, NY 11577 | 49539 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MINERVA LEAH GLASTON<br>8288 WATERLINE DR #106<br>BOYNTON BEACH, FL 33412 | 49572 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MINNA LANTNER<br>2611 E 63RD ST<br>BROOKLYN, NY 11234 | 16417 | Motors Liquidation Company | $5,291.88 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MINNETTE DIAMOND TTEE<br>DIAMOND FAMILY MARITAL TRUST<br>U/A DTD 7/7/92<br>22991 STONEBRIDGE<br>CUPERTINO, CA 95014 | 22411 | Motors Liquidation Company | $5,338.89 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MINNIE OPAL RAMEY &<br>MELANIE LYNN WHITE &<br>ETHEL ELAINE RINEHART JT WROS<br>2661 ADAMS RD<br>BEAVER, OH 45613 | 15736 | Motors Liquidation Company | $150,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MIRCEA ABRAMOVICI & ANA MARIA ABRAMOVICI JT TEN 30 SPICE DR WASHINGTON TP, NJ 07676 | 17664 | Motors Liquidation Company | $21,983.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MIRCEA ABRAMOVICI IRA FCC AS CUSTODIAN 30 SPICE DR WASHINGTON TP, NJ 07676 | 17840 | Motors Liquidation Company | $9,290.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MIRCEA ABRAMOVICI ROTH IRA FCC AS CUSTODIAN 30 SPICE DR WASHINGTON TP, NJ 07676 | 18175 | Motors Liquidation Company | $4,171.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MIRCEA BRADESCU 850 N EL CAMINO REAL APT 440 SAN MATEO, CA 94401 | 28658 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MIRIAM A EDWARDS U/A 10-3-74 BY ALFRED H EDWARDS 28455 CANO MISSION VIEJO, CA 92692 | 44398 | Motors Liquidation Company | $10,002.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MIRIAM A EDWARDS 28455 CANO MISSION VIEJO, CA 92692 | 44399 | Motors Liquidation Company | $10,879.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MIRIAM B MADDUX & BARBARA J BEGG JT TEN 1055 2ND AVE # 2A NEW YORK, NY 10022 | 22150 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MIRIAM BENQUIS ENGAS AVDA QUINCHAMALI #14258 LAS CONDES SANTIAGO DE CHILE CHILE | 22316 | Motors Liquidation Company | $162,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MIRIAM CUTLER AND ELIZABETH L CUTLER JTWROS 7 MADISON LANE AVON, CT 06001 | 8834 | Motors Liquidation Company | $5,929.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MIRIAM DENNIS<br>14028 CAMBERRA CT<br>CHESTERFIELD, MO 63017 | 28295 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MIRIAM E. NELSON AND JUDITH WEINSTOCK, MD<br>145 ROUTE 37 S<br>SHARMAN, CT 06784 | 10487 | Motors Liquidation Company | $26,012.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MIRIAM K WEINBERG<br>11476 ALIENTO CT<br>SAN DIEGO, CA 92127 | 22555 | Motors Liquidation Company | $430.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MIRIAM LAWRENCE<br>JOSEPH LAWRENCE<br>11377 SW 84TH ST<br>APT 232<br>MIAMI, FL 33173 | 12542 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MIRIAM LAWRENCE<br>JOSEPH LAWRENCE<br>11377 SW 84TH ST APT 232<br>MIAMI, FL 33173 | 12543 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MIRIAM PAGNAM<br>959 GARRISON RD<br>VINELAND, NJ 08360<br>UNITED STATES OF AMERICA | 22172 | Motors Liquidation Company | $10,540.18 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MIRIAM PUTTER<br>1089 EASTBROOK RD<br>MARTINSVILLE, NJ 08836<br>UNITED STATES OF AMERICA | 14783 | Motors Liquidation Company | $11,316.37 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MIRIAM PUTTER<br>1089 EASTBROOK RD<br>MARTINSVILLE, NJ 08836<br>UNITED STATES OF AMERICA | 14784 | Motors Liquidation Company | $54,831.59 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MIRIAM ROBBINS<br>TOD REGISTRATION<br>1000 ISLAND BLVD.<br>APT. #508W<br>AVENTURA, FL 33160 | 6497 | Motors Liquidation Company | $4,900.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 28

Sixty-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MIRIAM STERN & SHEYA R STERN JT TEN 1317 E 4TH ST BROOKLYN, NY 11230 | 6593 | Motors Liquidation Company | $4,357.70 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MIRIAM T BROWN IRA ACCOUNT C/O ISABEL B BOGGS POA 804 ARCADIA LAKES DR COLUMBIA, SC 29206 | 63177 | Motors Liquidation Company | $17,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MIRIELLE M HOULE PO BOX 7029 HUDSON, FL 34674 UNITED STATES OF AMERICA | 4732 | Motors Liquidation Company | $2,400.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MIRZA H MEGHJI CHARLES SCHWAB & CO INC CUST IRA ROLLOVER DTD 07/31/1999 5632 ROSSER CT LILBURN, GA 30047 | 7430 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MISKEL E & CHARLOTTE A ELLER 3 DOGWOOD LANE BARBOURSVILLE, WV 25504 UNITED STATES OF AMERICA | 27008 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MISS CORINNE BOREN 685 W END AVE # 8E NEW YORK, NY 10025 | 14088 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MISS JO ANN HITMAN 328 HARMONY CHURCH RD GILLSVILLE, GA 30543 | 36658 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MITCHELL A DAVIS 350 BJ MEMORY LN TULLAHUMA, TN 37388 | 7925 | Motors Liquidation Company | $54,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MITCHELL J LEVINE 21 BEDFORD LANE LINCOLN, MA 01773 | 62396 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Third Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MITCHELL J STACHEL & DOLORES STACHEL PO BOX 273 METAMORA, MI 48455 | 12485 | Motors Liquidation Company | $5,124.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MITCHELL LEVINE 21 BEDFORD LANE LINCOLN, MA 01773 | 62397 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MITCHELL S CAMP 44 OAK ST HARRINGTON PK, NJ 07640 | 3476 | Motors Liquidation Company | $27,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MITCHELL WALTON TIMBERLAKE C/O MITCHELL TIMBERLAKE 2884 JOHNSON SPRINGS RD MUNFORDVILLE, KY 42765 | 27196 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MLPF & S  CUST FPO GERALD BAKER/BASIC MR GERALD BAKER PO BOX 180 BROOKSIDE, NJ 07926 | 14016 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MLPF & S CUST FBO JEROME DALE BOSEK IRRA 318 HWY 55 PO BOX 12 WENDELL, MN 56590 | 16077 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MLPF&S CUS. FBO JOHN RAGOZINE JOHN RAGOZINE 4301 SAGEMORE DR MARLTON, NJ 08053 UNITED STATES OF AMERICA | 6509 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MLPFS CUST JAMES A LOCKE IRRA JAMES A LOCKE 3873 PERRY HIGHWAY SLIPPERY ROCK, PA 16057 | 15190 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MM 2437 CO LTD C/O MERRILL LYNCH INT BANK LTD ATT TRUST DEPT 2 RAFFLES LINK MARINA BAYFRONT 039392 SINGAPORE SINGAPORE | 69161 | Motors Liquidation Company | $150,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Third Omnibus Objection

# Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MM.2673 CO LTD<br>C/O CHRISTIAN CHANG<br>MZ H 35 URB EL CUADRO<br>CHACLACAYO-LIMA 08    PERU<br><br>PERU | 9590 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MM.2673.CO.LTD<br>C/O CHRISTIAN CHANG<br>HZ H-35 URB EL CUADRO<br>CHACLACAYO-LIMA 08 PERU<br><br>PERU | 9588 | Motors Liquidation Company | $175,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MM.2673.CO.LTD<br>C/O CHRISTIAN CHANG<br>HZ H-35 URB.EL CUADRO<br>CHACLACAYO-LIMA 08 PERU<br><br>PERU | 9589 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MME LOUISE BRISSY<br>26 RUE DEPATIE<br>LAVAL QC CANADA H7L 4Y5<br><br>CANADA | 9147 | Motors Liquidation Company | $6,957.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MOHAMED F EL-GEIOUSHI<br>NADIA EL-GEIOUSHI<br>6219 CHAUNCY ST<br>TAMPA, FL 33647 | 5151 | Motors Liquidation Company | $82,500.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MOHAN SEN<br>CGM IRA CUSTODIAN<br>4231 CANOE CREEK LANE<br>LIVERPOOL, NY 13090 | 64440 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MOHAN W SITLANI<br>1913 SAN ANTONIO AVE<br><br>BERKELEY, CA 94707 | 68075 | Motors Liquidation Company | $23,258.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MOHAN W SITLANI<br>1913 SAN ANTONIO AVE<br><br>BERKELEY, CA 94707 | 68076 | Motors Liquidation Company | $2,289.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MOISES & NELLY CHOCRON<br>C/O MIRIAM CHOCRON<br>35 NOTRE DAME AVE<br>HICKSVILLE, NY 11801 | 17017 | Motors Liquidation Company | $20,619.35 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Third Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MOLLY CHANCE BAILEY<br>10922 WHISPER HOLLOW<br><br>SAN ANTONIO, TX 78230 | 14429 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MOLLY DOUGHTY MINERY<br>2108 WESTWOOD AVE<br><br>SANTA ANA, CA 92706 | 21398 | Motors Liquidation Company | $2,089.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MOLLY DOUGHTY MINERY<br>2108 WESTWOOD AVE<br><br>SANTA ANA, CA 92706 | 22466 | Motors Liquidation Company | $2,089.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MOLLY KINDELBERGER &<br>VERNA KINDELBERGER JT TEN<br>503 N CHESTNUT ST<br>SCOTTDALE, PA 15683 | 16597 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MOLLY ROGERS<br>11718 OKLAHOMA AVE<br><br>SOUTHGATE, CA 90280 | 36090 | Motors Liquidation Company | $22,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MOLLY STOR<br>300 WINSTON DR APT 2511<br><br>CUFFSIDE PARK, NJ 07010 | 14549 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MONA E HARRIS<br>6707 N OCEAN BLVD APT D<br><br>MYRTLE BEACH, SC 29572 | 3395 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MONA JOAN STANTON<br>TOD REGISTRATION<br>381 SW COVINGTON ROAD<br>PORT ST LUCIE, FL 34953 | 8984 | Motors Liquidation Company | $16,071.56 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MONA S MENDER<br>459 PASSAIC AVE APT 259<br><br>WEST CALDWELL, NJ 07006 | 27559 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MONICA DIANE SAWYER<br>7220 SUNSHINE DRIVE<br><br>ST PETERSBURG, FL 33705 | 22913 | Motors Liquidation Company | $18,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Sixty-Third Omnibus Objection**

## Exhibit A

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

---

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MONICA HAINES<br>7977 STAUNING COVE<br><br>COTTONWOOD HEIGHTS, UT 84121 | 17344 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MONIKA P KLEIN<br>IM ROETEL 10 A<br>CH-6300 ZUG   SWITZERLAND<br><br>SWITZERLAND | 28736 | Motors Liquidation Company | $40,057.20 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MONIQUE B GILLOTTI IRREV TR<br>SHERRY M TREUREN & CAROL JO<br>RUSS TTEES UAD 3/30/1994<br>3979 EDGAR AVE<br>BOYNTON BEACH, FL 33436 | 28953 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MONIQUE SAJOUS<br>2819 ORANGE GROVE TRL<br><br>NAPLES, FL 34120 | 16156 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MONMOUTH RADIOLOGISTS P/S TRUST<br>C/O DANIEL J SMURO<br>591 MONMOUTH PLACE<br>LONG BRANCH, NJ 07746 | 32930 | Motors Liquidation Company | $25,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MONROE HYMAN<br>1801 BLEUTHERA POINT APT 23<br><br>COCONUT FL, FL 33066 | 9908 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MONROE J WIENER OR DANELIA B WIENER<br>10236 GENESEE LANE<br><br>ORLANDO, FL 32821 | 4653 | Motors Liquidation Company | $20,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MONT BLANC LTD<br>C/O MERRILL LYNCH INT BANK LTD<br>ATTN TRUST DEPARTMENT<br>2 RAFFLES LINK, MARINA BAYFRONT<br>SINGAPORE 039392<br><br>SINGAPORE | 8427 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MONTAG, LARRY E<br>17049 LAKEVILLE XING<br><br>WESTFIELD, IN 46074 | 14564 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

---

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Third Omnibus Objection

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG),  Jointly Administered

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MONTY D DRESPLING & DOROTHY M DRESPLING JT TEN 1739 LYNWOOD COURT FLOSSMOOR, IL 60422 | 7140 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MONTYNA M KELLY & KAREN W DOAK C/O MONTYNA KELLY 1018 W 12TH STREET PANAMA CITY, FL 32401 | 597 | Motors Liquidation Company | $5,548.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MOORE & CO PC MNY PRENSE PL TIMOTHY MOORE TRUSTEE 2603 AUGUSTA STE 1100 HOUSTON, TX 77057 | 7079 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MORDECAI V EFRON 6700 192ND ST APT 1701 FRESH MEADOWS, NY 11365 | 27302 | Motors Liquidation Company | $3,582.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MORDECHAI BLACHORSKY IRA 9 WASHINGTON AVE LAKEWOOD, NJ 08701 | 9940 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MORDECHAI BLACHORSKY IRA 9 WASHINGTON AVE LAKEWOOD, NJ 08701 | 9941 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MOREDECHAI M BLACHORSKY IRR TR 9 WASHINGTON AVE LAKEWOOD, NJ 08701 | 9942 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MOREDECHAI M BLACHORSKY IRR TR TRUST 9 WASHINGTON AVE LAKEWOOD, NJ 08701 | 9943 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MORGAN STANLEY & CO C/O WAYNE F MARTIN 1227 SWEETIE DRIVE COLLIERVILLE, TN 38017 | 9051 | Motors Liquidation Company | $6,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MORGAN STANLEY C/F TOMMY H HICKS IRA TOMMY H HICKS 112 ALBA ST E VENICE, FL 34285 | 16915 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MORGAN STANLEY CUST IRA<br>LYNNE Z GOLD-BIKIN IRA<br>MORGAN STANLEY CUST<br>307 HUGHES RD<br>KING OF PRUSSIA, PA 19406 | 62790 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MORGAN STANLEY SMITH BARNEY<br>MARLENE VIDA<br>4202 W LIBERTY RD<br>DUBOIS, PA 15801 | 18642 | Motors Liquidation Company | $14,672.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MORGAN STANLEY SMITH BARNEY<br>C/O SANFORD FLEISHER<br>46 HEMLOCK RD<br>MANHASSET, NY 11030 | 20537 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MORGAN T RIDINGTON<br>28356 FAIRWAY DRIVE<br>MELFA, VA 23410 | 64469 | Motors Liquidation Company | $13,926.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MORLEY KERSCHNER<br>4341 PHYLLIS DRIVE<br>NORHBROOK, IL 60062 | 14104 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MORRIS & JOAN KAGAN, TTEES<br>OF THE KAGAN FAMILY TRUST<br>930 UNIVERSITY<br>BURBANK, CA 91504 | 2818 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MORRIS J KASSIN<br>150 BROADWAY<br>RM 1007<br>NEW YORK, NY 10038 | 9742 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MORRIS J. KASSIN<br>150 BROADWAY, ROOM 1007<br>NEW YORK, NY 10038 | 14921 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MORRIS JOSEPHER<br>6662 BOCA DEL MAR DR #611<br>BOCA RATON, FL 33433 | 6454 | Motors Liquidation Company | $46,679.65 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MORRIS L RUBIN TUST DTD 07/08/92<br>LARRY E RUBIN TTEE<br>PO BOX 452<br>SOUTH CHATHAM, MA 02659 | 11885 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MORRIS RAPOPORT & RUTH RAPOPORT JT TEN TOD ACCOUNT 1450 NW 18TH AVE DELRAY BEACH, FL 33445 | 7063 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MORTON B DIMENSTIEN CGM IRA ROLLOVER CUSTODIAN 5015 PINE BARK CIRCLE N.E. ATLANTA, GA 30338 | 10930 | Motors Liquidation Company | $9,932.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MORTON BERGER 25 CHESTNUT HILL TERRACE CHESTNUT HILL, MA 02467 | 62846 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MORTON BERTISCH CPA PROFIT SHARING 421 NW SPRINGVIEW LOOP PORT ST LUCIE, FL 34986 | 21590 | Motors Liquidation Company | $4,531.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MORTON E EPSTEIN TTEE MORTON E EPSTEIN TRUST U/A DTD 3-24-98 2606 S GREEN RD UNIV HEIGHTS, OH 44122 | 17218 | Motors Liquidation Company | $7,777.75 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MORTON H ALDER SUTTON TERRACE #1105 50 BELMONT AVE BALA CYNWYD, PA 19004 UNITED STATES OF AMERICA | 6075 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MORTON PULLMAN 23 CRENSHAW COURT MONROE TWP, NJ 08831 | 918 | Motors Liquidation Company | $100,902.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MORTON RAPPAPORT BRACHA RAPPAPORT 3068 DONA SUSANA DR STUDIO CITY, CA 91604 | 13452 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MORTON SINGER 1449 THE HIDEOUT LAKE ARIEL, PA 18436 | 11397 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MORTON SNYDER<br>3520 S OCEAN BLVD<br>#103A<br>S PALM BEACH, FL 33480 | 5452 | Motors Liquidation Company | $77,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MORTON TENZER, VIRGINIA TENZER<br>100 YORK STREET 9D<br>NEW HAVEN, CT 06511 | 5060 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MORTON WEISBURD<br>ETHEL WEISBURD<br>10 FAIRLAWN PKWY<br>RYE BROOK, NY 10573 | 11105 | Motors Liquidation Company | $62,337.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MORTON WEISBURD<br>10 FAIRLAWN PKWY<br>RYE BROOK, NY 10573 | 11106 | Motors Liquidation Company | $15,432.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MOSHMAN ASSOC PSP & T<br>JACK MOSHMAN TRUSTEE<br>STE 201<br>6000 EXECUTIVE BLVD<br>NORTH BETHESDA, MD 20852 | 6702 | Motors Liquidation Company | $25,453.13 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MOTHE LIFE INSURANCE COMPANY<br>ATTN: DES R. MOTHE<br>ATTN DENNIS NECAISE, PRESIDENT<br>PO BOX 2128<br>GRETNA, LA 70054 | 12155 | Motors Liquidation Company | $1,561,875.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MOUNIR MAKHOUL HABCHI<br>C/O EMIRATES LEBANON BANK<br>AGENCE JOUNIEH CENTRE BADOUI PLACE MUNICIPALITE<br>PO BOX 11_1608 BEIRUT JOUNIEH LEBANON<br><br>LEBANON | 61648 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MOYE W CHAMBERS<br>113 STONEHOUSE DR<br>GALLATIN, TN 37066 | 3341 | Motors Liquidation Company | $6,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MOYNA SINGH<br>301 WEST 57 STREET # 23C<br>NEW YORK, NY 10019 | 45096 | Motors Liquidation Company | $5,496.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Third Omnibus Objection

## Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MR & MRS BILL BREY<br>271 OLD TAYLOR RD<br><br>JEFFERSONVILLE, NY 12748 | 33202 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR & MRS DELLENEY RUFF<br>516 SIMS AVE<br><br>COLUMBIA, SC 29205 | 10156 | Motors Liquidation Company | $500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR & MRS GEORGE R COONTZ<br>4340 MAUREEN CT SE UNIT E<br><br>CEDAR RAPIDS, IA 52403 | 24052 | Motors Liquidation Company | $4,983.46 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR & MRS OIKONOMOY<br>MR CHRISTOS AND MARIOS OIKONOMOY<br>MRS ELENI AND PATRISA OIKONOMOY<br>83 PAMVOTIDOS STR ANO GLYFADA<br>ATHENS 16561 GREECE<br><br>GREECE | 18927 | Motors Liquidation Company | $387,625.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR & MRS ROBTERT T ACKER<br>34 ROBIN CT<br><br>PLAINVIEW, NY 11803 | 37742 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR & MRS SPYRIDON SPOZITOS<br>ALEXANDRA SPOZITOY  CHRISTINA-MARIA SPOZITOY<br>18 SP ALEVIZOY STR<br>N SMIRNI-ATHENS GREECE 17124<br><br>GREECE | 16180 | Motors Liquidation Company | $100,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR & MS KAPELLOS<br>MR. KONSTANTINOS KAPELLOS<br>MS. STEFANIE KAPELLOS<br>21-23 RIGA FEREOU<br>KALLITHEA ATHENS 17671 GREECE<br><br>GREECE | 19590 | Motors Liquidation Company | $600,425.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR ALBERT CANOSSA<br>725 AVENUE A PEGLION<br>06190 ROQUEBRUNE CAP MARTIN FRANCE<br><br>FRANCE | 9157 | Motors Liquidation Company | $70,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MR ALDO AKHRAS<br>BANQUE DE LEUROPE MERIDIONALE BEMO<br>16 BOULEVARD ROYAL<br>L 2449 LUXEMBOURG<br><br>LUXEMBOURG | 64319 | Motors Liquidation Company | $261,366.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR ALEX DOMANIAN<br>BANQUE DE LEUROPE MERIDIONALE BEMO<br>16 BOULEVARD ROYAL<br>L 2449 LUXEMBOURG<br><br>LUXEMBOURG | 64320 | Motors Liquidation Company | $267,266.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR ALEX DOMANIAN<br>BANQUE DE LEUROPE MERIDIONALE BEMO<br>16 BOULEVARD ROYAL<br>L 2449 LUXEMBOURG<br><br>LUXEMBOURG | 64322 | Motors Liquidation Company | $538,759.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR AND MRS ARNDT KILCHE<br>64-11 77 PL<br><br>MIDDLE VILLAGE, NY 11379 | 3296 | Motors Liquidation Company | $412.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR AND MRS DRAGGOO<br>2614 W 225TH ST<br><br>TORRANCE, CA 90505 | 45614 | Motors Liquidation Company | $19,592.34 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR AND MRS FRANCIS A DECASARE<br>FRANCIS A DECESARE<br>JEANNE L DECESARE<br>246 RIDGE LANE<br>MURRYSVILLE, PA 15668<br>UNITED STATES OF AMERICA | 8328 | Motors Liquidation Company | $19,460.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR AND MRS JOHN DRIPPS<br>JOHN DRIPPS<br>EVELYN DRIPPS<br>1446 GREENTREE ROAD<br>PITTSBURGH, PA 15220<br>UNITED STATES OF AMERICA | 8325 | Motors Liquidation Company | $4,943.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR ANDRE HENNAUT<br>RESIDENCE DE L'ANNONCIADE APT 2920<br>17 BOULEVARD DE L'ANNONCIADE<br>MC 98000 MONTE CARLO  MONACO<br><br>MONACO | 31164 | Motors Liquidation Company | $1,000,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| MR ANDREAS KALOGEROPOULOS<br>MRS EVANGELIA PSALTOPOULOU, MS ELENI KALOGEROPOULOU<br>KONSTANTINOS KALOGEROPOULOS<br>12 AMAZONON STR ELLINIKO<br>ATHENS 16777 GREECE<br><br>,<br>GREECE | 20133 | Motors Liquidation Company | $203,525.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR ANDREAS KOUTSOUDES<br>MRS EIRINI MYRSIN KOUTSOUDI<br>77 THESSALIAS<br>VOULA<br>ATHENS 16673,GREECE<br><br>,<br>GREECE | 26810 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR ANDREAS KOUTSOUDES<br>MRS EIRINI MIRSIN KOUTSOUDI<br>77 THESSALIAS<br>VOULA<br>ATHENS 16673 GREECE<br><br>GREECE | 26811 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR ANDREAS KOUTSOUDES<br>MRS EIRINI MYRSIN KOUTSOUDI<br>77 THESSALIAS<br>16673 VOULA, ATHENS, GREECE<br><br>GREECE | 61287 | Motors Liquidation Company | $301,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR ANDREAS KOUTSOUDES<br>MRS ERINI MYRSIN KOUTSOUDI<br>77 THESSALIAS<br>16673 VOULA, ATHENS, GREECE<br><br>GREECE | 61288 | Motors Liquidation Company | $387,625.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR ANGEL VEGA<br>MRS MANUELA VEGA<br>1300 SW 122ND AVE APT 320<br>MIAMI, FL 33184 | 70300 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR ANSEL BAKER<br>8126 DUOMO CIRCLE<br><br>BOYNTON BEACH, FL 33472 | 15941 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR ANTONIO P BERMUDEZ<br>MRS BARBARA J BERMUDEZ<br>4326 BOLTON RD<br>GASPORT, NY 14067 | 22940 | Motors Liquidation Company | $8,875.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Third Omnibus Objection

## Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MR ARNOLD J ROSS<br>420 E 72ND ST # 19<br>NEW YORK, NY 10021 | 4940 | MLCS, LLC | $75,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR ATHANASIOS PRINTSIOS<br>MISS MARIA-MARINA PRINTSIOU<br>IVIS 11<br>152-34 HALANDRI ATHENS GREECE<br>,<br>GREECE | 22322 | Motors Liquidation Company | $152,594.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR ATHANASIOS SOTIRIS<br>MRS MARIA SOTIRI<br>MRS EVGENIA SOTIRI<br>MR ADRIANOS SOTIRIS<br>ELIKONOS 3, ALIMOS,ATHENS 17456, GREECE<br>,<br>GREECE | 16730 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR AVRAHAM NAGEL<br>43 SEASIDE CT<br>MARGATE, NJ 08402 | 3160 | Motors Liquidation Company | $10,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR BERNARD NASSAU TTEE<br>FBO BERNARD NASSAU TRUST<br>U/A/D 06/28/99<br>7561 SAN PEDRO ST<br>BOYNTON BEACH, FL 33437 | 23669 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR BERTWIN SEITZ<br>BISCHOF-VON-LINGG-STR 4<br>89407 DILLINGEN, GERMANY<br>GERMANY | 1086 | Motors Liquidation Company | $9,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR BERTWIN SEITZ<br>BISCHOF-VON-LINGG-STR 4<br>89407 DILLINGEN, GERMANY<br>GERMANY | 21037 | Motors Liquidation Company | $9,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR BOYD CHUGG<br>15199 WETHERBURN DR<br>CENTREVILLE, VA 20120 | 3441 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR BRUCE SNELL<br>3701 S OAK ST<br>CASPER, WY 82601 | 14963 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MR C GERALD TAYLOR<br>424 RIVERWALK<br><br>MCDONOUGH, GA 30252 | 67605 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR C WILLIAM CYR<br>BETH CYR<br>514 HAVERHILL RD<br>JOPPA, MD 21085 | 20348 | Motors Liquidation Company | $5,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR CECIL A BENJAMIN<br>CGM IRA CUSTODIAN<br>347 MT HOPE BOULEVARD<br>HASTINGS-ON-HUDSON, NY 10706 | 7192 | Motors Liquidation Company | $53,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR CHARLES P GORDON<br>8808 BLUE SMOKE DR<br><br>GAITHERSBURG, MD 20879 | 18382 | Motors Liquidation Company | $3,949.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR CLYDE R BUTLER<br>2706 ALCO AVE<br><br>DALLAS, TX 75211 | 31240 | Motors Liquidation Company | $2,660.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR CORNELIS JAN VELZEBOER JR<br>8802 FERRIS DR<br><br>HOUSTON, TX 77096 | 17794 | Motors Liquidation Company | $11,053.82 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR DAN T LITTLEJOHN<br>5549 W SAMPLE AVE<br><br>FRESNO, CA 93722 | 38838 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR DANIEL J DEERING III<br>9629 FAIRWOOD CT<br><br>PORT ST LUCIE, FL 34986 | 11191 | Motors Liquidation Company | $84,990.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR DANIEL ZAVALA<br>CGM IRA CUSTODIAN<br>1509 MINTWOOD DRIVE<br>MCLEAN, VA 22101 | 9553 | Motors Liquidation Company | $43,122.19 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR DANTE J SCIOSCIA JR<br>CGM IRA ROLLOVER CUSTODIAN<br>45 WARWICK ROW<br>RIVERHEAD, NY 11901 | 30711 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MR DAVID ALLEN RICHARDSON<br>355 BLACKSTONE BLVD, APT 326<br><br>PROVIDENCE, RI 02906 | 14714 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR DAVID L MCCANN<br>33 BERESFORD RD<br><br>ROCHESTER, NY 14610 | 11214 | Motors Liquidation Company | $6,458.52 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR DAVID L PARRY<br>MRS MAGDA S PARRY<br>1503 SAN PABLO DR<br>SAN MARCOS, CA 92078 | 12445 | Motors Liquidation Company | $14,674.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR DAVID ROSER<br>MRS HENRIETTE ROSEN<br>MR ISAAC ROSEN<br>KOMEMIUT 10/4<br>RAANANAH,ISRAEL<br>,<br>ISRAEL | 60085 | Motors Liquidation Company | $139,353.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR DIMITRIOS PAPADOPOULOS<br>MRS STYLIANI KASVIKI<br>14A K. PALAMA STR.<br>ALIMOS<br>ATHENS 17455,  GREECE<br>,<br>GREECE | 17501 | Motors Liquidation Company | $103,525.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR DIMITRIOS ZREIKAT<br>MRS VASILIKI ZREIKAT<br>MR ALEXANDROS ZREIKAT, MR SYMEON TASOGLOU<br>43 PANDROSOU STR P. FALIRON<br>ATHENS 17564 GREECE<br>,<br>GREECE | 27089 | Motors Liquidation Company | $581,438.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR DONALD E DECESARE<br>CATHERINE F DECESARE<br>157 N SEIR HILL RD<br>NORWALK, CT 06850 | 68093 | Motors Liquidation Company | $34,049.90 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR EDWARD C LUSNIA<br>3406 PRISCILLA AVE<br><br>PARMA, OH 44134 | 4936 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| MR EDWARD KHMELEVSKY<br>#522 ELGIN MILLS ROAD WEST<br>RICHMOND HILL, ONTARIO, L4C 4M2<br>CANADA<br><br>CANADA | 1390 | Motors Liquidation Company | $2,328.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR EDWARD KHMELEVSKY<br>#522 ELGIN MILLS ROAD WEST<br>RICHMOND HILL ONTARIO L4C 4M2<br><br>CANADA | 18664 | Motors Liquidation Company | $4,656.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR EDWARD KORN<br>MRS BETTY KORN<br>2036 HIGH RIDGE RD<br>STAMFORD, CT 06903 | 20049 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR EDWARD W KORN<br>2036 HIGH RIDGE RD<br><br>STAMFORD, CT 06903 | 20048 | Motors Liquidation Company | $26,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR EDWARD WHITNEY<br>120 CREEKWARD DRIVE<br><br>WEST SENECA, NY 14224 | 6629 | Motors Liquidation Company | $23,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR ESTA ANTOINE OU MYRNA<br>BANQUE DE LEUROPE MERIDIONALE BEMO<br>16 BOULEVARD ROYAL<br>L 2449 LUXEMBOURG<br><br>LUXEMBOURG | 64321 | Motors Liquidation Company | $53,453.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR EUGENE D PETREY<br>MRS CAROLEE I PETREY<br>1975 TWIN DOLPHIN LN<br>FT LAUDERDALE, FL 33316 | 8270 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR FRANK ACETO<br>16646 N 29TH DR<br><br>PHOENIX, AZ 85053 | 2431 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR FRANK GERATY<br>10862 ANDORA AVE<br><br>CHATSWORTH, CA 91311 | 33212 | Motors Liquidation Company | $27,523.94 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MR FRANK GUARRERA<br>MRS JOSEPHINE B GUARRERA<br>2142 CENTURY PARK LN APT 306<br>LOS ANGELES, CA 90067 | 16369 | Motors Liquidation Company | $50,807.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR FRANK J SPOSATO<br>27 OAKWOOD DR<br>LLOYD HARBOR, NY 11743 | 19582 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR FREDERIC C MULDER<br>8910 RIVER BEACH LANE<br>BOISE, ID 83714 | 15760 | Motors Liquidation Company | $9,848.89 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR G GORDON HACKER<br>PO BOX 308<br>STANLEY, NC 28164 | 16811 | Motors Liquidation Company | $9,800.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR GAETANO MILAZZO<br>MRS TINA MILAZZO<br>201 FRANKLIN ST<br>ELMWOOD PARK, NJ 07407 | 29504 | Motors Liquidation Company | $26,443.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR GARY D HARRELL SOLE & SEP PROPERTY<br>3532 WINIFRED DR<br>FT WORTH, TX 76133 | 945 | Motors Liquidation Company | $6,700.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR GARY J LAVINE<br>6808 HOLLISTON CIR<br>FAYETTEVILLE, NY 13066 | 23984 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR GEORGE FREIJ<br>AL KHOR PLAZA BUILDING AL GORHOUD<br>PO BOX 11154<br>DUBAI UAE<br><br>UNITED ARAB EMIRATES | 68419 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR GEORGE L THOMAS SR<br>MRS ANNABELLE THOMAS<br>C/O THOMAS ROOFING<br>6587 DELILAH RD<br>EGG HBR TWP, NJ 08234 | 17079 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MR GEORGIOS ALEVIZAKIS<br>MS ELESSA ALEVIZAKI<br>MR ANTONIOS ALEVIZAKIS<br>11 PAPARIGOIOULOU STR<br>VOULA, ATHENS 16673 GREECE<br><br>GREECE | 19776 | Motors Liquidation Company | $250,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR GEORGIOS LIOUTAS<br>MRS EIRINI LIOUTA<br>14-16A NAFSIKAS<br>GLYFADA<br>ATHENS 16675,GREECE<br>,<br>GREECE | 17502 | Motors Liquidation Company | $100,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR GEORGIOS RANIOS ET AL ET AL<br>1 KYPROU ST. 16346 ATHENS<br>GREECE<br>,<br>GREECE | 16782 | Motors Liquidation Company | $43,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR GERALD J SLUTSKY<br>12 CHAUCER RD<br><br>MANALAPAN, NJ 07726 | 6878 | Motors Liquidation Company | $147,068.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR GERARD D MURPHY<br>MRS PATRICIA K MURPHY<br>28971 GLENROCK PL<br>HIGHLAND, CA 92346 | 11881 | Motors Liquidation Company | $30,137.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR GILBERT L GREENAWALT MRS LORA JEAN GREENAWALT<br>MRS LORA JEAN GREENAWALT<br>303 S OLLER AVE<br>WAYNESBORO, PA 17268 | 5921 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR HARRY E VIENER<br>125 HOLLY DRIVE<br><br>HAMMOND, LA 70401 | 8129 | Motors Liquidation Company | $5,152.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR HERBERT ROBINSON<br>127 NOANETT RD<br><br>NEEDHAM, MA 02494 | 60738 | Motors Liquidation Company | $2,700.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MR HING LIN CHAN<br>MS SHUK YI LIU<br>3A, BLOCK 32 GREENWOOD TERRACE<br>26-28 SUI WO ROAD<br>FO TAN SHATIN HONG KONG<br>,<br><br>HONG KONG, CHINA | 27074 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR HOMER G EDWARDS & MRS MARTHA H EDWARDS<br>15053 ASHMONT BLVD SE<br><br>HUNTSVILLE, AL 35803 | 19361 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR HOWARD M LIEBMAN<br>30 AVENUE DE BOETENDAEL<br>1180 BRUSSELS BELGIUM<br><br>BELGIUM | 24269 | Motors Liquidation Company | $62,212.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR IOANNIS KAKOLYRIS<br>MS ALIKI KAKOLYRI<br>LYKOURGOU 46-48<br>GLYFADA<br>ATHENS 16675,GREECE<br>,<br><br>GREECE | 19803 | Motors Liquidation Company | $688,625.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR IRVIN ZIMET<br>5403 BRANDY CIRCLE<br><br>FORT MYERS, FL 33919 | 12417 | Motors Liquidation Company | $12,617.62 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR IRVIN ZIMET<br>5403 BRANDY CIRCLE<br><br>FORT MYERS, FL 33919 | 12418 | Motors Liquidation Company | $24,848.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR JACK M CARON & MRS SHIRLEY S CARON<br>415 BARRINGTON OAKS CIR<br><br>ROSWELL, GA 30075 | 22779 | Motors Liquidation Company | $9,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR JACKSON L GRAY<br>132 H L KING DR<br><br>LAKE CITY, SC 29560 | 6559 | Motors Liquidation Company | $26,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR JACOB PEELER<br>2108 RODMAN BLVD<br><br>GALLATIN, TN 37066 | 21213 | Motors Liquidation Company | $35,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MR JACQUES GERMANS<br>67-59 214TH ST<br><br>FLUSHING, NY 11364 | 11453 | Motors Liquidation Company | $28,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR JAMES A LOCKE<br>MRS LOIS LOCKE<br>3873 PERRY HWY<br>SLIPPERY ROCK, PA 16057 | 15191 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR JAMES R TEAL SR<br>220 E MYRTLE BEACH HWY<br><br>SCRANTON, SC 29591 | 7725 | Motors Liquidation Company | $44,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR JEFFREY A HUMAN<br>MR ALVIN G HUMAN<br>465 MAIN ST STE 600<br>BUFFALO, NY 14203 | 36094 | Motors Liquidation Company | $20,307.29 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR JEFFREY JOHN DIFILIPPO<br>MRS STEPHANIE D DIFILIPPO<br>238 W END AVE<br>BROOKLYN, NY 11235 | 11611 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR JEROME SHNEIDER<br>MRS CAROLE J SHNEIDER<br>3521 RIVER FALLS DR<br>NORTHBROOK, IL 60062 | 69509 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR JOAQUIM MANUEL C MATOS<br>MRS BEATRIZ M C MATOS<br>RUA MARECHAL SALDANHA<br>553-3 DTO<br>4150-658 PORTO PORTUGAL<br>,<br>PORTUGAL | 21578 | Motors Liquidation Company | $12,221.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR JOE BONELLO<br>MRS SHIRLEY A BONELLO<br>4977 GARDINERS BAY CIR<br>SARASOTA, FL 34238 | 5291 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR JOEL S POMERANZ<br>6 MILBURNE LN<br><br>ROBBINSVILLE, NJ 08691 | 20726 | Motors Liquidation Company | $4,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MR JOHN A MACON ACF<br>REBECCA A MACON U/MD/UTMA<br>9 RUFFED GROUSE COURT<br>TOWSON, MD 21286 | 14112 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR JOHN A MACON AND<br>MRS SANDRA L MACON TEN BY ENT<br>9 RUFFED GROUSE COURT<br>TOWSON, MD 21286 | 14216 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR JOHN C BANNACH AND MS EMILY E BANNACH<br>276 LAKESIDE PARK DR<br>HENDERSONVILLE, TN 37075 | 21214 | Motors Liquidation Company | $45,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR JOHN E HENNEN<br>MRS HELEN H HENNEN<br>4100 GALT OCEAN DR APT 509<br>FT LAUDERDALE, FL 33308 | 12637 | Motors Liquidation Company | $13,123.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR JOHN F LETHERT<br>RITA A LETHERT<br>606 HILLCREST DR<br>FAIRBORN, OH 45324 | 28547 | Motors Liquidation Company | $5,071.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR JOHN J PRZYBYLA<br>MRS BONITA M PRZYBYLA TTEE<br>U/A/D 05/01/97<br>FBO PRZYBYLA LIVING TRUST<br>531 E. BONITA DR<br>OAK CREEK, WI 53154 | 3181 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR JOHN P BOSSLER<br>MRS LORETTE B BOSSLER<br>147 MEADOWLARK DR<br>HAMILTON, NJ 08690 | 16366 | Motors Liquidation Company | $7,345.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR JOHN P OPYT JR<br>15736 E END AVE<br>DOLTON, IL 60419 | 21567 | Motors Liquidation Company | $32,338.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR JOHN S MORGAN<br>545 N 100TH PL<br>MESA, AZ 85207 | 20050 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MR JOHN SAMUELSON<br>MR JOHN SAMUELSON IRA<br>12 E 46TH ST<br>NEW YORK, NY 10017 | 17971 | Motors Liquidation Company | $1,425.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR JORGE TOMAS S<br>MRS MARIA R C DE TOMAS<br>JORGE TOMAS-SEGURA<br>CALLE MALLORCA 419, 4TO 4TA<br>DERECHA,BARCELONA ESPANA 08013<br>,<br>SPAIN | 20480 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR JOSEPH A RINALDI<br>410 W. MAHOGANY CT.<br>UNIT 601<br>PALATINE, IL 60067 | 5115 | Motors Liquidation Company | $9,600.97 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR JOSEPH VINCENTO<br>ANNA VINCENTO TTEE<br>U/A/D 07-14-2005<br>FBO VINCENTO LIV. TR.<br>8045 STIRLING FALLS CIRCLE<br>SARASOTA, FL 34243 | 19208 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR JUAN DE DIOS HERRERA P<br>CALLEYARACUY QTA ANA GABRIELA<br>URB EL MARQUES CARACAS ESTADO MIRANDA VENEZUELA ZP 1060<br>VENEZUELA | 64708 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR KENNETH H CHANDLER AND<br>MRS NANCY CHANDLER<br>JT TEN<br>15740 E LAKE SHORE DRIVE N CT<br>HOPE, IN 47246 | 3566 | Motors Liquidation Company | $15,500.37 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR KENNETH R MERNER<br>12455 WEST JANESVILLE ROAD<br>UNIT 405<br>MUSKEGO, WI 53150 | 20325 | Motors Liquidation Company | $12,338.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR KONSTANTINOS MICHAILIDIS<br>MRS DAVINA MICHAELIDES<br>13 TROIAS STR.<br>VOULA<br>ATHENS 16673,GREECE<br>,<br>GREECE | 19223 | Motors Liquidation Company | $170,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Third Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MR KONSTANTINOS MICHAILIDIS<br>MRS DAVINA MICHAELIDES<br>13 TROIAS STR<br>VOULA<br>ATHENS 16673 GREECE<br><br>GREECE | 19224 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR LANE B WALTERS<br>CGM IRA ROLLOVER CUSTODIAN<br>9817 QUEEN CHARLOTTE DRIVE<br>LAS VEGAS, NV 89145 | 62699 | Motors Liquidation Company | $10,980.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR LARRY J TALLEY<br>511 WEST MAIN STREET<br>HOMER, LA 71040 | 15988 | Motors Liquidation Company | $84,802.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR LARRY L MAC DONALD<br>MRS LOUISE L MAC DONALD<br>3722 NOTRE DAME AVE<br>SAN DIEGO, CA 92122 | 4742 | Motors Liquidation Company | $50,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR LEROY A HOLMES<br>MRS GAIL L HOLMES TTEE<br>U/A/D 03-26-1996<br>FBO HOLMES 1996 FAMILY TRUST<br>P.O.BOX 1003<br>DENAIR, CA 95316 | 14446 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR LOUIS FEATHERS<br>CGM IRA ROLLOVER CUSTODIAN<br>10170 E BELLA VISTA<br>SCOTTSDALE, AZ 85258 | 17473 | Motors Liquidation Company | $9,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR LOUIS G KRAMER AND<br>MRS LUCILLE KRAMER JTWROS<br>577 STELLMAN DRIVE<br>RIVER VALE, NJ 07675 | 13262 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR LOUKAS GEORGIOU<br>MRS KONSTANTINA GEORGIOU<br>MR PANAGIOTIS GEORGIOU<br>62 CHRONOPOULOU STR.<br>P. FALIRO, ATHENS 17563,GREECE<br>,<br>GREECE | 26803 | Motors Liquidation Company | $605,125.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MR LOUKAS GEORGIOU<br>MRS KONSTANTINA GEORGIOU<br>MR PANAGIOTIS GEORGIOU<br>62 CHRONOPOULOU STR<br>P FALIRO, ATHENS 17563 GREECE<br><br>GREECE | 63668 | Motors Liquidation Company | $605,125.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR LYLE D PAULEY<br>6 EXMOOR LN<br>LINCOLNSHIRE, IL 60069 | 12668 | Motors Liquidation Company | $54,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR MARK MIRONER<br>CGM IRA CUSTODIAN<br>2237 56 DRIVE<br>BROOKLYN, NY 11234 | 2800 | Motors Liquidation Company | $1,036.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR MEHMET SELIS<br>DEFNE SITES : 8 BLOK, D 15<br>386 SOKAK NO 1<br>UMITKOY<br>ANKARA,TURKEY<br>,<br>TURKEY | 23257 | Motors Liquidation Company | $59,566.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR MICHAEL BRACHFELD<br>4433 CARAMBOLA CIR S<br>KARANDA VILLAGE II<br>COCONUT CREEK, FL 33066 | 9111 | Motors Liquidation Company | $24,312.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR MICHAEL P WILSON<br>MRS MARYANN WILSON<br>502 HEARTHSTONE DR<br>BOISE, ID 83702 | 19515 | Motors Liquidation Company | $2,660.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR MILTON GALLUB AND<br>NEAL GALLUB JTWROS<br>241 LAKEVIEW DRIVE<br>FAIRFIELD, CT 06825 | 19441 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR MITCHELL S CAMP<br>44 OAK ST<br>HARRINGTON PK, NJ 07640 | 3793 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR MORRIS F COLEMAN<br>6722 S MERLEING LOOP<br>FLORAL CITY, FL 34436 | 28575 | Motors Liquidation Company | $6,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Third Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MR MORRIS ROCHELLE<br>70 N COUNTRY RD STE 301<br><br>PRT JEFFERSON, NY 11777 | 37637 | Motors Liquidation Company | $45,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR N FRANK MALDONADO<br>226 FRANKLIN AVE<br><br>VANDERGRIFT, PA 15690 | 12788 | Motors Liquidation Company | $320,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR NATE TAYLOR<br>CGM IRA CUSTODIAN<br>12 BOXWOOD LANE<br>EAST HILLS, NY 11577 | 23342 | Motors Liquidation Company | $30,585.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR NICOS JOHN YIANNAKIS<br>MRS AIMILIA CHOUTOPOULOU<br>MISS ELENI EFROSYNI YIANNAKI<br>SYROU 6, HOLARGOS<br>155 62 ATHENS GREECE<br><br>GREECE | 26706 | Motors Liquidation Company | $164,480.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR NIKOLAOS CHRYSIKOPOULOS<br>MRS K. CHRYSSIKOPOULOS<br>MS Z. CHRYSSIKOPOULOS<br>24 PAPAFLESSA STR.<br>17563 PALAIO FALIRO ATHENS GREECE<br>,<br>GREECE | 17498 | Motors Liquidation Company | $103,525.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR NIKOLAOS KOUMBAROS<br>MRS MARIA-D KOUMBAROU<br>KASSAVETI AND LADA NO 2<br>KIFISIA<br>ATHENS 14562 GREECE<br>,<br>GREECE | 15145 | Motors Liquidation Company | $81,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR NIKOLAOS MOIRASGETIS<br>MRS RACHIL MOIRASGETI<br>MR ALEXANDROS MOIRASGETIS<br>10 IGOUMENITSIS<br>VOULA, ATTICA 16673,GREECE<br>,<br>GREECE | 23648 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR NIKOLAOS MOIRASGETIS<br>MRS RACHIL MOIRASGETI<br>MR ALEXANDROS MOIRASGETIS<br>10 IGOUMENITSIS<br>VOULA ATTICA 16673 GREECE<br><br>GREECE | 23649 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MR OMAN FERNANDEZ<br>100 LAKEVIEW AVE APT 3A<br><br>CLIFTON, NJ 07011 | 65080 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR PATRICK J FRIEL PHD<br>FMT CO CUST FBO<br>389 W DOERR PATH<br>HERNANDO, FL 34442 | 4555 | Motors Liquidation Company | $162,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR PAUL W KRYSTOCK<br>MRS LINDA A KRYSTOCK<br>65 MOUNTAIN BROOK DR<br>CHESHIRE, CT 06410 | 19541 | Motors Liquidation Company | $65,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR PETER WEINREICH &<br>MRS PATRICIA WEINREICH JTTEN<br>6982 WEBSTER ROAD<br>ORCHARD PARK, NY 14127 | 12014 | Motors Liquidation Company | $16,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR PHILLIP DE POALO<br>MRS JOAN DE POALO<br>6 MARGAUX DR<br>MANCHESTER, NJ 08759 | 17151 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR RALPH A SORRENTINO<br>MRS MARIANNE SORRENTINO<br>340 KATAN AVE<br>STATEN ISLAND, NY 10308 | 22131 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR RALPH F. BERNESSER<br>MRS JUNE ANN BERNESSER TTEE<br>RALPH F. & JUNE ANN BERN<br>DTD 06/26/89<br>28407 GORDON HILL RD<br>VALLEY CENTER, CA 92082 | 8023 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR RAYMOND L JOHNSON<br>1042 ROLLOVER ACCOUNT<br>402 CLYDE CT<br>MCDONOUGH, GA 30252<br>UNITED STATES OF AMERICA | 67600 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR RAYMOND MARKOWITZ<br>4816 MARBLE HL<br><br>LAFAYETTE HILL, PA 19444 | 2953 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| MR RICHARD A MARHOLD AND EDITH M MARHOLD JTTEN<br>34 WASHINGTON STREET<br>CLARK, NJ 07066 | 19769 | Motors Liquidation Company | $2,500.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR RICHARD BERNARDE<br>71 MC NOMEE ST<br>OAKLAND, NJ 07436 | 67333 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR RICHARD G BROWN<br>11817 PEACH TREE CIR<br>YUCAIPA, CA 92399 | 10065 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR RICHARD G MAXFIELD<br>MRS JOYCE U MAXFIELD<br>37 TURQUOISE AVE<br>NAPLES, FL 34114 | 16343 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR RICHARD HENDRICKS<br>200 FARMINGTON PL<br>GREENSBURG, PA 15601 | 12833 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR RICHARD M FORSTER<br>127 MASON RD<br>FAIRPORT, NY 14450 | 9181 | Motors Liquidation Company | $2,589.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR RICHARD W DUQUETTE<br>CGM SAR-SEP IRA CUSTODIAN<br>34173 DOROF COURT<br>WILDOMAR, CA 92595 | 27073 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR ROBERT DAVID HURT<br>10030 TREE HAVEN COURT<br>SAN DIEGO, CA 92131 | 65610 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR ROBERT E BARNHART<br>MRS JOANNA BARNHART<br>1606 E LAUREL CIR<br>MT PLEASANT, PA 15666 | 6534 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

# Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| **Claim Totals** | 499 | | | | |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**<u>Exhibit B</u>**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x
                                                              :
In re                                                         :        Chapter 11 Case No.
                                                              :
**MOTORS LIQUIDATION COMPANY,** *et al.,*                     :        **09-50026 (REG)**
      **f/k/a General Motors Corp.,** *et al.*                :
                                                              :
                              **Debtors.**                    :        **(Jointly Administered)**
                                                              :
--------------------------------------------------------------x

**STIPULATION AND AGREED ORDER**
**AMONG THE DEBTORS, WILMINGTON TRUST COMPANY,**
**AND CITIBANK, N.A., SOLELY IN ITS CAPACITY AS PAYING AGENT,**
**REGARDING PROOFS OF CLAIM NOS. 47871, 47872, 65729, 65793, AND 66723**

Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

certain of its subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11

cases (collectively, the "**Debtors**"), Wilmington Trust Company as successor indenture trustee

("**WTC**"), and Citibank, N.A., solely in its capacity as paying agent under the 1990 Indenture

and 1995 Indenture (as defined below) (in such capacity, "**Citibank**"), together with the Debtors

and WTC, the "**Parties**"), by and through their respective undersigned counsel, hereby enter into

this Stipulation and Agreed Order (this "**Stipulation**") and stipulate as follows:

**RECITALS**

A.      On June 1, 2009 (the "**Commencement Date**"), certain of the Debtors

commenced with this Court voluntary cases (the "**Chapter 11 Cases**") under chapter 11 of title

11, United States Code (the "**Bankruptcy Code**").

B.      On September 16, 2009, the Court entered an order (the "**Bar Date Order**")

establishing November 30, 2009 at 5:00 p.m. (Eastern Time) (the "**General Bar Date**") as the

deadline for each person or entity (including without limitation, each individual, partnership,

joint venture, corporation, estate, or trust) to file a proof of claim (a "**Proof of Claim**") against

certain of the Debtors, including MLC, to assert any claim (as defined in section 101(5) of the

Bankruptcy Code) that arose prior to the Commencement Date.

C.      As of the Commencement Date, MLC, as issuer, WTC, as successor indenture

trustee, and Citibank, as paying agent, were parties to (i) a Senior Indenture, dated as of

December 7, 1995, as amended (the "**1995 Indenture**," and WTC's capacity under the 1995

Indenture, the "**1995 Trustee**"), and (ii) a Senior Indenture, dated as of November 15, 1990 (the

"**1990 Indenture**," and WTC's capacity under the 1990 Indenture, the "**1990 Trustee**") pursuant

to which MLC issued senior unsecured debt securities.

D.      Prior to the General Bar Date, WTC timely filed the following four Proofs of

Claims against MLC (each, a "**WTC Claim**" and collectively, the "**WTC Claims**"):

| Claim Number | Applicable Indenture | Principal Amount of Claim Plus Fees and Interest Accrued to Petition Date |
|:---:|:---:|:---:|
| 65793 | 1990 Indenture | $1,419,581,281.12 |
| 47871 | 1990 Indenture | $1,419,581,281.12 |
| 65729 | 1995 Indenture | $21,928,297,131.26 |
| 47872 | 1995 Indenture | $21,928,297,131.26 |

E.      Prior to the General Bar Date, Citibank timely filed a proof of claim against MLC

in the amount of $173,063.43 [Proof of Claim No. 66723] (the "**Citibank Claim**").

F.      WTC recognizes that it is not entitled to, and does not seek, a duplicate recovery

on account of the same WTC Claim and has agreed to withdraw two of the WTC Claims, subject

to the agreements set forth in this Stipulation.

## STIPULATION AND ORDER

NOW, THEREFORE, EACH OF THE PARTIES HEREBY STIPULATES AND

AGREES AS FOLLOWS:

1.       WTC Claims numbered 47871 (filed by WTC as 1990 Trustee) and 47872 (filed

by WTC as 1995 Trustee) are deemed withdrawn and WTC Claims numbered 65793 (filed by

WTC as 1990 Trustee) and 65729 (filed by WTC as 1995 Trustee) shall survive.

2.       With respect to principal plus interest due under the 1990 Indenture, WTC, in its

capacity as the 1990 Trustee will receive and is hereby granted, on behalf of itself and the record

and beneficial bondholders of debt securities issued under the 1990 Indenture an allowed general

unsecured, nonpriority claim in the amount of $1,419,471,545.22 (subject to appropriate reserve

and/or reduction in connection with any setoff exercised by beneficial bondholders that is

authorized by this Court) (the "**1990 Debt Claim**") against MLC to be satisfied in accordance

with any chapter 11 plan or plans confirmed in the Debtors' Chapter 11 Cases.

3.       With respect to principal plus interest due under the 1995 Indenture, WTC, in its

capacity as the 1995 Trustee, will receive and is hereby granted, on behalf of itself and the record

and beneficial bondholders of debt securities issued under the 1995 Indenture, an allowed

general unsecured nonpriority claim in the amount of $21,928,183,895.36 (subject to appropriate

reserve and/or reduction in connection with any setoff exercised by beneficial bondholders that is

authorized by this Court) (the "**1995 Debt Claim**," together with the 1990 Debt Claim, the

"**Debt Claims**").

4.       With respect to the prepetition fees and expenses incurred by WTC under the

1990 Indenture, WTC shall receive an allowed claim of $109,735.90 (the "**1990 WTC Fee

Claim**"), and with respect to the prepetition fees and expenses incurred by WTC under the 1995

Indenture, WTC shall receive an allowed claim of $113,235.90  (the "**1995 WTC Fee Claim**,"

together with the 1990 WTC Fee Claim, the "**WTC Fee Claims**").

5.      With respect to the prepetition paying agency fees and expenses incurred by

Citibank under the Indentures, the Citibank Claim shall be allowed in the amount of $162,333.71

(the "**Citibank Fees and Expenses Claim**," together with the WTC Fee Claims, the "**Fees and**

**Expenses Claims**").

6.      To the extent the Fees and Expenses Claims are not paid in full, in cash, pursuant

to a plan of reorganization and/or liquidation of MLC, (a) the amount of such fees and expenses

that remain unpaid shall constitute an allowed general unsecured, nonpriority claim against MLC

held by WTC and/or Citibank, as applicable, to be satisfied in accordance with any chapter 11

plan or plans confirmed in the Debtors' Chapter 11 Cases and (b) WTC and Citibank, pursuant to

section 7.06 of the 1990 Indenture and section 7.06 of the 1995 Indenture, shall retain a charging

lien with respect to its prepetition and post-petition fees and expenses on all assets or money held

or collected by WTC or Citibank on account of the Debt Claims or otherwise.

7.      WTC will issue a notice to the Depository Trust Company and post a notice on its

website (a) notifying beneficial bondholders of the notes issued under the Indentures of the entry

of the order allowing the WTC Claims and (b) notifying such bondholders that any subsequent

claims objection filed by the Debtors seeking to disallow claims filed by bondholders on the

grounds that such claims are duplicative of the Debt Claims being allowed under the stipulation

and order will not impair bondholder's entitlement to share in plan distributions on account of

the Debt Claims in accordance with the terms of the applicable Indenture.

8.      WTC agrees that it will not object to the Debtors' filing of objections to Proofs of

Claims filed by record and beneficial holders of debt securities arising out of or relating to the

1990 Indenture and/or the 1995 Indenture on the grounds that such Proofs of Claim are

duplicative of the Debt Claims allowed pursuant to this Stipulation.

9.      WTC waives its right to argue that the entire stated principal amount of

$377,377,000 with respect to the Discount Debentures is an allowable claim.

10.      To the extent that the fees and expenses of WTC incurred after the

Commencement Date are not satisfied by payment in full in cash in connection with a plan of

reorganization and/or liquidation of MLC, WTC reserves the right to argue that all such fees are

allowable general unsecured non-priority claims against the estate of MLC.

11.      This Stipulation contains the entire agreement between the Parties as to the

subject matter hereof and supersedes all prior agreements and undertakings between the Parties

relating thereto.

Dated:  New York, New York
        August 5, 2010


/s/ Joseph H. Smolinsky           
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Debtors and Debtors in
Possession*


/s/ Keith R. Martorana           
Matthew J. Williams
Keith R. Martorana

GIBSON DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Attorneys for Wilmington Trust Company,
as 1990 Trustee and 1995 Truestee*

/s/ Louis A. Curcio
Maria M. Livanos
Louis A. Curcio

SONNENSCHEIN NATH & ROSENTHAL
LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6744
Facsimile:  (212) 768-6800

*Attorneys for Citibank, N.A. as Paying
Agent under the 1990 and 1995 Indentures*

So Ordered this **9th** day of **August** 2010

        ***s/ Robert E. Gerber***
United States Bankruptcy Judge

43467654                              6

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                    :

In re                                      :           **Chapter 11 Case No.**
                                                    :

**MOTORS LIQUIDATION COMPANY,** *et al.,*   :       **09-50026 (REG)**
       **f/k/a General Motors Corp.,** *et al.*    :
                                                    :

                            **Debtors.**        :           **(Jointly Administered)**
                                                    :

------------------------------------------------------------------x

## ORDER GRANTING DEBTORS'
## SIXTY-THIRD OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Debt Claims)

Upon the sixty-third omnibus objection to claims, dated August 13, 2010 (the

"**Sixty-Third Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a General

Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the

"**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy**

**Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"),

and this Court's supplemental order establishing supplemental rules and authority for filing

omnibus objections to certain debt claims (the "**Supplemental Procedures Order**") [Docket No.

6238], seeking entry of an order disallowing and expunging the Duplicate Debt Claims on the

grounds that such claims are duplicative of either Claim 65793 or Claim 65729, all as more fully

described in the Sixty-Third Omnibus Objection to Claims; and due and proper notice of the

Sixty-Third Omnibus Objection to Claims having been provided, and it appearing that no other

or further notice need be provided; and the Court having found and determined that the relief

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Debtors' Sixty-Third Omnibus Objection to Claims.

sought in the Sixty-Third Omnibus Objection to Claims is in the best interests of the Debtors,

their estates, creditors, and all parties in interest and that the legal and factual bases set forth in

the Sixty-Third Omnibus Objection to Claims establish just cause for the relief granted herein;

and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Sixty-Third Omnibus Objection to

Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on **Exhibit "A"** (the "**Order Exhibit**") annexed hereto under the heading "*Claims to be

Disallowed and Expunged*" (collectively, the "**Duplicate Debt Claims**") are disallowed and

expunged; and it is further

ORDERED that, if applicable, the Sixty-Third Omnibus Objection to Claims is

adjourned with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Objection Adjourned*" (the "**Adjourned Claims**") to the date indicated on the Order

Exhibit, subject to further adjournments (such actual hearing date, the "**Adjourned Hearing

Date**"), and the Debtors' response deadline with respect to the Adjourned Claims shall be 12:00

noon (Eastern Time) on the date that is three (3) business days before the Adjourned Hearing

Date; and it is further

ORDERED that, if applicable, the Sixty-Third Omnibus Objection to Claims is

withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Objection Withdrawn*"; and it is further

ORDERED that, if applicable, the Sixty-Third Omnibus Objection to Claims is

withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Claim Withdrawn*," as those claims have been withdrawn by the corresponding

claimant; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly

reserved with respect to, (i) any claim listed on Exhibit "A" annexed to the Sixty-Third Omnibus

Objection to claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed

on the Order Exhibit annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
            _____, 2010

_____
United States Bankruptcy Judge