**HEARING DATE AND TIME: September 24, 2010 at 9:45 a.m. (Eastern Time)**
**RESPONSE DEADLINE: September 17, 2010 at 4:00 p.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                           :
In re                                      :      Chapter 11 Case No.
                                           :
MOTORS LIQUIDATION COMPANY, et al.,        :      09-50026 (REG)
        f/k/a General Motors Corp., et al. :
                                           :
                        Debtors.           :      (Jointly Administered)
                                           :
-------------------------------------------------------------x
```

### NOTICE OF DEBTORS' SIXTY-FOURTH OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Debt Claims)

**PLEASE TAKE NOTICE** that on August 13, 2010, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their sixty-fourth omnibus objection to claims (the "**Objection**"), and that

a hearing (the "**Hearing**") to consider the Objection will be held before the Honorable Robert E.

Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for

the Southern District of New York, One Bowling Green, New York, New York 10004, on

**September 24, 2010 at 9:45 a.m. (Eastern Time),** or as soon thereafter as counsel may be

heard.

**PARTIES LISTED ON EXHIBIT "A" ANNEXED TO THE OBJECTION (THE "<u>CLAIMANTS</u>") (AND THEIR COUNSEL, IF KNOWN) WILL RECEIVE A PERSONALIZED NOTICE OF THE OBJECTION, RATHER THAN THE ENTIRE OBJECTION.**

This Objection does not affect a Claimant's ability to receive distributions as a beneficial bondholder under the claims filed by the indenture trustee of the Debtors' public debentures.  If a Claimant disagrees with the Objection's treatment of the Claimant's claim, the Claimant may call the Debtors to try and resolve the Claimant's concerns at **1-800-414-9607**.  If a Claimant is unable to resolve the Claimant's concerns with the Debtors before the deadline to respond, then the Claimant <u>must</u> file and serve a written response (a "**Response**") to the Objection in accordance with this notice, and the Claimant <u>must</u> appear at the Hearing described below.

A Claimant may participate in the Hearing telephonically provided that the Claimant complies with the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider."  A Claimant must also provide prior written notice by mail or e-mail of the Claimant's telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Russell Brooks, Esq. (russell.brooks@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Jennifer Sharret, Esq. (jsharret@kramerlevin.com)).

**If a Claimant does not oppose the disallowance and expungement of the Claimant's claim, then the Claimant does not need to file a Response or appear at the Hearing.**

**PLEASE TAKE FURTHER NOTICE THAT** the Hearing on the Objection is scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on **September 24, 2010 at 9:45 a.m. (Eastern Time)**.  If a Claimant files a Response to the Objection, the Claimant should plan to appear at the Hearing either in person or telephonically.  The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to the Claimant's claim.  If the Debtors do continue the Hearing with respect to the Claimant's claim, then the Hearing will be held at a later date.  If the Debtors do not continue the Hearing with respect to the Claimant's claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **September 17, 2010 at 4:00 p.m. (Eastern Time)**.  Only those Responses that are timely will be considered at the Hearing.  A Claimant's Response will be deemed timely only if it is:  (a) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov) before the deadline for Responses **or** (b) **actually** received on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format <u>and</u> in hard copy at each of the following addresses on or before the deadline for response:

      A.      Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;

      B.      Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and

C.      Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory
committee of unsecured creditors, 1177 Avenue of the Americas, New
York, New York 10036 (Attn:  Jennifer Sharret, Esq.).

A Claimant's response, if any, must contain at a minimum the following: (i) a
caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case
number, and the number of the Objection to which the response is directed; (ii) the name of the
Claimant and description of the basis for the amount of the claim; (iii) a concise statement setting
forth the reasons why the claim should not be disallowed and expunged for the reasons set forth
in the Objection, including, but not limited to, the specific factual and legal bases upon which the
Claimant will rely in opposing the Objection; (iv) all documentation or other evidence of the
claim, to the extent not included with the proof of claim previously filed with the Bankruptcy
Court, upon which the Claimant will rely in opposing the Objection; (v) the address(es) to which
the Debtors must return any reply to the Claimant's response, if different from that presented in
the proof of claim; and (vi) the name, address, and telephone number of the person that can be
contacted in connection with the Objection.

If a Claimant has any questions about this notice or the Objection, please contact
the Debtors at **1-800-414-9607**.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF
THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

**PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief requested in the Objection without further notice or a hearing if a Claimant fails to file a timely Response or appear at the Hearing.**

Dated: New York, New York
August 13, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                          :
In re                                     :        Chapter 11 Case No.
                                          :
MOTORS LIQUIDATION COMPANY, et al.,       :        09-50026 (REG)
        f/k/a General Motors Corp., et al.  :
                                          :
                        Debtors.          :        (Jointly Administered)
                                          :
------------------------------------------------------------x
```

## DEBTORS' SIXTY-FOURTH OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Debt Claims)

THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM. CLAIMANTS THAT ARE THE SUBJECT OF THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON EITHER THE EXHIBIT ATTACHED TO THIS OBJECTION OR ON THEIR PERSONALIZED NOTICE.

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) and its

affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully represent:

## <u>Relief Requested</u>

1.          The Debtors file this sixty-fourth omnibus objection to claims (the "**Sixty-Fourth Omnibus Objection to Claims**") pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this Court's supplemental order establishing supplemental rules and authority for filing omnibus objections to certain debt claims (the "**Supplemental Procedures Order**") [Docket No. 6238], seeking entry of an order disallowing and expunging the claims listed on **Exhibit "A"** annexed hereto.[1]

2.          The Debtors have examined the proofs of claim identified on Exhibit "A" and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed and Expunged*" (collectively, the "**Duplicate Debt Claims**") are duplicative of either (1) the global Proof of Claim No. 65793 ("**Claim 65793**") filed by Wilmington Trust Company ("**WTC**"), in its capacity as successor indenture trustee of the Senior Indenture, dated as of November 15, 1990 (the "**1990 Indenture**") or (2) the global Proof of Claim No. 65729 ("**Claim 65729**") filed by WTC, in its capacity as successor indenture trustee of the Senior Indenture, dated as of December 7, 1995, as amended (the "**1995 Indenture**").  The amounts asserted by WTC in Claim 65793 and Claim 65729 have been reconciled and allowed under a stipulation, approved and entered by the Court on August 9, 2010 (the "**WTC Stipulation**") [Docket No. 6595], a copy of which is annexed hereto as **Exhibit "B."**  The Debtors, therefore, seek entry of an order disallowing and expunging from the claims register the Duplicate Debt Claims.

---

[1] Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com. A link to the claims register is located under the "Claims Information" tab.  Creditors without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City Group, Inc. at 1-703-286-6401.

3.      This Sixty-Fourth Omnibus Objection to Claims does not affect the ability

of an Individual Bondholder (as hereinafter defined) to participate in accordance with the WTC

Stipulation.  Further, the Debtors reserve all their rights to object on any other basis to any

Duplicate Debt Claim as to which the Court does not grant the relief requested herein.

### Jurisdiction

4.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

### Background

5.      On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**Realm/Encore Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Case Number 09-50026 (REG).  On September 15, 2009,

the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs,

which were amended on October 4, 2009.  On October 15, 2009, the Realm/Encore Debtors filed

their schedules of assets and liabilities and statements of financial affairs.

6.      On September 16, 2009, this Court entered an order [Docket No. 4079]

establishing November 30, 2009 as the deadline for each person or entity to file a proof of claim

in the Initial Debtors' cases, including governmental units.  On December 2, 2009, this Court

entered an order [Docket No. 4586] establishing February 1, 2010 as the deadline for each

---

[2] The Initial Debtors are Motors Liquidation Company (f/k/a General Motors Corporation), MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3] The Realm/Encore Debtors are Remediation and Liability Management Company, Inc., and Environmental Corporate Remediation Company, Inc.

person or entity to file a proof of claim in the Realm/Encore Debtors' cases (except

governmental units, as defined in section 101(27) of the Bankruptcy Code, for which the Court

established June 1, 2010 as the deadline to file proofs of claim).

       7.      Among the tens of thousands of proofs of claim the Debtors received,

approximately 18,000 proofs of claim have been filed by claimants seeking the repayment of

principal, interest, and fees and expenses that relate to dollar-denominated debt securities issued

by the Debtors pursuant to the 1990 Indenture and the 1995 Indenture (each, a "**Debt Claim**,"

and the holder of such Debt Claim, an "**Individual Bondholder**").  The Debtors believe that all

of the Debt Claims filed by Individual Bondholders are duplicative of the claims allowed in

favor of WTC for the benefit of all Individual Bondholders in accordance with the WTC

Stipulation.

       8.      On August 9, 2010, the Court entered the WTC Stipulation signed by the

Debtors, WTC, and Citibank, N.A., solely in its capacity as paying agent under the 1990

Indenture and 1995 Indenture (in such capacity, "**Citibank**"), allowing (i) Claim 65793 in the

amount of $1,419,471,545.22 (subject to appropriate reserve and/or reduction in connection with

any Court-authorized setoff exercised by Individual Bondholders) and (ii) Claim 65729 in the

amount of $21,928,183,895.36 (subject to appropriate reserve and/or reduction in connection

with any Court-authorized setoff exercised by Individual Bondholders).  Prior to entry of the

WTC Stipulation, WTC sent out a notice to all affected Individual Bondholders notifying them

of the pending approval by the Court of the WTC Stipulation.

       9.      On October 6, 2009, this Court entered the Supplemental Procedures

Order, which authorizes the Initial Debtors, among other things, to file omnibus objections to no

more than 500 claims at a time with respect to Debt Claims.  The claimants that are listed in

Exhibit "A" have filed Debt Claims against the Initial Debtors.

10.    The Debtors now move to expunge the Duplicate Debt Claims filed by

each Individual Bondholder as duplicative of either Claim 65793 or Claim 65729.

### The Relief Requested Should Be Approved by the Court

11.    A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects."  11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential

allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See*

*In re Oneida, Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd*, No. 09 Civ. 2229 (DC),

2010 WL 234827 (S.D.N.Y. Jan. 22, 2010); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No.

02-41729 (REG), 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re*

*Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

12.    Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a

claim may not be allowed to the extent that "such claim is unenforceable against the debtor and

property of the debtor, under any agreement or applicable law."  11 U.S.C. § 502(b)(1).  The

Debtors cannot be required to pay on the same claim more than once.  *See, e.g., In re Finley,*

*Kumble, Wagner, Heine, Underberg, Manley, Myerson, & Casey*, 160 B.R. 882, 894 (Bankr.

S.D.N.Y. 1993) ("In bankruptcy, multiple recoveries for an identical injury are generally

disallowed.").  The Debtors have reviewed the proofs of claim identified on Exhibit "A" and

believe them to be duplicative of Claim 65793 or Claim 65729.  Moreover, the Debtors have no

way of confirming that any of the Individual Bondholders are, in fact, beneficial holders of a

debt instrument on the relevant dates.

13.    To avoid the possibility of multiple recoveries by the Individual

Bondholders, the Debtors request that the Court disallow and expunge in their entirety the

Duplicate Debt Claims. Individual Bondholders, to the extent they are beneficial bondholders as of the record date under any confirmed plan of liquidation, will receive distributions under such plan from WTC in its capacity as indenture trustee.

**Notice**

14.     Notice of the Sixty-Fourth Omnibus Objection to Claims has been provided to each claimant listed on Exhibit "A" by virtue of the individualized notice transmitted in accordance with the Supplemental Procedures Order and parties in interest in accordance with the Third Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures, dated April 29, 2010 [Docket No. 5670].

15.     No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the relief requested herein and such other and further relief as is just.

Dated: New York, New York
            August 13, 2010

                                    /s/ Joseph H. Smolinsky
                                    Harvey R. Miller
                                    Stephen Karotkin
                                    Joseph H. Smolinsky

                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone: (212) 310-8000
                                    Facsimile: (212) 310-8007

                                    Attorneys for Debtors
                                    and Debtors in Possession

## Exhibit A

Sixty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MR ROBERT E MACHOLD AND MRS CAROLYN M MACHOLD JT TEN 1140 E CALLE MARIPOSA TUCSON, AZ 85718 | 16439 | Motors Liquidation Company | $23,530.80 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR ROBERT J BELLAN MRS LOIS R BELLAN 137 CHESTNUT HILL LN S WILLIAMSVILLE, NY 14221 | 3607 | Motors Liquidation Company | $31,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR ROBERT J GOODSON 1224 WINDY KNOLL RD WOODSTOCK, GA 30188 | 18715 | Motors Liquidation Company | $74,996.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR ROBERT JENKINS 700 PORT ST APT 122 EASTON, MD 21601 | 62027 | Motors Liquidation Company | $22,840.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR ROBERT NIEDSON MRS JANICE NIEDSON 11623 ROBINWOOD BLVD WARREN, MI 48093 | 12486 | Motors Liquidation Company | $15,344.99 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR ROBERT P PEREMES 10 SUNRISE LN U SADDLE RIV, NJ 07458 | 17073 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR RODNEY B THOMAS AND MRS BEVERLY J THOMAS JTWROS 5126 SHIRAZ LANE FAYETTEVILLE, NY 13066 | 62959 | Motors Liquidation Company | $10,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR RODNEY SPANGLER 6240 N PLACATA DE ROJELIO TUCSON, AZ 85718 | 22152 | Motors Liquidation Company | $24,032.49 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR RODRIGO ARAMBURU MS ADRIANA S SUZAL CLEMENTE PRADINES 1704 MONTEVIDEO URUGUAY CP 11500 , URUGUAY | 14347 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MR ROY B LUCY JR<br>MRS FRANCES T LUCY<br>2057A RALEIGH RD<br>HUMMELSTOWN, PA 17036 | 62278 | Motors Liquidation Company | $18,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR SEAMUS CONNOLLY<br>3862 HUELVA CT<br>NAPLES, FL 34109 | 2847 | Motors Liquidation Company | $19,609.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR SEYMOUR WEINMAN<br>182 CLARKEN DR<br>WEST ORANGE, NJ 07052 | 66275 | Motors Liquidation Company | $8,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR SHAW VEE FOONG<br>1 SCOTTS ROAD #13-00<br>228208 SINGAPORE<br>,<br>SINGAPORE | 19797 | Motors Liquidation Company | $112,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR SPYROS P TSOUROUFLIS<br>MS ELENI N TSOUROUFLI<br>MS KONSTANTINA TSOUROUFLI<br>24 NIOVIS STR<br>FILOTHEI 15237, GREECE<br>,<br>GREECE | 15146 | Motors Liquidation Company | $77,313.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR STANLEY J SCHER<br>MR WILLIAM G SCHER TTEE<br>U/A/D 08-20-2004<br>FBO SJS REVOCABLE TRUST<br>7901 MONTECITO PLACE<br>DELRAY BEACH, FL 33446 | 3014 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR STANLEY M DREWNOWSKI<br>38 ELTING AVE<br>NEW PALTZ, NY 12561 | 11308 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR STEFAN HASDORF AND MRS CLAUDIA OSWALD<br>STOBERLSTR 1<br>80687 MUNCHEN GERMANY<br>GERMANY | 1447 | Motors Liquidation Company | $36,260.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR STEPHEN R HARRELL, SOLE & SEP. PROPERTY<br>701 GLEN GARRY DR<br>FLOWER MOUND, TX 75022 | 947 | Motors Liquidation Company | $6,700.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MR STEVE LIN TUNG-LIANG<br>MRS LIN TSENG CHING-NING<br>3F NO. 9 LANE 157<br>JI HU ROAD<br>TAIPEI TAIWAN<br>,<br>TAIWAN | 30083 | Motors Liquidation Company | $650,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR THEMISTOKLIS KAPELLOS<br>MRS EIRINI KAPELLOU<br>MS PANAGIOTA KAPELLOU<br>22 METONOS STREET<br>PAPAGOU 156 69,ATHENS GREECE<br>,<br>GREECE | 26703 | Motors Liquidation Company | $108,749.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR THEODOROS CHALIKIAS<br>SOFIA CHALIKIA<br>ASIMINA CHALIKIA<br>KONSTANTINOS CHALIKIAS<br>ACHILLEOS 85 PALEON FALIRON<br>ATHENS 17563 GREECE,<br>GREECE | 18928 | Motors Liquidation Company | $100,141.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR THOMAS E SULLIVAN<br>138 OXFORD BLVD<br>GARDEN CITY, NY 11530 | 2323 | Motors Liquidation Company | $200,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR THOMAS L RUTTER<br>609 COULTER AVE<br>GREENSBURG, PA 15601 | 61855 | Motors Liquidation Company | $5,430.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR THOMAS ORSO<br>CGM IRA CUSTODIAN<br>200 MACFARLANE DR  APT 1204<br>DELRAY BEACH, FL 33483 | 68912 | Motors Liquidation Company | $33,545.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR THOMAS P CHERBERG<br>MRS MARY T CHERBERG<br>919 E FAIRFIELD DR<br>PENSACOLA, FL 32503 | 5273 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR VALERY RABINOVICH<br>2780 W 5TH ST APT 12E<br>BROOKLYN, NY 11224 | 65778 | Motors Liquidation Company | $18,281.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MR VICTOR R GARCIA JR AND MRS ELIZABETH J GARCIA JTWROS 7 BUTTONBALL RD WHITESBORO, NY 13492 | 3996 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR WADE A HUBER AND MRS ROWENA B HUBER TEN IN COM P O BOX 8738 HORSESHOE BAY, TX 78657 | 61873 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR WILLIAM B PARSONS 919 KENNY STREET GALLATIN, TN 37066 | 21211 | Motors Liquidation Company | $45,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR WILLIAM BLUM MRS KATHY J BLUM 81 BROMPTON RD GARDEN CITY, NY 11530 | 17041 | Motors Liquidation Company | $85,571.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR WILLIAM D SCHAEFER JOSEPHINE SCHAEFER 164 STAGECOACH RD BELL CANYON, CA 91307 | 6907 | Motors Liquidation Company | $94,329.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR WILLIAM F. SHERIDAN TTEE FBO S. DECEDENT'S TRUST U/A/D 06/19/19 3670 NORTH CAROLINA AVE. EDGEWATER, MD 21037 | 14163 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR WILLIAM JAMES 3955 DOBBINS PIKE PORTLAND, TN 37148 | 21210 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR WILLIAM L BOGGS 35 GREENWOOD LN OCEAN PINES, MD 21811 | 22896 | Motors Liquidation Company | $9,241.96 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR WILLIAM P MITCHELL 200 WHITE HAMPTON LN APT 721 PITTSBURGH, PA 15236 | 19876 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR WILLIAM RAY FORRESTER JR 1442 NASHVILLE AVE NEW ORLEANS, LA 70115 | 9865 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Fourth Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

# Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MR YIU LEUNG WAI<br>MR YIU LEUNG WAI/MS WUN PIK JALAN KWOK<br>FLAT 1 1/F BLOCK 46<br>HENG FA CHUEN<br>100 SHING TAI ROAD HONG KONG<br><br>HONG KONG, CHINA | 67949 | Motors Liquidation Company | $8,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR YOSHIAKI IDE<br>MRS MARY NEWBY IDE<br>6120 FERRIER CT<br>GAINESVILLE, VA 20155 | 2615 | Motors Liquidation Company | $13,219.35 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR. & MS. DELLENEY RUFF<br>516 SIMS AVE<br>COLUMBIA, SC 29205 | 10140 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR. AND MRS. LARRY R FOSTER<br>2290 W 276TH ST<br>SHERIDAN, IN 46069 | 1888 | Motors Liquidation Company | $140,930.20 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR. C GERALD TAYLOR<br>1042 ROLLOVER ACCOUNT<br>424 RIVERWALK<br>MCDONOUGH, GA 30252<br>UNITED STATES OF AMERICA | 67599 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR. DAVID O. COOPER<br>CGM IRA ROLLOVER CUSTODIAN<br>PM - PBG - GMF9<br>895 NEWLINS ROAD EAST<br>EASTON, PA 18040 | 19722 | Motors Liquidation Company | $26,880.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR. EFSTRATIOS GIANNAKOULIS<br>MRS. CHRISTINA-MARIA GIANNAKOULI<br>MR. NIKOLAOS GIANNAKOULIS<br>1, TZAVELA STR<br>P. FALIRO ATHENS 17563 GREECE<br><br>GREECE | 17497 | Motors Liquidation Company | $144,935.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR. GARY D. HARRELL, SOLE & SEP. PROPERTY<br>GARY D. HARRELL<br>3532 WINIFRED DR.<br>FT. WORTH, TX 76133 | 806 | Motors Liquidation Company | $6,700.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR. GERALD WEISS<br>CGM IRA ROLLOVER CUSTODIAN<br>10502 CASCADE FALLS<br>OWINGS MILLS, MD 21117 | 30757 | Motors Liquidation Company | $9,887.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MR. HIROSHI YANAGAWA<br>3-36-15B NISHIHARA, SHIBUYA-KU<br>TOKYO 1510066<br>,<br>JAPAN | 15239 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR. IRVIN ZIMET<br>5403 BRANDY CIRCLE<br>FORT MYERS, FL 33919 | 12416 | Motors Liquidation Company | $8,680.23 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR. JAMES DANNY BABB TTEE<br>FBO JAMES D. BABB FAMILY TRUST<br>U/A/D 08/10/92 SPECIAL ACCT<br>4327 NEWTON STREET<br>TORRANCE, CA 90505 | 16943 | Motors Liquidation Company | $32,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR. JOSEPH J LISA III AND<br>MRS JULIE D LISA JTWROS<br>106 WEDGEWOOD DR<br>EGG HARBOR TWP, NJ 08234 | 4091 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR. KAY KAHUS<br>16009 N 61 ST<br>SCOTTSDALE, AZ 85254 | 17590 | Motors Liquidation Company | $50,835.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR. PERIKLIS GIANNOPOULOS<br>MRS. MARIA GIANNOPOULOU AND<br>ELENI GIANNOPOULOU JTWROS<br>10A OLIMPIAS, ANOHARAVGI - DAFNI<br>ATHENS 17236 GREECE<br><br>GREECE | 17500 | Motors Liquidation Company | $103,525.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR. RAYMOND L JOHNSON<br>402 CLYDE CT<br>MCDONOUGH, GA 30252<br>UNITED STATES OF AMERICA | 67601 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR. RICHARD COCKS, TR.<br>7355 DE MAR RD<br>CINCINNATI, OH 45243 | 30010 | Motors Liquidation Company | $125,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR. RICHARD MCCUSKER<br>MRS FRANCES MCCUSKER AND<br>MS. JANET COACCI JTWROS<br>289 GREEN LAKE ROAD<br>CATSKILL, NY 12414 | 12675 | Motors Liquidation Company | $9,490.70 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Sixty-Fourth Omnibus Objection**

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MR. ROBERT J J DEVINE<br>21426 W BASSWOOD LN<br><br>PLAINFIELD, IL 60544 | 15259 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR. STEPHEN R. HARRELL, SOLE & SEP. PROPERTY<br>701 GLEN GARRY DR.<br><br>FLOWER MOUND, TX 75022 | 816 | Motors Liquidation Company | $6,700.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MRS AMY M. MIKUSA<br>CGM IRA ROLLOVER CUSTODIAN<br>108 CONSTITUTION DR<br>MORGANTON, NC 28655 | 5824 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MRS ANN M. VENUTO<br>CGM ROTH IRA CUSTODIAN<br>124 TIMBERLANE DRIVE<br>WILLIAMSVILLE, NY 14221 | 21537 | Motors Liquidation Company | $3,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MRS ANNABELLE DACHS<br>DIANNE LANDMAN<br>7321 AMBERLY LN APT 307<br>DELRAY BEACH, FL 33446 | 12233 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MRS ANNE HALLER<br>473 SUMMIT DR<br><br>PITTSBURGH, PA 15228<br>UNITED STATES OF AMERICA | 4816 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MRS ANNETTE L YESNER<br>TOD ALAN J YESNER AND JUDITH M<br>SAKA SUBJECT TO STA TOD RULES<br>2801 PRAIRIE AVE<br>MIAMI BEACH, FL 33140 | 11957 | Motors Liquidation Company | $19,483.74 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MRS ARTEMIS STYLIANOU & DIMITRIOS STYLIANOU<br>14 DIMOKRATIAS STREET<br>15452 ATHENS PALIO PSYCHIKO GREECE<br><br>GREECE | 48368 | Motors Liquidation Company | $100,758.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MRS ARTEMIS STYLIANOU & MR DIMITRIOS STYLIANOS<br>14 DIMOKRATIAS STREET<br>ATHENS PALIO PSYCHIKO GREECE 154-52<br>,<br>GREECE | 48369 | Motors Liquidation Company | $71,712.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Fourth Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MRS ARTEMIS STYLIANOU AND DIMITRIOS STYLIANOS<br>14 DIMOKRATIAS STREET<br>15452 ATHENS PALIO PSYCHIKO GREECE<br><br>GREECE | 48370 | Motors Liquidation Company | $74,115.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MRS BETTY WISE<br>1472 HERON RIDGE BLVD<br><br>GREENWOOD, IN 46143 | 6791 | Motors Liquidation Company | $4,900.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MRS BEVERLY DE VITO<br>64 CHARDON PL<br><br>NAPLES, FL 34110 | 15462 | Motors Liquidation Company | $12,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MRS DEBORAH K WASSON SOLE & SEP PROPERTY<br>C/O MRS DEBORAH K WASSON<br>706 VANDERSLICE DR<br>LONGVIEW, TX 75602 | 944 | Motors Liquidation Company | $6,675.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MRS DIANE MC CARRICK<br>80 ROXEN RD<br><br>ROCKVILLE CTR, NY 11570 | 22247 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MRS DIANE PORTER<br>60 E 9TH ST # 322<br><br>NEW YORK, NY 10003 | 12721 | Motors Liquidation Company | $34,580.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MRS DOLORES M KURTZ<br>317 BIDDLE DR<br><br>EXTON, PA 19341 | 17822 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MRS DORIS NADDER<br>1551 WINNETKA RD<br><br>GLENVIEW, IL 60025 | 2968 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MRS ELAINE KANE HARTMAN<br>1933 GRANGE AVE<br><br>RACINE, WI 53403 | 17612 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MRS ELIZABETH ARNOLD<br>340 WOODLYN DR<br><br>COLLEGEVILLE, PA 19426 | 12938 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MRS ELIZABETH JACOBS<br>CGM IRA ROLLOVER CUSTODIAN<br>6081 LAKE LINDERO DRIVE<br>AGOURA HILLS, CA 91301 | 59013 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MRS EVELYN K KANNATT<br>CGM IRA CUSTODIAN<br>973 WEST SHELLEY ROAD<br>NORTH BELLMORE, NY 11710 | 30969 | Motors Liquidation Company | $26,031.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MRS GENEVIEVE H MARSH<br>106 MANCHESTER DR<br>IRWIN, PA 15642 | 1846 | Motors Liquidation Company | $34,447.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MRS GEORGANN TIMS FILAK<br>5000 MONTROSE BLVD # 22B<br>HOUSTON, TX 77006 | 18155 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MRS IDA B COWLEY<br>PO BOX 802<br>ELIZABETHTOWN, KY 42702 | 26930 | Motors Liquidation Company | $50,005.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MRS IRENE E DAVIS<br>1471 9TH ST<br>WEST BABYLON, NY 11704 | 14976 | Motors Liquidation Company | $12,904.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MRS IRIS B DECINA<br>303 EARLINGTON RD<br>HAVERTOWN, PA 19083 | 31310 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MRS JANICE A ARMUTH<br>4111 RIVER ROAD<br>COLUMBUS, IN 47203 | 5822 | Motors Liquidation Company | $10,193.45 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MRS JEAN ANSTATT<br>603 GUNSTON LN<br>WILMINGTON, NC 28405 | 6520 | Motors Liquidation Company | $8,420.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MRS JO ANN MELTZER ACF<br>MARISSA MARX U/FL/UTMA<br>7 ODELL PLAZA<br>YONKERS, NY 10701 | 3458 | Motors Liquidation Company | $1,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MRS JOAN DANYLAK<br>111-20 73RD AVE APT 7A<br><br>FOREST HILLS, NY 11375 | 62383 | Motors Liquidation Company | $200,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MRS JOSEE DUPUIS<br>6340 AV DES JALESNES<br>ANJOU QC H1M 1Y2  CANADA<br><br>CANADA | 21414 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MRS JOYCE D BALTZ<br>BY JOYCE D BALTZ<br>2041 KING AIR CT<br>PORT ORANGE, FL 32128 | 60622 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MRS KALLIRROI MANETA<br>MR MARIOS MANETAS<br>MR KLEOMENIS MANETAS<br>MR ALEXANDROS MANETAS<br>7 ETH ANTISTASEOS N PEDELI 15236 ATHENS GREECE<br>,<br>GREECE | 17499 | Motors Liquidation Company | $177,355.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MRS KATHLEEN KEEFE-RAFFEL<br>MR COREY RAFFEL<br>102 ASHBOURNE RD<br>BEXLEY, OH 43209 | 64413 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MRS KATHY ANN KEANE<br>TOD JAMES MICHAEL KEANE<br>SUBJECT TO STA TOD RULES<br>255 NORFOLK AVENUE<br>LYNCHBURG, VA 24503 | 10833 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MRS LEE STEINBERG<br>CGM IRA CUSTODIAN<br>27010 GRAND CENTRAL PKWY<br>APT 4-D<br>FLORAL PARK, NY 11005 | 31276 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MRS LEILA R HAMMER<br>460 NEPTUNE AVE 15F<br><br>BROOKLYN, NY 11224 | 15677 | Motors Liquidation Company | $1,891.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MRS LOIS TAMARIN CAMP<br>44 OAK ST<br><br>HARRINGTON PK, NJ 07640 | 4273 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MRS MARIE LANGBEIN MALKEY<br>61 ECHO LANE<br><br>LARCHMONT, NY 10538 | 27387 | Motors Liquidation Company | $23,093.80 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MRS MARTHA W WALDER<br>MRS VIRGINIA W ORBAN<br>MR THOMAS G WALDER<br>39 SALT CEDAR LN<br>KIAWAH ISLAND, SC 29455 | 5777 | Motors Liquidation Company | $42,545.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MRS MARY C. WILLIAMS<br>CGM IRA ROLLOVER CUSTODIAN<br>2710 MOHICAN ST.<br>SUMTER, SC 29150 | 26980 | Motors Liquidation Company | $4,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MRS MARY CAMPBELL<br>38 WHITNEY CIRCLE<br><br>GLEN COVE, NY 11542 | 25468 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MRS MATILDA E KUHLMAN<br>33 PINE VALLEY RD<br><br>JACKSON, NJ 08527 | 28919 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MRS MONA G BELTRAM<br>CGM IRA CUSTODIAN<br>2167 HIDDENBROOK DRIVE<br>WALL, NJ 07719 | 61795 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MRS MORITA E SPERRA<br>MRS MORITA E SPERRA<br>2 ASHMONT CT<br>WHITING, NJ 08759 | 45280 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MRS OLIVE R MYERS<br>7022 N PARK AVE<br><br>INDIANAPOLIS, IN 46220 | 11069 | Motors Liquidation Company | $9,920.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MRS PAULA M NIKLAS<br>REV TR DTD 8/16/83<br>PAULA M NIKLAS TTEE<br>3003 EUCLID<br>TAMPA, FL 33629 | 28248 | Motors Liquidation Company | $46,625.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MRS ROBERTA R ECKLEY<br>1155 NORTH LISBON ST<br><br>CARROLLTON, OH 44615 | 19866 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MRS ROSEMARY C SAMMARCO<br>1865 EILEEN WAY<br><br>POINT PLEASANT, NJ 08742 | 2157 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MRS VASSILIKI KARYSTINOV<br>MRS ALEXANDRA KARYSTINOV<br>MRS SOFIA KARYSTINOV<br>PO BOX 78523<br>17602 TZITZIFIES ATHENS GREECE<br><br>GREECE | 61674 | Motors Liquidation Company | $60,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MRS VICTORIA MIRONER<br>CGM ROTH IRA CUSTODIAN<br>2237 56 DRIVE<br>BROOKLYN, NY 11234 | 2366 | Motors Liquidation Company | $2,072.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MRS YETTA FISHMAN<br>2890 BAYVIEW AVE<br><br>WANTAGH, NY 11793 | 16714 | Motors Liquidation Company | $6,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MRS. ALICIA Z GURNE<br>2105 FLINTON VIEW CIR<br><br>ROCHESTER HILLS, MI 48309 | 64105 | Motors Liquidation Company | $9,324.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MRS. JOSEPHINE MORABITO<br>600 BREEZE PARK DR<br>APT 301<br>ST CHARLES, MO 63304 | 14189 | Motors Liquidation Company | $20,550.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MRUDULA K VYAS<br>2472 VALLEY LN<br><br>GRAND BLANC, MI 48439 | 9330 | Motors Liquidation Company | $25,004.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS & CO C/F<br>DONALD G SLOO<br>8116 RUMFORD ROAD<br>INDIANAPOLIS, IN 46219 | 3924 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS & CO C/F<br>C/O DANIEL LOUIS WASNICK<br>IRA ROLLOVER DTD 02/25/86<br>555 E SANDRA AVE<br>TULARE, CA 93274 | 4913 | Motors Liquidation Company | $24,612.51 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Fourth Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MS & CO C/F<br>GARY M MASTRY<br>6851 CYPRESS GROVE CIRCLE<br>PUNTA GORDA, FL 33992 | 5360 | Motors Liquidation Company | $25,000.00 | Claim & Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS & CO C/F<br>BERNARD A KUTE<br>IRA ROLLOVER DATED 6/20/83<br>1600 VIA TURQUESA<br>LAS CRUCES, NM 88007<br>UNITED STATES OF AMERICA | 6056 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS & CO C/F<br>CHARLES T SANDERS<br>3283 MOLINO RD<br>MOLINO, FL 32577 | 9185 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS & CO C/F<br>BERNARD KRAISMAN<br>IRA STANDARD DATED 3/19/07<br>303 E 57TH ST  APT 16D<br>NEW YORK, NY 10022 | 10536 | Motors Liquidation Company | $42,557.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS & CO C/F<br>C/O CARTER & RUBY IRA STANDARD DTD 9/7/84<br>2610 CORDELIA RD<br>LOS ANGELES, CA 90049 | 12257 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS & CO C/F<br>S BRUCE HARRISON<br>IRA ROLLOVER DATED 11/10/95<br>3856 HANLEY RD<br>CINCINNATI, OH 45247 | 15908 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS & CO C/F<br>C/O PAULINE E LITCHFIELD<br>1331 W FEEMSTER<br>VISALIA, CA 93277 | 15994 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS & CO C/F<br>C/O EUGENE L SPECK<br>2228 CHATSWORTH COURT<br>HENDERSON, NY 89074 | 28303 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS & CO C/F<br>DONNA L HRUSKA<br>PO BOX 80540<br>LAS VEGAS, NV 89180 | 28441 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MS & CO C/F<br>JEROME HRUSKA<br>PO BOX 80540<br>LAS VEGAS, NV 89180 | 28713 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS & CO C/F<br>ABRAHAM SCHINDLER<br>IRA ROLLOVER DATED 12/06/06<br>16 PIEDMONT A<br>DELRAY BEACH, FL 33484 | 29529 | Motors Liquidation Company | $11,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS & CO C/F<br>JANICE MATSON<br>1106 VALLEY AVE<br>ALBERT LEA, MN 56007 | 32925 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS & CO C/F<br>THEODORE AIN<br>C/O KENT REALTY<br>136-48 39TH AVE<br>FLUSHING, NY 11354 | 64356 | Motors Liquidation Company | $38,443.23 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS & CO C/F<br>ANDREW O ZIRNGIBL<br>IRA STANDARD DATED 8/23/08<br>10715 FOOTPRINT LANE<br>PORT RICHEY, FL 34668 | 68376 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS & CO C/F ARNOLD GREENBERG<br>84 ACORN PONDS DRIVE<br>ROSLYN, NY 11576<br>UNITED STATES OF AMERICA | 63145 | Motors Liquidation Company | $21,754.11 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS & CO C/F C/F DON JOHNSON<br>194 FAIRWAY DR<br>SEQUIM, WA 98382 | 68665 | Motors Liquidation Company | $10,720.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS & CO C/F DAVID LEHMAN<br>IRA ROLLOVER DTD 01/22/2003<br>5658 WEDGE LANE<br>ALLENTOWN, PA 18106 | 9475 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS & CO C/F EDMUND KOENIG IRA<br>ROUTE 597 CANAAN RD<br>WAYMART, PA 18472 | 7788 | Motors Liquidation Company | $41,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| MS & CO C/F ERNEST C FILICE SR<br>IRA ROLLOVER DATE 3/29/96<br>5500 1-E PASEO DEL LAGO WEST<br>LAGUNA WOODS, CA 92673 | 9747 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS & CO C/F GEORGE SNOLLENBERGER<br>IRA ROLLOVER<br>547 ROBYS LANDING<br>COLDWATER, MI 49036 | 13271 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS & CO C/F IRA OF<br>JOSEPH FICARA<br>324 CROCE AVE<br>GIBBSTOWN, NJ 08027 | 37221 | Motors Liquidation Company | $17,160.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS & CO C/F MARY JANE KENNARD<br>IRA ROLLOVER DTD 7/24/00<br>698 HOLIDAY DR<br>WILLARD, OH 44890 | 9064 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS & CO C/F MARY JANE KENNARD<br>IRA ROLLOVER DATED 7/24/00<br>698 HOLIDAY DR<br>WILLARD, OH 44890 | 9065 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS & CO CF<br>JEANETTE ROSENBERGER<br>IRA ROLLOVER DATED 11/30/90<br>737 S DEQUINCY ST<br>INDIANAPOLIS, IN 46203 | 10819 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS & CO CUST FBO VINCENT J OLIVERI IRA<br>15 FRANCELLA ROAD<br>METHVEN, MA 01844 | 64439 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS & COMPANY C/F<br>JACKSON H CUNDIFF IRA ROLLOVER<br>DATED 2/18/03<br>5473 TIMBER CREEK CIRCLE<br>PACE, FL 32571 | 8787 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS + CO ALBERT BLAKENSHIP JR<br>2912 N TUCSON BLVD<br>TUCSON, AZ 85716 | 58886 | Motors Liquidation Company | $27,968.40 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MS AND CO C/F<br>JERRY L BICKEL<br>IRA ROLLOVER DATED 09/23/99<br>5007 BIRCH GROVE DR<br>GROVEPORT, OH 43125 | 15166 | Motors Liquidation Company | $21,058.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS AND CO C/F<br>PATRICIA O WHELAN<br>1379 CHATEAU COMMON<br>LIVERMORE, CA 94550 | 15831 | Motors Liquidation Company | $2,530.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS AND CO C/F<br>JOHN WILSON<br>IRA ROLLOVER DATED 10/9/95<br>16800 EDGAR ST<br>PACIFIC PALISADES, CA 90272 | 16376 | Motors Liquidation Company | $3,420.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS AND CO C/F<br>BARBARA BURROUGHS<br>9942 GRAPEWOOD COURT<br>MANASSAS, VA 20110 | 18149 | Motors Liquidation Company | $5,111.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS AND CO C/F<br>HARRY BURROUGHS<br>IRA STANDARD DATED 04/03/84<br>9942 GRAPEWOOD COURT<br>MANASSAS, VA 20110 | 18157 | Motors Liquidation Company | $5,111.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS AND CO C/F<br>DOROTHY E BURKE<br>IRA STANDARD DATED 08/31/95<br>3432 TALLYWOOD CIR<br>SARASOTA, FL 34237 | 22876 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS AND CO C/F PHILLIP M SCHLESSER<br>IRA ROLLOVER DATED 10/24/01<br>15813 RIDGELAND AVE<br>OAK FOREST, IL 60452 | 17852 | Motors Liquidation Company | $810.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS AND CO C/F THOMAS V LISLE<br>IRA STANDARD DATED 4/23/03<br>PO BOX 549<br>LAKESIDE, MI 49116 | 17851 | Motors Liquidation Company | $3,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS BARBARA GILBERT<br>427 WYNOLA ST<br>PACIFIC PALISADES, CA 90272 | 29883 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MS BARBARA STERLING TTEE<br>FBO BARBARA ANN STERLING<br>U/A/D 07/15/96<br>10790 WILSHIRE BLVD, UNIT 1104<br>LOS ANGELES, CA 90024 | 22934 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS BETTY YEE<br>2917 S ATLANTIC AVE APT 905<br>DAYTONA BEACH, FL 32118 | 28225 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS CECILIA WOON CHI FOK<br>A-1<br>17/F NICHOLSON TOWER<br>8 WONG NEI CHUNG GAP ROAD<br>HONG KONG<br>,<br>HONG KONG, CHINA | 37740 | Motors Liquidation Company | $12,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS CHING-CHI DAISY CHONG<br>GPO BOX 9804<br>CENTRAL, HONG KONG, HONG KONG<br>,<br>HONG KONG, CHINA | 29021 | Motors Liquidation Company | $44,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS CO<br>RICHARD GREY<br>409 CAMINO DEL RIO SOUTH<br>STE 303<br>SAN DIEGO, CA 92108 | 13113 | Motors Liquidation Company | $1,266.91 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS COHN FAMILY LLP<br>5602 N SCOTTSDALE ROAD<br>SCOTTSDALE, AZ 85253 | 68924 | Motors Liquidation Company | $49,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS DOROTHEA ELLERN<br>90 RIVERSIDE DRIVE<br>NEW YORK, NY 10024 | 15044 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS ELIZABETH R WILBURN<br>1430 WOODLAND DR<br>KINGSTREE, SC 29556 | 10969 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS GERALDINE FINEGOLD<br>5402 CAROL RUN W<br>WEST BLOOMFIELD, MI 48322 | 12097 | Motors Liquidation Company | $11,007.72 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| MS HARRIET A BURACK<br>10859 BOCA WOODS LN<br><br>BOCA RATON, FL 33428 | 14773 | Motors Liquidation Company | $9,775.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS HELENE M DOOLEY<br>515 WINDSOR  ST<br><br>READING, PA 19601 | 28501 | Motors Liquidation Company | $35,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS JEANNIE SUN CHOW<br>B1 12/F SUMMIT COURT<br>TIN HAU TEMPLE ROAD<br>HONG KONG<br>,<br>HONG KONG, CHINA | 69701 | Motors Liquidation Company | $12,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS JOAN B LUCHETTI<br>7 TERRACE DRIVE<br><br>WEST WY, PA 18644 | 5268 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS JOAN B LUCHETTI<br>7 TERRACE DRIVE<br><br>WEST WYOMING, PA 18644 | 5269 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS MARGARET M CREGER, TTEE<br>2719 PROVINCETOWN CT<br><br>ANN ARBOR, MI 48103 | 2791 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS MARGARET SHELBY PARSONS<br>919 KENNY ST<br><br>GALLATIN, TN 37066 | 21212 | Motors Liquidation Company | $60,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS MARGUERITE ROSSELLI<br>215 SUNSET LANE<br><br>HOWELL, NJ 07731 | 2538 | Motors Liquidation Company | $126.45 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS NINA CARABOTT<br>1487 PATERSON PLANK ROAD<br><br>SECAUCUS, NJ 07094 | 3402 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS OPAL I O'NEAL<br>663 CEDAR AVE<br><br>CHULA VISTA, CA 91910 | 12105 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MS PRISCILLA GRINDLE<br>900 HOLLINSHEAD SPRING RD<br><br>SKILL MEI, NJ 08558 | 17830 | Motors Liquidation Company | $25,897.37 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>FREDERICK G BLAKELOCK<br>IRA ROLLOVER DATED 03/25/03<br>4 RED OAK DR<br>VOORHEES, NJ 08043 | 1681 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>MARLENE ACREE<br>IRA STANDARD DATED 03/11/05<br>1503 SHORE ROAD<br>BALTIMORE, MD 21220 | 1695 | Motors Liquidation Company | $5,055.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>CHARLES THOMAS ACREE<br>IRA STANDARD DATED 03/22/05<br>1503 SHORE ROAD<br>BALTIMORE, MD 21220 | 1696 | Motors Liquidation Company | $50,832.30 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>LEONARD SCHIFFMAN<br>IRA ROLLOVER DATED 02/11/09<br>210 WOODSIDE DRIVE<br>HEWLETT, NY 11557 | 2163 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>J C DAKES<br>IRA STD/ROLLOVER DTD 02/17/83<br>10501 EMILIE LANE APT 3209<br>ORLAND PARK, IL 60467 | 2211 | Motors Liquidation Company | $32,932.19 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>MELVIN CORNFIELD<br>IRA STANDARD DATED 02/13/03<br>4703 ISELIN AVE<br>BRONX, NY 10471 | 2316 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>MICHAEL R EDELMAN<br>IRA STANDARD DATED 06/17/02<br>34-05 HILLSIDE TERRACE<br>FAIR LAWN, NJ 07410 | 2348 | Motors Liquidation Company | $12,327.55 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>DALE W ROWE<br>IRA ROLLOVER DATED 07/11/00<br>7528 TANGLEWILD DRIVE<br>RALEIGH, NC 27613 | 2379 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 19

Sixty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MS&CO C/F<br>LESLIE RICHARD BRAVMAN<br>IRA STANDARD DATED 04/02/09<br>401 BLOSSOM WAY<br>MONROE TWP, NJ 08831 | 2540 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>RAPHAEL K GRAVES<br>IRA ROLLOVER DATED 02/27/97<br>2470 EMORY LANE NE<br>MARIETTA, GA 30068 | 2773 | Motors Liquidation Company | $24,396.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>DAVID A SONNENSCHEIN<br>IRA STANDARD DATED 02/26/08<br>4828 LENOMAR COURT<br>WEST BLOOMFIELD, MI 48322 | 2807 | Motors Liquidation Company | $25,816.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>JAMES R JACKSON<br>IRA STANDARD DATED 04/29/83<br>5250 MANZ PLACE APT 112<br>SARASOTA, FL 34232 | 2842 | Motors Liquidation Company | $8,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>GUSTAVE D GOLDSHINE<br>IRA ROLLOVER DATED 11/30/92<br>336 HUDSON AVE<br>PLACENTIA, CA 92870 | 2976 | Motors Liquidation Company | $3,494.15 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>DONALD O GRAY<br>IRA ROLLOVER DATED 06/10/86<br>4631 S VERDE VISTA ST<br>VISALIA, CA 93277 | 3054 | Motors Liquidation Company | $18,678.66 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>CLARA LEE<br>IRA STANDARD DATED 01/14/05<br>11990 CHALON ROAD<br>LOS ANGELES, CA 90049 | 3057 | Motors Liquidation Company | $38,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>ERNEST MINGSING LEE<br>ROTH CONVERTED IRA DATED 02/11/00<br>11990 CHALON ROAD<br>LOS ANGELES, CA 90049 | 3058 | Motors Liquidation Company | $27,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MS&CO C/F<br>ERNEST MINGSING LEE<br>IRA ROLLOVER DATED 11/04/99<br>11990 CHALON ROAD<br>LOS ANGELES, CA 90049 | 3059 | Motors Liquidation Company | $60,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>DORSEY CARROLL<br>IRA STD/ROLLOVER DTD 11/04/86<br>96 YORK DRIVE<br>SMYRNA, DE 19977 | 3205 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>ROBERT LEWIS CARROLL<br>IRA ROLLOVER DATED 10/11/00<br>96 YORK DRIVE<br>SMYRNA, DE 19977 | 3206 | Motors Liquidation Company | $95,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>CECIL T SWINSON JR.<br>IRA ROLLOVER DATED 05/03/91<br>1224 S PENINSULA DRIVE #119<br>DAYTONA BEACH, FL 32118 | 3257 | Motors Liquidation Company | $33,375.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>PAUL F ROBERTSON<br>IRA STANDARD DATED 02/28/05<br>17560 SW CASILDA CT<br>BEAVERTON, OR 97007 | 3281 | Motors Liquidation Company | $30,960.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>REGINALD DAVIES<br>IRA STANDARD DATED 10/07/97<br>11046 RUSSELL<br>UTICA, MI 48317 | 3301 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>ELISABETH G GEHR<br>IRA STANDARD DATED 06/28/00<br>903 RIO GRANDE LOOP<br>GEORGETOWN, TX 78633 | 3419 | Motors Liquidation Company | $21,062.64 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>STANLEY R PRINGLE & MARY L PRINGLE<br>IRA ROLLOVER DATED 06/25/90<br>7852 E KIOWA AVE<br>MESA, AZ 85209 | 3529 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MS&CO C/F<br>MADELINE S. JOHNSON<br>IRA ROLLOVER DATED 01/29/99<br>8146 DUNFEE LANE<br>MECHANICSVILLE, VA 23111 | 3567 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>FRANK ROBIN<br>IRA ROLLOVER DATED 08/07/90<br>606 LAKEWAY DR<br>LAKE WAY, TX 78734 | 3592 | Motors Liquidation Company | $150,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>WARD A WOLLESEN<br>IRA STD/ROLLOVER DTD 03/28/08<br>2234 CROCUS DRIVE<br>BAKERSFIELD, CA 93311 | 3639 | Motors Liquidation Company | $1,151.24 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>DONALD G SLOO<br>IRA ROLLOVER DATED 04/13/07<br>8116 RUMFORD ROAD<br>INDIANAPOLIS, IN 46219 | 3923 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>ANITA JUNTILLA<br>IRA STD SPOUSAL DTD 05/27/82<br>754 CASTLEMAN DRIVE<br>WESTFIELD, NJ 07090 | 3941 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>TERRENCE OGRADY<br>IRA ROLLOVER DATED 07/25/07<br>41 HAMILTON STREET<br>ROCKVILLE CENTRE, NY 11570 | 3961 | Motors Liquidation Company | $44,480.80 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>ROBERT GHATAN<br>IRA STD/ROLLOVER DTD 4/16/84<br>1200 SHENANDOAH<br>SAN MARINO, CA 91108 | 3965 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>FRANK X PLATTNER JR.<br>IRA SEP DATED 09/11/08<br>PO BOX 718<br>GREENVILLE, NY 12083 | 3982 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim.  Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MS&CO C/F<br>FRANK X PLATTNER JR.<br>IRA STANDARD DATED 09/11/08<br>PO BOX 718<br>GREENVILLE, NY 12083 | 3983 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>CEVIA SZELOG<br>IRA ROLLOVER DATED 04/21/93<br>4101 BLEDSOE AVENUE<br>LOS ANGELES, CA 90066 | 4023 | Motors Liquidation Company | $16,979.90 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>STANLEY R PRINGLE<br>IRA ROLLOVER DATED 07/26/84<br>7852 E. KIOWA AVE<br>MESA, AZ 85209 | 4118 | Motors Liquidation Company | $2,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>ROBERT J MAHER<br>IRA ROLLOVER DATED 12/06/02<br>5615 MAURER ROAD<br>SHAWNEE, KS 66217 | 4122 | Motors Liquidation Company | $27,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>KAREN KILGO<br>IRA STD/ROLLOVER DTD 10/25/06<br>3334 ALDERDALE<br>STERLING HTS, MI 48310 | 4217 | Motors Liquidation Company | $10,145.66 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>PREWITT L PACE<br>IRA STD ROLLOVER DTD 3-22-82<br>2081 MICHIGAN AVE NE<br>ST PETERSBURG, FL 33703 | 4505 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>ELEANOR NEWHARD<br>IRA STD/ROLLOVER DTD 04/25/07<br>671 S. ANDOVER<br>ANAHEIM, CA 92807 | 4529 | Motors Liquidation Company | $60,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>WILLIAM E TURNER<br>IRA STANDARD/SEP DTD 10/30/97<br>10135 NORWOOD RD<br>WINGINA, VA 24599 | 4700 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| MS&CO C/F<br>CHIEN KHANG NGUYEN<br>IRA STD/ROLLOVER DTD 03/31/03<br>7141 MARETHA STREET<br>CITRUS HTS, CA 95610 | 4730 | Motors Liquidation Company | $5,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>ANDREW THOMAS JACKSON<br>IRA STANDARD DATED 08/19/94<br>117 KINGSDALE AVENUE<br>CHERRY HILL, NJ 08003 | 4808 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>PHYLLIS FORMAN<br>IRA STANDARD DATED 07/31/92<br>113 WEST BAY RIDGE DR<br>FT LAUDERDALE, FL 33326 | 4818 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>GERALD FORMAN<br>IRA STANDARD DATED 07/31/92<br>113 WEST BAY RIDGE DR<br>FT LAUDERDALE, FL 33326 | 4819 | Motors Liquidation Company | $19,375.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>ROBERT F SNOW<br>IRA ROLLOVER DATED 03/12/03<br>915 CITY LIGHTS<br>PRESCOTT, AZ 86303 | 4851 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>KATHLEEN HONAN WASNICK<br>IRA ROLLOVER DATED 02/24/86<br>555 EAST SANDRA AVENUE<br>TULARE, CA 93274 | 4912 | Motors Liquidation Company | $10,588.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>DAVID BARNOVITZ<br>IRA STANDARD DATED 12/01/05<br>38806 N 10TH STREET<br>PHOENIX, AZ 85086 | 5027 | Motors Liquidation Company | $131,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>JOHN MCMUNN<br>IRA STD/ROLLOVER DTD 04/04/00<br>1523 FRANKLIN AVE<br>REDLANDS, CA 92373 | 5190 | Motors Liquidation Company | $75,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MS&CO C/F<br>ABRAHAM S LUDWIG<br>IRA STANDARD DATED 04/21/09<br>6242 WATER LILY LANE<br>BOYNTON BEACH, FL 33437 | 5253 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>NOEL MARK<br>IRA STANDARD DATED 12/05/07<br>61 HIDDEN RIDGE DRIVE<br>MONTICELLO, NY 12701 | 5254 | Motors Liquidation Company | $4,887.08 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>MARY ANNE ROSS<br>IRA STANDARD DATED 11/05/97<br>2315 REPUBLIC DRIVE<br>DUNEDIN, FL 34698 | 5370 | Motors Liquidation Company | $10,725.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>JAMES B ROSS<br>IRA STD SPOUSAL DTD 10/09/98<br>2315 REPUBLIC DRIVE<br>DUNEDIN, FL 34698 | 5371 | Motors Liquidation Company | $4,805.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>ROBERT E GONCE<br>IRA SEP DATED 10/07/05<br>3333 NW 63RD<br>OKLAHOMA CITY, OK 73116 | 5546 | Motors Liquidation Company | $7,188.05 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>LOUIS AMELIA<br>IRA STANDARD DATED 04/26/06<br>285 WEST MIDLAND POND CT<br>MORICHES, NY 11955 | 5762 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>WILLIAM E GALLIK<br>IRA ROLLOVER DATED 07/01/82<br>153 LEBANON ST<br>HAMILTON, NY 13346 | 5771 | Motors Liquidation Company | $6,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>GERTRUDE GALATI<br>ROTH IRA DATED 05/28/98<br>8 ORCHARD AVENUE<br>BLASDELL, NY 14219 | 5791 | Motors Liquidation Company | $2,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MS&CO C/F BILLIE J PAPP IRA ROLLOVER DATED 02/29/00 822 OLD CONYERS ROAD STOCKBRIDGE, GA 30281 | 5853 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F LESTER G GROTZINGER IRA ROLLOVER DATED 10/07/87 418 WARWICK DRIVE GREENSBURG, PA 15601 | 5870 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F MICHAEL A FRIGO IRA ROLLOVER DATED 04/07/92 125 N BRAINARD AVE NAPERVILLE, IL 60540 | 5905 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F HARVEY STEVEN ISRAEL IRA STANDARD DATED 01/29/00 1085 SEIBERT ROAD BELLEFONTE, PA 16823 | 5919 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F L BURNETT POWELL IRA STANDARD DATED 07/13/00 2388 ST ROUTE 12 RAWSON, OH 45881 | 5923 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F CHARLES A GOUGLER ROTH IRA DATED 01/17/02 7988 FAYETTE AVE NW MASSILLON, OH 44646 | 6002 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F GAYLE J KUTE IRA STD/ROLLOVER DATED 06/20/83 1600 VIA TURQUESA LAS CRUCES, NM 88007 | 6055 | Motors Liquidation Company | $85,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F ROBERT P MURMANN IRA STD/ROLLOVER DTD 07/18/01 1054 LEDGEVIEW DRIVE MACEDONIA, OH 44056 | 6073 | Motors Liquidation Company | $2,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MS&CO C/F<br>GERALD W SMILOVITZ<br>ROTH CONVERTED IRA DATED 05/18/04<br>PO BOX 6235<br>SAN MATEO, CA 94403 | 6089 | Motors Liquidation Company | $22,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>ANNA KLUMBACH<br>IRA STANDARD DATED 12/02/08<br>256 ASHWORTH AVE<br>STATEN ISLAND, NY 10314 | 6096 | Motors Liquidation Company | $10,162.84 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>ROBERT THOMPSON<br>IRA STANDARD DATED 04/14/08<br>PO BOX 61<br>WHITE PLAINS, NY 10605 | 6180 | Motors Liquidation Company | $58,056.90 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>SYCTRILAS S MCNEALY<br>IRA STD/ROLLOVER DTD 12/13/99<br>9887 AILERON AVE<br>PENSACOLA, FL 32506 | 6287 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>R. GEORGE HUBBARD<br>IRA STANDARD DATED 04/20/99<br>237 FALCON DR.<br>NEWPORT NEWS, VA 23606 | 6405 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>JERRY L BICKEL<br>IRA ROLLOVER DATED 09/23/99<br>5007 BIRCH GROVE DRIVE<br>GROVEPORT, OH 43125 | 6428 | Motors Liquidation Company | $21,058.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>JOSEPH P ANDERSON<br>IRA ROLLOVER DATED 01/13/03<br>1551 DYER ROAD<br>PAHRUMP, NV 89048 | 6446 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>BERNICE SEGAL<br>IRA STD SPOUSAL DTD 10/19/98<br>10324 LONG LEAF PLACE<br>LAS VEGAS, NV 89134 | 6447 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MS&CO C/F<br>NORMAN SEGAL<br>IRA ROLLOVER DATED 04/16/96<br>10324 LONG LEAF PLACE<br>LAS VEGAS, NV 89134 | 6448 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>RONALD M ORLANDO<br>IRA STD/ROLLOVER DTD 06/13/02<br>582 PLANTERS MANOR WAY<br>BRADENTON, FL 34212 | 6571 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>WELTON R BALLARD<br>IRA STD/ROLLOVER DTD 02/03/86<br>5642 SPRINGBROOK RD<br>ROCKFORD, IL 61114 | 6590 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>GERALD E LITTLEFIELD<br>IRA STD/ROLLOVER DTD 07/08/85<br>106 IROQUOIS DR<br>MARIETTA, OH 45750 | 6600 | Motors Liquidation Company | $36,405.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>DWIGHT H BUTLER<br>ROTH IRA DATED 04/13/99<br>702 EAST 100 SOUTH<br>SALT LAKE CTY, UT 84102 | 6608 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>STEPHEN E WOEBER<br>IRA STD 3/29/83<br>140 COWPEN LANE<br>SARASOTA, FL 34240 | 6612 | Motors Liquidation Company | $23,679.05 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>PAUL FRANTELL<br>IRA STANDARD DATED 11/20/06<br>5010 EAGLE RIDGE<br>SPRINGFIELD, IL 62711 | 6633 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>LOUIS A GLEASON<br>IRA STD SPOUSAL DTD 02/24/95<br>642 TREBISKY ROAD<br>SOUTH EUCLID, OH 44143 | 6662 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| MS&CO C/F GIANMARIA MINERVINI IRA STD/ROLLOVER DTD 12/09/02 1062 LANCASTER AVE APT 620 ROSEMONT, PA 19010 | 6696 | Motors Liquidation Company | $3,864.27 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F ANNE M SHANNON IRA ROLLOVER DATED 03/11/86 42 VENUS DRIVE E GREENWICH, RI 02818 | 6698 | Motors Liquidation Company | $11,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F E BYRON ONEILL MD IRA ROLLOVER DATED 10/02/89 2815 21ST STREET BAKERSFIELD, CA 93301 | 6700 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F EDMOND R ALLARD IRA ROLLOVER DATED 05/16/91 33 BIRCHLAND AVE SPRINGFIELD, MA 01119 | 6762 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F MARILYN J SWANSON IRA ROLLOVER DATED 01/26/99 3223 E WESTCOTT VISALIA, CA 93292 | 6798 | Motors Liquidation Company | $7,675.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F KATHRYN A FREDERICKS IRA STANDARD DATED 07/17/00 2010 LONETREE DR FINDLAY, OH 45840 | 6885 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F MARY LOU FREDERICK IRA ROLLOVER DATED 06/02/95 2702 E 18TH STREET TUCSON, AZ 85716 | 7001 | Motors Liquidation Company | $9,630.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F BARBARA SUSAN MILLER IRA ROLLOVER DATED 04/08/02 489 E COVERED WAGON DRIVE TUCSON, AZ 85704 | 7013 | Motors Liquidation Company | $10,005.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MS&CO C/F<br>NATHAN H SISSELMAN<br>IRA STANDARD DATED 12/10/08<br>3024 NW 63RD STREET<br>BOCA RATON, FL 33496 | 7021 | Motors Liquidation Company | $51,781.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>ALLAN J PINKELMAN<br>IRA STD/ROLLOVER DTD 04/18/01<br>4603 MANORWOOD ROAD<br>TOLEDO, OH 43612 | 7030 | Motors Liquidation Company | $1,028.88 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>WALTER DEEBEL<br>ROTH IRA DATED 03/30/07<br>62 CHERRY LANE<br>SOUDERTON, PA 18964 | 7076 | Motors Liquidation Company | $5,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>MARY L NEAL<br>IRA STANDARD DATED 01/28/03<br>PO BOX 106<br>OTTO, NY 14766 | 7091 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>MARIE ANN GARGIULO<br>IRA ROLLOVER DATED 09/21/01<br>4368 N OCOTILLO CANYON DR<br>TUCSON, AZ 85750 | 7098 | Motors Liquidation Company | $36,652.35 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>JOHN W STRANG<br>IRA ROLLOVER DATED 05/17/93<br>39687 CLOS DU VAL<br>MURRIETA, CA 92563 | 7195 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>KENNETH C CROLL<br>IRA ROLLOVER DATED 12/19/83<br>425 SOUTH PARK BLVD<br>VENICE, FL 34285 | 7360 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>GRACE M ROTH<br>IRA ROLLOVER DATED 05/27/99<br>5817 PARK STREET NORTH APT 410<br>ST PETERSBURG, FL 33709 | 7432 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MS&CO C/F<br>RALPH A ELLIS<br>IRA STANDARD DATED 10/21/98<br>5867 HWY 4 WEST<br>BAKER, FL 32531 | 7453 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>KATHRYN P BOHLEN<br>IRA STD/ROLLOVER DTD 04/04/94<br>131 MONARCH DRIVE<br>AMHERST, NY 14226 | 7485 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>CHARLES E GILBERT<br>IRA STANDARD DATED 03/02/84<br>30 ROSEDALE BLVD<br>EGGERTSVILLE, NY 14226 | 7487 | Motors Liquidation Company | $12,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>GERALDINE GONCE<br>IRA ROLLOVER DATED 07/28/97<br>3333 NW 63RD<br>OKLAHOMA CITY, OK 73116 | 7525 | Motors Liquidation Company | $8,286.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>BARBARA J KNAPP<br>IRA ROLLOVER DATED 04/08/92<br>812 S BROAD STREET #13<br>THOMASVILLE, GA 31792 | 7607 | Motors Liquidation Company | $10,545.16 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>BETTE COX<br>IRA STANDARD DATED 03/16/98<br>6699 INVERNESS STREET<br>WESTERVILLE, OH 43082 | 7743 | Motors Liquidation Company | $10,373.63 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>G STANLEY COX<br>IRA ROLLOVER DATED 03/16/98<br>6699 INVERNESS STREET<br>WESTERVILLE, OH 43082 | 7745 | Motors Liquidation Company | $29,204.69 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>JAMES S POTTER<br>IRA ROLLOVER DATED 11/23/88<br>1312 GOLDFINCH LANE<br>MILLVILLE, NJ 08332 | 7761 | Motors Liquidation Company | $9,855.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MS&CO C/F VIRGINIA JANKOWIAK IRA STANDARD DATED 05/11/06 19 KERNER DR CHESTER, NY 10918 | 7771 | Motors Liquidation Company | $29,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F LOUIS PIZZUTI IRA STANDARD DATED 06/07/06 1221 AVENUE X BROOKLYN, NY 11235 | 7772 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F LAWRENCE MARKS IRA STANDARD DATED 05/08/06 6 PUNTA RD NEW CITY, NY 10956 | 7775 | Motors Liquidation Company | $18,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F TERENCE R OSMOND IRA STD/ROLLOVER DTD 06/19/00 12513 WEST RAMPART DR SUN CITY WEST, AZ 85375 | 7823 | Motors Liquidation Company | $6,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F FRED E SPENCE IRA STANDARD DATED 12/19/01 9538 BAYOU BROOK STREET HOUSTON, TX 77063 | 7886 | Motors Liquidation Company | $17,900.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F KATHLEEN B RODIGHIER IRA ROLLOVER DATED 02/22/99 16237 PRINCETON AVENUE TINLEY PARK, IL 60477 | 7924 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F ANGELA PIZZUTI IRA STANDARD DATED 05/08/06 1221 AVENUE X BROOKKLYN, NY 11235 | 7951 | Motors Liquidation Company | $12,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F CHARLES IORIO IRA STANDARD DATED 05/17/06 2818 BIRCH STREET YORKTOWN HEIGHTS, NY 10598 | 7954 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MS&CO C/F<br>ABRAHAM ADELMAN<br>IRA ROLLOVER DATED 07/22/02<br>7369 HAVILAND CIRCLE<br>BOYNTON BEACH, FL 33437 | 8007 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>DALE DERBY<br>IRA STANDARD DATED 10/31/08<br>PO BOX 307<br>NEHALEM, OR 97131 | 8088 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>JERI A ROBERTS<br>IRA STD/ROLLOVER DATED 03/07/83<br>548 W KANAI<br>PORTERVILLE, CA 93257 | 8132 | Motors Liquidation Company | $6,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>ROBERT M APPERSON<br>IRA ROLLOVER DATED 10/27/87<br>906 FAIRGREEN ROAD<br>GREENSBORO, NC 27410 | 8335 | Motors Liquidation Company | $48,673.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>BRUCE BERNSTEIN<br>IRA STANDARD DATED 08/09/01<br>300 EAST 51ST STREET APT 6D<br>NEW YORK, NY 10022 | 8341 | Motors Liquidation Company | $32,479.85 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>ROBERT A GREENBERGER<br>IRA STANDARD DATED 01/08/09<br>7678 E LAZY J RD<br>SCOTTSDALE, AZ 85266 | 8439 | Motors Liquidation Company | $75,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>ROBERT LESLIE FRIEDMAN<br>IRA SEP DATED 03/29/06<br>8337 TANNAMERA PL<br>NEW PORT RICHEY, FL 34655 | 8441 | Motors Liquidation Company | $860.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>JACQUELINE R CHAMANDY<br>IRA STANDARD DATED 02/09/07<br>14 WINTHROP DR<br>RIVERSIDE, CT 06878 | 8547 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MS&CO C/F<br>JACQUELINE R CHAMANDY<br>ROTH CONVERTED IRA DATED 02/09/07<br>14 WINTHROP DRIVE<br>RIVERSIDE, CT 06878 | 8548 | Motors Liquidation Company | $11,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>WARREN R PERRY<br>IRA STANDARD DATED 01/09/91<br>292 REDHILL AVENUE<br>SAN ANSELMO, CA 94960 | 8553 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>JOSEPH LIBERATORE<br>IRA STANDARD DATED 06/07/02<br>467 JA HART RD<br>STATESBORO, GA 30461 | 8598 | Motors Liquidation Company | $5,168.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>DEBORAH L LIBERATORE<br>IRA STD/ROLLOVER DTD 08/08/84<br>467 JA HART RD.<br>STATESBORO, GA 30461 | 8599 | Motors Liquidation Company | $6,202.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>GUSTAVE J FIORAVANTI<br>IRA STANDARD DATED 02/25/85<br>3827 SAWGRASS COURT<br>LAKELAND, FL 33810 | 8728 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>RAY D MORRIS<br>IRA ROLLOVER DATED 08/03/00<br>3649 LUTHER FOWLER RD<br>PACE, FL 32571 | 8788 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>VIRGINIA MARONA<br>IRA ROLLOVER DATED 12/18/98<br>4051 SW 141ST AVENUE<br>MIRAMAR, FL 33027 | 8905 | Motors Liquidation Company | $23,828.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>NANCY WRIGHT LINDE<br>SIMPLE IRA DATED 10/18/99<br>11848 GRAN CRIQUE CT SOUTH<br>JACKSONVILLE, FL 32223 | 8953 | Motors Liquidation Company | $2,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MS&CO C/F<br>MILDRED J BROWN<br>IRA ROLLOVER DATED 11/16/93<br>3500 GALT OCEAN DR APT 310<br>FT LAUDERDALE, FL 33308 | 9011 | Motors Liquidation Company | $6,524.98 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>BARBARA L BOWLING<br>IRA ROLLOVER DATED 09/13/07<br>1004 BUSHWOOD DRIVE<br>CANTONMENT, FL 32533 | 9184 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>PHILLIP G MOWBRAY<br>IRA ROLLOVER DATED 07/09/92<br>5476 N VIA FRASSINO<br>TUCSON, AZ 85750 | 9225 | Motors Liquidation Company | $15,670.55 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>DENNIS L ROTHWELL<br>IRA ROLLOVER DATED 11/09/94<br>13960 E PLACITA SIMPATICA<br>VAIL, AZ 85641 | 9227 | Motors Liquidation Company | $2,112.49 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>R DONALD DIXON<br>IRA ROLLOVER DATED 02/03/03<br>1501 W KEYSVILLE RD<br>PLANT CITY, FL 33567 | 9375 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>BARBARA J GRANT<br>IRA ROLLOVER DATED 01/20/00<br>3721 MURRAYDALE RD<br>VALRICO, FL 33594 | 9377 | Motors Liquidation Company | $3,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>RAMAN PAREKH<br>SIMPLE IRA DATED 09/10/99<br>503 LEISURE DR<br>STAFFORD, TX 77477 | 9578 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>JAMES F MARINO<br>IRA STANDARD DATED 01/29/07<br>7912 WOODHARBOR DRIVE<br>FORTWORTH, TX 76179 | 9637 | Motors Liquidation Company | $31,534.20 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MS&CO C/F STANLEY M NEWMARK IRA STANDARD DATED 04/25/05 3151 OYSTER BAYOU WAY CLEARWATER, FL 33759 | 9660 | Motors Liquidation Company | $3,877.10 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F MICHAEL R HIGEL IRA STANDARD DATED 10/17/06 1630 LANDFALL DRIVE NOKOMIS, FL 34275 | 9663 | Motors Liquidation Company | $7,846.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F MURIEL P LEVINE IRA ROLLOVER DATED 05/22/06 9975 SEACREST CIRCLE APT 102 BOYNTON BEACH, FL 33437 | 9721 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F PAULA G BERKOWITZ IRA STANDARD DATED 05/03/06 1312 WALTER ROAD YORKTOWN HIEGHTS, NY 10598 | 9725 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F EDWARD H BUTLER SR IRA ROLLOVER DATED 06/16/92 704 WHELTON CIRCLE PASADENA, TX 77503 | 9767 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F STEPHEN P STONE IRA ROLLOVER DATED 05/05/92 2673 E JOHNSON DRIVE PENSACOLA, FL 32514 | 9779 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F DAVID F COE IRA ROLLOVER DATED 11/22/02 26 SCHOOL STREET MANCHESTER, MA 01944 | 9822 | Motors Liquidation Company | $14,213.70 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F ROBERT B JOHNSON IRA ROLLOVER DATED 01/24/03 1004 IVANHOE ROAD TALLAHASSEE, FL 32312 | 9841 | Motors Liquidation Company | $7,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MS&CO C/F<br>MIKE PARTRIDGE<br>IRA STANDARD DATED 11/30/99<br>2104 BALTUSROL DR<br>AUSTIN, TX 78747 | 9887 | Motors Liquidation Company | $20,034.19 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>ARTHUR GELMAN<br>IRA ROLLOVER DATED 12/29/99<br>7602 LAS CRUCES COURT<br>BOYNTON BEACH, FL 33437 | 9925 | Motors Liquidation Company | $24,017.25<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>LEO V SWANSON<br>IRA ROLLOVER DATED 10/07/86<br>1500 W LAUREL<br>VISALIA, CA 93277 | 10014 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>SUEZETTE NELSEN<br>IRA STANDARD DATED 10/18/06<br>250 E CHESTNUT CT<br>VISALIA, CA 93277 | 10022 | Motors Liquidation Company | $4,393.46 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>FRANCIS A BUHLER<br>IRA STD DTD 1/1/82<br>2212 TRILLIUM TRAIL<br>ROCKFORD, IL 61108 | 10082 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>CLIFFORD J MEAD<br>IRA ROLLOVER DATED 05/27/98<br>9 KYLE DRIVE<br>SALEM, NH 03079 | 10095 | Motors Liquidation Company | $4,521.71 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>RICHARD K REULING<br>IRA ROLLOVER DATED 03/11/88<br>1971 VIA DEL PICAMADEROS<br>GREEN VALLEY, AZ 85622 | 10329 | Motors Liquidation Company | $17,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>ROBERT ENSINGER<br>IRA ROLLOVER DATED 07/24/00<br>443 AVENIDA SEVILLA APT D<br>LAGUNA WOODS, CA 92637 | 10343 | Motors Liquidation Company | $10,102.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 37

Sixty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MS&CO C/F<br>CHESTER A CROVICZ<br>IRA ROLLOVER DATED 12/03/05<br>3229 BRENDA PLACE<br>S PLAINFIELD, NJ 07080 | 10407 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>PATRICIA ANN MILLER<br>ROTH IRA DATED 04/08/03<br>2144 ELM DRIVE<br>FREMONT, OH 43420 | 10449 | Motors Liquidation Company | $3,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>BERNARD KRAISMAN<br>IRA STANDARD DATED 03/19/07<br>303 EAST 57TH STREET APT 16D<br>NEW YORK, NY 10022 | 10537 | Motors Liquidation Company | $10,911.44 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>MARK H KOVEY<br>IRA ROLLOVER DATED 04/29/85<br>30 WEST IRVING STREET<br>CHEVY CHASE, MD 20815 | 10652 | Motors Liquidation Company | $9,401.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>WENDY ABRAHAMSON<br>IRA ROLLOVER DATED 10/03/00<br>1007 KASPER ST<br>PORT CLINTON, OH 43452 | 10841 | Motors Liquidation Company | $11,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>EDWARD KLEIN<br>IRA STD/ROLLOVER DTD 08/20/08<br>2004 FERN HILL CT<br>HENDERSON, NV 89052 | 10896 | Motors Liquidation Company | $243,760.54 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>ROBERT R GARRY<br>IRA STD/ROLLOVER DTD 10/09/01<br>10053 SOUTH MERRIMAC AVENUE<br>OAK LAWN, IL 60453 | 10920 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>GUSTI SCHLEGEL (DECEASED)<br>IRA STANDARD DATED 12/10/08<br>1390 GAGE RD.<br>TOLEDO, OH 43612 | 10950 | Motors Liquidation Company | $4,142.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MS&CO C/F<br>PAUL R SCHLEGEL<br>IRA STANDARD DATED 12/10/08<br>1390 GAGE RD.<br>TOLEDO, OH 43612 | 10951 | Motors Liquidation Company | $6,213.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>GEORGE FRANEY<br>IRA STANDARD DATED 02/10/87<br>6 GOLDENROD ROAD<br>GLEN GARDNER, NJ 08826 | 11016 | Motors Liquidation Company | $10,115.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>ELAYNE J FEDER<br>IRA STANDARD DATED 10/09/03<br>65788 E DESERT MOON DR<br>TUCSON, AZ 85739 | 11093 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>PATRICIA M BARTON<br>IRA STANDARD DATED 06/04/02<br>13880 N EMBASSY DR<br>TUCSON, AZ 85755 | 11095 | Motors Liquidation Company | $14,442.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>HARRIET SALEM<br>IRA ROLLOVER DATED 07/06/92<br>3871A VINE TREE TRAIL<br>LAKE WORTH, FL 33467 | 11114 | Motors Liquidation Company | $9,723.91 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>RUTH BANDEL<br>ROTH IRA DATED 07/11/05<br>826 WASHINGTON STREET<br>BALDWIN, NY 11510 | 11134 | Motors Liquidation Company | $3,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>THOMAS L SEYMOUR<br>IRA ROLLOVER DATED 05/25/01<br>702 SANTA MARIA DR<br>WINTER HAVEN, FL 33884 | 11190 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>RAYMOND L CHATELAIN<br>IRA STANDARD DATED 10/21/99<br>202 VIRGINIA AVE<br>WESTMONT, NJ 08108 | 11231 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MS&CO C/F<br>JULIUS ISRAEL<br>IRA STANDARD DATED 08/27/97<br>PO BOX 770458<br>MIAMI, FL 33177 | 11243 | Motors Liquidation Company | $10,360.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>SANDRA ISRAEL<br>IRA STANDARD DATED 08/27/97<br>P O BOX 770458<br>MIAMI, FL 33177 | 11244 | Motors Liquidation Company | $10,360.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>JIMMY A WHISNANT<br>IRA ROLLOVER DATED 12/18/97<br>432 DRACENA WAY<br>GULF BREEZE, FL 32561 | 11265 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>THOMAS J DIAMOND<br>IRA STD/ROLLOVER DTD 03/30/01<br>229 CAMDEN RD<br>PENSACOLA, FL 32514 | 11266 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>JAMES ROBERT MALUEG<br>IRA ROLLOVER DATED 03/17/92<br>8108 N WHEATFIELD DRIVE<br>TUCSON, AZ 85741 | 11299 | Motors Liquidation Company | $6,942.49 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>JOYCE W MALCOLM<br>IRA STANDARD DATED 01/09/01<br>63896 E GREENBELT LANE<br>TUCSON, AZ 85739 | 11358 | Motors Liquidation Company | $20,005.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>THERESA M DELAMATER<br>IRA STANDARD DATED 09/23/94<br>9130 PARISE DR<br>WHITTIER, CA 90603 | 11365 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>WILLIAM B DELAMATER<br>IRA STANDARD DATED 09/23/94<br>9130 PARISE DR<br>WHITTIER, CA 90603 | 11366 | Motors Liquidation Company | $16,429.31 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MS&CO C/F<br>RICHARD H VANGELDER<br>IRA ROLLOVER DATED 12/27/96<br>8895 VIA TUSCANY DRIVE<br>BOYNTON BEACH, FL 33472 | 11375 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>CLIFFORD A HICKEL<br>IRA STANDARD DATED 11/18/93<br>407 APPLE WAY DR<br>SAN ANTONIO, TX 78240 | 11446 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>ANTOINETTE STEFANIA<br>IRA STD SPOUSAL DTD 05/01/97<br>80-42 263RD STREET<br>FLORAL PARK, NY 11004 | 11451 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>GABRIEL J STEFANIA<br>IRA ROLLOVER DATED 04/23/97<br>80-42 263RD STREET<br>FLORAL PARK, NY 11004 | 11452 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>WILLIAM J MAUSAR<br>IRA ROLLOVER DATED 04/24/00<br>29611 CRESTHAVEN DRIVE<br>WILLOWICK, OH 44095 | 11467 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>PATRICIA A MAUSAR<br>IRA ROLLOVER DATED 09/20/90<br>29611 CRESTHAVEN DRIVE<br>WILLOWICK, OH 44095 | 11468 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>WALTER A ADAMSKY<br>IRA ROLLOVER DATED 01/03/01<br>38 WINDERMERE WAY<br>AIKEN, SC 29803 | 11530 | Motors Liquidation Company | $51,630.10 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>DUANE E HOOVER<br>IRA STD/ROLLOVER DTD 06/20/96<br>2505 NW 11TH STREET TERRACE<br>BLUE SPRINGS, MO 64015 | 11695 | Motors Liquidation Company | $11,309.79 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MS&CO C/F<br>FRANK SODEN<br>IRA STANDARD DATED 07/21/99<br>12003 BRANCH WATER STREET<br>FREDERICKSBURG, VA 22407 | 11855 | Motors Liquidation Company | $3,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>RAYMOND E MCCANN<br>IRA ROLLOVER DATED 12/17/08<br>19506 N 89TH DR<br>PEORIA, AZ 85382 | 11861 | Motors Liquidation Company | $61,821.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>WILLIAM F LANGSDORF<br>IRA ROLLOVER DATED 10/26/99<br>111 BEEMER CHURCH ROAD<br>BRANCHVILLE, NJ 07826 | 11877 | Motors Liquidation Company | $67,651.24 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>REX KERN<br>IRA STANDARD/SEP DTD 03/23/06<br>2816 AVENIDA DE AUTLAN<br>CAMARILLO, CA 93010 | 11888 | Motors Liquidation Company | $12,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>ANDREW BRISKAR<br>IRA STD/ROLLOVER DTD 06/12/00<br>40 JANET LANE<br>BERKELEY HTS, NJ 07922 | 12085 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>WARREN R PERRY<br>IRA STANDARD DATED 1/9/91<br>292 REDHILL AVENUE<br>SAN ANSELMO, CA 94960 | 12114 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>ISABEL PERRIN<br>IRA STANDARD DATED 01/27/09<br>8454 MOORING CIRCLE<br>BOYNTON BEACH, FL 33472 | 12238 | Motors Liquidation Company | $24,761.52 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>KENNETH D POUST<br>IRA ROLLOVER DATED 08/04/03<br>4825 RT 220<br>HUGHESVILLE, PA 17737 | 12242 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Sixty-Fourth Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MS&CO C/F<br>ANNE G RUBY<br>IRA STANDARD DATED 01/27/83<br>2610 CORDELIA ROAD<br>LOS ANGELES, CA 90049 | 12256 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>LEONARD HILTON<br>IRA STANDARD DATED 01/03/05<br>22605 CAMINO DEL MAR APT 1129<br>BOCA RATON, FL 33433 | 12355 | Motors Liquidation Company | $60,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>JAY C HONEYFIELD<br>IRA STANDARD/SEP DTD 04/12/90<br>9249 OAKCREEK RD<br>CHERRY VALLEY, CA 92223 | 12385 | Motors Liquidation Company | $33,482.83 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>GERALD P HIRSHMAN<br>IRA STANDARD DATED 03/19/90<br>145 WOODSTONE ROAD<br>BULL SHOALS, AR 72619 | 12570 | Motors Liquidation Company | $66,463.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>GLORIA L MILIANO<br>IRA ROLLOVER DATED 07/21/99<br>11460 SW 93 ST<br>MIAMI, FL 33176 | 12573 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>JANET B STRATTON<br>IRA ROLLOVER DATED 01/07/98<br>6228 GERDTS DR<br>SAN JOSE, CA 95135 | 12652 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>H RANDLOPH KLEIN<br>SIMPLE IRA DATED 09/30/99<br>333 NW 3RD AVENUE<br>OCALA, FL 34475 | 12687 | Motors Liquidation Company | $3,283.07 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>LJUBICA WHITMAN<br>IRA STANDARD DATED 04/05/06<br>16998 ENCINO HILLS DRIVE<br>ENCINO, CA 91436 | 12710 | Motors Liquidation Company | $16,502.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MS&CO C/F<br>NORMAN WHITMAN<br>IRA STANDARD DATED 04/05/06<br>16998 ENCINO HILLS DRIVE<br>ENCINO, CA 91436 | 12711 | Motors Liquidation Company | $25,637.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>CHARLES TUNLEY<br>IRA STANDARD DATED 07/12/04<br>17652 SE 92 GRANTHAM TERRACE<br>THE VILLAGES, FL 32162 | 12775 | Motors Liquidation Company | $2,366.02 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>ADRI H KUHR<br>IRA ROLLOVER DATED 10/03/96<br>21658 W TAMARACK COURT<br>PLAINFIELD, IL 60544 | 12784 | Motors Liquidation Company | $8,700.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>LAWRENCE W KYBER<br>IRA STD/ROLLOVER DTD 04/24/06<br>65 SHOAL CREEK WAY<br>DALLAS, GA 30132 | 12870 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>BETTY ANN DONNELLY<br>ROTH IRA DATED 03/07/07<br>5689 N COLONIAL AVE<br>FRESNO, CA 93704 | 12931 | Motors Liquidation Company | $225.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>DOROTHY E ERNST<br>IRA STD/ROLLOVER DTD 09/06/02<br>2405 WILSON ROAD<br>BAKERSFIELD, CA 93304 | 13137 | Motors Liquidation Company | $5,116.30 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>MARY BETH KAPP<br>IRA STANDARD DATED 07/13/00<br>PO BOX 3445<br>PARK CITY, UT 84060 | 13190 | Motors Liquidation Company | $3,297.08 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>NORMAN S MCFALL<br>IRA ROLLOVER DATED 09/10/02<br>28 ROOKERY ROAD<br>SAVANNAH, GA 31411 | 13250 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MS&CO C/F<br>GREGORY E BORGEL<br>IRA STANDARD DATED 01/29/82<br>3747 HERITAGE AVE<br>LAS VEGAS, NV 89121 | 13345 | Motors Liquidation Company | $10,005.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>WAI-MEI W BORGEL<br>IRA STANDARD DATED 02/24/82<br>3747 HERITAGE AV<br>LAS VEGAS, NV 89121 | 13346 | Motors Liquidation Company | $10,005.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>ANDREW BALIK<br>IRA STANDARD DATED 08/08/07<br>33 WEST 42ND STREET<br>BAYONNE, NJ 07002 | 13661 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>MARYANN CASSIDENTS<br>IRA STANDARD DATED 03/15/05<br>154 AIMES DRIVE<br>WEST HAVEN, CT 06516 | 13663 | Motors Liquidation Company | $5,005.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>DAVID WAYNE WARD<br>IRA STD/ROLLOVER DTD 11/26/99<br>4231 S SPENCER FIELD RD<br>PACE, FL 32571 | 13687 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>JAMES E VICKERY<br>IRA ROLLOVER DATED 07/05/01<br>1010 WENDY DRIVE<br>CANTONMENT, FL 32533 | 13733 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>MANUEL J GARCIA<br>IRA ROLLOVER DATED 03/15/95<br>2195 TRAYWICK CHASE<br>ALPHARETTA, GA 30004 | 13954 | Motors Liquidation Company | $1,092.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>NILAGENE M SCRANTON<br>IRA ROLLOVER DATED 03/26/97<br>1503 SE 17TH STREET<br>CAPE CORAL, FL 33990 | 13955 | Motors Liquidation Company | $7,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| MS&CO C/F<br>GERALD WEINROTH<br>IRA ROLLOVER DATED 08/07/06<br>8953 EAST MEADOW HILL DR<br>SCOTTSDALE, AZ 85260 | 14134 | Motors Liquidation Company | $16,856.58 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>HARRY WEISS<br>IRA ROLLOVER DATED 02/03/06<br>1922 LEONARD LANE<br>MERRICK, NY 11566 | 14162 | Motors Liquidation Company | $15,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>JOSEPH F POTTER<br>IRA STANDARD DATED 03/14/05<br>902 MERRIWEATHER DRIVE<br>FALLSTON, MD 21047 | 14214 | Motors Liquidation Company | $10,788.44 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>THOMAS A ROMANO<br>IRA STANDARD DATED 04/22/09<br>4043 LIGONIER ROAD<br>SPRING HILL, FL 34608 | 14558 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>EDWARD P DE VINE JR<br>IRA/RO/I DTD 11/21/84<br>7012 LIBERTY RD<br>SOLON, OH 44139 | 14626 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>FRANKLIN S NIERMAN<br>IRA ROLLOVER DATED 09/15/99<br>603 ELTON COURT SOUTH<br>SAINT JAMES, NY 11780 | 14699 | Motors Liquidation Company | $21,959.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>PHILIP SLIFKA<br>IRA ROLLOVER DATED 12/24/98<br>153 LEGENDARY CIRCLE<br>PALM BEACH GARDENS, FL 33418 | 14812 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>MARIE JOSE RICHER<br>IRA STANDARD DATED 02/17/88<br>149 CANTERBURY ROAD<br>WILLISTON PARK, NY 11596 | 14851 | Motors Liquidation Company | $3,622.08 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MS&CO C/F LOUISE T OKADA IRA STANDARD DATED 01/06/00 3733 SKY CT SAN MATEO, CA 94403 | 15214 | Motors Liquidation Company | $5,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F BRUCE A CUMBO IRA ROLLOVER DATED 05/23/96 7010 STANCLIFF COURT CLEMMONS, NC 27012 | 15215 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F SANDRA R COHEN (BENE) IRA ROLLOVER DATED 01/14/04 43 HAMLET DRIVE HAUPPAUGE, NY 11788 | 15341 | Motors Liquidation Company | $21,947.81 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F WALLACE S MARTIN III CHOICE IRA STD/ROLLOVER DTD 07/17/97 3804 MARINE CT ARLINGTON, TX 76016 | 15361 | Motors Liquidation Company | $21,675.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F JOHN H FIELDS IRA STANDARD DATED 01/07/00 16 EDISON LANE PALM COAST, FL 32164 | 15406 | Motors Liquidation Company | $25,005.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F DORIS F MURPHY IRA STANDARD DATED 10/21/02 48 LAKESIDE AVE LAKEVILLE, MA 02347 | 15434 | Motors Liquidation Company | $8,125.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F LEONARD T PERKINS IRA ROLLOVER DATED 09/17/97 1117 SAN LEON COURT SOLANA BEACH, CA 92075 | 15733 | Motors Liquidation Company | $9,032.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F JAMES A MONTEGNY IRA ROLLOVER DATED 02/06/84 1030 COUNTRY CLOSE DR LUTZ, FL 33548 | 15743 | Motors Liquidation Company | $45,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Fourth Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MS&CO C/F STANLEY SALOMON IRA STANDARD DATED 07/18/07 17 EAGLE CHASE DRIVE WOODBURY, NY 11797 | 15792 | Motors Liquidation Company | $20,622.80 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F PATRICIA O WHELAN IRA STANDARD DATED 04/05/82 1379 CHATEAU COMMON LIVERMORE, CA 94550 | 15832 | Motors Liquidation Company | $3,300.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F CLIFFORD W FRANKLIN IRA ROLLOVER DATED 05/21/01 28219 CULLEN TERRACE SPRING, TX 77386 | 15861 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F LEONARD E CORREIA IRA STD/ROLLOVER DTD 04/07/86 1843 SO TAMARACK VISALIA, CA 93277 | 15875 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F EDWARD DUFFY IRA STANDARD DATED 05/10/06 250 CHERRY ROAD YORKTOWN, NY 10598 | 15973 | Motors Liquidation Company | $22,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F HARRIET RESNICK IRA STANDARD DATED 05/15/06 1841 CENTRAL PARK AVE YONKERS, NY 10710 | 15974 | Motors Liquidation Company | $11,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F MARY R GOLDSTEIN IRA STANDARD/SEP DTD 10/15/96 50 SUTTON PLACE SO APT 6H NEW YORK, NY 10022 | 15975 | Motors Liquidation Company | $53,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F LODENE I ROUSH IRA STANDARD DATED 04/14/03 2622 WEST CHERRY COURT VISALIA, CA 93277 | 15993 | Motors Liquidation Company | $16,603.26 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Fourth Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.

Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MS&CO C/F<br>WILLENE YOSHIMOTO<br>IRA STANDARD DATED 12/28/04<br>6352 S LAC JAC AVE<br>PARLIER, CA 93648 | 15995 | Motors Liquidation Company | $1,530.83 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>JOSEPH A INGOGLIA<br>IRA ROLLOVER DATED 10/06/06<br>2005 GENE CRT<br>ROWLAND HEIGHTS, CA 91748 | 16041 | Motors Liquidation Company | $10,055.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>ROBERT ALLEN DIXON<br>IRA STANDARD DATED 07/09/03<br>8 AMBERWOOD CIRCLE<br>SAVANNAH, GA 31405 | 16244 | Motors Liquidation Company | $11,424.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>R N FINCH<br>IRA ROLLOVER DATED 08/22/89<br>9401 STONEBRIDGE<br>COLLEGE STATION, TX 77845 | 16247 | Motors Liquidation Company | $10,412.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>BERTHA D RODRIGUEZ<br>IRA ROLLOVER DATED 02/25/92<br>9980 PAPAYATREE TRAIL APT A<br>BOYNTON BEACH, FL 33436 | 16336 | Motors Liquidation Company | $9,375.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>MARIA G WILSON<br>IRA ROLLOVER DATED 10/09/95<br>16800 EDGAR STREET<br>PACIFIC PLSDS, CA 90272 | 16377 | Motors Liquidation Company | $3,420.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>ROBERT E MACHOLD<br>ROTH CONVERTED IRA DATED 01/13/98<br>1140 E CALLE MARIPOSA<br>TUCSON, AZ 85718 | 16438 | Motors Liquidation Company | $3,145.16 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>JUDY ADAMS<br>SIMPLE IRA DATED 04/10/01<br>24568 BAY AVENUE<br>MILFORD, DE 19963 | 16458 | Motors Liquidation Company | $3,929.47 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MS&CO C/F<br>ALBERT W ADAMS<br>ROTH IRA DATED 07/22/99<br>24568 BAY AVENUE<br>MILFORD, DE 19963 | 16459 | Motors Liquidation Company | $9,816.19 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>DONNA BOSSA<br>IRA ROLLOVER DATED 11/26/08<br>58 SHADOWOOD RD<br>FAIRFIELD, CT 06824 | 16661 | Motors Liquidation Company | $25,962.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>THOMAS P TAYLOR<br>IRA STANDARD DATED 08/27/04<br>9518 BULLY HILL COVE<br>AUSTIN, TX 78759 | 16809 | Motors Liquidation Company | $11,274.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>HANS T DAHMEN<br>IRA STANDARD DATED 01/23/92<br>10012 WILMINGTON LANE<br>APPLE VALLEY, CA 92308 | 16898 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>ISABELLE ELLIOT<br>IRA ROLLOVER DATED 02/23/06<br>50 LENNOX ROAD<br>ROCKVILLE CENTER, NY 11570 | 16900 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>JANET BENSON<br>IRA STD SPOUSAL DTD 09/12/02<br>6919 SEWARD<br>NILES, IL 60714 | 17071 | Motors Liquidation Company | $8,480.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>NANCY J FRIEL<br>IRA STANDARD DATED 03/27/02<br>4209 SOUTH FALCON DRIVE<br>SALT LAKE CTY, UT 84120 | 17100 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>JAMES H TESTRAKE<br>IRA STANDARD DATED 04/05/88<br>10401 VEASEY MILL RD<br>RALEIGH, NC 27615 | 17139 | Motors Liquidation Company | $8,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MS&CO C/F<br>CONSTANCE M LITRENTA<br>IRA ROLLOVER DTD 5/31/83<br>2319 LAFAYETTE AVE<br>BETHLEHEM, PA 18017 | 17365 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>DONALD ROBERT<br>IRA ROLLOVER DATED 11/15/96<br>3741 CLOVER DRIVE<br>CENTER VALLEY, PA 18034 | 17368 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>ELIZABETH A MEEK<br>IRA STANDARD DATED 11/23/04<br>9610 NOB LANE<br>SHREVEPORT, LA 71106 | 17382 | Motors Liquidation Company | $8,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>PATRICIA A CHECCA-ANESETTI<br>IRA STD/ROLLOVER DTD 02/24/89<br>5319 MEREDITH AVE<br>PALMDALE, CA 93552 | 17408 | Motors Liquidation Company | $5,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>MERWYN L ANESETTI<br>IRA STD/ROLLOVER DTD 02/20/85<br>5319 MEREDITH AVE<br>PALMDALE, CA 93552 | 17410 | Motors Liquidation Company | $5,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>WILLIAM L ABITZ<br>IRA ROLLOVER DATED 02/17/95<br>31 LAKE STREET<br>PITTSBURG, CA 94565 | 17457 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>RICHARD BACON<br>IRA STANDARD DATED 07/21/93<br>76446 SWEET PEA WAY<br>PALM DESERT, CA 92211 | 17494 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>DICK ROBINSON<br>IRA STANDARD DATED 06/15/00<br>8537 HELMSMAN CIRCLE<br>INDIANAPOLIS, IN 46256 | 17538 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MS&CO C/F<br>VANCE MORGAN<br>IRA ROLLOVER DATED 02/10/00<br>4 CAPTAIN'S WAY<br>KITTERY POINT, ME 03905 | 17796 | Motors Liquidation Company | $5,258.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>BARBARA N LORD<br>IRA ROLLOVER DATED 02/09/01<br>5073 TERRA LAKE CIR<br>PENSACOLA, FL 32507 | 18070 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>ROBERT E MARDEN<br>IRA STANDARD DATED 03/27/86<br>3674 RIVERVIEW DR<br>MADERA, CA 93637 | 18111 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>HARRY F BURROUGHS<br>IRA STANDARD DATED 04/03/84<br>9942 GRAPEWOOD COURT<br>MANASSAS, VA 20110 | 18150 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>ESTELLE L LOCKWOOD<br>IRA STANDARD DATED 05/31/02<br>6 COOL SPRINGS DR<br>DOVER, DE 19901 | 18298 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>BETTY ANN LOGGINS<br>IRA ROLLOVER DATED 03/29/94<br>8922 SVL BOX<br>VICTORVILLE, CA 92395 | 18380 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>RONALD R LEPERE<br>IRA STANDARD DATED 08/01/95<br>6620 GLEN ARBOR WAY<br>NAPLES, FL 34119 | 18434 | Motors Liquidation Company | $14,123.99 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>RICHARD P MALBURG<br>IRA STANDARD DATED 05/13/83<br>6060 GERMAN RD<br>EMMAUS, PA 18049 | 18456 | Motors Liquidation Company | $2,170.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MS&CO C/F<br>JOHN L SKIDMORE<br>IRA STD/ROLLOVER DTD 04/22/04<br>2760 BRENTWOOD CIR<br>ARROYO GRANDE, CA 93420 | 18587 | Motors Liquidation Company | $15,442.80 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>CHARLES L TYREE<br>IRA ROLLOVER DATED 12/23/87<br>9700 HUMMINGBIRD LANE<br>OKLAHOMA CITY, OK 73162 | 18655 | Motors Liquidation Company | $2,667.81 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>BARBARA E MORTON<br>ROTH CONVERTED IRA DATED 02/04/98<br>9267 WILLOW GROVE ROAD<br>CAMDEN WY, DE 19934 | 18656 | Motors Liquidation Company | $989.11 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>REBECCA GORDON<br>IRA STD/ROLLOVER DTD 01/15/91<br>167 WESTHILL DRIVE<br>CAMDEN WYO, DE 19934 | 18802 | Motors Liquidation Company | $5,152.55 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>TINA POTTS<br>IRA ROLLOVER DATED 02/28/00<br>44 COURTSIDE DRIVE APT B31<br>DOVER, DE 19904 | 18803 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>MARVIN J JESHIVA<br>IRA ROLLOVER DATED 07/08/96<br>28 MANOR HOUSE LANE<br>DOBBS FERRY, NY 10522 | 18811 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>ALBERT C AGRESTI<br>IRA STANDARD DATED 08/03/00<br>308 SOUTHWOOD DRIVE<br>SCOTTS VALLEY, CA 95066 | 18822 | Motors Liquidation Company | $24,840.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>ALBERT C AGRESTI<br>IRA STANDARD DATED 08/03/00<br>308 SOUTHWOOD DRIVE<br>SCOTTS VALLEY, CA 95066 | 18823 | Motors Liquidation Company | $49,130.51 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MS&CO C/F GEORGE J JOSEPH IRA ROLLOVER DATED 01/30/02 5751 E HACIENDA AVE APT #124 LAS VEGAS, NV 89122 | 18886 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F EDWARD J FELLER IRA STANDARD DATED 03/26/97 7960 SW 144 STREET PALMETTO BAY, FL 33158 | 19573 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F MARTIN KLEINBART IRA ROLLOVER DATED 12/02/94 3640 YACHT CLUB DR #1010 N MIAMI BEACH, FL 33180 | 19574 | Motors Liquidation Company | $34,286.74 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F ROBERT SUHADOLNIK IRA STD/ROLLOVER DTD 04/08/94 1347 CALLE GALANTE SAN DIMAS, CA 91773 | 19644 | Motors Liquidation Company | $5,180.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F RICHARD A MARHOLD IRA ROLLOVER DATED 10/09/91 34 WASHINGTON STREET CLARK, NJ 07066 | 19767 | Motors Liquidation Company | $5,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F CAROL KIRKUP BLOMSTROM IRA ROLLOVER DATED 03/20/02 6687 LA JOLLA SCENIC DRIVE SOUTH LA JOLLA, CA 92037 | 19818 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F MARY J BLIGH IRA ROLLOVER DATED 12/09/91 5016 W SUNNYSIDE CHICAGO, IL 60630 | 19952 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F JOHN B NORTHUP IRA ROLLOVER DATED 10/19/98 36442 KATHY LANE YUCAIPA, CA 92399 | 19979 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MS&CO C/F<br>MARGARET C KEHOE<br>IRA ROLLOVER DATED 02/01/89<br>2045 KOALA DRIVE<br>OXNARD, CA 93036 | 20007 | Motors Liquidation Company | $7,871.79 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>WILLIAM F KEHOE<br>IRA ROLLOVER DATED 04/18/88<br>2045 KOALA DRIVE<br>OXNARD, CA 93036 | 20008 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>PHYLLIS C QUIMBY<br>IRA ROLLOVER DATED 02/27/96<br>17090 WEST LINKS DR.<br>SURPRISE, AZ 85387 | 20009 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>JOHN N MANSON<br>IRA ROLLOVER DATED 10/01/87<br>430 LOMA MEDIA<br>SANTA BARBARA, CA 93103 | 20012 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>VIRGINIA H JAMES<br>MONEY PURCHASE PLAN DTD 05/08/87<br>411 E FRANKLIN STREET<br>FAYETTEVILLE, NY 13066 | 20101 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>LEROY JACQUES<br>IRA ROLLOVER DATED 12/20/00<br>425 BRIGGS CT<br>ROSEVILLE, CA 95747 | 20335 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>JENNIFER TARLOW<br>IRA STANDARD DATED 04/07/08<br>173 WEST 78TH ST APT 8D<br>NEW YORK, NY 10024 | 20358 | Motors Liquidation Company | $24,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>JOHN ROMANIUK<br>IRA STANDARD DATED 06/15/00<br>2411 CROOKS ROAD<br>ROYAL OAK, MI 48073 | 20505 | Motors Liquidation Company | $9,274.46<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| MS&CO C/F ROBERT M LARSON IRA STD/ROLLOVER DTD 03/21/86 6316 GARNET ST ALTA LOMA, CA 91701 | 20616 | Motors Liquidation Company | $14,769.15 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F PATRICIA DEL GUERCIO IRA STANDARD DATED 10/24/07 4622 AZALIA DRIVE TARZANA, CA 91356 | 20688 | Motors Liquidation Company | $43,839.85 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F ALFRED SIRLIN IRA STANDARD DATED 09/13/05 735 VERONA DRIVE MELVILLE, NY 11747 | 20700 | Motors Liquidation Company | $3,425.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F DORIS TUCKER IRA ROLLOVER DATED 09/15/05 77 S PARK AVE APT C20 ROCKVILLE CENTRE, NY 11570 | 20701 | Motors Liquidation Company | $868.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F BEN PERSHING IRA STD/ROLLOVER DTD 04/13/83 P.O BOX 19811 STANFORD, CA 94309 | 20771 | Motors Liquidation Company | $60,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F DONALD D LOGAN IRA ROLLOVER DATED 11/10/99 306 SOUTHAMPTON BLVD AUBURNDALE, FL 33823 | 20803 | Motors Liquidation Company | $20,338.53 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F RONALD D BECKWITH IRA ROLLOVER DATED 06/21/99 2401 N LINWOOD ST APT B VISALIA, CA 93291 | 20899 | Motors Liquidation Company | $33,867.79 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F MAUREEN K ZIMMERMAN IRA ROLLOVER DATED 11/29/01 29 S TURNBERRY DOVER, DE 19904 | 20990 | Motors Liquidation Company | $10,231.90 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MS&CO C/F<br>DOROTHY E BURKE<br>IRA STANDARD DATED 08/31/95<br>3432 TALLYWOOD CIR<br>SARASOTA, FL 34237 | 21077 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>NATALIE VILLARREAL<br>IRA ROLLOVER DATED 11/11/98<br>1149 AZALEA DR<br>MUNSTER, IN 46321 | 21096 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>MARIETTA CALABRESE<br>IRA ROLLOVER DATED 06/29/95<br>1746 WEST 2ND STREET<br>BROOKLYN, NY 11223 | 21160 | Motors Liquidation Company | $31,315.06 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>SIDNEY KAILLER<br>IRA ROLLOVER DATED 12/21/01<br>2020 ST JOHNS AVE APT 508<br>HIGHLAND PARK, IL 60035 | 21230 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>AUDREY M KAILLER<br>IRA STANDARD DATED 12/21/01<br>2020 ST JOHNS AVENUE #508<br>HIGHLAND PARK, IL 60035 | 21232 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>GORDON DEVORKIN<br>IRA STANDARD DATED 12/19/01<br>7815 N REGENT ROAD<br>MILWAUKEE, WI 53217 | 21233 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>LARRY J SELIG<br>IRA ROLLOVER DATED 04/01/05<br>306 PARADISE POINT RD<br>HOT SPRINGS, AR 71913 | 21307 | Motors Liquidation Company | $13,882.34 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>LILY S WILLIAMS<br>IRA STANDARD DATED 11/15/07<br>5730 NW 125TH AVENUE<br>CORAL SPRINGS, FL 33076 | 21442 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MS&CO C/F<br>BRUCE DAVENPORT<br>IRA STANDARD DATED 10/13/08<br>2355 SW 173RD CT<br>BEAVERTON, OR 97006 | 21475 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>DENNIS E WOLFGRAM<br>ROTH CONVERTED IRA DATED 10/05/98<br>4373 METCALF DRIVE<br>EAGAN, MN 55122 | 21548 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>JO A FORMINO<br>IRA STANDARD DATED 03/21/94<br>4881 SILVERADO AVE<br>BANNING, CA 92220 | 21657 | Motors Liquidation Company | $11,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>SALVATORE F FORMINO<br>IRA STD/ROLLOVER DTD 03/21/94<br>4881 SILVERADO AVE<br>BANNING, CA 92220 | 21710 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>JOYCE M MACKLIN<br>IRA STANDARD DATED 03/18/97<br>8517 CEDAR CREEK ROAD<br>LINCOLN, DE 19960 | 22165 | Motors Liquidation Company | $9,665.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>JOHN ALBERT WOODARD<br>IRA STANDARD DATED 06/02/87<br>2330 HARNAGE ST<br>LAKE ISABELLA, CA 93240 | 22293 | Motors Liquidation Company | $399.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>PAUL J CONNORS<br>IRA ROLLOVER DATED 04/23/93<br>4 HAMILTON LANE<br>LIVINGSTON, NJ 07039 | 22406 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>DANIEL PETERSEN<br>IRA STANDARD DATED 09/15/99<br>18218 FOCH<br>LIVONIA, MI 48152 | 22835 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Fourth Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| MS&CO C/F<br>KAREN D PRICE<br>IRA STD/ROLLOVER-SPOUSAL 04/01/03<br>401 ELLIS RD<br>SCHELLSBURG, PA 15559 | 22962 | Motors Liquidation Company | $5,012.80 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>RICHARD W PRICE<br>IRA STD/ROLLOVER DTD 04/01/03<br>401 ELLIS RD<br>SCHELLSBURG, PA 15559 | 22963 | Motors Liquidation Company | $5,012.80 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>KIM D LEE<br>IRA STANDARD DATED 11/30/95<br>5501 GIPSY AVE<br>LAS VEGAS, NV 89107 | 22977 | Motors Liquidation Company | $5,584.32 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>CARL MENDOLA<br>IRA STD/ROLLOVER DTD 08/17/01<br>5781 HAWKES BLUFF AVE<br>DAVIE, FL 33331 | 23018 | Motors Liquidation Company | $6,830.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>JUDITH L LEWIS<br>ROTH IRA DATED 05/19/98<br>6001 N A1A PMB 8024<br>VERO BEACH, FL 32963 | 23232 | Motors Liquidation Company | $18,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>JACOB H WILSON<br>IRA ROLLOVER DATED 02/23/05<br>7379 NE STONEWATER ST<br>HILLSBORO, OR 97124 | 23248 | Motors Liquidation Company | $60,552.80 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>JERROLD HELLER<br>IRA STANDARD DATED 02/12/93<br>6046 BAY HILL CIRCLE<br>JAMESVILLE, NY 13078 | 23311 | Motors Liquidation Company | $50,295.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>BARBARA M BRAINARD<br>IRA ROLLOVER DATED 09/25/08<br>215 PORTSTEWART<br>WILLIAMSBURG, VA 23188 | 23370 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixty-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MS&CO C/F<br>GARY M SILVER<br>IRA ROLLOVER DATED 05/14/91<br>24840 PROSPECT AVE<br>LOS ALTOS HILLS, CA 94022 | 23414 | Motors Liquidation Company | $132,167.51 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>GARY M SILVER & MARY ELLEN SILVER T<br>GARY M SILVER & MARY E SILVER TTEE U/A DTD 8/5/94<br>24840 PROSPECT AVE<br>LOS ALTOS HILLS, CA 94022 | 23415 | Motors Liquidation Company | $46,334.32 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>ZACHARY JAMES SILVER<br>ROTH IRA DATED 02/16/01<br>24840 PROSPECT<br>LOS ALTOS HILLS, CA 94022 | 23416 | Motors Liquidation Company | $2,988.24 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>ADAM CHARLES SILVER<br>ROTH IRA DATED 04/15/99<br>24840 PROSPECT AVENUE<br>LOS ALTOS HILLS, CA 94022 | 23418 | Motors Liquidation Company | $999.82 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>MEGAN H LIM-SILVER<br>ROTH IRA DATED 04/10/02<br>24840 PROSPECT AVENUE<br>LOS ALTOS HILLS, CA 94022 | 23419 | Motors Liquidation Company | $995.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

**Claim Totals**           500

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

# **Exhibit B**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

|  |  |  |
|---|---|---|
| | : | |
| In re | : | Chapter 11 Case No. |
| | : | |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | : | **09-50026 (REG)** |
|  **f/k/a General Motors Corp.**, *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

---------------------------------------------------------------x

### STIPULATION AND AGREED ORDER
### AMONG THE DEBTORS, WILMINGTON TRUST COMPANY,
### AND CITIBANK, N.A., SOLELY IN ITS CAPACITY AS PAYING AGENT,
### <u>REGARDING PROOFS OF CLAIM NOS. 47871, 47872, 65729, 65793, AND 66723</u>

Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

certain of its subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11

cases (collectively, the "**Debtors**"), Wilmington Trust Company as successor indenture trustee

("**WTC**"), and Citibank, N.A., solely in its capacity as paying agent under the 1990 Indenture

and 1995 Indenture (as defined below) (in such capacity, "**Citibank**"), together with the Debtors

and WTC, the "**Parties**"), by and through their respective undersigned counsel, hereby enter into

this Stipulation and Agreed Order (this "**Stipulation**") and stipulate as follows:

### <u>RECITALS</u>

A.    On June 1, 2009 (the "**Commencement Date**"), certain of the Debtors

commenced with this Court voluntary cases (the "**Chapter 11 Cases**") under chapter 11 of title

11, United States Code (the "**Bankruptcy Code**").

B.    On September 16, 2009, the Court entered an order (the "**Bar Date Order**")

establishing November 30, 2009 at 5:00 p.m. (Eastern Time) (the "**General Bar Date**") as the

deadline for each person or entity (including without limitation, each individual, partnership,

joint venture, corporation, estate, or trust) to file a proof of claim (a "**Proof of Claim**") against

certain of the Debtors, including MLC, to assert any claim (as defined in section 101(5) of the

Bankruptcy Code) that arose prior to the Commencement Date.

C.       As of the Commencement Date, MLC, as issuer, WTC, as successor indenture

trustee, and Citibank, as paying agent, were parties to (i) a Senior Indenture, dated as of

December 7, 1995, as amended (the "**1995 Indenture**," and WTC's capacity under the 1995

Indenture, the "**1995 Trustee**"), and (ii) a Senior Indenture, dated as of November 15, 1990 (the

"**1990 Indenture**," and WTC's capacity under the 1990 Indenture, the "**1990 Trustee**") pursuant

to which MLC issued senior unsecured debt securities.

D.       Prior to the General Bar Date, WTC timely filed the following four Proofs of

Claims against MLC (each, a "**WTC Claim**" and collectively, the "**WTC Claims**"):

| Claim Number | Applicable Indenture | Principal Amount of Claim Plus Fees and Interest Accrued to Petition Date |
|:---:|:---:|:---:|
| 65793 | 1990 Indenture | $1,419,581,281.12 |
| 47871 | 1990 Indenture | $1,419,581,281.12 |
| 65729 | 1995 Indenture | $21,928,297,131.26 |
| 47872 | 1995 Indenture | $21,928,297,131.26 |

E.       Prior to the General Bar Date, Citibank timely filed a proof of claim against MLC

in the amount of $173,063.43 [Proof of Claim No. 66723] (the "**Citibank Claim**").

F.       WTC recognizes that it is not entitled to, and does not seek, a duplicate recovery

on account of the same WTC Claim and has agreed to withdraw two of the WTC Claims, subject

to the agreements set forth in this Stipulation.

## STIPULATION AND ORDER

NOW, THEREFORE, EACH OF THE PARTIES HEREBY STIPULATES AND

AGREES AS FOLLOWS:

1.      WTC Claims numbered 47871 (filed by WTC as 1990 Trustee) and 47872 (filed

by WTC as 1995 Trustee) are deemed withdrawn and WTC Claims numbered 65793 (filed by

WTC as 1990 Trustee) and 65729 (filed by WTC as 1995 Trustee) shall survive.

2.      With respect to principal plus interest due under the 1990 Indenture, WTC, in its

capacity as the 1990 Trustee will receive and is hereby granted, on behalf of itself and the record

and beneficial bondholders of debt securities issued under the 1990 Indenture an allowed general

unsecured, nonpriority claim in the amount of $1,419,471,545.22 (subject to appropriate reserve

and/or reduction in connection with any setoff exercised by beneficial bondholders that is

authorized by this Court) (the "**1990 Debt Claim**") against MLC to be satisfied in accordance

with any chapter 11 plan or plans confirmed in the Debtors' Chapter 11 Cases.

3.      With respect to principal plus interest due under the 1995 Indenture, WTC, in its

capacity as the 1995 Trustee, will receive and is hereby granted, on behalf of itself and the record

and beneficial bondholders of debt securities issued under the 1995 Indenture, an allowed

general unsecured nonpriority claim in the amount of $21,928,183,895.36 (subject to appropriate

reserve and/or reduction in connection with any setoff exercised by beneficial bondholders that is

authorized by this Court) (the "**1995 Debt Claim**," together with the 1990 Debt Claim, the

"**Debt Claims**").

4.      With respect to the prepetition fees and expenses incurred by WTC under the

1990 Indenture, WTC shall receive an allowed claim of $109,735.90 (the "**1990 WTC Fee

Claim**"), and with respect to the prepetition fees and expenses incurred by WTC under the 1995

Indenture, WTC shall receive an allowed claim of $113,235.90  (the "**1995 WTC Fee Claim**,"

together with the 1990 WTC Fee Claim, the "**WTC Fee Claims**").

5.      With respect to the prepetition paying agency fees and expenses incurred by

Citibank under the Indentures, the Citibank Claim shall be allowed in the amount of $162,333.71

(the "**Citibank Fees and Expenses Claim**," together with the WTC Fee Claims, the "**Fees and

Expenses Claims**").

6.      To the extent the Fees and Expenses Claims are not paid in full, in cash, pursuant

to a plan of reorganization and/or liquidation of MLC, (a) the amount of such fees and expenses

that remain unpaid shall constitute an allowed general unsecured, nonpriority claim against MLC

held by WTC and/or Citibank, as applicable, to be satisfied in accordance with any chapter 11

plan or plans confirmed in the Debtors' Chapter 11 Cases and (b) WTC and Citibank, pursuant to

section 7.06 of the 1990 Indenture and section 7.06 of the 1995 Indenture, shall retain a charging

lien with respect to its prepetition and post-petition fees and expenses on all assets or money held

or collected by WTC or Citibank on account of the Debt Claims or otherwise.

7.      WTC will issue a notice to the Depository Trust Company and post a notice on its

website (a) notifying beneficial bondholders of the notes issued under the Indentures of the entry

of the order allowing the WTC Claims and (b) notifying such bondholders that any subsequent

claims objection filed by the Debtors seeking to disallow claims filed by bondholders on the

grounds that such claims are duplicative of the Debt Claims being allowed under the stipulation

and order will not impair bondholder's entitlement to share in plan distributions on account of

the Debt Claims in accordance with the terms of the applicable Indenture.

8.      WTC agrees that it will not object to the Debtors' filing of objections to Proofs of

Claims filed by record and beneficial holders of debt securities arising out of or relating to the

1990 Indenture and/or the 1995 Indenture on the grounds that such Proofs of Claim are

duplicative of the Debt Claims allowed pursuant to this Stipulation.

9.      WTC waives its right to argue that the entire stated principal amount of

$377,377,000 with respect to the Discount Debentures is an allowable claim.

10.      To the extent that the fees and expenses of WTC incurred after the

Commencement Date are not satisfied by payment in full in cash in connection with a plan of

reorganization and/or liquidation of MLC, WTC reserves the right to argue that all such fees are

allowable general unsecured non-priority claims against the estate of MLC.

11.      This Stipulation contains the entire agreement between the Parties as to the

subject matter hereof and supersedes all prior agreements and undertakings between the Parties

relating thereto.

Dated:  New York, New York
        August 5, 2010


/s/ Joseph H. Smolinsky               
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Debtors and Debtors in
Possession*

/s/ Keith R. Martorana               
Matthew J. Williams
Keith R. Martorana

GIBSON DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Attorneys for Wilmington Trust Company,
as 1990 Trustee and 1995 Truestee*

43467654                            5

/s/ Louis A. Curcio
Maria M. Livanos
Louis A. Curcio

SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6744
Facsimile:  (212) 768-6800

*Attorneys for Citibank, N.A. as Paying Agent under the 1990 and 1995 Indentures*

So Ordered this **_9th_** day of **_August_** 2010

    **_s/ Robert E. Gerber_**
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                         :

In re                              :          Chapter 11 Case No.
                                           :

MOTORS LIQUIDATION COMPANY, *et al.*,  :          09-50026 (REG)
     f/k/a General Motors Corp., *et al.*  :
                                         :

                  Debtors.         :          (Jointly Administered)
                                         :
-----------------------------------------------------------------x

## ORDER GRANTING DEBTORS'
## SIXTY-FOURTH OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Debt Claims)

Upon the sixty-fourth omnibus objection to claims, dated August 13, 2010 (the

"**Sixty-Fourth Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a

General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the

"**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy

Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"),

and this Court's supplemental order establishing supplemental rules and authority for filing

omnibus objections to certain debt claims (the "**Supplemental Procedures Order**") [Docket No.

6238], seeking entry of an order disallowing and expunging the Duplicate Debt Claims on the

grounds that such claims are duplicative of either Claim 65793 or Claim 65729, all as more fully

described in the Sixty-Fourth Omnibus Objection to Claims; and due and proper notice of the

Sixty-Fourth Omnibus Objection to Claims having been provided, and it appearing that no other

or further notice need be provided; and the Court having found and determined that the relief

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Debtors' Sixty-Fourth Omnibus Objection to Claims.

sought in the Sixty-Fourth Omnibus Objection to Claims is in the best interests of the Debtors,

their estates, creditors, and all parties in interest and that the legal and factual bases set forth in

the Sixty-Fourth Omnibus Objection to Claims establish just cause for the relief granted herein;

and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Sixty-Fourth Omnibus Objection to

Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on **Exhibit "A"** (the "**Order Exhibit**") annexed hereto under the heading "*Claims to be

Disallowed and Expunged*" (collectively, the "**Duplicate Debt Claims**") are disallowed and

expunged; and it is further

ORDERED that, if applicable, the Sixty-Fourth Omnibus Objection to Claims is

adjourned with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Objection Adjourned*" (the "**Adjourned Claims**") to the date indicated on the Order

Exhibit, subject to further adjournments (such actual hearing date, the "**Adjourned Hearing

Date**"), and the Debtors' response deadline with respect to the Adjourned Claims shall be 12:00

noon (Eastern Time) on the date that is three (3) business days before the Adjourned Hearing

Date; and it is further

ORDERED that, if applicable, the Sixty-Fourth Omnibus Objection to Claims is

withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Objection Withdrawn*"; and it is further

ORDERED that, if applicable, the Sixty-Fourth Omnibus Objection to Claims is

withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Claim Withdrawn*," as those claims have been withdrawn by the corresponding

claimant; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly

reserved with respect to, (i) any claim listed on Exhibit "A" annexed to the Sixty-Fourth

Omnibus Objection to claims under the heading "*Claims to be Disallowed and Expunged*" that is

not listed on the Order Exhibit annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
_____, 2010

_____
United States Bankruptcy Judge