HEARING DATE AND TIME: September 24, 2010 at 9:45 a.m. (Eastern Time)
RESPONSE DEADLINE: September 17, 2010 at 4:00 p.m. (Eastern Time)

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                      :
In re                                 :      Chapter 11 Case No.
                                      :
MOTORS LIQUIDATION COMPANY, et al.,   :      09-50026 (REG)
    f/k/a General Motors Corp., et al.:
                                      :
                    Debtors.          :      (Jointly Administered)
                                      :
------------------------------------------------------------x
```

## NOTICE OF DEBTORS' SEVENTIETH OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Debt Claims)

**PLEASE TAKE NOTICE** that on August 13, 2010, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their seventieth omnibus objection to claims (the "**Objection**"), and that a

hearing (the "**Hearing**") to consider the Objection will be held before the Honorable Robert E.

Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for

the Southern District of New York, One Bowling Green, New York, New York 10004, on

**September 24, 2010 at 9:45 a.m. (Eastern Time),** or as soon thereafter as counsel may be

heard.

**PARTIES LISTED ON EXHIBIT "A" ANNEXED TO THE OBJECTION (THE "<u>CLAIMANTS</u>") (AND THEIR COUNSEL, IF KNOWN) WILL RECEIVE A PERSONALIZED NOTICE OF THE OBJECTION, RATHER THAN THE ENTIRE OBJECTION.**

This Objection does not affect a Claimant's ability to receive distributions as a beneficial bondholder under the claims filed by the indenture trustee of the Debtors' public debentures.  If a Claimant disagrees with the Objection's treatment of the Claimant's claim, the Claimant may call the Debtors to try and resolve the Claimant's concerns at **1-800-414-9607**.  If a Claimant is unable to resolve the Claimant's concerns with the Debtors before the deadline to respond, then the Claimant <u>must</u> file and serve a written response (a "**Response**") to the Objection in accordance with this notice, and the Claimant <u>must</u> appear at the Hearing described below.

A Claimant may participate in the Hearing telephonically provided that the Claimant complies with the Court's instructions, which can be found on the Court's website at [www.nysb.uscourts.gov](www.nysb.uscourts.gov) (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider."  A Claimant must also provide prior written notice by mail or e-mail of the Claimant's telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Russell Brooks, Esq. ([russell.brooks@weil.com](mailto:russell.brooks@weil.com))) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Jennifer Sharret, Esq. ([jsharret@kramerlevin.com](mailto:jsharret@kramerlevin.com))).

**If a Claimant does not oppose the disallowance and expungement of the Claimant's claim, then the Claimant does not need to file a Response or appear at the Hearing.**

**PLEASE TAKE FURTHER NOTICE THAT** the Hearing on the Objection is scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on **September 24, 2010 at 9:45 a.m. (Eastern Time)**.  If a Claimant files a Response to the Objection, the Claimant should plan to appear at the Hearing either in person or telephonically.  The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to the Claimant's claim.  If the Debtors do continue the Hearing with respect to the Claimant's claim, then the Hearing will be held at a later date.  If the Debtors do not continue the Hearing with respect to the Claimant's claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **September 17, 2010 at 4:00 p.m. (Eastern Time)**.  Only those Responses that are timely will be considered at the Hearing.  A Claimant's Response will be deemed timely only if it is:  (a) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov) before the deadline for Responses **or** (b) **actually** received on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format <u>and</u> in hard copy at each of the following addresses on or before the deadline for response:

    A.    Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;

    B.    Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and

C.    Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory
committee of unsecured creditors, 1177 Avenue of the Americas, New
York, New York 10036 (Attn:  Jennifer Sharret, Esq.).

A Claimant's response, if any, must contain at a minimum the following: (i) a
caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case
number, and the number of the Objection to which the response is directed; (ii) the name of the
Claimant and description of the basis for the amount of the claim; (iii) a concise statement setting
forth the reasons why the claim should not be disallowed and expunged for the reasons set forth
in the Objection, including, but not limited to, the specific factual and legal bases upon which the
Claimant will rely in opposing the Objection; (iv) all documentation or other evidence of the
claim, to the extent not included with the proof of claim previously filed with the Bankruptcy
Court, upon which the Claimant will rely in opposing the Objection; (v) the address(es) to which
the Debtors must return any reply to the Claimant's response, if different from that presented in
the proof of claim; and (vi) the name, address, and telephone number of the person that can be
contacted in connection with the Objection.

If a Claimant has any questions about this notice or the Objection, please contact
the Debtors at **1-800-414-9607**.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF
THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

**PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief requested in the Objection without further notice or a hearing if a Claimant fails to file a timely Response or appear at the Hearing.**

Dated: New York, New York
August 13, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                    :
In re                               :        Chapter 11 Case No.
                                    :
MOTORS LIQUIDATION COMPANY, et al., :        09-50026 (REG)
      f/k/a General Motors Corp., et al.  :
                                    :
                       Debtors.     :        (Jointly Administered)
                                    :
------------------------------------------------------------x
```

## DEBTORS' SEVENTIETH OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Debt Claims)

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM. CLAIMANTS THAT ARE THE SUBJECT OF THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON EITHER THE EXHIBIT ATTACHED TO THIS OBJECTION OR ON THEIR PERSONALIZED NOTICE.**

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) and its

affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully represent:

## <u>Relief Requested</u>

1.    The Debtors file this seventieth omnibus objection to claims (the
"**Seventieth Omnibus Objection to Claims**") pursuant to section 502(b) of title 11, United
States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy
Procedure (the **"Bankruptcy Rules"**), and this Court's supplemental order establishing
supplemental rules and authority for filing omnibus objections to certain debt claims (the
"**Supplemental Procedures Order**") [Docket No. 6238], seeking entry of an order disallowing
and expunging the claims listed on **Exhibit "A"** annexed hereto.[1]

2.    The Debtors have examined the proofs of claim identified on Exhibit "A"
and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed
and Expunged*" (collectively, the "**Duplicate Debt Claims**") are duplicative of either (1) the
global Proof of Claim No. 65793 ("**Claim 65793**") filed by Wilmington Trust Company
("**WTC**"), in its capacity as successor indenture trustee of the Senior Indenture, dated as of
November 15, 1990 (the "**1990 Indenture**") or (2) the global Proof of Claim No. 65729 ("**Claim
65729**") filed by WTC, in its capacity as successor indenture trustee of the Senior Indenture,
dated as of December 7, 1995, as amended (the "**1995 Indenture**").  The amounts asserted by
WTC in Claim 65793 and Claim 65729 have been reconciled and allowed under a stipulation,
approved and entered by the Court on August 9, 2010 (the "**WTC Stipulation**") [Docket No.
6595], a copy of which is annexed hereto as **Exhibit "B."**  The Debtors, therefore, seek entry of
an order disallowing and expunging from the claims register the Duplicate Debt Claims.

---

[1] Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on
the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com.
A link to the claims register is located under the "Claims Information" tab.  Creditors without access to the Internet
may request a copy of the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors
Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City
Group, Inc. at 1-703-286-6401.

3.     This Seventieth Omnibus Objection to Claims does not affect the ability of

an Individual Bondholder (as hereinafter defined) to participate in accordance with the WTC

Stipulation.  Further, the Debtors reserve all their rights to object on any other basis to any

Duplicate Debt Claim as to which the Court does not grant the relief requested herein.

## Jurisdiction

4.     This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

5.     On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**Realm/Encore Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Case Number 09-50026 (REG).  On September 15, 2009,

the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs,

which were amended on October 4, 2009.  On October 15, 2009, the Realm/Encore Debtors filed

their schedules of assets and liabilities and statements of financial affairs.

6.     On September 16, 2009, this Court entered an order [Docket No. 4079]

establishing November 30, 2009 as the deadline for each person or entity to file a proof of claim

in the Initial Debtors' cases, including governmental units.  On December 2, 2009, this Court

entered an order [Docket No. 4586] establishing February 1, 2010 as the deadline for each

---

[2] The Initial Debtors are Motors Liquidation Company (f/k/a General Motors Corporation), MLCS, LLC (f/k/a
Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc.
(f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3] The Realm/Encore Debtors are Remediation and Liability Management Company, Inc., and Environmental
Corporate Remediation Company, Inc.

person or entity to file a proof of claim in the Realm/Encore Debtors' cases (except

governmental units, as defined in section 101(27) of the Bankruptcy Code, for which the Court

established June 1, 2010 as the deadline to file proofs of claim).

7.     Among the tens of thousands of proofs of claim the Debtors received,

approximately 18,000 proofs of claim have been filed by claimants seeking the repayment of

principal, interest, and fees and expenses that relate to dollar-denominated debt securities issued

by the Debtors pursuant to the 1990 Indenture and the 1995 Indenture (each, a "**Debt Claim**,"

and the holder of such Debt Claim, an "**Individual Bondholder**").  The Debtors believe that all

of the Debt Claims filed by Individual Bondholders are duplicative of the claims allowed in

favor of WTC for the benefit of all Individual Bondholders in accordance with the WTC

Stipulation.

8.     On August 9, 2010, the Court entered the WTC Stipulation signed by the

Debtors, WTC, and Citibank, N.A., solely in its capacity as paying agent under the 1990

Indenture and 1995 Indenture (in such capacity, "**Citibank**"), allowing (i) Claim 65793 in the

amount of $1,419,471,545.22 (subject to appropriate reserve and/or reduction in connection with

any Court-authorized setoff exercised by Individual Bondholders) and (ii) Claim 65729 in the

amount of $21,928,183,895.36 (subject to appropriate reserve and/or reduction in connection

with any Court-authorized setoff exercised by Individual Bondholders).  Prior to entry of the

WTC Stipulation, WTC sent out a notice to all affected Individual Bondholders notifying them

of the pending approval by the Court of the WTC Stipulation.

9.     On October 6, 2009, this Court entered the Supplemental Procedures

Order, which authorizes the Initial Debtors, among other things, to file omnibus objections to no

more than 500 claims at a time with respect to Debt Claims. The claimants that are listed in

Exhibit "A" have filed Debt Claims against the Initial Debtors.

10.     The Debtors now move to expunge the Duplicate Debt Claims filed by

each Individual Bondholder as duplicative of either Claim 65793 or Claim 65729.

### The Relief Requested Should Be Approved by the Court

11.     A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects." 11 U.S.C. § 502(a). If an objection refuting at least one of the claim's essential

allegations is asserted, the claimant has the burden to demonstrate the validity of the claim. *See*

*In re Oneida, Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd*, No. 09 Civ. 2229 (DC),

2010 WL 234827 (S.D.N.Y. Jan. 22, 2010); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No.

02-41729 (REG), 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re

Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

12.     Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a

claim may not be allowed to the extent that "such claim is unenforceable against the debtor and

property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1). The

Debtors cannot be required to pay on the same claim more than once. *See, e.g., In re Finley,

Kumble, Wagner, Heine, Underberg, Manley, Myerson, & Casey*, 160 B.R. 882, 894 (Bankr.

S.D.N.Y. 1993) ("In bankruptcy, multiple recoveries for an identical injury are generally

disallowed."). The Debtors have reviewed the proofs of claim identified on Exhibit "A" and

believe them to be duplicative of Claim 65793 or Claim 65729. Moreover, the Debtors have no

way of confirming that any of the Individual Bondholders are, in fact, beneficial holders of a

debt instrument on the relevant dates.

13.     To avoid the possibility of multiple recoveries by the Individual

Bondholders, the Debtors request that the Court disallow and expunge in their entirety the

Duplicate Debt Claims.  Individual Bondholders, to the extent they are beneficial bondholders as of the record date under any confirmed plan of liquidation, will receive distributions under such plan from WTC in its capacity as indenture trustee.

**Notice**

14.     Notice of the Seventieth Omnibus Objection to Claims has been provided to each claimant listed on Exhibit "A" by virtue of the individualized notice transmitted in accordance with the Supplemental Procedures Order and parties in interest in accordance with the Third Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures, dated April 29, 2010 [Docket No. 5670].

15.     No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the relief requested herein and such other and further relief as is just.

Dated: New York, New York
        August 13, 2010

                            /s/ Joseph H. Smolinsky
                            Harvey R. Miller
                            Stephen Karotkin
                            Joseph H. Smolinsky

                            WEIL, GOTSHAL & MANGES LLP
                            767 Fifth Avenue
                            New York, New York 10153
                            Telephone: (212) 310-8000
                            Facsimile: (212) 310-8007

                            Attorneys for Debtors
                            and Debtors in Possession

## Exhibit A

Seventieth Omnibus Objection

Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ROGER D. COOK - IRA<br>173 MEADOWVIEW DR. NW<br><br>TRINITY, AL 35673 | 11751 | Motors Liquidation Company | $70,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROGER DEAN TIMS<br>CHARLES SCHWAB & CO INC CUST<br>ROGER D TIMS MD, PSP PART QRP<br>4013<br>WHITE DOVE LN<br>ROANOKE, VA 24018 | 11961 | Motors Liquidation Company | $2,073.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROGER E MILLER R/O IRA<br>FCC AS CUSTODIAN<br>7002 JUNEBERRY CV<br>AUSTIN, TX 78750 | 11868 | Motors Liquidation Company | $8,375.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROGER F DE BONA<br>113 WAKE FOREST DR<br><br>WARNER ROBINS, GA 31093 | 2312 | Motors Liquidation Company | $30,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROGER F DORST<br>21 REDFIELD VILLAGE APT 21B1<br><br>EDISON, NJ 08837 | 11313 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROGER F DOTY<br>1717 W COUNTRY CLUB RD<br><br>CONNERSVILLE, IN 47331 | 10108 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROGER FRITZ TRUSTEE<br>1541 N COURTLAND DR<br><br>ARLINGTON HEIGHTS, IL 60004 | 11280 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROGER GEMMEN MO LIVING TRUST<br>2508 EAGLE LANE<br><br>HOLLAND, MI 49424 | 61529 | Motors Liquidation Company | $5,004.69 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROGER HINTON, DEBORAH HINTON<br>1993 MICHIGAN ST<br><br>EDMONE, MI 48829 | 2341 | Motors Liquidation Company | $51,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROGER J FLATEN<br>1765 SIMPSON ST<br><br>FALCON HEIGHTS, MN 55113 | 5244 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventeenth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| ROGER J GEMMEN TTEE<br>ROGER J. GEMMEN M.D. TRUST<br>U/A DTD 08/07/2003<br>800 OTTAWA BEACH RD<br>HOLLAND, MI 49424 | 46629 | Motors Liquidation Company | $296,150.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROGER J JUSZCZAK<br>DELORES L JUSZCZAK<br>5254 E CALLE REDONDA<br>PHOENIX, AZ 85018 | 16625 | Motors Liquidation Company | $128,701.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROGER J ROLPH IRA<br>8547 N GRIMES CYN RD<br>MOORPARK, CA 93021 | 18737 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROGER J SCHIERMEIER TRUST<br>U/A DTD 11/18/99<br>ROGER J SCHIERMEIER<br>LINDA L SCHIERMEIER TTEE<br>13435 TERRA VISTA DR<br>ST LOUIS, MO 63146 | 12249 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROGER J SMITHE<br>3468 LAKESHORE RD<br>MANISTEE, MI 49660 | 11347 | Motors Liquidation Company | $25,005.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROGER J WEST<br>200 N HERMOSA DR<br>PALM SPRINGS, CA 92262 | 33383 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROGER JENSEN<br>321 GLENN RD<br>ALBERT LEA, MN 56007<br>UNITED STATES OF AMERICA | 13352 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROGER K BROWN<br>4045 S BUFFALO DR<br>A101-142<br>LAS VEGAS, NV 89147 | 22169 | Motors Liquidation Company | $9,186.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROGER KENT & EILEEN KENT JT TEN<br>4605 WESTSHIRE DRIVE NW<br>COMSTOCK PARK, MI 49321 | 3143 | Motors Liquidation Company | $10,135.17 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventeenth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| ROGER KERBER<br>8975 MARIABO CIRCLE<br><br>BLOOMINGTON, MN 55438<br>UNITED STATES OF AMERICA | 59765 | Motors Liquidation Company | $28,025.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROGER L POESCHEL<br>803 AUTH ST<br><br>DURAND, WI 54736 | 18559 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROGER L WALLS<br>CGM IRA CUSTODIAN<br>7054 JOHNSON RD<br>GALLOWAY, OH 43119 | 67856 | Motors Liquidation Company | $9,725.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROGER MAKEMSON (SEP IRA)<br>FCC AS CUSTODIAN<br>28494 WESTINGHOUSE PL, #313<br>VALENCIA, CA 91355 | 28508 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROGER MAKEMSON, INC<br>28494 WESTINGHOUSE PL, #313<br><br>VALENCIA, CA 91355 | 28506 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROGER MAKOWSKI<br>209 8TH AVE N<br><br>SARTELL, MN 56377 | 68634 | Motors Liquidation Company | $3,816.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROGER N GRUNDMANN, SANDRA D GRUNDMANN<br>207 RIVER BLUFF DR<br><br>ORMOND BEACH, FL 32174 | 21675 | Motors Liquidation Company | $11,831.71 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROGER PENICHE AND SONIA COBO<br>ROGER PENICHE<br>16809 NE 117TH ST<br>REMOND, WA 98052 | 17884 | Motors Liquidation Company | $299,732.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROGER PIERCE & CHARLES C PIERCE TTE<br>PIERCE REALTY 401K PSP DTD 9/30/03<br>FBO ROGER PIERCE<br>1601 SECOND STREET #101<br>SAN RAFAEL, CA 94901 | 12982 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ROGER PIERCE & CHARLES C PIERCE TTE<br>PIERCE REALTY 401K PSP DTD 9/30/03<br>FBO CHARLES C PIERCE<br>1601 SECOND STREET #101<br>SAN RAFAEL, CA 94901 | 12984 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROGER SEAMAN & EMMA LUCY SEAMAN<br>EMMA LUCY SEAMAN JT TEN<br>54 ALPINE TRAIL<br>SPARTA, NJ 07871 | 11876 | Motors Liquidation Company | $720.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROGER W BOSER<br>7276 SOUTH RD<br>SEVEN VALLEYS, PA 17360 | 4336 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROGER W DECAMP<br>CHERI DECAMP TRUST<br>10205 CHURCHILL RD<br>RIVES JUNCTION, MI 49277 | 28326 | Motors Liquidation Company | $6,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROGER W PETERSEN<br>27865 N 130TH DR<br>PEORIA, AZ 85383 | 20051 | Motors Liquidation Company | $88,209.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROGER W ST GERMAIN<br>PO BOX 116<br>WOONSOCKET, RI 02895 | 12431 | Motors Liquidation Company | $47,765.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROGER WHITSON<br>1034 QUAKER RIDGE WAY<br>DULUTH, GA 30097 | 68447 | Motors Liquidation Company | $7,900.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROGER ZAENGLEIN<br>2646 E BROOKWOOD CT<br>Phoenix, AZ 85048 | 15807 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROGLO INVESTMENTS CORP II<br>CALLE ACAPULCO #365<br>URB SOL DE LA MOLINA<br>LIMA 12, PERU<br>,<br>PERU | 16168 | Motors Liquidation Company | $37,817.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventeenth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| ROHIT MAJMUDAR<br>14 WHIPPLE RD<br><br>POMPTON PLAINS, NJ 07444 | 6347 | Motors Liquidation Company | $130,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROLAND & MARILYN PELLEGRINI<br>TRUST UAD 03/20/97<br>ROLAND PELLEGRINI & MARILYN PELLEGRINI TTEES<br>581 NOR OAK<br>HOLLAND, MI 49424 | 3764 | Motors Liquidation Company | $12,390.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROLAND A DONIE<br>13315 APPLE TREE RD<br><br>HOUSTON, TX 77079 | 4701 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROLAND B GEDDES<br>BETTY M GEDDES<br>19979 TIDEWATER TRL<br>TAPPAHANNOCK, VA 22560 | 11646 | Motors Liquidation Company | $28,689.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROLAND B REEMS<br>PO BOX 2341<br><br>WINDERMERE, FL 34786 | 46235 | Motors Liquidation Company | $173,608.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROLAND BROUSSARD<br>448 TELJEAN RD<br><br>LAFAYETTE, LA 70503 | 20244 | Motors Liquidation Company | $14,919.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROLAND C JOHNSON<br>CGM IRA CUSTODIAN<br>10504 FORESTGROVE LANE<br>MITCHELLVILLE, MD 20721 | 18045 | Motors Liquidation Company | $20,921.63 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROLAND E NAGLE<br>24 GREENWOOD VALE<br><br>MONTEREY, CA 93940 | 12413 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROLAND E STOEHNER &<br>LUCILLE G STOEHNER  TTEES<br>U/A DTD 08/29/1997<br>STOEHNER FAMILY TRUST<br>3129 KISTER DR<br>SAINT CHARLES, MO 63301 | 2918 | Motors Liquidation Company | $4,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| ROLAND E STOEHNER & LUCILLE STOEHNER TTEES U/A DTD 8-29-1997 STOEHNER FAMILY TRUST 3129 KISTEN DR ST CHARLES, MO 63301 | 2917 | Motors Liquidation Company | $9,625.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROLAND EDELSTEIN AND EVELYN EDELSTEIN TEN COM C/O ROLAND EDELSTEIN 211 EAST 70 ST APT 2B NEW YORK, NY 10021 | 6562 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROLAND J BROWN JR 5526 RIVER OAKS DRIVE TITUSVILLE, FL 32780 | 11237 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROLAND L. VAUGHAN, JR 5107 KING DAVID BLVD AMNANDALE, VA 22003 | 15416 | Motors Liquidation Company | $5,999.73 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROLAND S FOSTER ANN H FOSTER 1233 SILVER LAKE DR MELBOURNE, FL 32940 | 44057 | Motors Liquidation Company | $2,310.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROLANDT, ELEY (CGM IRA CUSTODIAN) 6104 FORBING ROAD LITTLE ROCK, AR 72209 | 765 | Motors Liquidation Company | $7,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROLF-DIETER LÖSCH IN DEN HINTEREN ÄCKERN 2 69483 WALD-MICHELBACH GERMANY , GERMANY | 22793 | Motors Liquidation Company | Unliquidated Foreign Currency | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROLLA W UNDERWOOD AND JO ANN UNDERWOOD TTEES OF THE ROLLA W UNDERWOOD AND JO ANN UNDERWOOD REV LIVING/TRUST DTD 4-25-06 1713 SE CARDINAL DRIVE BLUE SPRINGS, MO 64014 | 13681 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROLLOVER IRA DAVID A BINOTTI FMT CO CUST IRA ROLLOVER FBO DAVID A BINOTTI 6204 W CAROL LN PALOS HEIGHTS, IL 60463 | 7018 | Motors Liquidation Company | $200,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventeenth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ROMA SCHWEINEFUS<br>870 DEXTER ST APT 302<br><br>DENVER, CO 80220 | 22978 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROMELDA C. WORDEN<br>PO BOX 5673<br><br>OROVILLE, CA 95966 | 9439 | Motors Liquidation Company | $1,996.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROMEO P MAHINAY & TERESITA M MAHINAY TTEE<br>U/A DTD AUG 3 1994<br>ROMEO P & TERESITA M MAHINAY TR<br>13148 ONEIDA ST<br>BROOKSVILLE, FL 34609 | 2568 | Motors Liquidation Company | $19,516.16 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROMIE ROBERTSON<br>1710 COLLINS RD<br><br>VANLEER, TN 37181 | 30837 | Motors Liquidation Company | $4,986.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROMMEL FAMILY TRUST<br>DANIEL J. ROMMEL TTEE<br>ELIZABETH ROMMEL TTEE<br>13415 E DEL TIMBRE DR<br>SCOTTSDALE, AZ 85259 | 12210 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RON ABSHER<br>PO BOX 311<br><br>CARMI, IL 62821 | 6325 | Motors Liquidation Company | $14,890.99 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RON DIXON IRA<br>76 RIDGE CREST RD<br><br>WHEELING, WV 26003 | 9971 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RON H MAXWELL<br>& BARBARA E MAXWELL JTTEN<br>1907 W FLAMINGO AVE NO 120<br>NAMPA, ID 83651 | 18944 | Motors Liquidation Company | $14,898.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RON JONES<br>6175 NE ROSEBAY DR<br><br>HILLSBORO, OR 97124 | 9638 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RON SALLADAY AND ANNELL SALLADAY<br>3821 HILLCREST DR<br><br>SAN ANGELO, TX 76904 | 11100 | Motors Liquidation Company | $15,271.88 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventeenth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| RON WUESTENBERG<br>1720 CHERRY ST<br>CLARKSTON, WA 99403 | 25247 | Motors Liquidation Company | $7,950.91 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONAH CASTON<br>10924 KING BAY DR<br>BOCA RATON, FL 33498 | 18395 | Motors Liquidation Company | $48,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONAH CASTON REV TRUST<br>10924 KING BAY DR<br>BOCA RATON, FL 33498 | 18396 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD & CONNIE WUENSCH<br>5600 YUCCA RD<br>HUTCHINSON, KS 67502 | 8420 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD & DIONA KOERNER<br>335 OLD ARMY RD<br>SCARSDALE, NY 10583 | 61962 | Motors Liquidation Company | $21,018.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD & FAYE BUSSE TTEES<br>RFB TRUST<br>U/A DTD 03/31/2000<br>10205 E RIO DE ORO DRIVE<br>TUCSON, AZ 85749 | 28551 | Motors Liquidation Company | $5,030.73 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD & VIRGINIA DEPRY<br>1489 N LOCAN AVE<br>CLOVIS, CA 93619 | 12979 | Motors Liquidation Company | $1,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD A HAZEN<br>PO BOX 110<br>ELLWOOD CITY, PA 16117 | 7532 | Motors Liquidation Company | $45,629.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD A HEROUX<br>66 DOMAN DR<br>TORRINGTON, CT 06790 | 43250 | Motors Liquidation Company | $19,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD A MILLER<br>219 LARKSPUR LANE<br>WILLARD, OH 44890 | 13700 | Motors Liquidation Company | $2,503.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| RONALD A PFEIFFER<br>59 LOCKMAN CIR<br><br>ELGIN, IL 60123<br>UNITED STATES OF AMERICA | 14676 | Motors Liquidation Company | $53,600.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD A SWISS<br>9796 CARRIE LN<br><br>GRAYLING, MI 49738 | 14249 | Motors Liquidation Company | $37,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD A VANDEVEN C/F<br>JESSICA M VANDEVEN UGMA/MI<br>18500 MAHRLE<br>MANCHESTER, MI 48158 | 3560 | Motors Liquidation Company | $642.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD A WEAVER<br>1402 S CAGE BLVD #255<br><br>PHARR, TX 78577 | 5105 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD A WHIDDON<br>1129 TURNER DR NE<br><br>ALBUQUERQUE, NM 87123 | 12728 | Motors Liquidation Company | $64,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD AND BARBARA KOPP<br>109998 HARDCASTLE ROAD<br><br>BROOKLYN, MI 49230 | 49578 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD AND BEVERLY DAHLBERG<br>1228 21ST AVE<br><br>ROCKFORD, IL 61104 | 4102 | Motors Liquidation Company | $65,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD AND RANA SLOSBERG<br>RONALD SLOSBERG<br>RANA SLOSBERG<br>12 CRESTWOOD DR<br>BRIDGEWATER, NJ 08807 | 13326 | Motors Liquidation Company | $17,005.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD ANDREWS IRA<br>RONALD ANDREWS<br>512 COUNTY ROAD 563<br>MIDLAND CITY, AL 36350<br>UNITED STATES OF AMERICA | 7469 | Motors Liquidation Company | $7,441.87 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 9

Seventeenth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| RONALD B CAVALLI & ANNA E CAVALLI JT TIC 353 HOMANS AVE. CLOSTER, NJ 07624 | 3396 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD B MILLER 2728 MILL CREEK RD PORT CHARLOTTE, FL 33953 | 16248 | Motors Liquidation Company | $24,696.84 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD B. LOONEY CGM IRA ROLLOVER CUSTODIAN 11 ADAMS WAY SHREWSBURY, NJ 07702 | 37724 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD C GRAMLING 80 C H RANCH ROAD FRENCHVILLE, PA 16836 | 18639 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD C SPIVEY 464 MOUNTAIN LAUREL DRIVE JACKSONS GAP, AL 36861 UNITED STATES OF AMERICA | 16281 | Motors Liquidation Company | $16,175.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD D BECKWITH & SHERRY L BECKWITH JT TEN 2401 N LINWOOD APT B VISALIA, CA 93291 | 20898 | Motors Liquidation Company | $59,325.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD D CARVER TRUST RONALD D CARVER & JILL D CARVER TTEES U/A DTD 1-19-01 1033 S COOPER KOKOMO, IN 46902 | 28858 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD D PATTERSON CGM IRA ROLLOVER CUSTODIAN 1115 ANSLEY AVENUE S.W. VERO BEACH, FL 32968 | 48468 | Motors Liquidation Company | $10,436.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD D ZOLLER BY RONALD D ZOLLER 4857 CALVERT DR TROY, MI 48085 | 65361 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RONALD DAITCH TTEE<br>AUGUSTA GYN P C PSP<br>U/A DTD 11/01/75 FBO MURRAY A FREEDMAN<br>1348 WALTON WAY STE 4100<br>AUGUSTA, GA 30901 | 20391 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD DAITCH TTEE<br>AUGUSTA GYN P C PSP<br>U/A DTD 11/01/75 FBO MURRAY A FREEDMAN<br>1348 WALTON WAY STE4100<br>AUGUSTA, GA 30901 | 20392 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD DEAN DAVIS & SANDRA EARLENE DAVIS<br>(HUSBAND & WIFE, JTWRS)<br>4014 SOUTH 135TH EAST AVE<br>TULSA, OK 74134 | 336 | Motors Liquidation Company | $103,577.22 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD DELEE &<br>ELIZABETH DELEE JT TEN<br>3422 CAMBRIDGE CIRCLE<br>ALLENTOWN, PA 18104 | 13014 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD DONIS<br>1780 LYNDALDE BLVD<br>MAITLAND, FL 32751 | 17479 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD DUNKEL (IRA)<br>FCC AS CUSTODIAN<br>2764 VAN BUREN DR<br>LOWER BURRELL, PA 15068 | 15749 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD E ADAMS<br>813 BIG BETHEL RD<br>HAMPTON, VA 23666 | 4048 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD E BATES AND JUDITH K BATES<br>RON BATES<br>88 LUMMI DR<br>LA CONNER, WA 98257 | 12704 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD E JENKS JR<br>49377 HWY 30<br>WESTPORT, OR 97016 | 65149 | Motors Liquidation Company | $1,207.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RONALD E MCCORMICK<br>519 BROOKSHIRE LN<br>RICHARDSON, TX 75080 | 21667 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD E RALEY<br>DOLORES A RALEY<br>110 CASH SPRINGS RD<br>GREENBRIER, AR 72058 | 45603 | Motors Liquidation Company | $10,272.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD E YODER<br>7357 ST RT 656<br>SUNBURY, OH 43074 | 19068 | Motors Liquidation Company | $33,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD F ARGENZIO<br>17 ROY PLACE<br>RAMSEY, NJ 07446 | 68285 | Motors Liquidation Company | $10,343.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD F JONES TTEE<br>RONALD F JONES TRUST<br>U/A DTD 05/13/96<br>3300 LOVELAND BLVD<br>UNIT 1702<br>PORT CHARLOTTE, FL 33980 | 2845 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD F LYSOWSKI<br>2515 SOUTH AVE<br>YOUNGSTOWN, OH 44502 | 69649 | Motors Liquidation Company | $38,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD F SZWIEC<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>18716 N CLOVER CT<br>SURPRISE, AZ 85387 | 45098 | Motors Liquidation Company | $9,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD F. LUZZO AND IVELISE LUZZO FAMILY LTD PARTNERSHIP<br>DR RONALD F. LUZZO<br>537 BROWN CIR<br>ELK GROVE VILLAGE, IL 60007 | 18877 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD F. WAGENFUEHR<br>445 CHARTWELL PL<br>NAPLES, FL 34110 | 21152 | Motors Liquidation Company | $31,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventeenth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RONALD FOSTER<br>2725 W JEFFERSON RD<br>PENTWATER, MI 49449 | 7113 | Motors Liquidation Company | $40,560.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD G ANDERSON<br>304 STONEWOOD ST<br>SAN ANTONIO, TX 78216 | 19371 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD G AREHART<br>9647 VISTA DEL SOL<br>SPRING VALLEY, CA 91977 | 4370 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD G BENNETT IRA<br>FCC AS CUSTODIAN<br>508 W STROUD<br>JONESBORO, AR 72401 | 20095 | Motors Liquidation Company | $22,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD H GRIFFIN<br>UTA CHARLES SCHWAB & CO INC<br>IRA ROLLOVER DTD 08/27/97<br>22640 E 76TH ST<br>BROKEN ARROW, OK 74014 | 18898 | Motors Liquidation Company | $1,514.42 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD H GRIFFIN &<br>SHIRLEY I GRIFFIN JT TEN<br>22640 E 76TH ST<br>BROKEN ARROW, OK 74014 | 18896 | Motors Liquidation Company | $302.09 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD H GUITH & AUDREY L GUITH FAMILY TRUST<br>RONALD H GUITH & AUDREY L GUITH TTEE<br>U/A DTD 2-29-00<br>2750 NO VICTORIA ST #159<br>ROSEVILLE, MN 55113 | 21395 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD H JONES<br>9671 SW 190TH TR RD<br>DUNNELLON, FL 34432 | 62926 | Motors Liquidation Company | $15,337.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD H KETELHUT REV LIV TR<br>RONALD H KETELHUT<br>309 AVENIDA CERRITOS<br>NEWPORT BEACH, CA 92660 | 4530 | Motors Liquidation Company | $30,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventeenth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| RONALD HUBER<br>RONALD HUBER IRA<br>463 WOODSIDE CT<br>ALDEN, NY 14004<br>UNITED STATES OF AMERICA | 4736 | Motors Liquidation Company | $10,098.96 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD I LONG<br>CGM IRA CUSTODIAN<br>12 RUNNING FOX COURT<br>COLUMBIA, SC 29223 | 15221 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD J BAYER<br>1622 WAVERLY ST<br>PHILADELPHIA, PA 19146 | 28149 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD J BINNS<br>211 7TH STREET E.<br>TIERRA VERDE, FL 33715 | 14014 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD J MATHIS AND<br>BARBARA S MATHIS JTTEN<br>1135 N CHARLEY'S LOOP<br>CAMDEN, AR 71701 | 8886 | Motors Liquidation Company | $4,984.84 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD J THOMPSON<br>816 SHADDON RD<br>TELLICO PLAINS, TN 37385 | 4785 | Motors Liquidation Company | $41,400.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD J. HITCHINS<br>CGM IRA CUSTODIAN<br>116 DAKSI WAY<br>LOUDON, TN 37774 | 5924 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD JOWERS<br>116 BUCK CREEK DR<br>ALABASTER, AL 35007 | 31287 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD KASSOVER<br>2 RICHMOND RD APT 2MM<br>LIDO BEACH, NY 11691 | 21546 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD KLAMT IRA<br>10315 44 AVENUE W<br>16 BAY VIEW<br>BRADENTON, FL 34210 | 16655 | Motors Liquidation Company | $84,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RONALD L CARLSON & ALICE L CARLSON JT TEN 211 JAMESTOWN ST SUGAR GROVE, PA 16350 | 2973 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD L DAHLEN 906 195TH PL SW LYNNWOOD, WA 98036 | 19509 | Motors Liquidation Company | $20,540.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD L ROOVER 19339 N TALLOWOOD WAY SURPRISE, AZ 85387 | 12713 | Motors Liquidation Company | $56,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD L ROOVER CHARLES SCHWAB & CO INC CUST IRA ROLLOVER 19339 N TALLOWOOD WAY SURPRISE, AZ 85387 | 12763 | Motors Liquidation Company | $650,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD L SCHUMAN 72 LYNDON CIR OAKLAND, MI 48363 | 29722 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD L TITUS 4 JUDGE CANAN DR CROWLEY, LA 70526 | 16165 | Motors Liquidation Company | $14,700.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD LEE JACKSON AND JEANNE V JACKSON 5812 MELALEUCA DR HOLIDAY, FL 34690 | 7163 | Motors Liquidation Company | $50,038.10 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD LEE JACKSON AND JEANNE V JACKSON JTWROS 5812 MELALEUCA DR HOLIDAY, FL 34690 | 7164 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD LUZZO & IVELISE LUZZO JTTEN 537 BROWN CIR ELK GROVE VILLAGE, IL 60007 | 68545 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD M & RUTH A WEEKS 35 KINDERWOOD DRIVE MARCELLUS, NY 13108 | 3478 | Motors Liquidation Company | $875.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| RONALD M GERKIN<br>1022 DIAMOND BLVD<br>SOUTHLAKE, TX 76092 | 8063 | Motors Liquidation Company | $20,108.10 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD M HAKEL<br>2539 MAIN RD<br>VALPARAISO, NE 68065 | 17998 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD M JOSEPH AND PRISCILLA CUNNINGHAM<br>197 E MAIN ST<br>APT C<br>GLOUCESTER, MA 01930 | 5229 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD M KIMBLER & SHIRLEY KIMBLER<br>7204 NW 21 STREET<br>SUNRISE, FL 33313 | 12074 | Motors Liquidation Company | $22,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD M PELLEGRINO<br>CGM IRA CUSTODIAN<br>6 JUDI COURT<br>HOMOSASSA, FL 34446 | 48467 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD M TVERT<br>31 SOUTHERN ROAD<br>HARTSDALE, NY 10530 | 2533 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD M. REGGERO<br>161 HICKORY HILL RD<br>NEWBURGH, NY 12550 | 9112 | Motors Liquidation Company | $5,005.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD MAC EWAN &<br>BONNIE MAC EWAN JT TEN<br>5421 CHATSWORTH DR SW<br>ROANOKE, VA 24018 | 61867 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD MAGNUSON<br>14043 Cherry Beach Rd<br>Three Oaks, MI 49128<br>UNITED STATES OF AMERICA | 30855 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD MCGEE<br>2605 PFISTER HWY<br>ADRIAN, MI 49221 | 13744 | Motors Liquidation Company | $532.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RONALD O CHITWOOD AND EULENE CHITWOOD JT TEN 2128 HEATHER GLEN WAY FRANKLIN, IN 46131 | 4753 | Motors Liquidation Company | $40,589.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD OLIVER 16222 MONTERY LN #303 HUNNINGTON BEACH, CA 92649 | 30918 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD P BODURKA & VERA E BODURKA C/O RONALD P BODURKA 34093 FAIRFAX DR LIVONIA, MI 48152 | 6855 | Motors Liquidation Company | $24,343.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD P ROERIG 1617 EAST WILMAN CT EMPORIA, KS 66801 | 28859 | Motors Liquidation Company | $22,942.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD P SECHAK 1852 JACKSON RD PENFIELD, NY 14526 | 2814 | Motors Liquidation Company | $46,236.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD PELOW IRA, UBS CUSTODIAN RONALD PELOW 2025 BERRY ROBERTS DR SUN CITY CENTER, FL 33573 | 33572 | Motors Liquidation Company | $18,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD R NELSON 3720 KIRKWAY DR BAKER CITY, OR 97814 | 68146 | Motors Liquidation Company | $6,216.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD R ROGERS & ANNA MAY ROGERS JT TEN 717 MAIDEN CHOICE LANE ST 101 CATONSVILLE, MD 21228 | 2180 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD ROBERT ZAPOLSKI & MYRL DIANNE ZAPOLSKI 152 CHEROKEE CIR TEN MILE, TN 37880 UNITED STATES OF AMERICA | 22391 | Motors Liquidation Company | $4,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventeenth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RONALD ROSENBERG AND MARILYN ROSENBERG JTWROS 280 BOYLSTON ST APT 212 CHESTNUT HILL, MA 02467 | 7271 | Motors Liquidation Company | $5,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD S AND ROBERTA A COLEMAN 1824 CALLENDER HILL RD MANSFIELD, TX 76063 | 11593 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD S ANDERSON 111 KELSALL DRIVE RICHMOND HILL, GA 31324 | 65122 | Motors Liquidation Company | $1,225.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD S BAUER 12075 SUMMIT CIR BEVERLY HILLS, CA 90210 | 13165 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD S CULP 1365 W HWY 98 UNIT 107 MARY ESTHER, FL 32569 | 21280 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD SIEGRIST 3 CANDELSTICK DRIVE LUTHERVILLE, MD 21093 | 10936 | Motors Liquidation Company | $81,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD SLEITER 4645 XENE LANE NORTH PLYMOUTH, MN 55446 UNITED STATES OF AMERICA | 59758 | Motors Liquidation Company | $19,725.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD STEINMAN TTEE 2569 WOODSON AVE HENDERSON, NV 89052 | 4326 | Motors Liquidation Company | $5,043.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD T DEETS & EMILY J DEETS JT TEN WROS N2427 WINNEBAGO POINT BEACH RD CHILTON, WI 53014 | 15456 | Motors Liquidation Company | $7,381.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD T STEARNS 929 VILLA GRANDE WAY BOULDER CITY, NV 89005 | 14771 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| RONALD TIKOFSKY<br>205 WEST ENO AVE 14M<br><br>NEW YORK, NY 10023 | 59014 | Motors Liquidation Company | $55,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD TULIN<br>CGM IRA ROLLOVER CUSTODIAN<br>5257 GLENVILLE DRIVE<br>BOYNTON BEACH, FL 33437 | 48463 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD V LEWIS<br>46-27 195 STREET<br><br>FLUSHING, NY 11358 | 20324 | Motors Liquidation Company | $8,899.99 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD VAN DEVEN (IRA)<br>FCC AS CUSTODIAN<br>18500 MAHRLE<br>MANCHESTER, MI 48158 | 3328 | Motors Liquidation Company | $11,670.97 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD VANDER MALLIE<br>IRA STANDARD 08/02/01<br>9 MONIAS DR<br>NASHUA, NH 03062 | 61101 | Motors Liquidation Company | $27,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD VANDEVEN C/F<br>DAVID ANTHONY VANDEVEN UGMA/MI<br>18500 MAHRLE<br>MANCHESTER, MI 48158 | 3561 | Motors Liquidation Company | $642.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD W & PATRICIA A SEARS<br>8422 GOLF CLUB CIRCLE<br><br>FT WORTH, TX 76179 | 2662 | Motors Liquidation Company | $78,508.80 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD W DAVIS<br>3800 OAK PARK RD<br><br>RALEIGH, NC 27612 | 12131 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD W LITTLEHALE<br>66 GEORGIAN COURT<br><br>MAHWAH, NJ 07430 | 1837 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD W NEVILLE<br>11401 MANZANITA TRAIL<br><br>DEWEY, AZ 86327<br>UNITED STATES OF AMERICA | 6133 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RONALD W WOOD & ROSE WOOD<br>RONALD W WOOD<br>59548 THUNDERHEAD<br>WASHINGTON, MI 48094 | 11352 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD WERNER SEARS<br>8422 GOLF CLUB CIRCLE<br><br>FORT WORTH, TX 76179 | 2663 | Motors Liquidation Company | $149,696.14 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONALD WILLIAMS TTEE<br>MERSHON & EVELYN WILLIAMS LV TR U/A<br>DTD 06/25/1998<br>P.O. BOX 322<br>CROSS CITY, FL 32628 | 25256 | Motors Liquidation Company | $29,869.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONDA K GRACIE AND<br>STEPHEN GRACIE III JTWROS<br>1387 E LAKE WOODLANDS PKWY<br>OLDSMAR, FL 34677 | 8727 | Motors Liquidation Company | $49,974.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RONNIE LEWIS<br>WBNA CUSTODIAN TRAD IRA<br>131 BANYAN ISLE DR<br>PALM BCH GDNS, FL 33418 | 2605 | Motors Liquidation Company | $116,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROOSEVELT HARRIS TTEE<br>CITY OF BRUNSWICK EMPLOYEE DEF<br>U/A DTD 01/01/1977<br>601 GLOUCESTER ST<br>PO BOX 550<br>BRUNSWICK, GA 31521 | 19606 | Motors Liquidation Company | $37,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSA BUOT<br>9833 67TH AVE<br><br>FLUSHING, NY 11374 | 13971 | Motors Liquidation Company | $383.70 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSA BUOT C/F AMADEOUS S CO<br>9833 67TH AVE<br><br>FLUSHING, NY 11374 | 13972 | Motors Liquidation Company | $50.14 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSA M HICKS<br>509 CORA ST<br><br>FREDERICKSBURG, TX 78624<br>UNITED STATES OF AMERICA | 28454 | Motors Liquidation Company | $31,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ROSALEE J MUSGRAVE TTEE<br>ALBERTA M OHM TRUST<br>U/A DTD 04/13/2000<br>7802 KENOSHA AVE<br>LUBBOCK, TX 79423 | 21880 | Motors Liquidation Company | $8,188.59 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSALIA S MOLHO TRAD IRA<br>DR. ROSALIA MOLHO<br>569 FENLON BLVD<br>CLIFTON, NJ 07014 | 36921 | Motors Liquidation Company | $10,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSALIE C DERITIS<br>901 SEASIDE AVE<br>ABSECON, NJ 08201 | 43914 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSALIE G FUSCO<br>1150 8TH AVE SW #2922<br>LARGO, FL 33770 | 5477 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSALIE HILLER<br>3924 WOODFIELD DR<br>SHERMAN OAKS, CA 91403 | 15429 | Motors Liquidation Company | $48,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSALIE HILLER<br>3924 WOODFIELD DR<br>SHERMAN OAKS, CA 91403<br>UNITED STATES OF AMERICA | 15509 | Motors Liquidation Company | $41,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSALIE HILLER<br>3924 WOODFIELD DR<br>SHERMAN OAKS, CA 91403 | 16375 | Motors Liquidation Company | $23,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSALIE KLENOSKY<br>1 BAY CLUB DR (14X)<br>BAYSIDE, NY 11360 | 31463 | Motors Liquidation Company | $10,169.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSALIE MCJUNKIN CUST FOR<br>JAMES H MCJUNKIN UGMA/IL<br>UNTIL AGE 21<br>802 WALTZ COURT<br>PROSPECT HTS, IL 60070 | 15764 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 21

Seventeenth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ROSALIE MCJUNKIN CUST FOR SAMANTHA R MCJUNKIN U/UTMA/IL UNTIL AGE 21 802 WALTZ COURT PROSPECT HTS, IL 60070 | 15765 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSALIE TREZZA TOD REGISTRATION 1929 W 3RD STREET BROOKLYN, NY 11223 | 3079 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSALIND A KERNS TOD DANIEL RENTSCHLER & DONNA WINBERG 119 W CARMEL LN SIOUX FALLS, SD 57108 | 11972 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSALIND AUSSENBERG 50 BISCAYNE 2113 ATLANTA, GA 30309 | 1873 | Motors Liquidation Company | $5,148.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSALIND N SCHEER TTEE ROSALIND N SCHEER REV TRUST U/A DTD 07/11/2002 360 CABRINI BLVD NEW YORK, NY 10040 | 9389 | Motors Liquidation Company | $41,367.80 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSALIND T LANFORD 14503 CLOVER HILL TERRACE BOWIE, MD 20720 | 63001 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSALINDA S ANINIAS 3612 JEANNIE LANE MUSKOGEE, OK 74403 | 20021 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSALLE HILLER 3924 WOODFIELD DR SHERMAN OAKS, CA 91403 | 15499 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSALYN FORBES 65 GRANITE STREET BROOKLYN, NY 11207 | 30826 | Motors Liquidation Company | $35,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventieth Omnibus Objection

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ROSALYN HALL<br>501 S JAMES ST<br>APT 26<br>DOVER, OH 44622 | 11822 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSALYN K FOSTER<br>80055 MERION<br><br>LA QUINTA, CA 92253 | 61560 | Motors Liquidation Company | $47,455.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSANNE HOODECHECK<br>AMERIPRISE TRUST CO ACF<br>ROSANNE HOODECHECK IRA<br>317 BOULDER ST<br>HUTCHINSON, MN 55350 | 15842 | Motors Liquidation Company | $3,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSCOE L. HENRIKSEN<br>5700 RALSTON SUITE 201<br><br>VENTURA, CA 93003 | 2942 | Motors Liquidation Company | $9,648.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSE A & RUTH E BEATTY<br>2630 S 450E<br><br>COLUMBUS, IN 47203 | 1917 | Motors Liquidation Company | $14,190.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSE BLATTBERG & CHARLES BLATTBERG<br>C/O ROSE BLATTBERG<br>180-19 69TH AVE<br>FRESH MEADOWS, NY 11365 | 8069 | Motors Liquidation Company | $37,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSE DAVIS<br>ROSE DAVIS TTEE<br>2402 ECUADORIAN WAY UNIT 20<br>CLEARWATER, FL 33763 | 11808 | Motors Liquidation Company | $14,034.81 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSE DEVOS<br>2929 POST OAK BLVD<br>#405<br>HOUSTON, TX 77056 | 13711 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSE E BELL<br>1101 GROVE NE<br><br>ALBUQUERQUE, NM 87110 | 15711 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSE E BELL<br>1101 GROVE NE<br><br>ALBUQUERQUE, NM 87110 | 15712 | Motors Liquidation Company | $3,765.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ROSE FURMANSKI TOD P FURMANSKI R FURMANSKI SUBJECT TO STA RULES 230 174TH ST APT 1004 SUNNY ISLES, FL 33160 | 70009 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSE HORAK 10767 EL RUBI CIRCLE FOUNTAIN VALLEY, CA 92708 | 67657 | Motors Liquidation Company | $15,069.42 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSE M CLEMENS WILLIAMS 31 W LOS REALES RD # 80 TUCSON, AZ 85756 | 11297 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSE M SCHLEGEL 119 FRANKLIN ST BELLEFONTE, PA 16823 | 65504 | Motors Liquidation Company | $102,087.09 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSE M SISSON 3600 DEERFIELD PLACE COLUMBUS, IN 47203 | 4735 | Motors Liquidation Company | $20,156.46 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSE M WOIZESCHKE 2073 S REESE RD REESE, MI 48757 | 10308 | Motors Liquidation Company | $42,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSE MARIE OXLEY 7048 OAK BROOK DR URBANDALE, IA 50322 | 4489 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSE MARIE PINTOZZI ROSE MARIE PINTOZZI TTEE OF ROSE MARIE PINTOZZI TRUST UA DTD 6/10/96 1305 E BROOKWOOD DR ARLINGTON HTS, IL 60004 | 7112 | Motors Liquidation Company | $8,680.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSE MARIE SMITH 150 CHEETAH DR HANOVER, PA 17331 | 4619 | Motors Liquidation Company | $47,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSE MARIE T OAKES 8501 HARNER ST PHILADELPHIA, PA 19128 | 15915 | Motors Liquidation Company | $1,284.36 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Seventieth Omnibus Objection**

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ROSE MONYEK<br>C/O BRENDA MONYEK SMALL<br>257 WEST GRANT AVE<br>EDISON, NJ 08820 | 21345 | Motors Liquidation Company | $120,358.90 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSE RUBIN TRUST<br>27976 BELGRAVE RD<br>CLEVELAND, OH 44124<br>UNITED STATES OF AMERICA | 29510 | Motors Liquidation Company | $10,005.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSE SCHWARTZ<br>86 CARDINAL LANE<br>HAUPPAUGE, NY 11788 | 10895 | Motors Liquidation Company | $20,178.85 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSE SEDER<br>5749 CROSSGATE RD<br>WEST BLOOMFIELD, MI 48322 | 9813 | Motors Liquidation Company | $24,220.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSE SEDER TTEE<br>FBO ROSE SEDER<br>U/A/D 04/05/2006<br>5749 CROSSGATE<br>WEST BLOOMFIELD, MI 48322 | 19252 | Motors Liquidation Company | $24,808.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSE SIEGAL TTEE<br>7365 LUGANO DR<br>BOYNTON BEACH, FL 33437 | 9709 | Motors Liquidation Company | $4,968.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSE SISSON<br>3600 DEERFIELD PL<br>COLUMBUS, IN 47203<br>UNITED STATES OF AMERICA | 4734 | Motors Liquidation Company | $6,085.88 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSE TEAGUE LITTLEJOHN<br>DESIGNATED BENE PLAN/TOD<br>PO BOX 643<br>DECATUR, TX 76234 | 8946 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSE VARGAS<br>321 W 7TH ST UNIT 4<br>DELL RAPIDS, SD 57022 | 26959 | Motors Liquidation Company | $5,046.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| ROSEANNE G DAIGLE<br>DEANNA GAIL CASH JT TEN<br>6000 SEAGRASS LN<br>NAPLES, FL 34116 | 2843 | Motors Liquidation Company | $9,720.03<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSELLA S GRIFFIN &<br>JOHN GRIFFIN JT WROS<br>11 SPRUCE PINE CT N<br>HOMOSASSA, FL 34446 | 10121 | Motors Liquidation Company | $25,191.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSELLEN HODGSON<br>TOD DTD 03/31/2009<br>49 MAPLE ROAD<br>KERRVILLE, TX 78028 | 22707 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSELYN C BARST<br>RANDY R BARST<br>2080 FINCH DR<br>SAGINAW, MI 48601 | 8075 | Motors Liquidation Company | $17,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSEMARIE HAAS<br>MS&CO C/F ROSEMARIE HAAS<br>IRA STANDARD DATED 05/13/99<br>5500 HEARTHSTONE LANE<br>BRENTWOOD, TN 37027 | 26760 | Motors Liquidation Company | $33,063.68 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSEMARIE KNOTOWSKI<br>403 WAVERLY RD<br>ARLINGTON HEIGHTS, IL 60004 | 16609 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSEMARIE M COLVIN<br>TOD DTD 01/30/2009<br>21 WHITNEY AVE<br>EAST NORWICH, NY 11732 | 15463 | Motors Liquidation Company | $11,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSEMARIE MAI<br>8509 SEMIAHMOO DR<br>BLAINE, WA 98230 | 61089 | Motors Liquidation Company | $20,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSEMARY BECK  IRA<br>C/O RBC DAIN RAUSCHER CUSTODIAN<br>2271 NICHOLL ST<br>BOULDER, CO 80304 | 22927 | Motors Liquidation Company | $24,646.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSEMARY C BRIGGS<br>801 GRANGER ROAD<br>SYRACUSE, NY 13219 | 3479 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ROSEMARY CLEARY-BATTI<br>CGM SEP IRA CUSTODIAN<br>428 SNYDER ROAD<br>WYCKOFF, NJ 07481 | 28783 | Motors Liquidation Company | $2,908.15 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSEMARY DURANTE<br>8104 LAPIS HARBOR AVE<br>LAS VEGAS, NV 89117 | 65443 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSEMARY HELLER<br>1230 N LAKESHORE DR<br>SARASOTA, FL 34231 | 10125 | Motors Liquidation Company | $10,268.27 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSEMARY J MILCHUCK AND CHARLENE H MINOR JTWROS<br>29843 NORMA DR<br>WARREN, MI 48093 | 28450 | Motors Liquidation Company | $4,475.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSEMARY K DORSEY<br>8222 WINSOR MILL RD<br>BALTIMORE, MD 21244<br>UNITED STATES OF AMERICA | 15056 | Motors Liquidation Company | $5,268.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSEMARY MONAHAN<br>E 19814 THOUSAND ISLAND LAKE RD<br>WATERSMEET, MI 49969 | 30896 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSEMARY O RYAN<br>2361 SE MIDTOWN RD<br>PORT ST LUCIE, FL 34952 | 28959 | Motors Liquidation Company | $2,480.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSEMARY OLSAVSKY<br>6 APACHE TRAIL<br>RINGWOOD, NJ 07456<br>UNITED STATES OF AMERICA | 5967 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSEMARY PIRTLE<br>P O BOX 904<br>GLASGOW, KY 42142 | 9950 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSEMARY SLATTERY<br>2310 TIMBER TRACE PL W<br>CLEVELAND, TN 37311 | 18376 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventeenth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| ROSEMARY T KAY<br>223 WARNER RD<br><br>COLUMBUS, NJ 08022 | 14131 | Motors Liquidation Company | $4,961.88 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSENTHAL FAMILY 1989 REVOCABLE TRUST<br>RICHARD & CATHY ROSENTHAL CO-TTEES U/A DTD 11/16/1989<br>P.O. BOX 1021<br>CARMEL VALLEY, CA 93924 | 14584 | Motors Liquidation Company | $9,336.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSETTA LOU CALLISON<br>PO BOX 734<br><br>ARKANSAS CITY, KS 67005 | 23047 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSITA C VICTORIA, TRUSTEE<br>ROSITA C VICTORIA TRUST<br>21235 79TH ST<br>CALIFORNIA CITY, CA 93505 | 3261 | Motors Liquidation Company | $35,291.43<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSLYN A WOROBOW<br>269-10 GRAND CENTRAL PKWY<br><br>FLORAL PARK, NY 11005 | 5820 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSLYN HERSHEY & DENNIS HERSHEY & HELAINE GOLDMAN JT TEN<br>80 SUNNYFIELD LANE<br>VALLEY STREAM, NY 11581 | 2951 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSLYN WOROBOW TTEE LIVING TRUST<br>ROSLYN WOROBOW<br>269-10 GRAND CENTRAL PKWY<br>APT 21B<br>FLORAL PARK, NY 11005 | 5840 | Motors Liquidation Company | $9,955.87<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSS BEMROSE & LYNNE BEMROSE JT TEN COMM<br>3212 HOLT RD<br>MASON, MI 48454 | 12026 | Motors Liquidation Company | $2,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSS DUNSHEE<br>1901 E MARILYN RD<br><br>PHOENIX, AZ 85022 | 37745 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventeenth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| ROSS JAY SEARS<br>595 SE CAMP ST<br><br>LAKE CITY, FL 32025 | 2565 | Motors Liquidation Company | $4,666.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSS S ALESSANDRO JR<br>1404 MORROW RD<br><br>PITTSBURGH, PA 15241 | 3089 | Motors Liquidation Company | $49,387.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSS S MERRYMAN<br>605 PIPER RD<br><br>REISTERSTOWN, MD 21136 | 17135 | Motors Liquidation Company | $5,026.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSS SANGSTER<br>662 WEST SIDE DR<br><br>BALLSTON LAKE, NY 12019 | 7238 | Motors Liquidation Company | $45,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSSIE V BAKER IRA R/O<br>FCC AS CUSTODIAN<br>U/A DTD 4/29/99<br>1332 MEADE DR<br>SUFFOLK, VA 23434 | 10550 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSYLN A BERKOVITZ &<br>HELEN SCHLESSINGER JT TEN<br>273 LISTON STREET<br>BUFFALO, NY 14223 | 61200 | Motors Liquidation Company | $3,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROWEN NEAL<br>0366 CO RD 92<br><br>ALGER, OH 45812 | 19587 | Motors Liquidation Company | $16,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROWENA SIMMONS<br>TOD DAVID IAN ROZIER IRR .TR.<br>SUBJECT TO STA TOD RULES<br>PRESBYTERIAN MANOR<br>500 CAYCE STREET<br>FARMINGTON, MO 63640 | 19759 | Motors Liquidation Company | $2,209.69 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROXANNA SNELL SMITH TRUSTEE<br>7117 NOLAND RD<br><br>SHAWNEE, KS 66216 | 11696 | Motors Liquidation Company | $54,086.83 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROXANNA TOWN HOLSINGER<br>4598 ST RTE 3<br><br>FULTON, NY 13069 | 65451 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventeenth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ROXANNE M SCHUBRING<br>3800 E SELL ST<br><br>WAUSAU, WI 54403 | 14711 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROY & GEORGIA PROVENCAL & LORRAINE POOLEY<br>C/O ROY PROVENCAL<br>1921 FERNDALE DR<br>HILLSDALE, MI 49242 | 63490 | Motors Liquidation Company | $15,045.78 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROY A SYKES JR<br>22143 AVENIDA MORELOS<br><br>WOODLAND HLS, CA 91364 | 8754 | Motors Liquidation Company | $20,540.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROY C SMALLWOOD 3RD<br>2318 OAKCLIFF DR<br><br>WACO, TX 76710 | 11540 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROY CORNELL<br>358 E WASHINGTON AVE<br><br>TULARE, CA 93274<br>UNITED STATES OF AMERICA | 14579 | Motors Liquidation Company | $13,383.78 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROY D POERTNER<br>MARIAN R POERTNER JTWROS<br>18705 ST ALBANS RD<br>GLENCOE, MO 63038 | 10367 | Motors Liquidation Company | $9,899.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROY DON SCOTT<br>3929 OLD BALLINGER HWY<br><br>SAN ANGELO, TX 76905 | 5376 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROY E HENDRIX LV TR<br>ROY E HENDRIX TTEE<br>4408 WAKEFIELD DR<br>VIRGINIA BEACH, VA 23455 | 16297 | Motors Liquidation Company | $98,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROY E LIEBER<br>1117 W LAS PALMARITAS DR<br><br>PHOENIX, AZ 85021 | 8881 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROY EMORY HENDRIX CHARITABLE TRUST 11-3720676<br>C/O ROY E HENDRIX TTEE<br>4408 WAKEFIELD DR<br>VIRGINIA BEACH, VA 23455 | 16296 | Motors Liquidation Company | $103,109.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventeenth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| ROY GELBER<br>PO BOX 98<br><br>LITTLE SILVER, NJ 07739 | 64774 | Motors Liquidation Company | $25,005.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROY H MCGEE<br>7037 PRO-AM COURT<br><br>NAVARRE, FL 32566 | 6196 | Motors Liquidation Company | $14,260.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROY HARRISON<br>36 VICTOR HILL DR<br><br>BRANFORD, CT 06405 | 8204 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROY HARRISON<br>36 VICTOR HILL DR<br><br>BRAWFORD, CT 06405<br>UNITED STATES OF AMERICA | 8205 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROY HODGES<br>1111 US HIGHWAY 84 W<br><br>MULLIN, TX 76864<br>UNITED STATES OF AMERICA | 67935 | Motors Liquidation Company | $8,500.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROY L WAGERS & SUE WAGERS<br>SUE WAGERS JTWROS<br>683 BYRLEY ROAD<br>CORBIN, KY 40701 | 13122 | Motors Liquidation Company | $121,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROY LLOYD EBERT<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>13085 APRIL CIR<br>LOVETTSVILLE, VA 20180 | 10581 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROY R RANGEL & LAURA RANGEL<br>JTTEN<br>209 TAHOLA LANE<br>PETALUMA, CA 94954 | 16544 | Motors Liquidation Company | $5,570.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROY ROMES & PAT ROMES<br>JTWROS<br>1933 FORTSIDE CIR<br>FORT MITCHELL, KY 41011 | 23104 | Motors Liquidation Company | $9,200.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventeenth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ROY RUSH GAVIN & NANCY T GAVIN<br>39 BURNSWOOD DR<br><br>JACKSONS GAP, AL 36861 | 6368 | Motors Liquidation Company | $112,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROY TEPE<br>PO BOX 2406<br><br>SOUTH BEND, IN 46680 | 28553 | Motors Liquidation Company | $150,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROY W JONES<br>3845 CLIFTON RD<br><br>VERSAILLES, KY 40383 | 7713 | Motors Liquidation Company | $12,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROY W NELSON AND<br>MARY JANE NELSON TTEES/FOR<br>ROY W NELSON TRUST DTD 10-10-89<br>3100 85TH AVE.N.#222<br>BROOKLYN PARK, MN 55443 | 9092 | Motors Liquidation Company | $40,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROY W. NELSON<br>3100 85TH AVE N APT 222<br><br>BROOKLYN PARK, MN 55443 | 4097 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROY WEINSTEIN<br>4368 FIESTA LN<br><br>HOUSTON, TX 77004 | 17029 | Motors Liquidation Company | $11,411.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROYAL LEE JACKSON &<br>JOAN D JACKSON JT TEN<br>4605 EDMONTON DRIVE<br>RENO, NV 89511 | 7517 | Motors Liquidation Company | $87,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROYAL P KEAR<br>1718 CHERRY LN<br><br>FINDLAY, OH 45840 | 16904 | Motors Liquidation Company | $10,526.15 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROYSTON V JENKINS<br>61 NORTH EAST ISLES DRIVE<br><br>NORTH EAST, MD 21901 | 62381 | Motors Liquidation Company | $9,271.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RPM 000 STEEL SALES & SERVICES<br>DEFINED BENEFIT PL DTD 1-1-89<br>FBO JAMES C HODDINOTT<br>20 JOHN EDWARD DRIVE<br>LITTLESTOWN, PA 17340 | 61526 | Motors Liquidation Company | $19,900.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventeenth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| RPM000 JONATHAN M LAKE<br>PROFIT SHARING PLAN DTD 01/01/1994<br>JONATHAN M LAKE TTEE<br>2410 JEFFERSON AVE<br>NEW ORLEANS, LA 70115 | 28749 | Motors Liquidation Company | $21,718.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RPM000 PRUDHOMME RACING INC<br>EMPLOYEE BENEFIT TRUST DTD 11/01/85<br>FBO DON & LYNN PRUDHOMME TTEES<br>1232 DISTRIBUTION WAY<br>VISTA, CA 92081 | 68613 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RPM001 J NELSEN, T WOLLENMAN &<br>D TOMLINSON TTEES F/T CA CITRUS MUT<br>RET PL U/A DTD 10-01-01 FBO R CARTE<br>15126 EL RANCHO<br>VISALIA, CA 93292 | 10019 | Motors Liquidation Company | $5,955.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RPM001 ROBINSON GRANT & CO 401 K PROFIT SHARING PLAN DTD 1-11-88 FBO J<br>401K PRFT SHRG PLAN DTD 1-11-88<br>FBO J LOUIS GRANT<br>864 BROADVIEW DRIVE<br>RIDGELAND, SC 29936 | 11422 | Motors Liquidation Company | $25,976.65 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RPM002 J NELSEN, T WOLLENMAN &<br>D TOMLINSON TTEES F/T CA CITRUS MUT<br>RET PL UA DTD 10-1-01 FBO L MCELRAT<br>1904 E LAURA AVE<br>VISALIA, CA 93292 | 10018 | Motors Liquidation Company | $6,376.88 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RPM002 STEVEN A APPEL DDS PC<br>401(K) DTD 9-12-85<br>FBO STEVEN A APPEL<br>1 PENNS WOODS DRIVE<br>NEWTOWN, PA 18940 | 10583 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RPM003 J NELSEN T WOLLENMAN &<br>D TOMLINSON TTEES F/T CA CITRUS MU<br>RET PL UA DTD 10-1-01 FBO J NELSEN<br>250 E CHESTNUT CT<br>VISALIA, CA 93277 | 10021 | Motors Liquidation Company | $9,991.20 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RR & JACQUELINE A BADOWSKI<br>PO BOX 1603<br>WICKENBURG, AZ 85358 | 3427 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RSP ASSOCIATES LLC<br>C/O SYLVIA LEVY<br>100 AVE P APT 6J<br>BROOKLYN, NY 11204 | 29445 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RUBEN MAGARIAN<br>2713 ANTONIO DRIVE<br>#3-210<br>CAMARILLO, CA 93010 | 64948 | Motors Liquidation Company | $25,580.83 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUBIN SHARPE<br>2470 W GOOD HOPE RD UNIT 261<br>GLENDALE, WI 53209 | 19354 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUBY A JOHNSON IRA - ACCT 401-80139<br>33 S HAMPTON PKWY<br>ROCKY RIVER, OH 44116 | 12756 | Motors Liquidation Company | $16,460.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUBY A JOHNSON TOD BENEFICIARI<br>RUBY A JOHNSON<br>33 S. HAMPTON PKWY<br>ROCKY RIVER, OH 44116 | 19609 | Motors Liquidation Company | $34,225.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUBY A JOHNSON TOD BENEFICIARI ACCT 40110719<br>RUBY A JOHNSON<br>33 S HAMPTON PKWY<br>ROCKY RIVER, OH 44116 | 12754 | Motors Liquidation Company | $34,225.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUBY A JOHNSON TOD BENEFICIARY ACCT 40110719<br>RUBY A JOHNS<br>33 S HAMPTON PKWY<br>ROCKY RIVER, OH 44116 | 19608 | Motors Liquidation Company | $34,225.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUBY A. GRIFFIN<br>4475 GREENBRIER FARM ROAD<br>WINSTON-SALEM, NC 27106 | 17801 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUBY C PIGMAN<br>TOD BENEFCIAIRY ON FILE<br>150 TRUMPET DR<br>WEST CARROLLTON, OH 45449 | 12802 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUBY KALISH<br>100 DALY BLVD #1801<br>OCEANSIDE, NY 11572 | 16245 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUBYE L YENT<br>12548 ST CHARLOTTE DR<br>TAMPA, FL 33618 | 28431 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventieth Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| RUBYETTA N STAPLETON<br>1550 WILLIAMSBURG<br><br>BEAUMONT, TX 77706 | 30881 | Motors Liquidation Company | $15,339.19 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUDI OU MICHEL OU MARTINE BANNA<br>BEMO LUXEMBOURG<br>16 BOULEVARD ROYAL<br>L-2449 LUXEMBOURG<br><br>LUXEMBOURG | 60811 | Motors Liquidation Company | $160,468.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUDI OU MICHEL OU MARTINE BANNA<br>BEMO LUXEMBOURG<br>16 BOULEVARD ROYAL<br>L-2449 LUXEMBOURG<br><br>LUXEMBOURG | 60812 | Motors Liquidation Company | $88,134.38 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUDOLF HERMANNS<br>LANDHAUSSTR 19<br>10717 BERLIN GERMANY<br><br>GERMANY | 26712 | Motors Liquidation Company | $9,376.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUDOLPH J ROSENBAUM<br>STELLA ROSENBAUM<br>100 E HARTSDALE AVE APT THE<br>HARTSDALE, NY 10530 | 13983 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUDOLPH LOUIS BOST<br>CHARLES SCHWAB & CO INC CUST<br>ROTH CONTRIBUTORY IRA<br>2439 SHIELDS ST<br>LA CRESCENTA, CA 91214 | 12740 | Motors Liquidation Company | $31,886.45 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUDOLPH LOUIS BOST<br>RUDOLPH L BOST & HELEN I BOST<br>JOINT TENANCY<br>2439 SHIELDS ST<br>LA CRESCENTA, CA 91214 | 12741 | Motors Liquidation Company | $37,552.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUDOLPH LOUIS BOST<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>2439 SHIELDS ST<br>LA CRESCENTA, CA 91214 | 12742 | Motors Liquidation Company | $37,552.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RULEWICZ FAMILY LLC<br>1200 WOODY CREEK CT<br><br>EDMOND, OK 73034 | 62193 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventeenth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| RUNE E JACOBSON AND<br>CAROLYN JACOBSON JTWROS<br>1 SAMANTHA LANE<br>REHOBOTH, MA 02769 | 21986 | Motors Liquidation Company | $8,950.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUNE JACOBSON<br>RUNE JACOBSON & CAROLYN JACOBSON JTWROS<br>1 SAMANTHA LN<br>REHOBOTH, MA 02769 | 21985 | Motors Liquidation Company | $8,950.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUSH E FLETCHER<br>2057 MT HOREB RD<br>STREET, MD 21154 | 64117 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUSHFORD FAMILY TRUST<br>ROSEMARY RUSHFORD TTEE<br>1820 VALENCIA<br>PEKIN, IL 61554 | 2975 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUSKIN FAMILY TRUST<br>U/A/D 10 2 86<br>ALFRED M RUSKIN &<br>LORENA L RUSKIN TTEES<br>9562 HALEKULANI DR<br>GARDEN GROVE, CA 92841 | 17337 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUSS & FIONA JASPER<br>RR #2 COCHRANE AB<br>STN MAIN T4C-1A2 CANADA<br><br>CANADA | 18726 | Motors Liquidation Company | $6,312.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUSS JOHNSON<br>PO BOX 423<br>ALEXANDER CITY, AL 35011<br>UNITED STATES OF AMERICA | 18037 | Motors Liquidation Company | $14,650.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUSS ROGERS AND<br>SALLY AMATO-ROGERS TTEES<br>FBO THE ROGERS FAMILY TRUST U/A/D 07-01-1997<br>28540 ROCK CANYON PL<br>SANTA CLARITA, CA 91390 | 69009 | Motors Liquidation Company | $8,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUSS SCHUEPBACH<br>R J SCHUEPBACH<br>247 STALEY HOLLOW<br>SUNRISE BEACH, MO 65079 | 10006 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RUSSEL J SCHUCHASKIE<br>5737 BRADLEY RD<br><br>GREGORY, MI 48137 | 22856 | Motors Liquidation Company | $63,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUSSELL & MARY BLAKE<br>5731 N. 25TH DR.<br><br>PHOENIX, AZ 85017<br>UNITED STATES OF AMERICA | 31217 | Motors Liquidation Company | $120,850.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUSSELL & MARY BLAKE<br>5731 N. 25TH DR.<br><br>PHOENIX, AZ 85017<br>UNITED STATES OF AMERICA | 31218 | Motors Liquidation Company | $227,700.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUSSELL ANDERSON IRA<br>FCC AS CUSTODIAN<br>38119 WESTVALE ST<br>ROMULUS, MI 48174 | 19011 | Motors Liquidation Company | $25,034.90 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUSSELL ANDERSON TTEE<br>RUSSELL ANDERSON CHAR<br>REMAINDER UNI TRUST<br>U/A DTD 7/14/92<br>P.O. BOX 970320<br>YPSILANTI, MI 48197 | 19012 | Motors Liquidation Company | $100,649.79 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUSSELL BEY<br>C/O MARC D MICELI ESQ<br>CARELLA BYRNE BAIN GILFILLAN ET AL<br>5 BECKER FARM ROAD<br>ROSELAND, NJ 07068 | 60287 | Motors Liquidation Company | $175,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUSSELL BLAKE<br>5731 N. 25TH DR.<br><br>PHOENIX, AZ 85017<br>UNITED STATES OF AMERICA | 31216 | Motors Liquidation Company | $290,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUSSELL C AND ALLANA S MELLO<br>RUSSELL C MELLO<br>2320 DELINA DR<br>LAS VEGAS, NV 89134 | 6547 | Motors Liquidation Company | $24,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUSSELL C JACKSON &<br>BEATRICE JACKSON JT TEN<br>TOD REGISTRATION<br>11389 IRISH RD<br>OTISVILLE, MI 48463 | 37188 | Motors Liquidation Company | $27,855.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventeenth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| RUSSELL C KOPPENHAVER & EDNA KOPPENHAVER JT TEN 465 LOCUST STREET HALIFAX, PA 17032 | 30173 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUSSELL C STOGER 2519 CORONADO DR FULLERTON, CA 92835 | 12062 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUSSELL C WESTBERG JUDITH A WESTBERG 337 REDTAIL RD BONNER, MT 59823 | 12126 | Motors Liquidation Company | $14,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUSSELL C WORRELL 8 BIRCHALL DR HADDONFIELD, NJ 08033 | 8779 | Motors Liquidation Company | $13,784.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUSSELL E JR AND SYLVIA A WHITE 1110 SOUTHEAST CIRCLE HATTIESBURG, MS 39402 | 16399 | Motors Liquidation Company | $16,681.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUSSELL E KOUTS 12359 SAINT ARMANDS CIR CARMEL, IN 46033 | 5841 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUSSELL E PHARES & JEAN F PHARES JT TEN 2106 ASHLEY RIDGE COURT SAN JOSE, CA 95138 | 12348 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUSSELL E RICKER LIVING TRUST DATED 9/4/2001 4582 MACARTHUR DR BOULDER, CO 80303 UNITED STATES OF AMERICA | 13787 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUSSELL E RICKER TRUST RUSSELL E RICKER LIVING TRUST DATED 9/4/2001 4582 MACARTHUR DR BOULDER, CO 80303 | 3732 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUSSELL E VANNATTA TRADITIONAL IRA FIDELITY MGT TR CUSTODIAN 5887 OLD FORT SUGAR HILL RD MARION, NC 28752 | 4745 | Motors Liquidation Company | $161,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventieth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| RUSSELL E VANNATTA REV TRUST<br>RUSSELL E VANNATTA<br>5887 OLD FORT-SUGAR HILL RD<br>MARION, NC 28752 | 4744 | Motors Liquidation Company | $235,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUSSELL F COONLEY &<br>BONNIE M COONLEY JT TEN<br>PO BOX 862<br>DECATUR, TX 76234 | 8509 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUSSELL FRENCH<br>P.O. BOX 652<br>DONIPHAN, MO 63935 | 1971 | Motors Liquidation Company | $16,087.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUSSELL J WENGER<br>13031 SPERRY RD<br>CHESTERLAND, OH 44026 | 9741 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUSSELL M HIEBER LIVING TRUST<br>U/A/D 5 5 98<br>RUSSELL HIEBER &<br>JEAN M HIEBER (DECEASED) TTEES<br>3519 MEADOW LN<br>SALINE, MI 48176 | 13007 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUSSELL PUTNAM (IRA)<br>FCC AS CUSTODIAN<br>5620 EAST ST CHARLES ROAD<br>COLUMBIA, MO 65202 | 28155 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUSSELL R BROWN &<br>JEAN M BROWN TTEES OF THE<br>RUSSELL R BROWN & JEAN M BROWN<br>TRUST #1 UAD 9/24/99<br>10629 EATON HWY<br>GRAND LEDGE, MI 48837 | 18114 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUSSELL SMITH & ANNA SMITH<br>12294 TRIBBLE RD<br>LEON, WV 25123 | 65558 | Motors Liquidation Company | $12,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUSSELL W ELSBERRY AND<br>LOUISE ELSBERRY JT WROS<br>TOD ACCOUNT<br>1500 STONEYBROOKE DRIVE<br>WARRENSBURG, MO 64093 | 8237 | Motors Liquidation Company | $10,161.59 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RUSSETTA MONTGOMERY<br>917 ST PAUL LANE<br><br>O'FALLON, MO 63366 | 12061 | Motors Liquidation Company | $2,588.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTGER SA<br>RUTGER SA C/O SR BERBARI<br>ARENALES 988 PISO 1 BUENOS AIRES<br>ARGENTINA<br><br>ARGENTINA | 7602 | Motors Liquidation Company | $165,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTGER SA<br>RUTGER SA /CO SR BERBARI<br>ARENALES 988 PISO 1 BUENOS AIRES<br>ARGENTINA<br><br>ARGENTINA | 7603 | Motors Liquidation Company | $100,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH & HENRY SEGAL TTEE RUTH SEGAL LVG TRUST<br>ATTN HENRY SEGAL<br>462 FLORENCIA PLACE<br>MELVILLE, NY 11747 | 2413 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH A BALDWIN<br>8014 LEXINGTON AVE<br><br>PHILADELPHIA, PA 19152 | 8199 | Motors Liquidation Company | $45,650.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH A BASSETT<br>9374  LOGGIA  ST  UNIT A<br><br>HIGHLANDS RANCH, CO 80126 | 12823 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH A MCALINDON<br>5925 ADMIRAL LANE<br><br>BROOKLYN CENTER, MN 55429 | 7324 | Motors Liquidation Company | $3,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH A STROBBE<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>5060 CASTAWAY LANE<br>HOFFMAN ESTATES, IL 60010 | 60624 | Motors Liquidation Company | $23,699.21 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH A STROBBE<br>CHARLES SCHWAB & CO INC CUST<br>RUTH ANN STROBBE REVOCABLE TRUST<br>5060 CASTAWAY LANE<br>HOFFMAN ESTATES, IL 60010 | 63478 | Motors Liquidation Company | $9,642.44 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventeenth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| RUTH A. BERUBE<br>CGM IRA ROLLOVER CUSTODIAN<br>P O BOX 923<br>E. OTIS, MA 01029 | 59186 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH AARONSON<br>2580 NW 103RD AVE #105<br>SUNRISE, FL 33322 | 19774 | Motors Liquidation Company | $4,906.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH ABBOTT<br>4548 NIAGARA LN<br>PLYMOUTH, MN 55446 | 3736 | Motors Liquidation Company | $10,752.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH ANN O'CONNELL<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>21 BARRINGTON BOURNE RD<br>BARRINGTON, IL 60010 | 5868 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH ANN ROSE<br>CHARLES SCHWAB & CO INC CUST<br>IRA SPOUSAL ROLLOVER<br>1324 FORD PKWY<br>SAINT PAUL, MN 55116 | 19539 | Motors Liquidation Company | $102,622.22 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH ANNE BANTA<br>209 TIMBERLANE TERR<br>EULESS, TX 76039 | 18458 | Motors Liquidation Company | $4,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH ANNE GARRIQUES TRUST<br>RUTH ANNE GARRIQUES TRUSTEE<br>700 MELROSE AVE<br>M33<br>WINTER PARK, FL 32789 | 9936 | Motors Liquidation Company | $9,063.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH B BECK IRRA<br>5825 S DORCHESTER AVE APT 5W<br>CHICAGO, IL 60637 | 10629 | Motors Liquidation Company | $2,160.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH B POWER<br>270 COBLE DR<br>CATHEDRAL CITY, CA 92234 | 4256 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventeenth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RUTH BANDEL<br>826 WASHINGTON STREET<br>BALDWIN, NY 11510 | 11135 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH BERKOWITZ<br>210 W 70 ST #904 A<br>NEW YORK, NY 10023 | 27232 | Motors Liquidation Company | $77,419.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH BRIEF<br>13 BIRCH LANE<br>MORRISTOWN, NJ 07960 | 3016 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH C SEAMANS TTEE<br>R C SEAMANS TRUST<br>U/A/D 10/21/87<br>4176 LAKE HARBOR LANE<br>WESTLAKE VILLAGE, CA 91361 | 62232 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH E & ROSE A BEATTY<br>2630 S 450 E<br>COLUMBUS, IN 47203 | 1915 | Motors Liquidation Company | $18,918.80 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH E BEATTY<br>2630 S 450 E<br>COLUMBUS, IN 47203 | 1916 | Motors Liquidation Company | $5,916.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH E CHIRDON<br>TOD DTD 05/26/2009<br>1414 W EDGEWOOD ST<br>APT B112<br>SPRINGFIELD, MO 65807 | 18076 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH E M CLEMENTS<br>1264 CLARKSON<br>DENVER, CO 80218 | 44058 | Motors Liquidation Company | $10,297.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH E MCDIVITT & RICHARD B RITZ<br>JT TEN<br>PO BOX 685<br>HIGHLANDS, NC 28741 | 29262 | Motors Liquidation Company | $31,813.41 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH E STEWART<br>514  BLUFF TRAIL<br>SAN ANTONIO, TX 78216 | 61713 | Motors Liquidation Company | $300,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventeenth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RUTH E. AFFORD<br>JOHN A AFFORD<br>512 STRAWBRIDGE AVE<br>WESTMONT, NJ 08108 | 16144 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH FRIEDLAND<br>MARLENE RAE LEVENTHAL JT TEN WROS<br>344 NORTON ST<br>NEW HAVEN, CT 06511 | 11333 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH FRIEDLAND<br>PAULA LYNNE PANZARELLA JT TEN WROS<br>344 NORTON ST<br>NEW HAVEN, CT 06511 | 11335 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH G ZEINER<br>7001 MARLBERRY LANE<br>TAMARAC, FL 33321 | 19775 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH GRAIFMAN<br>C/O GARY GRAIFMAN<br>KANTROWITZ, GOLDHAMER & GRAIFMAN PC<br>747 CHESTNUT RIDGE RD<br>CHESTNUT RIDGE, NY 10977 | 36705 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH GRUPPER<br>48 JOHNSONS LANE<br>NEW CITY, NY 10956<br>UNITED STATES OF AMERICA | 7773 | Motors Liquidation Company | $10,024.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH GRUPPER<br>48 JOHNSONS LN<br>NEW CITY, NY 10956 | 7774 | Motors Liquidation Company | $12,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH H LEINAU RLT<br>RUTH H LEINAU<br>57 101 W KUILIMA LP<br>#80<br>KAHUKU, HI 96731 | 12609 | Motors Liquidation Company | $10,580.91 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH HIGGINS<br>DORPSSTRAAT 68<br>1454 AN WATERGANG, NETHERLANDS<br><br>NETHERLANDS | 20030 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| RUTH HULETT & WILLENE DOWNS & DAVID STREET<br>702 LOCUST<br><br>JONESBORO, AR 72401 | 67703 | Motors Liquidation Company | $25,928.13 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH J LEVINE<br>3002 PORTOFINO ISLE APT J2<br><br>COCONUT CREEK, FL 33066 | 16647 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH J WALLER<br>11516 TUNICA TRCE<br><br>ST FRANCISVILLE, LA 70775 | 7999 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH JACOBS<br>CGM IRA CUSTODIAN<br>372 CENTRAL PARK WEST<br>APT #6E<br>NEW YORK, NY 10025 | 20308 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH K ADAMS<br>10559 SD HWY 73<br><br>LEMMON, SD 57638 | 7923 | Motors Liquidation Company | $5,014.31 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH K FORSHA<br>260 CHAUCER COURT<br><br>WORTHINGTON, OH 43085 | 10373 | Motors Liquidation Company | $13,239.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH K LICHTMAN<br>2785 W 5TH ST APT 16A<br><br>BROOKLYN, NY 11224 | 17733 | Motors Liquidation Company | $71,960.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH L ANTRACCOLI & ROBERT L ANTRACCOLI<br>TRUST U/A DTD 4/19/1990<br>6249 ALISAL ST<br>PLEASANTON, CA 94566 | 31400 | Motors Liquidation Company | $36,260.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH L DYCKMAN<br>663 SWEET HOME RD<br><br>AMHERST, NY 14226 | 44456 | Motors Liquidation Company | $27,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH L KRAFT<br>TOD OTD 02/14/06<br>816 16TH STREET SE<br>MENOMONIE, WI 54751 | 64558 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RUTH L KRAFT TOD DTD 02/14/06 816 16TH STREET SE MENOMONIE, WI 54751 | 64559 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH LEMBERG & MARCY LEMBERG SOOKNE JT TEN 11667 LUANDA ST. SYLMAR, CA 91342 | 37127 | Motors Liquidation Company | $1,278.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH LETVIN 24103 ALEXA DR COMMERCE TWP, MI 48390 | 18648 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH LINZER RUTH LINZER IRA ROLLOVER 218-14 6TH AVE OAKLAND GARDENS, NY 11364 | 5737 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH M COLLINS REVOCABLE TRUST U/A/D 12/14/00 RUTH M COLLINS TTEE 181 DAVENPORT LN AIKEN, SC 29803 | 17220 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH M DINWIDDIE REV LIVING TRUST U/A DTD 12/2/85 RUTH M DINWIDDIE TTEE 525 CORAL WAY #202 CORAL GABLES, FL 33134 | 62439 | Motors Liquidation Company | $9,314.85 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH M FREEMAN 2540 KENSINGTON GARDENS 402 ELLIOTT CITY, MD 21043 | 46002 | Motors Liquidation Company | $5,090.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH M GAMACHE 5679 BADEN CT FT MYERS, FL 33919 | 2740 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH M MEISENBACHER TTEE RUTH M MEISENBACHER 2965 RAIN DANCE LN N FORT MYERS, FL 33917 | 5136 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RUTH M STOLTENBERG<br>406 W CEDAR ST<br><br>MARCUS, IA 51035<br>UNITED STATES OF AMERICA | 29495 | Motors Liquidation Company | $11,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH M THROP<br>280 OAK RIDGE RD<br><br>STRATFORD, CT 06614 | 69159 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH M THROP<br>280 OAK RIOADE RD<br><br>STRATFORD, CT 06614 | 69160 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH M TURPEN<br>411 W BIDDLE<br><br>JACKSON, MI 49203 | 7814 | Motors Liquidation Company | $5,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH MARIE HARRIS REVOCABLE TRUST DTD 6/9/2000<br>ANNA KATHERINE HARRIS AND SUSAN<br>MARIE HARRIS - CO TRUSTEES<br>13031 N 143RD EAST AVE<br>COLLINSVILLE, OK 74021 | 59991 | Motors Liquidation Company | $20,241.67 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH MERCURI<br>PO BOX 310<br><br>MOSCOW, PA 18444 | 2189 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH MILUSZEWSKI<br>92 NORRIS AVE<br><br>METUCHEN, NJ 08840 | 2044 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH N GILL<br>BY RUTH N GILL TRUST<br>8904 E MESCAL ST<br>SCOTTSDALE, AZ 85260 | 7023 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH N SIDWELL<br>24778 YOUNGSTOWN TRAIL<br><br>KIRKSVILLE, MO 63501 | 3532 | Motors Liquidation Company | $10,877.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH NEUMAN & CAROL N SHAW JT TEN<br>7732 BAGLEY AVE<br><br>BALTIMORE, MD 21234 | 36192 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 46

Seventieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RUTH NOONE<br>813 COLUMBUS DR<br><br>TEANECK, NJ 07666 | 12241 | Motors Liquidation Company | $25,375.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH P ANDERSON<br>925 CARDINAL DR<br><br>BRADLEY, IL 60915 | 62855 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH PAYNE TRUSTEE<br>RUTH PAYNE<br>1910 MCKINNEY WAY 19F<br>SEAL BEACH, CA 90740 | 6647 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH R YORK<br>3557 S INVAHOE ST<br><br>DENVER, CO 80237 | 33448 | Motors Liquidation Company | $2,500.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH REGENT ROTHFELD TTEE<br>RUTH REGENT ROTHFELD TRUST<br>U/A/D 11/11/93<br>FBO RUTH REGENT ROTHFELD<br>613 LESLIE DR<br>HALLANDALE, FL 33009 | 27639 | Motors Liquidation Company | $25,688.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH S KRAWITZ<br>7900 ELKINS PARK HOUSE<br>APT 507A<br>ELKINS PARK, PA 19027 | 29291 | Motors Liquidation Company | $29,466.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH S KRAWITZ<br>7900 ELKINS PARK HOUSE<br>APT 507A<br>ELKINS PARK, PA 19027 | 29292 | Motors Liquidation Company | $263,629.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH SAFARIK<br>7 BISCAYNE DR<br><br>HUNTINGTON, NY 11743 | 16229 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH T. CHAVEZ LIVING TRUST<br>RUTH T. CHAVEZ TTEE<br>232 EBENEZER AVE<br>BALA CYNWYD, PA 19004 | 16917 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH TAUB<br>3598 SUGAR CAMP CIR<br><br>SEVIERVILLE, TN 37862 | 3936 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventeenth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RUTH THROPE TTEE<br>9735 NW 52ND ST APT 501<br><br>DORAL, FL 33178 | 15180 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH U HENRY<br>8400 NORTHHAMPTON COURT<br><br>NAPLES, FL 34120 | 3469 | Motors Liquidation Company | $13,494.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH V BEAN<br>2816 AUBURN ST<br><br>ERIE, PA 16508 | 15852 | Motors Liquidation Company | $2,282.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH WASSERMAN REVOCABLE TRUST<br>DTD 4/17/97<br>RUTH WASSERMAN TRUSTEE<br>6539 VIA ALCAZAR<br>CARLSBAD, CA 92009 | 36138 | Motors Liquidation Company | $9,079.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH WEAVER<br>3614 IMPERIAL LANE<br><br>LAKELAND, FL 33812 | 28511 | Motors Liquidation Company | $4,890.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH WORTHMAN TTEE<br>RUTH WORTHMAN REVOC LIV TR<br>9311 SW 23RD ST APT 3702 BLDG 7<br>DAVIE, FL 33324 | 10168 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH ZALAZNICK & LOUIS ZALAZNICK<br>10517 KIPLING WAY<br><br>WELLINGTON, FL 33449 | 26691 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RYAN MCLAIN<br>RYAN MCLAIN<br>2255 GLADES ROAD STE 412E<br>BOCA RATON, FL 33431 | 43910 | Motors Liquidation Company | $14,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RYLE G ROBINSON<br>CGM IRA ROLLOVER CUSTODIAN<br>12407 E 138TH ST<br>BROKEN ARROW, OK 74011 | 36178 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| S BACHER & L BACHER CO-TTEE<br>BACHER LIVING TRUST U/T/A<br>DTD 03/29/2001<br>7 MIDSUMMER DR<br>OLD BRIDGE, NJ 08857 | 10908 | Motors Liquidation Company | $14,880.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| S COATES & H COATES TTEE<br>THE COATES FAMILY TRUST<br>U/A DTD 02/16/2005<br>1471 10 MILE RD NE<br>COMSTOCK PARK, MI 49321 | 4673 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| S COLEMAN & M COLEMAN TTEE<br>COLEMAN REVOCABLE TRUST<br>U/A DTD 04/30/1985<br>3778 HANCOCK DR<br>SANTA CLARA, CA 95051 | 8725 | Motors Liquidation Company | $12,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| S CONTRERAS MORIEL & MARTHA<br>ALCANTARA D CONTRERAS &<br>SERGIO ALCANTARA JR & MARTHA E<br>CONTRERAS & MARGARITA & BLANC<br>PO BOX 221575<br>EL PASO, TX 79913 | 30283 | Motors Liquidation Company | $155,400.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| S CORUM & W CORUM TTEE<br>SHIRLEY A CORUM REVOCABLE TRUST<br>U/A DTD 12/16/1993<br>5493 NW 43RD WAY<br>COCONUT CREEK, FL 33073 | 44381 | Motors Liquidation Company | $22,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| S DOUGLAS YOUNG AND JOYCE C YOUNG<br>1518 WILLOW<br>GREENVILLE, IL 62246 | 3002 | Motors Liquidation Company | $11,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| S FIDEL & A FIDEL CO-TTEE<br>SHIRLEY FIDEL REVOCABLE TRUST U/T/A<br>DTD 08/05/1994<br>7477 FAIRFAX DRIVE<br>TAMARAC, FL 33321 | 37738 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| S GROUP<br>12 CRESTWOOD DRIVE<br>BRIDGEWATER, NJ 08807 | 13247 | Motors Liquidation Company | $41,711.34 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| S GRUBER & D GRUBER TTEE<br>SYLVIA L GRUBER REVOCABLE TRUS<br>U/A DTD 03/15/1990<br>23343 BLUE WATER CIR<br>APT B209<br>BOCA RATON, FL 33433 | 8740 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| S KAMIL & D KAMIL TTEE<br>KAMIL FAMILY TRUST<br>U/A DTD 09/01/2005<br>1241 SOLANO AVE APT 24<br>ALBANY, CA 94706 | 2133 | Motors Liquidation Company | $26,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| S MARKS & E MARKS TTEE<br>MARKS FAMILY REVOCABLE TRUST<br>U/A DTD 05/21/1999<br>11350 E DESERT TROON LN<br>SCOTTSDALE, AZ 85255 | 14669 | Motors Liquidation Company | $24,510.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| S NAYMARK P ONEILL R NAYMARK &<br>J STONE TTEE O/T JOSEPH&<br>SHERMAN NAYMARK TR DTD 6/13/74<br>218 FORRESTER RD<br>LOS GATOS, CA 95032 | 6650 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| S NEILAN BROWN - IRA<br>C/O S NEILAN BROWN<br>29 ABBOT DRIVE<br>POESTENKILL, NY 12182<br>UNITED STATES OF AMERICA | 50557 | Motors Liquidation Company | $6,877.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| S NEILAN BROWN IRREVOCABLE TRUST<br>C/O S NEILAN BROWN<br>29 ABBOTT DRIVE<br>POESTENKILL, NY 12140<br>UNITED STATES OF AMERICA | 50558 | Motors Liquidation Company | $20,498.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| S SOLOMON & D CONRAD CO-TTEE<br>JACOB SOLOMON LIVING TRUST U/A<br>DTD 12/19/1997<br>101 ROWLAND DRIVE<br>PORT DEPOSIT, MD 21904 | 6708 | Motors Liquidation Company | $10,005.25<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| S W HOWES & M L HOWES CO-TTEE<br>THE HOWES FAMILY TRUST U/A<br>DTD 03/01/2006<br>1026 CHARLESTON CIRCLE<br>ROSEVILLE, CA 95661 | 27666 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| S. H MAYER IRRV LIFE INS TST<br>GAY A MAYER AND<br>LAURIE M BEACH TTEES<br>12 MCCAIN COURT<br>CLOSTER, NJ 07624 | 14175 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SABAH S ADES IRA<br>STEIMATZKY ST NV Z APT 43<br>RAMAT AVIV HAHADASHA<br>TEL AVIV 67218  ISRAEL<br><br>ISRAEL | 59685 | Motors Liquidation Company | $160,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| SABAIT S. ANES<br>STEIMNTZICY ST N/O 2 APT 113<br>RAMNT AVIV HAHADASHA<br>TEL AVIV 67218 ISRAEL<br><br>ISRAEL | 58664 | Motors Liquidation Company | $40,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| SABINO J BERARDINO<br>40 EAST 88TH ST APT 5F<br><br>NEW YORK, NY 10128 | 8143 | Motors Liquidation Company | $16,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| SABRA J RHODES<br>CHARLES SCHWAB & CO INC CUST<br>SEP-IRA<br>14130 S HWY 51<br>COWETA, OK 74429 | 15935 | Motors Liquidation Company | $604.17 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| SADIE SHANDELL (IRA)<br>FCC AS CUSTODIAN<br>44 TALLMAN LANE<br>SOMERSET, NJ 08873 | 16051 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| SADIE VICKERS BUCK TTEE<br>SADIE VICKERS BUCK REV LIV TR<br>U/A 9/3/93<br>15393 BELLAMAR CIRCLE APT 524<br>FORT MYERS, FL 33908 | 23914 | Motors Liquidation Company | $2,564.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| SAEED NASSIRPOUR<br>27 CLINTON ST<br><br>VALHALLA, NY 10595 | 68033 | Motors Liquidation Company | $127,304.68 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| SAGINAW CENTRAL OIL CO INC<br>1420 COURT ST<br><br>SAGINAW, MI 48602 | 10319 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| SAGRIPANTI STEFANO<br>VIA UMBRIA 61<br>63018 PORTO SANTELPIDIO (FM) ITALY<br><br>ITALY | 39109 | Motors Liquidation Company | $104,972.30 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventeenth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| SAGRIPANTI STEFANO<br>UMBRIA 61<br>63018 PORTO SANTELPIDIO (FM) ITALY<br><br>ITALY | 63448 | Motors Liquidation Company | $104,972.30 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| SAL C/F BETTY V OSBORN IRA<br>2433 OLD PROVIDENCE ROAD<br><br>GOODWATER, AL 35072 | 18234 | Motors Liquidation Company | $104,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| SAL C/F BILLIE TURNER IRA<br>2008 CLUBVIEW DR<br><br>ALEXANDER CITY, AL 35010 | 20847 | Motors Liquidation Company | $6,350.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| SAL C/F CURTIS G STRICKLAND R/O IRA<br>2301 NOLEN DRIVE<br><br>ALEXANDER CITY, AL 35010 | 18650 | Motors Liquidation Company | $14,375.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| SAL C/F DOYT L ALFORD IRA<br>2098 TRUSSELL ROAD<br><br>ALEXANDER CITY, AL 35010<br>UNITED STATES OF AMERICA | 20756 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| SAL C/F ELIZABETH HUETT IRA<br>ELIZABETH HUETT<br>10291 HWY 22E<br>NEW SITE, AL 36256<br>UNITED STATES OF AMERICA | 8052 | Motors Liquidation Company | $6,850.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| SAL C/F HUBERT A RODRIGUEZ R/O IRA<br>STERNE AGEE & LEACH C/F<br>HUBERT A RODRIGUEZ R/O IRA<br>407 PINEWAY DR<br>BIRMINGHAM, AL 35226<br>UNITED STATES OF AMERICA | 43408 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| SAL C/F JIMMY L HUETT R/O IRA<br>JIMMY L HUETT<br>10291 HWY 22E<br>NEW SITE, AL 36256<br>UNITED STATES OF AMERICA | 8051 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| SAL C/F KATHI THAMES ODOM IRA<br>279 LAKEVIEW DRIVE<br><br>ALEXANDER CITY, AL 35010<br>UNITED STATES OF AMERICA | 16907 | Motors Liquidation Company | $9,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventeenth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| SAL C/F SHEILA J GRAY ROTH IRA<br>5525 SAINT JAMES STREET<br><br>BIRMINGHAM, AL 35235 | 18762 | Motors Liquidation Company | $4,300.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| SAL C/F SHELIA H EADY IRA<br>SHELIA H EADY<br>7422 HIGHLAND DR<br>TRUSSVILLE, AL 35173 | 10816 | Motors Liquidation Company | $5,050.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| SAL C/F SHEPHERD ALBERT ODOM IRA<br>279 LAKEVIEW DRIVE<br><br>ALEXANDER CITY, AL 35010<br>UNITED STATES OF AMERICA | 16906 | Motors Liquidation Company | $12,850.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| SAL C/F TOM PEMBERTON R/O IRA<br>PO BOX 215<br><br>DADEVILLE, AL 36853 | 16280 | Motors Liquidation Company | $51,200.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| SAL C/F VIOLET ENGLISH IRA<br>C/O VIOLET ENGLISH<br>2613 CHESTERFIELD CT<br>MONTGOMERY, AL 36117 | 8507 | Motors Liquidation Company | $16,950.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| SAL CIF GLENDA C DANIEL R/O IRA<br>C/O GLENDA C DANIEL<br>2090 HOLMAN ST<br>ALEXANDER CITY, AL 35010 | 15428 | Motors Liquidation Company | $60,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| SALLIE E WASDEN<br>831 CLEVELAND AVE<br><br>MILLEN, GA 30442 | 69577 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| SALLIE KAUFMAN<br>15380 N 100TH #2109<br><br>SCOTTSDALE, AZ 85260 | 19829 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| SALLIE L LEIBHART IRA #2<br>FCC AS CUSTODIAN<br>27343 WHITE TAIL LANE<br>ADEL, IA 50003 | 11815 | Motors Liquidation Company | $28,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| SALLIE L THARP<br>PO BOX 4065<br><br>MIDLAND, TX 79704 | 13188 | Motors Liquidation Company | $10,128.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SALLY & JOHN GABRIELSON<br>31 HIGH BLUFF DR<br><br>WEAVERVILLE, NC 28787 | 5903 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| SALLY A GLASRUD<br>11261 PT DOUGLAS DR S<br><br>HASTINGS, MN 55033 | 3641 | Motors Liquidation Company | $17,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

**Claim Totals**          500

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit B**

HEARING DATE AND TIME: August 6, 2010 at 9:45 a.m. (Eastern Time)
OBJECTION DEADLINE: July 30, 2010 at 4:00 p.m. (Eastern Time)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                                       :
In re                                                  :         Chapter 11 Case No.
                                                       :
MOTORS LIQUIDATION COMPANY, *et al.*,                  :         09-50026 (REG)
        f/k/a General Motors Corp., *et al.*           :
                                                       :
                                Debtors.               :         (Jointly Administered)
                                                       :
----------------------------------------------------------------x

**STIPULATION AND AGREED ORDER**
**AMONG THE DEBTORS, WILMINGTON TRUST COMPANY,**
**AND CITIBANK, N.A., SOLELY IN ITS CAPACITY AS PAYING AGENT,**
**REGARDING PROOFS OF CLAIM NOS. 47871, 47872, 65729, 65793, AND 66723**

Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

certain of its subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11

cases (collectively, the "**Debtors**"), Wilmington Trust Company as successor indenture trustee

("**WTC**"), and Citibank, N.A., solely in its capacity as paying agent under the 1990 Indenture

and 1995 Indenture (as defined below) (in such capacity, "**Citibank**"), together with the Debtors

and WTC, the "**Parties**"), by and through their respective undersigned counsel, hereby enter into

this Stipulation and Agreed Order (this "**Stipulation**") and stipulate as follows:

**RECITALS**

A.      On June 1, 2009 (the "**Commencement Date**"), certain of the Debtors

commenced with this Court voluntary cases (the "**Chapter 11 Cases**") under chapter 11 of title

11, United States Code (the "**Bankruptcy Code**").

B.      On September 16, 2009, the Court entered an order (the "**Bar Date Order**")

establishing November 30, 2009 at 5:00 p.m. (Eastern Time) (the "**General Bar Date**") as the

deadline for each person or entity (including without limitation, each individual, partnership,

joint venture, corporation, estate, or trust) to file a proof of claim (a "**Proof of Claim**") against

certain of the Debtors, including MLC, to assert any claim (as defined in section 101(5) of the

Bankruptcy Code) that arose prior to the Commencement Date.

        C.        As of the Commencement Date, MLC, as issuer, WTC, as successor indenture

trustee, and Citibank, as paying agent, were parties to (i) a Senior Indenture, dated as of

December 7, 1995, as amended (the "**1995 Indenture**," and WTC's capacity under the 1995

Indenture, the "**1995 Trustee**"), and (ii) a Senior Indenture, dated as of November 15, 1990 (the

"**1990 Indenture**," and WTC's capacity under the 1990 Indenture, the "**1990 Trustee**") pursuant

to which MLC issued senior unsecured debt securities.

        D.        Prior to the General Bar Date, WTC timely filed the following four Proofs of

Claims against MLC (each, a "**WTC Claim**" and collectively, the "**WTC Claims**"):

| Claim Number | Applicable Indenture | Principal Amount of Claim Plus Fees and Interest Accrued to Petition Date |
|:---:|:---:|:---:|
| 65793 | 1990 Indenture | $1,419,581,281.12 |
| 47871 | 1990 Indenture | $1,419,581,281.12 |
| 65729 | 1995 Indenture | $21,928,297,131.26 |
| 47872 | 1995 Indenture | $21,928,297,131.26 |

        E.        Prior to the General Bar Date, Citibank timely filed a proof of claim against MLC

in the amount of $173,063.43 [Proof of Claim No. 66723] (the "**Citibank Claim**").

        F.        WTC recognizes that it is not entitled to, and does not seek, a duplicate recovery

on account of the same WTC Claim and has agreed to withdraw two of the WTC Claims, subject

to the agreements set forth in this Stipulation.

### STIPULATION AND ORDER

NOW, THEREFORE, EACH OF THE PARTIES HEREBY STIPULATES AND

AGREES AS FOLLOWS:

1.      WTC Claims numbered 47871 (filed by WTC as 1990 Trustee) and 47872 (filed

by WTC as 1995 Trustee) are deemed withdrawn and WTC Claims numbered 65793 (filed by

WTC as 1990 Trustee) and 65729 (filed by WTC as 1995 Trustee) shall survive.

2.      With respect to principal plus interest due under the 1990 Indenture, WTC, in its

capacity as the 1990 Trustee will receive and is hereby granted, on behalf of itself and the record

and beneficial bondholders of debt securities issued under the 1990 Indenture an allowed general

unsecured, nonpriority claim in the amount of $1,419,471,545.22 (subject to appropriate reserve

and/or reduction in connection with any setoff exercised by beneficial bondholders that is

authorized by this Court) (the "**1990 Debt Claim**") against MLC to be satisfied in accordance

with any chapter 11 plan or plans confirmed in the Debtors' Chapter 11 Cases.

3.      With respect to principal plus interest due under the 1995 Indenture, WTC, in its

capacity as the 1995 Trustee, will receive and is hereby granted, on behalf of itself and the record

and beneficial bondholders of debt securities issued under the 1995 Indenture, an allowed

general unsecured nonpriority claim in the amount of $21,928,183,895.36 (subject to appropriate

reserve and/or reduction in connection with any setoff exercised by beneficial bondholders that is

authorized by this Court) (the "**1995 Debt Claim**," together with the 1990 Debt Claim, the

"**Debt Claims**").

4.      With respect to the prepetition fees and expenses incurred by WTC under the

1990 Indenture, WTC shall receive an allowed claim of $109,735.90 (the "**1990 WTC Fee

Claim**"), and with respect to the prepetition fees and expenses incurred by WTC under the 1995

Indenture, WTC shall receive an allowed claim of $113,235.90 (the "**1995 WTC Fee Claim**,"

together with the 1990 WTC Fee Claim, the "**WTC Fee Claims**").

5.    With respect to the prepetition paying agency fees and expenses incurred by

Citibank under the Indentures, the Citibank Claim shall be allowed in the amount of $162,333.71

(the "**Citibank Fees and Expenses Claim**," together with the WTC Fee Claims, the "**Fees and

Expenses Claims**").

6.    To the extent the Fees and Expenses Claims are not paid in full, in cash, pursuant

to a plan of reorganization and/or liquidation of MLC, (a) the amount of such fees and expenses

that remain unpaid shall constitute an allowed general unsecured, nonpriority claim against MLC

held by WTC and/or Citibank, as applicable, to be satisfied in accordance with any chapter 11

plan or plans confirmed in the Debtors' Chapter 11 Cases and (b) WTC and Citibank, pursuant to

section 7.06 of the 1990 Indenture and section 7.06 of the 1995 Indenture, shall retain a charging

lien with respect to its prepetition and post-petition fees and expenses on all assets or money held

or collected by WTC or Citibank on account of the Debt Claims or otherwise.

7.    WTC will issue a notice to the Depository Trust Company and post a notice on its

website (a) notifying beneficial bondholders of the notes issued under the Indentures of the entry

of the order allowing the WTC Claims and (b) notifying such bondholders that any subsequent

claims objection filed by the Debtors seeking to disallow claims filed by bondholders on the

grounds that such claims are duplicative of the Debt Claims being allowed under the stipulation

and order will not impair bondholder's entitlement to share in plan distributions on account of

the Debt Claims in accordance with the terms of the applicable Indenture.

8.    WTC agrees that it will not object to the Debtors' filing of objections to Proofs of

Claims filed by record and beneficial holders of debt securities arising out of or relating to the

1990 Indenture and/or the 1995 Indenture on the grounds that such Proofs of Claim are duplicative of the Debt Claims allowed pursuant to this Stipulation.

9.      WTC waives its right to argue that the entire stated principal amount of $377,377,000 with respect to the Discount Debentures is an allowable claim.

10.      To the extent that the fees and expenses of WTC incurred after the Commencement Date are not satisfied by payment in full in cash in connection with a plan of reorganization and/or liquidation of MLC, WTC reserves the right to argue that all such fees are allowable general unsecured non-priority claims against the estate of MLC.

11.      This Stipulation contains the entire agreement between the Parties as to the subject matter hereof and supersedes all prior agreements and undertakings between the Parties relating thereto.

Dated:  New York, New York
        August 5, 2010


/s/ Joseph H. Smolinsky                        /s/ Keith R. Martorana
Harvey R. Miller                               Matthew J. Williams
Stephen Karotkin                               Keith R. Martorana
Joseph H. Smolinsky

                                               GIBSON DUNN & CRUTCHER LLP
WEIL, GOTSHAL & MANGES LLP                     200 Park Avenue, 47th Floor
767 Fifth Avenue                               New York, New York 10166
New York, New York 10153                       Telephone: (212) 351-4000
Telephone: (212) 310-8000                      Facsimile: (212) 351-4035
Facsimile: (212) 310-8007

                                               *Attorneys for Wilmington Trust Company,*
*Attorneys for Debtors and Debtors in*         *as 1990 Trustee and 1995 Truestee*
*Possession*

/s/ Louis A. Curcio
Maria M. Livanos
Louis A. Curcio

SONNENSCHEIN NATH & ROSENTHAL
LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6744
Facsimile:  (212) 768-6800

*Attorneys for Citibank, N.A. as Paying
Agent under the 1990 and 1995 Indentures*

So Ordered this **9th** day of **August** 2010

**s/ Robert E. Gerber**
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                              :
In re                                         :        **Chapter 11 Case No.**
                                              :
**MOTORS LIQUIDATION COMPANY**, *et al.*,     :        **09-50026 (REG)**
     **f/k/a General Motors Corp.**, *et al.* :
                                              :
                     **Debtors.**             :        **(Jointly Administered)**
                                              :
------------------------------------------------------------------x

## ORDER GRANTING DEBTORS'
## SEVENTIETH OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Debt Claims)

Upon the seventieth omnibus objection to claims, dated August 13, 2010 (the

"**Seventieth Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a General

Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the

"**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy**

**Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"),

and this Court's supplemental order establishing supplemental rules and authority for filing

omnibus objections to certain debt claims (the "**Supplemental Procedures Order**") [Docket No.

6238], seeking entry of an order disallowing and expunging the Duplicate Debt Claims on the

grounds that such claims are duplicative of either Claim 65793 or Claim 65729, all as more fully

described in the Seventieth Omnibus Objection to Claims; and due and proper notice of the

Seventieth Omnibus Objection to Claims having been provided, and it appearing that no other or

further notice need be provided; and the Court having found and determined that the relief

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Debtors' Seventieth Omnibus Objection to Claims.

sought in the Seventieth Omnibus Objection to Claims is in the best interests of the Debtors,

their estates, creditors, and all parties in interest and that the legal and factual bases set forth in

the Seventieth Omnibus Objection to Claims establish just cause for the relief granted herein;

and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Seventieth Omnibus Objection to

Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on **Exhibit "A"** (the "**Order Exhibit**") annexed hereto under the heading "*Claims to be

Disallowed and Expunged*" (collectively, the "**Duplicate Debt Claims**") are disallowed and

expunged; and it is further

ORDERED that, if applicable, the Seventieth Omnibus Objection to Claims is

adjourned with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Objection Adjourned*" (the "**Adjourned Claims**") to the date indicated on the Order

Exhibit, subject to further adjournments (such actual hearing date, the "**Adjourned Hearing

Date**"), and the Debtors' response deadline with respect to the Adjourned Claims shall be 12:00

noon (Eastern Time) on the date that is three (3) business days before the Adjourned Hearing

Date; and it is further

ORDERED that, if applicable, the Seventieth Omnibus Objection to Claims is

withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Objection Withdrawn*"; and it is further

ORDERED that, if applicable, the Seventieth Omnibus Objection to Claims is

withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Claim Withdrawn*," as those claims have been withdrawn by the corresponding

claimant; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly

reserved with respect to, (i) any claim listed on Exhibit "A" annexed to the Seventieth Omnibus

Objection to claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed

on the Order Exhibit annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
_____, 2010


_____
United States Bankruptcy Judge