**HEARING DATE AND TIME: September 24, 2010 at 9:45 a.m. (Eastern Time)**
**RESPONSE DEADLINE: September 17, 2010 at 4:00 p.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | **09-50026 (REG)** |
| f/k/a **General Motors Corp.,** *et al.* | : | |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

---------------------------------------------------------------x

## NOTICE OF DEBTORS' SEVENTY-THIRD OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Debt Claims)

**PLEASE TAKE NOTICE** that on August 13, 2010, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their seventy-third omnibus objection to claims (the "**Objection**"), and

that a hearing (the "**Hearing**") to consider the Objection will be held before the Honorable

Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States

Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New

York 10004, on **September 24, 2010 at 9:45 a.m. (Eastern Time),** or as soon thereafter as

counsel may be heard.

**PARTIES LISTED ON EXHIBIT "A" ANNEXED TO THE OBJECTION (THE "<u>CLAIMANTS</u>") (AND THEIR COUNSEL, IF KNOWN) WILL RECEIVE A PERSONALIZED NOTICE OF THE OBJECTION, RATHER THAN THE ENTIRE OBJECTION.**

This Objection does not affect a Claimant's ability to receive distributions as a beneficial bondholder under the claims filed by the indenture trustee of the Debtors' public debentures.  If a Claimant disagrees with the Objection's treatment of the Claimant's claim, the Claimant may call the Debtors to try and resolve the Claimant's concerns at **1-800-414-9607**.  If a Claimant is unable to resolve the Claimant's concerns with the Debtors before the deadline to respond, then the Claimant <u>must</u> file and serve a written response (a "**Response**") to the Objection in accordance with this notice, and the Claimant <u>must</u> appear at the Hearing described below.

A Claimant may participate in the Hearing telephonically provided that the Claimant complies with the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider."  A Claimant must also provide prior written notice by mail or e-mail of the Claimant's telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Russell Brooks, Esq. (russell.brooks@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Jennifer Sharret, Esq. (jsharret@kramerlevin.com)).

**If a Claimant does not oppose the disallowance and expungement of the Claimant's claim, then the Claimant does not need to file a Response or appear at the Hearing.**

**PLEASE TAKE FURTHER NOTICE THAT** the Hearing on the Objection is scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on **September 24, 2010 at 9:45 a.m. (Eastern Time)**.  If a Claimant files a Response to the Objection, the Claimant should plan to appear at the Hearing either in person or telephonically.  The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to the Claimant's claim.  If the Debtors do continue the Hearing with respect to the Claimant's claim, then the Hearing will be held at a later date.  If the Debtors do not continue the Hearing with respect to the Claimant's claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **September 17, 2010 at 4:00 p.m. (Eastern Time)**.  Only those Responses that are timely will be considered at the Hearing.  A Claimant's Response will be deemed timely only if it is:  (a) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov) before the deadline for Responses **or** (b) **actually** received on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format and in hard copy at each of the following addresses on or before the deadline for response:

> A.    Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;

> B.    Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and

      C.      Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Jennifer Sharret, Esq.).

A Claimant's response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number, and the number of the Objection to which the response is directed; (ii) the name of the Claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which the Claimant will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which the Claimant will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to the Claimant's response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person that can be contacted in connection with the Objection.

If a Claimant has any questions about this notice or the Objection, please contact the Debtors at **1-800-414-9607**.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

**PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief requested in the Objection without further notice or a hearing if a Claimant fails to file a timely Response or appear at the Hearing.**

Dated: New York, New York
August 13, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                         :

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | **09-50026 (REG)** |
| **f/k/a General Motors Corp.,** *et al.* | : | |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------x

## DEBTORS' SEVENTY-THIRD OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Debt Claims)

---

> **THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.**
> **CLAIMANTS THAT ARE THE SUBJECT OF THIS OBJECTION SHOULD LOCATE THEIR NAMES AND**
> **CLAIMS ON EITHER THE EXHIBIT ATTACHED TO THIS OBJECTION OR ON THEIR PERSONALIZED**
> **NOTICE.**

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

        Motors Liquidation Company (f/k/a General Motors Corporation) and its

affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully represent:

## <u>Relief Requested</u>

1.       The Debtors file this seventy-third omnibus objection to claims (the
"**Seventy-Third Omnibus Objection to Claims**") pursuant to section 502(b) of title 11, United
States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy
Procedure (the **"Bankruptcy Rules"**), and this Court's supplemental order establishing
supplemental rules and authority for filing omnibus objections to certain debt claims (the
"**Supplemental Procedures Order**") [Docket No. 6238], seeking entry of an order disallowing
and expunging the claims listed on **Exhibit "A"** annexed hereto.[1]

2.       The Debtors have examined the proofs of claim identified on Exhibit "A"
and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed
and Expunged*" (collectively, the "**Duplicate Debt Claims**") are duplicative of either (1) the
global Proof of Claim No. 65793 ("**Claim 65793**") filed by Wilmington Trust Company
("**WTC**"), in its capacity as successor indenture trustee of the Senior Indenture, dated as of
November 15, 1990 (the "**1990 Indenture**") or (2) the global Proof of Claim No. 65729 ("**Claim
65729**") filed by WTC, in its capacity as successor indenture trustee of the Senior Indenture,
dated as of December 7, 1995, as amended (the "**1995 Indenture**").  The amounts asserted by
WTC in Claim 65793 and Claim 65729 have been reconciled and allowed under a stipulation,
approved and entered by the Court on August 9, 2010 (the "**WTC Stipulation**") [Docket No.
6595], a copy of which is annexed hereto as **Exhibit "B."**  The Debtors, therefore, seek entry of
an order disallowing and expunging from the claims register the Duplicate Debt Claims.

---

[1] Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on
the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com.
A link to the claims register is located under the "Claims Information" tab.  Creditors without access to the Internet
may request a copy of the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors
Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City
Group, Inc. at 1-703-286-6401.

3.        This Seventy-Third Omnibus Objection to Claims does not affect the

ability of an Individual Bondholder (as hereinafter defined) to participate in accordance with the

WTC Stipulation.  Further, the Debtors reserve all their rights to object on any other basis to any

Duplicate Debt Claim as to which the Court does not grant the relief requested herein.

## Jurisdiction

4.        This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

5.        On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**Realm/Encore Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Case Number 09-50026 (REG).  On September 15, 2009,

the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs,

which were amended on October 4, 2009.  On October 15, 2009, the Realm/Encore Debtors filed

their schedules of assets and liabilities and statements of financial affairs.

6.        On September 16, 2009, this Court entered an order [Docket No. 4079]

establishing November 30, 2009 as the deadline for each person or entity to file a proof of claim

in the Initial Debtors' cases, including governmental units.  On December 2, 2009, this Court

entered an order [Docket No. 4586] establishing February 1, 2010 as the deadline for each

---

[2] The Initial Debtors are Motors Liquidation Company (f/k/a General Motors Corporation), MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3] The Realm/Encore Debtors are Remediation and Liability Management Company, Inc., and Environmental Corporate Remediation Company, Inc.

person or entity to file a proof of claim in the Realm/Encore Debtors' cases (except

governmental units, as defined in section 101(27) of the Bankruptcy Code, for which the Court

established June 1, 2010 as the deadline to file proofs of claim).

7.     Among the tens of thousands of proofs of claim the Debtors received,

approximately 18,000 proofs of claim have been filed by claimants seeking the repayment of

principal, interest, and fees and expenses that relate to dollar-denominated debt securities issued

by the Debtors pursuant to the 1990 Indenture and the 1995 Indenture (each, a "**Debt Claim**,"

and the holder of such Debt Claim, an "**Individual Bondholder**").  The Debtors believe that all

of the Debt Claims filed by Individual Bondholders are duplicative of the claims allowed in

favor of WTC for the benefit of all Individual Bondholders in accordance with the WTC

Stipulation.

8.     On August 9, 2010, the Court entered the WTC Stipulation signed by the

Debtors, WTC, and Citibank, N.A., solely in its capacity as paying agent under the 1990

Indenture and 1995 Indenture (in such capacity, "**Citibank**"), allowing (i) Claim 65793 in the

amount of $1,419,471,545.22 (subject to appropriate reserve and/or reduction in connection with

any Court-authorized setoff exercised by Individual Bondholders) and (ii) Claim 65729 in the

amount of $21,928,183,895.36 (subject to appropriate reserve and/or reduction in connection

with any Court-authorized setoff exercised by Individual Bondholders).  Prior to entry of the

WTC Stipulation, WTC sent out a notice to all affected Individual Bondholders notifying them

of the pending approval by the Court of the WTC Stipulation.

9.     On October 6, 2009, this Court entered the Supplemental Procedures

Order, which authorizes the Initial Debtors, among other things, to file omnibus objections to no

more than 500 claims at a time with respect to Debt Claims. The claimants that are listed in

Exhibit "A" have filed Debt Claims against the Initial Debtors.

10.     The Debtors now move to expunge the Duplicate Debt Claims filed by

each Individual Bondholder as duplicative of either Claim 65793 or Claim 65729.

### The Relief Requested Should Be Approved by the Court

11.     A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects." 11 U.S.C. § 502(a). If an objection refuting at least one of the claim's essential

allegations is asserted, the claimant has the burden to demonstrate the validity of the claim. *See

In re Oneida, Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd*, No. 09 Civ. 2229 (DC),

2010 WL 234827 (S.D.N.Y. Jan. 22, 2010); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No.

02-41729 (REG), 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re

Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

12.     Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a

claim may not be allowed to the extent that "such claim is unenforceable against the debtor and

property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1). The

Debtors cannot be required to pay on the same claim more than once. *See, e.g., In re Finley,

Kumble, Wagner, Heine, Underberg, Manley, Myerson, & Casey*, 160 B.R. 882, 894 (Bankr.

S.D.N.Y. 1993) ("In bankruptcy, multiple recoveries for an identical injury are generally

disallowed."). The Debtors have reviewed the proofs of claim identified on Exhibit "A" and

believe them to be duplicative of Claim 65793 or Claim 65729. Moreover, the Debtors have no

way of confirming that any of the Individual Bondholders are, in fact, beneficial holders of a

debt instrument on the relevant dates.

13.     To avoid the possibility of multiple recoveries by the Individual

Bondholders, the Debtors request that the Court disallow and expunge in their entirety the

Duplicate Debt Claims. Individual Bondholders, to the extent they are beneficial bondholders as of the record date under any confirmed plan of liquidation, will receive distributions under such plan from WTC in its capacity as indenture trustee.

**Notice**

14.     Notice of the Seventy-Third Omnibus Objection to Claims has been provided to each claimant listed on Exhibit "A" by virtue of the individualized notice transmitted in accordance with the Supplemental Procedures Order and parties in interest in accordance with the Third Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures, dated April 29, 2010 [Docket No. 5670].

15.     No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the relief requested herein and such other and further relief as is just.

Dated: New York, New York
            August 13, 2010

> /s/ Joseph H. Smolinsky
> Harvey R. Miller
> Stephen Karotkin
> Joseph H. Smolinsky
>
> WEIL, GOTSHAL & MANGES LLP
> 767 Fifth Avenue
> New York, New York 10153
> Telephone: (212) 310-8000
> Facsimile: (212) 310-8007
>
> Attorneys for Debtors
> and Debtors in Possession

**<u>Exhibit A</u>**

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SYLVIA MARLENE FREEMAN<br>6430 HUNT RD<br>FAYETTEVILLE, OH 45118 | 12123 | Motors Liquidation Company | $4,441.61 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| SYLVIA MUSSMAN<br>7074 POST RD<br>MONTAGUE, MI 49437 | 5412 | Motors Liquidation Company | $15,600.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| SYLVIA PERKEL TTEE<br>SYLVIA PERKEL TRUST U/A<br>DTD 01/04/1996<br>19 LAMINGTON ROAD<br>BRANCHBURG, NJ 08876 | 12494 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| SYLVIA R PEAR &<br>ROBERT L PEAR<br>DESIGNATED BENE PLAN/TOD<br>10224 TREASURE MOUNTAIN COURT<br>LAS VEGAS, NV 89129 | 28538 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| SYLVIA RAGOVIN<br>2 DAPPLEFIELDS CT<br>LAKEWOOD, NJ 08701 | 17108 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| SYLVIA S FELDBAUM<br>C/O 100 N MAIN #3020<br>MEMPHIS, TN 38103 | 3376 | Motors Liquidation Company | $9,091.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| SYLVIA SCHAFF<br>3000 W VALLEY FORGE CIR #346<br>KNG OF PRUSSA, PA 19406 | 36748 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| SYLVIA SCHANE &<br>DEBORAH DION JT TEN<br>29158 WELLINGTON WEST #67<br>SOUTHFIELD, MI 48034 | 16753 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| SYLVIA SHAFRAN DECD FBO LINDA SHAFRAN<br>C/O LINDA SHAFRAN<br>22055 46TH ST APT 8K<br>BAYSIDE, NY 11361 | 15679 | Motors Liquidation Company | $2,075.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| SYLVIA SONDAK<br>DONALD SONDAK<br>121C AMBERLY DRIVE<br>MANALAPAN, NJ 07726 | 10717 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SYLVIA STILLMAN IRA<br>SYLVIA STILLMAN<br>2025 SHERMAN AVE<br>APT 302<br>EVANSTON, IL 60201 | 5603 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| SYLVIA TALLER<br>MYRON TALLER<br>610 LINDEN BLVD<br>BROOKLYN, NY 11203 | 15729 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| SYLVIA V PETERSEN<br>1919 DEANE BOULEVARD<br>RACINE, WI 53403 | 45436 | Motors Liquidation Company | $13,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| SYLVIA Z COHEN<br>6431 ELLWELL CRES<br>REGO PARK, NY 11374 | 12666 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| SYLVIA ZAGER<br>2411 CRESTMOOR ROAD<br>UNIT PH-1<br>NASHVILLE, TN 37215 | 11871 | Motors Liquidation Company | $4,126.45 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| SYSTEM MAINTENANCE SVCS INC<br>1586 BERTRAM ST<br>HONOLULU, HI 96816 | 18705 | Motors Liquidation Company | $10,091.37 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| T AND A HOLDINGS<br>C/O ULTRAMONT PROPERTIES<br>115 SE 2ND ST # 2<br>MIAMI, FL 33131 | 11113 | Motors Liquidation Company | $247,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| T E MCKINNEY & E MCKINNEY CO-TTEE<br>THOMAS & EILEEN MCKINNEY TRUST U/A<br>DTD 07/23/2007<br>3367 SOUTH FRANCISCO WAY<br>ANTIOCH, CA 94509 | 6435 | Motors Liquidation Company | $10,237.20 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| T HAROLD ROSE<br>1919 STONEWALL DR<br>NASHVILLE, TN 37220 | 22832 | Motors Liquidation Company | $32,206.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| T L STAHL & J G STAHL CO-TTEE<br>STAHL FAMILY REVOCABLE TRUST U/A<br>DTD 06/24/1996<br>2735 W CHERRY CT<br>VISALIA, CA 93277 | 8558 | Motors Liquidation Company | $6,875.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| T NAPLES & L ROSANO CO-TTEE<br>ASSOCIATED DEVELOPMENT CP PEN PLAN<br>U/T/A DTD 08/26/2002<br>213-09 41ST AVENUE STE 1E<br>BAYSIDE, NY 11361 | 68282 | Motors Liquidation Company | $52,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| T WHITE & T ALLEN TTEE<br>CARL C ASHBY TRUST<br>U/A DTD 12/04/2003<br>6006 PLUMAS ST APT H<br>RENO, NV 89519 | 45060 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TABITHA RODMAN<br>CGM ROTH IRA CUSTODIAN<br>1059 W NORTH SHORE AVE  #2<br>CHICAGO, IL 60626 | 27386 | Motors Liquidation Company | $732.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TAE Y RHO<br>CGM IRA ROLLOVER CUSTODIAN<br>4426 TITLEIST DR<br>FERNANDINA BEACH, FL 32034 | 22760 | Motors Liquidation Company | $150,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TAI-HSIUNG PIEN<br>12F-3, NO. 213, SEC 1<br>FUXING S.RD, DA-AN DISTRICT<br>TAIPEI CITY 106 TAIWAN<br>,<br>TAIWAN | 27346 | Motors Liquidation Company | $250,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TAI-HSIUNG PIEN<br>12F-3, NO. 213, SEC 1,<br>FUXING S RD, DA-AN DISTRICT<br>TAIPEI CITY 106 TAIWAN<br>,<br>TAIWAN | 29378 | Motors Liquidation Company | $250,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TALAL T HAMADAH<br>2740 MEADOWLARK RD<br>MORGANSVILLE, KS 67468 | 28983 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TALMA L CRABB IRA ROLLOVER DATED 2-20-01<br>1925 CHILTON CT<br>FARMINGTON, NM 87401 | 825 | Motors Liquidation Company | $16,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| TAMARA AYVAZIAN<br>3911 BELMORE WAY<br><br>RENO, NV 89503 | 9870 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TAMARA GALIC TRUSTEE<br>5050 PARK AVENUE<br><br>PORTAGE, IN 46368<br>UNITED STATES OF AMERICA | 17802 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TAMARA SCHEINKOPF<br>420 RIVERSIDE DR 10F<br><br>NEW YORK, NY 10025 | 8035 | Motors Liquidation Company | $20,252.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TAMARAH J LEFEVRE TTEE<br>TAMARAH J LEFEVRE TRUST AGREEM<br>UA DATED 2/14/97<br>11343 GOLDEN BEAR CIRCLE<br>NOBLESVILLE, IN 46060 | 5692 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TAMARAH J LEFEVRE TTEE<br>TAMARAH J LEFEVRE TRUST AGREEM<br>U/A DTD 02/14/1997<br>11343 GOLDEN BEAR CIR<br>NOBLESVILLE, IN 46060 | 5693 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TAMER SHEIKH<br>8430 CERCO CT<br><br>FORT WAYNE, IN 46815 | 14048 | Motors Liquidation Company | $6,254.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TANIA MARIA JANY-BROWN<br>846 POPLAR LN<br><br>DEERFIELD, IL 60015 | 3671 | Motors Liquidation Company | $22,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TANIA MARIA JANY-BROWN<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>846 POPLAR LN<br><br>DEERFIELD, IL 60015 | 12089 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TANIA MARIA JANY-BROWN &<br>JOSEPH J JANY JT TEN<br>846 POPLAR LN<br><br>DEERFIELD, IL 60015 | 12090 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| TANJA REICHENBERGER<br>MADELSEDERSTR 6<br>81735 MUNICH GERMANY<br><br>GERMANY | 22380 | Motors Liquidation Company | $1,036.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TANNER FAMILY TRUST<br>BEVERLY TANNER<br>20 PINEHURST<br>MEMPHIS, TN 38117 | 17838 | Motors Liquidation Company | $14,960.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TANTALLON TRADING<br>OSWALDO JUGO<br>434 VITTORIO AVE<br>CORAL GABLES, FL 33146 | 63199 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TANYA L MANNING<br>1011 E 223RD ST<br><br>BRONX, NY 10466 | 63024 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TANYS KENNEY<br>6955 WINTER HAWK CIR<br><br>COLORADO SPGS, CO 80919 | 12697 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TAPPEINER MANFRED<br>VIA CASTELLO 20A<br>NATURNO 39025 ITALY<br><br>ITALY | 26772 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TARA LONG AND KATHERINE G LONG<br>300 BELVEDERE ST<br><br>CARLISLE, PA 17013 | 1752 | Motors Liquidation Company | $212,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TARAZIGEBRAN AND MONA ARSAN<br>C/O EMIRATES LEBANON BANK<br>JOUNIEH-LEBANON<br>PO BOX 11<br>1608 BEIRUT LEBANON<br><br>LEBANON | 29931 | Motors Liquidation Company | $200,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TATSUKO H SELLERS<br>4405 KINGSPOINT DRIVE<br><br>COLUMBUS, GA 31909 | 45857 | Motors Liquidation Company | $12,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Seventy-Third Omnibus Objection**

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| TATYANA KNASTER<br>CGM IRA CUSTODIAN<br>800 OCEAN DR APT 1005<br>JUNO BEACH, FL 33408 | 26945 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TAYLOR, ALFRED J<br>3618 BONAIRE CT<br>PUNTA GORDA, FL 33950 | 11514 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TB AMERITRADE CLEARING CUSTODIAN<br>C/O ANDREW BRISKAR<br>IRA ROLLOVER<br>40 JANET LANE<br>BERKLEY HTS, NJ 07922 | 12082 | Motors Liquidation Company | $16,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TD AMERITRADE<br>1005 NORTH AMER TRADE<br>BELLEVUE, NE 68005 | 29594 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TED & MARGERY LAHN<br>5003 ARLINGTON ST<br>LOVES PARK, IL 61111 | 22005 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TED B CHANG<br>978 SANDCASTLE DRIVE<br>CORONA DEL MAR, CA 92625 | 8643 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TED C GILLES IRA<br>8523 THACKERY ST # 8108<br>DALLAS, TX 75225 | 28767 | Motors Liquidation Company | $35,410.05 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TED E WALDREP<br>415 W 55TH ST<br>ANNISTON, AL 36206 | 2078 | Motors Liquidation Company | $7,410.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TED M COWAN<br>2300 RIVERSIDE DR UNIT 16G<br>TULSA, OK 74114 | 3138 | Motors Liquidation Company | $12,432.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TED M DAWSON<br>5612 SAINT ALBANS WAY<br>BALTIMORE, MD 21212 | 44291 | Motors Liquidation Company | $4,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| TEDDY MCDOWELL<br>1630 COUNTY ROAD 313, WEST<br><br>TYLER, TX 75706<br>UNITED STATES OF AMERICA | 16285 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TEJ KHARBANDA<br>103 N 5TH ST<br>APT #B<br>ALHAMBRA, CA 91801 | 28531 | Motors Liquidation Company | $272.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TEJ S KHARBANDA<br>103 N 5TH ST APT B<br><br>ALHAMBRA, CA 91801 | 28530 | Motors Liquidation Company | $272.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TEPAS MILTON R<br>1511 HERON DR<br><br>SUN CITY CENTER, FL 33573 | 65236 | Motors Liquidation Company | $17,300.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TERESA A SNOW<br>409 W JACKSON<br><br>BELVIDERE, IL 61008 | 15963 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TERESA A WATERS<br>MLPF & S CUST FPO<br>TERESA A WATERS IRA<br>1253 W ROLLERCOASTER RD B<br>TUCSON, AZ 85704 | 12764 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TERESA B WELCH & RUSSELL E WELCH TO<br>NANCY E BROOK, GREGORY E WELCH<br>SUBJECT TO STA RULES<br>7 WELCH ROAD<br>MC DAVID, FL 32568 | 12339 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TERESA CASAREGOLA<br>SUSAN MIANO<br>9201 SHORE RD APT C410<br>BROOKLYN, NY 11209 | 11971 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TERESA ESPINAL GALLEGOS - ROSA HELENA ESPINAL G<br>32 AV DE SAINT CLAUDE<br>75012 PARIS FRANCE<br><br>FRANCE | 22711 | Motors Liquidation Company | $2,444.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| TERESA GARCIA<br>306 N LAUBER WAY<br><br>TAMPA, FL 33609 | 17975 | Motors Liquidation Company | $19,525.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TERESA GENIUSZ<br>10600 ARBOR WAY<br><br>RENO, NV 89521 | 36756 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TERESA GOMES &<br>JULIE GOMES-RUSSITANO JT TEN<br>57 BROCKETT FARM RD<br>NORTH HAVEN, CT 06473 | 10229 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TERRE HAUTE SAVINGS BANK<br>TRUST DEPARTMENT<br>ATTN VICKI BARRETT<br>PO BOX 1648<br>533 OHIO ST<br>TERRE HAUTE, IN 47807 | 5398 | Motors Liquidation Company | $30,555.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TERRELL LOUIS RUHLMAN<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>15 REFLECTION CIR<br>SEDONA, AZ 86351 | 3846 | Motors Liquidation Company | $351,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TERREMOTO FINANCE CORP<br>C/O MERRILL LYNCH<br>450 E LAS OLAS BLVD<br>STE 1080<br>FORT LAUDERDALE, FL 33301 | 11007 | Motors Liquidation Company | $3,000,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TERRENCE E EGAN<br>929 TALL PINE DR<br><br>PORT ORANGE, FL 32177 | 64955 | Motors Liquidation Company | $327,473.96 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TERRENCE J GUERIN<br>419 WILLIAMSBURG PLACE<br><br>SAN ANTONIO, TX 78201 | 9066 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TERRY A YON TRUST<br>TERRY A YON TTEE<br>U/A DTD 09/20/2000<br>115 DUNE LANE<br>COCOA, FL 32927 | 5194 | Motors Liquidation Company | $7,269.54 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| TERRY AND KATHY BARRETT FAMILY LIMITED PARTNERSHIP P O BOX 1329 FRISCO, CO 80443 | 61825 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TERRY BLEIER PAUL 12814 JOHN REYNOLDS CIR GALVESTON, TX 77554 | 5639 | Motors Liquidation Company | $7,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TERRY BROWN AND BRIEN BROWN 38 BLAIR RD WILLINGTON, CT 06279 | 18634 | Motors Liquidation Company | $5,479.20 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TERRY DUHAMEL 5235 MISSON OAKS BLVD, #349 CAMARILLO, CA 93012 | 4412 | Motors Liquidation Company | $15,375.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TERRY FRIEDMAN 3920 N LAKE SHORE DRIVE APT# 5-SOUTH CHICAGO, IL 60613 | 26921 | Motors Liquidation Company | $3,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TERRY G WENDT IRA TERRY G WENDT 404 PATRICK AVE WAUNAKEE, WI 53597 | 24288 | Motors Liquidation Company | $23,450.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TERRY GEER 1910 WEST EMERALD BEND COURT GRANBURY, TX 76049 UNITED STATES OF AMERICA | 26953 | Motors Liquidation Company | $13,700.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TERRY J GARNER T.O.D JAMES S. GARNER SUBJECT TO STA T.O.D RULES 15 SHAWNEE DR WEST FRANKFORT, IL 62896 | 12436 | Motors Liquidation Company | $70,649.70 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TERRY J LEMAICH TTEE FBO LA MAR BERRY TRUST U/A/D 03/21/01 4004 EAGLENEST LANE DANVILLE, CA 94506 | 62155 | Motors Liquidation Company | $555.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| TERRY JAN STRAND & JOYCE HOWELL STRAND<br>TERRY JAN STRAND & JOYCE HOWELL STRAND JT WROS<br>208 MCGUIRE BLVD<br>INDIAN HRBR BCH, FL 32937 | 10043 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TERRY L CHESTER<br>3832 NW 65 AVE<br>GAINESVILLE, FL 32653<br>UNITED STATES OF AMERICA | 5324 | Motors Liquidation Company | $17,744.04 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TERRY P TOBIN<br>6715 SHELL FLOWER LN<br>DALLAS, TX 75252 | 20660 | Motors Liquidation Company | $58,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TERRY P TOBIN<br>6715 SHELL FLOWER LN<br>DALLAS, TX 75252 | 20661 | Motors Liquidation Company | $11,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TERRY P TOBIN<br>6715 SHELL FLOWER LN<br>DALLAS, TX 75252 | 20662 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TERRY QUENTIN BURGE<br>459 FEATHERWOOD DR<br>HARRISON, OH 45030 | 22736 | Motors Liquidation Company | $7,535.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TERRY R SMITH<br>3 LAUREL LN<br>PILESGROVE, NJ 08098 | 13162 | Motors Liquidation Company | $10,713.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TERRY S BROWN<br>38 BLAIR RD<br>WILLINGTON, CT 06279 | 19175 | Motors Liquidation Company | $4,450.90 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TERRY SHELOWITZ<br>10722 BOCA WOODS LN<br>BOCA RATON, FL 33428 | 22917 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TERRY SHELOWITZ<br>10726 BOCA WOODS LANE<br>BOCA RATON, FL 33428 | 22918 | Motors Liquidation Company | $13,579.10 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| TESCOR TECHNOLOGY INC<br>PO BOX 606<br><br>CEDARBURG, WI 53012 | 8894 | Motors Liquidation Company | $10,413.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TESSMAN FAMILY TRUST<br>M O TESSMAN TTEE<br>4144 WILADA<br>DALLAS, TX 75220 | 8397 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THAD GRAY<br>PO BOX 204182<br><br>AUGUSTA, GA 30917 | 16370 | Motors Liquidation Company | $15,464.06 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THADDEUS RICHARD WEEKS<br>7500 SW 64TH CRT<br><br>SOUTH MIAMI, FL 33143 | 20685 | Motors Liquidation Company | $7,500.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THAO VU<br>1133 SW 128TH<br><br>OKLAHOMA, OK 73170<br>UNITED STATES OF AMERICA | 64345 | Motors Liquidation Company | $8,709.94 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE A STEPHEN AND MARYELL M GREEN LIVING TRUST 8/1/94<br>A STEPHEN GREEN TTEE<br>MARYELLA M GREEN TTEE<br>1522 COLLEGE WAY<br>NEW BERN, NC 28562 | 23319 | Motors Liquidation Company | $23,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE ABRAHAMSON-WOLVEKAMP L TR<br>ROBERT P ABRAHAMSON TTEE<br>SACHA M WOLVEKAMP TTEE<br>U/A 09/19/2007<br>995 RODEO ROAD<br>SEDONA, AZ 86336 | 15617 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE ALBERT L EICHEN AND DOROTHY<br>I EICHEN LIV TRUST UAD 05/10/95<br>ALBERT L EICHEN &<br>DOROTHY I EICHEN TTEES<br>1738 W WALNUT ST<br>COAL TOWNSHIP, PA 17866 | 12638 | Motors Liquidation Company | $12,425.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE BENHAM FAMILY TRUST<br>MARGOT J. BENHAM TTEE<br>11021 E BROADWAY<br>MESA, AZ 85208 | 19692 | Motors Liquidation Company | $10,937.39 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Third Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| THE BIERYLA IRREVOCABLE TR<br>JOHN P CARR & NICOLE BIERYLA<br>PARKER TTEES UAD 12/19/97<br>ASSET ADVISOR<br>204 MIDDLETON DR<br>CHARLOTTE, NC 28207 | 60596 | Motors Liquidation Company | $8,816.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE BRY MARITAL A TRUST<br>JUDY BRY RUTSTEIN TTEE<br>3825 RIVER RUN TRAIL<br>BIRMINGHAM, AL 35243 | 19987 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE CAROL A GEREMIA REV TRUST DTD 8/30/05<br>CAROL A GEREMIA & KENNETH A GEREMIA TTEES<br>18848 SE WINDWARD ISLAND WAY<br>JUPITER, FL 33458 | 20941 | Motors Liquidation Company | $118,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE CAROL EPSTEIN FAMILY TRUST<br>UAD 11/09/05<br>CAROL EPSTEIN TTEE<br>9495 BLIND PASS ROAD, #308<br>ST PETE BEACH, FL 33706 | 10732 | Motors Liquidation Company | $352,398.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE CASTILLO FAMILY TRUST<br>UAD 12/13/05<br>EDWARD L CASTILLO &<br>THERESA CASTILLO TTEES<br>25781 DILLON RD<br>LAGUNA HILLS, CA 92653 | 21939 | Motors Liquidation Company | $100,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE CHERYL J SIMON TRUST<br>CRAIG SIMON TRUSTEE<br>PO BOX 15<br>GOLDEN, CO 80402 | 16017 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE CLOONAN FAMILY REVOCABLE<br>LIVING TRUST U/A/D 1 20 99<br>EDWARD F CLOONAN &<br>JANET L CLOONAN TRUSTEES<br>6576 BIG CREEK PKWY<br>CLEVELAND, OH 44130 | 2815 | Motors Liquidation Company | $5,525.22 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE CLOONAN FAMILY REVOCABLE<br>LIVING TRUST U/A/D 1/20/1999<br>C/O EDWARD F CLOONAN & JANET I CLOONAN TTEES<br>6576 BIG CREEK PKWY<br>CLEVELAND, OH 44130 | 19023 | Motors Liquidation Company | $5,525.22 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| THE CORWIN DENNISON QUERREY JR RV LVN TR CORWIN D QUERREY JR TTEE U/A DTD 01/22/2008 15850 NORTH THOMPSON PEAK PARKWAY #1010 SCOTTSDALE, AZ 85260 | 16083 | Motors Liquidation Company | $32,430.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE COSTES FAMILY TUST RICHARD B COSTES MARGARET E COSTES TTEE 16617 N WEST POINT PKWY #229 SURPRISE, AZ 85374 | 4088 | Motors Liquidation Company | $6,238.70 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE DAVID O. WAGNER LIVING TR DAVID O WAGNER TTEE U/A DTD 10/14/2004 7401 LIZ CT WEST HILLS, CA 91304 | 12005 | Motors Liquidation Company | $28,500.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE DEVALON FAMILY TRUST CHARLES C DEVALON 38305 GRAND OAKS AVE PALM DESERT, CA 92211 | 13224 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE DONALD DAVID BORDEN AND MARILYN ROSE BORDEN LIVING TRUST DTD 07/22/1994 DONALD AND MARILYN BORDEN TRUSTEES 200 BIRD MOUNTAIN RIDGE ROAD LANDRUM, SC 29356 | 424 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE DR FRANCIS P CHIARAMONTE PRIVATE FOUNDATION C/O LAFAYETTE INVESTMENTS INC 7910 WOODMONT AVENUE, #905 BETHESDA, MD 20814 | 1821 | Motors Liquidation Company | $693,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE DUANE FERGUSON TRUST UAD 07/25/06 DUANE FERGUSON TTEE 5200 MIDWAY RD # 614 NAMPA, ID 83607 | 5385 | Motors Liquidation Company | $11,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE DUNAGAN MANAGEMENT TRUST EDDIE D DUNAGAN VIRGINIA M DUNAGAN 8714 RIDGEHILL DR AUSTIN, TX 78759 | 17166 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| THE EDWARD B BYRD<br>CHARITABLE REMAINDER<br>UNT TST 2/19/99 EDWARD B BYRD TTEE<br>16301 SUGARLAND RD<br>BOYDS, MD 20841 | 6376 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE EDWARD F SMITH TRUST DATED JUNE 10, 2008<br>JOHN R TURK, TRUSTEE FOR THE EDWARD F SMITH<br>TRUST DATED JUNE 10, 2008<br>1018 MISSION STREET #3<br>SOUTH PASADENA, CA 91030 | 60763 | Motors Liquidation Company | $10,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE EDWARD F SMITH TRUST DATED JUNE 10, 2008<br>JOHN R TURK, TRUSTEE FOR THE EDWARD F SMITH TRUST DATED 06/10/2008<br>1018 MISSION STREET #3<br>SOUTH PASADENA, CA 91030 | 60764 | MLCS, LLC | $10,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE EDWARD F SMITH TRUST DATED JUNE 10, 2008<br>JOHN R TURK, TRUSTEE FOR THE EDWARD F SMITH<br>TRUST DATED JUNE 10, 2008<br>1018 MISSION ST #3<br>SOUTH PASADENA, CA 91030 | 60765 | MLCS Distribution Corporation | $10,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE EDWARD F SMITH TRUST DATED JUNE 10, 2008<br>JOHN R TURK, TRUSTEE FOR THE EDWARD F SMITH<br>TRUST DATED 06/10/2008<br>1018 MISSION STREET #3<br>SOUTH PASADENA, CA 91030 | 60766 | MLC of Harlem, Inc. | $10,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE ESTATE OF ANNE B TRAIN<br>CAROLYN H TRAIN EXECUTOR<br>2460 HARRINGTON DRIVE<br>DECATUR, GA 30033 | 28868 | Motors Liquidation Company | $1,260.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE ESTATE OF DAVID WEAVER<br>C/O WEITZ & LUXENBERG PC<br>700 BROADWAY<br>NEW YORK CITY, NY 10003 | 21430 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE ESTATE OF ELBERT H VAUGHN<br>C/O WEITZ & LUXENBERG PC<br>700 BROADWAY<br>NEW YORK, NY 10003 | 21434 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE ESTATE OF KENNETH WALLACE<br>C/O WEITZ & LUXENBERG PC<br>700 BROADWAY<br>NEW YORK CITY, NY 10003 | 21431 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| THE ESTATE OF SUSAN S NOERNAM<br>K A GRIFFITHS - PERSONAL REPRESENTATIVE<br>3345 WOODROW WAY<br>ATLANTA, GA 30319 | 68393 | Motors Liquidation Company | $56,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE ESTATE OF SUSAN S. NORMAN<br>KAGRIFFITHS- PERSONAL REPRESENTATIVE<br>3345 WOODROW WAY<br>ATLANTA, GA 30319<br>UNITED STATES OF AMERICA | 67636 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE ESTATE OF THEODORE ROOSEVELT WILCHER<br>C/O WEITZ & LUXENBERG PC<br>700 BROADWAY<br>NEW YORK CITY, NY 10003 | 21428 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE ESTATE OF WALTER S VOSBURGH<br>C/O WEITZ & LUXENBERG PC<br>700 BROADWAY<br>NEW YORK CITY, NY 10003 | 21432 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE FOREST FAMILY FOUNDATION<br>INC<br>C/O SHEP FOREST<br>175 EAST 62ND STREET<br>NEW YORK, NY 10021 | 12292 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE FOX FAMILY TRUST UA 6/26/1990<br>GARY M. FOX & PATRICIA P FOX<br>35 W KELLY RD<br>NEWBURY PARK, CA 91320 | 13453 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE FRANK H PETTYJOHN LIV TRST<br>FRANK H PETTYJOHN TTEE<br>U/A DTD 08/22/2007<br>7297 SUNRISE VISTA<br>PRESCOTT VLY, AZ 86314 | 10694 | Motors Liquidation Company | $12,500.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE GAETAN PHIPPS TRUST<br>UAD 11/08/96<br>C/O MARILENE PHIPPS-KETTLEWELL TTEE<br>52 GARDEN STREET #41<br>CAMBRIDGE, MA 02138 | 65523 | Motors Liquidation Company | $150,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE GARRETT AND CHARLYN CROW FAMILY TRUST<br>UAD 08/18/09<br>4938 MALTESE CT NE<br>BELMONT, MI 49306 | 14573 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Third Omnibus Objection

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| THE GENE B FRIAR & BILLIE S FRIAR REV TR<br>GENE B FRIAR<br>PO BOX 6115<br>NAVARRE, FL 32566 | 17806 | Motors Liquidation Company | $10,368.76 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE GERALD M BITZ TRUST<br>12586 SE GUILFORD DR<br>MILWAUKIE, OR 97222 | 15965 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE GORDON H KOONTZ & JUNE L KOONTZ<br>REVOCABLE LIV TRUST<br>GORDON H KOONTZ & JUNE L KOONTZ TTEES DTD 6/26/04<br>7528 YELLOW RIVER ROAD<br>FORT WAYNE, IN 46818 | 9584 | Motors Liquidation Company | $6,292.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE GRAY FAMILY TRUST<br>RAY B GRAY JR<br>LEONE V GRAY  TRUSTEES<br>3523 SUGAR RUN<br>CHESAPEAKE, VA 23321 | 9902 | Motors Liquidation Company | $20,303.18 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE HAROLD O'BRIEN TRUST<br>DTD 6/25/2004<br>KAREN D COWGER TTEE<br>GREGORY CLARK O'BRIEN TTEE<br>PO BOX 83<br>HIWASSE, AR 72739 | 17023 | Motors Liquidation Company | $19,477.51 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE HAWKINS FAMILY LIVING TRUST<br>RICHARD W HAWKINS JR TTEE<br>SHARON L HAWKINS TTEE<br>PO BOX 1271<br>LANGLEY, WA 98260 | 2442 | Motors Liquidation Company | $28,489.62 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE HUGHES HOUSEHOLD<br>5007 NW 24TH CIRCLE<br>BOCA RATON, FL 33431 | 22875 | Motors Liquidation Company | $121,714.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE HUGHEY TRUST<br>DTD 7/29/2004<br>ISAAC J HUGHEY &<br>DORIS J HUGHEY TRUSTEES<br>2266 WINWOOD DRIVE<br>FAYETTEVILLE, AR 72703 | 17475 | Motors Liquidation Company | $5,206.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Third Omnibus Objection                    **Exhibit A**                    Motors Liquidation Company, et al.
                                                                                    Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| THE IRENE STONE FAMILY TRUST<br>SOL H STONE, TTEE FBO<br>THE IRENE STONE FAMILY TRUST<br>1304 SCHUYLER ROAD<br>BEVERLY HILLS, CA 90210<br>UNITED STATES OF AMERICA | 7792 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE IRENE STONE FAMILY TRUST<br>SOL H STONE, TTEE FBO<br>THE IRENE STONE FAMILY TRUST<br>1304 SCHUYLER ROAD<br>BEVERLY HILLS, CA 90210<br>UNITED STATES OF AMERICA | 7793 | Motors Liquidation Company | $45,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE IRENE STONE FAMILY TRUST<br>SOL H STONE, TTEE FBO<br>THE IRENE STONE FAMILY TRUST<br>1304 SCHUYLER ROAD<br>BEVERLY HILLS, CA 90210<br>UNITED STATES OF AMERICA | 7794 | Motors Liquidation Company | $35,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE IRREVOCABLE TRUST OF<br>NORMAN B DAVIS UAD 02/10/05<br>C/O SHERRIE R FRANKEL TTEE<br>21 EVAN WAY<br>BALTIMORE, MD 21208 | 68829 | Motors Liquidation Company | $245.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE ISLAND SPINE CENTER PSP<br>FBO MAURO M CATALETTO<br>MAURO CATALETTO, TTEE<br>1 WATCH WAY<br>LLOYD NECK, NY 11743 | 22020 | Motors Liquidation Company | $1,541.53 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE JAMES KRONENGOLD & SANDRA<br>KRONENGOLD INTER VIVOS TRUST<br>JAMES M & SANDRA KRONENGOLD<br>CO TRUSTESS U/A DTD 06/05/08<br>2812 N 46TH AVE APT G370<br>HOLLYWOOD, FL 33021 | 38333 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE JOHN A RODGER IRREVOCABLE TRUST DENIS MICHAEL RODGER TTEE<br>C/O JOHN A RODGER<br>148 THE HELM<br>EAST ISLIP, NY 11730 | 11531 | Motors Liquidation Company | $7,400.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE JOHN DEWEY JONES FAMILY TRUST DTD 09-/30/1996<br>JOHN DEWEY JONES TRUSTOR & TRUSTEE<br>3698 ANTIEM ST<br>SAN DIEGO, CA 92111 | 68498 | Motors Liquidation Company | $83,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| THE JOHN S WELLS TRUST U/A 4/7/98<br>20 PATRIOT LANE<br><br>SHREWSBURY, MA 01545 | 36227 | Motors Liquidation Company | $149,800.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE JOHN W KLUGE FOUNDATION<br>15004 SUNFLOWER COURT<br><br>ROCKVILLE, MD 20853 | 5653 | Motors Liquidation Company | $2,507,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE JOSE F NONIDEZ REVOCABLE LIVING TR<br>U/A DTD 5/25/2004<br>JOSE F NONIDEZ TRUSTEE<br>1749 ARROWHEAD TRAIL NE<br>ATLANTA, GA 30345 | 2065 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE JOSLYN TRUST<br>C/O PAUL & DOROTHY JOSLYN<br>483 ENTERPRISE DR<br>DANVILLE, CA 94526 | 8658 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE KOEPLIN FAMILY FOUNDATION<br>PATRICK KOEPLIN<br>17714 176TH AVE NE<br>WOODINVILLE, WA 98072 | 36892 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE KOEPLIN FAMILY FOUNDATION<br>PATRICK KOEPLIN<br>17714 176TH AVE NE<br>WOODINVILLE, WA 98072 | 38963 | Motors Liquidation Company | $26,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE KOHLIN FAMILY REVOCABLE<br>4420 NEW ENGLAND<br><br>HARWOOD HEIGHTS, IL 60706 | 10237 | Motors Liquidation Company | $13,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE KONIECKI FAMILY TRUST<br>MR AND MRS FRANK KONIECKI<br>8775 20TH ST LOT 272<br>VERO BEACH, FL 32966 | 6740 | Motors Liquidation Company | $6,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE LAMOREAUX FOUNDATION<br>ATTN MAURICE LAMOREAUX PRESIDENT<br>2413 OLD LAKESHORE RD<br>BRIGHT'S GROVE, ON NON ICO  CANADA<br><br>CANADA | 44855 | Motors Liquidation Company | $25,554.52 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| THE LESLIE E COOK REVC LIVING TRUST<br>LESLIE EARL COOK TTEE<br>P O BOX 205<br>ROSS, TX 76684 | 5169 | Motors Liquidation Company | $53,735.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE LIGHTNER FAMILY TRUST<br>U/A/D 11/5/99<br>LAWRENCE L JR LIGHTNER TTEE  GAYLE M LIGHTNER TTEE<br>1150 WILBUR AVE<br>NORTON, OH 44203 | 10582 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE LOREN MEAD LIVING TRUST<br>U/A 6/20/2000<br>LOREN MEAD TTEE<br>9429 E OLIVE LANE S.<br>SUN LAKES, AZ 85248 | 60077 | Motors Liquidation Company | $15,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE MAINE CONNECTION SEP<br>ATTN GEORGE F HOPKINS JR<br>PO BOX 285<br>903 PENDLETON PT ROAD<br>ISLESBORO, ME 04848<br>UNITED STATES OF AMERICA | 5014 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE MARGOLIS FAMILY TRUST<br>BURTON ALLEN MARGOLIS TTEE<br>SUSAN DALE MARGOLIS TTEE<br>U/A DTD 10/29/2004<br>2050 ALDERSGATE DR<br>CLEVELAND, OH 44124 | 1852 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE MARTIN FAMILY TRUST<br>3425 SHAWNEE CIRCLE<br>RENO, NV 89502 | 16218 | Motors Liquidation Company | $500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE MATHOS FAMILY TRUST<br>DTD 11/9/89 AS AMD ON 5/29/200<br>ERNEST T MATHOS &<br>LEONA M MATHOS TTEES<br>5310 EMERYWOOD DRIVE<br>BUENA PARK, CA 90621 | 2978 | Motors Liquidation Company | $18,562.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE MCCLUSKEY FAMILY TRUST<br>WILLIAM C MCCLUSKEY<br>4001 CHERRY BLOSSOM LANE<br>COOL, CA 95614 | 11620 | Motors Liquidation Company | $25,245.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Third Omnibus Objection

## Exhibit A

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| THE MCKINNEY FAMILY TRUST UAD 10/23/08 JAMES E MCKINNEY & BOBBYE I. MCKINNEY TTEES 7 HARRISON BLVD MUSKEGON HTS, MI 49444 | 15585 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE MCKNIGHT FAMILY TRUST DAVID MCKNIGHT 612 SW PINE TREE LN PALM CITY, FL 34990 | 31302 | Motors Liquidation Company | $510,703.69 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE MCLAUGHLIN FAMILY TRUST DOROTHY J MCLAUGHLIN TTEE FBO 512 W CONCHO ST SAFFORD, AZ 85546 | 19295 | Motors Liquidation Company | $37,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE MDF ADVISORS INC PROFIT SHARING TRUST DTD 7/26/01 C/O MICHAEL D FEINSTEIN TRUSTEE MDF ADVISORS INC 10036 LASAINE AVE NORTHRIDGE, CA 91325 | 31212 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE ME TRUST FBO JOHN A ZIZZA DATED 01/01/97 THOMAS MARABELLA & DENISE DIFRANCESCO TTEES 38 CHURCH ST WINCHESTER, MA 01890 | 68738 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE MERCANTILE BANK PO BOX 509 LOUISIANA, MO 63353 | 14194 | Motors Liquidation Company | $1,000,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE METCALF FAMILY TRUST EDWARD METCALF & TERESE A METCALF TTEES 55 W CHESTER ST WORCESTER, MA 61605 | 17683 | Motors Liquidation Company | $10,655.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE MICHAEL GRIMA LIVING TRUST UAD 06/20/08 MICHAEL A GRIMA TTEE PO BOX 2528 ROCKLIN, CA 95677 | 9345 | Motors Liquidation Company | $18,896.80 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE MILDRED L HANSEN TRUST U/A 4/19/1995 HENRY HANSEN TTEE 3065 APPLEBLOSSOM TRL SPRING HILL, FL 34606 | 7054 | Motors Liquidation Company | $26,875.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| THE MORTON TENNY REVOCABLE TRUST<br>UAD 05/14/08<br>MORTON TENNY TTEE<br>13449 SHELL BEACH CT<br>DELRAY BEACH, FL 33446 | 11239 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE MULLANGI FAMILY LLC<br>12229 WOODLINE DR<br>FENTON, MI 48430 | 13789 | Motors Liquidation Company | $15,070.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE NANCY FOX REVOCABLE TRUST<br>NANCY FOX TTEE U/A 4/21/87<br>45 FERNWOOD DRIVE<br>SAN ANSELMO, CA 94960 | 15227 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE NYE LIVING TRUST<br>IRVING NYE TTEE<br>2810 N 46TH AVE<br>APT F 358<br>HOLLYWOOD, FL 33021 | 15359 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE OHIO NATIONAL LIFE ASSURANCE CORP<br>PO BOX 237<br>CINCINNATI, OH 45201 | 12905 | Motors Liquidation Company | $75,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE OHIO NATIONAL LIFE INSURANCE COMPANY<br>PO BOX 237<br>ATTN MAIL CODE 54<br>CINCINNATI, OH 45201 | 12906 | Motors Liquidation Company | $15,275,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE PACE TRUST<br>CHARLES W PACE TTEE<br>NARICE I PACE TTEE U/A DTD 04/25/1991<br>2391 MORENO DRIVE<br>CAMARILLO, CA 93010 | 20240 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE PELLEY HOUSEHOLD<br>159 KRUGER ST<br>WHEELING, WV 26003 | 3324 | Motors Liquidation Company | $10,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE PERKOWSKI FAMILY TRUST<br>JOHN PERKOWSKI, TRUSTEE<br>1524 HUSSMAN AVE<br>GARDNERVILLE, NV 89410 | 2345 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| THE PRUFER TRUST<br>HANS J. PRUFER &<br>MARIE E. PRUFER TTEES<br>U/A DTD 04/16/1984<br>31241 PASEO OLIVOS<br>SAN JUAN CAPO, CA 92675 | 4952 | Motors Liquidation Company | $26,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE RICHARD & PATRICIA VERSCHOOR REVOCABLE TRUST<br>P.O. BOX 531175<br>HENDERSON, NV 89053 | 18594 | Motors Liquidation Company | $100,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE RIORDAN LIVING TRUST<br>RICHARD RIORDAN TTEE<br>RITA RIORDAN TTEE<br>U/A DTD 04/27/1998<br>2135 GERARDO AVENUE<br>LADY LAKE, FL 32159 | 15170 | Motors Liquidation Company | $20,150.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE ROBERT J HERMAN TRUST<br>ROBERT J HERMAN  TTEE<br>U/A DTD 01/11/96<br>BLAIR #112<br>1400 WAVERLY RD<br>GLADWYNE, PA 19035 | 10473 | Motors Liquidation Company | $19,777.82 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE SHENKMAN FAMILY REV LIV TR<br>UAD 11/09/1999 HOWARD SHENKMAN<br>& CAROLE SHENKMAN TTEES<br>10926 DOLPHIN PALM CT<br>BLDG 107-B<br>BOYNTON BEACH, FL 33437 | 23225 | Motors Liquidation Company | $5,090.62 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE ST HENRY BANK<br>ATTN DAVID J ROMER PRESIDENT<br>231 E MAIN ST<br>PO BOX 330<br>ST HENRY, OH 45883 | 12260 | Motors Liquidation Company | $150,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE STANLEY W & CATHERINE BOGACKI<br>REV TR DTD 4-25-06 UAD 04/25/06<br>STANLEY WILLIAM BOGACKI &<br>CATHERINE H BOGACKI TTEES<br>6532 LAWNSIDE DR<br>SAINT LOUIS, MO 63123 | 22009 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE STELLHORN FOUNDATION<br>113 E JEFFERSON<br>SANDUSKY, OH 44870 | 6873 | Motors Liquidation Company | $24,755.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| THE SUTLIFFE TRUST<br>FRANCES J SUTLIFFE TTEE UA DTD<br>8/30/1990<br>1409 SKYCREST DR # 2<br>WALNUT CREEK, CA 94595 | 9461 | Motors Liquidation Company | $32,505.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE THOMAS EPSTEIN REV TRUST<br>UAD 11/09/05<br>THOMAS EPSTEIN TTEE<br>9495 BLIND PASS ROAD, #308<br>ST PETE BEACH, FL 33706 | 10730 | Motors Liquidation Company | $307,805.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE TIWAN HOUSEHOLD<br>207 EAST UPLAND RD<br>ITHACA, NY 14850 | 17032 | Motors Liquidation Company | $1,933.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE TOBIN FAMILY TRUST, DTD 6/25/90<br>LAWRENCE L. TOBIN<br>6715 SHELL FLOWER LN<br>DALLAS, TX 75252 | 20671 | Motors Liquidation Company | $135,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE TOBIN FAMILY TRUST, DTD 6/25/90<br>LAWRENCE L. TOBIN<br>6715 SHELL FLOWER LANE<br>DALLAS, TX 75252 | 20672 | Motors Liquidation Company | $345,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE TOBIN FAMILY TRUST, DTD 6/25/90<br>LAWRENCE L. TOBIN<br>6715 SHELL FLOWER LANE<br>DALLAS, TX 75252 | 20673 | Motors Liquidation Company | $820,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE TOBIN FAMILY TRUST, DTD 6/25/90<br>LAWRENCE L. TOBIN<br>6715 SHELL FLOWER LANE<br>DALLAS, TX 75252 | 20674 | Motors Liquidation Company | $755,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE TONI M GUNKEL & FRANCIS<br>A GUNKEL TRUST<br>DATED MAY 6 2004<br>TONI M GUNKEL TRUSTEE<br>500 WASHINGTON AVE APT 14F<br>KINGSTON, NY 12401 | 6179 | Motors Liquidation Company | $25,584.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE TR CO OF SALI<br>AS TTEE PAL P/S PLAN<br>FBO RICHARD HOLT<br>17 CLUB MANOR DR<br>MAUMELLE, AR 72113 | 18831 | Motors Liquidation Company | $6,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| THE VIVIANE PAUCHET TRUST UAD 12/22/03 C/O MARILENE PHIPPS-KETTZEWELL TTEE 52 GARDEN STREET #41 CAMBRIDGE, MA 02138 | 65522 | Motors Liquidation Company | $150,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE WHITING FOUNDATION 718 HARRISON ST FLINT, MI 48502 | 17316 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE WILLIAMS FAMILY REV TRUST DTD 4/4/00 LYLE ALLEN WILLIAMS & JOY ANN WILLIAMS TTEES 990 HAMPTONS CT #3 MUSKEGON, MI 49441 | 4334 | Motors Liquidation Company | $566.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE Y.H. MIRZOEFF & SONS FOUNDATION, INC. C/O EWENSTEIN 410 E 6TH ST APT 19H NEW YORK, NY 10009 | 18814 | Motors Liquidation Company | $10,061.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THEA KITLEY 69 OAKLAND AVE PORT WASHINGTON, NY 11050 | 20747 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THEATTLE THOMPSON TTEE THEATTLE TRUST U/A DATED 05-18-01 9224 SUNDIAL DRIVE LAS VEGAS, NV 89134 | 6645 | Motors Liquidation Company | $14,883.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THEDA GREENBERG CHARLES SCHWAB & CO INC CUST IRA CONTRIBUTORY 104-20 68TH DR APT A54 FOREST HILLS, NY 11375 | 61393 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THELMA A CHEN 65 BEECH TREE LN MONROE, CT 06468 | 4139 | Motors Liquidation Company | $275,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THELMA C COMBS TOD DTD 02/15/2006 1107 RIVA RIDGE TRAIL CORBIN, KY 40701 | 9911 | Motors Liquidation Company | $34,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| THELMA H BLACKMAN<br>40 CARNOUSTIE ROAD<br><br>DOVER, DE 19904 | 21465 | Motors Liquidation Company | $47,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THELMA KNIGHT<br>1330 NORTH SIDNEY AVENUE A-9<br><br>STERLING, CO 80751 | 39068 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THELMA L HENDLER TRUST<br>6407 TOULON DR<br><br>BOCA RATON, FL 33433 | 13412 | Motors Liquidation Company | $2,500.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THELMA LOUISE LARUE<br>CGM IRA ROLLOVER CUSTODIAN<br>13808 DOWLAIS DR<br>ROCKVILLE, MD 20853 | 29769 | Motors Liquidation Company | $992.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THELMA M RICHARDSON<br>#1 WILDERNESS TRAIL<br><br>KERRVILLE, TX 78028 | 13665 | Motors Liquidation Company | $20,094.40 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THELMA MAIMAN TTEE<br>FBO THELMA MAIMAN REV TRUST<br>U/A/D 04-23-2007<br>20243 NORTH CLEAR CANYON DRIVE<br>SURPRISE, AZ 85374 | 69461 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THELMA MODIST<br>TOD SCOTT MODIST & MATTHEW R MODIST<br>SUBJ TO STA RULES<br>611 S HOLLYBROOK DR BLDG 29 APT 102<br>PEMBROKE PINES, FL 33025 | 10209 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THELMA VICTORIA ARAJ<br>10495 131ST ST N<br><br>LARGO, FL 33774 | 20732 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THELMA W DAVIS<br>12111 TULLAMORE CT UNIT 102<br><br>TIMONIUM, MD 21093 | 62822 | Motors Liquidation Company | $46,829.29 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THELMA W DAVIS<br>CGM IRA CUSTODIAN<br>12111 TULLAMORE CT UNIT 102<br>TIMONIUM, MD 21093 | 62823 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| THEO COUNCIL TTEE<br>THEO C COUNCIL REV TRUST U/A<br>DTD 09/16/1994<br>1214 KNIGHTS GATE COURT<br>SUN CITY CENTER, FL 33573 | 30695 | Motors Liquidation Company | $250,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THEODOR HEINZ STIFTL AND PANG NAI LIN<br>4/F NO 178-1 SUNG-TEH RD<br>TAIPEI, TAIWAN<br><br>TAIWAN | 9972 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THEODOR V BRODEK<br>555 HARDENDORF AVE<br>ATLANTA, GA 30307 | 2326 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THEODORE A YANOW<br>501 W 122 ST #1<br>NEW YORK, NY 10027 | 10530 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THEODORE AIN & PHYLIS AIN<br>C/O KENT REALTY<br>136-48 39TH AVE<br>FLUSHING, NY 11354 | 64355 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THEODORE AND H EILEEN ROGERS<br>2201 COOK AVE<br>PORT TOWNSEND, WA 98368 | 7057 | Motors Liquidation Company | $3,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THEODORE C NEEF<br>829 SKIPPER AVENUE<br>EUGENE, OR 97404 | 3522 | Motors Liquidation Company | $400.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THEODORE EISENBERG TOD<br>LESLIE J MARION &<br>STEVEN A EISENBERG<br>1901 JFK BOULEVARD APT 1011-12<br>PHILADELPHIA, PA 19103 | 15179 | Motors Liquidation Company | $10,555.65 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THEODORE I RIEGER<br>2917 MANHATTAN DR<br>BILLINGS, MT 59102 | 8468 | Motors Liquidation Company | $20,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| THEODORE J SALGADO<br>MARIE E SALGADO TTEES<br>THEODORE & MARIE SALGADO REVTR<br>U/A/D 07/25/2006<br>1737 N HUBBARD ST<br>MILWAUKEE, WI 53212 | 13727 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THEODORE KASPER<br>4960 GULF OF MEXICO DR<br>APT PH6<br>LONGBOAT KEY, FL 34228 | 11154 | Motors Liquidation Company | $50,654.40 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THEODORE LAPPAS JR TTEE<br>THEODORE LAPPAS JR PS PLAN DTD<br>FBO THEODORE LAPPAS JR<br>703 RIVERVIEW HILLS DR<br>CLYDE, NC 28721 | 5030 | Motors Liquidation Company | $50,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THEODORE LUDWICK<br>491 SANTA RITA AVE<br>PALO ALTO, CA 94301 | 30180 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THEODORE M JOHNSON<br>TED JOHNSON<br>6 CHARTHOUSE COVE<br>BUENA PARK, CA 90621 | 11364 | Motors Liquidation Company | $4,899.26 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THEODORE MANHEIM AND<br>BETTE MANHEIM JTWROS<br>8442 MOORING CIRCLE<br>BOYNTON BEACH, FL 33472 | 4035 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THEODORE O TAUBERT<br>371 NORTHCOAST POINTE DR<br>EASTLAKE, OH 44095 | 19939 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THEODORE PEARLMAN<br>7 EMBASSY DR<br>SWEDESBORO, NJ 08085 | 4364 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THEODORE PROPP IRRA<br>C/O PROPP LAPIDUS & JAFFE LLP<br>1500 BROADWAY<br>NEW YORK, NY 10036 | 63489 | Motors Liquidation Company | $102,328.77 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| THEODORE S LEVY MD<br>3 WOODY LN<br>FAIRFIELD, CT 06825 | 5113 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THEODORE S SOBCZAK<br>KARIN H SOBCZAK JTWROS<br>629 94TH ST<br>OCEAN CITY, MD 21842 | 28819 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THEODORE W SCHMID &<br>ROBERTA J SCHMID JT TEN<br>1507 BRUNNERVILLE ROAD<br>LITITZ, PA 17543 | 33346 | Motors Liquidation Company | $59,349.34 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THEOPHILE MACARADJIS<br>1042 CHIPPERFIELD TERRACE<br>STROUDSBURG, PA 18360 | 61983 | Motors Liquidation Company | $5,700.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THEOTIS DICKERSON<br>17 CARMELLA RD<br>HIGHLAND, NY 12528<br>UNITED STATES OF AMERICA | 60734 | Motors Liquidation Company | $58,345.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THERESA ASCHE<br>400 LAMB AVE APT. 107<br>CANASTOTA, NY 13032 | 26990 | Motors Liquidation Company | $4,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THERESA ASCHE<br>400 LAMB AVE APT 107<br>CANASTOTA, NY 13032 | 26991 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THERESA ASCHE<br>400 LAMB AVE APT 107<br>CANASTOTA, NY 13032 | 26992 | Motors Liquidation Company | $3,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THERESA C. KELLY<br>371 NORTHFIELD WAY<br>CAMILLUS, NY 13031 | 63106 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THERESA H AND STANLEY W HINDS<br>TTEES THE STANLEY W HINDS<br>REV TR DTD 01/07/1999<br>44 SYLVIA ST<br>LYNN, MA 01904 | 3699 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 28

Seventy-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| THERESA L ELLETSON<br>2012 ELIZABETH<br>BILLINGS, MT 59102 | 30910 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THERESA LA ROSA TTEE FBO JOHN D CASAMASSINA MAR TRUST<br>273 COLBY PLACE<br>PARAMUS, NJ 07652 | 43267 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THERESA M MARTORANO IRA<br>57 MAPLE DR<br>NEW HYDE PARK, NY 11040 | 6594 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THERESA MANGAS<br>3321 SOUTH G<br>ELWOOD, IN 46036 | 6800 | Motors Liquidation Company | $12,687.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THERESA MIKE<br>1409 N PINE ST<br>ROCHESTER HILLS, MI 48307 | 45776 | Motors Liquidation Company | $679.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THERESA PORTER<br>8120 JENNINGS RD<br>EDEN, NY 14057 | 6427 | Motors Liquidation Company | $6,875.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THERESA R SHUBAT<br>JOSEPH A SHUBAT<br>790 PENTOGA TRL<br>CRYSTAL FALLS, MI 49920 | 61182 | Motors Liquidation Company | $15,543.76 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THERESA SUAREZ<br>357 TRAVIS AVE<br>STATEN ISLAND, NY 10314 | 28158 | Motors Liquidation Company | $27,725.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THILLE L NEWTON<br>SEPARATE PROPERTY<br>2119 EAST LAWNDALE DR<br>SAN ANTONIO, TX 78209 | 20041 | Motors Liquidation Company | $5,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOAMS GILL<br>132 PALO DE ORO<br>ISLAMORADA, FL 33056 | 62730 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| THOMAS & DONNA PRICE<br>444 VALLEY VIEW DRIVE<br>MONROEVILLE, PA 15146 | 2646 | Motors Liquidation Company | $7,454.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS & EDA GARUCCIO<br>80 WINTHROP ROAD<br>MONROE TOWNSHIP, NJ 08831 | 3682 | Motors Liquidation Company | $10,412.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS & JACQUELINE PILLSWORTH<br>40 E BAYBERY ROAD<br>GLENMONT, NY 12077 | 50563 | Motors Liquidation Company | $9,903.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS & SHIRLEY KRISTENSEN<br>THOMAS H KRISTENSEN & SHIRLEY M KRISTENSEN TTEES<br>UDT DTD 9-27-97 FBO KRISTENSEN FAMILY TRUST<br>1921 HOWE PL<br>ESCONDIDO, CA 92025 | 19373 | Motors Liquidation Company | $40,101.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS & THERESA LAURITO<br>10 MILL POND RD<br>HAMPTON BAYS, NY 11946 | 23527 | Motors Liquidation Company | $50,431.66 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS & VISHAKHA MAJITHIA<br>THOMAS MAJITHIA<br>1165 MOUNTAIN QUAIL CIRCLE<br>SAN JOSE, CA 95120 | 43343 | Motors Liquidation Company | $217,686.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS A AND JO A. FINKENHOEFER<br>THOMAS A FINKENHOEFER<br>JO A FINKENHOEFER<br>3079 CLIFTON CT<br>AURORA, IL 60504 | 20084 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS A CONNER<br>CGM SIMPLE IRA CUSTODIAN<br>802 MARLBANK DR<br>YORKTOWN, VA 23692 | 27985 | Motors Liquidation Company | $10,140.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS A CURTIS TOD<br>CHARLEY CURTIS DENISE CURTIS<br>SUBJ TO STA RULES<br>1211 MEADOWLARK AVE<br>MIAMI SPRINGS, FL 33166 | 25379 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| THOMAS A GOLDNER<br>47 CHURCH ST<br>CLARKSTON, MI 48346 | 3739 | Motors Liquidation Company | $10,950.35 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS A JACOBS<br>6445 N KOLMAR AVE<br>LINCOLNWOOD, IL 60712 | 69463 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS A LAZARCHIK<br>340 CAROLYN AVE<br>LATROBE, PA 15650 | 7863 | Motors Liquidation Company | $16,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS A POWERS AND CHERYL A POWERS JTTENS<br>154 WOLF HOLLOW CT<br>TAYLORSVILLE, NC 28681 | 10882 | Motors Liquidation Company | $25,680.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS A WATTERS AND<br>MARIAN F WATTERS JTWROS<br>1107 WHISPERING CV<br>N MYRTLE BCH, SC 29582 | 12037 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS A WELCH TRUST U/A 01/19/2007<br>30 NOBSCOTT ROAD UNIT 1<br>C/O PO BOX 588<br>SUDBURY, MA 01776 | 16246 | Motors Liquidation Company | $500,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS AND BETTY B. TAYLOR<br>753 OREGON ST.<br>GRIDLEY, CA 95948 | 9585 | Motors Liquidation Company | $48,184.69 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS ASQUITH REV TRUST TR<br>THOMAS ASQUITH TTEE<br>APRIL E ASQUITH TTEE<br>8 MOUNTAIN ASH LN<br>FRANKLIN, MA 02038 | 8882 | Motors Liquidation Company | $75,105.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS B & JOANN CALLAGHAN<br>522 HANDY DR<br>BAY CITY, MI 48706 | 30921 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS B AND LILLIAN LOCKARD<br>112 DERRY RD<br>NEW ALEXANDRIA, PA 15670 | 11224 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| THOMAS B BESSER & CAROL LYNN BESSER JTWROS 12 MALLARD DRIVE TABERNACLE, NJ 08088 | 21834 | Motors Liquidation Company | $24,250.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS B CANNON 3332 RUSSELL CIR PLANO, TX 75023 | 23596 | Motors Liquidation Company | $258,875.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS B CANNON 3332 RUSSELL CIR PLANO, TX 75023 | 23597 | Motors Liquidation Company | $198,577.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS B GREANEY CGM IRA ROLLOVER CUSTODIAN 14 HOLLAND ROAD MONROE, NY 10950 | 32834 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS B LOCKE 26185 REGENCY CLUB DR APT 3 WARREN, MI 48089 | 7033 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS BARNES 10896 52ND LOWELL, MI 49331 | 10202 | Motors Liquidation Company | $17,861.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS BARON P/S PLAN THOMAS BARON, TTEE 5636 OAKLEY TERRACE IRVINE, CA 92603 UNITED STATES OF AMERICA | 27817 | Motors Liquidation Company | $55,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS BEADLES 444 SCENIC VIEW RD OZARK, MO 65721 | 12600 | Motors Liquidation Company | $16,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS BLANK 3301 ALT 19 # 165 DUNEDIN, FL 34698 | 12442 | Motors Liquidation Company | $787.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS BOOS 4114 WHITE EAGLE DR NAPERVILLE, IL 60564 | 5664 | Motors Liquidation Company | $200,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| THOMAS C SPARKS JR & LINDA J SPARKS<br>5681 MAIN ST<br><br>MILLBROOK, AL 36054 | 6709 | Motors Liquidation Company | $15,005.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS C WILSON<br>PO BOX 696<br><br>COALING, AL 35449 | 65509 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS CAMPBELL<br>934 BARNETT ROAD<br><br>GOODWATER, AL 35072<br>UNITED STATES OF AMERICA | 12630 | Motors Liquidation Company | $4,050.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS CARMINE<br>1815 EBB COVE CT<br><br>NEWPORT NEWS, VA 23602 | 68951 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS CECIL & MARION CECIL JTWROS<br>293 ELKAHATCHEE ST<br><br>ALEXANDER CITY, AL 35010 | 9760 | Motors Liquidation Company | $59,175.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS COLACE<br>2995 CHAPLE AVE W<br>APT 35<br>CHERRY HILL, NJ 08002<br>UNITED STATES OF AMERICA | 5133 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS COMPANY INC<br>RESTATED MONEY PURCHASE<br>GEORGE THOMAS SR.<br>6587 DELILAH RD<br>EGG HBR TWP, NJ 08234 | 17077 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS COMPANY INC<br>RESTATED PROFIT SHARING PLAN<br>6587 DELIALAH RD<br>EGG HARBOR TWP, NJ 08234 | 17078 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS COTICCHIO<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>12 GRIDLEY ST<br>WEST ISLIP, NY 11795 | 20196 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| THOMAS D FIELD JR<br>PO BOX 151553<br><br>ARLINGTON, TX 76015 | 62967 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS D GRIFFITHE<br>4289 E ROCKY POINT RD<br><br>ANAHEIM, CA 92807 | 1357 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS D KENNEDY &<br>ROSEMARIE KENNEDY JTWROS<br>1509 NORTHLINE DR<br>NORTH LITTLE ROCK, AR 72116 | 26828 | Motors Liquidation Company | $51,485.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS D KOHL<br>445 17TH ST NE<br><br>WINTER HAVEN, FL 33881 | 2399 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS D OSTROWSKI<br>1229 IROQUOIS LANE<br><br>DARIEN, IL 60561 | 12342 | Motors Liquidation Company | $125,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS D ROEBIG<br>SHEILA ROEBIG<br>42 PLAYERS CLUB VILLAS<br>PONTE VEDRA, FL 32082 | 33378 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS DAVISON<br>9510 SW 63 CT<br><br>PINECREST, FL 33156 | 43264 | Motors Liquidation Company | $16,689.76 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS DORR - DORR FARMS<br>10800 E BIRCH RUN RD<br><br>BIRCH RUN, MI 48415 | 12377 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS E GORMAN TTEE<br>THOMAS E GORMAN REV<br>LIVING TR U/A/D 5-05-08<br>2558 AVENIDA SAN VALLE<br>TUCSON, AZ 85715 | 17386 | Motors Liquidation Company | $26,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS E LUTH<br>100 N MAIN ST<br>PO BOX 485<br>CELINA, OH 45822 | 11617 | Motors Liquidation Company | $12,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| THOMAS E O'GORMAN<br>2958 SPRINGWATER COURT<br>TOMS RIVER, NJ 08755 | 69433 | Motors Liquidation Company | $49,880.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS E SABELLA<br>725 WESTCHESTON RD<br>GROSSE POINT PARK, MI 48230 | 28433 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS E SHANER<br>42123 N BACK BREEK CT<br>ANTHEM, AZ 85086 | 22414 | Motors Liquidation Company | $45,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS E TURCOTTE IRA<br>2936 SUNSET AVE<br>FLOSSMOOR, IL 60422 | 10062 | Motors Liquidation Company | $5,135.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS EDWARD MITCHELL<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>763 VZ COUNTY ROAD 3821<br>WILLS POINT, TX 75169 | 19492 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS EDWARDS<br>9614 MOORBERRY LN<br>HOUSTON, TX 77080 | 12585 | Motors Liquidation Company | $22,489.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS F CLEARY<br>13 PENNY LANE<br>BAYVILLE, NJ 08721 | 5674 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS F DOWLING<br>600 HOLLOWAY ST<br>LEESBURG, AL 35983 | 7878 | Motors Liquidation Company | $11,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS F GOCKEL AND<br>HARRIET J GOCKEL JTWROS<br>77 SAFRAN AVE<br>EDISON, NJ 08837 | 5174 | Motors Liquidation Company | $25,468.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS F NICKMAN TTEE   SUZANNE E NICKMAN TTEE<br>THOMAS & SUZANNE JOINT REV TRUS<br>U/A DATED 11-14-1995<br>425 LONG COVE DRIVE<br>FAIRVIEW, TX 75069 | 13413 | Motors Liquidation Company | $3,979.80 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 35

Seventy-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| THOMAS F PAHUTSKI & PHYLLIS A PAHUTSKI<br>139 GREENOCK CT<br><br>ABINGDON, MD 21009 | 19151 | Motors Liquidation Company | $12,033.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS FALCI MD<br>7376 EASTGATE CIR<br><br>LIVERPOOL, NY 13090 | 5772 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS FIACABLE<br>1962 LAURA LN<br><br>CHESTERTON, IN 46304 | 2172 | Motors Liquidation Company | $70,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS G PRICE<br>2007 MANANA<br><br>AUSTIN, TX 78730 | 1992 | Motors Liquidation Company | $29,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS G PRICE<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>2007 MANANA<br>AUSTIN, TX 78730 | 1993 | Motors Liquidation Company | $12,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS GILL<br>132 PALO DE ONO<br><br>ISLAMORADA, FL 33036 | 62728 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS GILL<br>132 PALO DE ORO<br><br>ISLAMORADA, FL 33036 | 62729 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS GILMORE<br>62904 FRUITDALE LN<br><br>LA GRANDE, OR 97850 | 68156 | Motors Liquidation Company | $21,756.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS GLASSMAN TTEE<br>HAROLD S & JEANETTE GLASSMAN INTERV<br>U/A DTD 08/04/1982<br>23650 PARK SEVILLA<br>CALABASAS, CA 91302 | 20010 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS GLASSMAN TTEE<br>GLASSMAN 1982 SURV INTERVIVOS TRUST<br>U/A DTD 08/04/1982<br>23650 PARK SEVILLA<br>CALABASAS, CA 91302 | 20011 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| THOMAS GWIN<br>2107 FOLKSTONE RD<br><br>TIMONIUM, MD 21093 | 5890 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS H EVENSON<br>1637 SAN SILVESTRO DR<br><br>VENICE, FL 34285 | 2555 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS H KEMP<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>1096 COUNTY ROAD 20<br>CORUNNA, IN 46730 | 12473 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS H SCHULZ<br>9870 BELLEFORD CT<br><br>CINCINNATI, OH 45242 | 17883 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS HAUGH<br>4212 MANOR AVE<br><br>ROYAL OAK, MI 48073 | 18346 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS HEINE<br>COLLEGE RING 3<br>28759 BREMEN GERMANY<br><br>GERMANY | 69245 | Motors Liquidation Company | $2,096.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS J & JOHANN SHADE<br>115 CHRISTMAN AVENUE<br><br>WASHINGTON, PA 15301 | 44494 | Motors Liquidation Company | $10,362.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS J ADAMS<br>1 MEADOW RIDGE RD<br><br>BREWSTER, NY 10509 | 10637 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS J AKIN JR TTEE<br>UAD 3-28-84<br>FBO EDITH AKIN TRUST<br>422 FOWLER DR<br>DUNCAN, OK 73533 | 18799 | Motors Liquidation Company | $16,568.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS J AND MARGARET R O'KEEFE<br>124 CROOKED BILLET RD<br><br>HATBORO, PA 19040 | 5705 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| THOMAS J BELL<br>ANN L BELL<br>7409 MOUNTAIN RD NE<br>ALBUQUERQUE, NM 87110 | 15714 | Motors Liquidation Company | $4,928.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS J CAVANAUGH JR<br>C/O LORI CAVANAUGH<br>400 MAYBERRY RD<br>SCHWENKSVILLE, PA 19473 | 6851 | Motors Liquidation Company | $49,026.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS J DEATH<br>435 BAY RD<br>MT DORA, FL 32757 | 66283 | Motors Liquidation Company | $38,864.99 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS J DIPAOLO &<br>MAUREEN E DIPAOLO JTWROS<br>3220 MOSS MILL RD<br>HAMMONTON, NJ 08037 | 21833 | Motors Liquidation Company | $9,498.70 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS J DOYLE TTEE<br>807 GLENN DR<br>HARBOR SPRINGS, MI 49740<br>UNITED STATES OF AMERICA | 14780 | Motors Liquidation Company | $200,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS J EBEL<br>& IRMGARD EBEL JTWROS<br>1910 GLENROSE LN<br>CARROLLTON, TX 75007 | 23552 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS J EBERLY<br>MLPS&S CUST FPO<br>FBO THOMAS J EBERLY IRRA<br>2065 TIMBER CREEK DR<br>TIFFIN, OH 44883 | 7881 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS J FINN AND<br>LOUISE A FINN JTWROS<br>103 ST ALBANS AVENUE<br>DEPTFORD, NJ 08096 | 46073 | Motors Liquidation Company | $948.17 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS J FISHER<br>CHARLES FISHER<br>1613 VIA LAGUNA<br>SAN MATEO, CA 94404 | 22402 | Motors Liquidation Company | $8,331.45 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Third Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| THOMAS J FOY JR AND NONA S FOY JTWROS 3835 ROCKBRIDGE RD COLUMBIA, SC 29206 | 10279 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS J HARVEY 85-63 87 ST WOODHAVEN, NY 11421 | 2225 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS J HAWKINS TOD T HAWKINS, T SKINNER SUBJECT TO STA RULES 9950 BYRON HIGHWAY BRENTWOOD, CA 94513 | 33412 | Motors Liquidation Company | $9,310.16 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS J JARVIS 473 FOREST DRIVE WEBSTER, NY 14580 | 2860 | Motors Liquidation Company | $5,021.30 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS J KENNIS TTEE THOMAS J KENNIS TRUST U/A DTD 01/17/1983 678 BAY POINTE DRIVE OXFORD, MI 48371 | 68356 | Motors Liquidation Company | $220,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS J KOLAR & ELEANOR M KOLAR JT WROS 916 SAN CARLOS DR FT MYERS BEACH, FL 33931 | 3276 | Motors Liquidation Company | $20,035.73 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS J LALLERMAND 719 W 4TH ST PITTSBURG, KS 66762 | 14874 | Motors Liquidation Company | $10,004.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS J MIRABELLA 38 CHURCH ST WINCHESTER, MA 01890 | 65211 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS J MORRIS 926 MORRIS RD TONEY, AL 35773 | 5120 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| THOMAS J MYSLINSKI TTEE<br>MYSLINSKI REVOCABLE LVG TRUST<br>U/A/DTD 7/15/86<br>30940 MEADOWBROOK DRIVE<br>WILLOUGHBY, OH 44092 | 45430 | Motors Liquidation Company | $7,988.53 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS J NASH IRA<br>955 ADAIR AVE<br>ZANESVILLE, OH 43701<br>UNITED STATES OF AMERICA | 15518 | Motors Liquidation Company | $810.73 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS J QUINLAN<br>4534 FOREST HAVEN DR S<br>JACKSONVILLE, FL 32257 | 2564 | Motors Liquidation Company | $11,835.35 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS J ROGERS TTEE<br>RITA J ROGERS TTEE<br>ROGERT FAMILY TRUST U/A DTD 01/26/07<br>1561 CALMING WATER DR<br>ORANGE PARK, FL 32003 | 7558 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS J ROSS IRA<br>FCC AS CUSTODIAN<br>18533 LAKE WORTH BLVD<br>PT CHARLOTTE, FL 33948 | 12698 | Motors Liquidation Company | $12,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS J SCHULTZE<br>903 WOODFERN<br>MARSHALL, MN 56258 | 19343 | Motors Liquidation Company | $15,324.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS J VERMEAL<br>NANCY E VERMEAL<br>538 ROBINHOOD RD<br>BRICK, NJ 08724 | 10821 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS J VOGAN<br>12642 SUFFIELD DR<br>PALOS PARK, IL 60464 | 7399 | Motors Liquidation Company | $13,479.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS J WEBER<br>230 AVENIDA CENTRAL<br>INDIALANTIC, FL 32903 | 4077 | Motors Liquidation Company | $5,832.78 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| THOMAS JENKINS<br>508 44TH AVE S<br><br>MOORHEAD, MN 56560 | 16337 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS JOSEPH LEWIS<br>2209 W EDGEWOOD AVE<br><br>MESA, AZ 85202 | 21853 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS KELLOGG<br>PO BOX 1511<br><br>KINGSTON, WA 98346<br>UNITED STATES OF AMERICA | 28708 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS L BOSCH & BARBARA C BOSCH<br>6 HANCOCK DR<br><br>VILLA GROVE, IL 61956 | 3745 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS L COGSWELL AND NANCY J COGSWELL<br>THOMAS L COGSWELL AND NANCY J COGSWELL JT TEN<br>675 CORLEY BROOK WAY<br>LAWRENCEVILLE, GA 30046 | 15987 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS L COOK<br>4386 POINT COMFORT DR<br><br>AKRON, OH 44319 | 36092 | Motors Liquidation Company | $36,260.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS L FOX<br>1904 SANTA MARGARITA DR<br><br>FALL BROOK, CA 92028 | 3470 | Motors Liquidation Company | $45,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS L GLAZE JR CGM IRA CUSTODIAN<br>3827 EVANS RD<br><br>DORAVILLE, GA 30340 | 3481 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS L GRIEN<br>C/O OPPENHEIMER AND CO INC<br>63 KERCHEVAL AVE STE 300<br>GROSSE POINTE FARMS, MI 48236 | 9681 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS L HARTFILED<br>43 NEW ST<br>BOX 403<br>UTICA, OH 43080 | 61981 | Motors Liquidation Company | $7,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Third Omnibus Objection

## Exhibit A

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| THOMAS L JENDROWSKI<br>5400 HUNTINGTON WAY<br><br>GLADWIN, MI 48624 | 10610 | Motors Liquidation Company | $5,005.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS L JENDROWSKI<br>5400 HUNTINGTON WAY<br><br>GLADWIN, MI 48624 | 10805 | Motors Liquidation Company | $5,005.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS L MACK<br>52 GRAND MIRAMAR DR<br><br>HENDERSON, NV 89011 | 65708 | Motors Liquidation Company | $968.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS L PRINCIPI IRA<br>7519 OLDE SYCAMORE DR<br><br>CHARLOTTE, NC 28227 | 14295 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS L SCHAFFER<br>2212 PISTACHIO DR<br><br>IRVING, TX 75063 | 5055 | Motors Liquidation Company | $25,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS L STEPHENS TTEE<br>U/A DTD 1-17-92<br>THOMAS & EVELYN STEPHENS TR<br>4423 THORNTREE DR<br>BURTON, MI 48509 | 2271 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS L STOLT<br>9706 LONG HILLS DR<br><br>SUN CITY, AZ 85351 | 19752 | Motors Liquidation Company | $784.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS L URQUHART<br>964 DUCHATEAU AVE<br><br>GREEN BAY, WI 54304 | 10454 | Motors Liquidation Company | $11,170.22 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS L VENDITUOLI<br>PO BOX 280<br><br>ACTON, ME 04001 | 5304 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS L VENDITUOLI<br>PO BOX 280<br><br>ACTION, ME 04001<br>UNITED STATES OF AMERICA | 7306 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| THOMAS LETO - IRA<br>718 EAST HENDERSON AVE<br>TAMPA, FL 33602 | 198 | Motors Liquidation Company | $8,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS LINDSLEY HALSEY<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>105 CHECKERBERRY LN<br>GREENSBORO, NC 27455 | 1835 | Motors Liquidation Company | $35,942.09 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS LLOYD<br>CGM SEP IRA CUSTODIAN<br>1201 SOUTH BEACH AVE<br>BEACH HAVEN, NJ 08008 | 44395 | Motors Liquidation Company | $66,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS LLOYD AND<br>ELIZABETH LLOYD JTWROS<br>1201 SOUTH BEACH AVE<br>BEACH HAVEN, NJ 08008 | 44396 | Motors Liquidation Company | $24,437.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS LOUI<br>IRA ROLLOVER<br>TD WATERHOUSE BANK CUSTODIAN<br>2722 MENDOCINO DR<br>PINOLE, CA 94564 | 12586 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS LUCCHETTI<br>14 BLACKSMITH RD<br>CUMBERLAND, RI 02864 | 9239 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS M BABB<br>455 MALAGA DRIVE<br>SATSUMA, AL 36572 | 19909 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS M BRYANT<br>PO BOX 358<br>HAZEL PARK, MI 48030 | 31154 | Motors Liquidation Company | $32,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS M COX<br>203 SKYVIEW DR<br>COLUMBIA, TN 38401 | 8843 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS M GILMORE TTEE<br>C MARIE GILMORE TTEE<br>2405 W LAKEVIEW DR<br>HOBBS, NM 88240 | 2981 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| THOMAS M GORDON AND MARY GORDON<br>C/O THOMAS M GORDON<br>6485 JASMINE DR<br>HUNTINGTON BEACH, CA 92648 | 7580 | Motors Liquidation Company | $73,752.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS M HINES<br>1801 MISSION RD<br>BIRMINGHAM, AL 35216<br>UNITED STATES OF AMERICA | 4240 | Motors Liquidation Company | $17,480.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS M KEELEY & HELENA KEELEY<br>1040 THORNRIDGE CT<br>BROOKFIELD, WI 53045 | 13435 | Motors Liquidation Company | $85,479.34 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS M MILLER<br>2967 APPALOOSA LANE<br>LAKE HAVASU CITY, AZ 86406 | 13410 | Motors Liquidation Company | $11,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS M SULLIVAN<br>BETTY M SULLIVAN JT TEN<br>210 N WESTFIELD ST APT 257<br>OSHKOSH, WI 54902 | 5757 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS M TRYWISKI<br>309 SO 4TH ST<br>FULTON, NY 13069 | 8906 | Motors Liquidation Company | $99,837.08 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS MALINAK<br>11313 SE 176 PLACE<br>SUMMERFIELD, FL 34491<br>UNITED STATES OF AMERICA | 19157 | Motors Liquidation Company | $57,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS MANAGEMENT CO INC<br>GEORGE THOMAS<br>6587 DELILAH RD<br>EGG HBR TWR, NJ 08234 | 17076 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS MARTIN ANDERSEN<br>2108 LARKSPUR COURT<br>TRINITY, FL 34655 | 5160 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS MCGARRIE<br>29500 W CHICAGO<br>LIVONIA, MI 48150 | 69691 | Motors Liquidation Company | $9,446.90 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| THOMAS MEDVED TTEE<br>MEDVED FAMILY TRUST U/A DTD 10/28/98<br>33928 BIRCHWOOD DR<br>STERLING HTS, MI 48312 | 18828 | Motors Liquidation Company | $6,387.16 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS MELTSEN<br>700 ARDMORE AVE<br>#611<br>ARDMORE, PA 19003 | 9113 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS MELVILLE BOYD<br>350 JESSELIN DR<br>LEXINGTON, KY 40503 | 6068 | Motors Liquidation Company | $13,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS MESSINA JOINT<br>THOMAS MESSINA<br>558 LOGAN AVENUE<br>BRONX, NY 10465<br>UNITED STATES OF AMERICA | 27247 | Motors Liquidation Company | $25,829.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS MODZELEWSKI<br>3825 COMLEY CIRCLE<br>DOYLESTOWN, PA 18902 | 17289 | Motors Liquidation Company | $5,456.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS N & LOIS A HAMILTON<br>3206 CALIENTE CT #5044<br>ARLINGTON, TX 76017 | 21588 | Motors Liquidation Company | $180,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS N BERTHELSEN IRA<br>FCC AS CUSTODIAN<br>4017 103RD AVENUE N<br>CLEARWATER, FL 33762 | 63203 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS N GILMER<br>DIANA OSBORNE GILMER<br>812 WINDIGO LN<br>OTSEGO, MI 49078 | 8687 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS O BURKETT<br>12606 WATERSIDE WAY<br>HOUSTON, TX 77041 | 26852 | Motors Liquidation Company | $47,775.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS O BURKETT<br>12606 WATERSIDE WAY<br>HOUSTON, TX 77041 | 26853 | Motors Liquidation Company | $74,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| THOMAS OSTEEN<br>343 CROUSE ROAD<br><br>WILMINGTON, OH 45177 | 3683 | Motors Liquidation Company | $90,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS P FARLEY AND<br>SANDRA E FARLEY JTWROS<br>248 S. PAUL ROAD<br>SAINT MARY'S, PA 15857 | 5139 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS P FRIEBURG<br>4 INVERNESS DR<br><br>BLOOMINGTON, IL 61701 | 5146 | Motors Liquidation Company | $20,692.78 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS P HIMES AND DONNA S HIMES JT<br>4004 GREENSIDE TRANCE<br><br>HOOVER, AL 35226 | 19858 | Motors Liquidation Company | $52,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS P MALISZEWSKI AND<br>CECELIA MALISZEWSKI<br>TOD DTD 12/14/04<br>47 SHADY LANE<br>FARMINGTON, CT 06032 | 4405 | Motors Liquidation Company | $25,282.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS P TROVATO AND<br>RENEE WATKINS  JTWROS<br>702 SOUTH LINCOLN ROAD<br>E ROCHESTER, NY 14445 | 62571 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS PIQUE & MICHELLE PIQUE JTWROS<br>C/O THOMAS AND MICHELLE PIQUE<br>PO BOX 166<br>BAYFIELD, CO 81122 | 20491 | Motors Liquidation Company | $12,975.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS R & JULIE B MCCULLOUGH JTTEN<br>TOD CATHY GERBERDING,SCOTT MCCULLOU<br>THOMAS P MCCULLOUGH SUBJ TO STA RU<br>6631 TRIDENT WAY<br>NAPLES, FL 34108 | 16776 | Motors Liquidation Company | $26,724.56 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS R & SHIRLEY HOFMANN TTE<br>HOFMANN FAMILY TRUST<br>U/A/D DTD 10/14/94<br>15319 W. HERITAGE DRIVE<br>SUN CITY WEST, AZ 85375 | 4417 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Third Omnibus Objection                                                          Motors Liquidation Company, et al.
                                    **Exhibit A**                                         Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| THOMAS R DUTTON<br>THOMAS R DUTTON AND JUDITH D. DUTTON<br>40420 JEWETT-SCIO RD<br>JEWETT, OH 43986 | 21143 | Motors Liquidation Company | $100,540.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS R GUHL TTEE<br>DEAN E GUHL AND THOMAS R GUHL<br>IRREVOCABLE TRUST<br>DTD 10/13/1991<br>186 N 600 W<br>ANDREWS, IN 46702 | 14002 | Motors Liquidation Company | $19,375.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS R SPARKS<br>CHARLES SCHWAB & CO INC CUST<br>ROTH CONVERSION IRA<br>45001 SIERRA DR<br>THREE RIVERS, CA 93271 | 6795 | Motors Liquidation Company | $104,266.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS R TREBESH<br>CGM IRA CUSTODIAN<br>8982 ORLANDO AVE.<br>NAVARRE, FL 32566 | 11576 | Motors Liquidation Company | $35,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS R ZESIGER<br>5901 DUNABBEY LOOP<br>DUBLIN, OH 43017 | 5532 | Motors Liquidation Company | $21,930.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS ROGILLIO<br>PO BOX 1683<br>ZACHARY, LA 70791<br>UNITED STATES OF AMERICA | 18402 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS ROGILLIO<br>PO BOX 1683<br>ZACHARY, LA 70791 | 18403 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS ROMAN<br>76 JACKIN RD<br>OSWEGO, NY 13126 | 11907 | Motors Liquidation Company | $33,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS ROSZKOWSKI<br>1692 CEDAR TRAIL<br>NEW RICHMOND, OH 45157 | 10598 | Motors Liquidation Company | $14,526.92 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| THOMAS S BUNDY IRA<br>THOMAS S BUNDY<br>9117 MOUNTAIN RD<br>LEBANON, VA 24266 | 17138 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS S CLARK JR & MARY LE N CLARK<br>TTEES THOMAS S CLARK JR REV TR<br>DTD 03-11-2002<br>910 MEADOWLARK DRIVE<br>O FALLON, IL 62269 | 31283 | Motors Liquidation Company | $430.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS S CLARK JR & MARY LE N CLARK<br>TTEES THOMAS S CLARK JR REV TR<br>DTD 03 11 2002<br>910 MEADOWLARK DR<br>O FALLON, IL 62269 | 31284 | Motors Liquidation Company | $430.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS S HARTWICK<br>10510 196 ST SE<br>SNOHOMISH, WA 98296<br>UNITED STATES OF AMERICA | 62795 | Motors Liquidation Company | $12,505.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS S WALSH<br>153 BEGONIA TERRACE<br>PARRISH, FL 34219 | 9801 | Motors Liquidation Company | $10,720.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS SADDLER<br>533 E SIXTH AVE<br>LANCASTER, OH 43130 | 3878 | Motors Liquidation Company | $27,300.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS SANDSTROM<br>17309 BAY LANE<br>WAYZATA, MN 55391<br>UNITED STATES OF AMERICA | 59752 | Motors Liquidation Company | $3,325.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS SCOTT STACKPOLE<br>USPO BOX 956<br>ST MARYS, PA 15857 | 33443 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS SEDEMUND<br>TWIETE 17<br>22964 STEINBURG GERMANY<br>,<br>GERMANY | 22868 | Motors Liquidation Company | $25,680.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| THOMAS SKOCILICH & ROBERT SKOCILICH<br>TTEES FBO PACIFIC STAINLESS<br>PRFT SHRG PLN DTD 10/1/84<br>294 WEST OLIVE STREET<br>COLTON, CA 92324 | 12920 | Motors Liquidation Company | $61,831.08 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS SKOCILICH TTEE OF THE<br>THOMAS J SKOCILICH & PHILLIS A<br>SKOCILICH 1999 LIV TR DT 4/13/99<br>25949 28TH STREET<br>SAN BERNARDINO, CA 92404 | 12103 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS STANOCH<br>1161 DARCZUK DRIVE<br>GARNET VALLEY, PA 19060 | 49580 | Motors Liquidation Company | $4,175.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS STERLING<br>1527 E 34TH<br>TULSA, OK 74105 | 3404 | Motors Liquidation Company | $1,215.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS SUE ANDERSON IRA<br>FCC AS CUSTODIAN<br>38119 WESTVALE ST<br>ROMULUS, MI 48174 | 19014 | Motors Liquidation Company | $25,034.90 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS T K WU TRUSTEE NERA PENSION TRUST<br>36 MULBERRY DRIVE<br>OBERLIN, OH 44074 | 16093 | Motors Liquidation Company | $328,576.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS T SEMON<br>T T SEMON<br>408 PARK VIEW<br>POMPTON PLAINS, NJ 07444 | 4288 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS TINERVIN DECEDENTS TRUST<br>PATRICIA L TINERVIN - TRUSTEE OF TRUST<br>PATRICIA L TINERVIN - TRUSTEE<br>1889 N CAM ALICANTE<br>TUCSON, AZ 85715 | 44647 | Motors Liquidation Company | $63,337.96 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS W DAVIS TTEE AND MARY J DAVIS TTEE DAVIS 1981 TRUST<br>DAVIS 1981 TRUST U/A 3/10/81<br>2462 E PALORA AVE<br>LAS VEGAS, NV 89121 | 15741 | Motors Liquidation Company | $242,087.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| THOMAS W FISHER<br>22464 LAKECREST<br>ST CLAIR SHORES, MI 48081 | 4868 | Motors Liquidation Company | $180,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS W HARMON<br>537 OWENS BROOKE DR<br>SMYRNA, DE 19977 | 62938 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS W HENRY<br>9686 E PRESERVE WAY<br>SCOTTSDALE, AZ 85262 | 16627 | Motors Liquidation Company | $46,879.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS W STEWART<br>963 RUSSELL WOODS DR<br>LYNCHBURG, VA 24502 | 4119 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS W STRICKLER<br>5016 FAIRLAWN RD<br>LYNDHURST, OH 44124 | 18635 | Motors Liquidation Company | $5,079.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS W WEHNER<br>5020 W STREETSBORO RD<br>RICHFIELD, OH 44286 | 16709 | Motors Liquidation Company | $58,861.51 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS W. STILLEY<br>4742 BALDWIN MANOR RD<br>PITTSBURGH, PA 15227<br>UNITED STATES OF AMERICA | 67952 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS YAU-LEUNG YEH<br>801 MONTALVO DR<br>BAKERSFIELD, CA 93309 | 69262 | Motors Liquidation Company | $3,264.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS ZAKARIA AND BING ZAKARIA<br>5024 APACHE CT<br>ANTIOCH, CA 94531 | 15362 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMS ZLAKOWSKI<br>RENEE DEAVER &<br>MICHELLE ZLAKOWSKI JT TEN<br>405 KERRWOOD DR<br>WAYNE, PA 19087 | 3018 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| THORNBURG FAMILY TRUST<br>MONTE THORNBURG<br>DIANE THORNBURG<br>3456 DONLORENZO DR<br>CARLSBAD, CA 92010 | 18098 | Motors Liquidation Company | $52,484.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THROCKMORTON INVESTMENT LLC<br>RAYMOND T THROCKMORTON<br>5315 MEADOW LAKE RD<br>BRENTWOOD, TN 37027 | 6542 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THRUSH-THOMPSON FOUNDATION, IN<br>PO BOX 670<br>WESTFIELD, IN 46074 | 14067 | Motors Liquidation Company | $30,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THURE THURICH<br>MUELLERWEIDE 8B<br>22391 HAMBURG GERMANY<br>GERMANY | 18319 | Motors Liquidation Company | $14,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THURMAN B SANDERS<br>RACHAEL D SANDERS<br>3801 VILLAGE VIEW DR<br>APT 1124<br>GAINESVILLE, GA 30506 | 8034 | Motors Liquidation Company | $125,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TICE FAMILY LIV TRUST<br>HILMA TICE, STEVEN TICE AND<br>KAREN LOCHRAY TTEES<br>U/A DTD 01/31/1991<br>1512 PARADISE ISLAND LN<br>BANNING, CA 92220 | 21745 | Motors Liquidation Company | $24,408.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TILTON WEINSTEIN<br>12959 W RINCON DR<br>SUN CITY WEST, AZ 85375 | 1758 | Motors Liquidation Company | $20,130.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TIM BURT<br>138 EAST LYNN<br>POMEROY, WA 99347 | 33365 | Motors Liquidation Company | $4,782.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TIM ERIN RESSLER<br>14724 CEARFOSS PIKE<br>HAGERSTOWN, MD 21740 | 20398 | Motors Liquidation Company | $11,440.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| TIM J WILSON<br>8430 ORTIZ CT<br><br>ORANGEVALE, CA 95662 | 5284 | Motors Liquidation Company | $2,129.47 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TIMI GROSSMANN<br>920 KNOLL CREST CT<br><br>ALPHARETTA, GA 30004 | 38865 | Motors Liquidation Company | $13,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TIMOHTY AVER<br>27 VALERIE LN<br><br>DANBURY, CT 06811 | 11669 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TIMOTHY B LANCE<br>TIMOTHY S LANCE JT TEN<br>5505 MEMPHIS STREET<br>CUMMING, GA 30040 | 19328 | Motors Liquidation Company | $100,305.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TIMOTHY BODIN BURRESS<br>467-5 AZA-KYOWA<br>AIBETSU-CHO<br>KAMIKAWA-GUN<br>HOKKAIDO 078-1414, JAPAN<br>,<br>JAPAN | 18169 | Motors Liquidation Company | $20,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TIMOTHY C SCHILDT ROTH IRA<br>FCC AS CUSTODIAN<br>44 VENEZIO AVENUE<br>ALBANY, NY 12203 | 21137 | Motors Liquidation Company | $501.06 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TIMOTHY C. ARNOLDI<br>CGM IRA CUSTODIAN<br>P. O. BOX 57<br>ROSCOMMON, MI 48653 | 2151 | Motors Liquidation Company | $27,438.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TIMOTHY C. ARNOLDI AND ANN M ARNOLDI JTWROS<br>PO BOX 57<br><br>ROSCOMMON, MI 48653 | 2150 | Motors Liquidation Company | $34,698.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TIMOTHY DON REUBEN<br>1041 N NORMAN PL<br><br>LOS ANGELES, CA 90049 | 18626 | Motors Liquidation Company | $8,508.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| TIMOTHY E CHECK<br>637 SHAW AVE<br><br>MCKEESPORT, PA 15132 | 64641 | Motors Liquidation Company | $4,985.74 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TIMOTHY J BROOKS IRA<br>TIMOTHY J BROOKS<br>1086 ASHLEY DR<br>TROY, MI 48085<br>UNITED STATES OF AMERICA | 65358 | Motors Liquidation Company | $97,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TIMOTHY J REYNOLDS<br>2902 SHERBORNE BLVD<br><br>FORT WAYNE, IN 46805<br>UNITED STATES OF AMERICA | 15083 | Motors Liquidation Company | $9,865.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TIMOTHY JAMES KREIN &<br>PATRICIA SEMANS KREIN JT TEN<br>55 SUMMERFIELD LN<br>MIDDLETOWN, RI 02842 | 12525 | Motors Liquidation Company | $15,909.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TIMOTHY L. WELLS<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>2624 LAGUNA DR<br>ENDICOTT, NY 13760 | 10946 | Motors Liquidation Company | $24,125.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TIMOTHY M CROUSHORE<br>CHERYL CROUSHORE JT TEN<br>24 ADRIAN DRIVE<br>GREENSBURG, PA 15601 | 2268 | Motors Liquidation Company | $431,875.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TIMOTHY RABIDEAU<br>3465 KATHLEEN LAKE DR<br><br>ORTONVILLE, MI 48462 | 18560 | Motors Liquidation Company | $6,514.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TIMOTHY RYAN DOAK<br>1018 W 12 ST<br><br>PANAMA CITY, FL 32401 | 636 | Motors Liquidation Company | $1,008.40 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TINA M BROWN<br>3408 FM 1840<br><br>NEW BOSTON, TX 75570 | 28927 | Motors Liquidation Company | $14,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| TIROLINVEST KAG / SPARDA VORSORGE PLUS<br>MR STALLBAUMER<br>SPARKASSENPLATZ 1<br>6020 INNSBRUCK  AUSTRIA<br><br>AUSTRIA | 50932 | Motors Liquidation Company | $206,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TIRZA FREEMAN<br>35 A FOREST DR<br><br>SPRINGFIELD, NJ 07081 | 4582 | Motors Liquidation Company | $49,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TKD ENTERPRISES LP<br>LIMITED PARTNERSHIP<br>3775 OLD CREEK RD<br>TEMPLETON, CA 93465 | 17173 | Motors Liquidation Company | $11,875.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TOBIAS AND CATHERINA DANIEL<br>BRAHMSSTRASSE 9<br>LAUF A.D. PEGNITZ 91207 GERMANY<br>,<br>GERMANY | 26636 | Motors Liquidation Company | $1,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TOBY G COOK<br>782 RICE ST<br><br>WOOD RIVER, IL 62095 | 1591 | Motors Liquidation Company | $50,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TODD F PERSELLS<br>44500 WHITE PINE CIRCLE E<br><br>NORTHVILLE, MI 48168 | 10837 | Motors Liquidation Company | $25,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TODD HANSEN<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>PO BOX 6389<br>MESA, AZ 85216 | 5345 | Motors Liquidation Company | $13,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TODD L AND CONSTANCE S LIGHTBODY JTWROS<br>4509 103RD LN NE<br><br>KIRKLAND, WA 98033 | 7028 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TODD NIKAZY<br>1922 WINCHESTER RD<br><br>TOLEDO, OH 43613 | 28532 | Motors Liquidation Company | $8,740.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| Name and Address of Claimant | | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| **Claim Totals** | 498 | | | | | |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit B**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                       :

In re                             :          **Chapter 11 Case No.**
                                         :

**MOTORS LIQUIDATION COMPANY,** *et al.,*   :          **09-50026 (REG)**
         **f/k/a General Motors Corp.,** *et al.*   :
                                         :

                    **Debtors.**       :          **(Jointly Administered)**
                                         :
---------------------------------------------------------------x

**STIPULATION AND AGREED ORDER**
**AMONG THE DEBTORS, WILMINGTON TRUST COMPANY,**
**AND CITIBANK, N.A., SOLELY IN ITS CAPACITY AS PAYING AGENT,**
**REGARDING PROOFS OF CLAIM NOS. 47871, 47872, 65729, 65793, AND 66723**

          Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

certain of its subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11

cases (collectively, the "**Debtors**"), Wilmington Trust Company as successor indenture trustee

("**WTC**"), and Citibank, N.A., solely in its capacity as paying agent under the 1990 Indenture

and 1995 Indenture (as defined below) (in such capacity, "**Citibank**"), together with the Debtors

and WTC, the "**Parties**"), by and through their respective undersigned counsel, hereby enter into

this Stipulation and Agreed Order (this "**Stipulation**") and stipulate as follows:

<u>**RECITALS**</u>

          A.        On June 1, 2009 (the "**Commencement Date**"), certain of the Debtors

commenced with this Court voluntary cases (the "**Chapter 11 Cases**") under chapter 11 of title

11, United States Code (the "**Bankruptcy Code**").

          B.        On September 16, 2009, the Court entered an order (the "**Bar Date Order**")

establishing November 30, 2009 at 5:00 p.m. (Eastern Time) (the "**General Bar Date**") as the

deadline for each person or entity (including without limitation, each individual, partnership,

joint venture, corporation, estate, or trust) to file a proof of claim (a "**Proof of Claim**") against

certain of the Debtors, including MLC, to assert any claim (as defined in section 101(5) of the

Bankruptcy Code) that arose prior to the Commencement Date.

  C.  As of the Commencement Date, MLC, as issuer, WTC, as successor indenture

trustee, and Citibank, as paying agent, were parties to (i) a Senior Indenture, dated as of

December 7, 1995, as amended (the "**1995 Indenture**," and WTC's capacity under the 1995

Indenture, the "**1995 Trustee**"), and (ii) a Senior Indenture, dated as of November 15, 1990 (the

"**1990 Indenture**," and WTC's capacity under the 1990 Indenture, the "**1990 Trustee**") pursuant

to which MLC issued senior unsecured debt securities.

  D.  Prior to the General Bar Date, WTC timely filed the following four Proofs of

Claims against MLC (each, a "**WTC Claim**" and collectively, the "**WTC Claims**"):

| Claim Number | Applicable Indenture | Principal Amount of Claim Plus Fees and Interest Accrued to Petition Date |
|---|---|---|
| 65793 | 1990 Indenture | $1,419,581,281.12 |
| 47871 | 1990 Indenture | $1,419,581,281.12 |
| 65729 | 1995 Indenture | $21,928,297,131.26 |
| 47872 | 1995 Indenture | $21,928,297,131.26 |

  E.  Prior to the General Bar Date, Citibank timely filed a proof of claim against MLC

in the amount of $173,063.43 [Proof of Claim No. 66723] (the "**Citibank Claim**").

  F.  WTC recognizes that it is not entitled to, and does not seek, a duplicate recovery

on account of the same WTC Claim and has agreed to withdraw two of the WTC Claims, subject

to the agreements set forth in this Stipulation.

## STIPULATION AND ORDER

NOW, THEREFORE, EACH OF THE PARTIES HEREBY STIPULATES AND

AGREES AS FOLLOWS:

1.        WTC Claims numbered 47871 (filed by WTC as 1990 Trustee) and 47872 (filed

by WTC as 1995 Trustee) are deemed withdrawn and WTC Claims numbered 65793 (filed by

WTC as 1990 Trustee) and 65729 (filed by WTC as 1995 Trustee) shall survive.

2.        With respect to principal plus interest due under the 1990 Indenture, WTC, in its

capacity as the 1990 Trustee will receive and is hereby granted, on behalf of itself and the record

and beneficial bondholders of debt securities issued under the 1990 Indenture an allowed general

unsecured, nonpriority claim in the amount of $1,419,471,545.22 (subject to appropriate reserve

and/or reduction in connection with any setoff exercised by beneficial bondholders that is

authorized by this Court) (the "**1990 Debt Claim**") against MLC to be satisfied in accordance

with any chapter 11 plan or plans confirmed in the Debtors' Chapter 11 Cases.

3.        With respect to principal plus interest due under the 1995 Indenture, WTC, in its

capacity as the 1995 Trustee, will receive and is hereby granted, on behalf of itself and the record

and beneficial bondholders of debt securities issued under the 1995 Indenture, an allowed

general unsecured nonpriority claim in the amount of $21,928,183,895.36 (subject to appropriate

reserve and/or reduction in connection with any setoff exercised by beneficial bondholders that is

authorized by this Court) (the "**1995 Debt Claim**," together with the 1990 Debt Claim, the

"**Debt Claims**").

4.        With respect to the prepetition fees and expenses incurred by WTC under the

1990 Indenture, WTC shall receive an allowed claim of $109,735.90 (the "**1990 WTC Fee

Claim**"), and with respect to the prepetition fees and expenses incurred by WTC under the 1995

Indenture, WTC shall receive an allowed claim of $113,235.90 (the "**1995 WTC Fee Claim**,"

together with the 1990 WTC Fee Claim, the "**WTC Fee Claims**").

5.     With respect to the prepetition paying agency fees and expenses incurred by

Citibank under the Indentures, the Citibank Claim shall be allowed in the amount of $162,333.71

(the "**Citibank Fees and Expenses Claim**," together with the WTC Fee Claims, the "**Fees and**

**Expenses Claims**").

6.     To the extent the Fees and Expenses Claims are not paid in full, in cash, pursuant

to a plan of reorganization and/or liquidation of MLC, (a) the amount of such fees and expenses

that remain unpaid shall constitute an allowed general unsecured, nonpriority claim against MLC

held by WTC and/or Citibank, as applicable, to be satisfied in accordance with any chapter 11

plan or plans confirmed in the Debtors' Chapter 11 Cases and (b) WTC and Citibank, pursuant to

section 7.06 of the 1990 Indenture and section 7.06 of the 1995 Indenture, shall retain a charging

lien with respect to its prepetition and post-petition fees and expenses on all assets or money held

or collected by WTC or Citibank on account of the Debt Claims or otherwise.

7.     WTC will issue a notice to the Depository Trust Company and post a notice on its

website (a) notifying beneficial bondholders of the notes issued under the Indentures of the entry

of the order allowing the WTC Claims and (b) notifying such bondholders that any subsequent

claims objection filed by the Debtors seeking to disallow claims filed by bondholders on the

grounds that such claims are duplicative of the Debt Claims being allowed under the stipulation

and order will not impair bondholder's entitlement to share in plan distributions on account of

the Debt Claims in accordance with the terms of the applicable Indenture.

8.     WTC agrees that it will not object to the Debtors' filing of objections to Proofs of

Claims filed by record and beneficial holders of debt securities arising out of or relating to the

1990 Indenture and/or the 1995 Indenture on the grounds that such Proofs of Claim are

duplicative of the Debt Claims allowed pursuant to this Stipulation.

9.      WTC waives its right to argue that the entire stated principal amount of

$377,377,000 with respect to the Discount Debentures is an allowable claim.

10.      To the extent that the fees and expenses of WTC incurred after the

Commencement Date are not satisfied by payment in full in cash in connection with a plan of

reorganization and/or liquidation of MLC, WTC reserves the right to argue that all such fees are

allowable general unsecured non-priority claims against the estate of MLC.

11.      This Stipulation contains the entire agreement between the Parties as to the

subject matter hereof and supersedes all prior agreements and undertakings between the Parties

relating thereto.

Dated:  New York, New York
        August 5, 2010


/s/ Joseph H. Smolinsky_____          /s/ Keith R. Martorana_____
Harvey R. Miller                            Matthew J. Williams
Stephen Karotkin                            Keith R. Martorana
Joseph H. Smolinsky

                                            GIBSON DUNN & CRUTCHER LLP
WEIL, GOTSHAL & MANGES LLP                  200 Park Avenue, 47th Floor
767 Fifth Avenue                            New York, New York 10166
New York, New York 10153                    Telephone: (212) 351-4000
Telephone: (212) 310-8000                   Facsimile: (212) 351-4035
Facsimile: (212) 310-8007

*Attorneys for Debtors and Debtors in*      *Attorneys for Wilmington Trust Company,*
*Possession*                                *as 1990 Trustee and 1995 Truestee*

/s/ Louis A. Curcio
Maria M. Livanos
Louis A. Curcio

SONNENSCHEIN NATH & ROSENTHAL
LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6744
Facsimile:  (212) 768-6800

*Attorneys for Citibank, N.A. as Paying
Agent under the 1990 and 1995 Indentures*

So Ordered this **9**[th] day of **August** 2010

      *s/ Robert E. Gerber*
United States Bankruptcy Judge

43467654                                6

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                        :
In re                                   :        Chapter 11 Case No.
                                        :
MOTORS LIQUIDATION COMPANY, *et al.*,   :        09-50026 (REG)
        f/k/a General Motors Corp., *et al.*   :
                                        :
                    Debtors.            :        (Jointly Administered)
                                        :
-------------------------------------------------------------x

<u>ORDER GRANTING DEBTORS'</u>
<u>SEVENTY-THIRD OMNIBUS OBJECTION TO CLAIMS</u>
(Duplicate Debt Claims)

Upon the seventy-third omnibus objection to claims, dated August 13, 2010 (the

"**Seventy-Third Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a

General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the

"**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy**

**Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"),

and this Court's supplemental order establishing supplemental rules and authority for filing

omnibus objections to certain debt claims (the "**Supplemental Procedures Order**") [Docket No.

6238], seeking entry of an order disallowing and expunging the Duplicate Debt Claims on the

grounds that such claims are duplicative of either Claim 65793 or Claim 65729, all as more fully

described in the Seventy-Third Omnibus Objection to Claims; and due and proper notice of the

Seventy-Third Omnibus Objection to Claims having been provided, and it appearing that no

other or further notice need be provided; and the Court having found and determined that the

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Debtors' Seventy-Third Omnibus Objection to Claims.

relief sought in the Seventy-Third Omnibus Objection to Claims is in the best interests of the

Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set

forth in the Seventy-Third Omnibus Objection to Claims establish just cause for the relief

granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Seventy-Third Omnibus Objection to

Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on **Exhibit "A"** (the "**Order Exhibit**") annexed hereto under the heading "*Claims to be*

*Disallowed and Expunged*" (collectively, the "**Duplicate Debt Claims**") are disallowed and

expunged; and it is further

ORDERED that, if applicable, the Seventy-Third Omnibus Objection to Claims is

adjourned with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Objection Adjourned*" (the "**Adjourned Claims**") to the date indicated on the Order

Exhibit, subject to further adjournments (such actual hearing date, the "**Adjourned Hearing**

**Date**"), and the Debtors' response deadline with respect to the Adjourned Claims shall be 12:00

noon (Eastern Time) on the date that is three (3) business days before the Adjourned Hearing

Date; and it is further

ORDERED that, if applicable, the Seventy-Third Omnibus Objection to Claims is

withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Objection Withdrawn*"; and it is further

ORDERED that, if applicable, the Seventy-Third Omnibus Objection to Claims is

withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Claim Withdrawn*," as those claims have been withdrawn by the corresponding

claimant; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly

reserved with respect to, (i) any claim listed on Exhibit "A" annexed to the Seventy-Third

Omnibus Objection to claims under the heading "*Claims to be Disallowed and Expunged*" that is

not listed on the Order Exhibit annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
          _____, 2010


                                                    _____
                                                    United States Bankruptcy Judge