HEARING DATE AND TIME: September 24, 2010 at 9:45 a.m. (Eastern Time)
RESPONSE DEADLINE: September 17, 2010 at 4:00 p.m. (Eastern Time)

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------------------------x
                                    :
In re                               :        Chapter 11 Case No.
                                    :
MOTORS LIQUIDATION COMPANY, et al.,  :        09-50026 (REG)
      f/k/a General Motors Corp., et al.  :
                                    :
                  Debtors.          :        (Jointly Administered)
                                    :
---------------------------------------------------------------x
```

<u>NOTICE OF DEBTORS' SEVENTY-FOURTH OMNIBUS OBJECTION TO CLAIMS</u>
(Duplicate Debt Claims)

      **PLEASE TAKE NOTICE** that on August 13, 2010, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their seventy-fourth omnibus objection to claims (the "**Objection**"), and

that a hearing (the "**Hearing**") to consider the Objection will be held before the Honorable

Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States

Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New

York 10004, on **September 24, 2010 at 9:45 a.m. (Eastern Time),** or as soon thereafter as

counsel may be heard.

**PARTIES LISTED ON EXHIBIT "A" ANNEXED TO THE OBJECTION (THE "<u>CLAIMANTS</u>") (AND THEIR COUNSEL, IF KNOWN) WILL RECEIVE A PERSONALIZED NOTICE OF THE OBJECTION, RATHER THAN THE ENTIRE OBJECTION.**

This Objection does not affect a Claimant's ability to receive distributions as a beneficial bondholder under the claims filed by the indenture trustee of the Debtors' public debentures.  If a Claimant disagrees with the Objection's treatment of the Claimant's claim, the Claimant may call the Debtors to try and resolve the Claimant's concerns at **1-800-414-9607**.  If a Claimant is unable to resolve the Claimant's concerns with the Debtors before the deadline to respond, then the Claimant <u>must</u> file and serve a written response (a "**Response**") to the Objection in accordance with this notice, and the Claimant <u>must</u> appear at the Hearing described below.

A Claimant may participate in the Hearing telephonically provided that the Claimant complies with the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider."  A Claimant must also provide prior written notice by mail or e-mail of the Claimant's telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Russell Brooks, Esq. (russell.brooks@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Jennifer Sharret, Esq. (jsharret@kramerlevin.com)).

**If a Claimant does not oppose the disallowance and expungement of the Claimant's claim, then the Claimant does not need to file a Response or appear at the Hearing.**

**PLEASE TAKE FURTHER NOTICE THAT** the Hearing on the Objection is scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on **September 24, 2010 at 9:45 a.m. (Eastern Time)**.  If a Claimant files a Response to the Objection, the Claimant should plan to appear at the Hearing either in person or telephonically.  The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to the Claimant's claim.  If the Debtors do continue the Hearing with respect to the Claimant's claim, then the Hearing will be held at a later date.  If the Debtors do not continue the Hearing with respect to the Claimant's claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **September 17, 2010 at 4:00 p.m. (Eastern Time)**.  Only those Responses that are timely will be considered at the Hearing.  A Claimant's Response will be deemed timely only if it is:  (a) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov) before the deadline for Responses **or** (b) **actually** received on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format and in hard copy at each of the following addresses on or before the deadline for response:

> A.    Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;
>
> B.    Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and

      C.      Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Jennifer Sharret, Esq.).

A Claimant's response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number, and the number of the Objection to which the response is directed; (ii) the name of the Claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which the Claimant will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which the Claimant will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to the Claimant's response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person that can be contacted in connection with the Objection.

If a Claimant has any questions about this notice or the Objection, <u>please contact</u> the Debtors at **1-800-414-9607**.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

**PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief requested in the Objection without further notice or a hearing if a Claimant fails to file a timely Response or appear at the Hearing.**

Dated: New York, New York
          August 13, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                    :
In re                               :       Chapter 11 Case No.
                                    :
MOTORS LIQUIDATION COMPANY, et al., :       09-50026 (REG)
      f/k/a General Motors Corp., et al. :
                                    :
                    Debtors.        :       (Jointly Administered)
                                    :
------------------------------------------------------------x
```

## DEBTORS' SEVENTY-FOURTH OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Debt Claims)

---

THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.
CLAIMANTS THAT ARE THE SUBJECT OF THIS OBJECTION SHOULD LOCATE THEIR NAMES AND
CLAIMS ON EITHER THE EXHIBIT ATTACHED TO THIS OBJECTION OR ON THEIR PERSONALIZED
NOTICE.

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) and its

affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully represent:

## Relief Requested

1.      The Debtors file this seventy-fourth omnibus objection to claims (the

"**Seventy-Fourth Omnibus Objection to Claims**") pursuant to section 502(b) of title 11, United

States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy

Procedure (the **"Bankruptcy Rules"**), and this Court's supplemental order establishing

supplemental rules and authority for filing omnibus objections to certain debt claims (the

"**Supplemental Procedures Order**") [Docket No. 6238], seeking entry of an order disallowing

and expunging the claims listed on **Exhibit "A"** annexed hereto.[1]

2.      The Debtors have examined the proofs of claim identified on Exhibit "A"

and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed*

*and Expunged*" (collectively, the "**Duplicate Debt Claims**") are duplicative of either (1) the

global Proof of Claim No. 65793 ("**Claim 65793**") filed by Wilmington Trust Company

("**WTC**"), in its capacity as successor indenture trustee of the Senior Indenture, dated as of

November 15, 1990 (the "**1990 Indenture**") or (2) the global Proof of Claim No. 65729 ("**Claim**

**65729**") filed by WTC, in its capacity as successor indenture trustee of the Senior Indenture,

dated as of December 7, 1995, as amended (the "**1995 Indenture**").  The amounts asserted by

WTC in Claim 65793 and Claim 65729 have been reconciled and allowed under a stipulation,

approved and entered by the Court on August 9, 2010 (the "**WTC Stipulation**") [Docket No.

6595], a copy of which is annexed hereto as **Exhibit "B."**  The Debtors, therefore, seek entry of

an order disallowing and expunging from the claims register the Duplicate Debt Claims.

---

[1] Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on
the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com.
A link to the claims register is located under the "Claims Information" tab.  Creditors without access to the Internet
may request a copy of the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors
Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City
Group, Inc. at 1-703-286-6401.

3.      This Seventy-Fourth Omnibus Objection to Claims does not affect the

ability of an Individual Bondholder (as hereinafter defined) to participate in accordance with the

WTC Stipulation.  Further, the Debtors reserve all their rights to object on any other basis to any

Duplicate Debt Claim as to which the Court does not grant the relief requested herein.

## Jurisdiction

4.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

5.      On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**Realm/Encore Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Case Number 09-50026 (REG).  On September 15, 2009,

the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs,

which were amended on October 4, 2009.  On October 15, 2009, the Realm/Encore Debtors filed

their schedules of assets and liabilities and statements of financial affairs.

6.      On September 16, 2009, this Court entered an order [Docket No. 4079]

establishing November 30, 2009 as the deadline for each person or entity to file a proof of claim

in the Initial Debtors' cases, including governmental units.  On December 2, 2009, this Court

entered an order [Docket No. 4586] establishing February 1, 2010 as the deadline for each

---

[2] The Initial Debtors are Motors Liquidation Company (f/k/a General Motors Corporation), MLCS, LLC (f/k/a
Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc.
(f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3] The Realm/Encore Debtors are Remediation and Liability Management Company, Inc., and Environmental
Corporate Remediation Company, Inc.

person or entity to file a proof of claim in the Realm/Encore Debtors' cases (except

governmental units, as defined in section 101(27) of the Bankruptcy Code, for which the Court

established June 1, 2010 as the deadline to file proofs of claim).

       7.     Among the tens of thousands of proofs of claim the Debtors received,

approximately 18,000 proofs of claim have been filed by claimants seeking the repayment of

principal, interest, and fees and expenses that relate to dollar-denominated debt securities issued

by the Debtors pursuant to the 1990 Indenture and the 1995 Indenture (each, a "**Debt Claim**,"

and the holder of such Debt Claim, an "**Individual Bondholder**").  The Debtors believe that all

of the Debt Claims filed by Individual Bondholders are duplicative of the claims allowed in

favor of WTC for the benefit of all Individual Bondholders in accordance with the WTC

Stipulation.

       8.     On August 9, 2010, the Court entered the WTC Stipulation signed by the

Debtors, WTC, and Citibank, N.A., solely in its capacity as paying agent under the 1990

Indenture and 1995 Indenture (in such capacity, "**Citibank**"), allowing (i) Claim 65793 in the

amount of $1,419,471,545.22 (subject to appropriate reserve and/or reduction in connection with

any Court-authorized setoff exercised by Individual Bondholders) and (ii) Claim 65729 in the

amount of $21,928,183,895.36 (subject to appropriate reserve and/or reduction in connection

with any Court-authorized setoff exercised by Individual Bondholders).  Prior to entry of the

WTC Stipulation, WTC sent out a notice to all affected Individual Bondholders notifying them

of the pending approval by the Court of the WTC Stipulation.

       9.     On October 6, 2009, this Court entered the Supplemental Procedures

Order, which authorizes the Initial Debtors, among other things, to file omnibus objections to no

more than 500 claims at a time with respect to Debt Claims.  The claimants that are listed in

Exhibit "A" have filed Debt Claims against the Initial Debtors.

          10.     The Debtors now move to expunge the Duplicate Debt Claims filed by

each Individual Bondholder as duplicative of either Claim 65793 or Claim 65729.

### The Relief Requested Should Be Approved by the Court

          11.     A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects." 11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential

allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See*

*In re Oneida, Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd*, No. 09 Civ. 2229 (DC),

2010 WL 234827 (S.D.N.Y. Jan. 22, 2010); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No.

02-41729 (REG), 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re*

*Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

          12.     Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a

claim may not be allowed to the extent that "such claim is unenforceable against the debtor and

property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1).  The

Debtors cannot be required to pay on the same claim more than once.  *See, e.g., In re Finley,*

*Kumble, Wagner, Heine, Underberg, Manley, Myerson, & Casey*, 160 B.R. 882, 894 (Bankr.

S.D.N.Y. 1993) ("In bankruptcy, multiple recoveries for an identical injury are generally

disallowed.").  The Debtors have reviewed the proofs of claim identified on Exhibit "A" and

believe them to be duplicative of Claim 65793 or Claim 65729.  Moreover, the Debtors have no

way of confirming that any of the Individual Bondholders are, in fact, beneficial holders of a

debt instrument on the relevant dates.

          13.     To avoid the possibility of multiple recoveries by the Individual

Bondholders, the Debtors request that the Court disallow and expunge in their entirety the

Duplicate Debt Claims.  Individual Bondholders, to the extent they are beneficial bondholders as of the record date under any confirmed plan of liquidation, will receive distributions under such plan from WTC in its capacity as indenture trustee.

**Notice**

14.     Notice of the Seventy-Fourth Omnibus Objection to Claims has been provided to each claimant listed on Exhibit "A" by virtue of the individualized notice transmitted in accordance with the Supplemental Procedures Order and parties in interest in accordance with the Third Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures, dated April 29, 2010 [Docket No. 5670].

15.     No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the relief requested herein and such other and further relief as is just.

Dated: New York, New York
       August 13, 2010

                                    /s/ Joseph H. Smolinsky
                                    Harvey R. Miller
                                    Stephen Karotkin
                                    Joseph H. Smolinsky

                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone: (212) 310-8000
                                    Facsimile: (212) 310-8007

                                    Attorneys for Debtors
                                    and Debtors in Possession

**<u>Exhibit A</u>**

Seventy-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| TODD STELTENKAMP<br>5657 WHETSEL AVE<br>CINCINNATI, OH 45227 | 15274 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TOM & SID MCBRIDE<br>2641 PINECREST RD<br>OROVILLE, CA 95966 | 12346 | Motors Liquidation Company | $13,241.98 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TOM A JOHNSON<br>502 OAKBROOK DR<br>LEWISVILLE, TX 75057 | 538 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TOM A JOHNSON<br>502 OAK BROOK DR<br>LEWISVILLE, TX 75057 | 33385 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TOM A JOHNSON<br>502 OAKBROOK DR<br>LEWISVILLE, TX 75057 | 59739 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TOM AND LYNN NOYES<br>8963 SE 232 ST<br>LATHROP, MO 64465 | 7462 | Motors Liquidation Company | $23,324.27 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TOM F CREAGER TTEE<br>MARGIE K CREAGER TTEE<br>TOM F AND MARGIE K CREAGER<br>REVOCABLE TRUST DTD 4-21-05<br>P O BOX 219<br>CROWDER, OK 74430 | 15004 | Motors Liquidation Company | $1,829.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TOM KLUCK<br>1400 VAN WORMER<br>SAGINAW, MI 48609 | 20840 | Motors Liquidation Company | $17,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TOM KOSTOPOULOS<br>299 LAUREN LN<br>LAWRENCEBURG, IN 47025 | 5152 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TOM L GOODWIN &<br>WILLIAM W GOODWIN JT TEN<br>18 BERNARD DRIVE<br>CONWAY, AR 72032 | 8913 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| TOM LAU<br>1951 SUNRISE DR<br><br>MONTEREY PARK, CA 91754 | 14390 | Motors Liquidation Company | $28,850.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TOM W. MANGNALL AND<br>BETTY S. MANGNALL JTWROS<br>TOD NAMED BENEFICIARIES<br>SUBJECT TO STA TOD RULES<br>2338 LITTLE ANTIRE RD.<br>HIGH RIDGE, MO 63049 | 15154 | Motors Liquidation Company | $17,140.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TOMI SUE SKIRVIN TTEE<br>THOMAS SUE STUART TRUST<br>U/A DTD 8/1/03<br>38119 WESTVALE<br>ROMULUS, MI 48174 | 19013 | Motors Liquidation Company | $25,302.43 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TOMMASELLA ROBERTO<br>VIA N TOMMASEO 46<br>30027 SAN DONA' DI PIAVE (VE) ITALY<br><br>ITALY | 1252 | Motors Liquidation Company | $587,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TOMMASELLA ROBERTO<br>TOMMASELLA ROBERTO<br>VIA N TOMMASEO 46<br>30027 SAN DONA' DI PIAVE (VE)<br><br>ITALY | 61705 | Motors Liquidation Company | $70,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TOMMI L BRANSTETTER<br>1102 SE 13TH ST<br><br>WAGONER, OK 74467 | 13020 | Motors Liquidation Company | $2,416.67 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TOMMY DORRIS ELDER<br>115 E 16TH ST<br><br>HOUSTON, TX 77009 | 4941 | Motors Liquidation Company | $7,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TOMMY R MCDONALD AND JEAN C MCDONALD TR<br>TOMMY R MCDONALD AND JEAN C MCDONALD TTEES<br>TOMMY R MCDONALD & JEAN C MCDONALD JT LV TR<br>902 WOODWARD ST<br>LAKELAND, FL 33803 | 13091 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TOMMY R MCDONALD IRA, PTC CUSTODIAN<br>TOMMY R MCDONALD<br>901 WOODWARD STREET<br>LAKELAND, FL 33803 | 13092 | Motors Liquidation Company | $26,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| TOMMY R SMITH AND SUSAN R SMITH JT TEN 4762 LIBRA PL YORBA LINDA, CA 92886 | 3433 | Motors Liquidation Company | $22,160.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TOMMY R. WILLIAMS P.O. BOX 806 POWDER SPRINGS, GA 30127 | 7511 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TON-TEH HUANG & MING-HUI TSAI 11F-2 92 JING CHENG ROAD 40759 TAICHUNG TAIWAN TAIWAN | 60648 | Motors Liquidation Company | $150,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TONY D MANN 112 E HAZELWOOD WATERVILLE, KS 66548 | 12646 | Motors Liquidation Company | $171.99 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TONY H LEE 3880 MOCKINGBIRD LN ROCK HILL, SC 29730 | 26781 | Motors Liquidation Company | $8,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TONY HUSTON 1290 STANDISH WAY LEXINGTON, KY 40504 | 7711 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TONY S SEVIER 6975 CAINE RD VASSAR, MI 48768 | 10316 | Motors Liquidation Company | $75,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TOTH TRUST LES TOTH TTEE KATALIN TOTH TTEE U/A DTD 02/26/2004 14290 DICKENS ST #102 SHERMAN OAKS, CA 91423 | 69694 | Motors Liquidation Company | $97,330.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TRACEY G FLEMING 1602 SE BRONZEWOOD AVE BEND, OR 97702 | 7412 | Motors Liquidation Company | $20,440.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TRACHSEL DENTAL STUDIO 1834 15TH ST NW ROCHESTER, MN 55901 | 15122 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| TRACHSEL DENTAL STUDIO 1834 15TH ST NW ROCHESTER, MN 55901 | 15123 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TRACY JONES 2130 9TH STREET WEST #190 COLUMBIA FALLS, MT 59912 UNITED STATES OF AMERICA | 37213 | Motors Liquidation Company | $26,904.10 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TRAIAN VANCE 866 W LOCUST ST NEWARK, OH 43055 | 7693 | Motors Liquidation Company | $22,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TRAXI LLC PENSION PLAN ANTHONY PACCHIA TTEE 8 HEMLOCK DR EDISON, NJ 08820 | 2950 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TRENT JONES 1212 N MONTGOMERY ST OJAI, CA 93023 | 14718 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TREVA L LITTLE 560 E BROWN BEAR ST MERIDIAN, ID 83646 | 6322 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TREVA R MAGNUSON CHARLES SCHWAB & CO INC CUST IRA CONTRIBUTORY 3003 WYNSTONE DR SEBRING, FL 33875 | 44279 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TREVA SILVERMAN 8 ROUNDTOP RD YONKERS, NY 10710 | 4215 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TREVADELL HANKINS R/O IRA DCG & T TTEE 2022 BROOKSIDE DR GRAPEVINE, TX 76051 | 23209 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TREVOR POLSON 188 CAVELAND RD CAVE CITY, KY 42127 | 12708 | Motors Liquidation Company | $2,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| TRIMBLE FAMILY REV LV TRUST<br>TRIMBLE FAMILY REVOCABLE LIVING TRUST<br>PO BOX 18672<br>SPOKANE, WA 99228 | 25351 | Motors Liquidation Company | $35,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TRINITY MEMORIAL GARDENS<br>MERCHANDISE ACCOUNT<br>P O BOX 265<br>WALDORF, MD 20604 | 31514 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TROPICAL ISLES MANUFACTURED HOME SALES INC DEFINED BENEFIT PLAN<br>17 MAJESTIC WAY<br>FORT PIERCE, FL 34949 | 16338 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TROWBRIDGE ENTERPRISES<br>A PARTNERSHIP<br>1830 AVENIDA DELL MUNBO UNIT 1111<br>CORONADO, CA 92118 | 15996 | Motors Liquidation Company | $170,804.35 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TROY A. SICKELS<br>2716 N. 22ND DRIVE<br>PHOENIX, AZ 85009 | 4067 | Motors Liquidation Company | $2,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TROY D GIBBS &<br>MARY J GIBBS<br>SPECIAL ACCOUNT<br>P O BOX 1427<br>MANSFIELD, LA 71052 | 12703 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TROY D SWINFORD AND<br>PATRICIA L SWINFORD<br>JT TEN<br>4610 TREVINO LANE<br>DECATUR, IL 62526 | 4069 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TROY L BRANAM<br>KAREN BRANAM JTWROS<br>2126 WESTBROOK<br>ODESSA, TX 79761 | 20258 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TRUDE H HERMES<br>200 VETERANS LN / #616<br>DOYLESTOWN, PA 18901 | 20992 | Motors Liquidation Company | $9,192.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| TRUDY BELLINGRODT<br>TRUSTEE<br>2916 N HERITAGE ST<br>BUCKEYE, AZ 85396 | 32931 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TRULA S HARRIS<br>19363 HUNT CLUB RD<br>ABINGDON, VA 24211 | 29463 | Motors Liquidation Company | $185,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TRUMANN MACHINE WORKS<br>ATTN LAMON MOYE PRES<br>PO BOX 214<br>TRUMANN, AR 72472 | 11421 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TRUST A U/W M RICHARD SINGER<br>C/O DONALD SINGER<br>1543 FULTON DR<br>MAPLE GLEN, PA 19002 | 10839 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TRUST F/B/O LYNN BIEL<br>U W/O MARGARET M AMSTEIN<br>LYNN BIEL & SANDRA SCHWABACHER TTEES DTD 7/19/96<br>114 E 90TH ST<br>NEW YORK, NY 10128 | 18339 | Motors Liquidation Company | $20,725.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TRUST FBO ELIZABETH G MCKAY<br>C/O RJ MCKAY TTEE<br>16654 HIDDEN COVE DR<br>JUPITER, FL 33477 | 16072 | Motors Liquidation Company | $10,225.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TRUST FBO HELEN G GRADY<br>C/O RJ MCKAY TTEE<br>16654 HIDDEN COVE DRIVE<br>JUPITER, FL 33477 | 16073 | Motors Liquidation Company | $9,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TRUST FBO MARY G KEITH<br>RJ MC KAY TTEE<br>16654 HIDDEN COVE DRIVE<br>JUPITER, FL 33477 | 16071 | Motors Liquidation Company | $8,625.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TRUST U/W JOHN C HAYS<br>JOHN J CAHILL JR TRUSTEE<br>1500 JF KENNEDY BLVD<br>SUITE 1400<br>PHILADELPHIA, PA 19102 | 1874 | Motors Liquidation Company | $29,445.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| TRUST U/W VINCENT P MAZZOLA<br>FBO FELDA MAZZOLA<br>ANTHONY A SARIDAKIS TTEE<br>1688 E GUDE DR STE 102<br>ROCKVILLE, MD 20850 | 3584 | Motors Liquidation Company | $19,620.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TSAY HSIN G HU<br>GILBERT HU<br>1042 WARE STREET<br>VIENNA, VA 22180 | 64249 | Motors Liquidation Company | $112,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TSELIOS KONSTANTINOS<br>MYSTAKIDOU STR 23<br>GR-55132 THESSALONIKI GREECE<br><br>GREECE | 28566 | Motors Liquidation Company | $85,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TSON-KUANG WU IRA<br>36 MULBERRY DRIVE<br>OBERLIN, OH 44074 | 16096 | Motors Liquidation Company | $5,156.38 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TUAN TRAN & THANTA TRAN<br>PO BOX 253<br>EUSTACE, TX 75124 | 17814 | Motors Liquidation Company | $10,123.24 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TULLIUS SUPPLEMENTAL NEEDS TRUST<br>ATTN JP TULLIUS TRUSTEE<br>PO BOX 1141<br>WEXFORD, PA 15090 | 10538 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TULLY A FORRESTER<br>1442 NASHVILLE<br>NEW ORLEANS, LA 70115 | 9866 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TURNER & CO PSP<br># B77100P293<br>C/O OPPENHEIMER<br>63 KERCHEVAL AVE #300<br>GROSSE POINTE FARMS, MI 48236 | 8275 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TURNER W RENTZ JR TTEE<br>TURNER W RENTZ, JR. MD LLC 401K PSP<br>DTD 01/01/2005 FBO T RENTZ JR<br>2500 STARLING STREET, SUITE 502<br>BRUNSWICK, GA 31520 | 19250 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| TUSSI KUTTNER 1992 TRUST, STUART SUBOTNICK TRUSTEE<br>C/O JOHN KLUGE<br>15004 SUNFLOWER COURT<br>ROCKVILLE, MD 20853 | 5654 | Motors Liquidation Company | $1,009,425.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TUSSI KUTTNER 1992 TRUST, STUART SUBOTNICK TRUSTEE<br>15004 SUNFLOWER COURT<br>ROCKVILLE, MD 20853 | 5655 | Motors Liquidation Company | $767,256.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TWENTY LTD<br>C/O MERRILL LYNCH INT BANK LTD<br>ATTN TRUST DEPARTMENT<br>2 RAFFLES LINK - MARINA BAYFRONT<br>SINGAPORE 039392<br><br>SINGAPORE | 4397 | Motors Liquidation Company | $647,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TWYLA GERARD<br>568 LAYMAN CREEK CIR<br>GRAND BLANC, MI 48439 | 19332 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| U W LOUISE P RANDALL TRUST<br>H RICHARD RANDALL TRUSTEE<br>914 LA JOLLA AVE<br>SUN CITY CENTER, FL 33573 | 12680 | Motors Liquidation Company | $25,005.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| U/W JESSE CLYDE JACKSON TEST TRUST DTD 05/03/01<br>JAMES R JACKSON & LOUISE J COLE CO TTEES<br>16003 HIGHWAY 55<br>STERRETT, AL 35147<br>UNITED STATES OF AMERICA | 19925 | Motors Liquidation Company | $58,850.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| UBS FINANCIAL SERVICES FBO ANTON BOVA<br>ANTON BOVA<br>N60W39640 MARY LANE<br>OCONOMOWOC, WI 53066 | 15851 | Motors Liquidation Company | $11,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| UBS FINANCIAL SERVICES FBO KATHRYN BOVA<br>KATHRYN BOVA<br>N60 W 39640 MARY LN<br>OCONOMOWOC, WI 53066 | 15849 | Motors Liquidation Company | $12,425.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| UBS FINANCIAL SERVICES FBO KATHRYN BOVA<br>KATHRYN BOVA<br>N60W39640 MARY LANE<br>OCONOMOWOC, WI 53066 | 15850 | Motors Liquidation Company | $31,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| UBS FINANCIAL SERVICES FBO LARRY ELLIOT<br>LARRY ELLIOT<br>591 TOEPFER<br>MADISON, WI 53711 | 14167 | Motors Liquidation Company | $10,658.98 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| UBS FINANCIAL SERVICES FBO LARRY ELLIOT<br>LARRY ELLIOT<br>591 TOEPFER<br>MADISON, WI 53711 | 14168 | Motors Liquidation Company | $2,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| UGUR KOYUNOGLU<br>PARKMAYA SITESI C1-C BLOK<br>D17, 34335 AKATLAR<br>ISTANBUL - TURKEY<br><br>TURKEY | 20077 | Motors Liquidation Company | $700,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ULRICH BARDELEBEN<br>3174 DONA CHRISTINA PLACE<br><br>STUDIO CITY, CA 91604<br>UNITED STATES OF AMERICA | 21945 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ULYUSE C RICHARDVILLE<br>PO BOX 143<br><br>EAGLE LAKE, FL 33839 | 7590 | Motors Liquidation Company | $7,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| UMAYAL RAMASWAMY<br>9908 NW 59TH PL<br><br>GAINESVILLE, FL 32653 | 21183 | Motors Liquidation Company | $5,503.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| UNIVERSITY OF AKRON<br>BENJAMIN TF CHUNG<br>DEPT OF MECHANICAL ENGINEERING<br>AKRON, OH 44325 | 67762 | Motors Liquidation Company | $22,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| UREDDI MULLANGI<br>12229 WOODLINE DR<br><br>FENTON, MI 48430 | 13788 | Motors Liquidation Company | $26,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| URS AND RENEE WUNDERLI<br>69 - TIDY ISLAND BLVD<br><br>BRADENTON, FL 34210<br>UNITED STATES OF AMERICA | 37173 | Motors Liquidation Company | $7,222.18 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| URSULA WIDMANN<br>OESCHELBRONNER WEG 8<br>75223 NIEFERN-OESCHELBRONN  GERMANY<br>,<br>GERMANY | 24262 | Motors Liquidation Company | $17,228.03 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| US BANK - JOHN F CAVITT<br>JOHN F CAVITT/MARY J CAVITT<br>56 PROVIDENCE LANE<br>SPRINGFIELD, IL 62711 | 12927 | Motors Liquidation Company | $7,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| US BANK C/FBO WILMA H JONES<br>WILMA H JONES<br>2612 MANCHESTER DR<br>SPRINGFIELD, IL 62724 | 4395 | Motors Liquidation Company | $7,288.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| US BANK IRA FBO RONALD J HICKMAN<br>C/O RONALD J HICKMAN<br>300 RAMBLEWOOD LANE<br>SHERMAN, IL 62684 | 10846 | Motors Liquidation Company | $31,068.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| USAA FED SVGS BNK C/F SDIRA R/O<br>PARK WILLIAM ESPENSCHADE JR<br>747 WINCHESTER DR<br>WESTMINSTER, MD 21157 | 10899 | Motors Liquidation Company | $25,781.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| UWE ROXIN<br>GFS<br>GLOBAL FINANCIAL SOLUTIONS GMBH<br>NEUER WALL 13<br>D-20354 HAMBURG GERMANY<br><br>GERMANY | 21179 | Motors Liquidation Company | $75,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| V G EBERT IRA<br>4155 S ANASTASIA CT<br>GREEN VALLEY, AZ 85622 | 21017 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| V MICHAEL GUERTIN<br>17 RUSCAN RD<br>WETHERSFIELD, CT 06109 | 28285 | Motors Liquidation Company | $17,611.65 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VACCARO LIVING TRUST<br>JOHN WILLIAM VACCARO AND LINDA L VACCARO<br>TTEE VACCARO LIVING TRUST DTD 6-10-92<br>911 N RHODODENDRON DRIVE<br>FLORENCE, OR 97439 | 69102 | Motors Liquidation Company | $55,191.35 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

## Exhibit A

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| VADA RANES<br>5400 UPPER MT VERNON RD<br>EVANSVILLE, IN 47712 | 12900 | Motors Liquidation Company | $19,400.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VADA RAVINE, KAREN A GORTNEY POA<br>C/O VADA RAVINE<br>PO BOX 545<br>ZOAR, OH 44697 | 22242 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VADIM KONSTANTINOVSKY<br>70 WILLOW LANE<br>TENAFLY, NJ 07670 | 2517 | Motors Liquidation Company | $15,691.61 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VAHE A NALBANDIAN TRUSTEE<br>VAHE A NALBANDIAN<br>1556 N COLUMBUS AVE<br>GLENDALE, CA 91202 | 4275 | Motors Liquidation Company | $25,663.70 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VAHE MADONIAN<br>C/O VAHE S MADONIAN<br>3094 BUCKINGHAM RD<br>GLENDALE, CA 91206 | 1734 | Motors Liquidation Company | $730,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VALDA DADINOS<br>23 CYPRESS ROAD<br>SUFFERN, NY 10901 | 31853 | Motors Liquidation Company | $5,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VALDA DELLAPORTA &<br>PAUL DELLAPORTA &<br>MARC E DELLAPORTA<br>3514 HORTON RD<br>NEWTOWN SQUARE, PA 19073 | 36134 | Motors Liquidation Company | $11,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VALENTINA BELANGER<br>12440 SE INDIAN RIVER DR<br>HOBE SOUND, FL 33455 | 3092 | Motors Liquidation Company | $10,557.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VALERA R RITTER TRUST DTD 9-25-92<br>ROBERT C RITTER CO-TTEE<br>593 HI VIEW COURT<br>MAYVILLE, WI 53050 | 20881 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VALERIA M MAHOOD IRA<br>FCC AS CUSTODIAN<br>1404 MOONLIGHT DR<br>CANTONMENT, FL 32533 | 23117 | Motors Liquidation Company | $5,005.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| VALERIE P BARDWIL<br>321 NORTH AVE E APT 128<br><br>CRANFORD, NJ 07016 | 69253 | Motors Liquidation Company | $20,429.58 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VALERIE RICE MARTEL<br>PO BOX 98<br><br>MONTVERNON, NH 03057 | 60467 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VALERIE T BARRETT<br>CHARLES SCHWAB & CO INC.CUST<br>IRA CONTRIBUTORY<br>5500 GREENVILLE AVE<br>SUITE #222<br>DALLAS, TX 75206 | 7311 | Motors Liquidation Company | $4,444.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VALERIE ZECCA IRA<br>FCC AS CUSTODIAN<br>31077 RIVERTON<br>TEMECULA, CA 92591 | 9990 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VALERY RABINOVICH<br>2780 W 5TH ST APT 12E<br><br>BROOKLYN, NY 11224 | 65786 | Motors Liquidation Company | $12,187.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VALLAVBHAI AND SAVITABEN PATEL FOUNDATION, INC<br>INVERNESS COUNSEL, INC<br>C/O HENRY P RENARD<br>845 THIRD AVE 8TH FLOOR<br>NEW YORK, NY 10022 | 29756 | Motors Liquidation Company | $155,343.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VALLEY FORGE BICYCLE CLUB<br>DAVE KAPETANSKY<br>5790 HWY 85 SUITE 3011<br>RIVERDALE, GA 30274 | 14709 | Motors Liquidation Company | $4,863.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VAN DEN BOSSCHE LEONCE<br>ROUTE DE PETIT ROEULX 65<br>7090 BRAINE LE COMTE BELGIQUE<br><br>BELGIUM | 44042 | Motors Liquidation Company | $6,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VAN KUIKEN, ROGER W<br>4377 HEARTWOOD RD<br><br>OKEMOS, MI 48864 | 4461 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| VAN L VIERBICKY<br>130 WANDA ST APT #1<br><br>WEIRTON, WV 26062<br>UNITED STATES OF AMERICA | 14533 | Motors Liquidation Company | $5,023.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VAN N MCWHIRTER JR<br>DONNA J MCWHIRTER<br>10523 PENFIELD AVE<br>CHATSWORTH, CA 91311 | 22274 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VAN W BALL DECEASED<br>ESTATE OF VAN BALL<br>KAY BALL BENEFICIARY IRA<br>GUARANTEE & TRUST CO TRUSTEE<br>4007 KING RICHARD<br>PINE BLUFF, AR 71603 | 22684 | Motors Liquidation Company | $2,950.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VANDENBRANDEN, LILLI & JEAN-PIERRE<br>BRUSSELSTRAAT 765<br>1700 DILBEEK BELGIUM<br><br>BELGIUM | 29164 | Motors Liquidation Company | $12,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VANDEPITTE ANDRE  ORNELIS MARTHA<br>ST MICHIELSTRAAT 42<br>8700 TIELT  (B-BELGIUM)<br><br>BELGIUM | 36066 | Motors Liquidation Company | $9,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VANDONGEN, JAN<br>4343 W BARNES LAKE RD<br><br>COLUMBIAVILLE, MI 48421 | 8777 | Motors Liquidation Company | $5,308.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VANE E SUTER<br>1818 ALPHA AVENUE<br><br>SOUTH PASADENA, CA 91030 | 62718 | Motors Liquidation Company | $192,252.91 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VARTGES MELIDOSIAN & ALICE MELIDOSIAN<br>ALICE MELIDOSIAN JT TEN<br>TOD ACCOUNT<br>15163 DASHER ST<br>ALLEN PARK, MI 48101 | 5204 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VAUGHN A DODGE<br>PO BOX 243<br><br>SONOMA, CA 95476 | 27367 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Fourth Omnibus Objection

## Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| VAUGHN KAVLIE<br>10081 LAUREL DR<br><br>EDEN PRAIRIE, MN 55347 | 23277 | Motors Liquidation Company | $2,563.15 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VAULDA WHIDDON TOD<br>F WHIDDON D BERRYMAN F MILLER<br>SUBJECT TO STA RULES<br>238 DIXIE DRIVE<br>TALLAHASSEE, FL 32304 | 4237 | Motors Liquidation Company | $8,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VAUNA CLARK AND MICHAEL CLARK<br>VAUNA CLARK AND MICHAEL CLARK<br>JT TEN WROS<br>14301 SHEPARD DR<br>LITTLE ROCK, AR 72223 | 9291 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VC WILKES<br>630 YOKLEY LANE<br><br>PULASKI, TN 38478 | 1988 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VEGETUS FOUNDATION<br>C/O A. RIFKIN<br>TUNBRIDGE ROAD<br>HAVERFORD, PA 19041 | 21197 | Motors Liquidation Company | $243,206.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VEL M JESIC<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>5058 GAYNOR AVE<br>ENCINO, CA 91436 | 28505 | Motors Liquidation Company | $4,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VELMA BRONSON COHEN<br>VELMA B COHEN<br>2500 INDIGO LN APT 202<br>GLENVIEW, IL 60026 | 6857 | Motors Liquidation Company | $9,970.73 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VELMA J MILLER TTEE<br>VIRGIL B MILLER TRUST<br>U/A/D 7/3/97<br>4706 S 85TH COURT<br>LINCOLN, NE 68526 | 4062 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VELMA L SACCONE (IRA)<br>FCC AS CUSTODIAN<br>6136 PUEBLO DRIVE<br>ZEPHYRHILLS, FL 33542 | 4208 | Motors Liquidation Company | $2,089.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| VELMA M CASTILLE IRA<br>FCC AS CUSTODIAN<br>521 MEL ST<br>OPELOUSAS, LA 70570 | 17415 | Motors Liquidation Company | $272.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VELMA MCGEE<br>2184 GREENBRIAR DR<br>SPRINGFIELD, IL 62704 | 12267 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VELMA P. HEIN<br>1201 HARMONY TWP RD<br>NEW HARMONY, IN 47631 | 16835 | Motors Liquidation Company | $35,550.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VELORES L KAST<br>EDWARD JONES C/F<br>4664 APPELL LANE<br>CHERRY VALLEY, IL 61016 | 5782 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VENITA RICHARDSON<br>1295 SANDS LANE #801<br>SARINA ONTARIO N7V 4K5 CANADA<br>CANADA | 21387 | Motors Liquidation Company | $22,869.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VENTRELLA FAMILY REVOCABLE<br>LIVING TRUST UAD 12/30/99<br>KENNETH VENTRELLA<br>TTEE AMD 07/21/05<br>8441 W. WILSON AVENUE<br>CHICAGO, IL 60656 | 17540 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VERA FERNICOLA IRA<br>VERA FERNICOLA<br>7 SPIER AVE<br>ALLENHURST, NJ 07711 | 27230 | Motors Liquidation Company | $15,452.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VERA H. SILVER AND<br>ROBERT S. SILVER JTWROS<br>245 E. 87TH ST. APT #4B<br>NEW YORK, NY 10128 | 64191 | Motors Liquidation Company | $53,707.78 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VERA J FIGORE<br>458 PARKER ROAD<br>SARVER, PA 16055 | 22404 | Motors Liquidation Company | $25,623.82 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Fourth Omnibus Objection

## Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| VERA L BARNES<br>767 MANCILL RD<br><br>WAYNE, PA 19087 | 4696 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VERA M CORTEZ<br>LIVING TRUST UAD 02/02/01<br>VERA M CORTEZ TTEE<br>4334 STEUBEN WOODS DRIVE<br>STEUBENVILLE, OH 43953 | 37163 | Motors Liquidation Company | $10,230.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VERA M REDDISH<br>216 E 16TH ST<br><br>GRAND ISLAND, NE 68801 | 14526 | Motors Liquidation Company | $18,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VERA O HILL REVOCABLE TRUST<br>U/A DTD 6/5/02<br>VERA O HILL & BILL<br>BORDERS II TTEES<br>5202 ST JOE ROAD APT 401<br>FORT WAYNE, IN 46835 | 11762 | Motors Liquidation Company | $71,217.18 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VERA PATE WILLS<br>1149 COUNTRY LANE NE<br><br>ATLANTA, GA 30324 | 45181 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VERA SCOTT<br>VERA SCOTT IRA<br>1617 DACOSTA ST<br>DEARBORN, MI 48128 | 64406 | Motors Liquidation Company | $13,854.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VERED FAINSOD DANIEL FAINSOD JTWROS<br>100 IRUSIM ST<br>P O BOX 1221<br>71908 REUT ISRAEL<br><br>ISRAEL | 44052 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VERGULT ANDREAS<br>HOFSTRAAT 134 K310<br>9100 SINT NIKLAAS BELGIUM<br><br>BELGIUM | 69510 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VERLIN MATHIS<br>759 GRAFTON ROAD<br><br>NEWARK, OH 43055 | 7690 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| VERN V BUCK RESIDUARY TRUST<br>BERA P. BUCK<br>519 SIR ARTHUR CT<br>APOPKA, FL 32712 | 15681 | Motors Liquidation Company | $22,550.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VERNA B MEINERSHAGEN LIV TRST<br>U/A/D 9 17 93<br>VERNA B MEINERSHAGEN TTEE<br>4657 HEATHERBROOK DR<br>TROY, MI 48098 | 5849 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VERNA B MEINERSHAGEN LIV TRUST<br>U/A/D 9 17 93<br>VERNA B MEINERSHAGEN TTEE<br>4657 HEATHERBROOK DR<br>TROY, MI 48098 | 21221 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VERNA B MEINERSHAGEN LIV TRUST<br>U/A/D 9 17 93<br>VERNA B MEINERSHAGEN  TTEE<br>4657 HEATHERBROOK DR<br>TROY, MI 48098 | 21222 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VERNA LINDSTROM<br>ROBERT E. LINDSTROM JT TEN<br>2259 SAND RD<br>SHELL LAKE, WI 54871 | 29457 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VERNA M PARKS<br>25530 SOUTHFIELD RD<br>APT 205<br>SOUTHFIELD, MI 48075 | 8638 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VERNA WOOLFALL TTEE<br>HENRY & VERNA WOOLFALL REV TRUST DTD 03/15/96<br>2445 STILL BROOK<br>CORPUS CHRISTI, TX 78414 | 67684 | Motors Liquidation Company | $10,371.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VERNE CANROY<br>19 CHESHIRE AVE<br>SYOSSET, NY 11791 | 10971 | Motors Liquidation Company | $15,144.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VERNON & JOYCE SCHUENKE<br>297 CARDINAL LN<br>HARTLAND, WI 53029 | 6090 | Motors Liquidation Company | $14,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| VERNON & MARLYS THORSON<br>304 W 3RD AVE<br><br>FLANDREAU, SD 57028 | 69012 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VERNON A DEYSHER<br>FLORENCE V DEYSHER<br>58 MOTEL DRIVE, BOX 226<br>SHARTLESVILLE, PA 19554 | 2809 | Motors Liquidation Company | $22,568.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VERNON D SEVIER (IRA)<br>FCC AS CUSTODIAN<br>273 ALBERT PLACE<br>COSTA MESA, CA 92627 | 8331 | Motors Liquidation Company | $14,766.70 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VERNON DAHLLOF &<br>ANNE DAHLLOF<br>4 WINGATE RD<br>MULLICA HILL, NJ 08062 | 23309 | Motors Liquidation Company | $23,410.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VERNON G EBERT<br>4155 S ANASTACIA CT<br><br>GREEN VALLEY, AZ 85622 | 21018 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VERNON H & EVELYN M HOWE<br>TTEE VERNON H & EVELYN M<br>HOWE TR UAD 10/07/03<br>2491 OKEMOS RD<br>RT 4<br>MASON, MI 48854 | 10302 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VERNON JOSEPH TESAR<br>10832 N FAIRWAY CT E #224<br><br>SUN CITY, AZ 85351 | 9168 | Motors Liquidation Company | $26,100.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VERNON TRIVETT TOD C TRIVETT<br>S TRIVETT, L TRIVETT<br>SUBJECT TO STA RULES<br>4500 PINE SPRINGS DRIVE<br>PENSACOLA, FL 32505 | 6286 | Motors Liquidation Company | $100.40 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VERNON V CROZIER<br>PO BOX 607<br><br>PITTSBURG, KS 66762 | 14871 | Motors Liquidation Company | $11,114.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

# Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| VERNON W MANLEY<br>14303 MANGROVE STREET<br>MOORPARK, CA 93021 | 1877 | Motors Liquidation Company | $17,395.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VERONICA B JURIK<br>103 GREENRIDGE DR<br>MONONGAHELA, PA 15063 | 8346 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VERONICA J NACCHIO<br>324 SUBURBAN RD<br>KNOXVILLE, TN 37923 | 12331 | Motors Liquidation Company | $18,627.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VERONICA JOSEPH<br>BEN JOSEPH<br>8810 ABBOTT AVE<br>SURFSIDE, FL 33154 | 15128 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VERONICA JOSEPH<br>BEN JOSEPH<br>8810 ABBOTT AVE<br>SURFSIDE, FL 33154 | 15129 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VERONICA JOSEPH<br>BEN JOSEPH<br>8810 ABBOTT AVE<br>SURFSIDE, FL 33154 | 15132 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VERONICA MISTRETTA<br>24 SYCAMORE ROAD<br>BLOOMINGDALE, NJ 07403 | 30824 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VERONICA ROSELLE<br><br>UNITED STATES OF AMERICA | 62401 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VERUS L GRILLIOT TRUST<br>VERUS L GRILLIOT TRUST U/A DTD 11/07/1990<br>ATTN ROSE ANN GRILLIOT TTEE<br>5646 SE LAMAY DR<br>STUART, FL 34997 | 11145 | Motors Liquidation Company | $4,737.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VESTA B KNUTH<br>37850 S DEER PA RD<br>DETOUR VLGE, MI 49725 | 69246 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| VESTA L DURBIN TTEE<br>2008 VESTA L DURBIN TRUST REVO<br>U/A DTD 11/24/2008<br>467 RODGERS RD<br>CHESTER, WV 26034 | 8092 | Motors Liquidation Company | $35,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIAZANKO, JAMES E<br>28459 ALYCEKAY ST<br>FARMINGTON HILLS, MI 48334 | 63488 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VICENTE PEREIRO<br>10850 SW 136 TER<br>MIAMI, FL 33176 | 11116 | Motors Liquidation Company | $45,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VICKI C. MARTIN, MARISSA N MARTIN<br>VICKI MARTIN<br>419 RYAN DRIVE<br>FAIRVIEW HEIGHTS, IL 62208 | 33428 | Motors Liquidation Company | $10,604.30 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VICKI D PONTELLO<br>TOD BENEFICIARY ON FILE<br>1739 BLUE OAK DR<br>CHESTERFIELD, MO 63017 | 21302 | Motors Liquidation Company | $25,703.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VICKI S BERRY<br>PO BOX 2018<br>KELLER, TX 76244 | 37748 | Motors Liquidation Company | $15,184.86 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VICKI SMELTZ<br>3809 LARABY DR<br>HARRISBURG, PA 17110 | 13391 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VICKIE EDWARDS<br>1715 SOLOD DR<br>MORRISTOWN, TN 37814 | 18652 | Motors Liquidation Company | $8,465.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VICKY BREWER&<br>RON BREWER<br>JT TEN<br>22451 DERIK ROAD<br>SPRINGDALE, AR 72764 | 36131 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VICTOR A KING<br>7071 S FRANKLIN ST<br>CENTENNIAL, CO 80122 | 4476 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| VICTOR BADAR & AGNES BADAR<br>2223 COUNCIL OAK DR<br><br>SOUTH BEND, IN 46628 | 9094 | Motors Liquidation Company | $4,685.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VICTOR BUSCAINO TTEE<br>EMILY M BOSCAINO TTEE<br>300 BEACH DR NE APT 1101<br>ST PETERSBURG, FL 33701 | 7019 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VICTOR E MEYER AND INGEBORG A MEYER CO-TRUSTEES<br>U/A DATED 6-16-98<br>FBO VICTOR E MEYER LIVING TR<br>2212 PARKWOOD DR<br>MIDLAND, MI 48642 | 29468 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VICTOR FERRULLI AND GAIL FERRULLI<br>1540 SMITH DRIVE SOUTH<br><br>SOUTHHOLD, NY 11971 | 14173 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VICTOR GURALNICK<br>CHARLES SCHWAB & CO INC CUST<br>SEP-IRA<br>7603 PALMER GLEN CIR<br>SARASOTA, FL 34240 | 6689 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VICTOR H RICHARDSON<br>301 SOUTH ST<br><br>FERN PARK, FL 32730 | 14418 | Motors Liquidation Company | $19,712.90 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VICTOR HUNTSMAN<br>4908 CASSITTY RD<br><br>WOODBURN, KY 42170 | 61850 | Motors Liquidation Company | $1,166.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VICTOR J RIZZO TRUSTEE<br>2877 GREENBRIAR<br><br>HARBOR SPRINGS, MI 49740 | 11677 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VICTOR LEE BUSSARD & VIOLA MAE<br>BUSSARD TTEES FBO THE V L BUSSARD<br>V M BUSSARD REV TR DTD 4/20/94<br>PO BOX 601<br>WINTERS, CA 95694 | 14587 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| VICTOR MULLAN<br>CGM ROTH IRA CUSTODIAN<br>15201 WHEELER LANE<br>SPARKS, MD 21152 | 5975 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VICTOR SCALISI JR<br>1100 B PARK WAY<br>LAKEPORT, CA 95453<br>UNITED STATES OF AMERICA | 16175 | Motors Liquidation Company | $101,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VICTOR W DAHAR SR & ELEANOR DAHAR<br>VICTOR W DAHAR SR<br>20 MERRIMACK ST<br>MANCHESTER, NH 03101 | 44414 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VICTORIA BROOKS<br>5803 E PARAPET ST<br>LONG BEACH, CA 90808 | 4915 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VICTORIA CHIU YEE<br>3 HIGH POINT COURT<br>ANNANDALE, NJ 08801 | 45815 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VICTORIA L MEDINA DUARTE<br>MANUEL DOBLADO 500-9 COL PALO BLANCO<br>GARZA BARCIA, NUEVO LEON 66236 MEXICO<br><br>MEXICO | 67608 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VICTORIA MEDINA DUARTE<br>MANUEL DOBLADO 500-9<br>COL PALO BLANCO<br>GARZA GARCIA, NUEVO LEON<br>66236 MEXICO<br>,<br>MEXICO | 67606 | Motors Liquidation Company | $13,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VICTORIA MEDINA DUARTE<br>MANUEL DOBLADO 500-9<br>COL PALO BLANCO<br>66236 GARZA GARCIA, NUEVO LEON MEXICO<br><br>MEXICO | 67607 | Motors Liquidation Company | $13,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VICTORIA N WIEZOREK<br>1215 DIAMOND VALLEY ST<br>HENDERSON, NV 89052 | 65209 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| VIKKI L HEIMSOTH<br>PO BOX 20362<br>CHEYENNE, WY 82003<br>UNITED STATES OF AMERICA | 15500 | Motors Liquidation Company | $2,269.20 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VILMA V BENEDEK<br>107 TRENTON PLACE<br>MCKEESPORT, PA 15135 | 20169 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VINCENT 1991 CRUT<br>ROGER VAN REMMEN TTEE<br>3940 FRESHWIND CIR<br>WESTLAKE VILLAGE, CA 91361 | 16368 | Motors Liquidation Company | $74,050.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VINCENT A CIARPELLA<br>1860 N ATLANTIC AVE B-806<br>COCOA BEACH, FL 32931 | 20858 | Motors Liquidation Company | $35,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VINCENT A MATRANGA<br>4644 NIPOMO AVE<br>LAKEWOOD, CA 90713 | 3342 | Motors Liquidation Company | $6,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VINCENT A SCHUSTER<br>1206 ADELINE ST<br>DUBUQUE, IA 52003 | 2962 | Motors Liquidation Company | $20,831.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VINCENT ALONGI  &<br>FRANCES ALONGI JT WROS<br>28 FORTRESS PLACE<br>PALM COAST, FL 32137 | 17897 | Motors Liquidation Company | $16,885.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VINCENT ALONGI (IRA)<br>FCC AS CUSTODIAN<br>28 FORTRESS PLACE<br>PALM COAST, FL 32137 | 17938 | Motors Liquidation Company | $16,885.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VINCENT AND ANGELA FORLEO<br>PO BOX 20445<br>CRANSTON, RI 02920 | 20500 | Motors Liquidation Company | $15,815.62 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VINCENT COCCOLI<br>1 FELIX LANE<br>NORWALK, CT 06850 | 28494 | Motors Liquidation Company | $54,406.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| VINCENT D' ALESSIO & ANNA D' ALESSIO TEN COM 922 PIERCE AVE BRONX, NY 10462 | 7777 | Motors Liquidation Company | $24,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VINCENT DELUCA 1145 TERNS LANDING RD PITTSGROVE, NJ 08318 | 8412 | Motors Liquidation Company | $23,302.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VINCENT FRANCAVILLA 149 WALNUT ST W HEMPSTEAD, NY 11552 | 30967 | Motors Liquidation Company | $11,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VINCENT G FEDE 701 SEAFARER CIR #406 JUPITER, FL 33477 | 871 | Motors Liquidation Company | $31,811.03 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VINCENT J GENTUSO SR TTEE VINCENT J GENTUSO SR TRUST U/A DTD 7-10-96 202 RIDGEVIEW DRIVE HOT SPRINGS, AR 71901 | 20807 | Motors Liquidation Company | $1,240.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VINCENT J OLIVERIO 1304 BUCKHANNON PIKE NUTTER FORT, WV 26301 | 26623 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VINCENT J. GARZILLI 42 FRANKLIN ST GREENFIELD, MA 01301 | 12211 | Motors Liquidation Company | $16,169.84 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VINCENT L JOHNSON CHARLES SCHWAB & CO INC CUST IRA ROLLOVER 1018 BARONRIDGE DR SEABROOK, TX 77586 | 30615 | Motors Liquidation Company | $10,030.73 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VINCENT L JOHNSON & LENORE B JOHNSON DESIGNATED BENE PLAN/TOD 1018 BARONRIDGE DR SEABROOK, TX 77586 | 30525 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| VINCENT LEPERA<br>185 SECOND STREET<br><br>TROY, NY 12180 | 50561 | Motors Liquidation Company | $20,113.56 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VINCENT LUKAS &<br>BARBARA B. LUKAS TTEES<br>LUKAS LIV TRUST DTD 1/6/06<br>108 NORTHWAY RD.<br>ITHACA, NY 14850 | 18629 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VINCENT MERCIER HRUBY TRUSTEE<br>FBO VINCENT MERCIER HRUBY REV TR<br>U/ADTD 5-19-94<br>2722 WILDWOOD PLACE<br>COLUMBUS, IN 47201 | 1300 | Motors Liquidation Company | $5,132.18 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VINCENT P GULLO<br>33 DARREN DRIVE<br><br>BASKING RIDGE, NJ 07920 | 20355 | Motors Liquidation Company | $25,460.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VINCENT P. DITRANO JR<br>3610 YACHT CLUB DR #1412<br><br>AVENTURA, FL 33180 | 15458 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VINCENT R CYTACKI &<br>MARGARET E CYTACKI JT TEN<br>1512 HILLER<br>WEST BLOOMFIELD, MI 48324 | 16936 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VINCENT R SICILIANO<br>THE OAK OF WEYMOUTH<br>6 PINE TREE LN<br>MAYS LANDING, NJ 08330 | 21842 | Motors Liquidation Company | $25,244.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VINCENT STAHL/AILEEN STAHL JT TEN/WROS<br>37 JANET COURT<br><br>MILLTOWN, NJ 08850 | 17441 | Motors Liquidation Company | $18,379.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VINCENT VANGROSSI<br>319 SWEDE STREET<br><br>NORRISTOWN, PA 19401 | 1792 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VINCENT VIVENZIO<br>SHIRLEY F VIVENZIO JTTEN<br>131 WOODLAWN AVE<br>AUBURN, NY 13021 | 29605 | Motors Liquidation Company | $10,147.85 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| VINITA AGRAWAL<br>1339 E GUNN RD<br><br>OAKLAND TWP, MI 48306 | 19202 | Motors Liquidation Company | $5,327.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VINITA WESTMORELAND<br>11350 WOODSTOCK RD<br>APT 1240<br>ROSWELL, GA 30075 | 6663 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VINTON R BECKETT<br>2501 NW 41 AVE<br>BLDG 6  #308<br>LAUDERHILL, FL 33313 | 14202 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIOLA HESSEL<br>1406 MADISON AVE<br><br>EDWARDSVILLE, IL 62025 | 4545 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIOLA J CHRISTOF TTEE<br>PO BOX 1719<br><br>BROOKINGS, OR 97415 | 11889 | Motors Liquidation Company | $11,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIOLA J SPINELLI TTEE<br>U/A DTD 12/27/1998<br>BY NICHOLAS PR SPINELLI<br>855 MAIN ST FL 6<br>BRIDGEPORT, CT 06604 | 18463 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIOLA KLEIN<br>2230 S SUNSHINE CIRCLE<br><br>PALM SPRINGS, CA 92264 | 27192 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIOLA RAMIREZ &<br>EDUARDO ALONZO RAMIREZ<br>JT TEN<br>P O BOX 36<br>RIO HONDO, TX 78583 | 6575 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIOLET BARTAKOVITS<br>9331 ALTO SOL WAY<br><br>NEW PORT RICHEY, FL 34655 | 7594 | Motors Liquidation Company | $9,559.16 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIOLET GREENBERG SOHN<br>3037 HYTHE C<br><br>BOCA RATON, FL 33434 | 20766 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| VIRGIL A FIELDEN<br>PO BOX 928<br><br>FAIRFIELD, TX 75840 | 36175 | Motors Liquidation Company | $31,031.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIRGIL E LOWN<br>2102 OAK CREEK PLACE<br><br>HAYWARD, CA 94541 | 5426 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIRGILIOS KOMNINOS<br>23 PLASTIRA STZ N. SMYRNI<br>ELENI - LYDIA KATSINI AND<br>KOMNINOS - MICHAIL KOMNINOS JT<br>ATHENS - GREECE 17121<br><br>GREECE | 19605 | Motors Liquidation Company | $100,140.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIRGINA E HECHT<br>80 LADUE ESTATES DR<br><br>ST LOUIS, MO 63141 | 8562 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIRGINA J. BAILEY<br>P O BOX 286<br>35 CHURCH STREET<br>WINDSOR, VA 23487 | 14114 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIRGINIA & MARVIN FISH<br>3029 BEELM COURT<br><br>COLUMBUS, IN 47203 | 2424 | Motors Liquidation Company | $3,029.13 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIRGINIA A BEIBER<br>48571 ANNAPOLIS RD<br><br>HOPEDALE, OH 43976 | 44822 | Motors Liquidation Company | $25,037.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIRGINIA A NERO<br>36 CAPRON RD<br><br>SMITHFIELD, RI 02917 | 12429 | Motors Liquidation Company | $2,700.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIRGINIA ADAMS<br>1612 DELWOOD CIR<br><br>SCOTTSBORO, AL 35769 | 69820 | Motors Liquidation Company | $33,479.13 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIRGINIA AUTRY<br>1333 CR 3440<br><br>HAWKINS, TX 75765 | 16620 | Motors Liquidation Company | $5,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| VIRGINIA B JOHNS<br>19 TRIM ST<br><br>CAMDEN, ME 04843 | 6268 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIRGINIA BROOKS IRA TD AMERITRADE CUSTODIAN<br>1327 WRENWOOD DR<br><br>TROY, MI 48084 | 65649 | Motors Liquidation Company | $43,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIRGINIA BROOKS TIMOTHY BROOKS JT TNN<br>C/O VIRGINIA BROOKS<br>1327 WRENWOOD DR<br>TROY, MI 48084 | 65647 | Motors Liquidation Company | $13,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIRGINIA C DENBO<br>110 INDIAN HILLS DR NE<br><br>CORYDON, IN 47112<br>UNITED STATES OF AMERICA | 14530 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIRGINIA DAMATO TTEE<br>VIRGINIA DAMATO TRUST<br>1355 BAY HARBOR DR # 108<br>PALM HARBOR, FL 34685 | 2422 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIRGINIA DIANE BROWN TRUST<br>UAD 08/07/99<br>VIRGINIA DIANE BROWN TTEE<br>5372 DANIEL<br>BRIGHTON, MI 48114 | 28298 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIRGINIA E BURDICK TTEE<br>BURDICK FAMILY TRUST<br>U/A DTD DEC 6 1994<br>1923 E JOYCE BLVD APT 215<br>FAYETTEVILLE, AR 72703 | 27631 | Motors Liquidation Company | $800.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIRGINIA E HECHT<br>80 LADUE ESTATES DR<br><br>ST LOUIS, MO 63141 | 8561 | Motors Liquidation Company | $4,925.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIRGINIA F ZULLO &<br>JOHN J ZULLO &<br>ROBIN C LISI<br>JT TEN<br>175 WEST ROCKS ROAD<br>NORWALK, CT 06851 | 15469 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| VIRGINIA G FORD TTEE<br>FBO VIRGINIA G FORD REV TRUST<br>DTD 9-7-01<br>4105 BAY BERRY DRIVE<br>MELBOURNE, FL 32901 | 49607 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIRGINIA G. BAILEY<br>P O BOX 286<br>35 CHURCH STREET<br>WINDSOR, VA 23487 | 14115 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIRGINIA H JAMES<br>411 EAST FRANKLIN STREET<br>FAYETTEVILLE, NY 13066 | 20102 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIRGINIA H. GARNTO IRA<br>FCC AS CUSTODIAN<br>82 PINEVIEW CIR<br>FORSYTH, GA 31029 | 27660 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIRGINIA L LIPP<br>5804 FALLMEADOW DR<br>TYLER, TX 75703 | 6911 | Motors Liquidation Company | $10,398.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIRGINIA L WALKER<br>3414 N 129TH CIR<br>OMAHA, NE 68164 | 60469 | Motors Liquidation Company | $24,625.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIRGINIA LIMONE<br>132 WILLIAM ST<br>EAST WILLISTON, NY 11596 | 44098 | Motors Liquidation Company | $24,756.56 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIRGINIA M CURRAN<br>610 SW ORDNANCE<br>ANKENY, IA 50023 | 11444 | Motors Liquidation Company | $30,574.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIRGINIA M DUNLAP<br>300 1ST AVE NE #206<br>AUSTIN, MN 55912<br>UNITED STATES OF AMERICA | 5331 | Motors Liquidation Company | $43,560.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIRGINIA MARASY<br>13857 ESPRIT AVE<br>SAN DIEGO, CA 92128 | 9010 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

## Exhibit A

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| VIRGINIA MAWHINNEY<br>2726 WHITEBRIDGE DR<br>APT B<br>PALM HARBOR, FL 34684 | 7123 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIRGINIA P LLOYD<br>TOD ACCOUNT<br>4111 VICTORIA DRIVE<br>FORT WAYNE, IN 46815 | 9467 | Motors Liquidation Company | $10,105.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIRGINIA R COPELAND TTEE<br>U/A DTD 7/2/01<br>VIRGINIA R COPELAND REVOC TR<br>1100 ERIE AVE APT 812<br>EVANSVILLE, IN 47715 | 17915 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIRGINIA ROSS<br>DAVID R LIECHTI JT TEN<br>216 N CEDAR STREET<br>EVART, MI 49631 | 19655 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIRGINIA RUTH POYNOR<br>22626 TRAILWOODS ESTATE<br>TOMBALL, TX 77375 | 30791 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIRGINIA RUTH POYNOR<br>22626 TRAILWOODS ESTATE<br>TOMBALL, TX 77375 | 30943 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIRGINIA RUTH POYNOR<br>22626 TRAILWOODS ESTATE<br>TOMBALL, TX 77375 | 30944 | Motors Liquidation Company | $55,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIRGINIA RUTH POYNOR<br>22626 TRAILWOODS ESTATE<br>TOMBALL, TX 77375 | 30945 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIRGINIA RYE OFFUTT<br>391 PINE BROOK LN<br>NEW WILMINGTON, PA 16142 | 7546 | Motors Liquidation Company | $9,568.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIRGINIA T NETTER<br>1029 ALTA VISTA RD<br>LOUISVILLE, KY 40205 | 29538 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference | |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| VIRGINIA W ULRICH ACCOUNT PY22210AA<br>UBS FINANCIAL SERVICE, INC<br>ACCOUNT NO PY 22210AA<br>1735 MARKET ST, 36TH FL<br>PHILADELPHIA, PA 19103 | 2881 | Motors Liquidation Company | $10,196.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIRGINIA WINGARD<br>211 PINNACLE DR<br>COLUMBIA, SC 29212 | 7424 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIRGINIA ZIMMERMAN<br>1106 S RIVERSIDE DR<br>POMPANO BEACH, FL 33062<br>UNITED STATES OF AMERICA | 63457 | Motors Liquidation Company | $160,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIRGINIA ZIMMERMAN<br>1106 S RIVERSIDE DR<br>POMPANO BEACH, FL 33062<br>UNITED STATES OF AMERICA | 63458 | Motors Liquidation Company | $90,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIRGINIA ZIMMERMAN<br>1106 S RIVERSIDE DR<br>POMPANO BEACH, FL 33062<br>UNITED STATES OF AMERICA | 63459 | Motors Liquidation Company | $9,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIRGINIA ZIMMERMAN<br>1106 S RIVERSIDE DR<br>POMPANO BEACH, FL 33062 | 63460 | Motors Liquidation Company | $35,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VISHNU KANT SHARMA<br>1573 HEATHER DR<br>LAPEER, MI 48446 | 14246 | Motors Liquidation Company | $8,780.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VISHNU KANT SHARMA<br>1573 HEATHER DR<br>LAPEER, MI 48446 | 22743 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VITALY RUBIN<br>9802 N GRACE AVE<br>NILES, IL 60714 | 8042 | Motors Liquidation Company | $666.95 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VITO A CILIBERTI JR<br>PO BOX 2182<br>HAMILTON, MT 59840 | 20089 | Motors Liquidation Company | $22,442.14 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 31

Seventy-Fourth Omnibus Objection

## Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| VITO BORGIA TRUST<br>U/A/D 4 1 97<br>VITO BORGIA TTEE<br>50525 KOSS<br>MACOMB TWP, MI 48044 | 68421 | Motors Liquidation Company | $393,228.86 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIVIAN D ESTES<br>BOX 1181<br>SNOWFLAKE, AZ 85937 | 18354 | Motors Liquidation Company | $27,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIVIAN G KILSHEIMER TTEE<br>VIVIAN G KILSHEIMER TRUST<br>U/A 11/28/98<br>PO BOX 274<br>SOLOMONS, MD 20688 | 30884 | Motors Liquidation Company | $1,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIVIAN G ZANOTTI<br>35 CLUB VIEW DRIVE<br>NOVATO, CA 94949 | 69185 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIVIAN G ZANOTTI TOD<br>PATSY ANN HANIS PAUL PATRICK<br>HANIS SUBJECT TO STA RULES<br>35 CLUB VIEW DRIVE<br>NOVATO, CA 94949 | 12983 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIVIAN L HADDIX REV TRUST<br>RONALD P LOUDIN TTEE<br>U/A DTD 12/01/1999<br>312 THOMPSON AVE<br>LEHIGH ACRES, FL 33972 | 28421 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIVIAN M BRIEL & GLENN E BRIEL<br>10707 FAIRMOUNT RD<br>LOUISVILLE, KY 40291 | 12409 | Motors Liquidation Company | $50,169.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIVIAN METRICK<br>VIVIAN METRICK TRUST<br>VIVIAN METRICK TTEE<br>1210 CAMPANELLI DRIVE WEST<br>PLANTATION, FL 33322 | 5384 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIVIAN S KNUCKLEY<br>1521 WHIPPOORWILL DR<br>WEST COLUMBIA, SC 29169 | 13270 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

## Exhibit A

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| VIVIAN W OWENS JR<br>1354 W 5TH ST<br><br>PLAINFIELD, NJ 07063 | 11188 | Motors Liquidation Company | $15,403.72 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIVIANE KOVACS CUST LAURA KOVACS<br>56 CRESCENT DR<br><br>ALBERTSON, NY 11507 | 18846 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIVIENNE H KAUFMAN TRUST<br>6959 FOUNTAINS CIRCLE<br><br>LAKE WORTH, FL 33467 | 21761 | Motors Liquidation Company | $25,029.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VLADIMIR MALIVUK &<br>OLIVIA MALIVUK<br>DESIGNATED BENE PLAN/TOD<br>4848 MEG COURT<br>NORTH PORT, FL 34287 | 12781 | Motors Liquidation Company | $69,609.37 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VLADIMIR NEIMAN<br>HENRIETTA NEIMAN<br>CHARLES SCHWAB & CO INC CUST JNTEN<br>5917 IMOGENE ST<br>HOUSTON, TX 77074 | 21082 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VOI FONDO MUTUAL EN DOLARES<br>C/O MERRILL LYNCH<br>450 E LAS OLAS BLVD<br>STE 1080<br>FORT LAUDERDALE, FL 33301 | 11004 | Motors Liquidation Company | $500,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VOI FONDO MUTUAL EN DOLARES<br>C/O MERRILL LYNCH<br>450 E LAS OLAS BLVD<br>STE 1080<br>FORT LAUDERDALE, FL 33301 | 11005 | Motors Liquidation Company | $1,000,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VOLKER STOCKUM<br>LAVENDELSTR. 16<br>D-47445 MOERS GERMANY<br><br>GERMANY | 1214 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VOLKER STOCKUM<br>LAVENDELSTR 16<br>D 47445 MOERS GERMANY<br><br>GERMANY | 43880 | Motors Liquidation Company | $25,650.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| W A DARLING<br>PO BOX 926<br><br>OPELOUSAS, LA 70571 | 9097 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| W B CUNNINGHAM III<br>DESIGNATED BENE PLAN/TOD<br>6408 WOLFCREEK PASS<br>AUSTIN, TX 78749 | 10714 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| W BARNEY GOGARTY & ASSOC INC<br>W BARNEY GOGARTY, PRESIDENT<br>634 W VERDE RIDGE RD<br>ST GEORGE, UT 84770 | 17284 | Motors Liquidation Company | $8,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| W BAUMGARTEN & SHIRLEY DENEMARK, TTEE<br>DENEMARK TTEE CHARLES<br>MANES & SLYVIA MANESS<br>CHLDRNS TR UAD 3-1-89<br>3750 N 50TH ST<br>MILWAUKEE, WI 53216 | 4344 | Motors Liquidation Company | $12,486.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| W BURLING BOWNE<br>22265 FRANCIS WAY<br><br>COTTONWOOD, CA 96022 | 11995 | Motors Liquidation Company | $16,870.77 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| W CORUM & S CORUM TTEE<br>WILLIAM AND SHIRLEY CORUM TTEE<br>WILLIAM A CORUM REVOCABLE TRUST U/A DTD 12/16/1993<br>5493 NW 43RD WAY<br>COCONUT CREEK, FL 33073 | 44253 | Motors Liquidation Company | $23,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| W E HILL & DOLORES VONCILLE HILL<br>PO BOX 20<br><br>MILLRY, AZ 36558 | 30822 | Motors Liquidation Company | $27,675.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| W GALE & M GALE TTEE<br>WALTER & MARIE GALE REV LIVING<br>U/A DTD 03/11/2003<br>2336 CARLOS<br>WATERFORD, MI 48327 | 9734 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| W GEORGE SEITZ<br>PO BOX 34<br><br>BREWSTER, NY 10509 | 10559 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| W HARRY & BARBARA H FRY & SUSAN HARDING LEE TTEE W HARRY FRY & BARBARA H FRY TRUST UAD 2-19-02 7407 OAKMONT DR. SANTA ROSA, CA 95409 | 16070 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| W J SASSER & D H SASSER TTEE W J SASSER & D H SASSER U/A DTD 05/22/1986 16 WARWICK CT LAFAYETTE, CA 94549 | 28336 | Motors Liquidation Company | $10,159.90 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| W JAMES SOUTH 127 HORSESHOE DR MCKEESPORT, PA 15131 | 15537 | Motors Liquidation Company | $33,075.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| W JANE INSALL 824 HARWOOD BEDFORD, TX 76021 | 69018 | Motors Liquidation Company | $5,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| W JOANNE HERBERT 2315 HARDESTY DRIVE N. COLUMBUS, OH 43204 | 14265 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| W KENDIG & E KENDIG TTEE ESTHER M & WILLIAM L KENDIG LI U/A DTD 03/30/2005 4866 COMANCHE TRL PRESCOTT, AZ 86301 | 25293 | Motors Liquidation Company | $5,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| W KEVIN JACKSON P C PENSION PLAN 311 S STATE STREET SUITE 380 SALT LAKE CITY, UT 84111 | 1097 | Motors Liquidation Company | $33,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| W KIRK MILLS 1815 HAMMOCKS AVE #14 LUTZ, FL 33549 | 7593 | Motors Liquidation Company | $98,646.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| W LEWIS & M LEWIS TTEE LEWIS FAMILY LIVING TRUST U/A DTD 07/25/2008 PO BOX 3650 WOFFORD HEIGHTS, CA 93285 | 4060 | Motors Liquidation Company | $11,807.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| W MADSEN & J MADSEN TTEE<br>WILLIAM A MADSEN REV LIVING TR<br>U/A DTD 12/10/1996<br>3064 GRAND OAK CT<br>TURLOCK, CA 95382 | 4726 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| W S FARISH & CO<br>1100 LOUISIANA STE 2200<br>HOUSTON, TX 77002 | 9323 | Motors Liquidation Company | $379,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| W SHELDON CAMPBELL    IRA<br>FCC AS CUSTODIAN<br>U/A DTD 4/15/87<br>1304 CLOVERDALE DR NW<br>WILSON, NC 27896 | 13130 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| W STANLEY HOLT & LORNA HOLT AS COMMUNITY<br>PROPERTY OF WA<br>5345 84TH PL SE<br>MERCER ISLAND, WA 98040 | 472 | Motors Liquidation Company | $21,562.03 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| W T WILLIAMS & J M WILLIAMS CO-TTEE<br>THE WILLIAMS FAMILY TRUST U/A<br>DTD 04/17/2000<br>15265 30 MILE ROAD<br>RAY, MI 48096 | 9814 | Motors Liquidation Company | $3,245.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| W. EDWARD RICE LIVING TRUST<br>W EDWARD RICE<br>4465 E. NATIONAL RD<br>SPRINGFIELD, OH 45505 | 15691 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| W.R. WILSON, BARBARA J. WILSON<br>3219 HICKORY<br>TEXARKANA, AR 71854 | 30100 | Motors Liquidation Company | $10,179.10 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WADE ELECTRIC COMPANY INC<br>503 AIRWAYS BLVD<br>JACKSON, TN 38301 | 65050 | Motors Liquidation Company | $68,649.10 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WADE L KIRBY<br>1728 OAKRIDGE DRIVE<br>CHARLOTTE, NC 28216 | 69525 | Motors Liquidation Company | $8,900.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WADE L. BROWN<br>161 AIRPORT FARM LANE<br><br>TAYLORSVILLE, NC 28681 | 2084 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WADE STARR AND<br>JOY STARR TEN IN COM<br>4032 ECHO GLEN<br>DALLAS, TX 75244 | 8424 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WAGDY F AZIZ<br>77 N COURT<br><br>TIVERTON, RI 02878 | 4059 | Motors Liquidation Company | $5,888.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WAGNER FAMILY IRREVOCABLE TRUST<br>ATTN JONATHAN D DEILY ESQ<br>DEILY MOONEY & GLASTETTER LLP<br>8 THURLOW TERRACE<br>ALBANY, NY 12203 | 65857 | Motors Liquidation Company | $8,125.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WAI PIU MAK<br>FLAT A, 3/F, BLK 2<br>REGENT ON THE PARK<br>9A KENNEDY ROAD<br>WAN CHAI HONG KONG CHINA<br>,<br>HONG KONG, CHINA | 39106 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALDEMAR SCHEFFEL<br>1 SANDY BOTTOM LANE<br><br>BARNEGAT, NJ 08005 | 12777 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALDEMAR Z MLYNARSKI &<br>JANIS K MLYNARSKI<br>JT TEN<br>5215 DEBORAH CT<br>DOYLESTOWN, PA 18902 | 5964 | Motors Liquidation Company | $1,708.81<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALDO A DRURY<br>ILA M DRURY TTEE<br>9525 SHERWOOD WAY<br>SUN LAKES, AZ 85248 | 14145 | Motors Liquidation Company | $25,760.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALKER A GILLETTE REV TRUST<br>WALKER A GILLETTE TTEE<br>REBECCA V GILLETTE TTEE<br>U/A DTD 02/26/04<br>401 NORTH COLLEGE DRIVE<br>FRANKLIN, VA 23851 | 10010 | Motors Liquidation Company | $10,070.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| WALL, ROBERT J<br>2156 S STATE RD<br><br>DAVISON, MI 48423 | 1827 | Motors Liquidation Company | $11,717.20 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALLACE A STOREY<br>118 STARLINE DR<br><br>SPARTANBURG, SC 29307 | 3975 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALLACE AND DORIS BROWNELL<br>45333 GALWAY DR<br><br>NORTHVILLE, MI 48167 | 9342 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALLACE E & JEAN E YANCEY JN/TEN<br>129 SOUTH DOVE LN<br><br>LITTLETON, NC 27850 | 16262 | Motors Liquidation Company | $15,108.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALLACE E MCKEEHAN<br>2284 W US HWY 36<br><br>BAINBRIDGE, IN 46105<br>UNITED STATES OF AMERICA | 16157 | Motors Liquidation Company | $11,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALLACE E MCKEEHAN<br>2284 W US HWY 36<br><br>BAINBRIDGE, IN 46105<br>UNITED STATES OF AMERICA | 16158 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALLACE EDSALL<br>416 11TH ST<br><br>OAKMONT, PA 15139 | 14376 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALLACE EDSALL<br>416 11TH ST<br><br>OAKMONT, PA 15139 | 14505 | Motors Liquidation Company | $13,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALLACE H ROBERTS JR IRA<br>FCC AS CUSTODIAN<br>1696 RIDGELEE ROAD<br>HIGHLAND PARK, IL 60035 | 68072 | Motors Liquidation Company | $19,629.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALLACE M JOHNSON<br>17807 38TH AVE NO<br><br>PLYMOUTH, MN 55447 | 2633 | Motors Liquidation Company | $34,320.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WALLACE M JOHNSON<br>17807 38TH AVE NO<br>PLYMOUTH, MN 55447 | 3035 | Motors Liquidation Company | $34,320.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALLACE NEAL<br>0366 CO RO 92<br>ALGER, OH 45812 | 19586 | Motors Liquidation Company | $9,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALLACE OBITS &<br>CONSTANCE OBITS DEC'D JT TEN<br>818 RIVER STREET<br>SPRING LAKE, MI 49456 | 3763 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALLACE T CIELUCH, ANGELINE I CIELUCH<br>2611 W SKYLINE PKWY<br>DULUTH, MN 55806 | 2757 | Motors Liquidation Company | $5,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALLACE W EDDY<br>728 W HILLSIDE DR<br>MARSHALL, MO 65340 | 4747 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALLACE W EDDY<br>728 W HILLSIDE DR<br>MARSHALL, MO 65340 | 6357 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALLACE W GUPTILL<br>168 RAINBOW DR PMB #6842<br>LIVINGSTON, TX 77399<br>UNITED STATES OF AMERICA | 15450 | Motors Liquidation Company | $10,505.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALLACE ZYGMONTOWICZ<br>2631 AVIS DRIVE SOUTH<br>STERLING HEIGHTS, MI 48310<br>UNITED STATES OF AMERICA | 21171 | Motors Liquidation Company | $2,500.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALLY MOJSIEJENKO<br>368 E LINCO<br>BERRIEN SPRINGS, MI 49103 | 3156 | Motors Liquidation Company | $5,056.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALTER & DEBRA JUNE<br>1028 SW TAMARROW PL<br>STUART, FL 34997 | 15204 | Motors Liquidation Company | $72,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00."  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Fourth Omnibus Objection

# Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| WALTER & DELORES MCCLEAN<br>315 N CAUSEWAY APT C301<br>NEW SMYRNA BEACH, FL 32169 | 10283 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALTER & MARTHA R CLIFT<br>5 TEJON CANON RD<br>PLACITAS, NM 87043 | 4878 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALTER A CHISHOLM<br>900 LUCAS LN<br>FRANKFORT, KY 40601 | 7714 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALTER A CHISHOLM<br>900 LUCAS LN<br>FRANKFORT, KY 40601 | 7715 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALTER A CLOUGH<br>30 LAGOS DEL NORTE<br>FT PIERCE, FL 34951 | 4780 | Motors Liquidation Company | $28,577.05 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALTER A LEPAGE AND FLORENCE H LEPAGE<br>241 LAPORTE DR<br>PASCO, WA 99301 | 15790 | Motors Liquidation Company | $60,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALTER AND SUNNA KULLMANN<br>4935 SR 3001<br>MESHOPPEN, PA 18630 | 14132 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALTER B GRIMES &<br>LYDIA S GRIMES JTTEN<br>170 KENAN DR<br>MILLEDGEVILLE, GA 31061 | 10984 | Motors Liquidation Company | $22,057.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALTER BELL<br>ROBERT A VENNING, GUARDIAN OF WALTER S BELL<br>151 CRESTWOOD DR<br>GARDNER, MA 01440 | 19658 | Motors Liquidation Company | $20,720.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALTER BRODY<br>4 MANCHESTER DR<br>WHIPPANY, NJ 07981 | 23143 | Motors Liquidation Company | $2,100.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Fourth Omnibus Objection

## Exhibit A

Motors Liquidation Company, et al.

Case No. 09-50026 (REG), Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WALTER C HENRY<br>210 WHISPERING PINES LA<br>BIRDSBORO, PA 19508 | 2186 | Motors Liquidation Company | $12,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALTER C. MARSHALL<br>469 AVON CT<br>FRIENDSHIP, MD 20758 | 5618 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALTER D BROWN FAMILY LLC<br>12912 CASTLEROCK COURT<br>OKLAHOMA CITY, OK 73142 | 30975 | Motors Liquidation Company | $100,002.33 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALTER D BROWN FAMILY LLC<br>12912 CASTLEROCK COURT<br>OKLAHOMA CITY, OK 73142 | 30976 | Motors Liquidation Company | $100,002.33 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALTER D FAST & LEONA M FAST JTWROS<br>9688 HOMEWOOD CIRCLE<br>OOLTEWAH, TN 37363 | 2687 | Motors Liquidation Company | $9,799.45 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALTER D HOWARD LIVING TRUST<br>UAD 03/08/06<br>WALTER D HOWARD TTEE<br>10245 FALLING WATERS LN<br>CINCINNATI, OH 45241 | 26555 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALTER E AMES<br>313 MATHEWS WAY<br>NEW CASTLE, PA 16101 | 6433 | Motors Liquidation Company | $12,548.58 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALTER E MUELLER JR<br>CHARLES SCHWAB & CO INC CUST<br>ROTH CONTRIBUTORY IRA<br>6137 ROSSI CT<br>CICERO, NY 13039 | 10860 | Motors Liquidation Company | $7,127.45 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALTER E MUELLER JR &<br>DIANE M MUELLER JT TEN<br>6137 ROSSI CT<br>CICERO, NY 13039 | 10862 | Motors Liquidation Company | $47,382.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALTER EMORY FARMER<br>385 WYLDEWOODE DRIVE<br>MCDONOUGH, GA 30253 | 1953 | Motors Liquidation Company | $13,771.70 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

<table>
<tr><th colspan="6">CLAIMS TO BE DISALLOWED AND EXPUNGED</th></tr>
<tr><th>Name and Address of Claimant</th><th>Claim #</th><th>Debtor</th><th>Claim Amount</th><th>Grounds For Objection</th><th>Objection Page Reference</th></tr>
<tr><td>WALTER F AND CHRISTINE C NICKS<br>C/O WALTER NICKS<br>1462 WESTON PL<br>RENO, NV 89509</td><td>44238</td><td>Motors Liquidation Company</td><td>$10,000.00</td><td>Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company</td><td>Pgs. 1-5</td></tr>
<tr><td>WALTER F KNUTZEN AND PATRICIA A KNUTZEN<br>748 WINDLASS WAY<br>SANIBEL, FL 33957</td><td>21151</td><td>Motors Liquidation Company</td><td>$15,000.00</td><td>Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company</td><td>Pgs. 1-5</td></tr>
<tr><td>WALTER F O'NEILL JR<br>30 DEER RIDGE RD<br>BASKING RIDGE, NJ 07920</td><td>16000</td><td>Motors Liquidation Company</td><td>$100,000.00<br>Unliquidated</td><td>Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company</td><td>Pgs. 1-5</td></tr>
<tr><td>WALTER F PROSEK<br>4462 RED OAK LN<br>ZELL WOOD, FL 32798</td><td>3973</td><td>Motors Liquidation Company</td><td>$25,000.00</td><td>Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company</td><td>Pgs. 1-5</td></tr>
<tr><td>WALTER F. ZUMBACH<br>728 NORRISTOWN RD APT F103<br>LOWER GWYNEDOL, PA 19002</td><td>22756</td><td>Motors Liquidation Company</td><td>$25,000.00</td><td>Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company</td><td>Pgs. 1-5</td></tr>
<tr><td>WALTER G CLARK TRUSTEE<br>WALTER G & GLORIA M CLARK<br>TRUST UTA DTD 10/29/96<br>3356 SW MARIPOSA PL<br>TOPEKA, KS 66614</td><td>8970</td><td>Motors Liquidation Company</td><td>$10,000.00</td><td>Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company</td><td>Pgs. 1-5</td></tr>
<tr><td>WALTER G J GALE<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>2336 CARLOS<br>WATERFORD, MI 48327</td><td>9735</td><td>Motors Liquidation Company</td><td>$5,000.00</td><td>Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company</td><td>Pgs. 1-5</td></tr>
<tr><td>WALTER GREISS, DECEASED-CO EXECUTORS JOHN GREISS & THOMAS GREISS<br>C/O JOHN GREISS<br>315 GRANT AVE<br>NUTLEY, NJ 07110</td><td>21973</td><td>Motors Liquidation Company</td><td>$9,100.00</td><td>Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company</td><td>Pgs. 1-5</td></tr>
<tr><td>WALTER H BARNETT<br>242 ELLIS AVE<br>BELLEVUE, OH 44811</td><td>2965</td><td>Motors Liquidation Company</td><td>$14,627.51</td><td>Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company</td><td>Pgs. 1-5</td></tr>
<tr><td>WALTER H DAVIDSON<br>PHYLLIS M DAVIDSON<br>2110 ZION RD<br>NORTHFEILD, NJ 08225</td><td>11516</td><td>Motors Liquidation Company</td><td>$5,365.00</td><td>Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company</td><td>Pgs. 1-5</td></tr>
</table>

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WALTER H HENSON & GEORGENA R HENSON JTWROS<br>1115 LYNNWOOD DRIVE<br>JACKSON, MS 39206 | 63663 | Motors Liquidation Company | $5,500.69 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALTER H. PEVNY, IRA<br>FCC AS CUSTODIAN<br>250 CAMBRIDGE DR<br>RAMSEY, NJ 07446<br>UNITED STATES OF AMERICA | 29513 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALTER HUGH ROTH IRA<br>3848 LAWRENCE AVE<br>CHICAGO, IL 60625 | 5612 | Motors Liquidation Company | $1,421.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALTER J ARNHOLD &<br>CINDY ARNHOLD<br>JT TEN<br>24212 S ROWELL RD<br>ELWOOD, IL 60421 | 11537 | Motors Liquidation Company | $13,018.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALTER J BAZIUK<br>745 RENAISSANCE DR E 101<br>WILLIAMSVILLE, NY 14221 | 64487 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALTER J PATTERSON<br>957 JUGTOWN RD<br>MEANSVILLE, GA 30256 | 29020 | Motors Liquidation Company | $4,989.06 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALTER J SZLACHETKA<br>ROBERTA SZLACHETKA<br>210 FAIRHAVEN DR<br>LOWER BURRELL, PA 15068 | 13776 | Motors Liquidation Company | $33,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALTER J WEBER JR AND<br>MADOLYNN E WEBER CO-TTEES<br>THE WEBER FAMILY TRUST<br>DTD 11-14-03<br>243 SOUTH FORD ROAD<br>MANSFIELD, OH 44905 | 2964 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALTER JANCZEWSKI<br>2591 BLUESTONE CRL<br>KALAMAZOO, MI 49009 | 1897 | Motors Liquidation Company | $19,475.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Fourth Omnibus Objection

## Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WALTER KOOPMAN AND JULIA KOOPMAN JTWROS 51 MELWOOD DRIVE ROCHESTER, NY 14626 | 19763 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALTER L ANDERSON 3168 STARLAKE DR BIRMINGHAM, AL 35226 | 8049 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALTER L TROTTER 1300 BELLE MEADE CIR SW MABLETON, GA 30126 | 7100 | Motors Liquidation Company | $42,685.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALTER L VAN VLECK TRUST MARGARET VAN VLECK & JAMES W SLOAN C/O TRUSTEES 5024 SW BRENTWOOD RD TOPEKA, KS 66606 | 62868 | Motors Liquidation Company | $29,172.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALTER L WATKINS BY WALTER L WATKINS 308 DONNER AVE NW NORTH CANTON, OH 44720 | 65177 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALTER M SLOMIENSKI M SLOMIENSKI AND BARBARA SLOMIENSKI 58 ROEHRS DR WALLINGTON, NJ 07057 | 5672 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALTER MAGNANI 9931 BRIDLE RD PHILADELPHIA, PA 19115 | 5445 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALTER MARTINEZ 124 COSTA RICA ST CONDO BILBAO 1103 SAN JUAN, PR 00917 | 64504 | Motors Liquidation Company | $23,080.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALTER MEESENBURG 6300 FLOTILLA #84 HOLMES BEACH, FL 34217 | 1729 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALTER MIDDLETON 101 SOUTH PLAZA PLACE #APT 1112 ATLANTIC CITY, NJ 08401 | 17463 | Motors Liquidation Company | $14,649.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| WALTER P LESTER JR<br>4162 SHEARWATER WAY SE<br>SOUTHPORT, NC 28461 | 5716 | Motors Liquidation Company | $55,865.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALTER P SANTEL TTEE<br>WALTER P SANTEL LIV TRUST U/A DTD 10/26/99<br>2537 FAIRHILL DR<br>CINCINNATI, OH 45239 | 18674 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALTER PATELSKI IRA ROLLOVER<br>C/O WALTER PATELSKI<br>2229 POST RD<br>NORTHBROOK, IL 60062 | 5925 | Motors Liquidation Company | $9,926.15 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALTER PATELSKI TTEE<br>WALTER R PATELSKI LIVING TRUST U/A DTD 02/12/98<br>FBO TRUST A<br>2229 POST RD<br>NORTHBROOK, IL 60062 | 5927 | Motors Liquidation Company | $10,048.15 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALTER PAUL MAILAENDER<br>50 TOP HILL LN<br>MOUNT KISCO, NY 10549 | 9229 | Motors Liquidation Company | $30,942.19 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALTER R DILLING IRA<br>FCC AS CUSTODIAN<br>PO BOX 1755<br>HOMOSASSA SPG, FL 34447 | 8087 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALTER R HIRSCH<br>WEDBUSH MORGAN SEC CTDN<br>IRA CONTRIBUTORY 2/24/05<br>8590 GOLDEN RIDGE RD<br>LAKESIDE, CA 92040 | 9488 | Motors Liquidation Company | $438.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALTER R HIRSCH<br>WEDBUSH MORGAN SEC CTON<br>IRA CONTRIBUTORY 2/24/05<br>8590 GOLDEN RIDGE RD<br>LAKESIDE, CA 92040 | 9489 | Motors Liquidation Company | $312.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALTER R HIRSCH &<br>ALICE A HIRSCH TTEES<br>UTD 11/10/1995<br>FBO HIRSCH FAMILY TRUST<br>8590 GOLDEN RIDGE RD<br>LAKESIDE, CA 92040 | 9491 | Motors Liquidation Company | $876.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| WALTER R HIRSCH & ALICE A HIRSCH TTEES UTD 11/10/1995 FBO HIRSCH FAMILY TRUST 8590 GOLDEN RIDGE RD LAKESIDE, CA 92040 | 9490 | Motors Liquidation Company | $499.20 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALTER R KIRKWOOD IRA 413 4TH STREET PLEASANT GROVE, AL 35127 | 13989 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALTER SCHOEMANN PO BOX 329 ENGLEWOOD, NJ 07631 | 22519 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALTER SOBEL 164 HIGH POND DR JERICHO, NY 11753 | 46004 | Motors Liquidation Company | $75,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALTER W BAUMAN 1 JEFFERSON FERRY DR APT 1112 S SETAUKET, NY 11720 | 2789 | Motors Liquidation Company | $20,534.38 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALTER W PLENTIS & AKIKO PLENTIS JT TEN 1721 KRISTINA DR WHITE LAKE, MI 48386 | 1693 | Motors Liquidation Company | $20,625.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALTER W SEAMAN TR UA 03-13-95 636 BAYWOOD DR PINEY FLATS, TN 37686 | 18297 | Motors Liquidation Company | $16,110.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALTER W VASIL ATTORNEY AT LAW 200 BOARD OF TRADE BLDG DULUTH, MN 55802 | 3979 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALTER W. DAVISON 1503 LAZY A DR BISHOP, CA 93514 | 15411 | Motors Liquidation Company | $19,747.80 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALTON LANS JR IRA 2 DAVENPORT RD YONKERS, NY 10710 | 27252 | Motors Liquidation Company | $25,829.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| WALTRAUD KRAUS JULIUS-LEBER-STR 94 90473 NURNBERG GERMANY  GERMANY | 26524 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WAMPLER JR, WILLARD 9571 CLOVER LEAF LN  FISHERS, IN 46038 | 28466 | Motors Liquidation Company | $15,403.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WANDA A WILLIAMS P O BOX 216  MCKENZIE, AL 36456 | 14126 | Motors Liquidation Company | $965.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WANDA A WIRTZ PO BOX 610037  PORT HURON, MI 48061 | 12981 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WANDA A WIRTZ TRUST WANDA A WIRTZ TTEE U/A DTD 03/07/1989 PO BOX 610037 PORT HURON, MI 48061 | 12921 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WANDA E BAUER 415 HAIG ST  ELLWOOD CITY, PA 16117 | 7531 | Motors Liquidation Company | $4,942.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WANDA F BLANKENSHIP 8464 SE 160TH PL  SUMMERFIELD, FL 34491 | 12229 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WANDA J ANDERSON 946 BELMONT  DAVENPORT, IA 52804 | 11651 | Motors Liquidation Company | $5,481.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WANDA JOHENNING 12236 MOSS POINT RD  STRONGSVILLE, OH 44136 | 5859 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WANDA LEE VAUGHN TRUST 1006 FAIRWAY CR  JONESBORO, AR 72401 | 16538 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Fourth Omnibus Objection

## Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WANDA M LOUNSBURY<br><br>UNITED STATES OF AMERICA | 21476 | Motors Liquidation Company | $24,810.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WANDA MALIK & KENNETH E MALIK<br>CO-TTEES FBO EDWARD F MALIK<br>FAMILY TRUST (TR B)<br>DATED 4/13/99<br>9800 S NASHVILLE UNIT 3<br>CHICAGO RIDGE, IL 60415 | 63254 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WANDA MARIE WARD<br>CGM IRA CUSTODIAN<br>1106 WELLINGTON DR<br>DUNCANVILLE, TX 75137 | 44324 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WANDORF INVESTMENTS<br>PEDRO LARA<br>1491 ST ANNES CT<br>CONCORD, NC 28027 | 17894 | Motors Liquidation Company | $103,562.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WANEITA WATSON<br>46 PARKVIEW DR<br><br>PARKVIEW, IA 52748 | 69416 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WARD A SKILLICORN<br>7073 MULETEAM WAY<br><br>ROSEVILLE, CA 95747 | 22548 | Motors Liquidation Company | $7,067.62 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WARD A SKILLICORN<br>7073 MULE TEAM WAY<br><br>ROSEVILLE, CA 95747 | 22528 | Motors Liquidation Company | $7,067.62 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WARNER CHIROPRACTIC<br>JE & MR WARNER TRUSTEES<br>WARNER CHIROPRACTIC CARE CTR<br>PSP FBO JAMES E WARNER<br>17 PHEASANT ST<br>MECHANICSBURG, PA 17050<br>UNITED STATES OF AMERICA | 62407 | Motors Liquidation Company | $4,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WARREN & JANICE SOUDER LIVING TRUST 02-19-93<br>WARREN & JANICE SOUDER<br>5833 MACKEY ST<br>SHAWNEE MISSION, KS 66202 | 9905 | Motors Liquidation Company | $10,391.63 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WARREN A WEISS<br>441 WEST END AVE APT 5A<br>NEW YORK, NY 10024 | 30903 | Motors Liquidation Company | $43,200.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WARREN AND HELENE KOSEFF<br>4632 PLEASANT MILLS RD<br>SWEETWATER, NJ 08037 | 9981 | Motors Liquidation Company | $25,300.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WARREN C HALE TRUST<br>DTD 02/13/04<br>WARREN C HALE TTEE<br>1115 SCENIC VIEW HGTS<br>CORBIN, KY 40701 | 18139 | Motors Liquidation Company | $80,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WARREN CONYNE<br>WARREN R. CONYNE TRUST<br>WARREN CONYNE TTEE UAD 04-27-98<br>BERRY PARK RETIREMENT<br>13669 S. GAFFNEY LN., APT #201<br>OREGON CITY, OR 97045<br>UNITED STATES OF AMERICA | 15005 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WARREN CONYNE<br>C/O WARREN CONYNE & GREGORY CONYNE JT TEN<br>BERRY PARK RETIREMENT<br>13669 S GAFFNEY LN APT #201<br>OREGON CITY, OR 97045 | 15317 | Motors Liquidation Company | $32,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WARREN EY<br>39 CHURCH ST<br>APT 50<br>PORT JERVIS, NY 12771 | 10662 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WARREN G HARDY<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>PO BOX 21419<br>EL CAJON, CA 92021 | 8398 | Motors Liquidation Company | $12,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WARREN G HARDY<br>IRA ROLLOVER<br>MORGAN STANLEY CUSTOMER<br>PO BOX 21419<br>EL CAJON, CA 92021 | 8399 | Motors Liquidation Company | $7,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WARREN J ALBERTS &<br>BARBARA A ALBERTS JT TEN<br>99-30 FLORENCE STREET<br>CHESTNUT HILL, MA 02467 | 16676 | Motors Liquidation Company | $200,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WARREN J HEIDKAMP<br>15808 86TH ST #132<br>ORLAND PARK, IL 60462 | 3820 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WARREN J TRIPP TTEE<br>WARREN J TRIPP REV LIV TRUST<br>U/A/D 7/19/99<br>785 YANKEE TRACE DR<br>CENTERVILLE, OH 45458 | 11825 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WARREN J TRIPP TTEE<br>WARREN J TRIPP REV LIV TRUST<br>U/A/D 7-19-99<br>785 YANKEE TRACE DR<br>CENTERVILLE, OH 45458 | 11826 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WARREN RIEDIGER TSTMTY TRUST<br>LAVERNE RIEDIGER<br>24263 C-80<br>SIOUX CITY, IA 51108 | 18267 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WARREN STONE &<br>MADALYN STONE<br>2624 RAYMOND DR<br>RAPID CITY, SD 57702 | 4831 | Motors Liquidation Company | $23,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WARREN TREPP (IRA)<br>FCC AS CUSTODIAN<br>PO BOX 19688<br>RENO, NV 89511 | 9516 | Motors Liquidation Company | $5,709.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WARREN TREPP IRA<br>PO BOX 19688<br>RENO, NV 89521 | 9514 | Motors Liquidation Company | $37,215.23 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WARREN TREPP IRA ROLLOVER<br>PO BOX 19688<br>RENO, NV 89511 | 9515 | Motors Liquidation Company | $5,768.13 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WARREN TREPP IRA ROLLOVER<br>PO BOX 19688<br>RENO, NV 90511 | 9517 | Motors Liquidation Company | $2,837.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WARREO & HELEN BASELEY<br>7700 BLUE HERON DRIVE W<br>WILMINGTON, NC 28411 | 3779 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

## Exhibit A

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WASIM DEEB MD<br>8216 SABAL OAK LANE<br><br>JACKSONVILLE, FL 32256 | 58994 | Motors Liquidation Company | $99,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WAUNETA R NITZEL REVOCABLE TRUST<br>WAUNETA R NITZEL, TRUSTEE<br>401 UNIVERSITY AVE<br>HASTINGS, NE 68901 | 18054 | Motors Liquidation Company | $6,431.86 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WAYNE A KNAUST TTEE<br>ADOLPH S & RUTH KNAUST<br>TRUST U/A DTD 4/25/1985<br>568 PALMER RD<br>BELLEAIR BLFS, FL 33770 | 8726 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WAYNE A RIDLEHOOVER<br>113 COTHRAN DR<br><br>GREENWOOD, SC 29649 | 7472 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WAYNE B CLEMENT<br>3799 S ATLANTIC AVE<br>#601<br>DAYTONA BEACH, FL 32118 | 8928 | Motors Liquidation Company | $10,455.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WAYNE C BOWER IRA<br>C/O WAYNE C BOWER<br>106 MONTVERDE DR<br>GREENVILLE, SC 29609 | 19895 | Motors Liquidation Company | $43,861.40 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WAYNE C CHETWOOD & LENA CHETWOOD<br>47736 CORNUCOPIA HWY<br><br>HALFWAY, OR 97834 | 68149 | Motors Liquidation Company | $15,540.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WAYNE C LANGE & LOIS J LANGE<br>506 COMMERCIAL ST APT C<br><br>LA PORTE CITY, IA 50651 | 70132 | Motors Liquidation Company | $7,413.76 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WAYNE C WILLIAMS<br>PO BOX 773<br><br>ALEXANDER CITY, AL 35011<br>UNITED STATES OF AMERICA | 22778 | Motors Liquidation Company | $10,325.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WAYNE C. BLUME<br>CGM IRA ROLLOVER CUSTODIAN<br>842 MARCH ST.<br>LAKE ZURICH, IL 60047 | 62411 | Motors Liquidation Company | $23,762.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| WAYNE E BINKLEY IRA<br>WAYNE E BINKLEY<br>408 VILLAGE LAKE DR<br>LOUISVILLE, KY 40245 | 18623 | Motors Liquidation Company | $5,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WAYNE F BEUMER<br>THE CLOROX COMPANY 40<br>809 CARQUINEZ WAY<br>MARTINEZ, CA 94553 | 19138 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WAYNE GASSAWAY<br>10500 LOWER EAST VALLEY ROAD<br>PIKEVILLE, TN 37367 | 69465 | Motors Liquidation Company | $39,144.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WAYNE J & KAY F WEILAND<br>1650 RUANN DR<br>DUBUQUE, IA 52001 | 9817 | Motors Liquidation Company | $14,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WAYNE KINDELBERGER &<br>VERNA KINDELBERGER JT TEN<br>503 N CHESTNUT STREET<br>SCOTTDALE, PA 15683 | 16599 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WAYNE L HANKEL<br>1842 16-1 ST S<br>FARGO, ND 58103 | 3970 | Motors Liquidation Company | $12,500.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WAYNE L KRUG<br>NATIONAL FINANCIAL SERVICES LLC<br>200 LIBERTY ST<br>NEW YORK, NY 10281 | 2360 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WAYNE L YARIAN<br>CGM IRA CUSTODIAN<br>120 POINTE SUMMIT DR<br>GREENBACK, TN 37742 | 13975 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WAYNE M BLACKMAN<br>PO BOX 957<br>THAYNE, WY 83127<br>UNITED STATES OF AMERICA | 8283 | Motors Liquidation Company | $5,368.12 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WAYNE MARTIN IRA<br>WAYNE MARTIN<br>4025 VINELAND DR<br>FORT WAYNE, IN 46815 | 4956 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WAYNE MILLER<br>PO BOX 1665<br><br>BETHEL ISLAND, CA 94511 | 17459 | Motors Liquidation Company | $5,699.40 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WAYNE MURPHY<br>222 COOL SPRINGS RD<br><br>WINSTON-SALEM, NC 27107<br>UNITED STATES OF AMERICA | 17799 | Motors Liquidation Company | $83,050.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WAYNE N WALDEN<br>3963 NW COLONIAL GLN<br><br>LAKE CITY, FL 32055 | 62939 | Motors Liquidation Company | $37,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WAYNE P MUEHLNICKEL<br>DOLORES M MUEHLNICKEL JT TEN/WROS<br>7345 CHOCTAW RD<br>PALOS HEIGHTS, IL 60463 | 19290 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WAYNE R. LINDELL &<br>JOYCE A. LINDELL<br>TOD DTD 4/21/03<br>2226 SPRING MEADOW DR.<br>SPRING HILL, FL 34606 | 3312 | Motors Liquidation Company | $4,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WAYNE ROEKWELL<br>341 TIMBER GROVE WAY<br><br>BEECH GROVE, IN 46107 | 10100 | Motors Liquidation Company | $12,375.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WAYNE S & KATHLEEN M MICK<br>WAYNE MICK<br>13210 LOVELL RD<br>CORRY, PA 16407 | 32755 | Motors Liquidation Company | $49,785.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

**Claim Totals**    **499**

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**<u>Exhibit B</u>**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                             :
In re                                                        :        **Chapter 11 Case No.**
                                                             :
**MOTORS LIQUIDATION COMPANY,** *et al.,*                    :        **09-50026 (REG)**
        **f/k/a General Motors Corp.,** *et al.*             :
                                                             :
                              **Debtors.**                   :        **(Jointly Administered)**
                                                             :
-------------------------------------------------------------x

**STIPULATION AND AGREED ORDER**
**AMONG THE DEBTORS, WILMINGTON TRUST COMPANY,**
**AND CITIBANK, N.A., SOLELY IN ITS CAPACITY AS PAYING AGENT,**
**REGARDING PROOFS OF CLAIM NOS. 47871, 47872, 65729, 65793, AND 66723**

Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

certain of its subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11

cases (collectively, the "**Debtors**"), Wilmington Trust Company as successor indenture trustee

("**WTC**"), and Citibank, N.A., solely in its capacity as paying agent under the 1990 Indenture

and 1995 Indenture (as defined below) (in such capacity, "**Citibank**"), together with the Debtors

and WTC, the "**Parties**"), by and through their respective undersigned counsel, hereby enter into

this Stipulation and Agreed Order (this "**Stipulation**") and stipulate as follows:

**RECITALS**

A.     On June 1, 2009 (the "**Commencement Date**"), certain of the Debtors

commenced with this Court voluntary cases (the "**Chapter 11 Cases**") under chapter 11 of title

11, United States Code (the "**Bankruptcy Code**").

B.     On September 16, 2009, the Court entered an order (the "**Bar Date Order**")

establishing November 30, 2009 at 5:00 p.m. (Eastern Time) (the "**General Bar Date**") as the

deadline for each person or entity (including without limitation, each individual, partnership,

joint venture, corporation, estate, or trust) to file a proof of claim (a "**Proof of Claim**") against

certain of the Debtors, including MLC, to assert any claim (as defined in section 101(5) of the

Bankruptcy Code) that arose prior to the Commencement Date.

C.        As of the Commencement Date, MLC, as issuer, WTC, as successor indenture

trustee, and Citibank, as paying agent, were parties to (i) a Senior Indenture, dated as of

December 7, 1995, as amended (the "**1995 Indenture**," and WTC's capacity under the 1995

Indenture, the "**1995 Trustee**"), and (ii) a Senior Indenture, dated as of November 15, 1990 (the

"**1990 Indenture**," and WTC's capacity under the 1990 Indenture, the "**1990 Trustee**") pursuant

to which MLC issued senior unsecured debt securities.

D.        Prior to the General Bar Date, WTC timely filed the following four Proofs of

Claims against MLC (each, a "**WTC Claim**" and collectively, the "**WTC Claims**"):

| Claim Number | Applicable Indenture | Principal Amount of Claim Plus Fees and Interest Accrued to Petition Date |
|:---:|:---:|:---:|
| 65793 | 1990 Indenture | $1,419,581,281.12 |
| 47871 | 1990 Indenture | $1,419,581,281.12 |
| 65729 | 1995 Indenture | $21,928,297,131.26 |
| 47872 | 1995 Indenture | $21,928,297,131.26 |

E.        Prior to the General Bar Date, Citibank timely filed a proof of claim against MLC

in the amount of $173,063.43 [Proof of Claim No. 66723] (the "**Citibank Claim**").

F.        WTC recognizes that it is not entitled to, and does not seek, a duplicate recovery

on account of the same WTC Claim and has agreed to withdraw two of the WTC Claims, subject

to the agreements set forth in this Stipulation.

2

## STIPULATION AND ORDER

NOW, THEREFORE, EACH OF THE PARTIES HEREBY STIPULATES AND

AGREES AS FOLLOWS:

1.      WTC Claims numbered 47871 (filed by WTC as 1990 Trustee) and 47872 (filed

by WTC as 1995 Trustee) are deemed withdrawn and WTC Claims numbered 65793 (filed by

WTC as 1990 Trustee) and 65729 (filed by WTC as 1995 Trustee) shall survive.

2.      With respect to principal plus interest due under the 1990 Indenture, WTC, in its

capacity as the 1990 Trustee will receive and is hereby granted, on behalf of itself and the record

and beneficial bondholders of debt securities issued under the 1990 Indenture an allowed general

unsecured, nonpriority claim in the amount of $1,419,471,545.22 (subject to appropriate reserve

and/or reduction in connection with any setoff exercised by beneficial bondholders that is

authorized by this Court) (the "**1990 Debt Claim**") against MLC to be satisfied in accordance

with any chapter 11 plan or plans confirmed in the Debtors' Chapter 11 Cases.

3.      With respect to principal plus interest due under the 1995 Indenture, WTC, in its

capacity as the 1995 Trustee, will receive and is hereby granted, on behalf of itself and the record

and beneficial bondholders of debt securities issued under the 1995 Indenture, an allowed

general unsecured nonpriority claim in the amount of $21,928,183,895.36 (subject to appropriate

reserve and/or reduction in connection with any setoff exercised by beneficial bondholders that is

authorized by this Court) (the "**1995 Debt Claim**," together with the 1990 Debt Claim, the

"**Debt Claims**").

4.      With respect to the prepetition fees and expenses incurred by WTC under the

1990 Indenture, WTC shall receive an allowed claim of $109,735.90 (the "**1990 WTC Fee**

**Claim**"), and with respect to the prepetition fees and expenses incurred by WTC under the 1995

Indenture, WTC shall receive an allowed claim of $113,235.90 (the "**1995 WTC Fee Claim**,"

together with the 1990 WTC Fee Claim, the "**WTC Fee Claims**").

5.       With respect to the prepetition paying agency fees and expenses incurred by

Citibank under the Indentures, the Citibank Claim shall be allowed in the amount of $162,333.71

(the "**Citibank Fees and Expenses Claim**," together with the WTC Fee Claims, the "**Fees and

Expenses Claims**").

6.       To the extent the Fees and Expenses Claims are not paid in full, in cash, pursuant

to a plan of reorganization and/or liquidation of MLC, (a) the amount of such fees and expenses

that remain unpaid shall constitute an allowed general unsecured, nonpriority claim against MLC

held by WTC and/or Citibank, as applicable, to be satisfied in accordance with any chapter 11

plan or plans confirmed in the Debtors' Chapter 11 Cases and (b) WTC and Citibank, pursuant to

section 7.06 of the 1990 Indenture and section 7.06 of the 1995 Indenture, shall retain a charging

lien with respect to its prepetition and post-petition fees and expenses on all assets or money held

or collected by WTC or Citibank on account of the Debt Claims or otherwise.

7.       WTC will issue a notice to the Depository Trust Company and post a notice on its

website (a) notifying beneficial bondholders of the notes issued under the Indentures of the entry

of the order allowing the WTC Claims and (b) notifying such bondholders that any subsequent

claims objection filed by the Debtors seeking to disallow claims filed by bondholders on the

grounds that such claims are duplicative of the Debt Claims being allowed under the stipulation

and order will not impair bondholder's entitlement to share in plan distributions on account of

the Debt Claims in accordance with the terms of the applicable Indenture.

8.       WTC agrees that it will not object to the Debtors' filing of objections to Proofs of

Claims filed by record and beneficial holders of debt securities arising out of or relating to the

1990 Indenture and/or the 1995 Indenture on the grounds that such Proofs of Claim are duplicative of the Debt Claims allowed pursuant to this Stipulation.

9.    WTC waives its right to argue that the entire stated principal amount of $377,377,000 with respect to the Discount Debentures is an allowable claim.

10.    To the extent that the fees and expenses of WTC incurred after the Commencement Date are not satisfied by payment in full in cash in connection with a plan of reorganization and/or liquidation of MLC, WTC reserves the right to argue that all such fees are allowable general unsecured non-priority claims against the estate of MLC.

11.    This Stipulation contains the entire agreement between the Parties as to the subject matter hereof and supersedes all prior agreements and undertakings between the Parties relating thereto.

Dated:  New York, New York
        August 5, 2010


/s/ Joseph H. Smolinsky                          
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Debtors and Debtors in Possession*


/s/ Keith R. Martorana                          
Matthew J. Williams
Keith R. Martorana

GIBSON DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Attorneys for Wilmington Trust Company, as 1990 Trustee and 1995 Truestee*

/s/ Louis A. Curcio
Maria M. Livanos
Louis A. Curcio

SONNENSCHEIN NATH & ROSENTHAL
LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6744
Facsimile:  (212) 768-6800

*Attorneys for Citibank, N.A. as Paying
Agent under the 1990 and 1995 Indentures*

So Ordered this **9th** day of **_August_** 2010

**_s/ Robert E. Gerber_**
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
----------------------------------------------------------------x
                                          :
In re                                     :        Chapter 11 Case No.
                                          :
MOTORS LIQUIDATION COMPANY, et al.,       :        09-50026 (REG)
        f/k/a General Motors Corp., et al.  :
                                          :
                    Debtors.              :        (Jointly Administered)
                                          :
----------------------------------------------------------------x
```

## ORDER GRANTING DEBTORS'
## SEVENTY-FOURTH OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Debt Claims)

Upon the seventy-fourth omnibus objection to claims, dated August 13, 2010 (the

"**Seventy-Fourth Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a

General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the

"**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy**

**Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"),

and this Court's supplemental order establishing supplemental rules and authority for filing

omnibus objections to certain debt claims (the "**Supplemental Procedures Order**") [Docket No.

6238], seeking entry of an order disallowing and expunging the Duplicate Debt Claims on the

grounds that such claims are duplicative of either Claim 65793 or Claim 65729, all as more fully

described in the Seventy-Fourth Omnibus Objection to Claims; and due and proper notice of the

Seventy-Fourth Omnibus Objection to Claims having been provided, and it appearing that no

other or further notice need be provided; and the Court having found and determined that the

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Debtors' Seventy-Fourth Omnibus Objection to Claims.

relief sought in the Seventy-Fourth Omnibus Objection to Claims is in the best interests of the

Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set

forth in the Seventy-Fourth Omnibus Objection to Claims establish just cause for the relief

granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Seventy-Fourth Omnibus Objection to

Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on **Exhibit "A"** (the "**Order Exhibit**") annexed hereto under the heading "*Claims to be

Disallowed and Expunged*" (collectively, the "**Duplicate Debt Claims**") are disallowed and

expunged; and it is further

ORDERED that, if applicable, the Seventy-Fourth Omnibus Objection to Claims

is adjourned with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Objection Adjourned*" (the "**Adjourned Claims**") to the date indicated on the Order

Exhibit, subject to further adjournments (such actual hearing date, the "**Adjourned Hearing

Date**"), and the Debtors' response deadline with respect to the Adjourned Claims shall be 12:00

noon (Eastern Time) on the date that is three (3) business days before the Adjourned Hearing

Date; and it is further

ORDERED that, if applicable, the Seventy-Fourth Omnibus Objection to Claims

is withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Objection Withdrawn*"; and it is further

ORDERED that, if applicable, the Seventy-Fourth Omnibus Objection to Claims

is withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Claim Withdrawn*," as those claims have been withdrawn by the corresponding

claimant; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly

reserved with respect to, (i) any claim listed on Exhibit "A" annexed to the Seventy-Fourth

Omnibus Objection to claims under the heading "*Claims to be Disallowed and Expunged*" that is

not listed on the Order Exhibit annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
         _____, 2010


                                       _____
                                       United States Bankruptcy Judge