**HEARING DATE AND TIME: September 24, 2010 at 9:45 a.m. (Eastern Time)**
**RESPONSE DEADLINE: September 17, 2010 at 4:00 p.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
|  | : |  |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | **09-50026 (REG)** |
| **f/k/a General Motors Corp.,** *et al.* | : |  |
|  | : |  |
| Debtors. | : | **(Jointly Administered)** |
|  | : |  |

-------------------------------------------------------------x

## NOTICE OF DEBTORS' SEVENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Debt Claims)

      **PLEASE TAKE NOTICE** that on August 13, 2010, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their seventy-sixth omnibus objection to claims (the "**Objection**"), and

that a hearing (the "**Hearing**") to consider the Objection will be held before the Honorable

Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States

Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New

York 10004, on **September 24, 2010 at 9:45 a.m. (Eastern Time),** or as soon thereafter as

counsel may be heard.

**PARTIES LISTED ON EXHIBIT "A" ANNEXED TO THE OBJECTION (THE "<u>CLAIMANTS</u>") (AND THEIR COUNSEL, IF KNOWN) WILL RECEIVE A PERSONALIZED NOTICE OF THE OBJECTION, RATHER THAN THE ENTIRE OBJECTION.**

This Objection does not affect a Claimant's ability to receive distributions as a beneficial bondholder under the claims filed by the indenture trustee of the Debtors' public debentures.  If a Claimant disagrees with the Objection's treatment of the Claimant's claim, the Claimant may call the Debtors to try and resolve the Claimant's concerns at **1-800-414-9607**.  If a Claimant is unable to resolve the Claimant's concerns with the Debtors before the deadline to respond, then the Claimant <u>must</u> file and serve a written response (a "**Response**") to the Objection in accordance with this notice, and the Claimant <u>must</u> appear at the Hearing described below.

A Claimant may participate in the Hearing telephonically provided that the Claimant complies with the Court's instructions, which can be found on the Court's website at [www.nysb.uscourts.gov](www.nysb.uscourts.gov) (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider."  A Claimant must also provide prior written notice by mail or e-mail of the Claimant's telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Russell Brooks, Esq. ([russell.brooks@weil.com](russell.brooks@weil.com))) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Jennifer Sharret, Esq. ([jsharret@kramerlevin.com](jsharret@kramerlevin.com))).

**If a Claimant does not oppose the disallowance and expungement of the Claimant's claim, then the Claimant does not need to file a Response or appear at the Hearing.**

**PLEASE TAKE FURTHER NOTICE THAT** the Hearing on the Objection is scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on **September 24, 2010 at 9:45 a.m. (Eastern Time)**.  If a Claimant files a Response to the Objection, the Claimant should plan to appear at the Hearing either in person or telephonically.  The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to the Claimant's claim.  If the Debtors do continue the Hearing with respect to the Claimant's claim, then the Hearing will be held at a later date.  If the Debtors do not continue the Hearing with respect to the Claimant's claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **September 17, 2010 at 4:00 p.m. (Eastern Time)**.  Only those Responses that are timely will be considered at the Hearing.  A Claimant's Response will be deemed timely only if it is:  (a) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov) before the deadline for Responses **or** (b) **actually** received on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format <u>and</u> in hard copy at each of the following addresses on or before the deadline for response:

> A.    Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;

> B.    Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and

      C.      Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Jennifer Sharret, Esq.).

A Claimant's response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number, and the number of the Objection to which the response is directed; (ii) the name of the Claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which the Claimant will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which the Claimant will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to the Claimant's response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person that can be contacted in connection with the Objection.

If a Claimant has any questions about this notice or the Objection, <u>please contact</u> the Debtors at **1-800-414-9607**.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

**PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief requested in the Objection without further notice or a hearing if a Claimant fails to file a timely Response or appear at the Hearing.**

Dated: New York, New York
        August 13, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                      :
In re                                 :        Chapter 11 Case No.
                                      :
MOTORS LIQUIDATION COMPANY, et al.,   :        09-50026 (REG)
        f/k/a General Motors Corp., et al.    :
                                      :
                        Debtors.      :        (Jointly Administered)
                                      :
-------------------------------------------------------------x
```

## DEBTORS' SEVENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Debt Claims)

---

THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM. CLAIMANTS THAT ARE THE SUBJECT OF THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON EITHER THE EXHIBIT ATTACHED TO THIS OBJECTION OR ON THEIR PERSONALIZED NOTICE.

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

       Motors Liquidation Company (f/k/a General Motors Corporation) and its

affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully represent:

## <u>Relief Requested</u>

1.      The Debtors file this seventy-sixth omnibus objection to claims (the

"**Seventy-Sixth Omnibus Objection to Claims**") pursuant to section 502(b) of title 11, United

States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy

Procedure (the **"Bankruptcy Rules"**), and this Court's supplemental order establishing

supplemental rules and authority for filing omnibus objections to certain debt claims (the

"**Supplemental Procedures Order**") [Docket No. 6238], seeking entry of an order disallowing

and expunging the claims listed on **Exhibit "A"** annexed hereto.[1]

2.      The Debtors have examined the proofs of claim identified on Exhibit "A"

and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed*

*and Expunged*" (collectively, the "**Duplicate Debt Claims**") are duplicative of either (1) the

global Proof of Claim No. 65793 ("**Claim 65793**") filed by Wilmington Trust Company

("**WTC**"), in its capacity as successor indenture trustee of the Senior Indenture, dated as of

November 15, 1990 (the "**1990 Indenture**") or (2) the global Proof of Claim No. 65729 ("**Claim**

**65729**") filed by WTC, in its capacity as successor indenture trustee of the Senior Indenture,

dated as of December 7, 1995, as amended (the "**1995 Indenture**").  The amounts asserted by

WTC in Claim 65793 and Claim 65729 have been reconciled and allowed under a stipulation,

approved and entered by the Court on August 9, 2010 (the "**WTC Stipulation**") [Docket No.

6595], a copy of which is annexed hereto as **Exhibit "B."**  The Debtors, therefore, seek entry of

an order disallowing and expunging from the claims register the Duplicate Debt Claims.

---

[1] Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on
the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com.
A link to the claims register is located under the "Claims Information" tab.  Creditors without access to the Internet
may request a copy of the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors
Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City
Group, Inc. at 1-703-286-6401.

3.      This Seventy-Sixth Omnibus Objection to Claims does not affect the

ability of an Individual Bondholder (as hereinafter defined) to participate in accordance with the

WTC Stipulation.  Further, the Debtors reserve all their rights to object on any other basis to any

Duplicate Debt Claim as to which the Court does not grant the relief requested herein.

### Jurisdiction

4.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

### Background

5.      On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**Realm/Encore Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Case Number 09-50026 (REG).  On September 15, 2009,

the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs,

which were amended on October 4, 2009.  On October 15, 2009, the Realm/Encore Debtors filed

their schedules of assets and liabilities and statements of financial affairs.

6.      On September 16, 2009, this Court entered an order [Docket No. 4079]

establishing November 30, 2009 as the deadline for each person or entity to file a proof of claim

in the Initial Debtors' cases, including governmental units.  On December 2, 2009, this Court

entered an order [Docket No. 4586] establishing February 1, 2010 as the deadline for each

---

[2] The Initial Debtors are Motors Liquidation Company (f/k/a General Motors Corporation), MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3] The Realm/Encore Debtors are Remediation and Liability Management Company, Inc., and Environmental Corporate Remediation Company, Inc.

person or entity to file a proof of claim in the Realm/Encore Debtors' cases (except

governmental units, as defined in section 101(27) of the Bankruptcy Code, for which the Court

established June 1, 2010 as the deadline to file proofs of claim).

7.      Among the tens of thousands of proofs of claim the Debtors received,

approximately 18,000 proofs of claim have been filed by claimants seeking the repayment of

principal, interest, and fees and expenses that relate to dollar-denominated debt securities issued

by the Debtors pursuant to the 1990 Indenture and the 1995 Indenture (each, a "**Debt Claim**,"

and the holder of such Debt Claim, an "**Individual Bondholder**").  The Debtors believe that all

of the Debt Claims filed by Individual Bondholders are duplicative of the claims allowed in

favor of WTC for the benefit of all Individual Bondholders in accordance with the WTC

Stipulation.

8.      On August 9, 2010, the Court entered the WTC Stipulation signed by the

Debtors, WTC, and Citibank, N.A., solely in its capacity as paying agent under the 1990

Indenture and 1995 Indenture (in such capacity, "**Citibank**"), allowing (i) Claim 65793 in the

amount of $1,419,471,545.22 (subject to appropriate reserve and/or reduction in connection with

any Court-authorized setoff exercised by Individual Bondholders) and (ii) Claim 65729 in the

amount of $21,928,183,895.36 (subject to appropriate reserve and/or reduction in connection

with any Court-authorized setoff exercised by Individual Bondholders).  Prior to entry of the

WTC Stipulation, WTC sent out a notice to all affected Individual Bondholders notifying them

of the pending approval by the Court of the WTC Stipulation.

9.      On October 6, 2009, this Court entered the Supplemental Procedures

Order, which authorizes the Initial Debtors, among other things, to file omnibus objections to no

more than 500 claims at a time with respect to Debt Claims. The claimants that are listed in

Exhibit "A" have filed Debt Claims against the Initial Debtors.

10.     The Debtors now move to expunge the Duplicate Debt Claims filed by

each Individual Bondholder as duplicative of either Claim 65793 or Claim 65729.

### The Relief Requested Should Be Approved by the Court

11.     A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects." 11 U.S.C. § 502(a). If an objection refuting at least one of the claim's essential

allegations is asserted, the claimant has the burden to demonstrate the validity of the claim. *See

In re Oneida, Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd*, No. 09 Civ. 2229 (DC),

2010 WL 234827 (S.D.N.Y. Jan. 22, 2010); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No.

02-41729 (REG), 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re

Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

12.     Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a

claim may not be allowed to the extent that "such claim is unenforceable against the debtor and

property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1). The

Debtors cannot be required to pay on the same claim more than once. *See, e.g., In re Finley,

Kumble, Wagner, Heine, Underberg, Manley, Myerson, & Casey*, 160 B.R. 882, 894 (Bankr.

S.D.N.Y. 1993) ("In bankruptcy, multiple recoveries for an identical injury are generally

disallowed."). The Debtors have reviewed the proofs of claim identified on Exhibit "A" and

believe them to be duplicative of Claim 65793 or Claim 65729. Moreover, the Debtors have no

way of confirming that any of the Individual Bondholders are, in fact, beneficial holders of a

debt instrument on the relevant dates.

13.     To avoid the possibility of multiple recoveries by the Individual

Bondholders, the Debtors request that the Court disallow and expunge in their entirety the

Duplicate Debt Claims.  Individual Bondholders, to the extent they are beneficial bondholders as of the record date under any confirmed plan of liquidation, will receive distributions under such plan from WTC in its capacity as indenture trustee.

## Notice

14.     Notice of the Seventy-Sixth Omnibus Objection to Claims has been provided to each claimant listed on Exhibit "A" by virtue of the individualized notice transmitted in accordance with the Supplemental Procedures Order and parties in interest in accordance with the Third Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures, dated April 29, 2010 [Docket No. 5670].

15.     No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the relief requested herein and such other and further relief as is just.

Dated:  New York, New York
           August 13, 2010

                                   /s/ Joseph H. Smolinsky
                                   Harvey R. Miller
                                   Stephen Karotkin
                                   Joseph H. Smolinsky

                                   WEIL, GOTSHAL & MANGES LLP
                                   767 Fifth Avenue
                                   New York, New York 10153
                                   Telephone: (212) 310-8000
                                   Facsimile: (212) 310-8007

                                   Attorneys for Debtors
                                   and Debtors in Possession

**Exhibit A**

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| WILMA SCHIMMEL TRUSTEE OF THE SCHIMMEL FAMILY TRUST DTD 5-8-90 2718 CEILHUNT AVE LOS ANGELES, CA 90064 | 61689 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WILSON A SHOPP 7047 N PLUM TREE PUNTA GORDA, FL 33955 | 3370 | Motors Liquidation Company | $5,226.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WILSON B ROBERTSON 3057 KNOTTY PINE DR PENSACOLA, FL 32505 | 3315 | Motors Liquidation Company | $48,164.16 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WILSON J LEGNION 6010 DREW ST LAKE CHARLES, LA 70607 | 29596 | Motors Liquidation Company | $150,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WILSON K DECKER 2652 GOLF VIEW DR RIVER FALLS, WI 54022 | 62837 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WILSON K DECKER 2652 GOLF VIEW DRIVE RIVER FALLS, WI 54022 | 62838 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WILSON R TATUM & CHERYL G TATUM JT TEN PO BOX 47 FROST, TX 76641 | 5124 | Motors Liquidation Company | $9,568.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WILSON R TATUM & CHERYL G TATUM BOX 47 FROST, TX 76641 | 3597 | Motors Liquidation Company | $9,568.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WINIFRED L STAR 5948 CHABOLYN TERRACE OAKLAND, CA 94618 | 36108 | Motors Liquidation Company | $21,807.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WINIFRED P ARGANO 255 VAN ETTEN RD SPENCER, NY 14883 | 14701 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| WINIFRED S ROBINSON TTEE<br>LEONARD ROBINSON REV TR U/A/D 10-31-94<br>17276 BRIDLEWAY<br>BOCA RATON, FL 33496 | 22920 | Motors Liquidation Company | $111,881.01 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WINNFRED J HADDEN<br>11187 CR 168<br>TYLER, TX 75703 | 18488 | Motors Liquidation Company | $12,654.05 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WINNIE R EWING IRA<br>200 ROSE<br>BRIDGE CITY, TX 77611 | 15610 | Motors Liquidation Company | $26,225.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WINNIFRED MOORE FAMILY TRUST<br>DATED 10/07/1994<br>2507 NORTH MILLER ROAD<br>SCOTTSDALE, AZ 85257 | 16781 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WINSLOW JOHNSON - TRUSTEE<br>STAMFORD MARKETING GROUP, INC<br>PROFIT SHARING PLAN<br>1736 SANCTUARY POINTE CT<br>NAPLES, FL 34110 | 18205 | Motors Liquidation Company | $1,575.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WINSTON C BEATON<br>TOD BENEFICIARIES ON FILE<br>8504 HICKORY DR<br>STERLING HEIGHTS, MI 48312 | 19940 | Motors Liquidation Company | $102,234.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WINSTON D VINES<br>501 DOGWOOD MEADOWS LN<br>AUSTIN, AR 72007 | 16762 | Motors Liquidation Company | $94,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WINSTON M & JACQUELYN CARTER TRUST<br>WINSTON M CARTER TTEE OR<br>JACQUELYN CARTER TTEE<br>1 OLDHAM LANE<br>BELLA VISTA, AR 72714 | 12715 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WJ SCHAIBLE TRUSTEE<br>WALTER J & JANE M SCHAIBLE TRUST<br>13029 JADESTONE DR<br>SUN CITY WEST, AZ 85375 | 2255 | Motors Liquidation Company | $93,537.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Sixth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| WM J POINSATTE<br>18531 VERONA LAGO DR<br><br>MIROMAR LAKE, FL 33913 | 18468 | Motors Liquidation Company | $55,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WNNB CORPORATION<br>WU SHIH TUNG<br>33 JACKSON RD<br>BEDFORD, NY 10506 | 26723 | Motors Liquidation Company | $250,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WNNB CORPORATION<br>WU SHIH TUNG<br>33 JACKSON RD<br>BEDFORD, NY 10506 | 28703 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WOLF FAMILY TRUST<br>TIMOTHY J. WOLF TTEE<br>8229 MEADOW CT<br>ST JOHN, IN 46373 | 15344 | Motors Liquidation Company | $999.98 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WOLF JASKIEL SALLY JASKIEL<br>CHANI POLLOCK & GITA<br>SCHWARTZ TTEE THE JASKIEL FAM<br>FOUNDATION U/A/D 11/29/99<br>1750 47TH STREET<br>BROOKLYN, NY 11204 | 27024 | Motors Liquidation Company | $41,536.69 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WOLF-DIETER GAESSNER<br>226C SOUTH KALAHEO AVE<br><br>KAILUA, HI 96734 | 16472 | Motors Liquidation Company | $10,921.88 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WOLFGANG & HILDEGARD STICH<br>UBIERSTRASSE 63<br>53173 BONN, FR GERMANY<br><br>GERMANY | 14602 | Motors Liquidation Company | $200,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WOLFGANG & HILDEGARD STICH<br>UBIERSTRASSE 69<br>53173 BONN, FR GERMANY<br><br>GERMANY | 14604 | Motors Liquidation Company | $200,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WOLFGANG AND HILDEGARD STICH<br>UBIERSTRASSE 69<br>53173 BONN F.R. GERMANY<br><br>GERMANY | 17747 | Motors Liquidation Company | $300,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| WOLFGANG AND HILDEGARD STICH<br>UBIERSTRASSE 69<br>53173 BONN  F.R. GERMANY<br><br>GERMANY | 17748 | Motors Liquidation Company | $200,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WOLFGANG GRIEBL<br>300 FOX DR<br><br>BOULDER, CO 80303 | 7083 | Motors Liquidation Company | $17,097.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WOLFGANG H KOPKA<br>3909 TARIAN COURT<br><br>PALM HARBOR, FL 34684 | 7481 | Motors Liquidation Company | $46,534.97 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WOLFGANG MAUTE<br>WILHELMINENSTR 70<br>67065 LUDWIGSHAFEN GERMANY<br><br>GERMANY | 60825 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WOLFGANG RENZ AND GERHARD GOETZFRIED<br>EVANGELIKREUZ 26<br>87727 BABENHAUSEN, GERMANY<br>,<br>GERMANY | 36225 | Motors Liquidation Company | $160,992.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WOLFGANG+HILDEGARD STICH<br>UBIERSTRASSE 69<br>53173 BONN F.R.GERMANY<br>,<br>GERMANY | 14601 | Motors Liquidation Company | $300,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WOLFGANG+HILDEGARD STICH<br>UBIERSTRASSE 69<br>53173 BONN F.G.GERMANY<br>,<br>GERMANY | 14603 | Motors Liquidation Company | $200,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WOMENS CLINIC OF SUMTER PA PSP<br>DTD SEPT 19 1984 FBO BARNEY WILLIAMS<br>BARNEY WILLIAMS TTEE<br>2710 MOHICAN ST<br>SUMTER, SC 29150 | 26977 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WOMENS CLINIC OF SUMTER PA PSP<br>DTD SEPT 19 1984 FBO BARNEY WILLIAMS<br>BARNEY WILLIAMS TTEE<br>2710 MOHICAN ST<br>SUMTER, SC 39150 | 26978 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WOMENS CLINIC OF SUMTER PA PSP DTD SEPT 19 1984 FBO BARNEY WILLIAMS BARNEY WILLIAMS TTEE 2710 MOHICAN ST. SUMTER, SC 29150 | 26979 | Motors Liquidation Company | $16,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WOMEN'S MEDICAL GROUP PS MURRAY MASTER, M.D. TTEE 4749 MAIN ST BRIDGEPORT, CT 06606 | 19159 | Motors Liquidation Company | $4,963.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WONG CHIN PANG ALEX NO 2 PARK ROAD 191 FUI FLAT A MID-LEVELS HONG KONG HONG KONG, CHINA | 18613 | Motors Liquidation Company | $500,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WONG CHIN PANG ALEX NO 2 PARK ROAD 19/FU1 FLAT A MID-LEVELS HONG KONG HONG KONG, CHINA | 29941 | Motors Liquidation Company | $500,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WOOD FAMILY REV LIVING TRUST MCKINLEY V WOODS 5360 FLORIDA PALM AVE COCOA, FL 32927 | 7204 | Motors Liquidation Company | $4,409.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WOODLAND FAMILY TR FBO LAURA TARR & PAUL WOODLAND DJ WOODLAND & JOAN WOODLAND CO-TTEES UAD 07/19/89 8746 E VIA DE VIVA SCOTTSDALE, AZ 85258 | 65373 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WOODROE D SEIGLER TTEE WOODROE D SEIGLER LIVING TRUST 124 SMITH ST LEESVILLE, SC 29070 UNITED STATES OF AMERICA | 27662 | Motors Liquidation Company | $9,325.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WOODROW A GAMMON 203 WATERS HILL RD LIVERMORE, ME 04253 | 18730 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 5

Seventy-Sixth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| WOODROW AND DOROTHY WILSON<br>JT / TEN<br>26588 E NOTTOWAY DR<br>COURTLAND, VA 23837 | 14212 | Motors Liquidation Company | $19,932.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WOODRUFF FAMILY TRUST<br>BARBARA H WOODRUFF TR<br>D14 SOUTHFIELD APARTMENTS<br>AUBURN, NY 13021 | 21969 | Motors Liquidation Company | $102,700.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WOON S KIM IRA<br>FCC AS CUSTODIAN<br>941 FOUNTAIN VIEW DR<br>DEERFIELD, IL 60015 | 16345 | Motors Liquidation Company | $31,316.70 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WORLD OF OUTLAWS BENEVOLENT FUND<br>ATTN: MANDY PITTMAN<br>482 WOODLAND PLACE<br>PITTSBORO, IN 46167 | 14712 | Motors Liquidation Company | $17,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WORTH & ANDREW LUDWICK<br>491 SANTA RITA AVENUE<br>PALO ALTO, CA 94301 | 30179 | Motors Liquidation Company | $49,600.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WRIGHT JR, HIRAM<br>2154 GLENSIDE AVE<br>NORWOOD, OH 45212 | 15699 | Motors Liquidation Company | $8,172.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WRL GEN CTRS LTD, ROBERT & SHARON LEAVINE<br>10858 FM 346 WEST<br>FLINT, TX 75762 | 19253 | Motors Liquidation Company | $50,616.20 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WTRISC TTEE<br>LOMA LINDA UNIV RADLGY RET PL<br>FBO PHIROZE E BILLIMORIA<br>664 EAST SUNSET DRIVE<br>REDLANDS, CA 92373 | 26682 | Motors Liquidation Company | $90,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WTRISC TTEE FBO SRC LTD<br>MPP & PS PLANS DTD 10-01-02<br>FAO HARRY MIXER<br>PO BOX 52129<br>PHOENIX, AZ 85072 | 8338 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Sixth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| WU SHIH TUNG<br>33 JACKSON RD<br>BEDFORD, NY 10506 | 26721 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WYCOFF AB LIVING TRUST V/A ORD 8/12/02<br>C/O DOUG WYCKO FF<br>8152 EL DESCAM SOUTH<br>ATASCUDERO, CA 93422 | 44588 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| XERXES & ROSANNA TARAPORE<br>HEUWEG 22<br>75382 ALTHENGSTETT GERMANY<br><br>GERMANY | 68460 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| XIAOLIN TIAN<br>4605 CONLIN ST<br>METAIRIE, LA 70006 | 68733 | Motors Liquidation Company | $4,194.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| XME LTD<br>C/O MERRIL LYNCH INT BANK LTD<br>ATTN TRUST DEPT<br>2 RAFFLES LINK<br>MARINA BAMFRONT SINGAPORE 039392<br><br>SINGAPORE | 8428 | Motors Liquidation Company | $22,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YALE KNIGHT<br>6953 N BARNETT LANE<br>MILWAUKEE, WI 53217 | 2629 | Motors Liquidation Company | $42,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YIGAL B BARUCH &<br>NAOMI BARUCH JT TEN<br>63 HOLLYBROOK ROAD<br>PARAMUS, NJ 07652 | 1720 | Motors Liquidation Company | $4,819.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YIK WAI TO<br>MACDONNELL HOUSE<br>FLAT 22-B<br>6 MACDONNEL ROAD HONG KONG CHINA<br>,<br>HONG KONG, CHINA | 28216 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YILDIZ AGAR<br>2200 ALKI AVE SW #401<br>SEATTLE, WA 98116 | 6204 | Motors Liquidation Company | $79,209.11<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| YIM KWAI LAW<br>8/F, BLOCK D,<br>WOODLAND GARDEN<br>62 A-F CONDUIT ROAD<br>HONG KONG CHINA<br>,<br>HONG KONG, CHINA | 30782 | Motors Liquidation Company | $4,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YINGJU SUN<br>CHARLES SCHWAB & CO INC.CUST<br>IRA ROLLOVER<br>7394 WILDFLOWER WAY<br>CUPERTINO, CA 95014 | 7628 | Motors Liquidation Company | $77,343.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YINGJU SUN<br>7394 WILDFLOWER WAY<br>CUPERTINO, CA 95014 | 7637 | Motors Liquidation Company | $3,016.41 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YITZCHOK ALSTER (R/O IRA)<br>FCC AS CUSTODIAN<br>1810 AVENUE N APARTMENT 1 G<br>BROOKLYN, NY 11230 | 13659 | Motors Liquidation Company | $3,727.65 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YOGESH DHINGRA<br>41604 MARGARITA RD<br>APT 266<br>TEMECULA, CA 92591 | 64076 | Motors Liquidation Company | $2,600.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YOKO C DAVIS TTEE<br>EARLE WESLEY DAVIS SR TRUST U/A<br>DTD 07/29/1989<br>2473 SAN ELIJO AVENUE<br>CARDIFF BY THE SEA, CA 92007 | 21734 | Motors Liquidation Company | $164,510.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YOKO C DAVIS TTEE<br>EARLE WESLEY DAVIS SR TRUST U/A DTD 7/29/1989<br>2473 SAN ELIJO AVENUE<br>CARDIFF BY THE SEA, CA 92007<br>UNITED STATES OF AMERICA | 67839 | Motors Liquidation Company | $164,510.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YOKO C DAVIS TTEE F/T YOKO CHINO<br>DAVIS TRUST DATED 3-17-92<br>2473 SAN ELIJO AVE<br>CARDIFF BY THE SEA, CA 92007 | 21735 | Motors Liquidation Company | $19,251.65 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YOKWAH CARMOUCHE<br>426 NORTH LANG AVE<br>WEST COVINA, CA 91790 | 30482 | Motors Liquidation Company | $51,800.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Sixth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| YOLANDA DELOSA<br>407 DORCHESTER WAY<br><br>MANALAPAN, NJ 07726<br>UNITED STATES OF AMERICA | 17067 | Motors Liquidation Company | $2,785.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YOLANDA JACOBS<br>172 WEST 79TH ST APT 14A<br><br>NEW YORK, NY 10024 | 23156 | Motors Liquidation Company | $58,339.90 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YOLANDA L GORDON<br>PO BOX 5784<br><br>BELLEVUE, WA 98006 | 36083 | Motors Liquidation Company | $10,035.72 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YOLANDA L. GORDON<br>PO BOX 5784<br><br>BELLEVUE, WA 98006 | 36084 | Motors Liquidation Company | $5,016.16 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YORAM LEHAVOT<br>2494 PROVENCE CIR<br><br>WESTON, FL 33327 | 7509 | Motors Liquidation Company | $300,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YORAM LEIDNER & DOVON LEIDNER JT WROS<br>7755 SW 86 ST APT 402<br><br>MIAMI, FL 33143 | 13074 | Motors Liquidation Company | $22,352.38 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YOUNG H HA<br>WEDBUSH FBO YOUNG H HA IRA<br>ROLL DTD 6/22/95<br>714 4TH AVE #305<br>FAIRBANKS, AK 99701 | 9710 | Motors Liquidation Company | $9,455.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YU HUANG TOD MINGYAN ZHU<br>SUBJECT TO STA RULES<br>BLDG 14, SUITE 904, WENHUIYUAN<br>XIAO XI TIAN, HAIDIAN DISTRICT<br>BEIJING, 100082, CHINA<br>,<br>CHINA (PEOPLE'S REP) | 59322 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YUE KIANG NG<br>3/F, BLOCK E, BUTLER TOWER,<br>1-5 BOYCE ROAD,<br>JARDINES LOOKOUT,<br>HONG KONG, CHINA<br>HONG KONG,<br>HONG KONG, CHINA | 17375 | Motors Liquidation Company | $250,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Sixth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| YU-FEN HO<br>13F-3, NO. 91, HSING-AN ST.<br>TAIPEI CITY TAIWAN<br>,<br>TAIWAN | 27345 | Motors Liquidation Company | $500,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YUKI MIZUTA<br>1700 12TH AVE SOUTH<br>SEATTLE, WA 98144 | 10008 | Motors Liquidation Company | $24,585.10 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YURI A GONCHAR<br>1925 HURSTGREEN AVE<br>ST LOUIS, MO 63114 | 38941 | Motors Liquidation Company | $113,512.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YURI SALZMAN & MARIANNA SALZMAN JT TEN<br>6 SHAW LANE<br>HARTSDALE, NY 10530 | 2293 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YVES MEYER<br>5005 HWY 3<br>BILLINGS, MT 59106 | 69993 | Motors Liquidation Company | $49,845.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YVETTE M REINER<br>105 HARVARD COURT<br>GLENVIEW, IL 60026 | 8083 | Motors Liquidation Company | $20,558.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YVONNE AND JOSEPH RESNICK<br>9200 CORONADO TER<br>FAIRFAX, VA 22031 | 19568 | Motors Liquidation Company | $18,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YVONNE EVANS<br>4800 SMITHS RD<br>KIMBALL, MI 48074 | 11353 | Motors Liquidation Company | $1,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YVONNE FIELMANN<br>990 CAPE MARCO DR UNIT 404<br>MARCO ISLAND, FL 34145 | 13929 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YVONNE G MCMILLIN<br>121 JORDAN CIRCLE<br>LOUISVILLE, MS 39339 | 9454 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Sixth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| YVONNE GAY HAWKINS<br>PO BOX 197<br><br>GOODWATER, AL 35072 | 12316 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YVONNE LIPKIN<br>10490 WILSHIRE BLVD<br>APT 702<br>LOS ANGELES, CA 90024 | 36772 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YVONNE LIPKIN<br>10490 WILSHIRE BLVD<br>APT 702<br>LOS ANGELES, CA 90024 | 36774 | Motors Liquidation Company | $47,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YVONNE LOPKIN<br>10490 WILSHIRE BLVD<br>APT 702<br>LOS ANGELES, CA 90024 | 36773 | Motors Liquidation Company | $8,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YVONNE MONTSDEOCA TTEE<br>FRED Y MONTSDEOCA<br>1025 SE 10TH ST<br>OCALA, FL 34471 | 6119 | Motors Liquidation Company | $150,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YVONNE POSTELLE<br>385 MOUNTAIN VIEW AVE<br><br>SAN RAFAEL, CA 94901 | 3349 | Motors Liquidation Company | $12,590.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YVONNE SAADI COURCIER - IRA<br>103 OAK GLEN<br><br>LAFAYETTE, LA 70503 | 16166 | Motors Liquidation Company | $4,995.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YWCA OF THE MOHAWK VALLEY-HALL<br>1000 CORNELIA ST<br><br>UTICA, NY 13502 | 68892 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| Z D OVERSTREET<br>515 CHATSWORTH<br><br>MONTGOMERY, AL 36109 | 48425 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| Z POSIN (DECD) & P POSIN JT TEN TOD<br>C A BILICH, J E HILLMAN<br>SUBJECT TO STA RULES<br>406 DAUB AVENUE<br>HEWLETT, NY 11557 | 1848 | Motors Liquidation Company | $8,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| Z TAMMAN & G TAMMAN CO-TTEE<br>ZAKI & GRETA TAMMAN FAMILY TRUST<br>133 S SPALDING DR #101<br>BEVERLY HILLS, CA 90212 | 28227 | Motors Liquidation Company | $93,703.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ZACHARY JAMES SILVER<br>24840 PROSPECT AVE<br>LOS ALTOS, CA 94022 | 23417 | Motors Liquidation Company | $58,495.91 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ZAHIDE GULER AKSU<br>ORANIENSTR 182<br>10999 BERLIN GERMANY<br><br>GERMANY | 36202 | Motors Liquidation Company | $13,406.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ZAIDA SOTO<br>3 DOGWOOD LN<br>DEMAREST, NJ 07627 | 38917 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ZAIDA SOTO<br>WBNA CUSTODIAN TRAD IRA<br>3 DOGWOOD LANE<br>DEMAREST, NJ 07627 | 38919 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ZALMAN B VISHNEVSKY<br>1980 S OCEAN DR APT 2P<br>HALLANDALE, FL 33009 | 3268 | Motors Liquidation Company | $30,200.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ZANE BRESLOFF 1998 TRUST<br>C/O DANIEL L WOODROW TRUSTEE<br>999 18TH ST STE 2550<br>DENVER, CO 80202 | 20528 | Motors Liquidation Company | $4,930.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ZANE GORDON<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>3333 VICKERS DR<br>GLENDALE, CA 91208 | 6905 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ZAYNEH GORMAN<br>76 HARVARD ROAD<br>WATERVLIET, NY 12189 | 50562 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Sixth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| ZEEV PACHTER<br>ZEEV PACHTER C/O RENET<br>34 W MONTGOMERY AVE<br>SUITE 34<br>ARDMORE, PA 19003<br>UNITED STATES OF AMERICA | 44136 | Motors Liquidation Company | $206,875.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ZEHNDERS INC<br>MARTHA SHELTON<br>730 S MAIN<br>FRANKENMUTH, MI 48734 | 10307 | Motors Liquidation Company | $17,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ZEINER LIVING TRUST<br>UAD 09/24/97<br>C JOSEPH ZEINER TTEE<br>102 PECAN GRV APT 220<br>HOUSTON, TX 77077 | 16036 | Motors Liquidation Company | $27,994.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ZELDA B GOLD STEIN TTEE<br>6927 CAIRNWELL DR<br>BOYNTON BEACH, FL 33472 | 7879 | Motors Liquidation Company | $34,381.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ZELDA COHEN<br>506 WALDEN PLACE<br>POMPTON PLAINS, NJ 07444 | 16098 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ZELMAN G WEINGARTEN IRRA<br>ZELMAN G WEINGARTEN<br>3532 WOODCLIFF RD<br>SHERMAN OAKS, CA 91403 | 38942 | Motors Liquidation Company | $35,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ZENIA FICINI<br>861 E 231 ST<br>BRONX, NY 10466 | 10947 | Motors Liquidation Company | $31,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ZENIA FICINI<br>861 E 231 ST<br>BRONX, NY 10466 | 10948 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ZENON DUDKIEWICZ<br>MARIANNA DUDKIEWICZ JT TEN<br>TOD DTD 06/12/2007<br>12 LYMAN STREET<br>EASTHAMPTON, MA 01027 | 12501 | Motors Liquidation Company | $21,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00." For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ZEONA E LUNDSTROM TTEE<br>ZEONA E LUNDSTROM LIV<br>TRUST DTD 6-12-92<br>975 SHADY LANE<br>GLENDORA, CA 91740 | 45596 | Motors Liquidation Company | $14,288.38 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ZHENGYU LU<br>480 STEDFORD LANE<br>DULUTH, GA 30097 | 2333 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ZIELKE, THOMAS A<br>18900 VALENCIA ST<br>NORTHVILLE, MI 48168 | 15074 | Motors Liquidation Company | $50,025.90 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ZIGFRID R GRINS IRA<br>FCC AS CUSTODIAN<br>4 SAXON CT<br>SMITHTOWN, NY 11787 | 62074 | Motors Liquidation Company | $20,150.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ZINUK GLOBAL LTD<br>3 TEVUOK HAARETZ ST<br>69546 TEL AVIV ISRAEL<br><br>ISRAEL | 69369 | Motors Liquidation Company | $400,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ZOLA T DUNBAR REV LIVING TRUST DONALD & ZOLA DUNBAR TTEES<br>12180 SW LYNNRIDGE<br>PORTLAND, OR 97225<br>UNITED STATES OF AMERICA | 64850 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ZORKA BASTA IRA<br>902 GRANVILLE COURT<br>LEXINGTON, KY 40503 | 7708 | Motors Liquidation Company | $24,538.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ZORKA BASTA TRUST<br>902 GRANVILLE COURT<br>LEXINGTON, KY 40503 | 7709 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ZULI STEREMBERG (IRA)<br>FCC AS CUSTODIAN<br>1175 W. CALLED DE EMILIA<br>GREEN VALLEY, AZ 85614 | 2170 | Motors Liquidation Company | $50,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 14

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ZURN JOINT LIVING TRUST<br>VERNON O ZURN & EDNA C ZURN TRUSTEES<br>1604 S KENWOOD ST<br>CASPER, WY 82601 | 6366 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ZVI & RIVKA TALMON<br>ATTENTION: C/O BAR NIR<br>4, NOF-HARIM<br>JERUSALEM, 96190 ISRAEL<br>,<br>ISRAEL | 28737 | Motors Liquidation Company | $31,665.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

| Claim Totals | 130 |
|---|---|

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**<u>Exhibit B</u>**

HEARING DATE AND TIME:  August 6, 2010 at 9:45 a.m. (Eastern Time)
OBJECTION DEADLINE:  July 30, 2010 at 4:00 p.m. (Eastern Time)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                              :
In re                                         :          **Chapter 11 Case No.**
                                              :
**MOTORS LIQUIDATION COMPANY,** *et al.*,     :          **09-50026 (REG)**
        **f/k/a General Motors Corp.,** *et al.*  :
                                              :
                        **Debtors.**          :          **(Jointly Administered)**
                                              :
-----------------------------------------------------------------x

### STIPULATION AND AGREED ORDER
### AMONG THE DEBTORS, WILMINGTON TRUST COMPANY,
### AND CITIBANK, N.A., SOLELY IN ITS CAPACITY AS PAYING AGENT,
### <u>REGARDING PROOFS OF CLAIM NOS. 47871, 47872, 65729, 65793, AND 66723</u>

Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

certain of its subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11

cases (collectively, the "**Debtors**"), Wilmington Trust Company as successor indenture trustee

("**WTC**"), and Citibank, N.A., solely in its capacity as paying agent under the 1990 Indenture

and 1995 Indenture (as defined below) (in such capacity, "**Citibank**"), together with the Debtors

and WTC, the "**Parties**"), by and through their respective undersigned counsel, hereby enter into

this Stipulation and Agreed Order (this "**Stipulation**") and stipulate as follows:

### <u>RECITALS</u>

A.      On June 1, 2009 (the "**Commencement Date**"), certain of the Debtors

commenced with this Court voluntary cases (the "**Chapter 11 Cases**") under chapter 11 of title

11, United States Code (the "**Bankruptcy Code**").

B.      On September 16, 2009, the Court entered an order (the "**Bar Date Order**")

establishing November 30, 2009 at 5:00 p.m. (Eastern Time) (the "**General Bar Date**") as the

deadline for each person or entity (including without limitation, each individual, partnership,

joint venture, corporation, estate, or trust) to file a proof of claim (a "**Proof of Claim**") against

certain of the Debtors, including MLC, to assert any claim (as defined in section 101(5) of the

Bankruptcy Code) that arose prior to the Commencement Date.

C.      As of the Commencement Date, MLC, as issuer, WTC, as successor indenture

trustee, and Citibank, as paying agent, were parties to (i) a Senior Indenture, dated as of

December 7, 1995, as amended (the "**1995 Indenture**," and WTC's capacity under the 1995

Indenture, the "**1995 Trustee**"), and (ii) a Senior Indenture, dated as of November 15, 1990 (the

"**1990 Indenture**," and WTC's capacity under the 1990 Indenture, the "**1990 Trustee**") pursuant

to which MLC issued senior unsecured debt securities.

D.      Prior to the General Bar Date, WTC timely filed the following four Proofs of

Claims against MLC (each, a "**WTC Claim**" and collectively, the "**WTC Claims**"):


| Claim Number | Applicable Indenture | Principal Amount of Claim Plus Fees and Interest Accrued to Petition Date |
|:---:|:---:|:---:|
| 65793 | 1990 Indenture | $1,419,581,281.12 |
| 47871 | 1990 Indenture | $1,419,581,281.12 |
| 65729 | 1995 Indenture | $21,928,297,131.26 |
| 47872 | 1995 Indenture | $21,928,297,131.26 |

E.      Prior to the General Bar Date, Citibank timely filed a proof of claim against MLC

in the amount of $173,063.43 [Proof of Claim No. 66723] (the "**Citibank Claim**").

F.      WTC recognizes that it is not entitled to, and does not seek, a duplicate recovery

on account of the same WTC Claim and has agreed to withdraw two of the WTC Claims, subject

to the agreements set forth in this Stipulation.

## <u>STIPULATION AND ORDER</u>

NOW, THEREFORE, EACH OF THE PARTIES HEREBY STIPULATES AND

AGREES AS FOLLOWS:

1.      WTC Claims numbered 47871 (filed by WTC as 1990 Trustee) and 47872 (filed

by WTC as 1995 Trustee) are deemed withdrawn and WTC Claims numbered 65793 (filed by

WTC as 1990 Trustee) and 65729 (filed by WTC as 1995 Trustee) shall survive.

2.      With respect to principal plus interest due under the 1990 Indenture, WTC, in its

capacity as the 1990 Trustee will receive and is hereby granted, on behalf of itself and the record

and beneficial bondholders of debt securities issued under the 1990 Indenture an allowed general

unsecured, nonpriority claim in the amount of $1,419,471,545.22 (subject to appropriate reserve

and/or reduction in connection with any setoff exercised by beneficial bondholders that is

authorized by this Court) (the "**1990 Debt Claim**") against MLC to be satisfied in accordance

with any chapter 11 plan or plans confirmed in the Debtors' Chapter 11 Cases.

3.      With respect to principal plus interest due under the 1995 Indenture, WTC, in its

capacity as the 1995 Trustee, will receive and is hereby granted, on behalf of itself and the record

and beneficial bondholders of debt securities issued under the 1995 Indenture, an allowed

general unsecured nonpriority claim in the amount of $21,928,183,895.36 (subject to appropriate

reserve and/or reduction in connection with any setoff exercised by beneficial bondholders that is

authorized by this Court) (the "**1995 Debt Claim**," together with the 1990 Debt Claim, the

"**Debt Claims**").

4.      With respect to the prepetition fees and expenses incurred by WTC under the

1990 Indenture, WTC shall receive an allowed claim of $109,735.90 (the "**1990 WTC Fee**

**Claim**"), and with respect to the prepetition fees and expenses incurred by WTC under the 1995

Indenture, WTC shall receive an allowed claim of $113,235.90 (the "**1995 WTC Fee Claim**,"

together with the 1990 WTC Fee Claim, the "**WTC Fee Claims**").

5.      With respect to the prepetition paying agency fees and expenses incurred by

Citibank under the Indentures, the Citibank Claim shall be allowed in the amount of $162,333.71

(the "**Citibank Fees and Expenses Claim**," together with the WTC Fee Claims, the "**Fees and**

**Expenses Claims**").

6.      To the extent the Fees and Expenses Claims are not paid in full, in cash, pursuant

to a plan of reorganization and/or liquidation of MLC, (a) the amount of such fees and expenses

that remain unpaid shall constitute an allowed general unsecured, nonpriority claim against MLC

held by WTC and/or Citibank, as applicable, to be satisfied in accordance with any chapter 11

plan or plans confirmed in the Debtors' Chapter 11 Cases and (b) WTC and Citibank, pursuant to

section 7.06 of the 1990 Indenture and section 7.06 of the 1995 Indenture, shall retain a charging

lien with respect to its prepetition and post-petition fees and expenses on all assets or money held

or collected by WTC or Citibank on account of the Debt Claims or otherwise.

7.      WTC will issue a notice to the Depository Trust Company and post a notice on its

website (a) notifying beneficial bondholders of the notes issued under the Indentures of the entry

of the order allowing the WTC Claims and (b) notifying such bondholders that any subsequent

claims objection filed by the Debtors seeking to disallow claims filed by bondholders on the

grounds that such claims are duplicative of the Debt Claims being allowed under the stipulation

and order will not impair bondholder's entitlement to share in plan distributions on account of

the Debt Claims in accordance with the terms of the applicable Indenture.

8.      WTC agrees that it will not object to the Debtors' filing of objections to Proofs of

Claims filed by record and beneficial holders of debt securities arising out of or relating to the

1990 Indenture and/or the 1995 Indenture on the grounds that such Proofs of Claim are duplicative of the Debt Claims allowed pursuant to this Stipulation.

9.    WTC waives its right to argue that the entire stated principal amount of $377,377,000 with respect to the Discount Debentures is an allowable claim.

10.    To the extent that the fees and expenses of WTC incurred after the Commencement Date are not satisfied by payment in full in cash in connection with a plan of reorganization and/or liquidation of MLC, WTC reserves the right to argue that all such fees are allowable general unsecured non-priority claims against the estate of MLC.

11.    This Stipulation contains the entire agreement between the Parties as to the subject matter hereof and supersedes all prior agreements and undertakings between the Parties relating thereto.

Dated:  New York, New York
        August 5, 2010


/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Debtors and Debtors in Possession*

/s/ Keith R. Martorana
Matthew J. Williams
Keith R. Martorana

GIBSON DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Attorneys for Wilmington Trust Company, as 1990 Trustee and 1995 Truestee*

/s/ Louis A. Curcio
Maria M. Livanos
Louis A. Curcio

SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6744
Facsimile: (212) 768-6800

*Attorneys for Citibank, N.A. as Paying Agent under the 1990 and 1995 Indentures*

So Ordered this **_9th_** day of **_August_** 2010

**_s/ Robert E. Gerber_**
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                        :

In re                          :          Chapter 11 Case No.
                          :

MOTORS LIQUIDATION COMPANY, *et al.*,   :          09-50026 (REG)
     f/k/a General Motors Corp., *et al.*   :
                          :

            Debtors.         :          (Jointly Administered)
                          :
-------------------------------------------------------------x

## ORDER GRANTING DEBTORS'
## SEVENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Debt Claims)

Upon the seventy-sixth omnibus objection to claims, dated August 13, 2010 (the

"**Seventy-Sixth Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a

General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the

"**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy**

**Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"),

and this Court's supplemental order establishing supplemental rules and authority for filing

omnibus objections to certain debt claims (the "**Supplemental Procedures Order**") [Docket No.

6238], seeking entry of an order disallowing and expunging the Duplicate Debt Claims on the

grounds that such claims are duplicative of either Claim 65793 or Claim 65729, all as more fully

described in the Seventy-Sixth Omnibus Objection to Claims; and due and proper notice of the

Seventy-Sixth Omnibus Objection to Claims having been provided, and it appearing that no

other or further notice need be provided; and the Court having found and determined that the

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Debtors' Seventy-Sixth Omnibus Objection to Claims.

relief sought in the Seventy-Sixth Omnibus Objection to Claims is in the best interests of the

Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set

forth in the Seventy-Sixth Omnibus Objection to Claims establish just cause for the relief granted

herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Seventy-Sixth Omnibus Objection to

Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on **Exhibit "A"** (the "**Order Exhibit**") annexed hereto under the heading "*Claims to be

Disallowed and Expunged*" (collectively, the "**Duplicate Debt Claims**") are disallowed and

expunged; and it is further

ORDERED that, if applicable, the Seventy-Sixth Omnibus Objection to Claims is

adjourned with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Objection Adjourned*" (the "**Adjourned Claims**") to the date indicated on the Order

Exhibit, subject to further adjournments (such actual hearing date, the "**Adjourned Hearing**

**Date**"), and the Debtors' response deadline with respect to the Adjourned Claims shall be 12:00

noon (Eastern Time) on the date that is three (3) business days before the Adjourned Hearing

Date; and it is further

ORDERED that, if applicable, the Seventy-Sixth Omnibus Objection to Claims is

withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Objection Withdrawn*"; and it is further

ORDERED that, if applicable, the Seventy-Sixth Omnibus Objection to Claims is

withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Claim Withdrawn*," as those claims have been withdrawn by the corresponding

claimant; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly

reserved with respect to, (i) any claim listed on Exhibit "A" annexed to the Seventy-Sixth

Omnibus Objection to claims under the heading "*Claims to be Disallowed and Expunged*" that is

not listed on the Order Exhibit annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.


Dated: New York, New York
              _____, 2010



                                                    _____
                                                    United States Bankruptcy Judge