## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | X  Motors Liquidation Company, Case No. 09-50026 |
|---|---|
| | ☐  MLC of Harlem, Inc., Case No. 09-13558 |
| | ☐  MLCS, LLC, Case No. 09-50027 |
| | ☐  MLCS Distribution Corporation, Case No. 09-50028 |
| | ☐  Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | ☐  Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Stephens & Stephens LLP<br>410 Main Street<br>3rd Floor<br>Buffalo, NY    14202 |
| Claim Number (if known): | #67543 |
| Date Claim Filed: | 11/30/2009 |
| Total Amount of Claim Filed: | $10,775.71 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.   I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: July 20, 2010

Print Name: R. Hugh Stephens

Title (if applicable): Member