**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | Case No. 09-50026 (REG) |
|     f/k/a General Motors Corp., *et al.,* | : | |
| | : | |
|             Debtors. | : | (Jointly Administered) |
| | : | |

----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF WASHINGTON   )
                                            ) ss
COUNTY OF KING           )

I, Danielle Zahaba, being duly sworn, depose and state:

1. I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2. On August 12, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' Thirty-Eighth Omnibus Objection to Claims (Tax Claims Assumed by General Motors, LLC) [Docket No. 6638].

Dated: August 13, 2010                           /s/ Danielle Zahaba
            Seattle, Washington                   Danielle Zahaba

Sworn to before me this 13th day of August, 2010

/s/ Brook Lyn Bower
Brook Lyn Bower
Notary Public, State of Washington
License No. 99205
Residing in Seattle
Commission Expires:  July 26, 2012

# EXHIBIT A

| | |
|---|---|
| ARIZONA DEPARTMENT OF ENVIRONMENTAL QUALITY<br>ATTN TERRY GODDARD - ATTORNEY GENERAL &<br>DENISE ANN FAULK ASSISTANT ATTORNEY GENERAL<br>1275 WEST WASHINGTON STREET<br>PHOENIX AZ 85007-2926 | BOROUGH OF WEST MIFFLIN<br>LEGAL TAX SERVICE INC<br>714 LEBANON ROAD<br>WEST MIFFLIN PA 15122 |
| GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>BANKRUPTCY SECTION<br>PO BOX 161108<br>ATLANTA GA 30321 | ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY ADMINISTRATION UNIT<br>100 W RANDOLPH ST<br>LEVEL 7-410<br>CHICAGO IL 60601-3195 |
| INDIANA DEPARTMENT OF STATE REVENUE<br>ATTN CAROL LUSHELL<br>BANKRUPTCY SECTION<br>100 NORTH SENATE AVENUE ROOM N203<br>INDIANAPOLIS IN 46204 | MISSISSIPPI STATE TAX COMMISSION<br>BANKRUPTCY SECTION<br>PO BOX 22808<br>JACKSON MS 39225-2808 |
| NEW YORK STATE DEPARTMENT OF TAXATION & FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300 | PROPERTY TAX COMMISSIONER<br>C/O DON ARMSTRONG<br>PO BOX 1298<br>COLUMBIANA AL 35051 |
| RED RIVER APPRAISAL DISTRICT<br>PO BOX 461<br>CLARKSVILLE TX 75426-0461 | ST FRANCOIS COUNTY COLLECTOR<br>1 W LIBERTY<br>SUITE 201<br>FARMINGTON MO 63640-3166 |
| TENNESSEE DEPARTMENT OF REVENUE<br>C/O ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>ON BEHALF OF THE STATE OF TEXAS ET AL<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>COLLECTIONS DIVISION / BANKRUPTCY SECTION<br>PO BOX 12548, CAPITOL STATION<br>AUSTIN TX 78711-2548 |