UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x
In re                                              : Chapter 11
                                                   :
MOTORS LIQUIDATION COMPANY, *et al.*,              : Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*,          :
                                                   :
                Debtors.                           : (Jointly Administered)
                                                   :
--------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF WASHINGTON  )
                     ) ss
COUNTY OF KING       )

I, Danielle Zahaba, being duly sworn, depose and state:

1. I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2. On August 12, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' Twenty-Seventh Omnibus Objection to Claims (Incorrectly Classified Claims) [Docket No. 6639].

Dated: August 13, 2010                    /s/ Danielle Zahaba
       Seattle, Washington                Danielle Zahaba

Sworn to before me this 13th day of August, 2010

/s/ Brook Lyn Bower
Brook Lyn Bower
Notary Public, State of Washington
License No. 99205
Residing in Seattle
Commission Expires: July 26, 2012

# EXHIBIT A

ALLEN, LISA
C/O JOHN CANTARELLA
CANTARELLA & ASSOC, PC
1004 JOSLYN
PONTIAC, MI 48340

ALSTON, KAIYA SR
C/O MARK B. TINSLEY, ESQ.
GOODING & GOODING
PO BOX 1000
ALLENDALE, SC 29810-1000

AMBER POWLEDGE
C/O ANGEL HAGMAIER, DAX FAUBUS
ATTORNEY AT LAW
211 E PARKWOOD AVE SUITE 107
FRIENDSWOOD, TX 77546

AMICA MUTUAL INSURANCE
43 WESTERN BLVD
GLASTONBURY, CT 06033

ANGERHOFER, THERESA
721 EUGENE ST
FAYETTEVILLE, NC 28306-2025

ARCHIE, STEVEN
4080 W 21ST AVE
GARY, IN 46404-2853

BIANGA DINA
BIANGA, DINA
24729 MURRAY ST.
HARRISION TWP., MI 48045-3355

BONENFANT, CAROL S
33367 ELGIN CT
STERLING HEIGHTS, MI 48310-6033

BRADEN ANNETTE
BRADEN, ANNETTE
824 BEECHWOOD CT
JACKSON, MS 39206-2705

BROOKS, MARK
4504 BROOKSIDE AVE
BRISTOL, PA 19007-2006

BUCKLEY ERMA JEANINE
175 W 90TH ST APT 5C
NEW YORK, NY 10024

CARUTHERS TEARNIA
CARUTHERS, TEARNIA
3400 WALTON LANE
NASHVILLE, TN 37216-1018

CHAMPAGNE, SADE
2910 GLENWOOD ST
BEAUMONT, TX 77705-1354

CHEAIRS, BONNIE
272 WORCESTER PL
DETROIT, MI 48203-5224

COMMONWEALTH OF KENTUCKY
C/O LARRY WILLIAMS, EX GM EMPLOYEE
2981 RIVERSIDE DR
LAKE ORION, MI 48359

COMMONWEALTH OF KENTUCKY
TRANSPORTATION CABINET
ATTN KELLY ROBERTS
200 METRO STREET
FRANKFORT, KY 40622

CONNER, LATANYA
5477 MILLERS GLEN LN
MEMPHIS, TN 38125-4163

COX, SAMANTHA
2517 BENTON BLVD
KANSAS CITY, MO 64127-4143

DANIEL KEVIN EUGENE
DANIEL, KEVIN EUGENE
2107 JAKE ALEX BLVD SOUTH
SALISBURY, NC 28146

DANVELDHUIZEN TASHA
2211 310TH ST
ROCK VALLEY, IA 51247-7528

| | |
|---|---|
| DAVID AND KATHY GRINSTEAD<br>835 GLADDEN ROAD<br>COLUMBUS, OH 43212 | DAVID LILES<br>2904 S. BRENTWOOD COURT<br>INDEPENDENCE, MO 64055 |
| DENT NELL<br>C/O LAW OFFICE SCOTT E COMBS<br>27780 NORI RD SUITE 105<br>NOVI, MI 48377-3427 | DETROIT DIESEL CORPORATION<br>C/O MICHAEL T CONWAY ESQ<br>LECLAIR RYAN A PROF CORP<br>830 THIRD AVENUE FIFTH FLOOR<br>NEW YORK, NY 10022 |
| DILKS, DEBORAH<br>5327 HERMAN RD<br>CLAREMONT, NC 28610-9444 | DONALD SHERMAN<br>PO BOX 491<br>HORTONVILLE, MI 48462 |
| DOUG AND PAT GENTRY<br>501 N FLORENCE ST SUITE 101<br>CASA GRANDE, AZ 85122 | DOUGLAS DORMAN<br>2790 PINEBROOK DR<br>ARNOLD, MO 63010 |
| DOYLE CARMACK<br>276 S TUCSON CIR<br>AURORA, CO 80012-1327 | DUGAN, PATRICK<br>PO BOX 644<br>HARLEM, MT 59526-0644 |
| EDBLER, DENISE<br>2032 DELAWARE RD<br>WAUKEGAN, IL 60087-4616 | ESCUE LINZY<br>4700 BIRGEHEATH RD<br>KERNERSVILLE, NC 27284-8864 |
| FINDLEY, DONNELL<br>19322 S GRANDEE AVE<br>CARSON, CA 90746-2808 | FLANDERS, DEREK<br>10914 EVENING CREEK DR E APT 40<br>SAN DIEGO, CA 92128-6028 |
| FLORENCE BUCKNAM<br>16 TOMPKINS LANE<br>AJAX, ON L1S 3N5, CANADA | FORD ROSIE<br>FORD, ROSIE<br>24750 LAHSER RD<br>SOUTHFIELD, MI 48033-6044 |
| FOUST, MARK<br>388 VANCE RD<br>MORAINE, OH 45439-1238 | GAGLIONE, GARY<br>234 MAPLE TREE HILL RD<br>SOUTHBURY, CT 06488-2736 |
| GAINWELL, BARBARA<br>155 BLACKMON RD<br>BYRAM, MS 39272-6002 | GANDY JANINE<br>PO BOX 533<br>MONTICELLO, NY 12701-0533 |

GARCIA MIGUEL
C/O LAW OFFICES OF BYRNES CRAIG I
1500 ROSECRANS AVE STE 500
MANHATTAN BEACH, CA 90286-3771

GILBERT LAWRENCE
56 TWIN OAKS
NEW MILFORD, CT 06776

GODDARD, ROSALYN
407 ROOSEVELT BLVD
LEXINGTON, KY 40508-1043

GREIDER, DEBORAH
321 VALLEY FORGE CT
WARMINSTER, PA 18974-2093

HENSON, BOY
106 E PLEASANT ST
RIVER ROUGE, MI 48218-1628

HEPFER, WAYNE D
3035 LUPINE CT
INDIANAPOLIS, IN 46224-2027

HERNANDEZ, RAMON
12108 BELLOWS CT
EL PASO, TX 79936-0316

HOLMES, ALEX
221 RODNEY AVE
BUFFALO, NY 14214-2218

JANEEN MOTTERN
511 CRESCENT HEIGHTS DRIVE
CREEDMOOR, NC 27522

JOHN KORT
1276 MCNUTT SCHOOL RD
FESTUS, MO 63028-2500

KATHIE ISENBERG
PO BOX 915
32324 NORTH MONROE ROAD
DEER PARK, WA 99006

LANDRUM, JOHN
8335 KY 191
CAMPTON, KY 41301-8189

LEAKS DONNOVAN
LEAKS, DONNOVAN
10510 S WOOD ST
CHICAGO, IL 60643-2716

LINDEN, HELMUT J
7299 RIVERSIDE DR
CLAY, MI 48001-4249

LONG, DENNIS
HC 60 BOX 283
NEW MARTINSVILLE, WV 26155-9773

M SIRACUSA
229 CLARK ST
BROCKPORT, NY 14420

MARTIN, JUDY
27 BOBCAT LN
DAHLONEGA, GA 30533-4719

MARTINSON, KATHERINE
33 VILLAGE PKWY UNIT 238
CIRCLE PINES, MN 55014-4416

MARVIN ECHOLS
PO BOX 2211
BAY CITY, MI 48707

MICHAEL T JONES 2ND ACTION
PRO SE
63 WAVERLY AVE
DAYTON, OH 45405-2228

MITCHELL R CANTY
8146 REYNOLDSWOOD DRIVE
REYNOLDSBURG, OH 43068

MITCHELL, JACKIE
8958 GATEWOOD CIR
JONESBORO, GA 30238-4663

PALMA, OLIVIA
348 HIGHLAND RD
PITTSBURGH, PA 15235-3011

PALMERI, LOUIS
105 W 6TH ST
BAY MINETTE, AL 36507-4446

PATRICIA FERRARO
13366 ANGLER STREET
SPRING HILL, FL 34609

PENNY, AMANDA
6118 WAKE FOREST RD
DURHAM, NC 27703-9782

PFAFF, TERESA
5757 WHISPERING WAY
LOVES PARK, IL 61111-7644

RAMIREZ JEANETTE
RAMIREZ, JEANETTE
15594 MALLORY CT.
MOORPARK, CA 93021-3250

RAYMOND J KLASS
201 E SMITH ST
BAY CITY, MI 48706-3876

RIPPO, JILL J A/K/A JILL J HUGHES
18433 N. 27TH WAY
PHOENIX, AZ 85032

ROSIE BLEDSOE
7604 SHAWNEE LANE
# 232
WESTCHESTER, OH 45069

SALTERS, ORMAN
7197 MALLARD CREEK DR APT 67
HORN LAKE, MS 38637-1156

SETTLEMENT AGREEMENT IN SODERS V
GENERAL MOTORS CORPORATION AND RODANAST P C
ATTN: JOSEPH F RODA ESQ & MICHELLE BURKHOLDER
RODANAST PC
801 ESTELLE DR
LANCASTER, PA 17601

SHELBY, LARRY
833 N 427 RD
PRYOR, OK 74361

SILVERMAN MEL
7159 BOSCANNI DR
BOYNTON BEACH, FL 33437-3704

SIMPSON, RACHEL
C/O LAW OFFICES OF DEAN T. YEOTIS
611 W COURT ST STE 200
FLINT, MI 48503-5000

SMILEY, COLLEEN
ELCO ADMINISTRATIVE SERVICES COMPANY
BOX 4800
WAYNE, NJ 07474-4800

SMITH, LATONIA
3006 CHARLESTON DR JACKSON
JACKSON, MS 39212

STEFAN, SHANNON
2277 WINDHAVEN LANE
RANCHO CORDOVA, CA 95670

STEINERT SHARON
742 PINE STREET
PORT HURON, MI 48060-5340

| | |
|---|---|
| STEPHEN AND SHARON RITCHIE<br>STEPHEN RITCHIE<br>SHARON RITCHIE<br>20560 ROMAR LANE<br>SANTA CLARITA, CA 91350-3801 | STEWARD, GLORIA<br>5337 ALTO VISTA AVE<br>SHREVEPORT, LA 71109-7101 |
| STEWART, MELVIN<br>430 W 6TH STREET<br>LEXINGTON, KY 40508-1363 | TAMMY MITCHELL<br>4297 CENTERVILLE CHURCH RD<br>FAIRMONT, NC 28340-8426 |