UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
In re                                              :    Chapter 11
                                                   :
MOTORS LIQUIDATION COMPANY, *et al.*,              :    Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*,          :
                                                   :
                Debtors.                           :    (Jointly Administered)
                                                   :
-----------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss
COUNTY OF SUFFOLK      )

I, Kathy-Ann Awkward, being duly sworn, depose and state:

1. I am a Senior Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On August 11, 2010, at the direction of Weil, Gotshal & Manges LLP ("Weil, Gotshal"), counsel for the Debtors, I caused a true and correct copy of the following documents to be served by first class mail on RodaNast, P.C., Attn: Joseph F. Roda and Michelle Burkholder, 801 Estelle Drive, Lancaster, PA 17601:

    - Estimation Order [Docket No. 6621]; and

    - Order Pursuant to Fed. R. Bankr. P. 9019 and Fed. R. Civ. P. Rule 23 Approving Agreement Resolving Proof of Claim No. 44887 and Implementing Class Settlement ("Order Resolving Claim No. 44887") [Docket No. 6622].

3. On August 12, 2010, also at the direction of Weil, Gotshal, I caused a true and correct copy of the Estimation Order and the Order Resolving Claim No. 44887 to be served by first

class mail on The Gibson Law Firm, Attn: Robert T. Gibson, 319 West Front Street, Media, PA

19063-2340:

Dated:  August 16, 2010               /s/ Kathy –Ann Awkward
        Melville, New York             Kathy-Ann Awkward

Sworn to before me this
16th day of August, 2010

/s/ Florence L. Robinson
Notary Public, State of New York

Florence L. Robinson
Notary Public, State of New York
No. 01RO6142774
Qualified in Queens County
Commission Expires March 20, 2014