UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al*., | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
---------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                            ) ss
COUNTY OF SUFFOLK    )

I, Radha S. Rai, being duly sworn, depose and state:

1.      I am a Senior Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.      On August 12, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' Twenty-Fifth Omnibus Objection to Claims (Amended and Superseded Claims) [Docket No. 6626].

Dated:  August 13, 2010                    /s/ Radha Rai
            Melville, New York                 Radha S. Rai

Sworn to before me this 13th day of August, 2010

/s/ Jodi Pujols
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT A

ALEC L GIVENS  
PO BOX 715071  
REPRESA CA 95671-5071

ALLSTATE INSURANCE COMPANY A/S/O ANUFRIER KONSTANTIN  
RONALD W. PARNELL, ESQ. AS ATTORNEY FOR ALLSTATE INSURANCE  
COMPANY A/S/O KONSTANTIN  
P.O. BOX 81085  
CONYERS GA 30013

BACK, JAMES  
COLLINS & ALLEN  
PO BOX 475  
SALYERSVILLE KY 41465-0475

BARFIELD, LATRELL  
PO BOX 1824  
SANFORD FL 32772-1824

BETH KAPLAN  
C/O MOTHERWAY & NAPLETON LLP  
100 W MONROE ST STE 200  
CHICAGO IL 60603

BLALOCK JENNIFER  
10220 WOODVILLE ROAD  
KEVIL KY 42053

BROWN, KANDRAS  
2324 BISCAY SQ  
INDIANAPOLIS IN 46260-3710

CANO, JOSE  
117 E MELTON PARK DR  
MERCEDES TX 78570-4605

CANO, MARY  
117 E MELTON PARK DR  
MERCEDES TX 78570-4605

CANTY, MEGAN  
8146 REYNOLDSWOOD DR  
REYNOLDSBURG OH 43068-9332

CAREY, KAREN  
2007 TREE TOP CT  
GRANBURY TX 76049-8066

CASILLAS DAVID  
812 LINDSEY DR  
MADESTO CA 95356-1138

COMM OF REVENUE - STATE OF TENNESSEE  
TENNESSEE DEPARTMENT OF REVENUE  
C/O ATTORNEY GENERAL  
ATTN:  WILBUR E HOOKS, DIRECTOR  
P O BOX 20207  
NASHVILLE TN 37242-0207

CUNNINGHAM MELANIE  
ONE OXFORD CENTRE - SUITE 2501  
PITTSBURGH PA 15219-1400

DANA H FOX  
1625-2 PARKMEADOWS DR  
FORT MYERS FL 33907

DOROTHY JOHANNES  
530 CR 3401  
BULLARD TX 75757

ESKRIDGE, RALPH  
PO BOX 9907  
BOX 9907  
KANSAS CITY MO 64134-0907

ESPINOZA ENRIQUE  
ESPINOZA, ENRIQUE  
1120 MADESON CHASE  
WEST PALM BEACH FL 33411-3289

GREGORY VOGEL BY HIS GUARDIAN AD LITEM DANIEL VOGEL AND INDIVIDUALLY  
ATTN  THOMAS D FLINN ESQ  
GARRITY GRAHAM MURPHY GAROFALO & FLINN PC  
ONE LACKAWANNA PLAZA  
MONTCLAIR NJ 07044

JAMES A CRAMER,  AS PERSONAL REP OF ESTATE OF JOHN E CRAMER  
ATTN:  ROBERT M N PALMER  
THE LAW OFFICES OF PALMEROLIVER, P C  
205 PARK CENTRAL EAST, SUITE 511  
SPRINGFILED MO 65906

| | |
|---|---|
| JAMES A CRAMER, AS PERSONAL REP OF ESTATE OF JOHN E CRAMER<br>ATTN: ROBERT M N PALMER<br>THE LAW OFFICES OF PALMEROLIVER, P C<br>205 PARK CENTRAL EAST, SUITE 511<br>SPRINGFIELD MO 65906 | JOHN OBERG<br>741 BEAVER ST<br>ROCHESTER PA 15074-1144 |
| JOSEPH FERRARA<br>MOYNAHAN & MINNELLA<br>C/O DAVID GRONBACH<br>141 EAST MAIN STREET<br>WATERBURY CT 06722 | JUANITA BORJAS<br>901 E HAYES ST<br>BEEVILLE TX 78102 |
| JULIAN KEBSCHULL AND ANGELA GIRARD<br>LAW OFFICES OF DAVID J LANG<br>16655 W BLUEMOUND RD STE 190<br>BROOKFIELD WI 53005 | MANUEL SANDY<br>MANUEL, SANDY<br>42 GARLAND AVE<br>ROCHESTER NY 14611-1002 |
| MARK BLANKENSHIP<br>C/O MOTHERWAY & NAPLETON LLP<br>100 W MONROE ST STE 200<br>CHICAGO IL 60603 | MITCHELL R CANTY<br>8146 REYNOLDSWOOD DRIVE<br>REYNOLDSBURG OH 43068 |
| OHIO TRANSMISSION CORP<br>OHIO TRANSMISSION CORP<br>1900 JETWAY BLVD<br>COLUMBUS OH 43219-1681 | PATRICIA MEYER<br>BOX 112<br>WEST OLIVE MI 49460 |
| ROCKWELL AUTOMATION INC<br>ATTN IRVIN M FREILICH<br>ROBERTSON FREILICH BRUNO & COHEN LLC<br>1 GATEWAY CENTER 17TH FL<br>NEWARK NJ 07102 | SUN MICROSYSTEMS GLOBAL FINANCIAL SERVICES LLC<br>LAWRENCE SCHWAB/THOMAS GAA<br>BIALSON BERGEN & SCHWAB<br>2600 EL CAMINO REAL SUITE 300<br>ALTO CA 94306 |
| THE DIAL CORPORATION<br>DAY PITNEY LLP<br>ATTN WILLIAM S HATFIELD ESQ<br>PO BOX 1945<br>MORRISTOWN NJ 07962-1945 | THE STANLEY WORKS<br>C/O ROBERTSON FREILICH BRUNO & COHEN LLC<br>IRVIN M. FREILICH<br>1 GATEWAY CENTER 17TH FL<br>NEWARK NY 07102 |
| TOYOTA MOTOR CORPORATION<br>C/O FOLEY & LARDNER LLP<br>ATTN MATTHEW J RIOPELLE<br>402 W BROADWAY SUITE 2100<br>SAN DIEGO CA 92101 | TOYOTA MOTOR CORPORATION<br>C/O FOLEY & LARDNER LLP<br>ATTN MATTHEW J RIOPELLE<br>402 W BROADWAY SUITE 2100<br>SAN DIEGO CA 92101 |
| WILEY, MICHAEL<br>7188 N WEBSTER RD<br>MOUNT MORRIS MI 48458-9430 | WILSON SHIRLEY<br>32015 THE OLD ROAD<br>CASTAIC CA 91384-3078 |