**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | **Case No. 09-50026 (REG)** |
| **f/k/a General Motors Corp.,** *et al.,* | : | |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss |
| COUNTY OF SUFFOLK | ) |

I, Radha S. Rai, being duly sworn, depose and state:

1.      I am a Senior Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 105 Maxess Road, Melville, New York 11747.

2.      On August 12, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' Twenty-Sixth Omnibus Objection to Claims (Duplicate Claims) [Docket No. 6627].

| | |
|---|---|
| Dated:  August 13, 2010 | /s/ Radha S. Rai_____ |
|      Melville, New York | Radha S. Rai |

Sworn to before me this 13th day of August, 2010

/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT A

1ST AUTO & CASUALTY INS
2810 CITY VIEW DR
MADISON WI 53718

295 PARK AVENUE CORP.
C/O JAN ALAN BRODY ESQ
CARELLA BYRNE BALN GILFILLAN ET AL
5 BECKER FARM ROAD
ROSELAND NJ 07068

ABEBE AFEWERKI
ABEBE, AFEWERKI
JAMES BOLAN
O'KOON, HUNTERMEISTER, 101 W. OHIO STE. STE 100
INDIANAPOLIS IN 46204

ALEJANDRO, JUAN
PO BOX 89
COMERIO PR 00782-0089

ALI, SALEH
7035 N 98TH ST APT 1B
CHICAGO RIDGE IL 60415-1299

ALISHA HOOKS
3510 S RHODES #1806
CHICAGO IL 60653

ALLEN, ALETIA
5330 HONEYVINE DR
HOUSTON TX 77048

ALLEN, VERNELL
196 DOCTOR LN
VARNILLE SC 29944-3997

ARTHUR P JESCHON & IRENE S JESCHON
35 LEAH CT
HAMMONTON NJ 08037

ATKINS, SHARDE
16121 STOCKBRIDGE AVE
CLEVELAND OH 44128-2013

AVERY KAHLA
AVERY, KAHLA
1525 N EAST ST APT B8
HASTINGS MI 49058-7418

BARBARA ALLEN
7112 SOUTH 228TH EAST AVE
BROKEN ARROW OK 74014

BARLOW, RICHARD M
7820 S STILLHOUSE RD
OAK GROVE MO 64075-8260

BARTON RONALD
BARTON, RONALD
8524 FAIRFAX DR
CHALMETTE LA 70043-1118

BASHUR DEBBIE
BASHUR, DEBBIE
12748 DAILY DRIVE
STERLING HEIGHTS MI 48313-3314

BELL, RICKEY
3617 RUSSELLVILLE RD
FRANKLIN KY 42134-7560

BENTLEY, TONYA
13402 SADDLEBROOK TRL
AUSTIN TX 78729-3750

BESHELER, JACOB
4545 HAROLD CT
LINCOLN NE 68514-9734

BISCEGLIA DUMANSKI LLP
ATTN: JOSEPH A. BISCEGLIA
2ND FLOOR, 747 QUEEN STREET EAST
SAULT STE MARIE, ONTARIO  P6A 2A8

BLOOM ROBIN
BLOOM, ROBIN
PO BOX 2258
CLEARLAKE CA 95422-2258

BLUM, WILLIAM
12840 AUTUMN RD
TELL CITY IN 47586-8964

BOST, ROBERT
365 KINGS TER
SALISBURY NC 28146-8547

BRANHAM, JONATHAN
CLAIM #71-724760169
4458 W POPLAR RIDGE RD NW
MALTA OH 43758-9127

BRENDA DIGIANDOMENICO
5211 LEWISETTA ROAD
LOTTSBURG VA 22511

BROCK, STEPHANIE
BROCK, STEPHANIE
C/O MARTIN LAW OFFICES PSC
PO BOX 790
SALYERSVILLE KY 41465-0790

BROWN, ROGER
8737 VETERANS HWY
MILLERSVILLE MD 21108-2046

BUCHANAN PAUL
1129 HUGHES AVE
FLINT MI 48503-3205

BUCKLEY, ROBERT
17 DUNLAP ST
SALEM MA 01970-2363

BUMPASS, CHRESSONDA
511B KINGSBURY ST
OXFORD NC 27565-3424

BUONO, AILENE
2165 BROOKSIDE AVE
YORKTOWN HTS NY 10598-4124

CALIXTO, MICHAEL
4445 AUGUSTINE RD
SPRING HILL FL 34608-3208

CALLAHAN, HILDA F
2 CARMEN AVE
HAMILTON OH 45013-1612

CAMARA NATOSHA
CAMARA, NATOSHA
4007 CARPENTER ROAD
YPSILANTI MI 48197-9644

CAMPBELL, RONNEICE
3100 W POLK ST
CHICAGO IL 60612-3909

CARRASQUILLO, LARISSA
PO BOX 693
MANOMET MA 02345-0693

CARRASQUILLO, LARISSA
C/O LESTER M GOLD
738 MAIN STREET
HINGHAM MA 02043

CARTER, TERRY
804 FOREST ST
LISBON ND 58054-4237

CARY, GRADY
230 SCHOOL HOUSE RD
YUMA TN 38390-4518

CASTRO, ANNA
3015 BRIGHT ST
FORT WORTH TX 76105-4807

CHECKON, MICHAEL
5 GEORGE STREET
PUTNAM CT 06260-2105

CLARK, IAN
13516 54TH DR NE
MARYSVILLE WA 98271-7751

CLASS MEMBERS USDC ED CA 2:07-CV-02142
ATTN MARK L BROWN
LAKINCHAPMAN LLC
300 EVANS AVE PO BOX 229
WOOD RIVER IL 62095

COBB, EUGENIA
227 W 58TH ST
LOS ANGELES CA 90037-4121

COLEMAN MELINDA
142 DAVID DR APT D9
ELYRIA OH 44035-2882

COLLINS, ALBERT
15763 HAT AVE
SPARTA WI 54656-8133

COMMERCE INSURANCE
11 GORE ROAD
WEBSTER MA 01570

CORKER, WILLIAM
704 S SKAGIT ST
BURLINGTON WA 98233-2419

COUNTRY MUTUAL INSURANCE COMPANY AS SUBROGEE OF LESTER FORD
C/O LAW OFFICES OF MICHAEL A POWELL, LLC
207 W JEFFERSON ST, STE 602
BLOOMINGTON IL 61701

COUNTRY MUTUAL INSURANCE COMPANY GSO RICHARD SIMMONS
C/O SCHNACK LAW OFFICES
510 VERMONT ST
QUINCY IL 62301-2902

COUNTRY PREFERRED INSURANCE COMPANY AS SUBROGEE OF KENDALL SMITH
C/O LAW OFFICES OF MICHAEL A POWELL, LLC
207 W JEFFERSON ST, STE 602
BLOOMINGTON IL 61701

CROCKER, DORIS
PO BOX 302
KOOSKIA ID 83539-0302

CURRY, MICHAEL
C/O DEBRA CURRY
994 HARTFORD AVE
AKRON OH 44320-2740

DANIELLY, JOHNNY
2027 POPE RD
ROBERTA GA 31078-6541

DAVIS, ROGER
DAVIS, TARA
6431 WESTFALL RD SW
LANCASTER OH 43130-9218

DEARDURFF, JEFF
6876 ROAD 163 W
LIBERTY OH 43357

DEBOLT, MAXINE
HC60 BOX 307
NEW MARTINSVILLE WV 26155

DECKER, DALE
6744 ESTES AVE NW
MAPLE LAKE MN 55358-2807

DEMASSI CADILLAC CO INC
C/O JAN ALAN BRODY ESQ
CARELLA BYRNE BAIN GILFILLAN ET AL
5 BECKER FARM ROAD
ROSELAND NJ 07068

DEMASSI ENTERPRISES
C/O JAN ALAN BRODY ESQ
CARELLA BYRNE BAIN GILFILLAN ET AL
5 BECKER FARM ROAD
ROSELAND NJ 07068

DEROOS, WILLIAM STEVEN
127 N M-37
HASTINGS MI 49058-9740

DEVON MAESTRI
CLAIM #APV000778825
GRANGE INSURANCE
PO BOX 1218
COLUMBUS OH 43216

DIANA WHITE
158 SPRINGS EAST ROAD
LINCOLNTON NC 28092

DIANNA GOODEN CUSS
RT 6 BOX 61
FAIRMONT WV 26554

DORI DWIGHT
9277 FLOYD PIKE
DUGSPUR VA 24325

ELITE COUNTERTOPS LLC
CHESSON, CHRISTIAN D
1 LAKESHORE DR STE 1800
LAKE CHARLES LA 70629-0123

ELLERBE, EDNA & ELLERBE, CRAWFORD
332 MOSES DR
DARLINGTON SC 29532

ERIC A KHARIBIAN
1118 ST BENEDICT DR
CAHOKIA IL 62206

ERIE INSURANCE GROUP
301 COMMONWEALTH DRIVE
WARRENDALE PA 15086

ESURANCE
PO BOX 2890
ROCKLIN CA 95677

FERNAND JOSEPH DELAROSBIL
C.O BISCEGLIA DUMANSKI LLP
ATTN: JOSEPH A. BISCEGLIA
2ND FLOOR, 747 QUEEN STREET
SAULT STE. MARIE, ON  P6A 2A8

DEVRIES, SHERYL
320 SUMMIT ST APT 212
SARANAC MI 48881-9526

DIANE SANDELL
305 S PRAIRIE AVE  APT C
POLO IL 61064-1952

DONNA SANTI
1744 BEDFORD SQUARE DR #202
ROCHESTER MI 48306-4468

EADY, JOHN
400 HILLCREST CT
IRVING TX 75062-6957

ELLEGAN, REBECCA
4200 FM 1960 RD W
APT 922
HOUSTON TX 77068-3437

ENGLAND, CHERYL
717 CLEVET SPRINGS RD
HAYDEN AL 35079-6848

ERIE INSURANCE CO
LOIS A BURTON
PO BOX 598
PARKERSBURG WV 26102

ERIK JAMES HARKE
N146 PINECREST BLVD
APPLETON WI 54915

FERGUSON, JAMES
24011 ZAHN ST
MAGNOLIA TX 77355-2342

FLANERY, PAUL
3575 JACOBS CORNER RD NE
ROCKFORD MI 49341-7512

FRANK, LEMOND
CHESSON, CHRISTIAN D
1 LAKESHORE DR STE 1800
LAKE CHARLES LA 70629-0123

FRAZIER LISA
6170 GLENMORE ST
PHILADELPHIA PA 19142

FRAZIER, GLENDA
140 JULIA CT
FAYETTEVILLE GA 30214-1275

GANDSEY CHEVELLE
14N686 FRENCH RD
HAMPSHIRE IL 60140-8283

GARRETT, RICKY
4723 HOWELL COVE RD
TALLADEGA AL 35160-5375

GARY & TIFFANY MILLER
GARY MILLER
41 CLEAR COVE DR
REEDS SPRING MO 65737

GEICO INSURANCE
ATTN: CLAIM # 0165656160101036
ONE GEICO CENTER
MACON GA 31296

GELINAS, HEATHER
GEICO INS
1 GEICO BLVD
FREDERICKSBURG VA 22412-9000

GMAC INSURANCE A/S/O ALISON BROWNLEE
GMAC INSURANCE
ATTN: BIRGIT ROBERTS/ CLAIM 8722983
PO BOX 4429
WINSTON-SALEM NC 27102

GMAC INSURANCE CO ONLINE A/S/O JERRY P JAMES
PO BOX 1429
ATTN: CLAIM # 8631368
WINSTON SALEM NC 27102

GOLDEN, SHERYLL
121 W 157TH PL
HARVEY IL 60426-4122

GOMEZ, TIA
865 O CALLAGHAN DRIVE
SPARKS NV 89434-3920

GONZALES MARY LOU
GONZALES, MARY LOU
287 W 13TH ST
HOLLAND MI 49423-3406

GONZALEZ, CLARA
135 E 90TH ST
LOS ANGELES CA 90003-3607

GRANT, MARIE
8739 W MILL RD APT 1
MILWAUKEE WI 53225-1858

GREGORY BRAUNLICH
316 WEST FRONT ST
MONROE MI 48161

GRINAGE KITA
GRINAGE KITA
3786 UPPARK DR
ATLANTA GA 30349-8748