UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                              :    Chapter 11
                                                   :
**MOTORS LIQUIDATION COMPANY,** *et al.,*          :    Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al*.,          :
                                                   :
                Debtors.                           :    (Jointly Administered)
                                                   :
-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Radha S. Rai, being duly sworn, depose and state:

1.     I am a Senior Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.     On August 12, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' Twenty-Ninth Omnibus Objection to Claims (Incorrectly Classified Claims) [Docket No. 6629].

Dated: August 13, 2010                    /s/ Radha S. Rai
       Melville, New York                 Radha S. Rai

Sworn to before me this 13th day of August, 2010

/s/ Jodi Pujols
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT A

| | |
|---|---|
| 1ST AUTO & CASUALTY INS<br>2810 CITY VIEW DR<br>MADISON WI 53718 | 295 PARK AVENUE CORP.<br>C/O JAN ALAN BRODY ESQ<br>CARELLA BYRNE BALN GILFILLAN ET AL<br>5 BECKER FARM ROAD<br>ROSELAND NJ 07068 |
| ABEBE AFEWERKI<br>ABEBE, AFEWERKI<br>JAMES BOLAN<br>O'KOON, HUNTERMEISTER, 101 W. OHIO STE. STE 100<br>INDIANAPOLIS IN 46204 | ALEJANDRO, JUAN<br>PO BOX 89<br>COMERIO PR 00782-0089 |
| ALI, SALEH<br>7035 N 98TH ST APT 1B<br>CHICAGO RIDGE IL 60415-1299 | ALISHA HOOKS<br>3510 S RHODES #1806<br>CHICAGO IL 60653 |
| ALLEN, ALETIA<br>5330 HONEYVINE DR<br>HOUSTON TX 77048 | ALLEN, VERNELL<br>196 DOCTOR LN<br>VARNILLE SC 29944-3997 |
| ARTHUR P JESCHON & IRENE S JESCHON<br>35 LEAH CT<br>HAMMONTON NJ 08037 | ATKINS, SHARDE<br>16121 STOCKBRIDGE AVE<br>CLEVELAND OH 44128-2013 |
| AVERY KAHLA<br>AVERY, KAHLA<br>1525 N EAST ST APT B8<br>HASTINGS MI 49058-7418 | BARBARA ALLEN<br>7112 SOUTH 228TH EAST AVE<br>BROKEN ARROW OK 74014 |
| BARLOW, RICHARD M<br>7820 S STILLHOUSE RD<br>OAK GROVE MO 64075-8260 | BARTON RONALD<br>BARTON, RONALD<br>8524 FAIRFAX DR<br>CHALMETTE LA 70043-1118 |
| BASHUR DEBBIE<br>BASHUR, DEBBIE<br>12748 DAILY DRIVE<br>STERLING HEIGHTS MI 48313-3314 | BELL, RICKEY<br>3617 RUSSELLVILLE RD<br>FRANKLIN KY 42134-7560 |
| BENTLEY, TONYA<br>13402 SADDLEBROOK TRL<br>AUSTIN TX 78729-3750 | BESHELER, JACOB<br>4545 HAROLD CT<br>LINCOLN NE 68514-9734 |
| BISCEGLIA DUMANSKI LLP<br>ATTN: JOSEPH A. BISCEGLIA<br>2ND FLOOR, 747 QUEEN STREET EAST<br>SAULT STE MARIE, ONTARIO  P6A 2A8 | BLOOM ROBIN<br>BLOOM, ROBIN<br>PO BOX 2258<br>CLEARLAKE CA 95422-2258 |

| | |
|---|---|
| BLUM, WILLIAM<br>12840 AUTUMN RD<br>TELL CITY IN 47586-8964 | BOST, ROBERT<br>365 KINGS TER<br>SALISBURY NC 28146-8547 |
| BRANHAM, JONATHAN<br>CLAIM #71-724760169<br>4458 W POPLAR RIDGE RD NW<br>MALTA OH 43758-9127 | BRENDA DIGIANDOMENICO<br>5211 LEWISETTA ROAD<br>LOTTSBURG VA 22511 |
| BROCK, STEPHANIE<br>BROCK, STEPHANIE<br>C/O MARTIN LAW OFFICES PSC<br>PO BOX 790<br>SALYERSVILLE KY 41465-0790 | BROWN, ROGER<br>8737 VETERANS HWY<br>MILLERSVILLE MD 21108-2046 |
| BUCHANAN PAUL<br>1129 HUGHES AVE<br>FLINT MI 48503-3205 | BUCKLEY, ROBERT<br>17 DUNLAP ST<br>SALEM MA 01970-2363 |
| BUMPASS, CHRESSONDA<br>511B KINGSBURY ST<br>OXFORD NC 27565-3424 | BUONO, AILENE<br>2165 BROOKSIDE AVE<br>YORKTOWN HTS NY 10598-4124 |
| CALIXTO, MICHAEL<br>4445 AUGUSTINE RD<br>SPRING HILL FL 34608-3208 | CALLAHAN, HILDA F<br>2 CARMEN AVE<br>HAMILTON OH 45013-1612 |
| CAMARA NATOSHA<br>CAMARA, NATOSHA<br>4007 CARPENTER ROAD<br>YPSILANTI MI 48197-9644 | CAMPBELL, RONNEICE<br>3100 W POLK ST<br>CHICAGO IL 60612-3909 |
| CARRASQUILLO, LARISSA<br>PO BOX 693<br>MANOMET MA 02345-0693 | CARRASQUILLO, LARISSA<br>C/O LESTER M GOLD<br>738 MAIN STREET<br>HINGHAM MA 02043 |
| CARTER, TERRY<br>804 FOREST ST<br>LISBON ND 58054-4237 | CARY, GRADY<br>230 SCHOOL HOUSE RD<br>YUMA TN 38390-4518 |
| CASTRO, ANNA<br>3015 BRIGHT ST<br>FORT WORTH TX 76105-4807 | CHECKON, MICHAEL<br>5 GEORGE STREET<br>PUTNAM CT 06260-2105 |

CLARK, IAN
13516 54TH DR NE
MARYSVILLE WA 98271-7751

CLASS MEMBERS USDC ED CA 2:07-CV-02142
ATTN MARK L BROWN
LAKINCHAPMAN LLC
300 EVANS AVE PO BOX 229
WOOD RIVER IL 62095

COBB, EUGENIA
227 W 58TH ST
LOS ANGELES CA 90037-4121

COLEMAN MELINDA
142 DAVID DR APT D9
ELYRIA OH 44035-2882

COLLINS, ALBERT
15763 HAT AVE
SPARTA WI 54656-8133

COMMERCE INSURANCE
11 GORE ROAD
WEBSTER MA 01570

CORKER, WILLIAM
704 S SKAGIT ST
BURLINGTON WA 98233-2419

COUNTRY MUTUAL INSURANCE COMPANY AS SUBROGEE OF LESTER FORD
C/O LAW OFFICES OF MICHAEL A POWELL, LLC
207 W JEFFERSON ST, STE 602
BLOOMINGTON IL 61701

COUNTRY MUTUAL INSURANCE COMPANY GSO RICHARD SIMMONS
C/O SCHNACK LAW OFFICES
510 VERMONT ST
QUINCY IL 62301-2902

COUNTRY PREFERRED INSURANCE COMPANY AS SUBROGEE OF KENDALL SMITH
C/O LAW OFFICES OF MICHAEL A POWELL, LLC
207 W JEFFERSON ST, STE 602
BLOOMINGTON IL 61701

CROCKER, DORIS
PO BOX 302
KOOSKIA ID 83539-0302

CURRY, MICHAEL
C/O DEBRA CURRY
994 HARTFORD AVE
AKRON OH 44320-2740

DANIELLY, JOHNNY
2027 POPE RD
ROBERTA GA 31078-6541

DAVIS, ROGER
DAVIS, TARA
6431 WESTFALL RD SW
LANCASTER OH 43130-9218

DEARDURFF, JEFF
6876 ROAD 163 W
LIBERTY OH 43357

DEBOLT, MAXINE
HC60 BOX 307
NEW MARTINSVILLE WV 26155

DECKER, DALE
6744 ESTES AVE NW
MAPLE LAKE MN 55358-2807

DEMASSI CADILLAC CO INC
C/O JAN ALAN BRODY ESQ
CARELLA BYRNE BAIN GILFILLAN ET AL
5 BECKER FARM ROAD
ROSELAND NJ 07068

DEMASSI ENTERPRISES
C/O JAN ALAN BRODY ESQ
CARELLA BYRNE BAIN GILFILLAN ET AL
5 BECKER FARM ROAD
ROSELAND NJ 07068

DEROOS, WILLIAM STEVEN
127 N M-37
HASTINGS MI 49058-9740

| | |
|---|---|
| DEVON MAESTRI<br>CLAIM #APV000778825<br>GRANGE INSURANCE<br>PO BOX 1218<br>COLUMBUS OH 43216 | DEVRIES, SHERYL<br>320 SUMMIT ST APT 212<br>SARANAC MI 48881-9526 |
| DIANA WHITE<br>158 SPRINGS EAST ROAD<br>LINCOLNTON NC 28092 | DIANE SANDELL<br>305 S PRAIRIE AVE  APT C<br>POLO IL 61064-1952 |
| DIANNA GOODEN CUSS<br>RT 6 BOX 61<br>FAIRMONT WV 26554 | DONNA SANTI<br>1744 BEDFORD SQUARE DR #202<br>ROCHESTER MI 48306-4468 |
| DORI DWIGHT<br>9277 FLOYD PIKE<br>DUGSPUR VA 24325 | EADY, JOHN<br>400 HILLCREST CT<br>IRVING TX 75062-6957 |
| ELITE COUNTERTOPS LLC<br>CHESSON, CHRISTIAN D<br>1 LAKESHORE DR STE 1800<br>LAKE CHARLES LA 70629-0123 | ELLEGAN, REBECCA<br>4200 FM 1960 RD W<br>APT 922<br>HOUSTON TX 77068-3437 |
| ELLERBE, EDNA & ELLERBE, CRAWFORD<br>332 MOSES DR<br>DARLINGTON SC 29532 | ENGLAND, CHERYL<br>717 CLEVET SPRINGS RD<br>HAYDEN AL 35079-6848 |
| ERIC A KHARIBIAN<br>1118 ST BENEDICT DR<br>CAHOKIA IL 62206 | ERIE INSURANCE CO<br>LOIS A BURTON<br>PO BOX 598<br>PARKERSBURG WV 26102 |
| ERIE INSURANCE GROUP<br>301 COMMONWEALTH DRIVE<br>WARRENDALE PA 15086 | ERIK JAMES HARKE<br>N146 PINECREST BLVD<br>APPLETON WI 54915 |
| ESURANCE<br>PO BOX 2890<br>ROCKLIN CA 95677 | FERGUSON, JAMES<br>24011 ZAHN ST<br>MAGNOLIA TX 77355-2342 |
| FERNAND JOSEPH DELAROSBIL<br>C.O BISCEGLIA DUMANSKI LLP<br>ATTN: JOSEPH A. BISCEGLIA<br>2ND FLOOR, 747 QUEEN STREET<br>SAULT STE. MARIE, ON  P6A 2A8 | FLANERY, PAUL<br>3575 JACOBS CORNER RD NE<br>ROCKFORD MI 49341-7512 |

FRANK, LEMOND
CHESSON, CHRISTIAN D
1 LAKESHORE DR STE 1800
LAKE CHARLES LA 70629-0123

FRAZIER LISA
6170 GLENMORE ST
PHILADELPHIA PA 19142

FRAZIER, GLENDA
140 JULIA CT
FAYETTEVILLE GA 30214-1275

GANDSEY CHEVELLE
14N686 FRENCH RD
HAMPSHIRE IL 60140-8283

GARRETT, RICKY
4723 HOWELL COVE RD
TALLADEGA AL 35160-5375

GARY & TIFFANY MILLER
GARY MILLER
41 CLEAR COVE DR
REEDS SPRING MO 65737

GEICO INSURANCE
ATTN: CLAIM # 0165656160101036
ONE GEICO CENTER
MACON GA 31296

GELINAS, HEATHER
GEICO INS
1 GEICO BLVD
FREDERICKSBURG VA 22412-9000

GMAC INSURANCE A/S/O ALISON BROWNLEE
GMAC INSURANCE
ATTN: BIRGIT ROBERTS/ CLAIM 8722983
PO BOX 4429
WINSTON-SALEM NC 27102

GMAC INSURANCE CO ONLINE A/S/O JERRY P JAMES
PO BOX 1429
ATTN: CLAIM # 8631368
WINSTON SALEM NC 27102

GOLDEN, SHERYLL
121 W 157TH PL
HARVEY IL 60426-4122

GOMEZ, TIA
865 O CALLAGHAN DRIVE
SPARKS NV 89434-3920

GONZALES MARY LOU
GONZALES, MARY LOU
287 W 13TH ST
HOLLAND MI 49423-3406

GONZALEZ, CLARA
135 E 90TH ST
LOS ANGELES CA 90003-3707

GRANT, MARIE
8739 W MILL RD APT 1
MILWAUKEE WI 53225-1858

GREGORY BRAUNLICH
316 WEST FRONT ST
MONROE MI 48161

GRINAGE KITA
GRINAGE KITA
3786 UPPARK DR
ATLANTA GA 30349-8748