**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al*., | : |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF SUFFOLK     )

I, Radha S. Rai, being duly sworn, depose and state:

1. I am a Senior Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On August 12, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' Thirty-Fifth Omnibus Objection to Claims (Claims with Insufficient Documentation) [Docket No. 6635].

Dated:  August 13, 2010            /s/ Radha S. Rai
        Melville, New York         Radha S. Rai

Sworn to before me this 13th day of August, 2010

/s/ Jodi Pujols
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT A

| | |
|---|---|
| ADAMS, ELMIRA<br>11804 S LOOMIS ST<br>CHICAGO IL 60643-5041 | AGNES SALAWAY REV.LIVING TRUST<br>AGNES SALAWAY TTEE<br>U/A/D 7/11/2000<br>9287 VISTA DEL LAGO<br>#13F<br>BOCA RATON FL 33428-3170 |
| ALAN D. CHAMBERLIN<br>TOD ACCOUNT<br>72 RUSTIC LEAF DR #7B<br>CAMDENTON MO 65020-6000 | ALBERT WINKEL<br>ROISDORFERSTR 4<br>50969 KOLN GERMANY |
| AMERSON, MARTHA<br>21314 PEMBROKE AVE<br>DETROIT MI 48219-1337 | ARLENE ELLANT<br>30 AMHURT RD<br>GREAT NECK NY 11021 |
| ARLINE DITCH<br>2100 18TH ST<br>MENOMINEE MI 49858 | ARMENTOR ERIC<br>ARMENTOR, ERIC<br>ONE LAKESHORE DRIVE SUITE 1800<br>LAKE CHARLES LA 70629-0123 |
| ASCENCIO, MARION<br>3401 DALE AVE<br>C/O FRANCES ASCENCIO<br>FLINT MI 48506-4709 | AYERS, EDITH<br>PO BOX 455<br>BUCHANAN VA 24066-0455 |
| BAY, ROGER D<br>4911 EMERY AVE<br>KANSAS CITY MO 64136-1148 | BERGLUND, JODI<br>2848 VILAS LN<br>EAGAN MN 55121-1321 |
| BORELLI, JOYCE A<br>4715 167TH ST<br>FLUSHING NY 11358-3713 | BOUDREAUX CRAIG<br>BOUDREAUX, CRAIG<br>ONE LAKESHORE DRIVE SUITE 1800<br>LAKE CHARLES LA 70629-0123 |
| BRUCHHAUS DANE<br>ARCENEAUX, MARGARET<br>ONE LAKESHORE DRIVE SUITE 1800<br>LAKE CHARLES LA 70629-0123 | BURNS, ELEANORE T<br>237 MAIN ST STE 1015<br>C/O WILLIAM BERRY<br>BUFFALO NY 14203-2717 |
| BUTLER SR, LINDSEY R<br>PO BOX 1060<br>SUN LA 70463-1060 | CANTY SHAWN<br>CANTY, SHAWN<br>ONE LAKESHORE DRIVE SUITE 1800<br>LAKE CHARLES LA 70629-0123 |
| CARL MILLER<br>1091 BUCKSKIN TRL<br>XENIA OH 45385-4115 | CHAVEZ, ALFREDO<br>13208 DUFFIELD AVE<br>LA MIRADA CA 90638-1710 |

| | |
|---|---|
| CHRISTA LECKEL<br>KONRAD ADENAUERSTR 36<br>D 69221 DOSSENHEIM | COREY H MARCO |
| DAVID E MORRIS<br>2804 PEDIGO PL<br>THOMPSONS STN TN 37179-9268 | DAVID MORRIS<br>2804 PEDIGO PL<br>THOMPSONS STN TN 37179-9268 |
| DILL, GEORGIA A<br>1614 N FRANKLIN AVE<br>FLINT MI 48506-3751 | DOLKOWSKI, JOSEPH H<br>4409 WING VIEW LANE<br>DAYTON OH 45429-3101 |
| DOLKOWSKI, JOSEPH H<br>C/O MARIA J LAWRENCE (POA)<br>4409 WING VIEW LN<br>KETTERING OH 45429 | DOLKOWSKI, MARJORIE<br>4409 WING VIEW LANE<br>DAYTON OH 45429-3101 |
| DOLKOWSKI, MARJORIE<br>MARCIA J LAWRENCE (POA)<br>4409 WINGVIEW LN<br>KETTERING OH 45429 | DONALD E DUKE<br>SHIRLEY SUE DUKE<br>2817 REEVESTON RD<br>RICHMOND IN 47374 |
| DOROTHY M. BREWER<br>1435 SANTA SUSANA<br>HEMET CA 92543-6851 | EDWIN J BAILEY JR<br>133 GWYN LYNN DR<br>WARMINSTER PA 18974 |
| ELIZABETH BAINE<br>1634 ASHLEY PL<br>VANDALIA OH 45377-8711 | ELOISE JULIUS<br>3300 DARBY RD APT 3211<br>HAVERFORD PA 19041-1070 |
| EUGENIA M BARFIELD<br>4924 BLUFFTON PKWY UNIT 21-306<br>BLUFFTON SC 29910-4683 | GABRIEL W WITT<br>PATRICIA J WITT<br>3954 AGATE ST<br>RIVERSIDE CA 92509-2868 |
| GEORGE ZAWACKI<br>263 CUMMINGS AVE SW<br>WALKER MI 49534-5718 | GEORGIA DILL<br>1614 N FRANKLIN AVE<br>FLINT MI 48506-3751 |
| GERALD E KRONK &<br>KAREN L KRONK TEN ENT<br>8975 MERTZTOWN ROAD<br>MERTZTOWN PA 19539-9406 | GERALD TAYLOR<br>3541 SAWMILL RD<br>GLENNIE MI 48737-9754 |

GOODWIN, THELMA L
1259 S ANNABELLE ST
DETROIT MI 48217-1246

HARRY W KERN
BETTY KERN
3212 NEWELL ST
SAN DIEGO CA 92106-1918

HOSKINS, JOYCE
308 STATE RD N
MACKS CREEK MO 65786-7125

HOVE, CURTIS J
PO BOX 1102
WINDER GA 30680-1102

IRENE C BUSKEY & JAMES F BUSKEY
JT TEN
4 ROOSEVELT CITY RD
WHITING NJ 08759-1131

JACK & DONNA DOBBS
8317 39TH AVE N
MINNEAPOLIS MN 55427

JACKSON, EVELYN
841 LANDSDOWNE AVE NW
WARREN OH 44485-2227

JAMES ALBERT BENTON
1130 PITZER LN
WINSTON SALEM NC 27106-4856

JANE K SELON
239A FRANKLIN AVE
BROOKVILLE IN 47012

JANENE LAPRATT-SKIBA
580 MONA RD
CARO MI 48723-9036

JEANNE SUTOW
222 N NEWARK AVE
VENTNOR CITY NJ 08406

JEFF D CLARK AND LISA JEANNE CLARK
3231 ATARI COURT
SAN DIEGO CA 92117

JOE M AND MARILYN LEE
3913 OAK CREEK DR
NACOGDOCHES TX 75965

JOHN MAHONEY AND NANCY MAHONEY
C/O HARRIS POWERS AND CUNNINGHAM
PO BOX 13568
PHOENIX AZ 85002-3568

JOHN MAHONEY AND NANCY MAHONEY
4647 N 32ND ST #230
PHOENIX AZ 85018

JONES, HAROLD
237 MAIN ST STE 1015
C/O LEGAL SERVICES FOR THE ELDERLY
BUFFALO NY 14203-2717

JOSE EVERARDO VILLALOBOS
QUINTERO & MARIA DEL SOCORRO
VARGAS DE VILLALOBOS
CTO MISIONEROS #21 CD SATELITE
NAUCALPAN EDO DE MEXICO 53100,MEXICO

JUAN B HERNANDEZ
17660 HERCULES ST
HESPERIA CA 92345

KAREN MILLER
1091 BUCKSKIN TRL
XENIA OH 45385-4115

KENT Q AND DOROTHY L KREH
260 CARLYLE LAKE DR
SAINT LOUIS MO 63141-7544

| | |
|---|---|
| KOEHLER, VIRGINIA J<br>8480 CRAIG ST APT 123<br>INDIANAPOLIS IN 46250-4561 | LAPRATT-SKIBA, JANENE ANNE<br>580 MONA RD<br>CARO MI 48723-9036 |
| LAWRENCE A RANKIN & TRUDY C RANKIN<br>LAWRENCE A RANKIN &<br>TRUDY C RANKIN JT TEN<br>2659 HANDLEY BOULEVARD<br>LAKELAND FL 33803-3321 | LEACH, DARRAL T<br>1808 GLOUCESTER PL<br>CLINTON MS 39056-3909 |
| LOTHAR WISSEL<br>JOCUGRIMERSTR 107<br>D 76764 RHEINZABERN | MASONIC LOW 12 CLUB OF<br>POLK COUNTY<br>P O BOX 8819<br>LAKELAND FL 33806-8819 |
| MEEKER, ERNEST E<br>203 FOXWORTH LN<br>SIMPSONVILLE SC 29680-6722 | MRS MARTHA B WILLS<br>1110 BLACKSHEAR RD<br>CORDELE GA 31015-3695 |
| NANCY BALDWIN<br>1099 S OCEAN BLVD<br>#106<br>BOCA RATON FL 33432 | NATALIE BURKHARDT<br>106 WHITEHALL ST<br>STATEN ISLAND NY 10306 |
| ORLAND SMITH<br>MARGARET G DAWSON-SMITH<br>25359 POTOMAC DR<br>SOUTH LYON MI 48178-1083 | PATRICIA J WITT<br>3954 AGATE<br>RIVERSIDE CA 92509-2868 |
| PATRICIA MC CUNE<br>4480 CLAGUE RD<br>NORTH OLMSTED OH 44070-2318 | PATRICK I FLETCHER<br>270 WILSON ST<br>STRUTHERS OH 44471-1645 |
| PROGRESSIVE INSURANCE COMPANIES<br>7201 CREEDMOOR RD STE 150<br>RALEIGH NC 27613 | RAMESH R GOSWAMI<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>6310 N POINT WAY<br>SACRAMENTO CA 95831-1067 |
| REGINA TOEDTMANN<br>KONSTANTINSTR 18 A<br>D 53179 BONN GERMANY | RICKEY CLARK<br>1961 JOY ST<br>SAGINAW MI 48601-6871 |
| RITA BURCH<br>237 MAIN ST STE 1015<br>LEGAL SERVICES FOR THE ELDERLY<br>BUFFALO NY 14203-2717 | ROBERT K HOFER AND JOYCE S HOFER<br>14060 CANE MILL ROAD<br>BROOKVILLE IN 47012 |

ROJEK, LOIS
1121 MARCIA DR
NORTH TONAWANDA NY 14120-2811

ROMEALIA D MOORE
651 MILLER ST. SW
WARREN OH 44485-4149

ROMEALIA MOORE
651 MILLER ST SW
WARREN OH 44485-4149

RONALD JOHNSON
13611 LITTLE COVE RD
MERCERSBURG PA 17236-9422

RONALD STOCKER
6435 JOHNSON RD
FLUSHING MI 48433-1137

SAFECO INSURANCE COMPANY
CLAIM # 6553 5557 3020
PO BOX 461
ST LOUIS MO 63166

SPEARS, KATHLEEN D
26280 PRINCETON ST
INKSTER MI 48141-2493

STEPHANIE CIARAMITARO
30588 LYNN CT
CHESTERFIELD TWP MI 48051-1256

SWEENEY RHONDA
1540 COAL BANK ROAD
SHARON GROVE KY 42280-9437

TABACHNICK, EMANUEL
STE 1015
237 MAIN STREET
BUFFALO NY 14203-2717

TAYLOR, JUDY KAY
4525 CURDY RD
HOWELL MI 48855-6786

THELMA GOODWIN
1259 S ANNABELLE ST
DETROIT MI 48217-1246

THOMAS E KINDRED
WELLS FARGO ADVISORS LLC
JEFF TUCKER
2001 SW 17TH STREET
OCALA FL 34474

THRONSON, ROBERT H
7741 CEDAR RIDGE CT
FRANKLIN WI 53132-9570

V. KATHLEEN MCLAUGHLIN IRA
FCC AS CUSTODIAN
22591 LANGE
ST CLAIR SHS MI 48080-2872

VICTOR KORYCKI
CHRISTINE K KORYCKI
7405 IRONGATE RD
CANTON MI 48187-2112

WALKER, EARLENE
9321 EMILY LN
MIDWEST CITY OK 73130-4330

WILLIAM P WALL
3060 DOYLESVILLE RD
RICHMOND KY 40475-9250

ZELDA MESHBERG
C/O LOIS GANSHEROFF
605 MANAYUNK RD
BALA CYNWYD PA 19004