UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al*., | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Kimberly Gargan, being duly sworn, depose and state:

1.  I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.  On August 12, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' Twenty-Eighth Omnibus Objection to Claims (Incorrectly Classified Claims) [Docket No. 6628].

Dated: August 16, 2010                    /s/ Kimberly Gargan_____
       Melville, New York                 Kimberly Gargan

Sworn to before me this 16th day of August, 2010

/s/ Eamon Mason_____
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Qualified in Manhattan County
Commission Expires:  May 19, 2012

# EXHIBIT A

| | |
|---|---|
| ACUMENT GLOBAL TECHNOLOGIES INC<br>ATTN: JOHN R CLARK<br>840 W LONG LAKE RD STE 450<br>TROY MI 48098 | CITY OF TORRANCE<br>3031 TORRANCE BLVD<br>TORRANCE CA 90503-5015 |
| CLARK AUTOMOTIVE GROUP, INC<br>ALLAN C CLARK<br>744907 KIWI ST<br>KAILUA KONA HI 96740-9670 | COMPUTER ASSOCIATES INTERNATIONAL, INC.<br>PLATINUM TECHNOLOGY INTERNATIONAL, INC.<br>ATTN ROBERT AUSTEN<br>1 CA PLZ<br>ISLANDIA NY 11749-7000 |
| CONSTRUCTION USERS ROUNDTABLE<br>4100 EXECUTIVE PARK DR STE 210<br>CINCINNATI OH 45241-4023 | MULLINS MOTORS INC<br>C/O CARL MEARES<br>PO BOX 187<br>FAIR BLUFF NC 28439 |
| NEW MOTOR VEHICLE BOARD<br>WILLIAM G BRENNAN, EXECUTIVE DIRECTOR<br>1507 - 21ST ST, SUITE 330<br>SACRAMENTO CA 95811 | RECO LLC<br>RECO<br>1008 SEABROOK WAY<br>CINCINNATI OH 45245 |
| TAMMY WHITE<br>14870 E SHASTA ST<br>CLAREMORE OK 74017 | TAYLOR, HERB<br>574 MOSS LANDING DR<br>ANTIOCH TN 37013-5212 |
| THE TRAVELERS INDEMNITY COMPANY AND AFFILIATES<br>MICHAEL P POMPEO<br>DRINKER BIDDLE & REATH LLP<br>500 CAMPUS DRIVE<br>FLORHAM PARK NJ 07932 | THE TRAVELERS INDEMNITY COMPANY AND AFFILIATES<br>MICHAEL DEMETRE<br>THE TRAVELERS COMPANIES<br>ONE TOWER SQ MS 07<br>HARTFORD CT 06183 |
| THE TRAVELERS INDEMNITY COMPANY AND AFFILIATES<br>MICHAEL P POMPEO<br>DRINKER BIDDLE & REATH LLP<br>500 CAMPUS DRIVE<br>FLORHAM PARK NJ 07932 | THE TRAVELERS INDEMNITY COMPANY AND AFFILIATES<br>MICHAEL DEMETRE<br>THE TRAVELERS COMPANIES<br>ONE TOWER SQ MS 07<br>HARTFORD CT 06183 |
| THE TRAVELERS INDEMNITY COMPANY AND AFFILIATES<br>MICHAEL P POMPEO<br>DRINKER BIDDLE & REATH LLP<br>500 CAMPUS DRIVE<br>FLORHAM PARK NJ 07932 | THE TRAVELERS INDEMNITY COMPANY AND AFFILIATES<br>MICHAEL DEMETRE<br>THE TRAVELERS COMPANIES<br>ONE TOWER SQ MS 07<br>HARTFORD CT 06183 |
| THE TRAVELERS INDEMNITY COMPANY AND AFFILIATES<br>MICHAEL P POMPEO<br>DRINKER BIDDLE & REATH LLP<br>500 CAMPUS DRIVE<br>FLORHAM PARK NJ 07932 | THE TRAVELERS INDEMNITY COMPANY AND AFFILIATES<br>MICHAEL DEMETRE<br>THE TRAVELERS COMPANIES<br>ONE TOWER SQ MS 07<br>HARTFORD CT 06183 |
| TILLER, LARRY<br>PO BOX 2824<br>SHOW LOW AZ 85902-2824 | TUCKER, ERIC<br>25 PALATINE APT 126<br>IRVINE CA 92612-7612 |

| | |
|---|---|
| TURNER BROADCASTING SYSTEM INC AND/OR AND RELEVANT SUBSIDIARIES<br>C/O TIFFANY STRELOW COBB<br>VORYS, SATER, SEYMOUR AND PEASE LLP<br>52 EAST GAY STREET<br>COLUMBUS OH 43215 | UWC STRATEGIC SERVICES<br>ON UNEMPLOYMENT & WORK COMP<br>910 17TH ST NW STE 315<br>WASHINGTON DC 20006-2604 |
| VASQUEZ, JESUS<br>6828 26TH ST<br>BERWYN IL 60402-2517 | VILA, DIANA<br>C/O RODIER & RODIER<br>400 N FEDERAL HWY<br>HALLANDALE BEACH FL 33009-3437 |
| WACHAL, WILLIAM<br>12 CAMINO BOTERO<br>SAN CLEMENTE CA 92673-6873 | WARREN, TORAN<br>9501 BEAR PAW TRL APT B<br>DEL VALLE TX 78617-2468 |
| WASHINGTON, LEE IRA<br>6111 S WEATHERBY DR<br>SHREVEPORT LA 71129-3922 | WATKINS, BRITNEY<br>3844 BLAINE AVE<br>SAINT LOUIS MO 63110-2608 |
| WEHMEIER, LORETTA<br>1707 WILLOW MILL DR<br>MISSOURI CITY TX 77489-2118 | WILLIAMS, NATHANIEL<br>5403 VOLUNTEER DRIVE<br>COLUMBIA MO 65201-2836 |
| WINKELS, MEL<br>8854 MT HIGHWAY 200<br>WOLF CREEK MT 59648-8647 | WRIGHT, STEPHANIE<br>257 ALAMEDA ST<br>ROCHESTER NY 14613-1422 |
| WYKEISHA BARBER<br>49080 DENTON RD APT #34<br>BELLEVILLE MI 48111 | YOUNG, SHANNON<br>8115 LYONS AVE APT A<br>PHILADELPHIA PA 19153-1626 |