UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al*., | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Kimberly Gargan, being duly sworn, depose and state:

1.  I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.  On August 12, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

    - Order Granting Debtors' Thirtieth Omnibus Objection to Claims (Incorrectly Classified Claims) [Docket No. 6630].

| | |
|---|---|
| Dated: August 16, 2010 | /s/ Kimberly Gargan_____ |
| Melville, New York | Kimberly Gargan |

Sworn to before me this 16th day of August, 2010

/s/ Eamon Mason_____
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Qualified in Manhattan County
Commission Expires:  May 19, 2012

# EXHIBIT A

| | |
|---|---|
| GUNTHER AND RITA SCHAD<br>MAINBLICK 16<br>UNTERTHERES GERMANY 97531 | GUNTHER AND RITA SCHAD<br>MAINBLICK 16<br>UNTERTHERES GERMANY 97531 |
| GWENDOLYN MILLER<br>5713 HILLARY ST.<br>TROTWOOD OH 45426 | HAROLD ELKINS JR<br>5425 BIRCHWOOD WAY<br>LANSING MI 48917-1305 |
| HARRIS ELLA<br>HARRIS, ELLA<br>215 LAKELAND DRIVE<br>BRANDON MS 39042-2909 | HARTFORD INSURANCE<br>ATTN: KEVIN GOMES<br>ACCT: SBB088639<br>PO BOX 958457<br>LAKE MARY FL 32795 |
| HASTINGS, TERRANCE<br>PO BOX 93<br>ANAWALT WV 24808-0093 | HAWES, CLEOPHIS<br>621 KOOGLER ST APT 7<br>FAIRBORN OH 45324-4950 |
| HICKS NICOLE<br>HICKS, NICOLE<br>22 WOODLAND ST 1ST FL<br>NEW BRITAIN CT 06051-2331 | HINKEL, ROBERTA<br>12937 81ST ST NE<br>EDINBURG ND 58227-9631 |
| HOLDEN, DARRELL<br>3010 11TH AVE S APT 5C<br>GREAT FALLS MT 59405-5328 | HOOVER, DOROTHY<br>HOOVER, MICHAEL L. & CHASE HOOVER<br>3580 8TH AVE NE<br>NAPLES FL 34120-4963 |
| HOPE PLISKOW<br>148 E. ELMWOOD AVENUE<br>APT. 104<br>CLAWSON MI 48107-1636 | HURST, TYRON<br>14 WARSEN AVE<br>ST LOUIS MO 63385-4811 |
| INTEGON NATIONAL INSURANCE A/S/O TERRY GREENE<br>ATTN: CLAIM # 8733775<br>PO BOX 1429<br>WINSTON-SALEM NC 27102 | ISAAC OLIVA<br>2219 CEDAR,ST<br>SANTA ANA CA 92707 |
| J ROSS<br>1230 BUTLER RD<br>SAGINAW MI 48601-6308 | JECKLIN, DOREEN<br>1135 CENTER PL<br>DUBUQUE IA 52001-6123 |
| JEFFREY R FERGUSON<br>1304 CHANDLER<br>LINCOLN PARK MI 48146 | JIM CUMMINGS<br>106 GREYROCK DR<br>BOWLING GREEN KY 42101-7420 |

JOHN L REMSEN PERSONAL REPRESENTATIVE
JOHN L REMSEN PERSONAL REPRESENTATIVE
OF THE ESTATE OF ROBERT J DEMASSI
C/O JAN ALAN BRODY ESQ
CARELLA BYRNE ET AL 5 BECKER FARM RD
ROSELAND NJ 07068

JOHNSON, GLORIA
200 S LINDEN AVE APT 6A
RIALTO CA 92376-6211

JOLLY SHELEEN
JOLLY, SHELEEN
4181 JENNIFER LN
CLAREMONT NC 28610-9301

JONES, GRACE
4809 S KING DR
CHICAGO IL 60615-1311

JONES, RENEE
CHESSON, CHRISTIAN D
1 LAKESHORE DR STE 1800
LAKE CHARLES LA 70629-0123

JUDITH A WALKER
4231 KEKUANAOA LN
PRINCEVILLE HI 96722-5105

JUDY WALKER NALDA
C/O JUDY WALKER NALDA FAMILY TR
4231 KEKUANAOA LN
PRINCEVILLE HI 96722-5105

JUEHRING, ANITA & DAVID
25492 DRY HOLLOW RD
FARLEY IA 52046-9602

JUNE ROSA CARPENTER
C/O ACKROYD LLP
ATTN:  DIANE YOUNG (GMAC)
1500 FIRST EDMONTON PL, 10665 JASPER AVE
EDMONTON ALBERTA T5J 3S9

KELLY CASTILLO
18660 TURTLE LANE
MEADOW VISTA CA 95722-9572

KENNEY, ANGELA
1401 SAPPHIRE ST
LONGVIEW TX 75602-3730

KEVIN J KUPER
505 E 9TH ST
DELL RAPIDS SD 57022

KEY AUTO SALES LLC
C/O LATITUDE SUBROGATION SERVICES
ATTN: CRAIG TOWBIN
1760 S TELEGRAPH RD STE 104
BLOOMFIELD HILLS MI 48302-0181

KIELY, DANIEL
103 THOMA AVE
MAYWOOD NJ 07607-1136

KILGORE, DWAINE
2231 ROUTE 75
KENOVA WV 25530-9742

KIMME, JUSTIN
N5147 WILLOW RD
PLYMOUTH WI 53073-4301

KING, AMANDA
2512 LINCOLN AVE
SAINT ALBANS WV 25177-3244

KIRTDOLL, JOSEPHINE
PO BOX 682
NILES MI 49120-0682

KOSOWSKI ROMAN
KOSOWSKI, ROMAN
CHILDRESS LAW OFFICE
5100 INDIAN SCHOOL RD. NE, SUITE 28
ALBUQUERQUE NM 87110-3932

KRIEG, JOSEPH
5055 STATE HIGHWAY 13
PORT WING WI 54865-4826

KRIEG, JOSEPH
5055 STATE HWY 13
PORT WING WI 54865

KYLES, ROCHELLE
5945 W CYPRESS ST
PHOENIX AZ 85035-3538

LAKINCHAPMAN LLC
ATTN MARK L BROWN
300 EVANS AVE PO 229
WOOD RIVER IL 62095

LAMBERT, SUSAN
62 STUYVESANT AVE
NEW HAVEN CT 06512-3619

LANGENBACK, PAUL
306 SPARROW DR
STAMFORD VT 05352-9668

LAWSON, RENESHA
839 WHISTLEWOOD DR
REYNOLDSBURG OH 43068-1553

LEON AND FRAN HOCHSTEDLER
1224 HYATTS RD
DELAWARE OH 43015

LEON AND FRAN HOCHSTEDLER
1224 HYATTS RD
DELAWARE OH 43015

LEWIS, BEVERLY
3533 HIGHLAND FARM COURT
DULUTH GA 30096

LIBERTY NORTHWEST INSURANCE
PO BOX 6057
INDIANAPOLIS IN 46206

LISA STUMP
713 SPRINGFIELD ROAD APT L
DANVILLE VA 24540-1828

LIVINGSTON, BRONTAYE
9400 OAKLAND AVE
KANSAS CITY MO 64138-4229

LONG, MICHAEL D
8507 IVY HILL DR
POLAND OH 44514-5209

LSS C/O SHARON WEAVER
PO BOX 7932
BLOOMFIELD HILLS MI 48302

LUEKINNA HODGES
2801 EUCLID AVE, APT 16
DES MOINES IA 50310

LYONS, DEJUANA
11 BRUSHWOOD CV
JACKSON TN 38305-8762

MARCHBANKS, MARY
1451 LAND RD
COLUMBUS MS 39705-0985

MARCIA VIDA
4206 WILMINGTON ROAD
S EUCLID OH 44122

MARGARET JAMES
299 SHADY GROVE RD
SCIENCE HILL KY 42553

MARINA KRAUT / OLGA LEZHEPEKOVA
6366 DELLWOOD DRIVE NE
FRIDLEY MN 55432

| | |
|---|---|
| MARK J CASTO<br>17 FRANZONE DR<br>BRADFORD MA 01835 | MARTIN, SYBLE<br>PO BOX 396<br>BOX 396<br>HONEA PATH SC 29654-0396 |
| MARVIN VANDERWALL<br>2827 BRIDGESIDE DR. SE<br>CALEDONIA MI 49316-8926 | MARY DIXON<br>507 BUXTON ROAD<br>TOMS RIVER NJ 08755 |
| MARY E RODRIGUEZ<br>54 E ROBINSON<br>FRESNO CA 93704 | MARY KENNEDY<br>4201 CYPRESS AVE<br>KANSAS CITY MO 64130-1535 |
| MATHERNE, DAVID<br>CHESSON, CHRISTIAN D<br>1 LAKESHORE DR STE 1800<br>LAKE CHARLES LA 70629-0123 | MCCLURE, CHUCK<br>2402 S MAIN ST<br>PRINCETON IL 61356-9182 |
| MCFADDEN, JOHN<br>3685 PEBBLE BEACH DR<br>ATLANTA GA 30349-3627 | MICHAEL KNIQZUK<br>44 ELIZABETH AVE<br>CRANFORD NJ 07016 |
| MINGS, DERRICK<br>520 CAMBERTREE WAY<br>NEWPORT NEWS VA 23608-1626 | MONTANO, MARIBELLE<br>PO BOX 79<br>BUFFALO TX 75831-0079 |
| MONTGOMERY, THERESA<br>5417 ASH AVE<br>RAYTOWN MO 64133-2813 | MOORE, TESSA<br>3200 PARKWOOD BLVD APT 1220<br>PLANO TX 75093-4791 |
| MOXEI, PATRICIA<br>3821 SW 27TH STREET<br>HOLLYWOOD FL 33403-1629 | MULDOON, BRENDA<br>C/O BRENDA MILLER<br>62 CONGRESS ST APT A<br>ST ALBANS VT 05478-1645 |
| MULLINS, WOODROW<br>1826 KY ROUTE 1498<br>BEVINSVILLE KY 41606-9055 | MURPHY, TARA<br>422 BULLITT RD<br>SIMPSONVILLE KY 40067-6642 |
| MYERS, DOROTHY<br>850 JOHNSON AVE<br>MIAMISBURG OH 45342-3021 | MYRICK, TOMMY<br>7120 S COLES AVE APT 1<br>CHICAGO IL 60649-2646 |

| | |
|---|---|
| NANCY M HUNT<br>1500 FOURNIER DR<br>ST LOUIS MO 63126 | NICHOLAS BECKER<br>220 S ALDER CREEK DR<br>ROMEOVILLE IL 60446 |
| NICHOLE BROWN<br>6551 ROAD 44<br>BAYARD NE 69334 | NIVER, THEODORE J<br>2096 TIMBER TRL<br>NATIONAL CITY MI 48748-9513 |
| NJM INSURANCE CO<br>NJM<br>301 SULLIVAN WAY<br>WEST TRENTON NJ 08628 | NORMA DANIELSON<br>216 LEGACY PARK DR. #2<br>CHARLOTTE MI 48813 |
| OLIVER, WAYNE<br>2450 WERBE LN APT 190<br>CARMICHAEL CA 95608-4951 | OLLER, CHERYL<br>705 E 4TH ST<br>PANA IL 62557-1661 |
| OLUREMI ADEYEYE<br>208 HICKORY TRL<br>RIVERDALE GA 30274-3326 | PASSMORE, LEBACCA<br>1924 HIGHWAY 356<br>BEE BRANCH AR 72013-9402 |
| PATRICIA BARTO<br>1524 MARYLAND AVE<br>SPRINGFIELD IL 62702 | PATRICIA CLINE<br>2343 OLD POLK CITY RD<br>LAKELAND FL 33809 |
| PAUL HAAS<br>2623 S 12TH ST<br>IRONTON OH 45638 | PAULINE DEMASSI<br>C/O JAN ALAN BRODY ESQ<br>CARELLA, BYRNE, BAIN, GILFILLIAN, ET AL.<br>5 BECKER FARM ROAD<br>ROSELAND NJ 07068 |
| PAVLOS, KAREN<br>278 LOWELL STREET APT 2<br>SOMERVILLE MA 02145 | PEREGRINA, BRIANA<br>3732 KINGSMILL WALK<br>VIRGINIA BEACH VA 23452-2827 |
| PERKINS, LINDA<br>325 WILLIS FLAT RD<br>GLENMORE LA 71433-6829 | PERRY F VICK<br>9717 STEPHEN DR<br>MINERVA OH 44657 |
| PERRY, EVELENE<br>2058 PIPELINE LN<br>SONTAG MS 39665-7038 | |