UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                   :    Chapter 11
                                                        :
MOTORS LIQUIDATION COMPANY, *et al.*,                   :    Case No. 09-50026 (REG)
        f/k/a General Motors Corp., *et al.*,           :
                                                        :
                Debtors.                                :    (Jointly Administered)
                                                        :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss
COUNTY OF SUFFOLK      )

I, Kimberly Gargan, being duly sworn, depose and state:

1.  I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.  On August 12, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' Thirty-First Omnibus Objection to Claims (Incorrectly Classified Claims) [Docket No. 6631].

Dated: August 16, 2010                    /s/ Kimberly Gargan
       Melville, New York                 Kimberly Gargan

Sworn to before me this 16th day of August, 2010

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Qualified in Manhattan County
Commission Expires: May 19, 2012

# EXHIBIT A

AIRWYKE, BELINDA
56 NORTH CRAWFORD
MILLERSBURG, OH 44654-1223

ALEX CARCAMO
118 E. ROBINSON ST.
JACKSON, MI 49203

BELL ANTHONY
BELL, ANTHONY
PO BOX 111
EASTON, TX 75641-0111

BELL, LAUREN
15633 WEST 11 W ELEVEN MILE ROAD APT 211
SOUTHFIELD, MI 48076

CARTER, CIERRA
4600 TIPSY CIR APT 4203
LOUISVILLE, KY 40216-3587

CURTIS PARRISH
6994 BROADWAY
1-A
MERRILLVILLE, IN 46410

CYNTHIA AND ERIC HINTON
7043 BROOKVIEW CRK
RIVERDALE, GA 30274-7201

CYNTHIA AND ERIC HINTON
CYNTHIA HINTON
826 COMMERCE BLVD
RIVERDALE, GA 30296

DANIEL, KEVIN EUGENE
2107 JAKE ALEX BLVD SOUTH
SALISBURY, NC 28146

DOEGE, SHARON
1004 EVANS ST
NEENAH, WI 54956-3919

DUNCAN, BENJAMIN
207 S 4TH ST
EASLEY, SC 29640-2925

DYER ANNIE
DYER, ANNIE
300 MILLER ST APT 225
MINDEN, LA 71055-3365

FARREL, THOMAS
1100 ZEBULON LN
SALISBURY, NC 28146-4529

FLOSI, JOE
14302 IL ROUTE 176
WOODSTOCK, IL 60098-7556

FOREMOST INSURANCE COMPANY
C/O UNITED SUBRO ASSOCIATES
19634 VENTURA BLVD SUITE 218
FILE #989529
TARZANA, CA 91356

FRED LOYA INSURANCE
CLAIM # 596-94647
8603 INGRAM RD
SAN ANTONIO, TX 78245

GALE L SLATES
5344 CORAL AVE
CAPE CORAL, FL 33904

GALES, TERRY
49 RUSHINGWATER DR
PORTAGE, IN 46368-4617

GAMBLE, ARNOLD
GEICO SBIK
1 GEICO BLVD
FREDERICKSBURG, VA 22412-0001

GREEN ANTONIO
8912 HILLVIEW
ST. LOUIS, MO 63136

GUY, RAYE
PO BOX 390
UNION, WV 24983-0390

HAIRSTON, MARLON
915A ROYAL DR
MARTINSVILLE, VA 24112-1630

HAMLET BILLIE
HAMLET, BILLIE
6017 WONDER DR
FORTH WORTH, TX 76133-3622

HARRIS, ELLA
215 LAKELAND DR
BRANDON, MS 39042-2909

HEARD, KENNETH
1434 KENILWORTH DR SW
ATLANTA, GA 30310-3944

HEFNER, JOSEPH
1908 W THOMAN ST
SPRINGFIELD, MO 65803-1968

HERNANDEZ, LAURI
206 FOLK ST
POTTERVILLE, MI 48876-9791

HOLLOWAY, JAMELL D
8257953
C/O INGENIX  ATTN: RICHARD RIKHUS
12125 TECHNOLOGY DR
EDEN PRAIRIE, MN 55344-7302

HOWE PATRICIA
3320 AIRPORT ROAD 19
NAMPA, ID 83687-9555

IDRISSOU, TRAORE & ELOMMI AGBETO
2004 63RD ST UNIT 8
WINDSOR HEIGHTS, IA 50324-5962

IRISH, DIANNE
34939 3RD AVE
LOT 65
LEESBURG, FL 34788-8514

JACKIE ADENIYI
9701 S. WINSTON
CHICAGO, IL 60643

JOHN ALLEN
6424 MAPLEBROOK LN
FLINT, MI 48507-4178

KRISTI BERRYHILL
268 W. 7800 N.
SMITHFIELD, UT 84335

LAMONT GIBSON
1044 HOMESTEAD RD
SOUTH EUCLID, OH 44121

MARK SWEDLOW
PO BOX 241
GLENDORA, CA 91740

MENILLA MAYRA
MENILLA, MAYRA
12049 LOWEMONT ST
NORWALK, CA 90650-6615

MICHAEL BUCKMAN
825 SOUTHWEST TULIP BOULEVARD
FORT ST. LUCY, FL 34953

MOORE, ASHLEY
1919 S NEBRASKA ST
MARION, IN 46953-3044

MORGAN, CHARLES
3212 HARVEY RD
BARTLESVILLE, OK 74006-6510

| | |
|---|---|
| MORGAN, CONNIE<br>1840 N ERIE ST APT 2<br>TOLEDO, OH 43611-2780 | NISM 2008 NO PHYSICAL FILES ARE CREATED<br>WEBB, BILLY<br>8836 EVANSTON WAY<br>RAYTOWN, MO 64138-4759 |
| SAUNDRA ROBERTS<br>15505 LINDSAY ST<br>DETROIT, MI 48227 | SHORES, ROBERT<br>3001 LLEWELLYN AVE APT 2<br>NORFOLK, VA 23504-1557 |
| SMILEY, GRANDCHILD<br>SMILEY, GRANDCHILD ARIZYAN<br>ELCO ADMINISTRATIVE SERVICES COMPANY<br>BOX 4800<br>WAYNE, NJ 07474-4800 | SMITH, CHEIW<br>135 MAIN ST<br>RICHMONDVILLE, NY 12149-2401 |
| SMITH, TAMARA<br>1633 WASHINGTON AVE APT E<br>FORT WORTH, TX 76104-4576 | TAYLOR, CEDRIC<br>143 POPLAR ST<br>COLUMBUS, MS 39702-5372 |
| TOUSSAINT, GUY<br>2430 NW 137TH TIER<br>SUNRISE, FL 33323-5338 | WEALTH, SHEBETH<br>6816 S DORCHESTER AVE APT 2A<br>CHICAGO, IL 60637-4765 |
| WICHMAN, TERRANCE R<br>1771 NORTH LAKE DR<br>TROY, MI 48083-5325 | WRIGHT ADRIAN<br>WRIGHT, ADRIAN<br>11510 GIBBENS RD<br>BATON ROUGE, LA 70807-2256 |
| YATES BEVERLY L.<br>52 W 10TH ST<br>WELLSTON, OH 45692-2112 | YOUNGBLOOD GLORIA<br>YOUNGBLOOD, GLORIA<br>3634 HESS AVE APT E<br>SAGINAW, MI 48601-4028 |