UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                      :    Chapter 11
                                                           :
MOTORS LIQUIDATION COMPANY, *et al.*,                      :    Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al*.,                :
                                                           :
                         Debtors.                                :    (Jointly Administered)
                                                           :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Kimberly Gargan, being duly sworn, depose and state:

1.     I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.     On August 12, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' Thirty-Third Omnibus Objection to Claims (Claims with Insufficient Documentation) [Docket No. 6633].

Dated: August 16, 2010                            /s/ Kimberly Gargan
       Melville, New York                          Kimberly Gargan

Sworn to before me this 16th day of August, 2010

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Qualified in Manhattan County
Commission Expires: May 19, 2012

# EXHIBIT A

| | |
|---|---|
| ANDREW F LUTTIG<br>11301 W M 21<br>FOWLER MI 48835-9141 | BELLA ALTERATIONS<br>39050 SCHOOLCRAFT RD # S<br>LIVONIA MI 48150-1079 |
| BETTY EASTMAN<br>6518 RIVERSIDE DR<br>LEAVITTSBURG OH 44430-9745 | CEDE & CO.<br>ATTN: GENERAL COUNSEL<br>55 WATER STREET<br>NEW YORK NY 10041-0004 |
| DAVID MALNAR<br>1386 W 12TH AVE<br>CHICO CA 95926 | DIANE L SCHAAL<br>2068 SUTTON WAY<br>HENDERSON NV 89074 |
| FAGO, ANDREW W<br>21064 NW 166TH PL<br>HIGH SPRINGS FL 32643-7771 | GOODMAN, WILLIAM R<br>642 MARTIN ST<br>OWOSSO MI 48867-3318 |
| HULIO R GRIFFIN<br>3027 KENNEDY DR<br>JACKSON MS 39209-7032 | INTERNATIONAL METAL TRADING INC / PAUL TERRAUTT<br>33315 125TH ST<br>TWIN LAKES WI 53181-9009 |
| ISOLINA LEOPARDI<br>39050 SCHOOLCRAFT RD<br>LIVONIA MI 48150-1079 | JAMES D EDWARDS<br>6280 BUNTON RD<br>YPSILANTI MI 48197-9737 |
| LARRY KASSEL<br>1040 S LINDEN RD<br>FLINT MI 48532-3405 | MCKENNA, JAMES - A MINOR<br>PO BOX 1318 - 2294<br>SACRAMENTO CA 95812-1318 |
| NATIONAL CONSUMER LAW CENTER INC<br>7 WINTHROP SQ<br>#4FL<br>BOSTON MA 02110-1239 | PALMER, SHARON<br>995 PINE FOREST DR<br>MABLETON GA 30126 |
| PATRICIA SLOMBA<br>158 PANAMA ST<br>PITTSTON PA 18640-2170 | PETER SCHOLZ<br>AMASTR 41<br>94315 STRAUBING GERMANY |
| ROBERTA FLOWERS<br>1198 E CASS AVE<br>FLINT MI 48505-1608 | ROBINSON, DANES<br>PO BOX 190285<br>BURTON MI 48519-0285 |

| | |
|---|---|
| SHANKLIN JR GEORGE R<br>PO BOX 81<br>INDIANAPOLIS IN 46206-0081 | TOMMASO CITO<br>AM UANINSBERG 46<br>50226 FRECHEN GERMANY |
| VENICE SWANSON<br>C/O B ADAM TERRELL<br>PO BOX 350<br>BEAUMONT TX 77704 | WALTER AND EDITH KAUFMAN TRUST<br>WALTER AND EDITH KAUFMAN TTEES<br>UAD 1/23/91<br>C/O MEYER<br>9702 ETHAN RIDGE AVE<br>FREDERICK MD 21704 |
| WILLIAM GOODMAN<br>642 MARTIN ST<br>OWOSSO MI 48867-3318 | |