UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                                : Chapter 11
                                                     :
MOTORS LIQUIDATION COMPANY, *et al.*,                : Case No. 09-50026 (REG)
      f/k/a General Motors Corp., *et al*.,          :
                                                     :
            Debtors.                                 : (Jointly Administered)
                                                     :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Kimberly Gargan, being duly sworn, depose and state:

1. I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On August 12, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' Thirty-Fourth Omnibus Objection to Claims (Claims with Insufficient Documentation) [Docket No. 6634].

 Dated: August 16, 2010                    /s/ Kimberly Gargan_____
        Melville, New York                 Kimberly Gargan

Sworn to before me this 16th day of August, 2010

/s/ Eamon Mason_____
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Qualified in Manhattan County
Commission Expires: May 19, 2012

# EXHIBIT A

| | |
|---|---|
| ADALBERT RINGLSTETTER<br>796 REEF POINT CIR<br>NAPLES FL 34108-8778 | ALLSTATE INSURANCE COMPANY CLAIM 2426942112 PALM<br>ATTN DAVID LAUGHLIN<br>PO BOX 29500<br>ROANOKE VA 24018 |
| ALMA FLORMAN<br>200 EAST 57TH ST APT 17N<br>NEW YORK NY 10022-2869 | ANDERSON, LONNIE<br>19456 CALDWELL ST<br>DETROIT MI 48234-2489 |
| ANDREW DUDLEY<br>7740 BLACKBURN CT<br>REYNOLDSBURG OH 43068-7263 | ANN B STILLMAN<br>65 REVERE PARK<br>NASHVILLE TN 37205-4739 |
| ANN E CRENSHAW<br>6710 CRANWOOD DR<br>FLINT MI 48505-1963 | ARNETT, TIMOTHY<br>10330 MAIN ST<br>LEO IN 46765-9740 |
| BANKS, WESLEY P<br>613 BRIARWOOD TRL<br>JOSHUA TX 76058-4830 | BARNES, VIOLA F<br>2104 HALFORD ST<br>ANDERSON IN 46016-3731 |
| BENNY KONOSKI<br>14053 ELMS RD<br>MONTROSE MI 48457-9777 | BETTY M STRATTON<br>37 DAUNTON DR<br>ROCHESTER NY 14624-4231 |
| BETTY ROSS<br>20830 BETHLAWN BLVD<br>FERNDALE MI 48220-2204 | BETTY STRATTON<br>37 DAUNTON DR<br>ROCHESTER NY 14624-4231 |
| BODDIE-NOELL ENTERPRISES, INC<br>1021 NOELL LN<br>ROCKY MOUNT NC 27804-1761 | BOSLEY, RALPH W<br>5316 SKYE DR<br>NEW MIDDLETOWN OH 44442-8798 |
| BRAGG, DOLORES A<br>2407 W ENGEL RD<br>WEST BRANCH MI 48661-9225 | BRENDA BLAIR<br>PO BOX 310594<br>FLINT MI 48531-0594 |
| BRENDA C BLAIR<br>PO BOX 310594<br>FLINT MI 48531-0594 | CAMILLA VOSMEIER<br>2322 OAK PARK DRIVE<br>RICHMOND IN 47374 |

| | |
|---|---|
| CAROL BROWN<br>224 BOOTH AVE<br>LARIMORE ND 58251 | CAROLYN BATTISTE INDIVIDUALLY AND AS ADMINISTRATOR<br>OF THE ESTATE OF KAREEM PETERS<br>ATTN THOMAS P WILLINGHAM, ALVIS & WILLINGHAM LLP<br>1400 URBAN CENTER DR SUITE 475<br>BIRMINGHAM AL 35242 |
| CAROLYN WALL<br>2796 HOPE ST<br>HUDSONVILLE MI 49426-9308 | CHARLES R MARTIN<br>1579 HOLLY HILL DR<br>BETHEL PARK PA 15102-3507 |
| DANIEL STEPPKE<br>3268 W 50TH ST<br>CLEVELAND OH 44102-5838 | DELEK AUTO CARE INC.<br>2876 S BUNDY DR<br>LOS ANGELES CA 90064-3541 |
| DOLORES BRAGG<br>2407 W ENGEL RD<br>WEST BRANCH MI 48661-9225 | DOROTHY S HAYWOOD<br>1508 PINEHURST DR<br>HIGH POINT NC 27262 |
| DOX, FRANK D<br>20 CLIFTON DR<br>BOARDMAN OH 44512-2111 | DUDLEY, ANDREW R<br>7740 BLACKBURN CT<br>REYNOLDSBURG OH 43068-7263 |
| DUDLEY, ARIELLE P<br>7740 BLACKBURN CT<br>REYNOLDSBURG OH 43068-7263 | ESTATE OF DARLENE SAUER<br>C/O ATTORNEY RUSSELL T GOLLA<br>PO BOX 228<br>STEVENS POINT WI 54481-0228 |
| ESTELLA CHAPA IND AS REP OF THE ESTATE OF CESAR CHAPA<br>DECEASED AND ANF OF CARIS CHAPA<br>C/O WATTS GUERRA CRAFT LLP<br>2402 DUNLAVY ST, SUITE 300<br>HOUSTON TX 77006 | EWING W EGNER JR.<br>20497 BOURASSA AVE<br>BROWNSTOWN TWP MI 48183-5003 |
| FLOYD K ABRAHAMSON & VERA L ABRAHAMSON<br>1250 WINSOR DR #111<br>BROOKINGS SD 57006 | FREDERICK G MILES<br>44 DARTHMOUTH ST<br>BUFFALO NY 14215 |
| GAMBLE, BARBARA J<br>435 IRWIN AVE<br>PONTIAC MI 48341-2954 | GARY COLBURN<br>639 NOTRE DAME AVE<br>YOUNGSTOWN OH 44515-4121 |
| GEORGE DAVID SHERICK<br>2030 CHESTER BLVD #15B<br>RICHMOND IN 47324 | GEORGE F SEYK<br>LIANE H SEYK<br>1451 LITTLE MOOSE LN<br>NORTHBROOK IL 60062-5165 |

| | |
|---|---|
| GRAHAM, JAMES H<br>240 LISA CT<br>BOILING SPRINGS SC 29316-8013 | GRIMMWAY FARMS<br>6900 MOUNTAIN VIEW RD<br>BAKERSFIELD CA 93307-9627 |
| HAYES K LEMMOND &<br>ETHEL N LEMMOND JTWROS<br>1602 PENN ROAD SW<br>HARTSELLE AL 35640-3578 | HAYS, MICHAEL R<br>5164 JIMTOWN RD<br>E PALESTINE OH 44413-8744 |
| IVY, JUANITA<br>18075 MAINE ST<br>DETROIT MI 48234-1416 | J COLVIN & A COLVIN CO-TTEE<br>COLVIN REVOCABLE TRUST U/T/A<br>DTD 07/07/1985<br>2722 CIRCLE DR<br>NEWPORT BEACH CA 92663-5619 |
| JAMES KELLMANN<br>18353 S FRONTIER RD<br>PEEPLES VALLEY AZ 86332-8686 | JANE POZNAK<br>10 SMITH MANOR DRIVE<br>UNIT 406<br>WEST ORANGE NJ 07052-4233 |
| JARVIE, FLORENCE E<br>749 PUTNAM AVE<br>LAWRENCEVILLE NJ 08648-4652 | JEAN T ROSSI<br>2030 CHESTER BLVD<br>RICHMOND IN 47374 |
| JEFF & ELIZABETH LECROY<br>WATTS GUERRA CRAFT LLP<br>2402 DUNLAVY ST<br>SUITE 300<br>HOUSTON TX 77006 | JOHN P OLSON<br>ATTN MICHAEL C SHEPARD<br>THE SHEPARD LAW FIRM PC<br>10 HIGH ST<br>BOSTON MA 02110 |
| KENNETH SCHUTTE<br>2796 HOPE ST<br>HUDSONVILLE MI 49426-9308 | KONOSKI, BENNY E<br>14053 ELMS RD<br>MONTROSE MI 48457-9777 |
| LARRY J MINAR<br>9249 BAUMGART RD<br>EVANSVILLE IN 47725 | LINDA SZEJNA<br>C/O ATTORNEY RUSSELL T GOLLA<br>PO BOX 228<br>STEVENS POINT WI 54481-0228 |
| MARY E DOWLER<br>201 E VINE ST<br>LIBERTY IN 47353 | MARY F HULL<br>1220 DEPOT 406<br>GLENVIEW IL 60025 |
| MCCOLLUM, ANNA E<br>2417 YOUNGSTOWN LOCKPORT RD<br>RANSOMVILLE NY 14131-9644 | MICHAEL HAYS<br>5164 JIMTOWN RD<br>E PALESTINE OH 44413-8744 |

| | |
|---|---|
| MILLER, WALTER H<br>8840 CR 622A<br>BUSHNELL FL 33513-8658 | MONTSERRAT TREJO VELASQUEZ<br>ATTN JERRY GUERRA<br>LAW OFFICES OF JERRY GUERRA P C<br>555 N CARANCAHUA SUITE 200<br>CORPUS CHRISTI TX 78478 |
| MORAN, VERA WILLIAMS<br>RR 1 BOX 121A<br>HAMBLETON WV 26269-9338 | MSB FBO ROBERT POZNAK &<br>JANE POZNAK JT TEN<br>10 SMITH MANOR BLVD UNIT 406<br>WEST ORANGE NJ 07052-4233 |
| NANCY R MORRISON<br>126 WELLESLEY DR<br>NEWPORT NEWS VA 23606 | NORMAN & SONDRA KAY JT-TEN<br>7301 COVENTRY AVE. APT 502<br>MELROSE PARK PA 19027 |
| NOWAK, CLEMENTINE C<br>2129 HIGHWAY 33<br>HAMILTON NJ 08690-1740 | PATRICIA E FANNING<br>628 BRYANT AVE<br>TEANECK NJ 07666 |
| PATRICIA HAWKINS<br>1710 ARTHUR DR NW<br>WARREN OH 44485-1805 | PAUL GIBBY<br>344 NO 1115TH ST APT 3E<br>POCATELLO ID 83201 |
| RAGSDALE RAYMOND LEE<br>RAGSDALE, RAYMOND LEE<br>4528 SOUTH SHERIDAN SUITE 103<br>TULSA OK 74145-1101 | RALPH BOSLEY<br>5316 SKYE DR<br>NEW MIDDLETOWN OH 44442-8798 |
| REDRICK, GLENDA D<br>1007 ORLO DR NW<br>WARREN OH 44485-2427 | RICHARD C FIRSCHING<br>941 OLD HICKORY RD<br>PITTSBURGH PA 15243 |
| RICHTER RUTH E<br>4741 STATE ROAD 54 W<br>SPRINGVILLE IN 47462-5133 | RINGLSTETTER, ADALBERT B<br>796 REEF POINT CIR<br>NAPLES FL 34108-8778 |
| ROBERT W SAWYER CO-<br>MARGARET A SAWYER CO-<br>1857 WILDWOOD RD<br>TOLEDO OH 43614-4030 | ROGER NEWELL<br>5952 PHELPS CT<br>OTTER LAKE MI 48464-9134 |
| RON F ROQUE AND PATRICIA ROQUE CO TRUSTESS<br>FOR RON ROQUE TRUST<br>5509 PATTIE LN<br>LOUISVILLE KY 40219 | ROSS, BETTY L<br>20830 BETHLAWN BLVD<br>FERNDALE MI 48220-2204 |

| | |
|---|---|
| ROY, JOHN R<br>110 WINDERMERE RD<br>LOCKPORT NY 14094-3426 | RUDOLPH COHEN AND<br>GENIA B TISHMAN JTWROS<br>3109 OLD POST DR<br>BALTIMORE MD 21208-3260 |
| SCHNEIDER DAVID<br>SCHNEIDER, DAVID<br>ELIAS SCHNEIDER<br>49 W PROSPECT ST<br>E BRUNSWICK NJ 08816-2117 | SCHUTTE, KENNETH J<br>2796 HOPE ST<br>HUDSONVILLE MI 49426-9308 |
| SLEDZ, MARIA<br>3529 WILLIAMSON RD<br>SAGINAW MI 48601-5666 | SLEDZ, MIKOLAJ<br>3529 WILLIAMSON RD<br>SAGINAW MI 48601-5666 |
| STEPHEN CLAY, SR.<br>203 FULTON ST.<br>BROOKHAVEN MS 39601-4124 | STEPPKE, DANIEL H<br>3268 W 50TH ST<br>CLEVELAND OH 44102-5838 |
| THERESA MARTIN<br>1579 HOLLY HILL DR<br>BETHEL PARK PA 15102-3507 | THOMAS P WEBB<br>21 HIGHLAND PLACE<br>MAPLEWOOD NJ 07040-2507 |
| TOWNSEND, JAMIE E<br>3621 BROWNELL BOULEVARD<br>FLINT MI 48504-2195 | WALTER H GUTMAN<br>1200 KING ST APT 455<br>RYE BROOK NY 10573 |
| WESSINGER JAMES B MD PC<br>4277 OKEMOS RD STE 100<br>OKEMOS MI 48864-3282 | WIGGINS, JOHN E<br>101 STOCKDALE ST<br>FLINT MI 48503-1153 |
| WILLIAM A KRAUS<br>CHRISTINA E KRAUS<br>1585 HOLLY HILL DR<br>BETHEL PARK PA 15102-3507 | WILLIAM MCKEE<br>44 SOUTH ST<br>THREE RIVERS MA 01080 |
| WILSON JR, HERBERT<br>525 LAZY WILLOW LN<br>LAWRENCEVILLE GA 30044-2005 | WYLLA RAMSEY<br>ATTN: E TODD TRACY<br>THE TRACY FIRM<br>5473 BLAIR RD, SUITE 200<br>DALLAS TX 75231 |