UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Kimberly Gargan, being duly sworn, depose and state:

1.  I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.  On August 12, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

    - Order Granting Debtors' Thirty-Sixth Omnibus Objection to Claims (Claims with Insufficient Documentation) [Docket No. 6636].

Dated:  August 16, 2010                    /s/ Kimberly Gargan_____
        Melville, New York                 Kimberly Gargan

Sworn to before me this 16th day of August, 2010

/s/ Eamon Mason_____
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Qualified in Manhattan County
Commission Expires: May 19, 2012

# EXHIBIT A

| | |
|---|---|
| ALDRICH, KENNETH B<br>2332 W ROOSEVELT RD<br>PERRINTON, MI 48871-9713 | ALLEN, PAMELA A<br>PO BOX 1154<br>DEARBORN HEIGHTS, MI 48127-7154 |
| ANICA SUMIGA<br>ANICA SUMIGA MATIJA GUPCA 18<br>CROATIA  31221 FOSIPOVAC | BARNEY T MILLER &<br>ANN L MILLER JT TEN<br>18 DOVER ROAD<br>NORTH HAVEN, CT 06473-1103 |
| BEDWELL CARMEN<br>BEDWELL, CARMEN<br>10 JUSTISS ROAD<br>JACKSON, TN 38301-9502 | BETTY BRADDOCK ALSTON<br>16820 WINTHROP ST<br>DETROIT, MI 48235-3507 |
| BEVERLY STERGER<br>5650 COLDSTREAM DR<br>SPRINGFIELD, MO 65809 | CANDY BLACK<br>LOT 139<br>94 JAMISON ROAD NORTHWEST<br>WSHNGTN CT HS, OH 43160-9045 |
| CHRISTIAN D ROE<br>10500 E LOST CANYON LOT #5<br>SCOTTSDALE, AZ 85255-4454 | COLANTONIO, PIETRO<br>640 STUART AVE<br>MAMARONECK, NY 10543-4037 |
| CONLEY, FLORA J<br>2406 TRINITY DR<br>MIDDLETOWN, OH 45044-8804 | CROSBY, VARRIS<br>3314 WHEELER CHAPEL RD<br>PINE BLUFF, AR 71601-9766 |
| DANA E FRANKENBURG<br>26 GEORGE JR RD<br>GROVE CITY, PA 16127 | DANNEY BALL<br>140 E STETSON<br>#333<br>HEMET, CA 92543-7139 |
| DAVIS, PATRICIA S<br>217 SELMAN DR<br>MONROE, LA 71203-4808 | DCG & T<br>FBO JOSEPH CONCHADO<br>146-23 LABURNUM AVE<br>FLUSHING, NY 11355 |
| DEIRDRE O'CONNELL<br>1425 W GRANT AVE<br>WILMINGTON, DE 19806 | DIANA RUBIN<br>2810 JOHNSTON ST<br>LAFAYETTE, LA 70503 |
| DIXON, GARY R<br>14263 ZORZAL<br>FORT PIERCE, FL 34951-4257 | DONNA JEAN PUGH<br>3535 WALKER RD<br>HILLIARD, OH 43026-8544 |

| | |
|---|---|
| DWYER, GARY L<br>8084 JORDAN RD<br>YALE, MI 48097-2704 | EILEEN DAUGHTON<br>419 WHEELER SCHOOL RD<br>PYLESVILLE, MD 21132 |
| ERICA WEISS & GARY WEISS<br>318 STONE QUARRY RD<br>ITHACA, NY 14850 | ERIKA BRUNSMEYER<br>GERMELMANNSTR.4<br>37431 BAD LAUTERBERG GERMANY |
| FRANKLY DOTOU MD<br>2 BROOKFIELD AVE<br>NUTLEY, WI 07110 | GARY WEISS & ERICA WEISS JT TEN<br>318 STONE QUARRY RD<br>ITHACA, NY 14850-5308 |
| GAULDING, FRANCINE D (SPOUSE) (WIDOWED)<br>1956 TENNYSON AVE<br>DAYTON, OH 45406-2734 | GERRY HOPKINS<br>APT 15<br>6321 SAINT ANDREWS DRIVE<br>CANFIELD, OH 44406-9581 |
| GLORIA FEMINELLA TR DTD 3/20/91<br>18 HERDMAN CT<br>MIDDLE ISLAND, NY 11953-2113 | GONZALES, STELLA M<br>4557 11TH ST APT B<br>GUADALUPE, CA 93434-1375 |
| GUPTON, VELMA L<br>28874 LIMESTONE WAY<br>COARSEGOLD, CA 93614-8860 | HAASE, LOUIS J<br>7700 HARRIS RD<br>MARLETTE, MI 48453-9716 |
| HANS-JUERGEN UND HELGA GAUDECK<br>KRAMPNITZER WEG 21<br>BERLIN DE 14089 GERMANY | HEIDEMARIE BURGHAUS<br>HAINWEG 19<br>38120 BRAUNSCHWEIG GERMANY |
| HOPKINS, GERRY A<br>6321 SAINT ANDREWS DR<br>APARTMENT 15<br>CANSFIELD, OH 44406-9581 | J ROEBUCK & K ROEBUCK JT TEN TOD<br>A M KRANNING, J D ROEBUCK,<br>V E ROEBUCK SUBJECT TO STA RULES<br>1022 BLUE HORIZON DRIVE<br>DELTONA, FL 32725-3604 |
| JACK F RICHARDSON &<br>PATRICIA A RICHARDSON TEN ENT<br>16950 WATERLINE RD<br>BRADENTON, FL 34212-9344 | JACK RICHARDSON<br>16950 WATERLINE RD<br>BRANDENTON, FL 34212-9344 |
| JAMES NEFF<br>538 JODEE DR<br>XENIA, OH 45385-5912 | JEANNE PETERMANN<br>N7448 COUNTY ROAD J<br>PLYMOUTH, WI 53073 |

| | |
|---|---|
| JEANNE W PETERMANN<br>N7448 COUNTY ROAD J<br>PLYMOUTH, WI 53073 | JENNIFER THOMPSON<br>7618 E 49TH ST<br>KANSAS CITY, MO 64129 |
| JOHN WIET<br>6639 N LOLETA<br>CHICAGO, IL 60646-2707 | JOY LIER<br>6401 N NEINER RD<br>SANFORD, MI 48657-9323 |
| KATHLEEN REAM<br>2186 SAWTOOTH MOUNTAIN DR<br>HENDERSON, NV 89044-0107 | KATHRYN M BETZ<br>4155 W 800 N<br>HUNTINGTON, IN 46750 |
| LANE, MARGARET E<br>329 CARRIAGE PATH CT<br>WEBSTER, NY 14580-3154 | LAURIE DEPAOLO<br>41 MERCURY AVE<br>TIBURON, CA 94920 |
| LIER, JOY C<br>6401 N NEINER RD<br>SANFORD, MI 48657-9323 | MAINER JR, ROY L<br>15 LARKIN RD<br>BURLINGTON, NJ 08016-2927 |
| MANKO, EDWARD F<br>8076 BROWN RD<br>GREENWOOD, MI 48006-1416 | MARTHA HOARE<br>19 WALESA COURT<br>TOMS RIVER, NJ 08757 |
| MARY J KURTZ<br>2352 WILLIAMS DR<br>CORTLAND, OH 44410-9307 | MARY J VISCARDI<br>77 LEDGEROCK LN<br>ROCHESTER, NY 14618 |
| MAVIGLIA, STEVE A<br>3771 E KENT RD<br>FREELAND, MI 48623-9409 | MODERN SERVICE<br>158 E CHATHAM ST<br>CARY, NC 27511-3322 |
| MRS EVELYN B CROWELL<br>151 MAJOR REYNOLDS PL<br>KNOXVILLE, TN 37919-4853 | MS MARY LOU REESE<br>TOD JOHN M FARNELL &<br>MICHAEL FARNELL<br>SUBJ TO FL TOD RULES<br>700 SE 7TH AVE #3<br>POMPANO BEACH, FL 33060-9548 |
| MULLEN, MARY M.<br>7827 WESTWOOD DR<br>ELMWOOD PARK, IL 60707-1811 | NELSON, WILLIAM T<br>8261 BINGHAM ST<br>DETROIT, MI 48228-2730 |

| | |
|---|---|
| NEWTON, REBECCA I<br>4881 HIGHWAY 242 WEST<br>LEXA, AR 72355-8999 | PASSAFIUME, I A<br>3180 STAR DR<br>LAKE HAVASU CITY, AZ 86406-7186 |
| PATRICIA A RICHARDSON<br>16950 WATERLINE RD<br>BRADENTON, FL 34212-9344 | PAUL ARNOLD & DOROTHY D ARNOLD TTEE<br>U/A MAR 16 1990<br>3155 BISSELL ST<br>ORRICK, MO 64077 |
| PAUL C UTZ<br>2017 HOMESITE DRIVE<br>DAYTON, OH 45414-4019 | PAUL W KRANNING JR. &<br>ANTOINETTE M KRANNING JT TEN<br>61 LUZERN LANE<br>TELL CITY, IN 47586-2020 |
| PEANS, NANCY ANN<br>276 REDMAPLE LN 6<br>BRIGHTON, MI 48116 | POLLACK SUSAN<br>POLLACK, SUSAN<br>38760 N SPUR CROSS<br>CAVE CREEK, AZ 85331-8591 |
| RALPH KAPLAN<br>CGM IRA ROLLOVER CUSTODIAN<br>SPECIAL ACCOUNT Y<br>3903 NOSTRAND AVE APT 1P<br>BROOKLYN, NY 11235-2132 | REINHOLD-RICHARD + MARGIT PIGAL<br>AM PARADIES 85<br>DE 37431 BAD LAUTERBERG GERMANY |
| ROLF BRAUN<br>OSTLANDSTR. 4<br>90556 CADOLZBURG GERMANY | ROSEMARY SIMMONS<br>701 ROCKHURST DRIVE<br>BIRMINGHAM, AL 35209 |
| RUDY ZANDRON<br>15240 W FENWAY DR<br>NEW BERLIN, WI 53151 | SALAS, STEPHEN R<br>212 ADAMS ST<br>BAY CITY, MI 48708-5844 |
| SANDRA K SCHOTT<br>4205 VINCENT RD<br>CLYDE, MI 48049 | SCOTT, EARL D<br>1714 PARK DR<br>MIDDLETOWN, OH 45044-6352 |
| SEALIE, LORRAINE B<br>32365 AUGUSTA DR<br>ROMULUS, MI 48174-6374 | SIEBERT, WILLIAM L<br>3515 FRONTIER RD<br>FESTUS, MO 63028-4631 |
| SINK, GEORGE R<br>231 N MAPLE ST<br>GARDNER, KS 66030-1208 | SKIPPERS, JEFFRY E<br>414 WHITE OAK DR<br>ROCKWOOD, TN 37854-2437 |

| | |
|---|---|
| SPIGHT, CAROLYN J<br>6410 BELLTREE LN<br>FLINT, MI 48504-1648 | STANIS F MARTIN<br>1190 MCCORDYSVILLE PIKE<br>RIVESVILLE, WV 26588 |
| STEFANIJA-VIKTOR KLASIC<br>HERBST STR. 201A<br>74072 HEILBRONN  GERMANY | STEPHEN WEISGLASS MEM SCHOLAR FUND<br>GREATER MIAMI TENNIS FOUNDATION<br>501 NE 1ST AVE<br>MIAMI, FL 33132-1901 |
| TAWANA STAPLES STEWART ON BEHALF OF SAMUEL STEWART A MINO<br>C/O RICHARD D MORRISON<br>BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, PC<br>PO BOX 4160<br>MONTGOMERY, AL 36103 | TERENCE B DOZIER<br>3050 N 58TH ST APT 21<br>KANSAS CITY, KS 66104 |
| THEODORE BECKHARDT<br>51 EBERSOHL CIRCLE<br>WHITE HOUSE STATION, NJ 08889 | THERESA L. MANGOLD, FREDERICK W. MACDONALD, JR.<br>THERESA L MANGOLD<br>FREDERICK W. MACDONALD, JR. JT TEN<br>20962 SUMMERFIELD DR<br>MACOMB, MI 48044 |
| WALTER W KURTZ<br>2352 WILLIAMS DR<br>CORTLAND, OH 44410-9307 | WELLS, EVERETT O<br>4102 N RIVER HILLS CT<br>JANESVILLE, WI 53545-9063 |
| WHEELER, VIOLA<br>56 PATTON AVE<br>DAYTON, OH 45427-2935 | WILLIAM BULLOCK<br>9102 DANZIG ST<br>LIVONIA, MI 48150-3978 |
| WILLIAM D SHADDIX AND GLORIA C SHADDIX<br>TTEES OF WM D SHADDIX FAMILY TRUST<br>U/A DTD 5/22/1995<br>3400 IVY CHASE CIRCLE<br>HOOVER, AL 35226-2276 | WILLIAM LIPKE<br>7816 17TH AVE NW<br>BRADENTO, FL 34209 |
| WILLIAM SIEBERT<br>3515 FRONTIER RD<br>FESTUS, MO 63028-4631 | WILLIAM SPURSLEY JR, JEAN C PURSLEY<br>671 E MAIN ST<br>ROCK HILL, SC 29730 |
| WILLIAM VLASAK<br>3723 2ND DR NE<br>BRADENTON, FL 34208 | |