**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
| | |
|---|---|
| In re                                                                               : | Chapter 11 |
|                                                                                         : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,*      : | Case No. 09-50026 (REG) |
|       f/k/a General Motors Corp., *et al*.,                     : | |
|                                                                                         : | |
|                         Debtors.                                              : | (Jointly Administered) |
|                                                                                         : | |

------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                              ) ss
COUNTY OF SUFFOLK    )

I, Kimberly Gargan, being duly sworn, depose and state:

1.     I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.     On August 12, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' Thirty-Seventh Omnibus Objection to Claims (Claims with Insufficient Documentation) [Docket No. 6637].

| | |
|---|---|
| Dated:  August 16, 2010 | /s/ Kimberly Gargan_____ |
|              Melville, New York | Kimberly Gargan |

Sworn to before me this 16th day of August, 2010

/s/ Eamon Mason_____
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Qualified in Manhattan County
Commission Expires:  May 19, 2012

# EXHIBIT A

ALLEN OR BONITA DELLINGER
C/O ALLEN DELLINGER
7440 TWIN OAKS DRIVE
KNIGHTSTOWN, IN 46148

ANGHILANTE, JAMES J
1736 N DECATUR BLVD APT 1
LAS VEGAS, NV 89108-2214

ANNE M FAGAN
5332 S 46TH ST
GREENFIELD, WI 33220

ANTONIO V D'ADDEO AND
THERESA F D'ADDEO JTWROS
89 WICKHAM RD
GLASTONBURY, CT 06033-2547

ARZT KATHLEEN
7991 GRANITE WALK AVE
LAS VEGAS, NV 89178-8219

ARZT, KATHLEEN
7991 GRANITE WALK AVE
LAS VEGAS, NV 89170-8219

BALL, JAMES R
150 LYNWOOD LN
LEESBURG, GA 31763-4923

BANQUE DE COMMERCE ET DE PLACEMENT SA
1 RUE DE LA FONTAINE
PO BOX 3069
GENEVA SWITZERLAND

BENT WOLFF
BROND 11
HOLMSKOV
6430 NORDBORG DENMARK

BILLY ENGLAND HUSBAND AND SURVIVING SPOUSE OF FANN
C/O DAVE SCOTT
PO BOX 99
NEW ALBANY, IN 47151-0099

BILLY WOODWARD
C/O TIM R WADSWORTH, ATTORNEY AT LAW
PO BOX 987
SULLIGENT, AL 35586

BLOOMFIELD COMMERCE CENTER CORPORATION
17755 SKY PARK CIR STE 100
IRVINE, CA 92614-6400

BRIAN D BRODIE
529 N WALNUT ST
JANESVILLE, WI 53548-2857

BRIMIDGE, JAMES R
PO BOX 722
112 SCHOOLHOUSE LN
CHARENTON, LA 70523

CAMERON CHAPMAN
ATTN RONNIE L CROSBY ESQ
PETERS MUURDAUGH PARKER ELTZROTH & DETRICK PA
PO BOX 457
HAMPTON, SC 29924

CHARLES BECKER
JM GRUNED 10
D-64253 HEILEG GERMANY

CHARLIE C CLARK JR
8711 STATE ROUTE 380
WILMINGTON, OH 45177-9431

CIKAUTXO S COOP LTDA
BUDOVATELSKA 6
NOVE ZAMKY SK 940 01 SLOVAKIA

CIKAUTXO S COOP LTDA
CIKAUTXO SK STO.
BUDOVATELSKA 6
940 64 NOVE ZAMKY SLOVAKIA

CLARK STREET DEVELOPMENT SEVEN LLC
KATHLEEN H KLAUS ESQ
MADDIN HAUSER WARTELL ROTH & HELLER PC
28400 NORTHWESTERN HIGHWAY 3RD FL
SOUTHFIELD, MI 48034

| | |
|---|---|
| CLARK STREET REDEVELOPMENT FIVE LLC<br>KATHLEEN H KLAUS ESQ<br>MADDIN HAUSER WARTELL ROTH & HELLER PC<br>28400 NORTHWESTERN HIGHWAY 3RD FLOOR<br>SOUTHFIELD, MI 48034 | CLARK STREET REDEVELOPMENT LLC<br>ATTN: KATHLEEN KLAUS ESQ<br>MADDIN HAUSER WARTELL ROTH & HELLER PC<br>28400 NORTHWESTERN HIGHWAY 3RD FL<br>SOUTHFIELD, MI 48034 |
| CLARK STREET REDEVELOPMENT ONE LLC<br>ATTN: KATHLEEN H KLAUS ESQ<br>MADDIN HAUSER WARTELL ROTH & HELLER PC<br>28400 NORTHWESTERN HIGHWAY 3RD FL<br>SOUTHFIELD, MI 48034 | CLARK STREET REDEVELOPMENT SIX LLC<br>KATHLEEN H KLAUS ESQ<br>MADDIN HAUSER WARTELL ROTH & HELLER P C<br>28400 NORTHWESTERN HIGH WAY 3RD FLOOR<br>SOUTHFIELD, MI 48034 |
| CLARK STREET REDEVELOPMENT THREE LLC<br>ATTN: KATHLEEN H KLAUS ESQ<br>MADDIN HAUSER WARTELL ROTH & HELLER PC<br>28400 NORTHWESTERN HIGHWAY 3RD FL<br>SOUTHFIELD, MI 48034 | CLARK STREET REDEVELOPMENT TWO LLC<br>ATTN: KATHLEEN H KLAUS ESQ<br>MADDIN HAUSER WARTELL ROTH & HELLER PC<br>28400 NORTHWESTERN HIGHWAY 3RD FL<br>SOUTHFIELD, MI 48034 |
| CLARK STREET REDEVELPOMENT FOUR LLC<br>ATTN: KATHLEEN H KLAUS ESQ<br>MADDIN HAUSER WARTELL ROTH & HELLER PC<br>28400 NORTHWESTERN HIGHWAY 3RD FL<br>SOUTHFIELD, MI 48034 | CLARK STREET TECHNOLOGY PARK<br>KATHLEEN H KLAUS ESQ<br>MADDIN HAUSER WARTELL ROTH & HELLER, P C<br>28400 NORTHWESTERN HIGHWAY 3RD FLOOR<br>SOUTHFIELD, MI 48034 |
| COOPER SIMMIE<br>PO BOX 700843<br>DALLAS, TX 75370-0843 | CUMMINGS, EDWARD<br>4517 ROGERS RD B<br>CHATTANOOGA, TN 37411-3223 |
| DAVID J O'CONNOR  (IRA)<br>FCC AS CUSTODIAN<br>4253 LAKE CHAPIN BLUFF<br>BERRIEN SPRGS, MI 49103-9242 | DEVOL, DEBRA L<br>596 E GRAHAM PL<br>BLOOMINGTON, IN 47401-4534 |
| DIXON, JANICE L<br>5912 EDINBURGH ST APT 104<br>CANTON, MI 48187-4581 | DONNA PASCOE<br>976 SUFFIELD AVE<br>BIRMINGHAM, MI 48009-1243 |
| ELIZABETH BRUZZONE<br>3400 WAGNER HEIGHTS RD #303<br>STOCKTON, CA 95209 | EXECUTIVE CHARGE INC<br>1440 39TH ST<br>BROOKLYN, NY 11218-3618 |
| FRANCES MARTZ<br>1344 BLUEVISTA DR<br>SUN CITY, FL 33573 | FRANKOVICH, GAYLORD P<br>700 SPOKANE AVE<br>LANSING, MI 48910-5664 |
| FROHNHOFER JR, JOSEPH<br>18625 MARSHA ST<br>RIVERVIEW, MI 48193-4542 | GARCIA, GEORGE P<br>1817 N CLINTON ST<br>SAGINAW, MI 48602-4822 |

GAYLORD FRANKOVICH
700 SPOKANE AVE
LANSING, MI 48910-5664

GENE E NEZAT
908 GARDEN ST
MORGAN CITY, LA 70380

GEORGE RICCIARDI
221 CIRCUIT AVENUE
WATERBURY, CT 06708

HAYMAN MANAGEMENT CO
ATTN: KATHLEEN H KLAUS, ESQ
MADDIN HAUSER WARTELL ROTH & HELLER PC
28400 NORTHWESTERN HIGHWAY 3RD FL
SOUTHFIELD, MI 48034

HEMPHILL, MARVIN
119 22ND AVE NE
TUSCALOOSA, AL 35404-2355

IRA FBO BARRY MICHITSCH
PERSHING LLC AS CUSTODIAN
ROTH ACCOUNT
294 ANNA AVE
WATERBURY, CT 06708-4833

JACK THOMAS GAILEY AS GAL FOR CHASE GAILEY A MINOR
ATTN RONNIE L CROSBY ESQ
PETERS MURDAUGH PARKER ELTZROTH & DETRICK PA
PO BOX 457
HAMPTON, SC 29924

JAMES CLARK
600 HOLLY
ANGLETON, TX 77515

JAMES SHARPLEY
1211 23RD AVENUE
DECATUR, AL 35601-3672

JOSEPH M LEWANDOWSKI
9092 CREEK RD
BATAVIA, NY 14020

KENNETH CENTERS
33 MAXA CT.
BALTIMORE, MD 21220

LANGLEY JOHNNY P
2004 SOUTHRIDGE DRIVE
ARLINGTON, TX 76010-8526

MARIA LEBROWSKA VALERO
UL WALICOW 20 M 1304
00851 WARSAW  POLAND

MARKUS EITEL
KAMMHALDENWEG 34
70619 STUTTGART  GERMANY

MICHIGAN AUTOMOTIVE OF INDIANA INC
JONES WALLACE LLC
ATTN PAUL J WALLACE
420 MAIN ST SUITE 1600
EVANSVILLE, IN 47708

MITCHELL, CAROLYN J
8714 LOG RUN N DR
INDIANAPOLIS, IN 46234-1320

NELSON, OVERTON
4530 HORATIO ST
DETROIT, MI 48210-2625

NICHOLS, JOYCE
610 EASTER RD APT 1007
BETHEL, OH 45106-1535

ODIE BRYER
C/O THE MADEKSHO LAW FIRM
8866 GULF FREEWAY SUITE 440
HOUSTON, TX 77017

PALERMO ANTHONY
4233 HIGHWAY 27
DEQUINCY, LA 70633-6306

| | |
|---|---|
| PASCOE DONNA L<br>976 SUFFIELD AVE<br>BIRMINGHAM, MI 48009-1243 | PAUL T DEDRICK & VIVIAN R DEDRICK<br>716 AUBURN ROAD<br>GROTON, NY 13073-8739 |
| PAULSON, KERRY A<br>11520 COLONIAL WOODS DR<br>CLIO, MI 48420-1573 | PETER W LYDING &<br>DOROTHY LYDING JT TEN<br>3660 OXFORD AVE APT 9-C<br>BRONX, NY 10463-1731 |
| PETERSON, REBECCA<br>377 S HARRISON ST APT 9N<br>EAST ORANGE, NJ 07018-1263 | RANDHILL INC<br>C/O INGO ALBAT<br>APARTADO DE CORREOS 427<br>E-17320 TOSSA DE MAR SPAIN |
| RAYMOND & JUDITH STACHERSKI<br>TRUSTEES U/A/D 10/27/1997<br>RAYMOND & JUDITH STACHERSKI<br>TRUST<br>2535 BAY VISTA DRIVE<br>HIGHLAND, MI 48357-4971 | REAL VENTURES-CLARK STREET FIVE LLC<br>ATTN: KATHLEEN H KLAUS ESQ<br>MADDIN HAUSER WARTELL ROTH & HELLER PC<br>28400 NORTHWESTERN HIGHWAY 3RD FL<br>SOUTHFIELD, MI 48034 |
| REAL VENTURES-CLARK STREET LLC<br>KATHLEEN H KLAUS ESQ<br>MADDIN HAUSER WARTELL ROTH & HELLER, P C<br>28400 NORTHWESTERN HIGHWAY 3RD FLOOR<br>SOUTHFIELD, MI 48034 | REAL VENTURES-CLARK STREET SIX LLC<br>ATTN: KATHLEEN H KLAUS ESQ<br>MADDIN HAUSER WARTELL ROTH & HELLER PC<br>28400 NORTHWESTERN HIGHWAY 3RD FL<br>SOUTHFIELD, MI 48034 |
| REAL VENTURES-CLARK STREET TWO, LLC<br>KATHLEEN H KLAUS ESQ<br>MADDIN HAUSER WARTELL ROTH & HELLER, P C<br>28400 NORTHWESTERN HIGHWAY 3RD FLOOR<br>SOUTHFIELD, MI 48034 | REINHOLD ZETTELMEIER<br>BERN RIEDER STR 40<br>S4 560 OFFENBERG GERMANY |
| REYNOLDS CODY<br>C/O DAVID SLAUGHTER<br>17225 EL CAMINO REAL STE 315<br>HOUSTON, TX 77058-2739 | RICHARD W MADURA D D S<br>JOAN MADURA JT TEN<br>75 WILDWOOD RD<br>MANITOWISH WATERS, WI 54545 |
| ROBERT CARTER<br>235 W GILES ST<br>SULLIVAN, IN 47882-1110 | ROBERT L CARTER JR<br>LEOMA J CARTER<br>1724 RIDGEVIEW DRIVE<br>ARLINGTON, TX 76012-1945 |
| RON FORZIATI<br>245 RIVERSIDE AVE<br>MEDFORD, MA 02155 | ROY M ARTLEY<br>6396 WOODCREST RIDGE<br>CLARKSTON, MI 48346 |
| SANDRA MARTINEZ KARINA HERNANDEZ CHRISTIAN HERNAN<br>ATTN JACOB VIGIL<br>VIGIL LAW FIRM PA<br>2014 CENTRAL AVE SW<br>ALBUQUERQUE, NM 87104 | SANDRA MARTINEZ, KATRINA HERNANDEZ, JACOB VIGIL HER<br>C/O VIGIL LAW FIRM PA<br>2014 CENTRAL AVE SW<br>ALBUQUERQUE, NM 87104 |

| | |
|---|---|
| SELLECK, DELBERT D<br>720 W 4TH ST<br>PINCONNING, MI 48650-7020 | SHANA TUBBS, IND. & P.R. OF ESTATE OF BRETT ROSS, DECE<br>DANIEL O ROSE, ESQ.<br>KREINDLER & KREINDLER LLC<br>100 PARK AVENUE 18TH FLOOR<br>NEW YORK, NY 10017 |
| SHANE GAILEY<br>RONNIE L CROSBY, ESQUIRE<br>PETERS, MURDAUGH, PARKER, ELTZROTH & DETRICK PA<br>PO BOX 457<br>HAMPTON, SC 29924 | SHARPLEY, JAMES H<br>1211 23RD AVENUE<br>DECATUR, AL 35601-3672 |
| SHELDON SEVINOR TTEE<br>SJS TRUST U/A DTD 09/26/1995<br>496 LYNNFIELD STREET<br>LYNN, MA 01904-1423 | STATE FARM MUTUAL AUTOMIBILE INSURANCE COMPANY<br>ZEEHANDLER, SABATINO & ASSOCIATES, LLC<br>471 EAST BROAD STREET SUITE 1200<br>COLUMBUS, OH 43215 |
| STATE FARM MUTUAL AUTOMOBILE INS CO<br>PILLEMER & PILLEMER<br>14724 VENTURA BLVD #401<br>SHERMAN OAKS, CA 91423 | STATE FARM MUTUAL AUTOMOBILE INS. CO.<br>C/O PILLEMER & PILLEMER<br>14724 VENTURA BLVD #401<br>SHERMAN OAKS, CA 91403-3510 |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br>C/O ZEEHANDELAR SABATINO & ASSOCIATES LLC<br>471 E BROAD ST STE 1200<br>COLUMBUS, OH 43215 | STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br>C/O ZEEHANDELAR SABATINO & ASSOCIATES LLC<br>471 EAST BROAD STREET SUITE 1200<br>COLUMBUS, OH 43215 |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br>C/O ZEEHANDELAR SABATINO & ASSOCIATES LLC<br>471 EAST BROAD STREET SUITE 1200<br>COLUMBUS, OH 43215 | STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br>C/O ZEEHANDELAR, SABATINO & ASSOCIATES, LLC<br>471 E BROAD ST, STE 1200<br>COLUMBUS, OH 43215 |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br>ZEEHANDELAR SABATINO & ASSOCIATES LLC<br>471 EAST BROAD STREET STE 1200<br>COLUMBUS, OH 43215 | STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br>ZEEHANDELAR SAGATINO & ASSOCIATES LLC<br>471 EAST BROAD STREET STE 1200<br>COLUMBUS, OH 43215 |
| THRESHER, MAE<br>1064 POINCIANA DR<br>CARLISLE, OH 45005-3868 | UDO GUNZEL<br>16 RUE DE CERDAGNE<br>31170 TOURNEFEUILLE FRANCE |
| WEBER, ROBERT F<br>33550 N DOVE LAKES DR APT 2034<br>CAVE CREEK, AZ 85331-4545 | ZAIZAR, RAMIRO D<br>1852 EILEEN ST 3<br>YPSILANTI, MI 48198 |