**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al*., | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Kimberly Gargan, being duly sworn, depose and state:

1.    I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.    On August 12, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Additional Order Granting Debtors' Twentieth Omnibus Objection to Claims (Tax Claims Assumed by General Motors, LLC) [Docket No. 6642].

| Dated: August 16, 2010 | /s/ Kimberly Gargan |
| Melville, New York | Kimberly Gargan |

Sworn to before me this 16th day of August, 2010

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Qualified in Manhattan County
Commission Expires: May 19, 2012

# EXHIBIT A

| | |
|---|---|
| HUMBLE INDEPENDENT SCHOOL DISTRICT<br>CAROL O SANDIN<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>1235 NORTH LOOP WEST STE 600<br>HOUSTON, TX 77008 | HUTCHINSON COUNTY<br>ATTN D'LAYNE PEEPLES<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT LLP<br>PO BOX 9132<br>AMARILLO, TX 79105-9132 |
| HUTCHINSON COUNTY APPRAISAL DISTRICT<br>ATTN: D'LAYNE PEEPLES<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT LLP<br>PO BOX 9132<br>AMARILLO, TX 79105-9132 | KLEIN INDEPENDENT SCHOOL DISTRICT<br>CARL O SANDIN<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP<br>1235 NORTH LOOP WEST SUITE 600<br>HOUSTON, TX 77008 |
| MAGNOLIA INDEPENDENT SCHOOL DISTRICT<br>MICHAEL J DARLOW<br>PERDUE BRANDON FIELDER COLLINS & MOTT L L P<br>1235 NORTH LOOP WEST SUITE 600<br>HOUSTON, TX 77008 | MOORE COUNTY AND ENTITIES COLLECTED BY MOORE<br>ATTN: D'LAYNE PEEPLES<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP<br>PO BOX 9132<br>AMARILLO, TX 79105-9132 |
| NORTHWEST ISD<br>C/O ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | OCHILTREE COUNTY APPRAISAL DISTRICT<br>ATTN: D'LAYNE PEEPLES<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT LLP<br>PO BOX 9132<br>AMARILLO, TX 79105-9132 |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>P O BOX 280946<br>HARRISBURG, PA 17128-0946 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>P O BOX 280946<br>HARRISBURG, PA 17128-0946 |