**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| In re                                          | : | Chapter 11 |
|                                                | : |            |
| MOTORS LIQUIDATION COMPANY, *et al.*,          | : | Case No. 09-50026 (REG) |
|     f/k/a General Motors Corp., *et al*.,      | : |            |
|                                                | : |            |
|                    Debtors.                    | : | (Jointly Administered) |
|                                                | : |            |
------------------------------------------------------------------x

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss
COUNTY OF SUFFOLK      )

I, Kimberly Gargan, being duly sworn, depose and state:

1. I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On August 12, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Additional Order Granting Debtors' Seventeenth Omnibus Objection to Claims (Tax Claims Assumed by General Motors, LLC) [Docket No. 6643].

Dated: August 16, 2010                     /s/ Kimberly Gargan
       Melville, New York                  Kimberly Gargan

Sworn to before me this 16th day of August, 2010

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Qualified in Manhattan County
Commission Expires: May 19, 2012

# EXHIBIT A

| | |
|---|---|
| DEPARTMENT OF THE TREASURY - IRS<br>PO BOX 21126<br>PHILADELPHIA PA 19114 | DEPARTMENT OF THE TREASURY - IRS<br>1 CLINTON AVENUE & NO PEARL<br>ALBANY NY 12207-2335 |
| OHIO DEPARTMENT OF TAXATION<br>OHIO DEPARTMENT OF TAXATION, BANKRUPTCY DIVISION<br>30 EAST BROAD STREET, 23RD FLOOR<br>COLUMBUS OH 43216 | OHIO DEPARTMENT OF TAXATION<br>ATTN:  REBECCA L DAUM<br>ATTY BANKRUPTCY DIVISION<br>P O BOX 530<br>COLUMBUS OH 43216-0530 |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG PA 17128-0946 | STATE OF CONNECTICUT DEPT OF LABOR<br>UNEMPLOYMENT COMPENSATION DIVISION<br>DELINQUENT ACCOUNTS UNIT<br>200 FOLLY BROOK BOULEVARD<br>WETHERSFIELD CT 06109 |
| STATE OF HAWAII DEPARTMENT OF TAXATION<br>HAWAII STATE TAX COLLECTOR<br>ATTN BANKRUPTCY UNIT (EL)<br>PO BOX 259<br>HONOLULU HI 96809 | STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>CADILLAC PLACE STE 10-200<br>3030 W GRAND BLVD<br>DETROIT MI 48202 |
| STATE OF MICHIGAN, DEPARTMENT OF THE TREASURY<br>KATHLEEN A. GARDINER, ASST ATTY GENERAL<br>CADDILLAC PLACE<br>SUITE 10-200, 3030 W GRAND BLVD<br>DETROIT MI 48202 | |