Dated August 2010
Sanford, Fla
Petition

MOTORS LIQUIDATION COMPANY et al; f/k/a General Motors Corp., et al
Chapter 11 CASE NO
09-50026 REG

Fla. Crash report number 06459570 Latrell Barfield did not receive payment from Motors LIQUIDATION Company for the first claim. Latrell Barfield may be a victim of identity theft, mail fraud, mail tampering and illegal cell phone ease dropping; Latrell Barfield cellphone number is ▬▬▬▬▬▬▬. Also infringment on Latrell Barfield is suspected by suspects stealing Latrell Barfield claim form orignal crash and filing claims with Motors liquidation company. Latrell Barfield has owned several other General motors vehicles

LB7474

/s/ Latrell Barfield
Latrell Barfield

*[Handwritten top-left:]* Date Aug 08 10 10 Sanford, Fla petition

03796593
APS0709384572

**PROOF OF CLAIM**

**UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

Name of Debtor (Check Only One):
☒ Motors Liquidation Company (f/k/a General Motors Corporation)
☐ MLCS, LLC (f/k/a Saturn, LLC)
☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation)
☐ MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.)

Case No.
09-50026 (REG)
09-50027 (REG)
09-50028 (REG)
09-13558 (REG)

Your Claim is Scheduled As Follows:

*[Handwritten:]* 19,000.00 nineteen thousand dollars

*[Stamps:]* THE GARDEN CITY GROUP NOV - 2 2009

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case, but may be used for purposes of asserting a claim under 11 U.S.C. § 503(b)(9) (see Item # 5). All other requests for payment of an administrative expense should be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (the person or other entity to whom the debtor owes money or property): BARFIELD, LATRELL

Name and address where notices should be sent:
BARFIELD, LATRELL
PO BOX 1824
SANFORD, FL 32772-1824

Telephone number: 321-262-3255
Email Address:

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____ (If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed, June 1, 2009: $ 19,000.00
If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4. If all or part of your claim is entitled to priority, complete item 5. If all or part of your claim is asserted pursuant to 11 U.S.C. § 503(b)(9), complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: services performed/goods sold
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: 1589
71-723371589

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate ☑ Motor Vehicle ☐ Equipment ☐ Other
Describe:
Value of Property: $ 19,000.00 Annual Interest Rate ___ %
Amount of arrearage and other charges as of time case filed included in secured claim, if any: $ 00.00
Basis for perfection: CASH 71-723371589
Amount of Secured Claim: $ 19,000.00 Amount Unsecured: $ 00.00

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain in an attachment.

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Date: October 2, 09    Latrell D. Barfield    *[signature]* Latrell Denise Barfield

*[Handwritten left margin:]* LB7474

5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:
☑ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).
☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case – 11 U.S.C. § 503(b)(9) (§ 507(a)(2)).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

Amount entitled to priority: $ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

FOR COURT USE