# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | X  Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Kelsey-Hayes Company, a member of the Rasmussen Landfill PRP group c/o Scott D. Blackhurt<br>TRW Automotive, Inc.<br>12001 Tech Center Drive<br>Livonia, MI   48150 |
| Claim Number (if known): | 28397 |
| Date Claim Filed: | 11/16/2009 |
| Total Amount of Claim Filed: | $5,933,609 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.  I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 8/9/10

Print Name:   Scott D. Blackhurst

Title (if applicable): Senior Counsel - Environment

AUG 1 3 2010

US_ACTIVE:¥43219392¥02¥72240.0639

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | X Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | TRW Automotive U.S. LLC, a member of the Rasmussen Landfill PRP group c/o Scott D. Blackhurst<br>TRW Automotive, Inc.<br>12001 Tech Center Drive<br>Livonia, MI  48150 |
| Claim Number (if known): | 28398 |
| Date Claim Filed: | 11/16/2009 |
| Total Amount of Claim Filed: | $5,933,609 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.  I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 8/9/10

*[signature]*

Print Name:   Scott D. Blackhurst

Title (if applicable): Senior Counsel - Environment

---

AUG 1 3 2010