# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☐ Motors Liquidation Company, Case No. 09-50026 <br><br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br><br> ☐ MLCS, LLC, Case No. 09-50027 <br><br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br><br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | RELIANCE HOME COMFORT <br> PO BOX 2305 STN "A" <br> OSHAWA, ONTARIO  L1H 7U5 |
| Claim Number (if known): | 975 |
| Date Claim Filed: | 08/06/2009 |
| Total Amount of Claim Filed: | $654.27 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: AUG. 9/10

Print Name: JOHN B. COOK

Title (if applicable): LEGAL COUNSEL

AUG 1 6 2010

US_ACTIVE:¥43219392¥02¥72240.0639