# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | ☑ Motors Liquidation Company, Case No. 09-50026 <br><br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br><br> ☐ MLCS, LLC, Case No. 09-50027 <br><br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br><br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | Geoffrey J. Ogden <br> 2128 E. Gondola Lane <br> Gilbert, Arizona 85234 |
| Claim Number (if known): | 30915 |
| Date Claim Filed: | 11-20-2009 |
| Total Amount of Claim Filed: | USD$ 84,260.00 |

RECEIVED AUG 16 2010 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 08-09-2010

*[Signature: Geoffrey J. Ogden]*

Print Name: Geoffrey J. Ogden

Title (if applicable): GM Salaried/Retired

---

Reason: duplicate claim
CC; ALIX PARTNERS LLP

1