ALEXANDRA GRAWE DE FLORES

c/o: Herbert Grawe
Im Frohental 19
D-51371 Leverkusen
- Germany -
Telef.: +49 2173 414 56
Email: herbert_grawe@web.de

- registered letter -

The United States Bankruptcy Court
Southern Distrikt of New York
Att.: Motors Liquidation Company
One Bowling green

New York NY 10004 - 1408
- USA -



Dear Sir or Madam,

Cancelation of my Proof of Claim
Att.: Motors Liquidation Company (f/k/a General Motors Corporation)
Case No.: 09-50026 (REG)
Basis for Claim: ISIN XS0171943649 - 8.375 % debentures due July 5, 2033

Claims Register
Claim Number:       32671
Amount of a Claim:  EUR   40,873.18
Creditor:           Alexandra Grawe de Flores
Date Filed:         Nov. 20, 2009
Status:             Pending
Unliquidated

Were sold today. Please notice, that my Proof of Claim against the Motors Liquidation Company (f/k/a General Motors Corporation). Has become insubstantial.

Please acknowledge receipt of this letter.

Thanks a lot!

Sincerely yours

Leverkusen, August, 09th 2010

ALEXANDRA GRAWE DE FLORES