UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED

JUN 1 4 2010

### WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | [X] Motors Liquidation Company, Case No. 09-50026 |
| --- | --- |
| | [ ] MLC of Harlem, Inc., Case No. 09-13558 |
| | [ ] MLCS, LLC, Case No. 09-50027 |
| | [ ] MLCS Distribution Corporation, Case No. 09-50028 |
| | [ ] Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | [ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | FERNANDO BENAVIDES<br>3760 DOVER PL<br>LOS ANGELES, CA 90039 |
| Claim Number (if known): | 2920 |
| Date Claim Filed: | 10/2/2009 |
| Total Amount of Claim Filed: | $78,876.47 |

RECEIVED
AUG 1 8 2010
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 6 - 8 - 2010

Print Name: Fernando Benavides

Title (if applicable): NONE

Benavides
3760 Dover Pl
Los Angeles, CA 90039

**CERTIFIED MAIL**

7009 0960 0000 2873 1583

**RETURN RECEIPT REQUESTED**

Motors Liquidation Company
Attn: Claims Team
2101 Cedar Springs Road
Suite 1100
Dallas
TX 75201

U.S. POSTAGE PAID
LOS ANGELES, CA 90039
JUN 08, '10
AMOUNT $5.54
00094374-05