# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number:<br><br>**(please choose one)** | ☒ Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Kris Aldrich<br>c/o Kenneth Aldrich<br>410 N. Iris Lane<br>Laningsburg, MI 40848 |
| Claim Number (if known): | 14273 |
| Date Claim Filed: | 8/3/2010 |
| Total Amount of Claim Filed: | $00.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated:  8-13-10

Kenneth Aldrich

Print Name: Kenneth Aldrich

Title (if applicable):

-------------------------------------------------------------------------------------



1