09-50026 (Reg)
Motors Liquidation Co., et al
F/K/A General Motors Corp.

Claimant#7207
Glenda Frazier
140 Julia Court
Fayetteville, Georgia 30214
Amount: 19,061.00
Claim Date: October 9, 2009

July 22, 2010

I am responding to the paperwork sent regarding the 29th Omnibus claim as directed. I am still contending my valid claim against Motors Liquidation Co. et al F/K/A General Motors Corporation.

I filed a claim October 9, 2009 for 19,061.00. This is a valid claim for compensatory damages and expenses incurred to my car and my person for faulty engine and cooling defects in my 2003 Chevrolet Impala. General Motors was aware of this possible problem as noted in the recall of 2009 of the Engine and Cooling Systems Recalls of Buick Regals, Chevrolet Impalas, Grand Prix Vehicles and Monte Carlos. The consequences of this defect were engine compartment fires.

As a result, my engine spontaneously ignited into flames which caused my car to catch fire, totally demolishing my car, and injuring me upon trying to flee the vehicle before being trapped by fire.

I am requesting that my claim still be considered a valid product liability claim and subject to this claim be paid in full as requested for the amount of 19,061.00 initially stated upon submitted my claim against General Motors Corp.

Respectfully submitted,

Glenda Frazier
140 Julia Ct.
Fayetteville, Ga. 30214
(770) 572-4805



RECEIVED
JUL 30 2010
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK