John J. Hunter, Jr. (0034602)
Hunter & Schank Co. LPA
One Canton Square
1700 Canton Avenue
Toledo, Ohio 43604
(419) 255-4300
Fax (419) 255-9121
jrhunter@hunterschank.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

_____

In re:

General Motors Corp. *et al.*,                    Chapter 11

               Debtors,                    Case No. 09-50026 (REG)

                              (Jointly administered)

_____/

### <u>WITHDRAWAL OF CLAIM OF ZF FRIEDRICHSHAFEN AG</u>

Now comes, ZF Friedrichshafen AG, by and through counsel and withdraws its unsecured claim, filed November 30, 2009, with The Garden City Group, Inc. in the amount of $9,045,000.00 [Docket #65004].


Date: August 23, 2010                    Hunter & Schank Co. LPA

                                  /s/ John J. Hunter, Jr._____
                                  John J. Hunter, Jr. (0034602)
                                  (Admitted pro hac vice)
                                  Hunter & Schank Co. LPA
                                  One Canton Square
                                  1700 Canton Avenue
                                  Toledo, Ohio 43624
                                  (419) 255-4300
                                  Fax (419) 255-9121
                                  jrhunter@hunterschank.com