**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re                                                    :        Chapter 11
                                                         :
**MOTORS LIQUIDATION COMPANY,** *et al.,*        :        **Case No. 09-50026 (REG)**
        f/k/a General Motors Corp., *et al.,*    :
                                                         :
        Debtors.                                         :        **(Jointly Administered)**
                                                         :
------------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK       )
                        ) ss:
COUNTY OF SUFFOLK       )

I, Barbara Kelley Keane, being duly sworn, depose and state:

    1.    I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 105 Maxess Road, Melville, New York 11747.

    2.    Between August 19, 2010 and August 20, 2009, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors in the above-captioned case and pursuant to the **Notice of Debtors' Forty-Fourth Omnibus Objection to Claims [Docket No. 6654]**, I caused to be served a customized **Notice of Objection to Individual Debt Claims**, a copy of which is annexed hereto as Exhibit "A", upon each of the parties set forth in Exhibit "B" annexed hereto (affected parties) by depositing same in a sealed, postage paid envelope at a United States Post Office for delivery by the United States Postal Service via First Class Mail.

/s/ Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this
24th day of August 2010

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Qualified in Manhattan County
Commission Expires:  May 19, 2012

# EXHIBIT A

| PLEASE CAREFULLY REVIEW THIS NOTICE AS IT WILL AFFECT YOUR CLAIM IN THE GENERAL MOTORS CORPORATION (NOW MOTORS LIQUIDATION COMPANY) BANKRUPTCY CASE |
|---|

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                    :

In re                              :        **Chapter 11 Case No.**
                                      :

**MOTORS LIQUIDATION COMPANY, *et al.*,**    :        **09-50026 (REG)**
     **f/k/a General Motors Corp., *et al.***    :
                                      :

               **Debtors.**         :        **(Jointly Administered)**
                                      :
------------------------------------------------------------x

<u>NOTICE OF OBJECTION TO INDIVIDUAL DEBT CLAIMS</u>

**[Claimant Name]**

| Claim Information | | | | | Basis For Objection |
|---|---|---|---|---|---|
| **Date** | **Claim #** | **Debtor** | **Classification** | **Amount** | Claim is duplicative of a claim allowed for the indenture trustee on behalf of all Individual Bondholders |
| | | | | | |

      **PLEASE TAKE NOTICE THAT**, on August 13, 2010, Motors Liquidation Company (formerly known as General Motors Corporation) and its affiliated debtors, as debtors in possession (the "**Debtors**"), filed an objection to your proof of claim identified above.  The name of the objection is the Debtors' _____ Omnibus Objection to Claims (Duplicate Debt Claims) (the "**Objection**").

         **You have received this notice because the Debtors have objected to your proof of claim and your rights will be affected.**

         **You should read this notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**

**A copy of the full Objection can be viewed at
http://www.motorsliquidationdocket.com/bond.php3. Or, you may
request a complete copy of the Objection at the Debtors' expense, by
contacting the Debtors at 1-800-414-9607, or by sending an e-mail to
claims@motorsliquidation.com.**

The reason for the Objection is that your claim is duplicative of two global claims filed

on your behalf (and on behalf of all affected bondholders) by Wilmington Trust Company

("**WTC**"), as the indenture trustee for your General Motors Corporation bonds. An indenture

trustee is an entity that manages a bond issuance for the benefit of the individual bondholders,

and handles all the administrative aspects of the bond issuance. The claims filed by WTC ensure

your interests are protected with respect to the interest, principal, and trustee fees under your

bonds. You will be entitled to receive a distribution on account of such interests through the

global proofs of claim filed by WTC, and the disallowance of your individual claim will not

affect such interests. If you have additional claims with respect to your bonds beyond interest,

principal, and trustee fees, such claims will be disallowed pursuant to this Objection. A copy of

the        stipulation        allowing        the        claims        of        WTC        can        be        viewed        at

**http://www.motorsliquidationdocket.com/bond.php3.**

**YOU WILL NOTICE THAT** the Objection requests that the Bankruptcy Court expunge

and disallow your claim listed above on the ground that your claim is duplicative of the global

claim filed by WTC. **Any claim that the Bankruptcy Court expunges and disallows will be

treated as if it had not been filed, and you will not be entitled to any distribution from the

Debtors' estates on the claim you filed.**

If you disagree with the Objection's treatment of your claim, you may call the Debtors to

try and resolve your concerns at **1-800-414-9607**. If you are unable to resolve your concerns

with the Debtors before the deadline to respond, then you <u>must</u> file and serve a written response

(a "**Response**") to the Objection in accordance with this notice and you <u>must</u> appear at the Hearing described below.

You may participate in the Hearing telephonically provided that you comply with the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider."  You must also provide prior written notice by mail or e-mail of your telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Russell Brooks, Esq. (russell.brooks@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Jennifer Sharret, Esq. (jsharret@kramerlevin.com)).

**If you do not oppose the disallowance and expungement of your claim, then you do not need to file a Response or appear at the Hearing.**

<u>**PLEASE TAKE FURTHER NOTICE THAT**</u> a hearing (the "**Hearing**") on the Objection is scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on **September 24, 2010 at 9:45 a.m. (Eastern Time)**.  If you file a Response to the Objection, you should plan to appear at the Hearing either in person or telephonically.  The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to your claim.  If the Debtors do continue the Hearing with respect to your claim, then the Hearing will be held at a later date.  If the Debtors do not

continue the Hearing with respect to your claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **September 17, 2010 at 4:00 p.m. (Eastern Time)**.  Only those Responses that are timely will be considered at the Hearing.  Your Response will be deemed timely only if it is:  (a) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing system (The User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov) before the deadline for Responses **or** (b) **actually** received on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format **and** in hard copy at each of the following addresses on or before the deadline for response:

      A.      Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;

      B.      Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and

      C.      Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Jennifer Sharret, Esq.).

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the number of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the

4

extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person that can be contacted in connection with the Objection.

If the Bankruptcy Court does NOT disallow and expunge your claim listed above, then the Debtors have the right to object on other grounds to your claim (or to any other claims you may have filed) at a later date.  You will receive a separate notice of any such objections.

If you have any questions about this notice or the Objection, please contact the Debtors at **1-800-414-9607**.    CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

**PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief requested in the Objection without further notice or a hearing if you fail to file a timely Response or appear at the Hearing.**

Dated: New York, New York
        August 18, 2010

WEIL, GOTSHAL & MANGES LLP
Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT B

CAROL WIEBALK
1751 NETTO CT
CONCORD, CA 94521-2250

CAROLE A BURNETTE (IRA)
FCC AS CUSTODIAN
10161 CARDINAL DRIVE
ORRSTOWN, PA 17244-8600

CAROLE A BURNS
64 TWILIGHT RD
ROCKY POINT, NY 11778

CAROLE AARON
STANLEY AARON TTEE
U/A/D 04/06/94
FBO CAROLE AARON
4065 HIDDEN WOODS DRIVE
BLOOMFIELD HILLS, MI 48301-3130

CAROLE BOND
2 THE SPOUT
SMITHTOWN, NY 11787

CAROLE C JACOBS
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
100 THORNDALE DR APT 107
SAN RAFAEL, CA 94903-3581

CAROLE CRAIG
4962 RIVERSEDGE DR
TROY, MI 48098

CAROLE CUFONE
509 SLIPPERY ROCK WAY
CAROLINA SHORES, NC 28467

CAROLE E SANDIN
7096 IRON SIDING DR
HELENA, MT 59602

CAROLE GUINTA WISNER TTEE
CAROLE G WISNER TRUST
U/A DTD 02/28/1991
839 E MORNINGSIDE DR
LAKE FOREST, IL 60045-4029

CAROLE HOFFMAN IRA
FCC AS CUSTODIAN
76 EVERGREEN AVE
ELMIRA, NY 14905-1808

CAROLE HOFFMAN IRA
SIDNEY S HOFFMAN
76 EVERGREEN AVE
ELMIRA, NY 14905-1808

CAROLE J AND HAROLD W MELANDER
254 RAINBOW DR PMB 15486
LIVINGSTON, TX 77399

CAROLE J BOWSER
239 OVERBROOK RD
VALENCIA, PA 16059

CAROLE J ROBERTS
PO BOX 361
PATTON, CA 92369-0361

CAROLE JOYCE ASHBAUGH
931 COURTNEY COURT
CONCORD, NC 28025

CAROLE K PUTMAN
935 RAVENWOOD WAY
CANTON, GA 30115

CAROLE KEENEY HARRINGTON
2104 PELHAM DR
HOUSTON, TX 77019

CAROLE L GROB
DONALD L GROB
107 YEALEY DR
FLORENCE, KY 41042

CAROLE L MARTIN
8510 ROHRER RD
ORRVILLE, OH 44667-9150

CAROLE L STEINBAUER
482 HARVEST LN
FRANKENMUTH, MI 48734-1218

CAROLE L STEINBAUER
MLPF&S CUST FPO
482 HARVEST LN
FRANKENMUTH, MI 48734-1218

CAROLE M WEBER
408 ALISHA LANE
FAIRBORN, OH 45324

CAROLE PADFIELD
116 FOX TRACE CT
AIKEN, SC 29803

CAROLE POPEIL REV TRUST
CAROLE POPEIL TTEE UA DTD
09/17/93
FBO CAROLE POPEIL
9740 DONATO WAY
LAKE WORTH, FL 33467-7057

CAROLE R ARMIGER TTEE
CAROLE R ARMIGER TRUST
UAD 01/09/95
4907 LAKE RIDGE COURT
VALPARAISO, IN 46383-0835

CAROLE SHENKMAN (IRA)
FCC AS CUSTODIAN
10926 DOLPHIN PALM CT
BOYNTON BEACH, FL 33437-8232

CAROLINE A VANVRANKEN
PSC 103 BOX 3299
APO, AE 09603

CAROLINE JOISTEN
STEINKLEESTRAßE 20 A
FRANKFURT GERMANY 60435

CAROLINE LEHMAN
10300 ANTIETAM AVE
FAIRFAX, VA 22030-2104

CAROLYN A FITZPATRICK REV LIVING TR U/A DTD 10/17/02
CAROLYN A FITZPATRICK TTEE
7556 VISTA DRIVE
CEDAR HILL, MO 63016

CAROLYN C THORSEN
50 BISCAYNE DR NW UNIT 5114
ATLANTA, GA 30309-2068

CAROLYN CHAPMAN
17889 CR 4108
LINDALE, TX 75771-6341

CAROLYN COMBS VAUGHT
1704 PRINCETON DR
ARLINGTON, TX 76015-1324

CAROLYN D CLINE 2009 IRREV TRUST
WILLIAM E PATTEN ESQ
ATTORNEY FOR CREDITOR
ONE WEST THIRD ST #900
TULSA, OK 74103

CAROLYN D WHIPPLE TTEE
WHIPPLE CHARITABLE REM U/A DTD 09/17/1998
C/O GIFT ADMIN SERVICES INC
6100 W 96TH ST STE 120
INDIANAPOLIS, IN 46278-6006

CAROLYN DAUB
4 LEXINGTON RD
ANNANDALE, NJ 08801-3325

CAROLYN DAY RUSSELL
2016 DODSON RD
PETERSBURG, VA 23805

CAROLYN F HOWTON
3409 LITTLE JOHN DR
MONTGOMERY, AL 36109

CAROLYN FORREST
324 CONSTITUTION DR
CHILLICOTHE, OH 45601

CAROLYN GAVLIN TRUST
CAROLYN GAVLIN TTEE
CAROLYN GAVLIN TRUST U/A DTD 4/15/97
6500 KENTON AVE
LINCOLNWOOD, IL 60712-3433

CAROLYN GIBSON REV TRUST
CAROLYN GIBSON TTEE
U/A/D 10/31/96
2120 SOUTH MAINTOU CIRCLE
MUSKEGON, MI 49441-4212

CAROLYN GORSKI
1188 INCA TRAIL
LAKE ORION, MI 48362

CAROLYN H HART
1520 PELICAN POINT DR
UNIT 153
SARASOTA, FL 34231-6725

CAROLYN HALDAR
CGM IRA CUSTODIAN
5660 EAST PASEO CIMARRON
TUCSON, AZ 85750-1103

CAROLYN HAVINS
722 BROWN ST
LAMPASAS, TX 76550

CAROLYN HINKLE
551 INDIAN CREEK
ANDERSON, MO 64831

CAROLYN I CONNER IRA
FCC AS CUSTODIAN
2400 NEWNING
SCHERTZ, TX 78154-2734

CAROLYN I CONNER IRA
FCC AS CUSTODIAN
2400 NEWNING
SCHERTZ, TX 78154-2734

CAROLYN J MYERS REV LVGN TRUST
CAROLYN J MYERS TTEE
U/A DTD 7/14/92
316 LANDING DR
LEES SUMMIT, MO 64064-1580

CAROLYN J SLAGHT/MICHAEL J SLAGHT JT TEN/ WROS
3717 HYNDS BLVD
CHEYENNE, WY 82001-1004

CAROLYN J TREES
CGM IRA CUSTODIAN
1826 SOUTH 8TH STREET
ST LOUIS, MO 63104-4061

CAROLYN JAMROZ IRA
C/O CAROLYN JAMROZ
2589 FOX CHASE DR
TROY, MI 48098

CAROLYN JANE SHAFFER
TOD JIMMIE D. SHAFFER
SUBJECT TO STA RULES
2048 GOOSE CREEK DRIVE
FRANKLIN, TN 37064-5063

CAROLYN L BLOCKER
1900 DEERFIELD CT
OXON HILL, MD 20745-3725

CAROLYN LOGAN
1133 PARK AVENUE APT 11W
NEW YORK, NY 10128-1246

CAROLYN M MYERS
291 SEA TRAIL DR W
SUNSET BEACH, NC 28468

CAROLYN M PURVIS
6380 W 4505
COLUMBUS, IN 47201-4788

CAROLYN MAY KACMER
119 MICHAEL ROAD
OAKDALE, NY 11769-1824

CAROLYN R DAVIS
1415 FOXGLOVE LANE
FORT WAYNE, IN 46808-4807

CAROLYN R SCOTT
CGM IRA CUSTODIAN
10133 FAIRGATE WAY
HIGHLANDS RANCH, CO 80126-7857

CAROLYN R THOMPSON
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
196 DELTA BREEZE CT
ROSEVILLE, CA 95747-8196

CAROLYN R TITUS
4 JUDGE CANAN DR
CROWLEY, LA 70526-2306

CAROLYN S LAVENDER IRA
FCC AS CUSTODIAN
39 LANEY ROAD
PHENIX CITY, AL 36869-3138

CAROLYN THOMAS
739 YORKWOOD PLACE
LOUISVILLE, KY 40223

CAROLYN W RICE
6981 MICHELE DR
ROSCOE, IL 61073-9171

CAROLYNN ROOVER
19339 N TALLOWOOD WAY
SURPRISE, AZ 85387

CARRIE JANE WATKINS
277 WEST MAIN ST
WEST WINFIELD, NY 13491

CARRIE M LAMPINEN
6024 CLAIRMONT 20.3 LN
GLADSTONE, MI 49837

CARRIE MILLER
22 SPRING HOLLOW RD
OLD TAPPAN, NJ 07675-7472

CARRIE SMITH
5735 NE 16TH AVENUE
PORTLAND, OR 97211

CARROL ELLISON
6906 BRIARWOOD DR
LITTLE ROCK, AR 72205

CARROLL E AGNEW III
373 OLEANDER DR
PAWLEYS ISLAND, SC 29585

CARROLL G. WHITMORE
2866 FLINT AVENUE
HARRISONBURG, VA 22801-4728

CARROLL ROBBINS
341 DAIRY RIDGE RD
SPARTANBURG, SC 29302

CARSON T BREWER
PO BOX 1554
SMYRNA, TN 37167

CARTER B S FURR
ONE COLLEY AVE
APT # 1702
NORFOLK, VA 23510

CARTER G RYAN
DESIGNATED BENE PLAN/TOD
477 LAND OR DR
RUTHER GLEN, VA 22546-1223

CARUNCHIO FAMILY TRUST
C/O HENRY CARUNCHIO
6400 LAGO CIRCLE
SLOUGHHOUSE, CA 95683-9246

CARVER FAMILY TRUST
UA 9/11/03 MARY LOUISE CARVER TRUSTEE
101-2 SUN VALLEY COURT
WHEELERSBURG, OH 45694

CARY S MAXWELL
2801 PEACHTREE PLACE
AUGUSTA, GA 30909-5221

CARYL K ARCKEY
#202
755 BENTWATER CIRCLE
NAPLES, FL 34108

CARYL M SHERMAN
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA
37030 FAIRMOUNT BLVD
CHAGRIN FALLS, OH 44022-6661

CARYLEE A ADAMUSHKO-FILI
8 KAREN RD
GLEN COVE, NY 11542

CARYLEE A ADAMUSHKO-FILI
8 KAREN RD.
GLEN COVE, NY 11542-3207

CASEY BENNETT
14301 MULHOLLAND DRIVE
LOS ANGELES, CA 90077

CASEY BENNETT
14301 MULHOLLAND DRIVE
LOS ANGELES, CA 90077-1709

CASIMER A KOWALCZYK
3909 FOREST AVE
BROOKFIELD, IL 60513-2121

CASIMER L SZEWCZYK
57161 CLONA CT
SOUTH BEND, IN 46619

CASMERE HOIN
1644 BOULDER CT
ROCHESTER HILLS, MI 48306

CASPER F PIERDOMENICO
13173 MENTEGO ST
SPRING HILL, FL 34609

CASPER F PIERDOMENICO (IRA)
FCC AS CUSTODIAN
13173 MONTEGO ST
SPRING HILL, FL 34609-4352

CASSANDRA C. ZIMMERMAN TRUST
CASSANDRA C ZIMMERMAN
18728 BLOOMFIELD RD
OLNEY, MD 20832

CASSANDRA J DAMIS
4811 N VISSCHER
TACOMA, WA 98407-2108

CATHALEEN SALMON
401 TRUMAN
CLINTON, MO 64735

CATHARINE W ZAHRT
C/O MARY ADAMS
3409 60TH ST
LUBBOCK, TX 79413-5405

CATHERINE A AMSTERDAM
1012 N HILLCREST RD
BEVERLY HILLS, CA 90210-2613

CATHERINE A POPE
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
5100 DUPONT BLVD APT 4L
FORT LAUDERDALE, FL 33308-4308

CATHERINE A POPE TTEE
CATHERINE A POPE REV TRUST
U/A DTD 02/04/2000 FBO L BEAL
5100 DUPONT BLVD APT 4L
FORT LAUDERDALE, FL 33308-4308

CATHERINE A SMITH
CHARLES SCHWAB & CO INC.CUST
ROTH CONVERSION IRA
6059 COUNTY LINE RD
DURAND, MI 48429-9602

CATHERINE A WIEST
9820 SOUTH PULASKI
APT 315
OAKLAWN, IL 60453-4190

CATHERINE C WARD
1324 PASADENA AVE
APT 105
S PASADENA, FL 33707-3740

CATHERINE CAMPANALE INH IRA
BENE OF GRACE CHODKOWSKI
CHARLES SCHWAB & CO INC CUST
110 E RICHMOND AVE
WILDWOOD CREST, NJ 08260-3361

CATHERINE F PRUS TTEE
CATHERINE F PRUS TRUST U/A
DTD 11/09/1993
333 N PORTAGE PATH #33
AKRON, OH 44303-1252

CATHERINE G GLYNN TOD
PRESCOTT GEE GLYNN
SUBJECT TO STA RULES
43 EAST PARK DRIVE
HORSE SHOE, NC 28742-9629

CATHERINE H BULMER
7584 VOGELS WAY
SPRINGFIELD, VA 22153-1826

CATHERINE I CAMPBELL
269 OXFORD COMMONS
400 WESLEY DR
ASHEVILLE, NC 28803-2002

CATHERINE J. SLORACH
615 SCHUMAKER LN
SALISBURY, MD 21804-9118

CATHERINE L CARLEY
475 MOUNT VERNON HWY
C 227
MT VERNON VILLAGE
ATLANTA, GA 30328-4170

CATHERINE M & EILEEN C HUTTO &
DOUGLAS JOHNSON TTEE FBO CATHERINE
& EILEEN C HUTTO TRUST DTD 2/27/76
PO BOX 80880
SAN MARINO, CA 91118-8880

CATHERINE M KARBONIC
25 NUTMEG AVE
ENFIELD, CT 06082

CATHERINE M MAROCA
REVOCABLE LIVING TRUST DTD 3/8/04
130 ROBERTA DR
UNIONTOWN, PA 15401

CATHERINE M. ZIELINSKI
CGM IRA ROLLOVER CUSTODIAN
CATHERINE M. ZIELINSKI
118 SHINGLE OAK DRIVE
LOVELAND, OH 45140-7740

CATHERINE MAININI IRA
JPM CC CUST
129 CRYSTAL CT
SAN BRUNO, CA 94066-4718

CATHERINE NORTHRUP
386 BEACON AVE
JAMESTOWN, RI 02835

CATHERINE PAZANDAK
2014 SOUTH 14TH STREET
ST CLOUD, MN 56301

CATHERINE POLLARD
AMERIPRISE FINANCIAL SERVICES, INC
401 FRANKLIN AVE., SUITE 101
GARDEN CITY, NY 11530

CATHERINE PRIORE TTEE
CATHERINE E PRIORE REV TRUST U/A
DTD 07/25/1991
900 DIAMOND CIRCLE UNIT 905
NAPLES, FL 34110-3360

CATHERINE R WARREN CROWL
AMA ACCOUNT
2303 DALE DRIVE
FT WAYNE, IN 46819-1605

CATHERINE S JASPERSEN
1418 EVERGREEN DR
LEWISVILLE, TX 75067-3329

CATHERINE SCOTT TTEE
CATHERINE SCOTT LVG TR
UAD 02/21/2007
27203 280TH ST
UNDERWOOD, IA 51576-3605

CATHERINE T SHAHEEN
821 COVELL AVE NW
GRAND RAPIDS, MI 49504

CATHERINE W DIAMOND
4235 WILKINSON WAY
MOBILE, AL 36608-2610

CATHI COOPER
14 WYNDOVEN LANE
COS COB, CT 06807

CATHOLIC FAMILY FRATERNAL OF TEXAS - KJZT
C/O JEROME A BROWN
ATTY FOR CATHOLIC FAMILY FRATERNAL OF TEXAS - KJZT
PO BOX 1667
VICTORIA, TX 77902

CATHY A KRAFVE
18031 S SHORE DR
FLINT, TX 75762

CATHY YIZHONG CHEN
135 MELANIE DR
EAST MEADOW, NY 11554-1436

CAYWOOD METCALF
214 STANFORD ST
LANCASTER, KY 40444

CE COUGHLIN
3252 BRIDGE RIDGE DR
ST LOUIS, MO 63725-5518

CECELIA A HAXTER
20111 EAGLE GLEN WAY
ESTERO, FL 33928-3033

CECELIA E BARRIOS
CECELIA E BARRIOS IRA
5026 E 4TH ST
TUCSON, AZ 85711-2110

CECELIA J STOLLER &
EDWIN L STOLLER JT TEN
3877 CARAMBOLA CIRCLE NORTH
COCONUT CREEK, FL 33066-2446

CECELIA M TOBIN
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
1529 MIRAMAR
BALBOA, CA 92661-1431

CECELIA N BEST
CGM IRA CUSTODIAN
11013 BOCA WOODS LANE
BOCA RATON, FL 33428-1837

CECELIA VITALE
4820 FRICH DRIVE
PITTSBURGH, PA 15229

CECELIA VITALE
4820 FRICH DRIVE
PITTSBURGH, PA 15229

CECELIA W DESPORTES & AUBREY S DESPORTES
184 BELLE LINDLER RD
GILBERT, SC 29054-8859

CECIL A BENJAMIN & ALBERTHA L BENJAMIN JTWROS
347 MT HOPE BLVD
HASTINGS ON HUDSON, NY 10706-2606

CECIL A BENJAMIN IRA
347 MOUNT HOPE BLVD
HASTINGS ON HUDSON, NY 10706-2606

CECIL A NUTTER
CECIL NUTTER TR
270 ROUNDUP RD
GLENDORA, CA 91744-3842

CECIL M RHOADS
910 IRVINEDALE DR
ANKENY, IA 50023-8724

CECIL M RHOADS
910 IRVINEDALE DR
ANKENY, IA 50023-8724

CECIL R TURNER
309 BEECHWOOD DR
GREER, SC 29651-5546

CECILE A STOKES
565 HILLWOOD DR
COOKEVILLE, TN 38506

CECILE DUVALOOIS
66 W END AVE
POMPTON PLNS, NJ 07444-1229

CECILE DUVALOOIS
C/O MERRILL LYNCH
GLOBAL WEALTH MANAGEMENT
PO BOX 4093
CHESTERFIELD, MO 63006-4974

CECILE FISHMAN
CGM IRA CUSTODIAN
270 10 GRAND CENTRAL PARKWAY
APT 33S
FLORAL PARK, NY 11005

CECILIA B LANGLAND
5901 ELLEN'S FERRY DR APT. 132
BOISE, ID 83703-3186

CECILIA J FAW REV LIVING TRUST
4537 FAIRWAY DR
NORTH PORT, FL 34287-6109

CECILIA J FAW REV LIVING TRUST
UAD 09/03/92
CECILIA J FAW TTEE
3419 BUSS DR
COMMERCE TWP, MI 48390-1213

CECILLE P VENTRY TRUST
CECILLE P VENTRY
AMY L VENTRY CO-TTEES UA DTD
11/24/92
53 E MALL DR
MELVILLE, NY 11747-2322

CELESTINE I REMLINGER TTEE
JERRY L REMLINGER TRUST
DTD 10-14-94
32755 WASHINGTON LOOP DR
PUNTA GORDA, FL 33982

CELIA AND MITCHELL GENDLOFF
24573 FAIRWAY HILLS DR
NOVI, MI 48374

CELIA CHALARON DAVIS
1608 JANE ST
NEW IBERIA, LA 70563-1415

CELIA CHAVEZ DE GARCIA TERRES
REFORMA 1310
LOMAS DE CHAPULTEPEC
MEXICO DF 11000 MEXICO

CELIA L COLEY LIFETIME TRUST
U/A DATED 6/23/93
CELIA L COLEY TRUSTEE
568 WESTWOOD RD
ALEXANDER CITY, AL 35010-3749

CELIA M O'CONNOR (IRA)
FCC AS CUSTODIAN
4253 LAKE CHAPIN BLUFF
BERRIEN SPRINGS, MI 49103-9242

CELIA M OCONNOR IRA
FCC AS CUSTODIAN
4253 LAKE CHAPLIN BLUFF
BERRIEN SPRINGS, MI 49103-9242

CELINE PENN FORRESTER
1442 NASHVILLE
NEW ORLEANS, LA 70115-4353

CENTER FOR ISRAELI INVESTMENTS IN CANADA LTD
4, NOF-HARIM
JERUSALEM 96190  ISRAEL

CESAR J / DOROTHY M LANDAETA
2 KENSINGTON CIRCLE
BELVIDERE, NJ 07823

CESARE LIPPA TTEE
3800 HILLCREST DR APT 504
HOLLYWOOD, FL 33021

CFAA
COMMUNITY FOUNDATION FOR
ACADEMIC ACHIEVEMENT
ATTN: LARRY EVERS
P.O. BOX 10
DWIGHT, IL 60420-0010

CGM IRA CUSTODIAN FOR DAVID DINSMORE
116 TAYSIDE
WILLIAMSBURG, VA 23188

CHAD PEW
7703 HOLIDAY VALLEY DR NW
OLYMPIA, WA 98502

CHAIM PLEWINSKI LIV TR DTD 6/19/02
CHAIM PLEWINSKI TTEE
20610 NE 22ND PL
NORTH MIAMI BEACH, FL 33180-1325

CHAK L WON
46 EMMA PLACE
EATONTOWN, NJ 07724

CHALES E MCNAUGHT LIV TRUST
U/A DTD 11/11/1997
CHARLES E MCNAUGHT TTEE
PO BOX 33094
PHOENIX, AZ 85067-3094

CHALMER TOLSON
WEDBUSH SECURITIES CTDN
IRA CONTRIBUTORY 05/22/2008
PO BOX 496
WOODCARE, CA 94973

CHANDLER C HUNT TTE
CHANDLER C HUNT
PO BOX 216
SIERRA CITY, CA 96125-0216

CHANDLER JR, SHELDON L
9261 OZGA ST
ROMULUS, MI 48174-1335

CHANDRA P. PATHAK & MANGULA S PATHAK JTWROS
343 RED EAGLE CIRCLE
RIDGELAND, MS 39157

CHANGDA ZHENG
9835 BUCKINGHAM DR
EDEN PRAIRIE, MN 55347-3105

CHAO-KENG TSAI
C/O WEN-CHING TSAI
10538 MCCLELLAN PLACE
CUPERTINO, CA 95014

CHAPMAN, DEBORAH E
52412 BELLE ARBOR
SHELBY TOWNSHIP, MI 48316-2907

CHARELS E & NANCY L HALLMAN
CHARLES E HALLMAN
9010 JOYCE LANE
HUMMELSTOWN, PA 17036

CHARELS LOUIS FRANZETTI
MR AND MRS C FRANZETTI
1850 WILLIAMSBRIDGE RD
BRONX, NY 10461

CHARLEEN A MORRIS &
WILLIAM SCOTT MORRIS JT TEN
507 SW 7TH STREET
CAPE CORAL, FL 33991-2585

CHARLEEN TUZIK
9625 S KOLIN
OAK LAWN, IL 60453-3228

CHARLENE E CAPPOEN
CHARLENE CAPPOEN
18025 NE CHEHALEM DR
NEWBERG, OR 97132-6412

CHARLENE JEZEK REV LIV TRUST
CHARLENE JEZEK TRUSTEE
BOX NBU 7605
PRAGUE, OK 74864-0994

CHARLENE R MOEHLING/MLPF&S CUST FPO
MLPF& S CUST FPO
CHARLENE R MOEHLING IRA
FBO CHARLENE R MOEHLING
621 N GIBBONS AVE
ARLINGTON HTS, IL 60004-5824

CHARLES & DOROTHY RANEY
806 SUNSET ST
IOWA CITY, IA 52246

CHARLES & ELIZABETH BRINTON TRS FBO
CHARLES & ELIZABETH BRINTON RLT
UA JAN 30TH 1998
1606 SHADYBROOK RD
WILMINGTON, DE 19803-4009

CHARLES & FRANCES GUERRY
1204 DRIVERS CIRCLE
ROCHY MOUNT, NC 27804

CHARLES & INGRID VINCENT TTEES
VINCENT TRUST OF 1990
3940 FRESHWIND CIR
WESTLAKE VILLAGE, CA 91361

CHARLES & JANET ERBSTOESSER
14734 CLOVER GLEN LN
LITTLE FALLS, MN 56345

CHARLES & LINDA CLINE
C/O WILLIAM E PATTEN ESQ, ATTY FOR CREDITOR
ONE WEST THIRD ST, #900
TULSA, OK 74103

CHARLES & MARGARET GILMORE
C/O CHARLES GILMORE
BOX 44
BEDMINSTER, PA 18910

CHARLES & SHIRLEY STARMAN
53097 HILLSBORO DR
CHESTERFIELD TWP, MI 48051

CHARLES A CUTNEY
P.O. BOX 173
WALLKILL, NY 12589-0173

CHARLES A FARMER
545 COUNTRY CLUB DR
TITUSVILLE, FL 32780

CHARLES A HILL
P O BOX 35738
HOUSTON, TX 77235-5738

CHARLES A MASTERS JR
163 LOG YARD LANE
TOWNSEND, DE 19734

CHARLES A RAUPERS
1060 AMBOISE DR
MARION, OH 43302

CHARLES A RUHL III IRA
27 BRYAN AVE
MALVERN, PA 19355

CHARLES A SMITH
1233 TOWN CENTER DRIVE
FORT COLLINS, CO 80524-1790

CHARLES A WARREN
370 S OBENCHAIN RD
EAGLE POINT, OR 97524

CHARLES A WYMAN &
BARBARA J WYMAN JT WROS
17378 WESTGROVE DR
MACOMB, MI 48042-3532

CHARLES A. PRUDHOM &
PATRICIA C. PRUDHOM
JT TEN
104 HOLLYBERRY LANE
GEORGETOWN, TX 78633-4876

CHARLES ADAMS
6965 BLOUGH AVE SW
NAVARRE, OH 44662

CHARLES AND EVELYN WINKELS
5816 AMELIA ST
SPRINGFIELD, VA 22150-3823

CHARLES AND MARY JANE MATTINA
176 HUBBARD ST
LENOX, MA 01240-2332

CHARLES ARMBRUST
839 PIERCE LAKE RD
FAIRMONT, MN 56031

CHARLES ASHCRAFT
BEERS MALLERS BACKS & SALIN, LLP
ATTN: JOSHUA A BURKHARDT
110 W BERRY ST, SUITE 1100
FORT WAYNE, IN 46802

CHARLES B BRAKEFIELD, JR
2921 BUOY CIRCLE NE
TUSCALOOSA, AL 35406

CHARLES B CASTO  WANDA L CASTO
CHARLES B CASTO
7500 PARK MILL CT
DERWOOD, MD 20855-1131

CHARLES B MAJOR CHARITABLE REMAINDER UNITRUST
MAYER E GUTTMAN  TRUSTEE
502 WASHINGTON AVE
8TH FL
TOWSON, MD 21204

CHARLES B NICKELS &
WANDA R NICKELS JT TEN
TOD ACCOUNT
24349 STANTON RD
NORTH LIBERTY, IN 46554-9463

CHARLES B SIMMONS
36 LIBRARY LANE
SIMSBURY, CT 06070-2110

CHARLES BLANTON BLACKBURN & VIRGINIA BOWMAN BLACK
JT TENANTS
4711 CHICKASAW RD
MEMPHIS, TN 38117

CHARLES BLESSINGER
1412 VIXEN COURT
NEW ALBANY, IN 47150-9658

CHARLES BUSSIERES
2121 RUE DU BOIS JOLI
QUEBEC, QC, GIT IE6 CANADA

CHARLES C MUCHNICKI
2151 SW 93RD WAY
DAVIE, FL 33324

CHARLES C PARKS AND
C THOMAS PARKS TTEES
CHARLES C PARKS LIVING TRUST
DTD 04/04/03
807 GREENWAY COURT
DERBY, KS 67037-2816

CHARLES C SULLIVAN III
934 W MAIN ST
BROWNSVILLE, TN 38012-2433

CHARLES CLEMANS
14730 SE 45TH CT
BELLEVUE, WA 98006

CHARLES CLEMONS JR.
CGM IRA CUSTODIAN
840 MARINERS PT.
RODEO, CA 94572-2002

CHARLES CUNTER JR
120 SOUTHVIEW
HOT SPRINGS, AR 71913

CHARLES D HOWARD
1115 BERKELEY CT
LONGMONT, CO 80503

CHARLES D LINDSAY
13709 BARBADOS DR
SEMINOLE, FL 33776

CHARLES D. RICKERHAUSER JR
CGM IRA CUSTODIAN
3216 DUVAL DR
PLANO, TX 75025-4516

CHARLES DANGLER
6645 COUNTY ROAD 12
NAPLES, NY 14512-9773

CHARLES DAVID GOTTLIEB  DIANE T GOTTLIEB
C/O GOTTLIEB
473 NORTH ST
BURLINGTON, VT 05401

CHARLES DAVID HAWN SR
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
936 VIA DEL MONTE
PALOS VERDES ESTATES, CA 90274-1616

CHARLES DAVIS TTEE
CHARLES DON DAVIS TRUST U/A
DTD 09/30/1986
8005 SEVILLE DR
NORTH RICHLAND HILLS, TX 76182-8772

CHARLES DAY
& ANN DAY JTWROS
P.O. BOX 2390
ALTO, NM 88312-2390

CHARLES DEMORA  IRENE DEMORA
PO BOX 116
CANTON, CT 06019-0116

CHARLES DRAPER
128 LAKE PARK PLACE
FAIRMONT, MN 56031-2138

CHARLES E & KATHLYN F TERRY
313 SYRACUSE PL
RICHARDSON, TX 75081-3918

CHARLES E BURFORD
PO BOX 748
MAYSVILLE, OK 73057

CHARLES E CARTER
3962 WHISPERING OAKS PL
VA BEACH, VA 23455

CHARLES E COMER &
JEAN R COMER
1201 PHILLIP ST
MORGANTOWN, WV 26501-7118

CHARLES E COMER &
JEAN R COMER JT TEN
1201 PHILLIPS STREET
MORGANTOWN, WV 26505-7118

CHARLES E DEUTSCH &
DORIS M DEUTSCH JTWROS
6101 OLD FARM ROAD
EVANSVILLE, IN 47720-3370

CHARLES E DONNELLY AND FRANCES J JOHNSON
1625 MOUNTAIN ROAD
DAUPHIN, PA 17018

CHARLES E GEBBY
32645 ARTHUR RD
SOLON, OH 44139-4504

CHARLES E GILBERT &
JOANNE E GILBERT JT TEN
30 ROSEDALE BLVD
AMHERST, NY 14226-3346

CHARLES E MORTIN
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
7732 PEMBROOK LN
WESTMINSTER, CA 92683-4375

CHARLES E RIGUELMY
10022 BORDLEY DRIVE
HOUSTON, TX 77042-2004

CHARLES E TAYLOR JR AND EMMIE W TAYLOR
1339 BROADWATER DR
FORT MYERS, FL 33919

CHARLES E THOM
237 ECHO LANE
PORTOLA VALLEY, CA 94028

CHARLES E. BAKER
2102 DELLEE AVE
GADSDEN, SC 35903-1308

CHARLES EDWARD SWANSON
2194 LEBARON DR NE
ATLANTA, GA 30345-3866

CHARLES ELMS & LAVERNE ELMS
4225 BRENT RD
LONGVIEW, TX 75604

CHARLES F ALEXANDER JR
MARY E ALEXANDER
2521 BENT TRAIL RD
EDMOND, OK 73012-4523

CHARLES F EDWARDS
3801 21ST STREET
GREAT BEND, KS 67530-7418

CHARLES F FRIEDMAN
909 KENTER WAY
LOS ANGELES, CA 90049

CHARLES F GARR &
MELVA J GARR JT WROS
6818 FENWICK DR
LOUISVILLE, KY 40228-1207

CHARLES F HERBERGER
445 MAIN STREET
CENTERVILLE, MA 02632-2913

CHARLES F LARDNER TTEE
CHARLES F LARDNER TRUST
307 SW COURTLAND AVE
TOPEKA, KS 66606-1270

CHARLES F MASON
214A SIXTH ST
SEAL BEACH, CA 90740

CHARLES F MC NALLY &
BETTY MC NALLY
JT TEN
65 HIGHLAND AVENUE
PORT WASHINGTON, NY 11050-4041

CHARLES F SMITH
1079 DEEP VALLEY CT
MILFORD, MI 48381-2838

CHARLES F WOOLACOTT & LOIS ANN WOOLACOTT
CHARLES F WOOLACOTT & LOIS ANN WOOLACOTT TTEE
REV LIV TRUST
1201 AIR PARK
HORSESHOE BAY, TX 78657

CHARLES FIALA
1486 LANDVIEW LN
OSPREY, FL 34229

CHARLES FREDERICK BANWARTH
CHARLES F BANWARTH
2912 BREEZY RD
VIRGINIA BEACH, VA 23451

CHARLES FRIEDMAN
3920 N LAKE SHORE DRIVE
NUM 5 SOUTH
CHICAGO, IL 60613-3447

CHARLES G MALESKI
113 HEDGEROW PL
NORTH WALES, PA 19454-1711

CHARLES G WILKINSON &
SARAH V WILKINSON JN TEN
50 RAMBLER LN
LEVITTOWN, PA 19055-1402

CHARLES GARDINER &
CAROL GARDINER JT WROS
4385 MINERS CREEK RD
LITHONIA, GA 30038-3818

CHARLES GARDNER &
CAROL GARDNER JT TEN
20 BANKS ST
CORTLAND, NY 13045-1104

CHARLES GARNTO
33 E JOHNSTON ST
FORSYTH, GA 31029

CHARLES GUTOWSKI ACCT NO 3977-9994
DESIGNATED BENE PLAN/TOD
5 ROMAINE CT
UNIT B3
HACKENSACK, NJ 07601-5117

CHARLES GUTOWSKI ACCT NO 39780291
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
5 ROMAINE CT
UNIT B3
HACKENSACK, NJ 07601-5117

CHARLES H & BETTY W BALDWIN TRUST
1207 N BRANDYWINE CIRCLE
FT MYERS, FL 33919-7332

CHARLES H ADDERHOLD TRUST
C/O BLACK & MORGAN LLC
3432 INDEPENDENCE DR
BIRMINGHAM, AL 35209

CHARLES H BARRE REVOCABLE TR
CHARLES H BARRE TTEE
U/A DTD 02/09/2005
2645 E LAKESHORE DR
BATON ROUGE, LA 70808-2149

CHARLES H BRAUD & MAMIE B BRAUD
CHARLES H BRAUD & MAMIE B BRAUD JTWROS
402 ST BERNARD ST
THIBODAUX, LA 70301

CHARLES H DICKENS
4 ARROW PLACE
ASHEVILLE, NC 28805-9748

CHARLES H ERICKSON ROLLOVER IRA
CHARLES H ERICKSON
2674 ORCHID DR
RICHARDSON, TX 75082

CHARLES H KANTER
PALMIERI, TYLER, WIENER, WILHEIM & WALDRON LLP
2603 MAIN STREET, SUITE 1300
IRVINE, CA 92614

CHARLES H MILLER
CGM IRA CUSTODIAN
17864 W CALAVAR RD
SURPRISE, AZ 85388-7502

CHARLES H MILLER AND
DORIS M MILLER JTWROS
17864 W CALAVAR RD
SURPRISE, AZ 85388-7502

CHARLES H OLENIK
RT 1 BOX 1071
HARDIN, MT 59034

CHARLES H PATTERSON
1313 PANORAMA CIR
BIRMINGHAM, AL 35216-3011

CHARLES H PATTERSON
DORIS N PATTERSON
1313 PANORAMA CIR
BIRMINGHAM, AL 35216-3011

CHARLES H PETERSON
750 WASHINGTON RD
APT 411
PITTSBURGH, PA 15228

CHARLES H STEWART
4 OCEANS WEST BLVD
APT 60813
DAYTONA BEACH, FL 32118

CHARLES H TANCK AND BETTY J TANCK JTWROS
17015 S WEST AVE
SIOUX FALLS, SD 57105

CHARLES H THEISS
1010 RICHWOOD WAY APT 13
LAGRANGE, KY 40031

CHARLES H ZAUFT
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
10828 FOOTHILL BLVD
LAKE VIEW TERRACE, CA 91342-6701

CHARLES H. SCHARDIN
DOROTHY M. SCHARDIN CO-TTEES
FBO THE SCHARDIN FAMILY TRUST
U/A/D 06/06/89
525 S. ANAHEIM HILLS RD. #B302
ANAHEIM HILLS, CA 92807-4724

CHARLES HACKBARTH
1412 SPRUCE RD NORTH
LAKELAND, FL 33809

CHARLES HEDRICH
13175 CATALPA
SOUTHGATE, MI 48195

CHARLES HERRINGTON JR IRA MLPF&S CUSTODIAN
CHARLES HERRINGTON JR
7128 AVENUE D 1/2
SANTA FE, TX 77510

CHARLES HILLIARD
6124 MESQUITE DR
TYLER, TX 75707

CHARLES HINYUP & SHIRLEY HINYUP
SHIRLEY HINYUP
1520 CHOCTAW AVE
METAIRIE, LA 70005-1232

CHARLES HULL
1301 PENBROOKE TRL
DAYTON, OH 45459-3335

CHARLES J BERGER
30 LYNNHAVEN COURT
ROCHESTER, NY 14618-4216

CHARLES J GERMAN & SUSAN L GERMAN JT TEN
106 3RD AVE
LUDDEN, ND 58474

CHARLES J HOLLEMAN
13453 RICH
GRAND HAVEN, MI 49417-8608

CHARLES J KRATZ
214 COUNTRY VIEW DR
LOWER BURRELL, PA 15068-2345

CHARLES J MACK
3327 GLENWOOD CIR
HOLIDAY, FL 34691-2528

CHARLES J MURRAY
119 WESTMINSTER DR
YONKERS, NY 10710

CHARLES J RUDOLPH
13640 PINTAIL DR
FT MYERS, FL 33908

CHARLES J ZARRIELLO JR
434 WORMER RD
VOORHEESVILLE, NY 12186

CHARLES JAQUIN JR.
8 DEERFIELD RD.
LIVERPOOL, NY 13090

CHARLES K DILL JR
PO BOX 72295
DURHAM, NC 27722

CHARLES KLIMENT IRA
FCC AS CUSTODIAN
321 WALNUT LN
PRINCETON, NJ 08540-3428

CHARLES KOZNICK
590 NORTH WINDSOR BLVD
LOS ANGELES, CA 90004

CHARLES L AND BARBARA J BEARDEN
PO BOX 921
HILLSBORO, TX 76645

CHARLES L BLALACK
2509 THUNDERBIRD DR
ORANGE, TX 77630

CHARLES L CAMPBELL TRUST TR
CHARLES L CAMPBELL TTEE
U/A DTD 12/17/1992
5600 TUXEDO TERRACE
LOS ANGELES, CA 90068-2456

CHARLES L DIXON
524 OCEAN VIEW AVE #B
SANTA CRUZ, CA 95062-3371

CHARLES L GRISWOLD
2211 KINGSBORO RD
CASPER, WY 82604

CHARLES L KUNZ
364 N 150 E
DRIGGS, ID 83422

CHARLES L MOORE
3369 COWETA DR
COLUMBUS, GA 31907-2024

CHARLES L SMITH
PO BOX 1134
HEMPHILL, TX 75948

CHARLES L WILBUR
PO BOX 501
OTISVILLE, NY 10963

CHARLES LEWIS
14850 CALLE DEL PRADO
FOUNTAIN HILLS, AZ 85268

CHARLES LEWIS REED JR
1640 CAMPERS HAVEN ROAD
VIENNA, GA 31092

CHARLES LOUIS RAHM III
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA
15500 DONNYBROOK CT
RENO, NV 89511-9065

CHARLES LOUIS RAHM III
CHARLES SCHWAB & CO INC CUST
SEP-IRA
15500 DONNYBROOK CT
RENO, NV 89511

CHARLES LOUIS RAHM III & CATHY A RAHM
15500 DONNYBROOK CT
RENO, NV 89511-9065

CHARLES M BROWN

CHARLES M CUTSHAW &
GLENNA S CUTSHAW
800 S HAMILTON ST
GEORGETOWN, KY 40324-1506

CHARLES M FITTS JR
4245 BROOKDALE ST
JACKSON, MS 39206

CHARLES M FRAENKEL
225 BOX CAR AVE
NAPERVILLE, IL 60540-4467

CHARLES M GILL
WBNA CUSTODIAN TRAD IRA
4503 TRUE BLUE ROAD
CULPEPER, VA 22701-8919

CHARLES M HOHMAN AND
JO ANN HOHMAN
96 SPRING HILL RD
GRANVILLE, OH 43023

CHARLES M JENKINS
OLIVE O JENKINS JTTEN
18215 BRANDY ROAD
CULPEPER, VA 22701-4554

CHARLES M JENKINS
WBNA CUSTODIAN TRAD IRA
18215 BRANDY RD
CULPEPER, VA 22701-4554

CHARLES M LUCCI
1011 FOREST GREEN DR
MOON TOWNSHIP, PA 15108

CHARLES M WUNSCH MD
CHARLES SCHWAB & CO INC CUST
ROTH CONVERSION IRA
2790 WRONDEL WAY # 107
RENO, NV 89502-4359

CHARLES M. BROWN TTEE
FBO CHARLES M. BROWN REV TR
U/A/D 04-13-2006
54 ATHERTON RD
BROOKLINE, MA 02446-2769

CHARLES M. STOCKSTILL, TTEE
FBO: CHARLES M. STOCKSTILL
LIVING TRUST, U/A/D 03-10-2008
P.O. BOX 51551
IRVINE, CA 92619-1551

CHARLES MAIBACH IRA R/O
FCC AS CUSTODIAN
U/A DTD 06/01/98
4129 HOLLYRIDGE CIRCLE
PEORIA, IL 61614-7213

CHARLES MAYER
125 POND HOUSE ROAD
NORTH SMITHFIELD, RI 02896

CHARLES MINNICH
975 W STATE ST
COOPERSBURG, PA 18036

CHARLES N AYERBACH
1084 NW 18TH AVE
BOCA RATON, FL 33486

CHARLES N. AND JANET A. BRUNSWICK
DAVID A VANASKEY
WILMINGTON TRUST COMPANY
RODNEY SQUARE NORTH
1110 NORTH MARKET STREET
WILMINGTON, DE 19890-1615

CHARLES NIGHTINGALE
266 EASTBURY HILL RD
GLASTONBURY, CT 06033

CHARLES P KRISAK
385 POTOMAC AVE
WESTERVILLE, OH 43082

CHARLES P O'HARA
444 EDINBURGH PLACE
MARLBORO, NJ 07746

CHARLES P. SPEEG
MARGARET H. SPEEG --DECEASED
JTWROS
P.O. BOX 66
SLAUGHTER, LA 70777-0066

CHARLES PAINE
6300 O'BANNON DR
LAS VEGAS, NV 89146

CHARLES PALMER
258 GILMORE POND RD
JAFFREY, NH 03452

CHARLES R BROWN (IRA) AS CUSTODIAN
CHARLES R BROWN
146 RAINBOW DR #4621
LIVINGSTON, TX 77399

CHARLES R CABLE
1402 W RIVERSIDE DR
CARLSBAD, NM 88220-4162

CHARLES R GRAINGER &
CARMEN S GRAINGER JT TEN
7475 HILLENDALE DR
NICHOLS, SC 29581-5564

CHARLES R GRIMM
CGM IRA CUSTODIAN
1695 PRINCETON DRIVE
STATE COLLEGE, PA 16803-3256

CHARLES R HANKS
CGM IRA
2938 CHARMINGDALE DR W
MOBILE, AL 36618

CHARLES R HOOVER JR
REV TRUST CHARLES R HOOVER & JANET M HOOVER
CO TTEES DTD 6/22/98
12700 HUNTERS FIELD RD
LITTLE ROCK, AR 72211-2247

CHARLES R JOHNSON
165 MILITARY DR
MOUNTAIN HOME, AR 72653

CHARLES R MILLER TTEE
CHARLES R MILLER TRUST U/A
DTD 10/22/1998
374 NIBLICK CIRCLE
WINTER HAVEN, FL 33881-9534

CHARLES R MORGAN &
SHIRLEY F MORGAN
JT TEN
490 SABLE COURT
ALPHARETTA, GA 30004-8014

CHARLES R PINTO AND
MARGARET PINTO TTEES FOR THE PINTO REVOCABLE
TRUST
U/A/D 5/10/91
4881 ROGERS AVE
FREMONT, CA 94530

CHARLES R QUAY & LEILA S QUAY
CHARLES R QUAY &
LEILA S QUAY TEN COM
23 WESTWOOD TERRACE
MILLVILLE, NJ 08332-4143

CHARLES R RICHARDT TRUSTEE
CHARLES R RICHARDT REV LIV
TR DTD 4/15/93
7617 TRIWOODS
SAINT LOUIS, MO 63119-5717

CHARLES R SHARPE
653 MERRITT DR
MOBILE, AL 36609

CHARLES R TURNER &
DIANNA M TURNER JT TEN
7300 SOUTHEAST EAGLE AVENUE
HOBE SOUND, FL 33455-4581

CHARLES R TURNER & DIANNA M TURNER JT TEN
7300 SOUTHEAST EAGLE AVENUE
HOBE SOUND, FL 33455-4581

CHARLES REYNOLDS
CGM IRA CUSTODIAN
535 SOUTH HALSTEAD
PASADENA, CA 91107-5404

CHARLES S DE CORDOVA
5960 ABAJO CT
ALTA LOMA, CA 91737

CHARLES S KUESTERSTEFFEN IRA
FCC AS CUSTODIAN
U/A DTD 11/08/98
16510 S LACKMAN ROAD
OLATHE, KS 66062-8963

CHARLES S. KELLER
3844 S COOK VALLEY DR SE
GRAND RAPIDS, MI 49546

CHARLES SCHWAB CUST FOR
HELEN R MCGAUGHEY TTEE
MCGAUGHEY FAMILY TRUST
217 SEGAR ROAD
PITTSBURGH, PA 15423-1151

CHARLES SCHWAB TRUST CO TTEE
SCHWABPLAN SVGS & INV PLAN
FBO MARY BETH RIEMONDY
2844 SWISS OAKS DR
SANDY, UT 84093-6586

CHARLES SCHWAB TRUST CO TTEE
SOUTHWEST AIRLINES PILOTS RET
FBO TERRY B ATKINS
3256 CLIFF SIELER WAY
LAS VEGAS, NV 89117-3250

CHARLES SCHWAB TRUST CO TTEE
THE PILOTS ASSOC PENSION PLAN
FBO DAVID A POTTER JR
28078 GRAVEL HILL RD
MILLSBORO, DE 19966-3953

CHARLES STANG JR
7700 NEMCO WAY
STE 105
BRIGHTON, MI 48116

CHARLES TOSCANO
CGM IRA CUSTODIAN
2739 YATES AVE.
BRONX, NY 10469-5330

CHARLES V SIMMONS
3019 SHADOW DR W
ARLINGTON, TX 76006

CHARLES W & LINDA K SNYDER
926 SANDY LN
MEDINA, OH 44256-2026

CHARLES W BERGLUND, LORI LIVINGSTON BERGLUND JT TEI
CHARLES W BERGLUND
1120 KENWOOD AVE
DULUTH, MN 55811

CHARLES W GODWIN LIVING TRUST
4100 SUNRISE BLVD
FORT PIERCE, FL 34982

CHARLES W HATCH
1250 JONES ST
NEWBERRY, SC 29108-3518

CHARLES W HUGHES
1125 FOURSOME DR
CASTLE ROCK, CO 80104

CHARLES W KRAMER IRA
CHARLES W KRAMER
PO BOX 488
FLORHAM PARK, NJ 07932

CHARLES W LANG
465 BARK CIR
DELAND, FL 32724-6265

CHARLES W LANG AND NELA O LANG
465 BARK CIR
DELAND, FL 32724-6265

CHARLES W LOKEY JR
3800 A MONTEVALLO RD
BIRMINGHAM, AL 35213

CHARLES W MC KAY
CGM IRA ROLLOVER CUSTODIAN
10635 BOULDER CANYON ROAD
ALTA LOMA, CA 91737-2477

CHARLES W MORTELL AND HEATHER S MORTELL
HEATHER S MORTELL JTWROS
W5775 SHERWOOD DR
LA CROSSE, WI 54601-8430

CHARLES W PAINTER
1050 NORVIEW AVENUE
NORFOLK, VA 23513-3467

CHARLES W PROUTY
285-A GOOSE POND RD
NEWARK, OH 43055-7158

CHARLES R ROSSNER
4524 N TURNBULL DRIVE
METAIRIE, LA 70002

CHARLES W SMITH
132 CRESCENT DR
PUNTA GORDA, FL 33950

CHARLES W SMITH
132 CRESCENT DR
PUNTA GORDA, FL 33950

CHARLES W STAGER
SYLVIA S STAGER
1347 W HOWARD AVE
VISALIA, CA 93277-4556

CHARLES W YEAGER JR
CGM IRA CUSTODIAN
7521 SE AUTUMN LANE
HOBE SOUND, FL 33455-7817

CHARLES WALKIEWICZ
WBNA CUSTODIAN TRAD IRA
29347 PRINCEVILLE DR
SAN ANTONIO, FL 33576-7922

CHARLES WESLEY STALEY TTEE
FBO CHARLES WESLEY STALEY
U/A/D 12-05-1995
4 SEBURN DR
BLUFFTON, SC 29909-5037

CHARLES WESLEY STALEY TTEE
FBO CHARLES WESLEY STALEY
U/A/D 12-05-1995
4 SEBURN DRIVE
BLUFFTON, SC 29909-5037

CHARLES WILLIAM COBERTZ
22 TENBURY RD
LUTHERVILLE, MD 21093

CHARLES WINKLER
1009 BONNIE BRAE PL APT 5B
RIVER FOREST, IL 60305-1549

CHARLES WOLF
5611 LANDS END ST
AUSTIN, TX 78734-1515

CHARLES ZALAUDEK JR
3150 SUNRISE LN
ST LOUIS, MO 63129

CHARLIE C GRISAMORE
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
304 WINDSOR PL
PEACHTREE CITY, GA 30269

CHARLIE L FEATHERSTON
305 RIO LOOP
DEL RIO, TX 78840

CHARLOTTE A FRIEL IRA
FMT CO CUST IRA
FBO CHARLOTTE A FRIEL
389 W DOERR PATH
HERNANDO, FL 34442-5174

CHARLOTTE A SCHIFFLER
3598 ATLANTIC AVE
PENFIELD, NY 14526-1800

CHARLOTTE A TAYLOR
160 FAIRWAY PLACE
CADIZ, KY 42211

CHARLOTTE BECK
201 E 79TH ST APT 14F
NEW YORK, NY 10075-0839

CHARLOTTE DICK, TTEE
U/A DTD 10/17/07
SURVIVORS TRUST
1111 SHADOW HILL WAY
BEVERLY HILLS, CA 90210-2231

CHARLOTTE E BRINS
8396 111TH ST # 104
SEMINOLE, FL 33772-4233

CHARLOTTE E LEVIN
858 GAINSWAY RD
YARDLEY, PA 19067-3009

CHARLOTTE E S HENLE
2665 FOOTHILL DRIVE
BIRMINGHAM, AL 35226

CHARLOTTE F O'LEARY
8438 S 18TH ST
TACOMA, WA 98465-1017

CHARLOTTE FRANK
25 SUTTON PLACE S, APT 2N
NEW YORK, NY 10022

CHARLOTTE FRIEDA ATKINS TTEE
U/A DTD SEPT 25 2002
2625 E SOUTHERN AVE UNIT C54
TEMPE, AZ 85282

CHARLOTTE H DAIGLE
CGM IRA ROLLOVER CUSTODIAN
19 BEECHWOOD DRIVE
BRACEY, VA 23919-1921

CHARLOTTE KARSCH (IRA)
FCC AS CUSTODIAN
85-48 214TH ST
HOLLIS HILLS, NY 11427-1345

CHARLOTTE KRANTZ
IRA ACCT AT MERRILL LUNCH - 839-87577
1305 WALT WHITMAN ROAD
MELVILLE, NY 11747

CHARLOTTE LONG &
TERRY LONG JT TEN
2719 N NEVA AVENUE
CHICAGO, IL 60707-1612

CHARLOTTE M DEVERS
5070 N VIA CONDESA
TUCSON, AZ 85718

CHARLOTTE M KEIBEL TRUSTEE
U/A DTD 02/26/2000
CHARLOTTE M KEIBEL TRUST
3480 BYRON DR
DOYLESTOWN, PA 18902-6518

CHARLOTTE MASON
4214 SWARTHMORE RD
DURHAM, NC 27707

CHARLOTTE MASON
CUSTODIAN FOR CHRISTOPHER S EISCHEN
4214 SWARTHMORE RD
DURHAM, NC 27707

CHARLOTTE N ALEX & JAMES T
ALEX JR TTEE
ALEX LIVING TRUST
U/A DTD 12/13/2001
4124 HIGHFIELD
ROYAL OAK, MI 48073-6479

CHARLOTTE OWEN ROTH IRA
CHARLOTTE OWEN
1195 AUBORNE RD
ADRIAN, MI 49221

CHARLOTTE RUBENSTEIN TTEE
U/A/D 04-28-2005 FBO HYMAN
RUBENSTEIN & CHARLOTTE
RUBENSTEIN JOINT REV TRUST
5874 CRYSTAL SHORE DR #403
BOYNTON BEACH, FL 33437-5685

CHARLOTTE S GRASS LAUTER TR
U/A DTD 6/24/91
CHARLOTTE GRASS LAUTER TRUST
360 E RANDOLPH STREET STE 408
CHICAGO, IL 60601-7331

CHARLOTTE S MCBRIDE
10 FOREST HILL DRIVE SW
CARTERSVILLE, GA 30120-7433

CHARLOTTE W SMALLEY
504 N HAVEN LANE
HIXSON, TN 37343

CHARMAINE RABER
11464 ZEA STREET NW
COON RAPIDS, MN 55433

CHAS & MARY ATZENBECK
333 DORCHESTER AVE
CRANFORD, NJ 07016

CHAYA ROSBERGER
5350 MACDONALD AVE #408
COTE STELMA QC H3X 3V2 CANADA

CHERI R GIENGER TTEE FOR THE
JOANNE MURPHY REV TR 8/22/95
25514 VIA DOLARITA
VALENCIA, CA 91355-2828

CHERRY HILL UNITED METHODIST
CHURCH GENERAL FUND
C/O ROBERT L MCKEOWN JR
227 GALLAGHER ROAD
ELKTON, MD 21921-2809

CHERYL A BURGESS
6105 A ARLINGTON BLVD
FALLS CHURCH, VA 22044-2708

CHERYL A CARLISLE
29918 MULLANE DR
FARMINGTON HILLS, MI 48334

CHERYL A FAIN
2401 CALVERT ST NW APT 421
WASHINGTON, DC 20008-2667

CHERYL A HEMRY
7150 N BUTTERNICK HILL RD
MCCONNELSVILLE, OH 43756-1187

CHERYL A REIS TTEE
REBA W CABANAW TR U/A
DTD 02/07/1991
1849 ELDORADO DR
GENEVA, IL 60134-4334

CHERYL A WILCOX
56283 OCEAN DR
MARATHON, FL 33050-5603

CHERYL HILL
4904 93RD AVE WEST
UNIVERSITY PLACE, WA 98467

CHERYL LYNN WESTMORELAND
6875 HEARDSVILLE RD
CUMMING, GA 30028

CHERYL SPANGLER &
PAUL VALENTINO JT WROS
1319 S FERNANDEZ
ARLINGTON HEIGHT, IL 60005-3543

CHESTER A DAVIS
25009 MEADOWBROOK RD
NOVI, MI 48375

CHESTER DODDS
3874 VALLEY VIEW DR
BETTENDORF, IA 52722

CHESTER FREDRICK BAUCH &
BETTY J BAUCH JT TEN
1320 BRAINARD WOODS DR
CENTERVILLE, OH 45458-2902

CHESTER MARCELL JR TTEE
THE CHESTER MARCELL JR TRUST
U/A DTD 03/02/95
29058 ROSEWOOD LN
EAST HIGHLANDS, CA 92346-5417

CHESTER MAREK TTEE FBO MAREK FAMILY TRUST
C/O CHESTER MAREK
8051 W CHARLESTON BLVD APT 48
LAS VEGAS, NV 89117

CHESTER MAREK TTEE FBO MAREK FAMILY TRUST
C/O CHESTER MAREK
8051 W CHARLESTON BLVD APT 48
LAS VEGAS, NV 89117

CHESTER R GREEN
6537 RADCLIFF DRIVE
NASHVILLE, TN 37221-3716

CHETA ELIZABETH GENIUSZ
15345 CHERRYWOOD DR
RENO, NV 89511

CHEUNG CHOI CHUEN
MR CHEUNG CHOI CHUEN
AI NO 38 OCEAN PARK RD
HONG KONG

CHEYENNE FRONTIER DAYS
ATTN: JACK SHERMAN
5318 SYCAMORE RD
CHEYENNE, WY 82009

CHI YUEN TSUN
20/F, MAN ON COMM BLDG
12 JUBILEE ST
CENTRAL, HONG KONG, CHINA

CHIH-SHEN TING
PI-FEN WU TING
NO.6-1, 3-1 FLOOR,
CHING CHENG STREET (ROOM 305)
TAIPEI (10547) TAIWAN

CHIMAN WONG
34 MONROE STREET
APT CB10
NEW YORK, NY 10002

CHING WEN JAN, HWEI W JAN
3531 E. CHEVY CHASE DR.
GLENDALE, CA 91206

CHINMAYA MISSION WEST
C/O DR. MUKKAMALA
4545 WARWICK CIRCLE DR
GRAND BLANC, MI 48439-8031

CHINMAYA MISSION WEST
CORPUS FUND CMW
ATT DR MUKKAMALA
4545 WARWICK CIRCLE CT
GRAND BLANC, MI 48439-8031

CHIRCO FAMILY LIMITED PARTNERSHIP
C/O VIRIGINIA CHIRCO
41 PUTNAM ST
SOMMERVILLE, MA 02145

CHIU YAN SING
3/F, 72, KIMBERLEY ROAD, KLN
HONG KONG

CHLOTILDE F CARLISLE
327 MARION DR
BATON ROUGE, LA 70806-4412

CHONITA L EARLE
1948 SO MALCOLM AVE APT 302
LOS ANGELES, CA 90025-4731

CHRIS C KLEINGARTNER
MYRON L KLEINGARTNER
CHRIS C KLEINGARTNER
336 MABERRY LOOP
LYNDEN, WA 98264

CHRIS L VILLANO
105 RICHARD DR
GARNER, NC 27529-6717

CHRIS S YIU
11 TRENT LA
SMITHTOWN, NY 11787-1214

CHRISTIAN DURANTE
ROSEMARY DURNANTE
8104 LAPIS HARBOR AVE
LAS VEGAS, NV 89117-2543

CHRISTIAN M STANLEY
2355 HILGARD AVENUE
APT #204
BERKELEY, CA 94709

CHRISTIAN VETTERMANN
C/O RECHTSANWALTE STORZ & MEYER
OBERAMTEISTR 1
88348 BAD SALGAU GERMANY

CHRISTINA TURNER REIS TTEE
FBO CHRISTINA TURNER REIS REV
U/A/D 08-09-2007
4402 E 46TH PL
TULSA, OK 74135-4719

CHRISTINE C HOLMAN
9111 CUB RUN DR
CONCORD, NC 28027

CHRISTINE E BENTON MD
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA
1931 FALLOW RUN
SAN ANTONIO, TX 78248-1803

CHRISTINE H LANG
125 CONDOLEA DR
LAKE OSWEGO, OR 97035

CHRIS DREHER
897 ELM PLACE
GLENCOE, IL 60022

CHRIS P TOUNTAS MD PA
MONEY PURCHASE PENSION PLAN
625 ISLAND WALK EAST
MT PLEASANT, SC 29464-7833

CHRIS WOLD TTEE
FBO CHRIS E WOLD TRUST
U/A/D 03-19-1992
2500 W LOWER LANDO LANE
PARK CITY, UT 84098-5843

CHRISTIAN H NEUMANN MDAPC DBPL
CHRISTIAN H NEUMANN, TRUSTEES
81-719 DR CARREON BLVD, SUITE D
JUDIO, CA 92201

CHRISTIAN NEUMANN
81719 DOCTOR CARREON BLVD
INDIO, CA 92201

CHRISTINA FABREY
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA
4202 ST. MICHAELS DR.
FARMINGTON, NM 87401-0808

CHRISTINE A JOHNSON
ALBERT S JOHNSON
1504 ARBON DR
GATLINBURG, TN 37738

CHRISTINE C HOLMAN
9111 CUB RUN DRIVE
CONCORD, NC 28027-5406

CHRISTINE G UNDERWOOD
3128 LANCASTER CT APT D
BIRMINGHAM, AL 35209-4230

CHRISTINE MAKEMSON
C/O ROGER MAKEMSON
28494 WESTINGHOUSE PL STE 313
VALENCIA, CA 91355-0936

CHRIS FONTANA
7711 SANTA MARGERITA WAY
NAPLES, FL 34109

CHRIS PAPADOPOULOS MD
7225 PELICAN BAY BLVD # 1503
NAPLES, FL 34108-5524

CHRISTEL B. BATEMAN
CGM IRA CUSTODIAN
6600 W. 20TH ST. #3
GREELEY, CO 80634-9687

CHRISTIAN JOHN MILLER
4815 ST CATHERINE RD
BELLEVUE, IA 52031

CHRISTIAN PAMPERL
BRIGITTENAUER LANDE 160-162/2/14
A-1200 WIEN  AUSTRIA

CHRISTINA HOLT BROWN TOD
WILLIAM BROWN
SUBJECT TO STA RULES
4421 W SEVILLA ST
TAMPA, FL 33629-8356

CHRISTINE A RYBAK
11510 OVERBROOK LN
HOUSTON, TX 77077-6818

CHRISTINE C WILMES
255 MT VERNON RD
PLANTSVILLE, CT 06479-1234

CHRISTINE GREGG R/O IRA
CHRISTINE GREGG
RRI BOX 275
ALEX CITY, AL 35010

CHRISTINE MAVROVITIS
47 BALSAM CT
WANTAGH, NY 11793-2761

CHRISTINE MAVROVITIS
47 BALSAM CT
WANTAGH, NY 11793-2761

CHRISTINE T HENSLEY
24835 SHINING ARROW
SAN ANTONIO, TX 78258-2746

CHRISTINE TRAPP TTEE OF THE
TRAPP FINANCIAL CASH BALANCE
PENSION PLAN & TRUST
550 E DEVON AVE STE 190
ITASCA, IL 60143-2637

CHRISTINE V ATHERTON
CHARLES SCHWAB & CO INC CUST
SEP-IRA
3728 SOUTH 2ND ST
ARLINGTON, VA 22204-1604

CHRISTMAN FAMILY TRUST
U/A DTD 02/23/2007
PHILLIP CHRISTMAN & VICKI
CHRISTMAN TTEE
1904 CENTENNIAL DR
GREAT FALLS, MT 59404-3683

CHRISTOPH KEMKES
JOHANNES NENNING
DORF 90
6764 LECH, AUSTRIA

CHRISTOPHER C. HENDERSON
7260 SEA CLIFF #17
ST. THOMAS, VI 00802

CHRISTOPHER G LAUER
PSP-PERSHING LLC AS CUSTODIAN
CHRISTOPHER G LAUER TTEE
DTD 01/01/1986
44 SNYDERWOODS CT
SNYDER, NY 14226-2562

CHRISTOPHER HARRIS SR.
2885 MCILWAIN RD
HEATHSPRINGS, SC 29058-9013

CHRISTOPHER K LUDWICK
491 SANTA RITA
PALO ALTO, CA 94301

CHRISTOPHER KALOHE SHULER TRUST
U/A DTD 07/03/2007
CHRISTOPHER SHULER
& MARY MEI LING CHUN TTEE
796 ISENBERG ST #12E
HONOLULU, HI 96826-2925

CHRISTOPHER M SPENCE
CGM IRA ROLLOVER CUSTODIAN
355 1ST STREET, S 309
SAN FRANCISCO, CA 94105-3064

CHRISTOPHER M SPENCE ACF
CHARLEE AVA SPENCE U/CA/UTMA
UNTIL AGE 25
355 1ST STREET, S 309
SAN FRANCISCO, CA 94105-3064

CHRISTOPHER M SPENCE AND
SHAREE SPENCE JTWROS
355 1ST STREET, S 309
SAN FRANCISCO, CA 94105-3064

CHRISTOPHER R ANSTATT
603 GUNSTON LANE
WILMINGTON, NC 28405-5317

CHRISTOPHER REMAKUS
PO BOX 367
HALLSTEAD, PA 18822

CHRISTOPHER SAHN
3761 SHELLPOT DRIVE
WILMINGTON, DE 19803

CHRISTOPHER W BROWN
333 LAS OLAS WAY #2806
FORT LAUDERDALE, FL 33301-2389

CHRISTOS TRIANTAFYLLIDIS
18 GRAVIES STR
GR-55438 THESSALONIKI GREECE