**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                    :        Chapter 11
                                                         :
**MOTORS LIQUIDATION COMPANY,** *et al.,*                :        **Case No. 09-50026 (REG)**
        **f/k/a General Motors Corp.,** *et al.,*        :
                                                         :
                **Debtors.**                             :        **(Jointly Administered)**
                                                         :
-------------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         ) ss:
COUNTY OF SUFFOLK        )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.    I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 105 Maxess Road, Melville, New York 11747.


2.    Between August 19, 2010 and August 20, 2009, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors in the above-captioned case and pursuant to the **Notice of Debtors' Forty-Sixth Omnibus Objection to Claims [Docket No. 6656]**, I caused to be served a customized **Notice of Objection to Individual Debt Claims**, a copy of which is annexed hereto as Exhibit "A", upon each of the parties set forth in Exhibit "B" annexed hereto (affected parties) by depositing same in a sealed, postage paid envelope at a United States Post Office for delivery by the United States Postal Service via First Class Mail.

/s/ Barbara Kelley Keane<br>
Barbara Kelley Keane

Sworn to before me this
24th day of August 2010


/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Qualified in Manhattan County
Commission Expires:  May 19, 2012

# EXHIBIT A

> **PLEASE CAREFULLY REVIEW THIS NOTICE AS IT WILL AFFECT YOUR CLAIM IN THE GENERAL MOTORS CORPORATION (NOW MOTORS LIQUIDATION COMPANY) BANKRUPTCY CASE**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | : | **09-50026 (REG)** |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------x

### NOTICE OF OBJECTION TO INDIVIDUAL DEBT CLAIMS

**[Claimant Name]**

| Claim Information | | | | | Basis For Objection |
|---|---|---|---|---|---|
| **Date** | **Claim #** | **Debtor** | **Classification** | **Amount** | Claim is duplicative of a claim allowed for the indenture trustee on behalf of all Individual Bondholders |
| | | | | | |

  <u>**PLEASE TAKE NOTICE THAT**</u>, on August 13, 2010, Motors Liquidation Company (formerly known as General Motors Corporation) and its affiliated debtors, as debtors in possession (the "**Debtors**"), filed an objection to your proof of claim identified above.  The name of the objection is the Debtors' _____ Omnibus Objection to Claims (Duplicate Debt Claims) (the "**Objection**").

  **You have received this notice because the Debtors have objected to your proof of claim and your rights will be affected.**

  **You should read this notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**

**A copy of the full Objection can be viewed at http://www.motorsliquidationdocket.com/bond.php3. Or, you may request a complete copy of the Objection at the Debtors' expense, by contacting the Debtors at 1-800-414-9607, or by sending an e-mail to claims@motorsliquidation.com.**

The reason for the Objection is that your claim is duplicative of two global claims filed on your behalf (and on behalf of all affected bondholders) by Wilmington Trust Company ("**WTC**"), as the indenture trustee for your General Motors Corporation bonds. An indenture trustee is an entity that manages a bond issuance for the benefit of the individual bondholders, and handles all the administrative aspects of the bond issuance. The claims filed by WTC ensure your interests are protected with respect to the interest, principal, and trustee fees under your bonds. You will be entitled to receive a distribution on account of such interests through the global proofs of claim filed by WTC, and the disallowance of your individual claim will not affect such interests. If you have additional claims with respect to your bonds beyond interest, principal, and trustee fees, such claims will be disallowed pursuant to this Objection. A copy of the stipulation allowing the claims of WTC can be viewed at **http://www.motorsliquidationdocket.com/bond.php3**.

**YOU WILL NOTICE THAT** the Objection requests that the Bankruptcy Court expunge and disallow your claim listed above on the ground that your claim is duplicative of the global claim filed by WTC. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed, and you will not be entitled to any distribution from the Debtors' estates on the claim you filed.**

If you disagree with the Objection's treatment of your claim, you may call the Debtors to try and resolve your concerns at **1-800-414-9607**. If you are unable to resolve your concerns with the Debtors before the deadline to respond, then you <u>must</u> file and serve a written response

(a "**Response**") to the Objection in accordance with this notice and you <u>must</u> appear at the Hearing described below.

You may participate in the Hearing telephonically provided that you comply with the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider." You must also provide prior written notice by mail or e-mail of your telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Russell Brooks, Esq. (russell.brooks@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Jennifer Sharret, Esq. (jsharret@kramerlevin.com)).

**If you do not oppose the disallowance and expungement of your claim, then you do not need to file a Response or appear at the Hearing.**

**<u>PLEASE TAKE FURTHER NOTICE THAT</u>** a hearing (the "**Hearing**") on the Objection is scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on **September 24, 2010 at 9:45 a.m. (Eastern Time)**. If you file a Response to the Objection, you should plan to appear at the Hearing either in person or telephonically. The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to your claim. If the Debtors do continue the Hearing with respect to your claim, then the Hearing will be held at a later date. If the Debtors do not

continue the Hearing with respect to your claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **September 17, 2010 at 4:00 p.m. (Eastern Time)**.  Only those Responses that are timely will be considered at the Hearing.  Your Response will be deemed timely only if it is:  (a) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing system (The User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov) before the deadline for Responses **or** (b) **actually** received on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format **and** in hard copy at each of the following addresses on or before the deadline for response:

    A.    Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;

    B.    Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and

    C.    Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Jennifer Sharret, Esq.).

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the number of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the

extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person that can be contacted in connection with the Objection.

If the Bankruptcy Court does NOT disallow and expunge your claim listed above, then the Debtors have the right to object on other grounds to your claim (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

If you have any questions about this notice or the Objection, please contact the Debtors at **1-800-414-9607**. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

**PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief requested in the Objection without further notice or a hearing if you fail to file a timely Response or appear at the Hearing.**

Dated: New York, New York
August 18, 2010

WEIL, GOTSHAL & MANGES LLP
Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT B

DAVID F RAUEN R/O IRA
FCC AS CUSTODIAN
2175 APPLE TREE DR
ONTARIO, NY 14519-9726

DAVID F WOJDYLA
& ROSE M WOJDYLA JTTEN
PO BOX 55
FENCE, WI 54120-0055

DAVID FRANCIS DALTON IRA
FCC AS CUSTODIAN
111 DEVONSHIRE STREET
BOSTON, MA 02109-5407

DAVID G BILLINGSLEY
P O BOX 386
TIMPSON, TX 75975-0386

DAVID G DUDAS TOD JILL A DUDAS
W10312 RIDGE ROAD
HORTONVILLE, WI 54944

DAVID G HILLEARY
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
10 VISPERA
IRVINE, CA 92620-2127

DAVID G MCCORMICK (IRA)
FCC AS CUSTODIAN
628 NORTHAVEN CIRCLE
GLENSHAW, PA 15116-1960

DAVID G OSHINSKI (IRA)
FCC AS CUSTODIAN
2247 MAJOR LORING WAY SW
MARIETTA, GA 30064-3876

DAVID GILDIN, MARSHA GILDIN &
BETH GILDIN-WATROUS AS TTEES
DAVID GILDIN REVOCABLE TRUST
U/A/D 02-19-98
PO BOX 1129
YONKERS, NY 10704-8129

DAVID GOLD
6 SUTTON DR
BOYNTON BEACH, FL 33436

DAVID GORRA
503 SEDGWICK DR
SYRACUSE, NY 13203

DAVID GOTTESFELD (IRA)
FCC AS CUSTODIAN
2741 LYDIA COURT
BELLMORE, NY 11710-5334

DAVID GRANDI
646 CREEKSIDE AVE
OCEANSIDE, CA 92054

DAVID GREENLEE
JACQUELIN GREENLEE
3545 BROWNING ST
SAN DIEGO, CA 92106-1517

DAVID H FELTMAN
& MARY C FELTMAN JTTEN
3309 42ND AVE S
FARGO, ND 58104-6630

DAVID H HYMES TTEE
HYMES FAMILY TRUST
UAD 11/10/1993
7141 N KEDZIE APT 1013
CHICAGO, IL 60645-2825

DAVID H HYMES TTEE
THE HYMES FAMILY TR U/A 11/10/93
7141 N KEDZIE #1013
CHICAGO, IL 60645-2825

DAVID H JEW
1005 FOXHALL WAY
SACRAMENTO, CA 95831

DAVID H MILAM TTEE
JANET L MILAM TTEE
MILAM LIVING TRUST
U/A DTD 7/28/97
5504 BOGIE AVE
FARMINGTON, NM 87402-5010

DAVID H POVERMAN
ROSEMARIE D POVERMAN

DAVID H. DAY
PO BOX 4354
BEDFORD, WY 83112

DAVID HOCHMAN
5700 NE 22 AVE
FT LAUDERDALE, FL 33308

DAVID ISOLANO
75 MAIDEN LANE
503
NEW YORK, NY 10038

DAVID J & BONNIE J CORBOY JT TEN
D.J. CORBOY
1805 VILLAGE GREEN DR #15
MILL CREEK, WA 98012-1382

DAVID J AND MARILYN E MESSICK
275 BRYN DU DRIVE
GRANVILLE, OH 43023

DAVID J BERMAN
LAT QUARTER V
3680 S PONTIAC WAY
DENVER, CO 80237-1327

DAVID J BLACK
360 ELM STREET
WADSWORTH, OH 44281-2229

DAVID J BROWN LIVING TRUST
UAD 08/07/99
DAVID J BROWN TTEE
5372 DANIEL
BRIGHTON, MI 48114-9068

DAVID J GENSENLEITER &
LINDA R GENSENLEITER JTTEN
2055 WEAVERSVILLE ROAD
ALLENTOWN, PA 18109-9468

DAVID J JUNGALI
CGM IRA CUSTODIAN
60 PASSAIC AVENUE
NO HALEDON, NJ 07508-2635

DAVID J MAUL
CGM SEP IRA CUSTODIAN
5006 CLOUDBERRY PASS
NEW ALBANY, OH 43054-8319

DAVID J MCCARTHY
10 GRACE DR
ANNANDALE, NJ 08801

DAVID J MURPHY
140-H BOOZERS LAKE ROAD
JACKSONVILLE, AL 36265-4710

DAVID J SCHULER JR
PO BOX 141
HENRYVILLE, IN 47126-0141

DAVID J SMITH
46784 226TH ST
COLMAN, SD 57017-7116

DAVID J STEINBERG & MARILYN R-MAE SHERFLER TRUST
GIRSH SUCCESSOR TTEE U-W-O
MAE SHEFFLER DTD 2-10-72
C/O DAVID STEINBERG
PO BOX 2280
BALA CYNWYD, PA 19004-6280

DAVID J STEINBERG MARILYN R - MORRIS SHEFFLER TRUST
GIRSH ROBERT SHEFFLER SUCC TTE
UDT MORRIS SHEFFLER 11-19-68
C/O DAVID STEINBERG
PO BOX 2280
BALA CYNWYD, PA 19004-6280

DAVID J STEINBERG, TTEE
DAVID J STEINBERG MONEY PUR
PENSION PLAN U/A/D 02/22/85
601 CONSHOHOCKEN STATE ROAD
NARBERTH, PA 19072-1212

DAVID J. CARR TRUST U/A
DTD 10/13/94 DAVID J. CARR &
JENNIFER L CARR CO-TRUSTEES
4241 ST. ANDREWS PLACE
CINCINNATI, OH 45236-1057

DAVID J. MARKEY AND
JULIANNE M. MARKEY JTWROS
47 PARK LANE
ROCKVILLE CENTRE, NY 11570-1831

DAVID JAMES GRANT
S.A.N.
1700 GOUGH ST # 308
SAN FRANCISCO, CA 94109-4454

DAVID JAMROZ IRA
C/O DAVID JAMROZ
2589 FOX CHASE DR
TROY, MI 48098

DAVID JOHNSTON
3310 S OCEAN BLVD APT 727
HIGHLAND BEACH, FL 33487-2590

DAVID K LANN &
LORI A LANN JT WROS
732 WHITEWATER RD
DEMOREST, GA 30535-4245

DAVID K MASON
26 BROOKVIEW DRIVE
VOORHEES, NJ 08043-4202

DAVID K RYCKMAN
157L HELM RD
BARRINGTON HILLS, IL 60010

DAVID K SWAIN &
AUDREY H SWAIN
JTWROS
465 TRAVIS COURT
PORT ORANGE, FL 32127-6786

DAVID KAMPLER & ESTHER KAMPLER
& DEBRA BIKOFF TTEE KAMPLER
REALTY TRUST 9/22/1983
1731 BEACON ST APT 803
BROOKLINE, MA 02445-5327

DAVID KAPLAN
4960 N CIMARRON RD
LAS VEGAS, NV 89149

DAVID KAPLAN
4960 N CIMARRON RD
LAS VEGAS, NV 89149

DAVID KARSCH (IRA)
FCC AS CUSTODIAN
85-48 214TH STREET
HOLLIS HILLS, NY 11427-1345

DAVID KNAPP
12627 PLOW COURT
FAIR FAX, VA 22030

DAVID KNIGHT
PO BOX 567
FOLSOM, LA 70437

DAVID KRANIS
1478 E 18 STREET
BROOKLYN, NY 11230-6706

DAVID L ABRAMS
GINA L ABRAMS
72 FAIRFIELD DR
SHORT HILLS, NJ 07078-1703

DAVID L BISHOP &
BONNIE W BISHOP JTWROS
489 STRINGTOWN ROAD
WILLIAMSBURG, KY 40769-9727

DAVID L BOICE &
RUTH E BOICE
10031 BEAUTY BND
SEARS, MI 49679-8181

DAVID L CURRY ROLLOVER IRA
DAVID L CURRY
PO BOX 189010 PMB 125
CORONADO, CA 92178

DAVID L HANNUM IRA R/O
100 MARTHA'S COVE
FAYETTEVILLE, GA 30215-5137

DAVID L HARBAUGH
12802 LARRYLYN DR
LA MIRADA, CA 90638-2725

DAVID L HOROWITZ & SANDRA HOROWITZ
2843 FALLWOOD COURT
NORTH BELLMORE, NY 11710

DAVID L LENGA
LENGA TRUST
21821 BURBANK BLVD #146
WOODLAND HILLS, CA 91367

DAVID L NOBLET (IRA)
FCC AS CUSTODIAN
7928 ABRAMSHIRE AVE
DALLAS, TX 75231-4713

DAVID L REICH
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
299 RIVERSIDE DR APT 3D
NEW YORK, NY 10025-5289

DAVID L ROBINSON &
LAURIE ROBINSON JT TEN
26815 PEMBROKE
REDFORD, MI 48240-1564

DAVID L WADE
1401 RICHVIEW LANE
GREENVILLE, IL 62246

DAVID L WADE &
GAIL GRIFFIN WADE JT TEN
4758 LOG CABIN RD
GAINESVILLE, GA 30504-5239

DAVID L WADE & GAIL GRIFFIN-WADE
C/O DAVID L WADE
4805 RIVERSOUND DR
SNELLVILLE, GA 30009

DAVID L YOUNG & FLORENCE V YOUNG
209 PASADENA DR
VICTORIA, TX 77904

DAVID L. & NOLA B.
MUDGE LIV TR UAD 10/21/04
DAVID L. MUDGE & NOLA B. MUDGE
TTEES
3821 EASTBROOK DRIVE
MUSKEGON, MI 49444-4175

DAVID L. TIMBLIN - IRA
DAVID TIMBLIN
6411 COUNTRY SHIRE LANE
WEST BLOOMFIELD, MI 48323

DAVID LAGERSTEDT
PMB 171
255 N EL CIELO RD PMB 171
PALM SPRINGS, CA 92262-6974

DAVID LAMB
547 ROLLING HILLS LANE
DANVILLE, CA 94526-6227

DAVID LANCER
100 W BRODWAY APT 2AA
LONG BEACH, NY 11561

DAVID LARSON
54676 245TH ST
AUSTIN, MN 55912-5630

DAVID M ATCHESON
48 OAK RIDGE RD
BERKLEY, CA 94705

DAVID M BURKE
39433 BOLINGTON RD
LOVETTSVILLE, VA 20180

DAVID M BYRNS
308 ORCHARD AVE
ST LOUIS, MO 63119-2526

DAVID M CLINTON
453 MYRTLEWOOD CT
ROSEBERG, OR 97471

DAVID M GRUBER
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
23343 BLUE WATER CIR
APT B209
BOCA RATON, FL 33433-7021

DAVID M JACOBS (IRA)
FCC AS CUSTODIAN
34 VISTA TRAIL
WAYNE, NJ 07470-6254

DAVID M LEACH &
R MAREN LEACH
JT TEN
29232 YNEZ ROAD
TEMECULA, CA 92592-2329

DAVID M PATRICK
1690 CRANBROOK DRIVE
NEW CHARLISLE, OH 45344-9171

DAVID M PURVIS
2732 RHETT DR
BEAVERCREEK, OH 45434-6235

DAVID M SAMPLES
708 NW HILL ST
CAMAS, WA 98607

DAVID M SOMERS TTEE
LINDSAY JUNE SOMERS TRUST
U/A DTD 01/10/2006
1365 WOODCOCK DRIVE
LYNCHBURG, VA 24503

DAVID M SOMERS TTEE
RYAN MATTHEW SOMERS TRUST
U/A DTD 01/10/2006
1365 WOODCOCK DRIVE
LYNCHBURG, VA 24503

DAVID M. COOPER
14 WYNDOVER LANE
COS COB, CT 06807

DAVID M. FEINBERG
CGM IRA ROLLOVER CUSTODIAN
7315 FLORANADA WAY
DELRAY BEACH, FL 33446-2372

DAVID MAZLOOM
16203 ROBERT TERRELL RD
MONTPELIER, VA 23192

DAVID MCCABE
6579 THUNDERHILL LN
CINCINNATI, OH 45233

DAVID MCCARTNEY
1183 WALES PLACE
CARDIFF, CA 92007

DAVID MINOLI
1180 MIDLAND AVE
APT 3W
BRONXVILLE, NY 10708

DAVID N BERANEK
726 ASHMEADE RD
CHARLOTTE, NC 28211-4242

DAVID N BERMAN
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
5775 E OXFORD AVE
ENGLEWOOD, CO 80111-1024

DAVID N STRAUSS &
BEVERLY B STRAUSS JT TEN
847 COVENTRY ST
BOCA RATON, FL 33487-3106

DAVID O CORDELL TTEE
OF THE DAVID O CORDELL REV TRUST
DATED 5-21-99
2300 RIVERSIDE DRIVE #14H
TULSA, OK 74114-2404

DAVID O'BRIEN
CHARLES SCHWAB & CO INC CUST
SEP-IRA/ IRA CONTRIBUTORY
356 CLEARWATER DR
PONTE VERDE BEACH, FL 32082-4169

DAVID OR PHYLLIS BUEHLER TRUSTEE
ALICIA P FORSYTHE EDUCATIONAL TRUST
C/O DAVID H BUEHLER
2001 NATHANS RUN
FREMONT, OH 43420

DAVID P & ROSANNA DONALDSON
PO BOX 7226
NAPLES, FL 34101

DAVID P BERARDI IRA
C/O EDWARD D JONES & CO CUSTODIAN
FBO DAVID P BERARDI IRA
2238 SHERIDAN RD
PEKIN, IL 61554

DAVID P HENRY
19 CHURCH ST
JAY, ME 04239

DAVID P MAIER
61 AVONDALE RD
ROCHESTER, NY 14622-1913

DAVID PEKRUL
3209 N BRITAIN ROAD
IRVING, TX 75062-4563

DAVID PENYAK &
DONNA PENYAK JT TEN
25 WESCOTT DRIVE
S BARRINGTON, IL 60010-7109

DAVID PENYAK AND DONNA PENYAK
UAD 12/20/97 FBO GENESIS
GROUP INC MONEY PURCHASE PLAN
25 WESCOTT DRIVE
S BARRINGTON, IL 60010-7109

DAVID POLLACK
2103 LUCAYA BEND
COCONUT CREEK, FL 33066

DAVID R COMFORT TRUST
2619 GOLFRIDGE DR SE
GRAND RAPIDS, MI 49546

DAVID R DALLAZIA
GRACE ANN DALLAZIA JT TEN
330 CHESTNUT STREET
KULPMONT, PA 17834-1408

DAVID R FRY
36 CRAIGIE AVE
SCOTIA, NY 12302

DAVID R HEID & ROBIN R HEID JT WROS
136 PENN LEAR DR
MONROEVILLE, PA 15146

DAVID R HOOTNICK
7806 CLEARWATER CIRCLE
MANLIUS, NY 13104

DAVID R MATTSON
5412 NEWTON AVE S
MINNEAPOLIS, MN 55419-1527

DAVID R SMITH
WBNA CUSTODIAN TRAD IRA
436 BRAMBLE LN SW
ROANOKE, VA 24014-3011

DAVID R WISBISKI
16465 KINGSTON AVENUE
FRASER, MI 48026-3270

DAVID RANDY JONES &
ROBIN A JONES JT TEN
114 W 19TH STREET
OAK GROVE, MO 64075-9240

DAVID RHINEHART
146 CAROLWOOD BLVD
FERN PARK, FL 32730-2975

DAVID RICHO
82 DOUGLASS ST
SAN FRANCISCO, CA 94114

DAVID RODRIGUEZ
FUENTE DE MOLINO 36-15
TECAMACHALCO NAUCALPAN
EDO DE MEXICO 53950
MEXICO

DAVID ROSENMAN TOD
ROBERT ROSENMAN
SUBJECT TO STA TOD RULES
5333 N SHERIDAN RD #19L
CHICAGO, IL 60640-2567

DAVID D DIXON
515 STARWEATHER
PLYMOUTH, MI 48170

DAVID S GIBSON PERS REP
EST OF PAUL L HESTON
ATTENTION DAVID S GIBSON
1020 RIVERHAVEN DRIVE
SUWANEE, GA 30024-4266

DAVID S GOLUB
47 OLD LONG RIDGE RD
STANFORD, CT 06903

DAVID S LINDSAY AND
GRACE C LINDSAY CO-TTEES
U/A DTD 01/20/2004
THE LINDSAY FAMILY TRUST
635 37TH AVENUE N E
ST PETERSBURG, FL 33704-1617

DAVID S NEWMAN
5000 TOWN CENTER #1205
SOUTHFIELD, MI 48075-1114

DAVID S SEAL
14 ROCHAMBEAU DR
HARTSDALE, NY 10530-3006

DAVID S SMITH
2070 BELLEAIR ROAD
CLEARWATER, FL 33764-2568

DAVID S VLADYKA
CGM IRA ROLLOVER CUSTODIAN
175 ROCHELLE AVE
APT. # 219
ROCHELLE PARK, NJ 07662-4114

DAVID S WOLMAN, TE, DAVID S WOLMAN TRUST
C/O FRED GELDON
5 GOLDEN CREST CT
ROCKVILLE, MD 20854

DAVID SAMAIA
85-15 67TH DRIVE
REGO PARK, NY 11374-5201

DAVID SARISKY
1054 SCOTT ST
KULPMONT, PA 17834-1714

DAVID SAUNDERS IRA
6924 EDELWEISS CIR
DALLAS, TX 75240

DAVID SHEARS
1750 E 11TH ST
SALEM, OH 44460

DAVID SMITH TRUSTEE FOR THE DAVID AND
ANITA SMITH TRUST DTD 6/26/1985
C/O DAVID SMITH
3366 DEGAS DR W
PALM BEACH GARDENS, FL 33410

DAVID SNODGRASS TRUSTEE
DAVID SNODGRASS TRUST
U/A DATED 11/03/98
8130 E ESTES LANE
TUCSON, AZ 85710-8517

DAVID SNOW
6117 FAIRLANE DRIVE
OAKLAND, CA 94611-1807

DAVID SNYDER
CGM SEP IRA CUSTODIAN
6 AVERY COURT
WHITE PLAINS, NY 10604-1100

DAVID STEINBERG
TTEE FBO ARI BENJAMIN
STEINBERG 200 TRUST DTD 8/8/00
7301 PEAK DRIVE SUITE 200
LAS VEGAS, NV 89128

DAVID STEINBERG
TTEE FBO ELIE D STEINBERG
2000 TRUST DTD 8/8/2000
7301 PEAK DRIVE #200
LAS VEGAS, NV 89128

DAVID T. BERLIN
CGM IRA ROLLOVER CUSTODIAN
22 SWEETDREAM
THE WOODLANDS, TX 77381-6009

DAVID TODD
313 SWEETBAY DR
CHESAPEAKE, VA 23322

DAVID TODD
313 SWEETBAY DR
CHESAPEAKE, VA 23322

DAVID VALLES
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
14 LACY RD
EDGEWOOD, NM 87015-9504

DAVID W ARCHARD
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
25592 ROCKY BEACH LANE
DANA POINT, CA 92629

DAVID W DYKHOUSE
741 SMOKE HOLLOW TRAIL
FRANKLIN LAKES, NJ 07417-1733

DAVID W KUEBLER AND CATHLEEN A KUEBLER
C/O DAVID AND CATHLEEN KUEBLER
9700 M 37
BUCKLEY, MI 49620

DAVID W LUNDGREN
423 ISLAND CIRCLE EAST
DATAW ISLAND, SC 29920

DAVID W MARTIN &
JOAN M MARTIN TTEES FOR
THE MARTIN FAMILY TR DTD 5/11/89
6310 CADENA DE MONTANAS
TUCSON, AZ 85718-3412

DAVID W MCELROY
930 WYTHEVIEW DR
WYTHEVILLE, VA 24382

DAVID W PECK
P.O. BOX 609
DEMOREST, GA 30535-0609

DAVID W POPICK
146 CAROLWOOD BLVD
FERN PARK, FL 32730-2975

DAVID WAYNE WARD TOD DAVID WARD
SUBJECT TO STA RULES
4231 S SPENCER FIELD RD
PACE, FL 32571-9036

DAVID WEILDING
2017 KAMENSKY ROAD
CLEARWATER, FL 33763

DAVID WOODFIELD
PO BOX 715
TOLLAND, CT 06084

DAVID WOODWARD
118 W COLTON LANE
WILLIAMSTOWN, NJ 08094-2455

DAVIDS CEMETERY ASSOCIATION
FIXED INCOME ACCOUNT
ATT FRANK SENSEL
4600 MAD RIVER ROAD
KETTERING, OH 45429-2159

DAVIDS CEMETERY ASSOCIATION
SECTION 1721.21
ATTN FRANK SENSEL
4600 MAD RIVER ROAD
KETTERING, OH 45429-2159

DAVIDS CEMETERY ASSOCIATION RETIREMENT TRUST
FRANK SENSEL, TRUSTEE
FBO STEPHEN HOPKINS
4600 MAD RIVER RD
KETTERING, OH 45429

DAVIDS CEMETERY RETIREMENT TRUST
FRANK SENSEL TRUSTEE
FBO ERIC WATNE
4600 MAD RIVER RD
KETTERING, OH 45429

DAVIDSON COUNTY UNION
32 CHANDLERS COVE
JACKSON, TN 38305-6913

DAVIS L & GENEVA A BIGHAM
115 NEW CASTLE DR
FRANKLIN, TN 37067

DAVIS L BIGHAM
115 NEWCASTLE DR
FRANKLIN, TN 37067

DAWN L PAFFENROTH
295 JOSHUA GLEN LN
CARY, NC 27519-8764

DAWN MARIE SCHWARTZ
60 SARA LN
NEW ROCHELLE, NY 10804-3426

DAY, KATHERINE
26424 FEATHERSOUND DR
PUNTA GORDA, FL 33955-4713

DAYLE Y POND TTEE
DAYLE POND
556 LAKELAND DR
KINSTON, NC 28504

DAYNA KURTZ
JASON KURTZ
315 E 68TH ST # 12R
NEW YORK, NY 10065-5603

DAYNE W STILES
219 61ST ST
NEWPORT BEACH, CA 92663-2038

DCG & T
FBO JOAN WALDMAN/IRA
JOAN WALDMAN
5751 ROYAL LAKE CIR
BOYNTON BEACH, FL 33437-5620

DCG & T
FBO JOHN A ROSE/IRA
JOHN A ROSE
8 WOOD OAK LN
HUNTINGTON, NY 11743-6250

DCG & T FBO GRACE T MEYER/IRA
C/O GRACE T MEYER
669-H WESTWOOD AVENUE
RIVER VALE, NJ 07675

DCG AND T FBO GRACE T MEYER/IRA
C/O GRACE T MEYER
669-H WESTWOOD AVE
RIVER VALE, NJ 07675-6336

DD/BR WILLIAMS REVOCABLE LIVING
TRUST UAD 08/01/02
DAVID D WILLIAMS TTEE
9795 E NORTH GLEN
CLAREMORE, OK 74017-1506

DDEC, LTD.
FKA DCJC, LTD.
A PARTNERSHIP
718 CREEK HILL WAY
JUSTIN, TX 76247

DEAN C ZABLOCKI &
PAT ZABLOCKI
JT TEN
TOD ACCOUNT
5025 MACHICKANEE LANE
LENA, WI 54139-9576

DEAN E SMITH
DESIGNATED BENE PLAN/TOD
721 NE 140TH AVE.
SILVER SPRINGS, FL 34488

DEAN E SMITH &
CAROL LYNN SMITH JT TEN
721 NE 140TH AVE.
SILVER SPRINGS, FL 34488-3497

DEAN H BURNS AND
CATHERINE R BURNS JT TEN
5124 HWY 171
DERIDDEN, LA 70634

DEAN MAVROVITIS
1336 LAKESHORE DR
MASSAPEQUA PARK, NY 11762-1755

DEAN MAVROVITIS
1336 LAKESHORE DRIVE
MASSAPEQUA PARK, NY 11762-1755

DEAN R COLLINS
4875 CHEVY CHASE DR
CHEVY CHASE, MD 20815-6428

DEAN R FREY
GGM IRA CUSTODIAN
5033 VERNON OAKS DR
DUNWOODY, GA 30338-4646

DEAN SHERWIN KLIVANS
BARBARA ALTHEA KLIVANS
61130 TAPADERA ST
BEND, OR 97702

DEAN T BROWN
1130 S SUNNYSIDE AVE
FRESNO, CA 93727

DEAN W WONDERS &
VELVA M WONDERS JT TEN
196 MOUNTAIN RD
DILLSBURG, PA 17019-1511

DEAN Z. TSANG
26 BEACON ST APT 34-F
BURLINGTON, MA 01803

DEANE KIZER WILKINS
TERRI FURRH JT TEN
19214 ARTESIAN WAY
HUMBLE, TX 77346-2430

DEANNA COLABELLA
CGM SEP IRA CUSTODIAN
17 PINE DRIVE
PARK RIDGE, NJ 07656-1816

DEANNA L SOE
1900 YOLO AVE
BERKELEY, CA 94707-2614

DEANNA TULIN
CGM IRA ROLLOVER CUSTODIAN
5257 GLENVILLE DRIVE
BOYNTON BEACH, FL 33437-1681

DEANNE H SMITH TTEE
SMITH FAMILY TRUST U/A
DTD 02/19/2001
97 THICKET
IRVINE, CA 92614-7952

DEANNE H SMITH TTEE
SURVIVOR'S TST FBO SMITH FAM TST
U/A DTD 02/19/2001
97 THICKET
IRVINE, CA 92614-7952

DEBBIE ANN SNELL
DEBBIE SNELL
3961 EAST 20TH ST
CASPER, WY 82609

DEBORAH ANN COOPER
DEBBY COOPER
2104 BRADLEY LN
RUSSELLVILLE, AR 72801

DEBORAH ANN SULLIVAN
CGM IRA ROLLOVER CUSTODIAN
8975 INDIAN RIVER RUN
BOYNTON BEACH, FL 33472-2447

DEBORAH B HEEDE
3616 BRIAN PL
CARMEL, IN 46033-4421

DEBORAH E KOSHKO
TOD BENEFICIARIES ON FILE
8504 HICKORY DR
STERLING HTS, MI 48312-4714

DEBORAH H BINDLER
641 VIRGINIA ST
FAR ROCKAWAY, NY 11691

DEBORAH L GILKEY HERITAGE TRST
DEBORAH L GILKEY TTEE
1001 BEACH BLVD
LAGUNA VISTA, TX 78578-2617

DEBORAH L SHAW TTEE
U/W BETTY M BOYLE
PO BOX 400252
HESPERIA, CA 92340-0252

DEBORAH LOMBARD
WBNA CUSTODIAN TRAD IRA
201 HERMOSITA DRIVE
ST PETE BEACH, FL 33706-2801

DEBORAH M GABLE
1660 HUNTERS COURT
YARDLEY, PA 19067-5743

DEBORAH M. THOMPSON TTEE
FBO DEBORAH M. THOMPSON TRUST
U/A/D 08/15/03
19971 FERNGLEN DRIVE
YORBA LINDA, CA 92886-6013

DEBORAH MEISS-BRESLAUER
6996 SOUTHSIDE RD
HOLLISTER, CA 95023

DEBORAH N MARSTELLER
204 E SEVENTH AVE
COLLEGEVILLE, PA 19426-1906

DEBORAH PERRIN
1710 MORTON WALK WK
LOS ANGELES, CA 90026

DEBORAH REEVE
CGM IRA CUSTODIAN
4138 SOUND AVENUE
RIVERHEAD, NY 11901-1204

DEBORAH ROTHSCHILD
599 S FOREST DR
TEANECK, NJ 07666-2037

DEBORAH SCHWARTZ
13564 SE 87 CIRCLE
SUMMERFIELD, FL 34491

DEBRA A DENOBILE
5133 MAGELLAN WAY E
DELRAY BEACH, FL 33484-1375

DEBRA BALKA
462 ROSEDALE ROAD
PRINCETON, NJ 08540

DEBRA CARABIN
1685 LAKE HAVEN CIR
TUSCALOUSA, AL 35406

DEBRA D STEPHENS
79 SHADOW CREEK WAY
ORMOND BEACH, FL 32174

DEBRA E ALMEDA
111 AETNA DRIVE
CORBIN CITY, NJ 08270-2568

DEBRA F BALM REVOCABLE TRUST
UAD 07/18/03
TIMOTHY BALM TTEE
5580 SENOUR DR
WEST CHESTER, OH 45069-1135

DEBRA KAY MELLEMA TRUST
DEB MELLEMA
10570 STAKES RD
GREENVILLE, MI 48838-9468

DEBY ANN SAITO
CGM IRA ROLLOVER CUSTODIAN
30 AURORA DRIVE
ROLLING HILLS ESTATES, CA 90274-4235

DEE CLARENCE SWEENEY JR
UTA CHARLES SCHWAB & CO INC
IRA ROLLOVER DTD 01/06/93
5204 94TH ST
LUBBOCK, TX 79424-4402

DEE CLARENCE SWEENEY JR
UTA CHARLES SCHWAB & CO INC
IRA ROLLOVER DTD 01/06/93
5204 94TH ST
LUBBOCK, TX 79424-4402

DEEB MARITAL TRUST
LILA J DEEB TRUSTEE
515 OCEAN AVE #405 N
SANTA MONICA, CA 90402

DEERWOOD TR
J MICHAEL REHWALDT TTEE
FRANCES REHWALDT TTEE ET AL
U/A DTD 05/25/1995
216 SYCAMORE ST STE 500
MUSCATINE, IA 52761-3842

DELANO D ERICKSON
DELANO ERICKSON
2317 KIRKWOOD LA
PLYMOUTH, MN 55441

DELANO ERICKSON
DELANO ERICKSON P/S PLAN
8605 VERNON ST
GREENFIELD, MN 55373

DELAWARE CHARTER GTY TRUST TR
MARY ELLEN MILLER IRA
1618 SOUTHBAY DR
OSPREY, FL 34229-9720

DELAWARE CHARTER GTY TRUST TR
ROGER W EISBRENER TR DTD 03/10/04
EISBRENER FAMILY TRUST
BENE IRA /J EISBRENER DECD
321 GREEN WING DR
WINNECONNE, WI 54986

DELAWARE CHARTER GUARANTEE &
TRUST CO TTEE
FBO FRANK J HALL
416 TRAVIS ST, STE 1008
SHREVEPORT, LA 71101-5503

DELBERT D WOOD
278 BAYSHORE DR
NEW CONCORD, KY 42076

DELBERT J KARMANN
240 GRAND STREET
POWELL, WY 82435-2243

DELBERT L TASH
80 SPAGNUOLO CIRCLE
COLLEGE PLACE, WA 99324

DELFORD A EATON & JOAN I EATON
50823 CR. 123
BRISTOL, IN 46507

DELL L MALLAN
PO BOX 1204
PARADISE, CA 95967-1204

DELLA E MILLIMAN
2423 CONGRESS ST
ALLENTOWN, PA 18104

DELLA KING TTEE
DELLA L KING REVOCABLE TRUST U/A
DTD 09/16/1981
4411 NE 72ND TERRACE
KANSAS CITY, MO 64119-1577

DELLA M BERRA
TOD REGISTRATION
23 LARCHWOOD ROAD
SOUTH PORTLAND, ME 04106-6506

DELLBURT A KIDWELL  &
BEVERLY A KIDWELL JT WROS
7644 PORTSTEWART DR.
BRADENTON, FL 34202-7913

DELLORA & PHILLIP CASELLA TTEES
DELLORA CASELLA LIV TRUST
212 W KATHLEEN CT
PARK RIDGE, IL 60068

DELMONT H LINKER TRUST
GARY B LINKER TRUSTEE
6017 86TH STREET
LUBBOCK, TX 79424

DELORES G RUSCH
1010 BLACK PINE CT
KNIGHTDALE, NC 27545

DELORES HODGE SWICK LIVING TRUST
UAD 08/12/99
DELORES HODGE SWICK TTEE
1500 MONUMENT RD 1008
JACKSONVILLE, FL 32225-8390

DELORES M BROWN
4585 W RIESLING CT
LAPORTE, IN 46350

DELORES MARCUS A/K/A
DOLLY MARCUS TTEE
DELORES MARCUS REV TRUST
U/A DTD 3-10-93
7186 PROMENADE DR
BOCA RATON, FL 33433-6978

DELORES T WEINBERG
44163 VILLAGE 44
CAMARILLO, CA 93012

DELORES T WEINBERG
44163 VILLAGE 44
CAMARILLO, CA 93012

DELORES T WEINBERG
44163 VILLAGE 44
CAMARILLO, CA 93012

DELORES T WEINBERG
44163 VILLAGE 44
CAMARILLO, CA 93012

DELORIS M BENNETT IRA
FCC AS CUSTODIAN
508 W STROUD
JONESBORO, AR 72401-7126

DELORIS MAE NOLL
252 WINDMONT RD
KEWANEE, IL 61443-3326

DELOS CARPENTER
1277 DEEP CREEK DRIVE
MCHENRY, MD 21541-1220

DELSEN TESTING LABORATORIES INC
PRFT SHRG TR DTD 1-10-83
FBO XIAO PING HU
4138 LA RICA AVENUE #A
BALDWIN PARK, CA 91706-3148

DELVEN W DEVORE &
ETHEL M DEVORE JT TEN
203 S SYCAMORE STREET
WOODSFIELD, OH 43793-1035

DELYLE BARTON
CHARLES SCHWAB & CO INC CUST
ROTH CONVERSION IRA
698 E CENTER ST
OREM, UT 84097-5606

DEMETRIUS J MARGAZIOTIS
CHARLES SCHWAB & CO INC.CUST
IRA CONTRIBUTORY
745 ILIFF ST
PACIFIC PALISADES, CA 90272-3928

DENA ANNE KLEEMAN
CHARLES SCHWAB & CO INC CUST
SEP-IRA
6401 MARYLAND DR
LOS ANGELES, CA 90048-4741

DENA ANNE KLEEMAN TTEE
DENA A. KLEEMAN, P.C. DISCRETI
U/A DTD 01/01/2000
6401 MARYLAND DR
LOS ANGELES, CA 90048-4741

DENA E STEWART TRUSTEE
THE ROBERT AND DENA STEWART TRUST
U/A 4/1/98
7831 PARK LANE APT 247
DALLAS, TX 75225-2049

DENESE A HINDE TRUST
DENESE A HINDE TTEE
U/A DTD 06/01/1993
1000 KOSSTRE CT
IRVING, TX 75061-2358

DENIS VAN DE VOORDE
DREVE DES RENARDS 81
BRUSSELS 1180 BELGIUM

DENISE A CARRIER
21 DEMING ST
PAWTUCKET, RI 02861

DENISE A REARDON &
NICHOLAS S REARDON JT TEN
101 S BRANCH DR
WHITEHOUSE STATION, NJ 08889-3224

DENISE BROUARD
192 MAIN AVE
MASTIC, NY 11950

DENISE MCQUEENEY SPECIAL NEEDS TRUST-THOMAS P MC(
C/O THOMAS P MCQUEENEY
2562 LITTLE PINE COURT
TOMS RIVER, NJ 08755

DENISE S. F. SAVOIE
401 NE 117TH ST
SEATTLE, WA 98125-4733

DENNIS & DARCILYN DEPENBUSCH
TRUSTEE U/A/D 12/21/98
DENNIS H DEPENBUSCH REV TRUST
2709 PRINCETON BOULEVARD
LAWRENCE, KS 66049-1705

DENNIS & DIANNE S OKEEFE
OKEEFE REVOCABLE TRUST
27 LANSDALE AVE
SAN ANSELMO, CA 94960

DENNIS & HELEN BASS
8032 DESMOND DRIVE
BOYNTON BEACH, FL 33472

DENNIS & KATHLEEN GASICK
819 BRAEMAN CT
LIBERTYVILLE, IL 60048

DENNIS & REBECCA WEISS
24537 ROSEMONT DR
SOUTH LYON, MI 48178

DENNIS AND LORETTA DANKO FAMILY TRUST
DANKO FAMILY TRUST, DENNIS AND LORETTA DANKO
DENNIS G DANKO, TRUSTEE
10941 E BUCKSKIN TRAIL
SCOTTSDALE, AZ 85255

DENNIS B VERON
DENNIS B VERON, TRUSTEE NESEITT TRUST
U/A DTD 12/08/1993
P.O. BOX 32
FRASER, CO 80442-0032

DENNIS BLOCK
34 1/2 ST MARKS PLACE
APT 7
NEW YORK, NY 10003

DENNIS C DELWICHE
CGM IRA CUSTODIAN
12399 W STATE RD 48
EXELAND, WI 54835-2121

DENNIS C HAMMOND
LU ANNA M HAMMOND JTWROS
3310 MCCORMICK WAY
BOISE, ID 83709-3735

DENNIS D & LINDA F FASKING JT TEN
104 TREETOPS LANE
UNIT 3B
BENTON, KY 42025-6535

DENNIS DALE BASS & BARBARA BASS
174 BERGEN CIR
ABURNDALE, FL 33823

DENNIS DALE BASS & BARBARA O BASS
174 BERGEN CIRCLE
AUBURNDALE, FL 33823

DENNIS E BUCCHAN
14 LONGMEADOW CRES
MARKHAM ON  L3R 3J5 CANADA

DENNIS E HOUSE AND
ELIZABETH G HOUSE JTWROS
1911 OVERLAND DRIVE
CHAPEL HILL, NC 27517-2346

DENNIS E ROSS
1655 N CALIFORNIA BLVD # 417
WALNUT CREEK, CA 94596

DENNIS J KELLY
C/O CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
715 SOMERSET WAY
AUGUSTA, GA 30909-3148

DENNIS J MALONE &
BETH ANN MALONE JT TEN
15 PINE AVENUE
CONGERS, NY 10920-1827

DENNIS J WHARTON
313 FAIRVIEW AVE
LONG VALLEY, NJ 07853-3261

DENNIS LANDE
3619 BRENTWOOD DR
FLINT, MI 48503-2343

DENNIS M RICHTER
N 873 HOWARD ROAD
WHITEWATER, WI 53190

DENNIS MCGINTY, CUST FOR BRENDAN KARL MCGINTY UTMA
2919 COLONY DR
EAST LANSING, MI 48823

DENNIS R KOON
PO BOX 3430
BOWLING GREEN, KY 42102-3430

DENNIS RAY DALTON
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
2280 COUNTRY LN
AUBURN, CA 95603-7307

DENNIS SOUZA
4550 W COUNTRY CT
VISALIA, CA 93277

DENNIS TROUTMAN
59 EDDYSTONE WAY
MT LAUREL, NJ 08054

DENNIS W & MAXINE V NORTON JT
201 FARGO LN
RABUN GAP, GA 30568-1709

DENNIS W LAHEY
611 CORNWELL ON THE GULF
VENICE, FL 34285

DENNIS/SUZANNE BUSCH
14244 COYOTE MTN TRAIL
NEVADA CITY, CA 95959

DENNY LANG
20 CAMBRIDGE DR
IRWIN, PA 15642-9129

DENVER E NICHOLS IRA #Y02076724@FIDELITY
C/O DENVER E NICHOLS
4250 LAKE POINTE LANE
COMMERCE TWP, MI 48382-1923

DENZIL G FIKE
9315 W TURNBERRY LOOP
CRYSTAL RIVER, FL 34429

DENZIL PAULI TRUST
R PAULI & A PAULI TTEES
JAMES PAULI TTEE
13021 BLUHILL ROAD
SILVER SPRING, MD 20906-3972

DEREK M DAVIS
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
4517 TOWER RD
GREENSBORO, NC 27410-5916

DEREK WOLPERT
DEREK ADAM WOLPERT
1486 STEPHEN MARC LN
EAST MEADOW, NY 11554-2209

DERIEN FITZPATRICK
BY DERIEN FITZPATRICK TRUST
435 ARMANTE CT
AKRON, OH 44313-5916

DERIEN FITZPATRICK IRRA
435 ARMANTE CT
AKRON, OH 44313-5916

DERRICK AND INGRID HOFFMAN FAMILY TRUST
6002 MESCALLERO PL
SIMI VALLEY, CA 93063

DERRICK ROYAL
16895 MONTE VISTA ST
DETROIT, MI 48221

DESANTIS FAMILY TRUST
U/A/D 12/23/96
FRANK E DESANTIS & PAULINE
DESANTIS CO TRUSTEES
7329 HAYES BLVD
MENTOR, OH 44060

DESMOND DEVLIN &
WENDI DEVLIN JT TEN
90-11 NORTHERN BOULEVARD
JACKSON HEIGHTS, NY 11372-1684

DESSA LYN HERTZ
11445 SE 121 ST LN RD
BELLEVIEW, FL 34420

DESSAIN FAMILY REVOCABLE TRUST
U/A/D 12/26/01
CAROLINE DESSAIN RUSSELL TTEE
326 GRANT AVENUE
SANTA FE, NM 87501-1933

DEVERE DALE PALMER
270 ALLENDALE RD
RAGLEY, LA 70657

DEVERE DALE PALMER AND CHARLOTTE L PALMER
270 ALLENDALE RD
RAGLEY, LA 70657

DEVEREAUX, JIMMY W
50838 NATURE DR
CHESTERFIELD, MI 48047-4606

DEVINA A & MARVIN C STEARNS
17235 SW HILLSBORO HWY
SHERWOOD, OR 97140

DEVON GRAYSON MIDKIFF
4521 W 600 N
MIDDLETOWN, IN 47356-9495

DEWARD TAN AND HENRY TAN JTWROS
99-56 65TH RD
REGO PARK, NY 11374-3655

DEWAYNE E HINDMAN
4743 DANBURY ST NE
CEDAR RAPIDS, IA 52402

DEWEY D HENDERSON
153 HARBOR HOUSE DRIVE
OSPREY, FL 34229-9786

DEWEY D HENDERSON
CGM IRA ROLLOVER CUSTODIAN
153 HARBOR HOUSE DRIVE
OSPREY, FL 34229-9786

DEWEY H. BRAZELTON
PO BOX 528
HUNTSVILLE, AL 35804

DEWEY W BARNELL & JENNY BARNWELL JT TEN
720 JANE LN
WEATHERFORD, TX 76085-9084

DEWITT & LINDA H STARNES JTWROS
1374 KNIGHT ROAD
ALEXANDER CITY, AL 35010

DEXTER A SHOLAR IRA
FCC AS CUSTODIAN
3106 INDIAN TRAIL
GODFREY, IL 62035-1238

DEXTER B DAWES
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
350 SANTA RITA AVENUE
PALO ALTO, CA 94301-3941

DIALCO INC
PO BOX 7119
DUBAI, UNITED ARAB EMIRATES

DIANA C GARDNER
516 GOLF AVENUE
ELLWOOD CITY, PA 16117

DIANA K SMITH
5296 N 37TH
GALESBURG, MI 49053

DIANA L WATSON
11223 COUNTY ROAD 223
OXFORD, FL 34484-3377

DIANA M ALLOWITZ
1480 MADRAS ST SE
SALEM, OR 97306

DIANE & JEFFREY MASTERS
DIANE MASTERS & JEFFREY D MASTERS
SPECIAL ACCT
1295 23RD ST S
BIRMINGHAM, AL 35205

DIANE A MATTHEWS
11 JUNIPER ST
MOUNT HOLLY, NJ 08060

DIANE ADAMS
DIANE ADAMS FAMILY TRUST
DIANE ADAMS TRUSTEE
4376 ST CLAIR AVE W
N FT MYERS, FL 33903

DIANE AND AVISHAY GINSBURG
32/3 AMNON VETAMAR ST
RAMAT GAN 52365 ISRAEL

DIANE BECHTLOFFT
8239 W 91ST ST
HICKORY HILLS, IL 60457

DIANE BICKFORD
25 NARROWBROOK CT
MANALAPAN, NJ 07726-8964

DIANE BRATTELI
6 CHESHAM WAY
FAIRPORT, NY 14450

DIANE BURNS HOLT INH IRA
BENE OF PAUL C BURNS
CHARLES SCHWAB & CO INC CUST
204 WENDY OAK ROAD
REIDSVILLE, NC 27320-8536

DIANE C LUDWICK
75 NEWINGTON ROAD
WEST HARTFORD, CT 06110

DIANE C MARINARI
SWAMP CREEK RD
PO BOX 143
SUMNEY TOWN, PA 18084-0143

DIANE CALIGIURI
3720 SW 32 ST
DES MOINES, IA 50321

DIANE CHARRON
422E 72ND STREET APT 19E
NEW YORK, NY 10021

DIANE DUNCAN SCHULTZ & DOROTHY DUNCAN JT TEN
C/O DOROTHY DUNCAN
35 BAUER PL EXT
WESTPORT, CT 06880-4104

DIANE E KALT
11945 BAJADA RD
SAN DIEGO, CA 92128

DIANE GINSBACH
1109 WYLAND DR
DELL RAPIDS, SD 57022

DIANE GRONDIN
764 AVENUE LAVALLU
H7E 2W7 LAVAL QUEBEC CANADA

DIANE H PETERS
16 ELLEN DR
BEACON FALLS, CT 06403

DIANE HALLOCK ASH
5821 TWIN SILO RD
DOYLESTOWN, PA 18902

DIANE HUNTER
3811 MORELAND ST
RUSTON, LA 71270

DIANE J SACHS TRUST
DIANE J SACHS TTEE
U/A DTD 06/08/2005
15100 W CLEVELAND AVE
APT 68
NEW BERLIN, WI 53151-3754

DIANE K HENEBRY & JOSEPH A HENEBRY III
DIANE K HENEBRY & JOSEPH A HENEBRY III JT WROS
112 HERMITAGE PL
PEACHTREE CITY, GA 30269-1490

DIANE KAY BROOKMAN
937 CO HWY 27
RICHFIELD SPRINGS, NY 13439

DIANE KEIGHLEY (IRA CHARLES SCHWAB ACCOUNT 4978 792
DIANE KEIGHLEY
UTA CHARLES SCHWAB & CO INC
IRA CONTRIBUTORY DTD 03/19/84
626 NORMANS LANE
NEWARK, DE 19711-3046

DIANE M HEBENSTREIT
CHARLES SCHWAB & CO INC CUST
ROTH CONVERSION IRA
PO BOX 271531
WEST HARTFORD, CT 06127-1531

DIANE M KOLB LIBROT (IRA)
FCC AS CUSTODIAN
160 FREMONT AVE
PARK RIDGE, NJ 07656-1834

DIANE M MUELLER
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA
6137 ROSSI COURT
CICERO, NY 13039-8340

DIANE M RATTO
4785 GERANIUM PL
OAKLAND, CA 94619-3052

DIANE M REVAK IRA
FCC AS CUSTODIAN
U/A DTD 04/05/00
3936 N W 89TH AVE
CORAL SPRINGS, FL 33065-2942

DIANE MARKLEY
CGM SEP IRA CUSTODIAN
U/P/O WILLIS KILBORNE AGENCY
2191 STATE ROUTE 38 A
MORAVIA, NY 13118-2244

DIANE MCADAMS
CGM IRA CUSTODIAN
1509 LARK BLVD.
STUART, FL 34996-2667

DIANE MCMAKIN TTEE
MCMAKIN CHARITABLE REMAINDER U
U/A DTD 09/23/1996
1260 E FEDERAL HEIGHTS DR
SALT LAKE CITY, UT 84103-4326

DIANE R MARSONEK
111 ASPEN LN
SEVEN FIELDS, PA 16046-4317

DIANE R MARSONEK
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
111 ASPEN LN
SEVEN FIELDS, PA 16046-4317

DIANE SCHNELLBACHER
CGM IRA CUSTODIAN
5364 WILDER WAY
INDIANAPOLIS, IN 46216-2212

DIANE SETTLE SUCC TTEE
AMY L. HEALY REVOCABLE LIVING TRUST
U/A DTD 07/23/2004
1601 QUAIL DRIVE
SARASOTA, FL 34231-3538

DIANE STOKEN IRA
C/O DIANE STOKEN
1812  S CARPENTER RD
BRUNSWICK, OH 44212-4202

DIANNE AND GARY KOVARNA
482 VALLEY DR
HINTON, IA 51024

DIANNE J KNIGHT
1502 N WOODLAND RD
PONCA CITY, OK 74604-3539

DIANNE L BASTIAN
2580 CRESTWOOD LANE
RIVERWOODS, IL 60015-1903

DIANNE M DAY & C M DAY

DICK J JUDGE
2774 SYCAMORE
COLUMBUS, IN 47201-2929

DICKIE LEE TYNDALL R/O IRA
FCC AS CUSTODIAN
1405 SHERWOOD LN
BROKEN ARROW, OK 74011-8232

DIDIER M GLOUX
109 TODDSBERRY ROAD
ROCKY MOUNT, NC 27804-9389

DIEGO RODRIGUEZ
140 WARREN DR
NEW KENSINGTN, PA 15068-5241

DIERICKX LEYS & CIE NV
KASTEELPEINSTRAAT 44
2000 ANTWERPEN BELGIUM

DIETER F J JULI
128 SIERRA BLANCA CT
GRASS VALLEY, CA 95945

DIETER HAUSS
16 ROBERTS COURT
TENAFLY, NJ 07670

DIETER SCHNITKER
NELKENWEG 2
35633 LAHNAU GERMANY

DIETER WENDLING &
EVA WENDLING
5709W MICHIBY DRIVE
MANISTIQUE, MI 49854

DIETER WENDLING &
EVA WENDLING JT TEN
5109W MICHIBAY DRIVE
MANISTIQUE, MI 49854-9126

DIETER WENDLING & EVA WENDLING
5109 W MICHIBY DRIVE
MANISTIQUE, MI 49854

DIKRAN CARMEN BAKALIAN
BEMO EUROPE
49 AVENUE D LENA
75116 PARIS FRANCE

DILLON WELLS INC PROFIT SHARING PLAN
DILLON WELLS INC
ATTN  CRIAG ARNOLD
1933 S BROADWAY  STE 711
LOS ANGELES, CA 90007

DIMITRIOS POUCHNIOS
KIRCHFELDSTRASSE 143
40215 DUESSELDORF GERMANY

DIMITRIOS POUCHNIOS
KIRCHFELDSTRASSE 143
40215 DUESSELDORF, GERMANY

DINO &ROSINA BRANDOLISIO
CO TRUSTEES
U/A/D 07/20/2001
BRANDOLISIO REV LIVING TRUST
405 GLENWAY RD
ERDENHEIM, PA 19038-7019

DINO LEVENTIS
2070 PALMER LN
GREEN OAK, IL 60048

DINO RICCIARDI
5415 21ST ST WEST
BRADENTON, FL 34207

DIP LING DR TECHN JEDLICKA
DIP LING DR. JEDLICKA HANS
ROSENTALGASSE 15/STG 5/5
1140 WIEN AUSTRIA

DIPL ING DR TECHN HANS JEDLICKA
ROSENTALGASSE 15/STG 5/5
A-1140 WIEN AUSTRIA

DIRECTOR'S LIFE ASSURANCE
P O BOX 20428
OKLAHOMA CITY, OK 73156-0428

DIVAKAR D KARKHANIS
104 GRAND FALLS CT
DICKINSON, TX 77539

DIVYAKANT S PARIKH &
HANSA D PARIKH TEN COM
4119 GRENNOCH
HOUSTON, TX 77025-2303

DIXIE B ARMBRUSTER SEP IRA
FCC AS CUSTODIAN
3760 PINEBROOK CIR APT 1
BRADENTON, FL 34209-8033

DIXIE LEE NOOK
10 REED COURT
THE SPRINGS
RANCHO MIRAGE, CA 92270

DK & IE WILLIAMS TTEES
C/O DK WILLIAMS
30010 PINEDALE DR
TEHALHAP, CA 93561

DM STENBORG #1 LP
WILLIAM HOOD
501 CORNWALL RD
SANFORD, FL 32773-5879

DMC MUTUAL INSURANCE ASSN
800 S WAPELLO RD
MEDIAPOLIS, IA 52637

DMC MUTUAL INSURANCE ASSN
800 S WAPELLO RD
MEDIAPOLIS, IA 52037

DMITRIY KOSYAGIN
502 PLYMOUTH PL
#2E
GLENVIEW, IL 60025

DOLLIE MAE BRAMLETT
11276 CLINGMAN RD
KEITHVILLE, LA 71047

DOLORES A WALKER & WILLIAM OLIVER WALKER
WILLIAM OLIVER WALKER COMPRO
2516 NORTH WAVERLY DRIVE
BOSSIER CITY, LA 71111-5940

DOLORES BOOTH
84 MIAMI PKWY
CHEEKTOWAGA, NY 14225

DOLORES BRENNER
6809 N 2ND PLACE
PHOENIX, AZ 85012-1007

DOLORES C JOHNSON
384 BEE BALM CIRCLE
COVINGTON, LA 70435

DOLORES CLAPS (IRA)
FCC AS CUSTODIAN
9 ADAM PLACE
MASSAPEQUA, NY 11758-6601

DOLORES D BERLIN
2710 RIDGE VALLEY RD NW
ATLANTA, GA 30327-1826

DOLORES DICECCO
2667 LAKEWOOD PLACE
WESTLAKE VILLAGE, CA 91361

DOLORES HARCZYNSKI
16236 N 33RD ST
PHOENIX, AZ 85032

DOLORES J BALIS
511 WATERS EDGE
NEWTOWN SQ, PA 19073-2131

DOLORES J CIMORELLI
GLENN A MUMBAUER
4147 ROBBINS AVE
PHILADELPHIA, PA 19135-3021

DOLORES J EITEL TOD
STEVEN R MAVIGLIO SUBJ TO STA RULES
833 DEWEY STREET
UNION, NJ 07083-6824

DOLORES KOMLEG TR
ANDREW KOMLEG - DECEASED
9421 ROSEBAY DR
ST LOUIS, MO 63126

DOLORES L ABBOTT TRUST
DOLORES L ABBOTT TRUSTEE
U/A/D 07/07/74
3264 ROYAL PALM DR BOBCAT TRAIL
NORTH PORT, FL 34288-8638

DOLORES M BURWELL
3423 DON JOSE DRIVE
CARLSBAD, CA 92010

DOLORES M PORTER
3563 SW CARPENTER RD
LAKE CITY, FL 32024-5015

DOLORES M ZELENKA TTEE
350 GILMORE RD SP 8
RED BLUFF, CA 96080

DOLORES PARIETTI &
ROBERT PARIETTI &
PHYLLIS FRENGER JTTEN
131 TORONTO AVE
MASSAPEQUA, NY 11758-3942

DOLORES PAZOS
400 CENTRAL PARK WEST APT 8N
NEW YORK, NY 10025

DOLORES R. TORTI
22 WINSTON ROAD
MARSHFIELD, MA 02050-2938

DOLORES RYAN STACK TOD
MATHEW STACK
SUBJECT TO STA RULES
2294 SWEDISH DRIVE APT 40
CLEARWATER, FL 33763-2624

DOLORES SCHEIDHAUER
18 FOREST HILLS RD
PITTSBURGH, PA 15221-3708

DOLORES WAGNER
75-5648 MAMALAHOA HWY
HOLUALOA, HI 96725-9628

DOLORES WAGNER
75-5648 MAMALAHOA HWY
HOLUALOA, HI 96725-9628

DOM AND JUDITH BOUALINA
105 VIVAN DR
BURGETTSTOWN, PA 15021

DOMENIC AND JUNE DARPINO
2629 W MAIN ST
MILLVILLE, NJ 08332

DOMENICA GLIELMI
560 LYNN ST
HARRINGTON PARK, NJ 07640

DOMENICK J PERRONE
4926 BUTTONWOOD DR
MELBOURNE, FL 32940-1440

DOMESTIC & OVERSEAS INVESTING COMPANY LLC
P.O. BOX 296
ELIZABETH CITY, NC 27907-0296

DOMINIC A BERTA
210 E COBBLEFIELD COURT
NEWARK, DE 19713

DOMINIC D TARQUINI
C/O EDWARD JONES C/F
6755 CODY LANE
ROCKFORD, IL 61107

DOMINIC GATTO
DOMINIC AND MAUIS GATTO
3121 KING RIDGE WAY
GLENDALE, CA 91206

DOMINIC J. DEPALMA IRA
FCC AS CUSTODIAN
3997 RIVER RD APT 3
EAST CHINA, MI 48054-2220

DOMINCK A DALILLA
3706 LAKEPOINTE WAY
BONITA SPRINGS, FL 34134

DOMINICK M OLIVERIO
ROUTE 1 BOX 315
CLARKSBURG, WV 26301-9751

DOMINICK M OLIVERIO ROTH IRA
FCC AS CUSTODIAN
ROUTE 1 BOX 315
CLARKSBURG, WV 26301-9751

DOMINIQUE MARK
3800 S OCEAN DR #1701
HOLLYWOOD, FL 33019

DON AND SHARON R COURTNEY
11810 STONE MILL RD
CINCINNATI, OH 45251-4128

DON BUCKROYD ROLLOVER IRA
C/O DON BUCKROYD
3401 LEE PKWY
#1106
DALLAS, TX 75219

DON COURTNEY
11810 STONE MILL RD
CINCINNATI, OH 45251-4128

DON DANDY
506 SOUTH 91ST CIRCLE
OMAHA, NE 68114-3900

DON E BUCKROYD &
PAMELA C BUCKROYD
COMM PROP
3401 LEE PKWY APT 1106
DALLAS, TX 75219-5224

DON G GLOVER
CGM IRA ROLLOVER CUSTODIAN
110 ARCHDALE WAY
ANDERSON, SC 29621-1824

DON L BRUNER
3813 WEDGWORTH RD S
FORT WORTH, TX 76133

DON L HEATH AND
SHIRLEY S HEATH TTEES
DON L & SHIRLEY S HEATH TRUST
U/A DTD 1-28-97
1524 NE 49TH ST
KANSAS CITY, MO 64118-5903

DON LOESCH
14106 ELLA LEE LN
HOUSTON, TX 77077

DON M RUBINO
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
1453 HICKORY HOLLOW DR
FLINT, MI 48532-2057

DON MACE ROTH IRA RAYMOND JAMES SECURITIES
DON MACE
2201 NORTHWOOD
SEMINOLE, OK 74868

DON R BOYD
3814 SHANNENDOAH LN
SPRINGDALE, AR 72762

DON R HARRELL
309 LAKEWOOD DR
HILLSBORO, IL 62049

DON S MORRISON
14601 SE 173RD ST
RENTON, WA 98058

DON Shuleva
4735 KINGSBURY RD
Medina, OH 44256

DON W HARBIN
8763 COLDWATER CANYON CT
LAS VEGAS, NV 89123

DON W SHAW
503 POTOMAC PL
SOUTHLAKE, TX 76092

DONA GRINDLE
SHIRLEY GRINDLE
5021 E GLEN ARRAN LN
ORANGE, CA 92869-1245

DONA J KANE
7854 S ALGONQUINN WAY
AURORA, CO 80016

DONALD & ELIZABETH GEE
10655 E ARABIAN PARK DR
SCOTTSDALE, AZ 85258

DONALD & JODI LEEBOW
FAMILY LLLP
DONALD LEEBOW PARTNER
JODI LEEBOW PARTNER
1532 ISLAND WAY
FT LAUDERDALE, FL 33326-3622

DONALD & KATHRYN KENNEDY TRUST UAD 09/18/1995
30 CONDALEA DRIVE
LAKE OSWEGO, OR 97035

DONALD & MARGERY KNOLL
DONALD KNOLL
9777 ORMES RD
FRANKENMUTH, MI 48734

DONALD & PATRICIA JONES
3046 EAST GROVE AVE
VISALIA, CA 93292

DONALD & PATRICK ADAMS
765 DUTCHESS TURNPIKE
POUGHKEEPSIE, NY 12603

DONALD & THERESA GLUVNA TRUST
UA 07 06 94
7113 GLADDEN AVE NE
ALBUQUERQUE, NM 87110

DONALD A & MARY M POTTS
4117 ARAGON DR
FORT WORTH, TX 76133

DONALD A CHILI
8802 TUPELO CT
SPANISH FORT, AL 36527

DONALD A DEANGELIS REVOCABLE
LIVING TRUST UAD 4/27/2001
DONALD A DEANGELIS TRUSTEE
312 HOPEWELL DR
STRUTHERS, OH 44471-1483

DONALD A FOX &
LUCILLE M FOX JT TEN
2139 26TH AVE
KENOSHA, WI 53140-1755

DONALD A KENMONTH/JENNIFER J MILLER
DONALD A KENMONTH
JENNIFER J MILLER
8321 HIDDEN VLY CIRCLE
FAIR OAKS, CA 95628

DONALD A NOTHACKER
748 DUNCAN AVE
GIBBSTOWN, NJ 08027

DONALD A SCHMITZ TRUST
DONALD A SCHMITZ
575 SARAH DR
FOND DU LAC, WI 54935

DONALD A WAPLES
C/O FRASCO CAPONIGRO WINEMAN & SCHEIBLE
1668 TELEGRAPH STE 200
BLOOMFIELD HILLS, MI 48302

DONALD A WIGHT AND
LORETTA M WIGHT JTWROS
218 PATRICIA RD
MADISON, AL 35758

DONALD A. EARLEEN F. RICHESON
C/O DONALD A RICHESON
1215 MILL RD
TAYLORSVILLE, KY 40071

DONALD A. GUNN
NANCY L. GUNN JTWROS
3253 N. 153RD DRIVE
GOODYEAR, AZ 85395-8530

DONALD A. KESMAN
24509 W. GUINEVERE LN.
JOLIET, IL 60404-6664

DONALD ALTON KENMONTH
JENNIFER J MILLER
8321 HIDDEN VLY CIRCLE
FAIR OAKS, CA 95628

DONALD ALVIN KERSTING TRUST
LAURA A D KERSTING AND
ANN MARIE MITCHELL TTEES
2979 SPARKLEBERRY DR
MIDDLEBURG, FL 32068

DONALD AND CLOETTE STURNER
233 SECRETARIAT'S WAY
BELVIDERE, IL 61008

DONALD AND EILEEN DOGGETT
5710 CHAMPIONS GLEN
HOUSTON, TX 77069

DONALD AND GRACE MARKWARDT REVOC
UAD 11/01/97
DONALD C MARKWARDT &
GRACE A MARKWARDT TTEES
4805 RIVER HEIGHTS DRIVE
MANITOWOC, WI 54220-1031

DONALD B DAVIS
2054 N THORNTON RD #150
CASA GRANDE, AZ 85222

DONALD B HELDOORN
505 KERN AVE
MORRO BAY, CA 93442

DONALD B MAITLAND
322 EDSTAN WAY
PARAMUS, NJ 07652-5712

DONALD B MAITLAND
322 EDSTAN WAY
PARAMUS, NJ 07652-5712

DONALD B MAITLAND
322 EDSTAN WAY
PARAMUS, NJ 07652-5712

DONALD BARTECK
8125 ANNA AVE
WATERFORD, WI 53185

DONALD BEHRENS
2000 32ND ST SE
#222
GRAND RAPIDS, MI 49508

DONALD BONNER
2404 FAIRWAY TERRACE
CLOVIS, NM 88101

DONALD BORKENSTEIN
4 SHERWOOD DR
MONROE  TOWNSHIP, NJ 08831

DONALD BORKENSTEIN
4 SHERWOOD DR
MONROE TOWNSHIP, NJ 08831

DONALD C & EVELYN M KLEIN
395 OAK ST
PHILLIPS, MI 54555

DONALD C & MARSHA A GRABY
309 SO 21ST
LEBANON, PA 17042

DONALD C & MARY M BAYLISS
3723 SEATTLE SLEW DR
COLUMBUS, OH 43221

DONALD C EHLERS, SR
142 EDMONDS PLACE
PARIS, TN 38242

DONALD C EVANS
6750 NW BEAVER DR
JOHNSTON, IA 50131

DONALD C JENSEN
BORGNY J JENSEN
3041 STATE HWY N
COLFAX, WI 54730

DONALD C NORRIS & BEVERLY L NORRIS
C/O DONALD C NORRIS
501 THEODORE WIRTH PKWY #305
GOLDEN VALLEY, MN 55422

DONALD C SHERBONDY AND SARAH A SHERBONDY TTEES
SHERBONDY FAMILY TRUST
U/A DTD 8/28/06
702 HUNT CLUB DRIVE
GREENSBURG, PA 15601-8408

DONALD C TILLMAN
10605 ARGENTS HILL DR
LAS VEGAS, NV 89134-7380

DONALD CHOVANAK
8244 COMOX RD
BLAINE, WA 98230

DONALD D DAVIS
112 MEADOW RD
OAK RIDGE, TN 37830-5335

DONALD D DESALVO
15519 CYRSTAL ACRES DR
SANDWICH, IL 60548

DONALD D HARTMAN LIVING TRUST
DONALD D HARTMAN
8315 PATSY LANE
GOLDEN VALLEY, MN 55427

DONALD D HOBSON
526 S MORRISH RD
FLUSHING, MI 48433

DONALD D SYMONDS
706 MOUND ST
DECORAH, IA 52101

DONALD D WEHMHOFF
1905 9TH ST
CLAY CENTER, KS 67432-1844

GRACE T MEYER
642 ROBERGE DR
RIVERVALE, NJ 07675