# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW YORK

```
-----------------------------------------------------------------X
In re:                                                           :
                                                                 :
MOTORS LIQUIDATION COMPANY, et al.,                              :
         f/k/a General Motors Corp., et al.                      :     Chapter 11
                                                                 :     Case No. 09-50026 (REG)
                                                                 :     (Jointly Administered)
                        Debtors.                                 :
-----------------------------------------------------------------X
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss
COUNTY OF SUFFOLK      )

I, Kimberly Murray, being of full age, states as follows:

1. I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

2. On August 24, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim [Docket No. 6748] and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

                                                    /s/ Kimberly Murray___
                                                    Kimberly Murray

Sworn to before me this 24th day of
August, 2010
/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

### TRANSFEROR
Smith Instrument Inc.
c/o Smith Instrument Division of J O Galloup Company
130 N. Helmer Road
Battle Creek, MI 49037

### TRANSFEREE
Jefferies Leveraged Credit Products, LLC
Attn: Mike Richards
One Station Place, Three North
Stamford, Connecticut 06902