**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re                                                   :        Chapter 11
                                                        :
**MOTORS LIQUIDATION COMPANY**, *et al.*,               :        **Case No. 09-50026 (REG)**
          f/k/a General Motors Corp., *et al.*,         :
                                                        :
          Debtors.                                      :        **(Jointly Administered)**
                                                        :
------------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         ) ss:
COUNTY OF SUFFOLK        )

I, Barbara Kelley Keane, being duly sworn, depose and state:

   1.     I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 105 Maxess Road, Melville, New York 11747.

   2.     Between August 19, 2010 and August 20, 2009, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors in the above-captioned case and pursuant to the **Notice of Debtors' Forty-Eighth Omnibus Objection to Claims [Docket No. 6658]**, I caused to be served a customized **Notice of Objection to Individual Debt Claims**, a copy of which is annexed hereto as Exhibit "A", upon each of the parties set forth in Exhibit "B" annexed hereto (affected parties) by depositing same in a sealed, postage paid envelope at a United States Post Office for delivery by the United States Postal Service via First Class Mail.

/s/ Barbara Kelley Keane<br>
Barbara Kelley Keane

Sworn to before me this
24th day of August 2010

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Qualified in Manhattan County
Commission Expires:  May 19, 2012

# EXHIBIT A

**PLEASE CAREFULLY REVIEW THIS NOTICE AS IT WILL AFFECT YOUR CLAIM IN THE GENERAL MOTORS CORPORATION (NOW MOTORS LIQUIDATION COMPANY) BANKRUPTCY CASE**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x
                         :
In re                    :         **Chapter 11 Case No.**
                         :
**MOTORS LIQUIDATION COMPANY,** *et al.*,  :        **09-50026 (REG)**
       **f/k/a General Motors Corp.,** *et al.*  :
                         :
          **Debtors.**     :         **(Jointly Administered)**
                         :
--------------------------------------------------------------x

## NOTICE OF OBJECTION TO INDIVIDUAL DEBT CLAIMS

### [Claimant Name]

| Claim Information | | | | | Basis For Objection |
|---|---|---|---|---|---|
| **Date** | **Claim #** | **Debtor** | **Classification** | **Amount** | **Claim is duplicative of a claim allowed for the indenture trustee on behalf of all Individual Bondholders** |
| | | | | | |

      **PLEASE TAKE NOTICE THAT**, on August 13, 2010, Motors Liquidation Company (formerly known as General Motors Corporation) and its affiliated debtors, as debtors in possession (the "**Debtors**"), filed an objection to your proof of claim identified above. The name of the objection is the Debtors' _____ Omnibus Objection to Claims (Duplicate Debt Claims) (the "**Objection**").

      **You have received this notice because the Debtors have objected to your proof of claim and your rights will be affected.**

      **You should read this notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**

**A copy of the full Objection can be viewed at
http://www.motorsliquidationdocket.com/bond.php3.  Or, you may
request a complete copy of the Objection at the Debtors' expense, by
contacting the Debtors at 1-800-414-9607, or by sending an e-mail to
claims@motorsliquidation.com.**

The reason for the Objection is that your claim is duplicative of two global claims filed on your behalf (and on behalf of all affected bondholders) by Wilmington Trust Company ("**WTC**"), as the indenture trustee for your General Motors Corporation bonds.  An indenture trustee is an entity that manages a bond issuance for the benefit of the individual bondholders, and handles all the administrative aspects of the bond issuance.  The claims filed by WTC ensure your interests are protected with respect to the interest, principal, and trustee fees under your bonds.  You will be entitled to receive a distribution on account of such interests through the global proofs of claim filed by WTC, and the disallowance of your individual claim will not affect such interests.  If you have additional claims with respect to your bonds beyond interest, principal, and trustee fees, such claims will be disallowed pursuant to this Objection.  A copy of the stipulation allowing the claims of WTC can be viewed at **http://www.motorsliquidationdocket.com/bond.php3**.

**YOU WILL NOTICE THAT** the Objection requests that the Bankruptcy Court expunge and disallow your claim listed above on the ground that your claim is duplicative of the global claim filed by WTC.  **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed, and you will not be entitled to any distribution from the Debtors' estates on the claim you filed.**

If you disagree with the Objection's treatment of your claim, you may call the Debtors to try and resolve your concerns at **1-800-414-9607**.  If you are unable to resolve your concerns with the Debtors before the deadline to respond, then you <u>must</u> file and serve a written response

(a "**Response**") to the Objection in accordance with this notice and you <u>must</u> appear at the Hearing described below.

You may participate in the Hearing telephonically provided that you comply with the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider."  You must also provide prior written notice by mail or e-mail of your telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Russell Brooks, Esq. (russell.brooks@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Jennifer Sharret, Esq. (jsharret@kramerlevin.com)).

**If you do not oppose the disallowance and expungement of your claim, then you do not need to file a Response or appear at the Hearing.**

**<u>PLEASE TAKE FURTHER NOTICE THAT</u>** a hearing (the "**Hearing**") on the Objection is scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on **September 24, 2010 at 9:45 a.m. (Eastern Time)**.  If you file a Response to the Objection, you should plan to appear at the Hearing either in person or telephonically.  The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to your claim.  If the Debtors do continue the Hearing with respect to your claim, then the Hearing will be held at a later date.  If the Debtors do not

continue the Hearing with respect to your claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **September 17, 2010 at 4:00 p.m. (Eastern Time)**.  Only those Responses that are timely will be considered at the Hearing.  Your Response will be deemed timely only if it is:  (a) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing system (The User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov) before the deadline for Responses **or** (b) **actually** received on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format **and** in hard copy at each of the following addresses on or before the deadline for response:

A.    Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;

B.    Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and

C.    Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Jennifer Sharret, Esq.).

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the number of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the

extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person that can be contacted in connection with the Objection.

If the Bankruptcy Court does NOT disallow and expunge your claim listed above, then the Debtors have the right to object on other grounds to your claim (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

If you have any questions about this notice or the Objection, please contact the Debtors at **1-800-414-9607**. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

**PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief requested in the Objection without further notice or a hearing if you fail to file a timely Response or appear at the Hearing.**

Dated: New York, New York
      August 18, 2010

WEIL, GOTSHAL & MANGES LLP
Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT B

EASYMAIL INTERACTIVE INC
3143 EDWARDS ROAD
CINCINNATI, OH 45208-2123

EBERHARD-VOELLM NURSERIES,INC.
EMPLOYEE PENSION FUND
500 FRANKLIN AVE
FRANKLIN SQ, NY 11010-1200

ED & LORETTA LEARD
1047 NW STARLITE PLACE
GRANTS PASS, OR 97526-1165

ED & MARTHA BASURA, TTEE BASURA FAMILY TRUST 2-25-02
873 GREENS CREEK RD
GRANTS PASS, OR 97527

ED FUREY PROFIT SHARING PLAN DTD 11/24/95
ED FUREY TRUSTEE
ED FUREY PROFIT SHARING PLAN DTD 11/24/95
FBO ED FUREY
417 GULF RD
NORTH PALM BEACH, FL 33408

ED JONES CUST FOR MARSHALL LILE IRA
MARSHALL W LILE
1931 WARTRACE PIKE
SHELBYVILLE, TN 37160

ED K LIVERMORE TTEE
FBO ED K LIVERMORE & MELBA
7201 ABERDEEN PARKWAY EAST
TULSA, OK 74132-2139

ED SMITH
182 NORTH BISHOP AVE
BRIDGEPORT, CT 06610-2542

ED SMITH
182 NORTH BISHOP AVE
BRIDGEPORT, CT 06610-2542

EDA H CONTE TOD C CONTE
C F CONTE
SUBJECT TO STA RULES
1768 W DALEHAVEN CIRCLE
TUSCON, AZ 85704-0958

EDDIE M BARINGER
7015 LESLIE DELL LANE
CHATTANOOGA, TN 37421

EDDY L LAUTERBACK IRA
FCC AS CUSTODIAN
3 ARDEN CIRCLE
BELLA VISTA, AR 72714-6340

EDDY MASERATI
8755 THE ESPLANADE #129
ORLANDO, FL 32836

EDELTRAUT M LINDSEY
3824 WELLESLEY TERR CIR
RICHMOND, VA 23223

EDGAR H BURNS IRA R/O
FCC AS CUSTODIAN
13408 FM 1442
ORANGE, TX 77632-0917

EDGAR I SCUDDER
10638 CIRCLE POINT DR
FRANKSTON, TX 75763

EDGAR R BENNETT & ERIKA M BENNETT
26 OAKGROVE RD
PINEGROVE, PA 17963-1202

EDGAR RUSSELL
818 HILLTOP RD
OYSTER BAY, NY 11771

EDGAR VAN DIJK
BERNADINE VAN DIJK HILKENS
JT TEN
4768 BROADWAY
NEW YORK, NY 10034-4916

EDISON M ALFORD
190 LAKEWIND COURT
SANFORD, NC 27332

EDISON M ALFORD
190 LAKEWIND CT
SANFORD, NC 27332-0622

EDITH A MALINOWSKI
89 WHITE PINE DR
COLTS NECK, NJ 07722-1530

EDITH ALTSCHULER
12831 W SEVILLE DR
SUN CITY WEST, AZ 85375

EDITH B NIX
PO BOX 472
COMMERCE, GA 30529-0010

EDITH BEGGS
1151 COUNTY ROAD 240
RISING STAR, TX 76471

EDITH E DIMITROVE TRUST
EDITH E DIMITROVE TTEE
FRIST UNION SECS CO-TTEE
U/A DTD 9/15/93
770 GOODLETTE RD N #408
NAPLES, FL 34102-5645

EDITH E JOCHEN
8924 GROFFS MILL DRIVE
OWINGS MILLS, MD 21117-6342

EDITH ELISABETH MILNE
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
5352 WATERFORD DRIVE
DUNWOODY, GA 30338-3144

EDITH H SMOOT
104 HARBOURVIEW DR
LOCUST GROVE, VA 22508-5669

EDITH HARRIS EAGLE TTEE
BY CHARLES LYNN EAGLE
REV TRUST U/A/D 8/24/93
42 ALMEDA DRIVE
STAR CITY, AR 71667-8823

EDITH HARRIS EAGLE TTEE
EDITH HARRIS EAGLE REV
TRUST U/A DTD 8/24/93
42 ALMEDA DRIVE
STAR CITY, AR 71667-8823

EDITH HERBERT
245 ESTATES TERRACE S
MANHASSET, NY 11030-4002

EDITH JANE WINDELL
185 TILLMAN LN
ATHENS, GA 30606

EDITH KUZNITZ
42054 VILLAGE # 42
CAMARILLO, CA 93012-8902

EDITH M BLACKSHEAR
PO BOX 457
CENTERVILLE, TX 75833-0457

EDITH M FRIED
3264 MEADOW RIDGE
REDDING, CT 06896-3228

EDITH PHILLIPS FAMILY TRUST PJ PHILLIPS TTEE
C/O MR PETER J PHILLIPS
3315 PEACHTREE INDUSTRIAL BLVD APT 322
DULUTH, GA 30096-2642

EDITH PHILLIPS FAMILY TRUST PJ PHILLIPS TTEE
C/O MR PETER J PHILLIPS
3315 PEACHTREE INDUSTRIAL BLVD APT 322
DULUTH, GA 30096-2642

EDITH R CHAPPELL
EDITH R CHAPPELL, LINDA CHAPPELL POA
715 GILCHRIST RD
BROWNS SUMMIT, NC 27214

EDITH RENFROW
P O BOX 666
CAPE GIRARDEAU, MO 63702-0666

EDITH VARONA
1821 JEFFERSON AVE APT 105
MIAMI BEACH, FL 33139-2462

EDITH WEIL
571 CYPRESS AVE
LOS ANGELES, CA 90065

EDITH ZUCKERMAN
2050 SW 10TH COURT, BLDG 1-213
DELRAY BEACH, FL 33445

EDMOND F FUREY JR REV TRUST
EDMOND F FUREY JR TTEE UA
DTD 05/18/98
417 GULF RD
NO PALM BEACH, FL 33408-4828

EDMOND H BAUER
1015 FORDER RD
ST LOUIS, MO 63129

EDMOND J JOWDY JR
23 GREENTREE DR
GLASTONBURY, CT 06033

EDMOND T ELLIOTT
3124 HONEYSUCKLE DR
ANN ARBOR, MI 48103-8932

EDMOND T. ELLIOTT
3124 HONEYSUCKLE DR.
ANN ARBOR, MI 48103-8932

EDMONE MALOLEY AND
COLLEEN MALOLEY
834 E WASHINGTON CENTER RD
FORT WAYNE, IN 46825

EDMUND A GROSSMAN
15 W 81ST ST
NEW YORK, NY 10024-6022

EDMUND AND EVELYN BRAUN
W142N5015 GOLDEN FIELDS DR
MENOMONEE FALLS, WI 53051-6988

EDMUND BARTHALOS &
EVA BARTHALOS JT TEN
3510 DELEONE RD
SAN MARCOS, CA 92069-1210

EDMUND BARTHALOS &
EVA BARTHALOS JT TEN
3510 DELEONE RD
SAN MARCOS, CA 92069-1210

EDMUND CARSER AND
BRIDAY CARSER JTWROS
325 PEACH ORCHARD RD
WATERBURY, CT 06706-2800

EDMUND GASSER
OBERRASEN, 19
I-39030 RASEN/ANTHOLZ ITALY

EDMUND GX REIDER
13700 CR9
EYOTA, MN 55934

EDMUND J AND JOAN M TUNITIS JT-TEN
5713 WHITEMARSH DRIVE
MACUNGIE, PA 18062

EDMUND KOZA
302 TASKER STREET
RIDLEY PARK, PA 19078-3117

EDMUND L. RISCH
313 MAE CT
ROMEO, MI 48065

EDMUND MURRAY & PATSY MURRAY
30522 SANTIAM RIVER RD
LEBANON, OR 97355

EDMUND T & SANDRA J COPS
6608 RANGER DRIVE
TAMPA, FL 33615

EDMUND TELEHOWSKI
18695 COUNTRY CLUB CIR
RIVERVIEW, MI 48193-8151

EDMUND W LAKEMAN TTEE
JACQUELINE W LAKEMAN TTEE
PO BOX 864
WEST OSSIPEE, NH 03890

EDNA B GROSECLOSE TTEE EDNA B GROSECLOSE REV TR #
826 SE 1201 RD
WINDSOR, MO 65360-3518

EDNA EVANS
469 SCOTT DR
WEST CHESTER, PA 19380

EDNA F NORTON TRUST
C/O EDNA F NORTON TTEE
5220 MANZ PL  APT 234
SARASOTA, FL 34232-2683

EDNA FORD
1200 BARTON CREEK BLVD, #40
AUSTIN, TX 78735-1621

EDNA JOYCE SPIVEY
373 BAY PINE ISLAND
JACKSONS GAP, AL 36861

EDNA L GORDON
501 JENNINGS LN
SHELBYVILLE, TN 37160

EDNA M SIEGEL
9229 ARLINGTON BLVD
APT 137
FAIRFAX, VA 22031-2521

EDNA M SIEGEL
A CHARLES MOSS POA
9721 COUNSELLOR DR
VIENNA, VA 22181

EDNA MCCANDLESS
24 QUARRY RD
WATERVILLE, ME 04901

EDNA O'KEEFE
807 80TH ST
NORTH BERGEN, NJ 07047-5010

EDNA S PILATO
95 PINEHURST RD
OCEAN PINES, MD 21811-1619

EDNA WASSLER
1435 EUCALYPTUS DR
SAN FRANCISCO, CA 94132-1405

EDNA WOLOV
THE WATERMARK AT LOGAN SQ
2 FRANKLIN TOWN BLVD APT 1010
PHILADELPHIA, PA 19103-1224

EDUARDO R. LATOUR & JANELLE LATOUR
LATOUR & ASSOCIATES, PA
135 EAST LEMMON STREET
TARPON SPRINGS, FL 34689-3619

EDUARDO ROSALES ROJAS, FLORENTINO
RAMON ROSALES ROJAS, ROSALES ROJAS
PARQUE DEL PALACIO NO. 25
COL EL PARQUE COYOACAN
C.P. 04890 MEXICO D.F.

EDWARD & ANNA BIGUS
25 W220 ARBRUST AVE
WHEATON, IL 60187-3448

EDWARD & ANNA BIGUS
EDWARD J BIGUS AND ANNA M BIGUS
25 W220 ARBRUST AVE
WHEATON, IL 60187-3448

EDWARD & BRITT JOHNSON
835 BALD LAKE COURT
EAGAN, MN 55123

EDWARD A & HELEN C ZAVIS TRUST
CM ROBINSON & CA KOWALIS & EH KORZELL TTEES
EDWARD & HELEN ZAVIS TRUST
16055 LARK SPUR ST
ROSEVILLE, MI 48066

EDWARD A AND JANET Y PIERCY
2820 GRAY HENDRIX RD
KNOXVILLE, TN 37931

EDWARD A CARLILE LIVING TRUST
U/A DATED 10-31-94
EDWARD A CARLILE TTEE
18887 N 89TH AVE
PEORIA, AZ 85382-8603

EDWARD A CROSETTI & SHIRLEY D
CROSETTI TTEES F/T CROSETTI FAMILY
TRUST DATED 9/6/95
3305 CAXTON CT
SAN MATEO, CA 94403-3830

EDWARD A PATTERSON &
LINDA L PATTERSON
DESIGNATED BENE PLAN/TOD
949 WRIGHT AVE
XENIA, OH 45385-5365

EDWARD A PATTERSON &
LINDA L PATTERSON
DESIGNATED BENE PLAN/TOD
949 WRIGHT AVENUE
XENIA, OH 45385-5365

EDWARD A SHEPHERD
8600 NORTHRIDGE DR NE
ALBUQUERQUE, NM 87111

EDWARD A WHITE AND
ANN K WHITE TTEES
THE EDWARD A WHITE TR DTD 3-11-96
2622 NE 5TH ST
POMPANO BEACH, FL 33062-4923

EDWARD ALAN STOCKTON
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
9062 POINT CYPRESS DR
ORLANDO, FL 32836-5476

EDWARD AND CHERYL STOCKTON
9062 POINT CYPRESS DRIVE
ORLANDO, FL 32836

EDWARD AUTRY
1333 CR 3440
HAWKINS, TX 75765

EDWARD B BIERMAN JR FAMILY TRUST
411 HIGHLAND AVE
EAST SYRACUSE, WY 13057

EDWARD B DUNLAP
2071 HYCROFT DR
PITTSBURGH, PA 15241-2248

EDWARD B FITZPATRICK
3 SEABREEZE LN
BAYVILLE, NY 11709-3008

EDWARD B HENDRICKS FAMILY TRUST
C/O EDWARD B HENDRICKS
1804 ASH CANYON RD
CARSON CITY, NV 89703-3017

EDWARD B LEAL &
SHELLEY L LEAL JT TEN
14084 16TH AVE
LEMOORE, CA 93245-9517

EDWARD B SARTI
543 FILLMORE AVE
DYER, IN 46311

EDWARD B WALCZYKOWSKI
HELEN E WALCZYOWSKI JWTROS
TOD NAMED BENEFICIARIES SUBJ TO ST TOD RULES
8 HUCKLEBERRY LANE
RIDGEFIELD, CT 06877-5705

EDWARD BEBERMAN
7676 HAZARD CENTER DRIVE
SUITE 500
SAN DIEGO, CA 92108

EDWARD C BRABAND
1077 BRIGHT STREAM WAY
WEBSTER, NY 14580

EDWARD C CHECK JR
637 SHAW AVE
MCKEESPORT, PA 15132-2328

EDWARD C MOUL
236 MAIN ST
LANDISVILLE, PA 17538

EDWARD C MYERS
11630 S GERA ROAD
BIRCH RUN, MI 48415

EDWARD C OHLIN
450 EVERGREEN LN
ROBINS, IA 52328-9533

EDWARD C RICHARD
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
1419 WESLEY CT
WESTMONT, IL 60559-3011

EDWARD C ZAJAC &
JOAN E CHITWOOD
JT TEN
2253 SAVANNAH RIVER ST
HENDERSON, NV 89044-1034

EDWARD CARUSO
DESIGNATED BENE PLAN/TOD
427 SAINT ANDREWS DR
BELLEAIR, FL 33756-1924

EDWARD COTMAN AND
ALICE COTMAN JTWROS
5820 FAIRWAY LAKES DR.
SARASOTA, FL 34243-3824

EDWARD D CORMAN AND
HARRIET O CORMAN CO-TTEES
U/A DTD 3-28-06   EDWARD D &
HARRIET O CORMAN REV LIV TRUST
5452 WEST VILLAGE DR
NEW PALESTINE, IN 46163-9718

EDWARD D JONES & CO CUST
FBO WILLIAM S VANSANDT
8351 LULLWATER
DALLAS, TX 75218

EDWARD D JONES & CO CUSTODIAN
FBO JOHN MATHERLY IRA
PO BOX 1423
WAYNESBORO, VA 22980

EDWARD D JONES & CO CUSTODIAN FBO RICHARD H MCCLE
C/O RICHARD H MCCLELLAN
22502 MCDANIEL RD
MINERVA, OH 44657-1254

EDWARD D JONES & CO CUSTODIAN FOR
FBO CHRISTA-MARIA GRACYALMY IRA
319 QUEENS CT
GREEN BAY, WI 54313-6217

EDWARD D REYNOLDS
2024 KING STABLES RD
BIRMINGHAM, AL 35242

EDWARD DELGADO
7934 S STEPHANIE LN
TEMPE, AZ 85284-1341

EDWARD E & MAXINE BOSHART
2015 MASTERS LANE
MISSOURI CITY, TX 77459

EDWARD E HAUGHT
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
27 PALMER LN
WIMBERLEY, TX 78676-3319

EDWARD E JAFFE
6 PENNY LANE COURT
WILMINGTON, DE 19803

EDWARD E JAFFE
6 PENNY LANE COURT
WILMINGTON, DE 19803-4022

EDWARD E LUTZ
302 ADAMS CT
MANALAPAN, NJ 07726

EDWARD E SULLIVAN
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
4392 ELMWOOD DR
OKEMOS, MI 48864-8086

EDWARD F KANE
24 W EDINBURGH RD
OCEAN CITY, NJ 08226

EDWARD F.X. GALLAGHER
PO BOX 1581
NEW BURGH, NY 12551

EDWARD FISCHER
5 KITTY LANE
NEWARK, DE 19713

EDWARD FISCHER
5 KITTY LANE
NEWARK, DE 19713

EDWARD G AND LORETTA A SCHWERDT
3043 SW ARVONIA PL
TOPEKA, KS 66614-4404

EDWARD G BILES
2926 LAKEVIEW DR
MISSOURI CITY, TX 77459-4226

EDWARD G BOYER JR
308 FOUNDERS VLG
LANSDALE, PA 19446-5849

EDWARD G CAMPBELL III
9 MARLTON AVENUE
GIBBSBORO, NJ 08026

EDWARD G SLEEPER
232 COUNTRY CLUB DR
MELBOURNE, FL 32940

EDWARD G SNAGE JR TRUSTEE
EDWARD G SNAGE JR REVOCABLE TRUST
10780 BROOKS LANE
PLYMOUTH, MI 48170

EDWARD G SOCKLER IRA
640 FOOTHILL ROAD
BRIDGEWATER, NJ 08807-1848

EDWARD G SOCKLER, ROSE M SOCKLER
THE SOCKLER LIVING TRUST
640 FOOTHILL RD
BRIDGEWATER, NJ 08807-1848

EDWARD GERJUOY
4601 FIFTH AVE
APT 729
PITTSBURGH, PA 15213-3658

EDWARD GERSTEN
295 OCEAN PARKWAY APT. E-10
BROOKLYN, NY 11218-4129

EDWARD GERSTEN
APT E 10
295 OCEAN PARKWAY
BROOKLYN, NY 11218

EDWARD GINSBURG AND
SANDRA GINSBURG JTWROS
1036 PARK AVENUE APT 12B
NEW YORK, NY 10028-0971

EDWARD GOTBETTER
GOTBETTER & WEINSTEIN CPAS
175 GREAT NECT RD
GREAT NECK, NY 11021

EDWARD GREBOW
1136 5TH AVE APT 11C
NEW YORK, NY 10128-0122

EDWARD GRIFFIN
7829 CHATHAM AV NW
NORTH CANTON, OH 44720

EDWARD H BENNETT
5707 RIVER ST
WEST LINN, OR 97068

EDWARD H LITTLEJOHN
911 SO BRADFORD ST
DOVER, DE 19904-4139

EDWARD H STONE
37 MORRISON RD W
WAKEFIELD, MA 01880

EDWARD H TABAK
215 BILLINGS ROAD
WOLLASTON, MA 02170-2105

EDWARD J AND JOSEPHINE B NOVAK TRUST
E J NOVAK TRUSTEE
3780 PINEBROOK CIRCLE
UNIT 202
BRADENTON, FL 34209

EDWARD J BIGUS
25 W 220 ARMBRUST AVE
WHEATON, IL 60187-3448

EDWARD J BIGUS
EDWARD J BIGUS IRRA
25 W 220 ARMBRUST AVE
WHEATON, IL 60187-3448

EDWARD J DA DURA JR
1712 SUPREME CT
NAPLES, FL 34110

EDWARD J DARNEY
8341 COLES FERRY RD
BROOKNEAL, VA 24528

EDWARD J DICKHAUS &
ELEANORE L DICKHAUS TTEE
DICKHAUS FAMILY TRUST
U/A DTD 10-5-01
3150 LEXINGTON AVE #317
SHOREVIEW, MN 55126-8157

EDWARD J HILL
16 STONE RUN RD
BEDMINSTER, NJ 07921-1712

EDWARD J LANZA
5540 SW 81ST PLACE
OCALA, FL 34476

EDWARD J LEAHY IRA
711 CRESTWOOD LN
SAC CITY, IA 50583

EDWARD J OAKES
8501 HARNER ST
PHILADELPHIA, PA 19128

EDWARD J O'HALLORAN
1008 KENNETT WAY
WEST CHESTER, PA 19380-5727

EDWARD J SULLIVAN JR IRA
C/O EDWARD J SULLIVAN JR
1440 WATER PIPIT LN
FLEMING ISLE, FL 32003

EDWARD J SULLIVAN JR MD TTEE EDWARD J SULLIVAN JR LIV
TRUST UA DTD 8/13/2007
C/O EDWARD J SULLIVAN JR
1440 WATER PIPIT LN
FLEMING ISLE, FL 32003

EDWARD J SULLIVAN JR TRS FBO CATHERINE M SULLIVAN LIV
U/A AUG 13 2007
C/O EDWARD J SULLIVAN JR
1440 WATER PIPIT LN
FLEMING ISLE, FL 32003

EDWARD J SULLVAN JR TTEE EDWARD J SULLIVAN JR LIV
TRUST U/A DTD 08/12/2007
C/O EDWARD J SULLIVAN JR
1440 WATER PIPIT LN
FLEMING ISLE, FL 32003

EDWARD J VANEK TTEE
VANEK FAMILY TRUST
U/A DTD 6/12/97
2650 W UNION HILLS DR
PHOENIX, AZ 85027-5003

EDWARD J WYMBS
32829 38 CT SW
FEDERAL WAY, WA 98023

EDWARD JONES C/F CARRELL MARSHALL
6123 DEEPWOOD DR
CHERRY VALLEY, IL 61016-9377

EDWARD JOSEPH TURNER FAMILY TRUST
EDWARD JOSEPH TURNER, TRUSTEE
4101 BACKMEYER ROAD
RICHMOND, IN 47374

EDWARD JOSEPH WYMBS
32829 38 CT SW
FEDERAL WAY, WA 98023

EDWARD K MORONEY &
TERESA MORONEY JT TEN
111 EAST GLEN ROAD
DENVILLE, NJ 07834-1873

EDWARD KASPER
29954 STANHURST RD
FARMINGTN HLS, MI 48331-1932

EDWARD KASPER
ELIZABETH L KASPER
29954 STANHURST RD
FARMINGTN HLS, MI 48331-1932

EDWARD KIRMSS
1231 BAYPOINT DR
SENECA, SC 29672-9182

EDWARD KWAK & ILSUNG KWAK JT TEN
EDWARD KWAK
2222 TIMBERBROOK TRAIL
FORT WAYNE, IN 46845-9530

EDWARD L BENTLEY
1085 TALLAPOOSA HWY
CEDARTOWN, GA 30125-5840

EDWARD L BENTLEY
1085 TULLAPOOSA HWY
CEDARTOWN, GA 30125

EDWARD L GOFF &
JOCELYN G WHITTINGTON
JT TEN
2001 DERRICKS CREEK RD
CHARLESTON, WV 25320-9559

EDWARD L GOFF IRA R/O
FCC AS CUSTODIAN
U/A DTD 02/23/96
2001 DERRICKS CREEK RD
CHARLESTON, WV 25320-9559

EDWARD L HUGHES
PO BOX 408
MONROE, WI 53566

EDWARD L KING AND SANDRA L KING
9612 DOVE MEADOW COVE W
GERMANTOWN, TN 38139-5641

EDWARD L LEIPZIGER & PHYLLIS LEIPZIGER
7027 BITTERBUSH PLACE
BOYNTON BEACH, FL 33472-2903

EDWARD L MARTINCICH TRUSTEE
MARY BERNICE MARTINCICH TRUST
UTA DTD 12/03/91
5920 REINHARDT
FAIRWAY, KS 66205-3329

EDWARD L POOLE
BILLYE D POOLE CO TTEES
POOLE LIVING TRUST UA DTD 02/25/98
1119 LARCHMONT LANE
OKLAHOMA CITY, OK 73116

EDWARD L SEEBERGER
405 W SUMMIT
MAQUOKETA, IA 52060-2824

EDWARD L. AND CATHY M. FUNK
309 CR 3633
LAMAR, AR 72846

EDWARD L. WILSON
851 PIZZO LN
FALLBROOK, CA 92028

EDWARD M GABRIELSON
1310 HIDDEN MOUNTAIN DR
EL CAJON, CA 92019-3641

EDWARD M OCHSNER
2318 LAMSON RD
PHOENIX, NY 13135

EDWARD M SCHERER
5320 HARVEST LANE
TOLEDO, OH 43623

EDWARD M STAUB MD.,PC
PENSION PLAN DTD 6/30/1994
MERYL STAUB & EDWARD M STAUB,TTEES
350 LONG MEADOW RD
FAIRFIELD, CT 06824-1735

EDWARD MITCHELL WELLS & AUDREY MARIE WELLS
REV TRUST
601 HORSE THIEF LANE
DURANGO, CO 81301-3109

EDWARD N GIBBS
1803 LYMAN CT
COLUMBIA, MO 65203-6505

EDWARD P MINAR & PATRICIA H MINAR
27 BOLTON RD
TRENTON, NJ 08610

EDWARD P SOWA
7346 EVERGREEN COURT
VASSAR, MI 48768

EDWARD PALVIG
2848 NE 25TH COURT
FT LAUDERDALE, FL 33305

EDWARD PALVIG
2848 NE 25TH COURT
FT LAUDERDALE, FL 33305

EDWARD R GROSSO
2641 RALL AVE
CLOVIS, CA 93611-5022

EDWARD R SCHULTZ
603 COMANCHE DR
ALLEN, TX 75013

EDWARD READ
4335 CARTER DR
SMITHVILLE, MO 64089

EDWARD RUBIN (IRA) ROLLOVER
FCC AS CUSTODIAN
4136 MANCHESTER LAKE DRIVE
LAKE WORTH, FL 33449-8174

EDWARD RUSSELL
15 FOX HILL DR
HOLDEN, MA 01520-1129

EDWARD RYAN & VIRGINIA RYAN
JT TEN
35 PONDVIEW DR
CONGERS, NY 10920-2224

EDWARD S BUKOFSKY IRA
FCC AS CUSTODIAN
214 GROVE STREET
WOODBRIDGE, NJ 07095-1835

EDWARD S CAMPBELL
WBNA CUSTODIAN TRAD IRA
3033 OAK HILL RD
CLEARWATER, FL 33759

EDWARD S CAMPBELL
WBNA CUSTODIAN TRAD IRA
3033 OAK HILL RD
CLEARWATER, FL 33759-1320

EDWARD S CARDWELL III
1515 STATE ST
CAYCE, SC 29033

EDWARD S LEE
328 E 34TH ST APT A-4
NEW YORK, NY 10016

EDWARD S SMITH & SHIRLEY A SMITH
10 BROOKWOOD CT
ORMOND BEACH, FL 32174

EDWARD S VELLA
1135 LANDING LANE
MILLBRAE, CA 94030

EDWARD S YEE
PO BOX 31961
SAN FRANCISCO, CA 94131-0961

EDWARD S. FERRIS
TOD REGISTRATION
6180 SUN BLVD, UNIT 105
ST PETERSBURG, FL 33715-1108

EDWARD SCHULTZ &
DORIS SCHULTZ JTTEN
416 PELICAN MOORINGS
VENICE, FL 34285

EDWARD T AUTRY AND VIRGINIA A AUTRY
1333 CR 3440
HAWKINS, TX 75765

EDWARD T GROENERT
122 1/2 MANTEY HEIGHTS DR
GRAND JUNCTION, CO 81501

EDWARD V VARELA IRA
EDWARD V VARELA
10111 INVERNESS MAIN ST #223
ENGLEWOOD, CO 80112

EDWARD W DIAMOND IRA
FCC AS CUSTODIAN
7801 BARTELS RD
EVANSVILLE, IN 47710-4719

EDWARD W DIGRICOLI
18 LATOURETTE ROAD
WHITEHOUSE STATION, NJ 08889

EDWARD W EELLS &
PATRICIA E EELLS JTWROS
TOD DTD 02/06/2007
13 MONROE AVE
BELLMAWR, NJ 08031-2811

EDWARD W ZEPHIR
JEANNE Y ZEPHIR
PO BOX 932
295 EASTWIND CIRCLE
S WELLFLEET, MA 02663-0932

EDWARD WILLIAM TAYLOR AND JOAN TAYLOR
JTWROS
8118 LAUREL GREEN DRIVE
SPRING HILL, FL 34606-7251

EDWARD WITKOWSKI
1420 WINGED FOOT CT
MURRELLS INLET, SC 29576

EDWARD WITKOWSKI
1420 WINGED FOOT CT
MURRELLS INLET, SC 29576-8644

EDWIN & ARLENE HARDING
EDWIN V HARDING &
ARLENE T HARDING
215 CO RD 36
MATHEWS, AL 36052

EDWIN & FLORENCE WHITNEY
213 STARLING AVE
SCHENECTADY, NY 12304-4018

EDWIN & MARJORE PAISLEY TTEES
U/A/D 10/2/01
EDWARD & MARJORIE PAISLEY TRUST
559 N 100 W
FRANKLIN, IN 46131

EDWIN COOPER
5550 RIPLEY DAY HILL RD
RIPLEY, OH 45167

EDWIN D KUNZMAN
JOYCE M KUNZMAN
28 GLENS DR WEST
BOYNTON BEACH, FL 33436-6209

EDWIN F WHITTINGTON
CGM IRA ROLLOVER CUSTODIAN
1203 KENT PLACE
LINDEN, NJ 07036-5928

EDWIN G CALVIN
1112 DOEBROOK DR
NEW ALBANY, IN 47150

EDWIN G ROOS
WILLIAMS REAL ESTATE
425 E 58TH ST # 28A
NEW YORK, NY 10022-2379

EDWIN H & VERNA VEITENGRUBER TRUST
C/O EDWIN & VERNA VEITENGRUBER
9951 W VAN CLEVE
FRANKENMUTH, MI 48734

EDWIN H RUSSELL & GLADYS M RUSSELL
TTEES F/T EDWIN H & GLADYS M
RUSSELL FAMILY REV TRUST DTD 3-7-95
4134 ASHBROOK CIRCLE
SAN JOSE, CA 95124-3336

EDWIN HEIN
6365 LANSDOWNE CIR
BOYNTON BEACH, FL 33472-5109

EDWIN JOEL MARKOWITZ & CAROL A MARKOWITZ
JT TEN
1204 LOCH RANNOCH CT
LEESBURG, FL 34788-7644

EDWIN JOHN CROFOOT II
22303 N VENADO DR
SUN CITY WEST, AZ 85375-2092

EDWIN L MCQUOWN/CHERYL A MARTIN
1720 PEARTREE LN
CROFTON, MD 21114-2643

EDWIN L WOODS JR &
M KATHLEEN WOODS & JT WROS
EDWIN L WOODS SR
1711 CHIPPAWA LN
PASADENA, TX 77504-3211

EDWIN LORE & YUET LORE
30 N MOUNTAIN AVE
CEDAR GROVE, NJ 07009-1007

EDWIN M PHILLIPS AND
DARLENE L PHILLIPS
JTWROS
PO BOX 310
120 NORTH HILL ROAD
TERRE HILL, PA 17581-0310

EDWIN MCADAM
71 NEWBURY ROAD
HOWELL, NJ 07731-2157

EDWIN S WHITE
1209 SUNNINGDALE LN
ORMOND BEACH, FL 32174

EDWIN SAUNDERS
82 CIRCLE DR
ROSLYN HEIGHTS, NY 11577

EDWIN SCHINAZI & S CELINE SCHINAZI
JT TEN
136 TRUMAN ROAD
NEWTON, MA 02459-2665

EDWIN STRAUSS
JOAN R STRAUSS
17908 W ROBIN RD
POLO, IL 61064

EDWIN T HARRISON
521 1ST AVE NE
CARMEL, IN 46032

EDYPHTIA G ROBINSON, DANIEL BUETTNER
DANIEL D BUETTNER
2500 DOHACK CT
ARNOLD, MO 63010

EDYTHE LEBO REV TR
EDYTHE LEBO TTEE UAD 4/24/1996
9199 PECKY CYPRESS LANE APT 7B
BOCA RATON, FL 33428-1984

EDYTHE S HANSON CGM IRA ROLLOVER CUSTODIAN
C/O EDYTHE S HANSON
CGM IRA ROLLOVER CUSTODIAN
2697 FIREBRAND PLACE
ALPINE, CA 91901-4119

EFTHIMIADES, KATHRYN
1039 DOUGLAS AVE
WANTAGH, NY 11793-1760

EGLE PELLETTI TTEE
UTD 7/23/01
FBO THE EGLE PELLETTI TRUST
1435 COUNTRY MANOR DR
SANTA ROSA, CA 95401-4064

EIDAM REVOCABLE LIVING TR
DONALD A EIDAM TTEE
LOIS T EIDAM TTEE
U/A DTD 05/21/2008
4231 KENNETH AVENUE
FAIR OAKS, CA 95628-6214

EILEEN E SPOON
606 HAMECON PL
CEDAR GROVE, NC 27231-8803

EILEEN FISCHER
TOD REGISTRATION
200 LESLIE DRIVE #718
HALLANDALE, FL 33009-7316

EILEEN GRUHER AND FREDRIC GRUHER
C/O BARRY P GRUHER ESQ
GENOVESE TOBLOVE & BATTISTA PA
200 E BROWARD BLVD STE 1110
FT LAUDERDALE, FL 33301

EILEEN HOFSTRA
626 E 160TH CT
SOUTH HOLLAND, IL 60473-1605

EILEEN JAKUBEK
65 ORCHARD ST
ELMWOOD PK, NJ 07407

EILEEN L SLOAN TRUSTEE
U/W BERKY SLOAN
TESTAMENTARY TRUST
2140 EDMONTON ROAD
GLASGOW, KY 42141-9569

EILEEN M CARGEN
3901 GREEN ST
MIDDLEBOROUGH, MA 02346

EILEEN QUATTLEBAUM
131 BELLE MEADE DRIVE
SEARAY, AR 72143

EILEEN R LONDINO
103 WOODSTONE LN APT 45
NEW KENSINGTN, PA 15068-4656

EILEEN R MEYER
1315 KIRKWOOD #804
FT COLLINS, CO 80525

EILEEN ROSE RAYNES
410 N DOUGLAS AVE
MARGATE, NJ 08402

EILEEN T BRODBAR
CHARLES SCHWAB & CO INC. CUST
IRA ROLLOVER
1655 CORONA AVE
NORCO, CA 92860-3011

EILEEN T MCMILLAN
7755 S ROBERTS RD
BRIDGEVIEW, IL 60455

EILEEN V ANDREWS
5360 MILLIKIN RD
HAMILTON, OH 45011

EILEEN WATSON
18 WOODFIELDS DR
TOLLAND, CT 06084-3034

EILLEN R HOFFMAN
101 BAYSHORE RD UNIT B
NOKOMIS, FL 34275

EIRIAL C STANSELL SIMPLE IRA (FIRST CLEARING CORP)
EIRIAL C STANSELL
103 N PECAN ST
NACOGDOCHES, TX 75965-5221

EISENHARD FAMILY TRUST DTD 1/20/98
MICHAEL EISENHARD &
JUDY EISENHARD TRUSTEES
2275 PLOVER CT
ARROYO GRANDE, CA 93420

EKKEHARD FISCHER
MEMMINGER STR 18
87727 BABENHAUSEN GERMANY

ELAINE A MEDER
551 6TH ST
VERO BEACH, FL 32962

ELAINE BARBARA FEIGIN
85 RIVERSIDE AVE APT G3
STAMFORD, CT 06905-4421

ELAINE BARKSDALE
566 HAMILTON HILLS CT
AUBURN, AL 36830

ELAINE BECKER
251 BUCHERT ROAD
GILBERTSVILLE, PA 19525

ELAINE BLUESTEIN
116 SWENDSEN DR
MONROE, CT 06468

ELAINE C HANKEL
1842 16 1/2 ST S
FARGO, ND 58103

ELAINE COUCH
3121 EVENING WAY UNIT D
LA JOLLA, CA 92037

ELAINE DONAGHUE
3 HARBOUR DR S
BOYNTON BEACH, FL 33435

ELAINE E RUPPERT
304 S SHORE RD
ABSECON, NJ 08201

ELAINE E WITBRODT
6775 N BRANCH DR
GRAYLINE, MI 49738

ELAINE E WITBRODT
THOMAS B WITBRODT REV TRUST
6775 NORTH BRANCH DRIVE
GRAYLING, MI 49738

ELAINE ENOCH
1652 COLLEEN ST
SARASOTA, FL 34231

ELAINE FRANKOWSKI TRUST
ELAINE FRANKOWSKI
& KRZYSZTOF S FRANKOWSKI TTEES
UAD MAR 24, 1995
243 BEDFORD ST SE
MINNEAPOLIS, MN 55414-3630

ELAINE FRIEDMAN &
NORMAN FRIEDMAN
JT TEN
743 SPRAGUE AVE
FRANKLIN SQ, NY 11010-3236

ELAINE G MILLER
2 CLARIDGE DR
APT 11L WEST
VERONA, NJ 07044-3061

ELAINE GORDON
9 WARREN LN
JERICHO, NY 11753-1431

ELAINE H TERRELL
BY ELAINE H TERRELL
760 MERIDAN ST
DEARBORN, MI 48124-1564

ELAINE HALBERSTADT
MICHAEL HALBERSTADT JT TEN
3113 VERDMONT LN
WELLINGTON, FL 33414-3459

ELAINE INGRISAND IRA
RAYMOND JAMES & ASSOC CUSTODIAN
IRA A/C #60543184
40 WOODLAND DR, APT 201
VERO BEACH, FL 32962

ELAINE K DOUGLAS TRUST E K DOUGLAS & L S DOUGLAS CO
ELAINE K DOUGLAS TRUST U/A
DTD 06/12/2002
16905 RIVER BIRCH CIRCLE
DELRAY BEACH, FL 33445-7058

ELAINE K PETERSON
WBNA CUSTODIAN TRAD IRA
7041 MONTREAL DRIVE
LAKELAND, FL 33810-5375

ELAINE M CAPOZZI IRA
FCC AS CUSTODIAN
31 OLD ORCHARD LANE
ORCHARD PARK, NY 14127-4625

ELAINE M FRAZIER
1818 SELVIN DR
BEL AIR, MD 21015-1789

ELAINE M SCHECHTER IRA R/O
ELAIN M SCHECHTER
2318 FIX HILLS DR #103
LOS ANGELES, CA 90064

ELAINE MANN & ROBERT MANN
MR AND MRS ROBERT MANN
2104 BERWYN STREET
PHILADELHIA, PA 19115

ELAINE MILLER
8375 WOODHAVEN BLVD
WOODHAVEN, NY 11421-1535

ELAINE P MCINERNEY
1855 RATHMOR RD
BLOOMFIELD HILLS, MI 48304

ELAINE P MCINERNEY IRA
1855 RATHMOR
BLOOMFIELD HILLS, MI 48304

ELAINE R ASHENFELTER
27761 VILLA RD
EASTON, MD 21601-7205

ELAINE R HOFFMAN
76 THACKERY ROAD
ROCHESTER, NY 14610

ELAINE R MONROE
SPECIAL ACCOUNT
5 HAMDEN COURT
GREENSBORO, NC 27405-3609

ELAINE R SMITH
184 SHOTWELL PARK
SYRACUSE, NY 13206

ELAINE REDLITZ
10686 SW 71ST CIR
OCALA, FL 34476-5701

ELAINE S VETTER
4702 STONECREST TER
ST JOSEPH, MO 64506

ELAINE SCHISSLER
707 LAMBERTS MILL ROAD
WESTFIELD, NJ 07090

ELAINE SCHISSLER AND WILLIAM SCHISSLER
707 LAMBERTS MILL RD
WESTFIELD, NJ 07090

ELAINE SHNEIDER
174 LOWELL RD
UNIT 53
MASHPEE, MA 02649-2830

ELAINE T WEINGARTNER
2391 DELLWOOD DR NW
ATLANTA, GA 30305-4008

ELANA KELLOGG
5243 FOREST AVE
MERCER ISLAND, WA 98040

ELANOR A PATON TTEE
4077 JUSTIN COURT
BLOOMFIELD HILLS, MI 48302-4025

ELANOR KLEIN
3100 S OCEAN BLVD
HAMPTONS CONDO 6055
PALM BEACH, FL 33480

ELAYNE GOLDEEN
680 LYONS CIR
HIGHLAND PARK, IL 60035-3932

ELBERT M MEADOWS
MERRILL LYNCH CUST
FBO ELBERT M MEADOWS
3674 DAUPHIN ST
MOBILE, AL 36608

ELDEN J MCNICOL
1003 SADDLE DRIVE
HELENA, MT 59601

ELDON L RODIECK AND MARY J RODEICK
4175 EQUESTRIAN DR
FALLON, NV 89406

ELDON MORTENSEN &
MIYOKO MORTENSEN JT TEN
1455 W CAMINO DE LOS RANCHOS
PUEBLO WEST, CO 81007-2085

ELDON P WESLEY
6106 GETTYSBURG DRIVE NW
CONCORD, NC 28027-8858

ELDON W OSTREM
728 BRAUND ST
ONALASKA, WI 54650-8502

ELDON W OSTREM
728 BRAUND ST
ONALASKA, WI 54650-8502

ELDON W OSTREM
728 BRAUND ST
ONALASKA, WI 54650-8502

ELDON WAYNE DAMERON
2151 HELIX ST
SPRING VALLEY, CA 91977

ELDONNA E HARTLEY, TTEE
4211 MISTY MORNING WAY
APT 2818
GAINESVILLE, GA 30506-4352

ELDRED H GIERACH &
MARILYN T GIERACH TTEES
ELDRED H & MARILYN T GIERACH
1959 HWY NN
WEST BEND, WI 53095-9712

ELDWOOD P HAGGERTY TTEE OF THE ELWOOD P HAGGERTY
FAMILY TRUST
C/O ELWOOD P HAGGERTY
820 RUBY AVE
RENO, NV 89503-3430

ELEANOR A BECKER IRA
FCC AS CUSTODIAN
U/A DTD 04/05/00
700 GOLDEN BEACH BLVD APT 738
VENICE, FL 34285-3319

ELEANOR A IBARRA TTEE
ELEANOR A IBARRA REVOC
TRUST U/A DTD 11-3-99
2417 W MT HOPE
LANSING, MI 48911-1661

ELEANOR B HOTCHKISS
29507 MONROE RD
FRANKLIN, VA 23851

ELEANOR B WEINER TTEE
FBO ELEANOR B WEINER
U/A/D 12/31/90
7374 HAVILAND CIR
BOYNTON BEACH, FL 33437-6470

ELEANOR BLUMENTHAL
251 EAST 32ND ST 7B
NEW YORK, NY 10016

ELEANOR C SULLIVAN
27867 HWY 245
HEREFORD, OR 97837

ELEANOR CRANE
3330 NE 190TH ST #119
AVENTURA, FL 33180

ELEANOR E OCHS
1904 CHOCTAW ST
LEAVENWORTH, KS 66048

ELEANOR F MOAR TRUST
ELEANOR F MOAR TTEE
UAD 11/14/2001
10328 SAGER AVE APT 316
FAIRFAX, VA 22030-3569

ELEANOR G SILVA TTEE
ELEANOR G SILVA FAMILY TRUST
U/A DATED 2/14/96
3750 S HIGUERA
SN LUIS OBISP, CA 93401-7404

ELEANOR GEORGOPOULOS ACF
CONNOR GEORGOPOULOS U/NY/UTMA
484 BALD MOUNTAIN ROAD
TROY, NY 12180-8991

ELEANOR J. FINTA
52 SHORE DRIVE EAST
ORIENTAL, NC 28571

ELEANOR L BENNETT
77396 BOX RIDGE PL
INDIAN WELLS, CA 92210

ELEANOR L ERVIN
627F GREENWOOD VILLAGE BLVD
WEST MELBOURNE, FL 32904

ELEANOR L TEASDALE
4 CYPRESS POINT LANE
JACKSON, NJ 08527

ELEANOR LAMBLIN
TOD ACCOUNT
532 DODSON CT
BAY CITY, MI 48708-8428

ELEANOR M CLEARY
52 CONGRESS STREET
WALPOLE, MA 02081-3823

ELEANOR M ROBERTSON
BY ELEANOR M ROBERTSON
3119 SPRUCEWOOD RD
WILMETTE, IL 60091-1108

ELEANOR M THOMAS
BY ELEANOR THOMAS REV TR
33 RIVER OAKS TRCE
SEARCY, AR 72143-4504

ELEANOR OAKLEY
9 EDGEMONT RD
SCARSDALE, NY 10583

ELEANOR R CRISTOL, TTEE
4000 TOWERSIDE TER #1002
MIAMI, FL 33138

ELEANOR SCHIOWITZ SCHLECKER
7668 STIRLING BRIDGE BLVD NO
DELRAY BEACH, FL 33446-3611

ELEANOR SCHWARZ
ROBERT SCHWARZ
4953 N TRIPP
CHICAGO, IL 60630

ELEANOR W CARROLL
1000 DUSTIN CT
CHESAPEAKE, VA 23320-3050

ELEANORE A MCBRIDE
PO BOX 11025
GLENDALE, AZ 85318

ELECTRONIC ASSOCIATES INC
3556 WINDING WAY
NEWTOWN SQUARE, PA 19073-3677

ELENA H MIYARES
6321 13TH AVE N
ST PETERSBURG, FL 33710-5507

ELENA PERKINS DE PEREZ &
LUIS A PEREZ JT TEN
10100 SW 122 TERRACE
MIAMI, FL 33176-4877

ELENA T DWORKOWITZ & STEVE DWORKOWITZ
1950 S OCEAN DR APT 19E
HALLANDALE BEACH, FL 33009

ELENI CALLAS
4372 MILLER CT.
PALO ALTO, CA 94306-4412

ELFRIEDE MARSCHEWSKI
803 STOUTS VALLEY RD
RIEGELSVILLE, PA 18077

ELI BENSKY
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
3838 N BRAESWOOD BLVD APT 373
HOUSTON, TX 77025-3048

ELI F BARKER
BOX 1351
NEDERLAND, TX 77627-1351

ELI LEEMAN
22666 MERIDANA DR
BOCA RATON, FL 33433

ELIAS NATHANSON TRUSTEE OF ELIAS NATHANSON
ELIAS NATHANSON
11890 LEETH COURT
WEST PALM BEACH, FL 33412

ELIE Y DALLAL
425 RILEY AVE
WORTHINGTON, OH 43085-3038

ELIHU BROOKS TRUST U/A DTD 5/1/1991
ELIHU BROOKS TRUSTEE
29666 PINE RIDGE CIRCLE
FARMINGTON HILLS, MI 48331

ELINOR B BUTTRILL
BETSY BUTTRILL WHITE
57 BANKSVILLE RD
ARMONK, NY 10504

ELINOR MANDEL
39 BRACE TERRACE
DOBBS FERRY, NY 10522-2912

ELINOR REINER
22605 CAMINO DEL MAR
APT 1143
BOCA RATON, FL 33433

ELIO GARCIA
BREWSTER STATION
PO BOX 38491
BRIDGEPORT, CT 06605-8491

ELIO SUAU
2208 CIRCLEWOOD DR
SARASOTA, FL 34231-5741

ELIRAN MOR
345 S MANSFIELD AVE
LOS ANGELES, CA 90036-3058

ELIRAN MOR
345 S MANSFIELD AVE
LOS ANGELES, CA 90036-3058

ELISA A GRAF
C/O STEPHEN GRAF
6109 MONTANA LANE
VANCOUVER, WA 98661

ELISABETH K ESSER
1418 NORTH 5TH ST
FARGO, ND 58102-2735

ELISABETH N DERAFFELE &
LUCILLE C NOVOTNY
JT TEN
664 SHORE ACRES DRIVE
MAMARONECK, NY 10543-4011

ELISABETH VENTURINI, TTEE
848 LOS PALOS DR
SALINAS, CA 93901

ELISE J BARNETT FAMILY LIV TR
ELISE J BARNETT TTEE UA
DTD 11/09/95
4135 S 1045 E
SALT LAKE CTY, UT 84124-1130

ELISE JEANETTE JONES, IRA ROLLOVER
830 SUMNER STREET
MESQUITE, TX 75149-7511

ELISE N LISS
11 HADRIAN DR
LIVINGSTON, NJ 07039-3419

ELISEO M BERARDI
ESTHER BERARDI
72 BROADWAY
CLARK, NJ 07066-2553

ELISIE LEVIN TRUST
C/O ARNOLD B LEVIN TTEE
231 DEL POND DRIVE
CANTON, MA 02021-2754

ELISIE M TROTTER
194 MOYER RD
CHALFONT, PA 18914-3146

ELISSA FENDELL TTEE
FBO ELISSA FENDELL TRUST
U/A/D 08-05-1996
3140 S OCEAN DRIVE
APT 1504
HALLANDALE BEACH, FL 33009-7239

ELISSA FENDELL TTEE
FBO ELISSA FENDELL TRUST
U/A/D/ 8-6-1996
3140 SO. OCEAN DR #1504
HALLANDALE BEACH, FL 33009-7239

ELISSA K BERLINGER
7940 AMETHYST LAKE POINT
LAKEWORTH, FL 33467

ELIVIRA BUENANO DE BREA
6460 SW 94 ST
MIAMI, FL 33156-1840

ELIZABETH  L. JACOBSON
731 SHELDON ST.
EL  SEGUNDO, CA 90245

ELIZABETH A AND RODNEY R KIRCHOFF
2002 APACHE DR
GARDEN CITY, KS 67846-3701

ELIZABETH A BISHOP & HARVEY W BISHOP JT TENANTS
ELIZABETH AND HARRY BISHOP
PO BOX 702
FERNDALE, WA 98248

ELIZABETH A FRINDELL
7885 W FLAMINGO ROAD #1141
LAS VEGAS, NV 89147-7426

ELIZABETH A MEEK (MORGAN STANLEY CUSTODIAN)
ELIZABETH A MEEK
9610 NOB LN
SHREVEPORT, LA 71106-7817

ELIZABETH A MULLINS
1082 PENNSYLVANIA AVE
UNIT 410
SAN FRANCISCO, CA 94107

ELIZABETH A PURVIS
2840 S 14TH ST
FERNANDINA BEACH, FL 32034

ELIZABETH A PURVIS INH IRA
BENE OF PAUL C BURNS
CHARLES SCHWAB & CO INC CUST
2840 S 14TH ST
FERNANDINA BEACH, FL 32034-8416

ELIZABETH A SHULL (IRA)
FCC AS CUSTODIAN
1720 DURHAM ROAD
WHITEWRIGHT, TX 75491-7220

ELIZABETH A SHULL (ROTH IRA)
FCC AS CUSTODIAN
1720 DURHAM ROAD
WHITEWRIGHT, TX 75491

ELIZABETH A STERN
1905 S LAKELINE BLVD
#338
CEDAR PARK, TX 78613

ELIZABETH AND JIMMY L HUETT JTWROS
ELIZABETH AND JIMMY L HUETT
10291 HWY 22 E
NEW SITE, AL 36256

ELIZABETH AND WALTER COOK
131 AUBURN CRESCENT
COURTICE, ONTARIO L1E 2E9 CANADA

ELIZABETH CALLEN
1601 FRONT ST
EAST MEADOW, NY 11554

ELIZABETH D BROOKS TRUSTEE
THE ELIZABETH D BROOKS REV TRT
ELIZABETH D BROOKS TTEE
PO BOX 67
COURTLAND, VA 23837

ELIZABETH D FELTY
422 COUNTRY WAY
MICKELTON, NJ 08056

ELIZABETH DYCHES
1152 DIBBLE RD
AIKEN, SC 29801-3306

ELIZABETH EMMERICH TRUST
5 JAMES WAY
RYE BROOK, NY 10573

ELIZABETH F GALLANT
127 HIGH HILLS LN
PICKENS, SC 29671

ELIZABETH G SHAPLEIGH
3033 MANSUETTO DR
STEVENSVILLE, MI 49127-1012

ELIZABETH J BORIS
7381 NW 45TH LANE
OCALA, FL 34482-6707

ELIZABETH J HOLM
1638 24TH AVE
LONGVIEW, WA 98632

ELIZABETH J LOCOCO
3209 THOUSAND OAKS COURT
LOUISVILLE, KY 40205-2703

ELIZABETH J SANDERSON
106 GLASGOW RD
CARY, NC 27511-6516

ELIZABETH J WALSH
14339 TANGLEWOOD DR
FARMERS BRANCH, TX 75234

ELIZABETH K JENKINS
6934 GUNDER AVE
BALTIMORE, MD 21220-1075

ELIZABETH KRUMRINE AND ROBERT KRUMRINE
250 SOUTH ST
MCSHERRYSTOWN, PA 17344-1710

ELIZABETH KUNCHAK
REV LIVING TRUST
ELIZABETH KUNCHAK TTEE UA
DTD 07/10/00
338 MARSHSIDE DR N
ST AUGUSTINE, FL 32080-9152

ELIZABETH L KASPER
29954 STANHURST ROAD
FARMINGTON HILLS, MI 48331

ELIZABETH LACORTE, ROTH IRA
4 HAROLD DR
HAMILTON, NJ 08610

ELIZABETH LEITZES
66 MOUNTAIN ROAD
IRVINGTON, NY 10533

ELIZABETH M CULP &
STEVEN G CULP JT TEN
5228 AMESTOY AVE
ENCINO, CA 91316-2608

ELIZABETH M MONAGHAN
4323 BUCKINGHAM RD
ROYAL OAK, MI 48073

ELIZABETH M PENNYPACKER TRUSTEE AND PATRICIA P SCO
ELIZABETH M PENNYPACKER
301 WHITE OAK DR #251
SANTA ROSA, CA 95409-5948

ELIZABETH MCHALE
2 VISTA PALM LANE 202
VERO BEACH, FL 32962

ELIZABETH N WEBB
400 W CAPITOL ST
DEMOPOLIS, AL 36732

ELIZABETH ORLANDO
159 OAKVIEW DR
NEW LENOX, IL 60451

ELIZABETH PAGE
2303 N. SECOND STREET
CHAMPAIGN, IL 61822-1345

ELIZABETH R KING
TOD ACCOUNT
6432 EAST CANAL POINT LANE
FORT WAYNE, IN 46804-4700

ELIZABETH R MILLER
5021 HOLLYRIDGE DR
RALEIGH, NC 27612

ELIZABETH ROBERTSON
1630 4TH AVE SW
LE MARS, IA 51031

ELIZABETH S BURNETT
5715 E COACH DR # C
KETTERING, OH 45440-2745

ELIZABETH S SWOPE
805 SUNRISE LANE
ELIZABETHTOWN, KY 42701

ELIZABETH V BENNER
91 VILLAGE DR
DOVER, DE 19904-6533

ELIZABETH W ROWE
42 BITTERSWEET LANE
WESTON, MA 02493

ELIZABETH WARD ROBERTS TRUST
U/A 8/16/2006
BETH WARD BEACH SUCC TTEE
225 SUMMERSIDE DR
NEW BRAUNFELS, TX 78132-3507

ELIZABETH WORTHINGTON
810 OAK HILL DRIVE
HUMBOLDT, IA 50548

ELKE, HORST SCHNEIDER
SPANDAUER   STRASSE 54
BERLIN DE 13581 GERMANY

ELKINBARD ANATOLY
189 MEADOWBROOK DR
SAN FRANCISCO, CA 94132

ELLA LOUISE HANLEY
1117 MARMADUKE CT APT 10
MOBERLY, MO 65270-3717

ELLA M DAVIDSON
960 N ROBIN RD
WICHITA, KS 67212

ELLA MILLER REV TRUST
U/A/D 11/11/99
ELLA MILLER TTEE
23110 COCONUT SHORES DR
BONITA SPRINGS, FL 34134

ELLA YORK
702 5TH SL
MCCUNE, KS 66753-4008

ELLEN B WEATHERS
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
35 RED FOX RUN
PINEHURST, NC 28374-9031

ELLEN BAUM
340 BIRCH LANE
IRVINGTON, NY 10533

ELLEN BUSBY
15 VIRGINIA AVENUE
PALMYRA, NJ 08065

ELLEN BUSBY
15 VIRGINIA AVENUE
PALMYRA, NJ 08065

ELLEN E PALMER, TTEE
730 S OSPREY AVE APT #301 B
SARASOTA, FL 34236

ELLEN F BRICE IRA ROLLOVER
C/O ELLEN F BRICE
1331 PARK ROW
LA JOLLA, CA 92037

ELLEN GRASSMAN
1337 PADDOCK WAY
CHERRY HILL, NJ 08034-2937

ELLEN J FELLER
11496 VICTORIA CIR
BOYNTON BEACH, FL 33437

ELLEN J MCCORMICK AND
DAVID G MCCORMICK
JT TEN
628 NORTHAVEN CIRCLE
GLENSHAW, PA 15116-1960

ELLEN KAPLAN (IRA)
FCC AS CUSTODIAN
45 COPPERMINE RD
PRINCETON, NJ 08540-8602

ELLEN KAPLAN (IRA)
FCC AS CUSTODIAN
45 COPPERMINE RD
PRINCETON, NJ 08540-8602

ELLEN KIRBY
222 NEPTUNE AVE
LAUD BY THE SEA, FL 33308-4409

ELLEN M JOSEPH
15057 BUTTERCHURN LANE
SILVER SPRING, MD 20905-5741

ELLEN M OTTWILLER
232 45TH AVE
ST PETE BEACH, FL 33706

ELLEN N CRANDALL
22032 ELSBERRY WY
LAKE FOREST, CA 92630

ELLERGY E AND CHARLOTTE M ENGELL
6061 SUNRISE CIR
FAIRVIEW, PA 16415

ELLIOT M HELFAND TTEE
2245 OLEADA CT
ENGLEWOOD, FL 34224-9074

ELLIOTT ATAMIAN
70 SEMINARY AVE APT 383
AUBURNDALE, MA 02466

ELLIOTT D CHIELPEGIAN TTEE F/T
ELLIOTT D CHIELPEGIAN APC PSP
UTA DTD 3-10-82
7485 N WOODSON AVE
FRESNO, CA 93711-0374

ELLIOTT JR., JAMES L
1802 WOLF LAUREL DR
SUN CITY CENTER, FL 33573-6435

ELLIOTT KARASOV TRUST U/A DTD 01/30/74
ELLIOTT KARSOV TTEE
1870 EAGLE RIDGE DR
ST PAUL, MN 55118

ELLIOTT S FRIEDMAN
PO BOX 99
TENNET, NJ 07763

ELLIS H BUCKLAND & SUSAN P BUCKLAND JTWROS
ELLIS H BUCKLAND & SUSAN P BUCKLAND
1716 VINEYARD STREET
BLUEFIELD, WV 24701-4025

ELLIS HINNANT - WILL
306 26TH STREET
VIRGINIA BCH, VA 23451-3115

ELLOIE C LEARY
4458 HOMESTEAD CIR
FT WORTH, TX 76133-7029

ELLOIE C LEARY
4458 HOMESTEAD CIR
FORT WORTH, TX 76133-7029

ELLSWORTH J LA COSTE
ELLSWORTH JOHN LA COSTE PHD
3170 BUNNY RUN DRIVE
NORTH FORT MYERS, FL 33917

ELMA E MUNSELL TRUST
ELMA E MUNSELL
3015 CHESS AVE
PARSONS, KS 67357

ELMER AND LINDA SINKEY TRUST
ELMER V SINKEY TTEE
UAD 11/01/2004
348 SAFLEY ROAD
JUDSONIA, AR 72081

ELMER BUSBY
15 VIRGINIA AVE
PALMYRA, NJ 08065

ELMER BUSBY
15 VIRGINIA AVENUE
PALMYRA, NJ 08065

ELMER FREEMAN CREIGHTON
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
2755 SHUMARD OAK DR
BRASELTON, GA 30517

ELMER H AND JUANITA L SEVOR
2601 E OSCEOLA RD
GENEVA, FL 32732

ELMER J DROLET &
MARILYN L DROLET JT WROS
8932 E YUCCA BLOSSOM DR
GOLD CANYON, AZ 85218-7087

ELMER MAGESKI
1868 S VAN BUREN RD
REESE, MI 48757-9203

ELMER RECKER
1179 N 92ND ST
LOT 411
SCOTTSDALE, AZ 85256

ELMER S. JOHNSON
3912 W 82 ST
CHICAGO, IL 60652-2910

ELNA A DARE &
DAVID C DARE TTEE
ELNA A DARE LIV TRUST
U/A DTD 11/23/93
1104 SEA ISLE DRIVE
IRVING, TX 75060-7710

ELNORA H SCHULTZ REV TRUST
UAD 03/18/96
ELNORA H SCHULTZ TTEE
2912 LAKE POINTE DRIVE
VALPARAISO, IN 46383-2791

ELOIS BLANTON
14115 N MCINTOSH ST
THONOTOSASSA, IL 33592

ELOISE J JONES
IRA ROLLOVER
FCC AS CUSTODIAN
112 VILLAGE WOODS DRIVE
CRETE, IL 60417-4388

ELOISE J JONES TRUST
ELOISE J JONES TTEE
U/A DTD 04/03/1991
112 VILLAGE WOODS DRIVE
CRETE, IL 60417-4388

ELSA C CARBONE EXECUTRIX
EST OF MARTHA E JENSEN
21 RANDOLPH PLACE
RIDGEWOOD, NJ 07450-4222

ELSA K KOLVE TTEE FBO
20051 10 AVE NW
SHORELINE, WA 98177

ELSA MENEGUZZO
143 HOFFMAN AVE UNIT 306
CRANSTON, RI 02940

ELSA STEFFENSEN
1582 GLENLAKE ROAD
HOFFMAN ESTATES, IL 60169-4023

ELSIE A MAZZOTTA TRUSTEE
ELSIE A MAZZOTTA FAMILY TRUST
235 ELMTREE RD
NEW KENSINGTON, PA 15060

ELSIE GROSS
ELSIE GROSSO TTEE
ELSIE GROSSO FAMILY TRUST
2641 RALL AVE
CLOVIS, CA 93611-5022

ELSIE J DUNNIGAN
CGM IRA ROLLOVER CUSTODIAN
9019 CHATEAUGAY CT
BALTIMORE, MD 21234-2608

ELSIE MAI DAVIS TTEE
ELSIE MAI DAVIS REVCVBLE
TRUST U/A DTD 1/21/91
5303 N UNIVERSITY ST
PEORIA, IL 61614-4734

ELSIE MELOY
650 N JEFFERSON ST #422
ROANOKE, VA 24016-1427

ELSIE PANDILIDIS
8049 PADDINGTON LANE
CINCINNATI, OH 45249-1542

ELSIE R CAMPO TOD V CAMPO J M HENLE
D M CRAIG SUBJECT TO STA RULES
2424 KENDREE ST
ANTIOCH, CA 94509-4369

ELTON NEIL KAUFMANN
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
190 MONTROSE COURT
NAPERVILLE, IL 60565-3332

ELVA MONTALVO & JOSE MONTALVO
ELVA & JOSE MONTALVO
119 GILLOTI ROAD
NEW FAIRFIELD, CT 06812-2563

ELVA O MARTIN &
RUBY RAE VALLES JT TEN
5200 MESA DEL OSO RD NE
ALBUQUERQUE, NM 87111-3711

ELVA O MARTIN &
RUBY RAE VALLES JT TEN
5200 MESA DEL OSO RD NE
ALBUQUERQUE, NM 87111-3711

ELVIE WEAVER
400 UNIVERSITY PARK DR
#221
BIRMINGHAM, AL 35209

ELVIN KEITH
15224 SWEET GUM CT
WICHITA, KS 67230

ELVIRA OCONNELL
#10 TEALWOOD
ST LOUIS, MO 63141-7908

ELWOOD & FREDA MCINTOSH
673 BOCAGE
CANTONNENT, FL 32533

ELWOOD D & BETTY JEAN TEDRICK
ELWOOD & BETTY JEAN TEDRICK
PO BOX 9065
RED BLUFF, CA 96080

ELWOOD STETSON
118 SAMUEL
TYLER, TX 75701

ELWOOD STETSON
118 SAMUEL
TYLER, TX 75701

EMANUEL & MARIETTA CALABRESE JTROWS
TOD MICHAEL CALABRES,ROBERT CALABRE
1746 WEST 2ND ST
BROOKLYN, NY 11223-1626

EMANUEL MAROULAKIS
2517 EAST 12 STREET
BROOKLYN, NY 11235

EMANUEL S DIMAIO
GLORIA M PALESTRINI
1399 ACKERSON BLVD
BAY SHORE, NY 11706

EMANUEL V GUMINA &
MARGARET GUMINA JT TEN
TOD REGISTRATION
5920 GLEN HAVEN DRIVE
GREENDALE, WI 53129-1520

EMERY H JONES
3417 WALNUT CREEK CT
CARMEL, IN 46032

EMERY H JONES
RHYS JONES
568 ARBOR DR
CARMEL, IN 46032