**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY, _et al._,** | : | **Case No. 09-50026 (REG)** |
| **f/k/a General Motors Corp., _et al_.,** | : | |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                                           ) ss:
COUNTY OF SUFFOLK      )

I, Barbara Kelley Keane, being duly sworn, depose and state:

   1.    I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 105 Maxess Road, Melville, New York 11747.

   2.    Between August 19, 2010 and August 20, 2009, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors in the above-captioned case and pursuant to the **Notice of Debtors' Fifty-First Omnibus Objection to Claims [Docket No. 6661]**, I caused to be served a customized **Notice of Objection to Individual Debt Claims**, a copy of which is annexed hereto as Exhibit "A", upon each of the parties set forth in Exhibit "B" annexed hereto (affected parties) by depositing same in a sealed, postage paid envelope at a United States Post Office for delivery by the United States Postal Service via First Class Mail.

/s/ Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this
24th day of August 2010

/s/ Eamon Mason_____
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Qualified in Manhattan County
Commission Expires:  May 19, 2012

# EXHIBIT A

---

**PLEASE CAREFULLY REVIEW THIS NOTICE AS IT WILL AFFECT YOUR CLAIM IN THE GENERAL MOTORS CORPORATION (NOW MOTORS LIQUIDATION COMPANY) BANKRUPTCY CASE**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                 :
**In re**                            :        **Chapter 11 Case No.**
                                   :
**MOTORS LIQUIDATION COMPANY, *et al.*,**  :        **09-50026 (REG)**
     **f/k/a General Motors Corp., *et al.***  :
                                  :
           **Debtors.**            :        **(Jointly Administered)**
                                   :
-------------------------------------------------------------x

<u>**NOTICE OF OBJECTION TO INDIVIDUAL DEBT CLAIMS**</u>

**[Claimant Name]**

| Claim Information | | | | | Basis For Objection |
|---|---|---|---|---|---|
| **Date** | **Claim #** | **Debtor** | **Classification** | **Amount** | **Claim is duplicative of a claim allowed for the indenture trustee on behalf of all Individual Bondholders** |
| | | | | | |

       <u>**PLEASE TAKE NOTICE THAT**</u>, on August 13, 2010, Motors Liquidation Company (formerly known as General Motors Corporation) and its affiliated debtors, as debtors in possession (the "**Debtors**"), filed an objection to your proof of claim identified above. The name of the objection is the Debtors' _____ Omnibus Objection to Claims (Duplicate Debt Claims) (the "**Objection**").

       **You have received this notice because the Debtors have objected to your proof of claim and your rights will be affected.**

       **You should read this notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**

**A copy of the full Objection can be viewed at
http://www.motorsliquidationdocket.com/bond.php3.  Or, you may
request a complete copy of the Objection at the Debtors' expense, by
contacting the Debtors at 1-800-414-9607, or by sending an e-mail to
claims@motorsliquidation.com.**

The reason for the Objection is that your claim is duplicative of two global claims filed on your behalf (and on behalf of all affected bondholders) by Wilmington Trust Company ("**WTC**"), as the indenture trustee for your General Motors Corporation bonds.  An indenture trustee is an entity that manages a bond issuance for the benefit of the individual bondholders, and handles all the administrative aspects of the bond issuance.  The claims filed by WTC ensure your interests are protected with respect to the interest, principal, and trustee fees under your bonds.  You will be entitled to receive a distribution on account of such interests through the global proofs of claim filed by WTC, and the disallowance of your individual claim will not affect such interests.  If you have additional claims with respect to your bonds beyond interest, principal, and trustee fees, such claims will be disallowed pursuant to this Objection.  A copy of the stipulation allowing the claims of WTC can be viewed at **http://www.motorsliquidationdocket.com/bond.php3**.

**YOU WILL NOTICE THAT** the Objection requests that the Bankruptcy Court expunge and disallow your claim listed above on the ground that your claim is duplicative of the global claim filed by WTC.  **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed, and you will not be entitled to any distribution from the Debtors' estates on the claim you filed.**

If you disagree with the Objection's treatment of your claim, you may call the Debtors to try and resolve your concerns at **1-800-414-9607**.  If you are unable to resolve your concerns with the Debtors before the deadline to respond, then you <u>must</u> file and serve a written response

(a "**Response**") to the Objection in accordance with this notice and you <u>must</u> appear at the Hearing described below.

You may participate in the Hearing telephonically provided that you comply with the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider."  You must also provide prior written notice by mail or e-mail of your telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Russell Brooks, Esq. (russell.brooks@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Jennifer Sharret, Esq. (jsharret@kramerlevin.com)).

**If you do not oppose the disallowance and expungement of your claim, then you do not need to file a Response or appear at the Hearing.**

**<u>PLEASE TAKE FURTHER NOTICE THAT</u>** a hearing (the "**Hearing**") on the Objection is scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on **September 24, 2010 at 9:45 a.m. (Eastern Time)**.  If you file a Response to the Objection, you should plan to appear at the Hearing either in person or telephonically.  The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to your claim.  If the Debtors do continue the Hearing with respect to your claim, then the Hearing will be held at a later date.  If the Debtors do not

continue the Hearing with respect to your claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **September 17, 2010 at 4:00 p.m. (Eastern Time)**.  Only those Responses that are timely will be considered at the Hearing.  Your Response will be deemed timely only if it is:  (a) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing system (The User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov) before the deadline for Responses **or** (b) **actually** received on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format **and** in hard copy at each of the following addresses on or before the deadline for response:

A.   Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;

B.   Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and

C.   Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Jennifer Sharret, Esq.).

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the number of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the

extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person that can be contacted in connection with the Objection.

If the Bankruptcy Court does NOT disallow and expunge your claim listed above, then the Debtors have the right to object on other grounds to your claim (or to any other claims you may have filed) at a later date.  You will receive a separate notice of any such objections.

If you have any questions about this notice or the Objection, please contact the Debtors at **1-800-414-9607**.    CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

**PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief requested in the Objection without further notice or a hearing if you fail to file a timely Response or appear at the Hearing.**

Dated: New York, New York
     August 18, 2010

WEIL, GOTSHAL & MANGES LLP
Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT B

GEORGE M BALLARD IRA
PO BOX 100
BARDSTOWN, KY 40004

GEORGE M GAMPART
39577 WALDORF
CLINTON TWP, MI 48038-2888

GEORGE M GOLDEEN
680 LYONS CIR
HIGHLAND PARK, IL 60035-3932

GEORGE M SNAPP
1585 FT HENRY DR
UNIT 5A
KINGSPORT, TN 37664

GEORGE MARINAKIS
STACY MARINAKIS
2340 DORINA DR
NORTHFIELD, IL 60093-2706

GEORGE MARINAKIS
STACY MARINAKIS
2340 DORINA DR
NORTHFIELD, IL 60093-2706

GEORGE MARTENS
PO BOX 804
RUCKPORT, ME 04856-0804

GEORGE MORINAGA
KIMIKO MORINAGA JTWROS
5046 HWY 201
ONTARIO, OR 97914-8224

GEORGE NORMAN HUTTON &
JACKIE C HUTTON JT TEN
6634 CLUB VIEW COURT
FLOWERY BRANCH, GA 30542-3864

GEORGE O LEE IRA
MERRILL LYNCH CUSTODIAN FBO
GEORGE O LEE IRA
2720 NE 183RD STREET #TH20
MIAMI, FL 33160-2102

GEORGE O'DAY
33602 ABBEY RD
TEMECULA, CA 92592

GEORGE P HATZIGEORGIS MD PA
PO BOX 130370
BIRMINGHAM, AL 35213

GEORGE PEROUTKA
2011 SAN LEONARDO WAY
THE VILLAGES, FL 32159-9229

GEORGE R BOTT IV
147 CRESCENT COVE LANE
LANCASTER, VA 22503

GEORGE R CRISMAN IRA
1867 ANDREW PL
TRAVERSE CITY, MI 49686

GEORGE R ELLIS TTEE
UTD 2/5/1997
FRANCES ELLIS MCCORD TRUST
16080 RIDGECREST AVE
MONTE SERENO, CA 95030-4136

GEORGE R GOLD
20 MOUNT VERNON LANE
PALM COAST, FL 32164

GEORGE R HANAWAY
4 WASHINGTON ST
BERLIN, MD 21811

GEORGE R MOBLEY
SEPARATE PROPERTY
1740 WILLOW POINT DR
SHREVEPORT, LA 71119

GEORGE R THOMPSON TTEE
GEORGE R THOMPSON TRUST
U/A DTD 7/20/95
2656 PARKRIDGE
ANN ARBOR, MI 48103-1731

GEORGE RATCLIFF
3210 ALBERTA DRIVE
PO BOX 464
GILLETTE, WY 82717

GEORGE RINGSTAD
GEORGE RINGSTAD JTC
JOAN RINGSTAD
9202 OLYMPIC VIEW DR
EDMONDS, WA 98020

GEORGE ROTH AND JANE ROTH LIVING TRUST
C/O JANE ROTH
2420 FORECASTLE DR
PALM HARBOR, FL 34685

GEORGE S BARGER
ANNA M BARGER JT TEN
TOD DTD 08/28/2007
10430 RAMBLE RIDGE COURT
WEEKI WACHEE, FL 34613-6494

GEORGE S GORDON
6204 CENTENNIAL STATION
WARMINSTER, PA 18974

GEORGE S NOLAN
FRANCES C NOLEN JT TEN
4195 HICKORY LAKE CT
TITUSVILLE, FL 32780

GEORGE S SAMUEL
4217 LEDGENDS WAY
MARYVILLE, TN 37801

GEORGE SALISBURY
7747 HARLEY HILLS DR
N ROYALTON, OH 44133-3663

GEORGE SCARBORO ROBERTS
FOUNDATION INC
ATT GLORIA ROBERTS MARKEL
7910 HIGHWAY 40 W
COLUMBIA, MO 65202-9517

GEORGE SCHNEIDER
540 EDGAR RD
WESTFIELD, NJ 07090-4119

GEORGE SCHOENBECK
12952 RED OAK CT
HOMERGLEN, IL 60491

GEORGE T JENKINS
6934 GUNDER AVE
BALTIMORE, MD 21220-1075

GEORGE T MIKUTOWICZ &
EVA M MIKUTOWICZ JT TEN
509 LONG IRON LN
MESQUITE, NV 89027-8855

GEORGE T. GRIFFIN JR
15 CANTERBURY RD WE
JAMESTOWN, NY 14701-4401

GEORGE TERLIP TRUSTEE
U/A/D 11/05/1991
TERLIP LIVING TRUST
20332 BARNARD
WALNUT, CA 91789-2468

GEORGE TRUBIANO
19 CLUB VIEW DR
NOVATO, CA 94949

GEORGE TWAR
3136 GALLAHAD DR
VIRGINIA BEACH, VA 23456

GEORGE V BUBOLO JR
THE NORTHERN TRUST COMPANY REGULAR IRA
FBO GEORGE V BUBOLO JR
2001 SE SAILFISH PT BLVD #217
STUART, FL 34996-1984

GEORGE VONDRASEK
4401 N 60TH AVE
WAUSAU, WI 54401-8883

GEORGE VRANOS & JOHN VRANOS &
GEORGE J VRANOS & CHRISTINE E LORINCI JTWROS
1628 SE 46TH STREET
CAPE CORAL, FL 33904

GEORGE W ANDERSON
786 S 4TH ST
LINDENHURST, NY 11757

GEORGE W FENDERSON IRA
GEORGE W FENDERSON
8143 CAMINO DEL ORO
#1
LA JOLLA, CA 92037-3154

GEORGE W GEIL AND GENEVA GEIL
9501 WEST BUSINESS 83, #817
HARLINGEN, TX 78552-2338

GEORGE W MURPHY
109 WILMINGTON DR
MELVILLE, NY 11747

GEORGE W REICHARD JR
2872 NE 4TH CT
HILLSBORO, OR 97124

GEORGE W ROBERTSON TTEE
U/A/D 3/18/98
GEORGE W ROBERTSON REV TRUST
9430 E MISSION LANE #109
SCOTTSDALE, AZ 85258-5530

GEORGE W SCOTT
1113 TOLEDO ST
BELLINGHAM, WA 98229-2120

GEORGE W. PLOTNER
307 WILD HERON RD
ST SIMONS ISLAND, GA 31522

GEORGE WESLEY BRUCE
2032 ROBERT GRAY ST
VIDALIA, LA 71373

GEORGE Y. OYAMA AND ELSIE K. OYAMA TTEE
GEORGE Y AND ELSIE OYAMA TR UAD 9/13/1990
1275 FREEMAN LANE #36
POCATELLO, ID 83201

GEORGES PARDO
VIOLET PARDO
1733 GULFSTAR DR S #302
NAPLES, FL 34112

GEORGETTE ABOOD
ALLEN E ABOOD
401 LAC SAINT CLAIRE
SAINT CLAIRE SHORES, MI 48082

GEORGIA DUNKEL (IRA)
FCC AS CUSTODIAN
2764 VAN BUREN DR
LOWER BURRELL, PA 15068-2509

GEORGIA KENNEDY
16 LAURA LN
SUGAR GROVE, IL 60554

GEORGIA L DELLS TTEE
FBO THE GEORGIA L DELLS TRUST U/A
DTD 03/20/1990
P.O. BOX 1445
CATHEDRAL CTY, CA 92235-1445

GEORGIA M THACKER
TRANSFER ON DEATH TOD
TODD W LEWIS
10850 DAYTON CINCINNATI PIKE
MIAMISBURG, OH 45342-6240

GEORGIANN OPANOWICZ
3300 NORTH DR
ST CLAIR SHORES, MI 48082-3045

GEORGINA P MACNEIL
501 LAKESHORE DR
UNIT 301
LAKE PARK, FL 33403

GEOTHE E BILLMAN IRA
2250 SAWBURY BLVD
COLUMBUS, OH 43235

GERADLINE M MILAZZO
173 ENGLEWOOD DRIVE
ORANGE, CT 06477

GERALD J YOUNGBLUT
1325 5TH ST
JESUP, IA 50648

GERALD & DONNA GOODMAN
161 GREENBELT PKY
HOLBROOK, NY 11741

GERALD & JUDITH BRODSKY
8157 NORTH WOODLAND DR
HAYWARD, WI 54843-6605

GERALD A ARNOLD JR.
CGM MONEY PURCHASE CUSTODIAN
20462 VILLA GRANDE CIRCLE
CLINTON TWP, MI 48038-5311

GERALD A EARLE &
CHONITA L EARLE JT TEN
1948 S MALCOLM AVE APT 302
LOS ANGELES, CA 90025-4731

GERALD A ROSENFIELD
813 SOCIETY HILL
CHERRY HILL, NJ 08003

GERALD A ROSENFIELD
813 SOCIETY HILL
CHERRY HILL, NJ 08003

GERALD ABRAMS
BRENDA A SHAPIRO-BABIN TTEE
U/A/D 08-21-2006
FBO BEVERLY SHAPIRO 2006 REV T
4001 NORTH OCEAN BLVD. #901B
BOCA RATON, FL 33431-5390

GERALD B WENZEL
325 KIYUGA WAY
LOUDON, TN 37774

GERALD BANDEL
826 WASHINGTON ST
BALDWIN, NY 11510

GERALD BLACKMAN
UTA CHARLES SCHWAB & CO INC
IRA CONTRIBUTORY DTD 04/08/96
7005 OSAGE AVENUE
DOWNERS GROVE, IL 60516

GERALD C THORNER IRA
F/B/O GERALD C THORNER
5601 TURTLE BAY DR
APT 504
NAPLES, FL 34108

GERALD CABIN
7900 OLD YORK RD
#701 B
ELKINS PARK, PA 19027

GERALD CHAPMAN &
KATHY CHAPMAN JTWROS
3016 MILLERSVILLE RD
TAYLORSVILLE, NC 28681-8840

GERALD D & JACKIE T NORRIS
162 CYPRESS DR
BAXLEY, GA 31513-4492

GERALD D / RUBE E BAYER
902 W 17TH ST
WILLISTON, ND 58801-3841

GERALD D GOODLETT
209 CHERRY HILL ROAD
PEWEE VALLEY, KY 40056

GERALD D KUFAHL
1113 S PARK ST
SHAWANO, WI 54166-3621

GERALD DAVID BERGMOSER &
SALLY ELAINE BERGMOSER JT TEN
9006 CASCADA WAY APT 202
NAPLES, FL 34114-6463

GERALD E DAGLE
2543 HARRIS AVE
RICHLAND, WA 99354

GERALD E DEMMIN
505 W MULLER ROAD
E PEORIA, IL 61611

GERALD E GUSE
462 S GERMAN ST
MAYVILLE, WI 53050

GERALD E MROZ
CGM IRA ROLLOVER CUSTODIAN
1704 VIRGINIA LN
KULPMONT, PA 17834-2022

GERALD E. LOEHR
CGM IRA CUSTODIAN
5 CROSS ROAD
ARDSLEY, NY 10502-2001

GERALD E. LOEHR AND
SUSAN NEWMAN-LOEHR JTWROS
5 CROSS ROAD
ARDSLEY, NY 10502-2001

GERALD F & FRANCES W DOHERTY
PO BOX 633
KENTFIELD, CA 94914-0633

GERALD F GAMAUF
PO BOX 422
CHICAGO RIDGE, IL 60415

GERALD F RESTER REV TRUST
U/A/D 7-15-03
GERALD F RESTER TRUSTEE
INDIAN RIVER ESTATES #E316
2400 INDIAN CREEK BLVD W
VERO BEACH, FL 32966-2415

GERALD FRANCO
CGM IRA CUSTODIAN
25 WOODVIEW DRIVE
PITTSBORO, IN 46167-9503

GERALD G BERNA
1244 SOUTH 7TH AVENUE
WAUSAU, WI 54401-6025

GERALD G DARRENKAMP
2679 BEECH LANE
LANCASTER, PA 17601-2267

GERALD G WOLFSON ROTH IRA
GERALD G WOLFSON
3377 CALLE MARGARITA
ENCINITAS, CA 92024

GERALD GALLAGHER
10977 WILSHIRE BLVD 10TH FL
LOS ANGELES, CA 90024

GERALD GOULD
2520 HILLANDALE CIRCLE
CUMMING, GA 30041

GERALD J AND BETTY L MOLITOR
TTEES
18244 CHARRETTE CREEK ROAD
MARTHASVILLE, MO 63357

GERALD J CAIRNS TR
MARYANN CAIRNS TR
207 OSPREY VILLAS CT
MELBOURNE BEACH, FL 32951

GERALD J KANTOR
ROBERTA E KANTOR
186 RUE MARSEILLE
KETTERING, OH 45429-1879

GERALD J NEWBROUGH
13172 PINECREST LANE
CLIVE, IA 50325

GERALD J WEIS SR
100 CHURCH DR
LA CROSSE, WI 54603-1302

GERALD J. CALI AND JUNE C CALI
GERALD J CALI AND
JUNE CALI JTWROS
7755 S.W. 185TH AVENUE RD
DUNNELLON, FL 34432-2519

GERALD K MORRISON AND
FLO A MORRISON JT WROS
PO BOX 232
CENTER SQUARE
NEW BLOOMFLD, PA 17068-0232

GERALD KIRT RUPLE
5955 PINKSTAFF
BEAUMONT, TX 77706

GERALD KLEIN
22 OXION CIRCLE
PINEHURST, NC 28374

GERALD L BROTT
6951 EDEN TAP RD
KENNEDALE, TX 76060

GERALD L DEHART, VERA DEHARD AND PAUL J MONTAGUE
4660 E M SS
CADILAC, MI 49601

GERALD L MASS
122 MAPLE RIDGE DR
MADRID, IA 50156

GERALD L MASS
IRA STANDARD DATED 04/27/89
122 MAPLE RIDGE DRIVE
MADRID, IA 50156-1100

GERALD L OAKS
CGM IRA ROLLOVER CUSTODIAN
692 BENNETTWOODS CT
CINCINNATI, OH 45230-3975

GERALD L RADKE
32 HOLLY LANE
FAIR HAVEN, NJ 07704

GERALD LEITZES
ELIZABETH LEITZES
66 MOUNTAIN RD
IRVINGTON, NY 10533-1406

GERALD LETSON
1722 N JONES RD
ESSEXVILLE, MI 48732

GERALD LEVY TRUST
GERALD LEVY TTEE
DTD 07/30/02
1426 SE 44TH ST
CAPE CORAL, FL 33904-7350

GERALD M POGER
25 LADUE MANOR
ST LOUIS, MO 63124-1821

GERALD P CORMAN LIVING TRUST
C/O GERALD P CORMAN
130 AMBLESIDE WAY
AMHERST, OH 44001

GERALD R RHOADS
11 DAISY LANE
BERNVILLE, PA 19506

GERALD RAY WOOD
5414 W WINDING DESERT DR
MARANA, AZ 85658

GERALD S AND BRENDA A BROWN
11 LAKESHORE DRIVE
SHALIMAR, FL 32579

GERALD SCHWARTZ IRA
FCC AS CUSTODIAN
12190 CASTLE PINES ROAD
BOYNTON BEACH, FL 33437-6015

GERALD SHANNON IRA
ACT# 5733-6553
10369 CLAYTON ROAD
ST LOUIS, MO 63131

GERALD SHEINDLIN
8477 BAY COLONY DR PH16
NAPLES, FL 34108

GERALD SHERRIDAN
8477 BAY COLONY DR PH16
NAPLES, FL 34108

GERALD TALLO & HELENE E TALLO
HELENE E TALLO JT TEN
PO BOX 375
MONTAUK, NY 11954-0404

GERALD TODD
3234 SUSSEX WAY
VERO BEACH, FL 32966

GERALD TUTTLE
PO BOX 22577
SEATTLE, WA 98122-0577

GERALD W COLLIER
361 QUIAL DR
UKIAH, CA 95482-4107

GERALD W GANDT & AMELIA J GANDT TTEES
GERALD & AMELIA GANDT FAMILY TRUST
709 ATHERTON DR
LODI, CA 95242

GERALD W HEFTY TRUSTEE O/T
GERALD W HEFTY SURVIVORS TR
819 CARDOMOM CT
HENDERSON, NV 89015

GERALD W SMILOVITZ
REBECCA I SMILOVITZ TTEE
U/A/D 05-21-1985
FBO SMILOVITZ FAMILY TRUST
PO BOX 6235
SAN MATEO, CA 94403-6235

GERALDINE BLUMENSCHEIN
1616 E 30TH AVE #121
SPOKANE, WA 99203

GERALDINE BYRUM
4621 RACE ST
PORTSMOUTH, VA 23707

GERALDINE E BORDIERE
5481 ASBURY LAKE DR #36
CINCINNATI, OH 45247

GERALDINE E MILLER
714 S SURF RD
OCEAN CITY, MD 21842-5833

GERALDINE G ANDERSEN TTEE
SURV TR O/T ANDERSEN
FAM TR DTD 5/26/89
1703 HOPKINS
REDWOOD CITY, CA 94062-1911

GERALDINE LOMBARDI
242 ANDOVER DR
WAYNE, NJ 07470

GERALDINE M BALLOTTI
208 RUTLEDGE RD
BELMONT, MA 02478-2634

GERALDINE M MAKOWSKI TRUST
741 AYERS STREET
BOLINGBROOK, IL 60440

GERALDINE MOLLEUR AND
LESLIE A MOLLEUR AND
CAROLYNN M MOLLEUR JTTEN
33 SQUIER STREET
PALMER, MA 01069-1337

GERALDINE PERCIASEPE REV LIV TR
GERALDINE PERCIASEPE
863 SE SWEETBAY AVE
PORT ST LUCIE, FL 34983-4646

GERALDINE RUSH
2650 N LAKEVIEW #3805
CHICAGO, IL 60614-1831

GERALDINE T COPELAND
1607 CORVALLIS TRL
ARLINGTON, TX 76006-6515

GERALDINE T. TERANISHI IRA
FCC AS CUSTODIAN
7587 DUKE WAY
SAN RAMON, CA 94583-4016

GERALDINE WOODY
12600 N PORT WASHINGTON RD
MEQUON, WI 53092-3469

GERARD L BLENKLE
379 RUTLEDGE DR
YORKTOWN HTS, NY 10598

GERARD MYERS
21890 HAINES
PORT CHARLOTTE, FL 33952

GERARD O'FARRELL
1 GREENWOOD COTTAGES
LAWSON WAY
SUNNINGDALE SL5 0LL ENGLAND

GERARD O'FARRELL
1 GREENWOOD COTTAGES
LAWSON WAY
SUNNINGDALE SL50LL ENGLAND

GERARD SCHULTHEIS
CAROLYN SCHULTHEIS JTWROS
P O BOX 299
NEW SUFFOLK, NY 11956-0299

GERARD WOODS TTEE
THE FCC PRODUCTS INC PS PLAN
DTD 12/31/85
106 NAYLON AVE
LIVINGSTON, NJ 07039-1006

GERARDI P LAMORTE
6 LEONARD RD
STAFFORD SPGS, CT 06076-3341

GERD AND GISA BEINHAUER
WERNHALDENSTR 105
D-70184 STUTTGART GERMANY

GERHARD A SCHEUCHER
228 HORIZON HILL
NEWNAN, GA 30265-5683

GERHARD HOF
SCHAFGARTENSTR 12
63579 FREIGERICHT GERMANY

GERI LYNN LOMBARDI VEROLA
8 WINCHESTER DR
MUTTONTOWN, NY 11545

GERMAINE / ERNIE WUESTENHAGEN
111 ROCHESTER DR
SHEBOYGAN FALLS, WI 53085

GERMAN PABLO COPPOLA
6286 SEABOURNE DR
HUNTINGTON BEACH, CA 92648

GEROGE HARMONICK REV LIVING TRUST
GEORGE & ETHEL HARMONICK, TTEES
109 6TH AVE N
HOPKINS, MN 55343-7304

GERRY B DELTOFF & LAURENE M DELTOFF
3375 SOUTHHAMPTON DR
JEFFERSONTON, VA 22724-1752

GERRY GILBERTSON
6216 HIDDEN LANE
SOUTH HAVEN, MN 55382

GERRY L MENDELSOHN
CGM IRA ROLLOVER CUSTODIAN
1512 PALISADE AVE,
APT 14 N
FORT LEE, NJ 07024-5308

GERRY R COLEMAN TTEE
U/W BARBARA COLEMAN FBO LAWRENCE A COLEMAN III
C/O WHITENER CAPITAL MANAGEMENT, INC
PO BOX 7743
ROCKY MOUNT, NC 27804-0743

GERSON GOODMAN TTEE
G. GOODMAN REV LIV TRUST U/A
DTD 04/15/1997
10871-B LAKEMORE LANE
BOCA RATON, FL 33498-1532

GERSON ROTHMAN
208 PINE ST
PHILADELPHIA, PA 19106-4314

GERT FISCHER
HELBIGHAINER WEG 8
KOENIGSTEIN 61462 GERMANY

GERTHA MELLON MERORES
249 EAST 48TH ST - APT 12D
NEW YORK, NY 10017-1524

GERTRUDE & OSCAR J PAQUETTE
2360 ALBERT ST #202
ROCKLAND ON K45 0C4

GERTRUDE A RAU
PO BOX 173
LINTON, ND 58552

GERTRUDE AND DAVID KAPLAN JT TEN
GERTRUDE KAPLAN
1024 HYTHE B
BOCA RATON, FL 33434-4604

GERTRUDE B KILBURN TTEE
F/T R W KILBURN & G B KILBURN
SURVIVORS TR DTD 3/8/90
18655 W BERNARDO DRIVE #318
SAN DIEGO, CA 92127-3028

GERTRUDE GALATI
8 ORCHARD AVE
BLASDELL, NY 14219-1106

GERTRUDE GANS
6320 PINEHURST CIRCLE
TAMARAC, FL 33321

GERTRUDE M & GERALD F NUECHTERLEIN
C/O GERALD F NUECHTERLEIN
10680 ROEDEL
FRANKENMUTH, MI 48734

GERTRUDE S HORNSTEIN
TOD DTD 08/15/2008
1003 EASTON RD APT 220C
WILLOW GROVE, PA 19090-2061

GERTRUDE STOKES
269 APPLE RIDGE BLVD
MAHWAH, NJ 07430-1593

GERTRUDE WISCHENBARTH & FRANZ WISCHENBARTH
MS GERTRUDE WISCHENBARTH
HYRTLGASSE 4
8380 JENNERSDORF AUSTRIA

GERY AND LOIS HOULIHAN REVOCABLE LIV TRUST
GERY & LOIS HOULIHAN TRUSTEES
22 BUENAVENTURA
RANCHO SANTA MARGARITA, CA 92688-3102

GETA M RICHMAN
5590 WILLOW VALLEY DR
W BLOOMFIELD, MI 48322-1803

GEVEVIEVE M PENNINGTON TRUST
C/O LISA HIGGINS TTEE
111 N CHURCH AVE
FAYETTEVILLE, AR 72701

GHANSHYAM AMIN
3103 BECKENHAM CT
SILVER SPRING, MD 20906

GHL INVESTMENTS LTD
325 WATER FRONT DRIVE
OMAR HODGE BLDG 2/F
WORKHAMS CAY
ROAD TOWN, TORTOLA, BRITISH VIRGIN ISLANDS

GHOLSON FUNERAL HOME
ATTN: JEROME GHOLSON
500 S WASHINGTON
MCLEANSBORO, IL 62859-1298

GIAN B A CAGGIANO
C/O CHARLES SCHWAB & CO INC CUST
GIAN B A CAGGIANO PSP KEOGH KE
525 W CLIFFORD ST
WINCHESTER, VA 22601-3713

GIAN B A CAGGIANO
CHARLES SCHWAB AND CO INC CUST
GIAN B A CAGGIANO MONEY PURCHA
525 W CLIFFORD ST
WINCHESTER, VA 22601-3713

GIANFRANCO MONGARDI AND INGE MONGARDI
203 TOWER BLOCK
DESA KUDALARI, 3
LORONG KUDA
50450 KUALA LUMPUR  MALAYSIA

GILBERT B BOSSE & KATHERYNE K
BOSSE TTEE GILBERT B BOSSE
FAMILY CHARITABLE REMAINDER
UNITRUST U/A DTD 12/14/93
2450 HARBOURSIDE DR #234
LONGBOAT KEY, FL 34228-4160

GILBERT BERNSTEIN
39 VALLEY GREENS DR
VALLEY STREAM, NY 11581-3634

GILBERT GAVLIN TRUST
GILBERT GAVLIN TRUSTEE
GILBERT GAVLIN TRUST U/A DTD 4/15/97
6500 KENTON AVE
LINCOLNWOOD, IL 60712-3433

GILBERT GAVLIN TRUST
GILBERT GAVLIN TRUSTEE
GILBERT GAVLIN TRUST U/A DTD 4/15/97
6500 KENTON AVE
LINCONLWOOD, IL 60712-3433

GILBERT J GUISLER
PO BOX 4187
HAILEY, ID 83333

GILBERT S LEIB AND
MELISSE LEIB JTWROS
12 CHIPPING LANE
NORWALK, CT 06854-1109

GILBERT SCHWARTZ
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA
416 LAKEVIEW COURT
LANGHORNE, PA 19053-1935

GILBERT T DAVIS
PO BOX 786
CLEMMONS, NC 27012

GILBERT WILLIAM CULLEN
1549 MAPLE AVE
PAOLI, PA 19301

GILDA BEY
C/O MARC D MICELI ESQ
CARELLA BYRNE BAIN GILFILLAN ET AL
5 BECKER FARM ROAD
ROSELAND, NJ 07068

GILDA G SIMEONI
3124 NESPER ST
PHILADELPHIA, PA 19152

GILES PLACE IRA
PO BOX 27
ULM, MT 59485

GIM REV TRUST
U/A DTD 09/30/1988
GEORGE A MICHAEL & IRENE F
MICHAEL TTEE
27592 CENAJO
MISSION VIEGO, CA 92691-1420

GINA K TAPPAN
PHILIP A TAPPAN JT TEN
4903 E CRESTWOOD
LITTLE ROCK, AR 72207-5407

GINA M AND KEITH V STRACCHINO
10508 EAST CIMMARON DRIVE
SPOKANE VALLEY, WA 99206-8649

GINGER S KAPLAN TTEE
GINGER KAPLAN TRUST NO 1 EXEMP
U/A DTD 12/22/1992
5161 SAN FELIPE #320
HOUSTON, TX 77056-3640

GINGERLEE TRUST, VIRGINIA L MERCHANT, TTEE
61 E LACEY OAK PKWY
KERRVILLE, TX 78028

GINNA C DOWNING
516 PECAN LANE
BRADENTON, FL 34212

GINO I PINEROLO
DOROTHY E PINEROLO
566 PORT BENDRES DR
PUNTA GORDA, FL 33950-7808

GISELA H KNOX
C/O G H KNOX
11727 E DE LA O RD
SCOTTSDALE, AZ 85255

GISELA HERSEY
17072 SE 93 YONDEL CIR
THE VILLAGES, FL 32162

GISELA S SIMON
740 WASHBURN ST
TEANECK, NJ 07666-2242

GIUSEPPE INNERKOFLER & MARIANNE INNERKOFLER
JOSEF INNERKOFLER
TAUERNSTR. 31
DE-47249  DUISBURG (DEUTSCHLAND)

GIVEN, PAUL A
38 GREAT KAME
PLYMOUTH, MA 02360-6374

GLADYS BALL
3364 BIG TREE RD
HAMBURG, NY 14075

GLADYS BLANKENHEIMER/KENNETH BLANKENHEIMER
50 BRIGHTON 1ST RD
APT 5BB
BROOKLYN, NY 11235

GLADYS CORDES
2550 BOXFORD LN
CORDOVA, TN 38016

GLADYS E KOVICH
CGM IRA CUSTODIAN
407 MORNINGSIDE
MIDLAND, MI 48640-7243

GLADYS E KOVICH
CGM IRA CUSTODIAN
407 MORNINGSIDE
MIDLAND, MI 48640-7243

GLADYS F VIEHWEG
5100 GURENE DR
SALT LAKE CTY, UT 84117-6904

GLADYS FISCHER
5 KITTY LANE
NEWARK, DE 19713

GLADYS GINART
4707 N-W 7 ST
APT 106-8
MIAMI, FL 33126

GLADYS GINART
4707 NW 7TH ST
APT 106 8
MIAMI, FL 33126

GLADYS J BAILE
62310 ARLINGTON CIR UNIT 5
SOUTH LYON, MI 48178-1748

GLADYS KUSTERER
199-14 23RD AVE
WHITESTONE, NY 11357-4124

GLADYS M. SWINEHART
255 N PORTAGE PATH #315
AKRON, OH 44303

GLADYS R JAMES TTEE
JAMES FAMILY MARITAL TRUST
18 COVENTRY DR
OROVILLE, CA 95966-3630

GLADYS SALEH REV TR UA 9/24/97
GLADY SALEH
3420 S OCEAN BLVD APT 8R
HIGHLAND BEACH, FL 33487

GLADYS SOMMERS
12 STOCKTON COURT
EAST BRUNSWICK, NJ 08816

GLADYS V SCHIPPEL, TTEE; SHARON K, MALONE, TTEE
GLADY V SCHIPPEL
5000 PROVIDENCE DR APT 319
SANDUSKY, OH 44870

GLEM E LABUDA &
PAMELA M LABUDA CO-TTEE
LABUDA FAMILY TR UAD 3/16/05
3440 LAKEVIEW DR SE
WINTER HAVEN, FL 33884-3123

GLEN & ELOISE HELMS
813 N SPENCE AVE
GOLDSBORO, NC 27534-4267

GLEN BJORKLUND
& BETTY BJORKLUND JTTEN
2100 SILVER LAKE RD APT 237
SAINT PAUL, MN 55112-5386

GLEN BJOURKLAND & BETTY BJOURKLAND
2100 SILVER LAKE RD NW
APT 237
NEW BRIGHTON, MN 55112

GLEN C AND GWENDOLYN B DRAKE
GLEN C DRAKE & GWENDOLYN B DRAKE JN/TEN
21239 CROSS KEYS ROAD
NEWSOMS, VA 23874

GLEN EDWARD BRYANT SR &
MILDRED WARRINGTON
BRYANT TTEES BRYANT
FAMILY TR UAD 10/28/92
17 1/2 EDGEWOOD CIRCLE
WEST HELENA, AR 72390-3201

GLEN R FAULHABER & ANNETTE M FAULHABER JT TEN
110 MYRNA DR
GOLDSBORO, NC 27534-6360

GLEN SAUDEK
6021 FOUNTAIN PARK LANE #1
WOODLAND HILLS, CA 91367

GLEN W & LEORA D BEAM
THE BEAM FAMILY TRUST TTEE 9/17/96
18829 N 12TH AVE
PHOENIX, AZ 85027

GLEN W & NOVA B COTTRALL
12010 E 78TH TERR
KANSAS CITY, MO 64138

GLENDA BAILEY
5201 FAIRWAY AVE
# APT 29
N LITTLE ROCK, AR 72116

GLENDA BAILEY
5201 FAIRWAY AVE
APT 29
N LITTLE ROCK, AR 72116

GLENDA R MOCEKI
DESIGNATED BENE PLAN/TOD
6525 BARRIE
DEARBORN, MI 48126

GLENDA R MOCERI
DESIGNATED BENE PLAN/TOD
6525 BARRIE ST
DEARBORN, MI 48126-1716

GLENN BUCCI &
DIANE BUCCI JT TEN
78 BLACK DUCK RD
PAWLEYS ISL, SC 29585-4351

GLENN C HOAGLUND
PO BOX 55691
PHOENIX, AZ 85078-5691

GLENN D PFEFFER
EXECUTOR OF TRUST FOR JOSEPH PFEFFER
3147 FOREST HILL SCHOOL RD
MILLSTADT, IL 62260

GLENN D PFISTER
JUDY M PFISTER
11 SHADY BROOK CT
HILLSBOROUGH, NJ 08844-1228

GLENN D SHAFER
7059 NW 22ND ST
ANKENY, IA 50023-9637

GLENN E BRIEL & VIVIAN M BRIEL
10707 FAIRMOUNT RD
LOUISVILLE, KY 40291-3809

GLENN G. HUGHES
22302 PARK POINT DR
KATY, TX 77450

GLENN H LARSON
112033 HIDDEN CREEK PLACE
CHASKA, MN 55318-2891

GLENN H MALLORY TTEE
MALLORY PETROLEUM SERVICES
MPP DTD 10/13/87
5503 FM 914
STEPHENVILLE, TX 76401-6216

GLENN L TOLE
4416 MONTEGO
WICHITA FALLS, TX 76308-4015

GLENN M AND DIANA B THOMPSON
120 SAPPHIRE COURT
MANKATO, MN 56001

GLENN M HINZE
1228 N 30TH ST
SHEBOYGAN, WI 53081

GLENN PFEFFER & CAROLYN PATTERSON TTEES
PFEFFER FAMILY TRUST UAD 5/20/05
515 PFEFFER DR
COLUMBIA, IL 62260-3113

GLENN R POST
12780 N CO HWY 9
LEWISTOWN, IL 61542

GLENN W FOWLER (BASIC)
122 VIA ORVIETO
NEWPORT BEACH, CA 92633-4923

GLENN W TUELLER MD
FCC AS CUSTODIAN
SEGREGATED IRA ROLLOVER
3917 MERIDIAN POINT COURT
LAS VEGAS, NV 89147-8075

GLENNA HULETT
PO BOX 64
CAMDENTON, MO 65020-0064

GLENWOOD D MCNEIL
2811 MAURER RD
CHARLOTTE, MI 48813

GLENWOOD Q VAUGHN & LARRY E VAUGHN
261 VARLEY LANE
MARTINSVILLE, VA 24112

GLOBAL IMPORT CORPORATION
ATTN MIGUEL DOSAL
EPS I-5938
PO BOX 025488
MIAMI, FL 33102-5488

GLOE FAMILY TRUST
ROBERT E GLOE & MARJORY L GLOE TR
6740 FOREST LAKE PL
LINCOLN, NE 68516

GLORIA  BASS
21384 GREENWOOD CT
BOCA RATON, FL 33433

GLORIA A LINVILLE
268 N 250 W
VEEDERSBURG, IN 47987-8458

GLORIA B NORTON
8135 MIDDLE FORK LANE
JACKSONVILLE, FL 32256

GLORIA B SCHALL
SAMUEL M SCHALL
1831 MISSION HILLS RD APT 104
NORTHBROOK, IL 60062-5745

GLORIA B. NORTON
8135 MIDDLE FORK LANE
JACKSONVILLE, FL 32256

GLORIA CASELLA
DESIGNATED BENE PLAN/TOD
9460 THUNDERBIRD PL
SAN RAMON, CA 94583-3624

GLORIA E GEBBIA & RICHARD S GEBBIA
JT TEN
25131 BUTTERFIELD RD
HIDDEN HILLS, CA 91302-1159

GLORIA F ANDERSON REVOC TRUST
GLORIA F ANDERSON TTEE
THE FOUNTAINS
3530 DAMIEN  SPACE 281
LA VERNE, CA 91750

GLORIA G BROOKS LIVING TRUST
GLORIA G BROOKS TTEE, LEON M BROOKS TTEE
U/A DTD 5/4/00
6121 POINTE REGAL CIRCLE, APT 310
DELRAY BEACH, FL 33484-2495

GLORIA GENTILE
259 ELMTREE RD
NEW KENSINGTON, PA 15068

GLORIA L OGLE TTEE
GLORIA L OGLE REV TRUST
U/A DTD 08/10/98
18934 AVENUE BIARRITZ
LUTZ, FL 33558-5310

GLORIA M PALESTRINI
1399 ACKERSON BLVD
BAYSHORE, NY 11706

GLORIA MILLER
GLORIA MILLER TTEE
SHERMAN MILLER TTEE
513 S BURLINGAME AVE
LOS ANGELES, CA 90089

GLORIA MILLER
SHERMAN MILLER
513 S BURLINGAME AVE
LOS ANGELES, CA 90049-4825

GLORIA MILLER TTEE
MILDRED WARNER TRUST
513 S BURLINGAME AVE
LOS ANGELES, CA 90049

GLORIA MILLER TTEE
SHERMAN MILLER TTEE
MILLER FAMILY TRUST
513 S BURLINGAME
LOS ANGELES, CA 90049

GLORIA O ROTE
136 SARONA CIRCLE
ROYAL PALM BEACH, FL 33411

GLORIA R MARKEL
7910 WEST HIGHWAY 40
COLUMBIA, MO 65202-9517

GLORIA R WHITESMAN TRUST
GLORIA R WHITESMAN TTEE UA DTD
01/21/92
12770 WATERFORD CIR APT 136
FORT MYERS, FL 33919-8008

GLORIA SHERWOOD REVOCABLE TR
GLORIA SHERWOOD TTEE
U/A DTD 12/23/1996
(STOCK ACCOUNT)
2131 CENTURY PARK LN UNIT #112
LOS ANGELES, CA 90067-3312

GLORIA T VILLEGAS
8946 RIVERWOOD DR
PLACERVILLE, CA 95667-9623

GLORIA WATLINGTON
751 WESTOVER RD
COLUMBIA, SC 29210

GLORIA Y LEBRUN R/O IRA
FCC AS CUSTODIAN
7 WOODCHUCK LN
SOMERSWORTH, NH 03878-2822

GOEMAERE C. / HAUBE P
C/O HAUBE, PIERRE HENRI
AVENUE DE LA HOUSSIERE 178
7090 BRAINE LE COMTE  BELGIUM

GOLDIE FIALKOW IRA
10851 PALM LAKE AVE
APT 101
BOYNTON BEACH, FL 33437

GOLDIE MORSE
1400 OLD COUNTRY RAD
SUITE 302
WESTBURY, NY 11590-5119

GOMEZ HOLDINGS INC
PO BOX 194242
SAN JUAN, PR 00919-4242

GONALD ERMEL
924 ROBERTS RD
BENSALEM, PA 19020-4951

GONDY RAO
GONDY JHANSI RATNAN
2863 TURTLE CREEK DR
EAST LANSING, MI 48823-6334

GORDON & CAROL DEBRUINE
955 IOWA HEIGHTS RD
SEDRO WOOLLEY, WA 98284-8807

GORDON BAIRD WHITE
307 LAGUNA VISTA
ALAMEDA, CA 94501

GORDON BLANKENSHIP
TOD GREG BLAKENSHIP
TOD JEFF BLAKENSHIP
TOD LINDA BLANKENSHIP
201 S 33RD APT 310
MUSKOGEE, OK 74401-5088

GORDON DEVORKIN
7815 N REGENT ROAD
MILWAUKEE, WI 53217

GORDON E BLEICH LIVING TRUST
U/A/D 10 22 98
GORDON E BLEICH &
CAROL L BLEICH TRUSTEES
9030 CEDAR CREEK DR
BONITA SPRINGS, FL 34135-6595

GORDON F LINDHOLM
SOUTHWEST SECURITIES INC
1425 W 28TH APT 411
MINNEAPOLIS, MN 55408-1979

GORDON FAMILY TRUST TR
AURTHUR J GORDON TTEE
RUTH R GORDON TTEE U/A DTD 11/25/1996
1235 RIMPAU BLVD
LOS ANGELES, CA 90019

GORDON H MANSER
24224 E 3RD AVE
LIBERTY LAKE, WA 99019-0238

GORDON J PARSONS
PATRICIA PARSONS
1598 ROOD POINT RD
MUSKEGON, MI 49441-4847

GORDON KEITH SHIPP TTEE SHIPP FAMILY TRUST
GORDON KEITH SHIPP
WYONA Y SHIPP
7041 E ROSEWOOD ST
TUCSON, AZ 85710-1235

GORDON KEITH SHIPP TTEE SHIPP FAMILY TRUST
WYONA Y SHIPP
7041 E ROSEWOOD ST
TUCSON, AZ 85710-1235

GORDON LOEWEN INC
SUITE 100
944 PROSPECT AVENUE
VANCOUVER BC V7R 2M4
CANADA

GORDON O SCHETTLER
FAMILY PARTNERSHIP
GORDON O & DOROTHY W SCHETTLER
GENERAL PARTNERS
1500 DEVONSHIRE DR
SALT LAKE CTY, UT 84108-2532

GORDON O. SCHETTLER
1500 DEVONSHIRE DR
SALT LAKE CTY, UT 84108-2532

GORDON P AND ELIZABETH HODGE JTWROS
2320 TRUSSELL ROAD
ALEXANDER CITY, AL 35010

GORDON P GUNN
2350 HWY 297A
CANTONNENT, FL 32533-7629

GORDON R YEICH
2607 MOSELEM SPRINGS RD
FLEETWOOD, PA 19522

GORDON R YEICH &
SALLIE A YEICH JT TEN
2607 MOSELEM SPRINGS ROAD
FLEETWOOD, PA 19522-8669

GORDON TILSON
EVELYN M TILSON
W 4422 CROSSCUT RD
DEER PARK, WA 99006-9744

GORDON W & MARGARET N BOYLES
GORDON W BOYLES
1026 SHADY LANE DR
ORLANDO, FL 32804

GORDON W BRINKS ROTH IRA
GORDON W BRINKS
3756 WINDSOR HILL DR
HUDSONVILLE, MI 49426-2903

GORDON W PALMER
813 N TALL TREE LANE
GAYLORD, MI 49735

GORDON W RADDATZ
1225 N EAGLE ST
OSHKOSH, WI 54902

GORDY Y WAHLGREN
505 LAKE STREET
MT HOREB, WI 53572-1631

GRACE & VINCENT MANNINO
VINCENT MANNINO
140 SEAVIEW CT
UNIT 1802N
MARCO ISLAND, FL 34145

GRACE C STAMM TTEE (REV TRST)
24 KENT AVE
BETHANY BEACH, DE 19930

GRACE DARLINE DYE
PO BOX 4870
PALOS VERDES ESTATES, CA 90274-9637

GRACE ELLEN DAVIS
5585 BUCKBOARD TRAIL
FLAGSTAFF, AZ 86004

GRACE G GELLER SEPERATE PROP
GRACE E GELLER TRUSTEE
8880 EVANVIEW DR
LOS ANGELES, CA 90069-1329

GRACE H. SOLT
555 OLD PLANTATION ROAD
JEKYLL ISLAND, GA 31527-0718

GRACE HANSEN TTEE
GRACE HANSEN LIVING TRUST
UA DTD 07/19/01
8749 SW 92ND LN UNIT D
OCALA, FL 34481-7564

GRACE L NORMAN TTEE
NORMAN FAMILY LIVING TRUST U/A
DTD 09/10/1991
7664 KILRUSH AVENUE
DUBLIN, CA 94568-1512

GRACE LEVITAN
APT C3
2519 WALLACE AVE
LOUISVILLE, KY 40205-2244

GRACE M BENNETT
CGM IRA CUSTODIAN
255 MILLSTONE RD
PERRINEVILLE, NJ 08535-1214

GRACE M MEINECKE REV LIV TRUST
C/O GRACE M MEINECKE
1695 S PORTSMOUTH ROAD
SAGINAW, MI 48601

GRACE MARY COKER
4216 LOOKOUT ROAD
VIRGINIA BEACH, VA 23455

GRACE O BECKER
15 PRAIRIE RD
HUNTINGTN STA, NY 11746-2731

GRACE S MILLER
404 CHADWICK CIRCLE
HELENA, AL 35080-3140

GRACE S. MILLER
404 CHADWICK CIRCLE
HELENA, AL 35080-3140

GRACE SCHUETTNER
TOD BENEFICIARIES ON FILE
8161 WHITBURN DR APT 8
CLAYTON, MO 63105-2455

GRACE T MEYER AND
HEINZ MEYER JTWROS
642 ROBERGE DR
RIVER VALE, NJ 07542-6271

GRACE TOLSON AND CHALMER TOLSON
GRACE KATHARINE TOLSON AND CHALMER TOLSON
JTWROS
PO BOX 496
WOODCARE, CA 94973

GRACE UPSHAW
368 GREENWAY PLACE
MEMPHIS, TN 38117

GRAND LODGE OF THE ORDER OF THE SONS
C/O HARRY WERLAND
P.O. BOX 1941
SAN ANTONIO, TX 78297

GRANT H RATKOVIC
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
1609 WELLESLEY AVE
SAN MATEO, CA 94403-1034

GRANT LANDIS
21611 N 158TH DR
SUN CITY WEST, AZ 85375

GRANT OMAR SEFA TRUST
207 THURBER ST
FENTON, MI 48430

GRANT W EISNER
6412 AVONDALE DR
SUITE 200
NICHOLS HILLS, OK 73116-6400

GRAVES FAMILY LIVING TRUST U/A DATED 7/21/00
STEVEN T GRAVES
1040 LAFOREST DR SE
NORTH BEND, WA 98045

GRAY, ETTA L
22680 LOGUE AVE
WARREN, MI 48091-5255

GREER EVANS
3311 SANDERLING TRAIL
AUSTIN, TX 78746

GREG OLIVER IRA
18618 BROOKWOOD FOREST
SAN ANTONIO, TX 78258

GREG VOPAL
274 VIEW POINT LANE
WHEELING, WV 26003

GREGG GILDEN
C/O MARK GILDEN
11 KATHY COURT
MARLBORO, NJ 07746

GREGORIO A CONCON &/OR ESTHER A CONCON
PO BOX 952
CASTLE HILL NSW 1765 AUSTRALIA

GREGORIO A CONCON &/OR ESTHER A CONCON
PO BOX 952
CASTLE HILL, NSW 1765, AUSTRALIA

GREGORIO A CONCON AND/OR ESTHER A CONCON
PO BOX 952
CASTLE HILL NSW 1765 AUSTRALIA

GREGORY CHAO
113 DEBUSSY TER
SUNNYVALE, CA 94087

GREGORY COHAN
JILL SIMPSON TTEE
PO BOX 229
450 TILTON RD
NORTHFIELD, NJ 08225

GREGORY DRIES &
NANCY DRIES JT TEN
1206 HUNT SEAT DRIVE
LOWER GWYNEDD, PA 19002-1316

GREGORY E LUCAS
7 PLEASANT VIEW COVE
LISBON, CT 06351

GREGORY FERNANDES AND
VALERIE FERNANDES JTWROS
72 LESTER ST.
STATEN ISLAND, NY 10314-4034

GREGORY FRIEL
1243 GARDEN STREET
HOBOKEN, NJ 07030

GREGORY G OWENS
WEDBUSH MORGAN SEC CTDN
IRA CONT 05/01/95
13811 BLOSSOM RIDGE
BAKERSFIELD, CA 93306-7740

GREGORY GOVEN
4776 MANITOU ROAD
TONKA BAY, MN 55331

GREGORY HEINMILLEN
NANCI HEINMILLEN
720 NE LAKE VIEW TERR
BOCA RATON, FL 33431

GREGORY J GROSHAN
CHARLES SCHWAB & CO INC CUST
SEP-IRA
512 HONEY LOCUST LN
PONTE VEDRA BEACH, FL 32082-4177

GREGORY J PARISI
CGM IRA ROLLOVER CUSTODIAN
600 OLD COUNTRY ROAD
SUITE 410
GARDEN CITY, NY 11530-2045

GREGORY M KARR
35 KISKA RD
SAN FRANCISCO, CA 94124-5608

GREGORY P CANELL PROFIT SHARING PLAN - REX WEST INS
GREGORY P CANELL
15 BAR HARBOUR RD #6D
SCHAUMBURG, IL 60193

GREGORY P GDOWSKI &
SUSAN E GDOWSKI CO-TRUSTEES
GREGORY GDOWSKI LIVING TRUST
U/A/D 10/06/99
882 INGRAM PLACE
DES PLAINES, IL 60016-5941

GREGORY P HNATIO
GROWTH STRATEGY
30025 FAIRFAX ST
SOUTHFIELD, MI 48076-1512

GREGORY PRICE ROTH IRA
FCC AS CUSTODIAN
8074 WALDORF CT
ORLANDO, FL 32817-1586

GREGORY SARAYDAR
315 ARTHUR AVENUE
ENGLEWD CLFS, NJ 07632-2611

GREGORY W PASIER
11320 S KOLBE CIRCLE
CYPRESS, TX 77429

GRENVILLE M JORDAN
2619 MT ST HELENS PL S
SEATTLE, WA 98112

GRESA ASSOCICATES INC
UAD 06/06/79
IRA MARGOLIES & BARBARA MARGOLIE TTEES
141 HARVARD AVE
ROCKVILLE CTR, NY 11570-1909

GRETCHEN ANNE BOOSINGER &
GRETCHEN CAWTHON JT WROS
409 PALM TREE DR
BRADENTON, FL 34210-3007

GRETCHEN D HUSTON REV TRUST
DTD 1/6/05
GRETCHEN D HUSTON TTEE
9059 MORNING STAR TRAIL
SAINT LOUIS, MO 63126-2209

GRETCHEN G TALLEY
218 GRANADA WAY
TRACY, CA 95376

GRETCHEN L BECKER
3711 BRUNSWICK AVE NO
MINNEAPOLIS, MN 55422-1916

GRETCHEN PARR
7023 FAIRMONT
EL CERRITO, CA 94530

GREYDON A RHODES &
ANITA RHODES JT TEN
47 HILLSIDE RD
CHESTER, NJ 07930-2115

GRISE FAMILY TRUST DTD
COLLEEN A KINOPETZKE / TERESA R THOMPSON
PO BOX 3053
COLUMBIA FALLS, MT 59912

GROSSI REAL PROPERTY LLC
524 N MAIN ST
FRANKENMUTH, MI 48734

GROVER F DELLINGER TRUST
ELAYNE G. DELLINGER TRUSTEE
5 BLUE MTN. CT
IRMO, SC 29063

GROWERS CHEMICAL CORPORATION
PO BOX 1750
MILAN, OH 44846-1750

GRUNDSTROM FAMILY LIVING TRUST
10804 FLAGSTONE CT
DENTON, TX 76207

GUAN SENG HANG LTD
ROOM 2107 CHINA INSURANCE GROUP BLDG
141 DES VOEUX ROAD CENTRAL
HONG KONG

GUANG PENG MAI
1667 35TH AVE
SAN FRANCISCO, CA 94122

GUARD GROUP
64010 NW 82 ND AVE 0#0037
MIAMI, FL 33166

GUARD GROUP
6410 NW 82ND AVE # 0037 # 0037
PMB 0037
MIAMI, FL 33166-2734

GUBRUD FAMILY TRUST
LINDA CLERC
1920 KNALLWOOD DR
FAIRMONT, MN 56031

GUDRUN STACHEL
TOD DTD 08/06/2007
120 WEST CHURCH
WAUCONDA, IL 60084-1812

GUENTHER J FRIEDL
13744 CHARISMATIC WAY
GAINESVILLE, VA 20155

GUIDO SABELLA B771008998
C/O OPPENHEIMER & CO INC
63 KERCHEVAL AVE STE 300
GROSSE POINTE FARMS, MI 48236

GUIDO SABELLA B771008998
C/O OPPENHEIMER & CO INC
63 KERCHEVAL AVE STE 300
GROSSE POINTE FARMS, MI 48236

GUILIO CIANCI
14 TIDEWAY LANE
EAST NORTHPORT, NY 11731

GUILLERMO A DOMINGUEZ
8567 CORAL WAY # 345
MIAMI, FL 33155-2335

GUILLERMO M YEATTS (SMITH BARNEY - CITIBANK PERSONA
CHUBUT 1769
SAN ISIDRO 1642
BUENOS AIRES ARGENTINA

GUJU HOLDING LTD
MR GUSTAV DIESTEL
FLAT J. 4/F GRENVILLE HOUSE
1-3 MAGAZINE GAP RD
HONG KONG

GUL SEDEN WINES
(MS) GUL SEDEN WINES
2 WASH SQ VILG APT 4-0
NEW YORK, NY 10012

GUNNAR H ANDERSON JR
2 VIRGINIA LN
NEW HARTFORD, NY 13413-2239

GUNTER HEUBACH
JOHANNESSTR 89
D73614 SCHORNDORF GERMANY

GUNTHER KIRCHHEIMER
940 HENRIETTA AVE
HUNTINGDON VALLEY, PA 19006-8502

GUNVAR SORENSON REV LIVING TRUST
GUNVAR SORENSON
4812 156TH PLACE SW
EDMONDS, WA 98026

GUOZHONG SUN
7394 WILDFLOWER WAY
CUPERTINO, CA 95014

GUS M IRANI
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
41143 CALLA LILY ST
FORT MILL, SC 29707

GUSTAF ISAKSSON TTEE
GUSTAF E ISAKSSON IRREV TR U/A
DTD 05/29/1996
121 LAKE LATIMER COVE NE
KENNESAW, GA 30144-1596

GUSTAV K NETAL
49 COUNTRY LANE
ROLLING HILLS EST, CA 90274

GUSTAVE A & ROSALIE M JOHNSON
GUSTAVE A JOHNSON & ROSALIE M JOHNSON JT/WROS
2713 PINE VALLEY LANE
ARDMORE, PA 19003

GUSTAVE A JOHNSON &
ROSALIE M JOHNSON JT TEN
2713 PINE VALLEY LN
ARDMORE, PA 19003-1718

GUSTAVE ROGERS
LORRAINE ROGERS JT TEN
520 DORAL DRIVE
WILLIAMSTOWN, NJ 08094-3075

GUY & AMOLEE WEATHERLY REV TR
GUY AND AMOLEE WEATHERLY
PO BOX 68
LONE PINE, CA 93545

GUY & JUANITA RAMSAUR
PO BOX 338
IRON STATION, NC 28080

GUY C SMITH
611 NAGLE ST
NEW BERLIN, PA 17855-8072

GUY DEVIGILI
BARBARA DEVIGILI
17 AMBERWOOD PLACE
ROCHESTER, NY 14626

GUY E MANN
16641 BASEWOOD
THREE OAKS, MI 49128-9553

GUY F AND DEBORAH L MASTRANGEL
2648 DESMOND
WATERFORD, MI 48329

GUY F BALES & MYRTLE M BALES TTEES
FOR THE G F & M M BALES FAM TR
DATED 8-2-95
539 E SOUTH STREET
RIALTO, CA 92376-6634

GUY PHILLIP PORTO
2662 MESSINA
BOYCE, LA 71409

GUY W JOHNSTON TTEE U/A DTD 1/5/1996
DANIEL MARK ZETZ CHAR REM TR
1285 W SHAW AVE STE 104
FRESNO, CA 93711-3709

GUY W SNEED
1402 LIPSCOMB DR
BRENTWOOD, TN 37027

GUZMAN ENTERPRISES EMPLOYEE PROFIT S P
GUZMAN ENTERPRISES
EMPLOYEE PROFIT SHARING PLAN
12257 BUSINESS PARK DR STE 2
TRUCKEE, CA 96161-3334

GWEN V ESCH
20557 EXBURY PL
COVINA, CA 91724-3702

GWENDOLYN S DOMINIC
3303 DOAGIE
SAN ANTONIO, TX 78247

GWENDOLYN THAYER
7374 KOTHE RD
MANCHESTER, MI 48158

GWO-BEN LO
CHARLES SCHWAB & CO INC.CUST
ROTH CONTRIBUTORY IRA
1180 PEBBLEWOOD DR
DIAMOND BAR, CA 91765-4356

GWYN L FULMER
140 BUCH AVE
LANCASTER, PA 17601

H & H ASSOCIATES INC
1459 PERRY HILL
WATERBURY, VT 05676

H BARRY LEVINE
6215 ROSE BLVD
W BLOOMFIELD, MI 48322-2289

H BLITZSTEIN & D BLITZSTEIN TT
HERMAN BLITZSTEIN REV TRUST
U/A DTD 09/07/1994
995 WILDWOOD DR
MELBOURNE, FL 32940-1505

H C HAYNES &
SHARON N HAYNES JT TEN
6200 FOREST HILLS DR
AUSTIN, TX 78746-5124

H CERNANSKY & D CERNANSKY TTEE
CERNANSKY LIVING TRUST U/A DATED 9/13/2001
14645 AMBERLEIGH HILL CT
CHESTERFIELD, MO 63017-8812

H CHASE & M CHASE CO-TTEE
CHASE FAMILY LIVING TRUST U/A
DTD 11/10/1998
1960 MCKINLEY AVE
HANFORD, CA 93230-2029

H D BENDER & P E BENDER CO-TTEE
BENDER LIVING TRUST U/T/A
DTD 03/29/2007
2111 HENRY COURT
MAHWAH, NJ 07430-3807

H DAVID BARZIZA
& NANCY M BARZIZA JTWROS
4113 SARONG DR
HOUSTON, TX 77025-4615

H E SMITH AND K G SMITH JT TEN
108 PEGGYS PATH CT
UNION, OH 45322-8751

H FEINBERG & L FEINBERG CO-TTEE
HARRY & LAURA FEINBERG TR U/A
DTD 06/13/1989
9199 PECKY CYPRESS LN APT 7 G
BOCA RATON, FL 33428-1985

H FEINGLASS & N FEINGLASS CO-TTEE
HARRIET FEINGLASS TRUST U/A
DTD 06/20/1989
PO BOX 551133
JACKSONVILLE, FL 32255-1133

H FRANKLIN BADE
11307 NORTH CLUB DR
FREDERICKSBURG, VA 22408

H GLIDE STEEL REVOCABLE TRUST
MEREDITH S CHASTAIN TTEE
U/A DTD 08/01/1990
1441 LANDINGS CIRCLE
SARASOTA, FL 34231-3249

H HILDRETH BUTERBAUGH
18171 DUNBLAINE AVE
BEVERLY HILLS, MI 48025-3111

H J HERSHEY TTEE
H J HERSHEY TRUST
804 WISCONSIN
HOLTON, KS 66436

H J HERSHEY TTEE
H J HERSHEY TRUST
804 WISCONSIN AVE
HOLTON, KS 66436

H JACK HARGIS
C/O HARGIS CAPITAL MANAGEMENT
1039 STONERIDGE DR STE 3
BOZEMAN, MT 59718

H JACK HARGIS
C/O HARGIS CAPITAL MGMT
1039 STONERIDGE DR  STE 3
BOZEMAN, MT 59718

H JACK HARGIS
C/O HARGIS CAPITAL MGMT
1039 STONERIDGE DR STE 3
BOZEMAN, MT 59718

H JACKSON FORSTMAN
3913 KIMPALONG AVE
NASHVILLE, TN 37205

H JAEHNKE & J MACK TTEE
HAZEL J. JAEHNKE REVOCABLE TRU
U/A DTD 06/29/1999
576 WOODLAND DR
ARROYO GRANDE, CA 93420-4249

H KEITH SCIDMORE &
IRENE I SCIDMORE
100 CHICO CAMINO
MONTE VISTA, CO 81144-1016

H LYNN STRINGER
905 SPRING DRIVE
NORTHVILLE, MI 48167

H MARK DEWOLF TTEE FBO
H MARK DEWOLF TRUST
U/A DTD 6-10-94
10101 W PALMERAS DR #203
SUN CITY, AZ 85373-3010

H MARLENE ZAVADA
125 SITTING BULL TRL
MEDFORD LAKES, NJ 08055-1710

H MILLS & T MILLS TTEE
HARRY C & THELMA M MILLS REV F
U/A DTD 08/22/1990
4050 PINEBROOK CIR APT 8
BRADENTON, FL 34209-8006

H NEILL & JUDITH K THOMPSON
27509 N MAKENA PL
PEORIA, AZ 85383

H PENN & C PENN TTEE
PENN FAMILY 2000 TRUST
U/A DTD 07/31/2000
9803 SATTLEY PL
GRANITE BAY, CA 95746

H RODNEY ERWINE
JOANNE H ERWINE
JT WROS
40 E 11TH ST
BLOOMSBURG, PA 17815-3802

H VIRGINIA LEE
9460 45TH PLACE
PINELLAS PARK, FL 33782-5515

H WAYNE USSERY
861 THUNDERBIRD DRIVE
FLORENCE, SC 29501

H WHITE & B WHITE TRUST
H & B TTEE TRUST WHITE & B WHITE TTEE
9700 MAINLANDS BLVD F #4
PINELLAS PARK, FL 33782

H. RUTH DOMPAY
CHERYL ZANEGA HOWARD JTWROS
ACCT: 3346-9047
1122 NW MARTIN L KING JR DR
DELRAY BEACH, FL 33444-1617

H. WAYNE USSERY IRA
FCC AS CUSTODIAN
861 THUNDERBIRD DRIVE
FLORENCE, SC 29501-8508

H.J.MARTINSEN & R.E. MARTINSEN III
CO-TTEES H.J. MARTINSEN LIV TR DTD
09/07/2005
14270 ROYAL HARBOUR CT UNIT 322
FORT MYERS, FL 33908-6551

HAGOP JAMGOCHIAN REV LIV TR
U/A/D 6/29/95
HAGOP H JAMGOCHIAN TTEE
750 COTTAGE GROVE RD
BLOOMFIELD, CT 06002-3039

HAGSTROM FAMILY TRUST
MICHAEL A LUCAS TTEE
U/A DTD 10/01/1997
230 LAKEVIEW DRIVE
BULL SHOALS, AR 72619-2503

HAL LEMBERG
UTA CHARLES SCHWAB & CO INC
IRA CONTRIBUTORY DTD 01/30/84
11667 LUANDA ST
LAKEVIEW TERRACE, CA 91342-6144

HAL LEMBERG &
RUTH LEMBERG TTEE
LEMBERG FAMILY TRUST
U/A DTD 11/22/95
11667 LUANDA STREET
LAKE VIEW TERRACE, CA 91342-6144

HAL M BROWN TRUST
HAL M BROWN TTEE
UAD 11-1-1974
3333 GREENBRIAR
RIVERWOODS, IL 60015-3860

HALL LAND & TIMBER LLC
416 TRAVIS ST # 1008
SHREVEPORT, LA 71101-5503

HALL, CHARLES W
3004 PLANTATION RD
WINTER HAVEN, FL 33884-1236

HANAN LIBERMAN TTEE
FBO THE LIBERMAN LIVING TRUST
U/A/D 05/23/02
105 DEAN LAKE ROAD
GREER, SC 29650-2987

HAND REV FAMILY TRUST
BETTY L HAND & CHARLES E HAND TTEES
UAD 06/10/1997
8484 NIGHTHAWK DR
ENGLEWOOD, FL 34224-9522

HANLEY F HARRIS (IRA)
FCC AS CUSTODIAN
5609 OSAGE STREET
BERWYN HEIGHTS, MD 20740-2715

HANLEY F JENKINS TRUST
C/O HANLEY F JENKINS
4574 WATERFORD DR
WEST DES MOINES, IA 50265

HANNAH K SEGAL
EVELYN J SUMMER
99 S SERVICE RD APT 222
NEW HYDE PARK, NY 11040-1056

HANNAH L ROSSI
3912 PALLADIUM LAKE DR
BOYNTON BEACH, FL 33436

HANNAH TRAMPUZ
3315 SUNRIDGE DR S
SALEM, OR 97302

HANNELORE D. CLINE 2008 IRREV TR
C/O WILLIAM E PATTEN, ESQ
ONE WEST THIRD ST
SUITE 900
TULSA, OK 74103

HANNELORE M CARTER
512 PARKHILL DR
BILLINGS, MT 59102

HANS A LINDT
20770 BEACHCLIFF BLVD
ROCKY RIVER, OH 44116-1323

HANS ALLEMANN
TITTWIESENSTR 66
CH-7000 CHUR SWITZERLAND

HANS ALLEMANN
TITTWIESENSTR 66
CH-7000 CHUR SWITZERLAND

HANS ALLEMANN
TITTWIESENSTR 66
CH-7000 CHUR SWITZERLAND

HANS AND GERID NOACK
HANS HERBERT NOACK & GERID NOACK JTWROS
LISSWEG 11
D74639 ZWEIFLINGEN GERMANY

HANS G RUPPRECHT AND
ANNELIESE RUPPRECHT JT TEN
114 HILTON AVE
ROCKFORD, IL 61107-4713

HANS HERBERT AND GERID NOACK
HANS HERBERT NOACK & GERID NOACK JTWROS
LISSWEG 11
D 74639 ZWEIFLINGEN GERMANY

HANS MICHAEL SCHAEFER
MENZELWEG 1
69257 WIESENBACH GERMANY

HANS P WIEDEMANN
13 MANSFIELD LANE
EAST NORTHPORT, NY 11731-4132

HANS ZIERINGER
HANS ZIERINGER
FRIEDRICH EBERT STR 24
D 64625 BENSHEIM GERMANY

HANS-JOACHIM KRUEGER
FALKENSTRASSE 17 A
63322 ROEDERMARK, GERMANY

HANS-JOACHIM MUTH
NEIPPERGER STR. 16
74193 SCHWAIGERN GERMANY

HANY HASSAN
16740 HARDY ST
HOUSTON, TX 77032

HARACE R NEWSOM
471 DALL PASO
ROBINSON, TX 76706

HARALD VON CANSTEIN
BOCKUMER STR. 296
40489 DUESSELDORF GERMANY

HARI BUDEV
9185 CAMARGO RD
CINCINNATI, OH 45243

HARI PURANIK
2650 FIRETHORN COURT
GASTONIA, NC 28056-7585

HARISH J PATEL
1003 MOCKINGBIRD WAY
SUGAR LAND, TX 77478

HARLAN B NASH & LILIAN J NASH
13718 WONDERING OAK
SAN ANTONIO, TX 78247

HARLAN KNUTH
1050 BOYER ST
DUBUQUE, IA 52001

HARLAN METTENBRINK
700 SKYLINE RIDGE LOOKOUT
WIMBERLEY, TX 78676-8040

HARLAN PEASE
444 NESBITT DRIVE
MINA, SD 57451

HARLAN RABIDEAU
5366 HURDS CORNER RD.
GAGE TOWN, MI 48735

HARLD R NELSON
3151 ST RT 13 NE
NEW LEXINGTON, OH 43764

HARLEN E COTTERMAN
6400 YORK AVE #416
EDINA, MN 55435

HARLEY E NICHOLS &
VIOLET NICHOLS JT WROS
TOD BENEFICIARIES ON FILE
6069 ATKINS DR
TROY, MI 48085-1326

HARLEY R STEINER  DONNA J STEINER
HARLEY STEINER
166 HILLCREST DR
BLUFFTON, OH 45817

HARLEY VENTERS
7101 M L KING AVE
OKLAHOMA CITY, OK 73111

HARMONY LODGE #8 F & AM
PO BOX 302
NEWTON, NJ 07860-0302

HAROLD & DELIA OPRANDY
7060 SE LILLIAN CT
STUART, FL 34557-2223

HAROLD & IRIS SCHACHTER
70-46 173RD ST
FLUSHING, NY 11365-3450

HAROLD & SHEILA KARNER
39 SUNDERLAND DR
MORRISTOWN, NJ 07960