**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re                                                    :        Chapter 11
                                                         :
**MOTORS LIQUIDATION COMPANY,** *et al.,*                 :        **Case No. 09-50026 (REG)**
      **f/k/a General Motors Corp.,** *et al.,*   :
                                                         :
      **Debtors.**                                  :        **(Jointly Administered)**
                                                         :
------------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                       ) ss:
COUNTY OF SUFFOLK    )

I, Barbara Kelley Keane, being duly sworn, depose and state:

    1.    I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

    2.    Between August 19, 2010 and August 20, 2009, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors in the above-captioned case and pursuant to the **Notice of Debtors' Fifty-Sixth Omnibus Objection to Claims [Docket No. 6666]**, I caused to be served a customized **Notice of Objection to Individual Debt Claims**, a copy of which is annexed hereto as Exhibit "A", upon each of the parties set forth in Exhibit "B" annexed hereto (affected parties) by depositing same in a sealed, postage paid envelope at a United States Post Office for delivery by the United States Postal Service via First Class Mail.

<u>/s/ Barbara Kelley Keane</u><br>
Barbara Kelley Keane

Sworn to before me this
24th day of August 2010

<u>/s/ Eamon Mason          </u>
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Qualified in Manhattan County
Commission Expires: May 19, 2012

# EXHIBIT A

**PLEASE CAREFULLY REVIEW THIS NOTICE AS IT WILL AFFECT YOUR CLAIM IN THE GENERAL MOTORS CORPORATION (NOW MOTORS LIQUIDATION COMPANY) BANKRUPTCY CASE**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                          :
In re                                     :        Chapter 11 Case No.
                                          :
MOTORS LIQUIDATION COMPANY, et al.,       :        09-50026 (REG)
    f/k/a General Motors Corp., et al.    :
                                          :
              Debtors.                    :        (Jointly Administered)
                                          :
-------------------------------------------------------------x
```

<u>NOTICE OF OBJECTION TO INDIVIDUAL DEBT CLAIMS</u>

**[Claimant Name]**

| Claim Information | | | | | Basis For Objection |
|---|---|---|---|---|---|
| **Date** | **Claim #** | **Debtor** | **Classification** | **Amount** | Claim is duplicative of a claim allowed for the indenture trustee on behalf of all Individual Bondholders |
| | | | | | |

    <u>**PLEASE TAKE NOTICE THAT**</u>, on August 13, 2010, Motors Liquidation Company (formerly known as General Motors Corporation) and its affiliated debtors, as debtors in possession (the "**Debtors**"), filed an objection to your proof of claim identified above.  The name of the objection is the Debtors' _____ Omnibus Objection to Claims (Duplicate Debt Claims) (the "**Objection**").

    **You have received this notice because the Debtors have objected to your proof of claim and your rights will be affected.**

    **You should read this notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**

**A copy of the full Objection can be viewed at
http://www.motorsliquidationdocket.com/bond.php3.  Or, you may
request a complete copy of the Objection at the Debtors' expense, by
contacting the Debtors at 1-800-414-9607, or by sending an e-mail to
claims@motorsliquidation.com.**

The reason for the Objection is that your claim is duplicative of two global claims filed

on your behalf (and on behalf of all affected bondholders) by Wilmington Trust Company

("**WTC**"), as the indenture trustee for your General Motors Corporation bonds.  An indenture

trustee is an entity that manages a bond issuance for the benefit of the individual bondholders,

and handles all the administrative aspects of the bond issuance.  The claims filed by WTC ensure

your interests are protected with respect to the interest, principal, and trustee fees under your

bonds.  You will be entitled to receive a distribution on account of such interests through the

global proofs of claim filed by WTC, and the disallowance of your individual claim will not

affect such interests.  If you have additional claims with respect to your bonds beyond interest,

principal, and trustee fees, such claims will be disallowed pursuant to this Objection.  A copy of

the        stipulation        allowing        the        claims        of        WTC        can        be        viewed        at

**http://www.motorsliquidationdocket.com/bond.php3.**

**YOU WILL NOTICE THAT** the Objection requests that the Bankruptcy Court expunge

and disallow your claim listed above on the ground that your claim is duplicative of the global

claim filed by WTC.  **Any claim that the Bankruptcy Court expunges and disallows will be

treated as if it had not been filed, and you will not be entitled to any distribution from the

Debtors' estates on the claim you filed.**

If you disagree with the Objection's treatment of your claim, you may call the Debtors to

try and resolve your concerns at **1-800-414-9607**.  If you are unable to resolve your concerns

with the Debtors before the deadline to respond, then you <u>must</u> file and serve a written response

(a "**Response**") to the Objection in accordance with this notice and you <u>must</u> appear at the Hearing described below.

You may participate in the Hearing telephonically provided that you comply with the Court's instructions, which can be found on the Court's website at <u>www.nysb.uscourts.gov</u> (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider." You must also provide prior written notice by mail or e-mail of your telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Russell Brooks, Esq. (<u>russell.brooks@weil.com</u>)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Jennifer Sharret, Esq. (<u>jsharret@kramerlevin.com</u>)).

**If you do not oppose the disallowance and expungement of your claim, then you do not need to file a Response or appear at the Hearing.**

**<u>PLEASE TAKE FURTHER NOTICE THAT</u>** a hearing (the "**Hearing**") on the Objection is scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on **September 24, 2010 at 9:45 a.m. (Eastern Time)**. If you file a Response to the Objection, you should plan to appear at the Hearing either in person or telephonically. The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to your claim. If the Debtors do continue the Hearing with respect to your claim, then the Hearing will be held at a later date. If the Debtors do not

continue the Hearing with respect to your claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **September 17, 2010 at 4:00 p.m. (Eastern Time)**. Only those Responses that are timely will be considered at the Hearing. Your Response will be deemed timely only if it is: (a) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing system (The User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov) before the deadline for Responses **or** (b) **actually** received on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format **and** in hard copy at each of the following addresses on or before the deadline for response:

> A.    Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;
>
> B.    Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and
>
> C.    Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Jennifer Sharret, Esq.).

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the number of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the

extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person that can be contacted in connection with the Objection.

If the Bankruptcy Court does NOT disallow and expunge your claim listed above, then the Debtors have the right to object on other grounds to your claim (or to any other claims you may have filed) at a later date.  You will receive a separate notice of any such objections.

If you have any questions about this notice or the Objection, please contact the Debtors at **1-800-414-9607**.    CLAIMANTS   SHOULD   NOT   CONTACT   THE   CLERK   OF   THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

**PLEASE  TAKE  FURTHER  NOTICE  THAT  the  Court  may  grant  the  relief requested  in  the  Objection  without  further  notice  or  a  hearing  if  you  fail  to  file  a  timely Response or appear at the Hearing.**

Dated: New York, New York
      August 18, 2010

WEIL, GOTSHAL & MANGES LLP
Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT B

JOAN CAROL SHARP
8325 PRINCETON ROAD
LIBERTY TOWNSHIP, OH 45044

JOAN D ROMIG TTEE
JOAN D ROMIG LIVING TRUST
U/A 6/8/94
658 E VALLEY CHASE
BLOOMFIELD HILLS, MI 48304-3163

JOAN DECOLA
15155 SHERMAN WAY #26
VAN NUYS, CA 91405

JOAN DOLIN TRUST DTD 10-23-03
JOAN DOLIN AND
MARTIN DOLIN TTEES
9661 ARBOR VIEW DRIVE N
BOYNTON BEACH, FL 33437-5938

JOAN DOLIN TRUST DTD 10-23-03
JOAN DOLIN AND MARTIN DOLIN TTEES
9661 ARBOR VIEW DR N
BOYNTON BEACH, FL 33437-5938

JOAN E FITT
1305 APPLE RIDGE CT
SOUTH BEND, IN 46614-6156

JOAN E ZELLER REVOC LIV TRUST
7720 BRIDLINGTON DR
BOYNTON BEACH, FL 33472-5054

JOAN EMORY
18829 E 583 PR NE
BENTON CITY, WA 99320

JOAN EPSTEIN
145 NOTTINGHAM DR
WATCHUNG, NJ 07069

JOAN FLEMING
818 S EDGERTON
SPOKANE, WA 99212-3016

JOAN G AMBERSON TTEE OF
TRUST C OF THE AMBERSON
FAMILY TR DTD 6-27-83
802 DEL VALLE DRIVE
FALLBROOK, CA 92028-9393

JOAN GELMAN
2 DEVON CT
HADDONFIELD, NJ 08033-2811

JOAN GRAYSON TTEE
JOAN GRAYSON LIVING TR 6/3/98
29 HOLLY HILL DR
ASHEVILLE, NC 28806

JOAN H DESSLOCH
803 TIMBER LANE
SEWICKLEY, PA 15143-8962

JOAN H DESSLOCH TTEE
FBO JOAN H. DESSLOCH REV. LIV
U/A/D 09-12-2005
803 TIMBER LANE
SEWICKLEY, PA 15143-8962

JOAN I. HEGNER TTEE
FBO THE JIH TRUST
U/A/D 07-13-2007
8815 SW 83 STREET
MIAMI, FL 33173-4137

JOAN J. COHEN
TOD MARK COHEN AND
JUDITH ELLEN ZIMMERMAN
SUBJECT TO STA TOD RULES
30 STONER AVE APT 2L
GREAT NECK, NY 11021-2103

JOAN KELLEY PAULSELL
4669 N 65TH ST
SCOTTSDALE, AZ 85251-1040

JOAN KRAUTHAMER COHEN
63703 E DESERT PEAK DR
TUCSON, AZ 85739

JOAN L MAZZUCOLA
2974 MILLICE
BILLINGS, MT 59102

JOAN L MAZZUCOLA
2974 MILLICE
BILLINGS, MT 59102

JOAN LYNN
1550 RIVER PINES DR
GREEN BAY, WI 54311-5648

JOAN M CATHBUN
2398 BRIGGS ST
WATERFORD, MI 48329-3707

JOAN M DANAHER
8 POST OAK COURT
HAMBURG, NJ 07419-1226

JOAN M DANAHER
FRANK E DANAHER III AND
MICHAE P DONOVAN TTEES
FRANK E DANAHER RES TR 3/28/06
8 POST OAK COURT
HAMBURG, NJ 07419-1226

JOAN M DUNN
APT 3G
34-40 78TH STREET
JACKSON HEIGHTS, NY 11372-2527

JOAN M GARTHE TRUST
JOAN M GARTHE TRUSTEE
15038 CLAYMOOR CT
APT 13
CHESTERFIELD, MO 63017

JOAN M HAWKINS TTEE
1575 JOHN KNOX DR APT A306
COLFAX, NC 27235

JOAN M JACOB
5026 S CITRUS LN
GILBERT, AZ 85298

JOAN M RISHEL
14 N HARDING AVE
MARGATE, NJ 08402

JOAN M SLATER REV LIV TR
JOAN M SLATER TTEE
10730 TEAL TRAIL
RICHMOND, IL 60071

JOAN M SLONE REV DEC OF TR DATE 12/30/97
JOAN M SLONE
7109 W NEYVALE AVE
LINCOLNWOOD, IL 60712

JOAN M STITZINGER
962 WEIKEL RD
LANSDALE, PA 19446-4533

JOAN M STRECK
D STRECK
3099 BARRINGTON HILLS CT
FITCHBURG, WI 53711

JOAN M WINOKER
15 CLEARWATER CT
NANUET, NY 10954-3115

JOAN MCCLURE & THOMAS MCCLURE
1655 KLOCKNER RD APT 5G
HAMILTON, NJ 08619-3113

JOAN METZGER
2013 GLENWOOD DR
NORTHFIELD, NJ 08225-1018

JOAN P CURTIN
257 CROOKED HILL RD
PEARL RIVER, NY 10965

JOAN P ELEY TRUST
C/O JOAN P ELEY
2120 ROBINS LANE SE #194
SALEM, OR 97306

JOAN P LEAHY TTEE
PATRICK J LEAHY &
JOAN P LEAHY TRUST
U/A DTD 5-21-97
1605 3RD ST
BAY CITY, MI 48708-6131

JOAN P STEELE
10330 W THUNDERBIRD BLVD
APT C115
SUN CITY, AZ 85351

JOAN POSILLICO
54 PROSPECT ST
FARMINGDALE, NY 11735

JOAN PRAGER
300 CENTRAL PARK W# 14D1
NEW YORK, NY 10024

JOAN R DEMAN
9720 S PULASKI RD
#106
OAK LAWN, IL 60453

JOAN R FLOYD RESIDUARY TR
2504 FERNWOOD DR
LONGVIEW, TX 75605

JOAN R HILL
31310 FOXBORO WAY
BEVERLY  HILLS, MI 48025

JOAN R STRAUSS
17908 W ROBIN RD
POLO, IL 61064

JOAN REDNOR TTEE, FBO JOAN REDNOR
3057 VIA NAPOLI
DEERFIELD BEACH, FL 33442

JOAN RUBINSTEIN
91 LEONA COURT
LEVITTOWN, NY 11756-1736

JOAN S BRADFORD
963 PINEHURST DRIVE
CHESTER SPRINGS, PA 19425-3661

JOAN S CLAYTON
958 E CORNELL AVE
ENGLEWOOD, CO 80113-1717

JOAN S LONG
REV LIVING TRUST UAD 8/20/93
JOAN S LONG TRUSTEE
100 LOMAN ROAD
MEHERRIN, VA 23954-3221

JOAN SCHIFF REVOCABLE TR
JOAN SCHIFF TTEE
U/A DTD 11/08/2007
8626 VALHALLA DRIVE
DELRAY BEACH, FL 33446-9568

JOAN SCHIFF REVOCABLE TRUST
JOAN SCHIFF TTEE
U/A DTD 11/08/2007
8626 VALHALLA DR
DELRAY BEACH, FL 33446

JOAN T HARRISON
670 HANCES POINT RD
NORTH EAST, MD 21901-5236

JOAN T HARRISON
670 HANCES POINT RD
NORTH EAST, MD 21901-5236

JOAN T LABANCA
82 OCEAN AVE
MONMOUTH BEACH, NJ 07750-1229

JOAN WEIDENBRUCH
ROYAL BAY VILLAS
1549 SANDPIER ST
#73
NAPLES, FL 34102

JOAN Y BUTLER
604 BRADFORD RD
ORELAND, PA 19075

JOANN & SHELBY GORDON
JOANN GORDON & SHELBY GORDON
10774 SANTA ROSA DR
BOCA RATON, FL 33498-6719

JOANN C JARMUSZ TTEE
THOMAS FAMILY TRUST U/A
DTD 02/27/1993
PO BOX 1583
WILLIAMSVILLE, NY 14231-1583

JOANN CHOMIN
116 CHRISTOPHER WAY
HAWLEY, PA 18428

JOANN I KRAFT
PO BOX 156
ATHENS, WI 54411-0156

JOANN P BLEM-SCHUMAN
KAREN A MILLER JTTEN
72 LYNDON CIR
OAKLAND, MI 48363-1320

JOANN T GRAY & L TUCKER GRAY
424 GLENVIEW LANE
GREENCASTLE, IN 46135-7489

JOANN THATCHER TRUST
3140 NE PINECREST LAKES
JENSEN BEACH, FL 34957-4619

JOANNA LEFF
PO BOX 175
ROOSEVELT, NJ 08555

JOANNE BEECHER
69 HOLLISTER RD
SWANSEA, MA 02777

JOANNE CORRIGAN
2608 ROCKVILLE CENTRE PKWY
OCEANSIDE, NY 11572-1645

JOANNE E REVSON
500 EAST 77 ST.
APT. 612
NEW YORK, NY 10162-0014

JOANNE GARRETSON
7651 ACE ROAD S
LAKE WORTH, FL 33467

JOANNE GLADNEY
#5 MAPLE PLACE
ANGLETON, TX 77515

JOANNE GLADNEY
5 MAPLE PLACE
ANGLETON, TX 77515

JOANNE JOHNSON & FRANCIS JOHNSON JTT
TOD MARIANNE & CHRISTOPHER JOHNSON
SUBJECT TO STA RULES
213 PARK DRIVE EAST
WATERTOWN, NY 13601-3539

JOANNE KOHN
4 PINE VALLEY COURT
HOLMDEL, NJ 07733

JOANNE L RUSITZKY
940 GLEN LAKE CIRCLE
NAPLES, FL 34119

JOANNE M DUREN
470 N SILVERBELL RD
TUCSON, AZ 85745

JOANNE M WICKSTRAND
582 HATTERAS CT
VERO BEACH, FL 32968-4023

JOANNE MARCHIONE
23 BILLY CASPER LANE
MIDLOTHIAN, IL 60445

JOANNE MAXFIELD
1814 1ST AVENUE SE
AUSTIN, MN 55912-4258

JOANNE ROGERS
C/O PETER SAUNDERS  JOANNE ROGERS
8969 WHITEMARSH AVE
SARASOTA, FL 34238

JOANNE THOMPSON CLARKSON
CGM SEP IRA CUSTODIAN
2651 ROSE MILL RD
ARRINGTON, VA 22922-2222

JOAN-VALERIE CODLING
4275 OWENS RD
EVANS, GA 30809

JOAQUIN SICARS AND OLGA
JOAQUIN SICARS
6100 SW 108 ST
MIAMI, FL 33156-4969

JOCASIA SA
NATIXIS PRIVATE BANKING
51 AVENUE JF KENNEDY
L-1855 LUXEMBOURG EUROPE

JOCELYN H. MARCHISIO
5425 146TH AVE SE
BELLEVUE, WA 98006-3552

JOCELYN M BAKER TRUST
JOCELYN M BAKER TTEE
U/A DTD 7/8/2000
38238 ANN ARBOR TRAIL
LIVONIA, MI 48150-2471

JOCHEN RYLKE
C/O JOACHIM WINTER
34.2020-105 ST
EDMONTON AB T6J 5J2 CANADA

JODE LIMITED PARTNERSHIP
50 MEADOWHAWK LANE
LAS VEGAS, NV 89135-5201

JODY L STEVENS
1426 SARATOGA LANE
ALEDO, TX 76008

JODY L STEVENS
1426 SARATOGA LN
ALEDO, TX 76008-5822

JODY OLIVER AS TRUSTEE OF OLIVER CHILDRENS TRUST
800 VILLAGE SQR CRX # 340
PALM BEACH GARDENS, FL 33410

JOE BONELLO
4977 GARDINERS BAY CIR
SARASOTA, FL 34238-2792

JOE BONELLO TTEE
JOE BONELLO TRUST
U/A DTD 12/16/99
4977 GARDINERS BAY CIR
SARASOTA, FL 34238-2792

JOE C KWIATEK TOD
11710 GILLETTE AVE
TEMPLE TERR, FL 33617-1719

JOE C WILLCOX & NORMA P. WILLCOX
NORMA P WILLCOX JT TEN
2020 NW 23RD TERRACE
GAINESVILLE, FL 32605-3838

JOE CASSINI
824 S CHILTON
TYLER, TX 75701

JOE COONS REVOCABLE TRUST
UAD 06/18/98
JOE COONS TRUSTEE
2957 ANDROS STREET
COSTA MESA, CA 92626-4856

JOE D HUBBARD &
BEBE HUBBARD JT TEN
1610 LITTLE HOLLOW DRIVE
LUFKIN, TX 75904-5342

JOE D HUBBARD AND BEBE HUBBARD JT TEN
1610 LITTLE HOLLOW DR
LUFKIN, TX 75904-5342

JOE E ADAMS & RUTH M ADAMS
204 OPAL
HEWITT, TX 76643

JOE E ADAMS & RUTH M ADAMS
204 OPAL
HEWITT, TX 76643

JOE E MANUEL
240 FOREST AVE
STE 301
CHATTANOOGA, TN 37405

JOE E VAN HOFF
9174 EAGLE DR
SOUTH FULTON, IN 38257

JOE ENNA
4121 VIA BALLENA
MESQUITE, TX 75150-4301

JOE F JOHNSON
CGM SEP IRA CUSTODIAN
665 BRECKENRIDGE LN
LOUISVILLE, KY 40207-3013

JOE G WALKER
155 CR 939
TEAGUE, TX 75860

JOE MCLARRY
6659 YOSEMITE LANE
DALLAS, TX 75214-2439

JOE MERL NELSON
PO BOX 304
CLAUDE, TX 79019

JOE N BEAM & RITA M BEAM JTWROS
6210 CAPE GEORGE ROAD
PORT TOWNSEND, WA 98368

JOE R EMERSON TRUSTEE
U/A  DTD 08/03/00
JOE R EMERSON   TRUST
3443 WYNDHAM PLACE EAST
COLUMBUS, IN 47203-4442

JOE R WILKINSON
TOD REGISTRATION
7200 E QUINCY AVE #336
DENVER, CO 80237-2254

JOE S MCKENNA & SHERYL A MCKENNA
CO-TTEES MCKENNA FAMILY TRUST
U/A DTD 01/23/2004
2014 SPEYER LANE UNIT A
REDONDO BEACH, CA 90278-4916

JOE S MCKENNA & SHERYL A MCKENNA
CO-TTEES MCKENNA FAMILY TRUST
U/A DTD 01/23/2004
2014 SPEYER LANE UNIT A
REDONDO BEACH, CA 90278-4916

JOE STEPHEN SLINKARD AND JOAN THOMAS SLINKARD
922 DOWNEY DRIVE
NASHVILLE, TN 37205

JOE THILMAN
5249 HALE
TROY, MI 48085

JOE W PUSTEJOVSKY  &
ANNE T PUSTEJOVSKY JT WROS
5421 FM 619
TAYLOR, TX 76574-4800

JOEANN DOVE
154 WOODFORD DR
WINCHESTER, KY 40391

JOEL B HIRSH
CHARLES SCHWAB & CO INC CUST
HIRSH ASSOCIATES, LTD PART QRP
17 CLAYTON PLACE
RIDGEFIELD, CT 06877-1906

JOEL CASE IRA
FCC AS CUSTODIAN
2303 ROCKWELL AVE
BALTIMORE, MD 21228-4750

JOEL D BURY
6753 GRINES MILL DRIVE
SYLVANIA, OH 43560

JOEL D DASKAL TTEE
FBO JOEL D DASKAL TRUST
U/A/D 09/03/99
2019 STRATFORD AVE
SOUTH PASADENA, CA 91030-4640

JOEL D HACKWORTH
10831 CROOKED RIVER RD
UNIT 102
BONITA SPRINGS, FL 34135

JOEL H SEKERES
BONNIE A SEKERES
2 SPINNAKER DR
BARRINGTON, RI 02806-2832

JOEL HOLZER
CGM IRA CUSTODIAN
6834 FIJI CIRCLE
BOYNTON BEACH, FL 33437-7022

JOEL L BEYERLE
CGM IRA CUSTODIAN
3515 ODYSSEA CT
NORTH FT MYERS, FL 33917-7783

JOEL N CALL
37199 FALLSGROVE AVE
MURRIETA, CA 92563

JOEL RUBEL TTEE
JOEL RUBEL & SYLVIA R RUBEL (DECD)
REV TR DTD 01/18/89
7846 YAMINI DRIVE
DALLAS, TX 75230-3233

JOEL RUBEL TTEE
JOEL RUBEL AND SYLVIA R RUBEL (DECD)
REV TR DTD 01/18/89
7846 YAMINI DR
DALLAS, TX 75230-3233

JOEL STERNBERG
95 STRATHMORE LN
ROCKVILLE CTR, NY 11570

JOEL W RIDLEY II
1501 FAST LANDING RD
DOVER, DE 19901

JOEL WINETT
10 BERKELEY RD
FRAMINGHAM, MA 01701

JOEL ZIMMERMAN
43 ST CHARLES CT
NEWBURY PARK, CA 91320

JOELLINE L STOLLER
TOD DTD 11/20/2008
509 MAIN ST
SABETHA, KS 66534-2332

JOERG HEIMEL
ISMANINGER STRASSE 64
81675 MUENCHEN GERMANY

JOESPH VERTEL
1750 ARNOLD WAY APT 9
ALPINE, CA 91901

JOEY ULLMANN
200 WINSTON DR
#2516
CLIFFSIDE PARK, NJ 07010

JOHAN ATLE SIGMUNDSTAD
GRINILUNDEN 5
1359 EIKSMARKA NORWAY

JOHAN F KNOR TTEE

JOHAN F KNOR TTEE
FBO THE KNOR FAMILY TRUST
U/A/D 9-4-92
12322 HESTER PLACE
GARDEN GROVE, CA 92841-3846

JOHAN U. HELGA FROSCHMAIER
EDELWEIBSTR 14
D 82377 PENZBERG GERMANY

JOHANN M GIGLIOTTI
9396 ROBERTS RD
SAUQUOIT, NY 13456

JOHANNA C LEMOS
1260 DODGE CITY PL
NORCO, CA 92860

JOHANNA C LEMOS
1260 DODGE CITY PL
NORCO, CA 92860

JOHANNA C LEMOS
1260 DODGE CITY PLACE
NORCO, CA 92860

JOHANNA FUGMANN
410 CRAEMER DRIVE
FRANKENMUTH, MI 48734

JOHANNE ETKIN FINLEY
BY JOHANNE ETKIN FINLEY
28805 SUMMIT DR
NOVI, MI 48377-2942

JOHN & DENA MALDA REV TRUST
UAD 06/12/01
DENA MALDA & JOHN MALDA TTEES
1373 KITCHENER DR
MUSKEGON, MI 49444-3381

JOHN & EMILY HIMMER REV LVG TRUST
JOHN B & EMILY A HIMMER CO-TTEES
7612 WAUNATTA CT
WINTER PARK, FL 32792-8924

JOHN & KATHRYN KRISLER
4509 E LAKE GOODWIN RD
STANWOOD, WA 98292-7758

JOHN & LAVERNE WARD TTEE
THE WARD FAMILY TRUST DTD 03/02/99
HC 82 BOX 445
OXFORD, AR 72565

JOHN & LINDA BALDINO
PO BOX 958
25 TROUT POND LANE
MANCHESTER, VT 05254

JOHN & LOIS PORCO
78 ANDREA LANE
TOWNSHIP OF WASHINGTON, NJ 07676

JOHN & LORIE LOOMIS JT
3669 EILEEN WAY
SANTA BARBARA, CA 93105

JOHN & MARGARET HANNIGAN
104 NINTH AVE
HADDON HEIGHTS, NJ 08035

JOHN & MARIE UNIKEWICZ TTEES FBO JOHN & MARIE UNIKEW
DTD 7/9/96
8560-D SW 90TH ST
OCALA, FL 34481

JOHN & MARY KILLINGER
1120 16TH AVE SW
LARGO, FL 33770

JOHN & PATRICIA GLOWCZEWSKI
74 E FALCON DR
PUEBLO WEST, CO 81007

JOHN & PATRICIA WALLAR
6105 PALO VERDE DR
ROCKFORD, IL 61114

JOHN A & ELIZABETH R PICARDI
5660 CYPRESS CREEK DR
GRANT, FL 32949

JOHN A & EVELYN H WEICHEL TRUST
C/O JOHN A WEICHEL
4401 RIVERVIEW BLVD
BRADENTON, FL 34209

JOHN A & SHELLEY J BRADEN
5519 TAYLOR DR
FREMONT, MI 49412

JOHN A AND DIANE L KAPLAN
1230 PEMBURY LANE
BLOOMFIELD HILLS, MI 48302

JOHN A AND GAY R CAMERON
3183 GRANT 53
HENSLEY, AR 72065

JOHN A ANNESE &
MARY ANNESE JT TEN
356 ENGLAND PLACE
MARIETTA, GA 30066-2575

JOHN A BALESTRINE
6603 STODDARD RD
WILMINGTON, NC 28412

JOHN A CORSENTINO
10 ARTHUR COURT
JACKSON, NJ 08527-3978

JOHN A DANTICO
MARGARET L DANTICO
1252-191ST ST
HOMEWOOD, IL 60430

JOHN A DANTICO
TRADITIONAL IRA PZD 228575
CHASE INVESTMENT SERVICES
PO BOX 260171
BATON ROUGE, LA 70826-0171

JOHN A DEGE IRA
FCC AS CUSTODIAN
7368 N GRAND LAKE HWY
POSEN, MI 49776-9750

JOHN A DEVAULT JR. &
BOBBIE C DEVAULT JT TEN
15 DOVER TRAIL
PEACHTREE CTY, GA 30269-1452

JOHN A DEVAULT JR. &
JOHN A DEVAULT III
BEDELL, DITTMAR, DEVAULT, PILLANS & COXE
101 EAST ADAMS ST
JACKSONVILLE, FL 32202

JOHN A D'URSO
3830 SIRAH CT
ST CHARLES, MO 63304

JOHN A ELGIN
9365 FAIRVIEW DRIVE
WEST DES MOINES, IA 50266-5002

JOHN A GERVASE
3826 CYPRESS RUN RD
NORTH FT MYERS, FL 33917

JOHN A HOUCK AND
JANE B HOUCK
15146 NE 216TH COURT
SALT SPRINGS, FL 32134

JOHN A LOGAN
36 IRONWOOD DR
NORTH SALT LAKE, UT 84054

JOHN A LOMBARDI JR
242 ANDOVER DR
WAYNE, NJ 07470

JOHN A LOMBARDI JR
GERALDINE LOMBARDI
242 ANDOVER DR
WAYNE, NJ 07470

JOHN A MASTROIANNI &
JENNIE MASTROIANNI JT TEN
17 OLD FARM RD
HOPKINTON, MA 01748-2133

JOHN A MATLACK
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
9717 BROKEN BOW RD
DALLAS, TX 75238

JOHN A MITCHELL IRA
JOHN A MITCHELL
GLENVIEW, IL 60025-7610

JOHN A MOAR TRUST
JOHN A MOAR TRUSTEE
UAD 11/14/2001
10328 SAGER AVE APT #316
FAIRFAX, VA 22030-3569

JOHN A MOYE
JOHN A MOYE AND CAROL J MOYE
209 N WOLFE
OBERLIN, KS 67749

JOHN A MURONI
5878 RAMONA DR
GREENDALE, WI 53129-2812

JOHN A MURONI
MARGERY M MURONI
5878 RAMONA DR
GREENDALE, WI 53129-2812

JOHN A NIBLOCK AND
CAROLYN C NIBLOCK TEN COM
1720 SULGRAVE ROAD
CHARLESTON, SC 29414-5935

JOHN A PALMIERI
DESIGNATED BENE PLAN/TOD
13 CENTER ST
LITCHFIELD, NH 03052-8007

JOHN A PIRRO AND
ANNA T PIRRO TEN IN COM
5 BRIGHTON PLACE
WOOLWICH, NJ 08085-5060

JOHN A RODGER IRA
C/O JOHN A RODGER
148 THE HELM
EAST ISLIP, NY 11730

JOHN A ROGERS
97129 BLACK BEARDS WAY
YULEE, FL 32097

JOHN A TOKAR
25 CANTERBURY RD APT 1R
GREAT NECK, NY 11021

JOHN A WOLKOWSKI (IRA)
FCC AS CUSTODIAN
173 EAST MAIN STREET
JEWETT CITY, CT 06351-2137

JOHN A. NYGAARD
13625 S.E. 44TH
BELLEVUE, WA 98006-2231

JOHN ADAMS TTEE
EMIL C IVERSON IRREV
TRUST #1
U/A DTD 9/18/91
134 W JEWEL AVE
KIRKWOOD, MO 63122-2716

JOHN ALBERT WOODARD
2330 HARNAGE ST
LAKE ISABELLA, CA 93240-9665

JOHN ALDON ESTES
JOHNS ESTES AND CLAIRE E ESTES
4929 W STEINWAY RD
LAVEEN, AZ 85339-2019

JOHN ALLEN MOORE AND CASSANDRA MOORE
PO BOX 117
HAYESVILLE, NC 28904-0117

JOHN ALVIN HAY SR
2015 DOUGLAS DRIVE
SAN ANGELO, TX 76904

JOHN AMATO
PHYLLIS AMATO
3289 BRIDGEGATE DR
JUPITER, FL 33477

JOHN AND ANN LOMAX
4215 GLENAIRE DR
DALLAS, TX 78229

JOHN AND BARBARA SAMUELSON
FOUNDATION INC
12 E 46TH ST
NEW YORK, NY 10017-2418

JOHN AND CAROL LOGEL
1546 FORESTDALE
DAYTON, OH 45432

JOHN AND CAROL SMITH JT
1240 LAFAYETTE 31
STAMPS, AR 71860

JOHN AND JANICE SHANAHAN
JOHN M SHANAHAN
8037 WATERVIEW BLVD
LAKEWOOD RANCH, FL 34202-2259

JOHN AND MARGARET RIPLEY TTEE
U/A DTD 2-15-02
201 BLACKWELL DRIVE
GRANTS PASS, OR 97527-8976

JOHN AND PAT CUREA
134 S SHORE DR
BOARDMAN, OH 44512

JOHN AND REBECCA TUCKER TTEES
OF THE JOHN L AND REBECCA A TUCKER
LIVING TRUST DATED 2/10/98
2520 N SPRINGTIME AVE
MERIDIAN, ID 83646-8264

JOHN AND SHARON HARTNETT
301 VINE ST
PO BOX 127
JACKSON, NE 68743-0127

JOHN B DESCAMP JR
PO BOX 4448
PORTLAND, OR 97208

JOHN B DESCAMP JR
PO BOX 4448
PORTLAND, OR 97208

JOHN B DIGHTON IRA
MLPF AND S CUST FPO
JOHN B DIGHTON IRA
FBO JOHN B DIGHTON
134 NEW LENOX RD
LENOX, MA 01240-2222

JOHN B DIGHTON S/O IRA
BANK OF SMITHTOWN
IRA FBO JOHN B DIGHTON
134 NEW LENOX RD
LENOX, MA 01240-2222

JOHN B EBY IRA
C/O JOHN B EBY
198 EBY LANE
BELLEVILLE, PA 17004

JOHN B GROSS &
JUNE M GROSS
2381 DEEP HOLLOW RD
DOVER, PA 17315-2511

JOHN B HAWKINS TTEE
1575 JOHN KNOX DR A 306
COLFAX, NC 27235

JOHN B HETZ
1359 VIRGINIA TRAIL
YOUNGSTOWN, OH 44505-1642

JOHN B JEWETT TOD CHYLEEN M GOOLD
SUBJECT TO STA RULES
6294 PRINCE CT
FLUSHING, MI 48433-3521

JOHN B KELLY SR
8104 STATE ROUTE 5
ASHLAND, KY 41102

JOHN B KING CO TTEE
EDNA W KING CO TTEE
U/A DTD 10/18/94
THE KING FAMILY TRUST
11468 47TH AVE N
SAINT PETERSBURG, FL 33708-2704

JOHN B STEWART
2300 PINE HOLLOW RD
VAN BUREN, AR 72956

JOHN B THRELFALL TRUSTEE
JOHN BROOKS THRELFALL LIFETIME TRUST
5518 BARTON RD
MADISON, WI 53711-3559

JOHN B WALLAR
C/O JOHN WALLER TTEE
WALLAR TRUST 93
6105 PALO VERDE DR
ROCKFORD, IL 61114

JOHN BEKAVAC
MARY ALICE GREENWOOD
1326 SPRUCE ST APT 2704
PHILADELPHIA, PA 19107-5832

JOHN BLANKFORT
46 MOLINO AVE
MILL VALLEY, CA 94941

JOHN BUCCHERI
1404 RIVIERA AVE
BANNING, CA 92220

JOHN BUCKLEY
1 KINGS ROW
CUMBERLAND, RI 02864

JOHN BUTCHKO JR/SOBEIDA H
C/O USAA BROKERAGE
USAA BROKERAGE FINANCIAL ADVISOR INC
9800 FREDRICKSBURG RD
SAN ANTONIO, TX 78288

JOHN BUZANOWSKI, ROLLOVER IRA ACCOUNT
616 W 50 N
VALPARAISO, IN 46385

JOHN C ALLEN
JOHN C ALLEN
118 BONEFISH CIRCLE
JUPITER, FL 33477

JOHN C BARRINGTON
DORA G BARRINGTON
422 TULANE DRIVE
ALTAMONTE SPRINGS, FL 32714

JOHN C BURNS
MARIANNE T BURNS JTWROS
32 NORTH VIEW DRIVE
MIDDLETOWN, CT 06457-1916

JOHN C CASTELLI
5383 CHANNING RD
INDIANAPOLIS, IN 46226

JOHN C FIFE III
3792 VILLA SPRINGS CIRCLE
POWDER SPRINGS, GA 30127

JOHN C GRUNKEMEYER IRA
FCC AS CUSTODIAN
U/A/DTD 10/16/91
1458 SADDLE WOODE DR
FORT MYERS, FL 33919-6723

JOHN C HARRISON
215 S COOKE ST
HELENA, MT 59601

JOHN C HINCKLEY
8975-402 LAWRENCE WELK DRIVE
ESCONDIDO, CA 92026-6439

JOHN C HINCKLEY (IRA)
FCC AS CUSTODIAN
8975-402 LAWRENCE WELK DRIVE
ESCONDIDO, CA 92026-6439

JOHN C JONES
TOD ACCOUNT
1113 PEINE LAKE DRIVE
WENTZVILLE, MO 63385-3297

JOHN C LEWIS REVOC FAMILY TR
14381 N 101ST STREET
SCOTTSDALE, AZ 85260

JOHN C MARLOWE III IRA
35 SURREY LANE
DURHAM, NC 27707

JOHN C MCRAE, JR ROTH IRA
FCC AS CUSTODIAN
11000 MOCCASIN GAP RD
TALLAHASSEE, FL 32309-9289

JOHN C MILLS &
MARY JANE MILLS JT TEN
230 COOPER DR
SANTEE, SC 29142-9315

JOHN C NEWSOM
JACQUELINE NEWSOM
10034 EDEN VALLEY DR
SPRING, TX 77379-2991

JOHN C PINTOZZI
DESIGNATED BENE PLAN/TOD
2114 W CORTLAND ST
CHICAGO, IL 60647-4510

JOHN C PIPPERT
412 SUNSET DR
BELLE VERNON, PA 15012

JOHN C POLHEMUS JR
115 AMWELL RD
FLEMINGTON, NJ 08822

JOHN C ROOCK IRA
FCC AS CUSTODIAN
41 FALMOUTH WAY
BLUFFTON, SC 29909-5006

JOHN C RUSSELL & PHYLLIS RUSSELL LIVING TRUST
C/O JOHN C RUSSELL & PHYLLIS RUSSELL
186 KINCAID RD
HARROGATE, TN 37752-3132

JOHN C SHANAHAN
1190 PHEASANT HILL CT
SAN JOSE, CA 95120

JOHN C VICK
JOHN C VICK IRA
835 N ALAMO AVE
TUCSON, AZ 85711-1620

JOHN C WHITE
114 LOCHMEADE DR
ATOKA, TN 38004

JOHN CAPASSO & MARY A CAPASSO
211 MATCHAPONIX AVE
MONROE TWP, NJ 08831

JOHN CHAMALIAN R/O IRA
FCC AS CUSTODIAN
9 AMALFI DR
CORTLANDT MNR, NY 10567-7015

JOHN CHARLES WINTERS
DESIGNATED BENE PLAN/TOD
429 LAKE AVE
BIRCHWOOD, MN 55110-1629

JOHN CHARLES WINTERS TRUSTEE
U/W GERTRUDE L WINTERS-BRUCE
429 LAKE AVE
BIRCHWOOD, MN 55110-1679

JOHN CHRISTMAN
121 N PAUL ST
WOODSFIELD, OH 43793

JOHN CIANCI
471 JIM LANE RD
BOVINA, NY 13740

JOHN CLIFFORD THOMPSON
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
8813 GRANDVIEW DR
DENTON, TX 76206-8605

JOHN CONSER
4176 BUESCHING DR
FORT WAYNE, IN 46815

JOHN D & EDYTHE DEGRAZIA JTWROS
C/O JOHN D DEGRAZIA
6234 N CHARLESWORTH ST
DEARBORN HTS, MI 48127-3981

JOHN D AMEN
15128 WAGON WHEEL DR
BRIGHTON, CO 80603

JOHN D CONLEY
2207 CHRISTIE LANE
SEA GIRT, NJ 08750-2407

JOHN D DESBROW
1406 ESTELLE LANE
NEWPORT BEACH, CA 92660

JOHN D GRANT
8146 ROYAL OAKS RD
ROCKFORD, IL 61107

JOHN D LIEBENOW
JOHN LIEBENOW
345 CELESTIAL LANE
HIXSON, TN 37343

JOHN D LIPSON
12945 E 100 N
COLUMBUS, IN 47203

JOHN D NEWSOME
4001 ROYCE DR
TIFTON, GA 31793-6931

JOHN D STEWART
13720 STATION DR
PLATTE CITY, MO 64079

JOHN D THOMAS - IRA
714 SHAMROCK LANE
CHARLESTON, SC 29412-4326

JOHN D WILSON
7 BEECHWOOD CT
BARNEGAT, NJ 08005

JOHN DAVID DORAN
PO BOX 1683
VALLEY CENTER, CA 92082

JOHN DAVID PENN TRUST
ANNE S. PENN TTEE
U/W JOHN DAVID PENN
GRANDCHILD'S TRUST
6900 MESA DR
AUSTIN, TX 78731

JOHN DAVID PENN TRUST
ANNE S. PENN TTEE
U/W JOHN DAVID PENN
GRANDCHILD'S TRUST
6900 MESA DR
AUSTIN, TX 78731

JOHN DEACON CHARLES SCHWAB & CO INC CUST IRA ROLLO
C/O JOHN DEACON CHARLES SCHWAB & CO INC CUST
257 CONCORD RD
YONKERS, NY 10710

JOHN DENNIS JR
BARBARA DENNIS TTEES FBO
JOHN DENNIS JR & BARBARA E
DENNIS REVOCABLE TR DTD 06/14/90
1472 73RD CIRCLE NE
ST PETERSBURG, FL 33702-4616

JOHN DENNIS JR
BARBARA DENNIS TTEES FBO
JOHN DENNIS JR & BARBARA E DENNIS
REVOCABLE TR DTD 06/14/90
1472 73RD CIRCLE NE
ST PETERSBURG, FL 33702-4616

JOHN DENNIS SPENCE
PSC 78 BOX 3884
APO, AP 96326-0038

JOHN DOUGLAS GALLOWAY
439 ASHWOOD BEND
LUFKIN, TX 75904-0497

JOHN DOWELL AND BARBARAH
DOWELL REV LIV TR
JOHN DOWELL TTEE ET AL U/A DTD 04/20/2000
3216 LOPEZ COURT
LONG VIEW, TX 75605-2504

JOHN DUDICK
15500 BUBBLING WELLS RD #234
DESERT HOT SPRINGS, CA 92240

JOHN E & ALICE B EVERS REVOCABLE TRUST
APT 428 1333 SANTA BARBARA BLVD
CAPE CORAL, FL 33991-2803

JOHN E & ANNE B PELTZ
21925 ALGER
ST CLAIR SHORES, MI 48081

JOHN E & MARIANNE BIGWOOD
8968 SW 116TH PLACE RD
OCALA, FL 34481

JOHN E & MARIANNE BIGWOOD
8968 SW 116TH PLACE RD
OCALA, FL 34481

JOHN E DRATCH IRA JMS LLC CUST FBO
C/O JOHN E DRATCH
1876 FOOTHILL DR
HUNTINGDON VALLEY, PA 19006

JOHN E EILER
1991 CATALINA DR
JACKSON, MI 49201-8953

JOHN E HANSEN
2001 HERBERT DRIVE
WAUKEGAN, IL 60087-1432

JOHN E JOSEPH
6618 MANILA RD
GOSHEN, OH 45122-9403

JOHN E KIRBY JR
805 HERITAGE OAKS BEND
GEORGETOWN, TX 78633

JOHN E KRAEMER IRA
FCC AS CUSTODIAN
U/A DTD 09/09/96
7192 GREENLEAF AVE
PARMA, OH 44130-5019

JOHN E MILLS & EVELYN MILLS
16 NORWICK DR
FORKED RIVER, NJ 08731-5633

JOHN E MOCHA
DOLLY A MOCHA
210 GREENBAY ST
WALTERBORO, SC 29488-3514

JOHN E MOSKO
16 CONNOR AVE
METUCHEN, NJ 08840-2255

JOHN E NORMAN & MARILYN NORMAN
JTWROS
911 BENTWATER PARKWAY
CEDAR HILL, TX 75104-8268

JOHN E O'MALLEY
8 CLEVELAND AVE
GLEN HEAD, NY 11545-1502

JOHN E OR CAROLYN S LUETGE
4995 GOLFSIDE DR
FRISCO, TX 75035

JOHN E SWISHER &
LADORA JOYCE SWISHER JT WROS
603 E SMITH ST
BUCHANAN, MI 49107-1740

JOHN E WEISS
537 EDINBORO DRIVE
SOUTHERN PINES, NC 28387

JOHN E. KRUEGER TRUST TRUST
JOHN E KRUEGER TTEE
U/A DTD 04/23/1998
1812 RIVER RIDGE CIRCLE
NAPERVILLE, IL 60565-2429

JOHN E. NORRIS
50 CORUNDUM HILL RD
FRANKLIN, NC 28734-3925

JOHN EMORY PETERKIN
HOMEWEG 13
B3090 OVERIJSE BELGIUM

JOHN F BLANCO
15 CRESTVIEW DR
BROOKFIELD, CT 06804

JOHN F CARMAN GRANDCHILDRENS TRUST
ATTN ERIK JOHNSON
C/O PRIVATE FUND ADVISORS
523 BENFIELD RD SUITE 203
SEVERNA PARK, MD 21146

JOHN F CLORUS, JR. IRA
FCC AS CUSTODIAN
7 ADAJA LANE
HOT SPRGS VLG, AR 71909-6508

JOHN F DEPLEDGE
53 ROSE HILL RD
SOUTHPORT, CT 06890

JOHN F DILLON
120 ELDERBERRY ST
GEORGETOWN, TX 78633-4728

JOHN F DYKOWSKI
20305 MERRIMAN RD
ROMULUS, MI 48174

JOHN F FISCHER LIVING TRUST
JOHN F FISCHER
21324 W DOUGLAS LANE
PLAINFIELD, IL 60544

JOHN F HOLTHAUS JR. & IRENE HOLTHAUS
JOHN F HOLTHAUS JR. & IRENE HOLTHAUS JT TEN
8207 S TEMPE CT
AURORA, CO 80016-7192

JOHN F MCGOWAN
105 10TH AVE
ST PETE BEACH, FL 33706

JOHN F MILLER
1879 WILLIS AVE
MERRICK, NY 11566

JOHN F O'NEILL JR
381 GORDON AVE
HARAHAN, LA 70123-3917

JOHN F PERICCI
7 BARBARA PL
EDISON, NJ 08817-2301

JOHN F PYNE AND
MARY ANNE PYNE JTWROS
1566 TORREY PINES DRIVE
BOULDER CITY, NV 89005-3634

JOHN F PYNE AND MARY ANNE PYNE JT WROS
1566 TORREY PINES DRIVE
BOULDER CITY, NV 89005

JOHN F REDDY TRUST
JOHN F REDDY TRUSTEE
U/A DTD 6-4-1992
222 SOUTH WILLIAM STREET
JOLIET, IL 60436

JOHN F REDUS
1121 LAKE RIDGE DR
PLANO, TX 75075

JOHN F SCHMIT & VIRGINIA E SCHMIT
JT WROS
1107 OAK AVE
HAMLET, NC 28345-3706

JOHN F SCHMIT & VIRGINIA E SCHMIT
JT WROS
1107 OAK AVE
HAMLET, NC 28345-3706

JOHN F SCHMITT & SHARON A SCHMITT
JT WROS
TOD BENEFICIARIES ON FILE
9173 SANDY RIDGE DR
WHITE LAKE, MI 48386-2052

JOHN F SOLLINGER
CGM IRA CUSTODIAN
806 N COUNTRY CLUB DR
NEWARK, DE 19711-2751

JOHN F VALLELONGA
301 ANDREWS ST
ELKINS, WV 26241

JOHN F. AND HELEN P. BARRY
W51N854 DERBY LN
CEDARBURG, WI 53012

JOHN F. ISENMAN
1610 WEST MAIN ST
FESTUS, MO 63028

JOHN F. SINNETT JR.
821 IVANHOE DRIVE
RALEIGH, NC 27615-2217

JOHN FARGO
JOHN J FARGO
8416 SWEETNESS LN
AUSTIN, TX 78750

JOHN FAZIO
99-66 165TH AVE
JAMAICA, NY 11414-4054

JOHN FLEISCHACKER
1104 LATIGO LANE
SPRINGFIELD, IL 62712-6836

JOHN G & JACQUELINE WILCOX TTEE
FBO JOHN G & JACQUELINE WILCOX TRUST DTD 04/27/1998
56913 E MAPLE RIDGE
MONKEY ISLAND, OK 74331-8235

JOHN G BARRETT AND
JANE BARRETT JTWROS
48 MAGNOLIA AVE.
MONTVALE, NJ 07645-1336

JOHN G HARHAI
219 CREST AVE
BELLE VERNON, PA 15012

JOHN G HARHAI IRA
219 CREST AVE
BELLE VERNON, PA 15012

JOHN G HAZARD
12040 SW ROSE VISTA DR
TIGARD, OR 97223

JOHN G JAKWAY
379 FAN PALM CT NE
ST PETERSBURG, FL 33703-6206

JOHN G JARCHOW TTEE
JOHN G. JARCHOW DCLRTN OF TRUST U/A
DTD 09/24/2002
2847 WATERLOO
TROY, MI 48084-2682

JOHN G MARTIN TRUST
64 EAST AVE
HAMPTON, VA 23661

JOHN G TYCZYNSKI
191 COTTONWOOD DR
WILLIAMSVILLE, NY 14221

JOHN G VERDERANE
WBNA CUSTODIAN TRAD IRA
4212 ALESBURY DR.
JACKSONVILLE, FL 32224-4224

JOHN GARCIA
4 CHERYL DR
SHOREHAM, NY 11786

JOHN GRECO
9170 SW 14TH ST #4505
BOCA RATON, FL 33428

JOHN GULICK
213 SUNAPEE DR
JOHNSTOWN, PA 15904-3615

JOHN H ALDERMAN
2500 HINKLE DR APT 40
DENTON, TX 76201-0761

JOHN H BRODA  DEC'D
MARTHA F BRODA SURV
57 RAILROAD ST
SWOYERSVILLE, PA 18704

JOHN H BUCK
3 POINT AVE
WEST BRANCH
NEWARK, DE 19711-7478

JOHN H CARSON, ELIZABETH K CARSON TTEES
REVOCABLE TRUST U/A DDT 3/11/99
3 WOODBINE TERRACE
SPARTA, NJ 07871

JOHN H CASSELMAN &
NORMA JEAN CASSELMAN JT TEN
563 WEST WEAVER ROAD
FORSYTH, IL 62535-9616

JOHN H HAGEN (ROTH IRA CONV)S & IRA
FCC AS CUSTODIAN
C/O JUDITH HAGEN
9624 FALCONS WAY
EDEN PRAIRIE, MN 55347-5120

JOHN H JOSEL
328 KENSINGTON RD
GARDEN CITY, NY 11530-5308

JOHN H JOSEL
328 KENSINGTON RD
GARDEN CITY, NY 11530-5308

JOHN H JOSEL
328 KENSINGTON RD
GARDEN CITY, NY 11530-5308

JOHN H KANTER
PO BOX 453
WILLIAMSBURG, KY 40769

JOHN H MCBRIDE, JR
99 OLD MEADOW PLAIN RD
WEATOGUE, CT 06089

JOHN H NAPIER III
KILMAHEW 158 MT ZION RD
PIKE ROAD, AL 36069

JOHN H OSSOWSKI &
LELA F OSSOWSKI
JTWROS
16 SURREY LANE
FORSYTH, IL 62535-1035

JOHN H ROSS
515 BOONE AVE
CANONSBURG, PA 15317

JOHN H SALEM
9200 PARK BLVD #104
SEMINOLE, FL 33777-4135

JOHN H SALEM
9200 PARK BLVD APT 104
SEMINOLE, FL 33777-4135

JOHN H SCHLEEF &
NICOLINA M SCHLEEF JT WROS
861 ISLAND CIR W
ST HELENA IS, SC 29920-3013

JOHN H SCHLEICHER
35 WESTVIEW RD
DAMARISCOTTA, ME 04543

JOHN H THRELFALL
PO BOX 757
VOLCANO, HI 96785

JOHN H ZENTAY
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
2721 31ST PL NW
WASHINGTON, DC 20008-3518

JOHN H. KALLAS
1598 E MOHR RD
GREENFIELD, IN 46140

JOHN HALL IRA
JOHN HALL
1900 NE 3RD
STE. 106-546
BEND, OR 97701

JOHN HARTSELL &
JUDY HARTSELL JTWROS
128 PHILLIPS 308 RD
WEST HELENA, AR 72390-9576

JOHN HAWTHORNE
223 W SWIFT AVE
FRESNO, CA 93705

JOHN HOADLEY
1270 GROVE ROAD
WEST CHESTER, PA 19380

JOHN HORN
JOHN R HORN
IRA STANDARD DATED 4/1/86
4629 BURNET AVE
SHERMAN OAKS, CA 91403-2411

JOHN HOUSH
709 HEPZIBAH ROAD
TALLADEGA, AL 35160

JOHN ISSO
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA
P.O. BOX 7713
NORTHRIDGE, CA 91327-7713

JOHN IVAN TUCKER
PO BOX 247
WYE MILLS, MD 21679

JOHN J & KAREN D SHIFFLER
1464 LAKE RD
WEBSTER, NY 14580

JOHN J & MARLENE R BUBLICH
3135 KEOKUK ST
BUTTE, MT 59701

JOHN J AND CHRISTINE ZIMNY
10697 BLACK BEAR RD NE
KALKASKA, MI 49646

JOHN J BARRETT
1600 VILLA ST #362
MOUNTAIN VIEW, CA 94041

JOHN J BENCICK AND
VIVIAN N BENCICK JTWROS
79 S. MEADOWCLIFF DR
LITTLE ROCK, AR 72209-2158

JOHN J BRICE TRUSTEE BRICE INC DEFINED BEN
C/O JOHN J BRICE
1331 PARK ROW
LA JOLLA, CA 92037

JOHN J BUTLER M.D.
6585 NICHOLAS BLVD APT 1803
NAPLES, FL 34108-7206

JOHN J CRONIN JR
20 WOODLAND RD
NEW PROVIDENCE, NJ 07974-2315

JOHN J DONOVAN
9 LAKESIDE DR
LARCHMONT, NY 10538

JOHN J GALL &
PEGGY LOU GALL JTWROS
3093 CHURCHILL ROAD
AUBURN HILLS, MI 48326-2915

JOHN J GIANCANA
12581 SHORESIDE LANE
WELLINGTON, FL 33414

JOHN J HUFNAGLE
4204 WOODRIDGE DRIVE
SANDUSKY, OH 44870

JOHN J KEIERS
313 SO WILBUR AVENUE
SAYRE, PA 18840

JOHN J KUHAR & SUSAN A KUHAR
56 MCLAREN ST
RED BANK, NJ 07701-2408

JOHN J LEE JR & HELEN LEE FAMILY TRUST DTD 4/30/03
6544 RANDI AVE
WOODLAND HILLS, CA 91303

JOHN J LEE JR & HELEN LEE FAMILY TRUST DTD 4/30/2003
C/O JOHN J LEE JR & HELEN LEE
6544 RANDI AVE
WOODLAND HILLS, CA 91303

JOHN J LIGAS
& JUDITH A LIGAS JTTEN
5362 S AMBERWOOD DR
CHANDLER, AZ 85248-6301

JOHN J LINDSEY TRUST
JOHN J LINDSEY, TTEE
4730 NE 26 AVE
FT LAUDERDALE, FL 33308

JOHN J MALONEY ROTH IRA
FCC AS CUSTODIAN
57 GLASSBORO ROAD
MONROEVILLE, NJ 08343-1894

JOHN J MAZUR
270 HOOVER AVENUE
BLOOMFIELD, NJ 07003-3732

JOHN J MERENDA
16351 ROTUNDA DR
APT 112A
DEARBORN, MI 48120

JOHN J MILLER
9270 MYERS LAKE AVE
ROCKFORD, MI 49341

JOHN J MITCHELL
6835 N OTTAWA AVE
CHICAGO, IL 60631-1106

JOHN J PEROTTI
161 RIVER LA
SALEM, NJ 08079

JOHN J SAPORITO
1437 VALEBROOK LN
HERNDON, VA 20170

JOHN J SCHOEN
134 W S BOUNDARY SUITE B
PERRYSBURG, OH 43551

JOHN J SCOVILLE
3993 PARKER HILL RD
SANTA ROSA, CA 95404

JOHN J SCOVILLE
C/O J J SCOVILLE
3993 PARKER HILL RD
SANTA ROSA, CA 95404

JOHN J SCULLY
2500 FLAG AVE S
MINNEAPOLIS, MN 55426-2336

JOHN J SPISAK/BEVERLY SPISAK
242 PASEO DE LAS DELICIAS
REDONDO BEACH, CA 90277-6437

JOHN J STAMM IRA
24 KENT AVE
BETHANY BEACH, DE 19930

JOHN J STAMM TTEE (REV TRUST)
24 KENT AVE
BETHANY BEACH, DE 19930

JOHN J TAYLOR
TOD DTD 08-02-04
1095 DOHRMAN STREET
MC KEES ROCKS, PA 15136-2307

JOHN J URBAN
25 VIKING DR
BRISTOL, RI 02809

JOHN J URBAN
25 VIKING DR
BRISTOL, RI 02809

JOHN J URBAN
25 VIKING DR
BRISTOL, RI 02809

JOHN J URBAN
25 VIKING DR
BRISTOL, RI 02809

JOHN J. BYRNE REVOCABLE LIVING TRUST
JOHN J. BYRNE AND MARLEEN BYRNE TTEES
11201 FELLOWS CREEK DR
PLYMOUTH, MI 48170

JOHN J. LEE JR. & HELEN LEE FAMILY TRUST DTD 4/30/2003
6544 RANDI AVE
WOODLAND HILLS, CA 91303

JOHN J. LEE, JR. & HELEN LEE FAMILY TRUST DTD 4/30/09
6544 RANDI AVE
WOODLAND HILLS, CA 91303

JOHN J. WELLER
1600 OVERBROOK DRIVE
PO BOX 738
GWYNEDD VLY, PA 19437-0738

JOHN JAMES WINKLEMAN
1177 E GROVER ST
LYNDEN, WA 98264

JOHN K NEVILLE AND ELIZABETH J NEVILLE JTTN
JOHN K NEVILLE
207 CATLIN AVE
PORT ALLEGANY, PA 16743

JOHN KABAT
CGM IRA ROLLOVER CUSTODIAN
108 EDGEWATER ROAD
MASHPEE, MA 02649-2429

JOHN KALBACHER
53 ROCKLEDGE DR
WEST HARTFORD, CT 06107

JOHN KEMP
2 CANVASBACK LN
E QUOGUE, NY 11942-4825

JOHN KENNETH CULBRETH JR
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
3552 BEATTY'S BRIDGE ROAD
ATKINSON, NC 28421-8558

JOHN KILPATRICK
12213 RAGWEED ST
SAN DIEGO, CA 92129-4106

JOHN KIRKPATRICK
2321 ROLLING HILLS DR
CLARKSTON, WA 99403

JOHN KLEIN & LINDA KLEIN
C/O JOHN KLEIN
524 W 1ST ST S
MELROSE, MN 56352

JOHN KRANTZ
PO BOX 98
FORESTVILLE, NY 14062-0098

JOHN L & VIRGINIA R FITZGERALD
140 SCENIC DRIVE #33
DILLARD, GA 30537-1902

JOHN L AND NORMA JEAN WHITE
41030 BLACK OAK RD
FLUSHING, OH 43977-9503

JOHN L BARLICK  WANDA M BARLICK TRUST
C/O JOHN & WANDA BARLICK
4531 CASEY DR
SPRINGFIELD, IL 62711-5626

JOHN L BIEL TTEE
1999 JOHN L BIEL REVC TRUST
U/A DTD 12/03/1999
6025 ASHWORTH ST
LAKEWOOD, CA 90713-1104

JOHN L BIEL TTEE
1999 JOHN L BIEL REVC TRUST
U/A DTD 12/03/1999
6025 ASHWORTH ST
LAKEWOOD, CA 90713-1104

JOHN L BIEL TTEE
1999 JOHN L BIEL REVC TRUST
U/A DTD 12/03/99
6025 ASHWORTH ST
LAKEWOOD, CA 90713-1104

JOHN L BUTSCH
174 SOLDIERS PLACE
BUFFALO, NY 14222-1259

JOHN L GARDON IRRA
6080 SNOWSHOE CIR
BLOOMFIELD, MI 48301-1953

JOHN L HOWERTH
7245 TUNNEL HILL RD
NEW LEXINGTON, OH 43764

JOHN L LANGDON
1 SINCLAIR DR
APT 124
PITTSFORD, NY 14534

JOHN L NULTY JR (IRA)
FCC AS CUSTODIAN
U/A DTD 08/29/02
18383 INVERRARY CIRCLE
LEESBURG, VA 20176-3956

JOHN L ORR
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
183 TRENTWOOD DR
FAIRFIELD GLADE, TN 38558-6592

JOHN L ORR &
JOYCE R ORR JT TEN
183 TRENTWOOD DR
FAIRFIELD GLADE, TN 38558-6592

JOHN L ROSSHIRT
C/O KELL C MERCER
BROWN MCCARROLL LLP
111 CONGRESS AVE SUITE 1400
AUSTIN, TX 78701

JOHN L ROSSHIRT
C/O KELL C MERCER
BROWN MCCARROLL LLP
111 CONGRESS AVE SUITE 1400
AUSTIN, TX 78701

JOHN L WOOD
JOHN L WOOD & JUDY W LYONS
2080 WESTWOOD LN
EUGENE, OR 97401

JOHN L. LANGDON
1 SINCLAIR DR #124
PITTSFORD, NY 14534-1736

JOHN L. RUGGIERO
54 DEERFIELD DR
GLASTONBURY, CT 06033-1446

JOHN LAMBERT-GORWYN
109 HIGH MEADOW FARMS RD
SUMMERVILLE, SC 29483

JOHN LAZZARETTI
52 BRIAR HILLS CIRCLE
SPRINGFIELD, NJ 07081

JOHN LEWANDOWSKI TRUSTEE
JOHN LEWANDOWSKI REV TRUST
660 CREST ST
MOUNT CLEMENS, MI 48043

JOHN LEWIS STRACHAN
CHAS SCHWAB CUSTODIAN
20567 N SARATOGA WAY
SURPRISE, AZ 85374-8000

JOHN LORD, IRA
FBO JOHN LORD IRA
9730 S WINCHESTER
CHICAGO, IL 60643

JOHN M & JULIENE D HENDRICKS
215 E COOLSPRING AVE
MICHIGAN CITY, IN 46360

JOHN M BOYCE KITTY ANNE LOGAN
BOYCE CO-TTEES JOHN M BOYCE
& KITTY ANNE LOGAN BOYCE REV
LIVING TR UA DTD 04/14/99
104 HARRIS LN
SPRINGDALE, AR 72764-2530

JOHN M BOYCE REV LIVING
TRUST TR
JOHN M BOYCE TTEE ET AL
U/A DTD 04/19/1999
104 HARRIS LN
SPRINGDALE, AR 72764-2530

JOHN M CAMBLIN
29051 RILEY RD
NORTH LIBERTY, IN 46554-9715

JOHN M CORNISH II AND CAROLYN S CORNISH
JOHN AND CAROLYN CORNISH
667 WOOD ST
NEW BETHLEHEM, PA 16242-1144

JOHN M DERITIS JR &
ROSALIE C DERITIS JT WROS
901 SEASIDE AVE
ABSECON, NJ 08201-1529

JOHN M DRAKE
101 CIRCLE COURT
COVINGTON, LA 70433

JOHN M FERRERA &
JACQUELINE M FERRERA JT TEN
1508 TOUCHTON RD
LUTZ, FL 33549-7613

JOHN M FOUNTAIN TTEE FBO LUCILLE A FOUNTAIN FAMILY TI
PO BOX 585
SOUND BEACH, NY 11789-0585

JOHN M HAMILTON & SUE A HAMILTON
JT TEN TOD LISA H RIDLEY
SUBJECT TO STA RULES
P O BOX 6395
SCOTTSDALE, AZ 85261-6395

JOHN M HANCHIN
RUTH A HANCHIN JTWROS
526 CHARLES ST
CHARLEROI, PA 15022

JOHN M HEALD
TERRY J HEALD
311 EAST SUNSET DRIVE
GADSDEN, AL 35904

JOHN M HOPKINS
1763 ROYAL OAKS DR N
APT F 309
BRADBURY, CA 91010

JOHN M KELLY JR
PO BOX 840198
NEW ORLEANS, LA 70184

JOHN M KELLY JR
PO BOX 840198
NEW ORLEANS, LA 70184

JOHN M LEONARD AND
DEBBIE LEONARD JTWROS
1566 EAST RANGE LINE RD
GREENCASTLE, IN 46135-7835

JOHN M O'CONNELL
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
21 BARRINGTON BOURNE
BARRINGTON, IL 60010-9680

JOHN M REPINSKI
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
604 CROWN POINTE
BELLEVILLE, IL 62221-7828

JOHN M RIELLEY
2072 PHEASANT RUN DR
MARYLAND HEIGHTS, MO 63043

JOHN M TIMMONS
3780 WEST L BAR L ROAD
PRESCOTT, AZ 86305-5573

JOHN M VAN GELDER III LIV TRUST
JOHN AND LUCY VAN GELDER III
TWENTY ONE RIVERSIDE DR
#902
COCOA, FL 32922-7848

JOHN M VIEHWEG
5100 GURENE DR
SALT LAKE CTY, UT 84117-6904

JOHN M. NIGRO M.D. PC
805 PLYMOUTH ST
E BRIDGEWTR, MA 02333-2013

JOHN M. PFENDER
1021 OAK RIDGE RD
CANONSBURG, PA 15317

JOHN MARSHALL PROPERTIES, INC.
4031 N.E. 27TH TERR
LIGHTHOUSE PT, FL 33064-8407

JOHN MAYERIK JR & JANET K MAYERIK
1875 DEER PARK CIRCLE NORTH
GRAND JUNCTION, CO 81507

JOHN MAYERIK JR & JANET MAYERIK
1875 DEER PARK CIR N
GRAND JUNCTION, CO 81503

JOHN MAZZA
13 OVERLOOK BLUFF
MARLBORO, NY 12542

JOHN MCCARTHY
11 NOKOMIS RD
WILBRAHAM, MA 01095-1609

JOHN MCDOWELL
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
506 WESTON MANOR DRIVE
THE VILLAGES
LADY LAKE, FL 32162-4346

JOHN MCGUIRE
1569 SWEETBAY DRIVE
TOMS RIVER, NJ 08755

JOHN MCMORRIS
1300 FIRST STREET EAST
INDEPENDENCE, IA 50644

JOHN MOCKOVCIAK JR &
AGNES MOCKOVCIAK
TENANTS IN COMMON
1717 VILLA CT
CORINTH, TX 76210-2845

JOHN N FERGUSON
IRA VFTV AS CUSTODIAN
ROLLOVER ACCOUNT
PO BOX 668
MOREHEAD, KY 40351-0668

JOHN N FERGUSON &
MARGARETE E FERGUSON
JT TEN WROS
PO BOX 668
MOREHEAD, KY 40351-0668

JOHN N MULLINS &
SANDRA MULLINS JT TEN
114 SOUTH 6
HIGHLANDS, TX 77562-3608

JOHN NORTHUP &
PATRICIA NORTHUP JT TEN
36442 KATHY LANE
YUCAIPA, CA 92399-9663

JOHN NULTY
18383 INVERRARY CIR
LEESBURG, VA 20176

JOHN O BOYCE
6960 OLD STATE RD
BERGEN, NY 14416-9754

JOHN O BROWN TTEE
JOHN O BROWN REV TRUST
U/A DTD 11/25/96
108 N UNION ST
TECUMSEH, MI 49286-1341

JOHN O TANNENBAUM & ANDREA S TANNENBAUM
JT TEN
22 WYNDCLIFFE PARK
BLOOMFIELD, CT 06002-2142

JOHN O WALL
2418 GRAYDON RD
CHATHAM
WILMINGTON, DE 19803-2716

JOHN O. MARTIN
197 RHEMA PL.
HOT SPRINGS NATIONAL PARK, AR 71913

JOHN OTTEN &
RHODA OTTEN JT TEN
2801 CORTLAND
SIOUX FALLS, SD 57103-4874

JOHN P & MARJORIE H MELTON
1071 CR 33970
POWDERLY, TX 75473

JOHN P AND MARY ANN BARNES
5966 EAGLE POINT RD
HARTFORD, WI 53027

JOHN P BERGIN
23 GAINSBORO LANE
SYOSSET, NY 11791

JOHN P DOWELL
3216 LOPEZ CT
LONGVIEW, TX 75605

JOHN P DOZIER
4600 GRAMLEE CIRCLE
FAIRFAX, VA 22032

JOHN P DOZIER
4600 GRAMLEE CIRCLE
FAIRFAX, VA 22032

JOHN P FLORIS AND
DEBORAH L. FLORIS JTWROS
11663 SANDAL WOOD LANE
MANASSAS, VA 20112-3000

JOHN P GRANDI TOD SHARON A
GRANDI SUBJECT TO STA RULES
17551 MANCHESTER AVE
IRVINE, CA 92614-6646

JOHN P IAIZZO & EILEEN A IAIZZO JT TEN
6573 MARISSA LOOP UNIT 1902
NAPLES, FL 34108-7200

JOHN P LAMBERT IRA
FCC AS CUSTODIAN
402 PLEASANT ST
MARLBORO, MA 01752-7223

JOHN P MEAD
SULLIVAN & CROMWELL
125 BROAD ST
NEW YORK, NY 10004-2400

JOHN P MEYERS
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
303 G AVE
CORONADO, CA 92118-1232

JOHAN F KNOR TTEE
12322 HESTER PL.
GARDEN GROVE, CA 92481-3846