**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re                                                  :        **Chapter 11**
                                                       :
**MOTORS LIQUIDATION COMPANY**, *et al.*,              :        **Case No. 09-50026 (REG)**
        f/k/a General Motors Corp., *et al.*,          :
                                                       :
        Debtors.                                       :        **(Jointly Administered)**
                                                       :
------------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                       ) ss:
COUNTY OF SUFFOLK      )

I, Barbara Kelley Keane, being duly sworn, depose and state:

   1.    I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 105 Maxess Road, Melville, New York 11747.

   2.    Between August 19, 2010 and August 20, 2009, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors in the above-captioned case and pursuant to the **Notice of Debtors' Fifty-Seventh Omnibus Objection to Claims [Docket No. 6667]**, I caused to be served a customized **Notice of Objection to Individual Debt Claims**, a copy of which is annexed hereto as Exhibit "A", upon each of the parties set forth in Exhibit "B" annexed hereto (affected parties) by depositing same in a sealed, postage paid envelope at a United States Post Office for delivery by the United States Postal Service via First Class Mail.

<u>/s/ Barbara Kelley Keane</u>
Barbara Kelley Keane

Sworn to before me this
24th day of August 2010


<u>/s/ Eamon Mason</u>
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Qualified in Manhattan County
Commission Expires:  May 19, 2012

# EXHIBIT A

> **PLEASE CAREFULLY REVIEW THIS NOTICE AS IT WILL AFFECT YOUR CLAIM IN THE GENERAL MOTORS CORPORATION (NOW MOTORS LIQUIDATION COMPANY) BANKRUPTCY CASE**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                 :

In re                        :        Chapter 11 Case No.
                                 :

**MOTORS LIQUIDATION COMPANY,** *et al.,*  :       **09-50026 (REG)**
    **f/k/a General Motors Corp.,** *et al.*  :
                                 :

               Debtors.     :        (Jointly Administered)
                                 :
------------------------------------------------------------x

<u>**NOTICE OF OBJECTION TO INDIVIDUAL DEBT CLAIMS**</u>

**[Claimant Name]**

| Claim Information | | | | | Basis For Objection |
|---|---|---|---|---|---|
| **Date** | **Claim #** | **Debtor** | **Classification** | **Amount** | Claim is duplicative of a claim allowed for the indenture trustee on behalf of all Individual Bondholders |
|  |  |  |  |  |  |

    <u>**PLEASE TAKE NOTICE THAT**</u>, on August 13, 2010, Motors Liquidation Company (formerly known as General Motors Corporation) and its affiliated debtors, as debtors in possession (the "**Debtors**"), filed an objection to your proof of claim identified above.  The name of the objection is the Debtors' _____ Omnibus Objection to Claims (Duplicate Debt Claims) (the "**Objection**").

        **You have received this notice because the Debtors have objected to your proof of claim and your rights will be affected.**

        **You should read this notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**

US_ACTIVE:\43430149\01\72240.0635

**A copy of the full Objection can be viewed at
http://www.motorsliquidationdocket.com/bond.php3.  Or, you may
request a complete copy of the Objection at the Debtors' expense, by
contacting the Debtors at 1-800-414-9607, or by sending an e-mail to
claims@motorsliquidation.com.**

The reason for the Objection is that your claim is duplicative of two global claims filed on your behalf (and on behalf of all affected bondholders) by Wilmington Trust Company ("**WTC**"), as the indenture trustee for your General Motors Corporation bonds.  An indenture trustee is an entity that manages a bond issuance for the benefit of the individual bondholders, and handles all the administrative aspects of the bond issuance.  The claims filed by WTC ensure your interests are protected with respect to the interest, principal, and trustee fees under your bonds.  You will be entitled to receive a distribution on account of such interests through the global proofs of claim filed by WTC, and the disallowance of your individual claim will not affect such interests.  If you have additional claims with respect to your bonds beyond interest, principal, and trustee fees, such claims will be disallowed pursuant to this Objection.  A copy of the stipulation allowing the claims of WTC can be viewed at **http://www.motorsliquidationdocket.com/bond.php3**.

**YOU WILL NOTICE THAT** the Objection requests that the Bankruptcy Court expunge and disallow your claim listed above on the ground that your claim is duplicative of the global claim filed by WTC.  **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed, and you will not be entitled to any distribution from the Debtors' estates on the claim you filed.**

If you disagree with the Objection's treatment of your claim, you may call the Debtors to try and resolve your concerns at **1-800-414-9607**.  If you are unable to resolve your concerns with the Debtors before the deadline to respond, then you <u>must</u> file and serve a written response

(a "**Response**") to the Objection in accordance with this notice and you <u>must</u> appear at the Hearing described below.

You may participate in the Hearing telephonically provided that you comply with the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider." You must also provide prior written notice by mail or e-mail of your telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Russell Brooks, Esq. (russell.brooks@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Jennifer Sharret, Esq. (jsharret@kramerlevin.com)).

**If you do not oppose the disallowance and expungement of your claim, then you do not need to file a Response or appear at the Hearing.**

<u>**PLEASE TAKE FURTHER NOTICE THAT**</u> a hearing (the "**Hearing**") on the Objection is scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on **September 24, 2010 at 9:45 a.m. (Eastern Time)**. If you file a Response to the Objection, you should plan to appear at the Hearing either in person or telephonically. The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to your claim. If the Debtors do continue the Hearing with respect to your claim, then the Hearing will be held at a later date. If the Debtors do not

continue the Hearing with respect to your claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **September 17, 2010 at 4:00 p.m. (Eastern Time)**.  Only those Responses that are timely will be considered at the Hearing.  Your Response will be deemed timely only if it is:  (a) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing system (The User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov) before the deadline for Responses **or** (b) **actually** received on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format **and** in hard copy at each of the following addresses on or before the deadline for response:

A.  Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;

B.  Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and

C.  Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Jennifer Sharret, Esq.).

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the number of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the

extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person that can be contacted in connection with the Objection.

If the Bankruptcy Court does NOT disallow and expunge your claim listed above, then the Debtors have the right to object on other grounds to your claim (or to any other claims you may have filed) at a later date.  You will receive a separate notice of any such objections.

If you have any questions about this notice or the Objection, please contact the Debtors at **1-800-414-9607**.    CLAIMANTS  SHOULD  NOT  CONTACT  THE  CLERK  OF  THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

**PLEASE  TAKE  FURTHER  NOTICE  THAT  the  Court  may  grant  the  relief requested in the Objection without further notice or a hearing if you fail to file a timely Response or appear at the Hearing.**

Dated: New York, New York
   August 18, 2010

WEIL, GOTSHAL & MANGES LLP
Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT B

JOHN P OBERLE & MARY K OBERLE TR
DTD 12/1/92
JOHN P OBERLE TTEE
4958 S MEADOW PARK LN G102
GREENFIELD, WI 53220-5333

JOHN P OBRIEN
149 ALGONQUIN ROAD
CHESTNUT HILL, MA 02467

JOHN P OBRIEN
149 ALGONQUIN ROAD
CHESTNUT HILL, MA 02467

JOHN P ODLE
458 W MAIN ST
PARSONS, TN 38363

JOHN P SAKOWSKI
7 SIGTIM DR
LITTLE FALLS, NJ 07424

JOHN P SEINER
34 ELLIS RD
WEST CALDWELL, NJ 07006-8246

JOHN P SKAHILL
9811 MAJORCA PLACE
BOCA RATON, FL 33434-3713

JOHN P SLATER
5043 N VAN NESS
FRESNO, CA 93711

JOHN P STANFORTH TTEE/MARY E STANFORTH TTEE
1731 ROSEBAY COURT SW
OCEAN ISLE BEACH, NC 28469

JOHN P STANLEY
7 HALL RD
LONDONDERRY, NH 03053

JOHN P STANLEY
7 HALL RD
LONDONDERRY, NH 03053

JOHN P STOSHAK &
AMELIA M STOSHAK JT TEN
544 FRONT ST
WARRIOR RUN, PA 18706-1136

JOHN P STREISEL &
DIXIE M STREISEL JT TEN
5913 DENISE DRIVE
N RIDGEVILLE, OH 44039-1803

JOHN W WARREN
MERIDA UNIT #400
990 CAPE MARCO DR
MARCO ISLAND, FL 34145

JOHN PATRICK DALEY
323 SOUTH 28TH ST
LA CROSSE, WI 54601

JOHN PATTERSON
24 MOUNTAINVIEW RD
VERONA, NJ 07044

JOHN PATTERSON
24 MOUNTAINVIEW RD
VERONA, NJ 07044

JOHN PAUL ANHALT
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
10301 HALCYON DR.
PARMA HEIGHTS, OH 44130-1917

JOHN PECORA
PO BOX 177
JEFFERSON VALLEY, NY 10535

JOHN PERROTTI & CORNELIA PERROTTI
4325 S ATLANTIC AVE
APT B8
NEW SMYRNA, FL 32169-9800

JOHN PYNE
IRA ROLLOVER
1566 TORREY PINES DRIVE
BOULDER CITY, NV 89005

JOHN Q ADAMS
9230 N 104TH PLACE
SCOTTSDALE, AZ 85258-5736

JOHN R ALBERT
911 WEST CEDAR LANE
ARLINGTON HEIGHTS, IL 60005

JOHN R ALTREE
3422 239TH AVE SE
ISSAQUAH, WA 98029-7503

JOHN R BIELEMA
2435 GLEN ECHO DR SE
GRAND RAPIDS, MI 49546-5524

JOHN R BUSCHERMOHLE TRUSTEE
U/W LINDSEY RAIDT FBO
PATRICIA ANN EVANS
8900 GREENEWAY COMMONS PL, STE 100
LOUISVILLE, KY 40220

JOHN R BUSCHERMOHLE TRUSTEE
U/W LINDSEY RAIDT FBO PATRICIA ANN EVANS
8900 GREENEWAY COMMONS PL
LOUISVILLE, KY 40220

JOHN R CAUDILL
8301 CARDIFF CIR
PLANO, TX 75025

JOHN R CAUDILL
8301 CARDIFF CIRCLE
PLANO, TX 75025

JOHN R CLEVELAND IRA
FCC AS CUSTODIAN
545 EVERGREEN DR
MANDEVILLE, LA 70448-7574

JOHN R CRAIG  MARTHA CRAIG AND JON W CRAIG
169 MOCORO ST
PUNTA GORDA, FL 33983

JOHN R CRAIG, MARTHA DRAIG, & JON W CRAIG
169 MOCORO ST
PUNTA GORDA, FL 33983

JOHN R CRUSING
2529 DUNDEE GLEN
ESCONDIDO, CA 92026

JOHN R EBERT IRA ROLLOVER
WEDBUSH MORGAN SEC CT DN
IRA ROLLOVER
4 LUMAHAI ST
HONOLULU, HI 96825

JOHN R HALLER
608 CENTER AVE
WESTON, WV 26452

JOHN R JULIAN
128 MORNING GLORY LN
WHITING, NJ 08759-4302

JOHN R KELSOE
3505 CROSSHILL ROAD
BIRMINGHAM, AL 35223

JOHN R MAGENNIS TTEE
U/W RICHARD J MAGENNIS
6001 RUTLAND DR
DES MOINES, IA 50311-2128

JOHN R MALLETT
JOHN R MALLETT TTEE
MALLETT FAMILY TRUST
104 BREWER ST
JACKSONVILLE, AR 72076

JOHN R MALLETT
JOHN R MALLETT TTEE
OPAL H. MALLETT FAMILY TRUST
104 BREWER ST
JACKSONVILLE, AR 72076

JOHN R MANGO TTEE
JOHN R MANGO LIVING TRUST
U/A DTD 03/05/97
8 LAURI DR
FLORHAM PARK, NJ 07932-1824

JOHN R MANNING TRUST
300 WILLOW VALLEY LAKES DR
APT C 215
WILLOW STREET, PA 17584

JOHN R MANNING TRUST
JOHN R MANNING TTEE
U/A/D 2/20/91
WILLOW VALLY LAKE MR APT C215
300 WILLOW VALLEY LAKE DR
WILLOW STREET, PA 17584-9442

JOHN R MORELLA/CHARLENE A MORELLA
303 KINGS COVE CIRCLE
LAFAYETTE, LA 70508

JOHN R PERRY
3933 W EVA ST
PHOENIX, AZ 85051

JOHN R PLOTKE
42 GREENRIDGE AVE
WHITE PLAINS, NY 10605

JOHN R PLOTKE
42 GREENRIDGE AVE
WHITE PLAINS, NY 10605

JOHN R RICE
133 MARCUM HILL RD
MANCHESTER, KY 40962-7229

JOHN R RICHARDSON
618 REPPERT ST.
BACLIFF, TX 77518

JOHN R SHAINOFF
2585 LEE RD
CLEVELAND HTS, OH 44118

JOHN R STOVER
1603 VINCENNES DR
SUN CITY CENTER, FL 33573-5019

JOHN R WENNERSTEN
408 A ST NE
WASHINGTON, DC 20002

JOHN R ZREBIEC
437 CRISTIANI ST
ROSELLE, NJ 07203-2317

JOHN RAPP & JOYCE RAPP CO-TTEE
JOYCE ELLSWORTH RAPP LIVING TRUST
U/A DTD 11/17/1983
560 EAST SO TEMPLE #1106
SALT LAKE CTY, UT 84102-1147

JOHN RAYMOND JR
MADELINE M RAYMOND TTEE U/A/D 03/06/00
FBO RAYMOND FAMILY TRUST
5248 WEYMOUTH WAY
OCEANSIDE, CA 92057-1818

JOHN REED
4395 PONTIFF
WATERFORD, MI 48329-1554

John REGER
16481 SNOWSHOE TRAIL
CHAGRIN FALLS, OH 44023

JOHN RICHMOND
2509 SHADY LANE
ROCKFORD, IL 61108

JOHN ROBSON DUNBAR JR FAM TR
U/A/D 6/11/92
ELVA GENE DUNBAR &
JOHN ROBSON DUNBAR III TTEES
1153 REGAL OAK DR
ROCKVILLE, MD 20852-1053

JOHN ROMANIUK & SONDRA ROMANIUK &
SUSAN SCHULTZ &
STACEY ANN CURRY JT TEN
2411 CROOKS ROAD
ROYAL OAK, MI 48073-3307

JOHN ROMBOLA REV TRUST
JOHN ROMBOLA TTEE
3804 FARRACTUT RD
BROOKLYN, NY 11210

JOHN RONALD BLUE &
ELIZABETH F BLUE
JT TEN
3504 HALIFAX DRIVE
ARLINGTON, TX 76013-1909

JOHN ROYES
1909 BAILEY ST
HOUSTON, TX 77006

JOHN RYZYK
214 COOK AVENUE
YONKERS, NY 10701

JOHN RYZYK
215 COOK AVE
YONKERS, NY 10701

JOHN S & ELAINE K TIMMONS
3915 SANDUSKY COUNTY RD 13
BURGOON, OH 43407

JOHN S & LILA J WALTER TRUST
JOHN S WALTER
3320 HOMESTEAD CT
NAPA, CA 94558-4275

JOHN S ALLEN SR
430 NUGENTOWN RD
LITTLE EGG HARBOR, NJ 08087-3906

JOHN S AND KARLA B SARGENT
JOHN S SARGENT
PO BOX 362
BLOCK ISLAND, RI 02807

JOHN S CAMERON JR
12214 KIMBERLEY LANE
HOUSTON, TX 77024-4208

JOHN S GEBKA
J S GEBKA
1242 MINK RD
PERKASIE, PA 18944

JOHN S JONES
2115 W PACIFIC AVE
ANAHEIM, CA 92804

JOHN S M HAMILTON & SUE A HAMILTON
JT TEN TOD LISA RIDLEY
SUBJECT TO STA RULES
PO BOX 6395
SCOTTSDALE, AZ 85261-6395

JOHN S MORGAN
612 CANTERBURY DR # 612
ZEBULON, NC 27597-8292

JOHN S RENFROW
5015 C TOWER RD
GREENSBORO, NC 27410

JOHN S WARD AND
BECKY M WARD TTEES
J & B WARD 1998 TRUST
2621 PORTSMOUTH LN
MODESTO, CA 95355-3958

JOHN SAMUELSON
12 E 46TH ST
NEW YORK, NY 10017-2418

JOHN SANOWSKI
CGM IRA CUSTODIAN
5 GUNSCH ESTATE DRIVE
NEWBURGH, NY 12550-8921

JOHN SANTERIAN
SEERARPEY SANTERIAN
2111 BERWYN STREET
PHILADELPHIA, PA 19115-3304

JOHN SANTERIAN (IRA)
2111 BERWYN ST
PHILADELPHIA, PA 19115-3304

JOHN SCAROLA
JOHN & LYDIA SCAROLA
6904 CORTEZ ROAD W  #273
BRADENTON, FL 34210

JOHN SCHEMBRI
4400 RUSTIC DR
PUNTA GORDA, FL 33982

JOHN SCHENCK
8728 TREASURE CAY
WEST PALM BEACH, FL 33411

JOHN SCHOEN
134 W S BOUNDARY SUITE B
PERRYSBURG, OH 43551

JOHN SCOTT
RITA M SCOTT
515 JANIE LANE
SHREVEPORT, LA 71106

JOHN SEAZHOLTZ
399 PRINCETON AVE
BRICK, NJ 08724-4456

JOHN SHALLCROSS SR
PO BOX 1089
SMITHFIELD, NC 27577

JOHN SNODERLY IRA
1031 CURTIS AVE
CUYAHOGA FALLS, OH 44221

JOHN STACY BURNETT
9898 TRAVIS LAKE COURT
LAS VEGAS, NV 89148-4761

JOHN STANGEL
IRA ROLLOVER ACCT
FCC AS CUSTODIAN
410 BARRETT HILL RD
MAHOPAC, NY 10541-2405

JOHN STANGEL
IRA ROLLOVER ACCT
FCC AS CUSTODIAN
410 BARRETT HILL RD
MAHOPAC, NY 10541-2405

JOHN STEPHEN GREGG
665 S RIDGEMARK DR
HOLLISTER, CA 95023-6430

JOHN STILLMAN (IRA R/O)
FCC AS CUSTODIAN
15 WENTWORTH WAY
NEWNAN, GA 30265-2078

JOHN STOLTZE
29408 320TH ST
HINTON, IA 51024

JOHN STRALEY
2016 ALDO CIR
SALT LAKE CITY, UT 84108

JOHN T DALE TTEE
JOHN T DALE TRUST
3799 S BANANA RIVER BLVD #1030
COCOA BEACH, FL 32931

JOHN T DILLEY SEP
FCC AS CUSTODIAN FOR
39 FAIRWAY DRIVE
MOUNT VERNON, OH 43050-1498

JOHN T HARVIEUX
& MARCIA L HARVIEUX JTTEN
TOD ET AL
3400 N 97TH PL
MILWAUKEE, WI 53222-3452

JOHN T HATFIELD
443 VERNON ST
NEW KENSINGTON, PA 15068

JOHN T JENNINGS TRUSTEE OF THE CREAM CITY REVOCABL
U/A DTD 4/3/96
7413 MELROSE LANE APT A
OKLAHOMA CITY, OK 73127

JOHN T WALKER, SR / LEE S WALKER
820 ANTIGUA DR
MYRTLE BEACH, SC 29572

JOHN T WHEELER IRA
FCC AS CUSTODIAN
3491 N TERRITORIAL RD W
ANN ARBOR, MI 48105-9225

JOHN T. TAYLOR
705 GIANNINI DRIVE
SANTA CLARA, CA 95051-5831

JOHN T. TAYLOR (IRA)
FCC AS CUSTODIAN
705 GIANNINI DRIVE
SANTA CLARA, CA 95051-5831

JOHN THOMAS IRA ROLLOVER
MS&CO C/F
6597 NICHOLAS BLVD
APT 701
NAPLES, FL 34108

JOHN THOMAS VERNON
C/O WELLS FARGO ADVISORS
1094 WILKINS DR
SANFORD, NC 27330

JOHN THOMAS ZANN
994 SCHUYLER DRIVE
WHITE LAKE, MI 48388

JOHN TRAVIS SMITH
4560 SMITH RD
AYNOR, SC 29511

JOHN TRAVIS SMITH JR
4560 SMITH RD
AYNOR, SC 29511

JOHN TRAVIS SMITH JR
4560 SMITH RD
AYNOR, SC 29511

JOHN U KRUEGER
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
13640 UNDERWOOD RIVER PARKWAY
ELM GROVE, WI 53122-1238

JOHN VARNER
218 RIDGE ST
NEW MILFORD, NJ 07646-2303

JOHN VAS & EDNA FLOY VAS TTEES
UAD 5/8/90 FBO
THE VAS TRUST
835 TRISH PL
BARTOW, FL 33830-4339

JOHN W AND REGINA M SHUTE
1123 JACKSON RD
KERRVILLE, TX 78028

JOHN W AND SUSAN P DIEFFENWEIRTH
4207 CAPE VISTA DR
BRADENTON, FL 34209-6749

JOHN W BAKER &
JOANNE BAKER JTWROS
102 GREEN BRIAR PL
ASTON, PA 19014-1907

JOHN W CAMPSHURE
1589 EDISON STREET
GREEN BAY, WI 54302-2413

JOHN W CULVER
TOD DTD 03/13/06
4522 OLD SCOTTSVILLE ROAD
ALVATON, KY 42122-9751

JOHN W ELLIS
8123 STAPLETON RD
BROOKSVILLE, FL 34602-7139

JOHN W ELLIS
8123 STAPLETON RD
BROOKSVILLE, FL 34602-7139

JOHN W GANT SR
3900 CO RD 58
PISGAH, AL 35765

JOHN W GARRIGAN LIVING TRUST DTD 3/7/00
JOHN W. GARRIGAN
60 PINE BROOK RD
MONSEY, NY 10952-5222

JOHN W HEISHMAN, LINDA C HEISHMAN
JOHN W. & LINDA C HEISHMAN
165 WILLIAMS STREET
CORYDON, IN 47112

JOHN W HUBING AND MARION RITA HUBING
150 OAKWOOD LN
BOX 480
VALLEY FORGE, PA 19481

JOHN W HUBING SR AND MARION RITA HUBING
150 OAKWOOD LN
BOX 480
VALLEY FORGE, PA 19481

JOHN W KAIM
13219 AVENUE M
CHICAGO, IL 60633

JOHN W KLUGE TRUST U/A/D 5-30-1984
425 E 58TH ST
APT 47H
NEW YORK, NY 10022

JOHN W KLUGE TRUST U/A/D 5-30-1984
STUART SUBOTNICK AND JOHN W KLUGE TRUSTEES
15004 SUNFLOWER COURT
ROCKVILLE, MD 20853-1748

JOHN W MARSHALL
N650 OBERLI ROAD
OGEMA, WI 54459

JOHN W MCLAUGHLIN AND MARGARET
MCENTEE
145 DAVID DR
HAVERTOWN, PA 19083

JOHN W NIVEN &
MARY F NIVEN
DESIGNATED BENE PLAN/TOD
28 CASCADES DR
LITTLE ROCK, AR 72212-3316

JOHN W OLLIFF
419 W PINE AVE
MIDLAND, TX 79705

JOHN W POTTS AND
JOYCE A POTTS JTWROS
8 PARK PL
N CALDWELL, NJ 07006-4616

JOHN W ROMIG
1339 BARTON WAY
TROY, MI 48098

JOHN W SCHRICK
1290 TIFFANY CIRCLE N
PALM SPRINGS, CA 92262-7700

JOHN W STEPHENS
308 PINEWOOD DR
SHIREMANSTOWN, PA 17011

JOHN W STEPHENS
308 PINEWOOD DRIVE
SHIREMANSTOWN, PA 17011

JOHN W TROJANOWSKI
38055 S STONE RIDGE DR
TUCSON, AZ 85739-1646

JOHN W ULRICH
156 MOODY AVE
FREEPORT, NY 11520-4109

JOHN W. SMITH IRA
FCC AS CUSTODIAN
3919 BILL CURLEE ROAD
POLKTON, NC 28135-9308

JOHN WALKER LOYD
136 CANARY COURT
HOT SPRINGS, AR 71913-8762

JOHN WARGO
3141 E CORRINE DR
PHOENIX, AZ 85032

JOHN WARREN CONWAY AKA JOHN W CONWAY
7915 FM 2219
AMARILLO, TX 79119

JOHN WELLS
167 N WALNUT STREET
RIDGEWOOD, NJ 07450-3220

JOHN WG & VIRGINIA YU CHIN
PO BOX 201
EL CERRITO, CA 94530

JOHN WILLIAM MCEVOY
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
1120 SALLY HOLLER RD
HARRISBURG, IL 62946-5668

JOHN WOROBEC
2224 CERMAK WAY
ELK GROVE, CA 95758

JOHN WRIGHT
828 EVANSBURG RD
COLLEGEVILLE, PA 19426

JOHN YIKE
13542 BASS LAKE RD
CHARDON, OH 44024

JOHNNIE A MOORE AND
TOMMYE D MOORE JTTEN
2212 WESTVIEW CT
SILVER SPRING, MD 20910-1325

JOHNNIE L DRURY
7715 36TH LANE E
SARASOTA, FL 34243

JOHNNIE M GASKINS
3024 BRANDEMERE DR
TALLAHASSEE, FL 32312-2438

JOHNNY G WILSON
11077 VIA SIENA
BOYNTON BEACH, FL 33437

JOHNNY H. USELTON
CGM IRA ROLLOVER CUSTODIAN
5216 SPRUCE ST.
BELLAIRE, TX 77401-3311

JOHNNY HERSCHEL GRUNGLASSE
RUTH KOPPE DE GRUNGLASSE JTWROS
4101 PINETREE DR #1714
MIAMI BEACH, FL 33140-3620

JOHNNY L MCCOY
5324 TIGERS TAIL
LEESBURG, FL 34748

JOHNNY O FOSTER & JUDY C FOSTER
2600 TULL AVE
MUSKOGEE, OK 74403

JOHNNY Q CLAWSON
400 PARK ST
HIGHLANDS, TX 77562

JOHNNY W PONTON
3653 SKYLARK WAY
PEARLAND, TX 77684

JOHNSON FAMILY REVOCABLE LIVING TRUST
C/O ALICE E JOHNSON
5401 W DALEY ST
GLENDALE, AZ 85306-4764

JOHNSON T CO
46 IMPERIAL DR
EGG HARBOR TWP, NJ 08234

JOHNSTON FAMILY TRUST
JAMES A JOHNSTON
CATHERINE E JOHNSTON
CO-TTEES UA DTD 06/24/83
1839 FOSTER AVE
VENTURA, CA 93001-2335

JOLANTA SIEMIERZ (IRA)
FCC AS CUSTODIAN
39 DEWITT ST
BUFFALO, NY 14213

JOLENE PUCCIO
3256 WATERBURY DR
WANTAGH, NY 11793-3332

JON B MEDLYN
PO BOX 301603
ESCONDIDO, CA 92030

JON C GRIFFIN
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA
7401 S 231ST E AVE
BROKEN ARROW, OK 74014-2445

JON C INGALLS
12841 GARNETT
OVERLAND PARK, KS 66213

JON C. GRIFFIN
CHARLES SCHWAB & CO CUST
IRA ROLLOVER
7401 S. 231ST  E. AVE
BROKEN ARROW, OK 74014

JON C. GRIFFIN
SCOTTRADE CUSTOMER
IRA ROLLOVER
7401 S. 231ST  E. AVE
BROKEN ARROW, OK 74014

JON E MEYERS
604 RED MAPLE DR
TECUMSEH, MI 49286

JON FREDERICK ABEL
191 RIVER DR
TEQUESTA, FL 33469

JON GALIT
CGM IRA ROLLOVER CUSTODIAN
436 WYANDOTTE TRL
HARTVILLE, OH 44632-9419

JON K NEWSUM R/O IRA
STERNE AGEE & LEACH INC C/F
JON K NEWSUM R/O IRA
4321 COUNTRY CLUB BLVD
LITTLE ROCK, AR 72207-2029

JON MANN & JOAN MANN JT TEN
PO BOX 80
ROSEMONT, NJ 08556-0080

JONAN KYGER
13383 CR 1318
TROUP, TX 75789

JONATHAN B LOSOS
247 N PRICE ROAD
ST LEWIS, MD 63124

JONATHAN B MORRISON
ELLEN S MORRISON
19310 ALDERBARN CT
BROOKEVILLE, MD 20833-3200

JONATHAN BERKEL
C/O W M FUMICH JR
24461 DETROIT RD #210
WESTLAKE, OH 44145

JONATHAN C WEST
1000 CAPUCHINO AVE
BURLINGAME, CA 94010

JONATHAN EOYANG
TOD REGISTRATION
5563 RUTHWOOD DRIVE
CALABASAS, CA 91302-1051

JONATHAN FETNER &
MINDY FETNER JT TEN
39 FIELDSTONE DR
LIVINGSTON, NJ 07039-3308

JONATHAN T SALMON
3657 SOUTH COURT
PALO ALTO, CA 94306

JONES FINANCIAL PLANNING/ PLANNING
STRATEGIES/ ROBERT L JONES
620 SOUTHPOINTE CT STE 205
COLORADO SPRINGS, CO 80906

JONI L BUSHEE TOD LLOYD F BUSHEE
SUBJECT TO STA RULES
6012 HARWELL ESTATE DRIVE
DOVER, FL 33527-4269

JONNIE B NUNES
1765 BELCHER AVE
MERCED, CA 95348

JOON HA KIM
1127 BANKSIDE CT
SUGAR HILL, GA 30518

JORDAN GREENE
17 VIA TIMON
SAN CLEMENTE, CA 92673

JORDAN KUWAIT BANK
WILLIAM DABABNEH - AGM
OMAYA ST ABDALI AREA
PO BOX 9776
11191 AMMAN JORDAN

JORDAN KUWAIT BANK
WILLIAM DABABNEH AGM
OMAYA STREET ABDALI AREA
PO BOX 9776
11191 AMMAN JORDAN

JORGE A SANCHEZ
8400 SW 108 ST
MIAMI, FL 33156-3540

JORGE A SANCHEZ
8400 SW 108 ST
MIAMI, FL 33156-3540

JORGE F MIRANDA
329 RIDGEWOOD RD
CORAL GABLES, FL 33133

JORGE L LAYA MILANO AND JESSIKA LAYA PAZ
1351 NE 191ST ST
BLDG E  APT 414
MIAMI, FL 33179

JORGE PENA TUEME
C DEL ARREPENTIMIENTO 213
27250 TORREON COAHUILA  MEXICO

JOS PLATVOET
HANS MEMLINGDREEF 20
3920 LOMMEL BELGIUM

JOSE ALFREDO CRUZ
VIPSAL 2022
7801 NW 37 STREET
MIAMI, FL 33166

JOSE AZEVEDO
MARIA MARTINS JTWROS
RUA MARGARIDA VALLADAO 170
BARRA TIJUCA
RIO DE JANEIRO CEP 22793-275,BRAZIL

JOSE ESTEVEZ
530 TARTAN WAY
ENTERPRISE, AL 36330-2358

JOSE G TOLEDO
3640 YACHT CLUB DR APT 1907
AVENTURA, FL 33180-3558

JOSE L VELAZQUEZ
19 W 020 17TH PLACE
LOMBARD, IL 60148

JOSE M NAHARRO-CALDERON
1227 PATAPSCO ST
BALTIMORE, MD 21230

JOSE MANUEL CERVERA MEDINA/AIDA LUZ MEDINA MENDOZA
CALLE 21 #134 ENTRE 2 Y 4
FRACC MONTE CRISTO
MERIDA YUCATAN,MEXICO CP 97133

JOSE MARIA FUENTES
PO BOX 123
BLOWING ROCK, NC 28605-0123

JOSE MIGUEL GONZALEZ-QUIJANO
17 BISTMETRI DASHTE BEHEISHT
NAADATABAD IR-14816 TEHERAN IR IRAN

JOSE PONCE AND
CRISTINA M. PONCE JTWROS
11610 SW 34 LANE
MIAMI, FL 33165-3326

JOSE VERT PERSONAL REPRESENTATIVE
EST OF MARIA IACOBUCCI
1655 NE 55TH STREET
FT LAUDERDALE, FL 33334-5842

JOSEF BAXA
HAYDNSTRASSE 13
45657 RECKLINGHAUSEN GERMANY

JOSEF DERZAVICH GURUICH
BOSQUE DE TAMARINDOS 45-3
BOSQUE DE LAS LOMAS OSRO CP
CUAJIMALPA DF MEXICO

JOSEF DERZAVICH GURVICH
BOSQUE DE TAMA RINDOS 45-3
BOSQUE DE LAS LOMAS 05120 CP
CUAJLMAL PA D.F.
MEXICO

JOSEF DERZAVICH GURVICH
BOSQUES DE TAMARINDOS 45-3
BOSQUE DE LOS LOMOS 05120 CP
05120 CUAJIMOLPA DF MEXICO

JOSEF DERZAVICH GURVICH
MDM POLANCO
APARTADO POSTAL 178
LAGO MERU 18
COL GRANAIA CP 11521 MEXICO

JOSEF WEISS
10175 COLLINS AVE APT 306
BAL HARBOUR, FL 33154

JOSEFA KNITTEL
CGM IRA ROLLOVER CUSTODIAN
17 WALDEN DR
MOUNTAINTOP, PA 18707-2233

JOSEPH & LENORE RICK
29155 POINTE O WOODS #108
SOUTHFIELD, MI 48034

JOSEPH & LORRAINE PISCITELLO
10 IVY HILL DR
SMITHTOWN, NY 11787

JOSEPH & SELMA MENTKOW REV TRU
JOSEPH & SELMA MENTKOW
1010 AMERICAN EAGLE BLVD #614
SUN CITY CENTER, FL 33573

JOSEPH A & D DIAN MCQUADE
PO BOX 731068
PUYALLUP, WA 98373

JOSEPH A AND ARLENE M LOCONTI
484 WOODBINE CIRCLE
MAYFIELD VILLAGE, OH 44143

JOSEPH A BARRETT
C/O JOHNSTON LEMON & CO INC
1101 VERMONT AVENUE NW 8TH FLOOR
WASHINGTON, DC 20005-3521

JOSEPH A BASILE SR
1119 LARC LANE
WEST CHESTER, PA 19382

JOSEPH A COLAVOLPE
1283 MARTIN DRIVE
WANTAGH, NY 11793-2635

JOSEPH A DESIMONE
22 LINDSLEY PLACE
EAST ORANGE, NJ 07018-1110

JOSEPH A DUPONT
18971 MAPLE LEAF DR
EDEN PRAIRIE, MN 55346

JOSEPH A DUPONT
18971 MAPLE LEAF DR
EDEN PRAIRIE, MN 55346

JOSEPH A GRANESE (DECEASED)
C/O MRS. THERESA N GRANESE
1907 JOHNSON RD
PLYMOUTH MEETING, PA 19462-2541

JOSEPH A KUECHEL
CGM IRA CUSTODIAN
8830 N SHERMER RD
MORTON GROVE, IL 60053-2071

JOSEPH A LISA
533 CRAFTON AVE
PITMAN, NJ 08071

JOSEPH A LYON & MARY C LYON
629 STATE RT 141 N
MORGANFIELD, KY 42437

JOSEPH A MARONA &
VIRGINIA MARONA JTTEN
4051 SW 141 AVE
MIRAMAR, FL 33027-3226

JOSEPH A MEYER
ROSANNE M MEYER JT TEN
810 SPRUCE ST
KULPMONT, PA 17834-1331

JOSEPH A SCRO
C/O CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
3254 N MEDICINE BOW COURT
THOUSAND OAKS, CA 91362-3526

JOSEPH A SOPP
80 ELM ST
CORTLAND, NY 13045

JOSEPH A SOPP
80 ELM ST
CORTLAND, NY 13045-2226

JOSEPH A TERRIBLE/ KATHLEEN TERRIBLE
5711 ST PETERS RD
EMMBUS, PA 18049-5021

JOSEPH A VEVODA
555 WOODLAND HILLS DR
ESCONDIDO, CA 92029-5809

JOSEPH A WEINGARTNER
2391 DELLWOOD DRIVE NW
ATLANTA, GA 30305-4008

JOSEPH A WICKLEY
& JACQUELINE E WICKLEY JTTEN
PO BOX 516
HANCOCK, MI 49930-0516

JOSEPH A WILSON TTEE
WILSON FAMILY SUB A
TRUST U/A DTD 10/25/85
6620 S LOCH ALENE AVENUE
PICO RIVERA, CA 90660-3504

JOSEPH A WILSON TTEE
WILSON FAMILY SUB B TRST
U/A DTD 10/24/1985
6620 S LOCH ALENE AVENUE
PICO RIVERA, CA 90660-3504

JOSEPH A. PELLETT
286 HEATHERSETT DR SW
MARIETTA, GA 30064-3679

JOSEPH ABRAHAM
16 FAIRVIEW PLACE
HAUPPAUGE, NY 11788

JOSEPH AMODEO
265 RIVER DR
MORICHES, NY 11955-1737

JOSEPH AND LUCILLE KLONTZ
10905 SE 304TH ST
AUBURN, WA 98092

JOSEPH AND MARJORIE PISAPIA
19 THORBURN AVE
PATCHOGUE, NY 11772

JOSEPH AND SHEILA L WOLINSKY
823 ELMWOOD DR
WEST LAFAYETTE, IN 47906

JOSEPH ARENA
15 MOUNTAINSIDE DRIVE
COLTS NECK, NJ 07722

JOSEPH B LANTER
MYRA LANTER
35 BOONE ST
STATEN ISLAND, NY 10314-5003

JOSEPH B LANTER
MYRA LANTER
35 BOONE STREET
STATEN ISLAND, NY 10314-5003

JOSEPH B OBUSEK
CGM IRA ROLLOVER CUSTODIAN
10406 CARROLL COVE PLACE
TAMPA, FL 33612-6520

JOSEPH B TUCKER
78 BUCKSKIN COURT
STILLWATERS
DADEVILLE, AL 36853

JOSEPH BARLETTA
SANDRA BARLETTA
2815 ROCKAWAY LN
SACRAMENTO, CA 95835-2133

JOSEPH BARLETTI IRRL
C/O JOSEPH BARLETTI
1304 MIDLAND AVE APT A27
YONKER, NY 10704

JOSEPH BARRY
3195 ARBOLADO DR
WALNUT CREEK, CA 94598-4056

JOSEPH BELPORT
5598 W WITNEY DRIVE B-104
DELRAY BEACH, FL 33484-4033

JOSEPH BORCHANIAN &
MARY A BORCHANIAN JT WROS
TOD BENEFICIARY ON FILE
16549 COUNTRY KNOLL DR
NORTHVILLE, MI 48168-3436

JOSEPH BRADLEY
PEGGY BRADLEY
22210 BELINDA AVE
PORT CHARLOTTE, FL 33952

JOSEPH BRADLEY
PEGGY BRADLEY JT
22210 BELINDA AVE
PORT CHARLOTTE, FL 33952

JOSEPH BRAZILLER
569B NUTLEY DR
MONROE TWP, NJ 08831

JOSEPH BRENNAN
582 SUTTON ROAD
SHAVERTOWN, PA 18708

JOSEPH BUBENAS
C/O AMERIPRISE FINANCIAL SERVICES INC
401 FRANKLIN AVENUE STE 101
GARDEN CITY, NY 11530

JOSEPH C & DEBRA R SHEPLEY
220 OLD COUNTY RD
SEVERNA PARK, MD 21146-4542

JOSEPH C AMETRANO JR & DIANE AMETRANO JT TEN
105 BARTON ROAD
WHITE PLAINS, NY 10605-4705

JOSEPH C DARUTY &
GOLDIE R DARUTY TTEES OF THE
DARUTY LIVING TST DTD 7/27/95
1427 ELIZABETH CREST
REDLANDS, CA 92373-7021

JOSEPH C DECKERT
5543 PARKHAVEN DR
BATON ROUGE, LA 70816

JOSEPH C DECKERT IRA
FCC AS CUSTODIAN
5543 PARKHAVEN DR
BATON ROUGE, LA 70816-6125

JOSEPH C EMMETT
3706 GREEN HOLLOW DR
GRAND PRAIRIE, TX 75052

JOSEPH C GRANO
C/O CENTURION HOLDINGS
1185 6TH AVE STE 1750
NEW YORK, NY 10036

JOSEPH C MOSLEY
116 CHERRY STREET
BREMEN, GA 30110

JOSEPH C. NAPOLI IRA
FCC AS CUSTODIAN
1116 PATRICIA AVENUE
WEST ISLIP, NY 11795-2518

JOSEPH CALAGORE
55 AIRPORT RD
HARTFORD, CT 06114

JOSEPH CHIRCOP
3323 CHESTER
FERNDALE, MI 48220

JOSEPH D BURDESHAW SR AND
JOHN G BURDESHAW JTWROS
3481 WIGGINS LN
CANTONMENT, FL 32533-8914

JOSEPH D CIONNI
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
8022 WOODGLEN DR
WEST CHESTER, OH 45069-1693

JOSEPH D CIONNI
CHARLES SCHWAB AND CO INC CUST
IRA ROLLOVER
8022 WOODGLEN DR
WEST CHESTER, OH 45069-1693

JOSEPH D HAUSER
1090 WATERVILLE-MONCLOVA RD
WATERVILLE, OH 43566-1080

JOSEPH D LEVINE
13 SFAT EMET ST
51466 BNAI BRAK ISRAEL

JOSEPH D ROZWADOWSKI
49 DOW ST
NEW LONDON, CT 06320-3703

JOSEPH D WHEELER
75 SPRING ST
ROCKFALL, CT 06481

JOSEPH D ZAVARICK
214 S GRAPE ST
KULPMONT, PA 17834

JOSEPH D ZAVARICK
JOYCE A ZAVARICK
214 S GRAPE ST
KULPMONT, PA 17834

JOSEPH D. KILLEYA AND MONICA M KILLEYA
360 STIRLING ROAD
WATCHUNG, NJ 07069-5922

JOSEPH DAVID GRIFFEY  IRA
4310 LAKELET WAY
LOUISVILLE, KY 40299-5082

JOSEPH DIAMOND
JANE DIAMOND
3633 ROYAL MEADOW RD
SHERMAN OAKS, CA 91403-4828

JOSEPH DINA
9 NORTHERN DR
BRIDGEWATER, NJ 08807

JOSEPH DIRIENZO
JUSTINE A DIRIENZO EXECUTRIX - ESTATE OF JOSEPH
DIRIENZO
207 BELVIDERE AVENUE
FANWOOD, NJ 07023

JOSEPH DOBRYMAN TRUST
NETTIE DOBRYMAN TTEE
JOSEPH DOBRYMAN IRREV TR 04-23-1990
9560 GROSS POINT RD APT 408B
SKOKIE, IL 60076

JOSEPH DORF REVOCABLE TRUST
C/O JOSEPH DORF
17536 VIA CAPRI
BOCA RATON, FL 33496

JOSEPH DWYER
129 N GREEN ST
LANGHORNE, PA 19047-2111

JOSEPH E GARIANO
1311 PICKWICK LANE
LANSDALE, PA 19446-4607

JOSEPH E MULLIGAN
CGM IRA ROLLOVER CUSTODIAN
1355 OMARA DR
UNION, NJ 07083-5210

JOSEPH E PLOCEK
3001 VEAZEY TERR NW APT 1622
WASHINGTON, DC 20008

JOSEPH E TARI
AMERIPRISE FINANCIAL SERVICES, INC
401 FRANKLIN AVE, SUITE 101
GARDEN CITY, NY 11530

JOSEPH E VELLA
104 BEVERLY CT
MOBILE, AL 36604

JOSEPH E. YOUNT
JOSEPH E. YOUNT SIMPLE IRA
FCC AS CUSTODIAN
4804-29TH AVE DR W
BRADENTON, FL 34209-6122

JOSEPH EHRLICH TTEE
JOANN EHRLICH
U/A/D 12-14-2005
BENT TREE VILLAS EAST
9845A PECAN TREE DR
BOYNTON BEACH, FL 33436-0631

JOSEPH ENGEL WOOD
4605 STEEPLEWOOD TRL
ARLINGTON, TX 76016-1862

JOSEPH EZRATTY TTEE
PEARL EZRATTY TRUST U/W
DTD 09/29/2004
269-10 GRAND CENTRAL PKWY APT 23N
FLORAL PARK, NY 11005-1023

JOSEPH F FREDERICK JR - TRUST 8/27/87
2135 WARWICK DR
OLDSMAR, FL 34677-1951

JOSEPH F FREDERICK JR, IRA ROL
2135 WARWICK DR
OLDSMAR, FL 34677-1951

JOSEPH F GIARRATANO
10 SAGE RD
PAWLING, NY 12564

JOSEPH F GRANGER JR. &
CATHERINE D GRANGER JT TEN
20 GORDONS DR
MEDIA, PA 19063-1940

JOSEPH F MURNANE AND ROSE M MURNANE
263 S 7 HWY
GIRARD, KS 66743

JOSEPH F POLOMSKY &
MATILDA L POLOMSKY JT WROS
6511 ALBER AVE
PARMA, OH 44129-3411

JOSEPH F WEISS &
ELVIRA D WEISS JT TEN
5019 DRUID DR
KENSINGTON, MD 20895-1223

JOSEPH FALLIK & DOROTHY FALLIK TR UA 10/01/96
671 S HOLLY BROOK DR
#102
PEMBROKE PINES, FL 33025

JOSEPH FATE
TOD BENEFICIARY ACCOUNT
LINDA FATE JTWROS
2142 9-MILE ROAD
REMUS, MI 49340-9319

JOSEPH FEDERICO
3340 HEWLETT AVE
MERRICK, NY 11566-5532

JOSEPH FEDERICO IRA
C/O JOSEPH FEDERICO
3340 HEWLETT AVE
MERRICK, NY 11566-5532

JOSEPH FERREIRA
PO BOX 180
SILVER LAKE, NH 03875-0180

JOSEPH FRAGA & MARTHA FRAGA
34056 MACMILLAN WAY
FREMONT, CA 94555

JOSEPH FRANCIS EGAN
SUPPLEMENTAL NEEDS TRUST
LUCY EGAN GRANTOR TTEE
110 HOMEWOOD AVENUE
YONKERS, NY 10701-5267

JOSEPH G GALANTINO AND
PHYLLIS H GALANTINO JTWROS
9829 FOX HILL RD
PERRY HALL, MD 21128-9736

JOSEPH G HUNN & EVELYN J HUNN
19909 E 14TH STREET NORTH
INDEPENDENCE, MO 64056-1306

JOSEPH G KENNY
331 MILLRIDGE DR
INDIANAPOLIS, IN 46290-1117

JOSEPH G STEVENS JR TTEE
FBO JOSEPH G STEVENS JR TR
U/A/D 10/01/91
2407 ANTHONY AVE
CLEARWATER, FL 33759-1217

JOSEPH GIANGRECO
ANN GIANGRECO JT TEN
135 E MAPLEMERE RD
WILLIAMSVILLE, NY 14221-3173

JOSEPH GOETZ
C/O SUSAN R MEDWIED ESQ
30021 TOMAS ST #300
RANCHO SANTA MARGARITA, CA 92688

JOSEPH GOLDMAN TRUSTEE
REVOCABLE TRUST U/A DTD 05/06/1993
500 SPANISH FORT BLVD APT 46
SPANISH FORT, AL 36527

JOSEPH GOLDWEITZ
7 CABLE COURT
MONTVILLE, NJ 07045-9459

JOSEPH H ARON
432 LOCUST ROAD
GLENSIDE, PA 19038

JOSEPH H ASCH
M KATHLEEN ASCH
PO BOX 1228
ISLAND HGTS, NJ 08732-1228

JOSEPH H ASCH IRA
JOSEPH H ASCH
PO BOX 1228
ISLAND HEIGHTS, NJ 08732

JOSEPH H CISSELL
127 MEADOW LANE
BARDSTOWN, KY 40004

JOSEPH H HAIRSTON
1316 FLORAL ST NW
WASHINGTON, DC 20012

JOSEPH H KELLER
601 PEMBROKE AVE APT 203
NORFOLK, VA 23507

JOSEPH H MALGREN
1148 UNDERHILL DR
PLACENTIA, CA 92870-8202

JOSEPH H NORD
2651 NE 47TH ST
LIGHTHOUSE POINT, FL 33064

JOSEPH HALEY, JR, IRA
JOSEPH HALEY
PO BOX 686
BRANDON, FL 33509

JOSEPH HENRY LAROSE
TOD DTD 04/03/2008
113 NW 52ND CT
POMPANO BEACH, FL 33064-2319

JOSEPH HOFFER AND DONNA HOFFER
271 PELICAN DR N
OLDSMAR, FL 34677

JOSEPH I FALKENSTEIN TTEE
JOSEPH FALKENSTEIN INC MPP
U/A DTD 01/01/1987 FBO J FALKE
21 COGGINS LN
WEST ORANGE, NJ 07052-2195

JOSEPH I MCGREW
2020 N VERNON ST
DEARBORN, MI 48128-2503

JOSEPH J HORVATH (IRA)
FCC AS CUSTODIAN
7 NINTH AVENUE
ROEBLING, NJ 08554-1505

JOSEPH J IMBRIALE ROTH IRA
FCC AS CUSTODIAN
2 DORANNE LANE
MIDDLETOWN, NJ 07748-3174

JOSEPH J JANY
846 POPLAR LN
DEERFIELD, IL 60015-4200

JOSEPH J JANY
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
846 POPLAR LN
DEERFIELD, IL 60015

JOSEPH J JANY
N B CHARLES SCHWAB A/C 4710-9949
846 POPLAR LN
DEERFIELD, IL 60015-4200

JOSEPH J LISA JR AND
LORETTA G LISA JTWROS
37 CHEW LANE
SEWELL, NJ 08080-2563

JOSEPH J MARZ
283 NEILSON CT
SUNBURY, OH 43074

JOSEPH J MCFADDEN
51 GOULD PL
CALDWELL, NJ 07006

JOSEPH J MORIN  ELAINE MORIN
JOSHEPH MORIN
1208 FAULKNER COURT
MAHWAH, NJ 07430

JOSEPH J MUKAMAL
61 SOUTHGATE CIRCLE
MASSAPEQUA PARK, NY 11762

JOSEPH J RATTO
JOSEPH J RATTO TTEE
6233 BUENAVENTURA AVE
OAKLAND, CA 94605-1811

JOSEPH J ZALUPSKI &
VILMA E ZALUPSKI
JT TEN
3301 BAYSHORE BLVD #1504
TAMPA, FL 33629-8845

JOSEPH JOHN RATTO
CHARLES SCHWAB & CO INC CUST
SEP-IRA
6233 BUENAVENTURA AVE
OAKLAND, CA 94605-1811

JOSEPH KEMPER AND KATHRYN KEMPER
JOSEPH KEMPER
4639 NEWBERNE RD
COXS MILLS, WV 26342

JOSEPH KREGER
299 WINCHESTER ST
ROCHESTER, NY 14615

JOSEPH KROCHAK
897 NW 23RD LN
DELRAY BEACH, FL 33445

JOSEPH KRZEMINSKI
14312 VINTAGE  CT
ORLAND PARK, IL 60462

JOSEPH L CAHILL
2931 FRENCH AVE
LAKE WORTH, FL 33461

JOSEPH L GIUNTA AND
JUDITH W GIUNTA JTWROS
18 HAMPSHIRE RD
MIDLAND PARK, NJ 07432-1214

JOSEPH L KOZLOSKY
55 WEATHERWOOD PL
LAVONIA, GA 30553

JOSEPH L METIVIER
47 LIBERTY POLE RD
HINGHAM, MA 02043-3652

JOSEPH L R & JEANNE T PINARD
107 BINNACLE DR
NEWPORT NEWS, VA 23602

JOSEPH L. MIDLER TTEE
15020 GREENLEAF STREET
SHERMAN OAKS, CA 91403-4005

JOSEPH LANCER
228 RICHMOND C
DEERFIELD BEACH, FL 33442

JOSEPH LANCER
JOSEPH LANCER
228 RICHMOND C
DEERFIELD BEACH, FL 33442

JOSEPH LANCER
SUZANNE LANCER
228 RICHMOND C
DEERFIELD BEACH, FL 33442

JOSEPH LARRY TOWERY
2712 E WIMSATT CT
OWENSBORO, KY 42303-2126

JOSEPH LICHTENBERG TTEE
MURRAY LICHTENBERG IRREV TRUST
U/A/D 05-17-1999
FBO JOSEPH LICHTENBERG
3 SIOUX CIRCLE
ANDOVER, MA 01810-5510

JOSEPH LONGO IRA
FCC AS CUSTODIAN
42 MEADOW BROOK LANE
ORMOND BEACH, FL 32174-9269

JOSEPH LYNN &   RUTH LYNN
CO-TTEES JOSEPH LYNN AND RUTH
LYNN TRUST U/A/D 03/27/87
2960 N LAKE SHORE DR APT 903
CHICAGO, IL 60657-5646

JOSEPH M BANISH
311 WEDGEWOOD DR
POTTSTOWN, PA 19465-8628

JOSEPH M COONELLY JR TTEE
THE COONELLY LIV TRUST
DTD 4/27/95
516 ANDREW RD
SPRINGFIELD, PA 19064-3814

JOSEPH M DEMAIO &
NATALIE A DEMAIO JT TEN
116 CHERRY HILL TER
BERLIN, CT 06037

JOSEPH M GANNAM
PO BOX 10085
SAVANNAH, GA 31412

JOSEPH M MOTZKO
1334 ESTRIDGE DR
ROCKLEDGE, FL 32955-2314

JOSEPH M ROSS
36634 AUDREY RD
NEW BALTIMORE, MI 48047

JOSEPH M ROSS
36634 AUDREY RD
NEW BALTIMORE, MI 48047

JOSEPH M WERNE
JUNE A WERNE JT TEN
PO BOX 108
DIAMOND POINT, NY 12824-0108

JOSEPH MADDEN
1401 5TH AVENUE WEST, #103
SEATTLE, WA 98119

JOSEPH MANZI &
GLORIA MANZI  JT WROS
155 RIDGE RD
RUMSON, NJ 07760

JOSEPH MASSERIA
118 SYLVIA ST
STATEN ISLAND, NY 10312

JOSEPH MAULER & RUTH MAULER
6719 SOUTHPORT DR
BOYNTON BEACH, FL 33472-6918

JOSEPH MELONE
JOSEPH MELONE ESQUIRE
564 MAIN STREET SUITE 300
WALTHAM, MA 02452-5516

JOSEPH N PETRYKOWSKI
43267 FORTNER DR
STERLING HEIGHTS, MI 48313

JOSEPH O POMAVILLE TRUSTEE
835 WINN LK RD
LAPEER, MI 48446

JOSEPH P AND MARJORIE A FREIJE
PO BOX 263
FRANKLIN, IN 46131

JOSEPH P BRZOSTOWSKI
7 HILLSIDE PL
MILTON, PA 17847-9654

JOSEPH P MULL & CORNELIA JO MULL
JTWROS
4355 GEORGETOWN SQ RD APT 235
ATLANTA, GA 30338

JOSEPH P OCCHIUTO  PATRICIA OCCHIUTO
C/O JOSEPH P OCCHIUTO
PO BOX 127
PAWLEYS ISLAND, SC 29585

JOSEPH P OLIVELLE
10300 MORADO COVE
UNIT #704
AUSTIN, TX 78759

JOSEPH P SEIAMAN
PO BOX 12
RONCO, PA 15476

JOSEPH P. LONGO
TOD ACCOUNT
42 MEADOW BROOK LANE
ORMOND BEACH, FL 32174-9269

JOSEPH PALMIERI
MARYANNE PALMIERI
17 POLLY DR
HUNTINGTON, NY 11743

JOSEPH PALMIERI & MARYANNE PALMIERI
17 POLLY DR
HUNTINGTON, NY 11743

JOSEPH PALMIERI ACF
CIARA J. PALMIERI U/NY/UTMA
17 POLLY DRIVE
HUNTINGTON, NY 11743-6812

JOSEPH PALMIERI ACF
KATHERINE PALMIERI U/NY/UTMA
17 POLLY DRIVE
HUNTINGTON, NY 11743-6812

JOSEPH PALMIEU & MARY ANNE PALMIEU
17 POLLY DR
HUNTINGTON, NY 11743

JOSEPH PELIGAL
16-18 EBERLIN DR
FAIRLAWN, NJ 07410

JOSEPH PRAINO
CHRISTINE A PRAINO
JTWROS
16 VALLEYVIEW RD
ELMSFORD, NY 10523-3818

JOSEPH R & CAROL J TOMCAVAGE CO-
TTEES FBO JOSEPH R TOMCAVAGE
REVOCABLE TRUST UTA DTD 2/10/92
1841 WINDSONG LANE
LANCASTER, PA 17602-7002

JOSEPH R CAMPBELL
2A HERITAGE HILLS
SOMERS, NY 10589

JOSEPH R CURCIO & MARGENE CROSLAND
JOSEPH R CURCIO &
MARGENE CROSLAND TENCOM
3938 E GRANT RD #210
TUCSON, AZ 85712-2559

JOSEPH R GONZALEZ AND GERARD W SUDELL JT TEN
24403 75TH AVE E
MYAKKA CITY, FL 34251-7872

JOSEPH R LANTZ
CGM IRA ROLLOVER CUSTODIAN
309 STONEWALL RD
BALTIMORE, MD 21228-5446

JOSEPH R TOMCAVAGE
1841 WINDSONG LN
LANCASTER, PA 17602

JOSEPH RESNICK IRA (SMITH BARNEY)
C/O JOSEPH RESNICK
9200 CORONADO TER
FAIRFAX, VA 22031

JOSEPH ROBERT LANCIANO & KATHRYN A LANCIANO JT TEN
1708 MAYFAIR PL
CROFTON, MD 21114

JOSEPH ROKOW
21207 WHITE OAK AVE
BOCA RATON, FL 33428

JOSEPH RUSCITTI IRA
FCC AS CUSTODIAN
12780 NORTH STAR DRIVE
NORTH ROYALTON, OH 44133-5945

JOSEPH S ANDERSON & MIMI P ANDERSON
90 WOODLAND COVE
BOLIVAR, TN 38008

JOSEPH S LEBLANC
206 HILLTOP CIRCLE
NEW IBERIA, LA 70563

JOSEPH S SMYRSKI
CLEARVIEW IRA C/F JOSEPH S SMYRSKI
2397 CHESTNUT GROVE CHURCH ROAD
SPARTA, NC 28675

JOSEPH SACK
DESIGNATED BENE PLAN/TOD
1581 S. MANNING #4
LOS ANGELES, CA 90024-5828

JOSEPH SAGGIOMO
334 NEW CASTLE LN
LOGAN TOWNSHIP, NJ 08085

JOSEPH SCHAUB
3920 N GREEN BAY RD
#32
RACINE, WI 53404

JOSEPH SCHUBACH
630 SHORE RD #623
LONG BEACH, NY 11561

JOSEPH SCOTT ANDREWS & KATHLEEN G ANDREWS
JT TEN
2917 ARABIAN PL
MARIETTA, GA 30062-4631

JOSEPH SKOK
4 ALPINE TERRACE
SPARTA, NJ 07871

JOSEPH STAMMELMAN
704 B HERITAGE VILLAGE
SOUTHBURY, CT 06488

JOSEPH SYKNOR JR & EVELINE A SYKORA JT TEN
22531 WATERBURY ST
WOODLAND HILLS, CA 91364-4924

JOSEPH T AND PHYLLIS L BRENNAN
910 WEST 131 TERRACE
KANSAS CITY, MO 64145

JOSEPH T BUCK JR
JOSEPH T BUCK JR FBO
15393 BELLAMAR CIRCLE
APT 524
FORT MYERS, FL 33908

JOSEPH T BUCK JR TTEE
JOSEPH T BUCK JR
15393 BELLAMAR CIRCLE
APT 524
FORT MYERS, FL 33908

JOSEPH T HUMBACH
9929 BASSETT
LIVONIA, MI 48150

JOSEPH T ROURKE JR IRA
FCC AS CUSTODIAN
5 TOWN FARM RD
MONSON, MA 01057-9608

JOSEPH T WASHKO
#7 FERNCREEK DR
ROLLING HILLS ESTATES, CA 90274

JOSEPH T WASHKO
#7 FERNCREEK DR
ROLLING HILLS ESTATES, CA 90274

JOSEPH TODINO
2133 BRIDGE AVE
PT PLEASANT, NJ 08742

JOSEPH V NAZARETH &
NORINE C NAZARETH &
LYNNE V NAZARETH JT TEN
6486 TORREYANNA CIRCLE
CAARSLBAD, CA 92008-4535

JOSEPH V PAPASSO (IRA)
870 WOODCHUCK DR
MT LAUREL, NJ 08054

JOSEPH V. PALMIERI ACF
JACK PALMIERI U/NY/UTMA
17 POLLY DRIVE
HUNTINGTON, NY 11743-6812

JOSEPH V. PALMIERI ACF
JASON PALMIERI U/NY/UTMA
17 POLLY DRIVE
HUNTINGTON, NY 11743-6812

JOSEPH W BERLINGER
7940 AMETHYST LAKE POINT
LAKE WORTH, FL 33467

JOSEPH W FRIED FAMILY TRUST
JOSEPH W FRIED TRUSTEE
4619 NAGLE AVE
SHERMAN OAKS, CA 91423

JOSEPH W FRIED FAMILY TRUST
JOSEPH W FRIED TRUSTEE
4619 NAGLE AVE
SHERMAN OAKS, CA 91423

JOSEPH W GROSSKOPF AND
CATHERINE GROSSKOPF JTWROS
6046 N ST LOUIS
CHICAGO, IL 60659-3304

JOSEPH W LANG & LORETTA A LANG
MR JOSEPH W LANG
1230 N HAMLIN AVE
PARK RIDGE, IL 60068

JOSEPH W MADDEN JR. TRUST
JOSEPH W MADDEN JR TTEE
FBO JOSEPH W. MADDEN JR TR UTA DTD 11-15-95
60 BROADWALK
PARK RIDGE, IL 60068

JOSEPH W SLATER REV LIV TR
JOSEPH W SLATER TTEE
10730 TEAL TRAIL
RICHMOND, IL 60071

JOSEPH W YOUNG AND
DELORES J YOUNG JTWROS
21672 KAISER RD
GREGORY, MI 48137-9743

JOSEPH, REINER & WIERNICKI, PC
PROFIT SHARING
15057 BUTTERCHURN LN
SILVER SPRING, MD 20905-5741

JOSEPHINE A ZOGBY
JOSEPHINE A ZOGBY ESTATE
JAMES E. ZOGBY, EXECUTOR
7019 N STRATTON CT
PEORIA, IL 61615

JOSEPHINE G HALLER
19771 CR 444
LINDALE, TX 75771

JOSEPHINE LANDMAN
1500 PALISADE AVE APT 8-B
FORT LEE, NJ 07024-5313

JOSEPHINE MARY CREEK
1273 WATER CLIFF DR
BLOOMFIELD, MI 48302-1975

JOSEPHINE PERRI
409 E LOWELL AVE
MISHAWAKA, IN 46545

JOSEPHINE PRASHNER
202 CORONET LANE
SAN ANTONIO, TX 78216-5110

JOSEPHINE S ROTHERMEL
114 LONGVIEW CIRCLE
MEDIA, PA 19063-2075

JOSEPHINE STOKES
1425 33RD AVE S
SEATTLE, WA 98144

JOSEPHINE Y PUGSLEY
2171 HANNIBAL ST
SALT LAKE CITY, UT 84106

JOSHUA ABRAMSON
245 EAST 54 ST APT 20H
NEW YORK, NY 10022

JOSHUA BRETT WOLPERT
1486 STEPHEN MARC LANE
EAST MEADOW, NY 11554-2209

JOSIE STONE AND MARVIN K STONE JTWROS
411 WILLIAM ST
PISCATAWAY, NJ 08854

JOY L ASTORINO
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
2311 GUNN RD
CARMICHAEL, CA 95608

JOY LAKE INC.
15500 DONNYBROOK CT
RENO, NV 89511-9065

JOY MURCHISON KELLY TTEE
JOYE MURCHISON KELLY TR DTD 7/6/89
1243 LAS BRISAS
WINTER HAVEN, FL 33881-9757

JOY SPENCE TTEE
SPENCE REVOCCABLE TRUST
634 CURTNER AVE
CAMPBELL, CA 95008

JOYCE A BOWMAN
636 SAINT ST
RICHLAND, WA 99354-1838

JOYCE A KAUFMANN
57 HAMMOND RD
SEA CLIFF, NY 11579

JOYCE A MOREY
410 MORRIS BLVD
TOMS RIVER, NJ 08753-7146

JOYCE A SPAT LIVING TRUST
JOYCE A SPAT TTEE
U/A DTD 07/24/2006
18841 W. MAPLE AV.
GRAYSLAKE, IL 60030-2536

JOYCE A WEISBERG
13 WELLINGTON PLACE
MONROE TWP, NJ 08831-2687

JOYCE AMELIA THURMAN
169 TESSIE DR
JACKSONS GAP, AL 36861-2522

JOYCE ANN O'NEILL
4512 WOODFIELD RD
KENSINGTON, MD 20895

JOYCE AYLWARD
15221 FEINTRY PLACE
MIAIMI LAKES, FL 33016

JOYCE B ROEDING
2308 OLIVE BRANCH DR
SUN CITY CENTER, FL 33573

JOYCE C BREITMAN TTEE
JOYCE C BREITMAN REV TR U/A
DTD 10/04/2002
4357 S MCNAY CT
WEST BLOOMFIELD, MI 48323-2841

JOYCE D EDMONDS
3014 PANORAMA BROOK CIRCLE
BIRMINGHAM, AL 35216-4247

JOYCE DILLARD
23053 N STARBIRD RD
MT VERNON, WA 98274-7538

JOYCE E DUFFIELD
11015 ROESSNER AVE
HAGERSTOWN, MD 21740-7666

JOYCE E RECH
1209 ASHLEY DR
IOWA CITY, IA 52246

JOYCE E STERN
JOYCE E STERN IRA
5612 E ALTA VISTA ST
TUCSON, AZ 85712-2245

JOYCE E THOMAS IRA
FCC AS CUSTODIAN
204 47TH AVENUE DR W UNIT 127
BRADENTON, FL 34207-2140

JOYCE E THOMAS R/O IRA
FCC AS CUSTODIAN
204 47TH AVENUE DR W APT 127
BRADENTON, FL 34207-2140

JOYCE GREER
515 E 79TH APT 18E
NEW YORK, NY 10075

JOYCE H JESSMORE, STEVEN C JESSMORE & LISA JESSMOR
1741 SULLIVAN DR
SAGINAW, MI 48638

JOYCE H PATRICK
77 CHOCTAW RIDGE
BLUE RIDGE, GA 30513

JOYCE HABER GOLDSTEIN TTEE
MORRIS HABER TRUST
U/A DTD 11/23/1983
5748 SWAYING PALM LANE
BOYNTON BEACH, FL 33437-4226

JOYCE I FISLER
922 W MCCULLOCH BLVD N
PUEBLO WEST, CO 81007-6104

JOYCE JOSEPH DEROUSSE TRUST U/A DATED 11/04/94
JOYCE J DEROUSSE TRUSTEE
2012 STANFORD PLACE
EDWARDSVILLE, IL 62025-2636

JOYCE K HUGHES IRA
113 CLAYTON RD
HATBORO, PA 19040

JOYCE K. HOLWELL IRA
PO BOX 61
JOHNSBURG, NY 12843

JOYCE L THOMPSON
4590 N CAMINO CARDENAL
TUCSON, AZ 85718

JOYCE M ASTAFAN
1435 HERKIMER ROAD
UTICA, NY 13502

JOYCE M KUEHNE
991 BURKWOOD RD
MANSFIELD, OH 44907

JOYCE M ROBERTSON
211 HARTFORD RD
KNOXVILLE, TN 37920-6473

JOYCE N ANGEL
4681 S LANDINGS DR
FORT MYERS, FL 33919-4683

JOYCE N. WOLTER TTEE
FBO JOYCE N. WOLTER
U/A/D 08/05/95
516 W. FAIRVIEW
ARLINGTON HTS, IL 60005-2302

JOYCE SILVER
127 GREENE STREET
NEW YORK, NY 10012

JOYCE T RIENZO
6230 PETALUMA DR
BOCA RATON, FL 33433

JOYCE W KNOFSKY
TOD NAMES OF BENEFICIARIES
SUBJECT TO STA TOD RULES
15270 FIORENZA CIRCLE
DELRAY BEACH, FL 33446-3290

JOYCE W MALCOLM TTEE
G A & J W MALCOLM EXEMPTION TR
U/T/A DTD 10/07/1991
63896 E GREENBELT LANE
TUCSON, AZ 85739-1247

JOYCEAN B GENTRY
549 EDGEWATER DR
DUNEDIN, FL 34698

JT COHEN & BJ COHEN CO-TTEE
JEROME T COHEN REVOCABLE TRUST U/A
DTD 11/12/2007
7431 VIALE ANGELO
DELRAY BEACH, FL 33446-3766

JUAN A MONCADA
15970 SW 77 CT
PALMETTO BAY, FL 33157

JUAN CASAS
JUAN CASAS
PO BOX 1935
ROSWELL, GA 30077-1935

JUAN N WHEATLEY & KENNETH R WHEATLEY & SANDRA WILS
MELISSA WHEELER JT TEN
130 OSCAR GRAY ROAD
HOT SPRINGS, AR 71913-9376

JUANITA ARMSTRONG AND WARREN ARMSTRONG CO/TTEES
JUANITA ARMSTRONG LIVING TRUST
C/O JUANITA ARMSTRONG
2401 S HORTON
FORT SCOTT, KS 66701

JUANITA FENTON AND
JOHN FENTON JTWROS
617 E WASHINGTON STREET
SANDUSKY, OH 44870-2851

JUANITA FRANZINI
29 CLEVELAND AVENUE
EAST HANOVER, NJ 07936-2938

JUANITA HUCKELBURY TTEE
JUANITA HUCKELBURY LIVING TRUST
U/A 12/10/98
1100 NORTH 9TH STREET
VAN BUREN, AR 72956-2724

JUANITA J MOXLEY IRA
FCC AS CUSTODIAN
U/A DTD 04/08/98
3615 STAUSS AVENUE
OROVILLE, CA 95966-5238

JUANITA K WHISENAND
C/O GRETCHEN WHISENAND
7731 ELPHICK RD
SEBASTOPOL, CA 95472-4754

JUANITA S HAWKINS
14716 CAMINITO ORENSE OESTE
SAN DIEGO, CA 92129

JUDDI L. SCHNEIDER
905 E 6TH ST
WASHINGTON, MO 63090

JUDEE M KOLB IRA
160 FREMONT AVE
PARK RIDGE, NJ 07656

JUDIE L WEISS TTEE
FBO JUDIE L WEISS REV LIVING
TRUST U/A/D 01/27/00
3052 N. SNOW CANYON PARKWAY
#47
ST. GEORGE, UT 84770-6175

JUDITH & JAMES SALVINO
122 N MAIN ST
WOODSTOWN, NJ 08098