**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **MOTORS LIQUIDATION COMPANY, et al.,** | : | **Case No. 09-50026 (REG)** |
| **f/k/a General Motors Corp., et al.,** | : | |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                                    ) ss:
COUNTY OF SUFFOLK    )

I, Barbara Kelley Keane, being duly sworn, depose and state:

    1.    I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 105 Maxess Road, Melville, New York 11747.


    2.    Between August 19, 2010 and August 20, 2009, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors in the above-captioned case and pursuant to the **Notice of Debtors' Fifty-Eighth Omnibus Objection to Claims [Docket No. 6668]**, I caused to be served a customized **Notice of Objection to Individual Debt Claims**, a copy of which is annexed hereto as Exhibit "A", upon each of the parties set forth in Exhibit "B" annexed hereto (affected parties) by depositing same in a sealed, postage paid envelope at a United States Post Office for delivery by the United States Postal Service via First Class Mail.

/s/ Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this
24th day of August 2010


/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Qualified in Manhattan County
Commission Expires:  May 19, 2012

# EXHIBIT A

**PLEASE CAREFULLY REVIEW THIS NOTICE AS IT WILL AFFECT YOUR CLAIM IN THE GENERAL MOTORS CORPORATION (NOW MOTORS LIQUIDATION COMPANY) BANKRUPTCY CASE**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
--------------------------------------------------------------x
                                        :
In re                                   :        Chapter 11 Case No.
                                        :
MOTORS LIQUIDATION COMPANY, et al.,     :        09-50026 (REG)
        f/k/a General Motors Corp., et al.  :
                                        :
                Debtors.                :        (Jointly Administered)
                                        :
--------------------------------------------------------------x
```

## NOTICE OF OBJECTION TO INDIVIDUAL DEBT CLAIMS

### [Claimant Name]

| Claim Information | | | | | Basis For Objection |
|------|---------|--------|----------------|--------|---------------------|
| Date | Claim # | Debtor | Classification | Amount | Claim is duplicative of a claim allowed for the indenture trustee on behalf of all Individual Bondholders |
|      |         |        |                |        |  |

**PLEASE TAKE NOTICE THAT**, on August 13, 2010, Motors Liquidation Company (formerly known as General Motors Corporation) and its affiliated debtors, as debtors in possession (the "**Debtors**"), filed an objection to your proof of claim identified above. The name of the objection is the Debtors' _____ Omnibus Objection to Claims (Duplicate Debt Claims) (the "**Objection**").

**You have received this notice because the Debtors have objected to your proof of claim and your rights will be affected.**

**You should read this notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**

**A copy of the full Objection can be viewed at
http://www.motorsliquidationdocket.com/bond.php3.  Or, you may
request a complete copy of the Objection at the Debtors' expense, by
contacting the Debtors at 1-800-414-9607, or by sending an e-mail to
claims@motorsliquidation.com.**

The reason for the Objection is that your claim is duplicative of two global claims filed

on your behalf (and on behalf of all affected bondholders) by Wilmington Trust Company

("**WTC**"), as the indenture trustee for your General Motors Corporation bonds.  An indenture

trustee is an entity that manages a bond issuance for the benefit of the individual bondholders,

and handles all the administrative aspects of the bond issuance.  The claims filed by WTC ensure

your interests are protected with respect to the interest, principal, and trustee fees under your

bonds.  You will be entitled to receive a distribution on account of such interests through the

global proofs of claim filed by WTC, and the disallowance of your individual claim will not

affect such interests.  If you have additional claims with respect to your bonds beyond interest,

principal, and trustee fees, such claims will be disallowed pursuant to this Objection.  A copy of

the         stipulation         allowing         the         claims         of         WTC         can         be         viewed         at

**http://www.motorsliquidationdocket.com/bond.php3.**

**YOU WILL NOTICE THAT** the Objection requests that the Bankruptcy Court expunge

and disallow your claim listed above on the ground that your claim is duplicative of the global

claim filed by WTC.  **Any claim that the Bankruptcy Court expunges and disallows will be

treated as if it had not been filed, and you will not be entitled to any distribution from the

Debtors' estates on the claim you filed.**

If you disagree with the Objection's treatment of your claim, you may call the Debtors to

try and resolve your concerns at **1-800-414-9607**.  If you are unable to resolve your concerns

with the Debtors before the deadline to respond, then you <u>must</u> file and serve a written response

(a "**Response**") to the Objection in accordance with this notice and you <u>must</u> appear at the Hearing described below.

You may participate in the Hearing telephonically provided that you comply with the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider."  You must also provide prior written notice by mail or e-mail of your telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Russell Brooks, Esq. (russell.brooks@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Jennifer Sharret, Esq. (jsharret@kramerlevin.com)).

**If you do not oppose the disallowance and expungement of your claim, then you do not need to file a Response or appear at the Hearing.**

<u>**PLEASE TAKE FURTHER NOTICE THAT**</u> a hearing (the "**Hearing**") on the Objection is scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on **September 24, 2010 at 9:45 a.m. (Eastern Time)**.  If you file a Response to the Objection, you should plan to appear at the Hearing either in person or telephonically.  The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to your claim.  If the Debtors do continue the Hearing with respect to your claim, then the Hearing will be held at a later date.  If the Debtors do not

continue the Hearing with respect to your claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **September 17, 2010 at 4:00 p.m. (Eastern Time)**.  Only those Responses that are timely will be considered at the Hearing.  Your Response will be deemed timely only if it is:  (a) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing system (The User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov) before the deadline for Responses **or** (b) **actually** received on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format **and** in hard copy at each of the following addresses on or before the deadline for response:

     A.    Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;

     B.    Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and

     C.    Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Jennifer Sharret, Esq.).

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the number of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the

extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person that can be contacted in connection with the Objection.

If the Bankruptcy Court does NOT disallow and expunge your claim listed above, then the Debtors have the right to object on other grounds to your claim (or to any other claims you may have filed) at a later date.  You will receive a separate notice of any such objections.

If you have any questions about this notice or the Objection, please contact the Debtors at **1-800-414-9607**.    CLAIMANTS  SHOULD  NOT  CONTACT  THE  CLERK  OF  THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

**PLEASE  TAKE  FURTHER  NOTICE  THAT  the  Court  may  grant  the  relief requested in the Objection without further notice or a hearing if you fail to file a timely Response or appear at the Hearing.**

Dated: New York, New York
    August 18, 2010

WEIL, GOTSHAL & MANGES LLP
Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT B

JUDITH & JOHN JAROSZEWSKI JTWROS
JUDITH & JOHN JAROSZEWSKI
103 CAMDEN LANE
SHARPSBURG, GA 30277-1682

JUDITH & LLOYD ORETSKY
5875 NW 25TH CT
BOCA ROTON, FL 33496

JUDITH A BIGLASCO
778 BROAD ST
BLOOMFIELD, NJ 07003

JUDITH A CASSON
2014 AVON AVE
CAMBRIA, CA 93428

JUDITH A GEYER
DESIGNATED BENE PLAN/TOD
8415 MEADOW VIEW LN
BAHAMA, NC 27503-8401

JUDITH A HAGEN IRA
FCC AS CUSTODIAN
9624 FALCONS WAY
EDEN PRAIRIE, MN 55347-5120

JUDITH A HURST
11591 RICH RD
LOVELAND, OH 45140

JUDITH A LINDAUER
1115 KITTIWAKE DR
VENICE, FL 34285-6621

JUDITH A MAC GREGOR & JAMES T
MACGREGOR TTEE
TOXICOLOGY CONSULTING
SERVICES DEF BENE U/A DTD 10/
201 NOMINI DR
ARNOLD, MD 21012-1051

JUDITH A MULLER & WILLIAM MULLER
1314 WHISPERING LANE
VENICE, FL 34285-6448

JUDITH A PARRENT & FRED P PARRENT
2300 S REESE RD
REESE, MI 48757

JUDITH A PATELLIS
P O BOX 14888
COLUMBUS, OH 43214-0888

JUDITH A PRISTAS LIVING TRUST
JUDITH A PRISTAS TTTEE
6520 VIA PRIMO ST
LAKE WORTH, FL 33467

JUDITH A ROBINSON
1330 MILLICENT AVE
YOUNGSTOWN, OH 44505-1289

JUDITH A RODINE TTEE
JUDITH A RODINE
809 3RD AVE SO
TIERRA VERDE, FL 33715

JUDITH A WALKER
4231 KEKUANAOA LN
PRINCEVILLE, HI 96722-5105

JUDITH ALTEMUS
19843 MONATAU DR
TOPANGA, CA 90290-3325

JUDITH B GALEN TRUST
C/ O JUDITH B / ROBERT E CO TRUSTEES
91 SUZIE DRIVE
NEWTON, CT 06470

JUDITH BAKER
237 CUMBRIDGE OAKS
PARK RIDGE, NJ 07656

JUDITH BLOOMBERG
550 S OCEAN BLVD
#1505
BOCA RATON, FL 33432

JUDITH C RESLER & THOMAS J RESLER
THOMAS J RESLER
695 WREN RD
FRANKENMUTH, MI 48734

JUDITH D DEWS
103 VILLA WAY
BLOOMINDALE, IL 60108

JUDITH E BEATY
CGM IRA CUSTODIAN
4724 CORNELIUS AVENUE
INDIANAPOLIS, IN 46208-3425

JUDITH G LIEB TRUST
JUDITH G LIEB TRUSTEE
DATED FEB 7 2000
6130 EVIAN PLACE
BOYNTON BEACH, FL 33437-4905

JUDITH G MC COY
TOD STEVEN MCCOY JR KEVIN
MCCOY CARLEEN M WEBB
6137 HOGAN CREEK RD
MARGATE, FL 33063-2233

JUDITH GILBERT
2028 OCEAN BROOK DR
WALL, NJ 07719-9657

JUDITH GREEN AND JAMES KURTZ
547 TILDEN AVE
TEANECK, NJ 07666

JUDITH GURSKE SEARS REV TRUST
JUDITH GURSKE SEARS TTEE
7360 MEMORY LANE
FRIDLEY, MN 55432

JUDITH H GINGER
432 COUNTRY CLUB RD
BELLEAIR, FL 34616

JUDITH I SMITH
74 TUCKERMAN AVENUE
MIDDLETOWN, RI 02842-6044

JUDITH J CARROLL REVOCABLE TRUST
JUDITH J CARROLL AND RICHARD E CARROLL
TRUSTEES OF THE JUDITH J CARROLL
REVOCABLE TRUST
21 BRONSON RD
ST ALBANS, VT 05478

JUDITH J. H. BROWN
8738 AUTUMN GREEN DR
JACKSONVILLE, FL 32256-9556

JUDITH J. H. BROWN
8738 AUTUMN GREEN DR
JACKSONVILLE, FL 32256-9556

JUDITH K CARTON  &
GEOFFREY L CARTON JT WROS
6327 VICTORIOUS SONG LN
CLARKSVILLE, MD 21029-1270

JUDITH K MIHALKO-MUELLER
6329 N SHORE CT
WESTBLOOMFIELD, MI 48324-2040

JUDITH K NEWSOM
500 W. 8
EDMOND, OK 73003

JUDITH KING VULCANO
6036 CULBERTSON RD
ANTIOCH, TN 37013-4601

JUDITH L NISSEN TRUSTEE
JUDITH L NISSEN TRUSTEE OF THE
JUDITH L NISSEN TRUST DTD 10/16/90
PO BOX 87
BEECHER, IL 60401

JUDITH L PEARLSTEIN
13838 PALM GROVE PL
PALM BEACH GARD, FL 33418-6976

JUDITH LEWIS
301 LAKESHORE PTE
HOWELL, MI 48843

JUDITH LIPTON
40 RANDOM RD
FAIRFIELD, CT 06825-1406

JUDITH LOUISE SWAYZE IRA
FCC AS CUSTODIAN
195 MACBETH COURT
HARLINGEN, TX 78552-6250

JUDITH M SILVER
10 NORMAND ST
BRISTOL, RI 02809-4719

JUDITH M SMITH
2621 GOLDENROD ST
SARASOTA, FL 34239

JUDITH MICHNOFF
CGM IRA ROLLOVER CUSTODIAN
20090 BOCA WEST DR
APT 354
BOCA RATON, FL 33434-5235

JUDITH MICHNOFF TTEE
FBO JUDITH MICHNOFF REV TRUST
U/A/D 08/18/93
20090 BOCA WEST DR APT 354
BOCA RATON, FL 33434-5235

JUDITH MOOMEY
4274 RIVER OAKS DR
FLORISSANT, MO 63034

JUDITH N MAGIDAY
5225 POOKS HILL RD
#704 N
BETHESDA, MD 20814-2039

JUDITH P PERKINS IRA
FCC AS CUSTODIAN
5031 OAK TRAIL DRIVE
DUNWOODY, GA 30338-4029

JUDITH P VAN AMBURGH
WAYNE V VAN AMBURGH
2 MANN DR
CASTLETON, NY 12033

JUDITH PAMELA SMITH
1321 SERPENTINE DR S
ST PETERSBURG, FL 33705

JUDITH PAMELA SMITH
308 E OHIO AVE
GUNNISON, CO 81230

JUDITH PFISTER
11 SHADY BROOK CT
HILLSBOROUGH, NJ 08844-1228

JUDITH R. GOODHUE
237 MT HOLLY ROAD
KATONAH, NY 10536

JUDITH ROSEN
130 E 18 ST
APT 8T
N Y C, NY 10003

JUDITH S EICHELBAUM
SCOTT & STRINGFELLOW
500 E MAIN ST STE 300
NORFOLK, VA 23510

JUDITH SAUNDERS
1930 SW BRADFORD PL
PALM CITY, FL 34990

JUDITH SHACKLETT AND
JOANN I. WHITE JTWROS
38025 CIRCLE DR.
HARRISON TOWNSHIP, MI 48045-2814

JUDITH SMOLEN
24 NORTH WOOD LN
WOODMERE, NY 11598

JUDITH WEBBER
4091 LAKESHORE DRIVE
GLADWIN, MI 48624

JUDSON H SALTER JR
302 OVERLOOK DR
OPELIKA, AL 36801

JUDSON H SALTER JR
302 OVERLOOK DR
OPELIKA, AL 36801

JUDSON H SALTER JR IRA
JUDSON H SALTER JR
302 OVERLOOK DR
OPELIKA, AL 36801

JUDSON L GALLAHAN JR & RUTH E GALLAHAN
300 INTERNATIONAL CIRCLE UNIT T-25
COCKEYSVILLE, MD 21030

JUDY A ENGEL TRUST
DENNIS J ENGEL TRUSTEE
11600 CEDARVIEW DR
CINCINNATI, OH 45249

JUDY A FURRY
139 77TH ST
NIAGARA FALLS, NY 14304

JUDY A STRINGER & PEL STRINGER
BY JUDY STRINGER
6022 E 55TH ST
TULSA, OK 74135-7731

JUDY B GREENWELL AND H RONALD GREENWELL
JUDY B GREENWELL
H RONALD GREENWELL
3332 ROBIN RD
LOUISVILLE, KY 40213-1336

JUDY B NOLTE & KENNETH C NOLTE JTWROS
4513 ROSEDALE AVE
AUSTIN, TX 78756-3027

JUDY C WALDROP
2426 HIDDEN LN
SNELLVILLE, GA 30078-3843

JUDY HARDY
16526 GREENLY ST
HOLLAND, MI 49424

JUDY J PRITCHARD
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
204 37TH AVE N APT 309
SAINT PETERSBURG, FL 33704-1416

JUDY J PRITCHARD & C CLAYTON PRITCHARD
JT TEN
204 37TH AVE N APT 309
SAINT PETERSBURG, FL 33704-1416

JUDY KOLKER REV LIV TRUST
JUDY & STANLEY KOLKER TTEES
U/A DTD 12/13/1995
259 PRINCE TOWNE DR
SAINT LOUIS, MO 63141-6638

JUDY LYNN SAMPSON AND
ROY NEAL SAMPSON
JT TEN WROS
1200 OLD ZION CHURCH RD
WOODBURN, KY 42170-8619

JUDY MARMO
4218 OCEAN AVENUE
BROOKLYN, NY 11235

JUDY MEADOWS TRUST U/A/D 5/1/1995
JUDY MEADOWS
970 N PLANO
PORTERVILLE, LA 93257

JUDY MOEBUS ECKROTH
208 HIGH ST
HACKETSTOWN, NJ 07840

JUDY SEMERAD
320 S 2ND ST APT F
BISMARCK, MD 58504

JUDY WALKER NALDA
JUDY WALKER NALDA FAMILY TR
4231 KEKUANAOA LN
PRINCEVILLE, HI 96722-5105

JUDY WEBSTER
2128 S OSAGE AVE
BARTLESVILLE, OK 74003

JUDY WEBSTER
2128 S OSAGE AVE
BARTLESVILLE, OK 74003

JUDY Y JANG
CHARLES SCHWAB & CO INC CUST
ROTH CONVERSION IRA
2273 MONUMENT DR
LINCOLN, CA 95648-8220

JUERGEN BRANDES
TRELER BERG 6 B
21244 BUCHHOLZ/NORDHEIDE GERMANY

JULES COVEN IRA
FCC AS CUSTODIAN
21 MONROE PL
STATEN ISLAND, NY 10314-6913

JULES E COVEN
CHARLES SCHWAB & CO INC CUST
JULES COVEN MONEY PURCHASE
KEOGH PLAN
21 MONROE PL
STATEN ISLAND, NY 10314-6913

JULES L GLADSTONE
14 ABERDEEN WAY
MONROE TOWNSHIP, NJ 08831

JULES LASNER & ANITA LASNER
TR UA 01-24-90 JULES & ANITA LASNER
FAMILY REV TRUST
715 HILLSIDE CROSSING
POMPTON PLAINS, NJ 07444

JULES W BRESLOW
C/O JULES W BRESLOW TRUSTEE
7352 CREEKVIEW
W BLOOMFIELD, MI 48322-3514

JULES W BRESLOW
CGM IRA ROLLOVER CUSTODIAN
FBO JUDITH R BRESLOW
7352 CREEKVIEW
W BLOOMFIELD, MI 48322-3514

JULIA A RADMAN TTEE
JULIA A RADMAN TR UAD 7/30/99
GULF COAST VILLAGE
1333 SANTA BARBARA APT 221
CAPE CORAL, FL 33991-2829

JULIA A VERMILLION
6 WINCANTON LN
BELLA VISTA, AR 72715-2304

JULIA B MADEIRA
8325 FLOURTOWN AVE
WYNDMOOR, PA 19038

JULIA B REAVES TTEE
JULIA B. REAVES REVOCABLE TRUST
U/A DTD 03/22/1999
939 KNOLLWOOD VILLAGE
SOUTHERN PINES, NC 28387-3035

JULIA C EISNER
7311 NICHOLS RD
NICHOLS HILLS, OK 73120

JULIA C NAPPI
163-35 98TH ST
HOWARD BEACH, NY 11414

JULIA D VEGA
1566 WALNUT ST
CLEARWATER, FL 33755

JULIA E BERGOLD
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
605 S CHERRY LN
FT HEIGHTS, UT 84037-2711

JULIA GRANGER
4600 XENE LANE NORTH
PLYMOUTH, MN 55446

JULIA H DEAHL
TOD REGISTRATION
50822 MERCURY DR
GRANGER, IN 46530-9795

JULIA HANCOCK
LAKE SIDE ASSISTED LIVING
1109 S. SCHUMAKER DR.
APT. 211
SALISBURY, MD 21804

JULIA HANCOCK
LAKE SIDE ASSISTED LIVING
1109 S. SCHUMAKER DR.
APT. 211
SALISBURY, MD 21804

JULIA HANCOCK
LAKE SIDE ASSISTED LIVING
1109 S. SCHUMAKER DR.
APT. 211
SALISBURY, MD 21804

JULIA KOOPMAN
CGM IRA CUSTODIAN
51 MELWOOD DR
ROCHESTER, NY 14626

JULIA KOOPMAN
CGM IRA CUSTODIAN
51 MELWOOD DRIVE
ROCHESTER, NY 14626-4278

JULIA M CZEK GRANTER TR
JULIA M CZEK TTEE
8300 SHADY LANE
BROADVIEW HTS, OH 44147

JULIA M CZEK TR
JOHN M CZEK FAMILY TRUST
8300 SHADY LN
BROADVIEW HTS, OH 44147

JULIA M PARKINSON
4533 N HIRSCHBERG CT
SCHILLER PARK, IL 60176

JULIA M SALAS TTEE
SALAS FAMILY TRUST
U/A DTD 06/17/2000
170 GRAND STREET
REDWOOD CITY, CA 94062-1632

JULIA M TUCKER
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
25 BARRINGTON PLACE
MELVILLE, NY 11747-4015

JULIA MAYER
HENRY M MAYER
3200 PARK AVE UNIT 8B2
BRIDGEPORT, CT 06604-1137

JULIA MURAD
6061 DILBECK LN
DALLAS, TX 75240-5350

JULIA O. DALLA GIACOMA
C/O D. PALILLA
3706 LAKEPOINTE WAY
BONITA SPRINGS, FL 34134

JULIA PERSON
2709 WESTLOCK DR
WILMINGTON, DE 19808

JULIA S ERICKSON TTEE F/T
JULIA S ERICKSON TRUST DTD 7/10/92
1188 NE 27TH
#129
BEND, OR 97701-7228

JULIA SANDERS
C/O JULIA S SANDERS
1181 EUNA VISTA DR
HOLLAND, MI 49423-6667

JULIA U CHIU TTEE
OF THE CHIU FAMILY TRUST
DTD 6-12-89
637 CARMELITA PLACE
MONTEBELLO, CA 90640-5504

JULIA WILLIAMS & BARBARA WILLIAMS &
SAMUEL B WILLIAMS JT TEN
409 17TH AVE
SOUTH BELMAR, NJ 07719-3037

JULIAN P KORNFELD
4100 PERIMETER CENTER DR
STE 150
OKLAHOMA CITY, OK 73112

JULIAN S OSINSKI
216 HIGHLAND TER
WOODSIDE, CA 94062

JULIANNE C AMIDON
1422 OLD PEACHLAND RD
MARSHVILLE, NC 28103

JULIE A GARVEY
1250 AUDUBON RD
GROSSE POINTE PARK, MI 48230

JULIE A TYCZYNSKI
191 COTTONWOOD DR
WILLIAMSVILLE, NY 14221

JULIE ARNSDORF
3853 ORCHID LANE N
PLYMOUTH, MN 55446-3232

JULIE DAVIS
249 WEBSTER ST
EAST BOSTON, MA 02128

JULIE GREGG
610 SURREY LN
SIOUX CITY, IA 51106

JULIE M FOTOS
760 W END AVE APT 4A
NEW YORK, NY 10025-5525

JULIE P BISHOP
JULIE P BISHOP TRUST DTD 08/16/95
JULIE P BISIHP & DONALD C BISHOP & THEIR SUCCESSORS
AS TRUSTEES
30 TAIMADGE HILL RD
DARIEN, CT 06820-2125

JULIE SIMMONS
40 CHURCH HILL RD
HENRIETTA, NY 14467-9711

JULIE ZINCK
18618 BROOKWOOD FOREST
SAN ANTONIO, TX 78258

JULIE ZINCK
18618 BROOKWOOD FOREST
SAN ANTONIO, TX 78258

JULIEANN EBAUGH
AMERIPRISE FINANCIAL SERVICES INC
401 FRANKLIN AVE STE 101
GARDEN CITY, NY 11530

JULIEN G SOURWINE TRADITIONAL IRA
13400 ROSE MEADOW COURT
RENO, NV 89511-5920

JULIEN G SOURWINE TRUSTEE
SOURWINE DECEDENT'S TRUST DTD 4-19-2000
4950 KIETZKE LN
STE 302
RENO, NV 89509-6555

JULIETTE CORRIE
17 GARDEN ST
GARDEN CITY, NY 11530-6222

JULIETTE KING WATKINS (IRA)
FCC AS CUSTODIAN
1084 LA REINA DRIVE
LAKE SAN MARCOS, CA 92078-1347

JULIETTE S. HASSAN TTEE
935 VAUXHALL ST. EXT
QUAKER HILL, CT 06375

JULIO A OCHOAZEPEDA
ATTN  ALBERTO ESCURRIDO
PO BOX 432282
SAN DIEGO, CA 92143-2282

JULIUS D RINGELHEIM
84-01 MAIN ST APT 610
BRIARWOOD, NY 11436

JULIUS D RINGELHEIM
84-01 MAIN ST APT 610
BRIARWOOD, NY 11436

JULIUS D RINGELHEIM
84-01 MAIN STREET, APT 610
BRIARWOOD, NY 11436

JULIUS FELDMAN AND
HANNAH FELDMAN JTWROS
71-50 169TH STREET
FLUSHING, NY 11365-3347

JULIUS J BAILEY
1120 W MASTER ST
PHILADELPHIA, PA 19122-4114

JULIUS SCHECHTMAN TRUST
C/O BETTY LOU STALLMANN
5143 E JANICE WAY
SCOTTSDALE, AZ 85254-2234

JULIUS W LODGEK  ACCT 8782-0106
RUTH L LODGEK
9 RIVER PARK DR N GRAND HAVEN
PALM COAST, FL 32137

JUNE C HUNTER
16631 SANDY FORD RD
CHESTERFIELD, VA 23838

JUNE C KELLY
TOD REGISTRATION
460 PRESTWICK COURT
MELBOURNE, FL 32940-1876

JUNE E SPANIOL TTEE O/T
JUNE E SPANIOL REV TR
DATED 05-15-92
8989 EAST ESCALANTE ROAD #42
TUCSON, AZ 85730-2830

JUNE I BENT TRUST
SOUTHERN MICHIGAN BANK & TRUST
PO BOX 407
1200 N MAIN ST
THREE RIVERS, MI 49093

JUNE M & IRVING F LIEBERMAN
7819 W DAVIS
MORTON GROVE, IL 60053-1818

JUNE M FORNANDER TTEE
FBO THOMAS E FORNANDER & JUNE M
FORNANDER REV LIV TRST DTD 12/2/98
1729 MESA GRANDE RD
ESCONDIDO, CA 92029-4206

JUNE M GAHAGAN
301 BIRD AVE
NATCHITOCHES, LA 71457-5217

JUNE M LIEBERMAN
7819 W DAVIS ST
MORTON GROVE, IL 60053

JUNE M LIEBERMAN AND
IRVING LIEBERMAN JTWROS
7819 W DAVIS ST
MORTON GROVE, IL 60053-1818

JUNE M PIVARNIK
246 HEMINGWAY LOOP
FOLEY, AL 36535

JUNE MIEROP & JACOB MIEROP JR
221 DEWEY AVE
TOTAWA BORU, NJ 07512

JUNE P BILEK
JUNE BILEK
4134 ARBOR LANE
EAGAN, MN 55122-2894

JUNE P NELSON REV TRUST JUNE P NELSON TTEE
JUNE P NELSON REVOCABLE TRUST UAD 07/21/99
JUNE P NELSON TTEE
1630 WATSON AVENUE
SAINT PAUL, MN 55116-1430

JUNE S SATTLER
5403 OAK PARK AVE
ENCINO, CA 91316-2629

JUNE SCHALLER IRA
242 MARIAH CT
MERRITT ISLD, FL 32953

JUNE Y REAGAN (IRA)
FCC AS CUSTODIAN
6322 CHAPMAN AVENUE
GARDEN GROVE, CA 92845-1720

JUNE, RAYMOND C
8999 E COLE RD
DURAND, MI 48429-9477

JURGEN HEINZ STRASSER
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
3312 LAS HUERTAS RD
LAFAYETTE, CA 94549-5109

JÜRGEN HOFMANN
ERNST-KIRCHNER-STR. 81
D-73760 OSTFILDERN

JUSTIN L KAWALER
STEVEN D KAWALER
FOSTER KAWALER
1901 S ROOSEVELT BLVD APT 308E
KEY WEST, FL 33040-5249

JUSTIN REGAN
33 HILLSIDE TERRACE
IRVINGTON, NY 10533-2002

JUSTINE A DIRIENZO
207 BELVIDERE AVENUE
FANWOOD, NJ 07023

JV MACNAUGHTON
84 HOPE ST
HARRISONBURG, VA 22801-2708

K A SWANSON & B G SWANSON CO-TTEE
SWANSON FAMILY REVOCABLE 1996 TRUST
U/A DTD 10/16/1996
12725 MEADOW GREEN RD
LA MIRADA, CA 90638-2638

K ASKLAND
2107 4TH STREET SE
AUSTIN, MN 55912-6121

K DEAN HUDSON
1833 DEERFIELD DR
MORTON, IL 61550

K GORDON PURYEAR &
MARY C PURYEAR JTWROS
1100 BOULDIN AVE
AUSTIN, TX 78704-2326

K KYLE GEARHART
801 STANTON AVE
TERRACE PARK, OH 45174-1251

K LOHNBERG & C HEINRICH CO-TTEE
CAROLINE HEINRICH REV LIV TRUST U/A
DTD 04/15/1997
7525 NORTH DESERT TREE DRIVE
TUCSON, AZ 85704-7007

K N JEFFERDS & E JEFFERDS CO-TTEE
THE JEFFERDS U/T/A DTD 06/02/2004
22 LENOX ROAD
KENSINGTON, CA 94707-1332

K NORRIS & D NORRIS TTEE
NORRIS FAMILY REVOCABLE TRUST
U/A DTD 01/20/2004
60 HIGH MEADOWS DR
CANDLER, NC 28715-9449

K R BLAIR & C L BLAIR CO-TTEE
BLAIR-CASSIDY TRUST  U/A
DATED 07/01/2002
19027 N AZTEC POINT DR
SURPRISE, AZ 85387

K SELIGMAN & L SELIGMAN CO-TTEE
C/O K SELIGMAN
1955 N HONORE AVE APT B204
SARASOTA, FL 34235-9198

K VAN GILS & E VAN GILS TTEE
VAN GILS FAMILY TRUST
U/A DTD 09/11/2003
5015 NIGHTHAWK WAY
OCEANSIDE, CA 92056-5444

K. KRAMER, B. KRAMER TTEES
K & K CREATIVE MARKETING, INC.
401 (K) PROFIT SHARING PLAN
FBO KERRI KRAMER
389 FIFTH AVENUE, STE. 1010
NEW YORK, NY 10016-3351

KA CHEUNG YEUNG
16A, BLOCK 9
WONDERLAND VILLAS
KWAI CHUNG, HONG KONG, CHINA

KACHEG TOPALIAN
ANNA A TOPALIAN JTWROS
2200 S OCEAN BLVD. #206
DELRAY BEACH, FL 33483-6417

KAFKA REV TRUST/T TOBY KAFKA TTEE
C/O T TOBY KAFKA
8755 SILK BAY PL
ORLANDO, FL 32827

KALLIE E WILE & DOUGLAS P WILE
JT WROS
4511 YELLOWHAMMER DR
WESTERVILLE, OH 43081

KALLIRROI MANETA
MARIOS MANETAS KLEOMENIS MANETAS ALEXANDROS MANETAS
7 ETH ANTISTASEOS N PEDELI
ATHENS 15236 GREECE

KAM B JUE
1075 VINTAGE DRIVE
RIO VISTA, CA 94571

KAMEL INVESTMENT - R S HADDAD
ATTN: RS HADDAD
KAMEL INV CO
606 N SAGINAW
LAPEER, MI 48446

KAMLABEN AND RAOJIBHAI PATEL FAMILY FOUNDATION
INVERNESS COUNSEL, INC
C/O HENRY P RENARD
845 THIRD AVE 8TH FLOOR
NEW YORK, NY 10022

KAMRAN F SHADAN
601 CALIFORNIA STREET
5TH FLOOR
SAN FRANCISCO, CA 94108

KANU PATEL & MINA K PATEL
42 QUAKER STREET
MARLTON, NJ 08053

KAREN A CEJA & ANASTACIO CEJA
11610 ROAD 296 APT X
PORTERVILLE, CA 93257-9657

KAREN A DAVIDSON
532 TREASURE LAKE
DUBOIS, PA 15801

KAREN A GUISLER
PO BOX 4187
HAILEY, ID 83333

KAREN A LABOSKY
TOD DTD 12/23/2008
8 WEST AVENUE
ELYSBURG, PA 17824-9458

KAREN A LEONHARD
1855 RATHMOR
BLOOMFIELD HILLS, MI 48304

KAREN A THORNTON
PO BOX 545
ZOAR, OH 44697

KAREN A VIGORITO
1550 FOX HOLLOW TR
KNOXVILLE, TN 37923

KAREN BARCHAS
CGM IRA ROLLOVER CUSTODIAN
2709 10TH ST UNIT C
BERKELEY, CA 94710-2608

KAREN BASSO
PO BOX 5933
FRESNO, CA 93755-5933

KAREN C ZODY
6131 SUSIE AYERS RD
NASHVILLE, IN 47448-9099

KAREN C. DENT BENE IRA
CAROLE CECIL (DECD)
FCC AS CUSTODIAN
9520 POWDERHORN LN
BALTIMORE, MD 21234-1030

KAREN CASCI
5115 ACADIA
LAS CRUCES, NM 88011-7623

KAREN DUNNINGTON (IRA)
KAREN DUNNINGTON
102 PENDRAGON WAY
MANTUA, NJ 08051

KAREN E CHECK
637 SHAW AVE
MC KEESPORT, PA 15132-2328

KAREN E KLIX LIVING TRUST
KAREN KLIX
PO BOX 80885
ROCHESTER, MI 48308

KAREN F DARLING
110 MATTHEW DR
BEAR, DE 19701-1885

KAREN FEIGENBAUM
7236 MANDARIN DR
BOCA RATON, FL 33433-7414

KAREN GOLUB KELLY
LINDA GOLUB
202 DRAKES DRUM DR
BRYN MAWR, PA 19010

KAREN J MARKHAM
6550 LAKE SHORE RD
DERBY, NY 14047

KAREN K HALFMANN
CGM IRA ROLLOVER CUSTODIAN
8361 LINCOLN ST
LEMON GROVE, CA 91945-2628

KAREN K HATFIELD
918 N ELM
BELLE PLAINE, KS 67013

KAREN K HOSEA
2719 NE 152ND AVE
VANCOUVER, WA 98684-7888

KAREN K SUSSMAN
384 CALLAWAY COURT
LINFIELD, PA 19468

KAREN KAPLAN
620 RUINS CREEK RD
SCOTTS VALLEY, CA 95066-3027

KAREN L HUGILL
13554 ISLA VISTA DR
JACKSONVILLE, FL 32224-6020

KAREN L KLINGON
PO BOX 843
LENOX HILL STATION
NEW YORK, NY 10021

KAREN L WATSON
2332 BIG ROCK RD
ALLISON PARK, PA 15101-2119

KAREN L WHITE
2058 EAST LAGO GRANDE BAY
FT MOHAVE, AZ 86426

KAREN MARIE SMITH
1896 OMNI BLVD
MT PLEASANT, SC 29466-8859

KAREN OLEYNIK TRUST
JOHN L OLEYNIK TTEE
U/A DTD 08/28/2000
17454 HERRICK ST
ALLEN PARK, MI 48101

KAREN PRATT
3130 W 57TH ST #311
SIOUX FALLS, SD 57108

KAREN RAE SCHERBING-LUNDGREN
751 N SWAIN ST
REDWOOD FALLS, MN 56283

KAREN ROSENBERG WILLIAMS
BY GLORIA ROSENBERG
BRIAN HARRIS WILLIAMS TRUST
40 WEDGEWOOD DR
MONTVILLE, NJ 07045-9054

KAREN ROSENBERG WILLIAMS
JEFFREY R WILLIAMS TRUST
40 WEDGEWOOD DR
MONTVILLE, NJ 07045-9054

KAREN ROSENBERG WILLIAMS
RACHEL CELIA WILLIAMS TRUST
40 WEDGEWOOD DR
MONTVILLE, NJ 07045-9054

KAREN S MCDANIEL
7831 WINONA CT
ANNANDALE, VA 22003

KAREN TARACKS
1864 N KENWYCK
YPSILANTI, MI 48198

KAREN WRETZEL
TOD DTD 10-14-05
10493 MATEO COURT
BOCA RATON, FL 33498-6734

KARIN M FRIEDL
13744 CHARISMATIC WAY
GAINESVILLE, VA 20155

KARIN M FRIEDL
13744 CHARISMATIC WAY
GAINESVILLE, VA 20155

KARIN RUDOLPH
VIA GEVI SNC
01027 MONTEFIASCONE (VT) ITALY

KARIN SCHAD
153 SEAMAN NK RD
DIX HILLS, NY 11746

KARL AND MARIA AUERBACH JTTEN
823 W ARDUSSI
FRANKENMUTH, MI 48734

KARL CSAKY & EVA CSAKY
4409 SOUTHERN AVE
DALLAS, TX 75205

KARL E EARL AND RUTHANN EARL
201 RIDGE POINT ROAD
EASLEY, SC 29640

KARL E EARL AND RUTHANN EARL
201 RIDGE POINT ROAD
EASLEY, SC 29640

KARL H & MARY LOU WEINGART
TOD DTD 05/08/2009
5019 GOODYEAR DR
DAYTON, OH 45406-1133

KARL H HOEPPNER IRA
815 S GARFIELD
PIERRE, SD 57501

KARL J LORENZO
1485 ABALONE AVE.
HERNANDO, FL 34442-3303

KARL MÜLLER
HAUPTPLATZ 34
2191 GAWEINSTAL AUSTRIA

KARL S. & DIANA KILPELA
2510 BIRCH HARBOR
WEST BLOOMFIELD, MI 48324

KARL SPIEGL
LANDHAUSSTR 35
D-71134 AIDLINGEN GERMANY

KARL WEISSE
12340 SEAL BEACH BLVD
SEAL BEACH, CA 90740-2792

KARLA G SANCHEZ
63 E 9TH ST APT 120
NEW YORK, NY 10003-6336

KARLA S BEARD
2550 US 62 NE
WASHINGTON CH, OH 43160

KARL-WILHELM MEYER
ALBERT-SCHWEITZER-STR.14
55270 ZORNHEIM GERMANY

KARLYNN K ESPELAND
721 AVENIDA AZOR
SAN CLEMENTE, CA 92673-5673

KARN S SCHMIDT
18702 FM 3341
TROUP, TX 75789

KARN SCOTT & JENNIFER I SCHMIT
18702 FM 3341
TROUP, TX 75789

KAROL J CHACHO MD
4699 MAIN STREET
BRIDGEPORT, CT 06606

KAROL PILARCZYK IRA R/O
FCC AS CUSTODIAN
POA IAN PILARCZYK
37 GRANVILLE RD #3
CAMBRIDGE, MA 02138-6806

KAROLYN KAY KIMBALL TTEE
LEONARD DALE KIMBALL UNIFIED
CREDIT TRUST DTD 02/22/94
BENE OF LEONARD D KIMBALL IRA
952 CHAD WAY
ROCKWALL, TX 75087-2278

KAROLYN PRIBULA
1465 E LEE COURT
LAKEWOOD, CO 80232

KARTEN ELLEN
58 GRACE AVENUE, APT 1C
GREAT NECK, NY 11021

KÄTE BEEKER
VAUTIERSTRASSE 89
D-40235 DUSSELDORF  GERMANY

KATE GRINNELL
8903 LAKEWOOD RD
STANWOOD, WA 98292

KATHARINE D WEAVER TTEE
WEAVER FAMILY TRUST U/A
DTD 05/21/1990
1573 N HICKORY RD APT 8
OWOSSO, MI 48867-9490

KATHERINE A MEYER
5319 LLOYD ST
SEFFNER, FL 33584

KATHERINE ANN BOWLER
C/F ERIN ELIZABETH BOWLER UTMA/IL
5646 W WILSON AVE
CHICAGO, IL 60630-3316

KATHERINE ANN BOWLER C/F
MICHAELA ANN BOWLER UTMA/IL
5646 W WILSON AVE
CHICAGO, IL 60630

KATHERINE E ZUCKERMAN
317 100TH ST APT 6F
BROOKLYN, NY 11209

KATHERINE FORD
NORA FORD
4623 AVENUE I
BROOKLYN, NY 11236

KATHERINE GALLUCCI (TOD)
114 HILLSIDE RD
POUGHQUAQ, NY 12570

KATHERINE GALLUCCI IRA
114 HILLSIDE RD
POUGHQUAO, NY 12570

KATHERINE GALLUCCI IRA
114 HILLSIDE RD
POUGHQUAO, NY 12570

KATHERINE H FAIR
PEA 20 MAIN ST MSC 81331
EXETER, NH 03833

KATHERINE H PIERCE
20 SW 101ST COURT
GAINESVILLE, FL 32607-1371

KATHERINE I SWEENEY
PO BOX 949
SAG HARBOR, NY 11963-0949

KATHERINE L. HOWE
730 W TAMARISK ST
LOUISVILLE, CO 80027

KATHERINE M STROUD IRA
KATHERINE M STROUD
5215 ROOSEVELT STREET
BETHESDA, MD 20814-1429

KATHERINE MCCRACKEN
920 NEVILLE
JONESBORO, AR 72401

KATHERINE O DINLEY
C/O CUSICK LEYMARIE DECARO & LONG PC
ATTN  EDWARD LEYMARIE JR ESQUIRE
423 SIXTH ST
ELLWOOD CITY, PA 16117

KATHERINE RAPTIS (IRA)
FCC AS CUSTODIAN
1416 WOODLAWN
ROYAL OAK, MI 48073-5626

KATHERINE SHAUGHNESSY
1630 PARK AVE
RICHMOND, VA 23220

KATHERINE T PETROSKY TTEE
KATHERINE T PETROSKY REV LIVING TR
U/A DTD 08/12/2002
2749 NE 34TH STREET
FT LAUDERDALE, FL 33306-1519

KATHERN ANN DENNIS REVOCABLE TRUST U/A
DTD 04/21/04 KATHERN A DENNIS TTEE
23007 KESTREL DRIVE
BRISTOL, VA 24202-5081

KATHERYN R GOODYEAR
1001 W EAU GALLIE BLVD
APT 132
MELBOURNE, FL 32935-5806

KATHERYNE S WORD
BROADWAY PLAZA
5301 BRYANT IRVIN ROAD
APT 237
FT. WORTH, TX 76132-4030

KATHERYNE WORD & EDWIN C
WORD JR & KATHY SEGLER
TTEE U/W EDWIN C WORD
BROADWAY PLAZA APT 237
5301 BRYANT IRVIN RD
FT WORTH, TX 76132-4028

KATHIE WOLK
11435 BAY DR
LITTLE RIVER, SC 29566

KATHLEEN A PASTRONE & JAMES A PASTRONE JT TEN
4155 RENNELLWOOD WAY
PLEASANTON, CA 94566-4723

KATHLEEN A SPOONER
12703 W RIVERVIEW CT
HUNTLEY, IL 60142

KATHLEEN A TELEHOWSKI
18695 COUNTRY CLUB CIR
RIVERVIEW, MI 48193-8151

KATHLEEN A TURNER
8009 RED JACKET WAY
JESSUP, MD 20794

KATHLEEN A WILSON &
LOUIS B WILSON JT TEN
17257 109TH RD
MCALPIN, FL 32062-2401

KATHLEEN ANN GUNDY & PAUL E VALENTINO JTWROS
1319 S FERNANDEZ AVE
ARLINGTON HEIGHTS, IL 60005-3543

KATHLEEN BAGGETT
4591 LENORA DR
GARDENDALE, AL 35071-4603

KATHLEEN BOYLE
19 VIA DE CASAS SO #204
BOCA RATON, FL 33426

KATHLEEN COLABELLA
143 DUCHESS LANE
BRICK, NJ 08724-3870

KATHLEEN D BETZ
9924 NW 6 COURT
PLANTATION, FL 33324

KATHLEEN D MCELVEEN AND PINCKNEY T MCELVEEN, JR
1607 WEST BUCHANAN DR
COLUMBIA, SC 29206-2848

KATHLEEN ELLIOTT &
CRAIG ELLIOTT JT WROS
822 CORNERS CT
LAKE ORION, MI 48362-3320

KATHLEEN F RAMBO 1999 TRUST
C/O JOHN H T RAMBO TRUSTEE
4511 S OCEAN BLVD
HIGHLAND BEACH, FL 33487-4226

KATHLEEN GEIB & WILLIAM GEIB
KATHLEEN GEIB
7 LINDSAY LANE
PETERSBURG, NJ 08270

KATHLEEN GUERRERO
4406 W 142ND ST
CRESTWOOD, IL 60445

KATHLEEN H STEJSKAL
C/O GERALDINE F STEJSKAL POA
108 POPLAR PL SE
AIKEN, SC 29803

KATHLEEN H. STUART
4300 W. RIVER PKWY #223
MINNEAPLOLIS, MN 55406

KATHLEEN I HULTQUIST
4442 SUNNYMEAD AVE
BURTON, MI 48519-1264

KATHLEEN I HULTQUIST
4442 SUNNYMEAD AVE
BURTON, MI 48519-1264

KATHLEEN J GANZI
5705 CRESTHAVEN LANE
TOLEDO, OH 43614

KATHLEEN J KUPFERER
522 BALLAS TRAILS
ST LOUIS, MO 63122-2142

KATHLEEN K & FREDERICK FUHR
KATHLEEN K FUHR AND FREDERICK FUHR TTEES
U/A 05/21/02 FUHR FAMILY TRUST
601 HIGH ST
CHARLOTTE, MI 48813

KATHLEEN L GLOBECK &
STEPHEN M GLOBECK JTWROS
522 BLOSSOM AVE
CAMPBELL, OH 44405-1435

KATHLEEN M CASEY
PO BOX 144
BELGRADE, MN 56312-0144

KATHLEEN M FRIEDRICKS
76 ELIZABETH ST
FLORAL PARK, NY 11001-2129

KATHLEEN M PAUL
1009 REDWING DR
COLUMBUS, IN 47203-1907

KATHLEEN MARY WAWRZYN TRUST
KATHLEEN MARY WAWRZYN
1207 INVERLIETH RD
LAKE FOREST, IL 60045

KATHLEEN MOGG INH IRA
BENE OF MARJORIE T MOGG
CHARLES SCHWAB & CO INC CUST
190 W RIVERGLEN DR
WORTHINGTON, OH 43085-3819

KATHLEEN MURPHY C/F MATTHEW WELLS
PO BOX 87
BOZEMAN, MT 59771

KATHLEEN PROUDLEY
37 SULKY DRIVE
PENETANGUISHENE, ONTARIO L9M 1J4 CANADA

KATHLEEN R DEEKS
602 INDEPENDENCE TRL
MORGANTON, NC 28655-5757

KATHLEEN R MADDEN TRUST
KATHLEEN R MADDEN TTEE
U/A DTD 11-15-95
60 BOARDWALK
PARK RIDGE, IL 60068

KATHRYN A BURG
1518 17TH AVE
SAN FRANCISCO, CA 94122-3405

KATHRYN BROY
660 WASHINGTON ST APT 10R
BOSTON, MA 02111

KATHRYN DOOR
DONALD SEEL & JANE SEEL JT TEN
53 GLENEAGLES RD
LIMERICK, PA 19468-4305

KATHRYN HILL
5911-19 AVE
SACRAMENTO, CA 95820

KATHRYN HORNYAN
140 E RIO SALADO PARKWAY #306
TEMPE, AZ 85281

KATHRYN HUMPHREY
7 SPRUCE COURT
OCEAN PINES, MD 21811

KATHRYN J WALLACE REV TR
KATHRYN J WALLACE AND ROBERT WALLACE
CO-TTEE
ACCT 8643-8632

KATHRYN L MATTOX IRA
JUDITH A SWEENEY (BENE IRA)
KATHRYN L MATTOX (DECEDENT)
FCC AS CUSTODIAN
444 CECILIAN TERRACE
DANVILLE, KY 40422

KATHRYN L SHILLOCK
SEPARATE PROPERTY ACCOUNT
5203 GRAYSTONE LN
HOUSTON, TX 77069-3319

KATHRYN M HOPKINS
1763 ROYAL OAKS DR N
APT F-309
BRADBURY, CA 91010

KATHRYN M MITCHELL
TOD SCOTT DOUGLAS MOE &
KARIN ELIZABETH UHLMANN
SUBJECT TO STA TOD RULES
3515 ODYSSEA CT
NORTH FT MYERS, FL 33917-7783

KATHRYN M PHIPPS REV LVNG TR
KATHRYN M PHIPPS TTE
1722 CASEY JONES COURT
CLEARWATER, FL 33765

KATHRYN M. BAKER
TOD ACCT
16136 MAY
ALLEN PARK, MI 48101

KATHRYN P BOHLEN
131 MONARCH DRIVE
AMHERST, NY 14226-1517

KATHRYN PFEIFFER, MATTHEW D PFEIFFER TTEES
C/O MATTHEW D PFEIFFER
800 SE 20TH AVE APT 602
DEERFIELD BEACH, FL 33441

KATHRYN ROUDEBUSH SHORTER
CGM SAR-SEP IRA CUSTODIAN
4830 N MERIDIAN STREET
INDIANAPOLIS, IN 46208-3542

KATHRYN TERRELL
4943 RALPH AVE
CINCINNATI, OH 45238

KATHRYN V BROY
660 WASHINGTON ST APT 10R
BOSTON, MA 02111-3222

KATHRYN W BAILEY AND
LINWOOD J WHITE JR JTTEN
909 MIDWAY LANE
SEAFORD, DE 19973-1125

KATHY B BONNELL
744 CLARENDON DR
NOBLESVILLE, IN 46062-8580

KATHY L BOGGS TTEE VIOLA MELARK REV TRUS  U/A 7-2-98
4316 CATHERINE DR
CRESTWOOD, KY 40014

KATHY S & GARY L CUPPY
812 RING AVE N
CANBY, MN 56220

KATHY SUE WILSON REV TRUST
KATHY SUE WILSON TRUSTEE
2470 N EAST DRIVE
TAWAS CITY, MI 48763

KATIKUTI E DUTT
ROTH CONVERSION ACCT
27124 WINGED ELM DRIVE
WESLEY CHAPEL, FL 33544

KATIKUTI E DUTT ROTH CONVERSION IRA
27124 WINGED ELM DR
WESLEY CHAPEL, FL 33544

KATRINA WONG
275 SQUAWBROOK RD
WYCKOFF, NJ 07841

KATY KIRSCHNER
424 NEAL ST
SCHAUMBURG, IL 60193-3038

KATY OOMRIGAR
6780 S DEPEW ST
LITTLETON, CO 80128-6836

KAY AND PHYLLIS WOLCOTT TTEES
KAY AND PHYLLIS WOLCOTT REV TR
8515 FRUIT FARM RD
BELVIDERE, IL 61008-9083

KAY C SCHWARTING
11700 MACKINAW RD
MACKINAW, IL 61755-9003

KAY L JENKINS REVOCABLE TRUST
KAY L JENKINS
1543 SE 12 COURT
FORT LAUDERDALE, FL 33316

KAY PETERMEYER IRA
FCC AS CUSTODIAN
178 GROVE AVE APT B
DES PLAINES, IL 60016-3534

KAY W DOWLING
600 HOLLOWAY ST
LEESBURG, AL 35983

KAY W FRACHER
1405 FOXBROOK LN
CHARLOTTESVILLE, VA 22901

KAYLA BASSETT
1679 MONTAGUE STREET
LEEDS, AL 35094

KAZI NAVARA
29-A CAMBRIDGE CIRCLE
MANCHESTER, NJ 08759

KC KOCHI
CGM IRA ROLLOVER CUSTODIAN
247 S ST ANDREWS PL
LOS ANGELES, CA 90004-5029

KEATING CHILDRENS TRUST
509 CANYON VISTA DR
THOUSAND OAKS, CA 91320

KEITH E COOK &
MARLENE K COOK JT TEN
927 NEW HARMONY DRIVE
INDIANAPOLIS, IN 46231-2544

KEITH E WALSTON IRA
FCC AS CUSTODIAN
68 FOREST DR
EAST ALTON, IL 62024-1640

KEITH GALANTI
275 WESTSIDE AVE
FREEPORT, NY 11520

KEITH J LAZARZ AND
SUSAN A LAZARZ JTWROS
5036 W 121 PLACE
ALSIP, IL 60803-3121

KEITH M HOSTETLER
CGM IRA CUSTODIAN
7847 NW 44TH STREET
GAINESVILLE, FL 32653-6105

KEITH MORROW & DARLENE JUNE MORROW
TTEE MORROW FAM TRUST
U/A DTD 12-8-89
8255 CAMINITO MODENA
LA JOLLA, CA 92037-2922

KEITH MORROW & DARLENE JUNE MORROW
TTEE MORROW FAM TRUST
U/A DTD 12-8-89
8255 CAMINITO MODENA
LA JOLLA, CA 92037-2922

KEITH MORROW & DARLENE JUNE MORROW
TTEE MORROW FAM TRUST, UA DTD 12-8-89
8255 CAMINITO MODENA
LA JOLLA, CA 92037-2922

KEITH O HOXENG
1082 FERGUSON RD
SEBASTOPOL, CA 95472-9630

KEITH R MIMS & JUDY A MIMS
635 COUNTY ROAD 114
RANDOLPH, AE 36792-4014

KEITH R SCHRAM
3300 N LAKE SHORE DR
16C
CHICAGO, IL 60657

KEITH STURDEVANT
ROGER EARL STURDEVANT TTEE
U/A/D 07/27/00
FBO HELEN STURDEVANT
30980 S MAXTON ROAD
DRUMMOND ISLAND, MI 49726-9516

KEITH STURDEVANT
ROGER EARL STURDEVANT TTEE
U/A/D 07/27/00
FBO KEITH STURDEVANT
30980 S MAXTON ROAD
DRUMMOND ISLAND, MI 49726-9516

KEITH W COLEMAN LEE B COLEMAN JT WRDS
KEITH WARD LEE B COLEMAN
3510 MONTGOMERY LN
PASCAGOULA, MS 39567

KEITH W OWEN IRA
FCC AS CUSTODIAN
1703 58TH AVE DR W
BRADENTON, FL 34207-3937

KELLER JR, MILLARD W
8325 PRINCETON RD
LIBERTY TOWNSHIP, OH 45044-9514

KELLY CRESSMAN &
VERNA KINDELBERGER JT TEN
503 N CHESTNUT ST
SCOTTDALE, PA 15683-1002

KELLY D MIMS &
KATRINA J MIMS
105 COUNTY ROAD 241
CLANTON, AL 35045-4933

KELLY RABIDEAU
3465 KATHLEEN LAKE DR
ORTONVILLE, MI 48462

KELTON FARRIS IRA
FCC AS CUSTODIAN
15726 S W 143RD STREET
ROSE HILL, KS 67133-8361

KELTON L FARRIS &
LINDA J FARRIS
JT TEN
15726 SOUTHWEST 143RD ST
ROSE HILL, KS 67133-8361

KEN & SUPA NASHIF
17329 64TH AVE W
LYNNWOOD, WA 98037

KEN AND LINDA THIEL 2002
FAMILY TRUST TR
LINDA L THIEL TTEE
U/A DTD 11/07/2002
2600 OAKHURST DR.
OAKDALE, CA 95361-2217

KEN HILL HEE
2 RIO WAY
RED BLUFF, CA 96030

KEN R DAVEY
8600 SKYLINE DR #1017
DALLAS, TX 75243

KENNETH & BERNICE HENDERSON
ATTN KENNETH HENDERSON
1675 SANDY HOOK RD
STRASBURG, VA 22657

KENNETH & DIANNA SADBERRY TTEE
SADBERRY FAMILY REVOCABLE TRUST 4/23/05
16485 STONECREST DR
CONROE, TX 77302

KENNETH & MARILEE FOOS
3981 AVE D UNIT 15
BILLINGS, MT 59102

KENNETH A BERRY
PO BOX 2018
KELLER, TX 78244

KENNETH A FORD
FBO KENNETH A FORD IRRA
5915 WOODRUFF AVE #1
LAKEWOOD, CA 90713-1141

KENNETH A FORD
KENNETH A FORD TTEE U/A DTD 04/04/1994
BY KENNETH A FORD
5915 WOODRUFF AVE APT 1
LAKEWOOD, CA 90713-1141

KENNETH A HAMMING TRUST
U/A/D 10/13/81
KENNETH A HAMMING TRUSTEE
24641 CHANCEL ST
HARRISON TWP, MI 48045-1902

KENNETH A LINDSTROM TTEE
5540 OTTAWATTAMIE DR
PENTWATER, MI 49449

KENNETH A POLLOCK TTEE
KENNETH POLLOCK REV TRUST
308 K ST
NELIGH, NE 68756

KENNETH B MASON
CHARLES SCHWAB & CO INC CUST
SEP-IRA
1153 FEARRINGTON POST
PITTSBORO, NC 27312-5014

KENNETH BLANKENHEIMER
47 LAMPED LOOP
STATEN ISLAND, NY 10314

KENNETH BURLEW
MARY ANNE BURLEW JTWROS
207 ENFIELD MAIN RD
ITHACA, NY 14850-9279

KENNETH BURLEW
MARY ANNE BURLEW JTWROS
207 ENFIELD MAIN RD
ITHACA, NY 14850-9279

KENNETH C KERN AND JANET M KERN JT WROS
51 BLOOMER RD
BREWSTER, NY 10509

KENNETH CHASE
1393 MANOR LANE
BAYSHORE, NY 11706

KENNETH CULVER
860 S CRESTVIEW CT
COTTONWOOD, AZ 86326

KENNETH D DEMERT &
MARY J DEMERT JT TEN
1512 CENTRAL AVE
CHARLOTTE, NC 28205

KENNETH D LADEROOT
170 NUTMEG DR
CABOT, AR 72023

KENNETH E & PATRICIA S BLAIR
C/O KENNETH E BLAIR
7973 EAGLE CREEK RD
CINCINNATI, OH 45247

KENNETH E BLAIR
7973 EAGLE CREEK RD
CINCINNATI, OH 45247

KENNETH E CAFFREY
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
7775 DUNDEE LANE
DELRAY BEACH, FL 33446

KENNETH E GOODIN TTEE
ANNA-LISE PEDERSEN CRA TRUST U/T/A
DTD 01/13/2003
201 CALIFORNIA STREET 17TH FLOOR
SAN FRANCISCO, CA 94111-5019

KENNETH E LAYNE
CGM IRA ROLLOVER CUSTODIAN
222 COFFEE RD
LYNCHBURG, VA 24503

KENNETH E LAYNE
CGM IRA ROLLOVER CUSTODIAN
222 COFFEE RD
LYNCHBURG, VA 24503

KENNETH E LIPE
4035 LIBERTY BLVD
WESTMONT, IL 60559

KENNETH E TRESSLER & LORRAINE M TRESSLER
2725 UNION ROAD
CEDAR FALLS, IA 50613

KENNETH E WINTER JR TRUSTEE
1104 LAKE AVE
PO BOX 5316
NORTH MUSKEGON, MI 49445

KENNETH EDWARD WOLF
CHARLES SCHWAB & CO INC.CUST
ROTH CONVERSION IRA
2020 N LINCOLN PARK WEST
APT 21H
CHICAGO, IL 60614-4729

KENNETH F REINERT
25639 BEECH CREEK DRIVE
SUN LAKES, AZ 85248

KENNETH G HUGGETT
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
63305 ASHBURY DR
WASHINGTON, MI 48095-2860

KENNETH H HUMMELL
14222 W 84TH TERRACE
LENEXA, KS 66215

KENNETH J ARTES
PO BOX 93
BLACK RIVER FALL, WI 54615

KENNETH J DAVIS TRUST
KENNETH/PRISCILLA DAVIS TTEES
U/A DTD NOV 10, 2006
12654 ELAINE DRIVE
SOUTHGATE, MI 48195-2341

KENNETH J FONTE
CGM IRA ROLLOVER CUSTODIAN
-SLPM-
5833 S MENARD AVE
CHICAGO, IL 60638-3733

KENNETH J FULLER & AUDREY J FULLER
JTWROS
P O BOX #3, 88 SPRINGER RD
BRIDGEPORT, NJ 08014-0003

KENNETH J LIGGETT
4057 ST HWY 152
RICHMOND, OH 43944

KENNETH J QUIRK
16 SYLVAN HILLS ROAD
LINN CREEK, MO 65052-2585

KENNETH JOE AVEY
PO BOX 145
MILLS, WY 82644

KENNETH L & SANDRA CARPENTER
C/O KENNETH L CARPENTER
2835 VALLEY VISTA WAY
OCEANSIDE, CA 92054

KENNETH L ALLEN
3723 E LAKE COURT
CENTENNIAL, CO 80121-3028

KENNETH L HARDIEK IRA
FCC AS CUSTODIAN
3131 GOLF CIRCLE
DANVILLE, IL 61832-1226

KENNETH L HUNKEL - CAROL J HUNKEL
13615 W BURLEIGH RD #2
BROOKFIELD, WI 53005

KENNETH L POPEJOY
524 WEST EVERGREEN
WHEATON, IL 60187

KENNETH LA FAVE
CGM IRA CUSTODIAN
4308 SO 26TH AVE
TULSA, OK 74107

KENNETH LEE
950 MASS AVE #204
CAMBRIDGE, MA 02139

KENNETH LEE
950 MASS AVE #204
CAMBRIDGE, MA 02139

KENNETH M BARRETT
PO BOX 748
DOYLINE, LA 71023-0748

KENNETH M FISHER
2018 EASTWOOD RIDGE DR
MOSELEY, VA 23120

KENNETH M WALD
2571 GUTHRIE AVE #137
DES MOINES, IA 50317

KENNETH MARTIN TTEE
VON GUNDEN FAMILY TRUST U/A
DTD 02/22/1994
P O BOX 7192
HEMET, CA 92545-0705

KENNETH MATKOVICH
639 VALENCIA DR
BOULDER CITY, NV 89005-1521

KENNETH MIKES
168 MARIE ST
PARKERSBURG, WV 26104

KENNETH N MACIZI
8 HESS CT
UPPER SADDLE RIVER, NJ 07458

KENNETH N MACRI
8 HESS COURT
UPPER SADDLE RIVER, NJ 07458

KENNETH N URDAHL / RUTH E URDAHL
907 9TH ST SW
JAMESTOWN, ND 58401-5104

KENNETH P ISLER
6521 E VIA LOS CABALLOS
PARADISE VALLEY, AZ 85253-1834

KENNETH P MATKOVICH
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
639 VALENCIA DR
BOULDER CITY, NV 89005

KENNETH P RENWORTH
3239 KEMPTON AVE #13
OAKLAND, CA 94611

KENNETH R BULL
232 SANDRA ROAD
WILMINGTON, DE 19803

KENNETH R DANIELCZYK
BARBARA J DANIELCZYK
138 LANCE DR
DES PLAINES, IL 60016-2626

KENNETH R HALL & JANICE E HALL
6227 N PONDEROSA WAY
PARKER, CO 80134

KENNETH R JOHNSON TTEE
FBO KENNETH R JOHNSON REV. TR.
U/A/D 02/03/04
6359 CYPRESS LANE
LANTANA, FL 33462-2034

KENNETH R REYNOLDS IRA
FCC AS CUSTODIAN
46 WOODLAKE TRAIL
MOUNT VERNON, OH 43050-8915

KENNETH R WALSH
129 AGAMENTICUS RD
OGUNQUIT, ME 03907

KENNETH R WALSH
129 AGAMENTICUS RD
OGUNQUIT, ME 03907

KENNETH R WYNN TTEE
AMW IRREVOCABLE TRUST U/DEC
DTD 02/17/1993
1316 ELK RIVER CIRCLE
LAS VEGAS, NV 89134-6361

KENNETH R WYNN TTEE
KENNETH R WYNN FAMILY TRUST U/DEC
DTD 02/20/1985
1316 ELK RIVER CIRCLE
LAS VEGAS, NV 89134-6361

KENNETH R. HILL
3200 S MT BAKER BLVD
SEATTLE, WA 98144-6144

KENNETH S DETRICK & SUZANNE B. DETRICK
C/O KENNETH S DETRICK
2 LAMATAN RD
NEWARK, DE 19711

KENNETH S DETRICK & SUZANNE B. DETRICK
JT TEN
2 LAMATAN ROAD
NEWARK, DE 19711-2316

KENNETH S NOCITO & HELEN C NOCITO
JT TEN
8550 TEUGEGA PT RD
ROME, NY 13440-7565

KENNETH SAMBER
7140 DEMEDICI CIR
DELRAY BEACH, FL 33446

KENNETH SARREL
23 DIANE DR
EAST HAMPTON, NY 11937

KENNETH SHERMAN
19900 MACARTHUR BLVD
11TH FLOOR
IRVINE, CA 92612-2445

KENNETH W COBB
273 BARTON MILL ROAD
CORBIN, KY 40701-2916

KENNETH W RICHMAN
12047 SOUTH ELK RUN - 5204
TRAVERSE CITY, MI 49684-7740

KENNETH WEBBER
906 CASEY COVE DR
NOKOMIS, FL 34275

KENNETH WILLIAMS
33070 BARLEY ST
LIVONIA, MI 48154

KENNETH WILSON AND
NANCY WILSON
292 RIVERSIDE DR
PORT REPUBLIC, NJ 08241

KENNETH YOUNG &
ROSEMARIE E YOUNG JT TEN
2304 ESTES AVE
CHICAGO, IL 60645-3406

KENNETH ZARECOR AS
GUARDIAN FOR HEATHER ZARECOR
672 MARSHALL COURT
GRAND JUNCTION, CO 81505

KENNING CONSULTANTS (BVI) LTD
WAI MING KIU
38 TAI TAM RD BLOCK 4
21/B
HONG KONG

KENT B BRUCE
1051 MARGATE CIRCLE W
LONDON, OH 43140

KENT GOODMAN
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
1853 WELLINGTON CT
HENDERSON, NV 89014-3833

KENT GOODMAN
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
1853 WELLINGTON CT
HENDERSON, NV 89014-3833

KENT HODDLE
& ISABELLA HODDLE JTWROS
4393 ALAMEDA DR
FREMONT, CA 94536-5702

KENT I PHILLIPS
10633 E HONEY MESQUITE DR
SCOTTSDALE, AZ 85262-0186

KENT M AND ALETHEA F VOSS JT
120 DELBRIDGE LN
FAIRFIELD GLADE, TN 38558

KENT R ARNOLDY
8449 CITADEL WAY
SACRAMENTO, CA 95826

KENT R ARNOLDY
9449 CITADEL WAY
SACRAMENTO, CA 95826

KENT SHOEMAKER
C/O CRAIG SHOEMAKER
118 DUCHESS COURT
JAMESTOWN, NC 27282

KERMIT A WALL FAMILY TRUST
2985 MARTIN ST
WALKERTOWN, NC 27051

KERMIT HEINRICH
7090 E MESCAL ST APT 119
SCOTTSDALE, AZ 85254-6121

KERMIT R MCNELY
11308 MCGHEE RD
APISON, TN 37302

KERRY G OSAKY TTEE FOR THE
GHATAN CHILDRENS TRUST DTD 8/6/84
1200 SHENANDOAH ROAD
SAN MARINO, CA 91108-1042

KERRY J RYAN
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
16639 BOBCAT CT
FORT MYERS, FL 33908-5325

KERRY MANUEL
C/O JAMES B JOINER CO PROF.
229 JACKSON STREET SUITE 135
ANOKA, MN 55303

KERSEY FAMILY TRUST
KENNETH & E N KERSEY TTEE
18224 LOS GATOS-ALMADEN RD
LOS GATOS, CA 95032

KEVIN B CALLIS &
LISA CALLIS JT TEN
10 PEBBLEBROOK COURT
BLOOMINGTON, IL 61705-6300

KEVIN CLARY &
LYNN CLARY TEN COM
591 DEMERY BLVD
SHREVEPORT, LA 71115-3648

KEVIN D INGALLS
17820 CADDY DRIVE
ROCKVILLE, MD 20855-1004

KEVIN E TALBOT
14026 COMFORT RD
MCCALL, ID 83638

KEVIN F WADE MD, TTEE
WADE PEDIATRICS PC PSP
KEVIN F WADE MD, TTEE
3505 W BROADWAY
MUSKOGEE, OK 74401

KEVIN G BOYLE SECURITIES INC
RETIREMENT FUND U/A 5/4/81
123 ECHO LANE
JUPITER, FL 33458

KEVIN H MOORE
11950 BAMMEL
SAN ANTONIO, TX 78213-1208

KEVIN L CLARY &
LYNN CLARY TEN COM
591 DEMERY BLVD
SHREVEPORT, LA 71115-3648

KEVIN L STOR
300 WINSTON DR APT 2511
CLIFFSIDE PARK, NJ 07010-3228

KEVIN L STOR AND MOLLY STOR
KEVIN L STOR
MOLLY STOR
JT TEN / WROS
300 WINSTON DR APT 2511
CLIFFSIDE PARK, NJ 07010-3228

KEVIN M NEMEC
2126 11TH AVE E
HIBBING, MN 55746

KEVIN P HANLEY
BOBBIE F HANLEY
3515 CORDOVA DR
CALABASAS, CA 91302-3061

KEVIN P HANLEY IRA
3515 CORDOVA DR
CALABASAS, CA 91302

KEVIN R DAVIS TTEE
819 ARGUELLO RD
SANTA BARBARA, CA 93103

KEVIN W SANTEE & VICKIE L SANTEE JT TEN WROS
8917 HADLEY PL
OVERLAND PARK, KS 66212

KEVIN WILSON
370 15TH ST
NORWOOD, NJ 07648

KEVSER APAYDIN REVOCABLE LVG TRUST
3017 LYNDHURST I
DEERFIELD BEACH, FL 33442-2262

KHALIL MASSAD
K MASSAD
1058 BETHLEHEM ST
HOUSTON, TX 77018-1415

KHURSHID CHANNAH
20 EAST 9TH STREET
APT 14-0
NEW YORK, NY 11003

KIHS FAMILY TRUST
R KIHS & S KIHS CO TTEES
UAD 06/11/03
32302 ALIPAZ ST SPC 102
SAN JUAN CAPO, CA 92675-4154

KIM A HATCHER & CYNTHIA M HATCHER
41 COATES LN
INDIANA, PA 15701

KIM W KEEZER
PO BOX 434
CONCHO, AZ 85924

KIMBER L KRAUL TTEE FOR THE
JOHN & PEGGY KRAUL LIVING TRUST U/A
DTD 12/27/1994
75 COURT STREET
QUINCY, CA 95971-9444

KIMBERLY A SHERDEN
59 LEDGERWOODS DR
AMELIA, OH 45102

KIMBERLY E TOMLINSON
5161 CIELO DEL RIO PL
EL PASO, TX 79932-2242

KIMBERLY J LENTZ
7229 E 100 N
WHITESTOWN, IN 46075-9300

KIMBERLY KOLLMEYER TTEE, JOYCE M BATCHELOR TRUST
1236 6TH ST APT D
ENTERA, CA 95501