UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK　　　)
　　　　　　　　　　　　) ss:
COUNTY OF SUFFOLK　　　)

I, Barbara Kelley Keane, being duly sworn, depose and state:

　　1.　　I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

　　2.　　Between August 19, 2010 and August 20, 2009, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors in the above-captioned case and pursuant to the **Notice of Debtors' Sixty-First Omnibus Objection to Claims [Docket No. 6671]**, I caused to be served a customized **Notice of Objection to Individual Debt Claims**, a copy of which is annexed hereto as Exhibit "A", upon each of the parties set forth in Exhibit "B" annexed hereto (affected parties) by depositing same in a sealed, postage paid envelope at a United States Post Office for delivery by the United States Postal Service via First Class Mail.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Barbara Kelley Keane
　　　　　　　　　　　　　　　　　　　　　　　　Barbara Kelley Keane

Sworn to before me this
24th day of August 2010


/s/ Eamon Mason_____
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Qualified in Manhattan County
Commission Expires: May 19, 2012

# EXHIBIT A

# EXHIBIT B