**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                    :        Chapter 11
                                                         :
**MOTORS LIQUIDATION COMPANY**, *et al.*,                :        **Case No. 09-50026 (REG)**
        f/k/a General Motors Corp., *et al.*,            :
                                                         :
        Debtors.                                         :        **(Jointly Administered)**
                                                         :
-------------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                       ) ss:
COUNTY OF SUFFOLK      )

I, Barbara Kelley Keane, being duly sworn, depose and state:

    1.      I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 105 Maxess Road, Melville, New York 11747.


    2.      Between August 19, 2010 and August 20, 2009, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors in the above-captioned case and pursuant to the **Notice of Debtors' Sixty-Ninth Omnibus Objection to Claims [Docket No. 6679]**, I caused to be served a customized **Notice of Objection to Individual Debt Claims**, a copy of which is annexed hereto as Exhibit "A", upon each of the parties set forth in Exhibit "B" annexed hereto (affected parties) by depositing same in a sealed, postage paid envelope at a United States Post Office for delivery by the United States Postal Service via First Class Mail.

                                                   /s/ Barbara Kelley Keane
                                                   Barbara Kelley Keane

Sworn to before me this
24th day of August 2010


/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Qualified in Manhattan County
Commission Expires:  May 19, 2012

# EXHIBIT A

---

**PLEASE CAREFULLY REVIEW THIS NOTICE AS IT WILL AFFECT YOUR CLAIM IN THE GENERAL MOTORS CORPORATION (NOW MOTORS LIQUIDATION COMPANY) BANKRUPTCY CASE**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
                                                   :
In re                                              :         Chapter 11 Case No.
                                                   :
**MOTORS LIQUIDATION COMPANY,** *et al.*,          :         **09-50026 (REG)**
      **f/k/a General Motors Corp.,** *et al.*     :
                                                   :
                    **Debtors.**                   :         **(Jointly Administered)**
                                                   :
----------------------------------------------------------------x

<u>**NOTICE OF OBJECTION TO INDIVIDUAL DEBT CLAIMS**</u>

**[Claimant Name]**

| Claim Information | | | | | Basis For Objection |
|---|---|---|---|---|---|
| **Date** | **Claim #** | **Debtor** | **Classification** | **Amount** | **Claim is duplicative of a claim allowed for the indenture trustee on behalf of all Individual Bondholders** |
| | | | | | |

    <u>**PLEASE TAKE NOTICE THAT**</u>, on August 13, 2010, Motors Liquidation Company (formerly known as General Motors Corporation) and its affiliated debtors, as debtors in possession (the "**Debtors**"), filed an objection to your proof of claim identified above.  The name of the objection is the Debtors' _____ Omnibus Objection to Claims (Duplicate Debt Claims) (the "**Objection**").

        **You have received this notice because the Debtors have objected to your proof of claim and your rights will be affected.**

        **You should read this notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**

**A copy of the full Objection can be viewed at http://www.motorsliquidationdocket.com/bond.php3. Or, you may request a complete copy of the Objection at the Debtors' expense, by contacting the Debtors at 1-800-414-9607, or by sending an e-mail to claims@motorsliquidation.com.**

The reason for the Objection is that your claim is duplicative of two global claims filed on your behalf (and on behalf of all affected bondholders) by Wilmington Trust Company ("**WTC**"), as the indenture trustee for your General Motors Corporation bonds. An indenture trustee is an entity that manages a bond issuance for the benefit of the individual bondholders, and handles all the administrative aspects of the bond issuance. The claims filed by WTC ensure your interests are protected with respect to the interest, principal, and trustee fees under your bonds. You will be entitled to receive a distribution on account of such interests through the global proofs of claim filed by WTC, and the disallowance of your individual claim will not affect such interests. If you have additional claims with respect to your bonds beyond interest, principal, and trustee fees, such claims will be disallowed pursuant to this Objection. A copy of the stipulation allowing the claims of WTC can be viewed at http://www.motorsliquidationdocket.com/bond.php3.

**YOU WILL NOTICE THAT** the Objection requests that the Bankruptcy Court expunge and disallow your claim listed above on the ground that your claim is duplicative of the global claim filed by WTC. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed, and you will not be entitled to any distribution from the Debtors' estates on the claim you filed.**

If you disagree with the Objection's treatment of your claim, you may call the Debtors to try and resolve your concerns at **1-800-414-9607**. If you are unable to resolve your concerns with the Debtors before the deadline to respond, then you <u>must</u> file and serve a written response

(a "**Response**") to the Objection in accordance with this notice and you <u>must</u> appear at the Hearing described below.

You may participate in the Hearing telephonically provided that you comply with the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider."  You must also provide prior written notice by mail or e-mail of your telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Russell Brooks, Esq. (russell.brooks@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Jennifer Sharret, Esq. (jsharret@kramerlevin.com)).

**If you do not oppose the disallowance and expungement of your claim, then you do not need to file a Response or appear at the Hearing.**

**<u>PLEASE TAKE FURTHER NOTICE THAT</u>** a hearing (the "**Hearing**") on the Objection is scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on **September 24, 2010 at 9:45 a.m. (Eastern Time)**.  If you file a Response to the Objection, you should plan to appear at the Hearing either in person or telephonically.  The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to your claim.  If the Debtors do continue the Hearing with respect to your claim, then the Hearing will be held at a later date.  If the Debtors do not

continue the Hearing with respect to your claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **September 17, 2010 at 4:00 p.m. (Eastern Time)**.  Only those Responses that are timely will be considered at the Hearing.  Your Response will be deemed timely only if it is:  (a) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing system (The User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov) before the deadline for Responses **or** (b) **actually** received on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format **and** in hard copy at each of the following addresses on or before the deadline for response:

A.    Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;

B.    Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and

C.    Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Jennifer Sharret, Esq.).

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the number of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the

extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person that can be contacted in connection with the Objection.

If the Bankruptcy Court does NOT disallow and expunge your claim listed above, then the Debtors have the right to object on other grounds to your claim (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

If you have any questions about this notice or the Objection, please contact the Debtors at **1-800-414-9607**. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

**PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief requested in the Objection without further notice or a hearing if you fail to file a timely Response or appear at the Hearing.**

Dated: New York, New York
      August 18, 2010

WEIL, GOTSHAL & MANGES LLP
Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT B

ROBERT CLARKE TTEE
THE ROBERT B. CLARKE LIVING TR
U/A DTD 12/23/1993
130 FLEET LANDING BLVD
ATLANTIC BEACH, FL 32233-4587

ROBERT CULLEN IRA
7 DARBY RD
MONSEY, NY 10952

ROBERT D & BETTYE J KENT
3301 ROSEMEADE DR UNIT 2413
FORT WORTH, TX 76116

ROBERT D AND DOROTHY M RENARD
261 VIA GAYUBA
MONTEREY, CA 93940-4322

ROBERT D AND MARGARET C WILLIS
ROBERT AND MARGE WILLIS
501 BEL AIR COURT
KAUKAUNA, WI 54130

ROBERT D ARNE
14 BRISTOL CT
LINCOLNSHIRE, IL 60069

ROBERT D BODOVSKY
3411 45TH ST
LUBBOCK, TX 79413

ROBERT D BUCZYNSKI REV LIV TR
UNDER DECLARATION OF TR
U/A/D 3 11 92
ROBERT D BUCZYNSKI TRUSTEE
714 LEAHY CIR
DES PLAINES, IL 60016-2848

ROBERT D CHRISTIAN
8911 LAKE DR #406
CAPE CANAVERAL, FL 32920

ROBERT D FENNELL
8677 SW 1ST PL
CORAL SPRINGS, FL 33071

ROBERT D GARBER TRADITIONAL IRA FIDELITY MGT CO
C/O ROBERT D GARBER
14096 HUNTINGTON POINTE DR APT 310
DELRAY BEACH, FL 33484

ROBERT D GARCIA
18406 EMERALD OAKS DR
SAN ANTONIO, TX 78259

ROBERT D HOYT   AND
THERESA L HOYT
JT TEN
324 O'DELL ROAD
BOWLING GREEN, KY 42101-8236

ROBERT D MEINHARDT &
RACHEL J MEINHARDT JTWROS
3204 BENICIA COURT
NAPLES, FL 34109-1346

ROBERT D STEVENS
311 N DOUGLAS
BRONSON, MI 49028-1001

ROBERT D WHEELER
& BEVERLY L WHEELER JTTEN
9481 NE 28TH COURT
ANKENY, IA 50021-9753

ROBERT DRUMM &
RUTH DRUMM JTTEN
5633 DRUMM RD
TULLY, NY 13159-2432

ROBERT E ADELSPERGER
THOMAS M BRYANT
C/O HILTON ENTERPRISES
PO BOX 358
HAZEL PARK, MI 48030-0358

ROBERT E ANDERSON
CANDLE RIDGE
13 TINDAL SPRINGS COURT
MONTGOMERY VILLAGE, MD 20886-4955

ROBERT E ARMSTRONG &
PATRICIA D ARMSTRONG
JT TEN
TOD ACCOUNT
709 2ND STREET EAST
SOUTH POINT, OH 45680-8418

ROBERT E ARRAS,ROBERT
E ARRAS JR-
P.O. BOX 22
EASTHAM, MA 02642-0022

ROBERT E BADGER
900 FORT ST STE 1140
HONOLULU, HI 96813

ROBERT E BIRD TOD NANCY BIRD
SUBJECT TO STA RULES
2309 N JACKSON
FRESNO, CA 93703-2627

ROBERT E BRUBAKER &
JOSEPHINE M BRUBAKER JTWROS
1260 W CALLE CANADA
NOGALES, AZ 85621-1706

ROBERT E CLARK
2460 TURNER
WEST BLOOMFIELD, MI 48323

ROBERT E COATES TRUST
ROBERT E COATES
14425 W VIA TERCERO
SUN CITY WEST, AZ 85375

ROBERT E COLE
1806 RIDGE RD
N SAN JUAN, CA 95960

ROBERT E DASHIELL
503 CERVINA DR N
VENICE, FL 34285-4409

ROBERT E DICKINSON
202 DICKINSON LANE
SLIPPERY ROCK, PA 16057

ROBERT E EVANS
4800 SMITHS RD
KIMBALL, MI 48074

ROBERT E FENSTER IRA
FCC AS CUSTODIAN
4233 IMPERIAL CLUB LN
LAKE WORTH, FL 33449-8648

ROBERT E FENSTER R/O IRA
FCC AS CUSTODIAN
4233 IMPERIAL CLUB LN
LAKE WORTH, FL 33449-8648

ROBERT E FERRIS IRA
420 HARRAH ST
WORTHINGTON, IN 47471

ROBERT E FLOCKVICH
141 N 11TH ST
CONNELLSVILLE, PA 15425

ROBERT E HACKETT IRA
1011 BLUEWATER DR
SUN CITY, FL 33573

ROBERT E JAMES
2910 RUSTWOOD LANE
EUSTIS, FL 32726

ROBERT E JONES
19206A AVE OF THE OAKS
NEWHALL, CA 91321

ROBERT E LANE
C/O SHARON MARCRANDER (DAUGHTER)
45 ORCHARD LANE
ST LOUIS, MO 63122

ROBERT E LEE & JACQUELINE M LEE
1335 TUCKAWAY CT
MENASHA, WI 54952

ROBERT E LYONS
ROBERT E LYONS TTEE
LYONS FAMILY LIVING TRUST UAD DTD 11-4-1996
1846 24TH PLACE SW
VERO BEACH, FL 32962

ROBERT E MOOAR
1105 FRANKLIN RD
JAY, ME 04239

ROBERT E PTAK &
MARILYN J PTAK JTWROS
TOD REGISTRATION
16040 S 13TH AVENUE
PHOENIX, AZ 85045-0608

ROBERT E RAY &
CHERYL R COTNEY JTWROS
2323 CAMPGROUND RD
ALEXANDER CITY, AL 35010

ROBERT E SCHILLER & LUCILLE A SCHILLER
7186 SE BITTERROOT CIR
HOBE SOUND, FL 33455

ROBERT E SHOEMAKER-ROTH IRA
ROLLVER ACCT
FCC AS CUST
U/A DTD 7/13/98
527 PARK AVENUE
QUARRYVILLE, PA 17566-9382

ROBERT E SLATUS
719 WILDWOOD ROAD
WEST HEMPSTEAD, NY 11552

ROBERT E SLATUS
719 WILDWOOD ROAD
WEST HEMPSTEAD, NY 11552

ROBERT E WALTMAN
4211 LAKE SHERWOOD AVE E
BATON ROUGE, LA 70816-7323

ROBERT E WHITTINGTON
40668 CLOVER LN
PALM DESERT, CA 92260-2305

ROBERT E WILKES
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
3744 LUXAIR DR
HILLIARD, OH 43026-1506

ROBERT E WOOD
381 COUNTY ROAD 477
HALEYVILLE, AL 35565

ROBERT E ZIMMERMAN
24 OAKWOOD CT
CINCINNATI, OH 45246

ROBERT E. ARRAS,JEAN L. ARRAS,
ROBERT ARRAS JR.,
12/3/96 BY ROBERT E. ARRAS
P.O. BOX 22
EASTHAM, MA 02642-0022

ROBERT E. GENTILE
8 SANDSTONE DR
SICKLERVILLE, NJ 08081

ROBERT EARL HEYER
15531 BANFF ST
HOUSTON, TX 77062-3405

ROBERT EDWARD TAYLOR
3965 WELLINGTON SQUARE
SAN JOSE, CA 95136-1462

ROBERT EDWARD TAYLOR
UTA CHARLES SCHWAB & CO INC
IRA CONTRIBUTORY DTD 01/31/86
3965 WELLINGTON SQUARE
SAN JOSE, CA 95136-1462

ROBERT ELLISON MD
CGM IRA ROLLOVER CUSTODIAN
620 W HUNTINGTON DR., #227
ARCADIA, CA 91007-3426

ROBERT ESKIN
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
11285 E WHITE FEATHER LN
SCOTTSDALE, AZ 85262-5668

ROBERT EUGENE FARMER
2481 LAKEFRONT
ATHENS, TX 75752

ROBERT F & MARLENE J SUHADOLNIK
TTEES O/T ROBERT & MARLENE
SUHADOLNIK TRUST DTD 11/13/2008
1347 CALLE GALANTE
SAN DIMAS, CA 91773-4021

ROBERT F & MARLENE J. SUHADOLNIK
TTEES O/T ROBERT & MARLENE SUHADOLNIK
TRUST DTD 11/15/08
1347 CALLE GALANTE
SAN DIMAS, CA 91773

ROBERT F ANDERSON IRA
1424 CROSLAND DR NE
AIKEN, SC 29801

ROBERT F BARRE  GLORIA F BARRE
2865 N BULRUSH CT
COAL CITY, IL 60416

ROBERT F BROWN (IRA)
FCC AS CUSTODIAN
94 S CENTRE AVE
ROCKVILLE CENTRE, NY 11570-5718

ROBERT F BROWN TR
ROBERT F BROWN TTEE
DOROTHY H BROWN TTEE
U/A DTD 12/22/2003
94 S CENTRE AVE
ROCKVILLE CENTER, NY 11570-5718

ROBERT F BURKE
2390 HEATHER DR
DECATUR, GA 30033

ROBERT F COHEN
1 STAITI CIRCLE
CANTON, MA 02021-2620

ROBERT F DETAMORE
SHIRLEY M DETAMORE JT TEN
2066 LAWNEL AVE
MUSKEGON, MI 49441-3646

ROBERT F DOBBIN
321 CENTRAL PKWY
MOUNT VERNON, NY 10552-1118

ROBERT F HARRIS
112 INWOOD CIR
KILGORE, TX 75662-2209

ROBERT F HARRISON
ELAINE J HARRISON
701 2ND STREET
MORA, MN 55051

ROBERT F HAWTHORNE IRA
PERSHING C/O INVESTORS CAPDAL CORP
230 BROADWAY EAST
LYNNFIELD, MA 01940

ROBERT F KOTSMITH REV TRUST
U/A DTD 02/20/1992
ROBERT F KOTSMITH & MARY J
KOTSMITH TTEE
1521 PATRICIA DRIVE
SAINT CLOUD, MN 56301-4969

ROBERT F LONG AND KATHERINE G LONG
PO BOX 39
CARLISLE, PA 17013

ROBERT F LOSCH
PO BOX 990
CANBY, OR 97013

ROBERT F MAHONEY & VIRGINIA F MAHONEY
2638 ARBOR GLEN DRIVE
APT 112
TWINSBURG, OH 44087

ROBERT F MILLHOUSE
520 CRICKETFIELD CT
LAKE SHERWOOD, CA 91361-5154

ROBERT F REBMAN AND JEANNE E REBMAN
JEANNE E REBMAN REV TRUST DTD 6/14/00
ROBERT F & JEANNE E REBMAN TTEES
W7015 HEATHER CT
SHAWANO, WI 54166-5304

ROBERT F SMITHLEY &
INA MAE SMITHLEY JTWROS
409 BELL ST
LIGONIER, PA 15658

ROBERT F THROPE &
RUTH THROPE JT TEN
2111 ACACIA PARK DR
APT 425
LYNDHURST, OH 44124-3862

ROBERT F ZENISEK
41 E CAMPUS CT
RACINE, WI 53402

ROBERT F ZENISEK
CGM IRA CUSTODIAN
41 EAST CAMPUS CT
RACINE, WI 53402-5341

ROBERT F. BRONZO TRUSTEE
7698 MORIAH AVE
BROOKSVILLE, FL 34613

ROBERT F. ISHERWOOD
401 SALTWIND CT WEST
PONTE VEDRA, FL 32082

ROBERT F. ISHERWOOD AND ADA J. ISHERWOOD JTWROS
C/O ROBERT F ISHERWOOD & ADA J ISHERWOOD
401 SALTWIND CT WEST
PONTE VEBRA, FL 32082

ROBERT F. WILLIAMS
19 HICKORY LANE
GREENVILLE, SC 29617

ROBERT FARIS CAMPBELL & KATHY WARGACKI
C/O JUDY BRINKER
4336 60TH AVENUE SW
OLYMPIA, WA 98512

ROBERT G & MARGARET I THOMAS
TRUSTEES U/A/D 11/15/2004
THOMAS FAM REV TRST
6416 W 101ST PL
OVERLAND PARK, KS 66212-1704

ROBERT G ADAMS
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
230 FORREST LAKE DRIVE
ATLANTA, GA 30327

ROBERT G ALBRIGHT &
SARA A ALBRIGHT TTEE
ALBRIGHT FAMILY TR
U/A DATED OCT 26 1990
142 TAKACS DR
WADSWORTH, OH 44281-1319

ROBERT G ALBRIGHT IRA
FCC AS CUSTODIAN
142 TAKACS DR
WADSWORTH, OH 44281-1319

ROBERT G AND ANNA JANE MILLER
14117 W PARADA DR
SUN CITY WEST, AZ 85375

ROBERT G BEERS JR
451 DEVONSHIRE DR
WATERLOO, IA 50701

ROBERT G CHOUINARD TTEE
BOBBY SUE CHOUINARD TTEE
U/A DTD 9/24/1998
45944 HWY 26
DAYVILLE, OR 97825-6516

ROBERT G FORREST
PATRICIA G DEPOL
770 ANDERSON AVE # 19M
CLIFFSIDE PK, NJ 07010-2172

ROBERT G FROHM TTEE
ANNA M KERN TRUST
U/A DTD 12-12-95
333 FORT STREET
PORT HURON, MI 48060-3804

ROBERT G FROHM TTEE
CLARENCE E BUSKIRK TRUST
U/A DTD 08/19/94
333 FORT STREET
PORT HURON, MI 48060-3804

ROBERT G HUSSEY
PO BOX 294
PORT MANSFIELD, TX 78598

ROBERT G KOWALSKI
PO BOX 18741
ATLANTA, GA 30325

ROBERT G LENNON
ROBERT G LENNON IRA
JMS LLC CUST FBO
24 LAWRENCE BROOK DR
EAST BRUNSWICK, NJ 08816

ROBERT G MCCAMMON
4836 SHARON AVE
COLUMBUS, OH 43214

ROBERT G RAYN & LOU ANN C RAYN TRUST
ROBERT RAYN
PO BOX 63
CLIMAX SPRINGS, MO 65324

ROBERT G TULLOSS BYPASS TRUST
C/O MARCIA L TULLOSS TTEE
14017 N DANTFORD DR
SPOKANE, WA 99208

ROBERT G ZELLER (IRA)
FCC AS CUSTODIAN
6632 FAIRWAY VIEW TRL
ROANOKE, VA 24018-7472

ROBERT GALAMBAS IRA
FCC AS CUSTODIAN
120 SEDECA DR
CANONSBURG, PA 15317-6101

ROBERT GALAMBAS IRA
FCC AS CUSTODIAN
120 SEDECA DRIVE
CANONSBURG, PA 15317-6101

ROBERT GASSLER
1039 MESA CR
MISSISSAUGA ONTARIO L5H-3T6 CANADA

ROBERT GLADNEY
# 5 MAPLE PLACE
ANGLETON, TX 77515

ROBERT GREENFIELD
4223 GREAT MEADOW RD
DEDHAM, MA 02026

ROBERT GROSSMANN
1625 KINGS RD
PETERSBURG, VA 23805

ROBERT H AND JANET M REINECKE TTEE
12760 GOLDEN TROUT WAY
PENN VALLEY, CA 95946

ROBERT H AND ROBERTA L MUELLER
1021 BIG WATER CIRCLE
GREENSBORO, GA 30642

ROBERT H AND SUE C FOSTER
19 MORNING DR
FRANKLIN, IN 46131

ROBERT H ASSENMACHER
5439 MYSTIC LK DR
BRIGHTON, MI 48116-7742

ROBERT H BAKER
PO BOX 2129
RCHO SANTA FE, CA 92067-2129

ROBERT H CULTON &
ANNA B CULTON JT TEN
412 MELANIE WAY
MAITLAND, FL 32751-3150

ROBERT H DONALDSON IRA
FCC AS CUSTODIAN
138 HILLCREST DRIVE
DENVILLE, NJ 07834-1414

ROBERT H DONALDSON TTEE
ROBERT H DONALDSON TRUST
U/A/D 1-4-94
138 HILLCREST DR
DENVILLE, NJ 07834-1414

ROBERT H FABREY
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
4202 ST MICHAELS DR
FARMINGTON, NM 97401

ROBERT H FINK
95 LARKSPUR CIRCLE
SICKLERVILLE, NJ 08081

ROBERT H FINK
95 LARKSPUR CIRCLE
SICKLERVILLE, NJ 08081

ROBERT H HATHERLEY
C/O UTA CHARLES SCHWAB & CO INC
IRA ROLLOVER DTD 04/02/98
2468 W RAINBOW AVE
ANAHEIM, CA 92801-3205

ROBERT H HATHERLEY
C/O UTA CHARLES SCHWAB & CO INC
IRA ROLLOVER DTD 04/02/98
2468 W RAINBOW AVE
ANAHEIM, CA 92801-3205

ROBERT H HATHERLEY
UTA CHARLES SCHWAB & CO INC
IRA ROLLOVER DTD 04/02/98
2468 W. RAINBOW AVE
ANAHEIM, CA 92801-3205

ROBERT H HUGGARD &
NANCY C HUGGARD JT TEN
113 BROOK LANE
YORKTOWN, VA 23692-3417

ROBERT H JACKSON
3312 HADFIELD GREENE
SARASOTA, FL 34235

ROBERT H KNIOLA
25 EAGLE RUN
SOUTH WINDSOR, CT 06074

ROBERT H LOOFBURROW TTEE
U/A DTD 3/4/1994
BY ROBERT H LOOFBURROW
PO BOX 10069
AMARILLO, TX 79116-0069

ROBERT H NETTLEMAN  KATHRYN K NETTLEMAN
C/O KATHRYN K & ROBERT H NETTLEMAN
8 SUNBURST CT
FRANKENMUTH, MI 48734-1224

ROBERT H NICHOLS
1901 FOULKEWAYS
GWYNEDD, PA 19436

ROBERT H POUCH (IRA A/C)
ROBERT H POUCH
100 ARDSLEY AVE  APT 4L
POB 166
ARDSLEY ON HUDSON, NY 10503

ROBERT H REED JR
1075 GREENWILLOW DR
ST MARYS, GA 31558

ROBERT H RIPLEY
2310 RED OAK CT NW
GRAND RAPIDS, MI 49504-2352

ROBERT H SELDEN TRUST UA 8/27/84
ROBERT H SELDEN TRUSTEE
175 OLIVE STREET
ELMHURST, IL 60126

ROBERT H WINN
GLORIA K WINN
157 FLEMING TANK RD
SILVER CITY, NM 88061-9255

ROBERT H. DONALDSON ROTH IRA
FCC AS CUSTODIAN
138 HILLCREST DR
DENVILLE, NJ 07834-1414

ROBERT HANSKI
49 LUDLOW STREET
APT #3A
NEW YORK, NY 10002

ROBERT HART FRITZ INDIVIDUAL RETIREMENT ACCOUNT
ROBERT FRITZ
12613 WEST LAKE RD
VERMILION, OH 44089-3047

ROBERT HENRIOD BALLARD
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
956 E 13200 SOUTH
DRAPER, UT 84020-9635

ROBERT HENRIOD BALLARD
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
956 E 13200 SOUTH
DRAPER, UT 84020-9635

ROBERT HENRIOD BALLARD
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
956 E 13200 SOUTH
DRAPER, UT 84020-9635

ROBERT HENROID BALLARD
CHARLES SCHWAB & CO INC CUST
IRO ROLLOVER
956 E 13200 SOUTH
DRAPER, UT 84020-9635

ROBERT HILL
939 COUNTRYBRIAR LANE
HIGHLAND RANCH, CO 80129

ROBERT HOSER &
RUTH HOSER
365 MONTANA ROAD
WASHINGTON, NJ 07882-3706

ROBERT HUBER
28 COLBY CT
PEASANTON, CA 94566-6688

ROBERT HUBERT
15593 69TH STREET NE
SPICER, MN 56288

ROBERT I TOMLINSON
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
PO BOX 57056
TUCSON, AZ 85732-7056

ROBERT J & RITA S CLARK TRUSTEES
CLARK FAMILY TRUST
26 SILLERO
RANCHO SANTA MARG, CA 92688

ROBERT J AND DOBORAH S SHIRLEY
ROBERT J SHIRLEY
PO BOX 71
MINERAL, CA 96063

ROBERT J AND LAURA V IRVING
7812 - 43RD AVE
KENOSHA, WI 53142

ROBERT J BETTS & BARBARA W BETTS
JT WROS
402 HARBOR TOWN DRIVE
MARYVILLE, TN 37801-8673

ROBERT J BETTS SEP IRA
FCC AS CUSTODIAN
402 HARBOR TOWN DRIVE
MARYVILLE, TN 37801-8673

ROBERT J BIERBOWER
3175 SALMON RIVER ROAD
SHOUP, ID 83469

ROBERT J COCHRAN
15 EVERGREEN SQUARE
SAVOY, IL 61874-9544

ROBERT J COCHRANE
2415 OLIVE AVENUE
LA CRESCENTA, CA 91214-2211

ROBERT J DECKER
3821 SR 753 SE
WASHINGTON COURT HOUSE, OH 43160

ROBERT J DIETTRICH
PO BOX 960831
BOSTON, MA 02196-0831

ROBERT J FEDR REVOCABLE TRUST
UAD 04/07/05
ROBERT J FEDR TTEE
2590 SW 175TH AVE
ALOHA, OR 97006-4307

ROBERT J GORDON
GORDON TRUST
1311 E HAYS WAY
BOISE, ID 83712

ROBERT J GORDON TRUSTEE
GORDON TRUST
1311 E HAYS WAY
BOISE, ID 83712

ROBERT J GROSE AND
FERN H GROSE TTEES
GROSE REV LIVING TRUST
U/A DTD 9/21/00
15888 W DESERT MEADOW DRIVE
SURPRISE, AZ 85374-5679

ROBERT J HERMAN IRA
FCC AS CUSTODIAN
U/A DTD 5/11/89
BLAIR #112
1400 WAVERLY RD
GLADWYNE, PA 19035-1254

ROBERT J HOERNER IRA R/O
FCC AS CUSTODIAN
U/A DTD 09/09/96
360 DARBYS RUN
BAY VILLAGE, OH 44140-2968

ROBERT J HOERNER IRA R/O
FCC AS CUSTODIAN
U/A DTD 09/09/96
360 DARBYS RUN
BAY VILLAGE, OH 44140-2968

ROBERT J HOUSE
381 SANDHILL DRIVE
RICHARDSON, TX 75080

ROBERT J KADLEC
CONSTANCE C KADLEC JTWROS
5463 SE MILES GRANT RD B204
STUART, FL 34997

ROBERT J KLEIN TR
UA 02/02/95
ROBERT J KLEIN TRUST
22045 VILLAGE PINES DR
BEVERLY HILLS, MI 48025-3564

ROBERT J MCGRELLIS
2560 DERHAKE RD
FLORISSANT, MO 63033-6504

ROBERT J MISEY TRUSTEE
C/O ROBERT J MISEY
ONE CALVIN CIR APT B211
EVANSTON, IL 60201-1955

ROBERT J PALERMO
1128 BUCHER AVE
SHOREVIEW, MN 55126

ROBERT J PATRICK
ROBERT J PATRICK TTEE U/A DTD 4/26/04
HILDA R PATRICK TRUST
4507 WENDOVER ST
WICHITA FALLS, TX 76309-4716

ROBERT J PETKO
41 HOMETOWN AVE
TAMAQUA, PA 18252

ROBERT J RITZCO
518 MANOR RD
WYNNEWOOD, PA 19096

ROBERT J RUSSO
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
475 WEYMOUTH DR
WYCKOFF, NJ 07481-1216

ROBERT J SALEM IRA CUST PERSHING
C/O ROBERT J SALEM
5235 21ST ST
LUBBOCK, TX 79407

ROBERT J STIELER TTEE
ROBERT J STIELER TRUST
43 WINDEMERE
GROSSE POINTE FARMS, MI 48236

ROBERT J STODDARD
390 KEINATH DR
FRANKENMUTH, MI 48734

ROBERT J TRIER
2 KAVENISH DRIVE
RANCHO MIRAGE, CA 92270

ROBERT J VENTERS & WENDY W VENTERS
9445 WATERFORD OAKS DR
WINTER HAVEN, FL 33884-2239

ROBERT J ZAUNER
76 PARK TERR
HORSEHEADS, NY 14845

ROBERT J ZAUNER
UTA CHARLES SCHWAB & CO INC
IRA CONTRIBUTORY DTD 08/14/92
76 PARK TERRACE
HORSEHEADS, NY 14845-1177

ROBERT J. AND EMMIE A. FOXHOVEN
JT WROS
1705 GRAND AVE
WEST DES MOINES, IA 50265-5076

ROBERT J. AUL III
2263 MANCHESTER RD
BIRMINGHAM, MI 48009

ROBERT J. DAVIS
8314 S. FOREST CT.
TRAFALGAR, IN 46181

ROBERT J. GOODSON
1224 WINDY KNOLL RD
WOODSTOCK, GA 30188-2907

ROBERT J. NORWICK JR
ACCOUNT #2
90 SKYLINE DR.
MORELAND HLS, OH 44022-2430

ROBERT J. ZEILINGER
509 HARVEST LN
FRANKENMUTH, MI 48734

ROBERT JAHN &
EVELYN S JAHN JTTEN
ACCT #2
1860 LAYTON CORNERS RD
HARRINGTON, DE 19952-4805

ROBERT JAMES
642 LAVENDEL
ST LOUIS, MO 63122-1115

ROBERT JEAN, M.D.
ANDERSON, O'BRIEN, BERTZ, SKRENES & GOLLA
ATTN  RONALD T SKRENES
1257 MAIN ST
PO BOX 228
STEVENS POINT, WI 54481-0228

ROBERT JOHN CALLOW & DORRIS ELIZABETH CALLOW
3830 SO AMES ST
DENVER, CO 80235-2912

ROBERT JOHNSON
162 MILLER DR
SEBASTIAN, FL 32958-6943

ROBERT JONAGAN
698 WELLINGTON AVE
UNIT 207
ELK GROVE VILLAGE, IL 60007

ROBERT K BEAUDOIN & BETTY J BEAUDOIN JTWROS
13601 E MARINA DR #109
AURORA, CO 80014

ROBERT K BOWDLER
513 SILVER LEAF DR
OROVILLE, CA 95966

ROBERT K DEVRIES AND NANCY L DEVRIES
ROBERT K DEVRIES
63 LAKE END RD
NEW FOUNDLAND, NJ 07435

ROBERT K IRONS & GLADYS B IRONS
GLADYS B IRONS JT TEN
1115 S.W. 22ND AVENUE
#231
DELRAY BEACH, FL 33445-6021

ROBERT K LARSEN
16848 BLUEJACKET ST
OVERLAND PARK, KS 66062

ROBERT K SACHS AND LEDRA M SACHS
ROBERT K SACHS AND LEDRA M SACHS JT. TEN
6677 POST OAK DR
WEST BLOOMFIELD, MI 48322-3833

ROBERT K SMITH AND
SHARON L SMITH JTTEN
4 FOX HILL COURT
PERRY HALL, MD 21128-9731

ROBERT K WELSH
AMERIPRISE FINANCIAL
CUST OF IRA FBO ROBERT K WELSH
ATTN SCOTT K SPRINGERS
200 BELLEVUE PKWY STE 250
WILMINGTON, DE 19809

ROBERT KADYKOWSKI
4699 GOEBEL HILL
NEW RICHMOND, OH 45157

ROBERT KAPLAN
PO BOX 6152
THOUSAND OAKS, CA 91359

ROBERT KAPLAN
PO BOX 6152
THOUSAND OAKS, CA 91359

ROBERT KAPLAN
PO BOX 6152
THOUSAND OAKS, CA 91359

ROBERT KAPLOWITZ
16127 OTSEGO ST
ENCINO, CA 91436

ROBERT KEIGHLEY (IRA CHARLES SCHWAB ACCOUNT 4978 7
ROBERT KEIGHLEY
UTA CHARLES SCHWAB & CO INC
IRA CONTRIBUTORY DTD 03/19/84
626 NORMANS LANE
NEWARK, DE 19711-3046

ROBERT KLINE
256 CARIBE CT
GREENACRES, FL 33413

ROBERT KOPANIC
105 FOREST HILL
HUBBARD, OH 44425

ROBERT KOPANIC
105 FOREST HILL
HUBBARD, OH 44425

ROBERT KOPANIC
105 FOREST HILL
HUBBARD, OH 44425

ROBERT KRUMRINE AND ELIZABETH KRUMRINE
250 SOUTH ST
MCSHERRYSTOWN, PA 17344-1710

ROBERT KURLANDER
7605 B - LEXINGTON CLUB BLVD
DELRAY BEACH, FL 33446

ROBERT KURLANDER
7605 B-LEXINGTON CLUB BLVD
DELRAY BEACH, FL 33446

ROBERT L AMES
637 CRESCENT RD
MURFREESBORO, TN 37128-6132

ROBERT L BARRETT
2061 LORIMER DR
NEWARK, OH 43055-9501

ROBERT L CAIN
4319 N CR 360 E
MATTOON, IL 61938

ROBERT L CHAMBERLIN
1921 GENERALS HWY
ANNAPOLIS, MD 21401-6718

ROBERT L COOPER
5630 W 103RD ST
#105
OAK LAWN, IL 60453-4583

ROBERT L FEEZER & JANET P FEEZER TEN ENT
6321 BARNETT AVENUE
SYKESVILLE, MD 21784-6104

ROBERT L FINKE & DEBRA K FINKE
JT TEN
314 HAMBLETONIAN DR
OAK BROOK, IL 60523-2620

ROBERT L GIERYN
56 MIDDLETON PL
SOUTHERN PINES, NC 28387

ROBERT L JUNGWIRTH
37515 LADUE ST
CLINTON TWP, MI 48036

ROBERT L LEGARD
335 RUDDIMAN
NORTH MUSKEGON, MI 49445-2733

ROBERT L LOGAN & NANCY M LOGAN
REVOCABLE TRUST DTD 10/19/90
5400 WILLIAMSBURG ROAD
BRENTWOOD, TN 37027-5144

ROBERT L MCFARLAND
2009 CEDAR CIRCLE DRIVE
CATONSVILLE, MD 21228

ROBERT L MCGUINN
PENELOPE A MCGUINN
190 W CLOVERHURST AVE
ATHENS, GA 30605-1226

ROBERT L MCKEOWN & GERALDINE MCKEOWN
227 GALLAHER RD
ELKTON, MD 21921-2809

ROBERT L MONCRIEFF REV TRUST
ROBERT L MONCRIEFF TTEE
UA DTD 10/21/96
6230 SANDSHORES DRIVE
TROY, MI 48085-1375

ROBERT L REYNOLDS
1 NICHOLSON CT
CENTERVILLE, OH 45459

ROBERT L SALCIDO (IRA)
FCC AS CUSTODIAN
12285 ESCALA DRIVE
SAN DIEGO, CA 92128-1206

ROBERT L SALCIDO TTEE
U/W RAY SALCIDO TRUST FBO JP
BURKE III
12285 ESCALA DRIVE
SAN DIEGO, CA 92128-1206

ROBERT L SCHNEIDER
CGM IRA ROLLOVER CUSTODIAN
14392 WILLOW LANE
TUSTIN, CA 92780-2345

ROBERT L SCHRADER
ELEANOR R SCHRADER
1780 S REESE RD
REESE, MI 48757

ROBERT L SMITH
1707 DEL RIO RD
ROSEBURG, OR 97471

ROBERT L WENZEL & LINDA M FLETCHER TR UA 06/16/98 RAL
FAM TRUST
2075 FRUITVILLE RD STE 200
SARASOTA, FL 34237-4302

ROBERT L WHITE
102 ALIDA RD
BRAINTREE, MA 02184

ROBERT L ZARDUS ROTH IRA
FCC AS CUSTODIAN
105 LANE OF TREES
CHERRY HILL, NJ 08003-2657

ROBERT L. & SARA C. HENDERSON
109 PAINTER LANE
BELLE VERNON, PA 15012

ROBERT L. BEAN AND MARTHA L. BEAN
985 SMOCK DR
GREENWOOD, IN 46143-2424

ROBERT L. TOMZ
4527 SILVER BELL CIRCLE
CASTLE ROCK, CO 80108-8473

ROBERT LAMBER
LORI LAMBER TTEE
U/A/D 08/25/00
FBO LAMBER LIVING TRUST
35 GEORGIAN BAY
MORGANVILLE, NJ 07751-1353

ROBERT LAMBER
LORI LAMBER TTEE U/A/D 08/25/00
FBO LAMBER LIVING TRUST
35 GEORGIAN BAY
MORGANVILLE, NJ 07751-1353

ROBERT LANDUCCI
5900 ARLINGTON AVE #10R
RIVERDALE, NY 10471

ROBERT LANDUCCI
5900 ARLINGTON AVE #10R
RIVERDALE, NY 10471

ROBERT LEE BRAKEVILLE
2107 JEROME DR
GODFREY, IL 62035

ROBERT LEE I FRONK
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
110 ASH STEET
WESTON, MA 02493

ROBERT LEE MATYASTIK
310 S CROCKETT
CAMERON, TX 76520

ROBERT LEKOWSKI IRA
ROBERT LEKOWSKI
3128 DILLON COURT
TOMS RIVER, NJ 08755

ROBERT LESLIE
27 ACORN DR
HAWTHORN WOODS, IL 60047

ROBERT LI YOUNG
7013 PONDEROSA DR
NORTH LITTLE ROCK, AR 72116

ROBERT LORRAINE
PO BOX 608
ANGLETON, TX 77516

ROBERT LORRAINE
PO BOX 608
ANGLETON, TX 77516

ROBERT LORRAINE
PO BOX 608
ANGLETON, TX 77516

ROBERT M & BETTIE L MOORE
JT/TEN
41881 RASPBERRY DR
LEESBURG, VA 20176

ROBERT M DIPIETRO
233 WOODLAWN DR
LANSDALE, PA 19446

ROBERT M GROLL &
DOROTHY B GROLL JT TEN
160 SOUTHAMPTON DRIVE
SMITHVILLE, NJ 08205-6624

ROBERT M HABER
R M HABER AND ASSOCIATES LLC
1155 WISTERIA AVE
MALVERN, PA 19355

ROBERT M HABER IRA
1155 WISTERIA DR
MALVERN, PA 19355

ROBERT M KOEHLER
918 BASS AVE
PORT ISABEL, TX 78578

ROBERT M MASLONA &
CAROL A MASLONA
JT TEN
1508 LELAND DRIVE
SUN CITY CTR, FL 33573-6372

ROBERT M MITCHELL
CGM IRA ROLLOVER CUSTODIAN
21345 AMORA
MISSION VIEJO, CA 92692-4932

ROBERT M MYRES
19330 53RD AVE NE
LAKE FOREST PARK, WA 98155

ROBERT M NOONAN
6512 PARK VIEW CT
SPRINGFIELD, VA 22152-2822

ROBERT M ROGERS AND
CECELIA M ROGERS JTWROS
10540 NODDY TERN RD
BROOKSVILLE, FL 34613-3317

ROBERT M SAENGER &
ELIZABETH B SAENGER TEN COM
702 HALL STREET
MAMARONECK, NY 10543-3912

ROBERT M SLATTERY & KAREN T SLATTERY JTWROS
41 WOODBROOKE DR
EDISON, NJ 08820

ROBERT M TUTTLE
732 BRANNAN DR
MOBILE, AL 36693

ROBERT M WATKINS & ELIZABETH J WATKINS
ROBERT M WATKINS & ELIZABETH J WATKINS TTEES
OF THE WATKINS TRUST DATED 4-29-93
12881 LORETTA DR
SANTA ANA, CA 92705-1114

ROBERT M ZUKER
22 GRIGGS TERRACE
BROOKLINE, MA 02446-4733

ROBERT MAMLIN
6666 BROOKMONT TERRACE
UNIT 611
NASHVILLE, TN 37205

ROBERT MARKS
ROBERT MARKS AND NICK MARKS
JT TEN WROS
20132 STONY ISLAND AVENUE
CHICAGO HTS, IL 60411-8677

ROBERT MARKS AND DOLORES MARKS
JT TEN WROS
1623 GOLDEN OAK DR
CROWN POINT, IN 46307-8272

ROBERT MARKS AND NICK MARKS
JT TEN WROS
20132 STONY ISLAND AVENUE
CHICAGO HTS, IL 60411

ROBERT MCCALL
16975 SHERBORNE AVE
ALLEN PARK, MI 48101

ROBERT MESARCHIK
2120 LENWOOD DR SW
ROCHESTER, MN 55902

ROBERT MIKANOVICH
9224 C J COURT
MENTOR, OH 44060

ROBERT MILLER TTEE
ROBERT B MILLER REV TR U/T/A
DTD 07/25/2002
7111 N LEONARDO DA VINCI WAY
TUCSON, AZ 85704-3026

ROBERT MONTI &
MARY K MONTI JT TEN
5044 WINDOVER DRIVE
PITTSBURGH, PA 15205-9601

ROBERT N ANDERSON
843 STARIN AVE
BUFFALO, NY 14223

ROBERT N MCDOUGALD
10135 NW BRADY LANE
PORTLAND, OR 97229-5221

ROBERT N MUES SSTD...1935
R N MUES
22620 20TH DR SE
# F 204
BOTHELL, WA 98021-7244

ROBERT N RICHARDSON TRUSTEE ROBERT N RICHARDSON
ROBERT N RICHARDSON TRUST
U/A DTD 8-30-2000
13998 ASHURST
LIVONIA, MI 48154

ROBERT NAUMAN & PAULA NAUMAN
PO BOX 275
LOUISBURG, KS 66053

ROBERT NEGOHOSIAN TRUST JANET SOFY TRUSTEE
1230 E. BIG BEAVER
TROY, MI 48083

ROBERT NEUMAN &
KATHLEEN BYRD TEN COM
6991 HIGHWAY 6
NATCHITOCHES, LA 71457-7001

ROBERT NEUWIRTH
287 RUTLEDGE ST #2
BROOKLYN, NY 11211

ROBERT NISLEIT
3709 PAIGE ST
PORT ORANGE, FL 32129

ROBERT O GEARHART
1481E - 12005
CLAYPOOL, IN 46510

ROBERT O WILLIAMS
407 TONEST DR
YORK, SC 29745

ROBERT P BROWN
210 SPRINGHOUSE DR
AIKON, SC 29803

ROBERT P D'ANGELO
511 SE 5TH AVE APT 801
FT LAUDERDALE, FL 33301-2968

ROBERT P DEBARDELABEN
JEWEL DEBARDELABEN
915 KINGS BRIDGE RD
HOUSTON, TX 77073-1226

ROBERT P ELLIS
209 DOGWOOD CIRCLE
LARGO, FL 33777

ROBERT P PEREMES
10 SUNRISE LN
U SADDLE RIV, NJ 07458-1608

ROBERT P REDWINE
6 RANGELEY RD
WLUCHESTER, MA 01890

ROBERT P SIEBERT
1438 HICKORY MOSS PL
NEW PORT RICHEY, FL 34655

ROBERT P SMOLINSKI
118 WYNTHROP RD
SOLVAY, NY 13209

ROBERT PEARY
176 BRACE LANE
TABERNACLE, NJ 08088-9329

ROBERT PEARY
176 BRACE LN
TABERNACLE, NJ 08088-9329

ROBERT PENN
13063 N RT 37
MARION, IL 62959-7070

ROBERT PODKAMINER
1859 HAPPY VALLEY RD
SANTA ROSA, CA 95409

ROBERT POTRYKUS
PROFIT SHARING PLAN
2624 TANGLEWOOD DR
ATHENS, TX 75752

ROBERT R BAKER
C/O CHARLES SCHWAB & CO CUSTODIAN
IRA CONTRIBUTORY
1712 164TH ST SE
BOTHEL, WA 98012

ROBERT R BAKER
C/O CHARLES SCHWAB & CO CUSTODIAN
IRA CONTRIBUTORY
1712 164TH ST SE
BOTHELL, WA 98012

ROBERT R BARKER
11281 WEATHERSTONE DR
WAYNESBORO, PA 17268

ROBERT R CASEY
8555 UNITED PLAZA BLVD, SUITE 500
BATON ROUGE, LA 70809

ROBERT R COFFEY
11613 88TH AVE
WEST OLIVE, MI 49460

ROBERT R DELVECCHIO IRA
FCC AS CUSTODIAN
24 ARKAY DRIVE
HIGGANUM, CT 06441-4335

ROBERT R FERRO
3209 N BUCKSKIN RD
COEUR D'ALENE, ID 83815

ROBERT R GODFREY
16012 TREBBIO WAY
NAPLES, FL 34110-2702

ROBERT R HARTER
ELIZABETH ANN HARTER
428 8TH ST
CALUMET, MI 49913-1420

ROBERT R KOTFER
2603 FLYING EBONY DR
LEXINGTON, KY 40509

ROBERT R LACAVA
118 LOTUS AVE
VORHEES, NJ 08043

ROBERT R MILLER LIVING TRUST
ROBERT R MILLER TRUSTEE
DTD 2/2/94
2037 SALT MYRTLE LANE
ORANGE PERK, FL 32003-7073

ROBERT R MILLER LIVING TRUST
ROBERT R MILLER TRUSTEE
DTD 2/2/94
2037 SALT MYRTLE LANE
ORANGE PERK, FL 32003-7073

ROBERT R ROSENBERG (SEP IRA)
FCC AS CUSTODIAN
22066 VELICATA STREET
WOODLAND HLS, CA 91364-1601

ROBERT R SHELDON
319 BOYD AVE
TAKOMA PARK, MD 20912

ROBERT R SORGER SR
10311 254TH AVE E
BUCKLEY, WA 98321

ROBERT R TURTLE
3015 FRIENDSHIP HILL CIRCLE
HENDERSON, NV 89052

ROBERT R TURTLE
3015 FRIENDSHIP HILL CREEK
HENDERSON, NV 89052

ROBERT R. BARKER
11281 WEATHERSTONE DR
WAYNESBORO, PA 17268

ROBERT R. CORBELL II
LA NELLE T. CORBELL
4520 W MCMILLAN RD
MERIDIAN, ID 83646-5152

ROBERT R. FLEMING
11885 WEST MCDOWELL #1037
AVONDALE, AZ 85392

ROBERT RACCIATTI
CGM SAR-SEP IRA CUSTODIAN
603 YORKSHIRE COURT
SEWELL, NJ 08080-2516

ROBERT RAWDING &
JANETTE RAWDING JT TEN
13 BIRCHWOOD DRIVE
N ARLINGTON, NJ 07031-5102

ROBERT REISCH MILLER TRUST 12/13/90
ROBERT REISCH MILLER TRUSTEE
DTD 12/13/90
2037 SALT MYRTLE LANE
ORANGE PARK, FL 32003-7073

ROBERT REISCH MILLER TRUST 12/13/90
ROBERT REISCH MILLER TRUSTEE
DTD 12/13/90
2037 SALT MYRTLE LANE
ORANGE PARK, FL 32003-7073

ROBERT REMME WEBB II INH IRA
BENE OF IRVING D WEBB
CHARLES SCHWAB & CO INC CUST
7625 SALIX PL
SAN DIEGO, CA 92129-3773

ROBERT ROBERTS
37 MEDAUGH RD
PLEASANT VALLEY, NY 12569

ROBERT RUDNICK
29 GREENBROOK ROAD
APT. 15
FAIRFIELD, NJ 07004-3850

ROBERT RUSSELL CHARITABLE REMAINDER TRUST
C/O LISA HIGGINS TTEE
111 N CHURCH AVE
FAYETTEVILLE, AR 72701

ROBERT RUSSELL FULTON
U/A DTD DECEMBER 6, 1994
ROBERT RUSSELL FULTON PROPERY MANAGEMENT TRUST
3440 CORRAL DRIVE, SUITE 312
RAPID CITY, SD 57702-8320

ROBERT S BECKER TTEE FBO
THE ROBERT S BECKER TRUST
U/A DTD 3/18/97
70 SAN SABASTIAN
RANCHO MIRAGE, CA 92270

ROBERT S DUFF
192 BARNSTAPLE DR
DANIELS, WV 25832

ROBERT S DUFF
192 BARNSTAPLE DR
DANIELS, WV 25832

ROBERT S GAVLIK
25 ANDRUS DRIVE
MILFORD, CT 06461

ROBERT S GLEASON
PO BOX 771
OWENSBORO, KY 42301

ROBERT S HODGMAN
P O BOX 3245
GREENSBORO, NC 27402-3245

ROBERT S KNAEUPER
5018 CLUBVIEW CT E
BRADENTON, FL 34203-4007

ROBERT S KRAEMER
2070 SLOAN ST
MAPLEWOOD, MN 55117-2029

ROBERT S MCCALL
319 WEST PINE
LONOKE, AR 72086-3139

ROBERT S MOSS
3564 MEDINAH WAY EAST
SOUTHPORT, NC 28461

ROBERT S SAARI
JEAN P SAARI
PO BOX 151
LITTLE LAKE, MI 49833

ROBERT S SILVER
245 E 87 ST APT 4B
NEW YORK, NY 10128-3241

ROBERT S SPINETTI &
IRETHA H SPINETTI JTWROS
2314 FOREST GARDEN DRIVE
KINGWOOD, TX 77345-1629

ROBERT S THOMSON
770 BEACHWAY DR
WHITE LAKE, MI 48383-2902

ROBERT S TUSQUELLAS
CGM ROTH CONVERSION IRA CUST
16622 CALNEVA DRIVE
ENCINO, CA 91436-4130

ROBERT S WALIN
127 WYKEHAM RD
WASHINGTON, CT 06793

ROBERT S WOZNIAK LIVING TR
ROBERT S WOZNIAK TTEE
BONNIE L WOZNIAK TTEE
U/A DTD 08/26/1997
936 LUND LN.
BATAVIA, IL 60510-3368

ROBERT S. BRADLEY
CGM IRA CUSTODIAN
130 EAST ROCKS ROAD
NORWALK, CT 06851-1723

ROBERT S. LEWIS
30 MOHAVE DR
SEDONA, AZ 86336-3501

ROBERT SCHAUMAN & CLARA SCHAUMAN REV TR
652 W SCHLEIER
FRANKENMUTH, MI 48734

ROBERT SCHMELZER
CGM IRA CUSTODIAN
5 TURTLE LANE
SAVANNAH, GA 31411-1619

ROBERT SCOTT BROWN
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
24 FOX GREEN COURT
HOMOSASSA, FL 34446-4625

ROBERT SEELY
9930 E SHORE DR
KALAMAZOO, MI 49002

ROBERT SHNELLOR, HENNILORI SCHNELLOR
BOX 237 DOUG HILL RD
HURLEY, NY 12443

ROBERT SINCLAIR &
ROBERTA SINCLAIR TTEE R
LEE & R JEAN SINCLAIR
REV TR UAD 6/27/01
25303 VIA DIA
VALENCIA, CA 91355-3128

ROBERT SINGLETERRY
2016 SO BIRDIE CIRCLE
TUCSON, AZ 85710

ROBERT SOLTAU
810 N BROADWAY
LEROY, MN 55951-6746

ROBERT SPIRO PANDIS
567 RIPPLEWATER DRIVE
MARIETTA, GA 30064

ROBERT ST JOHN
225 ASPEN LOOP
BUTTE, MT 59701

ROBERT STEIN
6125 FAIR VALLEY DR
CHARLOTTE, NC 28226

ROBERT STERN MD
1901 WALNUT ST # 1105
PHILADELPHIA, PA 19103-4640

ROBERT STEVEN BRADFIELD
5200 KELLER SPRINGS RD
APT 1513
DALLAS, TX 75248-2754

ROBERT STREBIG
4053 S MEADOW LN
MOUNT MORRIS, MI 48458-9311

ROBERT SZMIGIEL AND
VIVIAN SZMIGIEL JTWROS
5410 JAMESTOWN RD
SHELBY TWP, MI 48317-5026

ROBERT T & GILL S CARLILE TTEES
TRUST AGREEMENT OF ROBERT T CARLILE
U/A DTD 9/8/98
3945 SW BIMINI CIR S
PALM CITY, FL 34990

ROBERT T AND SUSAN C JOHNSON
5729 NW WINTERCREEK DR
CORVALLIS, OR 97330

ROBERT T BOYD & ELEANORE A BOYD
MR & MRS ROBERT T BOYD
30 CONTINENTAL AVE
FOREST HILLS, NY 11375

ROBERT T CRAIG
CGM IRA ROLLOVER CUSTODIAN
9162 BAY POINT DR
ORLANDO, FL 32819-4804

ROBERT T MARSHALL AND
JOAN S MARSHALL  JTWROS
7886 LINCOLN WAY W
SAINT THOMAS, PA 17252-9559

ROBERT T MILLER & BILLYE K MILLER
TEN/COM
2705 MUSEUM WAY
FORT WORTH, TX 76107-3066

ROBERT T MONTGOMERY
3418 QUAIL RIDGE LN
MATTHEWS, NC 28104-7311

ROBERT THIEL
12417 CAMBRIDGE BLVD
SOUTH LYON, MI 48178

ROBERT TORTORICH
3067 DESMOND AVE
LAS VEGAS, NV 89121-5611

ROBERT TORTORIELLO
112 HELLER WAY
UPPER MONTCLAIR, NJ 07043-2512

ROBERT TRENT, JR.
301 FARM LANE
PLEASANT HILLS
PITTSBURGH, PA 15236

ROBERT UNZEN SEP IRA FCC AS CUSTODIAN
3026 BRANCH STREET
DULUTH, MN 55812-2341

ROBERT V ANDREWS &
EILEEN V ANDREWS JT TEN
5360 MILLIKIN RD
HAMILTON, OH 45011-9749

ROBERT V ANDREWS (IRA)
FCC AS CUSTODIAN
5360 MILLIKIN RD
HAMILTON, OH 45011-9749

ROBERT V STOLTING (IRA AT RBC)
PO BOX 893
PINEHURST, NC 28370

ROBERT V STOLTING (IRA AT RBC)
PO BOX 893
PINEHURST, NC 28370

ROBERT V STOLTING (IRA AT RBC)
PO BOX 893
PINEHURST, NC 28370

ROBERT V STOLTING (IRA AT RBC)
PO BOX 893
PINEHURST, NC 28370

ROBERT V STOLTING/ RUTH P STOLTING
PO BOX 893
PINEHURST, NC 28370-0893

ROBERT V WYSOCKI
16430 S KENSINGTON
HOMER GLEN, IL 60491

ROBERT V. NEWKIRK IRA
C/O ROBERT V. NEWKIRK
1200 HIDDEN OAKS DR
DAYTON, OH 45459

ROBERT VAN GOOR
530 SMITH PL
RIDGEWOOD, NJ 07450

ROBERT VARNER
P.O. BOX 45
NEW MILFORD, NJ 07646-0045

ROBERT W & VIVIAN G KUFTA
ROBERT W & VIVIAN G KUFTA
52797 PAINT CR DRIVE
MACOMB, MI 48042

ROBERT W AYLING
37 OTTER CREEK RD
SKILLMAN, NJ 08558-2369

ROBERT W BAIRD & CO INC TTEE
FBO DONOVAN A DONNER IRA
1444 HIDDEN WATERS CIR
WEST BEND, WI 53095-8547

ROBERT W BAIRD & CO INC TTEE
FBO JOSEPH A DUPONT IRA
18971 MAPLE LEAF DR
EDEN PRAIRIE, MN 55346-3335

ROBERT W BAIRD & CO INC TTEE
FBO MATTHEW J KOVACH
ROTH IRA
519 MALVERN RD
AKRON, OH 44303-1739

ROBERT W BAIRD & CO INC TTEE
FBO ROBERT C BOUSSELOT IRA
4006 LAKEHURST CT
DAVENPORT, IA 52807-2954

ROBERT W BAIRD & CO INC TTEE
FBO RUTH M STEVENS SPOUSAL IRA
1700 S 18TH ST #124
MANITOWOC, WI 54220-6046

ROBERT W BAIRD & CO INC TTEE
FBO SHULAMITH WEISMAN IRA
9 LUXBERRY CT
N BETHESDA, MD 20852-5503

ROBERT W BAIRD TTEE
FBO EDWARD J VANEK IRA
2650 W UNION HILLS DR
PHOENIX, AZ 85027-5003

ROBERT W BLUESTONE I.R.R.A.
ROBERT W BLUESTONE
2218 SE MONTROSE LN
PORT ST LUCIE, FL 34952-6065

ROBERT W BREWER
6281 MCABEE RD
SAN JOSE, CA 95120-3960

ROBERT W BRIDGEMAN
441 SOUTH MAIN ST, UNIT 34
MANCHESTER, CT 06040

ROBERT W BYRUM & NITA P BYRUM
C/O ROBERT W BYRUM
1040 N MARKET ST
WASHINGTON, NC 27889

ROBERT W CHANDLER
DOROTHY E CHANDLER
5174 SE MILES GRANT TERR
STUART, FL 34997

ROBERT W CHRISTINA
4501 HIGHBERRY ROAD
GREENSBORO, NC 27410-3627

ROBERT W CLARK
8772 JENRICH AVE
WESTMINSTER, CA 92683

ROBERT W COLES TRUSTEE
U/A DTD 1-15-92
ROBERT W COLES REV TRUST
201 MONTAUK CT
AUBURNDALE, FL 33823-5625

ROBERT W CRONIN IRA
FCC AS CUSTODIAN
U/A DTD 04/05/00
48 OLD ORCHARD
WILLIAMSVILLE, NY 14221-2106

ROBERT W FREESE
3543 NAPANEE DR
DAYTON, OH 45430-1319

ROBERT W HAESSLER IRA
PO BOX 2836
ANN ARBOR, MI 48106

ROBERT W HAYNES
706 MEADOWVIEW DR
CINNAMINSON, NJ 08071

ROBERT W HILLER &
VIVIAN J HILLER JT TEN
1437 COVEY CIRCLE S
LAKELAND, FL 33809-4699

ROBERT W JOHNSON IRA
4491 CALAMONDIN BLVD
LOXAHATCHEE, FL 33470

ROBERT W JORDAN TTEE
FBO SHARON PERCE
345 ROSE BUD LANE
HOLLY SHELTER, NC 28445

ROBERT W JORDAN TTEE
ROBERT W JORDAN IRA
345 ROSE BUD LANE
HOLLY RIDGE, NC 28445

ROBERT W KRUSE & DORIS J
KRUSE REV TR ROBERT W KRUSE &
DORIS J KRUSE TTEES
U/A DTD 09/08/2004
13623 WEST GABLE HILL DR
SUN CITY WEST, AZ 85375-5411

ROBERT W LOVELL
166 LIFESTYE LANE
ANDERSON, SC 29621

ROBERT W MARTIN IRA
FCC AS CUSTODIAN
7910 EAST MONTE
MESA, AZ 85209-6180

ROBERT W MULLIGAN
16456 NE FARGO ST
PORTLAND, OR 97230-5528

ROBERT W NEEL
230 ROYAL OAK COURT
ZIONSVILLE, IN 46077

ROBERT W RASCH
201 LIVE OAK LANE
ALTAMONTE SPRINGS, FL 32714

ROBERT W RATHGEBER & VIOLA E RATHGEBER
VIOLA E RATHGEBER JT TEN
8518 DARCY HOPKINS DRIVE
CHARLOTTE, NC 28277-0201

ROBERT W REGAN (IRRA)
1385 HILLSIDE CIR
BURLINGAME, CA 94010-6001

ROBERT W RILEY & BEATRICE M RILEY
107 BAY SHORE LOOP
MOORESVILLE, NC 28117

ROBERT W SAUM
4010 VEAZEY ST NW
WASHINGTON, DC 20016-2122

ROBERT W SCHMITT
128 BEAVER CREEK CT
SEWICKLEY, PA 15143-9379

ROBERT W SIEG
12912 MAPLE AVE
BLUE ISLAND, IL 60406

ROBERT W STERNER
51 FAIRWAY DR
SHALLOTTE, NC 28470-4922

ROBERT W WELCH JR
700 SYCAMORE LANE
WILMINGTON, DE 19807

ROBERT W WELTE TRUSTEE/ROBERT W WELTE AND
MARJORIE L WELTE TRUST 11/26/1990
3655 N ALPINE RD
APT B104
ROCKFORD, IL 61114

ROBERT W WIGHT
4270 E LINDA DR
PORT CLINTON, OH 43452-9131

ROBERT W WRIGHT
T.O.D. KYLE LEE WRIGHT  SUBJECT TO STA TOD RULES
PO BOX 958
ASHLAND, OR 97520-0032

ROBERT W. HARRIS &
ANITA B. HARRIS JTWROS
POST OFFICE BOX 621
DEFUNIAK SPRINGS, FL 32435-0621

ROBERT WEINBERG & BEATRICE WEINBERG REVOCABLE LIV
ROBERT WEINBERG TRUSTEE
10442 E CLAIRMONT CIRCLE
TAMARAC, FL 33321

ROBERT WEINBERG TTEE
ROBERT & BEATRICE WEINBERG REV
LIV TR DTD U/A 9/6/90
10442 E CLAIRMONT CIRCLE
TAMARAC, FL 33321-7839

ROBERT WEITZEN &
MARYANNE WEITZEN JT TEN
4741 DENARO DR
LAS VEGAS, NV 89135-2467

ROBERT WICKS AND ANN WICKS JT
73 OLD NORTH RD
MYSTIC, CT 06355

ROBERT WILLIAM CHANDLER
DOROTHY E CHANDLER
5179 SE MILES GRANT TERR
STUART, FL 34997

ROBERT WORTHINGTON
810 OAK HILL DRIVE
HUMBOLDT, IA 50548

ROBERT Y MIYASHIRO TTEE
UTD 02/15/96
ROBERT MIYASHIRO LIVING TRUST
7010 TARWATER RD
SANTA ROSA, CA 95404-8613

ROBERT YOUNG & ROSE YOUNG
59223 YEATTER RD
COLON, MI 49040

ROBERT ZAUNER
76 PARK TERR
HORSEHEAD, NY 14845

ROBERT ZELIN
7550 HINSON ST
ORLANDO, FL 32819

ROBERT ZWEIBEL TTEE
U/W BETTY ZWEIBEL
14504 CERVANTES AVE
DARNESTOWN, MD 20874-3350

ROBERTA ASANO
AMERIPRISE FINANCIAL SERVICES, INC
401 FRANKLIN AVE, SUITE 101
GARDEN CITY, NY 11530

ROBERTA B HOLDING
370 RYAN RD
PIKE ROAD, AL 36064

ROBERTA BOLTON
183 WASHINGTON ST
COMMERCE, GA 30529

ROBERTA KALISH
107 BARSTCH LANE
SHOHOLA, PA 18458

ROBERTA L LAWRENCE TTEE
ROBERTA L LAWRENCE TR
DTD 10/26/96
4150 BELAIR LN APT 201
NAPLES, FL 34103-3146

ROBERTA MILES
7761 SILVER LAKE DRIVE
DELRAY BEACH, FL 33446

ROBERTA MILES
7761 SILVER LAKE DRIVE
DELRAY BEACH, FL 33446

ROBERTA O TUCKER
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
3614 BLUE BONNET BLVD
HOUSTON, TX 77025-1304

ROBERTA S COHEN
5234 EUROPA DR
APT E
BOYNTON BEACH, FL 33747-2161

ROBERTA SALOVITCH
ONE CLARIDDE DRIVE APT 906
VERONA, NJ 07044-3055

ROBERTA SALOVITCH
ONE CLARIDDE DRIVE APT 906
VERONA, NJ 07044-3055

ROBERTA T FERRIS
KENNETH C FERRIS JT TEN
170 SHORELINE DR S H
MALAKOFF, TX 75148-4755

ROBERTA TSENG
13082 MINDANAO WAY
#4
MARINA DEL REY, CA 90292

ROBIN CANCEL
78 HUDSON PT LANE
OSSINING, NY 10562

ROBIN CARLEY  WILLIAM CARLEY
1197 GRANDVIEW CIR
ROYAL PALM BEACH, FL 33411

ROBIN GROSSMAN
11 WHITE ROCK TER
HOLMDEL, NJ 07733

ROBIN MASSA
PO BOX 284
EASTON, CT 06612-0284

ROBIN ROSOFF
2003 E 5TH ST
TUSCAN, AZ 85719

ROBT C AND BRIDGET N PEDERSEN
ROBERT C PEDERSEN
BRIDGET N PEDERSEN JT TEN
55 FRANKLIN AVE
SADDLE BROOK, NJ 07663-4701

ROBYN CRAINE
541 N HOUGH ST APT 206
BARRINGTON, IL 60010-6841

ROCCO A RAO AND DONNA L RAO
C/O ROCCO A RAO
1470 CHUKAR RIDGE
PALM HARBOR, FL 34683

ROCCO C VENUTO
CGM IRA CUSTODIAN
124 TIMBERLANE DRIVE
WILLIAMSVILLE, NY 14221-1434

ROCKWELL FUND INC
770 S POST OAK LN STE 525
HOUSTON, TX 77056-6660

ROCKY MOUNTAIN LIONS
EYE INSTITUTE FDN INC
7087 PARFET ST
ARVADA, CO 80004-1347

ROD GEORGIU
PO BOX 3169
OLYMPIC VALLEY, CA 96146

RODERICK HARA
10406 INDIANA AVE, APT 12
RIVERSIDE, CA 92503-5382

RODGER SANDULA
4317 FARADAY DR
SAN JOSE, CA 95124

RODNEY AND LINDA DUFFEY
616 S BROWN AVE
MINDEN, NE 68959

RODNEY D ALLERS
3395 STATE ROAD D
CAMDENTON, MO 65020-6344

RODNEY D SCOTT
36604 E PINK HILL RD
OAK GROVE, MO 64075-6105

RODNEY G SABACKY
14008 BERMUDA CIR
OKLAHOMA CITY, OK 73170-5737

RODNEY GRIGGS
WEDBUSH MORGAN SEC CTDN
IRA CONT 4-14-2008
7515 BELLE VIEW AVE
SEBASTOPOL, CA 95472-4421

RODNEY J. SMITH
7250 CR140
FINDLEY, OH 45840

RODNEY N CATRON IRA
FCC AS CUSTODIAN
U/A DTD 11/28/97
1204 NEW MARKET DR
VIRGINIA BCH, VA 23464-5726

RODNEY S. BOWDOIN
LYNN O. BOWDOIN
#E229
5051 E ORANGETHORPE AVE
ANAHEIM, CA 92807-1130

RODNEY SPANGLER
6240 N PLACITA DE ROJELIO
TUCSON, AZ 85718-2738

ROGER & LINDA BLASHFIELD
1523 DUNBAR CT
AUBURN, AL 36830

ROGER A & BRENDA S BROADWAY
ROGER A BROADWAY &
BRENDA S BROADWAY JT TEN
850 BELLTOWN RD
DOVER, NC 28526-9771

ROGER A BELL
& SHIRLEY D BELL JTTEN
320 13TH AVENUE S
COLD SPRING, MN 56320-1079

ROGER A BELL
320 13TH AVE SO
COLD SPRING, MN 56320

ROGER A CAVALIERI
130 E 63RD ST APT 9D
NEW YORK, NY 10065-7338

ROGER A ENGEL
1200 FOLEY ST
HENDERSON, TX 75654

ROGER A MASSEY
ROGER A MASSEY AND FAE J MASSEY ARE TRUSTEES
OF THE MASSEY LIVING TRUST WROS E WATERHOUSE
ACCT
1093 OLD MILL POND RD
MELBOURNE, FL 32940

ROGER A PAPA TTEE
U/A/D 03/15/1993
ROGER A PAPA TRUST
54259 QUEENSBOROUGH DR
SHELBY TWP, MI 48315-1135

ROGER AND JUDITH JEWELL TRUST
ROGER AND JUDITH JEWELL CO-TRU
14155 40TH AVE
COPPERSVILLE, MI 49404

ROGER B EGGLESTON
501 S BARE
NORTH PLATTE, NE 69101

ROGER B LEMBERG
11667 LUANDA ST
LAKE VIEW TERRACE, CA 91342

ROGER B. ORLOFF
CGM SEP IRA CUSTODIAN
SUITE 200
5555 GLENRIDGE CONNECTOR
ATLANTA, GA 30342-4759

ROGER BARON AND KATHRYN FREUND
PENTHOUSE B & C
160 W 71ST ST
NEW YORK, NY 10023-3901

ROGER C & COLETTE GERHART
408 MICHELLE DRIVE
WASHINGTON, MO 63090

ROGER C AND MYRNA L LITTLE
ROGER C & MYRNA L LITTLE TRUST
C/O OPPENHEIMER & CO INC
125 BROAD STREET
NEW YORK, NY 10004

ROGER COOK (IRA)
PO BOX 134
WASHINGTON CROSSING, PA 18977-0134

ROGER COOK (ROTH IRA)
PO BOX 134
WASHINGTON CROSSING, PA 18977-0134

ROGER CRAIG BOWMAN
636 SAINT ST
RICHLAND, WA 99354-1838