**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | : | **Case No. 09-50026 (REG)** |
| **f/k/a General Motors Corp.**, *et al.*, | : | |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                                          ) ss:
COUNTY OF SUFFOLK      )

I, Barbara Kelley Keane, being duly sworn, depose and state:

   1.     I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 105 Maxess Road, Melville, New York 11747.

   2.     Between August 19, 2010 and August 20, 2009, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors in the above-captioned case and pursuant to the **Notice of Debtors' Seventieth Omnibus Objection to Claims [Docket No. 6680]**, I caused to be served a customized **Notice of Objection to Individual Debt Claims**, a copy of which is annexed hereto as Exhibit "A", upon each of the parties set forth in Exhibit "B" annexed hereto (affected parties) by depositing same in a sealed, postage paid envelope at a United States Post Office for delivery by the United States Postal Service via First Class Mail.

/s/ Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this
24th day of August 2010

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Qualified in Manhattan County
Commission Expires:  May 19, 2012

# EXHIBIT A

> **PLEASE CAREFULLY REVIEW THIS NOTICE AS IT WILL AFFECT YOUR CLAIM IN THE GENERAL MOTORS CORPORATION (NOW MOTORS LIQUIDATION COMPANY) BANKRUPTCY CASE**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                             :

In re                                 :          Chapter 11 Case No.
                                             :

**MOTORS LIQUIDATION COMPANY,** *et al.,*   :          **09-50026 (REG)**
        **f/k/a General Motors Corp.,** *et al.*   :
                                           :

                 **Debtors.**            :          **(Jointly Administered)**
                                           :

------------------------------------------------------------x

## NOTICE OF OBJECTION TO INDIVIDUAL DEBT CLAIMS

### [Claimant Name]

| Claim Information | | | | | Basis For Objection |
|---|---|---|---|---|---|
| **Date** | **Claim #** | **Debtor** | **Classification** | **Amount** | Claim is duplicative of a claim allowed for the indenture trustee on behalf of all Individual Bondholders |
| | | | | | |

      **PLEASE TAKE NOTICE THAT**, on August 13, 2010, Motors Liquidation Company (formerly known as General Motors Corporation) and its affiliated debtors, as debtors in possession (the "**Debtors**"), filed an objection to your proof of claim identified above.  The name of the objection is the Debtors' _____ Omnibus Objection to Claims (Duplicate Debt Claims) (the "**Objection**").

           **You have received this notice because the Debtors have objected to your proof of claim and your rights will be affected.**

           **You should read this notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**

**A copy of the full Objection can be viewed at
http://www.motorsliquidationdocket.com/bond.php3.  Or, you may
request a complete copy of the Objection at the Debtors' expense, by
contacting the Debtors at 1-800-414-9607, or by sending an e-mail to
claims@motorsliquidation.com.**

The reason for the Objection is that your claim is duplicative of two global claims filed on your behalf (and on behalf of all affected bondholders) by Wilmington Trust Company ("**WTC**"), as the indenture trustee for your General Motors Corporation bonds.  An indenture trustee is an entity that manages a bond issuance for the benefit of the individual bondholders, and handles all the administrative aspects of the bond issuance.  The claims filed by WTC ensure your interests are protected with respect to the interest, principal, and trustee fees under your bonds.  You will be entitled to receive a distribution on account of such interests through the global proofs of claim filed by WTC, and the disallowance of your individual claim will not affect such interests.  If you have additional claims with respect to your bonds beyond interest, principal, and trustee fees, such claims will be disallowed pursuant to this Objection.  A copy of the stipulation allowing the claims of WTC can be viewed at http://www.motorsliquidationdocket.com/bond.php3.

**YOU WILL NOTICE THAT** the Objection requests that the Bankruptcy Court expunge and disallow your claim listed above on the ground that your claim is duplicative of the global claim filed by WTC.  **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed, and you will not be entitled to any distribution from the Debtors' estates on the claim you filed.**

If you disagree with the Objection's treatment of your claim, you may call the Debtors to try and resolve your concerns at **1-800-414-9607**.  If you are unable to resolve your concerns with the Debtors before the deadline to respond, then you <u>must</u> file and serve a written response

(a "**Response**") to the Objection in accordance with this notice and you <u>must</u> appear at the Hearing described below.

You may participate in the Hearing telephonically provided that you comply with the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider." You must also provide prior written notice by mail or e-mail of your telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Russell Brooks, Esq. (russell.brooks@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Jennifer Sharret, Esq. (jsharret@kramerlevin.com)).

**If you do not oppose the disallowance and expungement of your claim, then you do not need to file a Response or appear at the Hearing.**

<u>**PLEASE TAKE FURTHER NOTICE THAT**</u> a hearing (the "**Hearing**") on the Objection is scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on **September 24, 2010 at 9:45 a.m. (Eastern Time)**. If you file a Response to the Objection, you should plan to appear at the Hearing either in person or telephonically. The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to your claim. If the Debtors do continue the Hearing with respect to your claim, then the Hearing will be held at a later date. If the Debtors do not

continue the Hearing with respect to your claim, then a Hearing on the Objection will be
conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is
**September 17, 2010 at 4:00 p.m. (Eastern Time)**.  Only those Responses that are timely will be
considered at the Hearing.  Your Response will be deemed timely only if it is:  (a) filed with the
Bankruptcy Court electronically using the Bankruptcy Court's case filing system (The User's
Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov) before
the deadline for Responses **or** (b) **actually** received on a 3.5 inch disk, in text-searchable
Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing
format **and** in hard copy at each of the following addresses on or before the deadline for
response:

A.    Chambers of the Honorable Robert E. Gerber, United States Bankruptcy
Court, One Bowling Green, Room 621, New York, New York 10004-
1408;

B.    Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth
Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.);
and

C.    Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory
committee of unsecured creditors, 1177 Avenue of the Americas, New
York, New York 10036 (Attn:  Jennifer Sharret, Esq.).

Your response, if any, must contain at a minimum the following: (i) a caption setting
forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the
number of the Objection to which the response is directed; (ii) the name of the claimant and
description of the basis for the amount of the claim; (iii) a concise statement setting forth the
reasons why the claim should not be disallowed and expunged for the reasons set forth in the
Objection, including, but not limited to, the specific factual and legal bases upon which you will
rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the

extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person that can be contacted in connection with the Objection.

If the Bankruptcy Court does NOT disallow and expunge your claim listed above, then the Debtors have the right to object on other grounds to your claim (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

If you have any questions about this notice or the Objection, please contact the Debtors at **1-800-414-9607**. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

**PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief requested in the Objection without further notice or a hearing if you fail to file a timely Response or appear at the Hearing.**

Dated: New York, New York
       August 18, 2010

WEIL, GOTSHAL & MANGES LLP
Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT B

ROGER D. COOK - IRA
173 MEADOWVIEW DR. NW
TRINITY, AL 35673-6508

ROGER DEAN TIMS
CHARLES SCHWAB & CO INC CUST
ROGER D TIMS MD, PSP PART QRP
4013
WHITE DOVE LN
ROANOKE, VA 24018-4831

ROGER E MILLER R/O IRA
FCC AS CUSTODIAN
7002 JUNEBERRY CV
AUSTIN, TX 78750-8328

ROGER F DE BONA
113 WAKE FOREST DR
WARNER ROBINS, GA 31093-1008

ROGER F DORST
21 REDFIELD VILLAGE APT 21B1
EDISON, NJ 08837-4001

ROGER F DOTY
1717 W COUNTRY CLUB RD
CONNERSVILLE, IN 47331

ROGER FRITZ TRUSTEE
1541 N COURTLAND DR
ARLINGTON HEIGHTS, IL 60004

ROGER GEMMEN MO LIVING TRUST
2508 EAGLE LANE
HOLLAND, MI 49424

ROGER HINTON, DEBORAH HINTON
1993 MICHIGAN ST
EDMONE, MI 48829

ROGER J FLATEN
1765 SIMPSON ST
FALCON HEIGHTS, MN 55113

ROGER J GEMMEN TTEE
ROGER J GEMMEN MD TRUST
2508 EAGLE LANE
HOLLAND, MI 49424

ROGER J GEMMEN TTEE
ROGER J. GEMMEN M.D. TRUST
U/A DTD 08/07/2003
800 OTTAWA BEACH RD
HOLLAND, MI 49424-2518

ROGER J JUSZCZAK
DELORES L JUSZCZAK
5254 E CALLE REDONDA
PHOENIX, AZ 85018-4440

ROGER J ROLPH IRA
8547 N GRIMES CYN RD
MOORPARK, CA 93021

ROGER J SCHIERMEIER TRUST
U/A DTD 11/18/99
ROGER J SCHIERMEIER
LINDA L SCHIERMEIER TTEE
13435 TERRA VISTA DR
ST LOUIS, MO 63146-2036

ROGER J SMITHE
3468 LAKESHORE RD
MANISTEE, MI 49660

ROGER J WEST
200 N HERMOSA DR
PALM SPRINGS, CA 92262-6455

ROGER JENSEN
321 GLENN RD
ALBERT LEA, MN 56007

ROGER K BROWN
4045 S BUFFALO DR
A101-142
LAS VEGAS, NV 89147

ROGER KENT & EILEEN KENT JT TEN
4605 WESTSHIRE DRIVE NW
COMSTOCK PARK, MI 49321-9324

ROGER KERBER
8975 MARIABO CIRCLE
BLOOMINGTON, MN 55438

ROGER L POESCHEL
803 AUTH ST
DURAND, WI 54736-1805

ROGER L WALLS
CGM IRA CUSTODIAN
7054 JOHNSON RD
GALLOWAY, OH 43119-9332

ROGER MAKEMSON (SEP IRA)
FCC AS CUSTODIAN
28494 WESTINGHOUSE PL, #313
VALENCIA, CA 91355-0936

ROGER MAKEMSON, INC
28494 WESTINGHOUSE PL, #313
VALENCIA, CA 91355-0936

ROGER MAKOWSKI
209 8TH AVE N
SARTELL, MN 56377

ROGER N GRUNDMANN, SANDRA D GRUNDMANN
207 RIVER BLUFF DR
ORMOND BEACH, FL 32174

ROGER PENICHE AND SONIA COBO
ROGER PENICHE
16809 NE 117TH ST
REMOND, WA 98052

ROGER PIERCE & CHARLES C PIERCE TTE
PIERCE REALTY 401K PSP DTD 9/30/03
FBO CHARLES C PIERCE
1601 SECOND STREET #101
SAN RAFAEL, CA 94901-2701

ROGER PIERCE & CHARLES C PIERCE TTE
PIERCE REALTY 401K PSP DTD 9/30/03
FBO ROGER PIERCE
1601 SECOND STREET #101
SAN RAFAEL, CA 94901-2701

ROGER SEAMAN & EMMA LUCY SEAMAN
EMMA LUCY SEAMAN JT TEN
54 ALPINE TRAIL
SPARTA, NJ 07871-1509

ROGER W BOSER
7276 SOUTH RD
SEVEN VALLEYS, PA 17360

ROGER W DECAMP
CHERI DECAMP TRUST
10205 CHURCHILL RD
RIVES JUNCTION, MI 49277-9712

ROGER W PETERSEN
27865 N 130TH DR
PEORIA, AZ 85383-7623

ROGER W ST GERMAIN
PO BOX 116
WOONSOCKET, RI 02895-0700

ROGER WHITSON
1034 QUAKER RIDGE WAY
DULUTH, GA 30097

ROGER ZAENGLEIN
2646 E BROOKWOOD CT
Phoenix, AZ 85048

ROGLO INVESTMENTS CORP II
CALLE ACAPULCO #365
URB SOL DE LA MOLINA
LIMA 12, PERU

ROHIT MAJMUDAR
14 WHIPPLE RD
POMPTON PLAINS, NJ 07444

ROLAND & MARILYN PELLEGRINI
TRUST UAD 03/20/97
ROLAND PELLEGRINI & MARILYN PELLEGRINI TTEES
581 NOR OAK
HOLLAND, MI 49424-6666

ROLAND A DONIE
13315 APPLE TREE RD
HOUSTON, TX 77079-7107

ROLAND B GEDDES
BETTY M GEDDES
19979 TIDEWATER TRL
TAPPAHANNOCK, VA 22560-5201

ROLAND B REEMS
PO BOX 2341
WINDERMERE, FL 34786

ROLAND BROUSSARD
448 TELJEAN RD
LAFAYETTE, LA 70503-6316

ROLAND C JOHNSON
CGM IRA CUSTODIAN
10504 FORESTGROVE LANE
MITCHELLVILLE, MD 20721-2828

ROLAND E NAGLE
24 GREENWOOD VALE
MONTEREY, CA 93940

ROLAND E STOEHNER &
LUCILLE G STOEHNER  TTEES
U/A DTD 08/29/1997
STOEHNER FAMILY TRUST
3129 KISTER DR
SAINT CHARLES, MO 63301-0018

ROLAND E STOEHNER & LUCILLE STOEHNER TTEES
U/A DTD 8-29-1997
STOEHNER FAMILY TRUST
3129 KISTEN DR
ST CHARLES, MO 63301

ROLAND EDELSTEIN AND EVELYN EDELSTEIN TEN COM
C/O ROLAND EDELSTEIN
211 EAST 70 ST APT 2B
NEW YORK, NY 10021

ROLAND J BROWN JR
5526 RIVER OAKS DRIVE
TITUSVILLE, FL 32780

ROLAND L. VAUGHAN, JR
5107 KING DAVID BLVD
AMNANDALE, VA 22003

ROLAND S FOSTER
ANN H FOSTER
1233 SILVER LAKE DR
MELBOURNE, FL 32940-1951

ROLANDT, ELEY (CGM IRA CUSTODIAN)
6104 FORBING ROAD
LITTLE ROCK, AR 72209-3530

ROLF-DIETER LÖSCH
IN DEN HINTEREN ÄCKERN 2
69483 WALD-MICHELBACH GERMANY

ROLLA W UNDERWOOD AND JO ANN
UNDERWOOD TTEES OF THE ROLLA W
UNDERWOOD AND JO ANN UNDERWOOD
REV LIVING/TRUST DTD 4-25-06
1713 SE CARDINAL DRIVE
BLUE SPRINGS, MO 64014-3314

ROLLOVER IRA DAVID A BINOTTI
FMT CO CUST IRA ROLLOVER
FBO DAVID A BINOTTI
6204 W CAROL LN
PALOS HEIGHTS, IL 60463-1824

ROMA SCHWEINEFUS
870 DEXTER ST APT 302
DENVER, CO 80220

ROMELDA C. WORDEN
PO BOX 5673
OROVILLE, CA 95966-0673

ROMEO P MAHINAY & TERESITA M MAHINAY TTEE
U/A DTD AUG 3 1994
ROMEO P & TERESITA M MAHINAY TR
13148 ONEIDA ST
BROOKSVILLE, FL 34609

ROMIE ROBERTSON
1710 COLLINS RD
VANLEER, TN 37181

ROMMEL FAMILY TRUST
DANIEL J. ROMMEL TTEE
ELIZABETH ROMMEL TTEE
13415 E DEL TIMBRE DR
SCOTTSDALE, AZ 85259-6327

RON ABSHER
PO BOX 311
CARMI, IL 62821

RON DIXON IRA
76 RIDGE CREST RD
WHEELING, WV 26003

RON H MAXWELL
& BARBARA E MAXWELL JTTEN
1907 W FLAMINGO AVE NO 120
NAMPA, ID 83651-1685

RON JONES
6175 NE ROSEBAY DR
HILLSBORO, OR 97124-5046

RON SALLADAY AND ANNELL SALLADAY
3821 HILLCREST DR
SAN ANGELO, TX 76904

RON WUESTENBERG
1720 CHERRY ST
CLARKSTON, WA 99403

RONAH CASTON
10924 KING BAY DR
BOCA RATON, FL 33498

RONAH CASTON REV TRUST
10924 KING BAY DR
BOCA RATON, FL 33498

RONALD & CONNIE WUENSCH
5600 YUCCA RD
HUTCHINSON, KS 67502

RONALD & DIONA KOERNER
335 OLD ARMY RD
SCARSDALE, NY 10583

RONALD & FAYE BUSSE TTEES
RFB TRUST
U/A DTD 03/31/2000
10205 E RIO DE ORO DRIVE
TUCSON, AZ 85749-9489

RONALD & VIRGINIA DEPRY
1489 N LOCAN AVE
CLOVIS, CA 93619-8465

RONALD A HAZEN
PO BOX 110
ELLWOOD CITY, PA 16117-0110

RONALD A HEROUX
66 DOMAN DR
TORRINGTON, CT 06790

RONALD A MILLER
219 LARKSPUR LANE
WILLARD, OH 44890

RONALD A PFEIFFER
59 LOCKMAN CIR
ELGIN, IL 60123

RONALD A SWISS
9796 CARRIE LN
GRAYLING, MI 49738

RONALD A VANDEVEN C/F
JESSICA M VANDEVEN UGMA/MI
18500 MAHRLE
MANCHESTER, MI 48158-8628

RONALD A WEAVER
1402 S CAGE BLVD #255
PHARR, TX 78577

RONALD A WHIDDON
1129 TURNER DR NE
ALBUQUERQUE, NM 87123

RONALD AND BARBARA KOPP
109998 HARDCASTLE ROAD
BROOKLYN, MI 49230

RONALD AND BEVERLY DAHLBERG
1228 21ST AVE
ROCKFORD, IL 61104

RONALD AND RANA SLOSBERG
RONALD SLOSBERG
RANA SLOSBERG
12 CRESTWOOD DR
BRIDGEWATER, NJ 08807-2210

RONALD ANDREWS IRA
RONALD ANDREWS
512 COUNTY ROAD 563
MIDLAND CITY, AL 36350-3468

RONALD B CAVALLI &
ANNA E CAVALLI JT TIC
353 HOMANS AVE.
CLOSTER, NJ 07624-2940

RONALD B MILLER
2728 MILL CREEK RD
PORT CHARLOTTE, FL 33953

RONALD B. LOONEY
CGM IRA ROLLOVER CUSTODIAN
11 ADAMS WAY
SHREWSBURY, NJ 07702-4327

RONALD C GRAMLING
80 C H RANCH ROAD
FRENCHVILLE, PA 16836

RONALD C SPIVEY
464 MOUNTAIN LAUREL DRIVE
JACKSONS GAP, AL 36861

RONALD D BECKWITH &
SHERRY L BECKWITH JT TEN
2401 N LINWOOD APT B
VISALIA, CA 93291-9290

RONALD D CARVER TRUST
RONALD D CARVER & JILL D CARVER TTEES
U/A DTD 1-19-01
1033 S COOPER
KOKOMO, IN 46902

RONALD D PATTERSON
CGM IRA ROLLOVER CUSTODIAN
1115 ANSLEY AVENUE S.W.
VERO BEACH, FL 32968-5081

RONALD D ZOLLER
BY RONALD D ZOLLER
4857 CALVERT DR
TROY, MI 48085-5009

RONALD DAITCH TTEE
AUGUSTA GYN P C PSP
U/A DTD 11/01/75 FBO MURRAY A FREEDMAN
1348 WALTON WAY STE 4100
AUGUSTA, GA 30901-5107

RONALD DAITCH TTEE
AUGUSTA GYN P C PSP
U/A DTD 11/01/75 FBO MURRAY A FREEDMAN
1348 WALTON WAY STE4100
AUGUSTA, GA 30901-5107

RONALD DEAN DAVIS & SANDRA EARLENE DAVIS
(HUSBAND & WIFE, JTWRS)
4014 SOUTH 135TH EAST AVE
TULSA, OK 74134-5612

RONALD DELEE &
ELIZABETH DELEE JT TEN
3422 CAMBRIDGE CIRCLE
ALLENTOWN, PA 18104-2608

RONALD DONIS
1780 LYNDALDE BLVD
MAITLAND, FL 32751

RONALD DUNKEL (IRA)
FCC AS CUSTODIAN
2764 VAN BUREN DR
LOWER BURRELL, PA 15068-2509

RONALD E ADAMS
813 BIG BETHEL RD
HAMPTON, VA 23666-2803

RONALD E BATES AND JUDITH K BATES
RON BATES
88 LUMMI DR
LA CONNER, WA 98257

RONALD E JENKS JR
49377 HWY 30
WESTPORT, OR 97016

RONALD E MCCORMICK
519 BROOKSHIRE LN
RICHARDSON, TX 75080

RONALD E RALEY
DOLORES A RALEY
110 CASH SPRINGS RD
GREENBRIER, AR 72058-9429

RONALD E YODER
7357 ST RT 656
SUNBURY, OH 43074

RONALD F ARGENZIO
17 ROY PLACE
RAMSEY, NJ 07446-1319

RONALD F JONES TTEE
RONALD F JONES TRUST
U/A DTD 05/13/96
3300 LOVELAND BLVD
UNIT 1702
PORT CHARLOTTE, FL 33980

RONALD F LYSOWSKI
2515 SOUTH AVE
YOUNGSTOWN, OH 44502

RONALD F SZWIEC
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
18716 N CLOVER CT
SURPRISE, AZ 85387-7562

RONALD F. LUZZO AND IVELISE LUZZO FAMILY LTD PARTNER
DR RONALD F. LUZZO
537 BROWN CIR
ELK GROVE VILLAGE, IL 60007

RONALD F. WAGENFUEHR
445 CHARTWELL PL
NAPLES, FL 34110

RONALD FOSTER
2725 W JEFFERSON RD
PENTWATER, MI 49449-9733

RONALD G ANDERSON
304 STONEWOOD ST
SAN ANTONIO, TX 78216

RONALD G AREHART
9647 VISTA DEL SOL
SPRING VALLEY, CA 91977

RONALD G BENNETT IRA
FCC AS CUSTODIAN
508 W STROUD
JONESBORO, AR 72401-7126

RONALD H GRIFFIN
UTA CHARLES SCHWAB & CO INC
IRA ROLLOVER DTD 08/27/97
22640 E 76TH ST
BROKEN ARROW, OK 74014-2413

RONALD H GRIFFIN &
SHIRLEY I GRIFFIN JT TEN
22640 E 76TH ST
BROKEN ARROW, OK 74014-2413

RONALD H GUITH & AUDREY L GUITH FAMILY TRUST
RONALD H GUITH & AUDREY L GUITH TTEE
U/A DTD 2-29-00
2750 NO VICTORIA ST #159
ROSEVILLE, MN 55113-2069

RONALD H JONES
9671 SW 190TH TR RD
DUNNELLON, FL 34432-4230

RONALD H KETELHUT REV LIV TR
RONALD H KETELHUT
309 AVENIDA CERRITOS
NEWPORT BEACH, CA 92660

RONALD HUBER
RONALD HUBER IRA
463 WOODSIDE CT
ALDEN, NY 14004-9548

RONALD I LONG
CGM IRA CUSTODIAN
12 RUNNING FOX COURT
COLUMBIA, SC 29223-3025

RONALD J BAYER
1622 WAVERLY ST
PHILADELPHIA, PA 19146

RONALD J BINNS
211 7TH STREET E.
TIERRA VERDE, FL 33715

RONALD J MATHIS AND
BARBARA S MATHIS JTTEN
1135 N CHARLEY'S LOOP
CAMDEN, AR 71701-7021

RONALD J THOMPSON
816 SHADDON RD
TELLICO PLAINS, TN 37385

RONALD J. HITCHINS
CGM IRA CUSTODIAN
116 DAKSI WAY
LOUDON, TN 37774-2552

RONALD JOWERS
116 BUCK CREEK DR
ALABASTER, AL 35007

RONALD KASSOVER
2 RICHMOND RD APT 2MM
LIDO BEACH, NY 11691

RONALD KLAMT IRA
10315 44 AVENUE W
16 BAY VIEW
BRADENTON, FL 34210

RONALD L CARLSON &
ALICE L CARLSON JT TEN
211 JAMESTOWN ST
SUGAR GROVE, PA 16350-1627

RONALD L DAHLEN
906 195TH PL SW
LYNNWOOD, WA 98036

RONALD L ROOVER
19339 N TALLOWOOD WAY
SURPRISE, AZ 85387

RONALD L ROOVER
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
19339 N TALLOWOOD WAY
SURPRISE, AZ 85387-7593

RONALD L SCHUMAN
72 LYNDON CIR
OAKLAND, MI 48363

RONALD L TITUS
4 JUDGE CANAN DR
CROWLEY, LA 70526-2306

RONALD LEE JACKSON AND
JEANNE V JACKSON
5812 MELALEUCA DR
HOLIDAY, FL 34690

RONALD LEE JACKSON AND
JEANNE V JACKSON JTWROS
5812 MELALEUCA DR
HOLIDAY, FL 34690-6441

RONALD LUZZO &
IVELISE LUZZO JTTEN
537 BROWN CIR
ELK GROVE VILLAGE, IL 60007-2768

RONALD M & RUTH A WEEKS
35 KINDERWOOD DRIVE
MARCELLUS, NY 13108

RONALD M GERKIN
1022 DIAMOND BLVD
SOUTHLAKE, TX 76092

RONALD M HAKEL
2539 MAIN RD
VALPARAISO, NE 68065-8622

RONALD M JOSEPH AND PRISCILLA CUNNINGHAM
197 E MAIN ST
APT C
GLOUCESTER, MA 01930

RONALD M KIMBLER & SHIRLEY KIMBLER
7204 NW 21 STREET
SUNRISE, FL 33313

RONALD M PELLEGRINO
CGM IRA CUSTODIAN
6 JUDI COURT
HOMOSASSA, FL 34446-5210

RONALD M TVERT
31 SOUTHERN ROAD
HARTSDALE, NY 10530

RONALD M. REGGERO
161 HICKORY HILL RD
NEWBURGH, NY 12550-1664

RONALD MAC EWAN &
BONNIE MAC EWAN JT TEN
5421 CHATSWORTH DR SW
ROANOKE, VA 24018-4612

RONALD MAGNUSON
14043 Cherry Beach Rd
Three Oaks, MI 49128

RONALD MCGEE
2605 PFISTER HWY
ADRIAN, MI 49221-9452

RONALD O CHITWOOD AND EULENE CHITWOOD
JT TEN
2128 HEATHER GLEN WAY
FRANKLIN, IN 46131-3622

RONALD OLIVER
16222 MONTEREY LN #303
HUNNINGTON BEACH, CA 92649

RONALD P BODURKA & VERA E BODURKA
C/O RONALD P BODURKA
34093 FAIRFAX DR
LIVONIA, MI 48152

RONALD P ROERIG
1617 EAST WILMAN CT
EMPORIA, KS 66801-5328

RONALD P SECHAK
1852 JACKSON RD
PENFIELD, NY 14526-1249

RONALD PELOW IRA, UBS CUSTODIAN
RONALD PELOW
2025 BERRY ROBERTS DR
SUN CITY CENTER, FL 33573

RONALD R NELSON
3720 KIRKWAY DR
BAKER CITY, OR 97814

RONALD R ROGERS &
ANNA MAY ROGERS JT TEN
717 MAIDEN CHOICE LANE
ST 101
CATONSVILLE, MD 21228-6137

RONALD ROBERT ZAPOLSKI & MYRL DIANNE ZAPOLSKI
152 CHEROKEE CIR
TEN MILE, TN 37880-2946

RONALD ROSENBERG AND
MARILYN ROSENBERG JTWROS
280 BOYLSTON ST
APT 212
CHESTNUT HILL, MA 02467-1912

RONALD S AND ROBERTA A COLEMAN
1824 CALLENDER HILL RD
MANSFIELD, TX 76063

RONALD S ANDERSON
111 KELSALL DRIVE
RICHMOND HILL, GA 31324

RONALD S BAUER
12075 SUMMIT CIR
BEVERLY HILLS, CA 90210-1323

RONALD S CULP
1365 W HWY 98
UNIT 107
MARY ESTHER, FL 32569

RONALD SIEGRIST
3 CANDELSTICK DRIVE
LUTHERVILLE, MD 21093-3504

RONALD SLEITER
4645 XENE LANE NORTH
PLYMOUTH, MN 55446

RONALD STEINMAN TTEE
2569 WOODSON AVE
HENDERSON, NV 89052

RONALD T DEETS &
EMILY J DEETS
JT TEN WROS
N2427 WINNEBAGO POINT BEACH RD
CHILTON, WI 53014-9444

RONALD T STEARNS
929 VILLA GRANDE WAY
BOULDER CITY, NV 89005-1262

RONALD TIKOFSKY
205 WEST ENO AVE 14M
NEW YORK, NY 10023

RONALD TULIN
CGM IRA ROLLOVER CUSTODIAN
5257 GLENVILLE DRIVE
BOYNTON BEACH, FL 33437-1681

RONALD V LEWIS
46-27 195 STREET
FLUSHING, NY 11358-3917

RONALD VAN DEVEN (IRA)
FCC AS CUSTODIAN
18500 MAHRLE
MANCHESTER, MI 48158-8628

RONALD VANDER MALLIE
IRA STANDARD 08/02/01
9 MONIAS DR
NASHUA, NH 03062-2314

RONALD VANDEVEN C/F
DAVID ANTHONY VANDEVEN UGMA/MI
18500 MAHRLE
MANCHESTER, MI 48158-8628

RONALD W & PATRICIA A SEARS
8422 GOLF CLUB CIRCLE
FT WORTH, TX 76179

RONALD W DAVIS
3800 OAK PARK RD
RALEIGH, NC 27612

RONALD W LITTLEHALE
66 GEORGIAN COURT
MAHWAH, NJ 07430

RONALD W NEVILLE
11401 MANZANITA TRAIL
DEWEY, AZ 86327

RONALD W WOOD & ROSE WOOD
RONALD W WOOD
59548 THUNDERHEAD
WASHINGTON, MI 48094

RONALD WERNER SEARS
8422 GOLF CLUB CIRCLE
FORT WORTH, TX 76179

RONALD WILLIAMS TTEE
MERSHON & EVELYN WILLIAMS LV TR U/A
DTD 06/25/1998
P.O. BOX 322
CROSS CITY, FL 32628-0322

RONDA K GRACIE AND
STEPHEN GRACIE III JTWROS
1387 E LAKE WOODLANDS PKWY
OLDSMAR, FL 34677-1922

RONNIE LEWIS
WBNA CUSTODIAN TRAD IRA
131 BANYAN ISLE DR
PALM BCH GDNS, FL 33418-4602

ROOSEVELT HARRIS TTEE
CITY OF BRUNSWICK EMPLOYEE DEF
U/A DTD 01/01/1977
601 GLOUCESTER ST
PO BOX 550
BRUNSWICK, GA 31521-0550

ROSA BUOT
9833 67TH AVE
FLUSHING, NY 11374

ROSA BUOT C/F AMADEOUS S CO
9833 67TH AVE
FLUSHING, NY 11374

ROSA M HICKS
509 CORA ST
FREDERICKSBURG, TX 78624

ROSALEE J MUSGRAVE TTEE
ALBERTA M OHM TRUST
U/A DTD 04/13/2000
7802 KENOSHA AVE
LUBBOCK, TX 79423-1742

ROSALIA S MOLHO TRAD IRA
DR. ROSALIA MOLHO
569 FENLON BLVD
CLIFTON, NJ 07014

ROSALIE C DERITIS
901 SEASIDE AVE
ABSECON, NJ 08201-1529

ROSALIE G FUSCO
1150 8TH AVE SW #2922
LARGO, FL 33770

ROSALIE HILLER
3924 WOODFIELD DR
SHERMAN OAKS, CA 91403

ROSALIE HILLER
3924 WOODFIELD DR
SHERMAN OAKS, CA 91403

ROSALIE HILLER
3924 WOODFIELD DR
SHERMAN OAKS, CA 91403

ROSALIE KLENOSKY
1 BAY CLUB DR (14X)
BAYSIDE, NY 11360

ROSALIE MCJUNKIN CUST FOR
JAMES H MCJUNKIN UGMA/IL
UNTIL AGE 21
802 WALTZ COURT
PROSPECT HTS, IL 60070-1150

ROSALIE MCJUNKIN CUST FOR
SAMANTHA R MCJUNKIN U/UTMA/IL
UNTIL AGE 21
802 WALTZ COURT
PROSPECT HTS, IL 60070-1150

ROSALIE TREZZA
TOD REGISTRATION
1929 W 3RD STREET
BROOKLYN, NY 11223-2747

ROSALIND A KERNS
TOD DANIEL RENTSCHLER & DONNA
WINBERG
119 W CARMEL LN
SIOUX FALLS, SD 57108-4698

ROSALIND AUSSENBERG
50 BISCAYNE 2113
ATLANTA, GA 30309

ROSALIND N SCHEER TTEE
ROSALIND N SCHEER REV TRUST U/A
DTD 07/11/2002
360 CABRINI BLVD
NEW YORK, NY 10040

ROSALIND T LANFORD
14503 CLOVER HILL TERRACE
BOWIE, MD 20720

ROSALINDA S ANINIAS
3612 JEANNIE LANE
MUSKOGEE, OK 74403

ROSALLE HILLER
3924 WOODFIELD DR
SHERMAN OAKS, CA 91403-4231

ROSALYN FORBES
65 GRANITE STREET
BROOKLYN, NY 11207-1606

ROSALYN HALL
501 S JAMES ST
APT 26
DOVER, OH 44622-2154

ROSALYN K FOSTER
80055 MERION
LA QUINTA, CA 92253-5039

ROSANNE HOODECHECK
AMERIPRISE TRUST CO ACF
ROSANNE HOODECHECK IRA
317 BOULDER ST
HUTCHINSON, MN 55350

ROSCOE L. HENRIKSEN
5700 RALSTON SUITE 201
VENTURA, CA 93003-7879

ROSE A & RUTH E BEATTY
2630 S 450E
COLUMBUS, IN 47203-9288

ROSE BLATTBERG & CHARLES BLATTBERG
C/O ROSE BLATTBERG
180-19 69TH AVE
FRESH MEADOWS, NY 11365

ROSE DAVIS
ROSE DAVIS TTEE
2402 ECUADORIAN WAY UNIT 20
CLEARWATER, FL 33763

ROSE DEVOS
2929 POST OAK BLVD
#405
HOUSTON, TX 77056

ROSE E BELL
1101 GROVE NE
ALBUQUERQUE, NM 87110

ROSE E BELL
1101 GROVE NE
ALBUQUERQUE, NM 87110-7316

ROSE FURMANSKI TOD P FURMANSKI
R FURMANSKI
SUBJECT TO STA RULES
230 174TH ST APT 1004
SUNNY ISLES, FL 33160-3330

ROSE HORAK
10767 EL RUBI CIRCLE
FOUNTAIN VALLEY, CA 92708

ROSE M CLEMENS WILLIAMS
31 W LOS REALES RD # 80
TUCSON, AZ 85756-7445

ROSE M SCHLEGEL
119 FRANKLIN ST
BELLEFONTE, PA 16823

ROSE M SISSON
3600 DEERFIELD PLACE
COLUMBUS, IN 47203-1213

ROSE M WOIZESCHKE
2073 S REESE RD
REESE, MI 48757

ROSE MARIE OXLEY
7048 OAK BROOK DR
URBANDALE, IA 50322-4840

ROSE MARIE PINTOZZI
ROSE MARIE PINTOZZI TTEE OF ROSE MARIE
PINTOZZI TRUST UA DTD 6/10/96
1305 E BROOKWOOD DR
ARLINGTON HTS, IL 60004

ROSE MARIE SMITH
150 CHEETAH DR
HANOVER, PA 17331

ROSE MARIE T OAKES
8501 HARNER ST
PHILADELPHIA, PA 19128

ROSE MONYEK
C/O BRENDA MONYEK SMALL
257 WEST GRANT AVE
EDISON, NJ 08820

ROSE RUBIN TRUST
27976 BELGRAVE RD
CLEVELAND, OH 44124

ROSE SCHWARTZ
86 CARDINAL LANE
HAUPPAUGE, NY 11788

ROSE SEDER
5749 CROSSGATE RD
WEST BLOOMFIELD, MI 48322-1330

ROSE SEDER TTEE
FBO ROSE SEDER
U/A/D 04/05/2006
5749 CROSSGATE
WEST BLOOMFIELD, MI 48322-1330

ROSE SIEGAL TTEE
7365 LUGANO DR
BOYNTON BEACH, FL 33437-6075

ROSE SISSON
3600 DEERFIELD PL
COLUMBUS, IN 47203

ROSE TEAGUE LITTLEJOHN
DESIGNATED BENE PLAN/TOD
PO BOX 643
DECATUR, TX 76234-0643

ROSE VARGAS
321 W 7TH ST UNIT 4
DELL RAPIDS, SD 57022

ROSEANNE G DAIGLE
DEANNA GAIL CASH JT TEN
6000 SEAGRASS LN
NAPLES, FL 34116-5432

ROSELLA S GRIFFIN &
JOHN GRIFFIN JT WROS
11 SPRUCE PINE CT N
HOMOSASSA, FL 34446-4721

ROSELLEN HODGSON
TOD DTD 03/31/2009
49 MAPLE ROAD
KERRVILLE, TX 78028-8205

ROSELYN C BARST
RANDY R BARST
2080 FINCH DR
SAGINAW, MI 48601

ROSEMARIE HAAS
MS&CO C/F ROSEMARIE HAAS
IRA STANDARD DATED 05/13/99
5500 HEARTHSTONE LANE
BRENTWOOD, TN 37027-4353

ROSEMARIE KNOTOWSKI
403 WAVERLY RD
ARLINGTON HEIGHTS, IL 60004-2558

ROSEMARIE M COLVIN
TOD DTD 01/30/2009
21 WHITNEY AVE
EAST NORWICH, NY 11732-1327

ROSEMARIE MAI
8509 SEMIAHMOO DR
BLAINE, WA 98230-9310

ROSEMARY BECK  IRA
C/O RBC DAIN RAUSCHER CUSTODIAN
2271 NICHOLL ST
BOULDER, CO 80304

ROSEMARY C BRIGGS
801 GRANGER ROAD
SYRACUSE, NY 13219-2109

ROSEMARY CLEARY-BATTI
CGM SEP IRA CUSTODIAN
428 SNYDER ROAD
WYCKOFF, NJ 07481-2223

ROSEMARY DURANTE
8104 LAPIS HARBOR AVE
LAS VEGAS, NV 89117-2543

ROSEMARY HELLER
1230 N LAKESHORE DR
SARASOTA, FL 34231

ROSEMARY J MILCHUCK AND CHARLENE H MINOR JTWROS
29843 NORMA DR
WARREN, MI 48093-3594

ROSEMARY K DORSEY
8222 WINSOR MILL RD
BALTIMORE, MD 21244-1110

ROSEMARY MONAHAN
E 19814 THOUSAND ISLAND LAKE RD
WATERSMEET, MI 49969

ROSEMARY O RYAN
2361 SE MIDTOWN RD
PORT ST LUCIE, FL 34952-4836

ROSEMARY OLSAVSKY
6 APACHE TRAIL
RINGWOOD, NJ 07456

ROSEMARY PIRTLE
P O BOX 904
GLASGOW, KY 42142-0904

ROSEMARY SLATTERY
2310 TIMBER TRACE PL W
CLEVELAND, TN 37311

ROSEMARY T KAY
223 WARNER RD
COLUMBUS, NJ 08022

ROSENTHAL FAMILY 1989
REVOCABLE TRUST
RICHARD & CATHY ROSENTHAL
CO-TTEES U/A DTD 11/16/1989
P.O. BOX 1021
CARMEL VALLEY, CA 93924-1021

ROSETTA LOU CALLISON
PO BOX 734
ARKANSAS CITY, KS 67005

ROSITA C VICTORIA, TRUSTEE
ROSITA C VICTORIA TRUST
21235 79TH ST
CALIFORNIA CITY, CA 93505

ROSLYN A WOROBOW
269-10 GRAND CENTRAL PKWY
FLORAL PARK, NY 11005

ROSLYN HERSHEY & DENNIS HERSHEY &
HELAINE GOLDMAN JT TEN
80 SUNNYFIELD LANE
VALLEY STREAM, NY 11581-2324

ROSLYN WOROBOW TTEE LIVING TRUST
ROSLYN WOROBOW
269-10 GRAND CENTRAL PKWY
APT 21B
FLORAL PARK, NY 11005

ROSS BEMROSE & LYNNE BEMROSE
JT TEN COMM
3212 HOLT RD
MASON, MI 48454

ROSS DUNSHEE
1901 E MARILYN RD
PHOENIX, AZ 85022

ROSS JAY SEARS
595 SE CAMP ST
LAKE CITY, FL 32025

ROSS S ALESSANDRO JR
1404 MORROW RD
PITTSBURGH, PA 15241

ROSS S MERRYMAN
605 PIPER RD
REISTERSTOWN, MD 21136

ROSS SANGSTER
662 WEST SIDE DR
BALLSTON LAKE, NY 12019

ROSSIE V BAKER IRA R/O
FCC AS CUSTODIAN
U/A DTD 4/29/99
1332 MEADE DR
SUFFOLK, VA 23434-7535

ROSYLN A BERKOVITZ &
HELEN SCHLESSINGER JT TEN
273 LISTON STREET
BUFFALO, NY 14223-1324

ROWEN NEAL
0366 CO RD 92
ALGER, OH 45812-9651

ROWENA SIMMONS
TOD DAVID IAN ROZIER IRR .TR.
SUBJECT TO STA TOD RULES
PRESBYTERIAN MANOR
500 CAYCE STREET
FARMINGTON, MO 63640-2910

ROXANNA SNELL SMITH TRUSTEE
7117 NOLAND RD
SHAWNEE, KS 66216

ROXANNA TOWN HOLSINGER
4598 ST RTE 3
FULTON, NY 13069-3647

ROXANNE M SCHUBRING
3800 E SELL ST
WAUSAU, WI 54403

ROY & GEORGIA PROVENCAL & LORRAINE POOLEY
C/O ROY PROVENCAL
1921 FERNDALE DR
HILLSDALE, MI 49242-8411

ROY A SYKES JR
22143 AVENIDA MORELOS
WOODLAND HLS, CA 91364-5004

ROY C SMALLWOOD 3RD
2318 OAKCLIFF DR
WACO, TX 76710

ROY CORNELL
358 E WASHINGTON AVE
TULARE, CA 93274

ROY D POERTNER
MARIAN R POERTNER JTWROS
18705 ST ALBANS RD
GLENCOE, MO 63038-1706

ROY DON SCOTT
3929 OLD BALLINGER HWY
SAN ANGELO, TX 76905

ROY E HENDRIX LV TR
ROY E HENDRIX TTEE
4408 WAKEFIELD DR
VIRGINIA BEACH, VA 23455-4460

ROY E LIEBER
1117 W LAS PALMARITAS DR
PHOENIX, AZ 85021-5570

ROY EMORY HENDRIX CHARITABLE TRUST 11-3720676
C/O ROY E HENDRIX TTEE
4408 WAKEFIELD DR
VIRGINIA BEACH, VA 23455

ROY GELBER
PO BOX 98
LITTLE SILVER, NJ 07739

ROY H MCGEE
7037 PRO-AM COURT
NAVARRE, FL 32566

ROY HARRISON
36 VICTOR HILL DR
BRANFORD, CT 06405

ROY HARRISON
36 VICTOR HILL DR
BRAWFORD, CT 06405

ROY HODGES
1111 US HIGHWAY 84 W
MULLIN, TX 76864

ROY L WAGERS & SUE WAGERS
SUE WAGERS JTWROS
683 BYRLEY ROAD
CORBIN, KY 40701-4609

ROY LLOYD EBERT
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
13085 APRIL CIR
LOVETTSVILLE, VA 20180-3557

ROY R RANGEL & LAURA RANGEL
JTTEN
209 TAHOLA LANE
PETALUMA, CA 94954-2330

ROY ROMES & PAT ROMES
JTWROS
1933 FORTSIDE CIR
FORT MITCHELL, KY 41011-1846

ROY RUSH GAVIN & NANCY T GAVIN
39 BURNSWOOD DR
JACKSONS GAP, AL 36861

ROY TEPE
PO BOX 2406
SOUTH BEND, IN 46680-2406

ROY W JONES
3845 CLIFTON RD
VERSAILLES, KY 40383

ROY W NELSON AND
MARY JANE NELSON TTEES/FOR
ROY W NELSON TRUST DTD 10-10-89
3100 85TH AVE.N.#222
BROOKLYN PARK, MN 55443-1965

ROY W. NELSON
3100 85TH AVE N APT 222
BROOKLYN PARK, MN 55443

ROY WEINSTEIN
4368 FIESTA LN
HOUSTON, TX 77004

ROYAL LEE JACKSON &
JOAN D JACKSON JT TEN
4605 EDMONTON DRIVE
RENO, NV 89511-3003

ROYAL P KEAR
1718 CHERRY LN
FINDLAY, OH 45840-6734

ROYSTON V JENKINS
61 NORTH EAST ISLES DRIVE
NORTH EAST, MD 21901

RPM 000 STEEL SALES & SERVICES
DEFINED BENEFIT PL DTD 1-1-89
FBO JAMES C HODDINOTT
20 JOHN EDWARD DRIVE
LITTLESTOWN, PA 17340-9168

RPM000 JONATHAN M LAKE
PROFIT SHARING PLAN DTD 01/01/1994
JONATHAN M LAKE TTEE
2410 JEFFERSON AVE
NEW ORLEANS, LA 70115-6504

RPM000 PRUDHOMME RACING INC
EMPLOYEE BENEFIT TRUST DTD 11/01/85
FBO DON & LYNN PRUDHOMME TTEES
1232 DISTRIBUTION WAY
VISTA, CA 92081-8816

RPM001 J NELSEN, T WOLLENMAN &
D TOMLINSON TTEES F/T CA CITRUS MUT
RET PL U/A DTD 10-01-01 FBO R CARTE
15126 EL RANCHO
VISALIA, CA 93292-9377

RPM001 ROBINSON GRANT & CO 401 K PROFIT SHARING PLAN
401K PRFT SHRG PLAN DTD 1-11-88
FBO J LOUIS GRANT
864 BROADVIEW DRIVE
RIDGELAND, SC 29936-5162

RPM002 J NELSEN, T WOLLENMAN &
D TOMLINSON TTEES F/T CA CITRUS MUT
RET PL UA DTD 10-1-01 FBO L MCELRAT
1904 E LAURA AVE
VISALIA, CA 93292-1428

RPM002 STEVEN A APPEL DDS PC
401(K) DTD 9-12-85
FBO STEVEN A APPEL
1 PENNS WOODS DRIVE
NEWTOWN, PA 18940-1112

RPM003 J NELSEN T WOLLENMAN &
D TOMLINSON TTEES F/T CA CITRUS MU
RET PL UA DTD 10-1-01 FBO J NELSEN
250 E CHESTNUT CT
VISALIA, CA 93277-7689

RR & JACQUELINE A BADOWSKI
PO BOX 1603
WICKENBURG, AZ 85358

RSP ASSOCIATES LLC
C/O SYLVIA LEVY
100 AVE P APT 6J
BROOKLYN, NY 11204-6134

RUBEN MAGARIAN
2713 ANTONIO DRIVE
#3-210
CAMARILLO, CA 93010-1449

RUBIN SHARPE
2470 W GOOD HOPE RD UNIT 261
GLENDALE, WI 53209-2751

RUBY A JOHNSON IRA - ACCT 401-80139
33 S HAMPTON PKWY
ROCKY RIVER, OH 44116-2387

RUBY A JOHNSON TOD BENEFICIARI
RUBY A JOHNSON
33 S. HAMPTON PKWY
ROCKY RIVER, OH 44116-2387

RUBY A JOHNSON TOD BENEFICIARI ACCT 40110719
RUBY A JOHNSON
33 S HAMPTON PKWY
ROCKY RIVER, OH 44116-2387

RUBY A JOHNSON TOD BENEFICIARY ACCT 40110719
RUBY A JOHNS
33 S HAMPTON PKWY
ROCKY RIVER, OH 44116-2387

RUBY A. GRIFFIN
4475 GREENBRIER FARM ROAD
WINSTON-SALEM, NC 27106-2573

RUBY C PIGMAN
TOD BENEFCIAIRY ON FILE
150 TRUMPET DR
WEST CARROLLTON, OH 45449-2253

RUBY KALISH
100 DALY BLVD #1801
OCEANSIDE, NY 11572-6000

RUBYE L YENT
12548 ST CHARLOTTE DR
TAMPA, FL 33618-3259

RUBYETTA N STAPLETON
1550 WILLIAMSBURG
BEAUMONT, TX 77706-3443

RUDI OU MICHEL OU MARTINE BANNA
BEMO LUXEMBOURG
16 BOULEVARD ROYAL
L-2449 LUXEMBOURG

RUDI OU MICHEL OU MARTINE BANNA
BEMO LUXEMBOURG
16 BOULEVARD ROYAL
L-2449 LUXEMBOURG

RUDOLF HERMANNS
LANDHAUSSTR 19
10717 BERLIN GERMANY

RUDOLPH J ROSENBAUM
STELLA ROSENBAUM
100 E HARTSDALE AVE APT THE
HARTSDALE, NY 10530-3232

RUDOLPH LOUIS BOST
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
2439 SHIELDS ST
LA CRESCENTA, CA 91214-1544

RUDOLPH LOUIS BOST
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA
2439 SHIELDS ST
LA CRESCENTA, CA 91214-1544

RUDOLPH LOUIS BOST
RUDOLPH L BOST & HELEN I BOST
JOINT TENANCY
2439 SHIELDS ST
LA CRESCENTA, CA 91214-1544

RULEWICZ FAMILY LLC
1200 WOODY CREEK CT
EDMOND, OK 73034

RUNE E JACOBSON AND
CAROLYN JACOBSON JTWROS
1 SAMANTHA LANE
REHOBOTH, MA 02769-2550

RUNE JACOBSON
RUNE JACOBSON & CAROLYN JACOBSON JTWROS
1 SAMANTHA LN
REHOBOTH, MA 02769

RUSH E FLETCHER
2057 MT HOREB RD
STREET, MD 21154

RUSHFORD FAMILY TRUST
ROSEMARY RUSHFORD TTEE
1820 VALENCIA
PEKIN, IL 61554

RUSKIN FAMILY TRUST
U/A/D 10 2 86
ALFRED M RUSKIN &
LORENA L RUSKIN TTEES
9562 HALEKULANI DR
GARDEN GROVE, CA 92841-4910

RUSS & FIONA JASPER
RR #2 COCHRANE AB
STN MAIN T4C-1A2 CANADA

RUSS JOHNSON
PO BOX 423
ALEXANDER CITY, AL 35011

RUSS ROGERS AND
SALLY AMATO-ROGERS TTEES
FBO THE ROGERS FAMILY TRUST U/A/D 07-01-1997
28540 ROCK CANYON PL
SANTA CLARITA, CA 91390-5242

RUSS SCHUEPBACH
R J SCHUEPBACH
247 STALEY HOLLOW
SUNRISE BEACH, MO 65079

RUSSEL J SCHUCHASKIE
5737 BRADLEY RD
GREGORY, MI 48137

RUSSELL & MARY BLAKE
5731 N. 25TH DR.
PHOENIX, AZ 85017

RUSSELL & MARY BLAKE
5731 N. 25TH DR.
PHOENIX, AZ 85017

RUSSELL ANDERSON IRA
FCC AS CUSTODIAN
38119 WESTVALE ST
ROMULUS, MI 48174-4728

RUSSELL ANDERSON TTEE
RUSSELL ANDERSON CHAR
REMAINDER UNI TRUST
U/A DTD 7/14/92
P.O. BOX 970320
YPSILANTI, MI 48197-0806

RUSSELL BEY
C/O MARC D MICELI ESQ
CARELLA BYRNE BAIN GILFILLAN ET AL
5 BECKER FARM ROAD
ROSELAND, NJ 07068

RUSSELL BLAKE
5731 N. 25TH DR.
PHOENIX, AZ 85017

RUSSELL C AND ALLANA S MELLO
RUSSELL C MELLO
2320 DELINA DR
LAS VEGAS, NV 89134

RUSSELL C JACKSON &
BEATRICE JACKSON JT TEN
TOD REGISTRATION
11389 IRISH RD
OTISVILLE, MI 48463-9447

RUSSELL C KOPPENHAVER & EDNA KOPPENHAVER
JT TEN
465 LOCUST STREET
HALIFAX, PA 17032-9407

RUSSELL C STOGER
2519 CORONADO DR
FULLERTON, CA 92835

RUSSELL C WESTBERG
JUDITH A WESTBERG
337 REDTAIL RD
BONNER, MT 59823

RUSSELL C WORRELL
8 BIRCHALL DR
HADDONFIELD, NJ 08033

RUSSELL E JR AND SYLVIA A WHITE
1110 SOUTHEAST CIRCLE
HATTIESBURG, MS 39402-2125

RUSSELL E KOUTS
12359 SAINT ARMANDS CIR
CARMEL, IN 46033-8930

RUSSELL E PHARES &
JEAN F PHARES JT TEN
2106 ASHLEY RIDGE COURT
SAN JOSE, CA 95138-2402

RUSSELL E RICKER LIVING TRUST DATED 9/4/2001
4582 MACARTHUR DR
BOULDER, CO 80303-1124

RUSSELL E RICKER TRUST
RUSSELL E RICKER LIVING TRUST DATED 9/4/2001
4582 MACARTHUR DR
BOULDER, CO 80303-1124

RUSSELL E VANNATTA
TRADITIONAL IRA FIDELITY MGT TR CUSTODIAN
5887 OLD FORT SUGAR HILL RD
MARION, NC 28752-8627

RUSSELL E VANNATTA REV TRUST
RUSSELL E VANNATTA
5887 OLD FORT-SUGAR HILL RD
MARION, NC 28752

RUSSELL F COONLEY &
BONNIE M COONLEY JT TEN
PO BOX 862
DECATUR, TX 76234-0862

RUSSELL FRENCH
P.O. BOX 652
DONIPHAN, MO 63935

RUSSELL J WENGER
13031 SPERRY RD
CHESTERLAND, OH 44026-3246

RUSSELL M HIEBER LIVING TRUST
U/A/D 5 5 98
RUSSELL HIEBER &
JEAN M HIEBER (DECEASED) TTEES
3519 MEADOW LN
SALINE, MI 48176-9554

RUSSELL PUTNAM (IRA)
FCC AS CUSTODIAN
5620 EAST ST CHARLES ROAD
COLUMBIA, MO 65202-3028

RUSSELL R BROWN &
JEAN M BROWN TTEES OF THE
RUSSELL R BROWN & JEAN M BROWN
TRUST #1 UAD 9/24/99
10629 EATON HWY
GRAND LEDGE, MI 48837-9003

RUSSELL SMITH & ANNA SMITH
12294 TRIBBLE RD
LEON, WV 25123

RUSSELL W ELSBERRY AND
LOUISE ELSBERRY JT WROS
TOD ACCOUNT
1500 STONEYBROOKE DRIVE
WARRENSBURG, MO 64093-9509

RUSSETTA MONTGOMERY
917 ST PAUL LANE
O'FALLON, MO 63366

RUTGER SA
RUTGER SA /CO SR BERBARI
ARENALES 988 PISO 1 BUENOS AIRES
ARGENTINA

RUTGER SA
RUTGER SA C/O SR BERBARI
ARENALES 988 PISO 1 BUENOS AIRES
ARGENTINA

RUTH & HENRY SEGAL TTEE RUTH SEGAL LVG TRUST
ATTN HENRY SEGAL
462 FLORENCIA PLACE
MELVILLE, NY 11747-5275

RUTH A BALDWIN
8014 LEXINGTON AVE
PHILADELPHIA, PA 19152

RUTH A BASSETT
9374  LOGGIA  ST  UNIT A
HIGHLANDS RANCH, CO 80126-7649

RUTH A MCALINDON
5925 ADMIRAL LANE
BROOKLYN CENTER, MN 55429-2526

RUTH A STROBBE
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
5060 CASTAWAY LANE
HOFFMAN ESTATES, IL 60010-5510

RUTH A STROBBE
CHARLES SCHWAB & CO INC CUST
RUTH ANN STROBBE REVOCABLE TRUST
5060 CASTAWAY LANE
HOFFMAN ESTATES, IL 60010-5510

RUTH A. BERUBE
CGM IRA ROLLOVER CUSTODIAN
P O BOX 923
E. OTIS, MA 01029-0923

RUTH AARONSON
2580 NW 103RD AVE #105
SUNRISE, FL 33322-6836

RUTH ABBOTT
4548 NIAGARA LN
PLYMOUTH, MN 55446

RUTH ANN O'CONNELL
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
21 BARRINGTON BOURNE RD
BARRINGTON, IL 60010

RUTH ANN ROSE
CHARLES SCHWAB & CO INC CUST
IRA SPOUSAL ROLLOVER
1324 FORD PKWY
SAINT PAUL, MN 55116-2208

RUTH ANNE BANTA
209 TIMBERLANE TERR
EULESS, TX 76039-2215

RUTH ANNE GARRIQUES TRUST
RUTH ANNE GARRIQUES TRUSTEE
700 MELROSE AVE
M33
WINTER PARK, FL 32789

RUTH B BECK IRRA
5825 S DORCHESTER AVE APT 5W
CHICAGO, IL 60637-1701

RUTH B POWER
270 COBLE DR
CATHEDRAL CITY, CA 92234

RUTH BANDEL
826 WASHINGTON STREET
BALDWIN, NY 11510-4555

RUTH BERKOWITZ
210 W 70 ST #904 A
NEW YORK, NY 10023

RUTH BRIEF
13 BIRCH LANE
MORRISTOWN, NJ 07960-6771

RUTH C SEAMANS TTEE
R C SEAMANS TRUST
U/A/D 10/21/87
4176 LAKE HARBOR LANE
WESTLAKE VILLAGE, CA 91361-3615

RUTH E & ROSE A BEATTY
2630 S 450 E
COLUMBUS, IN 47203-9288

RUTH E BEATTY
2630 S 450 E
COLUMBUS, IN 47203-9288

RUTH E CHIRDON
TOD DTD 05/26/2009
1414 W EDGEWOOD ST
APT B112
SPRINGFIELD, MO 65807-3403

RUTH E M CLEMENTS
1264 CLARKSON
DENVER, CO 80218-1805

RUTH E MCDIVITT & RICHARD B RITZ
JT TEN
PO BOX 685
HIGHLANDS, NC 28741-0685

RUTH E STEWART
514  BLUFF TRAIL
SAN ANTONIO, TX 78216

RUTH E. AFFORD
JOHN A AFFORD
512 STRAWBRIDGE AVE
WESTMONT, NJ 08108

RUTH FRIEDLAND
MARLENE RAE LEVENTHAL JT TEN WROS
344 NORTON ST
NEW HAVEN, CT 06511-7116

RUTH FRIEDLAND
PAULA LYNNE PANZARELLA JT TEN WROS
344 NORTON ST
NEW HAVEN, CT 06511-7116

RUTH G ZEINER
7001 MARLBERRY LANE
TAMARAC, FL 33321

RUTH GRAIFMAN
C/O GARY GRAIFMAN
KANTROWITZ, GOLDHAMER & GRAIFMAN PC
747 CHESTNUT RIDGE RD
CHESTNUT RIDGE, NY 10977

RUTH GRUPPER
48 JOHNSONS LANE
NEW CITY, NY 10956-4700

RUTH GRUPPER
48 JOHNSONS LN
NEW CITY, NY 10956-4700

RUTH H LEINAU RLT
RUTH H LEINAU
57 101 W KUILIMA LP
#80
KAHUKU, HI 96731-2118

RUTH HIGGINS
DORPSSTRAAT 68
1454 AN WATERGANG, NETHERLANDS

RUTH HULETT & WILLENE DOWNS & DAVID STREET
702 LOCUST
JONESBORO, AR 72401

RUTH J LEVINE
3002 PORTOFINO ISLE APT J2
COCONUT CREEK, FL 33066-1214

RUTH J WALLER
11516 TUNICA TRCE
ST FRANCISVILLE, LA 70775-5910

RUTH JACOBS
CGM IRA CUSTODIAN
372 CENTRAL PARK WEST
APT #6E
NEW YORK, NY 10025-8240

RUTH K ADAMS
10559 SD HWY 73
LEMMON, SD 57638-6324

RUTH K FORSHA
260 CHAUCER COURT
WORTHINGTON, OH 43085

RUTH K LICHTMAN
2785 W 5TH ST APT 16A
BROOKLYN, NY 11224

RUTH L ANTRACCOLI & ROBERT L ANTRACCOLI
TRUST U/A DTD 4/19/1990
6249 ALISAL ST
PLEASANTON, CA 94566-9726

RUTH L DYCKMAN
663 SWEET HOME RD
AMHERST, NY 14226

RUTH L KRAFT
TOD DTD 02/14/06
816 16TH STREET SE
MENOMONIE, WI 54751-2949

RUTH L KRAFT
TOD OTD 02/14/06
816 16TH STREET SE
MENOMONIE, WI 54751

RUTH LEMBERG &
MARCY LEMBERG SOOKNE JT TEN
11667 LUANDA ST.
SYLMAR, CA 91342-6144

RUTH LETVIN
24103 ALEXA DR
COMMERCE TWP, MI 48390

RUTH LINZER
RUTH LINZER IRA ROLLOVER
218-14 6TH AVE
OAKLAND GARDENS, NY 11364-2626

RUTH M COLLINS REVOCABLE
TRUST U/A/D 12/14/00
RUTH M COLLINS TTEE
181 DAVENPORT LN
AIKEN, SC 29803-3740

RUTH M DINWIDDIE REV LIVING TRUST
U/A DTD 12/2/85
RUTH M DINWIDDIE TTEE
525 CORAL WAY #202
CORAL GABLES, FL 33134-4518

RUTH M FREEMAN
2540 KENSINGTON GARDENS 402
ELLIOTT CITY, MD 21043

RUTH M GAMACHE
5679 BADEN CT
FT MYERS, FL 33919

RUTH M MEISENBACHER TTEE
RUTH M MEISENBACHER
2965 RAIN DANCE LN
N FORT MYERS, FL 33917-1523

RUTH M STOLTENBERG
406 W CEDAR ST
MARCUS, IA 51035

RUTH M THROP
280 OAK RIDGE RD
STRATFORD, CT 06614-1008

RUTH M THROP
280 OAK RIOADE RD
STRATFORD, CT 06614

RUTH M TURPEN
411 W BIDDLE
JACKSON, MI 49203

RUTH MARIE HARRIS REVOCABLE TRUST DTD 6/9/2000
ANNA KATHERINE HARRIS AND SUSAN
MARIE HARRIS - CO TRUSTEES
13031 N 143RD EAST AVE
COLLINSVILLE, OK 74021-4125

RUTH MERCURI
PO BOX 310
MOSCOW, PA 18444-0310

RUTH MILUSZEWSKI
92 NORRIS AVE
METUCHEN, NJ 08840-1026

RUTH N GILL
BY RUTH N GILL TRUST
8904 E MESCAL ST
SCOTTSDALE, AZ 85260-6129

RUTH N SIDWELL
24778 YOUNGSTOWN TRAIL
KIRKSVILLE, MO 63501

RUTH NEUMAN & CAROL N SHAW JT TEN
7732 BAGLEY AVE
BALTIMORE, MD 21234-5843

RUTH NOONE
813 COLUMBUS DR
TEANECK, NJ 07666

RUTH P ANDERSON
925 CARDINAL DR
BRADLEY, IL 60915-1303

RUTH PAYNE TRUSTEE
RUTH PAYNE
1910 MCKINNEY WAY 19F
SEAL BEACH, CA 90740-4435

RUTH R YORK
3557 S INVAHOE ST
DENVER, CO 80237

RUTH REGENT ROTHFELD TTEE
RUTH REGENT ROTHFELD TRUST
U/A/D 11/11/93
FBO RUTH REGENT ROTHFELD
613 LESLIE DR
HALLANDALE, FL 33009-2957

RUTH S KRAWITZ
7900 ELKINS PARK HOUSE
APT 507A
ELKINS PARK, PA 19027

RUTH S KRAWITZ
7900 ELKINS PARK HOUSE
APT 507A
ELKINS PARK, PA 19027

RUTH SAFARIK
7 BISCAYNE DR
HUNTINGTON, NY 11743

RUTH T. CHAVEZ LIVING TRUST
RUTH T. CHAVEZ TTEE
232 EBENEZER AVE
BALA CYNWYD, PA 19004-1841

RUTH TAUB
3598 SUGAR CAMP CIR
SEVIERVILLE, TN 37862-8548

RUTH THROPE TTEE
9735 NW 52ND ST APT 501
DORAL, FL 33178

RUTH U HENRY
8400 NORTHHAMPTON COURT
NAPLES, FL 34120-1687

RUTH V BEAN
2816 AUBURN ST
ERIE, PA 16508

RUTH WASSERMAN REVOCABLE TRUST
DTD 4/17/97
RUTH WASSERMAN TRUSTEE
6539 VIA ALCAZAR
CARLSBAD, CA 92009-4547

RUTH WEAVER
3614 IMPERIAL LANE
LAKELAND, FL 33812-4371

RUTH WORTHMAN TTEE
RUTH WORTHMAN REVOC LIV TR
9311 SW 23RD ST APT 3702 BLDG 7
DAVIE, FL 33324

RUTH ZALAZNICK & LOUIS ZALAZNICK
10517 KIPLING WAY
WELLINGTON, FL 33449

RYAN MCLAIN
RYAN MCLAIN
2255 GLADES ROAD STE 412E
BOCA RATON, FL 33431

RYLE G ROBINSON
CGM IRA ROLLOVER CUSTODIAN
12407 E 138TH ST
BROKEN ARROW, OK 74011-7640

S BACHER & L BACHER CO-TTEE
BACHER LIVING TRUST U/T/A
DTD 03/29/2001
7 MIDSUMMER DR
OLD BRIDGE, NJ 08857-2711

S COATES & H COATES TTEE
THE COATES FAMILY TRUST
U/A DTD 02/16/2005
1471 10 MILE RD NE
COMSTOCK PARK, MI 49321-9666

S COLEMAN & M COLEMAN TTEE
COLEMAN REVOCABLE TRUST
U/A DTD 04/30/1985
3778 HANCOCK DR
SANTA CLARA, CA 95051-5860

S CONTRERAS MORIEL & MARTHA
ALCANTARA D CONTRERAS &
SERGIO ALCANTARA JR & MARTHA E
CONTRERAS & MARGARITA & BLANC
PO BOX 221575
EL PASO, TX 79913-4575

S CORUM & W CORUM TTEE
SHIRLEY A CORUM REVOCABLE TRUST
U/A DTD 12/16/1993
5493 NW 43RD WAY
COCONUT CREEK, FL 33073-5026

S DOUGLAS YOUNG AND JOYCE C YOUNG
1518 WILLOW
GREENVILLE, IL 62246

S FIDEL & A FIDEL CO-TTEE
SHIRLEY FIDEL REVOCABLE TRUST U/T/A
DTD 08/05/1994
7477 FAIRFAX DRIVE
TAMARAC, FL 33321-4338

S GROUP
12 CRESTWOOD DRIVE
BRIDGEWATER, NJ 08807

S GRUBER & D GRUBER TTEE
SYLVIA L GRUBER REVOCABLE TRUS
U/A DTD 03/15/1990
23343 BLUE WATER CIR
APT B209
BOCA RATON, FL 33433-7021

S KAMIL & D KAMIL TTEE
KAMIL FAMILY TRUST
U/A DTD 09/01/2005
1241 SOLANO AVE APT 24
ALBANY, CA 94706-1742

S MARKS & E MARKS TTEE
MARKS FAMILY REVOCABLE TRUST
U/A DTD 05/21/1999
11350 E DESERT TROON LN
SCOTTSDALE, AZ 85255-8263

S NAYMARK P ONEILL R NAYMARK &
J STONE TTEE O/T JOSEPH&
SHERMAN NAYMARK TR DTD 6/13/74
218 FORRESTER RD
LOS GATOS, CA 95032-6509

S NEILAN BROWN - IRA
C/O S NEILAN BROWN
29 ABBOT DRIVE
POESTENKILL, NY 12182

S NEILAN BROWN IRREVOCABLE TRUST
C/O S NEILAN BROWN
29 ABBOTT DRIVE
POESTENKILL, NY 12140

S SOLOMON & D CONRAD CO-TTEE
JACOB SOLOMON LIVING TRUST U/A
DTD 12/19/1997
101 ROWLAND DRIVE
PORT DEPOSIT, MD 21904-2206

S W HOWES & M L HOWES CO-TTEE
THE HOWES FAMILY TRUST U/A
DTD 03/01/2006
1026 CHARLESTON CIRCLE
ROSEVILLE, CA 95661-4706

S. H MAYER IRRV LIFE INS TST
GAY A MAYER AND
LAURIE M BEACH TTEES
12 MCCAIN COURT
CLOSTER, NJ 07624-2304

SABAH S ADES IRA
STEIMATZKY ST NV Z APT 43
RAMAT AVIV HAHADASHA
TEL AVIV 67218  ISRAEL

SABAIT S. ANES
STEIMNTZICY ST N/O 2 APT 113
RAMNT AVIV HAHADASHA
TEL AVIV 67218 ISRAEL

SABINO J BERARDINO
40 EAST 88TH ST APT 5F
NEW YORK, NY 10128-1176

SABRA J RHODES
CHARLES SCHWAB & CO INC CUST
SEP-IRA
14130 S HWY 51
COWETA, OK 74429-7675

SADIE SHANDELL (IRA)
FCC AS CUSTODIAN
44 TALLMAN LANE
SOMERSET, NJ 08873-7265

SADIE VICKERS BUCK TTEE
SADIE VICKERS BUCK REV LIV TR
U/A 9/3/93
15393 BELLAMAR CIRCLE APT 524
FORT MYERS, FL 33908-1313

SAEED NASSIRPOUR
27 CLINTON ST
VALHALLA, NY 10595

SAGINAW CENTRAL OIL CO INC
1420 COURT ST
SAGINAW, MI 48602

SAGRIPANTI STEFANO
UMBRIA 61
63018 PORTO SANTELPIDIO (FM) ITALY

SAGRIPANTI STEFANO
VIA UMBRIA 61
63018 PORTO SANTELPIDIO (FM) ITALY

SAL C/F BETTY V OSBORN IRA
2433 OLD PROVIDENCE ROAD
GOODWATER, AL 35072

SAL C/F BILLIE TURNER IRA
2008 CLUBVIEW DR
ALEXANDER CITY, AL 35010

SAL C/F CURTIS G STRICKLAND R/O IRA
2301 NOLEN DRIVE
ALEXANDER CITY, AL 35010

SAL C/F DOYT L ALFORD IRA
2098 TRUSSELL ROAD
ALEXANDER CITY, AL 35010

SAL C/F ELIZABETH HUETT IRA
ELIZABETH HUETT
10291 HWY 22E
NEW SITE, AL 36256

SAL C/F HUBERT A RODRIGUEZ R/O IRA
STERNE AGEE & LEACH C/F
HUBERT A RODRIGUEZ R/O IRA
407 PINEWAY DR
BIRMINGHAM, AL 35226

SAL C/F JIMMY L HUETT R/O IRA
JIMMY L HUETT
10291 HWY 22E
NEW SITE, AL 36256

SAL C/F KATHI THAMES ODOM IRA
279 LAKEVIEW DRIVE
ALEXANDER CITY, AL 35010

SAL C/F SHEILA J GRAY ROTH IRA
5525 SAINT JAMES STREET
BIRMINGHAM, AL 35235

SAL C/F SHELIA H EADY IRA
SHELIA H EADY
7422 HIGHLAND DR
TRUSSVILLE, AL 35173

SAL C/F SHEPHERD ALBERT ODOM IRA
279 LAKEVIEW DRIVE
ALEXANDER CITY, AL 35010

SAL C/F TOM PEMBERTON R/O IRA
PO BOX 215
DADEVILLE, AL 36853

SAL C/F VIOLET ENGLISH IRA
C/O VIOLET ENGLISH
2613 CHESTERFIELD CT
MONTGOMERY, AL 36117

SAL CIF GLENDA C DANIEL R/O IRA
C/O GLENDA C DANIEL
2090 HOLMAN ST
ALEXANDER CITY, AL 35010

SALLIE E WASDEN
831 CLEVELAND AVE
MILLEN, GA 30442

SALLIE KAUFMAN
15380 N 100TH #2109
SCOTTSDALE, AZ 85260

SALLIE L LEIBHART IRA #2
FCC AS CUSTODIAN
27343 WHITE TAIL LANE
ADEL, IA 50003-8640

SALLIE L THARP
PO BOX 4065
MIDLAND, TX 79704-4065

SALLY & JOHN GABRIELSON
31 HIGH BLUFF DR
WEAVERVILLE, NC 28787

SALLY A GLASRUD
11261 PT DOUGLAS DR S
HASTINGS, MN 55033-9144