**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                            :        **Chapter 11**
                                                 :
**MOTORS LIQUIDATION COMPANY,** *et al.,*         :        **Case No. 09-50026 (REG)**
        **f/k/a General Motors Corp.,** *et al.,*  :
                                                 :
        **Debtors.**                              :        **(Jointly Administered)**
                                                 :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss:
COUNTY OF SUFFOLK        )

I, Barbara Kelley Keane, being duly sworn, depose and state:

    1.    I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 105 Maxess Road, Melville, New York 11747.

    2.    Between August 19, 2010 and August 20, 2009, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors in the above-captioned case and pursuant to the **Notice of Debtors' Seventy-First Omnibus Objection to Claims [Docket No. 6681]**, I caused to be served a customized **Notice of Objection to Individual Debt Claims**, a copy of which is annexed hereto as Exhibit "A", upon each of the parties set forth in Exhibit "B" annexed hereto (affected parties) by depositing same in a sealed, postage paid envelope at a United States Post Office for delivery by the United States Postal Service via First Class Mail.

                                                /s/ Barbara Kelley Keane
                                                Barbara Kelley Keane

Sworn to before me this
24th day of August 2010


/s/ Eamon Mason_____
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Qualified in Manhattan County
Commission Expires:  May 19, 2012

# EXHIBIT A

---

**PLEASE CAREFULLY REVIEW THIS NOTICE AS IT WILL AFFECT YOUR CLAIM IN THE GENERAL MOTORS CORPORATION (NOW MOTORS LIQUIDATION COMPANY) BANKRUPTCY CASE**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x
: 
In re                     :        Chapter 11 Case No.
: 
**MOTORS LIQUIDATION COMPANY,** *et al.*,  :        09-50026 (REG)
     **f/k/a General Motors Corp.,** *et al.*  :
: 
            **Debtors.**      :        **(Jointly Administered)**
: 
--------------------------------------------------------------x

**NOTICE OF OBJECTION TO INDIVIDUAL DEBT CLAIMS**

**[Claimant Name]**

| Claim Information | | | | | Basis For Objection |
|-------|---------|--------|----------------|--------|-------------------------------------------|
| **Date** | **Claim #** | **Debtor** | **Classification** | **Amount** | Claim is duplicative of a claim allowed for the indenture trustee on behalf of all Individual Bondholders |
|  |  |  |  |  |  |

**PLEASE TAKE NOTICE THAT**, on August 13, 2010, Motors Liquidation Company (formerly known as General Motors Corporation) and its affiliated debtors, as debtors in possession (the "**Debtors**"), filed an objection to your proof of claim identified above. The name of the objection is the Debtors' _____ Omnibus Objection to Claims (Duplicate Debt Claims) (the "**Objection**").

        **You have received this notice because the Debtors have objected to your proof of claim and your rights will be affected.**

        **You should read this notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**

**A copy of the full Objection can be viewed at http://www.motorsliquidationdocket.com/bond.php3. Or, you may request a complete copy of the Objection at the Debtors' expense, by contacting the Debtors at 1-800-414-9607, or by sending an e-mail to claims@motorsliquidation.com.**

The reason for the Objection is that your claim is duplicative of two global claims filed on your behalf (and on behalf of all affected bondholders) by Wilmington Trust Company ("**WTC**"), as the indenture trustee for your General Motors Corporation bonds.  An indenture trustee is an entity that manages a bond issuance for the benefit of the individual bondholders, and handles all the administrative aspects of the bond issuance.  The claims filed by WTC ensure your interests are protected with respect to the interest, principal, and trustee fees under your bonds.  You will be entitled to receive a distribution on account of such interests through the global proofs of claim filed by WTC, and the disallowance of your individual claim will not affect such interests.  If you have additional claims with respect to your bonds beyond interest, principal, and trustee fees, such claims will be disallowed pursuant to this Objection.  A copy of the stipulation allowing the claims of WTC can be viewed at **http://www.motorsliquidationdocket.com/bond.php3**.

**YOU WILL NOTICE THAT** the Objection requests that the Bankruptcy Court expunge and disallow your claim listed above on the ground that your claim is duplicative of the global claim filed by WTC.  **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed, and you will not be entitled to any distribution from the Debtors' estates on the claim you filed.**

If you disagree with the Objection's treatment of your claim, you may call the Debtors to try and resolve your concerns at **1-800-414-9607**.  If you are unable to resolve your concerns with the Debtors before the deadline to respond, then you <u>must</u> file and serve a written response

(a "**Response**") to the Objection in accordance with this notice and you <u>must</u> appear at the Hearing described below.

You may participate in the Hearing telephonically provided that you comply with the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider." You must also provide prior written notice by mail or e-mail of your telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Russell Brooks, Esq. (russell.brooks@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Jennifer Sharret, Esq. (jsharret@kramerlevin.com)).

**If you do not oppose the disallowance and expungement of your claim, then you do not need to file a Response or appear at the Hearing.**

**<u>PLEASE TAKE FURTHER NOTICE THAT</u>** a hearing (the "**Hearing**") on the Objection is scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on **September 24, 2010 at 9:45 a.m. (Eastern Time)**. If you file a Response to the Objection, you should plan to appear at the Hearing either in person or telephonically. The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to your claim. If the Debtors do continue the Hearing with respect to your claim, then the Hearing will be held at a later date. If the Debtors do not

continue the Hearing with respect to your claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **September 17, 2010 at 4:00 p.m. (Eastern Time)**. Only those Responses that are timely will be considered at the Hearing. Your Response will be deemed timely only if it is: (a) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing system (The User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov) before the deadline for Responses **or** (b) **actually** received on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format **and** in hard copy at each of the following addresses on or before the deadline for response:

      A.     Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;

      B.     Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and

      C.     Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Jennifer Sharret, Esq.).

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the number of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the

extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person that can be contacted in connection with the Objection.

If the Bankruptcy Court does NOT disallow and expunge your claim listed above, then the Debtors have the right to object on other grounds to your claim (or to any other claims you may have filed) at a later date.  You will receive a separate notice of any such objections.

If you have any questions about this notice or the Objection, please contact the Debtors at **1-800-414-9607**.    CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

**PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief requested in the Objection without further notice or a hearing if you fail to file a timely Response or appear at the Hearing.**

Dated: New York, New York
       August 18, 2010

WEIL, GOTSHAL & MANGES LLP
Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT B

SALLY A MILLER
515 FOREST GLEN
POMPTON PLAINS, NJ 07444

SALLY A NOLL
33 LEHIGH STATION RD
W HENRIETTA, NY 14586-9751

SALLY ARMUS SHUTTS
2860 W MARION AVE
PUNTA GORDA, FL 33950

SALLY D KIEST
2224 MAINE ST
QUINEY, IL 62301-4349

SALLY D KRIEGEL
12 PEACH TREE LANE
ROSLYN, NY 11576

SALLY F GREENWALD
86 ROCKLAND DR
JERICHO, NY 11753-1436

SALLY GUBITZ
620 MINGES RD E
BATTLE CREEK, MI 49015

SALLY J BROWN TRUST
SALLY J BROWN TTEE
5778 CRYSTAL SHORES DR
APT 202
BOYNTON BEACH, FL 33437-5691

SALLY J BROWN TTEE
SALLY J BROWN TRUST
U/A DTD AUG 22 1989
5778 CRYSTAL SHORES DR
APT 202
BOYNTON BEACH, FL 33437-5691

SALLY K CORDELL TTEE
SALLY K CORDELL REV TR
DATED 5-21-99
2300 RIVERSIDE DRIVE #14H
TULSA, OK 74114-2404

SALLY L GRAVEN TTEE
DTD 3/18/1991
FBO DAVID L GRAVEN TRUST
731 BAYPORT WAY
LONGBOAT KEY, FL 34228-2634

SALLY M RYAN
19 PLANTATION DR #104
VERO BEACH, FL 32966

SALLY PADDOCK
CGM IRA ROLLOVER CUSTODIAN
12505 WINDOVER TURN
BOWIE, MD 20715-1240

SALLY PIASECKI TOD
MARCELLA LOUISE PIASECKI
SUBJECT TO STA RULES
428 ASHWOOD PL
BOCA RATON, FL 33431-8217

SALLY R MITCHELL TTEE
SALLY R MITCHELL
2300 IROQUOIS RD
WILMETTE, IL 60091

SALLY READ BACON
355 LARCHLEA
BIRMINGHAM, MI 48009

SALLYE E MCCULLOUGH
5090 GENESEE PARKWAY
BOKEELIA, FL 33922

SALLYE W MARTIN
121 ROWLAND PL
TYLER, TX 75701

SALOMON SERRUYA AND GLADYS VICOTRIA MORA
JTWROS
1700 WEST 24TH STREET
SUNSET ISLAND 3
MIAMI BEACH, FL 33140-4529

SALOMON SERRUYA AND GLADYS VICTORIA MORA
JTWROS
1700 W 24 ST
SUNSET ISLAND 3
MIAMI BEACH, FL 33140-4529

SALOMON SERRUYA AND GLADYS VICTORIA MORA
SALOMON SERRUYA
1700 W 24 ST
SUNSET ISLAND 3
MIAMI BEACH, FL 33140

SALOMONE CASTRO
24201 ONEIDA ST
OAKPARK, MI 48237-1749

SALON FAMILY TRUST
5111 KAPALUA LN
LAS VEGAS, NV 89113

SALOSS LP
5859 WATERFORD
BOCA RATON, FL 33496-2910

SALVADOR CASTRO
966 ST CLARENS AVE
TORONTO, ON, CANADA M6H3X7

SALVATORE F FORMINO &
JO A FORMINO TTEES F/T
FORMINO FAMILY TR DTD 10/18/94
4881 SILVERADO AVE
BANNING, CA 92220-7119

SALVATORE MANZO
2534  COUNTRY GOLF DRIVE
WELLINGTON, FL 33414

SALVATORE MANZO
2534 COUNTRY GOLF DRIVE
WELLINGTON, FL 33414

SALVATORE PORCEDDU
PO BOX 5873
SARASOTA, FL 34277

SALVATORE RANIERI
BEATRICE RANIERI
11524 ROSE TREE DR
NEW PORT RICHEY, FL 34654-1923

SALVATORE RANIERI &
BEATRICE S RANIERI TTEES
S & B RAINIERI REV TRUST
UAD 2/17/05
11524 ROSETREE DRIVE
NEW PT RICHEY, FL 34654-1923

SALVATORE RAO LIVING TRUST
U/A/D 2 21 01
SALVATORE & IRENE RAO TTEES
6200 FESTIVAL COURT
BALDWINSVILLE, NY 13027-8956

SALVATORE RINAUDO
57 CANTON AVE
STATEN ISLAND, NY 10312-2207

SALVATORE T BASILE IRA
FCC AS CUTODIAN
3717 MARIGOLD LANE
MODESTO, CA 95356-1437

SAM A BASSON
SAM BASSON TTEE
SAM BASSON LIV TR
U/A 8-19-99
6709 NW 72ND ST
TAMARAC, FL 33321

SAM A MAISANO AND
SANDRA SHARGABIAN
JTWROS
24417 WOOD
ST CLAIR SHORES, MI 48080-4405

SAM ABDELATIF
25122 MAMMOTH CIRCLE
LAKE FOREST, CA 92630

SAM COSTANZA
9809 CANTEBURY ROSE LANE
LAS VEGAS, NV 89134-5913

SAM COSTANZA
9809- CANTEBURY ROSE LN
LAS VEGAS, NV 89134

SAM COSTANZA TTEE
COSTANZA 1987 TRUST DECEDENTS
U/A DTD 03/12/1987
9809 CANTEBURY ROSE LANE
LAS VEGAS, NV 89134-5913

SAM FARNELL
748 WINDSOR PL
WALLINGFORD, PA 19086

SAM H BOLLINGER
HCR 62 BOX 4
SEDGEWICKVILLE, MO 63781

SAM J BROOKSHIRE TTEE
SAM J BROOKSHIRE LIVING TRST
DTD 07/08/96
84 WESTGATE DR
TAYLORSVILLE, NC 28681-2355

SAM KLEINHAUT
5071 VENTURA DRIVE
DELRAY BEACH, FL 33484

SAM L PEEPLES JR
SAM L PEEPLES JR R/O IRA
3820 JACKSON BLVD
BIRMINGHAM, AL 35213

SAM RAMSEY
918 SUNDECK CIR
VALDOSTA, GA 31605

SAM SWERDLOW
60761 BRECKENRIDGE
BEND, OR 97702-9493

SAM ZAPPALA
10724 PREMIER AVE
PORT RICHEY, FL 34668-2567

SAMAD NAVABPOUR
547 AVE DEL VERDOR
SAN CLEMENTE, CA 92672

SAMEER S HASSAN TTEE
935 VAUXHALL ST EXT
QUAKER HILL, CT 06375

SAMI AKRAWI
6363 CHRISTIE AVE APT 2207
EMERYVILLE, CA 94608-1946

SAMI GUNER
U MUMCU SOK 65/5
06700 ANKARA TURKEY

SAMIR HAIKAL
KIMBERLY HAIKAL
13882 LAKE AVE
LAKEWOOD, OH 44107

SAMIR MOWAD
4526 MAPLE STREET
BELLAIRE, TX 77401

SAMMIE KING
MARIE KING
405 WYATT RD
CEDARTOWN, GA 30125-4530

SAMUEL A AND JANET E STROHL
C/O SAMUEL A STROHL
RR 1 BOX 259
SHELBYVILLE, IL 62565

SAMUEL AND RUTH GREENER TRUST
SAMUEL AND RUTH GREENER TTEES
UAD 09/15/1989
2404 ANTIGUA CIR APT M1
COCONUT CREEK, FL 33066-1027

SAMUEL B & MARY B HUDSON
1835 LEE RD #379
SMITH, AL 36877

SAMUEL B HARDY III
9 FOX CREEK DR
NORTH AUGUSTA, SC 29860-9735

SAMUEL B ZEIDWERG
CGM IRA ROLLOVER CUSTODIAN
15 ROWAN CT
EAST BRUNSWICK, NJ 08816-1801

SAMUEL D ROSENTHAL
14120 BAUER DR
ROCKVILLE, MD 20853

SAMUEL E DOTTO
12 OLD SALEM CT
CHERRY HILL, NJ 08034

SAMUEL F WOOL AND
HELEN WOOL TRUSTEES
SAMUEL F WOOL REVOCABLE TRUST
DTD 10/22/01
727 LOUWEN DR
SAINT LOUIS, MO 63124-1802

SAMUEL H JONES
1176 US ROUTE 40
WOODSTOWN, NJ 08098

SAMUEL HICKS
51 REBECCA LN
JASPER, TN 37347

SAMUEL HORACE MCCALL III
218 MADELINE DR
WILMINGTON, NC 28405

SAMUEL J BARONE
SAMUEL J BARONE & MARGARET M BARONE TRUST
413 MT VERNON RD
AMHURST, NY 14226

SAMUEL J CHESTER
56 DELLWOOD RD
CRANSTON, RI 02920

SAMUEL J GOLDSTEIN
1 JOHN ANDERSON DR APT 308
ORMOND BEACH, FL 32176

SAMUEL J NOVELLA
813 PARKWOOD AVE
ANNAPOLIS, MD 21403

SAMUEL J PADGETT IRA
511 GERTRUDE LANE
DAYTONA BEACH, FL 32119

SAMUEL J. GOLDSTEIN
1 JOHN ANDERSON DR APT 308
ORMOND BEACH, FL 32176

SAMUEL J. HALPERN
BUILDING 20
319 KENSINGTON LANE
LIVINGSTON, NJ 07039-8254

SAMUEL M JONES
PO BOX 147
90 NEWBURY POINT RD
PHIPPSBURG, ME 04502

SAMUEL M WEBB
C/O WEITZ & LUXENBERG PC
700 BROADWAY
NEW YORK CITY, NY 10003

SAMUEL M. EICH, III
1104 LAKEWOOD DR
GREENSBORO, NC 27410

SAMUEL N EPSTEIN &
DOROTHY EPSTEIN JT TEN
TOD DTD 2/15/06
409 MAYFAIR DR S
BROOKLYN, NY 11234-6910

SAMUEL N. BRODOW
1310 BERLIN TPKE #407
WETHERSFIELD, CT 06109-7002

SAMUEL PATRICIA DOTO
12 OLD SALEM CT
CHERRY HILL, NJ 08034

SAMUEL R TOCCI
4198 S CELEBRATION DR
GOLD CANYON, AZ 85118

SAMUEL SNIVELY
2908 ROUTE 982
MT PLEASANT, PA 15666

SAMUEL STERN
54 NARROWBROOK CT
MANALAPAN, NJ 07726-8967

SAMUEL W JOLLY
418 STEWART DR
SEBRING, FL 33876

SAMUEL ZEIDWERG AND MAE M ZEIDWERG
JTWROS
15 ROWAN COURT
EAST BRUNSWICK, NJ 08816

SANADA FAMILY REVOCABLE TRUST
RANDALL AND KAYLENE SANADA
954 CORTE LA CIENAGA
CAMARILLO, CA 93010

SANAGHAN LIVING TRUST
RICHARD L & SHARON J SANAGHAN TTEES
TRUST DATED 6/17/92
6 ALARCON WAY
HOT SPRINGS VILLAGE, AR 71909-2865

SANDRA & KEVIN ENGLER
SANDRA A ENGLER &
KEVIN B ENGLER
26 BUCKINGHAM DRIVE
LONDONDERRY, NH 03053

SANDRA A ALLORTO ROTH IRA
FCC AS CUSTODIAN
155 HARRISON AVE
WESTFIELD, NJ 07090-2432

SANDRA A. ALLORTO
155 HARRISON AVE
WESTFIELD, NJ 07090-2432

SANDRA AHAUS IRA
SANDRA AHAUS
10548 PENN AVE SO
BLOOMINGTON, MN 55431

SANDRA B TOMLINSON
#71 MAYRANT BLUFF
GEORGETOWN, SC 29440

SANDRA BERNDT
523 8TH AVE SW
ROCHESTER, MN 55902

SANDRA BEYER
4237 CANTERBURY DR
EL PASO, TX 79902-1351

SANDRA CROWDER
23001 OLD TATUM TRAIL
SPICEWOOD, TX 78669-1626

SANDRA FISHMAN TOD
KATHY FISHER & MELANIE EIGHLARSH
SUBJ TO STA RULES
16445 COLLINS AVE APT #1021
SUNNY ISLES BEACH, FL 33160-4561

SANDRA G GOODMAN
6820 LINDEN LN
PITTSBURGH, PA 15208-2843

SANDRA HAMILTON
1913 TRELLIS LANE
HENDERSONVILLE, NC 28739

SANDRA J KLEIN
33 SYCAMORE LANE
IRVINGTON, NY 10533

SANDRA J MILFORD
2043 WENTWORTH VILLAGE DR
BELLBROOK, OH 45305

SANDRA J OSBORNE
PO BOX 591
OAKS, PA 19456

SANDRA J RAMER &
ORVILLE GLENN RAMER JT TEN
317 SOUTH ROCKINGHAM
LOS ANGELES, CA 90049-3637

SANDRA K CRAWFORD
3101 OLD PECOS TRL UNIT 623
SANTA FE, NM 87505-9540

SANDRA K GROVE
2424 COUNTY RD P43
FORT CALHOUN, NE 68023

SANDRA K RICHARDS
1801 SHERRY DR
BELLEVUE, NE 68005-2247

SANDRA L CULOTTA &
CHARLES R CULOTTA JT TEN
6 EAST CLARKE AVENUE
MILFORD, DE 19963-1803

SANDRA L DAIGNEAUX
13810 METCALF AVE
UNIT 12118
OVERLAND PARK, KS 66223

SANDRA L WHEELER
9810 NICOVA AVE
LAS VEGAS, NV 89148-4729

SANDRA L. WAGNER
12857 W BELOIT RD
NEW BERLIN, WI 53151-6929

SANDRA LEE PHAUP
678 E SARATOGA ST
FERNDALE, MI 48220

SANDRA LEE SLOVIK
1140 REDWOOD ST
HOLLYWOOD, FL 33019-4807

SANDRA M BELL
231 BLUE BONNET BLVD
SAN ANTONIO, TX 78209

SANDRA MARIE NEEL
230 ROYAL OAK CT
ZIONSVILLE, IN 46077-1039

SANDRA NIGHTINGALE
5 WEDGEWOOD COURT
GLEN HEAD, NY 11545

SANDRA PEEPLES
30 KAITLYN LN
BLUE RIDGE, GA 30513

SANDRA PEEPLES
30 KAITLYN LN
BLUE RIDGE, GA 30513

SANDRA R BASS
5 RIVERBEND DR
NATICK, MA 01760-5522

SANDRA R MCANDREW R/O IRA
FCC AS CUSTODIAN
110 ELMWOOD DR
WILKES BARRE, PA 18702-7226

SANDRA R MCANDREW R/O IRA
HARRY W CROOP
20 LONGWOOD DR
SARATOGA SPRINGS, NY 12866

SANDRA R MCANDREW R/O IRA
HARRY W CROOP
20 LONGWOOD DR
SARATOGA SPRINGS, NY 12866

SANDRA R MCANDREW R/O IRA
HARRY W CROOP
20 LONGWOOD DR
SARATOGA SPRINGS, NY 12866

SANDRA R MCANDREW R/O IRA
HELEN B CROOP
20 LONGWOOD DR
SARATOGA SPRINGS, NY 12866

SANDRA RAGUSI IRRL
PO BOX 230624
BROOKLYN, NY 11223

SANDRA RATZINGER GEB MAIR
DROSSELSTR 8
D 86514 USTERSBACH  GERMANY

SANDRA RUBENSTEIN TTEE/ RONALD RUBENSTEIN ESTATE [
SANDRA RUBENSTEIN
3503 COURTLAND ROAD
PEPPER PIKE, OH 44122

SANDRA S REEDER
1430 N STATE HWY 96
HAMILTON, IL 62341

SANDRA S WELLS IRA
PO BOX 1167
DENVER CITY, TX 79323

SANDRA S WHIGHAM
3728 DELEON ST
FORT MYERS, FL 33901

SANDRA SAFRAN
3107 BLACK OAK CT
BOYNTON BEACH, FL 33436

SANDRA SATLER IRA
9404 EAGLE RIDGE DR
BETHESDA, MD 20817

SANDRA STEVENS GOODALE
69 HILLTOP DRIVE
CHAPPAQUA, NY 10514

SANDRA WORMSER RLT
C/O SANDRA WORMSER
5420 HAMMERSMITH DRIVE
WEST BLOOMFIELD, MI 48322

SANDRA Y HESS
3142 E RIVER RD
GRAND ISLAND, NY 14072-1959

SANDRA Y HESS TTEE
DOUGLAS BUELL REV TR U/A
DTD 01/11/1999
3142 E RIVER RD
GRAND ISLAND, NY 14072-1959

SANDY DEROSA
245 EAST 63RD STREET
APT 25 G
NEW YORK, NY 10065

SANFORD G MORRILL
MORGAN KEEGAN
50 N FRONT ST
MEMPHIS, TN 38103

SANFORD STACEY IRA
C/O SANFORD STACEY
5011 LAGOONS CIRCLE
WEST BLOOMFIELD, MI 48323-2091

SANILAC COUNTY
HISTORICAL SOCIETY
PO BOX 158
PORT SANILAC, MI 48469-0158

SANJAY G BHANUSHALI
11 LOYALIST PL
BROCKVILLE, ONTARIO K6V 7M5, CANADA

SANKAR N BANERJEE
SUMITRA BANERJEE
P 303/304 POLARIS BLDG
SATELLITE TOWERS 81/1 MUNDHWA
41103 PUNE INDIA

SANOS INVESTMENTS CORPORATION
C/O TECKTON SA
VIA DEGLI ALBRICI 4
CH-6830 CHIASSO SWITZERLAND

SANTANU K SARKAR
BHABANI SARKAR
5624 RYDER AVE
CHARLOTTE, NC 28226

SANTANU K SARKAR
BHABANI SARKAR
5624 RYDER AVE
CHARLOTTE, NC 28226

SANTIAGO CARDENAS ALVAREZ
DORIS CONCHA GALINDO
JOHNSON & JOHNSON DEL BRASIL
SANTIAGO CARDENAS
RUA GERIVATIVA 207 3RO ANDAR
SAO PAULO SP 05501-900 BRAZIL,

SANTIAGO RUBIN
425 E 63RD ST APT W6D
NEW YORK, NY 10065

SANTOSH K BANSAL IRA
SANTOSH K BANSAL
3453 MACNICHOLS TRAIL
WEST BLOOMFIELD, MI 48323

SAPAK, JOHN E
1825 HOULIHAN RD
SAGINAW, MI 48601-9758

SARA A MARSHALL
TOD DTD 03/03/2006
619 ST CHARLES
ARLINGTON, TX 76013-1369

SARA ANN JEDD
JANE FRIEDMAN LEVENTHAL
6968 S GRANDE DR
BOCA RATON, FL 33433-2739

SARA B GALLAGHER
SUE G MITCHELL

SARA BRASWELL
4780 FOREST MANOR DR
WINSTON-SALEM, NC 27103

SARA C BAKER
1404 DUNCAN AVE
PERRY, GA 31069

SARA GARCIA C/F MERRITT GARVIA
214 STANFORD ST
LANCASTER, KY 40444

SARA LAMANNA-WALSH
115 CROCUS AVE
FLORAL PARK, NY 11001

SARA MAUER
640 W EVERGREEN CT
BAYSIDE, WI 53217-1608

SARA NELL ENGLISH
CARA VITA VILLAGE
4000 FIELDCREST DR A-306
MONTGOMERY, AL 36111

SARA SCHNEIDER TRUST
SARA SCHNEIDER & FERN FINKEL TTEES FBO SARA
SCHNEIDER TR
U/A DTD 6/29/92
4524 LINDENWOOD LANE
NORTHBROOK, IL 60062-1034

SARA T ROSE AND PAUL B ROSE
JT TEN WROS
1220 CLERMON DRIVE
CHATTANOOGA, TN 37415-3604

SARAH C PAULSEN
202 BILTMORE TERR
WARNER ROBINS, GA 31088

SARAH COLLINS
288 RIVER VISTA DRIVE
COPE, SC 29038

SARAH H FRYER AND THOMAS S FRYER
9514 HIDDEN VALLEY CIRCLE NORTH
SUN CITY, AZ 85351

SARAH KAPLAN CRUT TRUST
SARAH KAPLAN
65 CLOVER LN
LIDO BEACH, NY 11561

SARAH KAPLAN REVOCABLE TRUST
SARAH KAPLAN
65 CLOVER LN
LIDO BEACH, NY 11561

SARAH MILLER
TOD JACOB MILLER
6649 MARINA POINTE VILLAGE CT
APT 301
TAMPA, FL 33635-9039

SARAH ROSEN
6801 SAWMILL RD
DALLAS, TX 75252

SARAH ROSEN
6801 SAWMILL RD
DALLAS, TX 75252-5817

SARAH S LAWHORNE &
KATHY L PAWELKOP &
SONYA L ARTZIBUSHEV JT TEN
3212 W COACHMAN AVE
TAMPA, FL 33611-2904

SARAH S. MIDDLETON TTEE
3205  BELLE RIVER DRIVE
SARAH S. MIDDLETON REV.TRUST
DTD 11-20-97
HACIENDA HEIGHTS, CA 91745

SARNT SARNTINORANONT
701 SW 91ST ST
GAINSVILLE, FL 32607

SARSEP IRA FBO CHRISTINE TRAPP
CHRISTINE TRAPP
109 BAY DR
ITASCA, IL 60143

SARVESH S AGRAWAL
1339 E GUNN RD
OAKLAND TWP, MI 48306

SATEM BUSMEZ
C/O GUILLEX NEO ARMENTINES
C-E 902
PO BOX 25273
MIAMI, FL 33102

SAUL L. VICTOR
18 EAST 41 ST 10TH FLOOR
NEW YORK, NY 10017

SAUL MC CORMICK AND
PAULA MC CORMICK JT WROS
781 BRUSHWOOD COURT
MILLERSVILLE, MD 21108-1801

SAUL RADLER
CGM IRA ROLLOVER CUSTODIAN
19951 NE 10TH PL WAY
N MIAMI BEACH, FL 33179-2504

SAVASTA & COMPANY INC
60 BROAD ST
37TH FL
NEW YORK, NY 10004

SAVERINO A ROCCO TTEE
SAVERINO A ROCCO REVOCABLE TRUST
U/A DTD 01/25/1999
2640 GATELY DRIVE WEST APT 205
WEST PALM BCH, FL 33415-7974

SAVERIO RIZZUTI
C/O BANCA FINNAT EURAMERICA SPA
PIAZZA DEL GESU 49
00187 ROMA ITALY

SAYLOR, WILLARD
6321 WHITAKER FARMS DR
INDIANAPOLIS, IN 46237-8507

SCHLEU HANS-PETER
RHEINAUSTRASSE 273
D-53225 BONN GERMANY

SCHLEU HANS-PETER
RHEINAUSTRASSE 273
D-53225 BONN GERMANY

SCHOENOW, LOUIS C
4041 HART RD
FRANKENMUTH, MI 48734-9606

SCHROEDER FAMILY TRUST
B SCHROEDER CO-TTEE
E SCHROEDER CO-TTEE
74948 VERBENA COURT
INDIAN WELLS, CA 92210-7233

SCHWAB ONE TRUST ACCOUNT OF
R DOUGLASS & M DOUGLASS TTEE
RONALD E & MARGARET H DOUGLASS U/A DTD 09/24/1992
1212 F ST SE
AUBURN, WA 98002

SCHWALL FAMILY TRUST
F SCHWALL
6120 FRIENDLY CT
CARMICHAEL, CA 95608

SCOTT A RAPPOPORT
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA
8861 CAMINITO SUENO
LA JOLLA, CA 92037-1611

SCOTT AND PAULA HEINER
SCOTT HEINER
PO BOX 505
GREEN RIVER, WY 82935

SCOTT C JOHNSON
718 HARRISON ST
FLINT, MI 48502-1614

SCOTT FAMILY TRUST
ILA J SCOTT TTEE
7608 EDGEWATER DR
COLUMBIA, SC 29223

SCOTT HAWKINS &
SYLVIA HAWKINS TEN/COM
1426 STONE TRAIL DR
SUGAR LAND, TX 77479-6179

SCOTT I DOHNER
5883 NORMAR PL
BLAINE, WA 98230

SCOTT J CLARK
410 HIGHLAND AVE
UPPER MONTCLAIR, NJ 07043-1104

SCOTT J CLARK
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
410 HIGHLAND AVE
UPPER MONTCLAIR, NJ 07043-1104

SCOTT LEONARD
TONYA LEONARD JT TEN
794 OLD LATHEMTOWN ROAD
CANTON, GA 30115-7018

SCOTT MARC DONEEN
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
PO BOX 789
LA CANADA, CA 91012-0789

SCOTT NOVICK
661 TOWLE WAY
PALO ALTO, CA 94306

SCOTT PAUL BRUNSON
18920  BRIARGATE LN  APT 3G
PARKER, CO 80134-3666

SCOTT PAUL BRUNSON
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
18920 BRIARGATE LN  APT 3G
PARKER, CO 80134-3666

SCOTT PAUL BRUNSON CUST FOR
JOSHUA PAUL BRUNSON UARUTMA
UNTIL AGE 21
18920 BRIARGATE LN
APT 3G
PARKER, CO 80134-3666

SCOTT R & ROZANNE SMITH
1910 SW 42 AVE
GAINESVILLE, FL 32608

SCOTT R SMITH
936 BLACK ROCK ROAD
GLADWYNE, PA 19035

SCOTT RHOADES
8916 DONTREE WAY
ELK GROVE, CA 95624

SCOTT SCHMID
15 W 350 FILLMORE ST
ELMHURST, IL 60126

SCOTT SCHMID
15 W 350 FILLMORE ST
ELMHURST, IL 60126

SCOTT, WINFIELD WILLIAM
7211 LANE PARK DRIVE
DALLAS, TX 75225-2455

SCOTTRADE INC CUST FBO
JERRY LEE NIMMONS ROTH IRA
JERRY LEE NIMMONS
1708 N 21ST ST
SPRINGFIELD, IL 62702-3012

SCOTTRADE INC CUST FBO
SUZANN Y PERSHING ROTH IRA
PO BOX 19811
PALO ALTO, CA 94309-9811

SCOTTTRADE INC CUST FBO
C/O WILLIAM R MARQUES IRA
10066 BRENTLAWN ST
SPRING HILL, FL 34608-1003

SEAL REVOCABLE TRUST
UA 7 23 01
C/O MARTHA P SEAL TR
414 FOREST DR
ROSSFORD, OH 43460-1043

SEARIDERS TRADING INC
LOMBARD ODIER DARIER HENTSCH & CIE
ATTN CHRISTIAN LUIDNER
RUE DE LA CORRATERIE 11
GENEVA SWITZERLAND 1204

SEBASTIAN GISI LIVING TRUST
SEBASTIAN GISI TRUSTEE
2410 13TH AVE SE
ABERDEEN, SD 57401

SEBASTIAN J MESSINA &
JOANNE D MESSINA JT TEN
36 BRANDON AVE
LIVINGSTON, NJ 07039-1331

SEBASTIAN PACI
237 WILLIAMS RD
OXFORD, NY 13830

SEBATIAN LANGER
RA FRANZ BRAUN
GUSS RECHSTFUHELTE
LIEBIGSTR 11
80538 MUENCHEN GERMANY

SEBURN & EMILY T GILBERT  JTWROS
2614 REEVER RD
ALEXANDER CITY, AL 35010

SECLOW REVOCABLE TRUST
SEYMOUR SECLOW TTEE
UAD 12/27/99
13810 VIA NADINA
DELRAY BEACH, FL 33446-3716

SECOR LEASING ASSOCIATES LLC
17 INNES RD
SCARSDALE, NY 10583

SECURITY GENERAL LIFE INSURANCE
COMPANY IN RECEIVERSHIP
2401 NW 23RD ST, STE 42
OKLAHOMA CITY, OK 73107-2431

SECURITY NATIONAL LIFE INSURANCE COMPANY
ATTN: JEFFREY R STEPHENS
5300 SOUTH 360 WEST SUITE 250
SALT LAKE CITY, UT 84123

SECURITY NATIONAL LIFE INSURANCE COMPANY
C/O JEFFREY R STEPHENS
5300 S 360 WEST, STE 250
SALT LAKE CITY, UT 84123

SEGEL LIVING TRUST
GILBERT SEGEL TRUSTEE
919 A 18TH STREET
SANTA MONICA, CA 90403-3250

SEIDEN TR
LOIS SEIDEN TTEE
JOEL S SEIDEN TTEE
U/A DTD 11/17/1999
726 BIRDSONG LANE
SARASOTA, FL 34242-1418

SELLY MAAL AND WILLIAM SORREN
SELLY MAAL AND WILLIAM SORREN
300 WEST 55 ST
APT 4E
NEW YORK, NY 10019

SELMA COHEN
SELMA COHEN C/O
FRED G COHEN
1168 UNION STREET, SUITE 301
SAN DIEGO, CA 92101

SELMA DENENBERG
PO BOX 183
CHERRY HILL, NJ 08003

SELMA E WEISS
182 WASHINGTON AVE EXT
APT 227
ALBANY, NY 12203-6301

SELMALOU BRYANT
324 FRONT ST
WILLIAMSBURG, KY 40769

SEMOUR & MARLENE BERLIN
200 SAINT ANDREWS ROAD
HOLLYWOOD, CA 33021-2913

SENAIDO MARTINEZ IRA
FCC AS CUSTODIAN
PO BOX 1291
LA FERIA, TX 78559-1291

SENTINEL SECURITY LIFE INSURANCE CO
ATTN: EARL L TATE, PRESIDENT
2121 S STATE ST
SALT LAKE CITY, UT 84115

SENTINEL SECURITY LIFE INSURANCE CO
ATTN: EARL L TATE, PRESIDENT
2121 S STATE ST
SALT LAKE CITY, UT 84115

SENTINEL SECURITY LIFE INSURANCE CO
ATTN: EARL L TATE, PRESIDENT
2121 S STATE ST
SALT LAKE CITY, UT 84115

SENTINEL SECURITY LIFE INSURANCE CO.
ATTN: EARL L TATE, PRESIDENT
2121 S STATE ST
SALT LAKE CITY, UT 84115

SEP FBO DALE M GRAY
PERSHING LLC AS CUSTODIAN
24265 RIVER RD
GRAND VIEW, ID 83624-5005

SEP FBO DALE M GRAY
PERSHING LLC AS CUSTODIAN
24265 RIVER RD
GRAND VIEW, ID 83624-5005

SEP FBO SONDRA GOLDSTEIN
HSBC BANK USA TRUS
101 STONEWALL CT
YORKTOWN HGTS, NY 10598-1819

SEP FBO STEVEN FENICHEL
VFTC AS CUSTODAIN
2117 BAY AVE
OCEAN CITY, NJ 08226-2741

SEP FBO TIMOTHY R MOORE
TIM MOORE
309 BELIN MANOR
HOUSTON, TX 77024-6313

SERENA GURALNICK
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
7603 PALMER GLEN CIR
SARASOTA, FL 34240-7821

SERGEY VORONIN
C/O VICTOR VORONIN
0-18 OVERLOOK PL
FAIR LAWN, NJ 07410-5542

SERGEY VORONIN
C/O VICTOR VORONIN
0-18 OVERLOOK PL
FAIR LAWN, NJ 07410-5542

SERVICIOS BURSATILES INTERNACIONALES LIM
15 A STREET, KINGS PARK
BELIZE CITY  BELIZE

SETH W HERNDON (SEP IRA)
FCC AS CUSTODIAN
PO BOX 702158
TULSA, OK 74170-2158

SEVITCH TRUST
C/O ESTELLE SEVITCH TTEE UA DTD
322 SHERIDAN AVE
PIEDMONT, CA 94611-3814

SEYED M ALAVI
CGM IRA ROLLOVER CUSTODIAN
4004 COSTERO VISTA
SAN CLEMENTE, CA 92673-6410

SEYMOUR BERLIN &
MARLENE BERLIN JT TEN
200 SAINT ANDREWS RD
HOLLYWOOD, FL 33021-2913

SEYMOUR D FINKEL REV TRUST U/A SEYMOUR D FINKEL TRU
C/O MOLENDA LAW GROUP
39111 W SIX MILE RD
LIVONIA, MI 48152

SEYMOUR EINSTOSS TTEE
SEYMOUR AND ESTHER EINSTOSS R
U/A DTD 05/18/2005
6398 CLEMENS ST
VENTURA, CA 93003-2416

SEYMOUR FRANKL
373 A HERITAGE HILLS
SOMERS, NY 10589

SEYMOUR I YANOFSKY
144-31 77TH AVE
FLUSHING, NY 11367-3129

SEYMOUR S BODNER (IRA)
C/O SEYMOUR S BODNER
27 SHADOWLAWN DR
LIVINGSTON, NJ 07039

SEYMOUR SINGER AND
HARRIET SINGER TEN IN COM
68 HERBERT TERRACE
WEST ORANGE, NJ 07052-1021

SEYMOUR TURK
704 TRIPHAMMER RD
ITHACA, NY 14850-2505

SEYMOUR TURK
704 TRIPHAMMER ROAD
ITHACA, NY 14850-2505

SEYMOUR TURK
INTER VIVOS TRUST
704 TRIPHAMMER RD
ITHACA, NY 14850-2505

SG HAMBROS BANK (CHANNEL ISLANDS) LIMITED
PO BOX 6
ST PETER PORT GUERNSEY
GY1 3AE CHANNEL ISLANDS

SG HAMBROS BANK (CHANNEL ISLANDS) LIMITED
PO BOX 6
ST PETER PORT GUERNSEY
GY1 3AE CHANNEL ISLANDS GREAT BRITAIN

SG HAMBROS BANK (CHANNEL ISLANDS) LIMITED
PO BOX 6
ST PETER PORT GUERNSEY
GY1 3AE CHANNEL ISLANDS GREAT BRITAIN

SHAHLA A KHATIBLOU
10827 BRENNER CREEK CT
HOUSTON, TX 77079-7300

SHAMIRAM JAMGOCHIAN REV LIV TR
U/A/D 6/29/95
SHAMIRAM JAMGOCHIAN TRUSTEE
750 COTTAGE GROVE RD
BLOOMFIELD, CT 06002-3039

SHANNON G PRESTON
4112 MARDELLA DRIVE
RALEIGH, NC 27613

SHANNON G PRESTON
4112 MARDELLA DRIVE
RALEIGH, NC 27613

SHAOFEN YANG
480 STEDFORD LANE
DULUTH, GA 30097

SHAPAN FAMILY TRUST
MERVIN E SHAPAN TTEE
JUDITH A SHAPAN TTEE
U/A DTD 03/07/2000
70 SHOTGUN DR
SEDONA, AZ 86336-3936

SHARI C KAREL
PO BOX 591
OAKS, PA 19456

SHARON A BISHOP TRUSTEE OF SHARON A BISHOP 1997 FAM
SHARON A BISHOP TRUSTEE OF THE SHARON A BISHOP
1997
FAMILY TRUST DATED APRIL 22, 1997
1729 TROLLMAN AVE
SAN MATEO, CA 94401-1328

SHARON A HAVLICK
6230 DARRAMOOR RD
BLOOMFIELD, MI 48301-1434

SHARON C CARROLL
21 BRIARWOOD DR EAST
WARREN, NJ 07059

SHARON C WODKE
N39 W276 35 GLACIER RD
PEWAUKEE, WI 53072

SHARON CURRY TTEE
U/A DTD 08/01/91
LAWRENCE R LULL TRUST
1562 FOOTHILL BLVD
N TUSTIN, CA 92705-3049

SHARON E DUNN
65174 E BRASSIE DR
TUCSON, AZ 85739

SHARON EDGERTON
96 S HEATHER DR
NAMPA, ID 83651-2409

SHARON I ZUKOWSKI
41 TANGLEWOOD DR
ESSEX JCT, VT 05452

SHARON K BROWN
TOD DARRYL W BROWN &
DAVID M BROWN
SUBJECT TO STA TOD RULES
10335 W POTTER DR
PEORIA, AZ 85382-2517

SHARON K FARMER
1410 NORTH MORNINGSIDE DRIVE
ATLANTA, GA 30306-3240

SHARON L CARPE ROLLOVER IRA
TD AMERITRADE INC CUSTODIAN
18 BUCKTHORN
IRVINE, CA 92604-4606

SHARON L JONES TTEE
SHARON L ANN JONES 2000 REV LI
U/A/D 06-12-2000
P.O. BOX 697
BETHEL ISLAND, CA 94511-0697

SHARON M ANTONELLI
1506 W 6TH ST
ONTARIO, CA 91762-1006

SHARON M GRICE & JEFFREY J GRICE SR JTWROS
41401 WINDMILL
HARRISON TWP, MI 48045

SHARON M SCHOLL
150 TAPATIO ST
HENDERSON, NV 89074

SHARON M SCHOLL TTEE
150 TAPATIO ST
HENDERSON, NV 89074

SHARON P BLOOM
6415 PLANKTON DRIVE
COLUMBUS, OH 43213

SHARON R COURTNEY
11810 STONE MILL RD
CINCINNATI, OH 45251

SHARON R COURTNEY
11810 STONE MILL RD
CINCINNATI, OH 45251

SHARON R OWENS
CGM IRA CUSTODIAN
855 W LEONARD RD
PALATINE, IL 60067-5932

SHARON S HOLIHAN
9114 CENTRAL AVE
MORTON GROVE, IL 60053

SHARON T BREJER
2725 TERRA CEIA BAY BLVD
UNIT 301
PALMETTO, FL 34221

SHARON Y BOWMAN CLEVELAND &
WINSTON J CLEVELAND JT TEN
45369 CAMINO MONZON
TEMECULA, CA 92592-1300

SHARYN F WEINSTEIN
2916 HADDON DRIVE
LAS VEGAS, NV 89134

SHASHI AND VIDYA GADGIL
10 W 86TH ST
NEW YORK, NY 10024

SHASHI MANILAL DANI
CHANDNI SHASHI DANI
1638 WRIGHTSTOWN RD
NEWTOWN, PA 18940-2814

SHAYNA L BASS
5 RIVERBEND DR
NATICK, MA 01760-5522

SHEA HUNT HAYNES
C/F NATALIE HUNT UGM/FL
1700 NW 97TH TER
CORAL SPRINGS, FL 33071-5903

SHEILA A O'BOYLE
2007 FERNDALE CT
MT LAUREL, NJ 08054

SHEILA ANN PITTMAN
7005 SOULIER LANE
FREDERICKSBURG, VA 22407

SHEILA GABAEFF
116 MOUNTAIN SIDE LANE
BRIDGEWATER, NJ 08807-2323

SHEILA GOLDSTEIN
8 COBBLESTONE FARMS CT
SUFFERN, NY 10901

SHEILA GRAY
4237 IMPERIAL ISLE DR
LAKE WORTH, FL 33449-8646

SHEILA GRAY
SHEILA GRAY TTEE ALFRED E GRAY TRUST 2/5/88
CARYN WINTER
4237 IMPERIAL ISLE DRIVE
LAKE WORTH, FL 33449

SHEILA GRAY
SHEILA GRAY TTEE, ALFRED E GRAY TRUST 2/5/88
CARYN WINTER
4237 IMPERIAL ISLE DR
LAKE WORTH, FL 33449-8646

SHEILA J GRAY
5525 SAINT JAMES STREET
BIRMINGHAM, AL 35235

SHEILA KLAIMAN
800 PALISADE AVE APT 2009
FORT LEE, NJ 07024-4121

SHEILA SUN
581 SHAKESPEARE STREET
JOLLARD DES ORMEALLY (QC) H9H IA6  CANADA

SHEILA VISHNEVSKY
1980 S OCEAN DR
APT 2P
HALLANDALE, FL 33009-5916

SHEILA Y BROWN
5653 BRAEMAR DR
FRISCO, TX 75034

SHEILA Y. BROWN
5653 BRAEMAR DR
FRISCO, TX 75034

SHELBY J CLARKE
WADE M CLARKE
JT TEN
5423 STATELY OAKS ST
FT PIERCE, FL 34981-3404

SHELBY LAWSON JR IRA
FCC AS CUSTODIAN
1809 SKYLINE DR
BARTLESVILLE, OK 74006

SHELDON MARDENFELD
6 CYPRESS TERR
SPRINGFIELD, NJ 07081

SHELDON P HOLLUB
7813 W 117TH TERR
SHAWNEE MISSION, KS 66210

SHELDON R GREENBERG
34056 W 13 MILE ROAD
FARMINGTON HILLS, MI 48331

SHELDON SCHWARTZ
38 SUNLIGHT SPRINGS RD
LAKEWOOD, NJ 08701

SHELDON SCHWARZBROTT, EVAN DRIBBON
TTEES DRIBBON & SCHWARZBROTT DVM PC
PS PLAN DTD 1/1/79
3296 MERRICK ROAD
WANTAGH, NY 11793-4340

SHELLEY DAY
C/O CHARLES SCHWAB & CO INC
770 CARLISE WAY
SUNNYVALE, CA 94087

SHELLEY HAVEN
337 E 9TH ST
APT 6
NEW YORK, NY 10003

SHELLEY L HENNIG
7168 MAPLE RD
FRANKENMUTH, MI 48734

SHELLEY R SPIVACK
1492 SHIRLEY ST
FLINT, MI 48532

SHELLEY R SPIVACK
1492 SHIRLEY ST
FLINT, MI 48532

SHELLY ELIZABETH LOPEZ
CHARLES SCHWAB & CO INC.CUST
ROTH CONTRIBUTORY IRA
9414 TRANQUIL PARK DR
SAN ANTONIO, TX 78254-5667

SHEPHERD LEVMORE
7031 108TH ST APT 5E
FLUSHING, NY 11375

SHEPHERD NATHAN REV TRUST
1010 S OCEAN BLVD
APT 605
POMPANO BEACH, FL 33062-6628

SHERI ROBINSON (IRA)
FCC AS CUSTODIAN
8034 BOBCAT CIR
SARASOTA, FL 34238-5604

SHERMAN A & JANET M COWDREY
6838 SOUTH HILL STREET
LITTLETON, CO 80120-3617

SHERMAN COHEN
19653 BAY COVE DR
BOCA RATON, FL 33434

SHERMAN E AND M HAGEL HAWKINS
57390 HAWKINS RD
LA GRANDE, OR 97850

SHERMAN GATCHELL
4626 ABBERTON
GREENWOOD, IN 46143-8274

SHERMAN SILVERSTEIN KOHL ROSE & PODOLSKY 401 K PLAN
SHERMAN, ET AL 401K PLAN
FBO M ZEV ROSE
BARRISON, FELD, & HANAMIRIAN TRUSTEES
1741 COUNTRY CLUB DRIVE
CHERRY HILL, NJ 08003

SHERMAN WADDLE IRRA
4105 HONEYSUCKLE CT
CINCINNATI, OH 45241-3506

SHERRE G STRICKLAND
72 TIMBERLINE DR
NASHUA, NH 03062-4511

SHERRI A LIBERMAN
105 DEAN LAKE DR
GREER, SC 29650

SHERRI BARKAN
6 AGNES COURT
MELVILLE, NY 11747

SHERRILL BEAMAN
14700 NW SMITH DR
KANSAS CITY, MO 64152

SHERRILYN R MEDLEY & JAMES J MEDLEY
JAMES & SHERRILYN MEDLEY JT TEN WROS
2436 BROOKSHIRE CIRCLE
LEXINGTON, KY 40515-1226

SHERRY ADAMSON
1345 CHAMPAIGN AVE
ANNISTON, AL 36207

SHERRY R POMMERING TRUSTEE
SHERRY R PUMMERING TR
6980 DEARWESTER DR
CINCINNATI, OH 45236

SHERRYL J BRECKENRIDGE
CGM IRA CUSTODIAN
44 ASHLEY COURT
GLEN MILLS, PA 19342-2009

SHERYL A ROBINSON
3405 OMEGA ST
TYLER, TX 75701

SHERYL ANN O'CONNOR TRUST
U/A/D 12-21-1991
SHERYL ANN O'CONNOR TEE
TMS MAILING
1122 EAST PIKE STREET #899
SEATTLE, WA 98122-3916

SHERYL BURTON
8010 BRONX RIVER ROAD
BRONXVILLE, NY 10708

SHERYL D MORRISON
1067 BUFFALO SHOALS RD
STATESVILLE, NC 28677

SHERYL EVANS
MS SHERYL LYNN EVANS
3135 STATE ROAD 580 STE 9
SAFETY HARBOR, FL 34695

SHERYL R BOUGHTER
9500 SUNSET LANE
WOLCOTT, NY 14590-9252

SHIHANG WANG
22 OAK GROVE ST
OTTAWA ONTARIO  CANADA  K2G 6R4

SHIRELY SNELLEN
3134 WINDMOOR DR N
PALM HARBOR, FL 34685

SHIRLEE LOUISE PARMAN
1300 N PORTOFINO DR APT 108
SARASOTA, FL 34242-3109

SHIRLEY A BONELLO
4977 GARDINERS BAY CIR
SARASOTA, FL 34238-2792

SHIRLEY A BONELLO
4977 GARDINERS BAY CIRCLE
SARASOTA, FL 34238-2792

SHIRLEY A DENEEN TOD G.S. DENEEN
D.A. HURST,B.S. KELLY,D.L. SMITH
SUBJECT TO STA RULES
6294 PRINCE CT
FLUSHING, MI 48433-3521

SHIRLEY A FARROW
3901 EAST LAKE DR
BUTTE, MT 59701

SHIRLEY A FARROW
3901 EAST LAKE DR
BUTTE, MT 59701

SHIRLEY A HILL
3315 SALEM COVE TRAIL
CONYERS, GA 30013

SHIRLEY A KIEFER
9 BOND PLACE
WEST CALDWELL, NJ 07006

SHIRLEY A MCKINNEY
1305 SPRINGFIELD RD
EAST POINT, IL 61611

SHIRLEY A MILLER TRUSTEE, SHIRLEY A MILLER TRUST DTD
C/O DR ERIC SCOTT MILLER
208 GLADSTONE RD
PITTSBURGH, PA 15217-1112

SHIRLEY A MORGAN
2928 S CEDAR #5
SIOUX CITY, IA 51106

SHIRLEY A SMITH
1101 LAWNDALE DRIVE
MACON, MO 63552

SHIRLEY ADAMS
7100 SUMMER TREE DR
BOYNTON BEACH, FL 33437

SHIRLEY BEMBRIDGE
35 WILRUE PKWY
POMPTON PLAINS, NJ 07444

SHIRLEY D GREEN IRA
C/O SHIRLEY D GREEN
120 S WALNUT
ERIE, KS 66733

SHIRLEY E LOCKE
1840 DOLPHIN DR
LARGO, FL 33770

SHIRLEY FOW MARKS
19495 BISCAYNE BLVD
#700
AVENTURA, FL 33180

SHIRLEY FOW MARKS
TOD REGISTRATION
1000 QUAYSIDE TERR APT 511
MIAMI SHORES, FL 33138-2231

SHIRLEY G BURGESS
13297 RIVERS MILL ROAD
CAPRON, VA 23829-3035

SHIRLEY G BURGESS &
W EMERSON BURGESS JT WROS
13297 RIVERS MILL ROAD
CAPRON, VA 23829-3035

SHIRLEY GUNDERSEN TTEE
RAYMOND GUNDERSEN CHAR REM UNITRUST
U/A DTD 01/05/1998
7900 N LA CANADA APT 1235
TUCSON, AZ 85704-2077

SHIRLEY GUNDERSEN TTEE
SHIRAY TRUST U/A DTD 02/11/1974
7900 N LA CANADA APT 1235
TUCSON, AZ 85704-2077

SHIRLEY H HYDER
3100 SHORE DR
APT 955
VIRGINIA BEACH, VA 23451

SHIRLEY HASTERT
1345 FAYETTE RD
DARLINGTON, WI 53530

SHIRLEY I GRIFFIN &
RONALD H GRIFFIN JT TEN
22640 E 76TH ST
BROKEN ARROW, OK 74014-2413

SHIRLEY J BAUM
1 CRESTWOOD LANE
CLARK, NJ 07066-2603

SHIRLEY J BAUM
1 CRESTWOOD LANE
CLARK, NJ 07066-2603

SHIRLEY J HORTON TTEE
SHIRLEY J HORTON REV TRST
U/A 09/30/92
3415 BUTLER COURT
FORT WAYNE, IN 46808-1367

SHIRLEY JACKEL
21-55 34TH AVE APT 15D
ASTORIA, NY 11106-4316

SHIRLEY JEAN MOORE
ROLLOVER IRA
107 EAST PARK AVE
PALESTINE, TX 75801

SHIRLEY JUNE THOMAS
111 RUST ROAD #212
BLOOMINGTON, IL 61701

SHIRLEY L BARTLETT IRA
2562 COMANCHE DRIVE
BIRMINGHAM, AL 35244

SHIRLEY L COHEN TTEE
SHIRLEY L COHEN TRUST
7933 BROADMOOR PINES BLVD
SARASOTA, FL 34243-4621

SHIRLEY L EDWARDS
22526 MAIN STREET
COURTLAND, VA 23837-1123

SHIRLEY L PILGAARD
10229 CAVELL CIRCLE
BLOOMINGTON, MN 55438

SHIRLEY LYSTER
609 LAFAYETTE
COLUMBUS, IN 47201

SHIRLEY M DERMANN
8226 E POINTE RD
LINCOLN, NE 68506

SHIRLEY M ILHARDT TTEE
LAWRENCE W ILHARDT FAM TR
DTD 11/11/1998
3806 FULTON GROVE RD
CINCINNATI, OH 45245-2505

SHIRLEY M JOHNSON AND RENEE WUNDERLI & POLLY JOHN
2211 79TH ST W
BRADENTON, FL 34209-5215

SHIRLEY M LIGHT
NORMAN R LIGHT
1608 CONNELL AVE
FINDLAY, OH 45840-6409

SHIRLEY MACARON
1460 S 2ND ST
RATON, NM 87740

SHIRLEY MAE SMITH
3311 M-63
BENTON HARBOR, MI 49022-9260

SHIRLEY MARCUS TRUST
C/O ARTHUR MARCUS
10928 RAVEL CT
BOCA RATON, FL 33498-6760

SHIRLEY MILLER
1514 145TH PL SE
MILL CREEK, WA 98012

SHIRLEY O LEWIS TRUSTEE
735 BIRCHWOOD
MARSHFIELD, MO 65706-2214

SHIRLEY P MCCRAW
102 40TH PLACE CIRCLE
HATTIESBURG, MS 39402-2375

SHIRLEY P O'BRIEN
630 BENDWOOD DR
HOUSTON, TX 77024-4027

SHIRLEY P WALKER
1000 N COURT 19D
FAIRFIELD, IA 52556-2014

SHIRLEY R PELL
3951 VIA POINCIANA, APT 514
BLDG 9
LAKE WORTH, FL 33467-2960

SHIRLEY S KASE
KASE TRUST
19301 SEWARD PLAZA
#117
ELKHORN, NE 68022-6474

SHIRLEY S LEIMSIEDER TTEE
23351 CHAGRIN BLVD APT 406
BEACHWOOD, OH 44122-5522

SHIRLEY SALLAS (IRA)
FCC AS CUSTODIAN
PO BOX 145
HAMILTON, GA 31811-0145

SHIRLEY SIGESMUND
6730 WOODBRIDGE DRIVE
BOCA RATON, FL 33434

SHIRLEY V HUDSON TTEE
SHIRLEY VINING HUDSON REVOCABL
U/A DTD 05/25/1994
3002 W WELLINGTON
FRESNO, CA 93711-1165

SHIRLEY WARNER-VENER TTEE
FBO SHIRLEY WARNER-VENER
TRUST U/A/D 11-11-2005
4006 DIXIE CANYON AVENUE
SHERMAN OAKS, CA 91423-4832

SHIRLEY WELLS
1009 SANTA FE TRAIL
OZARK, AR 72949

SHIRLEY WELLS
1009 SANTA FE TRAIL
OZARK, AR 72949

SHISH KEN CHEN
11963 S COPPER CREEK CIR
PARKER, CO 80134

SHIU HING TONG RAYMOND / CHAU SIU MAY
31 BRAEMAR HILL ROAD
21/F FLAT A
NORTH POINT HONG KONG

SHOEMAKER FAMILY TRUST, ROBERT E SHOEMAKER &
JEAN A SHOEMAKER TTEE  U/A DATED 10/12/94
C/O WACHOVIA
DAWN CHAGOURIS
120 NORTH POINTE BLVD RM 100
LANCASTER, PA 17601

SHONNA GRAHAM
1137 LIGHT PLANT LN
WINCHESTER, IL 62694

SHONNA GRAHAM
1137 LIGHT PLANT LN
WINCHESTER, IL 62694

SHOSHANA B HERMAN, TRUSTEE
SHOSHANA B HERMAN REVOCABLE TRUST U/A 9/26/07
6833 N KEDZIE AVE #816
CHICAGO, IL 60645-2881

SHOSHANA COOKS
127 GREENE ST
NEW YORK, NY 10012

SHRYOCK TRUST U/A DTD 9/21/98
CHARLES SHRYOCK, TRUSTEE
338 PINE BLUFF ST
MALVERN, AR 72104

SHU RONG ZHENG
11521 A 28TH AVE NE
SEATTLE, WA 98125

SIAMAK AKHAVAN
827 PARKWOOD CT.
MCKINNEY, TX 75070-5390

SIDNEY & BETTY SIEGEL
113 MAPLE BLVD
LONG BEACH, NY 11561

SIDNEY A DAVIS
1041 S DALE ST #302
BOISE, ID 83706

SIDNEY ABRAMS
TOD NAMED BENEFICIARIES
SUBJECT TO STA TOD RULES
PO BOX 315
STEVENSON, MD 21153-0315

SIDNEY B ABRAMS
CGM IRA CUSTODIAN
P O BOX 315
STEVENSON, MD 21153-0315

SIDNEY C KASS TTEE
FBO SIDNEY C KASS REV LIV TR
UAD 2/21/97
9750 ARBOR VIEW DRIVE SOUTH
BOYNTON BEACH, FL 33437-5930

SIDNEY COOPERMAN
9350 W BAY HARBOR DR, APT 4A
BAY HARBOR ISLAND, FL 33154-2342

SIDNEY E ANDERSON
6877 TERRENO DR
RNCHO MURIETA, CA 95683-9412

SIDNEY E ANDERSON & SHIRLEY
6877 TERRENO DR
RANCHO MURIETA, CA, 95683-9412

SIDNEY J LAFLEUR
IRA FBO SIDNEY J LAFLEUR
TRP TRUST CO CUSTODIAN
26556 NORTH SHORE PL
HARTFORD, SD 57033-6721

SIDNEY KAILLER
2020 ST JOHNS AVE 508
HIGHLAND PARK, IL 60035

SIDNEY KASS
9750 ARBOR VIEW DR SO
BOYNTON BEACH, FL 33437

SIDNEY MILLER AND IRIS MILLER
JT TEN
1035 PARK AVENUE APT 4 A
NEW YORK, NY 10028

SIDNEY S ADELSON TTEE
DISNEY S ADELSON TRUST
406 PARADISE RD UNIT #3-S
SWAMPSCOTT, MA 01907-1118

SIDNEY SCHACHTER
6689 WOODBRIDGE DR
BOCA RATON, FL 33434

SIDNEY SCHWARTZ TRUSTEE
U/A DTD 12/14/1999
SIDNEY SCHWARTZ REV LIV TRUST
PORTFOLIO ADVISOR
15 YORKSHIRE DR
VOORHEES, NJ 08043-3728

SIDNEY WEISS
100 S BERKLEY SQ
APT 21 J
ATLANTIC CITY, NJ 08401

SIDNEY WOROBOW
269-10 GRAND CENTRAL PKWY
APT 21B
FLORAL PARK, NY 11005

SIDNEY ZIFF
C/O MARK L HARE ESQ
1350 MAIN STREET STE 1000
SPRINGFIELD, MA 01103

SIDONIA STEVENS
2113 22ND ST
LUBBOCK, TX 79411-1109

SIEGEL TRUST
ZELDA & LEONARD SIEGEL AND
LOIS SIEGEL PASTER TTEES
U/A DTD 09/29/1992
345 DARTMOUTH AVE
SAN CARLOS, CA 94070-1701

SIERRA FOUNDATION INC
ATTN  TOM GRAY
509 GUISANDO DE AVILA SUITE 2
TAMPA, FL 33613-5235

SIGURDUR HELGASON
5  BENTON ROAD
BELMONT, MA 02478

SILAS W HAYS III
4569 NE 39TH AVE
PORTLAND, OR 97211

SILVER CAVALRY INC.
CALLE PORTUGAL 1, PORTAL 1, 3B
POZUELO DE ALARCON MADRID 28224 SPAIN

SILVERGATE GROUP LIMITED
VANDERPOOL PLAZA, 2ND FLOOR
WICKAMS CLAY 1
ROAD TOWN TORTOLA BRITISH VIRGIN ISLANDS

SILVIA H ENZ
5111 SEMINOLE DRIVE
GRANBURY, TX 76049

SIMA MOTTALE &
MORRIS MOTTALE JT TEN
VIA TAMPORIVA 23
6976 CASTAGNOLA SWITZERLAND

SIMEON WEAVER
400 UNIVERSITY PARK DR
#221
BIRMINGHAM, AL 35209

SIMMONS W AND LOIS J COOK
PO BOX 474
SIDNEY, NE 69162

SIMON FELDSTEIN
19370 COLLINS AVE PH11
SUNNY ISLES BELT, FL 33160-2449

SIMON JAMES DAVIES
138 NORWELL AVE
NORWELL, MA 02061

SIMON JAMES DAVIES
138 NORWELL AVE
NORWELL, MA 02061

SIMON KITTAY
110 N. MILWAUKEE AVE.
APT. 401
WHEELING, IL 60090

SIMON ROSEN REVOCABLE TRUST
NORTHERN TRUST NA
ATTN  C CAPCO
425 N FLORIDA AVE
TAMPA, FL 33602

SIMON SHMOOKLER
2 AUGUSTA TRAIL
PALM COAST, FL 32137

SIMON W THOMAS
636 DUNHILL DRIVE
DANVILLE, CA 94506

SIMONE MALAK
14518 ABACO LAKES DR
FORT MYERS, FL 33908

SIMPLEX MANUFACTURING
PO BOX 279
105 DUNNING AVE
AUBURN, NY 13021

SINAI TEMPLE CEMETERY
SINAI TEMPLE CEMETERY ASSOC
C/O DIANA KOHN
2209 ISLAND DR
MICHIGAN CITY, IN 46360

SISTERS OF MERCY OF THE
HOLY CROSS - FAME ACCOUNT
ATTN FINANCE DEPT
1400 O DAY ST
MERRILL, WI 54452-3417

SKEEL, FRED C
1216 MOCKINGBIRD ROAD
KEY LARGO, FL 33037-3831

SLADE FAMILY REVOCABLE TRUST
GARY SLADE
25375 CREEKSIDE DR
PIONEER, CA 95666

SLONGO FAM TR U/A/D 8/23/93
C/O ROY SLONGO & AMALIA SLONGO TTEES
1550 STONY CREEK DR
ROCHESTER, MI 48307

SMITH FAMILY TRUST
JOHN W AND NORMA J SMITH, TRUSTEES
2906 ELM TREE CT
SPRING VALLEY, CA 91978-1963

SMITH REVOCABLE LIVING TRUST
HUBERT E SMITH TTEE
N109W17110 AVA CIRCLE APT 313
GERMANTOWN, WI 53022

SMITH REVOCABLE TRUST UAD 12/18/07
JEROME SMITH TRUSTEE
590 W ASPENWOOD
GREEN VALLEY, AZ 85614

SMOLOW & LANDIS PENSION TRUST
RONALD SMOLOW ET AL TTEES
FBO RONALD SMOLOW
UA DTD 1/1/97
3 THREE PONDS LANE
NEWTOWN, PA 18940-3001

SOBEL ENTERPRISES INC
420 S BEVERLY DRIVE #200
BEVERLY HILLS, CA 90212

SOCIETE EUROPEENNE DE BANQUE SA
19/21 BOULEVARD DU PRINCE HENRI
L-1724 LUXEMBOURG

SOCIETE EUROPEENNE DE BANQUE SA
19/21 BOULEVARD DU PRINCE HENRI
L-1724 LUXEMBOURG

SOCIETE EUROPEENNE DE BANQUE SA
19/21 BOULEVARD DU PRINCE HENRI
L-1724  LUXEMBOURG

SOCRATES GOURLIS
41B, SEVASTIS KALISPERI STR.
15234 CHALANDRI ATHENS GREECE

SODY LP
3132 S 2500 E
VERNAL, UT 84078-9103

SOF INVESTMENTS LP
C/O MSD CAPITAL LP
ATTN: JEFF KRAVETE
645 FIFTH AVE 21ST FL
NEW YORK, NY 10022-5922

SOL AND BARBARA CALDERON
876 N EDGEWOOD LN
EAGLE, ID 83616

SOL AND BEATRICE LAPATINE
63-01 A DOUGLASTON PKWY
DOUGLASTON, NY 11362

SOL CHALOM
922 CLINTWOOD DR
SILVER SPRING, MD 20902

SOL CHALOM
922 CLINTWOOD DR
SILVER SPRING, MD 20902-1721

SOL H GOODGAL
UNIV OF PENN
DEPT OF MICROBIOLOGY
JOHNSON PAVILION
PHILADELPHIA, PA 19104

SOL H STONE
WEDBUSH MORGAN SEC CTDN
IRA ROLLOVER 07/17/2007
1304 SCHUYLER RD
BEVERLY HILLS, CA 90210-2539

SOL MESSER
58 DOBY RD
RD #3
MENDHAM, NJ 07945-2121

SOL RAPPAPORT
1575 HEATHERLEAF LN
TOMS RIVER, NJ 08755

SOL RUBIN, TTEE
SOL RUBIN LT UAD 11/2/94
6055 ST JAMES
W BLOOMFIELD, MI 48322

SOL SCHULMAN
16 BIRCH HILL RD
GREAT NECK, NY 11020-1309

SOL W RAWLS JR
1501 CLAY STREET
FRANKLIN, VA 23851-2705

SOLLOSE, EUGENE A
715 PARK AVE
MANHASSET, NY 11030-2808

SOLOMON I. LESCH
CGM IRA ROLLOVER CUSTODIAN
K
60 EAST END AVENUE, APT. 27
NEW YORK, NY 10028-7907

SOLOMON ISRAEL & CAROLE ISRAEL
PO BOX 1002
STOCK BRIDGE, WA 01262-1002

SOLOMON M WEISS TRUSTEE
FBO SO CHARITABLE TRUST
610 FRELINGBUYER AVE
NEWARK, NJ 07114

SOLON G ALCHAS
8549 TIMBER TRAIL
BRECKSVILLE, OH 44141

SONDRA REISS
1 BLACK BIRCH LN
SCARSDALE, NY 10583

SONIA CACERES HERNANDEZ
6682 WAUCONDA DR
LARKSPUR, CO 80118

SONIA DEMSKY
C/O RICHARD GILBERT
214 BUSH LN
MAHWAH, NJ 07430-3224

SONIA SAKELLARIOS & NICHOLAS SAKELLARIOS
24121 CINDY LANE
LAKE FOREST, CA 92630-1814

SONJA M BUCCHERI
1404 RIVIERA AVE
BANNING, CA 92220

SONJA M LANDVOGT
205 WESTON COURT
WILLIAMSBURG, VA 23185-3388

SOPHIA LEACH
9331 OZARK AVE
MORTON GROVE, IL 60053-1061

SOPHIA P WHITE
5692 EICHEN CIRCLE
FORT MYERS, FL 33919

SOPHIE  M PELECHOWICZ
25 S CHURCH RD
UNIT 21
MAPLE SHADE, NJ 08052

SOPHIE LEVY TTEE
ERIC V SLUD, SUCC TTEE
EDGAR M LEVY REV. TRUST
U/A DTD 05/12/1992
12708 STEEPLE CHASE WAY
POTOMAC, MD 20854

SOPHIE M PELECHOWICZ
25 S CHURCH RD UNIT 21
MAPLE SHADE, NJ 08052

SOPHIE M PELECHOWICZ
25 S CHURCH RD UNIT 21
MAPLE SHADE, NJ 08052

SOPHIE M PELECHOWICZ
25 S CHURCH RD UNIT 21
MAPLE SHADE, NJ 08052

SOPHIE M PELECHOWICZ
255 CHURCH RD, UNIT 21
MAPLE SHADE, NJ 08052

SOPHIE T BUZDEREWICZ TTEE/REV TRUST
118 GARFIELD AVE
CHELSEA, MA 02150

SOPHOCLES ZAPNOUKAYAS
PO BOX 335
WINDHAM, NY 12496

SORENSON FAMILY TRUST
DTD 10/18/91
GLENN A SORENSON TTEE
1205 SHERATON DR
RACINE, WI 53402-3342

SOTO FAMILY LIVING TRUST
C/O ZAIDA SOTO TRUSTEE
UAD 04/18/1996
3 DOGWOOD LN
DEMAREST, NJ 07627-1539

SOTO FAMILY TRUST
RAIDA SOTO
3 DOGWOOD LA
DEMCREST, NJ 07627

SOTO FAMILY TRUST
ZAIDA SOTO
3 DOGWOOD LA
DEMCREST, NJ 07627