UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                  :    Chapter 11
                                                       :
MOTORS LIQUIDATION COMPANY, *et al.,*   :    Case No. 09-50026 (REG)
      f/k/a General Motors Corp., *et al*.,            :
                                                       :
                      Debtors.                         :    (Jointly Administered)
                                                       :
-----------------------------------------------------------------x

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss:
COUNTY OF SUFFOLK      )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.     I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

Between August 19, 2010 and August 20, 2009, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors in the above-captioned case and pursuant to the **Notice of Debtors' Seventy-Sixth Omnibus Objection to Claims [Docket No. 6686]**, I caused to be served a customized **Notice of Objection to Individual Debt Claims**, a copy of which is annexed hereto as Exhibit "A", upon each of the parties set forth in Exhibit "B" annexed hereto (affected parties) by depositing same in a sealed, postage paid envelope at a United States Post Office for delivery by the United States Postal Service via First Class Mail.

                                        /s/ Barbara Kelley Keane
                                        Barbara Kelley Keane

Sworn to before me this
24th day of August 2010


/s/ Eamon Mason_____
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Qualified in Manhattan County
Commission Expires: May 19, 2012

# EXHIBIT A

> **PLEASE CAREFULLY REVIEW THIS NOTICE AS IT WILL AFFECT YOUR CLAIM IN THE GENERAL MOTORS CORPORATION (NOW MOTORS LIQUIDATION COMPANY) BANKRUPTCY CASE**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re                                                      :    Chapter 11 Case No.
                                                           :
**MOTORS LIQUIDATION COMPANY**, *et al.*,    :    09-50026 (REG)
    f/k/a General Motors Corp., *et al.*             :
                                                           :
                        Debtors.                       :    (Jointly Administered)
                                                           :
------------------------------------------------------------x

### NOTICE OF OBJECTION TO INDIVIDUAL DEBT CLAIMS

**[Claimant Name]**

| Claim Information | | | | | Basis For Objection |
|---|---|---|---|---|---|
| **Date** | **Claim #** | **Debtor** | **Classification** | **Amount** | **Claim is duplicative of a claim allowed for the indenture trustee on behalf of all Individual Bondholders** |
|  |  |  |  |  |  |

**PLEASE TAKE NOTICE THAT**, on August 13, 2010, Motors Liquidation Company (formerly known as General Motors Corporation) and its affiliated debtors, as debtors in possession (the "**Debtors**"), filed an objection to your proof of claim identified above. The name of the objection is the Debtors' _____ Omnibus Objection to Claims (Duplicate Debt Claims) (the **"Objection"**).

> **You have received this notice because the Debtors have objected to your proof of claim and your rights will be affected.**
>
> **You should read this notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**

> **A copy of the full Objection can be viewed at
> http://www.motorsliquidationdocket.com/bond.php3.  Or, you may
> request a complete copy of the Objection at the Debtors' expense, by
> contacting the Debtors at 1-800-414-9607, or by sending an e-mail to
> claims@motorsliquidation.com.**

The reason for the Objection is that your claim is duplicative of two global claims filed on your behalf (and on behalf of all affected bondholders) by Wilmington Trust Company ("**WTC**"), as the indenture trustee for your General Motors Corporation bonds.  An indenture trustee is an entity that manages a bond issuance for the benefit of the individual bondholders, and handles all the administrative aspects of the bond issuance.  The claims filed by WTC ensure your interests are protected with respect to the interest, principal, and trustee fees under your bonds.  You will be entitled to receive a distribution on account of such interests through the global proofs of claim filed by WTC, and the disallowance of your individual claim will not affect such interests.  If you have additional claims with respect to your bonds beyond interest, principal, and trustee fees, such claims will be disallowed pursuant to this Objection.  A copy of the stipulation allowing the claims of WTC can be viewed at **http://www.motorsliquidationdocket.com/bond.php3**.

**YOU WILL NOTICE THAT** the Objection requests that the Bankruptcy Court expunge and disallow your claim listed above on the ground that your claim is duplicative of the global claim filed by WTC.  **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed, and you will not be entitled to any distribution from the Debtors' estates on the claim you filed.**

If you disagree with the Objection's treatment of your claim, you may call the Debtors to try and resolve your concerns at **1-800-414-9607**.  If you are unable to resolve your concerns with the Debtors before the deadline to respond, then you must file and serve a written response

(a "**Response**") to the Objection in accordance with this notice and you <u>must</u> appear at the Hearing described below.

You may participate in the Hearing telephonically provided that you comply with the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider." You must also provide prior written notice by mail or e-mail of your telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Russell Brooks, Esq. (russell.brooks@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Jennifer Sharret, Esq. (jsharret@kramerlevin.com)).

**If you do not oppose the disallowance and expungement of your claim, then you do not need to file a Response or appear at the Hearing.**

<u>**PLEASE TAKE FURTHER NOTICE THAT**</u> a hearing (the "**Hearing**") on the Objection is scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on **September 24, 2010 at 9:45 a.m. (Eastern Time)**. If you file a Response to the Objection, you should plan to appear at the Hearing either in person or telephonically. The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to your claim. If the Debtors do continue the Hearing with respect to your claim, then the Hearing will be held at a later date. If the Debtors do not

continue the Hearing with respect to your claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **September 17, 2010 at 4:00 p.m. (Eastern Time)**. Only those Responses that are timely will be considered at the Hearing. Your Response will be deemed timely only if it is: (a) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing system (The User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov) before the deadline for Responses **or** (b) **actually** received on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format and in hard copy at each of the following addresses on or before the deadline for response:

- A. Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;

- B. Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and

- C. Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Jennifer Sharret, Esq.).

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the number of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the

extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person that can be contacted in connection with the Objection.

If the Bankruptcy Court does NOT disallow and expunge your claim listed above, then the Debtors have the right to object on other grounds to your claim (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

If you have any questions about this notice or the Objection, please contact the Debtors at **1-800-414-9607**. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

**PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief requested in the Objection without further notice or a hearing if you fail to file a timely Response or appear at the Hearing.**

Dated: New York, New York
         August 18, 2010

WEIL, GOTSHAL & MANGES LLP
Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT B

| | | |
|---|---|---|
| WILMA SCHIMMEL TRUSTEE OF THE<br>SCHIMMEL FAMILY TRUST DTD 5-8-90<br>2718 CEILHUNT AVE<br>LOS ANGELES, CA 90064-3810 | WILSON A SHOPP<br>7047 N PLUM TREE<br>PUNTA GORDA, FL 33955-1115 | WILSON B ROBERTSON<br>3057 KNOTTY PINE DR<br>PENSACOLA, FL 32505-1853 |
| WILSON J LEGNION<br>6010 DREW ST<br>LAKE CHARLES, LA 70607 | WILSON K DECKER<br>2652 GOLF VIEW DR<br>RIVER FALLS, WI 54022-7502 | WILSON K DECKER<br>2652 GOLF VIEW DRIVE<br>RIVER FALLS, WI 54022 |
| WILSON R TATUM &<br>CHERYL G TATUM<br>JT TEN<br>PO BOX 47<br>FROST, TX 76641-0047 | WILSON R TATUM & CHERYL G TATUM<br>BOX 47<br>FROST, TX 76641 | WINIFRED L STAR<br>5948 CHABOLYN TERRACE<br>OAKLAND, CA 94618-1914 |
| WINIFRED P ARGANO<br>255 VAN ETTEN RD<br>SPENCER, NY 14883-9568 | WINIFRED S ROBINSON TTEE<br>LEONARD ROBINSON REV TR U/A/D 10-31-94<br>17276 BRIDLEWAY<br>BOCA RATON, FL 33496-3209 | WINNFRED J HADDEN<br>11187 CR 168<br>TYLER, TX 75703 |
| WINNIE R EWING IRA<br>200 ROSE<br>BRIDGE CITY, TX 77611-2122 | WINNIFRED MOORE FAMILY TRUST<br>DATED 10/07/1994<br>2507 NORTH MILLER ROAD<br>SCOTTSDALE, AZ 85257 | WINSLOW JOHNSON - TRUSTEE<br>STAMFORD MARKETING GROUP, INC<br>PROFIT SHARING PLAN<br>1736 SANCTUARY POINTE CT<br>NAPLES, FL 34110 |
| WINSTON C BEATON<br>TOD BENEFICIARIES ON FILE<br>8504 HICKORY DR<br>STERLING HEIGHTS, MI 48312-4714 | WINSTON D VINES<br>501 DOGWOOD MEADOWS LN<br>AUSTIN, AR 72007 | WINSTON M & JACQUELYN CARTER TRUST<br>WINSTON M CARTER TTEE OR<br>JACQUELYN CARTER TTEE<br>1 OLDHAM LANE<br>BELLA VISTA, AR 72714-3501 |
| WJ SCHAIBLE TRUSTEE<br>WALTER J & JANE M SCHAIBLE TRUST<br>13029 JADESTONE DR<br>SUN CITY WEST, AZ 85375 | WM J POINSATTE<br>18531 VERONA LAGO DR<br>MIROMAR LAKE, FL 33913 | WNNB CORPORATION<br>WU SHIH TUNG<br>33 JACKSON RD<br>BEDFORD, NY 10506-2206 |
| WNNB CORPORATION<br>WU SHIH TUNG<br>33 JACKSON RD<br>BEDFORD, NY 10506-2206 | WOLF FAMILY TRUST<br>TIMOTHY J. WOLF TTEE<br>8229 MEADOW CT<br>ST JOHN, IN 46373 | WOLF JASKIEL SALLY JASKIEL<br>CHANI POLLOCK & GITA<br>SCHWARTZ TTEE THE JASKIEL FAM<br>FOUNDATION U/A/D 11/29/99<br>1750 47TH STREET<br>BROOKLYN, NY 11204-1227 |
| WOLF-DIETER GAESSNER<br>226C SOUTH KALAHEO AVE<br>KAILUA, HI 96734 | WOLFGANG & HILDEGARD STICH<br>UBIERSTRASSE 63<br>53173 BONN, FR GERMANY | WOLFGANG & HILDEGARD STICH<br>UBIERSTRASSE 69<br>53173 BONN, FR GERMANY |
| WOLFGANG AND HILDEGARD STICH<br>UBIERSTRASSE 69<br>53173 BONN  F.R. GERMANY | WOLFGANG AND HILDEGARD STICH<br>UBIERSTRASSE 69<br>53173 BONN F.R. GERMANY | WOLFGANG GRIEBL<br>300 FOX DR<br>BOULDER, CO 80303 |

| | | |
|---|---|---|
| WOLFGANG H KOPKA<br>3909 TARIAN COURT<br>PALM HARBOR, FL 34684 | WOLFGANG MAUTE<br>WILHELMINENSTR 70<br>67065 LUDWIGSHAFEN GERMANY | WOLFGANG RENZ AND GERHARD GOETZFRIED<br>EVANGELIKREUZ 26<br>87727 BABENHAUSEN, GERMANY |
| WOLFGANG+HILDEGARD STICH<br>UBIERSTRASSE 69<br>53173 BONN F.G.GERMANY | WOLFGANG+HILDEGARD STICH<br>UBIERSTRASSE 69<br>53173 BONN F.R.GERMANY | WOMENS CLINIC OF SUMTER PA PSP<br>DTD SEPT 19 1984<br>FBO BARNEY WILLIAMS<br>BARNEY WILLIAMS TTEE<br>2710 MOHICAN ST.<br>SUMTER, SC 29150-2210 |
| WOMENS CLINIC OF SUMTER PA PSP<br>DTD SEPT 19 1984 FBO BARNEY WILLIAMS<br>BARNEY WILLIAMS TTEE<br>2710 MOHICAN ST<br>SUMTER, SC 39150 | WOMENS CLINIC OF SUMTER PA PSP<br>DTD SEPT 19 1984 FBO BARNEY WILLIAMS<br>BARNEY WILLIAMS TTEE<br>2710 MOHICAN ST<br>SUMTER, SC 29150 | WOMEN'S MEDICAL GROUP PS<br>MURRAY MASTER, M.D. TTEE<br>4749 MAIN ST<br>BRIDGEPORT, CT 06606-1805 |
| WONG CHIN PANG ALEX<br>NO 2 PARK ROAD<br>191 FUI FLAT A<br>MID-LEVELS HONG KONG | WONG CHIN PANG ALEX<br>NO 2 PARK ROAD 19/FU1<br>FLAT A<br>MID-LEVELS HONG KONG | WOOD FAMILY REV LIVING TRUST<br>MCKINLEY V WOODS<br>5360 FLORIDA PALM AVE<br>COCOA, FL 32927 |
| WOODLAND FAMILY TR FBO LAURA<br>TARR & PAUL WOODLAND DJ<br>WOODLAND & JOAN WOODLAND<br>CO-TTEES UAD 07/19/89<br>8746 E VIA DE VIVA<br>SCOTTSDALE, AZ 85258-4032 | WOODROE D SEIGLER TTEE<br>WOODROE D SEIGLER LIVING TRUST<br>124 SMITH ST<br>LEESVILLE, SC 29070 | WOODROW A GAMMON<br>203 WATERS HILL RD<br>LIVERMORE, ME 04253-3402 |
| WOODROW AND DOROTHY WILSON<br>JT / TEN<br>26588 E NOTTOWAY DR<br>COURTLAND, VA 23837 | WOODRUFF FAMILY TRUST<br>BARBARA H WOODRUFF TR<br>D14 SOUTHFIELD APARTMENTS<br>AUBURN, NY 13021 | WOON S KIM IRA<br>FCC AS CUSTODIAN<br>941 FOUNTAIN VIEW DR<br>DEERFIELD, IL 60015-4860 |
| WORLD OF OUTLAWS BENEVOLENT FUND<br>ATTN: MANDY PITTMAN<br>482 WOODLAND PLACE<br>PITTSBORO, IN 46167-9181 | WORTH & ANDREW LUDWICK<br>491 SANTA RITA AVENUE<br>PALO ALTO, CA 94301 | WRIGHT JR, HIRAM<br>2154 GLENSIDE AVE<br>NORWOOD, OH 45212-1140 |
| WRL GEN CTRS LTD, ROBERT & SHARON LEAVINE<br>10858 FM 346 WEST<br>FLINT, TX 75762 | WTRISC TTEE<br>LOMA LINDA UNIV RADLGY RET PL<br>FBO PHIROZE E BILLIMORIA<br>664 EAST SUNSET DRIVE<br>REDLANDS, CA 92373-6409 | WTRISC TTEE FBO SRC LTD<br>MPP & PS PLANS DTD 10-01-02<br>FAO HARRY MIXER<br>PO BOX 52129<br>PHOENIX, AZ 85072-2129 |
| WU SHIH TUNG<br>33 JACKSON RD<br>BEDFORD, NY 10506-2206 | WYCOFF AB LIVING TRUST V/A ORD 8/12/02<br>C/O DOUG WYCKO FF<br>8152 EL DESCAM SOUTH<br>ATASCUDERO, CA 93422 | XERXES & ROSANNA TARAPORE<br>HEUWEG 22<br>75382 ALTHENGSTETT GERMANY |
| XIAOLIN TIAN<br>4605 CONLIN ST<br>METAIRIE, LA 70006 | XME LTD<br>C/O MERRIL LYNCH INT BANK LTD<br>ATTN TRUST DEPT<br>2 RAFFLES LINK<br>MARINA BAMFRONT SINGAPORE 039392 | YALE KNIGHT<br>6953 N BARNETT LANE<br>MILWAUKEE, WI 53217 |

| | | |
|---|---|---|
| YIGAL B BARUCH &<br>NAOMI BARUCH JT TEN<br>63 HOLLYBROOK ROAD<br>PARAMUS, NJ 07652-2344 | YIK WAI TO<br>MACDONNELL HOUSE<br>FLAT 22-B<br>6 MACDONNEL ROAD HONG KONG CHINA | YILDIZ AGAR<br>2200 ALKI AVE SW #401<br>SEATTLE, WA 98116 |
| YIM KWAI LAW<br>8/F, BLOCK D,<br>WOODLAND GARDEN<br>62 A-F CONDUIT ROAD<br>HONG KONG CHINA | YINGJU SUN<br>7394 WILDFLOWER WAY<br>CUPERTINO, CA 95014 | YINGJU SUN<br>CHARLES SCHWAB & CO INC.CUST<br>IRA ROLLOVER<br>7394 WILDFLOWER WAY<br>CUPERTINO, CA 95014-5308 |
| YITZCHOK ALSTER (R/O IRA)<br>FCC AS CUSTODIAN<br>1810 AVENUE N APARTMENT 1 G<br>BROOKLYN, NY 11230-6161 | YOGESH DHINGRA<br>41604 MARGARITA RD<br>APT 266<br>TEMECULA, CA 92591 | YOKO C DAVIS TTEE<br>EARLE WESLEY DAVIS SR TRUST U/A<br>DTD 07/29/1989<br>2473 SAN ELIJO AVENUE<br>CARDIFF BY THE SEA, CA 92007-2124 |
| YOKO C DAVIS TTEE<br>EARLE WESLEY DAVIS SR TRUST U/A DTD 7/29/1989<br>2473 SAN ELIJO AVENUE<br>CARDIFF BY THE SEA, CA 92007-2124 | YOKO C DAVIS TTEE F/T YOKO CHINO<br>DAVIS TRUST DATED 3-17-92<br>2473 SAN ELIJO AVE<br>CARDIFF BY THE SEA, CA 92007-2124 | YOKWAH CARMOUCHE<br>426 NORTH LANG AVE<br>WEST COVINA, CA 91790-1512 |
| YOLANDA DELOSA<br>407 DORCHESTER WAY<br>MANALAPAN, NJ 07726 | YOLANDA JACOBS<br>172 WEST 79TH ST APT 14A<br>NEW YORK, NY 10024-6402 | YOLANDA L GORDON<br>PO BOX 5784<br>BELLEVUE, WA 98006 |
| YOLANDA L. GORDON<br>PO BOX 5784<br>BELLEVUE, WA 98006 | YORAM LEHAVOT<br>2494 PROVENCE CIR<br>WESTON, FL 33327-1305 | YORAM LEIDNER & DOVON LEIDNER JT WROS<br>7755 SW 86 ST APT 402<br>MIAMI, FL 33143 |
| YOUNG H HA<br>WEDBUSH FBO YOUNG H HA IRA<br>ROLL DTD 6/22/95<br>714 4TH AVE #305<br>FAIRBANKS, AK 99701 | YU HUANG TOD MINGYAN ZHU<br>SUBJECT TO STA RULES<br>BLDG 14, SUITE 904, WENHUIYUAN<br>XIAO XI TIAN, HAIDIAN DISTRICT<br>BEIJING, 100082, CHINA | YUE KIANG NG<br>3/F, BLOCK E, BUTLER TOWER,<br>1-5 BOYCE ROAD,<br>JARDINES LOOKOUT,<br>HONG KONG, CHINA<br>HONG KONG, |
| YU-FEN HO<br>13F-3, NO. 91, HSING-AN ST.<br>TAIPEI CITY TAIWAN | YUKI MIZUTA<br>1700 12TH AVE SOUTH<br>SEATTLE, WA 98144 | YURI A GONCHAR<br>1925 HURSTGREEN AVE<br>ST LOUIS, MO 63114 |
| YURI SALZMAN & MARIANNA SALZMAN JT TEN<br>6 SHAW LANE<br>HARTSDALE, NY 10530-1005 | YVES MEYER<br>5005 HWY 3<br>BILLINGS, MT 59106 | YVETTE M REINER<br>105 HARVARD COURT<br>GLENVIEW, IL 60026 |
| YVONNE AND JOSEPH RESNICK<br>9200 CORONADO TER<br>FAIRFAX, VA 22031 | YVONNE EVANS<br>4800 SMITHS RD<br>KIMBALL, MI 48074 | YVONNE FIELMANN<br>990 CAPE MARCO DR UNIT 404<br>MARCO ISLAND, FL 34145 |

| | | |
|---|---|---|
| YVONNE G MCMILLIN<br>121 JORDAN CIRCLE<br>LOUISVILLE, MS 39339 | YVONNE GAY HAWKINS<br>PO BOX 197<br>GOODWATER, AL 35072 | YVONNE LIPKIN<br>10490 WILSHIRE BLVD<br>APT 702<br>LOS ANGELES, CA 90024 |
| YVONNE LIPKIN<br>10490 WILSHIRE BLVD<br>APT 702<br>LOS ANGELES, CA 90024 | YVONNE LOPKIN<br>10490 WILSHIRE BLVD<br>APT 702<br>LOS ANGELES, CA 90024 | YVONNE MONTSDEOCA TTEE<br>FRED Y MONTSDEOCA<br>1025 SE 10TH ST<br>OCALA, FL 34471-3907 |
| YVONNE POSTELLE<br>385 MOUNTAIN VIEW AVE<br>SAN RAFAEL, CA 94901 | YVONNE SAADI COURCIER - IRA<br>103 OAK GLEN<br>LAFAYETTE, LA 70503-4708 | YWCA OF THE MOHAWK VALLEY-HALL<br>1000 CORNELIA ST<br>UTICA, NY 13502-4606 |
| Z D OVERSTREET<br>515 CHATSWORTH<br>MONTGOMERY, AL 36109 | Z POSIN (DECD) & P POSIN JT TEN TOD<br>C A BILICH, J E HILLMAN<br>SUBJECT TO STA RULES<br>406 DAUB AVENUE<br>HEWLETT, NY 11557-1105 | Z TAMMAN & G TAMMAN CO-TTEE<br>ZAKI & GRETA TAMMAN FAMILY TRUST<br>133 S SPALDING DR #101<br>BEVERLY HILLS, CA 90212-1806 |
| ZACHARY JAMES SILVER<br>24840 PROSPECT AVE<br>LOS ALTOS, CA 94022-5152 | ZAHIDE GULER AKSU<br>ORANIENSTR 182<br>10999 BERLIN GERMANY | ZAIDA SOTO<br>3 DOGWOOD LN<br>DEMAREST, NJ 07627-1539 |
| ZAIDA SOTO<br>WBNA CUSTODIAN TRAD IRA<br>3 DOGWOOD LANE<br>DEMAREST, NJ 07627-1539 | ZALMAN B VISHNEVSKY<br>1980 S OCEAN DR APT 2P<br>HALLANDALE, FL 33009-5916 | ZANE BRESLOFF 1998 TRUST<br>C/O DANIEL L WOODROW TRUSTEE<br>999 18TH ST STE 2550<br>DENVER, CO 80202-2442 |
| ZANE GORDON<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>3333 VICKERS DR<br>GLENDALE, CA 91208 | ZAYNEH GORMAN<br>76 HARVARD ROAD<br>WATERVLIET, NY 12189 | ZEEV PACHTER<br>ZEEV PACHTER C/O RENET<br>34 W MONTGOMERY AVE<br>SUITE 34<br>ARDMORE, PA 19003 |
| ZEHNDERS INC<br>MARTHA SHELTON<br>730 S MAIN<br>FRANKENMUTH, MI 48734 | ZEINER LIVING TRUST<br>UAD 09/24/97<br>C JOSEPH ZEINER TTEE<br>102 PECAN GRV APT 220<br>HOUSTON, TX 77077-5296 | ZELDA B GOLD STEIN TTEE<br>6927 CAIRNWELL DR<br>BOYNTON BEACH, FL 33472 |
| ZELDA COHEN<br>506 WALDEN PLACE<br>POMPTON PLAINS, NJ 07444 | ZELMAN G WEINGARTEN IRRA<br>ZELMAN G WEINGARTEN<br>3532 WOODCLIFF RD<br>SHERMAN OAKS, CA 91403-5045 | ZENIA FICINI<br>861 E 231 ST<br>BRONX, NY 10466-4407 |
| ZENIA FICINI<br>861 E 231 ST<br>BRONX, NY 10466-4407 | ZENON DUDKIEWICZ<br>MARIANNA DUDKIEWICZ JT TEN<br>TOD DTD 06/12/2007<br>12 LYMAN STREET<br>EASTHAMPTON, MA 01027-1012 | ZEONA E LUNDSTROM TTEE<br>ZEONA E LUNDSTROM LIV<br>TRUST DTD 6-12-92<br>975 SHADY LANE<br>GLENDORA, CA 91740-6710 |

| | | |
|---|---|---|
| ZHENGYU LU<br>480 STEDFORD LANE<br>DULUTH, GA 30097 | ZIELKE, THOMAS A<br>18900 VALENCIA ST<br>NORTHVILLE, MI 48168-3507 | ZIGFRID R GRINS IRA<br>FCC AS CUSTODIAN<br>4 SAXON CT<br>SMITHTOWN, NY 11787-4121 |
| ZINUK GLOBAL LTD<br>3 TEVUOK HAARETZ ST<br>69546 TEL AVIV ISRAEL | ZOLA T DUNBAR REV LIVING TRUST DONALD & ZOLA DUNBAR<br>12180 SW LYNNRIDGE<br>PORTLAND, OR 97225 | ZORKA BASTA IRA<br>902 GRANVILLE COURT<br>LEXINGTON, KY 40503 |
| ZORKA BASTA TRUST<br>902 GRANVILLE COURT<br>LEXINGTON, KY 40503 | ZULI STEREMBERG (IRA)<br>FCC AS CUSTODIAN<br>1175 W. CALLED DE EMILIA<br>GREEN VALLEY, AZ 85614-4728 | ZURN JOINT LIVING TRUST<br>VERNON O ZURN & EDNA C ZURN TRUSTEES<br>1604 S KENWOOD ST<br>CASPER, WY 82601 |
| ZVI & RIVKA TALMON<br>ATTENTION: C/O BAR NIR<br>4, NOF-HARIM<br>JERUSALEM, 96190 ISRAEL | | |