UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                          :
                                                               :   Chapter 11
MOTORS LIQUIDATION COMPANY, *et al.*,                          :
      f/k/a General Motors Corp., *et al.*,   :   Case No. 09-50026 (REG)
                                                               :
             Debtors.                       :   (Jointly Administered)
                                                               :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                ) ss
COUNTY OF SUFFOLK    )

I, Radha S. Rai, being duly sworn, depose and state:

1.    I am a Senior Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.    On August 23, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on Klestadt & Winters LLP, Attn: Tracy L. Klestadt and Samir P. Gebrael, 292 Madison Avenue, 17th Floor, New York, New York 10017 (Counsel for Brittinghams):

- Order Pursuant to 11 U.S.C. § 362(d) Modifying the Automatic Stay to Allow the Completion of the Pending Personal Injury Action of Julie and David Brittingham [Docket No. 6745].

Dated:  August 24, 2010                    /s/ Radha S. Rai
          Melville, New York               Radha S. Rai

Sworn to before me this 24th day of August, 2010

/s/ Jodi S. Pujols
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires:  October 22, 2011