# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW YORK

```
-----------------------------------------------------------------X
In re:                                              :
                                                    :
MOTORS LIQUIDATION COMPANY, et al.,                 :
        f/k/a General Motors Corp., et al.          :        Chapter 11
                                                    :        Case No. 09-50026 (REG)
                                                    :        (Jointly Administered)
                Debtors.                            :
-----------------------------------------------------------------X
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Kimberly Murray, being of full age, states as follows:

1.  I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

2.  On August 24, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim [Docket No. 6731] and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

/s/ Kimberly Murray___
Kimberly Murray

Sworn to before me this 24st day of
July, 2010
/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

**TRANSFEROR**
Citigroup Global Markets Inc.
Attn: Chetan Bansal
390 Greenwich Street
New York, NY 10013

Citigroup Global Markets Inc.
Attn: Ken Zingale, Corp Actions
111 Wall Street, 4th Floor
New York, NY 10005

Morrison & Foerster LLP
Attn: Charles M. Cole
Christopher S. Campbell
2000 Pennsylvania Ave., NW Suite 5500
Washington DC, 20006

**TRANSFEREE**
Knighthead Master Fund, L.P.
c/o Knighthead Capital Management, LLC
Attn: Laura Torrado, Esq.
623 Fifth Avenue, 29th Floor
New York, NY 10033