Execution Copy

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re Motors Liquidation Company, *et al.,* (f/k/a General Motors Corporation., *et al.* Debtors.

Case No. 09-50026 (REG)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Goldman Sachs Lending Partners LLC | AVN Air, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Goldman Sachs Lending Partners LLC
c/o Goldman, Sachs & Co.
200 West Street
New York, NY 10282-2198
Attn: Lauren Day
Email: gsd.link@gs.com

Court Claim # (if known): 66717
Amount of Claim: $39,301,657.79
Date Claim Filed: 11/30/09
Debtor: Motors Liquidation Company (f/k/a General Motors Corporation)

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Phone: 212-934-3921
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
Same as above
Phone: _____
Last Four Digits of Acct #: _____

613632.4/153-05655          17

Execution Copy

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 8/26/10
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.