# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | X  Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Onondaga County, New York<br>Luis Mendez, Sr. Deputy County Attorney<br>John H Mulroy Civic Center<br>421 Montgomery Street<br>Syracuse, NY   13202 |
| Claim Number (if known): | 69517 |
| Date Claim Filed: | December 17, 2009 |
| Total Amount of Claim Filed: | Not specified. |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced Claim Number 69517, solely because it is a duplicate of Claim Number 51099 filed on November 25, 2009, which claim is not being withdrawn, and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal of Claim Number 69517 on the official claims register for the above-referenced Debtor.

Dated:  August 26, 2010

Print Name: Luis A. Mendez

Title (if applicable): Sr. Deputy Count Attorney

---