UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In re                                                                                  Chapter 11 Case No.

MOTORS LIQUIDATION COMPANY, *et al.,*          09-50026 (REG)
 f/k/a General Motors Corp., *et al.,*

                        Debtors.                                    (Jointly Administered)

_____


The undersigned hereby certifies that on August 26, 2010, he filed a Withdrawal of Claim solely with respect to Claim Number 69517 by electronically filing same with the Clerk of the Court herein, and thereby gave notice of the same via email to:

Motors Liquidation Company c/o AlixPartners,
Attention: Tim Neis
(TNeis@alixpartners.com)


Dated: August 26, 2010

                                                            /s/ Kevin C. Murphy
                                                            Kevin C. Murphy
                                                            Bar Roll No.: 508134
                                                            The Wladis Law Firm, P.C.
                                                            Attorneys for Plaintiff
                                                            P.O. Box 245
                                                            5795 Widewaters Parkway
                                                            Syracuse, NY 13214