UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| In re | Chapter 11 Case No. |
| MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corp., *et al.*, | 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

_____

The undersigned hereby certifies that on August 26, 2010, he filed a Withdrawal of Claim solely with respect to Claim Number 69442 by electronically filing same with the Clerk of the Court herein, and thereby gave notice of the same via email to:

Motors Liquidation Company c/o AlixPartners,
Attention: Tim Neis
(TNeis@alixpartners.com)

Dated: August 26, 2010

/s/ Kevin C. Murphy
Kevin C. Murphy
Bar Roll No.: 508134
The Wladis Law Firm, P.C.
Attorneys for Plaintiff
P.O. Box 245
5795 Widewaters Parkway
Syracuse, NY 13214