## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW YORK

----------------------------------------------------------------X
In re:                                                          :
                                                                :
MOTORS LIQUIDATION COMPANY, *et al.*,                           :
      f/k/a General Motors Corp., *et al.*        :        Chapter 11
                                                                :        Case No. 09-50026 (REG)
                                                                :        (Jointly Administered)
             Debtors.                :
----------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF SUFFOLK     )

I, Kimberly Murray, being of full age, states as follows:

1.    I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

2.    On August 26, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim [Docket No. 6795] and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

                                                /s/ Kimberly Murray___
                                                Kimberly Murray

Sworn to before me this 26th day of
August, 2010
/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

### TRANSFEROR

Austin Powledge
c/o Angel Hagmaier and Dax Faubus
Attorney at Law
211 E. Parkwood Avenue Suite 107
Friendswood, TX 77546

### TRANSFEREE

Dover Master Fund II, L.P.
c/o Longacre Management, LLC
Attn: Vladimir Jelisavcic
810 Seventh Avenue, 33rd Floor
New York, NY 10019