## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re:                                                        :
                                                              :
MOTORS LIQUIDATION COMPANY, *et al*.,     :
    f/k/a General Motors Corp., *et al*.        :  Chapter 11
                                                              :  Case No. 09-50026 (REG)
                                                              :  (Jointly Administered)
           Debtors.                     :
---------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Kimberly Murray, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

    2.    On August 26, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim [Docket No. 6796] and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

    /s/ Kimberly Murray___
    Kimberly Murray

Sworn to before me this 26th day of
August, 2010
/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

**TRANSFEROR**

Mary Powledge
c/o Angel Hagmaier and Dax Faubus
Attorney at Law
211 E. Parkwood Avenue Suite 107
Friendswood, TX 77546

**TRANSFEREE**

Dover Master Fund II, L.P.
c/o Longacre Management, LLC
Attn: Vladimir Jelisavcic
810 Seventh Avenue, 33rd Floor
New York, NY 10019