SULLIVAN & WORCESTER LLP
Richard Hiersteiner
Jeanne P. Darcey
Charlotte P. Bodell
One Post Office Square
Boston, MA 02109
Telephone:  (617) 338-2800
Facsimile:  (617) 338-2880
Email: rhiersteiner@sandw.com
         jdarcey@sandw.com
         cbodell@sandw.com

*Attorneys for U.S. Bank National Association*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **MOTORS LIQUIDATION COMPANY**, *et al*., f/k/a General Motors corp., *et al*. | Case No. 09-50026 (REG) |
| | Jointly Administered |
| **Debtors.** | |

**NOTICE OF WITHDRAWAL OF CLAIM FILED BY U.S. BANK NATIONAL ASSOCIATION, AS OWNER TRUSTEE**

PLEASE TAKE NOTICE THAT U.S. Bank National Association, not in its individual capacity, but solely as Owner Trustee, by and through its undersigned counsel, hereby withdraws the below proof of claim:

| Debtor Name | Transaction | Claim Number |
|---|---|---|
| Motors Liquidation Company (f/ka/ General Motors Corporation) | 2000A-2 | 65717 |

Boston, Massachusetts
August 27, 2010

SULLIVAN & WORCESTER LLP

/s/ Charlotte P. Bodell  _____
Richard Hiersteiner
Jeanne P. Darcey
Charlotte P. Bodell
One Post Office Square
Boston, MA 02109

{B1150110; 1}

        Telephone:  (617) 338-2800
        Facsimile:  (617) 338-2880
        Email: rhiersteiner@sandw.com
             jdarcey@sandw.com
            cbodell@sandw.com

*Attorneys for U.S. Bank National Association, not in its individual capacity, but solely as Owner Trustee*

**CERTIFICATE OF SERVICE**

I, Charlotte P. Bodell, hereby certify that on this 27th day of August, 2010, copies of the *NOTICE OF WITHDRAWAL OF CLAIM FILED BY U.S. BANK NATIONAL ASSOCIATION, AS OWNER TRUSTEE* were served by electronic means via the Court's CM/ECF system on the parties registered with the CM/ECF system for such service.

/s/ Charlotte P. Bodell  _____

{B1150110; 1}2