# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | General Products Corporation<br>141 Wohlert Street<br>Angola, Indiana 47603 |
| Claim Number (if known): | 32818 |
| Date Claim Filed: | November 20, 2009 |
| Total Amount of Claim Filed: | $4 million |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor. This withdrawal is **without prejudice** and this claim is subject to automatic reinstatement if (a) a settlement of this claim is not reached or (b) if the claim of the Dearborn Site Administrative Group, of which the claimant is a member, is challenged by the Debtor on the basis of standing.

GENERAL PRODUCTS CORPORATION,
By its Attorneys McCarter & English, LLP

Dated: August 23, 2010            By: _/s/ Robert J. Hoelscher_
                                    Robert J. Hoelscher
                                    A Member of the Firm

---