# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026 |
| --- | --- |
| | ☐ MLC of Harlem, Inc., Case No. 09-13558 |
| | ☐ MLCS, LLC, Case No. 09-50027 |
| | ☐ MLCS Distribution Corporation, Case No. 09-50028 |
| | ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Samuel, Son & Co. Midwest Inc<br>2360 Dixie Road<br>Mississauga, Ontario ON L4Y 1Z7 CANADA |
| Claim Number (if known): | 32817 |
| Date Claim Filed: | November 20, 2009 |
| Total Amount of Claim Filed: | $4 million |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor. This withdrawal is **without prejudice** and this claim is subject to automatic reinstatement if (a) a settlement of this claim is not reached or (b) if the claim of the Dearborn Site Administrative Group, of which the claimant is a member, is challenged by the Debtor on the basis of standing.

                                    SAMUEL, SON & CO. MIDWEST INC.
                                    By its Attorneys McCarter & English, LLP

Dated: August 23, 2010              By: /s/ RJHoelscher
                                    Robert J. Hoelscher
                                    A Member of the Firm

---

US_ACTIVE:¥43219392¥02¥72240.0639