1

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of August, 2010, a true copy of the Notice of Joint Motion of Hoguet Newman Regal & Kenney, LLP, and Livengood, Fitzgerald & Alskog, PLLC, for Leave to Withdraw as Counsel, and supporting affidavits were delivered to Debtor's counsel, Weil, Gotshal & Manges LLP, via the ECF system and were also served upon the following by Federal Express:

John Reggans
10716 N.E. 58th Street
Kirkland, WA 98033

_____
Juan A. Skirrow

1