# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☑ Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Textron Financial Corporation<br>c/o Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br>Attn.: Arnold Gough |
| Claim Number (if known): | 46032 |
| Date Claim Filed: | November 25, 2009 |
| Total Amount of Claim Filed: | Unliquidated |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 8/20/10

TEXTRON FINANCIAL Corporation

Jane M. Lavoie

Print Name: JANE M. LAVOIE

Title (if applicable): VP - Operations

RECEIVED
AUG 3 1 2010
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

US_ACTIVE:\43219392\02\72240.0639