Jean-Marie L. Atamian
Frederick D. Hyman
Mayer Brown LLP
1675 Broadway, 19th Floor
New York, New York 10019
Tel: (212) 506-2500
Fax: (212) 262-1910

*Counsel for Bayerische Motoren Werke Aktiengesellschaft*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re:                                           :
                                                 :
MOTORS LIQUIDATION COMPANY,                      :
*et al.,* f/k/a General Motors Corp., *et al.,*  :    Chapter 11 Case No. 09-50026 (REG)
                                                 :
           Debtors.                              :
                                                 :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, James Hennessey, certify that I am over eighteen (18) years of age, am not a party to this action, am an attorney licensed by the State Bar of New York and admitted to practice in this Court, and that on August 31, 2010, I caused copies of the Bayerische Motoren Werke Aktiengesellschaft's Objection to Debtors' Motion for an Order Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code Authorizing, Among Other Things, the Assumption and Assignment of the BMW Contract in Connection with the Debtors' Entry into a Stock Purchase Agreement with General Motors Holdings, S.L. to be served by United Parcel Service Next Day Air upon the persons included on the annexed Service List.

17646275

I declare under penalty of perjury that the foregoing is true to the best of my knowledge.

Dated: New York, New York
      September 1, 2010

                                              By:    /s/ James Hennessey
                                                          James Hennessey

## SERVICE LIST

The Honorable Robert E. Gerber
United States Bankruptcy Court
One Bowling Green
New York, New York 10004

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Tracy Hope Davis, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Harvey R. Miller, Esq.
      Stephen Karotkin, Esq.
      Joseph H. Smolinsky, Esq.

Motors Liquidation Company
500 Renaissance Center, Suite 1400
Detroit, Michigan 48243
Attn: Ted Stenger

General Motors LLC
400 Renaissance Center
Detroit, Michigan 48265
Attn: Lawrence S. Bounomo, Esq.

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Attn: John J. Rapisardi, Esq.

United States Department of the Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C. 20220
Attn: Joseph Samarias, Esq.

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10019
Attn: Michael J. Edelman, Esq.
      Michael L. Schein, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Attn: Thomas Moers Mayer, Esq., Jennifer Sharret, Esq., Lauren Macksoud, Esq., Robert Schmidt, Esq.

Office of the United States Attorney, S.D.N.Y.
86 Chambers Street, 3rd Floor
New York, New York 10007
Attn: David S. Jones, Esq.
      Natalie Kuehler, Esq.

Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, New York 10152
Attn: Elihu Inselbuch, Esq.
      Rita C. Tobin, Esq.

Caplin & Drysdale, Chartered
One Thomas Circle, N.W., Suite 1100
Washington, D.C. 20005
Attn: Kevin C. Maclay, Esq.
      Trevor W. Swett III, Esq.

Stutzman, Bromberg, Esserman & Plifka
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Attn: Sander L. Esserman, Esq.
      Robert T. Brousseau, Esq.

Dykema Gossett PLLC
400 Renaissance Center
Detroit, Michigan 48243
Attn: J. Michael Bernard, Esq.

17646275