UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re | Chapter 11 Case No. |
|---|---|
| MOTORS LIQUIDATION COMPANY, et al., f/k/a General Motors Corp., et al.<br>Debtor. | Case No. 09-50026 (REG) |

## AFFIDAVIT OF SERVICE

I, Amy K Hawk, being duly sworn, deposes and says:

I am over eighteen years old and I am employed as a Legal Secretary with Hodgson Russ.

On August 30, 2010, I served a true copy of the by Hand Delivery and Federal Express Overnight Service to the below parties:

*Via Hand Delivery:*

Harvey R. Miller, Esq.,
Stephen Karotkin, Esq.,
Joseph H. Smolinsky, Esq
Weil, Gotshal & Manges LLP
Attorneys for the Debtors
767 Fifth Avenue
New York, New York 10153

Tracy Hope Davis, Esq.
The Office of the United States Trustee for the Southern District of New York,
33 Whitehall Street, 21st Floor,
New York, New York 10004

Elihu Inselbuch, Esq.
Rita C. Tobin, Esq.
Caplin & Drysdale, Chartered
Attorneys for the official committee of unsecured creditors holding asbestos-related claims
375 Park Avenue, 35th Floor
New York, New York 10152-3500

Thomas Moers Mayer, Esq.
Robert Schmidt, Esq.
Lauren Macksoud, Esq.
Jennifer Sharret, Esq.
Kramer Levin Naftalis & Frankel LLP,
Attorneys for the statutory committee of unsecured creditors
1177 Avenue of the Americas, New York, New York 10036

*Via Federal Express Overnight Service:*

Ted Stenger
The Debtors, c/o Motors
Liquidation Company,
500 Renaissance Center, Suite 1400
Detroit, Michigan 48243

Lawrence S. Buonomo, Esq.
General Motors, LLC
400 Renaissance Center
Detroit, Michigan 48265

John J. Rapisardi, Esq
Cadwalader, Wickersham & Taft LLP,
Attorneys for the United States Department of the Treasury
One World Financial Center
New York, New York 10281

Joseph Samarias, Esq.
United States Department of the Treasury,
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C. 20220

Michael J. Edelman, Esq.
Michael L. Schein, Esq
Vedder Price, P.C.,
Attorneys for Export Development Canada,
1633 Broadway, 47th Floor
New York, New York 10019

David S. Jones, Esq.
Natalie Kuehler, Esq.
The U.S. Attorney's Office
S.D.N.Y.
86 Chambers Street, Third Floor
New York, New York 10007

Sander L. Esserman, Esq.
Robert T. Brousseau, Esq.
Stutzman, Bromberg, Esserman & Plifka
A Professional Corporation
Attorneys for Dean M. Trafelet in his capacity
as the legal representative for future asbestos
personal injury claimants
2323 Bryan Street, Suite 2200
Dallas, Texas 75201

Amy K. Hawk

Sworn to before me this
30th day of August, 2010

Notary Public
NERI M. CALDERON
Notary Public, State of New York
No. 01CA6118625
Qualified in Kings County
Commission Expires Nov. 15, 2012

000160/01004 Litigation 7596843v1