# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☑ Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | PRO-MOTOR ENGINEERING INC<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>102 S IREDELL INDUSTRIAL PARK RD<br>MOORESVILLE,NC,28115 |
| Claim Number (if known): | 8359 |
| Date Claim Filed: | 10/05/2009 |
| Total Amount of Claim Filed: | $375,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: June 18, 2010

Print Name: Mark Smith

Title (if applicable): President

AUG 23 2010

US_ACTIVE:\43219392\02\72240.0639