# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW YORK

----------------------------------------------------------------X
In re:                                          :
                                                :
MOTORS LIQUIDATION COMPANY, *et al.*,           :
    f/k/a General Motors Corp., *et al.*     :          Chapter 11
                                                :          Case No. 09-50026 (REG)
                                                :          (Jointly Administered)
                        Debtors.                :
----------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Kimberly Murray, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

    2.    On September 2, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim [Docket No. 6836] and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

    /s/ Kimberly Murray___
    Kimberly Murray

Sworn to before me this 2nd day of
September, 2010
/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

**TRANSFEROR**

Morgan Stanley & Co. International PLC
Attn: Brian Cripps
25 Cabot Square Canary Wharf
London, England E14 4QA

Morgan Stanley & Co. International PLC
c/o Morgan Stanley & Co. Incorporation
Attn: Donna Souza
1585 Broadway, 2nd Floor
New York, NY 10036

Richard Kibbe & Orbe LLP
Attn: Joon P. Hong, Esq.
One World Financial Center
New York, NY 10281

**TRANSFEREE**

Citigroup Global Markets Inc.
Attn: Chetan Bansal
390 Greenwich Street
New York, NY 10013

Morrison & Foerster LLP
Attn: Charles M. Cole
Christopher S. Campbell
2000 Pennsylvania Avenue NW Suite 5500
Washington DC, 20006