## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW YORK

-----------------------------------------------------------------X
In re:                                                  :
                                                        :
MOTORS LIQUIDATION COMPANY, *et al*.,                   :
      f/k/a General Motors Corp., *et al.*               :          Chapter 11
                                                        :          Case No. 09-50026 (REG)
                                                        :          (Jointly Administered)
              Debtors.               :
-----------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                      ) ss
COUNTY OF SUFFOLK      )

I, Kimberly Murray**,** being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent in the

above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York

11747.

    2.    On September 2, 2010, I caused a true and correct copy of the following documents: (a)

Transfer of Claim [Docket No. 6843] and (b) Form 210B Notice to be served upon the parties

identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box

maintained by the U.S. Postal service.

                               /s/ Kimberly Murray___
                               Kimberly Murray

Sworn to before me this 2nd day of
September, 2010
/s/  Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

### **TRANSFEROR**

Andrea Ferraroni
BSI SA
VIA Magam 2, CH 6901
Lugano Switzerland

### **TRANSFEREE**

The Royal Bank of Scotland PLC
Attn: Matthew Rosencrans
600 Washington Blvd.
Stamford, CT 06901

Richard Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281