**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                       :         **Chapter 11**
                                                            :
**MOTORS LIQUIDATION COMPANY,** *et al.,*                    :         **Case No. 09-50026 (REG)**
        **f/k/a General Motors Corp.,** *et al.,*            :
                                                            :
                **Debtors.**                                :         **(Jointly Administered)**
                                                            :
-------------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK       )
                        ) ss:
COUNTY OF SUFFOLK       )

I, Barbara Kelley Keane, being duly sworn, depose and state:

   1.      I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 105 Maxess Road, Melville, New York 11747.

   2.      On September 1, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors in the above-captioned case, I caused to be served a **Notice of Hearing on Motion of Debtors for Entry of Order  Pursuant to 11 U.S.C. §§ 105(a) and 363(b) Authorizing Exercise of Stock Powers to Approve Amendment to Certificate of  Incorporation of General Motors Company [related to Docket No. 6817]**, a copy of which is annexed hereto as Exhibit "A", upon each of the parties set forth in Exhibit "B" annexed hereto (all creditors) by depositing same in a sealed, postage paid envelope at a United States Post Office for delivery by the United States Postal Service via First Class Mail.

<u>/s/ Barbara Kelley Keane</u>
Barbara Kelley Keane

Sworn to before me this
3rd day of September 2010

<u>/s/ Eamon Mason_____</u>
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Qualified in Manhattan County
Commission Expires:  May 19, 2012

# EXHIBIT A

# EXHIBIT B