IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW YORK

```
-----------------------------------------------------------------X
In re:                                          :
                                                :
MOTORS LIQUIDATION COMPANY, et al.,             :
        f/k/a General Motors Corp., et al.      :        Chapter 11
                                                :        Case No. 09-50026 (REG)
                                                :        (Jointly Administered)
                Debtors.                        :
-----------------------------------------------------------------X
```

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF SUFFOLK     )

I, Kimberly Murray, being of full age, states as follows:

1. I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

2. On September 3, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim [Docket No. 6804] and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

/s/ Kimberly Murray___
Kimberly Murray

Sworn to before me this 3rd day of
September, 2010
/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

**TRANSFEROR**

AVN Air, LLC
c/o Latham & Watkins LLP
James Ktsanes Esq.
Willis Tower Suite 5800
233 South Wacker Drive
Chicago, IL 60606

**TRANSFEREE**

Goldman Sachs Lending Partners LLC
c/o Goldman, Sachs & Co.
Attn: Lauren Day
200 West Street
New York, NY 10282-2198

Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281