

**Garry M. Graber**
Partner
Direct Dial: 716.848.1273
ggraber@hodgsonruss.com

August 19, 2010

Corrections Department-Mega Cases
U. S. Bankruptcy Court for the
Southern District of New York
615-3 Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

Re:   In re: **Motors Liquidation Company**
      Chapter 11 Case No. **09-50026-reg**

Please remove my email address from the electronic service list associated with the main and associated Motors Liquidation Company Chapter 11 bankruptcy proceedings referenced above. The email address to be removed is as follows: **ggraber@hodgsonruss.com**.

Please call if you have any questions or comments. Thank you.

Respectfully submitted,

Garry M. Graber
Partner

GMG/ral



The Guaranty Building  ◆  140 Pearl Street  ◆  Suite 100  ◆  Buffalo, New York 14202-4040  ◆  telephone 716.856.4000  ◆  facsimile 716.849.0349
000161/01271 Business 7744044v1        Albany  ◆  Buffalo  ◆  Johnstown  ◆  New York  ◆  Palm Beach  ◆  Toronto  ◆  www.hodgsonruss.com