UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

MOTORS LIQUIDATION COMPANY )
   f/k/a GENERAL MOTORS )
   CORPORATION, et al. )
                                )
             Debtor )   Case No. 09-50026 (REG)
                                )   Chapter 11

[Stamp: RECEIVED AUG 23 2010 U.S. BANKRUPTCY COURT S. DIST. OF NEW YORK]

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, John F. Townsend, III, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Timothy Bynum, a creditor in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Indiana and the bar of the U.S. district Court for the Southern District of Indiana.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: 8-20-10
Indianapolis, IN

John F. Townsend, III
230 E. Ohio Street
Indianapolis, IN 46204
Townsendlawfirm@sbcglobal.net
(317) 264-4444

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served to the following counsel of record via first class U.S. mail postage, prepaid this 20th day of August, 2010.

Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
Attorneys for Debtors and
Debtors in Possession

Office of the U.S. Trustee of the SDNY
Attn: Diana G. Adams
33 Whitehall Street
21st Floor
New York, NY 10004

_____
John R. Townsend, III

TOWNSEND & TOWNSEND
230 East Ohio Street
Indianapolis, IN 46204
(317) 264-4444
(317) 264-2080 fax
townsendlawfirm@sbcglobal.net

Bynum.T4.ProHacVice.082010.wpd

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

| | |
|---|---|
| MOTORS LIQUIDATION COMPANY )<br>f/k/a GENERAL MOTORS )<br>CORPORATION, et al. )<br>)<br>Debtor )<br>) | <br><br><br><br>Case No. 09-50026 (REG)<br>Chapter 11 |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of John F. Townsend, III, to be admitted, *pro hac vice*, to represent Timothy Bynum, (the "Client") a creditor in the above-referenced case and upon the movant's certification that the movant is a member in good standing of the bar in the State of Indiana and, the bar of the U.S. District Court for the Southern District of Indiana, it is hereby

**ORDERED**, that John F. Townsend, III, Esquire, is admitted to practice, *pro hac vice*, in the above-referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:_____
_____, New York                   _____
                                                                                         UNITED STATES BANKRUPTCY JUDGE

Distribution:

John F. Townsend, III
TOWNSEND & TOWNSEND
230 East Ohio Street
Indianapolis, IN 46204

Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
Attorneys for Debtors and
Debtors in Possession

Office of the U.S. Trustee of the SDNY
Attn: Diana G. Adams
33 Whitehall Street
21st Floor
New York, NY 10004

Bynum.T4.ProHacVice.082010.wpd