

**Opportunity ∗ Guidance ∗ Support**

**CONNECTICUT DEPARTMENT OF LABOR**

UNEMPLOYMENT COMPENSATION TAX DIVISION
PH. (860) 263-6185   FAX (860) 263-6379



RECEIVED
AUG 26 2010
U.S. BANKRUPTCY COURT, SDNY

8/23/2010

U.S. Bankruptcy Court
Office of the Clerk
Southern District of New York
One Bowling Green
New York, New York 10004

Re:  Motors Liquidation Company f/k/a General Motors Corporation   REG. #XX-X75-59
     Case #09-50026 (REG)

Dear Sir or Madam:

Please withdraw our Proof of Claim (No. 37611) filed 11/23/09 by the State of Connecticut, Department of Labor, Unemployment Compensation Division, in the amount of $ 255.62.

*Your assistance in this matter is most appreciated.*

Sincerely,

_John Ciotto_
Virginia A. Hill, Supervisor
John Ciotto, Assistant Supervisor

VAH/vd