August 30, 2010

Dear Sir

My name is Charles William Coblentz, not Charles William Cobertz.

Thank you,
Charles William Coblentz

Note: Is the result of 2 names on Claim # 14497 the reason Charles William Claim has received the Objection.

Charles William Coblentz
22 Tenbury Road
Lutherville, Md 21093

Phone 410-823-6769

> **PLEASE CAREFULLY REVIEW THIS NOTICE AS IT WILL AFFECT YOUR CLAIM IN THE GENERAL MOTORS CORPORATION (NOW MOTORS LIQUIDATION COMPANY) BANKRUPTCY CASE**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                        :
In re                                   :   Chapter 11 Case No.
                                        :
MOTORS LIQUIDATION COMPANY, et al.,     :   09-50026 (REG)
   f/k/a General Motors Corp., et al.   :
                                        :
                        Debtors.        :   (Jointly Administered)
                                        :
-----------------------------------------------------------x

### NOTICE OF OBJECTION TO INDIVIDUAL DEBT CLAIMS

CHARLES WILLIAM COBERTZ  *INCORRECT*  COBLENTZ

| Claim Information | | | | Basis For Objection |
|---|---|---|---|---|
| Date | Claim # | Debtor | Classification / Amount | Claim is duplicative of a claim allowed for the indenture trustee on behalf of all Individual Bondholders |
| 10/22/2009 | 14497 | MOTORS LIQUIDATION COMPANY | SECURED: $5,000.00 | |

**PLEASE TAKE NOTICE THAT**, on August 13, 2010, Motors Liquidation Company (formerly known as General Motors Corporation) and its affiliated debtors, as debtors in possession (the "Debtors"), filed an objection to your proof of claim identified above. The name of the objection is the Debtors' Forty-Fourth Omnibus Objection to Claims (Duplicate Debt Claims) (the "Objection").

> You have received this notice because the Debtors have objected to your proof of claim and your rights will be affected.
>
> You should read this notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.