*If Everett Chevrolet wishes to oppose this motion, it shall do so on or before September 21, 2010. The Court will decide the motion on the papers unless the parties are informed otherwise.*

Joshua D. Rievman, Esq.
Juan A. Skirrow, Esq.
HOGUET NEWMAN REGAL & KENNEY, LLP
10 East 40th Street
New York, NY 10016-0301
Ph:  212-689-8808
Fax: 212-689-5101
Jrievman @hnrklaw.com
Jskirrow @hnrklaw.com
Attorneys for Everett Chevrolet, Inc.

James S. Fitzgerald, WSBA #8426
(Of Counsel – admitted pro hac vice)
LIVENGOOD FITZGERALD & ALSKOG, PLLC
121 Third Avenue
P.O. Box 908
Kirkland, WA  98083-0908
Ph:  425-822-9281
Fax: 425-828-0908
fitzgerald@lfa-law.com
livengoodfitzgeraldalskog@gmail.com
Attorneys for Everett Chevrolet, Inc.

/s/Robert E. Gerber
USBJ
9/7/2010

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
:
**In re**                                          :          **Chapter 11 Case No.**
:
**GENERAL MOTORS CORP.,** *et al.,*          :          **09-50026 (REG)**
:
                                        **Debtors.**    :          **(Jointly Administered)**
:
-----------------------------------------------------------x

**NOTICE OF JOINT MOTION OF HOGUET NEWMAN REGAL & KENNEY,**
**LLP, AND LIVENGOOD, FITZGERALD & ALSKOG, PLLC, FOR LEAVE TO**
**WITHDRAW AS COUNSEL**

TO:    THE HONORABLE ROBERT E. GERBER
        UNITED STATES BANKRUPTCY JUDGE

PLEASE TAKE NOTICE THAT, upon the accompanying affidavit of Joshua D. Rievman sworn on August 27, 2010, the affidavit of James S. Fitzgerald sworn to on August 23, 2010, all prior pleadings and proceedings in this case, Hoguet Newman Regal & Kenney, LLP, and Livengood, Fitzgerald & Alskog, PLLC, will move this Court, before the Honorable Robert E. Gerber, United States Bankruptcy Judge for the Southern District of New York, at the Courthouse located at One Bowling Green, New York, New York, on a date and a time to be selected by the Court, for an order pursuant to Rule 2090-1 of the Local Bankruptcy Rules of the Southern District of New York, permitting Hoguet Newman Regal & Kenney, LLP, and Livengood, Fitzgerald & Alskog, PLLC, to withdraw as counsel of record in this action for Everett Chevrolet, Inc.

Dated: New York, New York
August 31, 2010

/s/  Joshua D. Rievman
Joshua D. Rievman
Juan A. Skirrow
HOGUET NEWMAN REGAL & KENNEY, LLP
10 East 40th Street
New York, NY  10016-0301
Ph:   212-689-8808
Fax: 212-689-5101
Jrievman @hnrklaw.com
Jskirrow @hnrklaw.com
Attorneys for Everett Chevrolet, Inc.

James S. Fitzgerald, WSBA #8426
(Of Counsel - admitted pro hac vice)
Livengood, Fitzgerald & Alskog, PLLC
121 Third Avenue
P.O. Box 908
Kirkland, WA  98083-0908
Ph:     425-822-9281
Fax:    425-828-0908
E-mail:  fitzgerald@lfa-law.com
E-mail:  livengoodfitzgeraldalskog@gmail.com
Attorneys for Everett Chevrolet, Inc.

To:     John Reggans
        10716 N.E. 58th Street
        Kirkland, WA 98033

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

In re

GENERAL MOTORS CORP., *et al.*,

Debtors.

------------------------------------------------------------------x

: Chapter 11 Case No.
: 09-50026 (REG)
: (Jointly Administered)
:
:
:
:
:
:
:

## ORDER GRANTING JOINT MOTION OF HOGUET NEWMAN REGAL & KENNEY, LLP, AND LIVENGOOD, FITZGERALD & ALSKOG, PLLC, FOR <u>LEAVE TO WITHDRAW AS COUNSEL</u>

**ORDERED**, that the Joint Motion of Hoguet Newman Regal & Kenney, LLP, and

Livengood, Fitzgerald & Alskog, PLLC, to Withdraw as Counsel for Everett Chevrolet,

Inc., is hereby granted for cause shown.

Dated: September ___, 2010
       New York, New York

                                                _____
                                                HONORABLE ROBERT E. GERBER
                                                UNITED STATES BANKRUPTCY JUDGE