| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

| Name of Debtor (Check Only One): | Case No. | Your Claim is Scheduled As Follows: |
|---|---|---|
| ☑ Motors Liquidation Company (f/k/a General Motors Corporation) | 09-50026 (REG) | |
| ☐ MLCS, LLC (f/k/a Saturn, LLC) | 09-50027 (REG) | |
| ☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation) | 09-50028 (REG) | |
| ☐ MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.) | 09-13558 (REG) | |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case, but may be used for purposes of asserting a claim under 11 U.S.C. § 503(b)(9) (see Item # 5). All other requests for payment of an administrative expense should be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property): ROMAN CATHOLIC DIOCESE OF PITTSBURGH TRANSFIGURATION PARISH

Name and address where notices should be sent:

ROMAN CATHOLIC DIOCESE OF PITTSBURGH TRANSFIGURATION PARISH
535 SMITHFIELD STREET SUITE 1000
PITTSBURGH, PA 15222-2305

Telephone number: 412-261-5709
Email Address: rmurdoch@rawle.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
*(If known)*

Filed on:_____

Name and address where payment should be sent (if different from above):

same

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

If an amount is identified above, you have a claim scheduled by one of the Debtors as shown. This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

**1. Amount of Claim as of Date Case Filed, June 1, 2009:** $ 1,000,000.00 unliquidated

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4. If all or part of your claim is entitled to priority, complete item 5. If all or part of your claim is asserted pursuant to 11 U.S.C. § 503(b)(9), complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Real estate property damage
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

**3a. Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☐ Equipment  ☐ Other
**Describe:**

**Value of Property:** $_____  **Annual Interest Rate**___%

**Amount of arrearage and other charges as of time case filed included in secured claim, if any:** $_____

**Basis for perfection:** _____

**Amount of Secured Claim:** $_____  **Amount Unsecured:** $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain in an attachment.

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).

☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case - 11 U.S.C. § 507(a)(2))

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

**Amount entitled to priority:**
$

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Date: 11/25/09

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.
Modified B10 (GCG) (12/08)

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules. The attorneys for the Debtors and their court-appointed claims agent, The Garden City Group, Inc., are not authorized and are not providing you with any legal advice.*

### A SEPARATE PROOF OF CLAIM FORM MUST BE FILED AGAINST EACH DEBTOR

PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL**: THE GARDEN CITY GROUP, INC., ATTN: MOTORS LIQUIDATION COMPANY CLAIMS PROCESSING, P.O. BOX 9386, DUBLIN, OH 43017-4286. **IF BY HAND OR OVERNIGHT COURIER**: THE GARDEN CITY GROUP, INC., ATTN: MOTORS LIQUIDATION COMPANY CLAIMS PROCESSING, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. PROOFS OF CLAIM MAY ALSO BE HAND DELIVERED TO: THE UNITED STATES BANKRUPTCY COURT, SDNY, ONE BOWLING GREEN, ROOM 534, NEW YORK, NEW YORK 10004. **ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR E-MAIL WILL NOT BE ACCEPTED.**

### THE GENERAL AND GOVERNMENTAL BAR DATE IS NOVEMBER 30, 2009 AT 5:00 P.M. (PREVAILING EASTERN TIME)

**Court, Name of Debtor, and Case Number:**
These chapter 11 cases were commenced in the United States Bankruptcy Court for the Southern District of New York on June 1, 2009. You should select the debtor against which you are asserting your claim.
**A SEPARATE PROOF OF CLAIM FORM MUST BE FILED AGAINST EACH DEBTOR.**

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. Please provide us with a valid email address. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the debtor, trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor, if any.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. § 507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

For claims pursuant to 11 U.S.C. § 503(b)(9), indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before June 1, 2009, the date of commencement of these cases (See DEFINITIONS, below). Attach documentation supporting such claim.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the Debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.
The Debtors in these Chapter 11 cases are:

Motors Liquidation Company
(f/k/a General Motors Corporation)   09-50026 (REG)
MLCS, LLC
(f/k/a Saturn, LLC)   09-50027 (REG)
MLCS Distribution Corporation
(f/k/a Saturn Distribution Corporation)   09-50028 (REG)
MLC of Harlem, Inc.
(f/k/a Chevrolet-Saturn of Harlem, Inc.)   09-13558 (REG)

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the Debtor on the date of the bankruptcy filing. See 11 U.S.C. § 101(5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with The Garden City Group, Inc. as described in the instructions above and in the Bar Date Notice.

**Secured Claim Under 11 U.S.C. § 506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be

paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Section 503(b)(9) Claim**
A Section 503(b)(9) claim is a claim for the value of goods received by the debtor within 20 days before the date of commencement of a bankruptcy case in which the goods have been sold to the debtor in the ordinary course of such debtor's business.

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. § 507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's

## INFORMATION

tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing from The Garden City Group, Inc., please provide a self-addressed, stamped envelope and a copy of this proof of claim when you submit the original claim to The Garden City Group, Inc.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.), and any applicable orders of the bankruptcy court.

**Additional Information**
If you have any questions with respect to this claim form, please contact Alix Partners at 1 (800) 414-9607 or by e-mail at claims@motorsliquidation.com.

**TRANSFIGURATION PARISH**
**RUSSELLTON, PA**

**INSURANCE VALUES**

**FIRE LOSS AS OF 6/15/2006**

*Industrial Appraisal Company*

Corporate Headquarters
222 BOULEVARD OF THE ALLIES
PITTSBURGH, PA 15222

412-471-2566
800-245-2718
412-471-5384 FAX
WWW.INDAPPR.COM

# INDUSTRIAL APPRAISAL COMPANY - INSURANCE SUMMARY

PAGE 1

9-999-765

| BUILDING OR UNIT | COST OF REPRODUCTION NEW | | | SOUND VALUE | | |
|---|---|---|---|---|---|---|
| | TOTAL COLUMN 1 | EXCLUSIONS COLUMN 2 | INCLUSIONS COLUMN 3 | TOTAL COLUMN 4 | EXCLUSIONS COLUMN 5 | INCLUSIONS COLUMN 6 |
| TRANSFIGURATION PARISH<br>RUSSELLTON PA<br>FIRE LOSS REPORT<br>AS OF 6/15/2006<br><br>VALUATION DATE  3/16/05<br><br>01<br><br>CHURCH<br>15 POMA STREET<br>EUROPEAN GLASS: N<br>OLD DIOCESE PROPERTY #: 0568000<br>NEW DIOCESE PROPERTY #: 0000000<br>RESPONSIBILITY #: 000056801<br>CONSTRUCTION TYPE: 1<br>OCCUPANCY: CHURCH<br>NUMBER OF STORIES: 1<br>SQUARE FOOTAGE: 8,441<br>SPRINKLER SYSTEM: NONE<br>ALARM SYSTEM: LOCAL<br>FIRE SUPPRESSION SYSTEM: NO<br>ASSETS OFF-SITE: NO<br>BLDG W/ 1000' OF FLOOD HAZARD: NO<br>BOILER-HEATING SYSTEM # 1<br>  TYPE: GAS<br>  MANUFACTURER: US RAD<br>  MODEL: 10-44<br>  SERIAL #: C-2169<br>  BTU: 607500<br>  EXPIRATION CERT: | | | | | | |

PLEASE READ INTRODUCTORY EXPLANATION

# INDUSTRIAL APPRAISAL COMPANY - INSURANCE SUMMARY

PAGE 2

9-999-765

| BUILDING OR UNIT | | COST OF REPRODUCTION NEW | | | SOUND VALUE | | |
|---|---|---|---|---|---|---|---|
| | | TOTAL COLUMN 1 | EXCLUSIONS COLUMN 2 | INCLUSIONS COLUMN 3 | TOTAL COLUMN 4 | EXCLUSIONS COLUMN 5 | INCLUSIONS COLUMN 6 |
| BUILDING | 3/05 | 871,090 | | 834,795 | 524,106 | | 500,877 |
| ARCHITECT FEES | | 87,109 | | 87,109 | 52,265 | | 52,265 |
| STAINED GLASS | 3/05 | 39,300 | | 39,300 | 39,300 | | 39,300 |
| PIPE ORGANS | 3/05 | 1,000 | | 1,000 | 1,000 | | 1,000 |
| BELLS/BELL CARILLONS | 3/05 | 23,670 | | 23,670 | 16,569 | | 16,569 |
| PERMANENT FIXTURES | 3/05 | 102,554 | 36,295 | 102,554 | 78,808 | 23,229 | 78,808 |
| TOTAL BUILDING | | 1,124,723 | 36,295 | 1,088,428 | 712,048 | 23,229 | 688,819 |
| OFFICE/ACADEMIC FURNITURE & EQUIPMENT | 3/05 | 89,367 | | 89,367 | 69,605 | | 69,605 |
| RELIGIOUS ARTICLES | 3/05 | 17,715 | | 17,715 | 14,909 | | 14,909 |
| BOOKS | 3/05 | 925 | | 925 | 694 | | 694 |
| PARISH CLERGY PERSONAL PROPERTY | 3/05 | 875 | | 875 | 700 | | 700 |
| TOTAL CONTENTS | | 108,882 | | 108,882 | 85,908 | | 85,908 |
| TOTAL | | 1,233,605 | 36,295 | 1,197,310 | 797,956 | 23,229 | 774,727 |

PLEASE READ INTRODUCTORY EXPLANATION

# INDUSTRIAL APPRAISAL COMPANY - INSURANCE SUMMARY

PAGE 3

9-999-765

| BUILDING OR UNIT | COST OF REPRODUCTION NEW | | | SOUND VALUE | | |
|---|---|---|---|---|---|---|
| | TOTAL COLUMN 1 | EXCLUSIONS COLUMN 2 | INCLUSIONS COLUMN 3 | TOTAL COLUMN 4 | EXCLUSIONS COLUMN 5 | INCLUSIONS COLUMN 6 |
| BUILDING TOTAL | 1,037,614 | | 1,001,319 | 659,783 | | 636,554 |
| ARCHITECT FEE TOTAL | 87,109 | | 87,109 | 52,265 | | 52,265 |
| GRAND TOTAL BUILDING | 1,124,723 | 36,295 | 1,088,428 | 712,048 | 23,229 | 688,819 |
| CONTENT TOTAL | 108,882 | | 108,882 | 85,908 | | 85,908 |
| GRAND TOTAL CONTENT | 108,882 | | 108,882 | 85,908 | | 85,908 |
| GRAND TOTAL | 1,233,605 | 36,295 | 1,197,310 | 797,956 | 23,229 | 774,727 |

ORGANS, THE PRODUCT OF A DIMINISHING TRADE, MUST BE REVIEWED BY A SKILLED SPECIALIST AND CANNOT BE UPDATED AS IN THE PAST. THE VALUES SHOWN ON THIS REPORT ARE NOT REPRICED FROM THE PREVIOUS REPORT. IF YOU REQUIRE AN UPDATING, PLEASE CONTACT US FOR A QUOTATION.

STAINED GLASS WINDOWS, BEING A FINE ART, WHOSE VALUATION MAY DEPEND ON AGE, HISTORICAL FACTS, AND ARTISAN, MUST BE REVIEWED BY A SKILLED SPECIALIST AND CANNOT BE UPDATED AS IN THE PAST. THE VALUES SHOWN ON THIS REPORT ARE NOT REPRICED FROM THE PREVIOUS REPORT. IF YOU REQUIRE AN UPDATING, PLEASE CONTACT US FOR A QUOTATION.

PLEASE READ INTRODUCTORY EXPLANATION

# INSURANCE APPRAISAL

PAGE 1

TRANSFIGURATION PARISH
RUSSELLTON, PA
FIRE LOSS REPORT 6/15/06
APPRAISAL DATE: MARCH 16, 2005

| BLDG. | FL/RM | CLASS | QTY | DESCRIPTION | REPRODUCTION COST NEW | SOUND VALUE |
|---|---|---|---|---|---|---|
| | | | | * RECAPITULATION OF VALUES * | | |
| | | 003 | | BUILDINGS | 871,090 | 524,106 |
| | | 004 | | ARCHITECT FEES | 87,109 | 52,265 |
| | | 006 | | STAINED GLASS | 39,300 | 39,300 |
| | | 009 | | PIPE ORGANS | 1,000 | 1,000 |
| | | 011 | | BELLS/BELL CARILLONS | 23,670 | 16,569 |
| | | 021 | | PERMANENT FIXTURES | 102,554 | 78,808 |
| | | 132 | | OFFICE/ACADEMIC FURN AND EQ | 89,367 | 69,605 |
| | | 139 | | RELIGIOUS ARTICLES | 17,715 | 14,909 |
| | | 140 | | BOOKS | 925 | 694 |
| | | 141 | | PARISH CLERGY PERS PROPERTY | 875 | 700 |
| | | | | ** GRAND TOTALS ** | 1,233,605 | 797,956 |

Ⓐ Industrial Appraisal Company

# INSURANCE APPRAISAL

PAGE 1

TRANSFIGURATION PARISH
RUSSELLTON, PA
FIRE LOSS REPORT 6/15/06
APPRAISAL DATE: MARCH 16, 2005

| BLDG. | FL/RM | CLASS | QTY | DESCRIPTION | REPRODUCTION COST NEW | SOUND VALUE |
|---|---|---|---|---|---|---|
| | | | | * RECAPITULATION OF BUILDING TOTALS * | | |
| | | | | CHURCH | | |
| | | | | 15 POMA STREET | | |
| 01 | | 003 | | BUILDINGS | 871,090 | 524,106 |
| 01 | | 004 | | ARCHITECT FEES | 87,109 | 52,265 |
| 01 | | 006 | | STAINED GLASS | 39,300 | 39,300 |
| 01 | | 009 | | PIPE ORGANS | 1,000 | 1,000 |
| 01 | | 011 | | BELLS/BELL CARILLONS | 23,670 | 16,569 |
| 01 | | 021 | | PERMANENT FIXTURES | 102,554 | 78,808 |
| 01 | | 132 | | OFFICE/ACADEMIC FURN AND EQ | 89,367 | 69,605 |
| 01 | | 139 | | RELIGIOUS ARTICLES | 17,715 | 14,909 |
| 01 | | 140 | | BOOKS | 925 | 694 |
| 01 | | 141 | | PARISH CLERGY PERS PROPERTY | 875 | 700 |
| | | | | BUILDING TOTAL | 1,233,605 | 797,956 |
| | | | | GRAND TOTAL | 1,233,605 | 797,956 |

*Industrial Appraisal Company*

# INSURANCE APPRAISAL

PAGE 1

TRANSFIGURATION PARISH
RUSSELLTON, PA
FIRE LOSS REPORT 6/15/06
APPRAISAL DATE: MARCH 16, 2005

| BLDG. | FL/RM | CLASS | QTY | DESCRIPTION | REPRODUCTION COST NEW | SOUND VALUE |
|---|---|---|---|---|---|---|
| | | | | * RECAPITULATION OF CLASS TOTALS * | | |
| 01 | | 003 | | BUILDINGS<br>CHURCH<br>15 POMA STREET | 871,090 | 524,106 |
| | | | | CLASS TOTAL | 871,090 | 524,106 |
| 01 | | 004 | | ARCHITECT FEES<br>CHURCH<br>15 POMA STREET | 87,109 | 52,265 |
| | | | | CLASS TOTAL | 87,109 | 52,265 |
| 01 | | 006 | | STAINED GLASS<br>CHURCH<br>15 POMA STREET | 39,300 | 39,300 |
| | | | | CLASS TOTAL | 39,300 | 39,300 |
| 01 | | 009 | | PIPE ORGANS<br>CHURCH<br>15 POMA STREET | 1,000 | 1,000 |
| | | | | CLASS TOTAL | 1,000 | 1,000 |
| 01 | | 011 | | BELLS/BELL CARILLONS<br>CHURCH<br>15 POMA STREET | 23,670 | 16,569 |
| | | | | CLASS TOTAL | 23,670 | 16,569 |
| 01 | | 021 | | PERMANENT FIXTURES<br>CHURCH<br>15 POMA STREET | 102,554 | 78,808 |
| | | | | CLASS TOTAL | 102,554 | 78,808 |
| 01 | | 132 | | OFFICE/ACADEMIC FURN AND EQ<br>CHURCH<br>15 POMA STREET | 89,367 | 69,605 |
| | | | | CLASS TOTAL | 89,367 | 69,605 |
| 01 | | 139 | | RELIGIOUS ARTICLES<br>CHURCH<br>15 POMA STREET | 17,715 | 14,909 |
| | | | | CLASS TOTAL | 17,715 | 14,909 |

*Industrial Appraisal Company*

# INSURANCE   APPRAISAL

PAGE    2

TRANSFIGURATION PARISH
RUSSELLTON, PA
FIRE LOSS REPORT 6/15/06
APPRAISAL DATE: MARCH 16, 2005

| BLDG. | FL/RM | CLASS | QTY | DESCRIPTION | REPRODUCTION COST NEW | SOUND VALUE |
|---|---|---|---|---|---|---|
| 01 | | 140 | | BOOKS<br>CHURCH<br>15 POMA STREET | 925 | 694 |
| | | | | CLASS TOTAL | 925 | 694 |
| 01 | | 141 | | PARISH CLERGY PERS PROPERTY<br>CHURCH<br>15 POMA STREET | 875 | 700 |
| | | | | CLASS TOTAL | 875 | 700 |
| | | | | GRAND TOTAL | 1,233,605 | 797,956 |

*Industrial Appraisal Company*

# PLat Plans



Index

# INSURANCE APPRAISAL

PAGE    1

TRANSFIGURATION PARISH
RUSSELLTON, PA
FIRE LOSS REPORT 6/15/06
APPRAISAL DATE: MARCH 16, 2005

| BLDG. | FL/RM | CLASS | QTY | DESCRIPTION | REPRODUCTION COST NEW | SOUND VALUE |
|-------|-------|-------|-----|-------------|----------------------|-------------|
| 01 | | | | 15 POMA STREET<br>CHURCH<br>BEGINNING PAGE NUMBER    1 | | |

*Industrial Appraisal Company*

# INSURANCE APPRAISAL

PAGE    1

TRANSFIGURATION PARISH
RUSSELLTON, PA
FIRE LOSS REPORT 6/15/06
APPRAISAL DATE: MARCH 16, 2005

| BLDG. | FL/RM | CLASS | QTY | DESCRIPTION | REPRODUCTION COST NEW | SOUND VALUE |
|-------|-------|-------|-----|-------------|----------------------|-------------|
| | | | | CLASS INDEX | | |
| | | 003 | | BUILDINGS | | |
| | | 004 | | ARCHITECT FEES | | |
| | | 006 | | STAINED GLASS | | |
| | | 009 | | PIPE ORGANS | | |
| | | 011 | | BELLS/BELL CARILLONS | | |
| | | 021 | | PERMANENT FIXTURES | | |
| | | 132 | | OFFICE/ACADEMIC FURN AND EQ | | |
| | | 139 | | RELIGIOUS ARTICLES | | |
| | | 140 | | BOOKS | | |
| | | 141 | | PARISH CLERGY PERS PROPERTY | | |

*Industrial Appraisal Company*

Detail

# INSURANCE APPRAISAL

PAGE 1

TRANSFIGURATION PARISH
RUSSELLTON, PA
FIRE LOSS REPORT 6/15/06
APPRAISAL DATE: MARCH 16, 2005

BLD: 01 -CHURCH

LOC: 15 POMA STREET

| PROPERTY DESCRIPTION | REPRODUCTION COST NEW | SOUND VALUE |
|---|---|---|
| **OCCUPANCY:** CHURCH | | |
| **SQUARE FOOT AREA:** 8,441 | | |
| **STORIES:** PART BASEMENT AND 1 | | |
| **YEAR CONSTRUCTED:** 1916, 1950, 1993 | | |
| **CONSTRUCTION TYPE:** WOOD FRAME | | |
| **EXCLUSIONS** | | |
| **EXCAVATION:** GENERAL GROUND AREA, BASEMENT, WALL TRENCH, PIER | | |
| **FOUNDATION WALLS:** CONCRETE BLOCK | | |
| **FOOTINGS:** REINFORCED CONCRETE, REINFORCED CONCRETE PIERS | | |
| **SERVICES:** GAS MAINS, WATER LINES, SEWER LINES | | |
| TOTAL VALUE OF EXCLUSIONS | 36,295 | 23,229 |
| **INCLUSIONS** | | |
| **BASEMENT** | | |
| **WALLS - MATERIAL:** CONCRETE BLOCK | | |
| **WALLS - FINISH:** PAINTED | | |
| **INSIDE WALLS - MATERIAL:** CONCRETE BLOCK | | |
| **INSIDE WALLS - FINISH:** PAINTED | | |
| **PARTITIONS - MATERIAL:** WOOD STUDS, CONCRETE BLOCK | | |
| **PARTITIONS - FINISH:** PAINTED, PAINTED DRYWALL, STAINED AND VARNISHED KNOTTY PINE | | |
| **WINDOWS:** PAINTED WOOD PROJECTING, VINYL DOUBLE HUNG, SLIDING, GLASS BLOCK, PART WITH INSULATED GLASS, PART WITH SCREEN UNITS | | |
| **DOORS:** PAINTED WOOD FLUSH AND PANELED | | |
| **FLOORING:** CEMENT FINISH, COMPOSITION TILE | | |
| **SUB-FLOORING:** REINFORCED CONCRETE ON PREPARED BASE | | |
| **CEILING:** PAINTED PLASTER ON LATH | | |
| **SUPERSTRUCTURE** | | |

*Industrial Appraisal Company*

# INSURANCE  APPRAISAL

PAGE    2

TRANSFIGURATION PARISH
RUSSELLTON, PA
FIRE LOSS REPORT 6/15/06
APPRAISAL DATE: MARCH 16, 2005

BLD: 01  -CHURCH

LOC: 15 POMA STREET

| PROPERTY DESCRIPTION | REPRODUCTION COST NEW | SOUND VALUE |
|---|---|---|
| **WALLS-MATERIAL (FRAME):**  VINYL SIDING ON WOOD SHEATHING, WOOD STUDS, INSULATION | | |
| **WALLS - FINISH:**  PAINTED PLASTER, PAINTED DRYWALL | | |
| **WALL ORNAMENTATION:**  HUNG METAL GUTTERS AND DOWNSPOUTS, ALUMINUM SOFFIT AND FASCIA | | |
| **PARTITIONS - MATERIAL:**  WOOD STUDS | | |
| **PARTITIONS - FINISH:**  PAINTED PLASTER | | |
| **WINDOWS:**  PAINTED WOOD DOUBLE HUNG, VINYL CLAD WOOD FIXED, PROJECTING, PART WITH INSULATED GLASS | | |
| **DOORS:**  STAINED AND VARNISHED WOOD FLUSH AND PANELED, GLAZED, PAINTED METAL PANELED, GLAZED, PART WITH CHECKS AND PANIC DEVICE | | |
| **FLOORING:**  COMPOSITION TILE, QUARRY TILE, TONGUE AND GROOVE WOOD | | |
| **SUB-FLOORING:**  WOOD | | |
| **JOISTS:**  WOOD | | |
| **CEILINGS:**  ACOUSTICAL TILE FURRED, PAINTED DRYWALL, PAINTED PLASTER ON LATH, INSULATION, PART ON CEILING JOISTS | | |
| **ROOFING:**  BUILT-UP, ASPHALT SHINGLE | | |
| **DECK:**  PLYWOOD, WOOD | | |
| **PURLINS OR RAFTERS:**  WOOD | | |
| **ROOF STRUCTURES:**  MISCELLANEOUS METAL VENTS | | |
| **FRAMING:**  STRUCTURAL STEEL BEAMS, STEEL PIPE COLUMNS, WOOD TRUSSES | | |
| **STAIRS:**  REINFORCED CONCRETE, WOOD, WOOD HANDRAIL | | |
| **EXTERIOR FIXTURES:**  REINFORCED CONCRETE ENTRANCE SLABS, STEPS, RAMPS, PRECAST CONCRETE ENTRANCE STEPS | | |
| **PLUMBING:**  STANDARD CHINA AND CAST IRON ENAMELED FIXTURES CONSISTING OF WATER CLOSETS, URINAL, SINKS, LAVATORIES, LAUNDRY TRAYS, HOT WATER HEATING SYSTEM, SUPPLY, WASTE, SOIL AND VENT PIPES | | |

*Industrial Appraisal Company*

# INSURANCE APPRAISAL

PAGE    3

TRANSFIGURATION PARISH
RUSSELLTON, PA
FIRE LOSS REPORT 6/15/06
APPRAISAL DATE: MARCH 16, 2005

BLD: 01 -CHURCH

LOC: 15 POMA STREET

| PROPERTY DESCRIPTION | | REPRODUCTION COST NEW | SOUND VALUE |
|---|---|---|---|
| HEATING/AIR CONDITIONING: | DOUBLE PIPE WATER SYSTEM CONSISTING OF CAST IRON SECTIONAL BOILER, GAS FIRED WITH CONTROLS, CIRCULATING PUMP, TEMPERATURE REGULATING SYSTEM WITH RADIATION | | |
| LIGHTING: | CONSISTING OF FLUORESCENT FIXTURES, INCANDESCENT FIXTURES, DECORATIVE CHANDELIERS, OUTLETS, SWITCHES, RECEPTACLES AND CONTROLS, FIRE ALARM SYSTEM | | |
| TOTAL VALUE OF INCLUSIONS | | 834,795 | 500,877 |
| ARCHITECT FEES | | 87,109 | 52,265 |
| * TOTAL STRUCTURE VALUE | | 958,199 | 576,371 |

 *Industrial Appraisal Company*

# INSURANCE   APPRAISAL

PAGE    4

TRANSFIGURATION PARISH
RUSSELLTON, PA
FIRE LOSS REPORT 6/15/06
APPRAISAL DATE: MARCH 16, 2005

BLD: 01  -CHURCH

LOC: 15 POMA STREET

| SYS NO | FL/RM | CLASS | QTY | DESCRIPTION | REPRODUCTION COST NEW | SOUND VALUE |
|--------|-------|-------|-----|-------------|----------------------|-------------|
| 1 2 3 | | 006 | 8 | WINDOWS MARKED #1 THROUGH #8 ON PLAT PLAN STAINED GLASS WINDOWS, 1 LANCET, CONSISTING OF PAINTED WOOD SASH WITH GOTHIC ARCHED FRAME AND ROD AND BAR BRACING OF DOMESTIC GLASS, PAINTED, FIRED, FUSED AND TINTED GLASS OF MEDIUM SIZE PIECES WITH MEDALLIONS AND SYMBOLS, INCLUDING EXTERIOR PROTECTIVE GLAZING | 21,600 | 21,600 |
| 4 5 6 | | 006 | 2 | WINDOWS MARKED #9 AND #10 ON PLAT PLAN STAINED GLASS WINDOWS, 2 LANCETS, CONSISTING OF PAINED WOOD SASH, WITH GOTHIC ARCHED FRAME AND ROD AND BAR BRACING OF DOMESTIC GLASS, PAINTED, FIRED, FUSED AND TINTED MEDIUM SIZE PIECES WITH MEDALLIONS AND SYMBOLS, INCLUDING EXTERIOR PROTECTIVE GLAZING | 5,000 | 5,000 |
| 7 8 9 | | 006 | 6 | WINDOWS MARKED #11 THROUGH #16 ON PLAT PLAN STAINED GLASS WINDOWS, 1 LANCET, CONSISTING OF PAINTED METAL SASH WITH FLATHEAD FRAME OF DOMESTIC GLASS, PAINTED, FIRED, FUSED AND TINTED GLASS OF SMALL SIZE PIECES WITH MEDALLIONS AND SYMBOLS | 4,200 | 4,200 |
| 10 11 12 | | 006 | 1 | WINDOW MARKED #17 ON PLAT PLAN STAINED GLASS WINDOW, 1 LANCET, CONSISTING OF METAL SASH, WITH GOTHIC ARCHED FRAME OF DOMESTIC GLASS, PAINTED, FIRED, FUSED AND TINTED GLASS OF MEDIUM SIZE PIECES WITH ORNAMENTATION AND RELIGIOUS SCENES WINDOW #17 - TRANSFIGURATION | 8,500 | 8,500 |
| | | | | * TOTAL STAINED GLASS | 39,300 | 39,300 |
| 13 | | 009 | 1 | SELF-CONTAINED PIPE ORGAN, KEYBOARD, MOUNTED ON PIPE CASE, 2005, AS IS | 1,000 | 1,000 |
| | | | | * TOTAL PIPE ORGANS | 1,000 | 1,000 |

(logo) Industrial Appraisal Company

# INSURANCE APPRAISAL

PAGE    5

TRANSFIGURATION PARISH
RUSSELLTON, PA
FIRE LOSS REPORT 6/15/06
APPRAISAL DATE: MARCH 16, 2005

BLD: 01  -CHURCH

LOC: 15 POMA STREET

| SYS NO | FL/RM | CLASS | QTY | DESCRIPTION | REPRODUCTION COST NEW | SOUND VALUE |
|---|---|---|---|---|---|---|
| 14 | | 011 | 1 | CAST BELL, 28" DIAMETER X 26" HIGH, WITH STEEL YOKE | 23,670 | 16,569 |
| | | | | * TOTAL BELLS/BELL CARILLONS | 23,670 | 16,569 |
| | | | | ** TOTAL BUILDING VALUE | 1,022,169 | 633,240 |
| 15 | B 9000 | | | *** STORAGE ROOM                    *** | | |
| 16 | B 9000 | 132 | 1 | VERY FINE FONTANIN NATIVITY SET, WITH COMPOSITION FIGURE, POLYCHROME, WITH STAND | 10,876 | 9,788 |
| 17 | B 9000 | 132 | 1 | COLLECTION OF COMPOSITION STATUES, POLYCHROME, CONSISTING OF 1 - ST. ANN, 48" 1 - ST. ANTHONY, 40" | 4,297 | 2,793 |
| 18 | | | | 1 - UNKNOWN SAINT | | |
| 19 | B 9000 | 132 | 1 | COMPOSITION NATIVITY SET, POLYCHROME | 543 | 353 |
| 20 | B 9000 | 132 | 1 | LOT OF MISCELLANEOUS MINOR EQUIPMENT, CONSISTING OF NATIVITY SET, CHRISTMAS DECORATIONS, CROSS AND LADDER | 3,544 | 2,304 |
| | | | | * TOTAL BY AREA | 19,260 | 15,238 |
| 21 | B 9001 | | | *** YOUTH ROOM                      *** | | |
| 22 | B 9001 | 132 | 1 | AREA RUG | 543 | 326 |
| 23 | B 9001 | 132 | | SET OF MISCELLANEOUS UPHOLSTERED FURNITURE, CONSISTING OF | | |
| 24 | | | 4 | SOFAS | 3,020 | 1,812 |
| 25 | | | 2 | LOVE SEATS | 1,087 | 652 |
| 26 | | | 5 | LOUNGE CHAIRS | 2,138 | 1,283 |
| 27 | B 9001 | 132 | 1 | SONY COLOR TV, 42" | 1,700 | 1,020 |
| 28 | B 9001 | 132 | 1 | BRASS ROPE STYLE CANDLESTICK | 491 | 295 |
| 29 | B 9001 | 132 | 1 | LOT OF MISCELLANEOUS MINOR EQUIPMENT, CONSISTING OF SELF-STANDING CHALKBOARD AND SIDE TABLE | 432 | 259 |
| | | | | * TOTAL BY AREA | 9,411 | 5,647 |
| 30 | B 9002 | | | *** SOCIAL HALL                     *** | | |

*Industrial Appraisal Company*

# INSURANCE   APPRAISAL

TRANSFIGURATION PARISH
RUSSELLTON, PA
FIRE LOSS REPORT 6/15/06
APPRAISAL DATE: MARCH 16, 2005

BLD: 01  -CHURCH

LOC: 15 POMA STREET

| SYS NO | FL/RM | CLASS | QTY | DESCRIPTION | REPRODUCTION COST NEW | SOUND VALUE |
|--------|-------|-------|-----|-------------|----------------------|-------------|
| 31 | B 9002 | 132 | 1 | LOT OF MISCELLANEOUS MINOR EQUIPMENT, CONSISTING OF FOLDING TABLES, FOLDING CHAIRS, DOUBLE PEDESTAL TABLE, ETC. | 5,327 | 3,463 |
|    |        |     |   | * TOTAL BY AREA | 5,327 | 3,463 |
| 32 | B 9003 |     |   | *** KITCHEN                        *** | | |
| 33 | B 9003 | 021 | 1 | UNIT OF 8 LINEAL FEET OF STAINLESS STEEL PASS-THROUGH SERVICE CABINET | 3,665 | 2,749 |
| 34 | B 9003 | 021 | 1 | STAINLESS STEEL TRIPLE BOWL SINK, 10', WITH DOUBLE DRAINBOARD | 2,047 | 1,535 |
| 35 | B 9003 | 132 | 2 | STAINLESS STEEL WORKTABLES, 72" | 1,636 | 1,227 |
| 36 | B 9003 | 132 | 1 | SOUTH BEND GAS RANGE, WITH 10 BURNERS AND 2 OVENS | 4,350 | 2,828 |
| 37 | B 9003 | 132 | 1 | LOT OF ROASTERS, MICROWAVE OVENS, COOKING EQUIPMENT, SERVICE EQUIPMENT AND UTENSILS | 2,719 | 1,767 |
| 38 | B 9003 | 132 | 1 | ARTIC AIR METAL COMMERCIAL REFRIGERATOR, WITH 1 DOOR, 22 CUBIC FEET | 5,808 | 5,518 |
|    |        |     |   | * TOTAL BY AREA | 20,225 | 15,624 |
| 39 | 1 9004 |     |   | *** NARTHEX                        *** | | |
| 40 | 1 9004 | 021 | 1 | MEMORIAL BOARD, 5 X 3, WITH 450 NAMEPLATES | 4,854 | 3,641 |
| 41 | 1 9004 | 132 | 1 | LOT OF MISCELLANEOUS MINOR EQUIPMENT, CONSISTING OF SIDE TABLES, DECORATIONS | 760 | 570 |
|    |        |     |   | * TOTAL BY AREA | 5,614 | 4,211 |
| 42 | 1 9005 |     |   | *** NAVE                           *** | | |
| 43 | 1 9005 | 021 | 1 | LOT OF CARPETING, CUT TO FIT, WITH METAL STRIPS | 968 | 726 |
| 44 | 1 9005 | 021 |   | LOT OF STAINED AND VARNISHED PEWS, WITH MOLDED ENDS, WITH CROSS AND KNEELER, CONSISTING OF | | |

# INSURANCE   APPRAISAL

PAGE   7

TRANSFIGURATION PARISH
RUSSELLTON, PA
FIRE LOSS REPORT 6/15/06
APPRAISAL DATE: MARCH 16, 2005

BLD: 01  -CHURCH

LOC: 15 POMA STREET

| SYS NO | FL/RM | CLASS | QTY | DESCRIPTION | REPRODUCTION COST NEW | SOUND VALUE |
|---|---|---|---|---|---|---|
| 45 | | | 27 | PEWS, 9' | 31,670 | 23,753 |
| 46 | | | 3 | PEWS, 7' | 3,220 | 2,415 |
| 47 | 1 9005 | 021 | 2 | STAINED AND VARNISHED PEWS, 8', WITH MOLDED ENDS, WITH CROSS AND KNEELER | 2,209 | 1,657 |
| 48 | 1 9005 | 021 | | LOT OF STAINED AND VARNISHED PEWS, WITH MOLDED ENDS, CENTER DIVIDER, ENDS, KNEELER, CONSISTING OF | | |
| 49 | | | 2 | PEWS, 11' | 2,963 | 2,222 |
| 50 | | | 2 | PEWS, 12' | 3,030 | 2,273 |
| 51 | | | 6 | PEWS, 14' | 10,745 | 8,059 |
| 52 | 1 9005 | 021 | 4 | STAINED AND VARNISHED PEW SCREENS, 9', WITH FITTINGS | 3,875 | 2,906 |
| 53 | 1 9005 | 021 | 1 | SET OF COMPOSITION STATIONS OF THE CROSS, FULL RELIEF, POLYCHROME | 8,797 | 6,598 |
| 54 | 1 9005 | 132 | 1 | WROUGHT IRON AND ENAMELED BAPTISMAL FONT, WITH HINGED COVER AND SYMBOL, OPENWORK BASE | 3,263 | 2,447 |
| 55 | 1 9005 | 132 | 1 | COMPOSITION STATUE, ST. THERESE, POLYCHROME, WITH STAND, WITH PRIE DIEU AND VOTIVE LIGHT SET | 1,087 | 870 |
| 56 | 1 9005 | 132 | 1 | COMPOSITION STATUE, SACRED HEART OF JESUS, POLYCHROME, WITH STAND, WITH PRIE DIEU AND VOTIVE LIGHT SET | 1,087 | 815 |
| 57 | 1 9005 | 132 | 1 | LOT OF COLLECTION BASKETS, FLAGS, STANDARDS, VOTIVE LIGHT STANDS, OFFERTORY BOXES, CRUCIFIXES, HOLY WATER RECEPTACLES, CREDENCE TABLES, STATUES | 1,140 | 969 |
| 58 | | | | | | |
| 59 | 1 9005 | 140 | 1 | LOT OF MISCELLANEOUS SERVICE BOOKS | 925 | 694 |
| | | | | * TOTAL BY AREA | 74,979 | 56,404 |
| 60 | 1 9006 | | | *** SANCTUARY                *** | | |
| 61 | 1 9006 | 021 | 1 | LOT OF WALL TO WALL CARPETING, WITH BACKING | 968 | 823 |
| 62 | 1 9006 | 021 | 1 | STAINED AND VARNISHED ALTAR, 24 X 20 X 40, WITH BRONZE TABERNACLE, VINTAGE DOORS, WITH KEYLOCK, ALL WITH REREDOS, 8' X 10' HIGH, | 9,708 | 8,252 |

Industrial Appraisal Company

# INSURANCE APPRAISAL

PAGE   8

TRANSFIGURATION PARISH
RUSSELLTON, PA
FIRE LOSS REPORT 6/15/06
APPRAISAL DATE: MARCH 16, 2005

BLD: 01  -CHURCH

LOC: 15 POMA STREET

| SYS NO | FL/RM | CLASS | QTY | DESCRIPTION | REPRODUCTION COST NEW | SOUND VALUE |
|---|---|---|---|---|---|---|
| 63 | | | | WITH 2 SIDE STRIPES, WITH PAINTED DECORATIONS, ALL WITH OUTSET CANOPY, FITTED WITH CRUCIFIX | | |
| 64 | 1 9006 | 021 | 1 | COMPOSITION STATUE OF BLESSED VIRGIN MARY, WITH POLYCHROME ON WALL BRACKET AND SIDE PANELS TO TO MATCH REREDOS | 968 | 823 |
| 65 | 1 9006 | 021 | 1 | COMPOSITION STATUE, ST. JOSEPH, WITH POLYCHROME ON WALL BRACKET AND SIDE PANELS TO TO MATCH REREDOS | 968 | 823 |
| 66 | 1 9006 | 132 | | COLLECTION OF STAINED AND VARNISHED SANCTUARY FURNITURE, CONSISTING OF | | |
| 67 | | | 1 | DOUBLE PEDESTAL ALTAR | 976 | 830 |
| 68 | | | 1 | AMBO | 707 | 601 |
| 69 | | | 2 | SIDE CHAIRS | 601 | 511 |
| 70 | | | 1 | OPEN ARM CHAIR | 432 | 367 |
| 71 | | | 1 | CREDENCE TABLE | 327 | 278 |
| 72 | | | 1 | LECTERN | 380 | 323 |
| 73 | 1 9006 | 132 | 1 | EASTER CANDLESTICK, 40", WITH ENAMELED DECORATION | 696 | 592 |
| 74 | 1 9006 | 132 | 1 | LOT OF MISSAL STANDS, ALTAR BELLS, CENSERS, BOATS, STANDS, CANDLESTICKS, VASES, HOLY WATER POTS AND SPRINKLERS | 2,064 | 1,754 |
| | | | | * TOTAL BY AREA | 18,795 | 15,977 |
| 75 | 1 9007 | | | *** SACRISTY                    *** | | |
| 76 | 1 9007 | 021 | 1 | LOT OF WALL TO WALL CARPETING, WITH BACKING | 324 | 259 |
| 77 | 1 9007 | 021 | 1 | UNIT OF 3 LINEAL FEET OF BASE CABINET, WITH 7 DRAWERS | 8,519 | 6,815 |
| 78 | | | | 1 - UNIT OF 3 LINEAL FEET OF WALL CABINET, 14 X 48 | | |
| 79 | | | | 1 - UNIT OF 3 LINEAL FEET OF WARDROBE CABINET | | |
| 80 | 1 9007 | 021 | 1 | STAINED AND VARNISHED CABINET, WITH STAINLESS STEEL SINK | 1,026 | 821 |
| 81 | 1 9007 | 132 | 1 | LOT OF PYXES, LAVABO SETS, CRUETS, CRUET TRAYS, CRUET STANDS, ABLUTION CUPS, HOST BOXES, WEDDING CANDLESTICKS, TORCHERES, ACOLYTE | 760 | 646 |

*Industrial Appraisal Company*

# INSURANCE APPRAISAL

PAGE 9

TRANSFIGURATION PARISH
RUSSELLTON, PA
FIRE LOSS REPORT 6/15/06
APPRAISAL DATE: MARCH 16, 2005

BLD: 01 -CHURCH

LOC: 15 POMA STREET

| SYS NO | FL/RM | CLASS | QTY | DESCRIPTION | REPRODUCTION COST NEW | SOUND VALUE |
|---|---|---|---|---|---|---|
| 82 | | | | CANDLESTICKS, CRUCIFIXES | | |
| 83 | 1 9007 | 139 | 1 | GILT RENAISSANCE STYLE SUNBURST MONSTRANCE, 27", WITH FITTINGS | 2,060 | 1,648 |
| 84 | 1 9007 | 139 | 1 | TRADITIONAL STYLE CHALICE, ETCHED CUP, NODE TO BASE, WITH SILVER MEDALLION | 925 | 740 |
| 85 | 1 9007 | 139 | 1 | LOT OF CHALICES, CIBORIA, PATENS | 1,855 | 1,577 |
| 86 | 1 9007 | 139 | 1 | LOT OF SEASONAL ALTAR LINENS, PURIFICATORS, LAVABO TOWELS, CHALICES PALLS, CORPORALS, PALLS, COMMUNION VEILS, BURSES | 4,635 | 3,940 |
| 87 | | | | 1 - LOT OF MISCELLANEOUS SEASONAL VESTMENTS, CHASUBLES, STOLES, COPES, DALMATICS, ALBS, SURPLICES, CINCTURES | | |
| 88 | 1 9007 | 141 | 1 | CHALICE, WITH SILVER FINISH, BLACK NODE | 875 | 700 |
| 89 | 1 9008 | | | * TOTAL BY AREA | 20,979 | 17,146 |
| 90 | 1 9008 | 132 | 1 | *** ALTAR BOYS SACRISTY    *** | | |
| 91 | 1 9008 | 132 | 1 | PAIR OF SELF-STANDING CANDELABRA, 3 WAX CUPS | 543 | 462 |
| 92 | 1 9008 | 132 | 1 | SET OF FURNITURE, CONSISTING OF 2 - PRIE DIEUX 1 - SIDE CHAIR 2 - SIDE TABLES | 1,362 | 885 |
| 93 | 1 9008 | 132 | 1 | LOT OF MISCELLANEOUS MINOR EQUIPMENT AND DECORATIONS | 543 | 353 |
| 94 | 1 9009 | | | LOT OF ALTAR BOYS CASSOCKS | 976 | 732 |
| 95 | 1 9009 | 021 | 1 | * TOTAL BY AREA | 3,424 | 2,432 |
| 96 | 1 9009 | 132 | 1 | *** VESTING ROOM    *** | | |
| 97 | 1 9009 | 132 | 1 | LOT OF WALL TO WALL CARPETING, WITH BACKING | 471 | 400 |
| | | | | STAINED AND VARNISHED CHEST OF 5 DRAWERS | 538 | 350 |
| | | | | STAINED AND VARNISHED PRIE DIEU | 491 | 368 |

Industrial Appraisal Company

# INSURANCE   APPRAISAL

PAGE   10

TRANSFIGURATION PARISH
RUSSELLTON, PA
FIRE LOSS REPORT 6/15/06
APPRAISAL DATE: MARCH 16, 2005

BLD: 01  -CHURCH

LOC: 15 POMA STREET

| SYS NO | FL/RM | CLASS | QTY | DESCRIPTION | REPRODUCTION COST NEW | SOUND VALUE |
|---|---|---|---|---|---|---|
| 98 | 1 9009 | 132 | 1 | VERDIN SINGING TOWER CARILLON, 1995 | 13,145 | 11,831 |
| 99 | 1 9009 | 132 | 1 | PROCESSIONAL CROSS | 760 | 646 |
| 100 | 1 9009 | 139 | 1 | LOT OF SEASONAL VESTMENTS | 8,240 | 7,004 |
| | | | | * TOTAL BY AREA | 23,645 | 20,599 |
| 101 | 1 9010 | | | *** RECONCILIATION ROOM     *** | | |
| 102 | 1 9010 | 021 | 1 | LOT OF WALL TO WALL CARPETING, WITH BACKING | 162 | 146 |
| 103 | 1 9010 | 021 | 1 | DIVIDER SCREEN | 429 | 386 |
| 104 | 1 9010 | 132 | 1 | SET OF FURNITURE, CONSISTING OF 1 - OPEN ARM CHAIR 2 - SIDE CHAIRS 1 - TABLE 1 - CRUCIFIX | 976 | 878 |
| 105 | | | | | | |
| | | | | * TOTAL BY AREA | 1,567 | 1,410 |
| 106 | 2 9011 | | | *** BALCONY     *** | | |
| 107 | 2 9011 | 021 | 1 | LOT OF WALL TO WALL CARPETING, WITH BACKING | 968 | 726 |
| 108 | 2 9011 | 132 | 1 | KURZWEIL MARK 12 ELECTRONIC KEYBOARD | 4,524 | 4,072 |
| 109 | 2 9011 | 132 | 1 | LOT OF FOLDING CHAIRS, MISCELLANEOUS STAND, MICROPHONE, ETC. | 1,631 | 1,060 |
| 110 | 2 9011 | 132 | 1 | LOT OF SHEET MUSIC | 1,087 | 707 |
| | | | | * TOTAL BY AREA | 8,210 | 6,565 |
| | | | | ** TOTAL BUILDING ITEMS | 102,554 | 78,808 |
| | | | | ** TOTAL CONTENTS | 108,882 | 85,908 |
| | | | | *** FINAL TOTAL BY BUILDING | 1,233,605 | 797,956 |

Industrial Appraisal Company

# INSURANCE APPRAISAL

PAGE 11

TRANSFIGURATION PARISH
RUSSELLTON, PA
FIRE LOSS REPORT 6/15/06
APPRAISAL DATE: MARCH 16, 2005

BLD:

LOC:

| SYS NO | FL/RM | CLASS | QTY | DESCRIPTION | REPRODUCTION COST NEW | SOUND VALUE |
|--------|-------|-------|-----|-------------|----------------------|-------------|
|        |       |       |     | GRAND TOTAL | 1,233,605 | 797,956 |

*Industrial Appraisal Company*