<u>Hearing Date</u>: October 8, 2010
<u>Hearing Time</u>: 9:45 a.m. (prevailing Eastern Time)
<u>Hearing Place</u>: United Stated Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004
<u>Objection Deadline</u>: October 1, 2010
At 4:00 p.m. (prevailing Eastern Time)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| MOTORS LIQUIDATION COMPANY | ) | |
| f/k/a GENERAL MOTORS CORPORATION, | ) | Case No. 09-50026(Reg) |
| et al. | ) | |
| | ) | |
| Debtors. | ) | |

## NOTICE OF MOTION

TO:    All parties on Attached Service List

The Roman Catholic Diocese of Pittsburgh and Transfiguration Parish (the "Movants") filed a MOTION OF THE ROMAN CATHOLIC DIOCESE OF PITTSBURGH AND TRANSFIGURATION PARISH FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE TO ALLOW FOR PROSECUTION OF THE CIVIL LAWSUIT NOW PENDING IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA on September 9, 2010, which seeks the following relief:

That the Court grant an Order lifting the automatic stay and allowing the Movants to prosecute the pending lawsuit, and that the Court retain jurisdiction over any matter related to this Motion, the proposed Order, and any relief granted therein.

You are required to file a response to the Motion **ON OR BEFORE October 1, 2010, at 4:00 p.m. EST.** At that same time, you must also serve a copy of the response upon the Movants' attorney:

Steven R. Montgomery, Esq.
Rawle & Henderson LLP
14 Wall Street, 27th Floor
New York, New York 10005-2101

3345494-1

A HEARING ON THE OBJECTION WILL BE HELD ON: **OCTOBER 8, 2010** IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK.

IF YOU FAIL TO RESPOND TO THE OBJECTION IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED THEREIN WITHOUT FURTHER NOTICE OR A HEARING.

RAWLE & HENDERSON, LLP

Dated: September 9, 2010
New York, New York

_____s/_____
Steven R. Montgomery
14 Wall Street, 27th Floor
New York, New York 10005-2101
(212) 323-7070
File: 100755

Attorneys for Movants, The Roman Catholic Diocese of Pittsburgh and Transfiguration Parish