## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| MOTORS LIQUIDATION COMPANY | ) | |
| f/k/a GENERAL MOTORS CORPORATION, | ) | Case No. 09-50026(REG) |
| et al. | ) | |
| | ) | |
| Debtors. | ) | |

### ORDER GRANTING
### MOTION OF THE ROMAN CATHOLIC DIOCESE OF PITTSBURGH AND TRANSFIGURATION PARISH FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE TO ALLOW FOR PROSECUTION OF THE CIVIL LAWSUIT NOW PENDING IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

Upon the Motion of The Roman Catholic Diocese of Pittsburgh and Transfiguration Parish (the "Movants") Under Section 362 of the Bankruptcy Code to Allow the Movants to Proceed with the Prosecution of the Civil Lawsuit Now Pending in the Court of Common Pleas of Allegheny County, Pennsylvania (the "Lawsuit"); and it appearing that the Court has jurisdiction over this matter; and after due deliberation and sufficient cause appearing therefore; it is hereby

ORDERED that the Motion is GRANTED as provided herein; and it is further

ORDERED that the automatic stay imposed by 11 U.S.C. §362 shall be lifted thirty (30) days after the entry of this Order on the Bankruptcy Court docket without further order of this Court to allow the Movants to exercise their rights in pursuing the Lawsuit in the Court of Common Pleas of Allegheny County, Pennsylvania solely against applicable insurance coverage; and it is further

ORDERED that the Movants' right to recovery, if any, on account of the causes of action set forth in the Lawsuit or any related causes of action shall be limited to applicable insurance coverage, and the Movant shall have no right to recover against the above-captioned Debtors or their estates on account of the causes of action set forth in the Lawsuit or any related causes of action; and it is further

ORDERED that this Court shall retain jurisdiction over any matter concerning, or in any way related to, the Motion, this Order, or the relief granted herein.


DATED:_____        _____
                                 United States Bankruptcy Judge