## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the within document was forwarded to all counsel and/or parties in the instant action through the Court's Electronic Case Filing System.

This is to further certify that a true and correct copy of the within document was forwarded to counsel and/or defendants below named by U.S Mail, postage prepaid on this 9th day of September, 2010.

Richard W. DiBella, Esquire
DiBella, Geer, McAllister & Best
312 Blvd. of the Allies, 3rd Floor
Pittsburgh, PA 15222
*Attorneys for Dino Onesi and Paulette Onesi*

William A. Haushalter, Esquire
Margolis Edelstein
525 William Penn Place, Suite 3300
Pittsburgh, PA 15219
*Attorneys for Joseph Gizenski and Northern Allegheny Stone, Inc.*

Robert A. Loch, Esquire
Robb Leonard Mulvihill, LLP
500 Grant Street, 23rd Floor
Pittsburgh, PA 15219
*Attorneys for Caro Brothers, Inc. and DLK Auto Parts*

Paul R. Robinson, Esquire
Meyer, Darragh, Buckler, Bebenek & Eck, PLLC
U.S. Steel Tower, Suite 4850
600 Grant Street
Pittsburgh, PA 15219-6194
*Attorneys for Douglas Battery Manufacturing Company*

Robert A. Weinheimer, Esquire
Weinheimer, Schadel & Haber, P.C.
602 Law and Finance Building
429 Fourth Avenue
Pittsburgh PA 15219-1503
*Attorneys for Globe Auto Parts, Inc. and John Penke*

Jennifer L. Dlugosz, Esquire
Jenner & Block, P.C.
330 N. Wabash Avenue
Chicago, IL 60611
*Attorneys for General Motors*

RAWLE & HENDERSON, LLP

By: _____s/_____
Steven R. Montgomery, Esq.

3345494-1                                    8