

**The Garden City Group, Inc.**

105 Maxess Road
Melville, NY 11747
Phone 631-470-5000
Fax 631-470-5100
Toll Free 1-800-327-3664
www.gardencitygroup.com

September 2, 2010

<u>Via FedEx</u>

Attn: Mark Diamond
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

RECEIVED
SEP - 3 2010
U.S. BANKRUPTCY COURT
S. DIST. OF NEW YORK

Re:   *Motors Liquidation., et al.*
      *Case Co.:  09-50026 REG*

Dear Mr. Diamond:

Enclosed please find a claim withdrawal on behalf of Manfred Williamowski in the amount of $7,123.00. Please docket this claim withdrawal on the court website in connection with the above reference case.

Thank you for your assistance.

Very truly yours,

*[signature]*

Kathy-Ann Awkward
Sr. Project Supervisor
631-470-6895

Enclosures



# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | [X] Motors Liquidation Company, Case No. 09-50026 |
| --- | --- |
| | [ ] MLC of Harlem, Inc., Case No. 09-13558 |
| | [ ] MLCS, LLC, Case No. 09-50027 |
| | [ ] MLCS Distribution Corporation, Case No. 09-50028 |
| | [ ] Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | [ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | MANFRED WILLAMOWSKI<br>AM BOCKLERBAUM 7<br>D45307 ESSEN GERMANY |
| Claim Number (if known): | 14441 |
| Date Claim Filed: | 10/22/2009 |
| Total Amount of Claim Filed: | $7,123.00 |

RECEIVED AUG 18 2010 U.S. BANKRUPTCY COURT SO. DIST OF NEW YORK

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 04. June 2010

Print Name: WILLAMOWSKI

Title (if applicable): _____

**VIA EMAIL AND FIRST CLASS MAIL**

Motors Liquidation Company
Attn: Claims Team
2101 Cedar Springs Road
Suite 1100
Dallas, TX 75201
claims@motorsliquidation.com



Re: In re Motors Liquidation Company, et al. ("Debtors"), Case No. 09-50026 (REG) –
Claim Documentation Letter

Dear Motors Liquidation Company,

By this letter, I hereby submit the attached documentation in support of the following claim:

| Claim Number | Claimant |
|---|---|
| 14441 | MANFRED WILLIAMOWSKI |

I understand and acknowledge that submission of this letter does not constitute allowance of the above-described claim, and that the Debtors reserve all rights with respect to this claim.

Very truly yours,

X
Print Name     MANFRED WILLAMOWSKI
Address        AM BOCHLERBAUM 7

               ESSEN
               GERMANY
City, State and Zip Code   45307

Dear, MLC Team, i would like my money back !

**RECEIVED**

JUN 0 8 2010

**Motors Liquidation Company**
**Attn: Claims Team**
**2101 Cedar Springs Road, Suite 1100**
**Dallas, Texas 75201**
**USA**

**Creditor:**
MANFRED WILLAMOWSKI
AM BOCKLERBAUM 7
D 45307 ESSEN (GERMANY)
Tel. 0049 201 594119

**Name of Debtor:**
Motors Liquidation Company (f/k/a General Motors Corporation)

Amount of Claim as of Date Case Filed, June 1, 2009

| | | | | | |
|---|---|---|---|---|---|
| Euro Notes | 100.000,00 Euro | XS0171942757 | 7,25% Notes due July 3, 2013 | | |
| interest (%) | 0,00 Euro | for 2009 | | | |
| sum | 100.000,00 Euro | | | | |
| sum | $142.460,00 | 01.06.2009 rate | 1,00 € | $1,4246 | |
| | | | | | |
| Euro Notes | 5.000,00 Euro | XS0171943649 | 8,375% Notes due July 5, 2033 | | |
| interest (%) | 0,00 Euro | for 2009 | | | |
| sum | 5.000,00 Euro | | | | |
| sum | $7.123,00 | 01.06.2009 rate | 1,00 € | $1,4246 | |
| | | | | | |
| Total | 105.000,00 Euro | | | | |
| Total | $149.583,00 | 01.06.2009 rate | 1,00 € | $1,4246 | |

Deposit at the TARGOBANK at Germany, the Euro Notes

TARGOBANK AG & Co. KGaA
Kasernen Strasse 10
D 40213 Düsseldorf (Germany)

Date: 04. June 2010

Signature: *Manfred Willamowski*