## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | X  Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | M&J Solvents PRP Group<br>c/o Kilpatrick Stockton LLP<br>Attn Richard Horder<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA   30309 |
| Claim Number (if known): | 44826 |
| Date Claim Filed: | November 19, 2009 |
| Total Amount of Claim Filed: | $46,611.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: August 24, 2010

_Richard A. Horder_

Print Name: Richard A. Horder

Title (if applicable): Attorney for M&J Solvents PRP Group

AUG 3 0 2010

US_ACTIVE:¥43219392¥02¥72240.0639