

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | X  Motors Liquidation Company, Case No. 09-50026 |
| --- | --- |
| | ☐  MLC of Harlem, Inc., Case No. 09-13558 |
| | ☐  MLCS, LLC, Case No. 09-50027 |
| | ☐  MLCS Distribution Corporation, Case No. 09-50028 |
| | ☐  Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | ☐  Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Michigan Automotive Compressor, Inc.<br>c/o Holly Swanson, Esq.<br>DENSO International America, Inc.<br>24777 Denso Drive<br>Southfield, MI  48033 |
| Claim Number (if known): | 50931 |
| Date Claim Filed: | November 25, 2009 |
| Total Amount of Claim Filed: | $6,500 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.  I hereby withdraw the above-referenced claim without prejudice, subject to reinstatement if a settlement is not reached, or if the PRP Environmental Group claim is challenged on the basis of standing. I further authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: August 24 2010

Print Name:   Holly Swanson

Title (if applicable):   Corporate Counsel