# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | TRW Automotive U.S. LLC<br>12001 Tech Center Drive<br>Livonia, MI   48150 |
| Claim Number (if known): | 28399 |
| Date Claim Filed: | November 16, 2009 |
| Total Amount of Claim Filed: | Unspecified |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.  I hereby withdraw the above-referenced claim without prejudice, subject to reinstatement if settlement is not reached or if the group claim is challenged on the basis of standing, and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: August 24, 2010

_____
Print Name: Scott D. Blackhurst

Title (if applicable): Senior Counsel - Environment

RECEIVED
AUG 3 0 2010
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

US_ACTIVE:¥43219392¥02¥72240.0639