# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: [Stamp: AUG 30 2010 U.S. ... SDNY] | ☐ Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | Valassis Communications, Inc.<br>19975 Victor Parkway<br>Livonia, MI 48152 |
| Claim Number (if known): | 62291 |
| Date Claim Filed: | 11/24/09 |
| Total Amount of Claim Filed: | $1,042,707* |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 8/24/10

Print Name: David S. Mendelson

Title (if applicable): Attorney on behalf of Valassis Communications, Inc.

*Valassis Communications claims are being withdrawn without prejudice and may be reinstated if settlement is not reached or if the group claim is challenged on the basis of standing.

US_ACTIVE:¥43219392¥02¥72240.0639