# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | BLACK ENTERTAINMENT TELEVISION LLC<br>ATTN GENERAL COUNSEL<br>1235 W STREET NE<br>WASHINGTON, DC, 20018 |
| Claim Number (if known): | 1345 |
| Date Claim Filed: | 8/20/2009 |
| Total Amount of Claim Filed: | $563,473.50 |

RECEIVED SEP - 7 2010 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 8/25/10

Print Name: Donna Cooper

Title (if applicable): SVP Sr [illegible]

APPROVED BY
BET FINANCE DEPARTMENT
Initials _____ Date 8/20/10

US ACTIVE:\43219392\02\72240.0639