107 W. Vine St.
Shiremanstown, PA 17011

September 2, 2010

U.S. Bankruptcy Court, SDNY
One Bowling Green
Room 534
N.Y., N.Y. 10004

Weil, Gotshal & Manges LLP
Harvey R. Miller, Esq., et al.
767 Fifth Ave.
N.Y., N.Y. 10153

In re: Motors Liquidation Company, et al., f/k/a General Motors Corp., et al., Debtors
Chapter 11
Case No. 09-50026 (REG)
(Jointly Administered)
NOTICE OF OBJECTION TO INDIVIDUAL DEBT CLAIMS
MARY E. ANDERSON

Dear Sir/Madam:

This is to advise you that I withdraw my claim for any crumbs that GM, Government Motors may eventually toss to the 'unsecured' (f/k/a 'Secured') bondholders of General Motors Corporation.

I sold the 2 bonds with total FACE VALUE of $27,000 February 19, 2010 so I no longer own them.

Very truly,

Mary E. Anderson

SEP - 7 2010