# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | **X** Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Methode Electronics (Shanghai) Co., Ltd.<br>c/o Timothy McFadden<br>111 S. Wacker Dr.<br>Chicago, IL 60606 |
| Claim Number (if known): | #22214 |
| Date Claim Filed: | November 9, 2009 |
| Total Amount of Claim Filed: | $437,811.61 |

(Received SEP -8 2010, U.S. Bankruptcy Court, SD Dist of New York)

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: September 2, 2010

_[signature]_

Print Name:   Courtney E. Barr
Locke Lord Bissell & Liddell LLP
111 S. Wacker Dr.
Chicago, IL 60606

Title (if applicable):   Counsel for Creditor

---

US_ACTIVE:¥43219392¥02¥72240.0639