HEARING DATE AND TIME: September 24, 2010 at 9:45 a.m. (Eastern Time)
OBJECTION DEADLINE: September 17, 2010 at 4:00 p.m. (Eastern Time)

KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222
Arthur Steinberg
Scott Davidson

ISAACS CLOUSE CROSE & OXFORD LLP
21515 Hawthorne Boulevard, Suite 950
Torrance, California 90503
Telephone: (310) 316-1990
Facsimile: (310) 316-1330
Gregory R. Oxford

Attorneys for General Motors LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ---------------------------------------------------------------x | | |
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | **09-50026 (REG)** |
| f/k/a **General Motors Corp.,** *et al.* | : | |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| ---------------------------------------------------------------x | | |

**NOTICE OF HEARING ON MOTION OF**
**GENERAL MOTORS LLC TO ENFORCE 363 SALE ORDER**
**AND APPROVED DEFERRED TERMINATION AGREEMENT**

PLEASE TAKE NOTICE that upon the annexed Motion, dated September 10, 2010 (the "**Motion**"),[1] of General Motors LLC (f/k/a General Motors Company) ("**New GM**"), for an order pursuant to sections 105 and 363 of title 11, United States Code (the "**Bankruptcy Code**") and Bankruptcy Rule 7001 (a) enforcing the 363 Sale Order and the provisions of the Wind-Down Agreement approved by this Court, including but not limited to sections 2(a) (termination of the

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

dealer by October 31, 2010), 5(d) (covenant not to sue New GM), 7(a) (no protest by Rally regarding relocation or establishment of new dealer) and 13 (exclusive jurisdiction of the Bankruptcy Court), and ordering Rally Auto Group, Inc. ("**Rally**") to specifically perform its obligations thereunder pursuant to, *inter alia*, sections 5(e) (indemnity owed to New GM) and 5(d) and 17 (specific performance allowed) of the Wind-Down Agreement; (b) directing Rally and all persons acting in concert with it to cease and desist from further prosecuting, or otherwise pursuing the claims asserted in, that certain action pending in the United States District Court for the Central District of California, Southern Division, Case No. SACV10-01236 DOC (Ex) against New GM (the "**California Action**") or from attempting to prevent, delay or interfere with New GM's establishment of a new Chevrolet dealership in the area previously served by Rally or from attempting to aid or assist others in attempting to prevent, delay or interfere with New GM's establishment of the new dealership, and (c) directing Rally to dismiss the California Action with prejudice, all as more fully set forth in the Motion, a hearing will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **September 24**, **2010 at 9:45 a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

    PLEASE TAKE FURTHER NOTICE that any responses or objections to this Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and served in

2

accordance with General Order M-242, and on (i) King & Spalding LLP, 1185 Avenue of the Americas, New York, New York 10036 (Attn: Arthur Steinberg, Esq. and Scott Davidson, Esq.); (ii) Isaacs Clouse Crose & Oxford LLP, 21515 Hawthorne Boulevard, Suite 950, Torrance, California 90503 (Attn: Gregory R. Oxford, Esq.); (iii) General Motors, LLC, 400 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (v) the Debtors, c/o Motors Liquidation Company, 500 Renaissance Center, Suite 1400, Detroit, Michigan 48243 (Attn: Ted Stenger); (vi) Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (vii) the United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C. 20220 (Attn: Joseph Samarias, Esq.); (viii) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (ix) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Thomas Moers Mayer, Esq., Amy Caton, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.); (x) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Diana G. Adams, Esq.); (xi) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (xii) Caplin & Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding asbestos-related claims, 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100, Washington, DC 20005 (Attn: Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); and (xiii) Stutzman,

Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the legal representative for future asbestos personal injury claimants, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn: Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.), so as to be received no later than **September 17, 2010, at 4:00 p.m. (Eastern Time)** (the "**Objection Deadline**").

PLEASE TAKE FURTHER NOTICE that if no objections are timely filed and served with respect to the Motion, New GM may, on or after the Objection Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Motion, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated:  New York, New York
          September 10, 2010

                                                            Respectfully submitted,

                                                            /s/ Arthur Steinberg
                                                            Arthur Steinberg
                                                            Scott Davidson
                                                            KING & SPALDING LLP
                                                            1185 Avenue of the Americas
                                                            New York, New York  10036
                                                            Telephone:  (212) 556-2100
                                                            Facsimile:  (212) 556-2222

                                                            Gregory R. Oxford
                                                            ISAACS CLOUSE CROSE & OXFORD LLP
                                                            21515 Hawthorne Boulevard, Suite 950
                                                            Torrance, California 90503
                                                            Telephone: (310) 316-1990
                                                           Facsimile: (310) 316-1330

                                                            Attorneys for General Motors LLC
                                                            f/k/a General Motors Company