# EXHIBIT H

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x

In re                                                :        **Chapter 11**

**MOTORS LIQUIDATION COMPANY,** *et al.,*           :        **09-50026 (REG)**

      **f/k/a General Motors Corp.,** *et al.*   :

            **Debtors.**                     :        **(Jointly Administered)**

                             :

------------------------------------------------------------- x

## ORDER GRANTING MOTION OF
## GENERAL MOTORS LLC TO ENFORCE 363 SALE ORDER
## AND APPROVED DEFERRED TERMINATION AGREEMENT

      Upon the Motion, dated September 10, 2010 (the "**Motion**"), of General Motors

LLC (f/k/a General Motors Company) ("**New GM**"),[1] pursuant to sections 105 and 363 of title

11, United States Code (the "**Bankruptcy Code**"), for entry of an order (a) enforcing the terms

of the 363 Sale Order and the terms of the Court-approved Wind-Down Agreement, and

directing Rally Auto Group, Inc. ("**Rally**") to specifically perform all of its obligations

thereunder; (b) directing Rally and all persons acting in concert with it to cease and desist from

prosecuting that certain civil action pending in the United States District Court for the Central

District of California, Southern Division, No. SACV10-01236 DOC (Ex) (the "**California**

**Action**") or the claims asserted therein or attempted to be asserted therein, and from taking any

action or attempting in any way to avoid the terms of the Chevrolet Wind-Down Agreement,

including any effort to prevent, delay or interfere with establishment of the new Chevrolet

dealership, or to aid or assist the City of Palmdale or anyone else in attempting to prevent, delay

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

or interfere with establishment of the new Chevrolet dealership, in Lancaster or elsewhere; and

(c) directing Rally to dismiss the California Action with prejudice forthwith, all as more fully set

forth in the Motion; and due and proper notice of the Motion having been provided, and it

appearing that no other or further notice need be provided; and the Court having found and

determined that the legal and factual bases set forth in the Motion establish just cause for the

relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is GRANTED as set forth herein; and it is further

ORDERED that Rally, shall immediately dismiss the California Action, with

prejudice; and it is further

ORDERED that Rally specifically perform all of its obligations as set forth in the

Wind-Down Agreement; and it is further

ORDERED that Rally and all persons acting in concert with it cease and desist

from prosecuting the claims attempted to be asserted in the California Action and from taking

any action or attempting in any way to avoid the terms of the Chevrolet Wind-Down Agreement,

including any effort to prevent, delay or interfere with establishment of the new Chevrolet

dealership, or to aid or assist the City of Palmdale or anyone else in attempting to prevent, delay

or interfere with establishment of the new Chevrolet dealership, in Lancaster or elsewhere, and it

is further

ORDERED that Rally shall file with the Clerk of this Court evidence of the

dismissal, with prejudice, of the California Action within 10 business days after the entry of this

Order; and it is further

ORDERED that this Court shall retain exclusive jurisdiction to hear and

determine all matters arising from or related to this Order, including determination of the amount

of costs and reasonable attorneys fees to be awarded to New GM pursuant to section 5(e) of the

Wind-Down Agreement at an inquest hearing to be scheduled by the Court upon the application

of New GM.

      Dated: _____, 2010
      New York, New York


_____
UNITED STATES BANKRUPTCY JUDGE