B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re Motors Liquidation Company, *et al.,* (f/k/a           Case No. 09-50026 (REG)
General Motors Corporation., *et al.* Debtors.              (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| The Royal Bank of Scotland PLC <br> Name of Transferee | Suntrust Equipment Finance & Leasing Corporation <br> Name of Transferor |

Name and Address where notices to transferee          Court Claim # (if known):11065
should be sent:                                        Amount of Claim: $70,969,978.45
The Royal Bank of Scotland PLC                         Date Claim Filed: 10/15/09
600 Washington Blvd.                                   Debtor: Motors Liquidation Company (f/k/a
Stamford, CT 06901                                     General Motors Corporation)
Attention: Matthew Rosencrans

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Phone:203-897-2644                                     Phone: 410-307-6701
Last Four Digits of Acct #: _____            Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):
Same as above
Phone: _____
Last Four Digits of Acct #: _____

620892.1/2620-00262

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____            Date: _____9/9/10_____
            Transferee/Transferee's Agent

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 Y.S.C. §§ 152 & 3571.*

620892.1/2620-00262