**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MOTORS LIQUIDATION COMPANY, et al.,<br>f/k/a General Motors Corp., et al.,<br><br>Debtor. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>(Jointly Administered)<br><br><br>AFFIDAVIT OF SERVICE |

STATE OF NEW YORK         )
                                              : ss.:
COUNTY OF NEW YORK   )

PAMELA WRIGHT, being duly sworn, deposes and says:

I am not a party to this action, I am over 18 years of age and reside in Nassau County, New York.

On September 10, 2010 I caused a true and correct copy of The Seaport Group LLC's Response To Notice Of Transfer Of Claim No. 70347 and Declaration of Kimo S. Peluso In Support Of The Seaport Group, LLC Response To Objection To Notice Of Transfer Of Claim No. 70347 to be served via U.S. mail and email upon the following persons at the address set forth below:

>Dominic Picca
>Francis J. Earley
>Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
>Chrysler Center 666 Third Avenue
>New York, NY  10017
>DJPicca@mintz.com
>FEarley@mintz.com

*Pamela Wright*

PAMELA WRIGHT

Sworn to before me this
10th day of September, 2010

*Rochelle S. Bell*
Notary Public

ROCHELLE S. BELL
Notary Public, State of New York
No. 01BE4722424
Qualified in Queens County
Commission Expires November 30, 20 10

200033314.1