# Exhibit 4

COPY



| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |

**Name of Debtor** (Check Only One):
☒ Motors Liquidation Company (f/k/a General Motors Corporation) — Case No. 09-50026 (REG)
☐ MLCS, LLC (f/k/a Saturn, LLC) — 09-50027 (REG)
☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation) — 09-50028 (REG)
☐ MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.) — 09-13558 (REG)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case, but may be used for purposes of asserting a claim under 11 U.S.C. § 503(b)(9) (see Item # 5). All other requests for payment of an administrative expense should be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (the person or other entity to whom the debtor owes money or property): Dale Earnhardt, Inc.

**Name and address where notices should be sent:**
Dale Earnhardt, Inc.
Jeff Steiner, EVP & GM
1675 Dale Earnhardt Highway
Mooresville, NC 28115-8330

Telephone number: 704-662-8000
Email Address:

☒ Check this box to indicate that this claim amends a previously filed claim.
Court Claim Number: 1649
Filed on: 09/29/2009

**Your Claim is Scheduled As Follows:**

[Stamp: JUL 14 2010]

**Name and address where payment should be sent** (if different from above): N/A
☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed, June 1, 2009:** $3,031,180.00

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** Motorsports Team Agreement, dated Oct. 26, 2007, by and between General Motors Corp. & Dale Earnhardt, Inc. as amended. Copy available upon request.

3. **Last four digits of any number by which creditor identifies debtor:** N/A
   3a. Debtor may have scheduled account as: N/A

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
**Nature of property or right of setoff:** ☐ Real Estate ☐ Motor Vehicle ☐ Equipment ☐ Other
Describe:
Value of Property: $_____  Annual Interest Rate ___%
Amount of arrearage and other charges as of time case filed included in secured claim, if any: $
Basis for perfection:
Amount of Secured Claim: $_____  Amount Unsecured: $

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain in an attachment.

5. **Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).
☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).
☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case - 11 U.S.C. § 503(b)(9) (§ 507(a)(2))
☒ Other — Specify applicable paragraph of 11 U.S.C. § 507(a)(2).

**Amount entitled to priority:**
$833,333.33

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**Date:** 7/12/10

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

[Signature: Jeff Steiner]

FOR COURT USE ONLY

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.
Modified B10 (GCG) (12/08)

Attachment to Dale Earnhardt, Inc. Proof of Claim

## CONTRACT SUMMARY
## GENERAL MOTORS CORPORATION - DALE EARNHARDT, INC. MOTORSPORTS TEAM AGREEMENT 2008 - 2009

**TEAM CASH SUPPORT**
Sprint Cup         $8MM ($2.5MM per car x 2 cars; $2.5MM on 3rd car paid $69,444.44 per race; $500k on 4th car paid $13,888.88 per race (36 race schedule))
Nationwide         $300k ($150k per car x 2 cars paid $4,285.71 per race (based on 35 race schedule))
Payment Terms      4 installments on March 1, May 1, August 1 and November 1

**PARTS SUPPORT**
Sprint Cup         $1.1MM ($275k per car x 2 cars; $275k on 3rd and 4th car paid $7,638.89 per race (based on 36 race schedule))
Nationwide         $300k ($150k per car x 2 cars paid $4,285.71 per race (based on 35 race schedule))

**ENGINEERING CREDIT**    $1,333,333 credit per year with Pratt & Miller Engineering regardless of number of teams (expires if not used in calendar year)

**AERO TESTING CREDIT**   $900k credit per year regardless of number of teams

**MANUFACTURER CARS**     36 per year, comprised of 30 standard vehicles and 6 dually trucks

| Description | 2008 Amount Due | 2008 Amount Paid | 2008 Deficit | Description | 2009 Amount Due | 2009 Amount Paid | 2009 Deficit |
|---|---|---|---|---|---|---|---|
| **TEAM CASH SUPPORT** | | | | | | | |
| CUP 1 (#1 car) | $2,500,000 | $2,500,000 | $0 | CUP 1 (#1 car) | $2,500,000 | $1,250,000 | ($1,250,000) |
| CUP 2 (#01 car) | $2,500,000 | $2,500,000 | $0 | CUP 2 (#42 car) | $2,500,000 | $1,250,000 | ($1,250,000) |
| CUP 3 (#8 car) x 36 races | $2,500,000 | $2,500,000 | $0 | CUP 3 (#8 car) x 7 races | $486,111 | $486,111 | $0 |
| CUP 4 (#15 car) x 36 races | $500,000 | $500,000 | $0 | CUP 4 (#34 car) x 1 race | $13,889 | $13,889 | $0 |
| | $8,000,000 | $8,000,000 | $0 | | $5,500,000 | $3,000,000 | ($2,500,000) |
| NNS 1 (#8 car) x 2 races | $8,571 | $8,571 | $0 | NNS 1 (no races) | $0 | $0 | $0 |
| NNS 2 (0 races) | $0 | $0 | $0 | NNS 2 (no races) | $0 | $0 | $0 |
| | $8,571 | $8,571 | $0 | | $0 | $0 | $0 |
| Subtotals | $8,008,571 | $8,008,571 | $0 | | $5,500,000 | $3,000,000 | ($2,500,000) |
| **PARTS SUPPORT** (see Exhibit B) | | | | | $61,112 | | |
| CUP 1 (#1 car) | $275,000 | $275,000 | $0 | CUP 1 (#1 car) | $275,000 | $187,910 | ($87,090) |
| CUP 2 (#01 car) | $275,000 | $275,000 | $0 | CUP 2 (#42 car) | $275,000 | $187,910 | ($87,090) |
| CUP 3 (#8 car) | $275,000 | $275,000 | $0 | CUP 3 (#8 car) x 7 races | $53,473 | $53,473 | $0 |
| CUP 4 (#15 car) x 36 races | $275,000 | $275,000 | $0 | CUP 4 (#34 car) x 1 race | $7,639 | $7,639 | $0 |
| | $1,100,000 | $1,100,000 | $0 | | $611,112 | $436,932 | ($174,180) |
| NNS 1 (1 race) | $4,286 | $4,286 | $0 | NNS 1 (0 races) | $0 | $0 | $0 |
| NNS 2 (0 races) | $0 | $0 | $0 | NNS 2 (0 races) | $0 | $0 | $0 |
| | $4,286 | $4,286 | $0 | | $0 | $0 | $0 |
| Subtotals | $1,104,286 | $1,104,286 | $0 | | $611,112 | $436,932 | ($174,180) |
| **ENGINEERING SUPPORT** (1) | | | | | | | |
| 2008 Year | $1,333,000 | $1,333,000 | $0 (2) | 2009 Year | $1,333,000 | $1,333,000 | $0 |
| | $1,333,000 | $1,333,000 | $0 | | $1,333,000 | $1,333,000 | $0 |
| **AERODYNAMIC TESTING** (see Exhibit C) | | | | | | | |
| 2008 Year | $900,000 | $900,000 | $0 | 2009 Year | $900,000 | $543,000 | ($357,000) |
| | $900,000 | $900,000 | $0 | | $900,000 | $543,000 | ($357,000) |
| **MANUFACTURER VEHICLES** | | | | | | | |
| Regular Vehicles | 30 | 30 | 0 | Regular Vehicles | 30 | 30 | 0 |
| Dually Trucks | 6 | 6 | 0 | Dually Trucks | 6 | 6 | 0 |
| Total | 36 | 36 | 0 | Total | 36 | 36 | 0 |
| **TOTAL** | $11,345,857 | $11,345,857 | $0 | | $8,344,112 | $4,769,932 | ($3,031,180) (see Exhibit A) |

(1) Engineering Credit was not suspended or cut by GM, thus no deficiency.
(2) Any 2008 Engineering Credit deficit does not carry over to 2009. Aero and parts credits carry over from year to year.

Attachments    Exhibit A    Claim Summary
               Exhibit B    2009 Parts Summary
               Exhibit C    2009 Aerodynamic Testing Summary

Attachment to Dale Earnhardt, Inc. Proof of Claim

## EXHIBIT A
## CLAIMS SUMMARY

**SUMMARY OF CLAIMS**

| | | | | |
|---|---|---|---|---|
| Cash | $1,250,000 per car x 2 = | ($2,500,000.00) | TOTAL ADMINISTRATIVE EXPENSE CLAIM | $833,333.33 |
| 2009 Parts | Total credit, less amt used = | ($174,180.00) | TOTAL GENERAL UNSECURED CLAIM | $2,197,846.67 |
| Engineering Credit | Credit not cut; still available | $0 | TOTAL CLAIM | $3,031,180.00 |
| Aero Credit | Total credit, less amt used = | ($357,000.00) | | |
| Total | | ($3,031,180.00) | | |

**CALCULATION OF ADMINISTRATIVE EXPENSE CLAIM FOR CASH PAYMENT**

Cash
| | |
|---|---|
| Administrative Expense Claim | $833,333.33 |
| General Unsecured Claim | $1,666,666.67 |
| | $2,500,000.00 |

| No. | Date | 2009 Sprint Cup Race Event | Amt Paid/Due #1 Car | Amt Paid/Due #42 Car | Notes | |
|---|---|---|---|---|---|---|
| 1 | 15-Feb | Daytona | $69,444.44 | $69,444.44 | | |
| 2 | 22-Feb | Fontana | $69,444.44 | $69,444.44 | | |
| 3 | 1-Mar | Las Vegas | $69,444.44 | $69,444.44 | | |
| 4 | 8-Mar | Atlanta | $69,444.44 | $69,444.44 | | |
| 5 | 22-Mar | Bristol | $69,444.44 | $69,444.44 | | |
| 6 | 29-Mar | Martinsville | $69,444.44 | $69,444.44 | | |
| 7 | 5-Apr | Texas | $69,444.44 | $69,444.44 | | |
| 8 | 18-Apr | Phoenix | $69,444.44 | $69,444.44 | | |
| 9 | 26-Apr | Talladega | $69,444.44 | $69,444.44 | | |
| | | | $625,000.00 | $625,000.00 | March 1 Installment of $1,250,000.00 | |
| 10 | 2-May | Richmond | $69,444.44 | $69,444.44 | | |
| 11 | 9-May | Darlington | $69,444.44 | $69,444.44 | | |
| 12 | 25-May | Charlotte | $69,444.44 | $69,444.44 | | |
| 13 | 31-May | Dover | $69,444.44 | $69,444.44 | | |
| | | **GM PETITION DATE - JUNE 1, 2009** | | | | |
| 14 | 7-Jun | Pocono | $69,444.44 | $69,444.44 | | |
| 15 | 14-Jun | Michigan | $69,444.44 | $69,444.44 | | |
| 16 | 21-Jun | Sonoma | $69,444.44 | $69,444.44 | | |
| 17 | 28-Jun | Loudon | $69,444.44 | $69,444.44 | | |
| 18 | 4-Jul | Daytona | $69,444.44 | $69,444.44 | | |
| | | | $625,000.00 | $625,000.00 | May 1 Installment of $1,250,000.00 | |
| 19 | 11-Jul | Chicago | $69,444.44 | $69,444.44 | Admin Exp Claim | $138,888.89 |
| 20 | 26-Jul | Indianapolis | $69,444.44 | $69,444.44 | Admin Exp Claim | $138,888.89 |
| 21 | 3-Aug | Pocono | $69,444.44 | $69,444.44 | Admin Exp Claim | $138,888.89 |
| 22 | 10-Aug | Watkins Glen | $69,444.44 | $69,444.44 | Admin Exp Claim | $138,888.89 |
| 23 | 16-Aug | Michigan | $69,444.44 | $69,444.44 | Admin Exp Claim | $138,888.89 |
| 24 | 22-Aug | Bristol | $69,444.44 | $69,444.44 | Admin Exp Claim | $138,888.89 |
| | | **EFFECTIVE DATE OF REJECTION - AUGUST 26, 2009** | | | Total | $833,333.33 |
| 25 | 6-Sep | Atlanta | $69,444.44 | $69,444.44 | Unsecured Claim | $138,888.89 |
| 26 | 12-Sep | Richmond | $69,444.44 | $69,444.44 | Unsecured Claim | $138,888.89 |
| 27 | 20-Sep | Loudon | $69,444.44 | $69,444.44 | Unsecured Claim | $138,888.89 |
| | | | $625,000.00 | $625,000.00 | | $416,666.67 |
| 28 | 27-Sep | Dover | $69,444.44 | $69,444.44 | Unsecured Claim | $138,888.89 |
| 29 | 4-Oct | Kansas | $69,444.44 | $69,444.44 | Unsecured Claim | $138,888.89 |
| 30 | 11-Oct | Fontana | $69,444.44 | $69,444.44 | Unsecured Claim | $138,888.89 |
| 31 | 17-Oct | Charlotte | $69,444.44 | $69,444.44 | Unsecured Claim | $138,888.89 |
| 32 | 25-Oct | Martinsville | $69,444.44 | $69,444.44 | Unsecured Claim | $138,888.89 |
| 33 | 1-Nov | Talladega | $69,444.44 | $69,444.44 | Unsecured Claim | $138,888.89 |
| 34 | 8-Nov | Texas | $69,444.44 | $69,444.44 | Unsecured Claim | $138,888.89 |
| 35 | 15-Nov | Phoenix | $69,444.44 | $69,444.44 | Unsecured Claim | $138,888.89 |
| 36 | 22-Nov | Homestead | $69,444.44 | $69,444.44 | Unsecured Claim | $138,888.89 |
| | | | $625,000.00 | $625,000.00 | | $1,250,000.00 |
| | | Total Paid | $1,250,000.00 | $1,250,000.00 | Total | $1,666,666.67 |
| | | Total Due | $1,250,000.00 | $1,250,000.00 | | |

Attachment to Dale Earnhardt, Inc. Proof of Claim

**EXHIBIT B**
**2009 PARTS SUMMARY**



```
Dale Earnhardt Ent.
1675 CODDLE CREEK HWY.
MOORESVIL
ATTN: RANDY EARNHARDT
704.662.8971
```

| | | | | |
|---|---|---|---|---|
| TEAM BUDGET = | $611,112.00 | 2 cars x $275,000 = | $ | 550,000.00 |
| TOTAL SPENDITER = | $436,932.00 | 3rd car (7 races x $7,638.89) = | $ | 53,473.00 |
| REMAINING BUDGET = | $174,180.00 | 4th car (1 race x $7,638.89) = | $ | 7,639.00 |
| | | Total | | $611,112.00 |

(See footnote 2 to Contract Summary Tab)

| DATE SHIPPED | DESCRIPTION PARTS SHIPPED | | | DEALER NET | DEALER NET ACCUMULATED TOTAL | |
|---|---|---|---|---|---|---|
| 1-Jan | Budget transferred to ERC Engines | | | $350,000.00 | $350,000.00 | GM did not cut ECR credit allotment |
| 31-Jan | SHEETMETAL FOR THE MONTH | | | $9,685.00 | $359,685.00 | |
| | | MONTH TOTAL: | $359,685.00 | | | |
| | | ENGINE PARTS: | $350,000.00 | | | |
| | | BODY PARTS: | $9,685.00 | | | |
| 28-Feb | SHEETMETAL FOR THE MONTH | | | $17,370.00 | $377,055.00 | |
| | | MONTH TOTAL: | $17,370.00 | | | |
| | | ENGINE PARTS: | $0.00 | | | |
| | | BODY PARTS: | $17,370.00 | | | |
| 30-Mar | SHEETMETAL FOR THE MONTH | | | $10,510.00 | $387,565.00 | |
| | | MONTH TOTAL: | $10,510.00 | | | |
| | | ENGINE PARTS: | $0.00 | | | |
| | | BODY PARTS: | $10,510.00 | | | |
| 30-Apr | SHEETMETAL FOR THE MONTH | | | $13,228.00 | $400,793.00 | |
| | | MONTH TOTAL: | $13,228.00 | | | |
| | | ENGINE PARTS: | $0.00 | | | |
| | | BODY PARTS: | $13,228.00 | | | |
| 30-May | SHEETMETAL FOR THE MONTH | | | $5,675.00 | $406,468.00 | |
| | | MONTH TOTAL: | $5,675.00 | | | |
| | | ENGINE PARTS: | $0.00 | | | |
| | | BODY PARTS: | $5,675.00 | | | |
| 30-Jun | SHEETMETAL FOR THE MONTH | | | $10,934.00 | $417,402.00 | |
| | | MONTH TOTAL: | $10,934.00 | | | |
| | | ENGINE PARTS: | $0.00 | | | |
| | | BODY PARTS: | $10,934.00 | | | |
| 14-Jul | SHEETMETAL FOR THE MONTH | | | $19,530.00 | $436,932.00 | |
| | | MONTH TOTAL: | $19,530.00 | | | |
| | | ENGINE PARTS: | $0.00 | | | |
| | | BODY PARTS: | $19,530.00 | | | |

Attachment to Dale Earnhardt, Inc. Proof of Claim


**RACING**

| Dale Earnhardt Ent. |
| --- |
| 1675 CODDLE CREEK HWY. |
| MOORESVIL |
| ATTN: RANDY EARNHARDT |
| 704.662.8971 |

| | | |
|---|---:|---:|
| TEAM BUDGET = | $1,100,000.00 | |
| TOTAL SPENDITER = | $1,100,000.00 | |
| **REMAINING BUDGET =** | | **$0.00** |

| DATE SHIPPED | DESCRIPTION PARTS SHIPPED | | | DEALER NET | DEALER NET ACCUMULATED TOTAL |
|---|---|---|---:|---:|---:|
| 1-Jan | Budget transferred to ERC Engines | | | $800,000.00 | $800,000.00 |
| 31-Jan | SHEETMETAL FOR THE MONTH | | | $25,453.00 | $825,453.00 |
| | | MONTH TOTAL: | $825,453.00 | | |
| | | ENGINE PARTS: | $800,000.00 | | |
| | | BODY PARTS: | $25,453.00 | | |
| 28-Feb | SHEETMETAL FOR THE MONTH | | | $21,427.00 | $846,880.00 |
| | | MONTH TOTAL: | $21,427.00 | | |
| | | ENGINE PARTS: | $0.00 | | |
| | | BODY PARTS: | $21,427.00 | | |
| 30-Mar | SHEETMETAL FOR THE MONTH | | | $13,967.00 | $860,847.00 |
| | | MONTH TOTAL: | $13,967.00 | | |
| | | ENGINE PARTS: | $0.00 | | |
| | | BODY PARTS: | $13,967.00 | | |
| 30-Apr | SHEETMETAL FOR THE MONTH | | | $22,729.00 | $883,576.00 |
| | | MONTH TOTAL: | $22,729.00 | | |
| | | ENGINE PARTS: | $0.00 | | |
| | | BODY PARTS: | $22,729.00 | | |
| 31-May | SHEETMETAL FOR THE MONTH | | | $25,392.00 | $908,968.00 |
| | | MONTH TOTAL: | $25,392.00 | | |
| | | ENGINE PARTS: | $0.00 | | |
| | | BODY PARTS: | $25,392.00 | | |
| 30-Jun | SHEETMETAL FOR THE MONTH | | | $14,155.00 | $923,123.00 |
| | | MONTH TOTAL: | $14,155.00 | | |
| | | ENGINE PARTS: | $0.00 | | |
| | | BODY PARTS: | $14,155.00 | | |
| 30-Jul | SHEETMETAL FOR THE MONTH | | | $15,728.00 | $938,851.00 |
| | | MONTH TOTAL: | $15,728.00 | | |
| | | ENGINE PARTS: | $0.00 | | |
| | | BODY PARTS: | $15,728.00 | | |
| 30-Aug | SHEETMETAL FOR THE MONTH | | | $21,504.00 | $960,355.00 |
| | | MONTH TOTAL: | $21,504.00 | | |
| | | ENGINE PARTS: | $0.00 | | |
| | | BODY PARTS: | $21,504.00 | | |

Attachment to Dale Earnhardt, Inc. Proof of Claim

| Date | Description | | Amount | | Balance |
|---|---|---|---|---|---|
| 30-Sep | SHEETMETAL FOR THE MONTH | | | $7,051.00 | $967,406.00 |
| | MONTH TOTAL: | $7,051.00 | | | |
| | ENGINE PARTS: | $0.00 | | | |
| | BODY PARTS: | $7,051.00 | | | |
| 30-Oct | SHEETMETAL FOR THE MONTH | | | $21,357.00 | $988,763.00 |
| | MONTH TOTAL: | $21,357.00 | | | |
| | ENGINE PARTS: | $0.00 | | | |
| | BODY PARTS: | $21,357.00 | | | |
| 30-Nov | SHEETMETAL FOR THE MONTH | | | $22,389.00 | $1,011,152.00 |
| | MONTH TOTAL: | $22,389.00 | | | |
| | ENGINE PARTS: | $0.00 | | | |
| | BODY PARTS: | $22,389.00 | | | |
| 5-Dec | Budget transferred to ERC Engines | | | $62,804.00 | $1,073,956.00 |
| 15-Dec | SHEETMETAL FOR THE MONTH | | | $26,044.00 | $1,100,000.00 |
| | MONTH TOTAL: | $88,848.00 | | | |
| | ENGINE PARTS: | $62,804.00 | | | |
| | BODY PARTS: | $26,044.00 | | | |

Attachment to Dale Earnhardt, Inc. Proof of Claim

**EXHIBIT C**
**2009 AERODYNAMIC TESTING SUMMARY**

| GM Aerodymanic Testing Credit 2009 | $900,000.00 | | | | | |
|---|---|---|---|---|---|---|
| **Description** | **Amount Used** | **Rate** | **Unit** | **Credit Used** | **Credit Remaining** | **Notes** |
| Aerodyn | 110 | $1,650.00 | hr | $181,500.00 | $718,500.00 | Allocated 25 days @ $250,000 ($10,000 per day) Represents 13.75 days of 25 days allocated |
| Windshear | 60 hours | $3,750.00 | hr | $225,000.00 | $493,500.00 | Allocated 10 days @ $375,000 ($3,750 per day) Represents 6 of 10 days allocated |
| ARC Scale Model | 60 hours | $1,125.00 | hr | $67,500.00 | $426,000.00 | Allocated 80 hours @ $90,000 ($1,125 per day) |
| Scale Model Support | 0 hours | $0.00 | hr | $0.00 | $426,000.00 | Allocated $100,000 |
| Straightline testing | 6 days | $9,000.00 | day | $54,000.00 | $372,000.00 | Allocated 10 days @ $90,000 ($9,000 per day) |
| Full Body Car Scans | 3 scans | $5,000.00 | scan | $15,000.00 | $357,000.00 | Allocated 3 days @ $15,000 ($5,000 per day) |
| **TOTALS** | | | | **$543,000.00** | **$357,000.00** | |