# Exhibit 5

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

In Re:   **MOTORS LIQUIDATION COMPANY**
Case No:   **09-50026 (Jointly Administered)**

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CLAIM NUMBER 46880 (Amends 1649) HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bank. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee: | Name of Transferor: |
| **The Seaport Group LLC** | **Dale Earnhardt, Inc.** |

Name and address where notices to transferee should be sent:

Court Claim # (if known):   **46880 (Amends 1649)**
Amended Proof of Claim Amt:   **$3,031,180.00**
Original Proof of Claim Amt:   $3,252,706.80
Date Claim Filed:   09/29/09
Date Claim Amended:   **07/14/10**

The Seaport Group, LLC
360 Madison Avenue, 22nd Floor
New York, NY 10017
Attention: General Counsel

Name and Address of Transferor:
Dale Earnhardt, Inc.
1675 Dale Earnhardt Highway #3
Mooresville, NC 28115

Phone:  212-616-7700
Last Four Digits of Acct #:  N/A

Phone:  704-662-8000
Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments
Should be sent (if different from above):

Phone:  N/A
Last Four Digits of Acct. #:  N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Jonathan Silverman, General Counsel  7/20/10_
    Transferee / Transferee's Agent

Date: _7/20/10_

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both  18U.S.C .152 &3571*

---

## --DEADLINE TO OBJECT TO TRANSFER--

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Dale Earnhardt, Inc. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to The Seaport Group LLC ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, claims in the aggregate amount of $3,031,180.00 (the "Assigned Claim"), against Motors Liquidation Company (f/k/a General Motors Corporation) ("Debtor"), the debtor-in-possession in Case No. 09-50026 (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on July 16, 2010.

By: _____ Dale Earnhardt, Inc.
Name of person signing  Jeffrey Steiner
Title of person signing  EVP & GM

THE SEAPORT GROUP LLC

By: _____  7/20/10
Jonathan Silverman
General Counsel

12




| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | | PROOF OF CLAIM |
|---|---|---|

Name of Debtor: (Check Only One):
☒ Motors Liquidation Company (f/k/a General Motors Corporation) — Case No. 09-50026 (REG)
☐ MLCS, LLC (f/k/a Saturn, LLC) — 09-50027 (REG)
☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation) — 09-50028 (REG)
☐ MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.) — 09-13558 (REG)

Your Claim is Scheduled As Follows:

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case, but may be used for purposes of asserting a claim under 11 U.S.C. § 503(b)(9) (see Item # 5). All other requests for payment of an administrative expense should be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (the person or other entity to whom the debtor owes money or property): **Dale Earnhardt, Inc.**

Name and address where notices should be sent:
Dale Earnhardt, Inc.
Jeff Steiner, EVP & GM
1675 Dale Earnhardt Highway
Mooresville, NC 28115-8330

Telephone number: 704-662-8000
Email Address:

☒ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: **1649**
(If known)

Filed on: **09/29/2009**

JUL 14 2010

Name and address where payment should be sent (if different from above):
N/A

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed, June 1, 2009: **$ 3,031,180.00**

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: Motorsports Team Agreement, dated Oct. 26, 2007, by and between General Motors Corp. & Dale Earnhardt, Inc. as amended. Copy available upon request.

3. Last four digits of any number by which creditor identifies debtor: **N/A**

3a. Debtor may have scheduled account as: **N/A**

4. Secured Claim
Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Equipment  ☐ Other
Value of Property: $____  Annual Interest Rate ___%
Amount of arrearage and other charges as of time case filed included in secured claim, if any: $
Basis for perfection:
Amount of Secured Claim: $____   Amount Unsecured: $

6. Credits:

7. Documents:

5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).
☐ Domestic support obligations
☐ Wages, salaries, or commissions (up to $10,950*)
☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5)
☐ Up to $2,425* of deposits
☐ Taxes or penalties owed to governmental units
☐ Value of goods received by the Debtor within 20 days
☒ Other — Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority: $ **833,333.33**

Date: **7/12/10**
Signature: /s/ Jeff Steiner

Modified B10 (GCG) (12/08)