# Exhibit 7

# MINTZ LEVIN

Chrysler Center
666 Third Avenue
New York, NY 10017
212-935-3000
212-983-3115 fax
www.mintz.com

Dominic J. Picca | 212 692 6859 | djpicca@mintz.com

August 6, 2010

**Delivered Via
Email KPeluso@manatt.com,
Direct Fax (212) 536-1817
and Federal Express Overnight Courier, return receipt requested**

Attn: Kimo S. Peluso
Manatt, Phelps & Phillips, LLP
7 Times Square
New York, New York 10036
*As counsel for and for service on The Seaport Group LLC*

Dear Kimo:

Reference is made to that certain Assignment of Claim and Settlement Agreement entered into between Dale Earnhardt, Inc. ("Assignor") and The Seaport Group LLC ("Assignee") dated as of July 16, 2010 (the "Assignment Agreement"). All capitalized terms used and not defined herein have the meanings given them in the Assignment Agreement.

On August 5, 2010, Deutsche Bank Securities Inc. ("DBS") filed a lawsuit against DEI captioned *Deutsche Bank Securities Inc. v. Dale Earnhardt, Inc., 10 CIV 5910*, in the United States District Court for the Southern District of New York (the "Lawsuit"), alleging breach of contract by DEI related to the Assigned Claim. The Lawsuit was filed within the 20 Day Period defined in Section 4 of the Assignment Agreement, which commenced on July 21, 2010 and expires on August 9, 2010. Pursuant to Section 4 of the Assignment Agreement, Assignor has until 2 calendar days after such 20 Day Period, on or before Wednesday, August 11, 2010, to elect in written notice to Assignee to terminate and declare the Assignment Agreement null and void (the "Assignor Termination Election").

Assignor hereby reserves all rights related to the Assignor Termination Election, and pursuant to Section 9(a) and Section 12 of the Assignment Agreement, Assignor hereby asserts its right to contest the Disallowance Action resulting from the Lawsuit.

Regards,

*/s/ Dominic Picca*
Dominic Picca

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.

BOSTON | WASHINGTON | NEW YORK | STAMFORD | LOS ANGELES | PALO ALTO | SAN DIEGO | LONDON

4994610v.1