# Exhibit 9

## Peluso, Kimo

| | |
|---|---|
| **From:** | Peluso, Kimo |
| **Sent:** | Wednesday, August 11, 2010 11:49 AM |
| **To:** | Dominic Picca (DJPicca@mintz.com) |
| **Cc:** | Blum, Ronald G.; Francis J. Earley (FEarley@mintz.com) |
| **Subject:** | The Seaport Group LLC v. Dale Earnhardt, Inc., U.S. Dist. Ct. S.D.N.Y., No. 10-cv-01599 (DAB) |

Dominic,

I write to document our conversation regarding the Assignment of Claim and Settlement Agreement (the "Assignment Agreement") entered into between Dale Earnhardt, Inc. ("DEI" or "Assignor") and The Seaport Group LLC ("Seaport" or "Assignee").

Seaport and DEI have agreed to extend by one week, until August 18, 2010, the parties' deadline to exercise by written notice any rights they may have to terminate the Assignment Agreement pursuant to Section 4 thereof, subject to the following.  Any currently fixed deadlines in the Assignment Agreement subsequent hereto are likewise extended by one week, including the Payment Date and the deadline to execute and file a stipulation to dismiss the Action.  Additionally, this agreement is without prejudice to, and shall not be cited or construed against, Seaport's position that there was no event during the 20 Day Period that triggered DEI's termination rights.  To be clear, this extension does not enlarge the 20 Day Period described in Section 4, which has already expired.

- Kimo


Kimo S. Peluso
Manatt, Phelps & Phillips, LLP
7 Times Square
New York, NY 10036
Main: (212)790-4500
Direct: (212) 790-4570
Direct Fax: (212)536-1817

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail at kpeluso@manatt.com or by telephone at (212) 790-4500, and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.