

**Banca Partner**
Private Banking

To
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York
New York 10004-1408
USA

Ref. no. 101328/H4/via

San Marino 30 August 2010

Subject: Cancellation of Proof of Claim

Dear Sirs,

We ask the cancellation of our Proof of Claim, case number 09-50026 for corporate bond XS0171942757 Motor Liquidation CO "under chapter 11" 7 ¼ 2003-3.7.2013 € 3,650,000.00.

The Claim Form was submitted in 20 November 2009.

The reason of our request: we sold this corporate bond.

In addition to such original copy, you will also find enclosed a photocopy of our Proof of Claim Form which was sent to you by our depositary bank BSI Luxembourg S.A. 6 avenue Marie-Therese L-2132 Luxembourg.

We would be grateful if you could retain the original copy and return to us the photocopy of this letter time stamped as "RECEIVED" to the following address:

Banca Partner Spa
Via III Settembre, 99
47891 Dogana
Repubblica di San Marino.

Given the importance of this letter, we would appreciate if you could advice us immediately if something is missing by sending a message to the following e-mail address: info@bancapartner.sm, alessandro.viola@bancapartner.sm.

Thank you very much in advance for your help and attention.

Your faithfully,

General Manager
(Daniele Guidi)



BANCA PARTNER s.p.a.

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor (Check Only One):<br>☒ Motors Liquidation Company (f/k/a General Motors Corporation)<br>☐ MLCS, LLC (f/k/a Saturn, LLC)<br>☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation)<br>☐ MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.) | Case No.<br>09-50026 (REG)<br>09-50027 (REG)<br>09-50028 (REG)<br>09-13558 (REG) | Your Claim is Scheduled As Follows: |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case, but may be used for purposes of asserting a claim under 11 U.S.C. § 503(b)(9) (see Item # 5). All other requests for payment of an administrative expense should be filed pursuant to 11 U.S.C § 503.

Name of Creditor (the person or other entity to whom the debtor owes money or property): BANCA PARTNER SPA (SAN MARINO)

Name and address where notices should be sent:
BSI SA
VIA MAGATTI 2, CH 6901
LUGANO (SWITZERLAND)

Telephone number: +41- 918034784
Email Address: GROUP.BSICUSTODYADMINISTRATION@BSIBANK.COM

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):
SWIFT CODE: BDGLLULX
IBAN: LV21320A200G21AB0000
NAME: BANCA PARTNER SPA (SAN MARINO) DOGANA
Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

If an amount is identified above, you have a claim scheduled by one of the Debtors as shown. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form. EXCEPT AS FOLLOWS: If the amount shown is listed as DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

1. Amount of Claim as of Date Case Filed, June 1, 2009: $ 5,503,976.37

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4. If all or part of your claim is entitled to priority, complete Item 5. If all or part of your claim is asserted pursuant to 11 U.S.C. § 503(b)(9), complete Item 5.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: PURCHASE OF CORPORATE BOND
(See instruction #2 on reverse side.) ISIN: XS0171943257

3. Last four digits of any number by which creditor identifies debtor: _____
3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Equipment   ☐ Other
Describe: _____

Value of Property: $_____   Annual Interest Rate _____ %
Amount of arrearage and other charges as of time case filed included in secured claim, if any: $_____
Basis for perfection: _____
Amount of Secured Claim: $_____   Amount Unsecured: $_____

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain in an attachment.

5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).
☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case - 11 U.S.C. § 503(b)(9) (§ 507(a)(2))
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).
Amount entitled to priority:
$_____
*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

Date: 20 Nov. 09

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Banca Partner S.p.A.
La Direzione

FOR COURT USE ONLY
SEP - 9 2010

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.
Modified B10 (GCG) (12/08)

```
CIGB- JP06 - 2009/11/12 - 11:05:28 - DERADA MATTEO           - ESTP4500 -ESTM4505
                                                             PAGINA 1 DI 2
POSIZIONE VALORE: MOTORS LIQUIDATION CO "UNDER CHAPTER 11"
                  7 1/4 % "NOTES" / 2003-3.7.2013 / 1633137 001

CLIENTE........: BANCA PARTNER SPA SAN MARINO A10032100
QUANTITA'......:      3,650,000.000   INTESTAZ VALORE:
CORSO MEDIO....:           14.50000   CORSO STORICO..:           14.50000
COSTO MEDIO....:           14.50000   COSTO STORICO..:           14.50000
CAMBIO MEDIO...:            1.000000  CAMBIO STORICO.:            1.000000
NR LIBRETTO....:                      FATTORE VALUTAZ: VEDI FATTORE INDIV
DATA SCADENZA..: 2013/07/03           ULT MOVIMENTO..: 2009/11/12

                                      DEPOSITARIE: DOSSIER            QUANTITA'
CAUSALE BLOCCO              QUANTITA'  ---------   ---------   ----------------
-----------------------     ---------              A98437302        3,650,000.000
PER MOTIVI VARI          3,650,000.000


Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
      HELP      QUIT  MAIN  FLIP            VILOC MVQTA VISLD VIRAP VIANA
```

Banca Partner S.p.A.
La Direzione
[signature]
co/ul 09

**BANCA PARTNER** — **STATEMENT OF INTERESTS**

| | | | |
|---|---|---|---|
| Reference Date | 01/06/2009 | eur/usd | 1,4159 |
| Bond | XS0171942757 | Interest Days | 333 |
| Date ex | 03/07/2008 | | |
| Applicable Rate | 7,125% | | |

| | EUR | USD |
|---|---|---|
| Client Portfolio | | |
| Nominal / Conversion | 3.650.000,00 | 5.168.035,00 |
| Matured Interests | 237.262,50 | 335.939,97 |
| Total Amount for Proof of Claim | | 5.503.974,97 |

Banca Partner S.p.A.
*La Direzione*  20/4/09

[signature]