| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Docket No. 1891  17 June 2009<br>Docket No. 3158  6 July 2009 |
| In Re:<br>GENERAL MOTORS CORP., et al.,<br>　　　　　　　　　　　Debtors. | Chapter 11 Case No.<br>09-50026 (REG)<br>(Jointly Administered) |
| RESPONDENT BOND HOLDER:<br>FRANCES H. CATERINA and All<br>Others Similarly Situated, et al<br>　　　　　　　　　Objector/s<br>Ref. Claim # 14061  10/21/09 | 7.20% Due 15 Jan 2011 ($ 20,000)<br>  Cusip/isin 370442BB0  Claim # 1<br>7.70% Due 15 Apr 2016 ($  6,000)<br>  Cusip/isin 370442AU9  Claim # 2<br>　　(Frances H. Caterina) |

## REBUTTAL TO DEBTORS OBJECTION TO DUPLICATE CLAIM

Frances H. Caterina, Bond Holder; and all others Similarly Situated, et al; do/does object, oppose and rebut Debtors Objection to Individual Debt Claims as follows:

1) Claim is not dupliciative, but rather is one claim argued by the Claiment under Due Process (a Constitutional Right/ Standing), and by WTC a Trustee under separate issue.

2) WTC Trustee can not supersede Claiments asserted Due Process nor negate all filings as moot and the Court must consider both arguements as valid and Debtors can not negate one or the other for the convienance of litigation as this would in effect obstruct the assertion of Claiments Constitutional Rights violative of 18 USC 241 and 18 USC 242.

3) The Court is compelled to consider both the Claiments filings and WTC's Filings and only to disallow one or the other is unconstitutional and to expunge either is to deny 'Due Process' and criminal under 18 USC Sections 241 and 242.

4) Debtors through their Attorneys are not only stealing Claiments Money thru Bonds a so-called Secured investment; but are now also stealing their Constitutional Rights thru the guise of Bankruptcy!

5) For the following reasons stated hereinabove the Debtors Motion claiming "Claim is duplicative . . ." ought to be quashed and voided!

Frances H. Caterina Bondholder and Claiment Rebutts Debtors objection to duplicative of claim as it must be allowed. Respectfully submitted.
　　Respondent Bond Holder Frances H. Caterina and All
　　Others Similarly Situated  *Frances H. Caterina*
　　　　　　　　　　　　　　　　　Frances H. Caterina, et al

Dated 6th Sept. 2010　　　"All Rights Reserved UCC 1-207 Explicit.,
202 Kenyon Dr.　　　　　　In Pro Se, without prejudice"
Peckville, PA  18452　　　　phone (570) 489-8741

(1)

```
UNITED STATES BANKRUPTCY COURT          :  Docket No. 1891  17 June 2009
   SOUTHERN DISTRICT OF NEW YORK        :  Docket No. 3158   6 July 2009
                                        :
In Re:                                  :  Chapter 11 Case No.
   GENERAL MOTORS CORP., et al.,        :  09-50026  (REG)
                         Debtors        :  (Jointly Administered)
                                        :
RESPONDENT BOND HOLDER:                 :  7.20% Due 15 Jan 2011 ($ 20,000)
FRANCES H. CATERINA and All             :    Cusip/isin 370442BB0  Claim # 1
Others Similarly Situated, et al        :  7.70% Due 15 Apr 2016 ($  6,000)
                         Objector/s     :    Cusip/isin 370442AU9  Claim #2
Ref. Claim # 14061  10/21/09            :  (Frances H. Caterina)
```

PROOF OF SERVICE  9/7/ 2010

I Frances H. Caterina, Objector/s, certify that I served thru United States Mail, First Class postage prepaid the following:

REBUTTAL TO DEBTORS OBJECTION TO DUPLICATE CLAIM

to the following:

Chambers of Honorable Robert E. Gerber
United States Bankruptcy Court
One Bowling Green, Room 621
New York, New York    10004-1408

Kramer Levin Naftalis & Frankel LLP
attorneys for the statutory committee
of unsecured creditors
1177 Avenue of the Americas
New York, New York    10036
(Attn: Jennifer Sharret, Esq.)

Weil, Gotshal & Manges LLP
attorneys for the Debtors
767 Fifth Avenue
New York, New York    10153
(Attn: Joseph H. Smolinsky, Esq)

Mailed on 7th September 2010

SO CERTIFIED:  *Frances H. Caterina*
               Frances H. Caterina, Claiment Bond Holder

JUN 17 2009

1891

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:
GENERAL MOTORS CORP., et al.,
                Debtors.

RESPONDENT BOND HOLDER:
FRANCES H. CATERINA and All
Others Similarly Situated, et Al
             Objector/s

Chapter 11 Case No.
09-50026 (REG)
(Jointly Administered)
7.20% Due 15 Jan 2011 ($ 20,000)
Cusip/isin 370442BB0   Claim # 1
7.70% Due 15 Apr 2016 ($ 6,000)
Cusip/isin 370442AU9   Claim # 2
(Frances H. Caterina)

OBJECTION / RESPONSE TO NOTICE TO SELL SUBSTANTIALLY
ALL OF DEBTOR'S ASSETS PURSUANT TO MASTER SALE AND PURCHASE AGREE-
MENT WITH VEHICILE ACQUISITION HOLDINGS LLC, <u>A U.S. TREASURY-
SPONSORED PURCHASER</u>

    Frances H. Caterina, Bond Holder; and All others Similarly Situated, et al; do object and oppose the Motion and the Terms of Sale Procedure Order (MPA) now before the Court as being violative of all Rights herein reserved under U.C.C. 1-207.7; Anderson U.C.C. 1-207.7, page 437, 3rd Edition.

    The Objectors herein further reserve rights under U.C.C 1-103 et sequel and U.C.C. 1-103.6; page 69 Andersons 3rd Edition.

    Also! further reservations of rights under U.C.C. 2-721 et sequel are made (Uniform Commerical Code 2-721 Remedies for Fraud and for non-fraudulent breach), page 54 Anderson 3rd Edition.

    The Objectors contend that they are being denied Trial By Jury on these matters as is protected them under the Uniform Commerical Code and F.R.C.P. Rule 38(a); the just relief sought herein.

    With the Rights reserved and placed on record any furtherence of this matter with out regard to the Notice will render constitutional doubt upon the Court's jurisdition until the bond holders of Record recover their entire Bond moneys with full interest to date.

    NOTICE to the Court is hereby respectfully submitted :

Respondent Bond Holder Frances H. Caterina and All,
Others Similarly Situated

Date: 13th June 2009
202 Kenyon Dr.
Peckville, PA. 18452
(570) 489-8741

(1)

*Frances H. Caterina*
Frances H. Caterina, et al
"All Rights Reserved UCC 1-207
Explicit., In Pro Se;
without prejudice"

```
UNITED STATES BANKRUPTCY COURT        :  Docket No. 1891  17 June 2009
SOUTHERN DISTRICT OF NEW YORK         :
. . . . . . . . . . . . . . . . . . . :  Chapter 11 Case No.
In Re:                                :
GENERAL MOTORS CORP., et al.,         :  09-50026 (REG)
                         Debtors.     :  (Jointly Administered)
. . . . . . . . . . . . . . . . . . . :
                                      :  7.20% Due 15 Jan 2011 ($ 20,000)
RESPONDENT BOND HOLDER:                :  Cusip/isin 370442BB0  Claim # 1
FRANCES H. CATERINA and ALL           :
Others Similarly Situated, et al      :  7.70% Due 15 Apr 2016 ($ 6,000)
                                      :  Cusip/isin 370442AU9  Claim # 2
                      Objector/s.     :  (Frances H. Caterina)
. . . . . . . . . . . . . . . . . . . :
```

JUL 6 2009
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

## REBUTTAL TO OMNIBUS RESPONSE REPLY

Frances H. Caterina, Bond Holder; and all others Similarly Situated, et al; do object, oppose and rebut the Omnibus Response Reply in opposition to the Motion and Terms of Sale Procedure Order (MPA) now before the Court as follows:

1) Trial By Jury is not a statutory right, but rather is a Constitutional Right:

> "Where rights secured by the Constitution are involved, their can be no rule making or legislation which abrogate them." (emphasis added)
> cite: Ernesto A. Miranda v State of Arizona, 348 US 433; 86 Sup Ct Rpt 1602; n73 p 1608

The Bankruptcy Code, legislative law of rules, cannot abrogate the Constitutional Right to trial by Jury or the assertion thereof.

2) The Omnibus Response Reply failed to address UCC 2-721 Remedies for Fraud and for non-fraudulent breach:

> "...a decision produced by fraud on the court is not in esssnce a decision at all, and never becomes final."
> ---Kenner, et al vs Commissioner of Internal Revenue, U.S. Court of Appeals, 7C, Sep. Term 1967, Sep. Session 1967, No. 16008, Jan. 5, 1968. Before Hastings, Chief Judge, Castle and Fairchild, Circuit Judges.

See Respondent Bond Holder's REBUTTAL EXHIBIT 'A' Attached.

Frances H. Caterina, Bond Holder; and all others Similarly Situated, et al; submitts the hereinabove Rebuttal to Obmnibus Response Reply (see attached) respectfully to this Court.

Respondent Bond Holder Frances H. Caterina and All Others Similarly Situated

*Frances H. Caterina*
Frances H. Caterina, et al

Date: 30th June 2009
202 Kenyon Drive
Peckville, Pa. 18452
(570) 489-8741                (5)

"All Rights Reserved UCC 1-207 Explicit., In Pro Se, without prejudice"

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | | PROOF OF CLAIM |
|---|---|---|

Name of Debtor (Check Only One):
☒ Motors Liquidation Company (f/k/a General Motors Corporation)
☐ MLCS, LLC (f/k/a Saturn, LLC)
☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation)
☐ MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.)

Case No.
09-50026 (REG) ✓
09-50027 (REG)
09-50028 (REG)
09-13558 (REG)

Your Claim is Scheduled As Follows:

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case, but may be used for purposes of asserting a claim under 11 U.S.C. § 503(b)(9) (see Item # 5). All other requests for payment of an administrative expense should be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property): FRANCES H. CATERINA

\* Exhibits "D" & "E"

Name and address where notices should be sent:
FRANCES H. CATERINA
202 Kenyon Dr.
Peckville, PA. 18452

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: 1891 &
(If known) \* 3158

Filed on: 6/17/09 & 7/6/09

Telephone number: (570) 489-8741
Email Address:

Name and address where payment should be sent (if different from above):
Morgan Stanley/SmithBarney Attn: Michael Loughney c/o
111 N. Washington Ave., STE 201
Scranton, PA. 18503
Telephone number: 570-961-7735

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

If an amount is identified above, you have a claim scheduled by one of the Debtors as shown. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

1. **Amount of Claim as of Date Case Filed, June 1, 2009:** $ 26,000   Corp Bonds IRA

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4. If all or part of your claim is entitled to priority, complete item 5. If all or part of your claim is asserted pursuant to 11 U.S.C. § 503(b)(9), complete item 5.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** See: Exhibits attached "A", "B", & "C"
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Equipment  ☐ Other
Describe:
Value of Property: $ 26,000   Annual Interest Rate ___%  IRA Bonds
Amount of arrearage and other charges as of time case filed included in secured claim, if any: $_____
Basis for perfection: _____
Amount of Secured Claim: $ 26,000   Amount Unsecured: $_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain in an attachment.

5. **Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.
Specify the priority of the claim.
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,950\*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).
☐ Up to $2,425\* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case - 11 U.S.C. § 503(b)(9) (§ 507(a)(2))
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).
Amount entitled to priority:
$ _____
\*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

Date: 10/15/09

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Frances H. Caterina*

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.
Modified B10 (GCG) (12/08)

TO BE EXPUNGED

**PLEASE CAREFULLY REVIEW THIS NOTICE AS IT WILL AFFECT YOUR CLAIM IN THE GENERAL MOTORS CORPORATION (NOW MOTORS LIQUIDATION COMPANY) BANKRUPTCY CASE**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
In re : Chapter 11 Case No.
:
MOTORS LIQUIDATION COMPANY, *et al.*, : 09-50026 (REG)
f/k/a General Motors Corp., *et al.* :
:
Debtors. : (Jointly Administered)
:
-----------------------------------------------------------x

## NOTICE OF OBJECTION TO INDIVIDUAL DEBT CLAIMS

### FRANCES H CATERINA

| Claim Information | | | | Basis For Objection |
|---|---|---|---|---|
| **Date** | **Claim #** | **Debtor** | **Classification / Amount** | Claim is duplicative of a claim allowed for the indenture trustee on behalf of all Individual Bondholders |
| 10/21/2009 | 14061 | MOTORS LIQUIDATION COMPANY | SECURED: $26,000.00 | |

**PLEASE TAKE NOTICE THAT**, on August 13, 2010, Motors Liquidation Company (formerly known as General Motors Corporation) and its affiliated debtors, as debtors in possession (the "**Debtors**"), filed an objection to your proof of claim identified above. The name of the objection is the Debtors' Forty-Ninth Omnibus Objection to Claims (Duplicate Debt Claims) (the "**Objection**").

You have received this notice because the Debtors have objected to your proof of claim and your rights will be affected.

You should read this notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.

US_ACTIVE:\43430149\01\72240.0635