September 7, 2010

Honorable Robert E. Gerber
United States Bankruptcy Judge
Room 621
United States Bankruptcy Court
For the District of New York
One Bowling Green, NY,NY 10004

Re. MOTORS LIQUIDATION COMPANY, et al.,
    f/k/a General Motors Corp., et al.
    Debtors

Dear Honorable Robert E. Gerber, Judge

I, Brandon J. Davis, Object to this Motion, based on the fact that my claim has been filed
in a timely manner and fully documented, in addition to receiving a Recall Notice from
General Motors where they admit that their product could be at fault and cause a fire,
which it did and I lost my total investment.

I have forwarded to this Court all of my Documents that demonstrates that I have been
wronged by General Motors and they indeed owe me for damages and cost.

Please note the following enclosed documents

| DATE | ITEM |
|------|------|
| 7-1-10 | Proof of Claim to Bankruptcy Court |
| 7-1-10 | Letter to Motors Liquidation Company Claims Processing |
| 7-19-10<br>7-19-11 | M.L.C. Claims Register from Motors Liquidation Company<br>Listing my Claim at $13,060. |
| 11-30-09 | Letter to ESIS Central Claims Unit  (Rep. GM ) |
| 10-7-09 | Letter to ESIS Central Claims Unit  (Rep. GM ) |
| 9-20-09 | Letter to General Motors |
| 10-5-09 | Letter to ESIS |
| 4-  -09 | ReCall Letter from GM |

| DATE | ITEM |
|------|------|
| 4-22-09 | Sims, Buick Pontiac GMC, ( ReCall Warranty Work |
| 4-22-10 | Complete) |

Note: I have submitted other documents to verify and justify my claim that are available if required )

The Court should also note the enclosed article from the <u>Cleveland Plain Dealer dated 11-18-09</u>: <u>"GM ask Court to Let it Drop Payments in Engine Suits"</u>

Finally the article in the <u>Cleveland Plain Dealer 8-19-10 "GM gets ready for its IOP, to include US owned stock"</u>  The article states that since emerging from bankruptcy last year GM has put people back to work, by adding shifts at its plants and posted profits for a second straight quarter" thi year 2010.

The Court has allowed this company to file bankruptcy in order to hide from paying its creditors, and now they are back to business as usual and multi-million dollars in profits.

All that I am requesting is they pay me what is do, for their faulty product which could have cause the life of several indivuduls when it caught on fire, but thank God it didn't.

My claim amount would be what they have filed on their own Claims Register in the amount of $13,060.

Thank you for your prayers for consideration in this matter !

These funds will assist me in continuing my training in a welding school so that I can qualify myself to start an apprenticeship as a pipefitter.

Sincerely.

Brandon Davis

Brandon J. Davis
(216) 731-9944
e-mail: nathandavis55@aol.com


WEIL,GOTSHAL & MANGES LLP
Joseph H. Smolinsky
Harvey R. Miller
Stephen Karoykin

**UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

**PROOF OF CLAIM**

| Name of Debtor (Check Only One): | Case No. |
|---|---|
| ☑ Motors Liquidation Company (f/k/a General Motors Corporation) | 09-50026 (REG) |
| ☐ MLCS, LLC (f/k/a Saturn, LLC) | 09-50027 (REG) |
| ☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation) | 09-50028 (REG) |
| ☐ MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.) | 09-13558 (REG) |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case, but may be used for purposes of asserting a claim under 11 U.S.C. § 503(b)(9) (see Item # 5). All other requests for payment of an administrative expense should be filed pursuant to 11 U.S.C. § 503.*

Your Claim is Scheduled As Follows:

Name of Creditor (the person or other entity to whom the debtor owes money or property): **BRANDON J. DAVIS**

Name and address where notices should be sent:

**BRANDON J. DAVIS**
**337 WOOD BRIDGE GLEN**
**RICHMOND HTS. OHIO 44143**

Telephone number: **(216) 731-9944**
Email Address: **nathandavis53@aol.com**

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):

**SAME**

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:

*If an amount is identified above, you have a claim scheduled by one of the Debtors as shown. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.*

**1. Amount of Claim as of Date Case Filed, June 1, 2009:** $ **9,030.00**

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4. If all or part of your claim is entitled to priority, complete item 5. If all of your claim is asserted pursuant to 11 U.S.C. § 503(b)(9), complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** RG CALL - FIRE - TOTAL LOST
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:**

**3a. Debtor may have scheduled account as:** **678775**
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate ☑ Motor Vehicle ☐ Equipment ☐ Other
Describe:

**Value of Property:** $ **4,030**   Annual Interest Rate ___ %

**Amount of arrearage and other charges as of time case filed included in secured claim, if any:** $ **5,000**

**Basis for perfection:** **TIME + EXPENSE**

**Amount of Secured Claim:** $ **4,030**   **Amount Unsecured:** $ **5,000**

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain in an attachment.

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).

☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case – 11 U.S.C. § 503(b)(9) (§ 507(a)(2)).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

**Amount entitled to priority:**

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**Date:** **7-1-10**   Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Brandon Davis*

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Modified B10 (GCG) (12/08)



## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules. The attorneys for the Debtors and their court-appointed claims agent, The Garden City Group, Inc., are not authorized and are not providing you with any legal advice*

### A SEPARATE PROOF OF CLAIM FORM MUST BE FILED AGAINST EACH DEBTOR

PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: IF BY MAIL: THE GARDEN CITY GROUP, INC., ATTN: MOTORS LIQUIDATION COMPANY CLAIMS PROCESSING, P.O. BOX 9386, DUBLIN, OH 43017-4286. IF BY HAND OR OVERNIGHT COURIER, THE GARDEN CITY GROUP, INC., ATTN: MOTORS LIQUIDATION COMPANY CLAIMS PROCESSING, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. PROOFS OF CLAIM MAY ALSO BE HAND DELIVERED TO THE UNITED STATES BANKRUPTCY COURT, SDNY, ONE BOWLING GREEN, ROOM 534, NEW YORK, NEW YORK 10004. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR E-MAIL WILL NOT BE ACCEPTED.

### THE GENERAL AND GOVERNMENTAL BAR DATE IS NOVEMBER 30, 2009 AT 5:00 P.M. (PREVAILING EASTERN TIME)

**Court, Name of Debtor, and Case Number:**
These chapter 11 cases were commenced in the United States Bankruptcy Court for the Southern District of New York on June 1, 2009. You should select the debtor against which you are asserting your claim.
A SEPARATE PROOF OF CLAIM FORM MUST BE FILED AGAINST EACH DEBTOR.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. Please provide us with a valid email address. A separate space is provided for the payment address if it differs from the notice address. A creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the debtor, trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor, if any.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. § 507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly nonpriority. For example, in some of the categories, the law limits the amount entitled to priority.

For claims pursuant to 11 U.S.C. § 503(b)(9), indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before June 1, 2009, the date of commencement of these cases. (See DEFINITIONS, below.) Attach documentation supporting such claim.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the Debtor credit for any payment received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt or of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on proof of claim.

---

## DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.
The Debtors in these Chapter 11 cases are:

Motors Liquidation Company
(f/k/a General Motors Corporation)           09-50026 (REG)
MLCS, LLC
(f/k/a Saturn, LLC)                          09-50027 (REG)
MLCS Distribution Corporation
(f/k/a Saturn Distribution Corporation)      09-50028 (REG)
MLC of Harlem, Inc.
(f/k/a Chevrolet-Saturn of Harlem, Inc.)     09-13558 (REG)

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the Debtor on the date of the bankruptcy filing. See 11 U.S.C. §101(5). A claim may be secured or unsecured

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with The Garden City Group, Inc. as described in the instructions above and in the Bar Date Notice

**Secured Claim Under 11 U.S.C. § 506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be

paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff)

**Section 503(b)(9) Claim**
A Section 503(b)(9) claim is a claim for the value of any goods received by the debtor within 20 days before the date of commencement of a bankruptcy case in which the goods have been sold to the debtor in the ordinary course of such debtor's business.

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. § 507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's

tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien certificate of title, financing statement or other document showing that the lien has been filed or recorded.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing from The Garden City Group, Inc., please provide a self-addressed, stamped envelope and a copy of this proof of claim when you submit the original claim to The Garden City Group, Inc.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official or documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.), and any applicable orders of the bankruptcy court.

**Additional Information**
If you have any questions with respect to this claim please contact AlixPartners at 1 (800) 414-9607 or by email at claimsquestions@motorsliquidation.com

---

## INFORMATION

July 1, 2010

The Garden City Group Inc.

Att. Motors Liquidation Company Claims Processing
P. O. Box 9386
Dublin, Ohio 43017-4286

Re: Brandon J. Davis
    Claim for 1989 Gran Prix

Dear Sir:

I have been diligently pursuing this claim with General Motors since Sept. 21, 2009,
please see enclosed correspondence. I have been in contact with both General Motors
Claims Department and with ESIS Central Claims Unit which is a Legal Firm that
represented general Motors. All the time while having my claim filed with these mention
Legal Representatives, I never was advised once that I now needed to refile my claim
with Motors Liquidation Company Claims Processing.

The only way I found out about MLCCP was by calling General Motors every three
months to check on the status of my claim, when they finally gave me your web site
Address, and that is how I got in contact with you.

I only pray that you will consider my claim since it is now after your deadline filing date.
As my attached documents will verify my claim started with General Motors before your
deadline filing date and no one had the courtesy to advise me to refile with you.

I am a young man in my mid twenties trying to find my way and start a fresh career in the
Construction Trade, I have already taken my first six week course in basic welding and
waiting to start my second six week course in Pipefitting Welding. After I complete the
Second course, I hope to be called out to start the Pipefitters Apprenticeship Program.

Your assistance in resolving this claim will assist me with the tuition for thr second Pipe-
Fitting Welding Class which is over $ 2,500. Thanking you in advance!

Sincerely

Brandon Davis
Brandon J. Davis

MLC

v1.0a

Home

Claims Information

Schedules & Statements

Media

Real Estate & Asset Sales

Investor Information

FAQ

Contact Us

Secure Login

Claims Register

Claims Information > Claim Register

Search By: **Claim #**    Includes: **70339**    Search    View All

Displaying: Claim Number contains '70339'

| ID | Claim # | Creditor Name | Debtor | Date Filed | Total Outstanding Claim Amount | Claim Image | C/U/D/B |
|----|---------|---------------|--------|-----------|-------------------------------|-------------|---------|
| 70339 View: 70339 | | BRANDON J. DAVIS View: BRANDON J. DAVIS | Motors Liquidation Company | 7/3/2010 12:00:00 AM 07/03/2010 | 13060.0000 $13,060.00 | | |

Records per page: **20**

Records: 1 - 1 of 1 - Pages:    1

**Disclaimer:** The material and historical information disclosed on this site is for informational purposes only and is not intended to be legal advice or indicative of future performance.  Please consult an attorney for advice specifically relating to your legal matter.  Motors Liquidation Company is not responsible for and makes no representations about the content, completeness, or accuracy of any other web-sites that are accessible through this site.

July 19, 2010 @ 04:10:45 PM

November 30, 2009

ESIS Central Claims Unit
P. O. Box 300
Mail Code 482 C19 B61
Detroit, MI 48265-3000

Re. Brandon Davis
File: 678775

Dear Sir:

More than five weeks have gone by since my letter of October 7, 2009, concerning the above claim and I have not had any correspondence from General Motors. This is very unprofessional and unbussiness like. Just to demonstrate my loyalty to General Motors , I have purchased another General Motors automobile, a 2004 Monte Carlo. This vehicle was purchased on November 10, 2009. (see attachments)

My 1998 Gran Prix was totaled by fire on September 10, 2009; therefore I have been without transportation for a total of two months because of General Motors negligence with an oil leakage problem that cause a fire and cause my automobile to be totaled.. I have been without an automobile for two months which equals sixty days. Rental cost for an automobile is $20.00 per day in the Cleveland area. Therefore in considering the settlement for this claim the rental cost should be taken into consideration at :
( $20.00 X 60 days =  $1,200.00 ) This should be taken in consideration with the Book Value of my vehicle, the 1998 Gran Prix. Thank you for your consideration, I look forward to your early response.

**SINCERELY,**


**Brandon Davis**


attachments



**AXELROD**
*SALES & SERVICE INC. Mahindra*

6767 BROOKPARK ROAD
PARMA, OHIO 44129
(216) 459-8350 • FAX (216) 459-0892
www.axelrodsales.com

November 19, 2009

Brandon Davis
337 Woodbridge Gln
Cleveland, OH 44143-1463

Dear Mr. Davis:

On behalf of everyone here at Axelrod Sales & Service, I would like to thank you for your recent purchase of a Chevrolet Monte Carlo. We look forward to serving your automotive needs. Our Service Department offers maintenance and repair work on makes and models, Monday through Saturday. *Check out our service specials at www.axelrodservice.com.* Please see Gary or Jim at the service desk. We have one of the busiest collision centers in the area and direct repair relationships with major insurance companies.

Our commitment to customer satisfaction is stronger than ever. We want your next vehicle purchase to be from our dealership. That's why we are dedicated to making this ownership experience as satisfying as possible. Rest assured that every effort will be made to merit your continued confidence in Axelrod for many years to come.

Sincerely

Phil Axelrod

cc:Janelle Arcuri

**MOTOR VEHICLE PURCHASE CONTRACT**

PURCHASER _BRANDON J. DAVIS_

ADDRESS _337 WOODBRIDGE GLN_

CITY _RICHMOND HTS._  STATE _OH_  ZIP _44143_

RES. PHONE ( _216_ ) _731-9944_

BUS. PHONE ( ___ )

E-MAIL _____  DATE _11/10/09_

DRIVER'S LICENSE NO. _____

PLEASE ENTER MY ORDER FOR THE FOLLOWING DESCRIBED
MOTOR VEHICLE: ❑ NEW ☒ USED ❑ DEMO ❑ RENTAL ❑ FACTORY OFFICIAL

| | MAKE | YR. | MODEL | BODY TYPE | COLOR | TRIM | STK. NO. | SERIAL NO. |
|---|---|---|---|---|---|---|---|---|
| VEHICLE SOLD | CHEVROLET | 04 | MONTE CARLO | CP | BLACK | | 9380P130 | 2G1WX12K749357203 |
| VEHICLE TRADED IN WILL BE: | N/A | N/A | N/A | N/A | N/A | | N/A | N/A |

MILEAGE ON TRADE IN: _N/A_  Accurate Unless Marked Not Accurate ❑ NOT ACCURATE

DOES THE TRADE HAVE A ❑ YES  SALVAGE VEHICLE HISTORY? ❑ NO

MILEAGE ON PURCHASED VEHICLE: _65458_  Accurate Unless Marked Not Accurate ❑ NOT ACCURATE

**REMARKS:** _____

**DEPOSIT (PARTIAL PAYMENT) RECEIPT**
Purchaser hereby provides to the Dealer the sum of $ _____ as a Non-Refundable Deposit for the vehicle described above. If this Receipt is for a Deposit, Dealer will refrain from selling the described vehicle for _____ days from the date of Deposit.

X _____

**NEGATIVE EQUITY:**
I am aware the balance owed on my trade-in/lease turn-in vehicle exceeds the allowance from Dealer and, as a result, I have requested that $ _____ from my trade-in/lease turn-in be included in the total cash price of the vehicle.

X _____

**ARBITRATION**
I agree that any dispute arising from this transaction will go to arbitration and I have executed a detailed arbitration agreement which is fully incorporated herein. **Arbitration is not required for the purchase or financing of your vehicle.**

X _____

| | | |
|---|---|---|
| A. BASE PRICE OF VEHICLE | $ | 9180.6 |
| B. OPTIONAL EQUIPMENT | | |
| THIS VEHICLE COMES WITH | $ | N/A |
| 3mo/3,000mi LTD POWERTRAIN WARRANTY | $ | N/A |
| | $ | N/A |
| | $ | N/A |
| C. TOTAL CASH PRICE (A & B) | $ | 9180.6 |
| DOWN PAYMENT | | |
| CASH OR CHECK (SEE #1 REVERSE SIDE) | $ | N/A |
| TRADE IN | $ | N/A |
| | $ | N/A |
| LESS BALANCE OWED TO | $ | N/A |
| D. TOTAL DOWN PAYMENT | $ | N/A |
| MISCELLANEOUS | | |
| DOCUMENTARY SERVICE FEE | $ | 250.00 |
| SALES TAX | | |
| (TAXABLE BALANCE $ 9430.63 ) | $ | 730.87 |
| TITLE FEES | $ | 20.00 |
| LICENSE FEES | $ | 18.50 |
| E. TOTAL MISCELLANEOUS | $ | 1019.3 |
| F. UNPAID BALANCE (C – D + E) | $ | 10200.0 |
| OTHER CHARGES | | |
| | $ | N/A |
| GAP | $ | N/A |
| G. TOTAL OTHER CHARGES | $ | N/A |
| H. TOTAL UNPAID BALANCE | $ | 10200.00 |

ALL WARRANTIES, IF ANY, BY A MANUFACTURER OR SUPPLIER OTHER THAN DEALER ARE THEIRS, NOT DEALERS, AND ONLY SUCH MANUFACTURER OR OTHER SUPPLIER SHALL BE LIABLE FOR PERFORMANCE UNDER SUCH WARRANTIES, UNLESS DEALER FURNISHES PURCHASER WITH A SEPARATE WRITTEN WARRANTY OR SERVICE CONTRACT MADE BY DEALER ON ITS OWN BEHALF. DEALER HEREBY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE IN CONNECTION WITH THE VEHICLE AND ANY RELATED PRODUCTS AND SERVICES SOLD BY DEALER. DEALER NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF THE VEHICLE AND THE RELATED PRODUCTS AND SERVICES. IN THE EVENT THAT A WRITTEN WARRANTY IS PROVIDED BY DEALER OR A SERVICE CONTRACT IS SOLD BY DEALER UNITS OWN BEHALF, ANY IMPLIED WARRANTIES ARE LIMITED IN DURATION TO THE TERM OF THE WRITTEN WARRANTY/SERVICE CONTRACT.

If the purchase of the motor vehicle described herein is to be financed, all disclosures required by Revised Regulation Z, Truth-in-Lending Simplification Act, will be made by the lending institution (creditor) to purchaser at the time purchaser is to be contractually obligated on the credit transaction. **If the purchase of the motor vehicle described herein is to be financed, the Annual Percentage Rate (APR) may be negotiated with the dealership and the dealership may receive a fee, commission, or other compensation for providing, procuring, or arranging financing.**

NO ORAL REPRESENTATIONS HAVE BEEN MADE TO THE PURCHASER and all terms of the agreement are printed or written front and back.

I understand that this order requires the acceptance at the dealer or his authorized agent.

**CONTRACTUAL DISCLOSURE STATEMENT (USED VEHICLES ONLY) THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE. GUÍA PARA COMPRADORES DE VEHÍCULOS USADOS. LA INFORMACIÓN QUE EN EL FORMULARIO DE LA VENTANILLA PARA ESTE VEHÍCULO FORMA PARTE DEL PRESENTE CONTRACTICO. LA INFORMACIÓN DEL FORMULARIO DE LA VENTANILLA DEJA SIN EFECTO TODA DISPOSICIÓN EN CONTRATO CONTENIDA EN EL CONTRATO DE VENTA.** Not binding unless accepted by seller and credit is approved, if applicable, by financial institution. **See Spot/Conditional Delivery Agreement fully incorporated herein.**

This motor vehicle contract is executed this _10TH_ day of _NOVEMBER_ _2009_

PURCHASER(S) _____

SALESPERSON _THOMAS, PAMELA  LIBAYIO, DANILLE_

ACCEPTED BY AUTHORIZED AGENT _____

October 7, 2009

ESIS Central Claims Unit
P.O. Box 300
Mail Code 482 C19 B61
Detroit, MI 48265-3000

Re. Brandon Davis
File: 678775

Dear Sir:

This submittal of pictures should finalize your requirement as listed in your letter dated September 30, 2009. You requested color photos taken of the underhood engine area. The Pictures that are enclosed were taken with a cell phone camera and are the only pictures taken after the fire totally destroyed the 1998 Pontiac Grand Prix.

The following should be considered in your Technical Evaluation:

1. When the Fire Department arrived the 1998 Pontiac Grand Prix was **Fully Involved with Fire.** (see report)

2. To complete the extinquishment the **Hood Had To Be Pried** by the Fire Department. (see report)

3. There were three (3) Professional Firemen who witness the fire, **Frank Beach, Anthony Pellegrino, and Robert Stragisher.** (see Fire Report pages 7,8,9)

4. These three (3) Firemen were eye witnesses to the fire and can tell you the **extent, color of flames, main location, odor, and degree of smoke which would be far better than any photo that probably would not give the true exact colors anyway.**

5. There were also two other associates of mind who were with me on the evening of September 10, 2009 and can serve as **eye witnesses to the fire**, they are: **James Garrett, (216) 501-1397 and Mark Coleman, (216) 272-7091.**

6. This 1998 Grand Prix had a history of oil leakage problems in which I have receipts for and have already submitted them to you. The Marathon Gas Station Dealer will admit that he tried to stop the oil leakage on several occasions.

7. Even after taking my 1998 Pontiac Grand Prix in to have the Recall work performed, the automobile still caught on fire; and thank God the fire didn't kill me in the car and a few others.

After reviewing all the submitted documents, facts and talking to witnesses, **I have coinfidence that General Motors will do the right thing!**

**I LOOK FORWARD TO YOUR FAVORABLE RESPONSE !**

**SINCERELY,**


**Brandon Davis**


enclosures

September 20, 2009

General Motors
P.O. Box 33172
Detroit, Michigan 48232-6172

Dear Sir:

I am writing you concerning my 1998 Grand Prix, VIN NUMBER:
1G2WP52K9WF299855. (see Title attached) I purchased this vehicle used in good faith
from Tim Schckowski a Marathon Gas Station Dealer on March 19, 2009 for $ 2,500.00
(see Marathon receipt and cashier's check).

My Father advised me that General Motors cars has always served him and the family
well for years, and that this Grand Prix sounded like a good purchase. Soon after I
purchased this automobile, I notice that it continued to leak oil, all of the time so I
returned it to the Marathon Dealer to have the oil leak repaired.several times. (see receipt
5-2-09 for $115.00 and receipt 6-1-09 for $215.00). Even after returning the automobile
several times after these receipts the automobile continued to leak oil, the proof is oil
stains in my driveway.

I received a Recall Notice from General Motors stating, "An underhood fire may be
caused, being deposited on the exhaust manifold through hard braking. If the manifold is
hot enough, the oil may ignite into a small flame and, in some instances, the fire may
spread to the plastic spark plug wire channel and beyond. If this occurs, there could be a
fire in your vehicle and nearby property."

After receiving this notice I took my automobile into Sims Buick Pontiac GMC, 940
Babbitt Road, Euclid, Ohio 44123, (216) 289-5700, to have the recall warranty work
done on 4-22-09. (see attached invoice)

While visiting a friend on September 10, 2009, I parked my automobile on the streets at
1529 E. 248 St. A neighbor came to my friend's house to inform me that my automobile
was fully on fire under neath the hood. I went outside to investigate the flames and
immediately called the City of Euclid Fire Department. They came out and extinguished
the fire before it reached the gas tank and cause an explosion. The Fire Department also
advised me that my car was a **TOTAL LOST.**  (please see Euclid Fire Department
Report dated 9-10-09).

I am enclosing pictures that illustrates the following: 1) This was an **underhood fire** 2)
This fire was caused by **drops of engine oil**. (see dark smoke cause by oil and oil repair
receipts).

I took every pre-caution that General Motors recommended in the Recall Notice, but still
my automobile caught on fire at **no fault of mind by negligence, therefore this is a
General Motors manufacturing fault by design.**

**<u>I requesting retribution in the amount of my purchase price for the automobile and for oil leak repair work in addition to compensation for time and inconvenience.</u>**

**<u>I look forward to your early response because now I am without transportation !!!</u>**

Sincerely.

*Brandon Davis*

**Brandon Davis**
**(216)731-9944 home**
**(216) 990-8110 cell**

cc  **Attorney Louis Stokes – hold unless no response**
     **Attorney  Jimmie Mack – hold unless no response**
     **Better Business Bureau – hold unless no response**

**·HONORED**

## Pillar of Justice
## goes to Louis Stokes

Louis Stokes has won the first Pillar of Justice Award from the Federal Bar Association Northern District of Ohio for his accomplishments as a lawyer and congressman.



**Louis Stokes**

*To submit candidates for Honored, e-mail information to metrodesk@plaind.com, fax it to 216-999-6374, or mail it to Honored, c/o Plain Dealer Plaza, 1801 Superior Ave., Cleveland 44114. Please include the names and contact information of the honor's recipient, its source and yourself, along with the recipient's photograph and relevant qualifications.*

DEAR ESIS,

REF. BRANDON DAVIS

FILE 678775

PLEASE BE ADVISED THAT ALL OF THE REQUESTED
INFORMATION IN YOUR LETTER OF SEPT 30, 2009 WAS
RECEIVED BY GENERAL MOTORS CLAIMS DEPARTMENT
ON SEPT 21, 2009. THE REASON I KNOW IS
BECAUSE AFTER THEY RECEIVED THIS INFORMATION
THEY CALLED ME TO INFORM ME THAT THEER ATTORNEY
WOULD BE CONTACTING ME WITHIN A TWO (2) WEEK
PERIOD.

I AM QUITE DISTURBED THAT YOU ARE WRITTING
ME NOW REQUESTING THIS SAME INFORMATION THAT
WAS IN THE HANDS OF GENERAL MOTORS ON
SEPT 21, 2009. IT SEEMS AS IF SOME ONE
IS PLAYING GAMES AND WASTEING TIME.

EVERY DAY THAT I AM WITHOUT A CAR
MY COST GOES UP, IN THE CLEVELAND
AREA IS COST APPROXIMATELY $20.00 A DAY
TO RENT A CAR.

IT WOULD BE APPRECIATED IF YOU WOULD ACT ON THIS CLAIM AS SOON AS POSSIBLE BECAUSE I AM BEING VERY INCONVENIENT TRYING TO PAY FOR TRANSPORTATION, AND MY FUNDS ARE RUNNING SHORT,

I THOUGHT THIS INFORMATION SHOULD HAVE ALREADY BEEN GIVEN A TECHNICAL EVALUATION SINCE IT WAS RECEIVED BY GENERAL MOTORS CLAIMS DEPARTMENT ON SEPT. 21, 2009,

YOUR PROMPT RESPONSE IS APPRECIATED.

SINCERELY,

Brandon Davis



Brandon Davis
337 Woodbridge Gln
Richmond Hts, OH 44143-1463

Dear Brandon Davis:

This notice is sent to you in accordance with the requirements of the National Traffic and Motor Vehicle Safety Act.

General Motors has decided that a defect, which relates to motor vehicle safety, exists in certain 1998 model year Pontiac Grand Prix vehicles equipped with a 3.8L V6 naturally aspirated engine. As a result, GM is conducting a safety recall. We apologize for this inconvenience. However, we are concerned about your safety and continued satisfaction with our products.

---

### IMPORTANT

- Your 1998 model year Pontiac Grand Prix, VIN 1G2WP52K9WF299855, is involved in safety recall 09047.
- Schedule an appointment with your Pontiac dealer.
- This service will be performed for you at **no charge.**

---

**Why is your vehicle being recalled?**

An underhood fire may be caused by drops of engine oil, from seepage or spillage, being deposited on the exhaust manifold through hard braking. If the manifold is hot enough, the oil may ignite into a small flame and, in some instances, the fire may spread to the plastic spark plug wire channel and beyond. If this occurs, there could be a fire in your vehicle and nearby property.

**What will we do?**

Your Pontiac dealer will replace the spark plug wire channel with new spark plug wire retainers. This service will be performed for you at **no charge.** Because of service scheduling requirements, it is likely that your dealer will need your vehicle longer than the actual service correction time of approximately 15 minutes.

There are two very important precautions you should take before your vehicle is serviced:

- We strongly recommend you not park your vehicle in a garage, car port, or other structure.

- If you notice a burning odor, you should have your GM dealer inspect your vehicle immediately. The dealer will inspect your vehicle without charge.



P.O. Box 33172 · Detroit, MI 48232-5172



Pontiac
P.O. Box 909989
Milwaukee, WI 53209-9989

09047 1G2WP52K9WF299855 16 0060903
BRANDON DAVIS
337 WOODBRIDGE GLN
RICHMOND HTS, OH 44143-1463




Sims

# Buick Pontiac GMC

940 Babbitt Road ∗ Euclid, OH 44123
(216) 289-5700 ∗ Fax (216) 289-3667

| CUSTOMER NO. 9908110 | ADVISOR GARY ABBEY | 55 | TAG NO. 511 | INVOICE DATE 04/22/09 | INVOICE NO. PNCS39125 |
|---|---|---|---|---|---|

| | LABOR RATE | LICENSE NO. | MILEAGE 124,172 | COLOR BLACK/ | STOCK NO. |
|---|---|---|---|---|---|

BRANDON DAVIS
337 WOODBRIDGE GLN
RICHMOND HTS, OH 44143-1463

| YEAR / MAKE / MODEL 98/PONTIAC/GRAND PRIX/4DR SDN | DELIVERY DATE 06/06/98 | DELIVERY MILES |
|---|---|---|

| VEHICLE I.D. NO. 1 G 2 W P 5 2 K 9 W F 2 9 9 8 5 5 | SELLING DEALER NO. | PRODUCTION DATE |
|---|---|---|

| F.T.E. NO. | P.O. NO. | R.O. DATE 04/22/09 |
|---|---|---|

| RESIDENCE PHONE 216-731-9944 | BUSINESS PHONE | COMMENTS | | MO: 124172 |
|---|---|---|---|---|

JOB# 1 CHARGES

LABOR
J# 1 99BUZ09047   ENGINE FIRE      HOURS:  0.20 TECH(S):61                    WARRANTY
        09047 ENGINE COMPARTMENT FIRE
        V2066 0.2
        ENGINE OIL MAY BE DEPOSITED ON THE EXHAUST MANIFOLD
        THROUGH HARD BRAKING. COULD CAUSE A FIRE IF OIL
        TOUCHES A HOT SURFACE
        REPLACE CYLINDERS 1-3-5 SPARK PLUG RETENTION RETAINERS

PARTS------QTY---FP-NUMBER-------------DESCRIPTION--------LIST PRICE-UNIT PRICE-
           1     12132229             RETAINER 2.251                    WARRANTY
           1     88891792             RETAINER 2.251                    WARRANTY
                                                 TOTAL - PARTS          0.00

JOB# 1 TOTALS

                        JOB#  1 JOURNAL PREFIX  PNCS  JOB#  1 TOTAL      0.00

ESTIMATE
CUSTOMER HEREBY ACKNOWLEDGES RECEIVING
        ORIGINAL ESTIMATE OF     $0.00 (+TAX)
COMMENTS
WAIT

TOTALS

****************************************
*                                       *      TOTAL LABOR....       0.00
*                                       *      TOTAL PARTS....       0.00
* [ ] CASH   [ ] CHECK   CK NO. [    ]  *      TOTAL SUBLET...       0.00
*                                       *      TOTAL G.O.G....       0.00
* [ ] VISA   [ ] MASTERCARD   [ ] DISCOVER *   TOTAL MISC CHG.       0.00
*                                       *      TOTAL MISC DISC       0.00
* [ ] AMER XPRESS   [ ] OTHER   [ ] CHARGE * TOTAL TAX......       0.00
*                                       *                          --------
****************************************       **TOTAL INVOICE $     0.00**

THANK YOU FOR CHOOSING SIMS BUICK PONTIAC. WE PRIDE
OURSELVES IN OUR CUSTOMERS SATISFACTION. IF FOR ANY
REASON YOU ARE NOT COMPLETELY SATISFIED WITH OUR
SERVICE PLEASE CONTACT ME. DAVE PAUL, AT 216-289-5700
THANK YOU AGAIN FOR CHOOSING SIMS BUICK PONTIAC

        CUSTOMER SIGNATURE
*************************      D U P L I C A T E   I N V O I C E    ***************************

C-2 | Business

The Plain Dealer | Breaking news: cleveland.com

Wednesday, November 18, 20

# GM asks court to let it drop payments in engine suits

ROBERT SCHOENBERGER
Plain Dealer Reporter

General Motors wants to dump obligations to pay potentially millions of customers for engine damage caused by the radiator coolant Dex-Cool used in vehicles from 1995 until 2004.

Last year, GM finalized settlement obligations by Dec. 3.

GM spokesman Tom Wilkinson said that if the court approves the request, people who

V-6 engines. Under the settlements, GM was to have paid owners $50 to $800 to repair leaking gaskets and other problems caused by the coolant.

This week, that automaker asked the New York court handling the remnants of its bankruptcy case to let it drop the settlement.

GM spokesman Tom Wilkinson said that if the court approves the request, people who

have not yet been paid for Dex-Cool claims will become unsecured creditors to the portion of General Motors that did not emerge from bankruptcy this summer.

That means they'll join bankers, bondholders, suppliers and other creditors fighting over the nearly worthless scraps of the former company.

However, it's still unclear what will happen to those who have

not yet filed Dex-Cool claims against GM. The automaker had plaintiffs in the case said they were still going over GM's new filing. Objections to the GM filing are due by Nov. 25, and a hearing has been scheduled for Dec. 3.

Wilkinson called GM's decision to seek cancellation of the settlement agreement a "normal part of the bankruptcy process."

Attorneys who represented plaintiffs in the case said they mated that owners of as many as 20 million GM vehicles could receive some form of payment.

At that level, the settlement could have cost GM from $1 billion to $16 billion. The automaker declined to say how much it already had spent on settlement payments.

Attorneys hailed the settlements last year, saying they had won major returns for GM owners who had suffered through repeated repairs of malfunctioning engines. At the time of the settlement, plaintiffs' attorneys esti-

To reach this Plain Dealer reporter:
rschoenb@plaind.com, 216-999-4059

*PO  8-19-10*

# BUSINESS

**C | THE PLAIN DEALER**  ✠  UPDATED FINANCIAL NEWS AT CLEVELAND.COM/BUSINESS

# GM gets ready for its IPO, to include U.S.-owned stock

**CHRISSIE THOMPSON**
*Detroit Free Press*

DETROIT — General Motors on Wednesday kicked off the official process toward listing shares on the New York and Toronto Stock Exchanges in hopes of repaying taxpayers who sponsored the company's 2009 bankruptcy restructuring.

GM will offer both common stock and Series B preferred stock in its initial public offering, the company said in registration papers filed with the Securities and Exchange Commission.

The common stock will include shares owned by the U.S. Treasury, which is beginning the gradual sale of its 61 percent stake in GM, in hopes of recouping the $50 billion it poured into the automaker before its bankruptcy last year.

GM is issuing the preferred shares to gain revenue, which it said it will use for "general corporate purposes."

GM said it will reveal the number of shares to be offered and their price range at a later date, but said it had no plans to pay dividends on its common stock.

The preferred stock, which has a higher claim on the company's assets and earnings, will automatically convert to common stock in 2013, and its owners will receive dividends.

Wednesday's filing is the first step to GM being traded again after the New York Stock Exchange delisted GM stock when the automaker filed for Chapter 11 bankruptcy on June 1, 2009. It emerged 40 days later as the new GM.

"GM is rolling again — thanks to the investment and patience of the American taxpayer," said U.S. Rep.

John Dingell, a Michigan Democrat. "I'm glad to see GM taking steps to pay that money back and putting Americans back to work."

Said U.S. Sen. Debbie Stabenow, a Michigan Democrat, "Today's filing is great news for the hard-working men and women in Michigan and American taxpayers across the country.

Since emerging from bankruptcy last year, GM has put people back to work by adding shifts at its plants and posted profits for a second straight quarter."

SEE GM | C4



PAUL SANCYA | ASSOCIATED PRESS

General Motors, with its headquarters in Detroit shown in this 2009 photograph, has been at work on the 700-page document it filed with the Securities and Exchange Commission Wednesday outlining its plan to sell stock.

# For carmaker's initial offering, financial advisers put on brakes

**ROBERT SCHOENBERGER**
*Plain Dealer Reporter*

General Motors' upcoming public offering of stock will be one of the largest in U.S. history. But that doesn't necessarily mean it's a good investment for potential stock buyers.

Since emerging from last year's bankruptcy, GM faces longstanding challenges to growth such as its declining share of the U.S. market, a money-losing European division and huge pension obligations.

Bankruptcy did clear away its debt, allowing the company to post profits during the first two quarters of this year, but that's not a very long history to use as a basis for informed investment decisions, said Jerry Koler, a financial adviser principal in the family-run Koler Financial Group in Parma.

His recommendation is for potential buyers to wait a few quarters be-

fore buying stock.

"You want to see what they do once they're on their own and when they're no longer government-owned," Koler said. "Do they fall back on bad old habits?"

That's a long-term risk. In the short term, he warns that investors should avoid getting swept up in the hype and the desire to get in early on a new investment.

Initial public offerings of stock often shoot up in the first few days only to fall back below starting prices later.

"Right at the IPO, you're paying a premium for the hype surrounding the stock," Koler said.

Take electric car company Tesla, for example.

Tesla had its IPO on June 29, offering its stock for $19 per share. Prices shot up to $30.42 the following day, but since then, shares have fallen back to below $20 per share.

SEE STOCK | C4

## GENERAL MOTORS' IPO

### Pros

**Debt reduction:** GM dumped $26 billion in long-term debt through bankruptcy, cutting debt-service payments by more than $4 billion so far this year.

**Labor stability:** The UAW last year agreed not to strike during next year's contract negotiations.

**China:** GM's sales in China are growing, U.S. sales stagnating. Buick's success is China was the reason for keeping the brand.

**Products:** GM vehicles that have been big hits include the Cadillac SRX and the Chevrolet Equinox, Camaro and Malibu. On the way: the Lordstown-built Chevy Cruze and the Chevy Volt.

### Cons

**Fleet sales:** GM's sales increase this year comes entirely from rental-car companies, government agencies and other fleet buyers. Fleet sales hurt profits and resale values.

**Pensions:** GM's pension benefits were underfunded by $27.4 billion last year. GM could soon face billions in payments to shore up its pension fund.

**Europe:** GM Europe lost $637 million during the first half of the year. The company said it may be expensive to restructure. European assets. Several divisions could end up in bankruptcy again.

**Market share:** GM's share of the market was down to 19 percent in the first half of this year. Gaining a bigger piece of the market will be difficult.

SOURCE: General Motors regulatory filings, stock analysts

09-50026-mg    Doc 6900    Filed 09/09/10    Entered 09/10/10 15:58:36    Main Document
Pg 22 of 23
HEARING DATE AND TIME: September 24, 2010 at 9:45 a.m. (Eastern Time)
OBJECTION DEADLINE: September 17, 2010 at 4:00 p.m. (Eastern Time)

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------x
                                    :
In re                               :    Chapter 11 Case No.
                                    :
MOTORS LIQUIDATION COMPANY, et al., :    09-50026 (REG)
      f/k/a General Motors Corp., et al. :
                                    :
                      Debtors.      :    (Jointly Administered)
                                    :
------------------------------------x
```

## NOTICE OF HEARING ON
## MOTION OF DEBTORS FOR ENTRY OF
## ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 363(b)
## AUTHORIZING EXERCISE OF STOCK POWERS TO APPROVE AMENDMENT
## TO CERTIFICATE OF INCORPORATION OF GENERAL MOTORS COMPANY

**PLEASE TAKE NOTICE** that on August 27, 2010, Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), filed a motion (the "**Motion**") for an order authorizing the Debtors, as holders of common stock in General Motors Company f/k/a NGMCO, Inc. ("**New GM**"), to exercise their common stock powers to approve a Certificate of Amendment to the Amended and Restated Certificate of Incorporation of New GM (the "**Charter Amendment**"). The Charter Amendment places certain restrictions on large shareholders of New GM, but will not affect the distributions of securities in New GM to creditors of the Debtors under a chapter 11 plan of liquidation. The Debtors believe that the Charter Amendment will preserve and enhance the value of New GM's securities, which they hold as a result of the sale of substantially all of their assets to New GM.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **September 24, 2010 at 9:45 a.m. (Eastern Time)**, or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that the Motion may be accessed on the website maintained by the Debtors' claims agent, www.motorsliquidationdocket.com. A link to the Court docket is located under the "Court Docket" tab. Creditors without access to the Internet may request a copy of the Motion by mail to The Garden City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City Group, Inc. at 1-703-286-6401.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to this Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the

Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-242, and on (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 500 Renaissance Center, Suite 1400, Detroit, Michigan 48243 (Attn: Ted Stenger); (iii) General Motors, LLC, 400 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C. 20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.); (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq.); (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (x) Caplin & Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding asbestos-related claims, 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100, Washington, DC 20005 (Attn: Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); and (xi) Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the legal representative for future asbestos personal injury claimants, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn: Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.), so as to be received no later than **September 17, 2010, at 4:00 p.m. (Eastern Time)** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no objections are timely filed and served with respect to the Motion, the Debtors may, on or after the Objection Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Motion, which order may be entered with no further notice or opportunity to be heard offered to any party.    *B.*

Dated:    New York, New York
           August 27, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession