IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW YORK

```
-----------------------------------------------------------------X
In re:                                                           :
                                                                 :
MOTORS LIQUIDATION COMPANY, et al.,                              :
         f/k/a General Motors Corp., et al.                      :         Chapter 11
                                                                 :         Case No. 09-50026 (REG)
                                                                 :         (Jointly Administered)
                  Debtors.                                       :
-----------------------------------------------------------------X
```

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Kimberly Murray, being of full age, states as follows:

1. I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

2. On September 14 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim [Docket No. 6894] and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

/s/ Kimberly Murray___
Kimberly Murray

Sworn to before me this 14th day of
September, 2010
/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

**TRANSFEROR**

Suntrust Equipment Finance & Leasing Corporation
c/o Ober Kaler Grimes & Shriver
Attn: Patrick K Cameron Esq.
120 E. Baltimore Street
Baltimore, MD 21202-1643

Suntrust Equipment Finance & Leasing Corp.
Attn: Legal Dept - Gm Leases
300 East Joppa Road, Suite 700
Towson, MD 21286

**TRANSFEREE**

The Royal Bank of Scotland PLC
Attn: Matthew Rosencrans
600 Washington Blvd.
Stamford, CT 06901

Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281