<u>Exhibit A</u>

**STIPULATION AND AGREED ORDER APPROVING TRANSFER OF
CERTAIN SURETY BONDS AND RELATED COLLATERAL TO NEW GM
(F/K/A NGMCO, INC.) AND FOR AMENDMENT OF PENDING CLAIMS**

NEWCO

| BOND NO. | SURETY | PRINCIPAL | OBLIGEE | DESCRIPTION | BOND AMOUNT | PREMIUM | EFFECTIVE | EXPIRATION | BOND TYPE |
|---|---|---|---|---|---|---|---|---|---|
| 285020306 | LIBERTY | GENERAL MOTORS CORF | STATE OF INDIANA | Self-Insured Workers Comp | $4,500,000.00 | $27,787.00 | 11/18/2008 | 11/18/2009 | WC |
| 285023904 | LIBERTY | AHLENE MAY ZUREKI | STATE OF MICHIGAN | Notary Public | $10,000.00 | $100.00 | 7/21/2005 | 7/21/2009 | NP |
| 285026817 | LIBERTY | SATURN CORPORATION | ROBERT GILL | Appeal - File No. 11223 | $58,000.00 | $261.00 | 06/07/2009 | 06/07/2010 | CT |
| 285028241 | LIBERTY | ONSTAR CORPORATION | STATE OF VERMONT F | Hands Free Calling Service | $290,000.00 | $1,305.00 | 2/14/2009 | 2/14/2010 | LP |
| 285028247 | LIBERTY | ARGONAUT HOLDINGS, II | CITY OF HOMESTEAD, FLORIDA | | $10,113.88 | $100.00 | 3/1/2009 | 3/1/2010 | GP |
| 285028257 | LIBERTY | GENERAL MOTORS CORF | PACIFIC GAS AND ELE | Utility Payment | $3,463.00 | $100.00 | 4/21/2009 | 4/21/2010 | GP |
| 285028275 | LIBERTY | GENERAL MOTORS CORF | PEOPLE OF STATE OF | Game of Chance - GMC Det | $50,000.00 | $225.00 | 8/20/2008 | 8/20/2009 | GP |
| 285028285 | LIBERTY | GENERAL MOTORS CORF | PEOPLE OF STATE OF | Game of Chance - Pontiac F | $35,495.00 | $160.00 | 10/17/2008 | 10/17/2009 | GP |
| 285028310 | LIBERTY | GENERAL MOTORS CORF | PEOPLE OF STATE OF | Game of Chance - Chevy W | $40,000.00 | $180.00 | 2/2/2009 | 2/2/2010 | GP |
| 285028311 | LIBERTY | ARGONAUT HOLDINGS, II | FLORIDA POWER COR | Utility Payment - Tampa Bay | $1,225.00 | $100.00 | 2/3/2009 | 2/3/2010 | GP |
| 285028312 | LIBERTY | ARGONAUT HOLDINGS, II | ORANGE AND ROCKL/ | Utility Payment - Account Nu | $4,700.00 | $100.00 | 2/3/2009 | 2/3/2010 | GP |
| 285028313 | LIBERTY | ARGONAUT HOLDINGS, II | ORANGE AND ROCKL/ | Utility Payment - Account Nu | $8,695.00 | $100.00 | 2/3/2009 | 2/3/2010 | GP |
| 285028314 | LIBERTY | ARGONAUT HOLDINGS, II | ORANGE AND ROCKL/ | Utility Payment - Account Nu | $890.00 | $100.00 | 2/3/2009 | 2/3/2010 | GP |
| | **LIBERTY Total** | | | | **$5,012,581.88** | **$30,618.00** | | | |
| 6184918 | SAFECO | GENERAL MOTORS OF C | MINISTER OF NATION/ | Temporary Importation of Ge | $3,500,000.00 | $13,125.00 | 4/1/2009 | 4/1/2010 | CU |
| 6184928 | SAFECO | GENERAL MOTORS OF C | REVENUE CANADA | Release Prior to Payment | $2,000,000.00 | $11,976.00 | 7/10/2008 | 7/10/2009 | CU |
| 6184935 | SAFECO | GENERAL MOTORS OF C | HER MAJESTY THE QL | Wholesaler's Sales Tax | $18,750.00 | $100.00 | 8/26/2008 | 8/26/2009 | LP |
| 6198898 | SAFECO | GENERAL MOTORS CORF | STATE OF CALIFORNI/ | Motor Vehicle | $50,000.00 | $250.00 | 2/3/2009 | 2/3/2010 | LP |
| 6198899 | SAFECO | GENERAL MOTORS CORF | STATE OF CALIFORNI/ | Motor Vehicle Dealer Bond | $10,000.00 | $100.00 | 2/20/2009 | 2/20/2010 | LP |
| 6198930 | SAFECO | GENERAL MOTORS CORF | U.S. CUSTOMS SERVIC | Drawback - Activity Code 1a | $5,000,000.00 | $25,000.00 | 3/4/2009 | 3/4/2010 | CU |
| 6205176 | SAFECO | GENERAL MOTORS CORF | COMMONWEALTH OF | Workers' Compensation | $3,000,000.00 | $18,000.00 | 3/27/2009 | 3/27/2010 | WC |
| 6213039 | SAFECO | GENERAL MOTORS OF C | MINISTER OF NATION/ | Quebec Auto Dealers/GCN/ | $100,000.00 | $1,000.00 | 8/27/2008 | 8/27/2010 | LP |
| 6241114 | SAFECO | GENERAL MOTORS CORF | STATE OF ALABAMA | Motor Vehicle Dealer Bond | $10,000.00 | $100.00 | 9/30/2008 | 9/30/2009 | LP |
| 6241164 | SAFECO | GENERAL MOTORS CORF | STATE OF ALABAMA | Motor Vehicle Dealer Bond | $10,000.00 | $100.00 | 9/30/2008 | 9/30/2009 | LP |
| 6246299 | SAFECO | GENERAL MOTORS CORF | DISTRICT OF COLUMB | Motor Vehicle Dealer Bond | $25,000.00 | $125.00 | 10/31/2008 | 10/31/2009 | LP |
| 6251516 | SAFECO | GENERAL MOTORS CORF | STATE OF LOUISIANA | Do Not Call Bond | $20,000.00 | $100.00 | 11/13/2008 | 11/13/2009 | LP |
| 6251517 | SAFECO | GENERAL MOTORS CORF | STATE OF MISSISSIPPI | Do Not Call Bond | $50,000.00 | $250.00 | 11/13/2008 | 11/13/2009 | LP |
| 6251573 | SAFECO | SATURN DISTRIBUTION C | STATE OF NEW MEXIC | Motor Vehicle Dealer Bond | $50,000.00 | $250.00 | 10/10/2008 | 10/10/2009 | LP |
| 6251602 | SAFECO | GMAC MORTGAGE CORP | GNMA | Lost Instrument Bond | $183,600.00 | $918.00 | 11/26/2003 | 11/26/2010 | LI |
| 6251603 | SAFECO | GMAC MORTGAGE CORP | GNMA | Lost Instrument Bond | $72,356.00 | $362.00 | 11/26/2003 | 11/26/2010 | LI |
| 6256905 | SAFECO | PONTIAC MOTOR DIVISIO | CITY OF PONTIAC | Erect a fence on city public r | $1,000.00 | $100.00 | 12/29/2008 | 12/29/2009 | LP |
| 6256906 | SAFECO | CHEVROLET MOTOR DIV | STATE OF NEW MEXIC | Motor Fee & Tax Bond | $2,000.00 | $100.00 | 12/29/2008 | 12/29/2009 | LP |
| 6256907 | SAFECO | GENERAL MOTORS CORF | COLORADO DEPT OF | Mileage and Fuel Tax Bond | $400.00 | $100.00 | 12/29/2008 | 12/29/2009 | LP |
| 6256909 | SAFECO | CHEVROLET-PONTIAC-C/ | STATE OF TENNESSEE | Fuel Tax Bond | $1,000.00 | $100.00 | 12/29/2008 | 12/29/2009 | LP |
| 6256913 | SAFECO | GMAC MORTGAGE CORP | GNMA | Lost Instrument Bond | $79,322.00 | $397.00 | 12/29/2003 | 12/29/2010 | LI |
| 6256914 | SAFECO | GMAC MORTGAGE CORP | GNMA | Lost Instrument Bond | $70,443.00 | $352.00 | 12/29/2003 | 12/29/2010 | LI |
| 6256930 | SAFECO | SATURN CORPORATION | MARYLAND DEPARTMI | Motor Vehicle Manufacturer | $100,000.00 | $500.00 | 01/01/2009 | 01/01/2010 | LP |
| 6256931 | SAFECO | SATURN CORPORATION | STATE OF TENNESSEE | Bond for Petroleum Product: | $1,000.00 | $100.00 | 01/01/2009 | 01/01/2010 | LP |
| 6256932 | SAFECO | VICTORIA LYNN PROCK C | STATE OF CALIFORNI/ | Vehicle Verifier Bond | $5,000.00 | $100.00 | 1/1/2009 | 1/1/2010 | LP |
| 6267256 | SAFECO | GENERAL MOTORS CORF | STATE OF GEORGIA | Motor Vehicle | $20,000.00 | $100.00 | 3/31/2009 | 3/31/2010 | LP |
| 6273565 | SAFECO | GENERAL MOTORS ACCE | FIRST BANK OF DALTC | Check No. 014217 dated 11 | $40,342.51 | $202.00 | 4/6/2004 | 4/6/2011 | LI |
| 6273595 | SAFECO | GENERAL MOTORS ACCE | BANK OF AMERICA | Check No. 3142227, dated 3 | $25,479.48 | $127.00 | 4/8/2004 | 4/8/2011 | LI |
| 6273676 | SAFECO | GENERAL MOTORS CORF | ELLA M. HANNER REPI | Appeal Bond | $124,000.00 | $620.00 | 04/23/2009 | 04/23/2010 | CT |
| 6286296 | SAFECO | LISA A. ALTIZER | STATE OF MICHIGAN | Notary Bond | $10,000.00 | $100.00 | 7/16/2004 | 7/16/2010 | NP |
| 6286392 | SAFECO | RICHARD L. BROWN | STATE OF INDIANA | Notary Bond | $5,000.00 | $100.00 | 6/23/2004 | 6/23/2012 | NP |
| 6286393 | SAFECO | JIMMIE E. KING | STATE OF INDIANA | Notary Bond | $5,000.00 | $100.00 | 6/23/2004 | 6/23/2012 | NP |
| 6307874 | SAFECO | GENERAL MOTORS CORF | STATE OF NEW YORK | self-insurer - disability benefi | $50,000.00 | $750.00 | 11/4/2008 | 11/4/2009 | WC |
| 6320638 | SAFECO | GENERAL MOTORS ACCE | ARVEST BANK | Check No. 567661 in the am | $12,000.00 | $100.00 | 12/29/2004 | 12/29/2011 | LI |
| 6351257 | SAFECO | NESTELYNN L. GARRETT | STATE OF MICHIGAN | Notary Bond | $10,000.00 | $100.00 | 7/26/2005 | 7/26/2011 | NP |
| 6380057 | SAFECO | PAMELLA SIMON GRANT | STATE OF MICHIGAN | Notary Bond | $10,000.00 | $100.00 | 11/4/2008 | 5/26/2011 | NP |
| 6380117 | SAFECO | GM CAR COMPANY LLC | THE STATE OF FLORIE | Motor Vehicle Dealer Bond | $25,000.00 | $125.00 | 4/30/2009 | 4/30/2010 | LP |
| 6387708 | SAFECO | GM CAR COMPANY LLC | STATE OF MISSOURI | Motor Vehicle Dealer Bond | $25,000.00 | $125.00 | 11/30/2008 | 11/30/2009 | LP |
| 6387743 | SAFECO | GM CAR COMPANY LLC | STATE OF NEW MEXIC | Motor Vehicle Dealer Bond | $50,000.00 | $250.00 | 12/2/2008 | 12/2/2009 | LP |
| 6387744 | SAFECO | GM CAR COMPANY LLC | STATE OF MISSOURI | Motor Vehicle Dealer Bond | $25,000.00 | $125.00 | 12/2/2008 | 12/2/2009 | LP |
| 6387773 | SAFECO | GM CAR COMPANY LLC | STATE OF COLORADO | Motor Vehicle Dealer Bond | $30,000.00 | $150.00 | 12/12/2008 | 12/12/2009 | LP |
| 6387880 | SAFECO | GENERAL MOTORS CORF | STATE OF MISSOURI | Motor Vehicle Dealer, Adesa | $25,000.00 | $125.00 | 1/1/2009 | 1/1/2010 | LP |
| 6412067 | SAFECO | CRISTINA VARGAS | STATE OF ARIZONA | Notary Public Bond | $5,000.00 | $100.00 | 6/1/2006 | 5/31/2010 | NP |
| 6449949 | SAFECO | S. HAYES | STATE OF MICHIGAN | Notary Bond/MI | $10,000.00 | $100.00 | 10/25/2006 | 12/20/2012 | NP |
| 6490036 | SAFECO | SATURN DISTRIBUTION C | NORTH CAROLINA DIV | Motoro Vehicle Dealer | $50,000.00 | $250.00 | 05/01/2009 | 05/01/2010 | LP |
| 6490037 | SAFECO | SATURN CORPORATION | NORTH CAROLINA DIV | Motoro Vehicle Dealer | $50,000.00 | $250.00 | 05/01/2009 | 05/01/2010 | LP |
| 6522312 | SAFECO | ONSTAR CORPORATION | STATE OF NORTH DAF | Tellecommunications Resell | $2,500.00 | $100.00 | 9/25/2008 | 9/25/2009 | LP |
| 6555141 | SAFECO | NESTELYNN L. GARRETT | STATE OF MICHIGAN | Notary Bond | $10,000.00 | $100.00 | 3/7/2008 | 3/7/2014 | NP |
| 6571067 | SAFECO | G.M. SAFE DRIVING PROC | STATE OF MICHIGAN | Information Purchasers Unif | $25,000.00 | $125.00 | 5/6/2009 | 5/6/2010 | LP |
| 6571078 | SAFECO | DIANA GOWING | STATE OF MICHIGAN | Notary Bond | $10,000.00 | $100.00 | 5/15/2008 | 5/15/2012 | NP |
| 6571084 | SAFECO | GENERAL MOTORS CORF | MICHIGAN DEPARTMEI | Information Purchaser's Unif | $25,000.00 | $125.00 | 5/14/2009 | 5/14/2010 | GP |
| 6585668 | SAFECO | GENERAL MOTORS CORF | PEOPLE OF STATE OF | Game of Chance - Chevy Dr | $93,080.00 | $465.00 | 7/30/2008 | 7/30/2009 | GP |
| 6595088 | SAFECO | SATURN CORPORATION | STATE OF MISSISSIPPI | Do Not Call Bond | $50,000.00 | $250.00 | 09/03/2008 | 09/03/2009 | LP |
| 031014009 | SAFECO | GENERAL MOTORS CORF | U.S. CUSTOMS SERVIC | Instruments of International | $20,000.00 | $100.00 | 11/25/2008 | 11/25/2009 | CU |
| 031014010 | SAFECO | GENERAL MOTORS CORF | U.S. CUSTOMS SERVIC | U.S. Customs - Activity 3a- Ir | $20,000.00 | $100.00 | 11/25/2008 | 11/25/2009 | CU |
| 6198885 | SAFECO | SAAB CARS USA, INC. | STATE OF CONNECTIC | Motor Vehicle Dealer | $10,000.00 | $100.00 | 01/17/2009 | 01/17/2010 | LP |
| 6198900 | SAFECO | SAAB FINANCIAL SERVICI | STATE OF NEVADA | Sales/Use Tax Permit | $6,300.00 | $100.00 | 02/22/2009 | 02/22/2010 | LP |
| 6205213 | SAFECO | SAAB LEASING LLT. | STATE OF CONNECTIC | Motor Vehicle Leasing | $10,000.00 | $100.00 | 02/23/2009 | 02/23/2010 | LP |
| 6246326 | SAFECO | SAAB CARS USA, INC. | STATE OF NEW HAMP: | Extended Service Contract | $50,000.00 | $250.00 | 09/09/2008 | 09/09/2009 | GP |
| 6251482 | SAFECO | SAAB LEASING CO., INC. | STATE OF NEW HAMP: | Sales Finance Bond | $25,000.00 | $125.00 | 12/31/2008 | 12/31/2009 | LP |
| 6251579 | SAFECO | SAAB CARS USA, INC. | STATE OF CONNECTIC | Motor Vehicle/Leasing/Renti | $10,000.00 | $100.00 | 10/14/2008 | 10/14/2009 | LP |
| | **SAFECO Total** | | | | **$15,333,572.99** | **$79,069.00** | | | |
| | | 6/30/2009 Total bonds transferred | | | **$20,346,154.87** | | | | |

## Exhibit B

**STIPULATION AND AGREED ORDER APPROVING TRANSFER OF CERTAIN SURETY BONDS AND RELATED COLLATERAL TO NEW GM (F/K/A NGMCO, INC.) AND FOR AMENDMENT OF PENDING CLAIMS**

## EXHIBIT B
## TO STIPULATION AND AGREED ORDER APPROVING TRANSFER OF CERTAIN SURETY BONDS AND RELATED COLLATERAL TO NEW GM (F/K/A NGMCO, INC.)

## REMAINING SURETY BONDS

### Liberty Bond

| Bond No. | Principal | Obligee | Penal Sum | Bond Type |
|---|---|---|---|---|
| 285028240 | General Motors Corporation | Charter Township of Lansing, MI | $3,000,000 | Permit Bond for demolition of GM's Plant |

### Safeco Bond

| Bond No. | Principal | Obligee | Penal Sum | Bond Type |
|---|---|---|---|---|
| 6571113 | General Motors Corporation | State of New Jersey, Bureau of Private Plan | $50,000 | Private Plan under the New Jersey Temporary Disability Benefits Law |