**ADJOURNED HEARING DATE AND TIME: October 4, 2010 at 11:30 a.m. (Eastern Time)**
**OBJECTION DEADLINE: September 23, 2010 at 4:00 p.m. (Eastern Time)**
**REPLY DEADLINE:  September 29, 2010 at 4:00 p.m. (Eastern Time)**

KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222
Arthur Steinberg
Scott Davidson

ISAACS CLOUSE CROSE & OXFORD LLP
21515 Hawthorne Boulevard, Suite 950
Torrance, California 90503
Telephone: (310) 316-1990
Facsimile: (310) 316-1330
Gregory R. Oxford

Attorneys for General Motors LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
In re                              :        Chapter 11 Case No.
                                   :
MOTORS LIQUIDATION COMPANY, et al.,:        09-50026 (REG)
      f/k/a General Motors Corp., et al. :
                                   :
             Debtors.              :        (Jointly Administered)
------------------------------------------------------------x
```

## NOTICE OF ADJOURNMENT

            PLEASE TAKE NOTICE that the hearing on General Motors LLC's Motion to

Enforce 363 Sale Order and Approved Termination Agreement [Docket Nos. 6891, 6892, 6893]

("**Motion**"), previously scheduled for September 24, 2010 at 9:45 a.m., has been adjourned to

October 4, 2010 at 11:30 a.m.  The deadline for filing an objection or response to the Motion has

been extended to September 23, 2010 at 4:00 p.m. and the deadline for filing a reply has been

extended to September 29, 2010 at 4:00 p.m.

Dated:  New York, New York
          September 15, 2010

Respectfully submitted,

/s/ Arthur Steinberg
Arthur Steinberg
Scott Davidson
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222

Gregory R. Oxford
ISAACS CLOUSE CROSE & OXFORD LLP
21515 Hawthorne Boulevard, Suite 950
Torrance, California 90503
Telephone: (310) 316-1990
Facsimile: (310) 316-1330

Attorneys for General Motors LLC
f/k/a General Motors Company