**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | : | **Case No. 09-50026 (REG)** |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------------x

## <u>AMENDED AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK   )
                              ) ss:

COUNTY OF SUFFOLK   )

I, Barbara Kelley Keane, being duly sworn, depose and state:

    1.     I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

    2.     Between August 19, 2010 and August 20, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors in the above-captioned case and pursuant to the **Notice of Debtors' Forty-First Omnibus Objection to Claims [Docket No. 6651]**, I caused to be served a customized **Notice of Objection to Individual Debt Claims**, a copy of which is annexed hereto as Exhibit "A", upon each of the parties set forth in Exhibit "B" annexed hereto (affected parties) by depositing same in a sealed, postage paid envelope at a United States Post Office for delivery by the United States Postal Service via First Class Mail.

/s/ Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this
9th day of September 2010

/s/ Eamon Mason                
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Qualified in Manhattan County
Commission Expires: May 19, 2012

# EXHIBIT A

> **PLEASE CAREFULLY REVIEW THIS NOTICE AS IT WILL AFFECT YOUR CLAIM IN THE GENERAL MOTORS CORPORATION (NOW MOTORS LIQUIDATION COMPANY) BANKRUPTCY CASE**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
| | : | |
| In re | : | Chapter 11 Case No. |
| | : | |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | : | **09-50026 (REG)** |
| **f/k/a General Motors Corp.**, *et al.* | : | |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |
------------------------------------------------------------x

## NOTICE OF OBJECTION TO INDIVIDUAL DEBT CLAIMS

### [Claimant Name]

| Claim Information | | | | | Basis For Objection |
|---|---|---|---|---|---|
| **Date** | **Claim #** | **Debtor** | **Classification** | **Amount** | **Claim is duplicative of a claim allowed for the indenture trustee on behalf of all Individual Bondholders** |
| | | | | | |

   **PLEASE TAKE NOTICE THAT**, on August 13, 2010, Motors Liquidation Company (formerly known as General Motors Corporation) and its affiliated debtors, as debtors in possession (the "**Debtors**"), filed an objection to your proof of claim identified above.  The name of the objection is the Debtors' _____ Omnibus Objection to Claims (Duplicate Debt Claims) (the **"Objection"**).

   **You have received this notice because the Debtors have objected to your proof of claim and your rights will be affected.**

   **You should read this notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**

**A copy of the full Objection can be viewed at
http://www.motorsliquidationdocket.com/bond.php3.  Or, you may
request a complete copy of the Objection at the Debtors' expense, by
contacting the Debtors at 1-800-414-9607, or by sending an e-mail to
claims@motorsliquidation.com.**

The reason for the Objection is that your claim is duplicative of two global claims filed on your behalf (and on behalf of all affected bondholders) by Wilmington Trust Company ("**WTC**"), as the indenture trustee for your General Motors Corporation bonds.  An indenture trustee is an entity that manages a bond issuance for the benefit of the individual bondholders, and handles all the administrative aspects of the bond issuance.  The claims filed by WTC ensure your interests are protected with respect to the interest, principal, and trustee fees under your bonds.  You will be entitled to receive a distribution on account of such interests through the global proofs of claim filed by WTC, and the disallowance of your individual claim will not affect such interests.  If you have additional claims with respect to your bonds beyond interest, principal, and trustee fees, such claims will be disallowed pursuant to this Objection.  A copy of the stipulation allowing the claims of WTC can be viewed at **http://www.motorsliquidationdocket.com/bond.php3**.

**YOU WILL NOTICE THAT** the Objection requests that the Bankruptcy Court expunge and disallow your claim listed above on the ground that your claim is duplicative of the global claim filed by WTC.  **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed, and you will not be entitled to any distribution from the Debtors' estates on the claim you filed.**

If you disagree with the Objection's treatment of your claim, you may call the Debtors to try and resolve your concerns at **1-800-414-9607**.  If you are unable to resolve your concerns with the Debtors before the deadline to respond, then you <u>must</u> file and serve a written response

(a "**Response**") to the Objection in accordance with this notice and you <u>must</u> appear at the Hearing described below.

You may participate in the Hearing telephonically provided that you comply with the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider."  You must also provide prior written notice by mail or e-mail of your telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Russell Brooks, Esq. (russell.brooks@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Jennifer Sharret, Esq. (jsharret@kramerlevin.com)).

**If you do not oppose the disallowance and expungement of your claim, then you do not need to file a Response or appear at the Hearing.**

**PLEASE  TAKE  FURTHER  NOTICE  THAT** a hearing (the "**Hearing**") on the Objection is scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on **September 24, 2010 at 9:45 a.m. (Eastern Time)**.  If you file a Response to the Objection, you should plan to appear at the Hearing either in person or telephonically.  The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to your claim.  If the Debtors do continue the Hearing with respect to your claim, then the Hearing will be held at a later date.  If the Debtors do not

continue the Hearing with respect to your claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **September 17, 2010 at 4:00 p.m. (Eastern Time)**.  Only those Responses that are timely will be considered at the Hearing.  Your Response will be deemed timely only if it is:  (a) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing system (The User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov) before the deadline for Responses **or** (b) **actually** received on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format **and** in hard copy at each of the following addresses on or before the deadline for response:

A.    Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;

B.    Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and

C.    Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Jennifer Sharret, Esq.).

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the number of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the

extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person that can be contacted in connection with the Objection.

If the Bankruptcy Court does NOT disallow and expunge your claim listed above, then the Debtors have the right to object on other grounds to your claim (or to any other claims you may have filed) at a later date.  You will receive a separate notice of any such objections.

If you have any questions about this notice or the Objection, please contact the Debtors at **1-800-414-9607**.    CLAIMANTS  SHOULD  NOT  CONTACT  THE  CLERK  OF  THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

**PLEASE  TAKE  FURTHER  NOTICE  THAT  the  Court  may  grant  the  relief requested in the Objection without further notice or a hearing if you fail to file a timely Response or appear at the Hearing.**

Dated: New York, New York
          August 18, 2010

WEIL, GOTSHAL & MANGES LLP
Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT B

ALVIN KAPLAN
10341 CROSSWIND RD
BOCA RATON, FL 33498

ALVIN LESKOWITZ
128 WRIGHT RD
ROCKVILLE CENTRE, NY 11570

ALVIN O & KATHLEEN M MCDONALD
271 DEPOT STREET
WILTON, ME 04294-6654

ALVIN R HUME
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
625 W LAKE JASMINE CIR # G105
VERO BEACH, FL 32962-8592

ALYCE BUCKLEY
3200 AYR DRIVE
PALM HARBOR, FL 34684-2801

ALYCE BUCKLEY
3200 AYR DRIVE
PALM HARBOR, FL 34684

AMADEO ISART SR
503 GLENMEADOW DR
BALLWIN, MO 63011

AMALIA WRENCLIFFE
95 HIGH PARK AVE - APT 1003
TORONTO, ON M6P 2R8 CANADA

AMALIA WRENCLIFFE
95 HIGH PARK AVE APT 1003
TORONTO, ONTARIO M6P2R8 CANADA

AMANDA CONNELLAN
7631 MAPLE MEADOW ST
LAS VEGAS, NV 89131

AMANDIO J PEREEIRA (IRA) A/C
3073 OAKRIDGE F
DEERFIELD BEACH, FL 33442

AMELIO A DONOFRIO
C/O AMERIPRISE FINANCIAL SERVICES INC
401 FRANKLIN AVE STE 101
GARDEN CITY, NY 11530

AMERIPRISE TRUST AND CO
C/O GERALD PICKRELL ROTH IRA
70100 AMERIPRISE FINANCIAL CENTER
MINNEAPOLIS, MN 55474

AMERIPRISE TRUST CO ACF BARBARA J HANRAHAN IRA
MRS BARBARA HANRAHAN
3750 BIRCHVALE DR
MEMPHIS, TN 38125

AMERIPRISE TRUST CO ACF BETTY O MCGAUGHY IRA
BETTY O MCGAUPHY
1301 OAKRIDGE DR
MEMPHIS, TN 38111

AMERIPRISE TRUST CO ACF WILLIAM HANRAHAN IRA
WILLIAM HANRAHAN
3750 BIRCHVALE DR
MEMPHIS, TN 38125-2402

AMERIPRISE TRUST CO. ACF BENNETT T WOOD IRA
BENNETT T WOOD
2125 WASHINGTON AVE
MEMPHIS, TN 38104

AMMIEL D SCHWARTZ
21 SEVEN OAKS LANE
BREWSTER, NY 10509

AMOS KANTORIK
15441 AGNES BLVD
BROOKPARK, OH 44142-3302

AMOS W CLARY
7101 COACHMAN LANE
APT 201
RICHMOND, VA 23228-4054

AMR IRREVOCABLE TR
MICHAEL FALBO TTEE
U/A DTD 12/30/1976
FBO JERRY COLEMAN
4475 N. SAWYER ROAD
OCONOMOWOC, WI 53066-3329

AMY A SEIDMAN
432 LOCUST RD
GLENSIDE, PA 19038-3027

AMY A SEIDMAN
432 LOCUST ROAD
GLENDSIDE, PA 19038

AMY A SEIDMAN
432 LOCUST ROAD
GLENDSIDE, PA 19038

AMY C ALTEMARA
3907 ZARING MILL CT
LOUISVILLE, KY 40241-3035

AMY C GLYNN AND
JOHN P GLYNN III JTWROS
1535 FOREST AVE
WILMETTE, IL 60091-1635

AMY D HANEY
1444B LIVINGSTON-VERNON RD
FLORA, MS 39071

AMY E SHAW
CHARLES SCHWAB & CO INC CUST
SEP-IRA
11911 W 139TH TER
OVERLAND PARK, KS 66221-4116

AMY GODES
2323 GLASCO TPKE
WOODSTOCK, NY 12498

AMY MARTEAL PALMER
210-A DR MICHAEL DEBAKEY DRIVE
LAKE CHARLES, LA 70601

AMY MARTEAL PALMER
210-A DR MICHAEL DEBAKEY DRIVE
LAKE CHARLES, LA 70601

AMY SINGISER
59 HARRIS ROAD APT 218
TROY, NY 12182

ANA AND CHARLES NEMEC
3370 OLIVIA COURT
CUMMING, GA 30041

ANA FRIED
74 CRESCENT AVE
PASSAIC, NJ 07055-2436

ANA FRIED
74 CRESCENT AVE
PASSAIC, NJ 07055-2436

ANA M CHOATE TRUSTEE
U/A DTD 06/01/94
ANA M CHOATE AND
MYERS CHOATE TRUST
744 CHAPMAN RD
SPENCER, IN 47460-6493

ANA MARIA ABRAMOVICI IRA
FCC AS CUSTODIAN
30 SPICE DR
WASHINGTON TP, NJ 07676-3840

ANANT KORADIA
6315 MIDDLEBELT RD
WEST BLOOMFIELD, MI 48322

ANASTASIA M FLYNN
246 COUNTY RD
BEDFORD, NH 03110-6601

ANDERSON MOORE TTEE
ANDERSON MOORE U/A DTD 09/20/1996
821 SPIRIT DRIVE
MATTESON, IL 60443-3030

ANDOF PRIBID
MEG ULRICH SALBUNC LAW OFFICE
NEWSLIFTGASSE 3/G
A 1070 WIEN AUSTRIA

ANDOF PRIBID
RECHTSANWALT
MAG ULRICH SALBURG
1070 WIEN NEUSILLGASSE 3/6

ANDOLF PRIBIL
MEG ULUNCH SALBURG LAW OFFICE
NESTIFTG 3/G
A 1070 WIEN AUSTRIA

ANDOLF PRIBIL
RECHTSANWALT
MAB ULRICH SALBURG
1070 WIEN NEUSTIFTGASSE 3/6

ANDRE ALLEMAN
18873 NW 23 PLACE
PEMBOKE PINES, FL 33029

ANDRE ANN D GRIFFIN AND
JAMES M GRIFFIN TEN IN COM
710 S WASHINGTON
ABBEVILLE, LA 70510-6634

ANDRE T LAREAU II AND MARY E LAREAU, JT
111 SOUTH ROAD
ENFIELD, CT 06082

ANDREA RUBINO
2224 LEGION STREET
BELLMORE, NY 11710

ANDREA SHAPOFF
143 COLDSPRING POINT ROAD
SOUTHAMPTON, NY 11968

ANDREAS ADRION
ZENETTISTRASSE 26
80337 MUNICH, GERMANY

ANDRES PEREZ
MORGAN STANLEY C/F
ANDRES PEREZ IRA
6 PINE ST
CARTERET, NJ 07008

ANDRES S LOPEZ
2500 JOHNSON AVE, APT 6J
BRONX, NY 10463-4929

ANDREW ALLAN KOHLAN
CHARLES SCHWAB & CO INC CUST
ROTH CONVERSION IRA
285 CONCORD CIR
PAPILLION, NE 68046-4104

ANDREW BECKER
240 YALE RD
MENLO PARK, CA 94025

ANDREW BRISKA &
BERNADETTE & ANDREW BRISKAR
LIV TST UA 8/23/03 BERNADETTE OR ANDREW BRISKAR TR
40 JANET LANE
BERKELEY HTS, NJ 07922

ANDREW BRISKAR &
BERNADETTE BRISKAR TEN COM
40 JANET LANE
BERKELEY HTS, NJ 07922-2417

ANDREW BRISKAR ,TOD
SUBTO STA RULES  C B EISENBEIS
P B SANKER  K B KLINK  A T BRISKARIII
40 JANET LANE
BERKELY HTS, NJ 07922-2417

ANDREW BUTLER TRUST
ANDREW BUTLER
10117 BRANDYWINE DR
FORT WAYNE, IN 46825

ANDREW C BERG
3540 EMERSON AVE S #201
MINNEAPOLIS, MN 55408

ANDREW C DUHAN JR
116 NORTH JEFFERSON ST
ABBEVILLE, LA 70510-4643

ANDREW C DUHON JR
116 NORTH JEFFERSON ST
ABBEVILLE, LA 70510-4643

ANDREW C IRVINE
CGM IRA CUSTODIAN
181 NATHANS LN
BOONE, NC 28607-8793

ANDREW C LEGROS CUST FOR
JENNIFER D LEGROS
UNDER OH UNIF TRAN TO MIN ACT
9755 HOBART RD
WAITE HILL, OH 44094-8639

ANDREW C WHEELER &
JULIE B WHEELER JTTEN
6600 SW BARNES RD
PORTLAND, OR 97225-6106

ANDREW E KUSCH
2346 LUCERNE DR
SAN DIEGO, CA 92106

ANDREW EGENDORF
PO BOX 614
LINCOLN, MA 01773-0614

ANDREW F HILLERY JR
P O BOX 11002
NEW ORLEANS, LA 70181-1002

ANDREW F KRAINZ JR AND SUSAN A KRAINZ JT TEN
ANDREW F KRAINZ JR
SUSAN A KRAINZ JT TEN
PO BOX 7195
MOUNT JEWETT, PA 16740-7195

ANDREW GOSLINE
CGM IRA CUSTODIAN
PO BOX 3
BERKELEY SPRINGS, WV 25411-0003

ANDREW H LAZARUS
14 CHEROKEE LN
COMMACK, NY 11725-4604

ANDREW J & LAVONNE A ORAVETZ
ANDREW J ORAVETZ
LAVONNE A ORAVETZ
445 N 6 AVE
COLD SPRING, MN 56320-1412

ANDREW J ARRINGTON JR
PO BOX 251
DEER PARK, TX 77536

ANDREW J FITZGERALD
AASI CUST OF IRA FBO
239 BARNES BRIDGE ROAD
SUNNYVALE, TX 75182-9105

ANDREW J MEYERS
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
2163 LIMA LOOP
PMB 071 344
LAREDO, TX 78045-8420

ANDREW J NEHLIG & ROBERTA W NEHLIG
1515 THE FAIRWAY APT 505
RYOAL, PA 19046

ANDREW KOZER &
FRANCES A KOZER JT/WROS
STEPHEN GEORGE AND JAMES
KOZER TOD
37 W WATERSIDE PARKWAY
PALM COAST, FL 32137-1498

ANDREW P CONLEY TTEE FOR THE
ANDREW P CONLEY TRUST DTD 2-3-97
10833 TOWNE PARK DR NE
ALBUQUERQUE, NM 87123-4878

ANDREW P KRAUS
83 BROOK ST
GARDEN CITY, NY 11530-6312

ANDREW S GISH AND BARBARA J GISH
JT TEN WROS
5 LAKELAND DR
BARNEGAT, NJ 08005-5545

ANDREW SPAZIANI
CHARLES SCHWAB & CO INC CUST
SEP-IRA
15055 W 58TH AVE
GOLDEN, CO 80403-1273

ANDREW T CARMAN
314 DAVIS AVE
NORTHFIELD, NJ 08225

ANDREW THOMAS BRISKAR
40 JANET LANE
BERKELEY HTS, NJ 07922-2417

ANDREW WALKER
6140 OAKRIDGE ROAD
AUBURN, NY 13021-8268

ANDREW ZIRNGIBL TTEE
ANDREW AND MARIA ZIRNGIBL TRUST U/A
DTD 05/10/1989
10715 FOOTPRINT LANE
PORT RICHEY, FL 34668-2713

ANDREW ZIRNGIBL TTEE
ANDREW AND MARIA ZIRNGIBL TRUST U/A
DTD 05/10/1989
10715 FOOTPRINT LANE
PORT RICHEY, FL 34668-2713

ANDREY GEORGIEFF
4515 GRIFFIN DRIVE
WILMINGTON, DE 19808-4254

ANDY F. ANDERSON IRA
FCC AS CUSTODIAN
2293 CARAVELLE STREET
LAS VEGAS, NV 89142-1723

ANDY H SZE
8412 EVERGREEN LANE
DARIEN, IL 60561-8400

ANGELA  A. WU, ROTH IRA
36 MULBERRY DRIVE
OBERLIN, OH 44074

ANGELA B SPEER
PO BOX 430904
HOUSTON, TX 77243-0904

ANGELA F BARI
6174 HIWASSEE RUN
AIKEN, SC 29803-0519

ANGELA J PALMER TRUST
C/O W M FUMICH JR TRUSTEE
24461 DETROIT RD #210
WESTLAKE, OH 44145

ANGELA LEO KISTNER
107-15 92ND STREET
OZONE PARK, NY 11417-1503

ANGELA M EMILIO
67 ALTHOUSE AVE
EAST ROCKAWAY, NY 11518-1933

ANGELA M MALDONADO
226 FRANKLIN AVE
VANDERGRIFT, PA 15690

ANGELA M MALDONADO
226 FRANKLIN AVE
VANDERGRIFT, PA 15690-1154

ANGELA SANTINI TRUST
U/A DTD 03/04/1993
BY ANGELA SANTINI TTEE
27 ELIZABETH ST
PORT CHESTER, NY 10573-3003

ANGELA SANTINI TTEE
U/A DTD 03/04/1993
BY DALMAZIO O SANTINI DCSD TRUST
27 ELIZABETH ST
PORT CHESTER, NY 10573-3003

ANGELA SPOTTS
1252 TREVORTON ROAD
COAL TOWNSHIP, PA 17866-7707

ANGELINA DESAI
C/O ROBERT DESAI
1 QUICK FARM RD
WESTBOROUGH, MA 01581

ANGELINA F VALENTI TTEE
ANGELINA F VALENTI REV
LIV TRUST
U/A DTD 11/30/95
4808 N. HABANA AVE.
TAMPA, FL 33614-6813

ANGELINE CURTO
505 E HOWELL STREET
TRENTON, NJ 08610-5842

ANGELINE GRIB
316 VICTORIA GARDENS DR
#C
KENNETT SQUARE, PA 19348

ANGELINE GRIB
316 VICTORIA GARDENS DR
#C
KENNETT SQUARE, PA 19348

ANGELO C DESTAFANO
72 CIRCLE DR
PATCHOGUE, NY 11772

ANGELO F & ANGEL M GALASSO
1641 PICARDY LANE
LONG GROVE, IL 60047

ANGELO FUSARO
414 SE 10TH ST APT# 402
DANIA, FL 33004-4549

ANGELO M DINARDO
287 PEBBLE BEACH DR
MAYS LANDING, NJ 08330-5400

ANGELO P BARISO
CGM IRA ROLLOVER CUSTODIAN
5110 SCOTT STREET
PISCATAWAY, NJ 08854-4643

ANGELO TOSCANO
2009 NW ESTUARY COURT
STUART, FL 34994-8818

ANGELO TRUJILLO
5526 GOLDEN LEAF AVE
LAS VEGAS, NV 89122

ANGELO V OSSANNA TTEE
PEGGY O OSSANNA TTEE
OSSANNA FAMILY REV TRUST
UA DATED 8/05/94
395 HIGH CHAPAPRRAL LOOP
PRESCOTT, AZ 86303-5326

ANGELOS PIPINOS
BERTHA PIPINOS
JT TEN
504 LAWRENCE DR
SPRINGFIELD, PA 19064-1524

ANGUS & ROSEMARY MACLACHLAN
532 SANDY OAKS BLVD
ORMOND BEACH, FL 32174

ANH DU TRAN OR LANNY TRAN
582 SAWYER STREET
SAN FRANCISCO, CA 94134

ANIL BEDI TTEE
ANJULI BEDI IRREVOCABLE TRUST U/A
DTD 03/13/1997
1360 WESTGATE LANE
PENNGROVE, CA 94951-9637

ANIS A MAGDY & ANETTA G MAGDY
3559 PHEASANT ST
GLENDALE, CA 91206-4810

ANIS K SALIBA AND
SELHEM F SALIBA JTWROS
30729 SASSAFRAS DR
LEWIS, DE 19958-3875

ANITA & DAVID LIFSON TTEES.
ANITA LIFSON REVOCABLE TRUST
U/A/D 3/7/2000
211 HORNBILL COURT
MANHASSET, NY 11030-4014

ANITA GARCIA IRA
7037 SUNSET DRIVE S #602
ST PETERSBURG, IL 33707

ANITA L BALSAM TTEE
BALSAM FAMILY TRUST DTD 2/22/93
4859 MARATHON WAY
OCEANSIDE, CA 92056-7406

ANITA L HOLZBERG REV TR
1324 FLICKER WAY
SUNNYVALE, CA 94087-3407

ANITA M KIRKPATRICK PHD
11087 PICAZA PL
SAN DIEGO, CA 92127

ANITA M SCHULTZ
AS AMEND 8-31-93 & 10-05-98
2816 EVERGREEN DR
SAINT JOSEPH, MI 49085-2326

ANITA M. COLLEY
TOD ACCOUNT
19408 CEDAR GATE DRIVE
WARSAW, MO 65355-4104

ANITA PLOTKIN
550 CLAY AVE  APT 5C
SCRANTON, PA 18510

ANITA SHUFFER
606 WOODLAND CIRCLE
DANSONVILLE, GA 30534

ANITA STIEGLER
1245 CARMEN
CHICAGO, IL 60640-2901

ANITA STIEGLER
CRAIG CUNNINGHAM
MORGAN STANLEY
15321 S 94TH ST
ORLAND PARK, IL 60662

ANITA VERDERBER
3361 E GLENCOE RD
RICHFIELD, OH 44286

ANITA VILLAGE
JOHN R VILLAGE CUST
3111 WYLIE RIDGE RD
WEIRTON, WV 26062

ANITA WEISS
6862 ANTINORI LANE
BOYNTON BEACH, FL 33437-3752

ANITA WEISSMAN
13241 BONNETTE DR
PALM BCH GDNS, FL 33418-1484

ANKER J NIELSEN JR
TOD REGISTRATION
410 BAILEY ROAD
HOLDEN, MA 01520-1111

ANN A BURNS
3301 CARTER CREEK PKWY
BRYAN, TX 77802-3222

ANN ARBOR PARTNERS LP
JAMES R HODGE
14 SUTTON PL S APT 13A
NEW YORK, NY 10022-3071

ANN B BURNHAM
32 AMBER HILL DR
PITTSFORD, NY 14534-9444

ANN B DUNBAR
1769 GREEN BRIAR CIRCLE
FALLBROOK, CA 92028-4369

ANN B EVANS
13347 OLIVE TREE LANE
POWAY, CA 92064

ANN B EVANS
13347 OLIVE TREE LANE
POWAY, CA 92064

ANN B RIMMINGTON
420 ESTATE ROAD
SEMORE, NC 27343-7194

ANN BOGUS
704 SIBLEY AVE
TAYLOR, PA 18517

ANN C LAMEY
TOD DTD 8/8/05
3780 DOUBLE BRANCH DRIVE
SEMMES, AL 36575-4542

ANN CHADWICK
12937 PAPAGO DR
POWAY, CA 92064

ANN COHEN
42 BAY 25 ST
BROOKLYN, NY 11214

ANN D WERNER
81 WEST 34TH STREET
BAYONNE, NJ 07002-2817

ANN DOUGHERTY
1308 WILLOW DR
SEA GIRT, NJ 08750-2315

ANN E BAJC
315 SAINT ANDREWS BLVD
NAPLES, FL 34113-7695

ANN G MOORMANN
6231 N MONTEBELLA RD APT 234
TUCSON, AZ 85704-2885

ANN HARRIS
728 GILBERT ST
HELENA, MT 59601

ANN HELEN WINSOR
13741 W UTICA DR
SUN CITY WEST, AZ 85375

ANN J & JAMES M WILBUR JR TTEE
ANN J WILBUR TRUST
U/A DTD 1/30/98
3636 S BRITAIN AVE
SPRINGFIELD, MO 65807-8678

ANN J WESTIN
10318 OLD TAMPA BAY DRIVE
SHINDELMAN-PROGRAM
SAN ANTONIO, FL 33576-4617

ANN K WILLIAMS
404 ALDERBROOK DRIVE
WAYNE, PA 19087

ANN KIZANIS KLAPPER
5 ANNA MARIE LANE
EAST LONGMEADOW, MA 01028

ANN KOCI
ANN KOCI AND EUGENE KOCI AND
SHIRLEY A PAPPAS
2250 N DOWLEN RD APT 1020
BEAUMONT, TX 77706

ANN KRANIS
1478 E 18 STREET
BROOKLYN, NY 11230-6706

ANN L WEISSMAN
33 SAGAMORE WAY
JERICO, NY 11753

ANN LEE BARON
1119 CEDAR TERRACE
COLUMBIA, SC 29209-1613

ANN LESLIE BRADY TTEE
FBO EQUITABLE OFFICE TRUST
U/A/D 05-20-1954
14080 QUIET MEADOW RD
RENO, NV 89511-6634

ANN M NOTARINO
108 RUSSO AVE
EAST HAVEN, CT 06513

ANN M POLINSKI
ELAINE POLINSKI JT TEN
233 S LOCUST ST
MOUNT CARMEL, PA 17851-2443

ANN M POOCH
WEDBUSH MORGAN SEC CTDN
IRA CONTRIBUTORY 1/26/05
PO BOX 1254
SPRING VALLEY, CA 91977

ANN M SOSTEK
708 COURTLAND CIRCLE
WESTERN SPRINGS, IL 60558

ANN N KISER
12105 PARK DRIVE
COOPER CITY, FL 33026-1017

ANN NOVELLI
12 W POTOMAC DR
LTL EGG HBR, NJ 08087-1125

ANN NOVELLI
12 W POTOMAC DRIVE
LTL EGG HBR, NJ 08087

ANN NOVELLI
12 W POTOMAC RD
LITTLE EGG HARBOR, NJ 08087-1125

ANN PALA ZZESE
1641 BOXWOOD RD
GARNET VALLEY, PA 19060

ANN R BAILEY
PO BOX 2843
GILLETTE, WY 82717-2843

ANN RIDGELY
2431 IRONWOON AVE
TWIN FALLS, ID 83301

ANN SAVAGE
374 CYPRESS CREST TERRACE
ESCONDIDO, CA 92025

ANN SIELOFT
623 INVERNESS RD
LISLE, IL 60532

ANN SIMONE
100 HILTON AVE, APT 7A
GARDEN CITY, NY 11530

ANN T MITCHELL
4810 OLD LYDDANE BRIDGE RD
OWENSBORO, KY 42301

ANN VEDRANI
2002 SE ROUND TABLE DR
PORT ST LUCIE, FL 34952

ANN VIGGIANO
2-C STONYBROOK ROAD
WHITING, NJ 08759-2174

ANNA & BRUCE PINCUS JT TWROS
11307 KNOT WAY
HOLLYWOOD, FL 33026

ANNA B BAKER
TOD BENEFICIARIES ON FILE
1615 KEELY RD
FRANKLIN, PA 16323-6619

ANNA H BIRO REV LVG TR
ANNA H BIRO
16942 WATERBEND DR #256
JUPITER, FL 33477

ANNA KIEL
RAYMOND JAMES FINANCIAL SERVICES INC
ROBERTA L STEVENS
930 BUSSE HWY
PARK RIDGE, IL 60068

ANNA KLUMBACH
256 ASHWORTH AVE
STATEN ISLAND, NY 10314-4979

ANNA L BARGER
CGM IRA CUSTODIAN
3834 WINTER HILL DR
HAMILTON, OH 45011-6421

ANNA L PIRRO
978 W 23RD ST
UPLAND, CA 91784

ANNA L WATKINS TTEE OF THE
WATKINS FAMILY TRUST
917 N LOUISE STREET
ROOM #316
GLENDALE, CA 91207-2084

ANNA L. BARGER
CGM IRA CUSTODIAN
3834 WINTER HILL DRIVE
HAMILTON, OH 45011-6421

ANNA LEE JONGEWAARD
1501 STONEWOOD CT
SAN PEDRO, CA 90732

ANNA M BIGUS
25 W 220 ARMBRUST
WHEATON, IL 60187-3448

ANNA M BIGUS
25 W220 ARMBRUST AVE
WHEATON, IL 60187-3448

ANNA M BIGUS
25W220 ARMBRUST AVE
WHEATON, IL 60187-3448

ANNA M BREINER
1356 MICHAEL WAY
LANSDALE, PA 19446

ANNA M LONG  SELDON CUNNINGHAM JR
102 DONNA COURT
HENDERSONVILLE, TN 37075-4146

ANNA M MOERS
DESIGNATED BENE PLAN/TOD
360 E 72ND ST APT C3402
NEW YORK, NY 10021-4779

ANNA M WANGLIE
159 W 107TH ST
BLOOMINGTON, MN 55420-5503

ANNA MAE CARBONE IRA R/O
FCC AS CUSTODIAN
146 PHEASANT RUN
MAYFIELD HTS, OH 44124-4174

ANNA MAE CARBONE TRUSTEE
ANNA MAE CARBONE TRUST
U/A DTD 2/11/04
146 PHEASANT RUN
CLEVELAND, OH 44124-4174

ANNA MAE CLINE REV LVG TR
TOMMY R MCDONALD, TTEE
901 WOODWARD STREET
LAKELAND, FL 33803

ANNA MARIE PLOWMAN  &
RHODIE I PLOWMAN JT WROS
918 TALIAFERRO DRIVE
HARRISONBURG, VA 22802-5629

ANNA MARIE RUBEN TTEE
THE ALAGNA FAMILY TRUST U/T/A
DTD 09/22/1992
411 S WAIOLA AVE
LA GRANGE, IL 60525-2762

ANNA MARIE RUBEN TTEE OF THE
ROSE P ALAGNA DECLARATION OF TRUST
U/A DTD 12/27/1990
411 S WAIOLA AVE
LA GRANGE, IL 60525-2762

ANNA MARIE SMITH
TOD ACCOUNT
4801 SOUTH OLIVER DRIVE
VIRGINIA BEAC, VA 23455-2701

ANNA MARY MOONEY
809 EAST MAITLAND LN
NEW CASTLE, PA 16105-5223

ANNA MARY MOONEY REV TRUST
ANNA MARY MOONEY
809 EAST MAITLAND LN
NEW CASTLE, PA 16105-5223

ANNA MAY KINKADE &
JERRY LLOYD KINKADE JT TEN
16220 NOSONI CT
APPLE VALLEY, CA 92307-1563

ANNA NEWMAN
595 ALCOVY NORTH DRIVE
MANSFIELD, GA 30055-2180

ANNA SCHEUFELE TRTEE
U/A DTD 6/4/97 FBO
ANNA SCHEUFELE REV TR
803 OAK BLVD W DR
GREENFIELD, IN 46140

ANNA SCHEUFELE TRUSTEE
U/A DTD 6/4/97 FBO
ANNA SCHUEFELE REVOCABLE TR
803 OAK BLVD W DR
GREENFIELD, IN 46140

ANNA SCHLESINGER
DAVID SCHLESINGER JT TEN
6615 THORNTON PL
APT 3V
REGO PARK, NY 11374-5127

ANNA TOPALIAN  IRA
FCC AS CUSTODIAN
2200 SOUTH OCEAN BLVD APT 206
DELRAY BEACH, FL 33483-6417

ANNA Z MILIANO  &
ANN MARIE DUGGAN JT WROS
4306 ROSEMARY STREET
CHEVY CHASE, MD 20815-5216

ANNABELLE MEISLER
6419 BRECKENRIDGE CIR
LAKE WORTH, FL 33467-6829

ANNANDALE TST FBO HEATHER A CORRAL
CORRAL SOLE & SEPARATE PROP
30423 CANWOOD ST #124
AGOURA HILLS, CA 91301

ANNE A CROUSE & MARION E CROUSE TTEES
ANNE A CROUSE
1260 N 10TH ST
COOS BAY, OR 97420

ANNE A CROUSE & MARION E CROUSE TTEES
ANNE A CROUSE
1260 N 10TH ST
COOS BAY, OR 97420

ANNE A FUNG & ROY A FUNG JT TEN TOD
ALLEN AGATHA LEE
SUBJECT TO STA RULES
311 BRYAN OAK AVENUE
BRANDON, FL 33511-7500

ANNE B FOERSTNER TTEE
TRUST U/A DTD 8-31-90
16714 FISCHER RD
LAKEWOOD, OH 44107-5536

ANNE B PARKER
108 LAKE CRESCENT
FRANKLIN, VA 23851

ANNE B ZEHNER MARITAL TRUST
ANNE : MARK ZEHNER TRUSTEES
ANNE B ZEHNER MARITAL TRUST INHERITED IRA
BENEFICIARY OF LOUIS A ZEHNER JR CHARLES SCHWAB
CO CUSTODIAN
13446 HARBOR RIDGE BLVD
PALM CITY, FL 34990

ANNE BERINGER TTEE
ANNE BERINGER TRUST U/A
DTD 10/18/1990
2250 LANCASTER RD
AKRON, OH 44313-4525

ANNE BURKET
1020 LAKESHORE BLVD
EVANSTON, IL 60202-1433

ANNE C AIKEN
681 TOTTEN WAY
CINCINNATI, OH 45228

ANNE C DAVID, PH.D.
3601 GREENWAY UNIT 609
BALTIMORE, MD 21218-2457

ANNE C MCCARTY AND
RALPH W MCCARTY JTWROS
7126 CAPRI ST
PORTAGE, MI 49002-9415

ANNE CLISHAM
TOD ACCOUNT
1744 HIGHVIEW CIRCLE COURT
BALLWIN, MO 63021-7806

ANNE DAUSCH R/O IRA
FCC AS CUSTODIAN
3208 LEGENDARIO
SAN CLEMENTE, CA 92673-3811

ANNE H CONNELL
RICHARD A CONNELL TTEE
ANNE H CONNELL TRUST
U/A 6/15/84
1830 VIA GENOA
WINTER PARK, FL 32789-1525

ANNE H YATES  &
NANCY A KILTY  &
WILLIAM A YATES  &
MARY C YATES-CLIFTON JT WROS
113 PARK PLACE
LA GRANGE, TX 78945-5757

ANNE HARVIEUX &
JOHN HARVIEUX TTEES
HARVIEUX GIFTING TRUST
U/A DTD 12/14/00
2744 SANDRA LN
WAUKESHA, WI 53188-2024

ANNE HILL PATRICK
5760 NW 127TH TER
CORAL SPRINGS, FL 33076

ANNE JACOBSON
17664 LAKE ESTATES DRIVE
BOCA RATON, FL 33496

ANNE K FINAN
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
PO BOX 382
TALLMAN, NY 10982-0382

ANNE KING
18577 MTN LAUREL TERRACE
GAITHERSBURG, MD 20879

ANNE KUBIC
98 AVON BEND ROAD
CHARLES TOWN, WV 25414

ANNE M DECKER
1450 STONEY POINT DR
LANSING, MI 48917

ANNE M DUNNE
1296 LAUREL STREET APT 5
SAN CARLOS, CA 94070-5024

ANNE M MUSIAL TRUST
ANNE M MUSIAL TTEE
U/A DTD 04/22/1999
5614 DAKOTA ST
ZEPHYRHILLS, FL 33542-1958

ANNE M PETERS IRA
FCC AS CUSTODIAN
U/A DTD 04/05/00
45 DANA RD
BUFFALO, NY 14216-3512

ANNE M SHANNON
42 VENUS DR
EAST GREENWICH, RI 02818-4128

ANNE M VEACH
30 BAYARD AVE
DOVER, DE 19901-3703

ANNE MEISTER
18 PROVIDENCE RD
BROOKLYN, CT 06234

ANNE O'CONNELL IRA
FCC AS CUST
17 SHADOWBROOK ROAD
MORRISTOWN, NJ 07960

ANNE PEAKE (IRA)
FCC AS CUSTODIAN
FRIENDS VILLAGE, APT B6
331 LOWER DOLINGTON ROAD
NEWTOWN, PA 18940-1696

ANNE R NICHOLAS IRA
ANNE R NICHOLAS
532 EASTGATE VILLAGE WYNDE
LOUISVILLE, KY 40223

ANNE RODGERS TRUSTEE
ANNE RODGERS LIVING TRUST
2821 SW 107TH ST
OKLAHOMA CITY, OK 73170

ANNE S BRONNER LIVING TRUST
ANNE S BRONNER
246 CHERRY ST
FRANKEMUTH, MI 48734

ANNE S HOFFMAN
6305 DILLARD COURT
PROSPECT, KY 40059-9340

ANNE STERNARD TRUST
5143 ASPEN DR
MONTCLAIR, CA 91763

ANNE T CANFIELD
522 KINSALE ROAD
LUTHERVILLE, MO 21093

ANNE W AND ROBERT J TRANKLE
AND NANCY L KIRKLIN  CO-TTEE
U/A DTD 7/25/05
ANNE W TRANKLE REV TRUST
49 N DAWN DR
FRANKLIN, IN 46131-1907

ANNE W GABBETT
116 ASHEFIELD CT
HENDERSONVLLE, NC 28791-2817

ANNE YOUNG
23 CHAPEL HILL DRIVE
ROCHESTER, NY 14617

ANNELIESE SCHWARTING
138 SYCAMORE COURT
COLUMBUS, GA 31906-4434

ANNE-MARIE JANNACE & MATTHEW J JANNACE
JT TEN
55 CHILTON RD
BROCKTON, MA 02301

ANNE-MARIE JANNACE CUST MATTHEW J JANNACE
55 CHILTON RD
BROCKTON, MA 02301

ANNETTA COLLINS  &
HASSEL T COLLINS JT WROS
P O BOX 510
SOUTH WEBSTER, OH 45682-0510

ANNETTE ALTER

ANNETTE GERSTEN AND
JACK GERSTEN JTWROS
295 OCEAN PARKWAY, APT E-10
BROOKLYN, NY 11218-4129

ANNETTE GROSSMAN
11 WHITE ROCK TER
HOLMDEL, NJ 07733

ANNETTE I CASEY &
JOHN E CASEY
COMM/PROP
4010 DUNKIRK ST
MIDLAND, TX 79707-3562

ANNETTE J MAY
265-N MIDDLEBURY LANE
MONROE TOWNSHIP, NJ 08831-6649

ANNETTE L RICH
8140 ROOSEVELT BLVD
PITTSBURGH, PA 15237-4442

ANNETTE SEGAL
9225 N KILDARE
SKOKIE, IL 60076

ANNETTE SEGAL
9225 N KILDARE
SKOKIE, IL 60076

ANNETTE YAFFE TTEE
2624 S. 95 ST
OMAHA, NE 68124

ANNI PREISS
2346 TRIPALDI
HAYWARD, CA 94545

ANNIE L ALLARDYCE & JAMES D ALLARDYCE CO-SUCC-TTEES
ANNIE L ALLARDYCE, CO SUCC-TTEE
725 W. GENESSEE ST RM 127
FRANKENMUTH, MI 48734

ANNIE L ALLARDYCE & JAMES D ALLARDYCE CO-SUCC-TTEES
JAMES R ALLARDYCE LIV TRUST
5163 WINDCREST DR SW
GRANDVILLE, MI 49418

ANNIE LOUISE BROOKS
C/O CGM IRA CUSTODIAN
8801 WASHBURN DR
PLANO, TX 75025-3875

ANNIE SONNEBERG
2621 PALISADE AVE
APT 2L
RIVERDALE, NY 10463-6107

ANNIE W CHEATHAM
3003 BRIARCLIFF RD
HUEYTOWN, AL 35023

ANNJMC LLLP
ATTN: SCOTT BALCOMB-MANAGING PARTNER
PO DRAWER 790
GLENWOOD SPRINGS, CO 81602

ANNY KNIGHT
2230 SILVERBROOK CT
MCKINLEYVILLE, CA 95519

ANSEL GOLDGAR
2900 DARTMOUTH DR
PLANO, TX 75075

ANTHONY & JUNE TROPIO
9418 KINGSTON DR
BRADENTON, FL 34210-1829

ANTHONY & MARIE MARENGEOLO CO TTEES
ANTHONY J. MARENGEOLO LIV TRUST
U/A DATED 7/23/98
3 HILLCREST AVENUE
WALDEN, NY 12586-2005

ANTHONY & THEA AYOUB
18752 SE RED APPLE LN
JUPITER, FL 33458-1028

ANTHONY ADAMS
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
112 EMERALD FOREST ST-APT 204
LAS VEGAS, NV 89145-3983

ANTHONY ADAMS
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
14796 SW FERN ST
TIGARD, OR 97223

ANTHONY AMOTTI AND FRANCES MARIA
ANNOTTI TTEES F/T 1982 ANNOTTI FAM
TRUST DTD SEPT 19, 1982
2828 ANTERES ST
LAS VEGAS, NV 89117-7605

ANTHONY ANNOTTI AND FRANCES MARIA
ANNOTTI TTEES F/T 1982 ANNOTTI FAM
TRUST DTD SEPT 19,1982
2828 ANTERES ST
LAS VEGAS, NV 89117-7605

ANTHONY B TIRICO SR
HC 1 BOX 250
MOUNT VERNON, OR 97865-6137

ANTHONY BIANCULLI
168 MINUTEMAN CIRCLE
ALLENTOWN, NJ 08501-1864

ANTHONY C DAUCHESS JR &
CAROL A DAUCHESS JT TEN
4819 SHEFFIELD COURT
HARRISBURG, PA 17112-4947

ANTHONY C GIARDINA
4280 GALT OCEAN DR APT 6L
FORT LAUDERDALE, FL 33308-6120

ANTHONY CHARLES SORRENTINO
144 EYLANDT ST
STATEN ISLAND, NY 10312-5401

ANTHONY D GINGELLO
1537 MAIDEN LANE
ROCHESTER, NY 14626

ANTHONY DEL SPINA
3400 S OCEAN BLVD
UNIT 7E2
PALM EACH, FL 33480

ANTHONY DEMUNNO SR. & ANNA DEMUNNO
JT TEN
271 QUAIL LANE
MERRITT ISLAND, FL 32953-8516

ANTHONY E MAGEE
415 BRENDA DR
DENHAM SPRINGS, LA 70726-2107

ANTHONY F FRANDINA
1350 ONE M & T PLAZA
BUFFALO, NY 14203

ANTHONY G WAITE
10842 HARROGATE PL
SANTA ANA, CA 92705

ANTHONY GANGONE
25 DURHAM ROAD
NEW HYDE PARK, NY 11040

ANTHONY J & THERESA ANN LORBIETZKI
2376 WEAVERVILLE DRIVE
HENDERSON, NV 89044

ANTHONY J AIELLO
2001 83RD AVE NO #1292
ST PETERSBURG, FL 33702

ANTHONY J LORBIETZKI & THERESA A
LORBIETZKI CO-TTEES O/T ANTHONY J
LORBIETZKI LVG TR DTD 08/22/2000
2376 WEAVERVILLE DR
HENDERSON, NV 89044-4520

ANTHONY J MCMAHON &
BARBARA L BRENNAN JT TEN
2700 CALLE TRANQUILO NW
ALBUQUERQUE, NM 87104-3123

ANTHONY J MICHEL
7 SHARON DRIVE
RUTLAND, VT 05701-3721

ANTHONY J NAKROSHIS
ESTELLE C NAKROSHIS TTEE
U/A/D 06/18/04
FBO NAKROSHIS R. LIVING TRUST
13549 LONGVIEW DRIVE
HOMER GLEN, IL 60491-9440

ANTHONY J PREVITI
707 NO CAMBRIDGE AVE
VENTNOR, NJ 08406

ANTHONY J VIGLIOTTI
48949 PLUM TREE DR
PLYMOUTH, MI 48170

ANTHONY L HORSTMAN
20 CARSDALE CT
WILMINGTON, DE 19808

ANTHONY M VASSALLO
6967 PAMPAS WAY
FAIR OAKS, CA 95628

ANTHONY MARY FARALDO
29 OAKTREE DR
SMITHTOWN, NY 11787

ANTHONY MAYSONETT
1234 COOPER STATION ROAD
HERNDON, VA 20170

ANTHONY MENDILLO REV TR
ANTHONY MENDILLO
245 LEGENDARY CR
PALM BEACH GARDENS, FL 33418

ANTHONY NATELLA
21 GILDER RD
BOURNE, MA 02532

ANTHONY P DEJAGER AND RUTH M DEJAGER JTTEN
ANTHONY P AND RUTH M DEJAGER
1542 WIDDICOMB AVENUE NW
GRAND RAPIDS, MI 49504

ANTHONY P KONOPKA &
JOAN I KONOPKA JT TEN
560 SILVER TEE DR
PENHOOK, VA 24137-5255

ANTHONY PARISI JR.
16 MILL POND ROAD
WEST PATERSON, NJ 07424-2956

ANTHONY S BOGDAN
816 WANNER AVENUE
MONONGAHELA, PA 15063-3605

ANTHONY SCOTTI/CHRISTINE SCOTTI JTWROS
138 PINE STREET
POMPTOM LAKES, NJ 07442

ANTHONY SOMMA R/O IRA
FCC AS CUSTODIAN
13236 NANCY CT
WOODBRIDGE, VA 22193-4101

ANTHONY SUNSERI
915 WELFER ST
PITTSBURGH, PA 15217-2648

ANTHONY T. IARIA
4143 RAFFEE DR
SAN DIEGO, CA 92117

ANTHONY TRUNCALE
198 LOUISE
BRIDGE CITY, TX 77611

ANTHONY VERGA
193 ANTHONY PLACE
WYCKOFF, NJ 07481-2745

ANTHONY W WHITE
2058 EAST LAGO GRANDE WAY
FT MOHAVE, AZ 86426

ANTILLA INVESTMENT LTD
8395 SW 73 AVE APT 303
MIAMI, FL 33143

ANTOINE RAYMOND LACHAUD
/CO CLAUDINE CHAUSSARD
9 RUE VAUDETARD
92130 ISSY LES MOULINEAUX  FRANCE

ANTOINETTE DEIESO
6 DELLMEAD DRIVE
LIVINGSTON, NJ 07039-5002

ANTOINETTE MARTINI &
CORNELIA A BOWEN JT TEN
84-33 258TH STREET
FLORAL PARK, NY 11001-1005

ANTON HAPPE
314 CURACAO WAY
NICEVILLE, FL 32578-4079

ANTONINA CASTAGNOLA TRUSTEE
LOUIS & ANTONINA CASTAGNOLA TR A
U/A DTD 06/05/1992
2123 MERGHO IMPASSE
SAN DIEGO, CA 92110-2148

ANTONINO MAURO
PHYLLIS MAURO
3023 MARTZ PL
SAGINAW, MI 48602-3521

ANTONIO & MARIA AMARAL
41 WAUGHAW RD
TOWACO, NJ 07082-1225

ANTONIO AND MARIA ERRANTE
28 DUSKO DR
PARLIN, NJ 08859

ANTONIO BAERE FARIA RICCA GONCALVES
C/O BANCO ESPIRITO SANTO SA
AVENIDA DA LIBERDADE, 195
LISBOA

ANTONIO BONGARZONE
345 CHELSEA AVE
LONG BRANCH, NJ 07740

ANTONIO PELOSI &
ERMELINDA PELOSI JT TEN
1845 TOMLINSON AVE
BRONX, NY 10461-1418

ANTONIO S GOMES &
AIDA GALLAGHER JT TEN
57 BROCKETT FARM ROAD
NORTH HAVEN, CT 06473-3548

ANTONIO S GOMES &
JULIE GOMES-RUSSITANO JT TEN
57 BROCKETT FARM RD
NORTH HAVEN, CT 06473-3548

ANTONIO S GOMES &
TERESA GOMES JT TEN
57 BROCKETT FARM ROAD
NORTH HAVEN, CT 06473-3548

ANTONIO SPADAVECCHIA
48 ELMWOOD AVE
SELDEN, NY 11784

ANTONIO T VALENTE (IRA)
FCC AS CUSTODIAN
38 N SWEETGUM CT
HOMOSASSA, FL 34446-5126

ANUJ B SONAWALA D &
DRASHTA SONAWALA JT TEN
750 PARK AVENUE UNIT 27W
ATLANTA, GA 30326-3265

ANUP SUD
1126 MILL CREEK RD
FLINT, MI 48532-2347

APAC PAPER AND PACKAGING CORP
PROF SH PL & TRUST DTD 3-27-86
M LASKE AND H JENKS TTEES
4000 ENTERPRISE DRIVE
PO BOX 640
ALLEN PARK, MI 48101-0640

APPELBAUM FAMILY TRUST
UAD 02/22/07
AARON APPELBAUM &
RHODA APPELBAUM TTEES
8543 EAGLE RUN DR
BOCA RATON, FL 33434-5431

APPLETON, ROBERT C
3564 N MEXICO RD
PERU, IN 46970-8139

ARAB COMPANY FOR LIVESTOCK DEVELOPMENT
TAKHASSUSI STR, AL-REHMANIA DIST
RIYADH, POST BOX # 75026 - RIYADH 11578
KINGDOM OF SAUDI ARABIA

ARCHER ASSOCIATES SA
NATIXIS PRIVATE BANKING
51 AVENUE JF KENNEDY
L 1855 LUXEMBOURG EUROPE

ARCHIE LEVINE
3301 ARUBA WAY H-2
COCONUT CREEK, FL 33066

ARDEN LEDER
STEVEN LEDER
331 WEST 16TH ST
DEER PARK, NY 11729

ARDENE J BOWRON IRA
FCC AS CUSTODIAN
503 46TH ST NW
BRADENTON, FL 34209-1951

ARDITH M. TROGDON
6053 KLAMATH LOOP
FT. MOHAVE, AZ 86426

AREFEH RIAZI
27 CLINTON ST
VALHALLA, NY 10595

ARGYLE, ROSELYN D
3140 SOUTH BRENNAN ROAD
HEMLOCK, MI 48626-8750

ARIC L RUDDEN & ROBIN B RUDDEN
ARIC L RUDDEN &
ROBIN B RUDDEN
3709 JOHN CARROLL DR
OLNEY, MD 20832-2117

ARISTIDE E. TON
174 SAND BEACH BLVD
SHREVEPORT, LA 71105-4504

ARLEEN BRADLEY TTEE
ARLEEN R BRADLEY LV/TST U/A
DTD 01/18/1999
2000 CAMBRIDGE AVENUE APT 81
WYOMISSING, PA 19610-2722

ARLEN H JENSEN & MARLIS M JENSEN
MARLIS M JENSEN
JT TEN
108 CLARK ST.
PO BOX 355
VIBORG, SD 57070-0355

ARLENE C HOOKHAM TRUST
U/A/D 1 5 90
ARLENE C HOOKHAM TRUSTEE
676 AUDUBON BLVD
DELRAY BEACH, FL 33444-1808

ARLENE D BIRKENSTOCK
29517 ELLINGTON CT
SUN CITY, CA 92586-3256

ARLENE F WEST
2136 FOXFORD ST
CANTONMENT, FL 32533

ARLENE G HOVANESSIAN
TRUSTEE OF THE ARLENE G HOVANESSIAN LIV TRUST
DTD 4/12/1992
23720 SANDALWOOD ST
WEST HILLS, CA 91307-1333

ARLENE GREENSTEIN AND ABBY GREENBERG JT TEN
245-20 GRAND CENTRAL PARKWAY
BELLEROSE, NY 11426-2741

ARLENE H CLARK
PO BOX 6401
GAINESVILLE, GA 30504

ARLENE H JOHNSON
12141 S KI ROAD
PHEONIX, AZ 85044

ARLENE H. WATERS
CGM IRA ROLLOVER CUSTODIAN
3371 N. CALLE DE CATALINA
TUCSON, AZ 85749-8861

ARLENE L ANDERSON
3535 TERRACE DR
CHINO HILLS, CA 91709-5605

ARLENE LANGLIEB
VICKY KEMMLER TTEE
U/W/O EGON SENSKY
883 CEDARHURST ST
NORTH WOODMERE, NY 11581

ARLENE M STANFORD
2808 E ORCHARD PL #202
SIOUX FALLS, SD 57103-7167

ARLENE M. LARIMER IRA
FCC AS CUSTODIAN
15911 W CLEAR CANYON DR
SURPRISE, AZ 85374-4510

ARLENE PETROFF-GROSSMAN
15 W 81ST ST
NEW YORK, NY 10024-6022

ARLENE R WEISS
MILTON S WEISS TEN ENT
3400 N 47TH AVE
HOLLYWOOD, FL 33021-2350

ARLENE SIDERMAN TOD
11914 ARIAS AVE
BOYNTON BEACH, FL 33437-6626

ARLENE SPIER
19 NORTH MANSFIELD AVE
MARGATE, NJ 08402

ARLETH CONLEY
CGM IRA ROLLOVER CUSTODIAN
271 BLUE SPRINGS LANE
OCEANSIDE, CA 92054-5407

ARLETTE BUSHERS
100 E WASHINGTON
IDABEL, OK 74745-4636

ARLETTE BUSHERS
100 E WASHINGTON
IDABEL, OK 74745-4636

ARLINE K JULIUS
145 4TH AVE APT 9G
NEW YORK, NY 10003-4921

ARLIS B SMITH
313 ASBURY CIR
ENID, OK 73703

ARLYN J MERRILL
1206 N 4TH ST
TEMPLE, TX 76501

ARND MATTHEES
MEISSNER STR 26
01612 NUENCHRITZ GERMANY

ARNICE SHERRER TRUST
1813 HICKORY AVENUE
FLORENCE, AL 35630-2257

ARNO E LOESEL TOD
ARNO E LOESEL
212 REIF ST
FRANKENMUTH, MI 48734

ARNOLD & LINDA CIANCAGLINI
8016 GOLFERS OASIS DR
LAS VEGAS, NV 89149

ARNOLD ADLER AND GABRIELA
ARNOLD ADLER
GABRIELA ADLER JTWROS
1 KIMBERLY ANN DRIVE
GREENVILLE, RI 02828-1005

ARNOLD B LEVIN TRUST
ARNOLD B LEVIN TRUSTEE
231 DEL POND DRIVE
CANTON, MA 02021-2754

ARNOLD C AVITABILE TTEE
AVITABILE FAMILY TRUST U/A
DTD 03/21/1989
1700 TICE VALLEY BLVD #150
WALNUT CREEK, CA 94595-1641

ARNOLD CATER &
MARGARET CATER
JT TEN
TOD ACCOUNT
52241 WEMBLEY DR.
SOUTH BEND, IN 46637-2741

ARNOLD G WILSON
460 HADDON AVE APT 108
COLLINGSWOOD, NJ 08108-1336

ARNOLD J AND LYNN K GOLDMAN
3 LEEWARD LANE
ROCHESTER, NY 14618-4723

ARNOLD J ROSS
420 E 72ND ST APT 19B
NEW YORK, NY 10021-4676

ARNOLD J ROSS AND
MARCIA E ROSS JTWROS
420 EAST 72ND STREET
APT 19B
NEW YORK, NY 10021-4650

ARNOLD J SZABO
17625 NE 148TH TERR RD
FT MCCOY, FL 32134

ARNOLD KREEGER & MARY KREEGER JT WROS
10988 S GREENVILLE RD
GREENVILLE, MI 48838-8708

ARNOLD L SAYGER
6172 NE HICKORY GROVE RD
PINETTA, FL 32350

ARNOLD LUBASCH &
HELGA LUBASCH
COMM/PROP
10550 E VOGEL AVE
SCOTTSDALE, AZ 85258-6076

ARNOLD M KERN
2630 S GERA RD
FRANKENMUTH, MI 48734

ARNOLD SHANE
78426 GOLDEN REED DR
PALM DESERT, CA 92211-1835

ARNOLD SHANE
78426 GOLDENREED DR
PALM DESERT, CA 92211-1835

ARNOLD STEINBERG
3724 ARCADIA
SKOKIE, IL 60076

ARNOLD TOBY ROLLOVER IRA
943 HUNTER DRIVE #54
RACINE, WI 53406

AROSTA RIVER LTD
C/O MERRILL LYNCH INT BANK LTD
ATTN TRUST DEPARTMENT
2 RAFFLES LINK, MARINA BAYFRONT
SINGAPORE 039392

ARPY MARY ATMAJIAN
2363 W MUSCAT
FRESNO, CA 93706-9748

ARROW SMITH FUND LTD
JAMES R HODGE
14 SUTTON PL S
NEW YORK, NY 10022-3071

ARTHUR & BRENDA BERGANTZ FAMILY TRUST
U/A DTD 07/22/92
ARTHUR BERGANTZ TTEE
BRENDA M BERGANTZ TTEE
2917 HEADLAND DR
SAINT CHARLES, MO 63301-0768

ARTHUR A BARBUTO
200 ESSEX ST
LYNNFIELD, MA 01940-1205

ARTHUR A GOLDFARB
6323 TALE CYPRESS CIRCLE
GREENACRES, FL 33463-8332

ARTHUR A PAPPAS
33841 NIGUEL SHORES DR
DANA POINT, CA 92629

ARTHUR AND KATHERINE LEASHER
3447 N BRANCH DR
BEAVERTON, MI 48612

ARTHUR B HALPERN
CGM IRA ROLLOVER CUSTODIAN
2928 WEST 5TH STREET
APT 6 P
BROOKLYN, NY 11224-3941

ARTHUR B WEINRACH
CGM IRA CUSTODIAN
2224 HIGHLAND ST
ALLENTOWN, PA 18104-3632

ARTHUR BALCOM AND VICTORIA E BALCOM
TTEE F/T BALCOM REVOCABLE TRUST
2351 ROLLING HILLS DR SP#180
FULLERTON, CA 92835-2319

ARTHUR BEILEY
TOD DTD 04/09/2008
332 CENTRAL PARK AVE. G8
SCARSDALE, NY 10583-1332

ARTHUR BONDY
191 SHERMAN RD
WOODSTOCK, CT 06281-1908

ARTHUR CAIONE
130 GRANDVIEW BLVD
YONKERS, NY 10710

ARTHUR CLIPPER
PEARL CLIPPER
270 SETON HALL DR
PARAMUS, NJ 07652-5648

ARTHUR COLABELLA
143 DUCHESS LANE
BRICK, NJ 08724

ARTHUR DALE DARBY
20358 NORTH 109TH LANE
SUN CITY, AZ 85373

ARTHUR DEEGAN
891 ISLAND WAY
CLEARWATER, FL 33767

ARTHUR DEEGAN II
PATRICIA A DEEGAN
891 ISLAND WAY
CLEARWATER, FL 33767-1826

ARTHUR E DRIES REVOCABLE TRUST
U/A/D 9 19 96
ARTHUR E DRIES TTEE
37734 DEVOE ST
CLINTON TOWNSHIP, MI 48036-2905

ARTHUR E MCINTYRE
SOUTHWEST SECURITIES, INC.
P O BOX 850804
YUKON, OK 73085-0804

ARTHUR E ROCHAU TRUSTEE
1670 WEST LINCO RD
STEVENSVILLE, MI 49127-9416

ARTHUR E WHITTEN
WEDBUSH MORGAN SEC CTDN
IRA CONTRIBUTORY 12/31/04
12725 SOULE ST
POWAY, CA 92064-6034

ARTHUR EISENHUTH AND
VIRGINIA EISENHUTH JTWROS
904 ALAN DR
WANTAGH, NY 11793-1002

ARTHUR ELLMAN
921 LAURENS LN
WARMINSTER, PA 18974-6149

ARTHUR EPSTEIN
MARY EPSTEIN JT TEN
106 MONTCLAIR DRIVE
WEST HARTFORD, CT 06107-1255

ARTHUR F CRISPIN
1 AVE DE CROISSET C3
06130 GRASSE
FRANCE

ARTHUR F CUNDY & ALICE E CUNDY
1331 ADON RD
ROZET, WY 82727

ARTHUR F NERING & VERONICA NERING
VERONICA NERING JTTEN
14690 EAGLE RIDGE DR #231
FORT MYERS, FL 33912-0723

ARTHUR FINLAN
TOD JAMES WILLIAM FINLAN
SUBJ TO STA TOD RULES
1014 NORTH GOLF DRIVE
HOLLYWOOD, FL 33021-5525

ARTHUR G POEHLMAN
3910 SCHUSTER DR
WEST BEND, WI 53090-9369

ARTHUR G STEARNS AND
HAROLDENE R STEARNS CO-TTEES
FBO ARTHUR G & HAROLDENE R
STEARNS TRUST U/A/D 10/29/98
3880 NORTH A1A #905
HUTCHINSON ISL, FL 34949-8538

ARTHUR G WACKER
2247 MALLARD DR
REESE, MI 48757

ARTHUR GINSBURG AND
JUDITH GINSBURG JTWROS
2702 SE 30TH AVE
PORTLAND, OR 97202

ARTHUR H HEMBROOK & ELIZABETH V HEMBROOK JT TEN
189 SOUTH COLLIER BLVD APT C-203
MARCO ISLAND, FL 34145-4321

ARTHUR I BROWN
5653 BRAEMAR DR
FRISCO, TX 75034

ARTHUR I BROWN
5653 BRAEMAR DR
FRISCO, TX 75034

ARTHUR I BROWN
5653 BRAEMAR DR
FRISCO, TX 75034

ARTHUR IOVINO &
MARY MATTHEWS IOVINO JT TEN
846 DUNCAN DRIVE
WESTBURY, NY 11590-1405

ARTHUR J GRAY JR
20723 MYSTIC WAY
N FT MEYERS, FL 33917

ARTHUR J GRAY JR JAMIE S GRAY JT TEN WROS
20723 MYSTIC WAY
N FT MYERS, FL 33917

ARTHUR J MORROW
701 N REEVE RD
ST HELENA IS, SC 29920

ARTHUR J ZIEGLER
TOD ACCOUNT
515 COUNTRY CLUB DRIVE
BLUE SPRINGS, MO 64014-2006

ARTHUR JERRY HAMMOND & ANN H HAMMOND JTWROS
5432 SHADY GROVE RD
GOODWATER, AL 35072-5420

ARTHUR JONES
10133 NW 24TH PLACE #107
SUNRISE, FL 33322

ARTHUR KADUK AND
BLANCHE KADUK
571 MORNINGSTAR LANE
BETHLEHEM, PA 18018

ARTHUR L POSEY & MARGRET S POSEY JT TEN
1729 RIDGECREST AVE
AIKEN, SC 29801-3366

ARTHUR L PRESTON TTEE
A L & D E PRESTON REVOCABLE TR
U/A DTD 01/20/1988
500 W SANTA MARIA 80
SANTA PAULA, CA 93060-4231

ARTHUR LASKY
20 WEST 64TH ST APT 20L
NEW YORK, NY 10023

ARTHUR LAWRENCE TORRENCE
46 OLD CANTERBURY RD
PLAINFIELD, CT 06374

ARTHUR LICHTENSTEIN
52 SHAFTESBURY ST
TORONTO ONTARIO M3H5L8 CANADA

ARTHUR M KWARTA &
VIRGINIA P KWARTA JT TEN
2 HORATIO STREET APT 15-R
NEW YORK, NY 10014-1648

ARTHUR MEEHAN
24 HERBERT AVENUE
PORT WASHINGTON, NY 11050-2915

ARTHUR MILLS
ARTHUR MILLS RLT
1405 2ND ST NW
AUSTIN, MN 55912

ARTHUR O HELLANDER
3031 BELLFLOWER WAY
LAKELAND, FL 33811

ARTHUR PARKS SR
246 ANDOVER DR
WAYNE, NJ 07470-2961

ARTHUR R BEE / RITA A BEE TTEE FBO THE BEE FAMILY TRUST
6960 ABEL STEARNS AVE
RIVERSIDE, CA 92509

ARTHUR REIERSEN  &
TERESA REIERSEN JT WROS
372 MILLER PLACE ROAD
MILLER PLACE, NY 11764-3227

ARTHUR ROY COPE & VIDA
COPE TTEE ARTHUR COPE &
VIDA COPE REV LVG TRUST
U/A/D 5/10/99
4106 FAIRWAY DR NORTH
JUPITER, FL 33477-9528

ARTHUR S BOGE  &
VIGDIS K BOGE JT WROS
25862 YEOMAN DR
WESTLAKE, OH 44145-4746

ARTHUR S KLEIN
3100 S OCEAN BLVD
HAMPTONS CONDO 6055
PALM BEACH, FL 33480

ARTHUR SHAWN CASEY
813 DILIGENCE DR
STE 116
NEWPORT NEWS, VA 23606-4237

ARTHUR SHAWN CASEY
813 DILIGENCE DR STE 116
NEWPORT NEWS, VA 23606-4237

ARTHUR T MEYERS REVOCABLE TRUST
3079 CLIFTON CT
AURORA, IL 60504

ARTHUR THOMAS HUTCHENS
2624 ASHBROOKE DR
LEXINGTON, KY 40513

ARTHUR W GRAY JR
550 S WAYSIDE ST
ANAHEIM, CA 92805-4944

ARTHUR W PHELON &
VIRGINIA M PHELON TTEE
PHELON FAMILY TRUST
U/A DTD 10/20/86
794 SPENSER LANE
LINDEN, MI 48451-8507

ARTIE HELGASON
5 BENTON ROAD
BELMONT, MA 02478

ARVIN SCHULTZ
9824 SW 198TH CIR
DUNNELLON, FL 34432

ASA B GROVES JR TTEE
ASA B GROVES JR REV TRUST
U/A DTD 11/11/1992
C/O R. GROVES
15 LACOSTA DR
SAINT PAUL, MN 55110-1225

ASAF ALIMARDANOV
23 VISTA DR
NANUET, NY 10954-3820

ASHLEY C THOMAS
BY ASHLEY THOMAS REV TR
33 RIVER OAKS TRCE
SEARCY, AR 72143-4504

ASHLEY C THOMAS
ELEANOR M THOMAS
33 RIVER OAKS TRCE
SEARCY, AR 72143-4504

ASSEM G ZIADY
7764 ROCKDOVE LANE
CONCORD TOWNSHIP, OH 44077

ASSEM G. ZIADY
7764 ROCKDOVE LN
CONCORD TOWNSHIP, OH 44077

ASSOCIATED BEHAVIOR INC PSP
ERIC D NIELSEN TTEE
2040 MURRAY-HOLLADAY RD
STE 211
HOLLADAY, UT 84117-5185

ASSUMPTION AMBASSADOR SCHOLARSHIP FUND
ROBERT A JUERGENS
4950 TEALBY COURT
ST LOUIS, MO 63128

AST TRUST CO TTEE
DTD 11/13/03  RICHARDSON PLOWDEN & ROBINSON PA
(401K)
FBO FRANK ROBINSON II
6 CEDARWOOD LANE
COLUMBIA, SC 29205

AST TRUST CO TTEE
DTD 11/17/03  RICHARDSON PLOWDEN &
ROBINSON PA 401K  FBO FRANK ROBINSON II
6 CEDAR WOOD LANE
COLUMBIA, SC 29205

ASTOR INVESTMENTS LTD
ATTN: ERIC N MANN ESQ
NEAL GERBER & EISENBERG LLP
TWO NORTH LASALLE ST, STE 1700
CHICAGO, IL 60602

ATIL BIROL & MELIHA BIROL
C/O ATIL BIROL
1400 SOK. APT. NO=11 D=30
35220 GOKTASI KONAK-IZMIR TURKEY

ATWOOD F BADMAN REV TR
DTD 03/22/95
ATWOOD F BADMAN TRUSTEE
250 LAKE COVE LANE
FELTON, DE 19943-5351

AUDARMAR TRADING CORP
KOSTENBAUM & ASSOCIES (KBHB)
COURS DE RIVE 10
PO BOX 3397
1211 GENEVA 3 SWITZERLAND

AUDREY CRANE
2212 MAHONEY DRIVE
POINT PLEASANT, NJ 08742-3821

AUDREY ELLEN KAPITAN
TTEE AUDREY KAPITAN
SEPARATE PROPERTY TRUST
U/A DTD 9/22/06
640 CALIFORNIA AVE
ARCATA, CA 95521-5236

AUDREY J SUTTON
105 GARTH ROAD 5F
SCARSDALE, NY 10583

AUDREY L. ALCORN
1609 E. 74TH PLACE
TULSA, OK 74136-7312

AUDREY M SIGILLO TTEE
FBO DANTE N SIGILLO &
AUDREY M SIGILLO UTD 4-6-94
18634 AUTUMN LAKE BLVD
HUDSON, FL 34667-6472

AUDREY MYTCHAK
1047 MARTIN
HOUSTON, TX 77018

AUDREY P AND SAMUEL R HAMILTON
1535 CAXAMBAS CT
MARCO ISLAND, FL 34145

AUDREY S GOULD
102 PHILIP DR
PRINCETON, NJ 08540-5412

AUGUST A ZENZIUS
51 TROTTERS LN
ALLENDALE, NJ 07401-2034

AUGUST A ZENZIUS
51 TROTTERS LN
ALLENDALE, NJ 07401-2034

AUGUST A ZENZIUS
51 TROTTERS LN
ALLENDALE, NJ 07401-2034

AUGUST A ZENZIUS
51 TROTTERS LN
ALLENDALE, NJ 07401-2034

AUGUST A ZENZIUS
51 TROTTERS LN
ALLENDALE, NJ 07401-2034

AUGUST A ZENZIUS
51TROTTERS LN
ALLENDALE, NJ 07401-2034

AUGUST MAKAL &
YVONNE MAKAL
JT TEN
254 JEAN DRIVE
PITTSBURGH, PA 15236-2510

AURELIO FLORES ARANDA
MONTANESES 1853 7°G
(1428) BUENOS ARIES ARGENTINA

AURELIO FLORES ARANDA
MONTANESES 18537°G
(1428) BUENOS ARIES ARGENTINA

AUSTIN B SALLEY, JR
420 BREWTON ST NE
ORANGEBURG, SC 29115

AUSTIN P HOOPER
747 PANTHER CT
MILLERSVILLE, MD 21108-2025

AVENGER ENTERPRISES COMPANY LIMITED
7TH FLOOR 36B KENNEDY ROAD
WANCHAI HONG KONG

AVERY TODD
CLARA A TODD
265 STUDEBAKER SPUR 2
CASTLE ROCK, WA 98611

AVICE C BROWN
700 CORPORATE DRIVE
APT 219
BIRMINGHAM, AL 35242

AVIVA BIELORY
IRA DCG & T TTEE
18051 BISCAYNE BLVD
PH5 N-1
AVENTURA, FL 33160-2585

AVY ELLIS
IM THEMES 10
OBERTSHAUSEN 63179 GERMANY

AXEL SCHWARZ
ADENAUERALLEE 92
53113 BONN  GERMANY

AXELLE MEGERIAN
CGM IRA ROLLOVER CUSTODIAN
2075 JEFFREY DRIVE
TROY, MI 48085-3816

AYDIN ALAM
MITHATPASA CAD NO 582/7
KULUKYALI - KONAK
IZMIR - TURKEY 35280

AYSE SAGAT
MITHATPASA CADDESI
NO 858 DAIRE 5 GOZTEPE
IZMIR TURKEY 35290