SOUTHERN DISTRICT OF NEW YORK

DANA H. FOX, PRO-SE )
)
IN RE (US-) )    CASE NO.
MOTORS LIQUIDATION CO., ET AL )    09-50026 (REG)
)
)
)

RECEIVED SEP 13 2010

### PLAINTIFF'S OBJECTION TO OMNIBUS OBJECTION AND MOTION FOR LATE ENTRY

MR. FOX PRO-SE DID NOT RECEIVE THE OMNIBUS OBJECTION NOTICE UNTIL THE END OF AUGUST DUE TO MAIL FORWARDING DELAY AND TRAVEL RESPONSIBILITIES.

MR. FOX PRO-SE HAS FILED & LITIGATED A COMPLAINT THAT IS WELL DOCUMENTED TO DATE AND IS NOW ON FILE WITH THIS COURT.

THERE IS A PLEADING ON FILE THAT INDICATES A LARGER DAMAGE CLAIM THAN THAT LISTED IN THE OMNIBUS INDEX.

WHEREFORE THIS OBJECTION TO ANY DISMISSAL OF MR. FOX'S CLAIM THROUGH AN OMNIBUS MANEUVER: NO ONE TO DATE HAS CONTACTED MR. FOX, IN WRITING, WITH A CONTACT IN DUBLIN, OHIO TO DISCUSS SETTLEMENT.

RESPECTFULLY SUBMITTED
DANA H. FOX  PRO-SE

CC: WEIL, GOTSHAL, MANGES
DUBLIN, OHIO