# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | X  Motors Liquidation Company, Case No. 09-50026 <br><br> ☐  MLC of Harlem, Inc., Case No. 09-13558 <br><br> ☐  MLCS, LLC, Case No. 09-50027 <br><br> ☐  MLCS Distribution Corporation, Case No. 09-50028 <br><br> ☐  Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> ☐  Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Weavertown Transport Leasing, Inc. <br> c/o Picadio Sneath Miller & Norton, P.C. <br> U.S. Steel Tower, Suite 4710 <br> 600 Grant Street <br> Pittsburgh, PA 15219 |
| Claim Number (if known): | 45622 |
| Date Claim Filed: | 11-24-09 |
| Total Amount of Claim Filed: | $56,226* |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 9-1-10

Print Name: Alan S. Miller
Title (if applicable): Attorney on behalf of Weavertown Transport Leasing, Inc.

*Weavertown Transport Leasing, Inc.'s claims are being withdrawn without prejudice and may be reinstated if settlement is not reached or if the group claim is challenged on the basis of standing.

SEP 13 2010

US_ACTIVE:¥43219392¥02¥72240.0639