

# SULLIVAN, WARD, ASHER & PATTON, P.C.
### ATTORNEYS AND COUNSELORS AT LAW

1000 MACCABEES CENTER
25800 NORTHWESTERN HIGHWAY
SOUTHFIELD, MICHIGAN 48075-1000

TELEPHONE: (248) 746-0700
FAX: (248) 746-2760

WEB SITE: www.swappc.com

ROBERT E. SULLIVAN, SR. (1922-1998)
DAVID M. TYLER (1930-2002)
RICHARD G. WARD (RETIRED)

DEBRA BETH PEVOS
dpevos@swappc.com
(248) 746-2842

September 8, 2010

Clerk of the Court
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

RECEIVED SEP 13 2010

RE: Motors Liquidation Company, et al, f/k/a General Motors Corp., et al
Case No. 09-50026-reg

Dear Clerk:

I hereby request to be removed from all electronic and other service lists in the above-named case.

Debra Beth Pevos – dpevos@swappc.com

If you have any questions, please do not hesitate to contact me.

Very truly yours,

SULLIVAN, WARD,
ASHER & PATTON, P.C.

Debra Beth Pevos

DBP/jme
W0914211