**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
                                        :
In re                                   :    Chapter 11 Case No.
                                        :
MOTORS LIQUIDATION COMPANY, et al.,     :    09-50026 (REG)
    f/k/a General Motors Corp., et al.  :
                                        :
                        Debtors.        :    (Jointly Administered)
                                        :
-----------------------------------------------------------------x
```

**NOTICE OF MATTERS SCHEDULED**
**FOR HEARING ON SEPTEMBER 17, 2010 AT 9:45 A.M.**

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**I.    CONTESTED MATTERS:**

A.  Objection by Dale Earnhardt, Inc. to Transfer of Claim No. 70347 to The Seaport Group LLC [**Docket No. 6613**]

Responses Filed:

1.  The Seaport Group LLC's Response to Objection to Notice of Transfer of Claim No. 70347 [**Docket No. 6896**]

Replies Filed:          None to date.

Additional Document(s):

2.  Notice of Transfer of Claim Other than for Security  [**Docket No. 6377**]

3.  Declaration of Kimo S. Peluso in Support of the Seaport Group LLC Response to Objection to Notice of Transfer of Claim No. 70347 [**Docket No. 6897**]

**Status:**    This matter is going forward.

**II.    PRE-TRIAL CONFERENCE:**

A.  Motors Liquidation Company's Partial Motion to Dismiss MCM Management Corp.'s Counterclaim in the *Motors Liquidation Corporation v. MCM Management Corp.* Adversary Proceeding No. 10-05008-reg [**Docket No. 16**]

   <u>Responses Filed</u>:    None to date.

   <u>Replies Filed</u>:    None to date.

   Additional Document(s):

   1.  Complaint for Damages for Breach of Contract, Avoidance of Preferential Transfer, Declaratory Judgment and Objection to Claim No. 371 filed by MCM Management Corp. [**Docket No. 1**]

   2.  First Amended Complaint and Objection to Claim No. 371 filed by MCM Management Corp. [**Docket No. 5**]

   3.  MCM Management Corp.'s (A) Answer and Affirmative Defenses to First Amended Complaint and Objection to Claim No. 371 filed by MCM Management Corp.; and (B) Counterclaim Against Motors Liquidation Company [**Docket No. 13**]

   4.  Stipulation regarding Motors Liquidation Company's Partial Motion to Dismiss and MCM Management Corp.'s Counterclaim [**Docket No. 24**]

   5.  MCM Management Corp.'s (A) Answer and Affirmative Defenses to First Amended Claim and Objection to Claim No. 371 filed by MCM Management Corp.; and (B) First Amended Counterclaim Against Motors Liquidation Company  [**Docket No. 25**]

   **Status:**    This matter is going forward.

**III.    RESOLVED MATTERS:**

A.  Pre-trial conference in the *Motors Liquidation Corporation v. Bayerische Motoren Werke Aktiengesellschaft* Adversary Proceeding No. 10-05006-reg

   <u>Responses Filed</u>:    None to date.

   <u>Replies Filed</u>:    None to date.

   Additional Document(s):

1. Adversary Complaint [**Docket No. 1**]

2. First Amended Adversary Complaint [**Docket No. 2**]

3. Stipulation and Order Extending Time to Answer and Scheduling a Pretrial Hearing [**Docket No. 9**]

**Status:** The parties have reached an agreement in principal to resolve this matter, and therefore, the pre-trial conference has been canceled.

IV. **ADJOURNED MATTERS:**

A. Debtors' Ninth Omnibus Motion Pursuant to 11 U.S.C. § 365 to Reject Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property ("**Debtors' Rejection Motion**") [**Docket No. 4437**]

Responses Filed:

1. M-Tech Associates, LLC's Objection to Debtors' Rejection Motion [**Docket No. 6008**] ("**M-Tech Response**")

Replies Filed:

2. M-Tech Associates, LLC's Sur-Reply in Support of Its Objection [**Docket No. 6277**]

3. Debtors' Response to the M-Tech Response [**Docket No. 6458**]

Additional Documents:

4. Order Granting Debtors' Rejection Motion [**Docket No. 4553**]

5. General Motors LLC's Brief in Support of Debtors' Rejection Motion **[Docket No. 6271]**

**Status:** This matter is adjourned to October 6, 2010 at 9:45 a.m.

B. Debtors' Objection to Proof of Claim No. 67357 Filed by New United Motor Manufacturing, Inc. ("NUMMI") [Docket No. 5404]

Responses Filed:

1. NUMMI's Initial Response to Debtors' Objection [**Docket No. 5854**]

| | Replies Filed: | None to date. |
|---|---|---|

Additional Documents:

2. Declaration of Mark E. McKane in Support of NUMMI'S Response to Debtors' Objection [**Docket No. 5855**]

3. Declaration of Mitsunori Tsuzuki in Support of NUMMI'S Response to Debtors' Objection [**Docket No. 5856**]

Status: This matter will be adjourned to a future hearing date to be mutually agreed upon by the parties.

Dated: New York, New York
September 15, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession