**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | |
|---|---|
| In re | :      Chapter 11 |
| | : |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | :      **Case No. 09-50026 (REG)** |
|        **f/k/a General Motors Corp.,** *et al.,* | : |
| | : |
|      **Debtors.** | :      **(Jointly Administered)** |
| | : |

------------------------------------------------------------------x

## AMENDED AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                              ) ss:
COUNTY OF SUFFOLK     )

I, Barbara Kelley Keane, being duly sworn, depose and state:

     1.     I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 105 Maxess Road, Melville, New York 11747.

     2.     Between August 19, 2010 and August 20, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors in the above-captioned case and pursuant to the **Notice of Debtors' Forty-Seventh Omnibus Objection to Claims [Docket No. 6657]**, I caused to be served a customized **Notice of Objection to Individual Debt Claims**, a copy of which is annexed hereto as Exhibit "A", upon each of the parties set forth in Exhibit "B" annexed hereto (affected parties) by depositing same in a sealed, postage paid envelope at a United States Post Office for delivery by the United States Postal Service via First Class Mail.

                                            /s/ Barbara Kelley Keane
                                            Barbara Kelley Keane

Sworn to before me this
9th day of September 2010

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Qualified in Manhattan County
Commission Expires:  May 19, 2012

# EXHIBIT A

> **PLEASE CAREFULLY REVIEW THIS NOTICE AS IT WILL AFFECT YOUR CLAIM IN THE GENERAL MOTORS CORPORATION (NOW MOTORS LIQUIDATION COMPANY) BANKRUPTCY CASE**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | : | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | **09-50026 (REG)** |
| **f/k/a General Motors Corp.,** *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------x

## NOTICE OF OBJECTION TO INDIVIDUAL DEBT CLAIMS

### [Claimant Name]

| Claim Information | | | | | Basis For Objection |
|---|---|---|---|---|---|
| **Date** | **Claim #** | **Debtor** | **Classification** | **Amount** | **Claim is duplicative of a claim allowed for the indenture trustee on behalf of all Individual Bondholders** |
| | | | | | |

     **PLEASE TAKE NOTICE THAT**, on August 13, 2010, Motors Liquidation Company (formerly known as General Motors Corporation) and its affiliated debtors, as debtors in possession (the "**Debtors**"), filed an objection to your proof of claim identified above.  The name of the objection is the Debtors' _____ Omnibus Objection to Claims (Duplicate Debt Claims) (the "**Objection**").

     **You have received this notice because the Debtors have objected to your proof of claim and your rights will be affected.**

     **You should read this notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**

**A copy of the full Objection can be viewed at
http://www.motorsliquidationdocket.com/bond.php3.  Or, you may
request a complete copy of the Objection at the Debtors' expense, by
contacting the Debtors at 1-800-414-9607, or by sending an e-mail to
claims@motorsliquidation.com.**

The reason for the Objection is that your claim is duplicative of two global claims filed

on your behalf (and on behalf of all affected bondholders) by Wilmington Trust Company

("**WTC**"), as the indenture trustee for your General Motors Corporation bonds.  An indenture

trustee is an entity that manages a bond issuance for the benefit of the individual bondholders,

and handles all the administrative aspects of the bond issuance.  The claims filed by WTC ensure

your interests are protected with respect to the interest, principal, and trustee fees under your

bonds.  You will be entitled to receive a distribution on account of such interests through the

global proofs of claim filed by WTC, and the disallowance of your individual claim will not

affect such interests.  If you have additional claims with respect to your bonds beyond interest,

principal, and trustee fees, such claims will be disallowed pursuant to this Objection.  A copy of

the        stipulation        allowing        the        claims        of        WTC        can        be        viewed        at

**http://www.motorsliquidationdocket.com/bond.php3**.

**YOU WILL NOTICE THAT** the Objection requests that the Bankruptcy Court expunge

and disallow your claim listed above on the ground that your claim is duplicative of the global

claim filed by WTC.  **Any claim that the Bankruptcy Court expunges and disallows will be

treated as if it had not been filed, and you will not be entitled to any distribution from the

Debtors' estates on the claim you filed.**

If you disagree with the Objection's treatment of your claim, you may call the Debtors to

try and resolve your concerns at **1-800-414-9607**.  If you are unable to resolve your concerns

with the Debtors before the deadline to respond, then you <u>must</u> file and serve a written response

(a "**Response**") to the Objection in accordance with this notice and you <u>must</u> appear at the Hearing described below.

You may participate in the Hearing telephonically provided that you comply with the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider." You must also provide prior written notice by mail or e-mail of your telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Russell Brooks, Esq. (russell.brooks@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Jennifer Sharret, Esq. (jsharret@kramerlevin.com)).

**If you do not oppose the disallowance and expungement of your claim, then you do not need to file a Response or appear at the Hearing.**

<u>**PLEASE TAKE FURTHER NOTICE THAT**</u> a hearing (the "**Hearing**") on the Objection is scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on **September 24, 2010 at 9:45 a.m. (Eastern Time)**. If you file a Response to the Objection, you should plan to appear at the Hearing either in person or telephonically. The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to your claim. If the Debtors do continue the Hearing with respect to your claim, then the Hearing will be held at a later date. If the Debtors do not

continue the Hearing with respect to your claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **September 17, 2010 at 4:00 p.m. (Eastern Time)**.  Only those Responses that are timely will be considered at the Hearing.  Your Response will be deemed timely only if it is:  (a) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing system (The User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov) before the deadline for Responses **or** (b) **actually** received on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format **and** in hard copy at each of the following addresses on or before the deadline for response:

A.    Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;

B.    Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and

C.    Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Jennifer Sharret, Esq.).

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the number of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the

extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person that can be contacted in connection with the Objection.

If the Bankruptcy Court does NOT disallow and expunge your claim listed above, then the Debtors have the right to object on other grounds to your claim (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

If you have any questions about this notice or the Objection, please contact the Debtors at **1-800-414-9607**. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

**PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief requested in the Objection without further notice or a hearing if you fail to file a timely Response or appear at the Hearing.**

Dated:  New York, New York
        August 18, 2010

WEIL, GOTSHAL & MANGES LLP
Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT B

DONALD DARLING
DONALD R DARLING
203 S WINDING BROOKE DR
SEAFORD, DE 19973

DONALD DEE GOUL
MAYRENE GOUL
2953 N 1150 E
LEHI, UT 84043-4035

DONALD E & JOANN L WAKEFIELD
TRUST #2 UAD 12-7-99
DONALD E & JOANN L WAKEFIELD TTEES
2304 COY
FERNDALE, MI 48220-1122

DONALD E BRITT
414 ORCHARD WEST
DALLAS, PA 18612

DONALD E BUCKMAN &
GAIL L BUCKMAN JT TEN
508 N E 1ST STREET
BLUE SPRINGS, MO 64014-2811

DONALD E FITZWATER
53 N. DEVON AVE
INDIANAPOLIS, IN 46219-5320

DONALD E HUMMEL
1619 CR 302
GREENWOOD, MS 38930

DONALD E LATIN
12640 SUNLIGHT DRIVE
DALLAS, TX 75230

DONALD E LOHMAN TTEE
DONALD E LOHMAN TRUST
U/A DTD 01/10/94
2001 SW SMITH ST
BLUE SPRINGS, MO 64015-3503

DONALD E LOVELACE &
JOAN A LOVELACE
JT TEN
1619 CAMILLE DRIVE
CARSON CITY, NV 89706-2619

DONALD E MCCLURE
10220 S BLOCK RD
BIRCH RUN, MI 48415

DONALD E PRICE
543 NEWBURY CT
GALLOWAY, NJ 08205-6615

DONALD E PULLEASE REV LVG TR
DONALD E PULLEASE &
BARBARA G PULLEASE CO-TTEES
U/A DTD 07/02/2004
51 VIA FIRENZA WAY
DAVIE, FL 33325

DONALD E ROSS
731 WHITE OAK DR
WARNE, NC 28909

DONALD E ROUSE
MARILYN B ROUSE
903 W 131ST PL
KANSAS CITY, MO 64145

DONALD E ROUSE &
MARILYN ROUSE JTWROS
TOD BENEFICIARIES ON FILE
903 W 131ST PL
KANSAS CITY, MO 64145-1646

DONALD E STANLEY
3320 NORTH HILLS BLVD
NORTH LITTLE ROCK, AR 72116-9342

DONALD ENGEL
40 BONNEY DRIVE
HOLLISTON, MA 01746

DONALD F BOUCHER REV TRUST
UAD 5 18 98 FBO GLADYS BOUCHER
JOHN N BOUCHER TRUSTEE
475 RIO CASA DR SOUTH
INDIALANTIC, FL 32903-3720

DONALD F MORFORD
11023 REES ST NE
DONALD, OR 97020

DONALD F RHODES &
PATRICIA J RHODES JT TEN
DONALD RHODES
439 TRESTLE RD
PITTSBURGH, PA 15239-1929

DONALD F SIGL AND
JEANNE SIGL JTWROS
4250 WHILEAWAY
COLORADO SPRINGS, CO 80917-3540

DONALD F SIGL AND JEANNE SIGL
JT WROS
4250 WHILEAWAY CT
COLORADO SPRINGS, CO 80917-3540

DONALD FRANKS
252 MARLIN RD
ABSECON, NJ 08201

DONALD G & EUNICE M NORTHUIS TR
UAD 09/12/96
DONALD G NORTHUIS &
EUNICE M NORTHUIS TTEES
205 VALLEY CT
GRAND HAVEN, MI 49417-2581

DONALD G MAUDLIN
6925 JORDON LANE
NASHVILLE, IN 47448

DONALD G REIF
9425 E WASHINGTON
SAGINAW, MI 48601

DONALD G TEDROW AND GLORIA L TEDROW
97 CEDARBROOK DRIVE
CHURCHVILLE, PA 18966-1101

DONALD G WILSON
THE DONALD G WILSON REV TRUST AGREE
DTD 4/17/95  DONALD G AND PATRICIA WILSON TTEE
3449 HADFIELD GREENE
SARASOTA, FL 34235

DONALD GLOGOWER
9054 LUCCA ST
BOYNTON BEACH, FL 33472

DONALD GUETTLER
2537 W MYOPIA DR
ANTHEM, AZ 85086

DONALD GUETTLER
2537 W MYOPIA DR
ANTHEM, AZ 85086

DONALD GUETTLER
2537 W MYOPIA DR
ANTHEM, AZ 85086

DONALD H BRENNER & JEAN R BRENNER JT TEN
DONALD H BRENNER & JEAN R BRENNER
184 SCAMRIDGE CURVE
WILLIAMSVILLE, NY 14221-5213

DONALD H BROWN & SHARON BROWN & JTWROS
1547 SINGLETON AVE
WICHITA FALLS, TX 76302-4119

DONALD H BROWN & SHARON BROWN JTWROS
1547 SINGLETON AVE
WICHITA FALLS, TX 76302-4119

DONALD H GILMER
THOMAS N GILMER
812 WINDIGO LN
OTSEGO, MI 49078-1536

DONALD H LEHMAN
1292 S TRAINER RD
ROCKFORD, IL 61108

DONALD H. CLOPP
177 EAST SHORE DR
DINGMANS FERRY, PA 18328

DONALD HAMMONDS SR &
MAYE HAMMONDS
JT TEN
2525 HAMPTON STREET
ASHLAND, KY 41101-3836

DONALD I PRYOR
3750 LAWNDALE LANE N
#302
PLYMOUTH, MN 55446

DONALD I SIEFERT
133 PROSPECT HILL RD
BREWSTER, NY 10509

DONALD J AND PATRICIA A MAZANET
C/O DONALD J MAZANET
3702 MAPLE CT
GREEN BAY, WI 54311

DONALD J AND TOSHIE G ANDERSON
409 OLMSTEAD ST
WINONA, MN 55987-2958

DONALD J BENITO
BY BENITO FAMILY
796 MOTT HILL RD
S GLASTONBURY, CT 05073-3622

DONALD J CARSON
PO BOX 329
HYDE PARK, NY 12538-0329

DONALD J HOFFMAN TTEE
UTD 04/22/03
FBO THE DONALD J HOFFMAN TR
4094 LAKE HARBOR LN
WESTLAKE VILLAGE, CA 91361

DONALD J KEEGAN
AND ANTOINETTE KEEGAN JTWROS
624 HIXSON AVE
SYRACUSE, NY 13206

DONALD J LANNERS
617 27TH STREET NW
ROCHESTER, NY 55901

DONALD J SACK
59 TRESSLER LANE
CAPE MAY COURT HOUSE, NJ 08210

DONALD J SMITH
G ANN SMITH
215 SEMINOLE CT
MIDLAND, MI 48642-3559

DONALD J STANE
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
PO BOX 186
ELM GROVE, WI 53122-0186

DONALD J WEHRMAN
DONALD J WEHRMAN AND ELIZABETH A WEHRMAN JTTEN
(TOD)
1075 WEEDEN RD
CARO, MI 48723

DONALD J. AND BETTY R SCHMIDT TRST DTD 8/27/87
BETTY R. SCHMIDT TTEE
900 RIGGINS RD #613
TALLAHASSE, FL 32308-2219

DONALD JOHNSON
125 WALLACE AVE
BUCYRUS, OH 44820-3225

DONALD K BAILEY
3801 LTTLE COTTONWOOD LN
SANDY, UT 84092-6091

DONALD K. BAILEY
3681 LITTLE COTTONWOOD LN
SANDY, UT 84092-6091

DONALD KENNETH DOVE AND JOEANN HILL DOVE
154 WOODFORD DR
WINCHESTER, KY 40391

DONALD L & MARY J NEELY
1927 SPRUCE PL
WHITE BEAR LAKE, MN 55110-7301

DONALD L BENNETT
CGM IRA CUSTODIAN
255 MILLSTONE RD
PERRINEVILLE, NJ 08535-1214

DONALD L BISHOP & NANCY F BISHOP
C/O EDWARDS STOREY MARSHALL HELVESTON &
EASTERLING LLP
ATTN  HON JAMES C HELVESTON
PO BOX 835, 103 EAST BROAD STREET
WEST POINT, MS 39773

DONALD L BLOMGREN IRA
1137 OKLAHOMA DR
AMES, IA 50014

DONALD L BREWINGTON
ELOISE W BREWINGTON
116 SPRINGS EDGE DR
MONTGOMERY, TX 77356-5951

DONALD L CORBETT
6910 BURGUNDY AVE NW
NORTH CANTON, OH 44720

DONALD L CORBETT
6910 BURGUNDY AVE NW
NORTH CANTON, OH 44720-6881

DONALD L CORBETT
6910 BURGUNDY AVE NW
NORTH CANTON, OH 44720

DONALD L ESTEP & BONNY L ESTEP
7191 GUTHRIE RD
SHILOH, OH 44878

DONALD L GRAY
5102 GRAPEVINE BLVD
WEST LAFAYETTE, IN 47906

DONALD L GRAY & SANDRA C GRAY
5102 GRAPEVINE BLVD
W LAFAYETTE, IN 47906-9049

DONALD L HEISLER
CGM IRA ROLLOVER CUSTODIAN
902 MEGAN RD
LIVERMORE, CA 94550-3799

DONALD L JONES
277 RIVER FALLS DR
DUNCAN, SC 29334-9250

DONALD L LIEB F/T
LIEB LIVING TRUST DTD 12/15/92
3636 W MONTE VISTA
VISALIA, CA 93277-7197

DONALD L MARVIN
15755 PENN DRIVE
LIVONIA, MI 48154

DONALD L MECK
9871 N MUDHEN LAKE RD
SIREN, WI 54872

DONALD L STEINHOFF TTEE
DONALD L STEINHOFF REV TRUST
U/A DTD 07/31/1995
1242 SAALE RD
WEST ALTON, MO 63386

DONALD L THOMPSON & BARBARA C THOMPSON
JT TEN
220 APPLE CREEK LN
ROCHESTER, NY 14612-3418

DONALD L. BENDER AND MARY JANE BENDER
5321 ROSA CT
SWARTZ CREEK, MI 48473

DONALD LEWANDOWSKI & LILLIAN LEWANDOWSKI
DONALD J LEWANDOWSKI TR & LILLIAN LEWANDOWSKI TR
DONALD & LILLIAN LEWANDOWSKI JT
REV LIV TRUST U/A DTD 12/11/98
4915 S 79TH ST
GREENFILED, WI 53220-4209

DONALD LINNEWEBER
DONALD LINNEWEBER IRA
3129 25TH ST
#142
COLUMBUS, IN 47203

DONALD LIPSCHUTZ TTEE
FBO DONALD LIPSCHUTZ TRUST
U/A/D 12/21/93
11099 W OPHIR DRIVE #301
LOS ANGELES, CA 90024-6739

DONALD LOWELL ZIEGLAR ROLLOVER IRA FJ50761LS
UBS FINANCIAL SERVICES INC
4400 POST OAK PARKWAY STE 1700
HOUSTON, TX 77027

DONALD LYTTON
PO BOX 2238
BELLINGHAM, WA 98227-2238

DONALD M & TAMARA N OCHACHER
DONALD M. OCHACHER
6259 RANDI AVENUE
WOODLAND HILLS, CA 91367

DONALD M FETHEROLF (IRA)
FCC AS CUSTODIAN
14127 BERESFORD ROAD
BEVERLY HILLS, CA 90210-1066

DONALD M KOVACICH
2608 SHOOTING STAR RIDGE
LEWISTOWN, MT 59457

DONALD M LEEBOW
CGM IRA CUSTODIAN
1532 ISLAND WAY
FT LAUDERDALE, FL 33326-3622

DONALD M SUKLOFF
PRESS BUILDING 9TH FLOOR
19 CHENANGO ST
BINGHAMTON, NY 13901-2905

DONALD M. ZAJAC
201 N. GOLDEN BEACH DR.
KEWADIN, MI 49648

DONALD MISKELLY
387 HUCKINS ROAD
FREEDOM, NH 03836

DONALD N OINES
4589 WINDSOR RD
WINDSOR, WI 53598

DONALD O CUNNINGHAM
6041 BRYAN DR
INDIANAPOLIS, IN 46227-7662

DONALD O NIELSON & EVELYN M
NIELSON REV LIVING TRUST
EVELYN M NIELSON TTEE ET AL
U/A DTD 02/08/1994
9085 SE 137TH AVE
HAPPY VALLEY, OR 97086-5628

DONALD OSBECK & CHARLOTTE OSBECK
37241 BEVERLY AVE
ZEPHYRHILLS, FL 33542

DONALD P GUETTLER
2537 W MYOPIA DR
ANTHEM, AZ 85086

DONALD P KUNISH
DONALD P KUNISH & NANCY A KUNISH CO TTEES
U/A DTD 5/31/99
DONALD P KUSHISH TRUST
410 BURNING BUSH LANE
MIDLAND, MI 48642

DONALD P KUNISH &
NANCY A KUNISH CO TTEES
U/A DTD 5-31-99
DONALD P KUNISH TRUST
410 BURNING BUSH LANE
MIDLAND, MI 48642-7027

DONALD P MASDEN AND REBECCA G MASDEN
REBECCA G MASDEN
JT TEN
3397 CAPLAND AVE
CLERMONT, FL 34711-5736

DONALD P ZLEMKE SR
9311 LAKE DR
MECOSTA, MI 49332-9479

DONALD POMERANTZ
CGM IRA CUSTODIAN
8847 VENTURA DRIVE
NAPLES, FL 34109-4338

DONALD PRATT
12155 BLUFF RD
TRAVERSE CITY, MI 49686

DONALD R & NORMA J STOVER
DONALD R STOVER
504 W THRUSH AVE
CRESTLINE, OH 44827

DONALD R ANDERSON
1814 N 21ST ST
BISMARCK, ND 58501

DONALD R ARNOLD LIVING TRUST
DONALD ARNOLD & MARJORIE ARNOLD
CO-TTEES UAD 11/19/97
192 CINNAMON LN
TRAVERSE CITY, MI 49686-8893

DONALD R BOWRON IRA
FCC AS CUSTODIAN
503 46TH ST NW
BRADENTON, FL 34209-1951

DONALD R BREWER
JEAN A BREWER
7426 CROSS CREEK DR
SWARTZ CREEK, MI 48473-1497

DONALD R BUBAN & IMOGENE BUBAN JTWROS
880 TEAROSE DR
LEXINGTON, KY 40504

DONALD R FERGUSON
59 HAMPTON HILL DRIVE
WILLIAMSVILLE, NY 14221-5839

DONALD R KING
145 SUNSET BLVD
BEAUFORT, SC 29907-1417

DONALD R MOORE
PO BOX 10989
FAIRBANKS, AK 99710-0989

DONALD R NITTO
8404 LIPPZAX PL
GAINESVILLE, VA 20155

DONALD R O'NEIL REVOCABLE TRUST
C/O DONALD R O'NEIL
1505 PARLIN CIRCLE
FARIBAULT, MN 55021-2819

DONALD R RONDEAU
1347 MIRACIELO CT
SAN MARCOS, CA 92078-4855

DONALD R WATTERS TTEE
F/T BARBARA JEAN SCHOLL TR U/A
DTD 4/3/84
23575 OAK VALLEY RD
CUPERTINO, CA 95014-6553

DONALD RENNE IRA
29 EBERSOHL CIRCLE
WHITE HOUSE STATION, NJ 08889

DONALD ROMANELLI
22177 BOAT HOUSE RD
WELLESLEY ISLAND, NY 13640

DONALD S BEAM TTEE
JOAN S BEAM TTEE  STEVEN G BEAM TTEE
UAD 7-28-2006 THE BEAM TRST
8417 ARBOR COURT
FORT MYERS, FL 33908-2870

DONALD S FREEDMAN
4063 SALISBURY RD STE 107
JACKSONVILLE, FL 32216-8056

DONALD S LAWN
WBNA CUSTODIAN TRAD IRA
6 FAESCH CT
ROCKAWAY, NJ 07866-4825

DONALD S MAKEEVER IRA
FCC AS CUSTODIAN
5340 LORRAINE ROAD
BRADENTON, FL 34211-9227

DONALD S MAYER &
YLAIN G MAYER TEN IN COMM
115 CENTRAL PARK WEST
NEW YORK, NY 10023-4198

DONALD SABOL, TTEE
DONALD SABOL FAM TRUST
U/A DTD 12/18/01
6022 FALCONBRIDGE PLACE
MT. DORA, FL 32757-9125

DONALD SCHLEICH
194 HUDSON AVE
FREEPORT, NY 11520

DONALD SCOTT SHEARER TTEE
DONALD S SHEARER TTEE, DONALD
U/A DTD 09/26/2003
9619 SW 92ND CT
OCALA, FL 34481-9447

DONALD SEIFERT
133 PROSPECT HILL RD
BREWSTER, NY 10509

DONALD SHINN
5291 CAUBLE RD
MT PLEASANT, NC 28124

DONALD SHINN AND
HELEN B SHINN JTWROS
5291 CAUBLE RD
MOUNT PLEASANT, NC 28124-9328

DONALD SIMON &
SALLY SIMON JT WROS
11115 ARMON DR
CARMEL, IN 46033-3708

DONALD T JACK JR TRUSTEE
RANDALL H BUTLER FAMILY TRUST
2800 CANTRELL RD STE 500
LITTLE ROCK, AR 72202

DONALD T JONES
237 KELL AVE
STATEN ISLAND, NY 10314-4113

DONALD TUSHAUS & COMPANY EMPLOYEES PROFIT SHARIN
DONALD TUSHAUS TRUSTEE
DONALD TESHAUS CO EMPLOYEES PROFIT SHARING PLAN
12-29-88
1209 E SWEETBRIAR LN
HARLAND, WI 53029-8635

DONALD W BERG JR & JANET Y BERG REV. INTERVIVOS TRUS
C/O DONALD W BERG, JR
P O BOX 354
FOLSOM, NM 88419

DONALD W BIDWELL
9315 NE 141 PL
BOTHELL, WA 98011

DONALD W GOFF
17621 CAPTIVA ISLAND LN
FORT MYERS, FL 33908-6115

DONALD W GOFF
MARTHA A GOFF
17621 CAPTIVA ISLAND LN
FT MYERS, FL 33908-6115

DONALD W PANOUSHEK
20789 ALPINE DR
LAWRENCEBURG, IN 47025-9093

DONALD WAYNE RUDOLPH
DONALD WAYNE RUDOLPH &
TERESA ANN RUDOLPH
PO BOX 451
BURSON, CA 95225-0451

DONALD WELLENDORF
3237 SUGARBUSH DR
CARROLLTON, TX 75007

DONALD WILLIS
2 CROWN CT
COLUMBUS, GA 31909

DONNA ALBRECHT
2130 W 3RD PL
HOBART, IN 46342

DONNA ANN LAROSE
64 BEACH POND RD
WOLFEBORO, NH 03894-4803

DONNA B BAGGETT
27 LONG CREEK CIRCLE
CLAYTON, CA 94517

DONNA BROOKS O'NEILL
9D BEALS COVE RD
HINGHAM, MA 02043

DONNA C ALDRIDGE
7008 COLLEGE HEIGHTS DR
HYATTSVILLE, MD 20782-1145

DONNA D PUTNAM
552 PALMER BLVD
NORTH FT MYERS, FL 33903

DONNA ELIZABETH GOLDMAN
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
1500 WASHINGTON ST.
#7Q
HOBOKEN, NJ 07030-6737

DONNA F NEUMAN TRUSTEE WILFORD J LAND TRUST
11398 5600 W
PO BOX 87
HOLLAND, IN 47541-0087

DONNA G LAZAROFF  TTEE
DONNA G LAZAROFF
915 AZTEC TRAIL
MERCER, PA 16137

DONNA G LERNER IRA/SEP
305 E 40TH ST #11K
NEW YORK, NY 10016

DONNA HRUSKA
DONNA HRUSKA TTEE
DONNA HRUSKA SEPARATE PROPERTY TRUST
PO BOX 80540
LAS VEGAS, NV 89180-0540

DONNA J BECK
1251 N NORMAN PL
LOS ANGELES, CA 90049

DONNA J MCLAIN TTEE
DONNA J MCLAIN TRUST U/A
DTD 07/07/1994
2201 VILLAGE TERRACE
BLOOMINGTON, MN 55431-5807

DONNA J MILLER
TOD ACCOUNT
15771 24 MILE RD
MACOMB, MI 48042-2803

DONNA J SHERMAN
5010 S CHEROKEE
SIERRA VISTA, AZ 85650

DONNA J STOLZ
480 SUNBURST DR
FRANKENMUTH, MI 48734

DONNA J STOLZ
480 SUNBURST DR
FRANKENMUTH, MI 48734

DONNA JEAN FOLGER
4200 NORTH LANDAR
LAKEWORTH, FL 33463-8905

DONNA K SCHOENOW
4041 HART RD
FRANKENMUTH, MI 48734-9606

DONNA L MILLER & JANET SAINT
3400 NW BROAD ST
ROSEBURG, OR 97470

DONNA L ORTON
5722 OAK LANDING
ATLANTA, GA 30327-4203

DONNA LOKKER TTEE
DONNA B LOKKER REV TRUST
DTD 7/21/2000
4056 W BLUE CREEK DR
MERIDIAN, ID 83642-4238

DONNA M GALLIGAN
N4161 NORTHVIEW RD
EDEN, WI 53019

DONNA M WILLIAMS TTEE
6060 39TH AVE N
ST PETERSBURG, FL 33709

DONNA MATTHEWS
114 APPLEWOOD DR
DOVER, DE 19901

DONNA MCCULLOUGH
8405 SANTA MARIA DR SW
CEDAR RAPIDS, IA 52404

DONNA NADIG
7327 MILLHOLLOW RD
SAVANNA, IL 61074

DONNA NAGLREITER (IRA)
FCC AS CUSTODIAN
PO BOX 138
PALM CITY, FL 34990

DONNA R GILMOUR
565 RIVER ST
NORWELL, MA 02061

DONNA R GIVENS
ROUTE 2 BOX 255
GOLCONDA, IL 62938

DONNA R WEBB
14732 W CARBINE CT
SUN CITY WEST, AZ 85375

DONNA RACHEL DAREFF & RACHEL JUSTINE BOYETT (JT)
RACHEL JUSTINE BOYETT
10934 SW 138 CT
MIAMI, FL 33186-3232

DONNA RYDER
1040 STRATFORD PLACE
BLOOMFIELD HILLS, MI 48304

DONNA S DAUGHENBAUGH
16432 GREENWOOD AVE
SOUTH HOLLAND, IL 60473-2538

DONNA SCHREINER
6 INDIAN HILLS RD
VICKSBURG, MS 39180-9724

DONNA W ELLIS
8123 STAPLETON RD
BROOKSVILLE, FL 34602-7139

DONNA W ELLIS
8123 STAPLETON RD
BROOKSVILLE, FL 34602-7139

DONNIE R ANDREWS
117 W BARNWELL ST
HENDERSONVILLE, NC 28792

DONOVAN L TROWBRIDGE &
SHARON J TROWBRIDGE JTWROS
2877 TRILBY AVE
NORTHPORT, FL 34286-4984

DORA DONGXIA QIU &
JOE HUAYUE ZHOU
COMM/PROP
3323 LOTUS DR
HACIENDA HEIGHTS, CA 91745-6343

DORE GARDNER
98 WASHINGTON ST
MARBLEHEAD, MA 01945

DOREEN GARVEY
18760 PARK TREE LANE
SONOMA, CA 95476-4517

DOREEN L ALLEN
2006 CARDNER RD
NEW WOODSTOCK, NY 13122

DOREEN L PORTER
21 CHURCH WAY
OKLAHOMA CITY, OK 73139

DOREEN PINKARD
15 TERRACE AVE
WEST ORANGE, NJ 07052-3603

DORIAN A & SHIRLEY A CARROLL
REV LIV TRUST U/A/D 10-27-94
DORIAN A CARROLL & SHIRLEY A CARROLL TRUSTEES
11439 E RIVER DRIVE
DEWITT, MI 48820

DORIS A PALEY IRA
FCC AS CUSTODIAN
20 VILLAGE LANE
W BARNSTBLE, MA 02668-1370

DORIS AND GEORGE HILLENBRAND
12 YARMOUTH LN
DOWNING TOWN, PA 19335

DORIS B RINKER
913 CHESTNUT STREET
BIRMINGHAM, AL 35216-2340

DORIS BENE TRUST
DORIS E BENE
730 SARI DRIVE
LAS VEGAS, NV 89110

DORIS C & BARBARA PAIR / JT TEN
504 PARKS RD
GARDENDALE, AL 35071-2424

DORIS C BROWNELL
45333 GALWAY DRIVE
NORTHVILLE, MI 48167

DORIS C WISE
7119 YARDLEY WAY
TAMPA, FL 33647-1211

DORIS CHESHIER TTEE DORIS
CHESHIER LIVING TRUST DTD 09/23/99
2321 PONDEROSA DR
JONESBORO, AR 72401

DORIS D RUSSELL
311 S PARK DR
RAYMORE, MO 64083

DORIS E BENE
730 SARI DR
LAS VEGAS, NV 89110

DORIS E BENE TRUSTEE
DORIS E BENE
730 SARI DR
LAS VEGAS, NV 89110

DORIS EDLEIN
C/O BROOKMONT CAPITAL
2000 MCKINNEY AVE STE 810
DALLAS, TX 75201

DORIS FRANKEL
90 FLAMINGO RD
LEVITOWN, NY 11756

DORIS J DEARMOND
9685 MONTE VISTA AVE
MONTECLAIR, CA 91763-2233

DORIS J FEIERMAN
21553 CYPRESS HAMMOCK DR
APT #43E
BOCA RATON, FL 33428

DORIS J FENNER RLT
DORIS J FENNER
405 E LOVEL DR
TROY, MI 48085

DORIS J. GASH
3 SCHINDLER CT
EAST BRUNSWICK, NJ 08816

DORIS M CASCIO
C/O AMERIPRISE FINANCIAL SERVICES, INC
401 FRANKLIN AVE, SUITE 101
GARDEN CITY, NY 11530

DORIS M DUX
21412 STATE HIGHWAY 30
HAYFIELD, MN 55940-8785

DORIS M LENER
13011 W STAR RIDGE DRIVE
SUN CITY WEST, AZ 85375

DORIS M ZENDER TTEE
DORIS M ZENDER CHARITABLE
REMAINDER TRUST U/A DTD
12/25/96
6851 W PARK LANE DRIVE
PALOS HEIGHTS, IL 60463-2230

DORIS P WATKINS
78 SOUTH STREET
WEST WINFIELD, NY 13491

DORIS ROBERTS
PO BOX 277
CENTRALIA, IL 62801

DORIS ROBERTS
PO BOX 277
CENTRALIA, IL 62801

DORIS STROTHER
8929 W 142ND CT
OVERLAND PARK, KS 66221

DORIS THOMAS TTEE
WENDY S THOMAS TTEE
U/A/D 03-16-1992
FBO NORMAN W. THOMAS FAMILY TR
5 OLD FARM ROAD
WARREN, NJ 07059-6813

DORIS WIGLEY
PARKWAY VILLAGE
14300 CHENAL PKWY #2114
LITTLE ROCK, AR 72211-5813

DORIS Z NAGY
1954 UPLAND STREET
RANCHO PALOS VERDES, CA 90275-1120

DORLA ANN LAUTERBACK IRA
FCC AS CUSTODIAN
3 ARDEN CIRCLE
BELLA VISTA, AR 72714-6340

DOROTH E BENSON
626 MOCKINGBIRD DR
BROOKHAVEN, MS 39601-2451

DOROTHEA D EVANS
644 CALLE MIRAMAR
REDONDO BEACH, CA 90277

DOROTHEA HOLMAN TRUST
DTD 08/26/1993
DOROTHEA HOLMAN TTEE
1320 PERICO POINTE CIR
BRADENTON, FL 34209-7395

DOROTHEA I. WOLFE FAMILY TRUST U/T/A
C/O PAUL T. WOLFE TTEE
DOROTHEA I. WOLFE FAMILY TRUST U/T/A DTD 12/28/1992
175 NW 336TH AVE
HILLSBORO, OR 97124-3629

DOROTHEA LANG
1670 EL CAMINO REAL, APT # 204
MENLO PARK, CA 94025

DOROTHY  KREGER
5555 FLOWER ST
ARVADA, CO 80002

DOROTHY A CONOMON &
JOHN E CONOMON JT/WROS
324 CARLISLE DR
AVONDALE, PA 19311-1439

DOROTHY A KLIPPEL
940 BAY FOREST CT #127
ANNAPOLIS, MD 21403

DOROTHY A LINN
1000 BASS HARBOR DR
JACKSONVILLE, FL 32225

DOROTHY A ROURKE &
JOSEPH T ROURKE JR JT TEN
PO BOX 395
MONSON, MA 01057-0395

DOROTHY A SMITH
2300 FIANNA OAKS DR APT 107
FORT SMITH, AZ 72908

DOROTHY B FUREY REVOCABLE TRUST
DOROTHY B FUREY TRUSTEE UA
417 GULF RD
NORTH PALM BEACH, FL 33408

DOROTHY BEACHAMP
PO BOX 5498
SAN CLEMENTE, CA 92674

DOROTHY BOEHNER
2380 E CONVERSE
SPRINGFIELD, IL 62702-4304

DOROTHY BRADLEY 1993 TRUST
DOROTHY BRADLEY GATES TTEE
7033 PURPLE RIDGE DR
RANCHO PALOS VERDES, CA 90275

DOROTHY BRADLEY GATES IRA
DOROTHY BRADLEY GATE
7033 PURPLE RIDGE DR
RANCHO PALOS VERDES, CA 90275

DOROTHY C LAMSON
9 LOUGHEED AVENUE
WEST CALDWELL, NJ 07006-7511

DOROTHY CENKNER
3100 TRADITION CIRCLE APT 141
MT PLEASANT, SC 29466-7210

DOROTHY D PALOMBO
CGM IRA CUSTODIAN
626 HOMEWOOD AVE #307
HIGHLAND PARK, IL 60035-6110

DOROTHY DICKMAN
3176 MELROSE RD
AUBURN, NY 13021-9264

DOROTHY E DEPREZ TR
DOROTHY E DEPREZ REV TRUST
DTD 12-10-97
16837 LOCHMOOR CIR E
NORTHVILLE, MI 48168

DOROTHY F HULL
13152 FERNANDO AVE
APPLE VALLEY, MN 55124

DOROTHY FLYGSTAD
C/O EDWARD JONES CUST
FBO DOROTHY FLYGSTAD
3359 UBBEN AVE APT 2
ELLSWORTH, IA 50075

DOROTHY GOLDSON
100 JOSEPH WALKER DR
APT 317
WEST COLUMBIA, SC 29169

DOROTHY GORMAN TTEE
FBO DOROTHY GORMAN REVOC
LIVING TRUST U/A/D 4/10/1997
10309 CALICO WARBLER AVE
BROOKSVILLE, FL 34613-5318

DOROTHY H BROWN TR
DOROTHY H BROWN TTEE
ROBERT F BROWN TTEE
U/A DTD 12/22/2003
94 S CENTRE AVE
ROCKVILLE CENTRE, NY 11570-5718

DOROTHY H GRAY REV TR/DOROTHY GRAY HEE SA HAAG CO
5516 PATRIOTS COLONY DR
WILLIAMSBURG, VA 23188

DOROTHY H. BROWN (IRA)
FCC AS CUSTODIAN
94 SOUTH CENTRE AVENUE
ROCKVILLE CENTER, NY 11570-5718

DOROTHY J FINLEY
2089 TANAGER DR
ORANGE PARK, FL 32073-6701

DOROTHY J GIFFORD
20 DOUGHERTY BLVD APT J-3
GLEN MILLS, PA 19342-1142

DOROTHY J HARDY TRUST RICHARD G HARDY TRUSTEE
UA DTD 04/12/2984
C/O RICHARD HARDY ESQ ULMER & BERNE LLP
1660 WEST 2ND STREET STE 1100
CLEVELAND, OH 44113-1448

DOROTHY J MIZE
C/O STEVEN R MIZE
2708 ANDERS LANE
PLANO, TX 75093

DOROTHY J YODER &
DANIEL W YODER JT TEN
1329 HWY 395 N STE 10-133
GARDNERVILLE, NV 89410-5391

DOROTHY JANE CARROLL
10631 FOXLAIR DR
ST LOUIS, MO 63137

DOROTHY JEAN HALLER TRUST
9320 EARL ST #1
LA MESA, CA 91942

DOROTHY K STEINHEIMER AND CATHRYN M KAUFMANN TEN
PO BOX 888904
DUNWOODY, GA 30356-0904

DOROTHY KELTON &
STEPHEN KRAMER &
JULIA KRAMER JT TEN
5 ELMWOOD PL
ATHENS, OH 45701-1905

DOROTHY KOLB (IRA)
FCC AS CUSTODIAN
160 FREMONT AVE
PARK RIDGE, NJ 07656-1834

DOROTHY KRAMER TTEE
DOROTHY KRAMER 2004 TRUST
10 RUBY TERRACE
MARBLEHEAD, MA 01945

DOROTHY L BARTON
6501 17TH AVE W
APT 1-311
BRADENTON, FL 34209-7803

DOROTHY L BOER
129 DARBY LANE
SARVER, PA 16055

DOROTHY L CAPPS
205 CHERRY ST
ENGLAND, AR 72046-1503

DOROTHY L PAXTON
TOD BENEFICIAIRES ON FILE
14325 KINGMAN DR
CLEVELAND, OH 44130-2619

DOROTHY L SCHWARTZ
606 CHELSEA RD
OCEANSIDE, NY 11572

DOROTHY M CHANDLER
109 N BLUE RIVER DR
EDINBURGH, IN 46124-9651

DOROTHY M HOFFMAN
968 KINGS HWY
APT # Z-1
WEST DEPTFORD, NJ 08086

DOROTHY M MORGAN
612 WREN STREET
SUMTER, SC 29156-3734

DOROTHY M SARGENT ROTH IRA
404 PRAIRIE VIEW DR
FAIRFAX, IA 52228

DOROTHY M WARREN
497 CHEVY CHASE DRIVE
TULARE, CA 93274-1561

DOROTHY M YACKEL AND GARY J YACKEL
C/O GARY YACKEL
2080 KENNELY RD
SAGINAW, MI 48609

DOROTHY MAE DOST
12780 N CO. HWY 9
LEWISTOWN, IL 61542

DOROTHY MAE POST
12780 N CO HWY 9
LEWISTOWN, IL 61542

DOROTHY MARIE NOLAN HIRSCH
7621 MULBERRY LANE
NAPLES, FL 34114

DOROTHY MASKIN TTEE
DOROTHY MASKIN REV TRUST
U/A DTD 9-15-99
3301 BAYSHORE BLVD
#301
TAMPA, FL 33629-8841

DOROTHY P CREMENT
WBNA CUSTODIAN TRAD IRA
8266 SANLANDO AVE
JACKSONVILLE, FL 32211

DOROTHY P MORRIS
1000 SEVERIN DRIVE
BRIDGEWATER, NJ 08807-2347

DOROTHY R CARROLL
1375 OBSERVATORY AVENUE
NORTH AUGUSTA, SC 29841-3055

DOROTHY R FREED
8 POMONA SOUTH APT 3
BALTIMORE, MD 21208-6539

DOROTHY S CHASE
20 BAYON DRIVE APT 221
SOUTH HADLEY, MA 01075-3335

DOROTHY S GOETTMAN
1343 W BALTIMORE PK APT E410
MEDIA, PA 19063

DOROTHY S GOETTMAN
1343 W BALTIMORE PK APT E410
MEDIA, PA 19063

DOROTHY S KROKO
12541 CATALINA DR
SANTA ANA, CA 92705-3449

DOROTHY S MALMAD IRA R/O
FCC AS CUSTODIAN
36 GROVE HILL PARK
NEWTON, MA 02460-2304

DOROTHY S WHITSON
401 ORCHARD CIR
GOBLES, MI 49055

DOROTHY SCHEURENBRAND
4895 PEREGRINE PT CIRCLE E
SARASOTA, FL 34231

DOROTHY SLAGER TRUSTEE FOR
JOSEPH W SLAGER AND DOROTHY SLAGER REV LIV TR DTD
5/12/89
6520 PINEWALK DR
NEW PORT RICHEY, FL 34655

DOROTHY SNYDER CAMPBELL, TTEE
U/A DATED 11/12/2004
DOROTHY S CAMPBELL REVOCABLE
6110 CAPE HENRY LN
HOUSTON, TX 77084-2137

DOROTHY SOHN
696 FRIAR CT
MANCHESTER, NJ 08759-6917

DOROTHY T FRANKHAUSER
304 COLUMBIA CLUB DR E
BLYTHEWOOD, SC 29016

DOROTHY T PAIGE &
EUGENE PETREY JT TEN
1975 TWIN DOLPHIN LANE
FT LAUDERDALE, FL 33316-3633

DOROTHY THOMAS
3391 LIBBY LANE
YUBA CITY, CA 95993-8737

DOROTHY TOLL
31 SHAWNEE RD
SCARSDALE, NY 10383

DOROTHY TOLL
917 COVE RD
MAMARONECK, NY 10543

DOROTHY TUROS
55640 NATIONAL ROAD
RIDGE PORT, OH 43912

DOROTHY V GRISSOM
18109 KINZIE ST
NORTHRIDGE, CA 91325

DOROTHY WHITE TTEE
DOROTHY WHITE
5505 W TULARE AVE UNIT 144
VISALIA, CA 93277-3767

DOROTHY WILCOXEN
MACK FINANCIAL
201 W 103RD ST STE 100
INDIANAPOLIS, IN 46290

DORRIS F. ARNOLD
106 DOGWOOD LANE
PEWEE VALLEY, KY 40056-9052

DORRIS HABER

DORRIS M KLARE
221 ROXBURY RD S
GARDEN CITY, NY 11530

DORRIS S MULL BEDAY
18860 CARRIAGE LANE
RIVERVIEW, MI 48193

DORSEY RAYMOND PERRY JR
4071 MERRICK ST
HOUSTON, TX 77025-2317

DOUGLAS A ROGERS &
PAULA KAY ROGERS JT TEN
505 SAINT ANDREWS DR
PINEHURST, NC 28374

DOUGLAS C BELZ & JUDITH G KING-BELZ JT TEN
4220 ARMSTRONG AVE SE
TUMWATER, WA 98502

DOUGLAS C KOWALSKI
1332 FIELD CT 4
MT HOKEB, WI 53572

DOUGLAS C KOWALSKI
1332 FIELD CT 4
MT HOREB, WI 53572

DOUGLAS D AND DANNA J BINGAMAN
DOUGLAS BINGAMAN
1320 FREDRICK BLVD
READING, PA 19605

DOUGLAS D BEHM
1966 WOODRIDGE RD
TUSCALOOSA, AL 35406

DOUGLAS D KELLER TRUST
DOUGLAS D KELLER
7 ROTTECK ST
SAN FRANCISCO, CA 94112

DOUGLAS E DAY
12130 MOON RD
MILAN, MI 48160

DOUGLAS E HARBO TTEE
DOUG AND TERESA HARBO LIVING T
U/A DTD 08/11/2000
830 GILMAN ST
BERKELEY, CA 94710-1439

DOUGLAS E KELLY REV TR
DOUGLAS E KELLY TTEE UA DTD
09/19/94
10439 GOLDEN TRAIL RD
MILLERSBURG, MI 49759-8600

DOUGLAS E RUHL (DCD) & JEANNETTE A RUHL JTTEN
871 ZEHNDER DR
FRANKENMUTH, MI 48734

DOUGLAS E. MCEVOY AND
DORIS E. MCEVOY, JT. TEN
755 SOUTH ALTON WAY
#3-B
DENVER, CO 80247-1835

DOUGLAS F SCHMID REV TRUST
U/A DTD 10/23/1992
DOUGLAS F SCHMID & NANCY M
SCHMID TTEE
3005 KEATING CT
BURNSVILLE, MN 55337-5606

DOUGLAS FAMILY TRUST DTD 5/24/99
HOWARD T DOUGLAS & PHYLLIS S DOUGLAS TRUSTEES
701 N CAMINO DEL CODORNIZ
TUCSON, AZ 85748

DOUGLAS H BAHRENBURG
1544 SHELBURNE LN
SARASOTA, FL 34231

DOUGLAS H CAREY
6 TWIN OAKS DR
CROMWELL, CT 06416

DOUGLAS H MIERAS
14 LINDA COURT-PO BOX 608
SCHROON LAKE, NY 12870

DOUGLAS H MIERAS
LINDA COURT PO BOX 295
SCHROON LAKE, NY 12870-0295

DOUGLAS H MIERAS (IRA)
FCC AS CUSTODIAN
LINDA COURT PO BOX 608
SCHROON LAKE, NY 12870-0608

DOUGLAS HANSEN
10951 HILLCREEK RD
SANTEE, CA 92071

DOUGLAS I HAMMER MD ROLLOVER IRA
C/O WHITENER CAPITAL MANAGEMENT, INC
PO BOX 7743
ROCKY MOUNT, NC 27804

DOUGLAS J DENNY
1631 COURTLAND ROAD
ALEXANDRIA, VA 22306

DOUGLAS J DROGOSCH IRA
FCC AS CUSTODIAN
8476 VAN HORNE ESTATES DR
RIVER JUNCTION, MI 49277-9602

DOUGLAS J METZROTH
3247 CAWEIN WAY
LOUISVILLE, KY 40220

DOUGLAS JACK SEGAN
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
PO BOX 1010
EAST LANSING, MI 48826-1010

DOUGLAS L CAMPBELL
& CONNIE M CAMPBELL JTWROS
203 E WILLIS RD
ELLENSBURG, WA 98926-9644

DOUGLAS M NEISTAT
16000 VENTURA BLVD STE 1000
ENCINO, CA 91436

DOUGLAS MCLEAN WEMYSS &
FREDA EMILY WEMYSS JT WROS
11317 PLUMRIDGE BLVD
STERLING HEIGHTS, MI 48313-4958

DOUGLAS MUNCH
MS & CO C/F
8 INDIAN HEAD ROAD
MORRISTOWN, NJ 07960

DOUGLAS PATRICK JARROLD
8088 EAGLE CREEK RD
CINCINNATI, OH 45247

DOUGLAS R. STONE TTEE
FBO DOUGLAS STONE FAMILY TRUST
U/A/D 08/09/00
33 BIRCH HILL ROAD
NORTHBORO, MA 01532-1859

DOUGLAS RAY & COZIA L HEARD JTWROS
PO BOX 763
CAMP HILL, AL 36850

DOUGLAS T ISELER
MARY ANN ISELER
71231 BURLISON LN
BRUCE TWP, MI 48065-5439

DOUGLAS TAYLOR
2363 FOOTHILL BLVD
OROVILLE, CA 95966

DOUGLAS W ROHRS
SOUTHWEST SECURITIES, INC.
17760 GREENBRIER DR
BROOKFIELD, WI 53045-5404

DOUGLAS W YUILL TOD
C/O MARCIA K YUILL
SUBJECT TO STA RULES
4578 PHIPPS DRIVE
PORT ORANGE, FL 32129-3678

DOVER ROTH
7534 GUINEVERE DR
SUGAR LAND, TX 77479-6190

DOVON LEIDNER & ALIZA LEIDNER
7755 SW 86 STR APT 402
MIAMI, FL 33143

DOWD MARYANN
837 S SABRINA
MESA, AZ 85208-7264

DOYLE GOINS  PATRICIA GOINS
PATRICIA GOINS JT TEN
4 HAVILAND DRIVE
SCOTIA, NY 12302-2711

DOYLE M & MATTIE L WEBBER JT/TEN
116 GILLETTE COURT
FRANKLIN, VA 23851

DOYLE M AND MATTIE L WEBBER
JT/TEN
116 GILLETTE COURT
FRANKLIN, VA 23851

DOYNE M HAAS
1825 E CUMBERLAND BLVD
MILWAUKEE, WI 53211-1230

DP FULLER
GGM CUSTODIAN IRA
4404 PACIFIC ST
FARMINGTON, NM 87402-1726

DR & MRS CHARLES KLINE
21582 RADICAL RIDGE WAY
KIRKSVILLE, MO 63501

DR ADRIENNE SIEGEL
333 E 68TH ST APT 6F
NEW YORK, NY 10065

DR AHMAD HAGHIGHAT
115 GAY BOWERS RD
FAIRFIELD, CT 06824-2010

DR ARTHUR GOLDRICH
CGM IRA ROLLOVER CUSTODIAN
107 S JERMAN LANE
CAMDEN-WYOMING, DE 19934-4544

DR ARTHUR GOLDRICH
CGM IRA ROLLOVER CUSTODIAN
107 S. JERMAN LANE
CAMDEN-WYOMING, DE 19934-4544

DR ASHER MARKS
2720 SEGOVIA STREET
CORAL GABLES, FL 33134-5622

DR BRETT GERSTENHABER
BLANCHE GERSTENHABER
855 MOUNTAIN RD
CHESHIRE, CT 06410-3305

DR CALVIN W ERVIN
21161 N MARIPOSA GROVE LN
SURPRISE, AZ 85387-2751

DR DANIEL L AND PATRICIA M HAFENDORFER
JT TEN WROS
7016 BREAKWATER PL
PROSPECT, KY 40059-9683

DR DAVID JACKS
4303 MULBERRY
PINE BLUFF, AR 71603-7050

DR DAVID WAYNE HAYES MD
201 HILLCREST CT
AUSTIN, TX 78746-4691

DR DONALD POYOUROW
MARY POYOUROW JTWROS
721 EAST 26TH ST
BROOKLYN, NY 11210-2149

DR EUGENE MANCUSO
1651 MADISON PLACE
BROOKLYN, NY 11229

DR FREDERICK S DE NOBILE
WBNA CUSTODIAN TRAD IRA
6294 NW 30TH AVE
BOCA RATON, FL 33496

DR GARY M WALDO
828 RAY ST
ROANOKE, VA 24019

DR GEORGE E BOYLE
2094 BLACK POINT ROAD
TICONDEROGA, NY 12883

DR GEORGE GREEN
175 RIVERSIDE DR
APT 9F
NEW YORK, NY 10024

DR GLENN J RUBIN
6401 NW WINSTON DR
PORTLAND, OR 97210-1054

DR HAROLD J. BERMAN
CGM IRA ROLLOVER CUSTODIAN
2811 ELLICOTT ST NW
WASHINGTON, DC 20008-1020

DR HARRY DUCCILLI JR
2004 BEACHWOOD RD
FERNANDINA, FL 32034-6507

DR HASSAN I BUKHARI TR
SURGICAL ASSOC OF DALLAS
PFT SHARING PL DTD 7/24/91
7515 KIMBERLY LN
DALLAS, TX 75214-1934

DR HEEDONG PARK
BY DR HEEDONG PARK
6052 PLANTATION DR
GRAND BLANC, MI 48439-9525

DR HELGA HARM
136 HARMONY HTS LN
EASTSOUND, WA 98245

DR HERMAN FELDER
CGM IRA CUSTODIAN
6432 BEACON ST
PITTSBURGH, PA 15217-1804

DR J ROGER GOODWIN
2610 EVERGREEN WYNDE
LOUISVILLE, KY 40223

DR JACOB GREENFIELD
308 FOREST GLEN
POMPTON PLAINS, NJ 07444-1542

DR JAMES TAUBER R/O IRA
FCC AS CUSTODIAN
PO BOX 312
ROCKY HILL, CT 06067-0312

DR JERALD F SCHREIBER
11 WALNUT ST
FARMINGDALE, NJ 07727-1212

DR JOHN M. UHL AND
MRS MAXIE F. UHL JTWROS
10 WESTLAKE RD
COLUMBIA, SC 29223-5924

DR JOHN W MCCUE JR
1000 EAST LAKE AVE
SPRING LAKE, NJ 07762-1332

DR JOSEPH A SALADINO
CGM IRA CUSTODIAN
355 E HERITAGE HILLS UNIT E
SOMERS, NY 10589-1746

DR LASZLO MOLNAR
DARKOVITS 42
3529 MISKOLC HUNGARY

DR LEIF C GREGERSON
9015 24TH AVE NW
SEATTLE, WA 98112-2802

DR LEONARD MONTALBANO
15 MILLER PLACE YAPHANK RD
MIDDLE ISLAND, NY 11953-1208

DR LESLIE WOLFF
C/O DR STANLEY FISHER
65 BAYVIEW AVE
GREAT NECK, NY 11021-1718

DR LESTER P EIDELHOCH
6 OLD WILLOW ROAD
NEW HARTFORD, NY 13413-2419

DR LESTER P EIDELHOCH
6 OLD WILLOW ROAD
NEW HARTFORD, NY 13413-2419

DR LESTER P EIDELHOCH
6 OLD WILLOW ROAD
NEW HARTFORD, NY 13413

DR LYLE ABBAS
211 S 8TH ST
CLEAR LAKE, IA 50428

DR MARILYNN TALAL
45 EAST 89TH ST 17A
NEW YORK, NY 10128

DR MARK D FILI
CARYLEE ADAMUSHKO-FILI
8 KAREN RD
GLEN COVE, NY 11542-3207

DR MITCHEL D SMARGON
6910 TAMERLANE DR
W BLOOMFIELD, MI 48322-3890

DR OREN R RICHARDS
PATRICIA RICHARDS
16020 NW ELIZABETH CT
BEAVERTON, OR 97006-6332

DR R L COPLEY
890 SIERRA DR.
PORT NECHES, TX 77651

DR RADHA MAHAJAN AND
MRS MANORAMA MAHAJAN JTWROS
7002 WINDSWEPT LANE
NORRISTOWN, PA 19403-1386

DR REGINA H KENEN
176 WESTERN WAY
PRINCETON, NJ 08540-7208

DR RICHARD M BARRY
HARRIET C BARRY
6 PONDSIDE CT
MYSTIC, CT 06355-3124

DR ROBERT JACKSON GRIFFON IRA
FBO DR ROBERT JACKSON GRIFFON
309 SUNSET DRIVE
FRIENDSWOOD, TX 77546

DR SONDRA ABRAMS TTEE
FBO SAMUEL ABRAMS
U/A/D 08/30/91
2365 OTHELLO CT
THE VILLAGES, FL 32162

DR SONG K KIM MD SEP IRA
FCC AS CUSTODIAN
941 FOUNTAIN VIEW DR
DEERFIELD, IL 60015-4860

DR STEFFI DITTMAR
106 DRAKE LN
MANHASSET, NY 11030-1228

DR STEPHEN W CHING &
C/O OBERMAYER LAW FIRM - STEPHEN W CHING JR ESQ
ONE PENN CENTER 19TH FLOOR
1617 JOHN F KENNEDY BLVD
PHILADELPHIA, PA 19103-1895

DR STEPHEN W CHING & NANCY CHING JT TEN
NANCY CHING JT TEN
217 S ITHAN AVE
BRYN MAWR, PA 19010-1044

DR THEODORE STREHAN
1201 S OCEAN DR APT 2403N
HOLLYWOOD, FL 33019-2180

DR THOMAS PILGRAM
WALDSTRASSE 66
D-04105 LEIPZIG / GERMANY

DR THOMAS R PETERSON
3069 OVERRIDGE DR
ANN ARBOR, MI 48104-4125

DR ULRICH KIRSCHNER
1048 GLENWOOD CT
BLOOMFIELD HILLS, MI 48302

DR VERAPON TOWANNASUT
800 MORNINGSIDE CT
CROWN POINT, IN 46307-5048

DR W BARNEY GOGARTY IRRA FBO DR W BARNEY GOGARTY
C/O DR W BARNEY GOGARTY
634 W VERDE RIDGE RD
ST GEORGE, UT 84770-6128

DR W BARNEY GOGARTY TTEE, U/A DTD 09/13/1995
DR W BARNEY GOGARTY
634 W VERDE RIDGE RD
ST GEORGE, UT 84770-6128

DR. BERNHARD F. SEYR
KULSTRUNKSTR. 24
SALZBURG AUSTRIA A-5026

DR. EARNEST K EFIMOFF
5538 RAVEN ROAD
BLOOMFIELD, MI 48301-1045

DR. GAD CEGLA
KONRAD-ADENAUER-RING 91
NEUSS DE 41464  GERMANY

DR. GAD CEGLA
KONRAD-ADENAUER-RING 91
NEUSS DE 41464 GERMANY

DR. JAMES A. BRIGMAN
CGM IRA CUSTODIAN
4765 REBEL TRAIL
ATLANTA, GA 30327-4640

DR. JOSEPH CANNALIATO
SMITH BARNEY INC. MPP
DR. JOSEPH CANNALIATO, TRUSTEE
60 VILLAGE DRIVE
MAHWAH, NJ 07430-2578

DR. NANCY S. NEWLIN
CGM SEP IRA CUSTODIAN
P O BOX 17138
FOUNTAIN HILLS, AZ 85269-7138

DR. NATHAN KRINSKY
1355 S BLACK RIVER
ONAWAY, MI 49765

DR. R L COPLEY
890 SIERRA DR
PORT NECHES, TX 77651

DR. RICHARD JANEWAY
2710 OLD TOWN CLUB ROAD
WINSTON-SALEM, NC 27106

DR. ROBY BEARDEN JR
CGM IRA ROLLOVER CUSTODIAN
505 STANFORD AVENUE
BATON ROUGE, LA 70808-4672

DRAGANA V JESIC
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
5058 GAYNOR AVE
ENCINO, CA 91436-1439

DREW GORDON
5700 WILSHIRE BLVD STE 165
LOS ANGELES, CA 90036

DREW GORDON
5700 WILSHIRE BLVD STE 165
LOS ANGELES, CA 90036

DRRT FBO HAUCK & AUFHAEUSER BANQUIERS LUXEMBOURG
100 SE 2ND STREET, SUITE 2610
MIAMI, FL 33131

DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSHAFT
C/O INKA PROCURA
100 SE 2ND ST STE 2610
MIAMI, FL 33131

DRRT FBO SECURITY KAG
100 SE 2ND STREET SUITE 2610
CENSEO VARIABEL
MIAMI, FL 33131

DRRT FBO SWISS LIFE (LIECHTENSTEIN) AG
100 SE 2ND STREET SUITE 2610
MIAMI, FL 33131

DRRT FBO SWISS LIFE (LIECHTENSTEIN) AG
100 SE 2ND STREET SUITE 2610
MIAMI, FL 33131

DRUDE FAULCONER
1321 COMANCHE DRIVE
RICHARDSON, TX 75080

DUANE & BETTY BERRY
DUANE BERRY & BETTY BERRY JTTEN
2448 MOFFETT RD
LUCAS, OH 44843

DUANE AND EMMA WEBER
6 WASHINGTON PL
EDWARDSVILLE, IL 62025

DUANE C CONDRA
35811 E PINK HILL RD
OAK GROVE, MO 64075

DUANE COUSINS
PO BOX 1319
BENTON, AR 72018-1319

DUANE E FRANZEN WILLA L FRANZEN TR DTD 5-17-02
C/O DUANE & WILLA FRANZEN
N5002 EPOUFETTE BAY RD
NAUBINWAY, MI 49762

DUANE H LOWE
9058 NORTHPOINT DRIVE
BEACH CITY, TX 77523-8311

DUANE HALL SEP IRA
FCC AS CUSTODIAN
1818 ELLEN
JONESBORO, AR 72404-8018

DUANE J BROWN
6334 A HIGH ST
CENTENNIAL, CO 80121

DUANE J SOLEM
6112 CHOWEN AVE S
EDINA, MN 55410

DUANE L THAYER
7374 KOTHE RD
MANCHESTER, MI 48158

DUANE W & MARY C ARNOLD
DUANE ARNOLD
20050 30 MILE RD
RAY, MI 48096

DUANE W FROST
2828 SE TAYLOR ST APT 204
PORTLAND, OR 97214

DUDLEY SHELOWITZ
10726 BOCA WOODS LANE
BOCA RATON, FL 33428-2842

DUNCAN L MCKILLOP
#7 MIDLAKA GREEN SE
CALGARY AB CANADA T2X 1L6

DUNGENESS RIVER AUDUBON CTR
FAGERLUND SCHOLARSHIP FD
PO BOX 2450
SEQUIM, WA 98382

DURWARD J. CLARK
2228 W PARRISH AVE
OWENSBORO, KY 42301-2605

DUSAN TISMA IRRL
7000 BOULEVARD E UNIT 29A
GUTTENBERG, NJ 07093

DUWAIN M HUNT
19505 QUESADA AVE
APT #K102
PORT CHARLOTTE, FL 33948-3135

DWAIN THATCHER
8555 SHELLY ROAD
LAS VEGAS, NV 89123

DWAINE E HUSCHER TTEE
DWAINE E HUSCHER REV TRUST
U/A DTD 7-28-99
PO BOX 156
CEDAR BLUFFS, NE 68015-0156

DWAYNE/ROBYN BAKKEDAHL
PO BOX 174
379 PONDEROSA LANE
LEWISTOWN, MT 59457

DWIGHT A WHIGHAM AND SANDRA S WHIGHAM
DWIGHT A WHIGHAM AND SANDRA S WHIGHAM JTWROS
3728 DELEON ST
FORT MYERS, FL 33901

DWIGHT E WOOLSEY
5823 S OZARK ESTATES
OZARK, AR 72949

DWIGHT T LYNN TTEE
DWIGHT T LYNN TR U/A DTD 09/14/1989
7695 MILFORD RD
HOLLY, MI 48442-8649

E A DEMAR & J A DEMAR CO-TTEE
EUGENE A. DEMAR REV LIVING TRUST
U/A DTD 03/26/2002
41 MIRO PLACE
PORT WASHINGTON, NY 11050-2444

E ANTHONY CROWE & JOYCE W CROWE JTWROS
RT 1 BOX 669
EQUALITY, AL 36026

E B CRAIG AND L K CRAIG JT TENANT
EDWARD B CRAIG
LILIAN K CRIAG JT TENANT
4301 21ST AVE SE #118
LACEY, WA 98503-6905

E BRANDANGER & T NABOURS TTEE
BARBARA C. NABOURS IRRE SPMNTL
NEEDS TRUST DTD 11/23/2004
8833 WOOD CLIFF RD
BLOOMINGTON, MN 55438-1525

E BYRON O'NEILL MD
2815 21ST STREET
BAKERSFIELD, CA 93301

E CHARLIE & JEAN SIMMONS
2122 PINEHURST DRIVE
NEWBERRY, SC 29108

E DISKIN & L DISKIN CO-TTEE
ELEANOR DISKIN REV TRUST U/A
DTD 05/16/2005
7711 LA CORNICH CIRCLE
BOCA RATON, FL 33433-6009

E EARLE ELLIS
DR E EARLE ELLIS
PO BOX 22238
FT WORTH, TX 76122

E ELIZABETH JONES TRUSTEE
BEVERLY K JONES TRUSTEE
504 LINDEN ST
TARKIO, MO 64491-1130

E F MISZAK & H F MISZAK CO-TTEE
EUGENE F MISZAK REV LVG TRUST U/A
DTD 03/07/1990
16351 ROTUNDA DRIVE #257C
DEARORN, MI 48120-1137

E HEROLD & R HEROLD TTEE
ELIZABETH HEROLD LIVING TRUST
U/A DTD 08/13/2003
36 DRIGGS RD
VERNON, CT 06066-5501

E J MCKEEVER
PO BOX 3370
SEQUIM, WA 98382

E J WHITING AND E F WHITING CO-TTEE
THE WHITING FAMILY TRUST U/A
DTD 09/25/1989
106 VICTORIA COURT
SEQUIM, WA 98382-9366

E JEANNE HOLLINGSWORTH
1398 OLD STONEY DR
GREENWOOD, IN 46143-6740

E KANIGER & D KANIGER TTEE
KANIGER FAMILY TR COMMUNITY
FUND U/A DTD 10/06/2000
281 EAGLE DANCE CIR
PALM DESERT, CA 92211-7439

E KIRK BROWN
361 MOOSE LODGE ROAD
CAMDEN WY, DE 19934-2235

E L PURVIS
6380 W 4505
COLUMBUS, IN 47201-4788

E M HENDERSON LIVING TRUST
E M HENDERSON TRUSTEE
UAD 03/13/07
PO BOX 770344
WINTER GARDEN, FL 34777-0344

E M J LIMITED
19 GRANGE RD
#09-21
SINGAPORE  239697

E MICHAEL JOYE
62 BLUE HERON WAY
SKILLMAN, NJ 08558

E O NELSON (IRA)
FCC AS CUSTODIAN
11502 LEGEND MANOR DRIVE
HOUSTON, TX 77082-3082

E REYNOLDS & M REYNOLDS TTEE
REYNOLDS FAMILY TRUST U/A DTD 11/02/1992
CHAS SCHWAB & CO
4311 NIGHTBIRD WAY
REDDING, CA 96001-6124

E RICHARD & M RICHARD TTEE
RICHARD LIVING TRUST
U/A DTD 10/03/2000
1419 WESLEY CT
WESTMONT, IL 60559-3011

E RICHARD RUTFIELD
CGM IRA ROLLOVER
55 SHAW FARM RD
CANTON, MA 02021

E S KINNEY IRREVOCABLE TRUST
C/O BETTINEK WALLIN TTEE
895 TORO CANYON RD
SANTA BARBARA, CA 93108-1641

E TRACY SMITH
PO BOX 1107
SANTA TERESA, NM 88008

E TRADE CUSTODIAN FOR
CYNTHIA BLAIR ANTONELL IRA
221 SEASIDE DR
JAMESTOWN, RI 02835-3050

E W HUBER JR
PTY #13100
P.O.BOX 25724
MIAMI, FL 33102-5724

E W HUBER JR
PTY #13100
PO BOX 25724
MIAMI, FL 33102-5724

E W HUBER JR
PTY #13100
PO BOX 25724
MIAMI, FL 33102-5724

E. KAYE BAXTER
3017 NEWPORT AVENUE
TEXARKANA, TX 75503

E.E. REINBOLD & E.F.
REINBOLD CO-TTEES E. E
REINBOLD & E F. REINBOLD
TRUST UAD 7/19/04
724 S. ROSEDALE CT
GROSSE PT WDS, MI 48236-1147

E.P.R. ERCKENBRACK
2851-43 AVE W
SEATTLE, WA 98199-2423

E/O ROBERT T MASON
JANE M JENNINGS EXEC
251 STRIBLING RD
LAWRENCEBURG, TN 38464

EARL & NEDRA WOODROOF TRUST TR
EARL J WOODRUFF TTEE
NEDRA J WOODRUFF TTEE U/A DTD 4/26/1996
16416 US HWY 19 N #739
CLEARWATER, FL 33764-8716

EARL B GRIFFIN
4882 KIMBALL
MEMPHIS, TN 38117

EARL C RUBY & JOYCE C RUBY
CO-TTEES O/T RUBY FAMILY TRUST
DTD 1-7-97
4918 SCHUYLER DR
CARMICHAEL, CA 95608-1020

EARL C WEINER TTEE
FBO EARL C WEINER
U/A/D 12/31/90
7374 HAVILAND CIR
BOYNTON BEACH, FL 33437-6470

EARL D MILLS (IRA)
FCC AS CUSTODIAN
9841 STONEBRIDGE DR
YUKON, OK 73099-3248

EARL E & BARBARA THOMPSON LIVING TRUST DTD 07/07/01
2609 WHITEGATE DR
FT WAYNE, IN 46805-2432

EARL E DELLINGER
PO BOX 1045
GRUNDY, VA 24614-1054

EARL E STEGEN & MARGARET J STEGEN
MARGARET J STEGEN JT TEN
409 HENLEY RD.
RICHMOND, IN 47374-6763

EARL GABRIEL & DORE GABRIEL
ONE LAS OLAS CIRCLE
APT 912
FT LAUDERDALE, FL 33316

EARL J AND BARBARA PETTEY
2022 SANDLIN RD SW
DECATUR, AL 35601

EARL K OBERMOELLER
2956 ABERDEEN DR
FLORISSANT, MO 60333-1502

EARL L PRIEST
JUDITH PRIEST JTWROS
2501 TERRACE DR
CALDWELL, ID 83605

EARL N DERRY   DOROTHY L DERRY
1008 S 50TH AVE
YAKIMA, WA 98908

EARL PENNINGTON
MARY PENNINGTON JT TEN
1803 BACON ST
CORBIN, KY 40701-2334

EARL T. PRUDEN & MERRILLY F. PRUDEN
JT WROS
948 OAKVIEW ROAD
TARPON SPGS, FL 34689-2608

EARL W PERAT
21520 STANDING ROCK AVE
APPLE VALLEY, CA 92307

EARLE A MALKIN
CGM IRA ROLLOVER CUSTODIAN
4594 BLUE MESA WAY
LAS VEGAS, NV 89129-2214

EARLE B BLOMEYER  & STEPHANIE S BLOMEYER JT WROS
EARLE B BLOMEYER  &
STEPHANIE S BLOMEYER JT WROS
2660 PEACHTREE RD NW
APT 7E
ATLANTA, GA 30305-3674

EARLE B STREET
99 LOCUST LANE
BARNSTABLE, MA 02630

EARLE F LAYSER
500 TARGHEE TOWNE
ALTA, WY 83414

EARLENE M JOHNSON (IRA)
FCC AS CUSTODIAN
790 DANI ST
FALLON, NV 89406-5763

EARLY SETTLERS ASSN. OF THE WESTERN RESERVE
C/O JOHN D CIMPERMAN, PRES OF ESA
8007 COLUMBIA RD
OLMSTED FALLS, OH 44138

EARNEST H ANDREWS
102B CR 150
TUSCOLA, TX 79562

EAST END INTERTRADING LTD.
PO BOX N-1576
NASSAU BAHAMAS

EASTERN ASIA LIMITED
C/O MR TAN CHAK CHEW
29 GOLDEN RISE
554634 SINGAPORE