**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                            :        Chapter 11
                                                 :
**MOTORS LIQUIDATION COMPANY**, *et al.*,        :        **Case No. 09-50026 (REG)**
        f/k/a General Motors Corp., *et al.*,    :
                                                 :
        Debtors.                                 :        **(Jointly Administered)**
                                                 :
-------------------------------------------------------------------x

<u>**AMENDED AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                       ) ss:
COUNTY OF SUFFOLK      )

I, Barbara Kelley Keane, being duly sworn, depose and state:

   1.    I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.


   2.    Between August 19, 2010 and August 20, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors in the above-captioned case and pursuant to the **Notice of Debtors' Fiftieth Omnibus Objection to Claims [Docket No. 6660]**, I caused to be served a customized **Notice of Objection to Individual Debt Claims**, a copy of which is annexed hereto as Exhibit "A", upon each of the parties set forth in Exhibit "B" annexed hereto (affected parties) by depositing same in a sealed, postage paid envelope at a United States Post Office for delivery by the United States Postal Service via First Class Mail.

                                                 /s/ Barbara Kelley Keane
                                                 Barbara Kelley Keane

Sworn to before me this
9th day of September 2010


/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Qualified in Manhattan County
Commission Expires:  May 19, 2012

# EXHIBIT A

> **PLEASE CAREFULLY REVIEW THIS NOTICE AS IT WILL AFFECT YOUR CLAIM IN THE GENERAL MOTORS CORPORATION (NOW MOTORS LIQUIDATION COMPANY) BANKRUPTCY CASE**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                             :
In re                                                        :        Chapter 11 Case No.
                                                             :
**MOTORS LIQUIDATION COMPANY**, *et al.*,                     :        **09-50026 (REG)**
        **f/k/a General Motors Corp.**, *et al.*              :
                                                             :
                Debtors.                                     :        **(Jointly Administered)**
                                                             :
---------------------------------------------------------------x

<u>**NOTICE OF OBJECTION TO INDIVIDUAL DEBT CLAIMS**</u>

**[Claimant Name]**

| Claim Information | | | | | Basis For Objection |
|---|---|---|---|---|---|
| **Date** | **Claim #** | **Debtor** | **Classification** | **Amount** | **Claim is duplicative of a claim allowed for the indenture trustee on behalf of all Individual Bondholders** |
|  |  |  |  |  |  |

  <u>**PLEASE TAKE NOTICE THAT**</u>, on August 13, 2010, Motors Liquidation Company (formerly known as General Motors Corporation) and its affiliated debtors, as debtors in possession (the "**Debtors**"), filed an objection to your proof of claim identified above.  The name of the objection is the Debtors' _____ Omnibus Objection to Claims (Duplicate Debt Claims) (the "**Objection**").

  **You have received this notice because the Debtors have objected to your proof of claim and your rights will be affected.**

  **You should read this notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**

**A copy of the full Objection can be viewed at http://www.motorsliquidationdocket.com/bond.php3. Or, you may request a complete copy of the Objection at the Debtors' expense, by contacting the Debtors at 1-800-414-9607, or by sending an e-mail to claims@motorsliquidation.com.**

The reason for the Objection is that your claim is duplicative of two global claims filed on your behalf (and on behalf of all affected bondholders) by Wilmington Trust Company ("**WTC**"), as the indenture trustee for your General Motors Corporation bonds. An indenture trustee is an entity that manages a bond issuance for the benefit of the individual bondholders, and handles all the administrative aspects of the bond issuance. The claims filed by WTC ensure your interests are protected with respect to the interest, principal, and trustee fees under your bonds. You will be entitled to receive a distribution on account of such interests through the global proofs of claim filed by WTC, and the disallowance of your individual claim will not affect such interests. If you have additional claims with respect to your bonds beyond interest, principal, and trustee fees, such claims will be disallowed pursuant to this Objection. A copy of the stipulation allowing the claims of WTC can be viewed at http://www.motorsliquidationdocket.com/bond.php3.

**YOU WILL NOTICE THAT** the Objection requests that the Bankruptcy Court expunge and disallow your claim listed above on the ground that your claim is duplicative of the global claim filed by WTC. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed, and you will not be entitled to any distribution from the Debtors' estates on the claim you filed.**

If you disagree with the Objection's treatment of your claim, you may call the Debtors to try and resolve your concerns at **1-800-414-9607**. If you are unable to resolve your concerns with the Debtors before the deadline to respond, then you <u>must</u> file and serve a written response

(a "**Response**") to the Objection in accordance with this notice and you <u>must</u> appear at the Hearing described below.

You may participate in the Hearing telephonically provided that you comply with the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider." You must also provide prior written notice by mail or e-mail of your telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Russell Brooks, Esq. (russell.brooks@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Jennifer Sharret, Esq. (jsharret@kramerlevin.com)).

**If you do not oppose the disallowance and expungement of your claim, then you do not need to file a Response or appear at the Hearing.**

**<u>PLEASE TAKE FURTHER NOTICE THAT</u>** a hearing (the "**Hearing**") on the Objection is scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on **September 24, 2010 at 9:45 a.m. (Eastern Time)**. If you file a Response to the Objection, you should plan to appear at the Hearing either in person or telephonically. The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to your claim. If the Debtors do continue the Hearing with respect to your claim, then the Hearing will be held at a later date. If the Debtors do not

continue the Hearing with respect to your claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **September 17, 2010 at 4:00 p.m. (Eastern Time)**.  Only those Responses that are timely will be considered at the Hearing.  Your Response will be deemed timely only if it is:  (a) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing system (The User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov) before the deadline for Responses **or** (b) **actually** received on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format **and** in hard copy at each of the following addresses on or before the deadline for response:

A. Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;

B. Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and

C. Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Jennifer Sharret, Esq.).

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the number of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the

extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person that can be contacted in connection with the Objection.

If the Bankruptcy Court does NOT disallow and expunge your claim listed above, then the Debtors have the right to object on other grounds to your claim (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

If you have any questions about this notice or the Objection, please contact the Debtors at **1-800-414-9607**. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

**PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief requested in the Objection without further notice or a hearing if you fail to file a timely Response or appear at the Hearing.**

Dated: New York, New York
August 18, 2010

WEIL, GOTSHAL & MANGES LLP
Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT B

FRANCIS M DEMAYO
1511 HOLLISTON TRAIL
FORT WAYNE, IN 46825-7218

FRANCIS M DEMAYO TTEE
FORT WAYNE CLUTCH INC
P/S/P DTD 10/01/69
2424 GOSHEN RD
FORT WAYNE, IN 46808-1439

FRANCIS NAVOJOSKY
16 RIDGE ROAD
TURNER, ME 04282

FRANCIS P MARKULIN TOD
HELEN M MARKULIN
SUBJECT TO STA RULES
541 BRUSHTON AVENUE
GREENSBURG, PA 15601-1519

FRANCIS P MCDERMOTT
14203 MITIGATION CT
HUDSON, FL 34667

FRANCIS R AND ALICE J GALIANO
1455 BELVEDERE DR
BEAUMONT, TX 77706

FRANCIS R BELLIVEAU
437 HIGHLAND MEADOWS ST
DAVENPORT, FL 33837-7910

FRANCIS R SLAUGHTER AND JOAN M SLAUGHTER JT TEN
C/O RBC CAPITAL MARKETS
1000 WEST STREET STE 110
WILMINGTON, DE 19801

FRANCIS R SLAUGHTER R/O IRA
C/O RBC CAPITAL MARKETS
1000 WEST ST STE 110
WILMINGTON, DE 19801

FRANCIS SORUM
2214 SMATHERS CIRCLE S.
MELBOURNE, FL 32935

FRANCIS TRAPANI
168-09 29TH AVE
FLUSHING, NY 11358-1503

FRANCIS X HEENAN JR
249 STRATFORD AVE
WESTMONT, NJ 08108

FRANCOIS CHARTRAIN & SILVIANNA CHARTRAIN JT TEN
C/O CET INTERNATIONAL
95 RUE LA
BOETIE 75008
FRANCE

FRANK & EVELYN CANNULI TTEES
FRANK CANNULI REV TR
FBO FRANK & EVELYN CANNULI
DTD 1/10/97
1234 HARBOR TOWN WAY
VENICE, FL 34292-3119

FRANK & GLORIA DEBARTOLOMEO
5 PENNY LANE
NORWALK, CT 06850

FRANK & KATHERINE JAMES LIV TR
FRANK E JAMES
FRANK/KATHERINE JAMES LIV TR
8580 WOODWAY DR APT 1422
HOUSTON, TX 77063-2473

FRANK & THERESE J LAROCCA
FRANK A LAROCCA
129 S VIRGINIA AVE 1307
ATLANTIC CITY, NJ 08401

FRANK A ABELE
8796 LINKSWAY DR
POWELL, OH 43065

FRANK A BRAME III
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
5329 MORNING GLORY LN
LITTLETON, CO 80123-2942

FRANK A SCHUMACHER
NANCY B WIEDERHORN
GARY A SCHUMACHER
1050 RIVERSIDE DR APT 202
PALMETTO, FL 34221-5099

FRANK A TOMASINI
MONICA LYN TOMASINI
3314 GOMER ST
YORKTOWN HTS, NY 10598

FRANK A VACCARO
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
112 HARVEST LN
LEVITTOWN, NY 11756-2739

FRANK A VACCARO &
MARIA V FERRO JT TEN
112 HARVEST LN
LEVITTOWN, NY 11756-2739

FRANK A WURTZ
2025 CAPESTONE ST
LAS VAGAS, NV 89134-5265

FRANK A WURTZ
2025 CAPESTONE ST
LAS VEGAS, NV 89134

FRANK A WURTZ
2025 CAPESTONE ST
LAS VEGAS, NV 89134-5265

FRANK AND ESTHER SCHULTZ REV TRUST
ESTHER D SCHULTZ TRUSTEE
208 NIGHT FALL TERR
HENDERSON, NV 89015

FRANK AND MARGARET MCMULLEN
52 RELAXED PATH
MURPHY, NC 28906

FRANK AND PAMELA KECK
1915 HERRINGTON ST
NEWBERRY, SC 29108

FRANK ARNOLD
PO BOX 960
BRISTOL, RI 02809

FRANK ARNOLD TRUST
HELGA E ARNOLD TRUSTEE
975 N RIVERSIDE AVE
SAINT CLAIR, MI 48079-4267

FRANK B & JOAN L HOWART
715 MAIDEN CHOICE LANE CR 217
CATONSVILLE, MD 21228-5748

FRANK B DEMPSEY &
BARBARA E DEMPSEY TTEES
DEMPSEY FAMILY TRUST
PO BOX 60846
BOULDER CITY, NV 89006-0846

FRANK B MARINGER
FRANK B MARINGER TTEE
FBO FRANK B MARINGER
U/A/D 01/06/93
5320 SW 3RD AV
CAPE CORAL, FL 33914-7120

FRANK B RIZZO &
CHRISTINA RIZZO JTWROS
8020 NW 126TH TERRACE
PARKLAND, FL 33076-4918

FRANK BRASWELL
4116 ROLESVILLE RD
WENDELL, NC 27591

FRANK BROWN TRUST "B" DTD 1/23/85
MILDRED J BROWN TTEE
3500 GALT OCEAN DR APT 310
FT LAUDERDALE, FL 33308-6816

FRANK C BUTTLER
2748 ALTADENA LAKE DR
BIRMINGHAM, AL 35243-3005

FRANK CASTELLANO TTEE
FRANK V CASTELLANO REV TRUST U/A
DTD 08/08/1995
3108 WEST NASSAU ST
TAMPA, FL 33607-5143

FRANK CEGELSKI
CGM IRA ROLLOVER CUSTODIAN
179 BREWSTER HILL ROAD
BREWSTER, NY 10509-4145

FRANK CHESTER
23 OAK MEADOW RD
COMMACK, NY 11725

FRANK D LEWIS
304 FERN ST
NEWARK, OH 43055-3500

FRANK DAVID THORNTON &
CINDY KAY THORNTON TEN ENT
144 WYNDHAM DRIVE
WINTER HAVEN, FL 33884-4123

FRANK DI SCALA
6398 CONISTON ST
PT CHARLOTTE, FL 33981-5506

FRANK DIPIERRO
CGM IRA CUSTODIAN
1950 HUTCHINSON RIVER PARKWAY
APT. 12H
BRONX, NY 10461-4024

FRANK DOMBROSKY
101 GREENVIEW CIRCLE
DOTHAN, AL 36301-7823

FRANK DONEGAN
862 BENTLEY GREEN CIRCLE
WINTER SPRINGS, FL 32708

FRANK DURKIN
681 FARM TO MARKET ROAD
TROY, NY 12180

FRANK E BOWKER TTEE
FRANK E BOWKER
1415 VIA MILANESE
PUNTA GORDA, FL 33950

FRANK E DESANTIS
PAULINE DESANTIS JT TEN
7329 HAYES BLVD
MENTOR, OH 44060

FRANK E ORTOLANI IRA
516 E PARISH ST
SANDUSKY, OH 44870

FRANK E PORTER
6805 HILLSIDE LN
MINNEAPOLIS, MN 55439-1321

FRANK EDMUND DAVIS JR &
BARBARA ANN DAVIS TEN/COM
4 BECKS RETREAT
SAVANNAH, GA 31411-2205

FRANK G KLEIN
3500 WEST CHESTER PIKE
CH-123
NEWTOWN SQUARE, PA 19073

FRANK G KLEIN AND JEAN D KLEIN
FRANK G KLEIN AND JEAN D KLEIN TEN-ENT
3500 WEST CHESTER PIKE
CH - 123
NEWTOWN SQUARE, PA 19073

FRANK G NEWSON JR
20422 16 PL NW
SHORELINE, WA 98177

FRANK G WEBER
2245 ORCHARD HILL CIRCLE
WARRINGTON, PA 18976

FRANK H FOREHAND
6286 PARADISE ISLAND CT
PORT ORANGE, FL 32128

FRANK H LEVINE ROTH IRA
FRANK H LEVINE
2803 STANDBRIDGE ST
APT 713 B
NORRISTOWN, PA 19401-1632

FRANK H WEBER &
NANCY C WEBER JT TEN
14205 N 14TH PLACE
PHOENIX, AZ 85022-4436

FRANK HAUSER
22 BALSAM DR
HICKSVILLE, NY 11801

FRANK J CATALANO
101 DEVON PL
MURRELLS INLET, SC 29576-8509

FRANK J ESPOSITO
PO BOX 970, 2704 BAYVIEW AVE
BARNEGAT LIGHT, NJ 08006-0970

FRANK J GRADY
PO BOX 369
LAKE JACKSON, TX 77566

FRANK J GRAY, IRA
6716 SWEET WOOD CT
FORT WAYNE, IN 46814

FRANK J GUTHIER JR.
CECILIA A GUTHIER TTEE
U/A/D 08/26/04
FBO F. CECILIA A GUTHIER TRUST
728 NORRISTOWN ROAD APT E202
LOWER GWYNEDD, PA 19002-2183

FRANK J KEIM IRA
FCC AS CUSTODIAN
9336 HEATHER GLEN DR
ALEXANDRIA, VA 22309-3050

FRANK J KENNEDY
PO BOX 347
COLLINGSWOOD, NJ 08108

FRANK J MADDEN & JOAN R MADDEN
TEN COM
18 CHERRY LANE
MOUNTAINTOP, PA 18707-1506

FRANK J ROBEY
12 SHIRLEY VALLEY LANE
STONEHAM, ME 04231

FRANK J SANZA
242 YARKERDALE DRIVE
ROCHESTER, NY 14615-1038

FRANK JANGER
473 FT LEWIS DR
POMONA, CA 91767-1225

FRANK K NOOJIN JR IRA
FK NOOJIN
18655 DEMENT RD
ATHENS, AL 35611

FRANK KUBIC
& ANNE KUBIC JT TEN
98 AVON BEND RD
CHARLESTON, WV 25414-3767

FRANK L & OLGA S. TREECE
211 WALNUT DR
ENTERPRISE, AL 36330

FRANK L DOUGHTY REVOCABLE TRUST
FRANK L DOUGHTY JR
PO BOX 1624
FAYETTEVILLE, AR 72702

FRANK L SUNDSTROM
C/O F L SUNDSTROM
14 BRISTOL VIEW DRIVE
FAIRPORT, NY 14450

FRANK M. GALLAGHER
9425 BLIND PASS RD #1103
ST. PETE BEACH, FL 33706

FRANK N DAUSTER
STONEBRIDGE
700 HOLLINSHEAD SPRING RD
APT D-103
SKILLMAN, NJ 08558-2029

FRANK N ISOGAWA
2215 OAK
SELMA, CA 93662-2447

FRANK P BONK AND
MARY BONK
1226 E LE MARCHE AVE
PHOENIX, AZ 85022-3242

FRANK P MARUCA
REVOCABLE LIVING TRUST DTD 3/8/04
130 ROBERTA DR
UNIONTOWN, PA 15401

FRANK PETRIKO
51204 3RD ST
DOWAGIAC, MI 49047

FRANK PYLES
ELLEN L PYLES JTWROS
219 MARTZVILLE RD
BERWICK, PA 18603-1332

FRANK R CLOSE & MARSHA A CLOSE
TTEES F/T FRANKIE & MARSHA CLOSE
LIVING TRUST DATED12/31/2000
3711 LAKE TERRACE DRIVE
ELK GROVE, CA 95758-4633

FRANK R HOLMES
143 CLAREMONT AVE
LONG BEACH, CA 90803

FRANK R KLINGER
63 STONY RD
LANCASTER, NY 14086

FRANK R PFERSCH AND FRANK A PFERSCH
3148 NE 60TH
PORTLAND, OR 97213-3914

FRANK REGGIANI
10 SHELDON LANE
WALNUT CREEK, CA 94597

FRANK ROBIN
606 LAKEWAY DR.
LAKEWAY, TX 78734

FRANK S GROTT
RITA LOUISE GROTT CO-TTEES
FRANK S GROTT TRUST
UA DTD 04/30/96
2804 VIA PALOMA DR
PUNTA GORDA, FL 33950-6350

FRANK SCOFI & MARIE SCOFI JT TEN
112 SOUTH 7TH STREET APT 8
FLAGLER BEACH, FL 32136-3600

FRANK SPALLUTO
ANGELINA B SPALLUTO  JTWROS
470 BLUE RIDGE AVENUE
PISCATAWAY, NJ 08854-5046

FRANK T DAVIS
110 NORTHSTAR LN
MANY, LA 71449-5794

FRANK T KUBIC &
ANNE B KUBIC JT TEN
98 AVON BEND RD
CHARLES TOWN, WV 25414-3767

FRANK T SHAFER &
BETH B SHAFER JT/WROS
P O BOX 2129
SALISBURY, NC 28145-2129

FRANK T SHAFER IRA
FCC AS CUSTODIAN
PO BOX 2129
SALISBURY, NC 28145-2129

FRANK TARANTO
52 OLD CLINTON RD
FLEMINGTON, NJ 08822-5704

FRANK VACCARO
451 E KEY LIME SQ SW
VERO BEACH, FL 32968

FRANK W HEIGH AND
KAREN HEIGH JT TEN
2748 HAWTHORNE CT
HAYWARD, CA 94545-3351

FRANK W KISER IRA
DR FRANK W KISER
PO BOX 4953
ROCK HILL, SC 29732

FRANK WICK
J M S LLC
214 LANTWYN LANE
NARBERTH, PA 19072

FRANK WITHOPF
HOF STEINBACH 26
97941 TAUBERBISCHOFSHEIM GERMANY

FRANKIE IRENE SIEMENS TRUST
17607 WASCO AVE
SHAFTER, CA 93263-9514

FRANKLIN A PERRY & EUNICE PERRY JT TEN
FRANKLIN A PERRY
32815 DAGSBORO RD
PARSONSBURG, MD 21849

FRANKLIN B MEAD
68 BEACON STREET APT 3W
BOSTON, MA 02108

FRANKLIN E MANZER
1171 BENNOCH RD
OLD TOWN, ME 04468-5519

FRANKLIN E SNELL
PO BOX 99
BLYTH, ON  NOM 1HO CANADA

FRANKLIN G PARKER (IRA)
FCC AS CUSTODIAN
27503 COLLOSSE RD
CARRSVILLE, VA 23315-4624

FRANKLIN H LAFLAIR TRUSTEE
U/A/D 5/13/01
FRANKLIN H LAFLAIR REV TRUST
7759 RIVERGATE DR
WESTLAND, MI 48185-6967

FRANKLIN H LAFLAIR TRUSTEE
U/A/D 5/13/01
FRANKLIN M LAFLAIR REV TRUST
7759 RIVERGATE DR
WESTLAND, MI 48185-6967

FRANKLIN H SACK JR
453 ROUTE 49
WOODBINE, NJ 08270

FRANKLIN KLEIN &
AUDREY J KLEIN TTEES FOR THE
KLEIN FAMILY TRUST DTD 05/17/90
761 TWIN HILLS DRIVE
BANNING, CA 92220-5230

FRANKLIN L. COLGAN
167 25TH AVE
MADAWASKA, ME 04756

FRANKLIN S NIERMAN &
HOPE NIERMAN JT TEN
603 ELTON COURT SOUTH
SAINT JAMES, NY 11780-3372

FRANKLIN ZEPLOWITZ
100 MIDDLESEX RD
BUFFALO, NY 14216-3618

FRANKLYN WEISS TTEE
WEISS FAMILY TRUST
109 STRATFORD CT
MOUNTAINVIEW, CA 94040

FRANZ PREISER &
HANNA PREISER JT TEN
576 CHURCH STREET
BOUND BROOK, NJ 08805-1731

FRANZISKA GEGENWART
ZUM SCHONDRATAL 23
97797 WARTMANNSROTH, GERMANY

FRED & ELIZABETH WELDON
802 BROWN ST
WAXAHACHIE, TX 75165

FRED & JUNE KOHLHEPP
614 LUFKIN CIRCLE
FAYETTEVILLE, NC 28311-2565

FRED & JUNE KOHLHEPP
614 LUFKIN CIRCLE
FAYETTEVILLE, NC 28311-2565

FRED & KATHLEEN FASSMAN
7 OLD HILL RD
WESTPORT, CT 06880

FRED & MILDRED DAVIS
7916 1ST AVE S
ST PETERSBURG, FL 33707

FRED A COOPER
35 N CHATSWORTH AVE APT 2A
LARCHMONT, NY 10538

FRED A HARKLEROAD
105 S CROMLEY RD
BROOKLET, GA 30415

FRED B FITZGERALD TRUSTEE U/W
RVELYN J DAVENPORT
FBO JUDITH B MOORE
192 AVENUE B
APALACHICOLA, FL 32320-1915

FRED BELLERS
43330 WILLOWOOD WAY
TECUMSEH, OK 74873

FRED BRAUER
2988 ALDER ST, APT PH2B
VANCOUVER BC V6H 4C3 CANADA

FRED C AND LINDA S SORRELL LIVING TRUST
FRED AND LINDA SORRELL
2792 MAJESTIC COURT
TROY, MI 48083

FRED D PARMAN
1300 N PORTOFINO DR APT 108
SARASOTA, FL 34242-3109

FRED E SCHULCZ
10101 ROSSBURY PLACE
LOS ANGELES, CA 90064

FRED E SPENCE &
MARILYN M SPENCE TEN COM
9538 BAYOU BROOK STREET
HOUSTON, TX 77063-1058

FRED FELD (IRA)
13600 MARINA PT DR UNIT 310
MARINA DEL REY, CA 90292

FRED G BRAUER
ESTHER BRAUER
2988 ALDER ST APT PH2B
VANCOUVER BC V6H 4C3  CANADA

FRED GRIMES
BETTY GRIMES
1008 LARKIN BOILING SPRING
BOWLING GREEN, KY 42101-1401

FRED HUSTON
1605 NW 158TH CIRCLE
EDMOND, OK 73013

FRED J HORINEK
1200 WEST CANTEEN RD
NEWKIRK, OK 74647

FRED J PEARSON
5018 CREEKBEND DR
HOUSTON, TX 77035-3141

FRED J ROEDEL (IRA)
FCC AS CUSTODIAN
3940 ROUTE 202
DOYLESTOWN, PA 18902-1622

FRED J WILLINGHAM IRA
FRED J WILLINGHAM
32855 ROWLAND RD
ALBEMARLE, NC 28001

FRED J ZASKE
14582 S KELMSLEY DR
OREGON CITY, OR 97045

FRED KAPLOWITZ
IRA ROLLOVER DTD 1/14/09
1020 CORNWALL A
BOCA RATON, FL 33434

FRED KATZ
PO BOX 205
SOUTH EGREMONT, MA 01258

FRED L HUNTER & WILLIE M HUNTER JT TEN TOD
153 HILLSDALE DR
ALEXANDER CITY, AL 35010

FRED L WOMACK
FRED L WOMACK & JANET WOMACK
19761 GEER RD
HILMAR, CA 95324-9402

FRED LOMBARDI
PO BOX 183
LOUISVILLE, CO 80027

FRED LOO
2615 VANDERHOOF DR
WEST COVINA, CA 91791

FRED M & JUDITH E BARSAM
1124 CLUB HOUSE RD
GLADWYNE, PA 19035

FRED NORD TTEE OF THE
HICKS TRUST DTD 8/20/87
500 LAVER WAY
NEWPORT BEACH, CA 92660-3509

FRED P KIRKHART (TTEE)
FRED P KIRKHART
PO BOX 687
LEBANON, OH 45036

FRED P STRUMPFLER & JANE E STRUMPFLER
FRED P STRUMPFLER & JANE E STRUMPFLER JT/WROS
10 GOLFVIEW CT
HOMOSASSA, FL 34446-4202

FRED R. BAUM
CGM IRA CUSTODIAN
1628 MASON KNOLL ROAD
TOWN AND COUNTRY, MO 63131-1219

FRED RITER
469 W CLARK DR
#20
CANYON LAKE, TX 78133

FRED RITER
469 W CLARK DR
#20
CANYON LAKE, TX 78133

FRED ROSENTHAL
1055 SPRUCE STREET
BERKLEY, CA 94707

FRED ROSS BARLOGA, TTEE
C/O FRED BARLOGA
PO BOX 336
SCALY MOUNTAIN, NC 28775

FRED S SNIZEK
9964 SE 175TH PL
SUMMERFIELD, FL 34491

FRED SCHNUR
KAREN SCHNUR JTWROS
7 LAUREL LANE
DURHAM, NH 03824-3131

FRED SKEEL TTEE
SKEEL TRUST
1216 MOCKINGBIRD RD
KEY LARGO, FL 33037-3831

FRED T PRATER AND FRANCES H PRATER JT/WROS
5110 RED OAK DR
OXFORD, AL 36203-3378

FRED WILLIAM JARL
22523 EAST LAKE HUBERT DRIVE
BRAINERD, MN 56401

FRED WILLIAMS
DOROTHY WILLIAMS JT TEN
6091 DALMATION DRIVE
BETHEL PARK, PA 15102-4062

FRED/GERLINDE KOHL
FRED KOHL
207 ROCKWOOD WAY
ENGLEWOOD, FL 34223

FREDA TICKLE GARRITY IRA
244 BERMUDA BEACH DR
FORT PIERCE, FL 34949

FREDDA RICH
200 E 58TH ST
APT 6A
NEW YORK, NY 10022

FREDDIE ELIUD VELAZQUEZ TTEE
FREDDIE E VELAZQUEZ TRUSTEE U/A/D 12/09/02
JENGIBRE 114
CIUDAD JARDIN
GURABO, PR 00778

FREDDIE J LAUGHLIN
4171 FM 408 BOX 24
ORANGEFIELD, TX 77639-0024

FREDDIE M SPURLOCK
579 TALLWOOD RD
HUNTINGTON, WV 25705

FREDERIC C MULDER
8910 W RIVER BEACH LN
BOISE, ID 83714

FREDERIC E MIDDLETON III TTEE
MIDDLETON FAMILY TRUST
U/A DATED 11/12/04
PO BOX 1182
BELLFLOWER, CA 90707-1182

FREDERICK & ROSELINDA KITS
FREDERICK KITS AND
ROSELINDA KITS JTTEN
42 POND ST
CLIFTON, NJ 07013-1606

FREDERICK B MALVIN REVOCABLE TRUST
FREDERICK B MALVIN
21 YEARDLEYS GRANT
WILLIAMSBURG, VA 23185

FREDERICK C. FIERTHALER  &
KATHLEEN M FIERTHALER JT WROS
10744 RECKTENWALD
DANSVILLE, NY 14437-9443

FREDERICK CLAYTON
17745 BAYWATCH CT NE
POULSBO, WA 98370-7308

FREDERICK DE NOBILE
BRUNA DE NOBILE
8696 BELLE AIRE DR
BOCA RATON, FL 33433

FREDERICK ELBERT WHITE
715 CUSTER DRIVE
LYNCHBURG, VA 24502-4913

FREDERICK ELBERT WHITE
715 CUSTER DRIVE
LYNCHBURG, VA 24502-4913

FREDERICK F BUCCI & HELENE G BUCCI
FREDERICK F BUCCI &
HELENE G BUCCI JTTEN
PO BOX 246
PINEHURST, NC 28370-0246

FREDERICK F BUCCI & HELENE G BUCCI
FREDERICK F BUCCI &
HELENE G BUCCI JTTEN
PO BOX 246
PINEHURST, NC 28370-0246

FREDERICK GRIMALDI TTE (SANDRA DECEASED 9-2004)
GRIMALDI REV LVG TRUST
FREDERICK F GRIMALDI TTEE
U/A DTD 06/14/1990
1160 HILLSBORO MILE APT 207
HILLSBORO BCH, FL 33062-1711

FREDERICK H & MARY C VAUGHAN
MR & MRS FREDERICK H VAUGHAN
3210 NAVY DRIVE
OAK HILL, VA 20171

FREDERICK J AND DOROTHY K KRUMM REV TRUST U/A
DTD 1/1/1993
FRED J KRUMM TRUSTEE
4517 HANNAFORD DR
TOLEDO, OH 43623-3909

FREDERICK J CAMPBELL TRUST UA 9-15-95
FREDERICK J CAMPBELL TRUSTEE
2825 LINWOOD AVE
ROYAL OAK, MI 48073

FREDERICK J CUTLER
C/O CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
415 WILTSHIRE AVE
SAN ANTONIO, TX 78209-5413

FREDERICK J HAMLIN
8620 VICTORIA ROAD
SPRINGFIELD, VA 22151-1226

FREDERICK J MARKEY
24 GURMLEY AVE
MERRICK, NY 11566

FREDERICK L ISHAM
25750 HICKORY BLVD APT 360E
BONITA SPRINGS, FL 34134

FREDERICK L RIGGINS REV TRUST
RUTH B RIGGINS TRUSTEE
1816 CALTHROP NECK RD
YORKTOWN, VA 23693

FREDERICK MAY
PO BOX 2878
HOLLY RIDGE, NC 28445

FREDERICK O MILLER REV TRUST
R J PIESKO TRUSTEE
3320 BAY RD
SAGINAW, MI 48603

FREDERICK OWEN VAUGHAN TTEE
16625 - 1ST AVE. SOUTH
APT#101
NORMANDY PARK, WA 98148

FREDERICK P HARTMAN
2821 SW BRIGHTON WAY
PALM CITY, FL 34990

FREDERICK P YOUNG &
RICHARD M YOUNG JT TEN
9850 PECAN TREE DR APT B
BOYNTON BEACH, FL 33436-0651

FREDERICK R FLEMING TRUST T
MARTHA Z FLEMING TTEE UA
DTD 04/11/90 FBO MARTHA Z
FLEMING
5325 WILLISTON RD
MINNETONKA, MN 55345-4736

FREDERICK R GAUL
187 OAK CIR
LEESPORT, PA 19533

FREDERICK ROTH JR
2701 STARWOOD CT
WEST PALM BEACH, FL 33406

FREDERICK SALEM
C/O BANQUE DE L'EUROPE MERIDIONALE - BEMO
16 BOULEVARD ROYAL
L-2449 LUXEMBOURG
75116

FREDERICK T VARCOE
3501 CAMBRIDGE ROAD
DURHAM, NC 27707-4509

FREDERICK T VARCOE JR
3501 CAMBRIDGE ROAD
DURHAM, NC 27707-4509

FREDERICK THEODORE MULDER
10790 W DASON CT
BOISE, ID 83713

FREDERIK & ZDENKA L SELLENRAAD LIV TR
C/O FRED C SELLENRAAD
4861 SABAL LAKE CIRCLE
SARASOTA, FL 34238-4460

FREDRIC M TROY
90 CAYUGA AVE
ATLANTIC BEACH, NY 11509

FREDRIC M TROY
90 CAYUGA AVE
ATLANTIC BEACH, NY 11509

FREDRIC S TROFF TTEE
FREDRIC S. TROFF FAMILY TRUST U/A
DTD 10/12/2000
3569 RIVERSIDE DR
AUBURN HILLS, MI 48326-4310

FREDRICK D LAW
235 STRAIGHT FORK RD
CRAWFORD, WV 26343-8165

FREDRIK M BERGOLD
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
605 SOUTH CHERRY LN
FRUIT HEIGHTS, UT 84037-2711

FREE LIVING TRUST
5850 SANDSTONE WAY
JACKSONVILLE, FL 32258

FREIDA L FOWLER
1500 VALLEY VIEW
JOSHUA, TX 76058-5229

FREMAN A ERICSON
139 SAMMIE COVFE
HOT SPRINGS, AR 71913-8524

FREYA I & DENNIS E MC GINTY
FREYA I & DENNIS E MCGINTY JTWROS
2919 COLONY DR
EAST LANSING, MI 48823-2314

FRIEDA MORRIS
2057 GUILDFORD D
CENTURY VILLAGE
BOCA RATON, FL 33434-4870

FRIEDOLIN KAMPE
VON-NEUENAHR STR 22
50181 BEDBURG GERMANY

FRIEDRICH G VOGEL
CHRISTIANE M VOGEL
PO BOX 23597
1685 NICOSIA CYPRUS

FRIENDS OF THE ALBUQUERQUE
PUBLIC LIBRARY
C/O BRODERICK & COMPANY LLC
2201 SAN PEDRO DR NE #2-104
ALBUQUERQUE, NM 87110-5942

FRIENDSHIP LAND TRUST
ALFRED & MARION SOBERDASH TTEES
522 RANCH ROAD
DUNBAR, PA 15431

FRIMIDEBAR FAMILY CORP.
ATTN MR. HUMBERTO ANTONORSI
430 GRAND BAY DRIVE
APT. 1307
KEY BISCAYNE, FL 33149-1918

FRISCH LIVING TRUST
DONALD AND ROSEMARIE FRISCH TTEES
306 S 5TH ST
MT HOREB, WI 53572-2214

FRITZ K JOHNSON R/O IRA
FRITZ K JOHNSON
6842 S LAMAR ST
LITTLETON, CO 80128-3910

FRITZ WALTER
UHT WELZBERG 6
75365 CALW  GERMANY

FROHM, KELLEY,BUTLER & RYAN
PC 401K PLAN DTD 1-1-88
FBO ROBERT G FROHM
M KELLEY & R FROHM TTEE
333 FORT STREET
PORT HURON, MI 48060-3804

FROST NATIONAL BANK CUSTODIA
FOR CURTIS KLAERNER
PO BOX 2950
SAN ANTONIO, TX 78299-2950

FROST NATIONAL BANK CUSTODIAN
FOR SAN ANTONIO INDEMNITY OLD AMERICAN
PO BOX 2950
SAN ANTONIO, TX 78299-2950

FROST NATIONAL BANK MGMT AGENT FOR MARILYN L UPMAI
PO BOX 2950
SAN ANTONIO, TX 78299-2950

FROST NATIONAL BANK MGMT AGENT FOR SANT K UPMANYU
PO BOX 2950
SAN ANTONIO, TX 78299-2950

FROST NATIONAL BANK TRUSTEE
FOR CARDIOLOGY ASSOC OF CORPUS CHRISTI
PO BOX 2950
SAN ANTONIO, TX 78299-2950

FROST NATIONAL BANK TRUSTEE
FOR SAM G TRAMON TE S/E RET PLAN
PO BOX 2950
SAN ANTONIO, TX 78299-2950

FROST NATIONAL BANK WC014 MGMT AGENT
FOR FLOYD & JOHNNIE GUNN IMA
PO BOX 2950
SAN ANTONIO, TX 78299-2950

FU ANNT LEE
SHATIN CENTRAL P.O. BOX 1078
SHATIN, N.T.
HONG KONG, CHINA

FULVIO MARCHETTI
MARGARETH M. MARCHETTI
2750 RUSTIC LN
GLENDALE, CA 91208

FURNEE FAMILY TRUST
DATED 02/04/94
EDWIN G & BARBARA A FURNEE TR
5 OTHELLO CT
RANCHO MIRAGE, CA 92270

FUTURE DREAM LIMITED
CITIBANK BLDG
THOMPSON BLVD
PO BOX N 1576
NASSAU BAHAMAS

FUTURE DREAM LIMITED
CITIBANK BUILDING
THOMPSON BLVD
PO BOX N 1576
NASSAU BAHAMAS

G & C CIAFFONE REV TRUST
G & C CIAFFONE  TTEE
UAD 11/16/2004
23428 CORAL BEAN CT
BONITA SPGS, FL 34134-9128

G & M COHEN FAMILY LIMITED
PARTNERSHIP
156 GRAVEL HILL RD
MANALAPAN, NJ 07726-8692

G A PRINSEN & A C PRINSEN CO-TTEE
GRADUS A AND ALEIDA C PRINSEN TRUST
U/A DTD 06/04/2007
111 JASMINE CIRCLE
SAFETY HARBOR, FL 34695-4713

G COSCIA & P COSCIA TTEE
GERARD D & PATRICIA C COSCIA L
U/A DTD 11/02/1993
16220 SAN FERNANDO MISSION BL
GRANADA HILLS, CA 91344-3724

G DONOVAN EAGLE &
BARBARA ANN EAGLE TTEE
EAGLE FAMILY TRUST
U/A DTD 2/22/02
5556 E ST FRANCIS CIRCLE
LOOMIS, CA 95650-7925

G FREEMAN & A JARDINI TTEE
THE JARDINI/FREEMAN FAMILY TRU
U/A DTD 10/17/2001
815 ELYRIA DR
LOS ANGELES, CA 90065-3206

G HOSSEIN MAHOUR TTEE
MAHOUR TRUST
U/A DTD 04/09/1999
2411 INVERNESS ST
LOS ANGELES, CA 90027-1217

G HOSSEIN MAHOUR TTEE
MAHOUR TRUST
U/A DTD 04/09/1999
2704 E FRIESS DR
PHOENIX, AZ 85032

G HOWARD & BARBARA MCCARTNEY TRUST
RUTH ANN KINKER, TRUSTEE
2851 TRINITY CHURCH RD
SOUTH HILL, VA 23970

G LAWRENCE HORSTMANN
PO BOX 984
SILVER THORNE, CO 80498

G LICHTMAN & L LICHTMAN TTEE
LICHTMAN FAMILY TRUST
U/A DTD 06/01/1990
19306 YOLIE LANE
TARZANA, CA 91356-1145

G MINERVINI & A MINERVINI CO-TTEE
GIANMARIA & ANNA MINERVINI TRUST
U/T/A DTD 07/25/2006
1062 LANCASTER AVE APT 620
ROSEMONT, PA 19010-1527

G P WITZEL & H S WITZEL CO-TTEE
WITZEND LIVING TRUST U/A
DTD 07/21/2004
131 HIGHWOOD DR
FRANKLIN, MA 02038-2978

G PHILLIP DEEB
4701 CHISWICK COURT
LOUISVILLE, KY 40207

G RICHARD KELLER TRUST
G RICHARD KELLER TTEE
35 GITTENDEN RD
BRADFORD, NH 03221

G RICHARD MOUNTAIN &
JOANNE L MOUNTAIN TEN ENT
808 GARBER STREET
HOLLIDAYSBURG, PA 16648-2208

G SOBIERAY & R J SOBIERAY CO-TTEE
GERALDINE SOBIERAY REV TRUST
U/A DTD 01/15/1998
1829 SAN GABRIEL ST
THE VILLAGES, FL 32159-9443

G SOBIERAY & R J SOBIERAY CO-TTEE
GERALDINE SOBIERAY REV TRUST U/A
DTD 01/15/1998
1829 SAN GABRIEL
THE VILLAGES, FL 32159-9443

G SOUNG & L SOUNG TTEE
SOUNG COMMUNITY PROPERTY TRUST
U/A DTD 09/20/1994
6229 CROOKED STICK CIRCLE
STOCKTON, CA 95219-1852

G STANLEY & B COX CO-TTEE
G STANLEY & BETTE COX EST PLANNING
TRUST U/A DTD 03/23/1993
6699 INVERNESS STREET
WESTERVILLE, OH 43082-7755

G THOMAS MULLANY JR
16 TACONIC AVE
GT BARRINGTON, MA 01230

G WALDORF & M WINSLOW TTEE
WALDORF LIVING TRUST
U/A DTD 06/12/1989
47469 TANGIER DR
PALM DESERT, CA 92260-5831

G WILLIAM WILSON
10920 RHONDA WAY
DUNLAP, IL 61525

G&C CIAFFONE REV TR
GEORGE AND CAROL CIAFFONE
23428 CORAL BEAN CT
BONITA SPRINGS, FL 34134

G.P. PARIS
8761 THE ESPLANDADE 27E
ORLANDO, FL 32836-7720

GABRIEL CARBONE &
FRANCES CARBONE JT TEN
167 RUSSEK DRIVE
STATEN ISLAND, NY 10312-1640

GABRIEL LICHTMAN
CHARLES SCHWAB & CO INC.CUST
IRA ROLLOVER
19306 YOLIE LANE
TARZANA, CA 91356-1145

GABRIEL PERETZ
225 RIVER RD
DEERFIELD, IL 60015

GABRIELA RODRIGUEZ
CALLE CUA QUINTA VICMER
EL CAFETAL VENEZUELA

GAIL A ENTRINGER
4009 MADISON CIRCLE
PLANO, TX 75023

GAIL A MOSER
GAIL A MOSER, TRUSTEE
PO BOX 1113
BANDON, OR 97411

GAIL C DOWNWARD
315 HERITAGE PLACE
DEVON, PA 19333

GAIL D DEVED REV TRUST
C/O GAIL D DEVED
899 DOGWOOD DELL LN
MIDLOTHAIN, VA 23113-6389

GAIL FRANK & VALERIE ROBBINS
C/O GAIL FRANK
3 ASHLEY DRIVE
HOLMDEL, NJ 07733

GAIL J GINGER
432 COUNTRY CLUB RD
BELLEAIR, FL 34616

GAIL M BOHDAN
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
307 EAGLES CREST DR
SUNNYVALE, TX 75182

GAIL MEISNER
7228 VIA VERONA
DELRAY BEACH, FL 33446

GAIL MEISNER
7228 VIA VERONA
DELRAY BEACH, FL 33446

GAIL MEISNER
7228 VIA VERONA
DELRAY BEACH, FL 33446

GAIL MILLER
518 BEACH 139TH ST
APT B4
BELLE HARBOR, NY 11694

GAIL P CUCCHI
BY GAIL P CUCCHI
54265 BURGUNDY PT
SHELBY TWP, MI 48316-1508

GAIL S BLATT
PO BOX 114
CROTON HDSN, NY 10520-0114

GAIL STERNLIEB AND
JONATHAN STERNLIEB JTWROS
604 WADE AVE
HORSHAM, PA 19044-1507

GAIL V YOUNG
3254 S IVY WAY
DENVER, CO 80222

GAIL W DAVIDSON & JAMES C DAVIDSON
PO BOX 66
COVINGTON, GA 30015

GAIL W FORLAND
3027 OROVADA DR
CARSON CITY, NV 89701-4857

GAIUS E WEATHERS AND
MARGARET WEATHERS JTWROS
10816 SE 179TH LANE
SUMMERFIELD, FL 34491-8411

GALLUP FAMILY TRUST B
DONALD K GALLUP (TRUSTEE)
3024 E CHERYL DR
PHOENIX, AZ 85028

GALPERN FAMILY PARTNERSHIP, DAVID AND LOUISE GALPER
5364 ASCOT BEND
BOCA RATON, FL 33496-1605

GALPERN, MARSHALL A
836 SOUTH SHERIDAN DRIVE
BLOOMINGTON, IN 47401-5147

GARDENING COMPANY LTD
RBLA REP DEL PERU 1361
APT 801
11300 MONTEVIDEO URUGUAY

GARDNER GRAY
8 FREDDY RD
BILLERICA, MA 01821

GARLAND JEWELL BELL TRUST
1420 N MERIDIAN RD
PECK, KS 67120

GARLAND P BLANKENHORN
1015 TULIP DR
INDIANAPOLIS, IN 46227-2322

GARLAND P MASON
13590 THOUSAND OAKS
BEAUMONT, TX 77713

GARONNE CAPITAL LIMITED
VANTERPOOL PLAZA 2ND FLOOR
WICKHAMS CAY I ROAD TOWN
TORTOLA BRITISH VIRGIN ISLANDS

GARRETT B CROSS
1048 JEWELL AVE
PACIFIC GROVE, CA 93950

GARRETT B CROSS TTEE
1048 JEWELL AVE
PACIFIC GROVE, CA 93950

GARRY P OUBRE
CHARLES SCHWAB & CO INC CUST
SIMPLE IRA
1102 CIRCLE LAKE DR.
KATY, TX 77494

GARRY P OUBRE
PAULA LAYNE SPITZENBER
CHARLES SCHWAB & CO INC CUST SIMPLE IRA
11O2 CIRCLE LAKE DR
KATY, TX 77494

GARY & ANNA KOLLE
305 BLYTH RD
VICTORIA, TX 77904

GARY & BRENDA MCDANIEL
848 HINSDALE DR
FORT COLLINS, CO 80526

GARY & DEBRA CORWIN
533 NEWPORT CIRCLE E
LANGHORNE, PA 19053

GARY & RHAUB KAUL
5626 S CANYON RD
RAPID CITY, SD 57702

GARY & SHERYL GRAVES
PO BOX 330
ROUNDUP, MT 59072

GARY A DEWYER IRA R/O
FCC AS CUSTODIAN
5848 NW 80TH AVE ROAD
OCALA, FL 34482-2024

GARY A JACOBSEN
2225 SW SUNSET BLVD
PORTLAND, OR 97239-2153

GARY AND BETTY GUNDERSON
918 WILLOW DR
DAKOTA DUNES, SD 57049-5171

GARY AND CAMILLA DAVIS TTEES
3939 W HERBISON RD
DEWITT, MI 48820

GARY AND JUDY PEASLEY
1070 AUBIN RD
WALLA WALLA, WA 99362

GARY BRENNAN IRA
FCC AS CUSTODIAN
40 FRANTZEN TERR
CHEEKTOWAGA, NY 14227-3204

GARY BROWN
15291 MOULINS CIRCLE
IRVINE, CA 92604

GARY BURTON
877 THOMAS CROSSING
BURLESON, TX 76028

GARY C GANZI IRA
GARY C GANZI
74 VALLEYFIELD STREET
LEXINGTON, MA 02421

GARY C KOLB (IRA)
FCC AS CUSTODIAN
160 FREMONT AVENUE
PARK RIDGE, NJ 07656-1834

GARY C NIELD
39512 VIA DOMINIQUE
MURRIETA, CA 92563

GARY C WEIS
JANE L WEIS JTWROS
705 BANEBERRY CT
NORTHFIELD, MN 55057-3413

GARY COVEL
123 S ROOSEVELT AVE
BEXLEY, OH 43209-1870

GARY D BEBEAU & CHRISTI BYSTEDT
JT REV LIVING TRST UAD 01/31/08
GARY BEBEAU & CHRISTI BYSTEDT
TTEES
716 W 5TH ST
RED WING, MN 55066-2424

GARY D LEWIS
10146 TANBRIDGE RD
ST LOUIS, MO 63128

GARY DEAN WHITE
GARY WHITE
411 SULLIVAN RD
SATESVILLE, NC 28677

GARY DERATZOU
730 SARI DR
LAS VEGAS, NV 89110

GARY DESEELHORST
12000 BIG COTTONWOOD CYN
BRIGHTON, UT 84121-9710

GARY DUFFY IRA
C/O GARY DUFFY
7101 EDGEBROOK
HANOVER PARK, IL 60133

GARY E CARR
RT 1 BOX 209A
MACEDONIA, IL 62860

GARY E FRIMEL & ANN M FRIMEL
917 OAKGROVE PARK COURT
ELLISVILLE, MO 63021

GARY E RUOFF TRUSTEE
EDWARD H RUOFF LIVING TR
1848 SKYLER DR
KALAMAZOO, MI 49008

GARY G GRANT IRA
FCC AS CUSTODIAN
9123 TOPNECK ST
NEW PORT RICHEY, FL 34654

GARY GOLDMAN
9721 N OAK KNOLL CIR
DAVIE, FL 33324

GARY H HANSON
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
53 SW PEPPER TREE LN
TOPEKA, KS 66611-2091

GARY HART
PO BOX 34
WILLET, NY 13863

GARY HENAULT
141 HEBRON RD
BOLTON, CT 06043

GARY HOLLINGSWORTH
4214 SWARTHMORE RD
DURHAM, NC 27707

GARY J BRAND
229 MOUNTAIN VIEW DR
MONROE, NH 03771-3207

GARY J HOLCOMB &
JANICE E HOLCOMB
JT TEN WROS
159 NY RT 7
PO BOX 150
PORT CRANE, NY 13833-0150

GARY J PAPES R/O
GARY J PAPES IRA R/O
3153 PIMLICO BLVD
STOW, OH 44224

GARY JAMES
481 MAGNOLIA ST
COSTA MESA, CA 92627-2301

GARY K SMITH
3001 CROMWELL AVE
WICHITA FALLS, TX 76309

GARY K. SMITH
CGM IRA CUSTODIAN
3001 CROMWELL AVE
WICHITA FALLS, TX 76309-4701

GARY L BURGESS
3929 WADHAMS RD
CHINA, MI 48054-1810

GARY L BYERS & GEORGETTA R BYERS
6580 WINFIELD STRASBURG RD
STRASBURG, OH 44680

GARY L DAVIS
40 WOODSEDGE CIR
HEATH, OH 43056-5521

GARY L HILL
PO BOX 396
EDGEWOOD, NM 87015

GARY L RINEHART
REBECCA L RINEHART
8317 NANY LN
ELLENTON, FL 34222

GARY L STEPHENSON AND
CLARA STEPHENSON JTWROS
9753 HIGHWAY 167 NORTH
SHERIDAN, AR 72150-8291

GARY L ZIERKE REV TRUST
C/O GARY L ZIERKE
N4995 11TH RD
MONTELLO, WI 53949

GARY LINN &
BARBARA B LINN JT TIC
1905 SHERWOOD DRIVE
WALL, NJ 07719-9727

GARY LUEDKE
355 BURRARD ST
UNIT 700
VANCOUVER BC CANADA V6C 2G8

GARY M DERR
PO BOX 3375
HARBOR, OR 97415

GARY MAFFEI
2554 NW MARSHALL SUITE A
PORTLAND, OR 97210-2892

GARY MOWRY
8569 SW 88TH LOOP
OCALA, FL 34481

GARY N RATLIFF
5408 LEGENE LANE
ENOLA, PA 17025-1241

GARY P THOMAS
2489 RIVER RD
KINGSTON, TN 37763

GARY R BENNETT
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA
349 GOLETA TER
FREMONT, CA 94536-2703

GARY R BENNETT TTEE
BENNETT FAMILY TRUST
U/A DTD 02/18/1987
349 GOLETA TER
FREMONT, CA 94536-2703

GARY R DAMUTH
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
8521 TIMBER PARK DR
DAYTON, OH 45458-2066

GARY R LINDSEY
1562 LAFAYETTE
LINCOLN PARK, MI 48146-1758

GARY RICHARD SHOVLIN
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
3819 THORNBERRY CT
ROCHESTER HILLS, MI 48309-3597

GARY RICHARD SHOVLIN &
JEAN SHOVLIN JT TEN
3819 THORNBERRY CT
ROCHESTER HILLS, MI 48309-3597

GARY ROSENTHAL
187 HARBOURSIDE CIR
JUPITER, FL 33477-9319

GARY ROSENTHAL
187 HARBOURSIDE CIRCLE
JUPITER, FL 33477

GARY S GILBERT
8667 PHOENIX AVE
FAIR OAKS, CA 95628

GARY S KOON
360 FANT RD
GLASGOW, KY 42141

GARY S KOON
360 FANT RD
GLASGOW, KY 42141

GARY SANDBERG
125 HENDERSON FARM DR
WOODSTOCK, GA 30188

GARY STEPHENS &
LUCI STEPHENS JTWROS
3804 DUNEKELD
N LITTLE ROCK, AR 72116-6443

GARY STEPHENSON
4308 PICADILLY DR
FORT COLLINS, CO 80526

GARY T GION
3200 NE 36TH ST APT 710
FT LAUDERDALE, FL 33308

GARY T SEVIER
305 ARROW ST
PEKIN, IL 61554

GARY T WIKOFF
2028 BENTBROOK DRIVE
CHAMPAIGN, IL 61822-9221

GARY ULRICH
221 BENTLEY ST
PACIFIC GROVE, CA 93950

GARY W BRIM
1308 E MYRTLE AVE
PHOENIX, AZ 85020

GARY W NYSTEDT (SEP)(IRA)
GARY W NYSTEDT
17235 5TH AVE NO
PLYMOUTH, MN 55447

GARY W OSWALD
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
1833 WELLINGTON EAST
CARSON CITY, NV 89703-7448

GARY W PENDKY
294 BOURBON ACRES RD
PARIS, KY 40361

GARY WILKERSON
2200 OLD TIN TOP RD
WEATHERFORD, TX 76087

GASPER AND MARY PASQUALETTO
1550 SMITH ST
POMONA, CA 91766

GASTON QUIRION
M GASTON QUIRION
1080 155 RUE
ST GEORGES QC G5Y 7W2  CANADA

GAVLIN FAMILY FOUNDATION
DTD 4/15/97
6500 KENTON AVE
LINCOLNWOOD, IL 60712-3433

GAY ATMAJIAN
GAY ARMENE ATMAJIAN
2363 W MUSCAT AVE
FRESNO, CA 93706-9748

GAY M WELLMAN
6094 RIVER RD
FLUSHING, MI 48433

GAYLE A FITZGERALD
3431 S PLACITA DEL DISFRUTE
GREEN VALLEY, AZ 85622

GAYLE L MAUSBACH
133 WASHINGTON RD
WHEATLAND, WY 82201-9001

GAYLE MAY GLUCKSMAN
11633 E LAKE PLACE
ENGLEWOOD, CO 80111

GAYLE SERNAKER ROSENBERG TRUSTEE
DANIEL SERNAKER SECOND AMENDED TRUST
2533 EAGLE RUN DRIVE
WESTON, FL 33327-1525

GAYLE W MARTINSEN
JON N MARTINSEN
104 ELDRIDGE CT
WYNNE, AR 72396-2307

GAYLORD A WOOD JR
GARIE BLACKWELL-WOOD
626 SW 11TH CT
FT LAUDERDALE, FL 33315-1251

GAYLORD D SMITHSON
PO BOX 208
GREENWOOD, MO 64034

GAYLORD L THORNE
407 TAMPICO DR
WALNUT CREEK, CA 94598

GAYLORD SIMONS
2514 AUDREY LN
GRAND RAPIDS, MN 55744

GCO SALES ASSOC PENS TR
ATTN GEORGE OTEMAN
2056 TAYLOR AVE
RACINE, WI 53403

GEMMA PANALIEAN FLINT
752 WALKEM RONO
KAMLOOPS BC CANADA V2B7M6

GENE & CARLA CORSON
PO BOX 1288
MILLS, WY 82644

GENE & JANET L CROUSE
216 W MAPLE
WILLARD, OH 44890

GENE & MARTHA HANSON
408 HIGHWAY 55
WHITEHALL, MT 59759

GENE A COX & KATHLEEN B COX
C/O GENE A COX
19815 QUAIL CREEK DR
FAIRHOPE, AL 36532

GENE BARRETT TRUST 1/29/87
RICHARD BARRETT AND BARBARA BARRETT
TTEES FOR THE GENE BARRETT TRUST
1/29/87

GENE C & MARY L GLADDING
GENE C GLADDING
8517 GREEN RD
LAKEVIEW, MI 48850

GENE C JOHNSON
1101 FLANDERS ST
GARNER, NC 27529

GENE CRAIG & LYNDA CRAIG
15300 85TH WAY N
PALM BEACH GARDENS, FL 33418

GENE E CRESS
3101 PHOENIX DR
FORT WORTH, TX 76116

GENE E EASTERDAY
1274 CHERRY LANE
UNIONTOWN, OH 44685-9528

GENE E FOSTER
17642 133 TRAIL N
JUPITER, FL 33478

GENE E MARTIN IRA
4310 FOXGOLVE TRAIL
GARDENDALE, AL 35071

GENE ELY MARIAM ELY PAMELA ELY
PO BOX 157
INMAN, KS 67546

GENE JUDD IRA
FCC AS CUSTODIAN
1850 MILLS COURT
SAN MARCOS, CA 92069-3358

GENE O BROWN IRA
HILLARD LYONS CUST FOR GENE O BROWN IRA
5575 E 50 N
COLUMBUS, IN 47203-9370

GENE P & JULIA J KING
531 FRANKLIN ST SE
HUNSTVILLE, AL 35801

GENE P AND GENEVIEVE E FREEMAN TRST DTD 04/17/2001
GENE P AND GENEVIEVE E FREEMAN TRUSTEES
900 N CLEVELAND AVE #59
OCEANSIDE, CA 92054-2176

GENE QUIRINI IRA
FCC AS CUSTODIAN
2003 HOPI LANE
MOUNT PROSPECT, IL 60056-1920

GENE QUIRINI IRA
FCC AS CUSTODIAN
2003 HOPI LANE
MOUNT PROSPECT, IL 60056-1920

GENE S MYERS
17827 N ESTRELLA VISTA DR
SURPRISE, AZ 85374

GENE S MYERS/DONNA R MYERS
17827 N ESTRELLA VISTA DR
SURPRISE, AZ 85374

GENE WELLS
PO BOX 8024
JONESBORO, AR 72403

GENEVIEVE BAUMGART
6312 COTTONWOOD DR
PULASKI, WI 54162

GENEVIEVE G. WIEGMANN
PO BOX 44
CEDAR FALLS, IA 50613

GENEVIEVE M IRWIN
28 OLD EAST PIONEER TRAIL
AURORA, OH 44202

GENEVIEVE M JONES
1050 ASTOR WAY
WOODBURN, OR 97071

GENEVIVE T EDENS
200 VILLAGE WALK E
LUMBERTON, NC 28358

GENOT JEAN
68 RUE BRITANNIQUE
7090 BRAINE LE COMTE BELGIUM

GENTRY FAMILY TRUST
UAD 04/21/05
MARION A GENTRY &
BETTY SUE V GENTRY TTEES
1906 SO V ST
FORT SMITH, AR 72901-6158

GEOFFREY PHILLIPS RODRIGUEZ
21 PARKMAN ST APT 3A
BROOKLINE, MA 02446

GEORGANA G CONNELLY TTEE
JOHN J CONNELLY TRUST
U/A DTD 3/26/93
715 RIDGE RD APT 3A
WILMETTE, IL 60091-2467

GEORGE & ANGELA DEQUATTRO
8707 VIA PRESTIGIO E
WELLINGTON, FL 33411

GEORGE & BARBARA MCCOY, MCCOY REVOCABLE TRUST
4702 9TH ST
EAST MOLINE, IL 61244

GEORGE & DIANE STAVROS
8809 ALNWICK RD
BALTIMORE, MD 21234

GEORGE & GRACE PRIBYL
129 CANTERBURY CIRCLE
LE SUEUR, MN 56058

GEORGE & MILDRED WUERTHNER
REVOCABLE TRUST
GEORGE,MILDRED WUERTHNER TRTEE
U/A DTD 06/20/2002
5250 WOODLAND LAKES DR # 226
PALM BCH GDNS, FL 33418-3972

GEORGE & STELLA HOUSAKOS
20 TRAFALGAR SQ #210
LINCOLNSHIRE, IL 60069

GEORGE & WENDE RADIN
9123 SW 193RD CIR
DUNNELLAH, FL 34432

GEORGE & YVONNE M DRADY TTEES
F/T DRADY FAMILY LIV TR DTD 6-9-94
3508 BROOKDALE DR
SANTA ROSA, CA 95404-1538

GEORGE A BAHO TTEE
GEORGE BAHO LVG TRUST
U/A DTD 7-27-01
580 S ELM GROVE RD
BROOKFIELD, WI 53005-6524

GEORGE A CARSON &
CHARLOTTE L CARSON TEN COM
1125 FERRYDALE ROAD
ODIN, IL 62870-1215

GEORGE A CARVER
JUNE ROSE CARVER TTEE
REVOKABLE TRUST
U/A 4/4/96
PO BOX 362
CAMBRIDGE, ID 83610-0362

GEORGE A KARAM
SEAWAY VILLAS CONDO #101
9149 COLLINS AVE
SURFSIDE, FL 33154-3100

GEORGE A KRANTZ IRA
FCC AS CUSTODIAN
U/A DTD 01/16/98
3430 MOREFIELD RD
HERMITAGE, PA 16148-3611

GEORGE A ROBERTS
9065 SW 190TH AVE RD
DUNNELLON, FL 34432-2827

GEORGE A ROBERTS
9065 SW 190TH AVE ROAD
DUNNELLON, FL 34432-2827

GEORGE A ROBERTS
9065 SW 190TH AVE ROAD
DUNNELLON, FL 34432-2827

GEORGE A ROBERTS
9065 SW 190TH AVE ROAD
DUNNELLON, FL 34432-2827

GEORGE A ROBERTS
9065 SW 190TH AVE ROAD
DUNNELLON, FL 34432-2827

GEORGE A ROBERTS
9065 SW 190TH AVE ROAD
DUNNELLON, FL 34432-2827

GEORGE A ROBERTS
FIRST SOUTHWEST COMPANY
IRA ACCOUNT 446419641RERR311
325 N ST PAUL STE 800
DALLAS, TX 45201

GEORGE A ROBERTS
FIRST SOUTHWEST COMPANY
IRA ACCOUNT 446419641RERR311
325 N ST PAUL STE 800
DALLAS, TX 45201

GEORGE A ROBERTS
IRA ACCOUNT
FIRST SOUTHWEST COMPANY
325 N ST PAUL STE 800
DALLAS, TX 45201

GEORGE A SOFER IRA'S
GEORGE A SOFER
5303 143RD AVE SE
BELLEVUE, WA 98006

GEORGE ALAN RUNYAN AND
ALICE DELPHIN RUNYAN JTWROS
4716 BEAU LAC LANE
METARIE, LA 70002-1455

GEORGE ANCICH
91090 PRENTICE AVE
GIG HARBOR, WA 98332

GEORGE AND ESTELLE BLACK
391 BLANKETFLOWER LANE
WEST WINDSOR, NJ 08550

GEORGE AND JOAN HOWICK
11551 N LAKESIDE DR
JEROME, MI 49249

GEORGE AND KAREN ELLERMAN
ELLERMAN FAMILY TRUST U/A DTD 6/26/06
7015 N TAHOMA AVE
CHICAGO, IL 60646

GEORGE AND REVA CARLOCK
3565 GEORGIA LN
AMMON, ID 83406-7808

GEORGE AND VIRGINIA KITCOFF
7870-1 SANCTUARY CIR
NAPLES, FL 34104

GEORGE B CADWELL & LUCILLE G CADWELL
JTTEN
1350 VIA SAN JUAN
SAN LORENZO, CA 94580-2244

GEORGE B TODD
6591 BRIGHAM SQ APT 1
CENTERVILLE, OH 45459

GEORGE BEACH JR
316 MADISON AVE
PITMAN, NJ 08071

GEORGE BEHNER TRUST
GEORGE BEHNER
17100 RED ARROW HWY
NEW BUFFALO, MI 49117-9244

GEORGE BIRNBAUM &
FLORENCE BIRNBAUM JT TEN
1063A BUCKINGHAM DRIVE
MANCHESTER, NJ 08759-5267

GEORGE BOUFIS
14 ARIADNIS
15237 FILOTHEI ATHENS GREECE

GEORGE BOWEN JR
PO BOX 423
5573 E MAIN
DRYDEN, MI 48428-9414

GEORGE BROWNE TTEE
GEORGE BROWNE REV
TRUST U/A DTD 4/7/89
100 LAKESHORE DRIVE
SUITE 1158
NO PALM BEACH, FL 33408-3654

GEORGE C SOLMAN & SHIRLEY M SOLMAN
FBO THE SOLMAN FAMILY LIVING
TRUST DTD 11-20-00
18413 N 99TH DR
SUN CITY, AZ 85373-1612

GEORGE C. VOGELSANG
11459 NW 65 AVE
RIDDICK, FL 32686-4607

GEORGE CARLOCK
3565 GEORGIA LN
AMMON, ID 83406-7808

GEORGE CHIRONIS &
MARY CHIRONIS
16 PONDEROSA DR
MELVILLE, NY 11747

GEORGE CHIRONIS &
MARY CHIRONIS
16 PONDEROSA DR
MELVILLE, NY 11747

GEORGE CHIRONIS IRA
16 PONDEROSA DR
MELVILLE, NY 11747

GEORGE COHEN IRA
7362 CLUNIE PL APT 13305
DELRAY BEACH, FL 33446-3283

GEORGE COHEN TRUSTEE
GEORGE COHEN TRUST
U/A DTD 10/11/2007
7362 CLUNIE PL APT 13305
DELRAY BEACH, FL 33446-3283

GEORGE CONFER
6021 SW 56TH COURT
OCALA, FL 34474

GEORGE D EIDLER
TD AMERITRADE CLEARING
CUSTODIAN FOR IRA ROLLOVER
PO BOX 2209
OMAHA, NE 68103-2209

GEORGE D SCHUSTER
1800 CAPE HORN ROAD
HAMPSTEAD, MD 21074-1134

GEORGE D STANLEY
1900 ALVINA DR
MISSOULA, MT 59862

GEORGE DELAY
103 CATESBY CIR
COLUMBIA, SC 29206-4964

GEORGE DEQUATTRO
CGM IRA CUSTODIAN
8707 VIA PRESTIGIO E
WELLINGTON, FL 33411-6514

GEORGE E COFFEY &
JEAN A COFFEY TTEE
COFFEY FAMILY TRUST
U/A DTD 12-15-99
107 DAN MOODY TRAIL
GEORGETOWN, TX 78633-4520

GEORGE E HODAPP &
MARY L HODAPP TTEES
HODAPP FAMILY LVG TRUST U/A DTD 05/02/07
10251 N.W. 39TH PLACE
CORAL SPRINGS, FL 33065-1538

GEORGE E MARSHALL & AUDREY J
MARSHALL REVOC LIV TRUST
GEORGE MARSHALL & AUDREY J
MARSHALL CO-TTEES UA 6/17/92
10 COTTONTON COURT
PALM COAST, FL 32137-8916

GEORGE E MCELHANY & MARGARET L MCELHANY JT TEN
GEORGE E & MARGARET A MCELHANY
204 ARROWHEAD LN
EIGHTY-FOUR, PA 15330-2690

GEORGE E RANDALL
1810 TAMARACK TRL
SKANEATELES, NY 13152

GEORGE E SCHOENSTEIN
2326 NEW YORK AVE
EGG HARBOR CY, NJ 08215-1608

GEORGE ELLIS MILLS & MARY J MILLS
444 TIMBERVIEW CT
PAWLEYS ISLAND, SC 29585

GEORGE F BARRY
1335 S PRAIRIE #1105
CHICAGO, IL 60605

GEORGE F HOPKINS JR
PO BOX 285
ISLESBORO, ME 04848

GEORGE F HOPKINS JR
PO BOX 285
903 PENDLETON PT ROAD
ISLESBORO, ME 04848

GEORGE F MESEROLE
CGM IRA ROLLOVER CUSTODIAN
17 STYLES LANE
NORWALK, CT 06650-1817

GEORGE F MESEROLE
CGM IRA ROLLOVER CUSTODIAN
17 STYLES LANE
NORWALK, CT 06850-1817

GEORGE F SMAGALA
1002 GRAND BLVD.
WESTBURY, NY 11590-5516

GEORGE F SMAGALA
CGM IRA CUSTODIAN
1002 GRAND BLVD.
WESTBURY, NY 11590-5516

GEORGE G FLAMM
449 COTTAGE AVE
BEVERLY, NJ 08010-1412

GEORGE G MASTORA
1238 MAGNOLIA AVE
SAN JOSE, CA 95126

GEORGE G WHITNEY AND
PATRICIA A WHITNEY JT WROS
TOD ACCOUNT
32843 S BUCK CREEK RD
GRAVOIS MILLS, MO 65037

GEORGE GEOGERIAN
20281 E COUNTRY CLUB DR
APT #2210
AVENTURA, FL 33180

GEORGE GOOD
7322 YORKTOWNE DR
TOWSON, MD 21207-7624

GEORGE H COFFMAN
346 CLEARWATER DR
NASHVILLE, TN 37217

GEORGE H SHAFFER
2785 MUSSER RD NE
BALTIMORE, OH 43105

GEORGE H WOLF
PO BOX 308
STEWARTSTOWN, PA 17363-0308

GEORGE HENRY &
MAZIE HENRY TEN COM
1251 CARROLL ST
BROOKLYN, NY 11213-4207

GEORGE HERRINGTON
25 OAK ST
AUBURN, NY 13021

GEORGE HERRINGTON
25 OAK ST
AUBURN, NY 13021

GEORGE J DESIMONE
RITA S DESIMONE
JT TEN
720 E MANOA RD
HAVERTOWN, PA 19083-4113

GEORGE J JACOBS AND ARELIA
JACOBS TTEE U/A/D 11/20/1991
FBO THE GEORGE J. & ARELIA
JACOBS LIVING TRUST
16139 APPLEBY LANE
NORTHVILLE, MI 48168-2308

GEORGE J VRAHNOS
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
10348 FROSTBURG LN
LAS VEGAS, NV 89134-5110

GEORGE J WIESSEMAN, TRUSTEE
WIESSEMAN FAMILY TRUST
11761 PECAN WAY
LOMA LINDA, CA 92354

GEORGE K MONROE & CARMEN MONROE
GEORGE K MONROE & CARMEN MONROE JTWROS
513 LIME ST
REDLANDS, CA 92374-5313

GEORGE L & BETTY J WITTEN
447 WEST AVENUE L
CALIMESA, CA 92320-1103

GEORGE L CLINE SR
680 QUZIL HOLLOW RD
DOVER, AR 72837

GEORGE L FUMERO
5810 CHARLESTON LANE
CUMMING, GA 30041

GEORGE L INGLE
4828 SOUTHERN TRAIL
MYRTLE BEACH, SC 29579

GEORGE L WHITEHURST
GAIL L WHITEHURST
2010 ANGLESIDE RD
FALLSTON, MD 21047

GEORGE M BALDASSARE
27 ROBIN DR
MIDDLE ISLAND, NY 11953-2665