UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
                                                                    :
In re:                                                              :
                                                                    : Chapter 11
MOTORS LIQUIDATION COMPANY, et al.                                  :
       f/k/a General Motors Corp., et al.                           : Case No. 09-50026 (REG)
                                                                    :
                                    Debtors.        : (Jointly Administered)
                                                                    :
------------------------------------------------------------------ x


## AFFIDAVIT OF SERVICE


STATE OF NEW YORK        )
                         ) :ss
COUNTY OF NEW YORK       )


      Sean Spence, being duly sworn, deposes and says:

      1.    I am not a party to this action, am over 18 years of age, and am employed by the law firm Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer P.C., located at 565 Fifth Avenue, New York, New York, 10017.

      2.    On September 14, 2010, I caused to be served a true and correct copy of a letter from Stephen M. Juris to the Honorable Judge Robert E. Gerber of the United States Bankruptcy Court, Southern District of New York on behalf of Armstrong World Industries, Inc. Asbestos Personal Injury Settlement Trust, the Celotex Asbestos Settlement Trust, the Babcock & Wilcox Company Asbestos Personal Injury Settlement Trust, the Owens Corning/Fibreboard Asbestos Personal Injury Trust, the DII Industries, LLC Asbestos PI Trust, the United States Gypsum Asbestos Personal Injury Settlement Trust, and the Delaware Claims Processing Facility, via first class mail to the following parties:

Ted Stenger, Esq.
Debtors c/o Motors Liquidation Co.
500 Renaissance Center
Suite 1400
Detroit, MI 48243

Lawrence S. Buonomo, Esq.
General Motors, LLC
400 Renaissance Center
Detroit, MI 48243

Joseph Samarias, Esq.
U.S. Department of the Treasury
1500 Pennsylvania Avenue
RM 2312
Washington, DC 20220

Trevor Swett III, Esq. and James P. Wehner, Esq.
Caplin & Drysdale, Chartered
1 Thomas Circle, NW
Suite 1100
Washington, DC 20005

Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue
New York, NY 10152

Sander Esserman, Esq. and Robert Brousseau, Esq.
Stutzman, Bromberg, Esserman & Plifka
2323 Bryan Street
Suite 1100
Washington, DC 2005

Diana Adams, Esq
The Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

Philip Bentley, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Michael J. Edelman, Esq. and Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10019

2

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York 10281

David S. Jones, Esq. and Natalie Kuehler, Esq.
The U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street, Third Floor
New York 10007

Stephen Karotkin, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

_____
Sean Spence

Sworn to before me this
15th day of September, 2010

_____
Notary Public

KARIN E. MOYER
Notary Public, State of New York
No. 01MO6220908
Qualified in New York County
Commission Expires April 19, 2014