**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | **Case No. 09-50026 (REG)** |
| **f/k/a General Motors Corp.,** *et al.*, | : | |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

----------------------------------------------------------------x

<u>**AMENDED AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                  ) ss:
COUNTY OF SUFFOLK    )

I, Barbara Kelley Keane, being duly sworn, depose and state:

   1.     I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 105 Maxess Road, Melville, New York 11747.

   2.     Between August 19, 2010 and August 20, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors in the above-captioned case and pursuant to the **Notice of Debtors' Fifty-Fourth Omnibus Objection to Claims [Docket No. 6664]**, I caused to be served a customized **Notice of Objection to Individual Debt Claims**, a copy of which is annexed hereto as Exhibit "A", upon each of the parties set forth in Exhibit "B" annexed hereto (affected parties) by depositing same in a sealed, postage paid envelope at a United States Post Office for delivery by the United States Postal Service via First Class Mail.

/s/ Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this
9th day of September 2010


/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Qualified in Manhattan County
Commission Expires:  May 19, 2012

# EXHIBIT A

---

**PLEASE CAREFULLY REVIEW THIS NOTICE AS IT WILL AFFECT YOUR CLAIM IN THE GENERAL MOTORS CORPORATION (NOW MOTORS LIQUIDATION COMPANY) BANKRUPTCY CASE**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                          :
In re                                     :        Chapter 11 Case No.
                                          :
MOTORS LIQUIDATION COMPANY, et al.,       :        09-50026 (REG)
      f/k/a General Motors Corp., et al.  :
                                          :
                        Debtors.          :        (Jointly Administered)
                                          :
------------------------------------------------------------x
```

<u>**NOTICE OF OBJECTION TO INDIVIDUAL DEBT CLAIMS**</u>

**[Claimant Name]**

| Claim Information | | | | | Basis For Objection |
|---|---|---|---|---|---|
| **Date** | **Claim #** | **Debtor** | **Classification** | **Amount** | **Claim is duplicative of a claim allowed for the indenture trustee on behalf of all Individual Bondholders** |
|  |  |  |  |  |  |

    <u>**PLEASE TAKE NOTICE THAT**</u>, on August 13, 2010, Motors Liquidation Company (formerly known as General Motors Corporation) and its affiliated debtors, as debtors in possession (the "**Debtors**"), filed an objection to your proof of claim identified above.  The name of the objection is the Debtors' _____ Omnibus Objection to Claims (Duplicate Debt Claims) (the "**Objection**").

        **You have received this notice because the Debtors have objected to your proof of claim and your rights will be affected.**

        **You should read this notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**

**A copy of the full Objection can be viewed at
http://www.motorsliquidationdocket.com/bond.php3.  Or, you may
request a complete copy of the Objection at the Debtors' expense, by
contacting the Debtors at 1-800-414-9607, or by sending an e-mail to
claims@motorsliquidation.com.**

The reason for the Objection is that your claim is duplicative of two global claims filed on your behalf (and on behalf of all affected bondholders) by Wilmington Trust Company ("**WTC**"), as the indenture trustee for your General Motors Corporation bonds.  An indenture trustee is an entity that manages a bond issuance for the benefit of the individual bondholders, and handles all the administrative aspects of the bond issuance.  The claims filed by WTC ensure your interests are protected with respect to the interest, principal, and trustee fees under your bonds.  You will be entitled to receive a distribution on account of such interests through the global proofs of claim filed by WTC, and the disallowance of your individual claim will not affect such interests.  If you have additional claims with respect to your bonds beyond interest, principal, and trustee fees, such claims will be disallowed pursuant to this Objection.  A copy of the stipulation allowing the claims of WTC can be viewed at **http://www.motorsliquidationdocket.com/bond.php3**.

**YOU WILL NOTICE THAT** the Objection requests that the Bankruptcy Court expunge and disallow your claim listed above on the ground that your claim is duplicative of the global claim filed by WTC.  **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed, and you will not be entitled to any distribution from the Debtors' estates on the claim you filed.**

If you disagree with the Objection's treatment of your claim, you may call the Debtors to try and resolve your concerns at **1-800-414-9607**.  If you are unable to resolve your concerns with the Debtors before the deadline to respond, then you <u>must</u> file and serve a written response

(a "**Response**") to the Objection in accordance with this notice and you <u>must</u> appear at the Hearing described below.

You may participate in the Hearing telephonically provided that you comply with the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider." You must also provide prior written notice by mail or e-mail of your telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Russell Brooks, Esq. (russell.brooks@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Jennifer Sharret, Esq. (jsharret@kramerlevin.com)).

**If you do not oppose the disallowance and expungement of your claim, then you do not need to file a Response or appear at the Hearing.**

<u>**PLEASE TAKE FURTHER NOTICE THAT**</u> a hearing (the "**Hearing**") on the Objection is scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on **September 24, 2010 at 9:45 a.m. (Eastern Time)**. If you file a Response to the Objection, you should plan to appear at the Hearing either in person or telephonically. The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to your claim. If the Debtors do continue the Hearing with respect to your claim, then the Hearing will be held at a later date. If the Debtors do not

continue the Hearing with respect to your claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **September 17, 2010 at 4:00 p.m. (Eastern Time)**. Only those Responses that are timely will be considered at the Hearing. Your Response will be deemed timely only if it is: (a) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing system (The User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov) before the deadline for Responses **or** (b) **actually** received on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format **and** in hard copy at each of the following addresses on or before the deadline for response:

> A.  Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;
>
> B.  Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and
>
> C.  Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Jennifer Sharret, Esq.).

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the number of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the

extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person that can be contacted in connection with the Objection.

If the Bankruptcy Court does NOT disallow and expunge your claim listed above, then the Debtors have the right to object on other grounds to your claim (or to any other claims you may have filed) at a later date.  You will receive a separate notice of any such objections.

If you have any questions about this notice or the Objection, please contact the Debtors at **1-800-414-9607**.    CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

**PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief requested in the Objection without further notice or a hearing if you fail to file a timely Response or appear at the Hearing.**

Dated: New York, New York
        August 18, 2010

WEIL, GOTSHAL & MANGES LLP
Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT B

J E DRWALL & B DRWALL CO-TTEE
THE DRWALL FAMILY TRUST U/A
DTD 08/24/2006
4016 E MONTGOMERY
CAVE CREEK, AZ 85331-5845

J EDDY THOMAS
816 PELICAN BAY DRIVE
DAYTONA BEACH, FL 32119

J FREDERICK FISCHER IRA
FCC AS CUSTODIAN
490 AUTEN RD APT 3C
HILLSBOROUGH, NJ 08844-5054

J INGOGLIA & C INGOGLIA CO-TTEE
THE INGOGLIA FAMILY TRUST U/A
DTD 07/16/2001
2005 GENE CRT
ROWLAND HEIGHTS, CA 91748-3261

J JULES ARMALET
C/O BANQUE DE L'EUROPE MERIDIONALE - BEMO
16 BOULEVARD ROYAL
L-2449 LUXEMBOURG

J KASDAN & L KASDAN CO-TTEE
THE KASDAN FAMILY REV TR U/A DTD 12/20/2007
23 EAGLE DR
SHARON, MA 02067-2907

J KENNETH HORNER
C/O HORNER & SINGER LLP
1646 N CALIFORNIA BLVD STE 250
WALNUT CREEK, CA 94596

J LARRY COHOON
17407 BREAKWATER DRIVE
JONESTOWN, TX 78645-9646

J LEVINE & A LEVINE JT TEN TOD
R L S ROGERS SUBJECT TO STA RULES
3162 JADEMOOR CIRCLE
PALM HARBOR, FL 34685-1709

J LUCA & L J LUCA TTEE
THE LUCA 1995 TRUST
U/A DTD 02/07/1995
2501 ROCKY PLAINS DR
LAS VEGAS, NV 89134-7589

J M & NANCY GILMORE
1549 SOUTHERN DR
BIRMINGHAM, AL 35242

J M KILDUFF & F G KILDUFF CO-TTEE
KILDUFF REVOCABLE TRUST U/T/A
DTD 07/06/1994
41 NORTH BEACH ROAD
HOBE SOUND, FL 33455-2101

J M LOPIN & P S LOPIN CO-TTEE
THE LOPIN FAMILY TRUST U/A
DTD 07/22/1999
116 WATERFORD E
DELRAY BEACH, FL 33446-1517

J MANDEL TENCER
23124 INGOMAR ST
CANOGA PARK, CA 91304

J MATTHEW HOLLIDAY
PATRICIA S HOLLIDAY JT TEN
101 ARROW LANE
HARLEYSVILLE, PA 19438-1830

J MICHAEL ROSS
CGM ROTH IRA CUSTODIAN
4127 GOLDEN WHEAT DRIVE
ST CHARLES, MO 63304-1634

J MICHAEL WOODGATE IRA
J MICHAEL WOODGATE
6565 HIGHLAND RD
WATERFORD, MI 48327

J ONEILL & C ONEILL CO-TTEE
ONEILL FAMILY LIVING TRUST U/A
DTD 05/02/1990
516 CAMINO BAILEN
ESCONDIDO, CA 92029-7410

J P CHILDERS
J P CHILDERS TOD
C/O JONATHAN CHILDERS JR
1237 MOURNING DOVE CT
EAGAN, MN 55123

J PAUL TIDWELL IRA
C/O J PAUL TIDWELL
PO BOX 1217
MINEOLA, TX 75773

J R GRAHAM & M G GRAHAM CO-TTEE
GRAHAM FAMILY TRUST U/A
DTD 03/22/1996
463 S MONROE ST
DECATUR, IL 62522-3221

J R WUNDERL & J L WUNDERL JT
17485 N LONESOME DOVE TRL
SURPRISE, AZ 85374-3598

J ROBERT BILOVESKY
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
10775 JOHNSON DRIVE
PARMA, OH 44130-7346

J ROBERT SAWYER
7220 SUNSHINE DRIVE
ST PETERSBURG, FL 33705

J ROBERT WHITFORD & W JEANNE WHITFORD
TOD BENEFICIARIES ON FILE
17706 E KIRKWOOD DR
CLINTON TOWNSHIP, MI 48038

J RONALD KIEFER
149 FEATHERSTON RD SW
ROME, GA 30165-6502

J ROY DODGE
138 MATHER ST
SYRACUSE, NY 13203-3120

J RUSSELL MIZE TRUST DTD 3/10/92
J RUSSELL MIZE TTEE FBO
1694 W GLENDALE AVE
APT 358
PHOENIX, AZ 85021

J S MUSSMAN & H C MUSSMAN CO-TTEE
JEAN S MUSSMAN TRUST U/A
DTD 01/25/1999
131 DYLANSHIRE CIRCLE
THE WOODLANDS, TX 77384-4550

J SAMIR SULIEMAN CHARITABLE FOUNDATION
J SAMIR SULIEMAN
15 HERITAGE PARK CIR
NORTH LITTLE ROCK, AR 72116-8528

J T NIPPER
1445 COVINGTON DR
DESOTO, TX 75115

J WILDER & R WILDER TTEE
THE JEFFREY WILDER CO INC PSP
FBO JEFF WILDER
200 OLD PALISADE RD APT 29GH
FORT LEE, NJ 07024-7056

J WILLIAM AND MARY C DAUGHERTY
25 FORESTERS LANE
SPRINGFIELD, IL 62704-5312

J WRIGHT SHANNON III
2008A HORSESHOE DR
SPRINGDALE, AR 72762

J. ADDISON BELL &
JANETTE GRAHAM BELL
DESIGNATED BENE PLAN/TOD
PO BOX 1395
MATTHEWS, NC 28106-1395

J. JACK & FLORENCE L. BRAS
TRUSTEES FBO THE J. JACK BRAS
FLORENCE L. BRAS TRUST
DTD 8/8/1993
300 DEL SOL AVENUE
PLEASANTON, CA 94566-7108

JACALYN GENDLOFF & CELIA GENDLOFF
24573 FAIRWAY HILLS DR
NOVI, MI 48374

JACK & EDITH ZEHR
4671 PARKWOOD DR
ROCKWALL, TX 75032

JACK & FRANCES GLASNER
J & F GLASNER
5906 CRYSTAL SHORES DR
APT 107
BOYNTON BEACH, FL 33437

JACK & MILDRED BARTELL
3153 APPLE BLOSSOM TRAIL
SPRINGHILL, FL 34606

JACK & NESA WU
3640 W HURON RIVER DR
ANN ARBOR, MI 48103

JACK A BRONSON IRA
C/O JACK A BRONSON
101 GREENFIELD OVAL
WARREN, OH 44483-1100

JACK A KELLY TTEE
KELLY FAMILY TR 12/17/96
1243 LAS BRISAS
WINTER HAVEN, FL 33881-9757

JACK A KELLY TTEE
THE KELLY FAMILY TRUST U/A
DTD 12/17/1996
700 MIRROR TER NW APT 201
WINTER HAVEN, FL 33881-2385

JACK A LAMP AND NANCY J LAMP TTEES
JACK A LAMP
182 WHITE OAK DRIVE
ARCADIA, CA 91006

JACK A MASON
4503 HOLE IN ONE CT
LEESBURG, FL 34748

JACK A THOMASON
6275 RUNNING DEER DR.
OSAGE BEACH, MO 65065-3818

JACK A THOMPSON
CGM IRA ROLLOVER CUSTODIAN
16255 VENTURA BL STE 210
ENCINO, CA 91436

JACK A WU
3640 W HURON RIVER DR
ANN ARBOR, MI 48103

JACK B KRONA SR
1503 17TH AVE
MILTON, WA 98354

JACK BOWEN SR
105 PONDS VIEW CT
MULLICA HILL, NJ 08062-4304

JACK C FROST
COLENE FROST
1605 WEDGEWOOD
ODESSA, TX 79761

JACK C IRWIN
2708 FAIRMONT ST
STE 301
DALLAS, TX 75201

JACK C LAWRENCE JR
30 FLAMINGO
ROCKPORT, TX 78382

JACK C MELLINGER REV LIV TRUST
U/A/D 10/22/1985
JACK C MELLINGER TTEE
8842 E COPPER DR
SUN LAKES, AZ 85248-0874

JACK C ZOLLINGER
1819 CONCORD RD
GOSPORT, IN 47433-7843

JACK CAFFERA &
ANNA CAFFERA JT TEN
167 12TH STREET
BETHPAGE, NY 11714-1706

JACK COURTNEY TTEE
JACK COURTNEY TRUST
U/A DTD 2/20/90
133 LYFORD DRIVE
TIBURON, CA 94920-1652

JACK D BLISS TRT
CHARLES M BLISS & BONNIE J BLISS COTRTEES FBO
JACK D BLISS TRT
207 BIENTERRA TRAIL
ROCKFORD, IL 61107

JACK D FORBES
MERRILL LYNCH FBO
JACK D FORBES
10977 BONNIEVALE DR W
GRAND BAY, AL 36541-6616

JACK D RUBIN
4424 DUNWICK LANE
FORT WORTH, TX 76109

JACK D WALLS
C/O EDWARD D JONES & CO CUSTODIAN
FBO JACK D WALLS IRA
201 PROGRESS PKWY
MARYLAND HEIGHTS, MO 63043

JACK E BYRNES IRA
DA DAVIDSON & CO AS CUSTODIAN FOR
JACK E BYRNES IRA
4621 PHILLIP ST
BILLINGS, MT 59101

JACK F DEMETRUK
1635 OVERHILL
STEPHENVILLE, TX 76401

JACK FORTINSKY
2681 S COURSE DR APT 404
POMPANO BEACH, FL 33069

JACK FRANCE TTEE
JACK FRANCE TRUST DTD 2/24/97
5750 MARSH HAWK DRIVE
SANTA ROSA, CA 95409-4380

JACK GERARD ROSA & JOAN DORIS ROSA
297 BUCKRAM RD
LOCUST VALLEY, NY 11560

JACK GILBERT
6035 DESCO DR
DALLAS, TX 75225

JACK GOLDBERG
5565 CONCORD HILL DR
COLUMBUS, OH 43213-3504

JACK GOSS TRUSTEE VOT 6/13/83
1717 WINFIELD ROAD SOUTH
CLEARWATER, FL 33756

JACK H JOSEPH
PO BOX 1055
ABERDEEN, WA 98520

JACK H JOSEPH
PO BOX 1055
ABERDEEN, WA 98520

JACK H MOLL MS & CO C/F
C/O JACK H MOLL
101 BASKET ROAD
OLEY, PA 19547-9231

JACK H. FRANCE PS PLAN
JACK H FRANCE TTEE
79 HILLCREST DR
CHARLEROI, PA 15022

JACK I ROTH
ADMARKETING INC
1801 CENTURY PARK E 20TH FL
LOS ANGELES, CA 90067

JACK I. WEINBERGER, TRUSTEE
ROBERT MISTHAL. CO-TRUSTEE
JACK I. WEIBERGER AND GERALDINE
WEINBERGER FAMILY TRUST U/A4/28/05
4 PETER COOPER RD. APT 5F
NEW YORK, NY 10010-6743

JACK J BUCKLEY
5835 S GASLIGHT CIR
SPRINGFIELD, MO 65810-2162

JACK J TUCCI
1432 GLEN WILLOW ROAD
AVONDALE, PA 19311-9527

JACK J VOELKER & CAROLYN B VOELKER
6426 APELEHAMA RD
DIAMONDHEAD, MS 39525

JACK K KRUEGER TRUST
671 SHANE CREEK ROAD
COLUMBUS, MT 59019

JACK KUBISZYN
1203 DUBLIN CIRCLE
TUSCALOOSA, AL 35406

JACK L BENNETT
4000 LAKE PARK DR
HERMITAGE, TN 37076

JACK L BENTLEY
901 EAST VAUGHN AVE
GILBERT, AZ 85234-5981

JACK L BENTLEY
901 EAST VAUGHN AVE
GILBERT, AZ 85234-5981

JACK L GIBBS
125 HEMLOCK TER
CANTON, IL 61520

JACK L MCCUTCHAN
703 LOCUST AVE
EUFAULA, OK 74432

JACK L PICHIOTINO &
SALLY J PICHIOTINO TTEES OF THE
JACK L & SALLY J PICHIOTINO JNT
REVOCABLE TRUST DTD 02/18/93
1770 VAN WAGONER
SAGINAW, MI 48638-4415

JACK L QUITMEYER
13459 45TH ST NE
ST MICHAEL, MN 55376

JACK L SAYRE & NORMA J SAYRE
REV LVG TRUST U/A DTD 7/20/94
JACK L SAYRE & NORMA J SAYRE TTEE
7946 LAS MIENTES LN
CARLSBAD, CA 92009-9240

JACK L. EASTER
1026 23RD AVE WEST
SPENCER, IA 51301

JACK LACHTER
2471 EAST HORSESHOE CANYON ROAD
LOS ANGELES, CA 90046

JACK M GREENBERG
15 BURNETT TERRACE
WEST ORANGE, NJ 07052

JACK M HAWKEN & KATHRYN HAWKEN
C/O JACK M HAWKEN
2558 N GLENSIDE CIRCLE
ORANGE, CA 92865

JACK MATTINGLY
101 MCKIERNAN DR
FOLSOM, CA 95630-2917

JACK MATTINGLY
101 MCKIERNAN DR
FOLSOM, CA 95630-2917

JACK MCDUFFEE
15436 WEST REDFIELD RD
SURPRISE, AZ 85379

JACK N BURNEY
CGM IRA ROLLOVER CUSTODIAN
4440 MEMORIAL DRIVE
ORANGE, TX 77632-4421

JACK NAGEL & GITTA NAGEL
CO-TTEES FBO NAGEL FAMILY
LIVING TRUST DTD 12/17/87
6222 WILSHIRE BLVD. SUITE 400
LOS ANGELES, CA 90048-5100

JACK P HIDALGO & SYLVIA M HIDALGO
TR HIDALGO FAMILY TRUST UA 11-26-97
796 ST FRANCIS BLVD
DALE CITY, CA 94015-4250

JACK P RICHARDS &
JANET L RICHARDS JT TEN
6433 BELLEVIEW DRIVE
COLUMBIA, MD 21046-1014

JACK P SCHWEBEL
10 DOGWOOD HILLS
POUND RIDGE, NY 10576

JACK PAPA
8016 ARCADIAN COURT
MOUNT DORA, FL 32757-9122

JACK Q. CASH, M.D. PENSION PLAN AND
TRUST DATED 11/1/89-JACK Q CASH - TTEE
604 DUMBARTON
SHREVEPORT, LA 71106-6812

JACK R AND PATRICIA A PETRIE
2265 W GULF DR
UNIT 340 B
SANIBEL, FL 33957

JACK R BARRETT JR
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
1801 PARROTTS POINTE RD
GREENSBORO, GA 30642-4413

JACK R BOWMAN
750 HUNT MEADOW DR
DAUPHIN, PA 17018-9486

JACK R GARRISON
GAIL GARRISON
WEDBUSH MORGAN SEC CTDN
12123 FUERTE DR
EL CAJON, CA 92020

JACK R LYNN &
FLORENCE M LYNN JTWROS
220 CLARENDON NW
CANTON, OH 44708-4625

JACK R THOMPSON
ROLLOVER IRA
1820 ANCO RD 2809
TENNESSEE COLONY, TX 75861-2734

JACK SCHREIBER
36 JOHNSONS LN
NEW CITY, NY 10956-4722

JACK SPIEGEL
RUTH SPIEGEL CO-TRUSTEES
JACK SPIEGEL TRUST UA DID
6051 LA PALM A LANE
DELRAY BEACH, FL 33484-2527

JACK VITITO
PO BOX 1034
SOUTH SIOUX CITY, NE 68776

JACK W FOLMER
14221 W PECOS LANE
SUN CITY WEST, AZ 85375

JACK W GRABLE
UBS FINANCIAL SERVICES
800 S GAY ST
KNOXVILLE, TN 37929

JACK W LAMONT
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
472 WYOMING CIR
GOLDEN, CO 80403

JACK W PITTARD
212 RIVER CHASE TRAIL
DULUTH, GA 30096-8101

JACK W WOLTER
49883 CANYON VIEW DR
PALM DESERT, CA 92260

JACK WHITTED
101 CORNER STONE LN
SEARLY, AR 72143

JACKIE EARL HOWELL
3198 S BONNIE BRAE ST
DENTON, TX 76207

JACKSON M NEALIS
284 STONEWALL CIRCLE
BLAIRSVILLE, GA 30512-3746

JACOB BERGMAN & RINA BERGMAN JTWROS
8 CHATHAM PL
WHITE PLAINS, NY 10605-3712

JACOB BERGMAN AND
RINA BERGMAN JTWROS
8 CHATHAM PLACE
WHITE PLAINS, NY 10605-3712

JACOB BERGMAN PE
CGM MONEY PURCHASE CUSTODIAN
8 CHATHAM PLACE
WHITE PLAINS, NY 10605-3712

JACOB H DIJKHUIZEN
510 NE 11TH AVE
FT LAUDERDALE, FL 33301

JACOB HOFFMAN
2130 BRANDYWOOD DR
WILMINGTON, DE 19801

JACOB KELLERMAN
150 LAKEBRIDGE DR
KINGS PARK, NY 11754-3954

JACOB L DAENZER IRA
JACOB L DAENZER
12405 ROEDEL RD
FRANKENMUTH, MI 48734

JACOB PEARLSTEIN
2226 HUNTINGTON RD
AUGUSTA, GA 30904-3438

JACOB PEARLSTEIN
2226 HUNTINGTON ROAD
AUGUSTA, GA 30904-3438

JACOB SCHEINER
8838 BELLIDO CIRCLE
BOYNTON BEACH, FL 33472

JACOB SCHIPPER & REGINA SCHIPPER
5700 KINCOURT AVE
COLE ST WC QC CANADA H4W 1Y6

JACOB SOLOMON LIVING TRUST U/A DTD 12/19/97
C/O MORGAN STANLEY SMITH BARNEY
ATTN  FELDMAN/DOYLE
FBO SOLOMON TRUST ACCT# 642-092572
1775 EYE ST, NW SUITE 200
WASHINGTON, DC 20006

JACOB W JORISHIE JR SARSEP IRA
FCC AS CUSTODIAN
6539 E 31ST STREET
SUITE 28
TULSA, OK 74145-1242

JACOB/LAURA ELBIRT FAMILY TRUST
J/L ELBIRT FAMILY TRUST
C/O MORTON ELBIRT
21 MIDWOOD DRIVE
PLAINVIEW, NY 11803

JACOBSON DECLARATION OF TRUST CLAIRE JACOBSON TTE
CLAIRE A JACOBSON TTEE
5 WILSON PLACE
PALM COAST, FL 32164

JACQUE BARTON
PO BOX 7328
ABILENE, TX 79608

JACQUELIN KNUTH
297 CEDAR COVE LANE
Owatonna, MN 55060

JACQUELINE ANCESS IRA
FCC AS CUSTODIAN
230 RIVERSIDE DRIVE
NEW YORK, NY 10025-6105

JACQUELINE BUBRIG
171 COLONY RD
BELLE CHASE, LA 70037-2361

JACQUELINE CLAY
6517 OGONTZ AVE
PHILADELPHIA, PA 19126

JACQUELINE E POYNTER
1313 MADISON AVENUE
CORBIN, KY 40701-1944

JACQUELINE GAZOUL
UAD 01/03/94
JACQUELINE GAZOUL TTEE
1115 ANITA AVE
GROSSE POINTE, MI 48236-1478

JACQUELINE H FORD
9512 SKYVIEW DR
RICHMOND, VA 23229

JACQUELINE H HENDRICKSON TRUSTEE
U/A/D 10-25-01
JACQUELINE H HENDRICKSON REVOCABLE LIVING TRUST
2150 RANDOLPH STREET #610
SAINT CHARLES, MO 63301-0822

JACQUELINE J BOST DECLATATION
OF TRUST
JACQUELINE J BOST TTEE
U/A DTD 08/14/2007
213 CHARDONAY CIRCLE
MURPHYSBORO, IL 62966-5462

JACQUELINE L SHAPOR
200 TOWSONTOWNE CT #304
TOWSON, MD 21204

JACQUELINE M HUBSCHER
216 DOONE RD
FAIRLESS HILLS, PA 19030-2227

JACQUELINE M MEARS TTEE
JACQUELINE M MEARS TR U/A
DTD 04/30/2008
3804 CLIPPER COVE DR
NAPLES, FL 34112-4238

JACQUELINE MILLER
352 SALINGER CT
MORGANVILLE, NJ 07751-2038

JACQUELINE R DENCE
44 SHENANDOAH CIR
SYLVANIA, OH 43560-4110

JACQUELINE ROY
48 CATARACT AVE
DOVER, NH 03820

JACQUELINE TILL ELY
TOD ET AL
7336 WIND SONG DR
EL PASO, TX 79912-2159

JACQUELINE WOLF ENRIONE TTEE
FBO MARION WOLF INTERVIVOS TR
U/A/D 11-05-1999
C/O SWIFT
4310 SHERIDAN ST SUITE 202
HOLLYWOOD, FL 33021-3554

JACQUELINE WRIGHT
3180 OCEANSHORE BLVD
UNIT 408
ORMOND BEACH, FL 32176

JACQUELYN LEE DELOST
2241 COUNTRY CLUB DRIVE
WICKLIFFE, OH 44092-1111

JACQUELYN T COOPER
TOD REGISTRATION
220 NORTH EDGEWOOD
STATESBORO, GA 30458-5056

JACQUELYNE A DENGLER AND KARL DENGLER
4459 APULIA RD
JAMESVILLE, NY 13078

JACYEC
C/O CHERYL CHRISTLIEB
1365 TOWERING PINES CT SW
BEMIDJI, MN 56601

JAGAT B SAMANTA
MR J SAMANTA
690 KANE CT
RENO, NV 89512

JAIME ARANGUREN TRUSTEE
JAIME ARANGUREN
3662 LAKE EDGE DRIVE
BRIGHTON, MI 48114

JAIME MARTINEZ ESTEVEZ
C/O JAMES RODNER
36 SUTTON PLACE SOUTH
APT 2-A
NEW YORK, NY 10022-4166

JAIME MARTINEZ ESTEVEZ & NIVIA DE MARTINEZ TEN COM
C/O JAMES O RODNER 36
C/O JAMES RODNER
36 SUTTON PLACE SOUTH APT 2-A
NEW YORK, NY 10022-4166

JAKE JUSTIN BERGER TRUST
376 MIDDLESEX AVE
METUCHEN, NJ 08846

JALABA LLC
ATTN JANET M HOEY
18825 RUE LOIRE
LUTZ, FL 33558-5355

JAMAL SARRAF
6 MAR DEL REY
SAN CLEMENTE, CA 92673

JAME STEEL CORP PROFIT
SHARING & SAVINGS PLAN TRUST
ATTN L STRAUS TRUSTEE
2401 N 25TH AVE
FRANKLIN PARK, IL 60131-3322

JAME W BENEFIEL
460 PAULA DRIVE SOUTH
#104
DUNEDIN, FL 34698

JAMES & CHARLENE WOOD
JAMES A WOOD &
CHARLENE G WOOD
126 EL DORADO CIRCLE
PEARL, MS 39208

JAMES & KATHLEEN CERFOGLE
880 NE 70TH AVE
ANKENY, IA 50023-9305

JAMES & MARILYN SIMPSON JTTEN TOD
D SIMPSON & CHERYL CARLSON
SUBJECT TO STA RULES
22 SANTA MARIA WAY
PORT STE LUCIE, FL 34952-2341

JAMES & MAUREEN LINEHON
25 WETHERSFIELD RD
NATICK, MA 01760

JAMES & PHYLLIS WILLIAMS
2444 LINCOLN AVE
CLOVIS, CA 93611

JAMES & THERESA PETERS TTEE
JAMES & THERESA PETERS TRUST
6740 MAST RD
DEXTER, MI 48130

JAMES A & FLORENCE LARROUSSE
32 FROST AVE
EAST BRUNSWICK, NJ 08816

JAMES A BEHAN AND MARY BEHAN
JTWROS
TOD JAMES M BEHAN
3720 MYKONOS CT
BOCA RATON, FL 33487-1281

JAMES A COLLIER
225 APOLENA AVE
BALBOA ISLAND, CA 92662-1215

JAMES A COOKSEY
14301 106TH AVE W
TAYLOR RIDGE, IL 61284

JAMES A DETERS IRRA
JAMES A DETERS
17100 BRIDGESTONE CT # 102
FT MYERS, FL 33908-9220

JAMES A EDWARDS
12210 CLUBHOUSE DR
BRADENTON, FL 34202-2097

JAMES A FAWCETT
23 EVANS COURT
L1N5W8 WHITBY ONTARIO CANADA

JAMES A FRIZZELL MD
CGM PROFIT SHARING CUSTODIAN
FBO JAMES A FRIZZELL
915 TOLL HOUSE AVENUE #201
FREDERICK, MD 21701-5901

JAMES A GAIER
1890 RIVERSIDE DR
SIDNEY, OH 45365

JAMES A JAAP
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
25801 TERRA BELLA
LAGUNA HILLS, CA 92653

JAMES A KRALL AND
LINDA M KRALL  JTENT
150 PLEASANT DRIVE
MYERSTOWN, PA 17067-1630

JAMES A MALLY IRA
2894 CARTERS GROVE RD
CUYAHOGA FALLS, OH 44223

JAMES A PONCE
828 35TH ST
WEST PALM BEACH, FL 33407-4714

JAMES A RICE
PO BOX 2577
CARMEL, CA 93921

JAMES A VANDEVELDE AND VERNA VAN DEVELDE CO TRUST
JAMES A AND VERNA D VANDEVELDE
149 S HAAS ST
FRANKENMUTH, MI 48734-1719

JAMES A VAUGHAN & DOROTHY J VAUGHAN
1170 MANZANITO DR
BOSQUE FARMS, NM 87068

JAMES A WEBB
1676 CEDARCREEK DR
SAN JOSE, CA 95121

JAMES A WILHELM
1116 NOWLEN ST
LEBANON, PA 17042-7236

JAMES ALAN COLLIER
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
225 APOLENA AVE
NEWPORT BEACH, CA 92662-1215

JAMES ALBRECHT
8450 N. Port Washington Road
MILWAUKEE, WI 53217

JAMES AND CARYN LONG
1289 SUNBURST CT
WALNUT CREEK, CA 94596

JAMES AND DEBRA COOPER
20250 BIRDSONG LANE
BEND, OR 97701

JAMES AND ELAINE MCGOVERN
2255 W HALBERT RD
BATTLE CREEK, MI 49017-8087

JAMES AND GLORIA HOUSTON
3 PURSUIT #132
ALISO VIEJO, CA 92656

JAMES AND HELEN HATCHER TRUST
JAMES HATCHER, TRUSTEE
1421 W PARKSIDE DR
PEORIA, IL 61606

JAMES AND THELMA SHEPHERD
308 PORT WILLIAM LANE
CARROLLTON, KY 41008

JAMES AND VIRGINIA MALCZEWSKI
49088 WALNUT CREEK
MACOMB, MI 48044

JAMES AND/OR CAROLE A. TAYLOR
10104 EDMONTON AVENUE
ENGLEWOOD, FL 34224-8122

JAMES ANTHONY CAROZZA
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
7075 PINEMILL DR
WEST CHESTER, OH 45069-4623

JAMES ANZALDI
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
16131 STONE RIDGE DR
RIVERSIDE, CA 92504-6263

JAMES ARTHUR HEWITT JR
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
112 GREENBRIER
WILLIAMSBURG, VA 23185-8120

JAMES B & JEAN L STANLEY TTEES
STANLEY REVOCABLE TRUST U/A/D 4/15/03
6 SPRINGWOOD CIR
MADISON, WI 53717-1227

JAMES B BURNETTE
840 BRUCE RD
MARS HILL, NC 28754-8703

JAMES B CALLIS
615 W BROADWAY BLVD
SEDALIA, MO 65301

JAMES B COLBURN JR TTEE
IN TRUST FOR JAMES B COLBURN
JR TR 2
U/A/D 10/05/88
1608 SW 17TH AVE
FT LAUDERDALE, FL 33312-4124

JAMES B CONNOR
1212 YORKSHIRE DRIVE
MEMPHIS, TN 38119

JAMES B CROSSLAND
1080 W 8TH ST
CORONA, CA 92882-3124

JAMES B CROSSLAND TRUSTEE
1080 W 8TH ST
CORONA, CA 92882

JAMES B DUERRE
110 W 16TH ST
GRAFTON, ND 58237

JAMES B GERSTNER
5326 N WEAVER RIDGE BLVD
PEORIA, IL 61615

JAMES B ROSS &
MARY ANNE ROSS JT TEN
2315 REPUBLIC DRIVE
DUNEDIN, FL 34698-9672

JAMES B SCHMAKEL
C/O COMERICA PARK
2100 WOODWARD AVE
DETROIT, MI 48201

JAMES B THOMPSON SR
99 HUMPHREY'S AVE
PENNSVILLE, NJ 08070

JAMES B WALL
2661 N HARDING BLVD
WAUWATOSA, WI 53226

JAMES B YOUNG
211 MARBLE ST
ALIQUIPPA, PA 15001

JAMES BATTI
CGM SEP IRA CUSTODIAN
428 SNYDER ROAD
WYCKOFF, NJ 07481-2223

JAMES BENJAMIN DOWDS FAMILY TRUST
DTD 7-19-01 JAMES B DOWDS
AND SYBIL DOWDS CO-TTEES
127 LAMOTT
HOT SPRINGS, AR 71901-8167

JAMES BERGEN
LORETTA BERGEN
8517 MAGNOLIA DR
SEMINOLE, FL 33777

JAMES BREWER
21 FONTAINE BLVD
WINCHESTER, KY 40391

JAMES BROWN HANGER JR TRUST
C/O FIRST BANK & TRUST
PO BOX 2625
STAUNTON, VA 24402

JAMES C BOURNAZOS
& ELIZABETH V BOURNE JTTEN
18 HARBOR HEIGHTS ROAD
SCITUATE, MA 02066-1320

JAMES C BOYLE R/O IRA
FCC AS CUSTODIAN
PO BOX 147
CAPTIVA, FL 33924-0147

JAMES C CLEGG
PO BOX 2237
NAPA, CA 94558-0223

JAMES C DUNCAN AND MARY M DUNCAN
131 TERRACE RD
SCOTT DEPOT, WV 25560-8803

JAMES C DUNFEE
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
829 LEHIGH AVE
VESTAL, NY 13850-3807

JAMES C HARROLD REV TRUST
330 FRANCIS AVE CT
TERRE HAUTE, IN 47804-1080

JAMES C LUITHLY
& SERENA LUITHLY JTTEN
10311 WOOD DUCK RUN
ROANOKE, IN 46783

JAMES C MARTIN
BEATRICE G MARTIN JT TEN
435 MAPLEWOOD DR
VINTON, VA 24179

JAMES C RICHARDS & FLORINE
RICHARDS REVOC LIVING TRUST
JAMES C RICHARDS & FLORINE
RICHARDS TTEES U/A DTD 4/23/98
6928 FLOYD HIGHWAY NORTH
COPPER HILL, VA 24079-2504

JAMES C WHITTEKIEND
LYNN L WHITTEKIEND
13975 W ALASKA DR
LAKEWOOD, CO 80228-2305

JAMES C WINN
PO BOX 1174
CLEWISTON, FL 33440-1774

JAMES CAMPAGNOLA SEP IRA
FCC AS CUSTODIAN
484 W 43 STREET
APT 36H
NEW YORK, NY 10036-6319

JAMES CAMPBELL
38 WHITNEY DRIVE
GLEN COVE, NY 11542-1316

JAMES CAMPBELL JR.
111 NORTH FAIRFIELD DRIVE
DOVER, DE 19901-5720

JAMES CARACCIOLO/ NANCY CARACCIOLO
C/O NANCY CARACCIOLO
750 GUY LOMBARDO AVE
FREEPORT, NY 11520

JAMES CARLSEN (IRA ROLLOVER)
1958 COMMON WAY RD
ORLANDO, FL 32814

JAMES CARSON
ONE FAIRWAY DRIVE
WARMINSTER, PA 18974-3792

JAMES CASEY & JACQUELINE CASEY JTTEN
1160 SALOME
TULARE, CA 93274

JAMES CLYDE HEFLEY JR
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
3722 E 80TH ST
TULSA, OK 74136-8029

JAMES COLBY
432 S DALE AVE
ARLINGTON HTS, IL 60004

JAMES CONWAY
3002 8TH AVE NW
ROCHESTER, MN 55901

JAMES CRONENBERG TTEE
DTD 9/11/90
JAMES & HELEN CRONENBERG
LIVING TRUST
1711 PRAIRE MARK LANE
HOUSTON, TX 77077-4226

JAMES CURRY
PO BOX 728
AVA, MO 65608

JAMES D ALLEN IRA
C/O HILLARD LYONS CUSTODIAN FOR JAMES D ALLEN IRA
148 EAST MAIN STREET STE 218
MIDLAND, MI 48640

JAMES D BARBEE JR
186 WEDGEWOOD PLACE
SPARTANBURG, SC 29302

JAMES D BARNES
12000 BROOKHOLLOW RD
OKLAHOMA CITY, OK 73120-5503

JAMES D BRETT IRA 3342-2866
JAMES D BRETT
1607 BANE WAY
WEST CHESTER, PA 19380-6466

JAMES D BRUFFETT & EVELYN B BRUFFETT TTEES
BRUFFETT FAMILY TRUST
U/A DATED 10/05/01
6668 BROOK WAY
PARADISE, CA 95969-2802

JAMES D FLANNERY
103 SEDONA LANE
WYOMISSING, PA 19610

JAMES D GARRETT &
SARAH B GARRETT
5712 KANAWHA RD
LYNCHBURG, VA 24502-1418

JAMES D HEEDE
3616 BRIAN PL
CARMEL, IN 46033

JAMES D KING &
JEAN G KING JT TEN
37 CYPRESS BLVD W
HOMOSASSA, FL 34446-4504

JAMES D MCCLELLAN
806 W RIVER ST
OZARK, AR 72949

JAMES D MCFADDEN
1641 KNOB HILL DR
COSHOCTON, OH 43812

JAMES D MCWILLIAMS AND
VIRGINIA H MCWILLIAMS JT TEN
777 EAST SOUTH TEMPLE #6-I
SALT LAKE CTY, UT 84102-1270

JAMES D O'BRIEN
323 SINGLE DR
NORTH SYRACUSE, NY 13212

JAMES D PODLOGAR
6108 ARNIES WAY
MILTON, FL 32570

JAMES D QUADE
5123 51ST LANE W
BRADENTON, FL 34210-4701

JAMES D QUADE
5123 51ST LANE WEST
BRADENTON, FL 34210-4701

JAMES D QUADE
TOD REGISTRATION
5123 51ST LN W
BRADENTON, FL 34210-4701

JAMES D ROLLER &
VICKIE A ROLLER
JT TEN
714 MAPLE STREET
ESSEXVILLE, MI 48732-1520

JAMES D STIFFLER & OLMA D STIFFLER
C/O MR JAMES STIFFLER
4168 ARLINGTON RD
UNIONTOWN, OH 44685

JAMES D TREADWELL JR ESTATE
PAMELA L TREADWELL PERS REP
P O BOX 1327
FORT GIBSON, OK 74434-1327

JAMES DE GOOD
8454 HUNTERS TRAIL
WARREN, OH 44484-2407

JAMES E AND BARBARA L YOUNG TRUST DTD 8/24/88
JAMES E YOUNG
5852 BARBANELL ST
LONG BEACH, CA 90815-1303

JAMES E AND SUSALEE RULLMAN
2588 VINCENNES TRAIL
SALEM, IN 47167

JAMES E BLACK
CHARLES SCHWAB & CO INC CUST
SEP-IRA
28131 SUMMITROSE DRIVE
MENIFEE, CA 92584-7415

JAMES E BLATTNER
11721 PALATINE AVE N
SEATTLE, WA 98133

JAMES E BOLIN AND DOROTHY L BOLIN JT TEN
15946 EASYGOER CT
CLINTON TWP, MI 48035-1045

JAMES E BOLIN AND DOROTHY L BOLIN JT TEN
15964 EASYGOER CT
CLINTON TWP, MI 48035-1045

JAMES E BOLIN AND DOROTHY L BOLIN JT TEN
15964 EASYGOER CT
CLINTON TWP, MI 48035-1045

JAMES E BRASSE
1006 CHAMPION DR
LUFKIN, TX 75901

JAMES E BROWN
1226 OLD COOCHES BRIDGE RD
NEWARK, DE 19713

JAMES E BURGESS
6105 A ARLINGTON BLVD
FALLS CHURCH, VA 22044-2708

JAMES E CALLAWAY &
SHEILA A CALLWAY TTEE
JAMES CALLAWAY & SHEILA CALLAWAY TR UAD 10-26-90
5011 ROYAL BURGESS DR
ST PETERS, MO 63304-7544

JAMES E CONKLIN
6 GLENSHIRE DR
HARRISON CITY, PA 15636-1513

JAMES E KEPPLER & JUNE KEPPLER
TTEES, U/A/D 8-17-2004
THE KEPPLER FAMILY TRUST
4712 HILLSDIE ROAD
INDEPENDENCE, OH 44131-4655

JAMES E KOELKER AND
JEAN M KOELKER JTTEN
3957 LARGO LN
DAYTON, OH 45430-1103

JAMES E LEE
3906 DUBLIN AVE
COLUMBIA, MO 65203

JAMES E MALLETTE JR
2165 MARENGO ST
SUITE H
FLORENCE, AL 35630

JAMES E MARKHAM
4015 MORSE RD SW
ALEXANDRIA, OH 43001

JAMES E MCCREARY
14295 WESTWIND DR
ONANCOCK, VA 23417

JAMES E REEVES JR
1304 BOLT DR
ANDERSON, SC 29621

JAMES E RIVARD
304 SHREWBURY LN
RIVERTON, NJ 08077

JAMES E ROBINSON C/F SALLY ROBINSON
JAMES E ROBINSON C/F
SALLY ROBINSON UGMA/PA
1130 ROBIN ROAD
GLADWYNE, PA 19035-1008

JAMES E SCHUETZ
11973 CALLE PARRAL
SAN DIEGO, CA 92128

JAMES E SORRELS
8115 DEVENS DR
BRENTWOOD, TN 37027-7131

JAMES E WARD &
DEMETRIA A WARD JT TEN
18801 GERACI RD
LUTZ, FL 33548-4988

JAMES E WAUGH IRA E*TRADE CUSTODIAN
909 SUNNYBROOK COURT
STILLWATER, OK 74075-7213

JAMES E WHITED
8201 OAK
GARY, IN 46403-1477

JAMES E WIKE (FIDELITY IRA)
4283 PATRICIA AVE
YOUNGSTOWN, OH 44511

JAMES E WIKE (FIDELITY IRA)
FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI, OH 45277-0003

JAMES E YOUNG
5852 BARBANELL ST
LONG BEACH, CA 90815-1303

JAMES E ZOGBY
7019 N STRATTON CT
PEORIA, IL 61615-9293

JAMES E ZOGBY
7019 N STRATTON CT
PEORIA, IL 61615

JAMES E. RUSS
1207 CLEMENT CIRCLE
SOMERDALE, NJ 08083

JAMES E. STORY
C/O MORGAN STANLEY
6410 POPULAR AV
MEMPHIS, TN 38119

JAMES E. TAYLOR IRA
FCC AS CUSTODIAN
1222 HARNED DR
BARTLESVILLE, OK 74006-5508

JAMES EDWARD ABEL & VICKI CONSENTINO
23965 ORANGEWOOD RD
CORNING, CA 96021

JAMES EFRON BANARER REVOCABLE TR
JAMES EFRON BANARER TTEE
7302 LAURA LANE
RESEDA, CA 91335-2488

JAMES ERNEST AND MARILYN L ALEXANDER
33 WOODWARD LN
PALM COAST, FL 32164

JAMES ERNEST GRABER
129 LAS BRISAS DR
MONTEREY, CA 93940

JAMES F & PATRICIA R GUCKES JTWROS
1477 GRASSHOPPER RD
HUNTINGDON VALLEY, PA 19006-5805

JAMES F ARCOMONE
14030 CHERRY BUSH CT
ORLANDO, FL 32828-9209

JAMES F ATKINS
3504 AUTUMN DR
FORT WORTH, TX 76109

JAMES F BURTON
2028 E 55TH AVE
SPOKANE, WA 99223

JAMES F CLARK JR & PATRICIA L CLARK
1128 TERRACE WAY
BAKERSFIELD, CA 93304

JAMES F COPELAND
7805 ASHMONT CIRCLE
TAMARAC, FL 33321

JAMES F COPELAND
C/O CAROLE WEGENER
21416 FUEGO CIRCLE
BOCA RATON, FL 33433

JAMES F CURLEY SR IRA
903 WINDEMERE BLVD
ALEXANDRIA, LA 71303

JAMES F FORRESTER
UTA CHARLES SCHWAB & CO INC
IRA ROLLOVER DTD 09/30/94
1321 KATHRYN ST
HURST, TX 76053-5208

JAMES F FOY
1790 MAGNOLIA ST
ALEXANDER CITY, AL 35010-3419

JAMES F GASSAWAY TTEE FBO
GASSAWAY FAMILY TRUST
601 TOWNE OAKS
TULER, TX 75701-9538

JAMES F HILER
PATRICIA L HILER
6206 LONG MEADOW DR
SYKESVILLE, MD 21784-6516

JAMES F JACKSON
CHARLES SCHWAB AND CO INC CUST
IRA CONTRIBUTORY
4560 GLEN KERNAN PKWY E
JACKSONVILLE, FL 32224-5627

JAMES F KYGER
13383 CR 1318
TROUP, TX 75789

JAMES F LEWIS
4611 CROSSCURRENT PL
WILMINGTON, NC 28409

JAMES F ROSENDAHL
NANCY D ROSENDAHL
PO BOX 98
DECATUR, TX 76234-0098

JAMES F ROSENDAHL
PO BOX 98
DECATUR, TX 76234-0098

JAMES F SMALL SR
ANNIE LEE SMALL
PO BOX 635
MADISON, GA 30650-0635

JAMES F STEWART  &
DONNA C STEWART JT WROS
15644 EASTBOURN DR
ODESSA, FL 33556-2850

JAMES F WAGEMAN
25810 COCKLESHELL DR
#E213
BONITA SPRINGS, FL 34135-7715

JAMES F WILLEFORD
201 ST CHARLES AVENUE
SUITE 4208
NEW ORLEANS, LA 70170

JAMES F. CALDWELL & ROSE B CALDWELL
DESIGNATED BENE PLAN/TOD
301 PATLEIGH RD
CATONSVILLE, MD 21228-5631

JAMES FLOYD
7308 CLARK RD
ATWATER, OH 44201

JAMES FOWLER
367 FARMERS HOLLOW RD
CLINTON, TN 37716-5913

JAMES FRANCIS KENNEDY
4710 S CASHEL OAK DR
HOUSTON, TX 77069

JAMES FRANCIS KENNEDY
4710 S CASHEL OAK DR
HOUSTON, TX 77069

JAMES FREDERICK POE JR TTEE
JAMES FREDERICK POE JR REV TRUST
PO BOX 2576
LITTLE ROCK, AR 72203-2576

JAMES G BRUCKER & GLENDA GAY BRUCKER
JT TEN
9436 POINCIANA CT
FORT PIERCE, FL 34951-2946

JAMES G CARLIN
13730 15TH NE F103
SEATTLE, WA 98125

JAMES G HENKE
4036 WICKFORD PL
RACINE, WI 53405-4947

JAMES G RALEY
36 WATERFIELD DR
MEDFORD, NJ 08055

JAMES GALLOWAY TTEE
DOROTHY GALLOWAY TTEE
PO BOX 450
BLUE RIDGE, GA 30513

JAMES GILMORE
1549 SOUTHERN DR
BIRMINGHAM, AL 35242

JAMES GOAD
1134 CORONADO DR.
PUNTA GORDA, FL 33950

JAMES GREGORY & XIAOYONG ZHU HILL
J G & X HIL
7535 SUMMIVIEW DR
IRVING, TX 75063

JAMES H BANES IRA
FCC AS CUSTODIAN
29345 PRIVATE DR.
CHESTERFIELD, MI 48047-5147

JAMES H BAXTER AND
PATRICIA A BAXTER TTEES
JAMES H BAXTER AND
PATRICIA BAXTER TRUST 9/19/97
425 N 19TH AVE.
BEECH GROVE, IN 46107-1017

JAMES H BOHLMANN
2160 BALTIMORE ST
DEFIANCE, OH 43512

JAMES H CLOUD R/O IRA
FCC AS CUSTODIAN
5636 S ROWENA CT
PENDLETON, IN 46064-9591

JAMES H COTTEY
1125 MEADOW CREEK RD
CLINTON, AR 72031

JAMES H FLOOD IRA
FCC AS CUSTODIAN
612 ELM ST
BAY CITY, MI 48706-3979

JAMES H JOHNSON & CAROLYN W JOHNSON
JAMES H JOHNSON & CAROLYN W JOHNSON JTWROS
2074 MADISON VILLAS WAY
MADISON, AL 35758-8805

JAMES H KERNS
MARJORIE A KERNS
1590 W SAN MARCOS BLVD # 139
SAN MARCOS, CA 92078-4076

JAMES H KLINK & MARY F KLINK TTEES
JAMES H KLINK & MARY F KLINK TRUST
U/A DTD 4/23/92
800 SOUTH 15TH STREET APT 7312
SEBRING, OH 44672

JAMES H KONING
C/O KONING & JILEK PC
8080 MOORSBRIDGE RD STE 103
PORTAGE, MI 49024

JAMES H LA RUE
PO BOX 220
HOT SPRINGS, MT 59845

JAMES H NORTHROP
19 DR MANNING DR
LEBANON, CT 06249

JAMES H RUSSELL & DIANA M RUSSELL
5861 LAKE VICTORIA DRIVE
LAKELAND, FL 33813

JAMES H SAYER
PO BOX 1087
FORKED RIVER, NJ 08731

JAMES H SMITH
PO BOX 51747
KNOXVILLE, TN 37950

JAMES H SPEED
JANE SPEED
5112 TIMAN AVE NW
ALBUQUERQUE, NM 87114-4504

JAMES HAWKINS RHODA HAWKINS
6904 117TH DE NE
KIRKLAND, WA 98033

JAMES HOLLEBECK JR AND KATHRYN E HOLLEBECK
JAMES HOLLEBECK JR AND KATHRYN E HOLLEBECK TRUST
TTEES U/A DTD. 07/01/1993
589 E. MITCHELL LAKE DR
SHERIDAN, MI 48884-9394

JAMES HONG-JIN PAK &
AIDYMAR BIGIO JT TEN
239 MCNEAR DR
SAN RAFAEL, CA 94901-1436

JAMES IVESTER
412 WALNUT
WINNETKA, IL 60093

JAMES J & CAROL A REDMOND TTEES
18 MISSION HILLS LN
HOLIDAY ISLAND, AR 72631

JAMES J AIELLO TRUST DT 9/20/1996
JAMES J AIELLO TRUSTEE
189 CINDY ANN DR
EAST GREENWICH, RI 02818-2400

JAMES J CANTWELL
1560 BROOK LANE
JAMISON, PA 18929

JAMES J CAPASSO III
11 ROSEDALE CIRCLE
SHELTON, CT 06484-2534

JAMES J CAPASSO III AND
FRANCES A CAPPASSO
11 ROSEDALE CIRCLE
SHELTON, CT 06484-2534

JAMES J CARROLL
401 GINGHAM
PORTAGE, MI 49002-7035

JAMES J CONNOLLY
25-40 HEATHROW LANE
MANASQUAN, NJ 08736-2212

JAMES J DELANEY IRA
FCC AS CUSTODIAN
240 OCEAN OAKS DRIVE
INDIALANTIC, FL 32903-2744

JAMES J DIGH JR
613 LYNCH ROAD
LINCOLNTON, NC 28092

JAMES J HUNTER AND SUSAN S HUNTER
8401 SW BENT OAK CT
STUART, FL 34997-7084

JAMES J MARTONE
151 SASAPEQUAN RD
FAIRFIELD, CT 06824

JAMES J MCBRIDE JR
70 MIMOSA DRIVE
RIO GRANDE, NJ 08242

JAMES J MCCARTHY TRUST
DONALD J MCCARTHY
808 WEST 11TH STREET
AUSTIN, TX 78701

JAMES J MCINTYRE
6308 N LE MAI AVE
CHICAGO, IL 60640

JAMES J MEAD
11 ASHLEY HALL DRIVE
BLUFFTON, SC 29910

JAMES J SZUMIGALA TTEE
JAMES J SZUMIGALA LIV TR
UAD 4/30/96
1033 RICHARDS ROAD
TOLEDO, OH 43607-2268

JAMES J WARD
2016 CHATEAU LN
SIERRA VISTA, AZ 85635

JAMES J WICKERSHAM
2826 PICKERTOWN RD
WARRINGTON, PA 18976-1621

JAMES J WILD
19302 LYNDALEIGH LANE
SPRING, TX 77388

JAMES J. AIELLO TRUST DTD 9/20/1996
JAMES J.AIELLO TRUSTEE
189 CINDY ANN DRIVE
E GREENWICH, RI 02818-2400

JAMES J. BEYER
4798 E. 350 S.
WALDRON, IN 46182-9744

JAMES J. HERENDEEN TRUST
WILLIAM S ANTHONY AND
PAUL R. HERENDEEN TRUSTEES
22 MICKLER BLVD
ST AUGUSTINE, FL 32080

JAMES JOHNSON III
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
1517 HIGHPOINT RD
SNELLVILLE, GA 30078-2731

JAMES JOHNSTON
1003 OAK HILL RD
POPLARVILLE, MS 39470

JAMES JOHNSTON
1003 OAK HILL RD.
POPLARVILLE, MS 39470

JAMES JOHNSTON AND JOANN JOHNSTON
1003 OAK HILL RD
POPLARVILLE, MS 39470

JAMES JUCKETT
5917 LEHIGH LN
BATH, PA 18014

JAMES K COOPER
14530 KELMSCOT DR
SILVER SPRING, MD 20906-1834

JAMES K DOAN
2816 BLUE RIDGE DR
BLOOMINGTON, IN 47408-1012

JAMES K HIGHTOWER
617 GREEN LANE
TYLER, TX 75701

JAMES K WESTER
TOD MICHAEL J. WESTER
SUBJECT TO STA TOD RULES
1801 QUINCY ST. SE.
ALBUQUERQUE, NM 87108-4427

JAMES K. B. HESKETH
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
65 S JOYCE ST
GOLDEN, CO 80401-5079

JAMES K. STEWART
CGM IRA CUSTODIAN
2904 SADDLE CLUB COURT
JAMESTOWN, NC 27282-8631

JAMES K. THURMAN CPA
PROFIT SHARING PLAN
1564 SOUTH 500 WEST, STE 201
BOUNTIFUL, UT 84010-7400

JAMES L BARTH & NANCY BARTH
JAMES L BARTH & NANCY D BARTH JTWROS
3068 NATHANIEL'S GREEN
WILLIAMSBURG, VA 23185-7505

JAMES L BOYSEN
4547 SHIRLEY ST
OMAHA, NE 68106-2521

JAMES L CHAPPELL SR &
SHEILA C CHAPPELL REV TRUST
SHEILA C CHAPPELL TRUSTEE
U/A DTD 5/18/93
3224 WHALEYVILLE BLVD
SUFFOLK, VA 23434-7766

JAMES L CLAGHORN
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
4504 TEAS ST
BELLAIRE, TX 77401-4223

JAMES L COLBERT AND MARIE K COLBERT TTEES
2003 JAMES L & MARIE K COLBERT REV TRUST
UA 05/27/03
625 MARKET ST 7TH FL
SAN FRANCISCO, CA 94105-3302

JAMES L ELLIOTT & ELSIE
L ELLIOTT TTEE JAMES L
ELLIOTT & ELSIE L ELLIOTT
REV TRUST UAD AUG 8 1990
1802 WOLF LAUREL DRIVE
SUN CITY CTR, FL 33573-6435

JAMES L JAGGERS
143 N CIRCLE DRIVE
CLARKSVILLE, AR 72830

JAMES L MCCONNELL
613 W TIGER PL
GREEN VALLEY, AZ 85614

JAMES L OVERTOOM TTEE
219 CARLISLE DR
S BETHANY, DE 19930

JAMES L SAMORIAN
IRA FBO JAMES L SAMORIAN
HSBC BANK USA TRUSTEE
2024 FULTON AVE
ROCKFORD, IL 61103-3823

JAMES L SANDS
920 GOLF HOUSE RD E
STONEY CREEK, NC 27377

JAMES L THOREEN &
NORMA J THOREEN JT WROS
33 ANASTASIA DR
FT WALTON BEACH, FL 32548-7220

JAMES L WHITMER
2674 BIG HORN CIR
LAFAYETTE, CO 80026-9094

JAMES L WILGUS
15093 BALMORAL LOOP
FORT MYERS, FL 33919

JAMES L. UTEGG
5101 TORTUGA DR #109
HUNTINGTON BEACH, CA 92649

JAMES LANDIS
PO BOX 1594
HELENDALE, CA 92342-1594

JAMES LANDIS
PO BOX 1594
HELENDALE, CA 92342-1594

JAMES LANDIS
PO BOX 1594
HELENDALE, CA 92342-1594

JAMES LARRY PUTMAN
935 RAVENWOOD WAY
CANTON, GA 30115

JAMES LEWELLING
754 E JOSEPHINE CANYON DRIVE
GREEN VALLEY, AZ 85614

JAMES LINDSEY
11070 LONGSHORE WAY W
NAPLES, FL 34119

JAMES LOVEGREEN
122 E CHURCH
PALMYRA, MO 63461

JAMES LUECKE
3845 WEST COLLEGE AVE
MILWAUKEE, WI 53221

JAMES M & BARBARA J GUADAGNI
8224 S FOUR OAKS DR
FRANKLIN, WI 53132-8969

JAMES M & LOIS M JENNINGS FAMILY TR
JAMES R JENNINGS TTEE
1408 FILLMORE ST
CALDWELL, ID 83605

JAMES M & LORI L ROSENTRETER
C/O JAMES M ROSENTRETER
PO BOX 8771
RED BLUFF, CA 96080

JAMES M AND BERNADINE V HULT
JAMES HULT
309 N BRADLEY DRIVE
CHICAGO HEIGHTS, IL 60411

JAMES M AND SUZETTE D JURY TTEE
O/T JURY FAMILY TRUST UAD 8/1/97
PO BOX 309
KEENE, CA 93531

JAMES M CASTLEBERRY &
JOETTE B CASTLEBERRY JTWROS
PO BOX 230972
MONTGOMERY, AL 36123

JAMES M CLAXTON AND JANIE K CLAXTON
1630 OTTER CREEK RD
NASHVILLE, TN 37215-5219

JAMES M COSTELLO
2158 LONGWOOD LAKES DR
MYRTLE BEACH, SC 29579-7529

JAMES M DEMOTT & ESTHER A DEMOTT
JT TEN SEE DESGN BENE DTD 102707
TOD SUB TO STA RULES
13373 N PLAZA DEL RIO DRIVE
APARTMENT 2230
PEORIA, AZ 85381

JAMES M FERGUSON
12105 NE 68TH PLACE
KIRKLAND, WA 98033-8426

JAMES M GRISHAM
BARBARA L GRISHAM
4010 DOUGLAS RD
ELDORADO, IL 62930

JAMES M HAYES TTEE
HAYES TRST DTD 3-3-95
411 N CROFT AVE
LOS ANGELES, CA 90048-2508

JAMES M JURY
JAMES M JURY (IRA)
PO BOX 309
KEENE, CA 93531

JAMES M MCINERNEY
1855 RATHMOR
BLOOMFIELD HILLS, MI 48304

JAMES M MINANK FAMILY REVOCABLE TRUST
JAMES M MINANK
11496 WATERVIEW WAY
WOODBURY, MN 55129

JAMES M MOODY TTEE
JAMES M MOODY REV TRUST
600 W CAPITOL AVE
LITTLE ROCK, AR 72201-3312

JAMES M NOONAN
181 E QUEEN ST
PENDLETON, SC 29670

JAMES M RICKARD
291 OLD Y ROAD
GOLDEN, CO 80401

JAMES M RUDDICK
1449 EL SERENO
YUBA CITY, CA 95993

JAMES M RUMSEY
2310 SANDSIDE CT
ONALASKA, WI 54650

JAMES M RUMSEY
2310 SANDSIDE CT
ONALASKA, WI 54650

JAMES M RUMSEY
JAMES RUMSEY
2310 SANDSIDE COURT
ONALASKA, WI 54650

JAMES M RUMSEY
JAMES RUMSEY
2310 SANDSIDE COURT
ONALASKA, WI 54650

JAMES M WILLIS
CGM IRA CUSTODIAN
7837 SE SPICEWOOD CIR
HOBE SOUND, FL 33455-8206

JAMES M WILLIS AND
MARY A WILLIS TEN BY ENT
TOD DEBRA J DECKER
SUBJECT TO STA TOD RULES
7837 SE SPICEWOOD CIR
HOBE SOUND, FL 33455-8206

JAMES MALONEY
40 FIELDCREST DRIVE
TRUMBULL, CT 06611

JAMES MALONEY
40 FIELDCREST DRIVE
TRUMBULL, CT 06611

JAMES MAO
134 HAMILTON RD
LANDENBERG, PA 19350

JAMES MARMAS
1858 WHITE CAP CIR
N. FORT MYERS, FL 33903

JAMES MARMAS
6220 NE RIVER RD
SAUK RAPIDS, MN 56379

JAMES MCEVOY
170 KINGSTON ST
N ANDOVER, MA 01845

JAMES MCWILLIAMS IRA
C/O JOHN F CARBERRY
CUMMINGS & LOCKWOOD LLC
SIX LANDMARK SQUARE
STAMFORD, CT 06901

JAMES MICHAEL SCALLAN
8994 ELIZABETH LAKE RD
WHITE LAKE, MI 48386-2413

JAMES MICHAEL TUCKER
1645 PICCARD DRIVE
ROCKVILLE, MD 20850

JAMES NED LINDSEY & SYBLE C LINDSEY
C/O JAMES NED LINDSEY
1412 FOX RUN
SYLACAUGA, AL 35150

JAMES NORMAN JONES
MARY LYNN JONES
12460 BURKE DR
CARMEL, IN 46032-7284

JAMES O ALLEN
7018 E 51ST CT
TULSA, OK 74145

JAMES OR MARY HENDRICKS
C/O JAMES HENDRICKS
476 WEST MOUNTAIN VIEW DR
HOT SPRINGS, AR 71913

JAMES P BAILEY
PO BOX 271
LEEDS, AL 35094

JAMES P BENNETT
TOD DTD 01/05/07
4337 HILLCREST DR
MADISON, WI 53705-5018

JAMES P DONAHUE
21 N CHATSWORTH AVE APT 7L
LARCHMONT, NY 10538-2118

JAMES P HAYDEN  BETTY ANN HAYDEN
C/O JAMES AND BETTY HAYDEN
93 LAUREL AVE
KEARNEY, NJ 07032

JAMES P HOWELL
137 OLD CARRIAGE RD
PONCE INLER, FL 32127

JAMES P MARTIN
328 JORDAN BEACH RD
WETAMPKA, AL 36092

JAMES P MC GRATH & SUSAN M MC GRATH
JAMES P MC GRATH &
SUSAN M MC GRATH JT TEN
4710 N LEAMINGTON
CHICAGO, IL 60630-3815

JAMES P SELLERS
CGM IRA CUSTODIAN
6427 RUBIA CIRCLE
APOLLO BEACH, FL 33572-2917

JAMES PATERSON
1227 SEWARD ST
LOS ANGELES, CA 90038

JAMES POMERSON
2718 LYNN DR
SANDUSKY, OH 44870-5650

JAMES Q GILMORE
62864 FRUITDALE LN
LABRADNE, OR 97850

JAMES R & LINDA S GEVOCK
C/O JAMES GEVOCK
2414 HWY 1
FAIRFIELD, IA 52556

JAMES R & PATRICIA B ONEILL
6716 LANDON LANE
BETHESDA, MD 20817

JAMES R ABRAHAM
350 BOYLSTON ST
NEWTON, MA 02459-2874

JAMES R BOWMAN &
FRANCES B BOWMAN JTWROS
ACCOUNT #2
36 JESS AVE
PETALUMA, CA 94952-2243

JAMES R BROWN
914 S SIXTH APT B REAR
ST CHARLES, MO 63301

JAMES R BURNS
865 SOUTH ALABAMA AVE
MONROEVILLE, AL 36460

JAMES R CONE
640 INTERLAKEN RD
FAIRMONT, MN 56031

JAMES R DISHER
1923 COBBLESTONE DR
FINDLAY, OH 45840-7704

JAMES R DISHER, IRA
1923 COBBLESTONE DRIVE
FINDLAY, OH 45840

JAMES R GAGE
2009 WHITMORE CIR
CHAPEL HILL, NC 27516-9665

JAMES R GEHR &
BETSY G GEHR JT TEN
903 RIO GRANDE LOOP
GEORGETOWN, TX 78633-5060

JAMES R GRANT
& BONNIE J GRANT JTTEN
PO BOX 203
MIDWAY, PA 15060

JAMES R HICKMAN &
VIVIAN L HICKMAN
JT TEN
11610 HEARTHWOOD DR
WAYNESBORO, PA 17268-9388

JAMES R HICKMAN & VIVIAN HICKMAN
JAMES R HICKMAN
VIVIAN L HICKMAN
11610 HEARTHWOOD DR
WAYNESBORO, PA 17268-9388

JAMES R HODGE
14 SUTTON PLACE SOUTH
NEW YORK, NY 10022

JAMES R HODGE IRA
C/O JAMES R HODGE
14 SUTTON PLACE SOUTH
NEW YORK, NY 10022

JAMES R HUMPHREY
2950 MANOR RD
OSHKOSH, WI 54904-9253

JAMES R HUNDLEY JR
283 LAIRWOOD DR
DAYTON, OH 45458-9443

JAMES R KEMPLIN
7100 ULMERTON RD LOT 662
LARGO, FL 33771

JAMES R LOOK
3800 NEWPORT LN
BOULDER, CO 80304

JAMES R MANESS
& MARILYN MANESS JTWROS
21758 URCHIN DR
STELLA, MO 64867-8199

JAMES R MCGOWAN
4557 NW TAM O'SHANTER WAY
PORTLAND, OR 97229

JAMES R MCPHERSON JR
2438 N ASHLAND AVE APT 2F
CHICAGO, IL 60614

JAMES R MERKEL &
ELIZABETH M MERKEL JT TEN
74 SENECA RD
ROCHESTER, NY 14622-2052

JAMES R O'NEILL
CHARLES SCHWAB TRUST CO TTEE
DICKSTEIN SHAPIRO PS/401K FBO JAMES R O'NEILL
1825 EYE ST NW
WASHINGTON, DC 20006

JAMES R PERLICH & KAREN J PERLICH
416 E SIMPSON CHAPEL RD
BLOOMFIELD, IN 47424-5191

JAMES R REDDEN TTEE
GERALDINE REDDEN TTEE
FAMILY TRUST - REDDEN
6529 COACHLIGHT WAY
WEST CHESTER, OH 45069

JAMES R SELF &
JANE S SELF JTTEN
217 HIGH STREET
GLENDORA, NJ 08029-1252

JAMES R SHEALY
1404 CARTER ST
COLUMBIA, SC 29204

JAMES R SHOEMAKER II
EMERALD R SHOEMAKER
JT TEN/WROS
15934 HANSON VIEW DRIVE
TAVARES, FL 32778-5029

JAMES R THORNTON
CGM IRA CUSTODIAN
141 CALLE ALTA
ORANGE, CA 92869

JAMES R THORNTON
CGM IRA CUSTODIAN
141 CALLE ALTA
ORANGE, CA 92869-4400

JAMES R VALOT & KATHERINE L VALOT TTEES OF THE
VALOT FAMILY TRUST DTD 07-06-93
2055 WEST 250TH STREET
LOMITA, CA 90717-1705

JAMES R WATTERSON
1956 OLD HICKORY BLVD
BRENTWOOD, TN 37027

JAMES R WETZEL
CGM IRA ROLLOVER CUSTODIAN
1111 BROADWAY RD
LUTHERVILLE, MD 21093-1602

JAMES R WOODWARD
14032 PLACID DR
HOLLY, MI 48442

JAMES RANDALL JACKSON TRUST
U/A 09-13-1999
JAMES RANDALL JACKSON, TRUSTEE
5250 MANZ PLACE APT 112
SARASOTA, FL 34232