**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | |
|---|---|
| In re | :    **Chapter 11** |
| | : |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | :    **Case No. 09-50026 (REG)** |
|       **f/k/a General Motors Corp.,** *et al.,* | : |
| | : |
|       **Debtors.** | :    **(Jointly Administered)** |
| | : |

------------------------------------------------------------------x

<u>**AMENDED AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                      ) ss:
COUNTY OF SUFFOLK    )

I, Barbara Kelley Keane, being duly sworn, depose and state:

    1.     I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

    2.     Between August 19, 2010 and August 20, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors in the above-captioned case and pursuant to the **Notice of Debtors' Fifty-Ninth Omnibus Objection to Claims [Docket No. 6669]**, I caused to be served a customized **Notice of Objection to Individual Debt Claims**, a copy of which is annexed hereto as Exhibit "A," upon each of the parties set forth in Exhibit "B" annexed hereto (affected parties) by depositing same in a sealed, postage paid envelope at a United States Post Office for delivery by the United States Postal Service via First Class Mail.

                                       /s/ Barbara Kelley Keane
                                       Barbara Kelley Keane

Sworn to before me this
9th day of September 2010

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Qualified in Manhattan County
Commission Expires:  May 19, 2012

# EXHIBIT A

---

**PLEASE CAREFULLY REVIEW THIS NOTICE AS IT WILL AFFECT YOUR CLAIM IN THE GENERAL MOTORS CORPORATION (NOW MOTORS LIQUIDATION COMPANY) BANKRUPTCY CASE**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                             :
In re                                                        :        **Chapter 11 Case No.**
                                                             :
**MOTORS LIQUIDATION COMPANY**, *et al.*,                    :        **09-50026 (REG)**
     **f/k/a General Motors Corp.,** *et al.*                :
                                                             :
                    **Debtors.**                             :        **(Jointly Administered)**
                                                             :
-------------------------------------------------------------x

## NOTICE OF OBJECTION TO INDIVIDUAL DEBT CLAIMS

### [Claimant Name]

| Claim Information | | | | | Basis For Objection |
|---|---|---|---|---|---|
| **Date** | **Claim #** | **Debtor** | **Classification** | **Amount** | Claim is duplicative of a claim allowed for the indenture trustee on behalf of all Individual Bondholders |
| | | | | | |

**PLEASE TAKE NOTICE THAT**, on August 13, 2010, Motors Liquidation Company (formerly known as General Motors Corporation) and its affiliated debtors, as debtors in possession (the "**Debtors**"), filed an objection to your proof of claim identified above.  The name of the objection is the Debtors' _____ Omnibus Objection to Claims (Duplicate Debt Claims) (the "**Objection**").

> **You have received this notice because the Debtors have objected to your proof of claim and your rights will be affected.**

> **You should read this notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**

**A copy of the full Objection can be viewed at
http://www.motorsliquidationdocket.com/bond.php3.  Or, you may
request a complete copy of the Objection at the Debtors' expense, by
contacting the Debtors at 1-800-414-9607, or by sending an e-mail to
claims@motorsliquidation.com.**

The reason for the Objection is that your claim is duplicative of two global claims filed on your behalf (and on behalf of all affected bondholders) by Wilmington Trust Company ("**WTC**"), as the indenture trustee for your General Motors Corporation bonds.  An indenture trustee is an entity that manages a bond issuance for the benefit of the individual bondholders, and handles all the administrative aspects of the bond issuance.  The claims filed by WTC ensure your interests are protected with respect to the interest, principal, and trustee fees under your bonds.  You will be entitled to receive a distribution on account of such interests through the global proofs of claim filed by WTC, and the disallowance of your individual claim will not affect such interests.  If you have additional claims with respect to your bonds beyond interest, principal, and trustee fees, such claims will be disallowed pursuant to this Objection.  A copy of the stipulation allowing the claims of WTC can be viewed at **http://www.motorsliquidationdocket.com/bond.php3**.

**YOU WILL NOTICE THAT** the Objection requests that the Bankruptcy Court expunge and disallow your claim listed above on the ground that your claim is duplicative of the global claim filed by WTC.  **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed, and you will not be entitled to any distribution from the Debtors' estates on the claim you filed.**

If you disagree with the Objection's treatment of your claim, you may call the Debtors to try and resolve your concerns at **1-800-414-9607**.  If you are unable to resolve your concerns with the Debtors before the deadline to respond, then you <u>must</u> file and serve a written response

(a "**Response**") to the Objection in accordance with this notice and you <u>must</u> appear at the Hearing described below.

You may participate in the Hearing telephonically provided that you comply with the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider." You must also provide prior written notice by mail or e-mail of your telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Russell Brooks, Esq. (russell.brooks@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Jennifer Sharret, Esq. (jsharret@kramerlevin.com)).

**If you do not oppose the disallowance and expungement of your claim, then you do not need to file a Response or appear at the Hearing.**

**<u>PLEASE TAKE FURTHER NOTICE THAT</u>** a hearing (the "**Hearing**") on the Objection is scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on **September 24, 2010 at 9:45 a.m. (Eastern Time)**. If you file a Response to the Objection, you should plan to appear at the Hearing either in person or telephonically. The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to your claim. If the Debtors do continue the Hearing with respect to your claim, then the Hearing will be held at a later date. If the Debtors do not

continue the Hearing with respect to your claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **September 17, 2010 at 4:00 p.m. (Eastern Time)**.  Only those Responses that are timely will be considered at the Hearing.  Your Response will be deemed timely only if it is:  (a) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing system (The User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov) before the deadline for Responses **or** (b) **actually** received on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format **and** in hard copy at each of the following addresses on or before the deadline for response:

> A.    Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;
>
> B.    Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and
>
> C.    Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Jennifer Sharret, Esq.).

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the number of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the

extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person that can be contacted in connection with the Objection.

If the Bankruptcy Court does NOT disallow and expunge your claim listed above, then the Debtors have the right to object on other grounds to your claim (or to any other claims you may have filed) at a later date.  You will receive a separate notice of any such objections.

If you have any questions about this notice or the Objection, please contact the Debtors at **1-800-414-9607**.    CLAIMANTS  SHOULD  NOT  CONTACT  THE  CLERK  OF  THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

**PLEASE  TAKE  FURTHER  NOTICE  THAT  the  Court  may  grant  the  relief requested in the Objection without further notice or a hearing if you fail to file a timely Response or appear at the Hearing.**

Dated: New York, New York
        August 18, 2010

WEIL, GOTSHAL & MANGES LLP
Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT B

KIMBERLY L WRIGHT
2025 HOFFNER
ORLANDO, FL 32809-3529

KIMBERLY S STREIBLE
14100 MARLEY PL
LOUISVILLE, KY 40245

KIMBERLY WESTENBARGER
KIM WESTENBARGER
2412 SW 53RD ST
CAPE CORAL, FL 33914

KIRA SHEGER
612 HALF MOON BAY DRIVE
CROTON ON HUDSON, NY 10520

KIRIT J VYAS
MRUDULA K VYAS
2472 VALLEY LN
GRAND BLANC, MI 48439

KIRK & LOUISE GELSINGER
KIRK GELSINGER &
LOUISE GELSINGER JT TEN
5124 CIRCLE VISTA AVE
LA CRESCENTA, CA 91214

KIRK BLACKERBY
16640 JACKSON OAKS DR
MORGAN HILL, CA 95037

KIRK E ARNOLDY
2619 ATHENS CT
SACRAMENTO, CA 95826

KIRK JOHANSEN (401K)
2786 GLENMORRIE DR
LAKE OSWEGO, OR 97034

KIRK JOHANSEN (IRA)
2786 GLENMORRIE DR
LAKE OSWEGO, OR 97034

KIRSTEN SAVINESE INH IRA
BENE OF FRANK C KILCHENSTEIN
CHARLES SCHWAB & CO INC CUST
109 PARK ST
RIDLEY PARK, PA 19078-3310

KJ HUTCHINGS #1 LP
WILLIAM HOOD
501 CORNWALL RD
SANFORD, FL 32773-5879

KJ LYNESS BENEFICIARY IRA
ROBERT LYNESS DECD
427 CROOKS AVE APT B16
PATERSON, NJ 57503-1046

KLAAS DE HAAN &
JOAN M DE HAAN JT TEN
912 VERADA CALLADA
ESCONDIDO, CA 92029-6702

KLAUS D. LIPPKE
CGM IRA CUSTODIAN
CARADICE C. 200
95301 ZLATE MORAVCE-1
SLOVAKIA

KLAUS DITTMAN
106 DRAKE LANE
MANHASSET, NY 11030

KLAUS DITTMAN
106 DRAKE LANE
MANHASSET, NY 11030

KLAUS DULLER AND
RONALD DULLER JTWROS
SAMT BLUMENWEG 12
A1220 VIENNA AUSTRIA

KLAUS VON SPERBER
AM WASSERTURM 1 A
50226 FRECHEN
GERMANY

KLEIN, LEE F
4271 BEACH RIDGE RD
NORTH TONAWANDA, NY 14120-9575

KLEINSCHMIDT GUNTHER & RITA
WASENOSCHSTRASSE 61
D 88048 FRIEDRICHSHAFEN  GERMANY

KLEMENS KOHLS
KHUESTERSTRASSE 6
D-49434 NENENKIRCHEN
GERMANY

KLEMENS KOHLS
KUESTER KHESTERSTRASSE 6
D-49434 NEUENKIRCHEN GERMANY

KLEMENS KOHLS
KUESTER STRAUSSE 6
D-49434 NEUENKIRCHEN GERMANY

KNC CONTRACTING - KIRK NIELSON
C/O CALTON & ASSOCIATES
ROY PETSCH
222 S POWER RD #201
MESA, AZ 85206

KODALEN FAMILY REV TRUST
1430 SE PIONEER WAY
OAK HARBOR, WA 98277

KOHN 401K PROFIT SHARING PLAN
FBO JEANETTE KOHN
J. DAVID KOHN TRUSTEE
64 GOODNOUGH ROAD
CHESTNUT HILL, MA 02467-3115

KONRAD D KOHL
1797 STRATFORD
SYLVAN LAKE, MI 48320

KONSTANTINOS MATAKOUDIS
PARIS MATAKOUDIS
ALKIS MATAKOUDIS
KALAVRITON 2, N PSIHICO
15451 ATHENS GREECE

KONSTANTINOS MICHAILIDIS
13 TROIAS STR
VOULA ATHENS 16673 GREECE

KONSTANTINOS MICHAILIDIS & DAVINA MICHAELIDES
13 TROIAS ST
VOULA ATHENS 16673 GREECE

KORLIN K KAZIMOUR
2041 FOREST DRIVE SE
CEDAR RAPIDS, IA 52403

KOWARSCH, HEINZ U BRIGITTE
IM LANGENDORF 3
75223 NIEFERN OSCHELBRONN GERMANY

KRAMER VENTRUES FAMILY LLP
160 SWEET HOLLOW ROAD
HUNTINGTON, NY 11743-6534

KRIKOR SANTIGHIAN & CORINA SANTIGHIAN JTTEN
48505 VIA ENCANTO
LA QUINTA, CA 92253

KRINSKY LIVING TRUST DTD 4/10/00
C/O JERRY KRINSKY
32-15 RYAN ROAD
FAIR LAWN, NJ 07410

KRIS NEAT CUST FOR PAIGE A NEAT
284 BROOKS LANE
SIMPSONVILLE, KY 40067

KRIS NEAT CUST FOR SAMANTHA T NEAT
284 BROOKS LANE
SIMPSONVILLE, KY 40067

KRISDOLIMPI S A
PO BOX 0831-00633
PAITILLA PANAMA

KRISTIN N ELLERTHORPE, DEAN ELLERTHORPE CUST
DEAN ELLERTHORPE
49 KING RD
LANDING, NJ 07850

KRISTINE R. MONRAD
5016 26TH AVE S
SEATTLE, WA 98108

KRISTINE SEE
115 W. COMSTOCK ST.
SEATTLE, WA 98119

KRISTINE SNIDER
C/O GM DO BRAZIL
PO BOX 9022
WARREN, MI 48090-9022

KRZYSZTOF A KOWAL
112 NORTH STAR RD
NEWARK, DE 19711

KUHN FAMILY REV LIVING TRUST
JAMES KUHN
3936 BALMORAL CT
ROLLING MEADOWS, IL 60008

KUHN INGRID
JOHANNES NENNING
DORF 90
6764 LECH AUSTRIA

KURT & EDITH HUTTERER & EVELYN BOORMAN TTEES
THE HUTTERER FAM REVOC TR U/T/A DTD 11/11/92
312 23RD STREET
SANTA MONICA, CA 90402-2514

KURT AND HELGA HERZMANN
C/O KURT HERZMANN
2128 SARGENT DALY DR
CHATTANOOGA, TN 37421

KURT GAMPER
KLAVENZSTRASSE24/A
39052 KALTERN BOZEN ITALY

KURT M CALENDER
1810 TALON COURT
KELLER, TX 76248

KURT R ANKER
THE KURT R AND MARION V ANKER TRUST
KURT R ANKER TRUSTEE
120 SUMMIT LN
SANTA BARBARA, CA 93108-2323

KURT R ANKER &
MARION V ANKER TTEE
THE KURT R & MARION V ANKER
TRUST U/A DTD 4/13/88
120 SUMMIT LANE
SANTA BARBARA, CA 93108-2323

KURT V THOMAS
C/O GANT & HICKS PLLC
1409 S LAMAR STE 711
DALLAS, TX 75215

KURT W ALGAYER
TRACEY ALGAYER
134 HEIGHTS TERRACE
MIDDLETOWN, NJ 07748

KURT WEISS
11549 ALANA TER.
BOYNTON BEACH, FL 33437

KURTIS WODKE
N39 W276 35 GLACIER RD
PEWAUKEE, WI 53072

KUTTNER FAMILY PARTNERSHIP
8001 SE 37 PL
MERCER ISLAND, WA 98040

KYLE L JONES & WANDA G JONES
4577 WOODWAY DR
KERNERSVILLE, NC 27284

KYMAN AND LEONA NELSON
2747 MARILYN
PORT NECHES, TX 77651

L & S LEFCOURT TRUST U/A/D 2/1/91
LOUIS LEFCOURT
15244 LAKES OF DELRAY BLVD
DELRAY BEACH, FL 33484

L ALBERT GOUDREAU
DOROTHY A GOUDREAU JTWROS
47 SWEENEY ROAD
SEEKONK, MA 02771-1312

L AUERBACH & A PIKE CO-TTEE
LILLIAN AUERBACH TRUST U/A
DTD 07/17/1992
4795 BRIGHTON LAKES BLVD
BOYNTON BEACH, FL 33436-4836

L BRADLEY CUTLER AND LINDA B CUTLER TTEE
FBO CUTLER FAMILY TRUST   U/A D 11/21/2008
L BRADLEY CUTLER AND LINDA B CUTLER TTEE
601 WILHAGGIN DR
SACRAMENTO, CA 95864

L BRODBAR & E BRODBAR TTEE
LAWRENCE BRODBAR AND EILEEN BR
U/A DTD 06/15/2004
1655 CORONA AVE
NORCO, CA 92860-3011

L BRODKIN & E BRODKIN CO-TTEE
LEON BRODKIN TRUST U/A DTD 08/16/1991
7623 VINISTE DR
BOYNTON BEACH, FL 33472-7395

L BYDALEK & T BYDALEK TTEE
BYDALEK LIVING TRUST
U/A DTD 06/02/2008
31151 N TRAIL DUST DRIVE
QUEEN CREEK, AZ 85243-4138

L BYDALEK AND T BYDALEK TTEE
BYDALEK LIVING TRUST
U/A DTD 6/2/2008
31151 N TRAIL DUST DR
QUEEN CREEK, AZ 85143-4138

L DANIEL BALLANCE TTEE
L. DANIEL BALLANCE JR. DDS PROFIT SHARING PLAN
DTD 01/01/1992
C/O WHITENER CAPITAL MANAGEMENT, INC.
PO BOX 7743
ROCKY MOUNT, NC 27804

L FRANCES WALLACE
1373 PASADENA AVE NE
ATLANTA, GA 30306

L GEORGE PHILP
700 AMANDA LANE
CLEBURNE, TX 76033

L HYACINTH VAN BAUSH
46 BIRCHWOOD WAY
GIBBSBORO, NJ 08026-1102

L J KIRKLAND & EVALINE G KIRKLAND
8904 BURNING TREE RD
PENSACOLA, FL 32514-5607

L JEANNE RAESS
WEDBUSH MORGAN SEC CTDN
IRA CONT 10/17/2007
154 VALLEY LAKES DR
SANTA ROSA, CA 95409-6249

L JOSEPH WITTENAUER
4429 BASCULE BRIDGE DR
DAYTON, OH 45440

L LONDON & B LONDON CO-TTEE
LAWRENCE LONDON REV TRUST U/A
DTD 02/23/1993
7716 DORCHESTER RD
BOYNTON BEACH, FL 33472-5005

L MALHERBE & E MALHERBE TTEE
THE MALHERBE FAMILY TRUST
U/A DTD 12/01/1992
22 KEATS DRIVE
MILL VALLEY, CA 94941-2217

L OTIS PETTY &
DORIS H PETTY JT TEN
PO BOX 2173
ONALASKA, TX 77360-2173

L R GARDINER JR IRA
93 LAUREL ST
SALT LAKE CITY, UT 84103

L THOMAS CURRY AND SHARON M CURRY
L T CURRY
1562 FOOTHILL BLVD
NORTH TUSTIN, CA 92705-3049

LACEY, PAUL A.
6464 OLYMPUS DR
CLARKSTON, MI 48346-3367

LACHLAN M BEATSON AND JANICE L BEATSON
LACHLAN M BEATSON & JANICE L BEATSON TTEE
THE BEATSON TRUST U/A DTD 11/23/94
2731 FALCON WAY
MIDLOTHIAN, TX 76065

LADY BEAR REVOCABLE TRUST
LAWRENCE S DALTON
JUDITH A DALTON TTEES
UA 01142004
7416 STONEGATE COURT
INDIANAPOLIS, IN 46256

LAIRD & SHIRLEY HIESTAND FAMILY TRUST
1704 PACIFIC AVE
KINGMAN, AZ 86401

LAKE UNION CONF ASSN
REVOLVING FD-SINKING FUND
P.O. BOX 287
BERRIEN SPRGS, MI 49103-0287

LAKE UNION CONF ASSN
REVOLVING FD-SINKING FUND
PO BOX 287
BERRIEN SPRGS, MI 49103-0287

LAM N SINGER
12-08 117 STREET
COLLEGE POINT, NY 11356-1568

LAMB, DOROTHY H
512 KING RICHARD ST
IRVING, TX 75061-6431

LAMBERT JANSSEN & ANNA M JANSSEN TTEE
LAMBERT JANSSEN & ANNA M JANSSEN TRUST U/A DTD
3/31/2005
9494 TOOKIE SHORE DR
WEEKIE WACHIE, FL 34613-6415

LAMBERT JANSSEN & ANNA M JANSSEN TTEE
LAMBERT JANSSEN & ANNA M JANSSEN TRUST U/A DTD
3/31/2005
9494 TOOKIE SHORE DR
WEEKIE WACHIE, FL 34613-6415

LAMBERT JANSSEN & ANNA M JANSSEN TTEE
LAMBERT JANSSEN & ANNA M JANSSEN TRUST U/A DTD
3/31/2005
9494 TOOKIE SHORE DR
WEEKIE WACHIE, FL 34613-6415

LAMBERT JANSSEN & ANNA M JANSSEN TTEES
LAMBERT J JANSSEN & ANNA
M JANSSEN UA 03/31/05
9494 TOOKE SHORE DR
WEEKI WACHEE, FL 34613-6415

LAMBERT JANSSEN AND ANNA M JANSSEN TTEES
LAMBERT J JANSSEN AND ANNA M JANSSEN
TRUST U/A DTD 3/31/2005
9494 TOOKE SHORE DR
WEEKI WACHEE, IL 34613-6415

LANA DORRELL
1050 GREEN MEADOW
BEAUMONT, TX 77706

LANCE S. SOKOL AND DIANE C. SOKOL
609 SKYLINE DR
BELLE VERNON, PA 15012

LANEA PERSONIUS
185 WILLIAMS ST
HOMER, NY 13077

LANELLE C EVANS
2601 LAKELAND TRAIL
BIRMINGHAM, AL 35243

LANETTE STRANFORD
11042 SR 525 #204-504
CLINTON, WA 98236

LANIER G AND LILLIAM M STEVENS
LANIER G STEVENS
LILLIAM M STEVENS JT TEN
5401 W DAILEY ST  APT 2026
GLENDALE, AZ 85306

LANNY AVERY
1813 NORTHWOOD COURT
LONGVIEW, TX 75605-2305

LANOR M KANEY, IRA
LANOR M KANEY
342 CARTWRIGHT
HAMILTON, MT 59840

LANTERN LANE ENT RETIREMENT TRUST
DAVID L GARBER & ENID GARBER TRUSTEES
22705 SPARROWDELL DR
CALABASAS, CA 91302-1818

LARKIN D WRIGHT JR (IRA)
FCC AS CUSTODIAN
1211 COLONIAL DR
MACHESNEY PK, IL 61115-3807

LARRIE THORNE

LARRY  FOSTER  &
PATRICIA R FOSTER JT TEN ENT
2290 W 276TH ST
SHERIDAN, IN 46069-9355

LARRY & HORTENSIA HAINES
1105 PLAINVIEW DRIVE
COLLINSVILLE, IL 62234

LARRY A & SHEILA L LIST
111 SUNBURST DR
FRANKENMUTH, MI 48734

LARRY A ARMSTRONG
716 RIDGEWOOD BLVD
BELPRE, OH 45714-8229

LARRY A BENSON, IRA
8561 LONG LAKE RD SE
PORT ORCHARD, WA 98367

LARRY A LADER
PO BOX 69
8813 E AVALON RD
AVALON, WI 53505-0069

LARRY A LIST
111 SUNBURST DR
FRANKENMUTH, MI 48734

LARRY A WADE
CHARLES SCHWAB & CO INC CUST
SEP-IRA MKT: WADE INVESTMENTS
7306 GOLDEN STAR LANE
CARLSBAD, CA 92011-4852

LARRY AND DEBRA PATE LIV TRUST
LARRY AND DEBRA PATE TTEES
U/A DTD 02/12/2008
3832 LITTLER CT
SIERRA VISTA, AZ 85650-5252

LARRY BELL (CUST) MICHAEL R BELL
711 50TH ST CT W
BRADENTON, FL 34209-3809

LARRY C BOORUJIAN
367 WINDING WAY
BETHLEHEM, PA 18020-8933

LARRY C WILLEY SEP IRA
FCC AS CUSTODIAN
C/O WILLEY & CHAMBERLAIN
940 TRUST BLDG
40 PEARL ST NW
GRAND RAPIDS, MI 49503-3028

LARRY D LINDSEY
PO BOX 804
HEMPHILL, TX 75948-0804

LARRY E NUNN 401K PLAN
DTD 12-30-04
LARRY E NUNN TRUSTEE
3435 DUFFER DRIVE
COLUMBUS, IN 47203-2714

LARRY ELLIOT
591 TOEPFER
MADISON, WI 53711

LARRY ENGLEHART
298 W MAIN ST
VERMONTVILLE, MI 49096

LARRY FITE
2401 S HOINES
PITTSBURG, KS 66762

LARRY G INGRAM
30205 LYRIC LANE
WARSAW, MO 65355

LARRY J HEBERT
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
8123 CYPRESS LAKE DR
BATON ROUGE, LA 70809-1776

LARRY J LEMLEY
91 CHESTATEE VIEW PLACE
DAWSONVILLE, GA 30534

LARRY J RESH IRA
LARRY J RESH
489 GOLDEN BEAR DR UNIT 4
PAWLEYS ISLAND, SC 29585

LARRY L ALBERT IRA
FCC AS CUSTODIAN
711 GLADIOLUS STREET
P O BOX 2045
ANNA MARIA, FL 34216-2045

LARRY LACERT
2780 ANCHORAGE CT
LOVELAND, CO 80538

LARRY LENNARD
3205 138TH AVE NW
ANDOVER, MN 55304

LARRY LENNARD
3205 138TH AVE NW
ANDOVER, MN 55304

LARRY LENNARD
3205 138TH AVE NW
ANDOVER, MN 55304

LARRY M HUNT
PO BOX 543
PIKEVILLE, KY 41502

LARRY M KEER
9360 SKOKIE BLVD
#612
SKOKIE, IL 60077-5606

LARRY M RUFF
SARA V RUFF
5601 HWY 412 WEST
BELLES, TX 38006

LARRY MORLOCK IRA
3407 WOODLAND PL
COLUMBUS, IN 47203

LARRY PAULICK
3146 CATRINA LN
ANNAPOLIS, MD 21403

LARRY PAULICK
3146 CATRINA LN
ANNAPOLIS, MD 21403

LARRY R HOLT
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
22412 ROSEBRIAR
MISSION VIEJO, CA 92692

LARRY R. MOORE
730 COLLEGE BLVD
MT VERNON, IA 52314

LARRY ROOT &
JUIWANA ROOT JTWROS
411 16TH STREET
CORBIN, KY 40701-2215

LARRY S ALLEN AND MARTHEL ALLEN
1618 N RAISINVILLE RD
MONROE, MI 48162

LARRY S WATKINS
5301 SCENIC DRIVE
LITTLE ROCK, AR 72207

LARRY THOMPSON
PO BOX 7
SEELEY LAKE, MT 59868

LARRY W AND LYNDA A DAVENPORT
LARRY DAVENPORT
1204 MEREDITH ST
WHITE HALL, AR 71602-3216

LARRY W DIEHL &
CYNTHIA H DIEHL JT TEN
7008 MILLRIDGE
SHAWNEE, KS 66218-9608

LARRY W DOOLEY EXECUTOR GRACE A GOSSETT ESTATE
636 CHEROKEE ROAD
CEDARTOWN, GA 30125-4387

LARRY W DOOLEY PATTI C DOOLEY
636 CHEROKEE ROAD
CEDARTOWN, GA 30125-4387

LARRY W OVERBY
PO BOX 100006
KENNESAW, GA 30156-9206

LARRY W ROBERTS
566 CROSS CREEK ROAD
AUBURN, AL 36832

LARRY W SULENSKI
813 WOODS CT
WALLED LAKE, MI 48390

LARRY WAINGARTEN
8 ANCHOR RD
SPRING VALLEY, NY 10977

LARS FICHTNER
EMIL-KLINGNER-STR. 16
D-07646 STADTRODA GERMANY

LASTRICO TRUST UA 4-9-98
MICHAEL L. OR KWEI-YIN LASTRICO, TRUSTEE
4431 HIGHLAND AVE
OXNARD, CA 93033-7319

LATTANZI FAMILY TRUST
LAWRENCE D LATTANZI
6536 W HILL LANE
GLENDALE, AZ 85310

LATTER, JESSIE B
1617 AYNSLEY WAY
VERO BEACH, FL 32966-8002

LAUGHLIN C MCLEAN AND SAMMYE S MCLEAN
3249 MOCKINGBIRD LANE
BIRMINGHAM, AL 35226-2720

LAURA ALTROWITZ
330 HAVEN AVENUE APT 2F
NEW YORK, NY 10033-5331

LAURA CUICCHI
1836 CAROL SUE AVE
GRETNA, LA 70056-4114

LAURA D KERSTING TRUST
LAURA D KERSTING TTEE
2979 SPARKLEBERRY DR
MIDDLEBURG, FL 32068

LAURA E HARTMAN
3758 NEW YORK AVE
SEAFORD, NY 11783

LAURA JAFFEE
LAURA JAFFEE & ALFRED JAFFEE DECLARATION TRUST
2444 HAMPTON DR
UNIT C
VALENCIA, CA 91355

LAURA K ZWEIFUL
SUZEN K FORS
PO BOX 626
BAKER CITY, OR 97814

LAURA L MOORE
31275 BIG RIVER WAY
COARSEGOLD, CA 93614

LAURA M FAIRFAX
6744 LINFORD LN
JACKSONVILLE, FL 32217

LAURA M RATTO
5609 LAURETTA ST
SAN DIEGO, CA 92110-2428

LAUREEN K GUGEL & MARTIN T GUGEL
510 SUNBURST DR
FRANKENMUTH, MI 48734

LAUREL ANN BRIEN
325 EAST 72ND STREET #9D
NEW YORK, NY 10021-4685

LAUREN N HELLER
7050 SW 133RD ST
MIAMI, FL 33156

LAUREN POZEFSKY IRREVOCABLE TRUST 9/11/95
2100 TADLEY DR
CHAPEL HILL, NC 27514

LAURENCE AMAYA
MARIA DEL CARMEN DE AMAYA
PATRICIA A DE ZORRILLA
JAVIER E AMAYA
1 COUNTRY CLUB RD
BROWNSVILLE, TX 78520-8906

LAURENCE C ROBINSON
702 EAST MARIPOSA AVE
EL SEGUNDO, CA 90245

LAURENCE C ROBINSON
702 EAST MARIPOSA AVE
EL SEGUNDO, CA 90245

LAURENCE O ROBERTS
1012 SW KIMBALL
OAK HARBOR, WA 98277

LAURENCE STRAUS TTEE
MARS STEEL CORP PROFIT SHARING
PLAN TRUST 1/1/77
2401 N 25TH AVE
FRANKLIN PARK, IL 60131-3322

LAURENE R SPIRES
2600 ROUTE 6N
EDINBORO, PA 16412

LAURETTA VERGA
193 ANTHONY PLACE
WYCKOFF, NJ 07481-2745

LAURICE J KING
3949 CEDAR AV
MONTGOMERY, AL 36109

LAURIE J BREININGER
5834 NATOMA RD
CLOVER, SC 29710

LAURIE J DADDINO
6 LONGBOW
WADING RIVER, NY 11792-9506

LAURIE M WOLL RET PLAN
LAURIE M WOLL DO INC
RETIREMENT PLAN DTD 1-1-03
9301 CENTRAL AVE
MONTCLAIR, CA 91763-2420

LAURIE O CUNNINGHAM
419 CHAUVIN POINTE DR
MONROE, LA 71203

LAURIE TURNER
2321 WATER WAY
SEABROOK, TX 77586

LAVADA BOARD
5611 LANDS END ST
AUSTIN, TX 78734-1515

LAVERNE E & MARY M EVANS JT TEN
PO BOX 427
VALLEY FORGE, PA 19481-0427

LAVERNE H LYNCH
EDWARD JONES C/F
2120 PIERCE AVE
ROCKFORD, IL 61103-2818

LAVERNE R HRYCKO &
SHIRLEY A HRYCKO JT TEN
11206 WINDE LANE
LANCASTER, NY 14086-9607

LAVERNE THOMAS
18521 ST ANDREWS DR
TEHACHAPI, CA 93561-5240

LAVONNE I. SCHAEFER TTEE UA
DTD 01-22-97 FBO
LAVONNE SCHAEFER REV TRUST
6 CORK ST
ALVA, FL 33920-5595

LAWERENCE OLECK
40 YALE DR
MANHASSET, NY 11030

LAWERENCE R KEYES
3230 S PANTANO RD APT N
TUCSON, AZ 85730-2521

LAWERENCE SHIFRIN
16438 RAMADA DR
SAN DIEGO, CA 92128-2734

LAWRENCE & MARILU JOSLIN
W4033 G12 RD
STEPHENSON, MI 49887

LAWRENCE A REBBECCHI & PHYLLIS M REBBECCHI
102 TIZIANO WAY
VENICE, FL 34275-6701

LAWRENCE A SCHLUSSEL
P O BOX 3186
PALM BEACH, FL 33480-1386

LAWRENCE A SPANGLE SR
350 GILMORE RD SP 8
RED BLUFF, CA 96080

LAWRENCE A VARONE & DOLORES L VARONE
445 COVE TOWER DR #504
NAPLES, FL 34110

LAWRENCE AND RANDIE RATICK
LAWRENCE R RATICK
RANDIE H RATICK
454 NORTH ELTING CORNERS RD
HIGHLAND, NY 12528

LAWRENCE BORYS
CGM IRA CUSTODIAN
121 N. MAPLE DR.
BEVERLY HILLS, CA 90210-5502

LAWRENCE C TOBIN
6715 SHELL FLOWER LANE
DALLAS, TX 75252-5939

LAWRENCE D BATES
4610 E 54TH ST APT 109
TULSA, OK 74135-6209

LAWRENCE E SWEENEY TOD T D SWEENEY
J D SWEENEY P D SWEENEY L D SWEENEY
& C D HAMM SUBJ TO STA RULES
233 HIGH VISTA DR
DAVENPORT, FL 33837-5584

LAWRENCE E WOODRUM TRUSTEE
U/A DTD 10-4-91
LAWRENCE E WOODRUM
REVOCABLE TRUST
10029 ST CLAIR'S RETREAT
FT WAYNE, IN 46825-2024

LAWRENCE EDWARD COX
CGM IRA ROLLOVER CUSTODIAN
12 SIERRA LAVANDA
SANTA FE, NM 87507-0108

LAWRENCE FAMILY REV TR U/T/D 9/9/85
BILLY P LAWRENCE & MIKELL K LAWRENCE TRUSTEES
PO BOX 484
GREEN VALLEY, AZ 85622

LAWRENCE G KASTRINER
4 BIRCHWOOD LANE
WESTPORT, CT 06880

LAWRENCE H JAFFE TRUST
C/O BEVERLY JAFFE
770 CAMELOT COURT
LAKE FOREST, IL 60045-4838

LAWRENCE H RICHARDS CO LPA
PROFIT SHARING PLAN
LAWRENCE H RICHARDS TTEE
100 FEDERAL PLAZA EAST
400 CITY CENTRE ONE
YOUNGSTOWN, OH 44503-1838

LAWRENCE ISON
120 MAYWEES ROAD
FAIRFIELD, CT 06824

LAWRENCE J ARNOLD
JOHN STEVE CORRY
C/O ARETE CAPITOL MGMT
137 ANSELM RD
RICHBORO, PA 18954

LAWRENCE JOSEPH ANDERSON
103 DEER CREEK DR
RICHMOND, KY 40475

LAWRENCE K BENJAMIN
347 MT HOPE BLVD
HASTINGS ON HUDSON, NY 10706-2606

LAWRENCE L HEUCHERT AND IDA M HEUCHERT JTWRQS
2230 7TH AVE NORTH
GRAND FORKS, ND 58203-2907

LAWRENCE L TOBIN
6715 SHELL FLOWER LANE
DALLAS, TX 75252-5939

LAWRENCE L TOBIN
6715 SHELL FLOWER LANE
DALLAS, TX 75252-5939

LAWRENCE L TOBIN
6715 SHELL FLOWER LANE
DALLAS, TX 75252-5939

LAWRENCE L TOBIN
6715 SHELL FLOWER LANE
DALLAS, TX 75252-5939

LAWRENCE L TOBIN
6715 SHELL FLOWER LN
DALLAS, TX 75252-5939

LAWRENCE L TOBIN
6715 SHELL FLOWER LN
DALLAS, TX 75252-5939

LAWRENCE L. TOBIN
6715 SHELL FLOWER LN
DALLAS, TX 75252-5939

LAWRENCE LEVER TRUST
BRUCE BELSKY TRUSTEE
666 OLD COUNTRY RD
SUITE 602
GARDEN CITY, NY 11530-2004

LAWRENCE M GRAHAM (TRUST)
906 S CHESTNUT ST
CAMERON, MO 64429-2330

LAWRENCE M KARLIN
15745 ROLLER COASTER RD
COLORADO SPRINGS, CO 80921

LAWRENCE M WOLF
PATRICIA PEETE-WOLF JT TEN
2003 N OCEAN BLVD #405N
BOCA RATON, FL 33431-8319

LAWRENCE MAGID
141 CRESCENT DR
ALBERTSON, NY 11507

LAWRENCE NEAL POST
BOX 5865
DHAHRAN 31311 SAUDI ARABIA

LAWRENCE P RENEHAN
28669 DOUGLAS PARK RD
EVERGREEN, CO 80439

LAWRENCE REESE ROLLOVER IRA
10274 SW 26 STREET
DAVIE, FL 33312

LAWRENCE ROMAN
C/O WDF INC
30 N MACQUESTEN PKWY
MOUNT VERNON, NY 10550

LAWRENCE ROMAN IRA
LAWRENCE ROMAN
2 COVENTRY COURT
LARCHMONT, NY 10538

LAWRENCE S GREENWALD
ATTN BRADLEY J SWALLOW ESQ
GORDON FEINBLATT ET AL
233 EAST REDWOOD ST
BALTIMORE, MD 21202

LAWRENCE S WEISS IRA CUST
#47
3052 N SNOW CANYON PKWY
ST GEORGE, UT 84770

LAWRENCE S WILLIAMS
ALVIDA WILLIAMS JT/WROS
14410 SHANNONDELL DRIVE
AUDUBON, PA 19403-5609

LAWRENCE S WILSON &
BEVERLY J WILSON JT TEN
12262 AVENIDA CONSENTIDO
SAN DIEGO, CA 92128-3281

LAWRENCE W LEVI TTEE
LAWRENCE W LEVI REVOCABLE TRUST
U/A DTD 09/20/2004
116 NEWMAN PL
HOT SPRINGS NATIONAL PARK, AR 71913-9580

LAWRENCE WISHER &
KAREN M WISHER JTTEN
140 RICE ROAD
ELMA, NY 14059-9576

LC FRITTS TRUST
T. PATRICK SMITH
19556 SEVENTH ST EAST
SONOMA, CA 95476

LE ROY M CABRAL
910 DORINE AVENUE
RUHNERT PARK, CA 94928-1717

LEA AVIGDOR
ROSALYN AVIGDOR
20 E 74TH ST APT 7A
NEW YORK, NY 10021-2654

LEA B WOODRUM TRUSTEE
U/A DTD 10/04/91
LEA B WOODRUM  REV TRUST
10029 ST CLAIRS RETREAT
FORT WAYNE, IN 46825-2024

LEA KATZ
11 ZENTA RD
UNIT #202
MONROE, NY 10950-6250

LEA SOLOMON
3896 NOTTINGHAM DRIVE
TARPON SPGS, FL 34688-7647

LEA SOLOMON
3896 NOTTINGHAM DRIVE
TARPON SPGS, FL 34688-7647

LEAH B CURREY
934 CURREY RD
NASHVILLE, TN 37217

LEAH G GURIAN IRA
C/O STEPHEN S GURIAN
315 WEST 70TH ST #4G
NEW YORK, NY 10023

LEAH KNIGHT
6953 N BARNETT LANE
MILWAUKEE, WI 53217

LEAH RAE DABELOW
315 SHERWOOD FOREST DR
GALVESTON, IN 46932-9405

LEAH SCHWARTZ
26 HOLLY DRIVE
MORRIS PLAINS, NJ 07950

LEANDRA ABRAHAM
350 BOYLSTON ST
NEWTON, MA 02459-2874

LEANN L PETERSON TTEE
LEANN L PETERSON REV TR
DTD 06/03/99 MKT: WADE INVEST
17398 ADA COURT
EDEN PRAIRIE, MN 55347-4289

LEANN L PETERSON TTEE
LEANN PETERSON 2005 CHARITABLE
REMAINDER ANNUITY TR 06/30/05
17398 ADA COURT
EDEN PRAIRIE, MN 55347-4289

LEANN PETERSON
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
17398 ADA COURT
EDEN PRAIRIE, MN 55347-4289

LEANORA M MANCINI
1709 BARKER CIRCLE
WEST CHESTER, PA 19380-6188

LEATRICE L BOILEN
CHARLES SCHWAB & CO INC CUST
BROKERAGE ACCOUNT
763 VZ COUNTY RD 3821
WILLS POINT, TX 75169

LEE & ANDREA LASKIN
27 LOWELL DRIVE
MARLTON, NJ 08053

LEE A BRANCATO
150 DEVIN DR
GARNER, NC 27529

LEE A FRENCH
MARY ELLEN FRENCH
9905 TREASURE CAY LN
BONITA SPGS, FL 34135-6834

LEE A HEILER JR CPA INC EMPLOYEE PENSION PLAN
C/O LEE A HEILER JR CPA INC
200 CORDWAINER DR #103
NORWELL, MA 02061

LEE ADAMS
7814 FALLING LEAVES CT
ELLICOTT CITY, MD 21043

LEE ARENDT
5882 BEAR ROAD
CUSHING, MN 56443

LEE CHEN PO & DAVID LEE
7 BRIGHT HILL DRIVE # 12-03
SINGAPORE 579599

LEE CHEN PO & DAVID LEE
7 BRIGHT HILL DRIVE #12-03
SINGAPORE 579599

LEE E SHULTZ
813 JONES PKWY
BRENTWOOD, TN 37027

LEE F. DUPLER
1021 COIN LN
FRANKFORT, IN 46041

LEE GOODMAN
6820 LINDEN LN
PITTSBURGH, PA 15208-2843

LEE HOFFMAN
9 CHIPPEWA CT
HOLMDEL, NJ 07733

LEE J HOFFMAN
1 STARLING CT
PHOENIXVILLE, PA 19460-1069

LEE J NEMETZ
DONNA M NEMETZ
8 DARTMOUTH DR
GREENSBURG, PA 15601-1051

LEE KORN
53 DIANAS TRAIL
ROSLYN ESTATES, NY 11576

LEE LIVING TRUST
RD LEE TRUSTEE
ELIZABETH M LEE TRUSTEE
3097 CANDLEWOOD WAY
SIERRA VISTA, AZ 85650

LEE M SMITH IRA
C/O WHITENER CAPITAL MANAGEMENT, INC
PO BOX 7743
ROCKY MOUNT, NC 27804

LEE R & JACQUELYN M BALKEMA
5700 COPPER SANDS RUN
FRUITPORT, MI 49415

LEE R SUTPHIN
133 TOWHEE TRAIL
TRYON, NC 28782

LEE S WALKER
820 ANTIGUA DR
MYRTLE BEACH, SC 29572

LEIGH & JANICE WILSON
5459 GROVE MANOR
LADY LAKE, FL 32159

LEIGH & JANICE WILSON
5459 GROVE MANOR
LADY LAKE, FL 32159

LEIGH A DUFF
6301 COLLINS AVE
T901
MIAMI BEACH, FL 33141

LEIGH A DUFF
6301 COLLINS AVE
TS01
MIAMI BEACH, FL 33141

LEIGH R JONES
SHIRLEY M JONES
6744 S COLUMBINE RD
EVERGREEN, CO 80439-7000

LEILA MCDOWELL HEAD
506 FAIRFAX LANE
HERNDON, VA 20170-5134

LEILA PITTS
2601 ANDOVER CT
APT 413
LITTLE ROCK, AR 72227

LEILA R EPSTEIN
2606 S GREEN RD
UNIVERSITY HEIGHTS, OH 44122

LEISSA J MITCHELL + J KEITH MITCHELL
190 LOST HOLLOW RD
DILLSBURG, PA 17019

LEISURE I I I, RALPH C
PO BOX 852
GREENFIELD, IN 46140-0852

LELA M RUST
15 PINEHURST RD
LINCOLN, IL 62656-9100

LELAND GAIL MORAN
2080 COMPTON RD
NEWARK, OH 43055

LELAND J. VIRAG & VIRGINIA LEE VIRAG TTEES FOR
THE LELAND J VIRAG FAMILY TRUST AS AMENDED AND
RESTATED IN ITS ENTIRETY IN 2001, DATED OCTOBER 12,
2001
6411 N DOLORES
FRESNO, CA 93711-1322

LELAND M ZEPEDE TRUSTEE
LELAND M ZEPEDE
25331 HAYES AVE
MURRIETA, CA 92562-9465

LELAND R LYNCH & MARIOL L LYNCH
C/O LELAND R LYNCH
1929 MILL POINTE DR SE
MILL CREEK, WA 98012

LEMIC INSURANCE COMPANY
9543 FENWAY AVE
BATON ROUGE, LA 70809

LEN, LEONARD S.
5937 BELMONT ST
DEARBORN HTS, MI 48127-2408

LENA ERIKKSON
49 BAYVIEW AVE
CORNWALL ON HUDSON, NY 12520

LENNARTH & BARBARA EDH REV TR
LENNARTH & BARBARA EDH TRUSTEES U/A DTD 08/11/1999
913 WYCLIFFE DR
MODESTO, CA 95355-4734

LENNARTH & BARBARA EDH REV TR
LENNARTH EDH & BARBARA EDH
TRUSTEES U/A DTD 08/11/1999
E-SB ACCOUNT
913 WYCLIFFE DR
MODESTO, CA 95355-4734

LENON FAMILY DECENDANTS
TRUST B U/A/D 2 22 93
KATHARINA M LENON TRUSTEE
5479-A PASEO DEL LAGO WEST
LAGUNA WOODS, CA 92637-2679

LENORE BAUMANN TTEE
FBO LENORE BAUMANN
U/A/D 04/29/03
6415 GEMSTONE
LIBERTY TOWNSHIP, OH 45044-9660

LENORE FELDMAN
8 IVY LANE
LAWRENCE, NY 11559-2403

LENVILLE MASH
LENVILLE MASH (IRRA)
2280 SYPHER RD.
AKRON, OH 44306

LENVILLE MASH
LENVILLE MASH (SEP)
2280 SYPHER RD
AKRON, OH 44306-4231

LENVILLE V MASH
LENVILLE V MASH (IRA)
2280 SYPHER RD
AKRON, OH 44306-4231

LENVILLE V MASH TTEE
LENVILLE V MASH
LIVING TRUST
U/A DTD 3/21/89
2280 SYPHER RD.
AKRON, OH 44306-4231

LENVILLE V MASH TTEE
LENVILLE V MASH LIVING TRUST
U/A DTD 3/21/89
2280 SYPHER RD
AKRON, OH 44306

LEO A SUSLOW
3311 PATRICK HENRY DR
FALLS CHURCH, VA 22044

LEO AND ANNE MADURA
1023 W HAMILTON DR
NILES, IL 60714

LEO AND RITA COCOSE
330 W 28TH ST APT 11H
NEW YORK, NY 10001

LEO B & BEULAH T HOOVER REV TR
U/A/D 7 6 90
LEO B HOOVER TRUSTEE &
BEULAH T HOOVER TRUSTEE
PO BOX 606
INDEPENDENCE, LA 70443-0606

LEO BLOOMER
911 INVERNESS CIRCLE
HIGHLAND VILLAGE, TX 75077

LEO CHARRON
SHARYN L CHARRON TEN ENT
7310 SKYLINE DR
HUDSON, FL 34667

LEO COLOMBO
36654 GROVE
LIVONIA, MI 48154

LEO HAAS AND MICHAEL HAAS
5380 CEDAR LAKE DR #101
BOYNTON BEACH, FL 33437

LEO HILL
4840 THUNDERBIRD DR #93
BOULDER, CO 80303

LEO KEILES
2913 WESTMINSTER AVE
DALLAS, TX 75205

LEO LIBRIZZI & GAIL LIBRIZZI
11 STARKS PL
LYNBROOK, NY 11563-4058

LEO M STOREY JR
12 STUYVESANT CRESCENT
ASHEVILLE, NC 28803

LEO POLEHN
BETTY R. POLEHN
3825 PLEASANT RIDGE RD
THE DALLES, OR 97058-9611

LEO SCHROEDER
801 LAKE HINSDALE DR #301
WILLOWBROOK, IL 60527

LEON A STASKIEWICZ
6810 MOON ROCK CT
ALEXANDRIA, VA 22306

LEON AUERBACH
306 CAPTAINS WAY
BAY SHORE, NY 11706

LEON B THRASHER REV LIVING TRUST
ROSEMARY GREENE & LOUISE CARPENTER
1342 SE 15TH ST
OCALA, FL 34471

LEON CHURCH SEP IRA
RAYMOND JAMES & ASSOC INC CSDN
2509 RAVINE DR
NASHVILLE, TN 37217-3614

LEON CUMMINGS
338 WEST ROCK AVE
NEW HAVEN, CT 06515

LEON DIAZ
12 GLENWOOD DR
BLAUVELT, NY 10913

LEON ELLENBOGEN
16 MORRIS DR
NEW CITY, NY 10956-4652

LEON H STEINBERG TTEE
FBO LEON H. STEINBERG REV TR
U/A/D 05-09-1979
8916 PLAYERS CLUB DRIVE
LAS VEGAS, NV 89134-6353

LEON HELFAND
197 RIMMON RD
WOODBRIDGE, CT 06525

LEON M BLYTHE
346 RIO GRANDE
EDGEWATER, FL 32141

LEON R TRITT
2732 MADRIGAL LN
WEST MELBOURNE, FL 32904-7493

LEON ZIMILIS AND
FIRA KROVBLIT DE ZIMILIS
3313 SW 49TH STREET,
HOLLYWOOD, FL 33312-7945

LEONA BOERMAN & DONALD BOERMAN
4081 BYRON RD
HUDSONVILLE, MI 49426

LEONA F SINGLETON
1302 N WILLOW LN
WICHITA, KS 67208

LEONA H FLETCHER/ FAMILY TST
LEONA H FLETCHER TTEE O/T FLETCHER FAMILY TRUST
DTD 11-2-93
4040 E PIEDMONT #17
HIGHLAND, CA 92346-4815

LEONA M ROEN
314 GREENFIELD DR
GLENVIEW, IL 60025

LEONA SANFILIPPO
205 COBBLESTONE DRIVE
CHAPEL HILL, NC 27516-8738

LEONARA A BUCCI &
ALFRED A BUCCI
JTTEN
451 LAKESHORE DR
COLUMBIAVILLE, MI 48421-9728

LEONARD & KAYE NAJMULSKI
2422 MILLIGAN GROVE
GROVE CITY, OH 43123

LEONARD A BARNSTONE
CGM IRA ROLLOVER CUSTODIAN
5 SUMMIT ROAD
MORRISTOWN, NJ 07960-2826

LEONARD BENSON AND
TAMARA BENSON JTWROS
19333 COLLINS AVENUE #1607
SUNNY ISLES, FL 33160-2371

LEONARD BIEL JR
114 E 90TH ST
NEW YORK, NY 10128-1550

LEONARD C BACON
1559 BAKER ST
BAKER CITY, OR 97814

LEONARD C HEIMANN FAMILY TRUST
C/O LEONARD HEIMANN TRUSTEE
1100 E WHITTIER BLVD APT 258
LA HABRA, CA 90631

LEONARD C OLSON
827 N GIBBONS AVE
ARLINGTON HEIGHTS, IL 60004

LEONARD C WATSON
6035 BRIDGE WATER CIRCLE
PONTE VEDRA BEACH, FL 32082-3005

LEONARD D MCKELVEY
7356 SILKWOOD LN
HIGHLAND, CA 92346-6225

LEONARD DAIN
4808 LONGRIDGE AVE # 212
SHERMAN OAKS, CA 91423-2145

LEONARD DAVID RUBENSTEIN AND
ROBERTA CAROL RUBENSTEIN
JTWROS
7401 BRACKENWOOD DRIVE
INDIANAPOLIS, IN 46260-5443

LEONARD E NEAL ROTH IRA
LEONARD E NEAL
1701 SW BOXWOOD LANE
DALLAS, OR 97338

LEONARD E SKLAR
PO BOX 246508
PEMBROKE PINES, FL 33024

LEONARD E ZEMP
1235 CLARENCE DR
CONWAY, AR 72034-5580

LEONARD GROSS TTEE
FBO LEONARD GROSS LIV TR
U/A/D 07/29/03
2743 FAISS DR
LAS VEGAS, NV 89134-7469

LEONARD H FRANKS TTEE
LEONARD H FRANKS TR U/A
DTD 03/11/1985
542 CLAVEY LN
HIGHLAND PARK, IL 60035-4533

LEONARD J GRAY
APT 915
107 NOTT TERRACE
SCHENECTADY, NY 12308

LEONARD J TOMASIK
4551 SHADOWOOD LN
TOLEDO, OH 43614

LEONARD JAMES MOLLOY
CHARLES SCHWAB & CO INC CUST
2700 SULGRAVE RD
SHAKER HIEGHTS, OH 44122-2328

LEONARD K BOWMAN
6050 TRIPLE CROWN CIR
GREENSBURG, PA 15601-9290

LEONARD K BOWMAN
6050 TRIPLE CROWN CIR
GREENSBURG, PA 15601-9290

LEONARD K BOWMAN
6050 TRIPLE CROWN CIR
GREENSBURG, PA 15601-9290

LEONARD KLEINMAN
7207 W RIM DR
AUSTIN, TX 78731-2056

LEONARD L & MARGARET ALBERT
MARGARET ALBERT
130 SUNBURST DR
FRANKENMUTH, MI 48734

LEONARD L BISHOP & BEVERYL W BISHOP JT TEN
LEONARD L BISHOP
MESA E MAIN ST #264
MESA, AZ 85205

LEONARD L GUTHIER
& BETTIJEAN GUTHIER JTTEN
15515 AUBURN RD
FORT WAYNE, IN 46845-9739

LEONARD L MAIDA & DOROTHY G MAIDA JT WROS
PO BOX 366
MANCHESTER, MA 01944-0366

LEONARD LEFKOWITZ
6313 CAMEO CT
ROCKVILLE, MD 20852

LEONARD MORIBER / ELSIE MORIBER
LEONARD MORIBER AND
ELSIE MORIBER
1000 PARKVIEW DT #129
HALLANDALE, FL 33009-2999

LEONARD MORIBER / MITHCELL MORIBER
LEONARD MORIBER AND
MITHCELL MORIBER
1000 PARKVIEW DR #129
HALLANDALE, FL 33009-2999

LEONARD NADELMAN
2245 SUN CLIFFS ST
LAS VEGAS, NV 89134-5549

LEONARD POMARANSKI
45369 BRUNSWICK
CANTON, MI 48187

LEONARD R BARBATO
WBNA CUSTODIAN TRAD IRA
5240 NW 109TH WAY
CORAL SPRINGS, FL 33076-2748

LEONARD S BERNSTEIN PSP
CHARLES SCHWAB & CO INC CUST
LEONARD S BERNSTEIN MD INC PAR
6747 RIDGE MANOR AVE
SAN DIEGO, CA 92120-3142

LEONARD S GOODMAN R/O IRA
FCC AS CUSTODIAN
7119 16TH ST NW
WASHINGTON, DC 20012-1537

LEONARD VANDERHOOF
APT 302
1150 WEST 13TH STR
SAN PEDRO, CA 90731

LEONARE S MICHELMAN
IRA WITH FIDELITY INVESTMENTS
PO BOX 292
SPRINGFIELD, MA 01101-0292

LEONARE S MICHELMAN TRUSTEE
SYBIL T MICHELMAN FAMILY TRUST
PO BOX 292
SPRINGFIELD, MA 01101-0292

LEONORA M PAXSON
C/O ARTHUR S GEBINET EXECUTOR
ESTATE OF LENORA M PAXSON
2223 YARDLEY RD
YARDLEY, PA 19067

LEONORA WEINBLATT
200 E 16TH ST APT 10J
NEW YORK, NY 10003-3711

LEONORA WEINBLATT
200 E 16TH ST APT 10J
NEW YORK, NY 10003-3711

LEOPOLD WEISS TTEE & EVELYN WEISS TTEE
11472 FAIRFIELD RD W
HOPKINS, MN 55305

LEOPOLD WEISS TTEE & EVELYN WEISS TTEE
C/O LEOPOLD WEISS
9510 SEAGRAPE DR #306
DAVIE, FL 33324

LEROY & DORIS JACKSON JT TEN
1029 DOGWOOD DRIVE
GASTONIA, NC 28056

LEROY & JOAN ANDERSON
6306 COTSWOLD LN
CHERRY VALLEY, IL 61016

LEROY & VIRGINIA SPROAT
PO BOX 934
PORT ANGELES, WA 98362-0161

LEROY A BARIS REV INTERV TRUST U/A DTD
04/15/91 LEROY A BARIS TTEE
15417 BRAEFIELD DR
CHESTERFIELD, MO 63017-1831

LEROY C BRYAN, IRREVOCABLE TRUST
BETTY B STOKES TRUSTEE
723 COLUMBUS AVE
PHILADELPHIA, MS 39350

LEROY C CISKE & LORRAINE M CISKE
JTWROS
3130 N PEACHTREE LN
APPLETON, WI 54911-1419

LEROY D NEWCOMER ROLLOVER IRA (UBS FINANCIAL SERVI
LEROY D NEWCOMER
13736 W 115TH TERR
OLATHE, KS 66062

LEROY DAHLEN
1816 MARQUETTE ST
RACINE, WI 53402

LEROY DOTY
4514 W 105TH AVE
CROWN POINT, IN 46307

LEROY J PHILLIPS
2016 NIGELS DR
DUNEDIN, FL 34698-2338

LEROY JACQUES
425 BRIGGS CT
ROSEVILLE, CA 95747

LEROY JONES
927 W JUNIPER DR
MIAMI, AZ 85539

LEROY KORBAN
N6484 SHOREWOOD HILLS RD
LAKE MILLS, WI 53551-9770

LEROY L WALLACE
LEROY WALLACE
4602 N KERSHNER RD
SAND SPRINGS, OK 74063-5424

LEROY REIFF & VERA H REIFF
18711 SHADY MAPLE RD
BROAD TOP, PA 16621-8608

LEROY SPIVEY &
NICOLE SPIVEY JT TEN
4114 AVENUE I
BROOKLYN, NY 11210-4436

LEROY W & CELIA B POWELL CO-TTEES
FBO LEROY W & CELIA B POWELL
TR DTD 08-16-93
PO BOX 033563
INDIALANTIC, FL 32903-0563

LESLEY DOYLE
4058 FAIRWAY LAKES DR
MYRTLE BEACH, SC 29577-5924

LESLIE & PAMELA GEORGE
1263 CROSBY CRESCENT
ANN ARBOR, MI 48103

LESLIE AND JUDITH FAZEKAS
37 PRUE AVE
TORONTO ONTARIO CANADA M6B 1R3

LESLIE AND PATRICIA EDER TTEES
THE LESLIE EDER TRUST
DATED 07/18/02
P.O. BOX 372503
SATELLITE BCH, FL 32937-0503

LESLIE ELEK
8121 INDIGO RIDGE TER
BRADENTON, FL 34201-2058

LESLIE H BRENNER
55 OAK AVE
HUNTINGTON STATION, NY 11746

LESLIE J LOOMIS IRA
JMS LLC CUST FBO
27 BRANDYWINE DR
MOUNTAIN TOP, PA 18707-2214

LESLIE R TAPPAN IRA
C/O LESLIE R TAPPAN
PO BOX 757
ELKADER, IA 52043

LESLIE RUDY
926 DEER CLIFF CT
FORT WAYNE, IN 46804

LESLIE S SCHRAGER
7 INGE LANE
MARLBORO, NJ 07746

LESLIE THOMAS WHITFIELD
5844 N MULLIGAN AV
CHICAGO, IL 60646-5333

LESTER D HOWARD
C/O LESTER HOWARD
3396 W EL PASO DR
KANKAKEE, IL 60901

LESTER EIDELHOCH MD
6 OLD WILLOW RD
NEW HARTFORD, NY 13413

LESTER EIDELHOCH MD
6 OLD WILLOW RD
NEW HARTFORD, NY 13413

LESTER EIDELHOCH MD
6 OLD WILLOW RD
NEW HARTFORD, NY 13413

LESTER G GROTZINGER & U/A VANGUARD
LESTER G GROTZINGER & MARY C GROTZINGER TR
UA 09-19-1996
LESTER G GROTZINGER REV TRUST
418 WARWICK DR
GREENSBURG, PA 15601-6339

LESTER H KRAWITZ
7900 ELKINS PARKHOUSE
APT 507A
ELKINS PARK, PA 19027

LESTER H KRAWITZ
7900 ELKINS PARKHOUSE
APT 507A
ELKINS PARK, PA 19027

LESTER H KRAWITZ
7900 ELKINS PARKHOUSE
APT 507A
ELKINS PARK, PA 19027

LESTER H. KRAWITZ
7900 ELKINS PARK HOUSE
APT 507 A
ELKINS PARK, PA 19027

LESTER H. KRAWITZ
7900 ELKINS PARKHOUSE
APT 507A
ELKINS PARK, PA 19027-2318

LESTER H. KRAWITZ
7900 ELKINS PARKHOUSE
APT 507A
ELKINS PARK, PA 19027-2318

LESTER NADEL
130 EAST 18TH ST #8W
NEW YORK, NY 10003

LESTER PEDELL (IRA)
FCC AS CUSTODIAN
25 WINDSOR LANE
BOYNTON BEACH, FL 33436

LESTER PEDELL (IRA)
FCC AS CUSTODIAN
25 WINDSOR LN
BOYNTON BEACH, FL 33436-6064

LESTER R BRYANT
131 MAGNOLIA RIDGE DR
JONESBOROUGH, TN 37659

LESTER SAYLER
TOD REGISTRATION
10105 COURTYARDS PLACE WEST
JACKSONVILLE, FL 32256-7162

LESTER W KRAUSE
6970 MUSIC ALLEY LN
KINGMAN, AZ 86409

LESTER W RAGLAND
42 ILLINI DR
LINCOLN, IL 62656-9110

LETA F ANDERSON & FRED P ANDERSON
7869 TANKARD DR
MEMPHIS, TN 38125

LETA W GIBSON
19861 10TH AVE NW
SHORELINE, WA 98177

LETITIA GAVIN STALLARD
629 PENN PL
WINTER PARK, FL 32789

LEVENSON FAMILY TRUST
C/O ALBERT A & ANNABELLE LEVENSON
TTEE DTD 04/11/1996
402 HILLCREST DR
MT VERNON, OH 43050-2908

LEW SOWARDS
JEANNIE TAZIOLI
5145 BLACK MOUNTAIN RD
WICKENBURG, AZ 85390

LEWIE & JOAN MOORE
2928 N JACKSON
PALESTINE, TX 75803

LEWIS & SHARON HIATT
3601 E 3920 NORTH
KIMBERLY, ID 83341

LEWIS ANILE SR
133 LAURELWOOD PL
WEIRTON, WV 26062-5517

LEWIS B POLLAK JR.
1605 INKBERRY LN
JACKSONVILLE, FL 32259-5450

LEWIS C & HELEN E GRAHAM
6601 NW 50TH ST
LAUDERHILL, FL 33319

LEWIS DASTIS
IRA FBO LEWIS DASTIS
PERSHING LLC AS CUSTODIAN
1048 MICHIGAN AVE APT 8
MIAMI BEACH, FL 33139-4849

LEWIS DASTIS, BONNIE KEEFE, MARCI AFALLA
LEWIS DASTIS & BONNIE G KEEFE & MARCI DASTIS
1048 MICHIGAN AVE APT 8
MIAMI BEACH, FL 33139-4849

LEWIS DAVID ZAGOR
1245 PARK AVENUE
APT 6-F
NEW YORK, NY 10128-1735

LEWIS DAVID ZAGOR
CGM IRA ROLLOVER CUSTODIAN
1245 PARK AVENUE - APT. 6F
NEW YORK, NY 10128-1737

LEWIS E MCREE IRA MLPF&S CUSTODIAN
LEWIS E MCREE
15926 AZALEA SHORES COURT
HOUSTON, TX 77044

LEWIS E THOMAS JR
ELAINE A THOMAS JTWROS
3371 W DODGE RD
CLIO, MI 48420

LEWIS EDWARDS
16516 E 41ST TER S
INDEPENDENCE, MO 64055-5412

LEWIS GRAVES (CGM IRA CUSTODIAN)
8929 E 3RD PLACE
TULSA, OK 74112-2435

LEWIS H WEST
PO BOX 510584
PUNTA GORDA, FL 33951-0584

LEWIS H WILKINSON AND
AGNES M WILKINSON REV LIVING TRUST UAD 6/18/02
LEWIS H WILKINSON TRUSTEE
3589 COVINGTON PIKE #224
MEMPHIS, TN 38128-3944

LEWIS HILL &
JANET I HILL
JT TEN
1770 OLD PLAIN RD.
PENNSBURG, PA 18073-2418

LEWIS KASKEL TRUST
C/O JANE KASKEL GLOTZER COTRUSTEE
1122 UNION AVE
BOULDER, CO 80304

LEWIS LATIMER
709 B AVE
WEST COLUMBIA, SC 29169-7140

LEWIS LYONS
6424 HWY 81
OWENSBORO, KY 42301

LEWIS MARY ANN
3075 SUNDOWN LN
SAGINAW, MI 48603-6199

LEWIS MASSI
79 BYRAM RIDGE RD
ARMONK, NY 10504

LEWIS MICHAEL &
LOUISE MICHAEL JT TEN
26060 SPLENDID MEADOW CT
ASTATULA, FL 34705-9256

LEWIS P LINEBERGER
6300 YELLOWSTONE ST
ORLANDO, FL 32807

LEWIS P LINEBERGER
6300 YELLOWSTONE ST
ORLANDO, FL 32807

LEWIS PARKS JR
207 HOLMES DR
ATHENS, GA 30606-4503

LEWIS POLLOCK TR
U/A DTD 11/23/82
FBO LEWIS POLLOCK ET AL
700 JOHN RINGLING BLVD W305
SARASOTA, FL 34236-1588

LEWIS R MILLER
5021 HOLLYRIDGE DR
RALEIGH, NC 27612

LEWIS SCIARILLO
999 HACIENDA DR
SIMI VALLEY, CA 93065

LEWIS, EDWARD W
41356 ROBIN ST
MATTAWAN, MI 49071-8713

LEYMON MORRIS & MARSHA LYNN MILSTEAD
C/O R W MILSTEAD OR LYNN MILSTEAD
2653 ANNETTE ST
FLAGLER BEACH, FL 32136

LIANA M TECHOW
16262 CREPEMYRTLE DR
BATON ROUGE, LA 70817

LIBARDO TORO
54 TREATY DR
CHESTERBROOK, PA 19087

LIBERATO CARBONE
CGM IRA CUSTODIAN
6410 MELSTONE COURT
CLIFTON, VA 20124-2437

LIBORIO M ARGANO
255 VAN ETTEN RD
SPENCER, NY 14883-9568

LICHTERMAN FAMILY LLC
3138 PATRICIA AVENUE
LOS ANGELES, CA 90064-4718

LIDIA RYZYK
214 COOK AVE
YONKERS, NY 10701

LIEBERMAN FAMILY TRUST
HERBERT AND NAOMI LIEBERMAN
160 FOX HOLLOW DR APT 506
MAYFIELD HTS, OH 44124-4193

LIEN-FUNG CHANG
7536 BERKSHIRE PINES DR
NAPLES, FL 34104

LIEN-FUNG CHANG
CHARLES SCHWAB AND CO INC CUST
IRA CONTRIBUTORY
7536 BERKSHIRE PINES DR
NAPLES, FL 34104

LIESELOTTE WELLMANN
AM HEGEDE 8
58313 HERDECKE GERMANY

LIGUO CUI
215 200 GATEWAY BLVD
TORONTO ON M3C 1B5
CANADA

LILA J KATZ
21771 ARRIBA REAL #31G
BOCA RATON, FL 33433

LILA JEAN ALBRECHT
DESIGNATED BENE PLAN/TOD
1255 38TH AVE SPC 120
SANTA CRUZ, CA 95062-3203

LILA MARGOLIS TTEE
FBO LILA MARGOLIS
13594 MOROCCA LAKE LANE
DELRAY BEACH, FL 33446-3786

LILA MARIE REINMUTH
606 SO HIGHWAY 11
ALCESTER, SD 57001

LILLAN CHUN LU LO
C/O LILLIAN LO
371 KNOLLWOOD RD EXT
ELMSFORD, NY 10523

LILLIAN CASAMASSINA
13424 SW 136 TERRACE
MIAMI, FL 33186

LILLIAN G. BLACKWELL
1705 APPLEWOOD LN
LOUISVILLE, KY 40222

LILLIAN GRANT, TRUST
CRAIG GRANT, TRUSTEE
138 BLUEBERRY LN
HICKSVILLE, NY 11801

LILLIAN J BRUZZESE
152 RIDGEMOOR DRIVE
HOMEWOOD, AL 35209

LILLIAN L LOVE TRUST REVOCABLE DATED 1-29-1992
LILLIAN L LOVE
3810 MISSION HILLS RD #407
NORTHBROOK, IL 60062

LILLIAN L MCKENNA
702 RANDALL ST
DE PERE, WI 54115-3025

LILLIAN TARR
420 REVERE BEACH
APT 401
REVERE, MA 02151

LILLIAN ZUTZ
3905 KINGS MILL RUN
ROCKY RIVER, OH 44116

LIM PAIK CHOK ROSE
4B 63 BLUE POOL ROAD
HAPPY VALLEY HONG KONG CHINA

LIN WANG
TOD BENEFICIARIES ON FILE
15 BAR HARBOUR UNIT 3J
SCHAUMBURG, IL 60193-1923

LIN ZHOU
9C TOWER 7
ISLAND HARBOURVIEW
11 HOI FAI RD
TAI KOK TSUI, KOWLOON, HONG KONG

LINA H CUNNINGHAM
2900 SHARON RD
CHARLOTTE, NC 28211-2130

LINA M DEDEAUX
10921 JACK KRAMER DR
BATON ROUGE, LA 70810

LINDA & HARVEY HEEREMA
LINDA L HEREEMA
45 DOWLING PKWY
WEST PATERSON, NJ 07424

LINDA A BUTLER
85 HILLCREST AVE
WEST HAVEN, CT 06516

LINDA A BUTLER
85 HILLCREST AVE
WEST HAVEN, CT 06516

LINDA A STROM
10273 SADDLE CREEK DRIVE
SACRAMENTO, CA 95829

LINDA A ZARDUS ROTH IRA
FCC AS CUSTODIAN
105 LANE OF TREES
CHERRY HILL, NJ 08003-2657

LINDA A. BROOKS
439 RIVER DR
BAY CITY, MI 48706

LINDA B LOWE
1113 LIPSCOMB DRIVE
NASHVILLE, TN 37204

LINDA BETH ELLIOTT
1980 W CALLE CASAS LINDAS
GREEN VALLEY, AZ 85622

LINDA BROWN GIBBS
724 CECILE PLACE
SHREVEPORT, LA 71106-1202

LINDA BYDALEK
CHARLES SCHAB AND CO INC CUST
IRA ROLLOVER
31151 N TRAIL DUST DR
QUEEN CREEK, AZ 85143-4138

LINDA BYDALEK
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
31151 N TRAIL DUST DR
QUEEN CREEK, AZ 85143-4138

LINDA BYDALEK
SCOTTRADE CUST
IRA ROLLOVER
31151 N TRAIL DUST DR
QUEEN CREEK, AZ 85143-4138

LINDA CALISE
AMERIPRISE FINANCIAL SERVICES, INC
401 FRANKLIN AVE, SUITE 101
GARDEN CITY, NY 11530

LINDA CAROL BAKER
132 DOVER BLVD S
BROWNSBURG, IN 46112-1590

LINDA D`AMICO
MARIE D`AMICO JTWROS
15 SOUTH HILLTOP AVE
SOMERDALE, NJ 08083-1715

LARRIE THORNE
C/O WACHOVIA SECURITIES
201 NORTH MAIN ST.
POCATELLO, ID 83204