**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **MOTORS LIQUIDATION COMPANY, *et al.,*** | : | **Case No. 09-50026 (REG)** |
| **f/k/a General Motors Corp., *et al.,*** | : | |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------------x

## <u>AMENDED AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK      )
                       ) ss:
COUNTY OF SUFFOLK      )

I, Barbara Kelley Keane, being duly sworn, depose and state:

    1.    I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

    2.    Between August 19, 2010 and August 20, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors in the above-captioned case and pursuant to the **Notice of Debtors' Sixtieth Omnibus Objection to Claims [Docket No. 6670]**, I caused to be served a customized **Notice of Objection to Individual Debt Claims**, a copy of which is annexed hereto as Exhibit "A", upon each of the parties set forth in Exhibit "B" annexed hereto (affected parties) by depositing same in a sealed, postage paid envelope at a United States Post Office for delivery by the United States Postal Service via First Class Mail.

/s/ Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this
9th day of September 2010

/s/ Eamon Mason             
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Qualified in Manhattan County
Commission Expires:  May 19, 2012

# EXHIBIT A

PLEASE CAREFULLY REVIEW THIS NOTICE AS IT WILL AFFECT YOUR CLAIM
IN THE GENERAL MOTORS CORPORATION (NOW MOTORS LIQUIDATION
COMPANY) BANKRUPTCY CASE

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re                                                    :          Chapter 11 Case No.
                                                         :
**MOTORS LIQUIDATION COMPANY,** *et al.,*       :          **09-50026 (REG)**
        **f/k/a General Motors Corp.,** *et al.*    :
                                                         :
            **Debtors.**                            :          **(Jointly Administered)**
                                                         :
------------------------------------------------------------x

## NOTICE OF OBJECTION TO INDIVIDUAL DEBT CLAIMS

### [Claimant Name]

| Claim Information | | | | | Basis For Objection |
|---|---|---|---|---|---|
| **Date** | **Claim #** | **Debtor** | **Classification** | **Amount** | **Claim is duplicative of a claim allowed for the indenture trustee on behalf of all Individual Bondholders** |
|  |  |  |  |  |  |

        **PLEASE TAKE NOTICE THAT**, on August 13, 2010, Motors Liquidation Company
(formerly known as General Motors Corporation) and its affiliated debtors, as debtors in
possession (the "**Debtors**"), filed an objection to your proof of claim identified above.  The name
of the objection is the Debtors' _____ Omnibus Objection to Claims (Duplicate Debt
Claims) (the "**Objection**").

        **You have received this notice because the Debtors have objected to your**
        **proof of claim and your rights will be affected.**

        **You should read this notice carefully and discuss it with your attorney.**
        **If you do not have an attorney, you may wish to consult one.**

**A copy of the full Objection can be viewed at
http://www.motorsliquidationdocket.com/bond.php3.  Or, you may
request a complete copy of the Objection at the Debtors' expense, by
contacting the Debtors at 1-800-414-9607, or by sending an e-mail to
claims@motorsliquidation.com.**

The reason for the Objection is that your claim is duplicative of two global claims filed on your behalf (and on behalf of all affected bondholders) by Wilmington Trust Company ("**WTC**"), as the indenture trustee for your General Motors Corporation bonds.  An indenture trustee is an entity that manages a bond issuance for the benefit of the individual bondholders, and handles all the administrative aspects of the bond issuance.  The claims filed by WTC ensure your interests are protected with respect to the interest, principal, and trustee fees under your bonds.  You will be entitled to receive a distribution on account of such interests through the global proofs of claim filed by WTC, and the disallowance of your individual claim will not affect such interests.  If you have additional claims with respect to your bonds beyond interest, principal, and trustee fees, such claims will be disallowed pursuant to this Objection.  A copy of the stipulation allowing the claims of WTC can be viewed at **http://www.motorsliquidationdocket.com/bond.php3**.

**YOU WILL NOTICE THAT** the Objection requests that the Bankruptcy Court expunge and disallow your claim listed above on the ground that your claim is duplicative of the global claim filed by WTC.  **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed, and you will not be entitled to any distribution from the Debtors' estates on the claim you filed.**

If you disagree with the Objection's treatment of your claim, you may call the Debtors to try and resolve your concerns at **1-800-414-9607**.  If you are unable to resolve your concerns with the Debtors before the deadline to respond, then you <u>must</u> file and serve a written response

(a "**Response**") to the Objection in accordance with this notice and you <u>must</u> appear at the Hearing described below.

You may participate in the Hearing telephonically provided that you comply with the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider."  You must also provide prior written notice by mail or e-mail of your telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Russell Brooks, Esq. (russell.brooks@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Jennifer Sharret, Esq. (jsharret@kramerlevin.com)).

**If you do not oppose the disallowance and expungement of your claim, then you do not need to file a Response or appear at the Hearing.**

**<u>PLEASE TAKE FURTHER NOTICE THAT</u>** a hearing (the "**Hearing**") on the Objection is scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on **September 24, 2010 at 9:45 a.m. (Eastern Time)**.  If you file a Response to the Objection, you should plan to appear at the Hearing either in person or telephonically.  The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to your claim.  If the Debtors do continue the Hearing with respect to your claim, then the Hearing will be held at a later date.  If the Debtors do not

continue the Hearing with respect to your claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **September 17, 2010 at 4:00 p.m. (Eastern Time)**.  Only those Responses that are timely will be considered at the Hearing.  Your Response will be deemed timely only if it is:  (a) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing system (The User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov) before the deadline for Responses **or** (b) **actually** received on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format **and** in hard copy at each of the following addresses on or before the deadline for response:

      A.      Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;

      B.      Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and

      C.      Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Jennifer Sharret, Esq.).

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the number of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the

4

extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person that can be contacted in connection with the Objection.

If the Bankruptcy Court does NOT disallow and expunge your claim listed above, then the Debtors have the right to object on other grounds to your claim (or to any other claims you may have filed) at a later date.  You will receive a separate notice of any such objections.

If you have any questions about this notice or the Objection, please contact the Debtors at **1-800-414-9607**.    CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

**PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief requested in the Objection without further notice or a hearing if you fail to file a timely Response or appear at the Hearing.**

Dated: New York, New York
        August 18, 2010

WEIL, GOTSHAL & MANGES LLP
Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT B

LINDA E COOPER
9444 E VOLTAIRE DR
SCOTTSDALE, AZ 85260-4378

LINDA E KETTLER RONALD I KETTLER JT TEN
1030 LANDING PLACE DR
LAKE SAINT LOUIS, MO 63367-4066

LINDA F DENNIS
24 MARLBOROUGH AVE
MIDDLESEX, NJ 08846-2021

LINDA F DENNIS TTEE PAMELA SMITH SPECIAL NEEDS TRUST
LINDA F DENNIS TTEE U/A DTD 8-13-08
PAMELA SMITH SPECIAL NEEDS TRUST
24 MARLBOROUGH AVE
MIDDLESEX, NY 08846-2021

LINDA F HEIERMANN TTEE POA
LAWRENCE O JESICK REV TRUST
05732 RIDGE RD
EAST JORDAN, MI 49727

LINDA G BRANTLEY
1706 15TH AVENUE
PHENIX CITY, AL 36867-4829

LINDA GOLDBERG
205 PARK AVENUE #2
HOBOKEN, NJ 07030

LINDA GRAHAM & EDWARD L GRAHAM
JT WROS
6716 RICKETT
WASHINGTON, MI 48094-2174

LINDA GREENFIELD
3906 WEST TOWN ST
TAMPA, FL 33629-7833

LINDA GRIFFIN FELD
1600 WINDING CREEK ROAD
PROSPER, TX 75078

LINDA HIRSCH
6902 FOUNTAINS CIR VC-16
LAKE WORTH, FL 33467

LINDA JANE EVANSWOOD
44 IRON MILL GARTH
COCKEYSVILLE, MD 21030-1354

LINDA KAPISAK
711 GLADIOLUS STREET
P O BOX 2045
ANNA MARIA, FL 34216-2045

LINDA KAPLAN TTEE
KAPLAN LIVING TRUST U/A
DTD 05/29/1997
9755 N CALLE BUENA VISTA
ORO VALLEY, AZ 85737-5009

LINDA KAPLAN TTEE
KAPLAN LIVING TRUST U/A DTD 05/29/1997
9755 N CALLE BUENA VISTA
ORO VALLEY, AZ 85737-5009

LINDA KATHLEEN DALTON
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
2280 COUNTRY LN
AUBURN, CA 95603-7307

LINDA KISTLER
133 HEALD RD
CARLISLE, MA 01741

LINDA KISTLER
133 HEALD ROAD
CARLISLE, MA 01741

LINDA L REIDLER
532 OAKRIDGE TRL
COPPER CANYON, TX 75077

LINDA LOU CARPENTER
LINDA L CARPENTER
3627 GLENEAGLES DR #1-C
SILVER SPRING, MD 20906

LINDA LUCE
104 N FISKE RD
COLDWATER, MI 49036

LINDA M HOVIS AND W MICHAEL HOVIS
PO BOX 1001
BURNSVILLE, NC 28714

LINDA M LAKEMAN
495 BONNIE BRAE AVENUE
ROCHESTER, NY 14618-2703

LINDA M LICTENBERGER
3422 NORTHBORO CT
MURFREESBORO, TN 37129

LINDA M MCINERNEY
1855 RATHMOR
BLOOMFIELD HILLS, MI 48304

LINDA M. ELY
15805 CHATEAU AVE
AUSTIN, TX 78734

LINDA MALNICK
155 SAINT JAMES DR
PIEDMONT, CA 94611

LINDA MARGARET ROURKE TTEE
LINDA ROURKE 2005 REVOCABLE TR
U/A DTD 11/08/2005
899 STAGI LN
LOS ALTOS, CA 94024-4630

LINDA MARKOWITZ TTEE
LINDA R MARKOWITZ REV LIV TR
U/A/D 10-22-2007
22 PARK AVE
ARDSLEY, NY 10502-1622

LINDA MCLEAN
2730 MARILYN LN
PORT NECHES, TX 77651

LINDA MCLEAN
2730 MARILYN LN
PORT NECHES, TX 77651

LINDA NOVAK
3917 LINDEN RD
ROCKFORD, IL 61109

LINDA P LANDAW
2200 N CENTRAL RD 4R
FORT LEE, NJ 07024

LINDA PASTERNAK
3705 DUKE ROAD
OAKLAND, MI 48363

LINDA PORTER
2441 EAST PRINCETON AVE
VISALIA, CA 93292-5663

LINDA PUTNAM (IRA)
FCC AS CUSTODIAN
5620 EAST ST CHARLES ROAD
COLUMBIA, MO 65202-3028

LINDA R WHITE
1209 SUNNINGDALE LN
ORMOND BEACH, FL 32174

LINDA RAUCH
65 TOP O THE RIDGE DRIVE
SCARSDALE, NY 10583

LINDA RAUCH
65 TOP O THE RIDGE DRIVE
SCARSDALE, NY 10583

LINDA RIDENOUR LIVING TRUST
U/A DTD 07/11/2000
LINDA RIDENOUR TTEE
33628 BRAND STREET
LAKE ELSINORE, CA 92530-5741

LINDA RIDGE
241 SHANNON PL NW
ALBUQUERQUE, NM 87107-3921

LINDA RODRIGUEZ
221 BENTLEY ST
PACIFIC GROVE, CA 93950

LINDA ROSE PASSIN
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
10348 FROSTBURG LN
LAS VEGAS, NV 89134-5110

LINDA ROSSI IRA
LINDA ROSSI
08385 CEDAR CREST BAY DR
EAST JORDAN, MI 49727

LINDA S DOWLER, GARY K DOWLER, JTWROS
LINDA S DOWLER
10414 SE 11TH ST
VANCOUVER, WA 98664

LINDA S POKRAK
RICK S POKRAK
7973 SHERWOOD CIR
HANOVER PARK, IL 60133-2537

LINDA S ROSS &
THOMAS M ROSS JT WROS
514 GREEN DR
CANTON, GA 30114-7508

LINDA S SCHNEIDER-REDISKE & G A
SCHNEIDER TTEE R J SCHNEIDER TR UAD 5/10/94
5636 FIRETHORNE
BAY CITY, MI 48706-5635

LINDA SHAPIRO
99-10 60 AVE
APT 6-E
CORONA, NY 11368

LINDA SUE GORDON
9726 S BELFORT CIR
TAMARAC, FL 33321-1865

LINDA TIMBERLAKE
C/O LINDA K TIMBERLAKE
245 MAR WIN DR
WHEELING, WV 26003

LINDA VICK
1750 MERRICK CT
FT WORTH, TX 76107

LINDA Y MCELROY
865 SOUTHWEST DR
DAVIDSON, NC 28036-7910

LINDBERG, FREDRICK C
10526 N STATE ROAD 267
BROWNSBURG, IN 46112-9293

LINDE GREENFIELD BETH BERE IRA
WENDY GREENFIELD DEC'D
3896 WEST TOWN ST
TAMPA, FL 33628-7837

LINDER O BLAIR
4600 OLD FAYETTEVILLE RD
SYLACAUGA, AL 35151

LINDSLEY COLCLOUGH
11 PATRIOTS WAY
HINGHAM, MA 02043-3667

LINLEY L & LORETTA H PARNELL
536 THOMAS ROSS LN
KERNERSVILLE, NC 27284

LINLEY L & LORETTA PARNELL
536 THOMAS ROSS LN
KERNERSVILLE, NC 27284

LINO FERRARI
FRANCO FERRARI
31-57 33 ST
ASTORIA, NY 11100

LINSEY ELIZABETH MOLLOY
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA
2700 SULGRAVE RD
SHAKER HTS, OH 44122-2328

LIONEL GELLER
2835 OCEAN AVE
APT 1C
BROOKLYN, NY 11235-3140

LIONEL PHILLIPS & ARTHUR
NADATA TTEES FBO L. PHILLIPS
EXMPT TR. CREATED UNDER
ONE KIMBERLY COURT
THE CLUB AT MORNINGSIDE
RANCHO MIRAGE, CA 92270-2555

LIONEL PHILLIPS TTEE FBO
L. PHILLIPS SURVIVORS TRUST
CREATED UNDER PHILLIPS REV
INTER-VIVOS TRUST DTD 4/6/90
ONE KIMBERLY COURT
RANCHO MIRAGE, CA 92270-2555

LISA ANNE PETROVAS AND
STACEY J PETROVAS JTWROS
2253 NORTH 550 WEST
COLUMBIA CITY, IN 46725-9144

LISA BERNATH, IRA
FCC AS CUSTODIAN
12209 LA MAIDA ST
VALLEY VILLAGE, CA 91607-3622

LISA PRESSER
C/O AN H JAFFE ESQ
1375 E 9TH STREET 20TH FLOOR
CLEVELAND, OH 44114-1793

LISA S DORRIS
CGM IRA ROLLOVER CUSTODIAN
8050 MALLARD LANDING
INDIANAPOLIS, IN 46278-9522

LISA T SALINGER
33401 VIA DE AGUA
SAN JUAN CAPO, CA 92675-4930

LISSI ASCHOFF
DOUGLAS ARMSTRONG
255 STEWART AVE  STE 101
MEDFORD, OR 97501

LIST, DONNA J.
8942 CHURCH DR
VASSAR, MI 48768-9400

LJM CORPORATION
C/O ALLEN T JOSEPH, ESQ
15057 BUTTERCHURN LN
SILVER SPRING, MD 20905-5741

LLOYD & CINDY BACKES
2299 RD 13 WEST
BUSHNELL, NE 69128-2833

LLOYD & MOLLY MARTIN
LLOYD F MARTIN
MOLLY H MARTIN
300 7 OCEAN TRAIL WAY #602
JUPITER, FL 33477

LLOYD A AND FLORENCE E SNYDER
13251 CALHOUN RD
CONROE, TX 77302

LLOYD A CRAIG
424 BREWER DRIVE
GREENWOOD, IN 46142

LLOYD A NEWMAN
LLOYD ARNOLD NEWMAN
PO BOX 1164
AIKEN, SC 29802-1164

LLOYD A. GOOD, JR
17001 OVERSEAS HIGHWAY
SUGARLOAF KEY, FL 33042

LLOYD ARNOLD NEWMAN & LOLA H NEWMAN
PO BOX 1164
AIKEN, SC 29802-1164

LLOYD B BOLANDER &
OLIVE P BOLANDER TEN COM
P O BOX 98
VADITO, NM 87579-0098

LLOYD BASKIN AND SYLVIA BASKIN
6 GORMLEY LANE
MONROE TWP, NJ 08831

LLOYD BASKIN IRA
6 GORMLEY LANE
MONROE TWP, NJ 08831

LLOYD D & LINDA L BUSHNELL
LLOYD D BUSHNELL
LINDA L BUSHNELL
9931 W ALABAMA AVE
SUN CITY, AZ 85351

LLOYD E FISHER JR
6478 STRATHAVEN COURT EAST
WORTHINGTON, OH 43085-2985

LLOYD F WALKER  &
BARBARA E WALKER JT WROS
TOD REGISTRATION
12911 JESS WALDEN RD
DOVER, FL 33527-4801

LLOYD HILER TRUST
C/O LLOYD HILER
11150 S HIGHWAY UU
COLUMBIA, MO 65203-8784

LLOYD J ROWE
14607 SE 260TH ST
KENT, WA 98042

LLOYD J STEVENS
608 62ND AVE N
MYRTLE BEACH, SC 29572

LODOVICA GALOPIN
9557 BERWYN
REDFORD, MI 48239-2118

LOETTA CATHEY
THE LOETTA CATHEY TRUST U/A DTD 4/15/92
LOETTA CATHEY TTEE
1728 SW 32ND ST
MOORE, OK 73160

LOIS A STRONG
105 GOLF CLUB DRIVE
NEW SMYRNA BEACH, FL 32168

LOIS A WALLACE
RT 1 BOX 426
RIPLEY, WV 25271

LOIS ANN WOOLACOTT
1201 AIR PARK
HORSESHOE BAY, TX 78657

LOIS C MEADOWCROFT
4088 OLD WILLIAM PENN HWY
MURRYSVILLE, PA 15668-1823

LOIS CARLSON
1717 HOMEWOOD BLVD, APT 273
DELRAY BEACH, FL 33445

LOIS CHENEY
7515 42ND COURT E
SARASOTA, FL 34243

LOIS D MCDANIEL
3475 S JACKSON WAY
HORSE CAVE, KY 42749-7043

LOIS E LOGAN
306 SOUTHAMPTON BLVD
AUBURNDALE, FL 33823-5626

LOIS F GLEASON
52 MAYPORT CT
BARNEGAT, NJ 08005

LOIS F YEAGER
CGM IRA CUSTODIAN
7521 SE AUTUMN LANE
HOBE SOUND, FL 33455-7817

LOIS G GOGARTY TTEE & W BARNEY GOGARTY TTEE, TIC
LOIS G GOGARTY
634 W VERDE RIDGE RD
ST GEORGE, UT 84770-6128

LOIS G GOGARTY TTEE, U/A DTD 09/13/1995
LOIS G GOGARTY
634 W VERDE RIDGE RD
ST GEORGE, UT 84770-6128

LOIS H. MILLS TRUST/ TRUSTEE
400 E. COLONIAL DR APT 103
ORLANDO, FL 32803

LOIS HOLLOWAY TTEE
JEAN HOLLOWAY TRUST
N24 N24052 STILLWATER LN #B
PEWAUKEE, WI 53072-6430

LOIS I BOWEN TRUST
C/O SANDILAND LANSCHIED
8151 CEMENT CITY RD
BROOKLYN, MI 49230

LOIS J CONKLIN
6 GLENSHIRE DR
HARRISON CITY, PA 15636-1513

LOIS J GREIMANN TTEE
LOIS J GREIMANN REV LVG TST
DTD 10/29/99
6811 LORIEN WOODS DRIVE
DAYTON, OH 45459-2872

LOIS J KINDT
2205 BRAMBLETON AVE SW
ROANOKE, VA 24015

LOIS J KINDT
2205 BRAMBLETON AVE SW
ROANOKE, VA 24015

LOIS J TOREN
1995 WILLOW OAK DR
MOBILE, AL 36695

LOIS JANE CHRISTENSEN (IRA)
FCC AS CUSTODIAN
1 BANNER LANE  C-1
MOODUS, CT 06469-1180

LOIS KERSTETTER
1552 W LYNN ST
COAL TOWNSHIP, PA 17866-1719

LOIS L. WINDLE IRA
FCC AS CUSTODIAN
1600 TEXAS ST. #2903
FORT WORTH, TX 76102-7506

LOIS LAINE
LOIS M. LAINE RETIREMENT ACCOUNT
3780 SOUTH 2300 EAST
SALT LAKE CITY, UT 84109

LOIS LEE COLAW
3009 S JOPLIN
TULSA, OK 74114-6433

LOIS M BERGSETH
2544 WILLOW RD
FARGO, ND 58102

LOIS M PRIES
2177 LARRABEE AVE
WAVERLY, IA 50677

LOIS MCRAE
410 D EAGLE ST
MILES CITY, MT 59301

LOIS P KOLESAR
PO BOX 163
SONOITA, AZ 85637

LOIS S ETHERIDGE
325 MARYMEADE DR
APT 915
SUMMERVILLE, SC 29483

LOIS SANTARSIERO
235 GARTH RD
SCARSDALE, NY 10583

LOIS SCHATZ
1840 FRONTAGE RD
APT 1505
CHERRY HILL, NJ 08034

LOIS SCHMITZ
12941 OVERLOOK RD
DAYTON, MN 55327-9679

LOISA SBRAGIA

LOLA H NEWMAN
PO BOX 1164
AIKEN, SC 29802-1164

LOLA J VANGASKEN TTEE
U/A/D 08-1-1991
BIXLER TRUST
15 BALTIMORE PARK
LYNN, MA 01902-3207

LOLA M WHITFIELD &
STEPHEN R WHITFIELD &
BARBARA MILNE CARTER JT TEN
5401 56TH ST UNIT 34
LUBBOCK, TX 79414-2113

LOLA PIGGOT TTEE
THE PIFFOT FAMILY TST U/A
DTD 01/17/1996
216 SOUTHPARK PLACE
HOT SPRINGS, AR 71913-6585

LOLA RUBIN, TTEE
LOLA RUBIN LT UAD 11/2/94
6055 82 LANE 3T
W BLOOMFIELD, MI 48322

LOLA SORENSEN
3 JEANNIE CT
ANTIOCH, CA 94509

LOLING BECKMAN
1265 CASIANO RD
LOS ANGELES, CA 90049-1613

LOMBARD INTERNATIONAL ASSURANCE S A
ATTN PAUL CASEY - A/C V01616
AIRPORT CENTER, 2 ROUTE DE TREVE
L2633 SENNINGERBERG LUXEMBOURG, EUROPE

LOMBARDO COMPANIES INC
500 STEVENSON BLVD
NEW KENSINGTON, PA 15068-5946

LON G. ANNULLI
196 INDIAN HILL TRAIL
GLASTONBURY, CT 06033-1404

LONG ISLAND LEASING & CONSULTI FBO
EUGENE SOLLOSE
715 PARK AVE
MANHASSET, NY 11030

LONG, KAREN L
832 STEWART CANYON RD
FALLBROOK, CA 92028

LONNY R BARTELS
3212 78TH ST
URBANDALE, IA 50322-4169

LOOMIS, REINHILDE
873 PINECREEK DR
DAYTON, OH 45458-2124

LOPRETE FAMILY FOUNDATION
40950 WOODWARD AVE, STE 306
BLOOMFIELD HILLS, MI 48304

LORA BIRCH
LORA BIRCH IN PROBATE
8390 FM 1987
CORRIGAN, TX 75939-6635

LORAGE OPERATING INC
C/O MARIAN PRINCE
4324 BOCAIRE BLVD
BOCA RATON, FL 33487

LORALEE FLOOD
57 MAJESTIC AVE
WARWICK, RI 02888-2356

LORALIE R HANSON
10077 LINDEN PLACE DRIVE
SEMINOLE, FL 33776

LORAN H SWANSON
22011 MIRAGE LANE
SUN CITY WEST, AZ 85375

LOREN D HURWITZ
3 SCHINDLER CT
CHATHAM, NJ 07928-1908

LOREN G & BARBARA SCHERMERHORN
15396 KELLER AVE
CEDAR SPRINGS, MI 49319

LOREN M ROSS
2743 FLANGEL STREET
LAKEWOOD, CA 90712-3730

LOREN O KRAMER
10550 LANGE RD
BIRCH RUN, MI 48415

LOREN R EVERS
LOREN R EVERS IRA
FCC AS CUSTODIAN
707 SPRINGVIEW CR
BEATRICE, NE 68310-4345

LOREN W WALTS
7873 SUDDLEY WAY
BALDWINSVILLE, NY 13027

LORENE W WILDER
49 LAUREL RIDGE CT
DADEVILLE, AL 36853

LORENZO GONZALEZ PRIEGO & LORENZO GONZALEZ MALDO
LORENZO GONZALEZ P
208 EAST 51ST STREET 253
NEW YORK, NY 10022

LORENZO V PELOSI
95 BUTLER PKWY
SUMMIT, NJ 07901

LORETTA D MANNING IRA
35 SPINNAKER DR
UNION HALL, VA 24176

LORETTA FERMANO
101 LEWIS O'GRAY DR
SAWGUS, MA 01906

LORETTA J HEBNER TTEE
LORETTA J HEBNER REV LIV
TRUST U/A DTD 4/12/00
14225 OAK VALLEY DRIVE
ORLANDO, FL 32826-5520

LORETTA L WIECZNER
70 RIDGE AVE
NEWTON CENTRE, MA 02459

LORETTA L WIECZNER & JENNIFER L WIECZNER JTTEN/WROS
C/O LORETTA L WIECZNER
70 RIDGE AVE
NEWTON CENTRE, MA 02459

LORETTA L WIECZNER & KIMBERLY S WIECZNER JTTEN/WRO
C/O LORETTA L WIECZNER
70 RIDGE AVE
NEWTON CENTRE, MA 02459

LORETTA L WIEZZNER CUSTODIAN FOR KIMBERLY S WIECZN
LORETTA L WIEZZNER
70 RIDGE AVENUE
NEWTON CENTER, MA 02459

LORETTA M DEROUSSE TRUST U/A DATE 11/04/94
LORETTA M DEROUSSE TRUSTEE
2012 STANFORD PLACE
EDWARDSVILLE, IL 62025-2636

LORETTA M SETTER
17452 PLAZA ANIMADO UNIT 117
SAN DIEGO, CA 92128-2265

LORETTA NIGHTINGALE
266 EASTBURY HILL RD
GLASTONBURY, CT 06033

LORETTA SIROHEN
1349 SW 174 ST
NORMANDY PARK, WA 98166

LORETTA T BRADY
1106 ISLAND CV
WILMINGTON, NC 28412-2539

LORETTA V MCKINNEY TTEE
LORETTA V MCKINNEY LIV
TRUST U/A DTD 7/12/2007
216 SILVER DR
DECATUR, IL 62521-4637

LORI HYDOCK
2270 LA COSTA AVE UNIT 13
CARLSBAD, CA 92009-6921

LORI JEANETTE NOUR TR LORI J NOUR REV TRUST
LORI J NOUR
11675 PROMONTORY TRAIL
ZIONSVILLE, IN 46077

LORI L BANZIGER CUSTODIAN FBO
KATIE M BANZIGER
112 EMERALD WAY WEST
GRANITE CITY, IL 62040

LORI L BREWER
TOD ACCOUNT
PO BOX 702
LIMON, CO 80828-0702

LORI P ALLEN
3963 RIVERVIEW DR
BIRMINGHAM, AL 35243-4711

LORI RUTH AND
BARRY RUTH JTWROS
25 MILTON ROAD
SPARTA, NJ 07871-3124

LORI RUTH AND BARRY RUTH
25 MILTON RD
SPARTA, NJ 07871-3124

LORIS M UNDERWOOD
HC 67 BOX 114
WEST UNION, WV 26456

LORNA IRONS
33106 E 165TH ST S
COWETA, OK 74429-3759

LORNE J STECKLEY
RR 1
MILVERTON
N0K 1M0 ONT CANADA

LORRAINE & VINCENT ASHELIN
24414 HWY 14
WINONA, MN 55987

LORRAINE COOPERMAN
9350 W. BAY HARBOR DR. APT 4A
BAY HARBOR ISLAND, FL 33154-2342

LORRAINE D VILLERE
6307 DIAMONDHEAD CIR
UNIT 103
DALLAS, TX 75225

LORRAINE E SCHMIDT TTEE
LORRAINE E SCHMIDT
1501 CLOYDEN RD
SANTA ANA, CA 92705-2445

LORRAINE FAUCHER
6230 URBAN DR
EAST CHINA, MI 48054

LORRAINE FAUCHER
TOD BENEFICIARIES ON FILE
6230 URBAN DR
EAST CHINA, MI 48054-4746

LORRAINE FUTTERMAN TTEE
FBO LORRAINE FUTTERMAN TRUST
U/A/D 12/18/03
4745 LUCERNE LAKES BLVD
LAKE WORTH, FL 33467-8893

LORRAINE KAMT IRA
10315 44 AVENUE W
16 BAY VIEW
BRADENTON, FL 34210

LORRAINE M WITUCKY TTEE
LORRAINE M WITUCKY TRUST U/A
DTD 04/27/2007
12713 VIA NASCA
SAN DIEGO, CA 92128-1572

LORRAINE MARIAN DAVIS
SPECIAL ACCOUNT
275 CAPRI CIR N APT A102
SAINT PETERSBURG, FL 33706-4435

LORRAINE OBERSTONE
GGM IRA CUSTODIAN
241 BLESS LANE
GREAT FALLS, VA 22066

LORRAINE R CHICOINE
PO BOX 66
LIVERMORE FALLS, ME 06254

LORRAINE ROSENBLATT REV TRUST
AS AMMENDED LORRAINE
ROSENBLATT GERALD ROSENBLATT
CO-TTEES UA DTD 01/25/82
10195 FRESH MEADOW LN
BOCA RATON, FL 33498-4603

LORRAINE S SEAMAN TRUST UA DTD 3/13/95
LORRAINE S SEAMAN TTEE
636 BAYWOOD DR
PINEY FLATS, TN 37686

LORRAYNE J DUBBS
2830 N VERNON RD
AVON PARK, FL 33825

LORRE ROULSTONE TRUST
ROB LOREN
37794 WOODCHUCK RD
TEMECULA, CA 92592

LORREL F HUMBER REV LIVING TR 7/11/2003
WILLIAM HUMBER TRUSTEE
2389 LANDINGS CIRCLE
BRADENTON, FL 34209

LOTHAR ERNIE KOWAL
89 WILDWOOD LN
LINN CREEK, MO 65052-9631

LOTHAR G KELLER
8841 74TH AVE
GLENDALE, NY 11385-7923

LOTHAR G KELLER &
RITA KELLER JT TEN
88-41 74 AVENUE
FLUSHING, NY 11385-7923

LOTHAR V STEINBORN
150-59 78TH RD
FLUSHING, NY 11367-3539

LOTTIE BEAVERT TTEE
BEAVERT LIVING TRUST U/A
DTD 01/24/2001
6125 SE DIVISION APT 132
PORTLAND, OR 97206-1349

LOU ANN STEPHENSON TOD M W CROWELL,
R W CROWELL & L CROWELL MCKAY
SUBJECT TO STA RULES
119 CIFUENTES WAY
HOT SPRINGS VILLAGE, AR 71909-7421

LOU DEBERADINIS
10500 ROCKET CT
ORLANDO, FL 32824

LOUIE R COHORN
510 E VINE ST
SEARCY, AR 72143-4414

LOUIS & RONEEN LEVY TRUST
1611 CHAMPION DR
LAKELAND, FL 33801

LOUIS A BARBIERI TRUST
LOUS BARBIERI
127 N DONALD AVE
ARLINGTON HTS, IL 60004

LOUIS AND DEBRA BUTTERMARK
AMERIPRISE FINANCIAL SERVICES, INC
401 FRANKLIN AVE, SUITE 101
GARDEN CITY, NY 11530

LOUIS ANTHONY LUSIGNAN
PO BOX 2475
GRETNA, LA 70054

LOUIS B DEZIEL RESTATED TRUST
LOUIS B DEZIEL TTEE
UAD 09/26/2000
117 EVERGLADES AVE
PALM BEACH, FL 33480-3717

LOUIS BIGIARELLI &
HELENE BIGIARELLI JT TEN
623 AVENUE B
WEST WY, PA 18644-1626

LOUIS BONINI, IRA
RBC WEALTH MANAGEMENT
357 BRUSSELLES ST
ST MARYS, PA 15857

LOUIS BOVINO &
PHYLLIS BOVINO JT TEN
1084 GROVE ST
N BRUNSWICK, NJ 08902-4138

LOUIS C PALAZZI
IRA ROLLOVER DTD 2/3/92
FCC AS CUSTODIAN
37 ST CHARLES AVE
WEST CALDWELL, NJ 07006-7262

LOUIS C TEPE
22 NIBLICK LANE
LITTLETON, CO 80123-6622

LOUIS D BERARDUCCI
1040 W 36TH ST
ERIE, PA 16508

LOUIS DEFAZIO
7883 BERKSHIRE PINES DR
NAPLES, FL 34104

LOUIS DEL PRETE
790 MATTNER COURT
RIVERVALE, NJ 07675-6622

LOUIS DULTY
32 GAIL COURT
SPRINGFIELD, NJ 07081-2212

LOUIS E LEMARIE
SEPARATE PROPERTIES
2 YOSEMITE DRIVE
NEW ORLEANS, LA 70131-8620

LOUIS E LEMARIE SEP IRA
FCC AS CUST
2 YOSEMITE DRIVE
NEW ORLEANS, LA 70131-8620

LOUIS E PECSI
MR LOUIS E PECSI
285 SOMERSET RD
DEPTFORD, NJ 08096-6066

LOUIS F AND BEVERLY J DYKEMA
LOU AND BEVERLY DYKEMA
2442 MICHAEL AVE SW
WYOMING, MI 49509

LOUIS F BROOKMAN
937 CO HWY 27
RICHFIELD SPRINGS, NY 13439

LOUIS F GUARINI
LIBERTA GUARINI
14161 83RD PL
SEMINOLE, FL 33779-2818

LOUIS F GUARINI &
LIBERTA GUARINI JT TEN
14161 83RD PL
SEMINOLE, FL 33776-2818

LOUIS F MCTAGUE FAM TRU/ADTD 4/21/08
LOUIS F MCTAGUE
2673 BICKLEIGH LOOP
ROSEVILLE, CA 95747

LOUIS G CASTRO
171 COUNTRY CLUB ESTATES
THORNHURST, PA 18424-9336

LOUIS G CASTRO
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
171 COUNTRY CLUB ESTATES
THORNHURST, PA 18424-9336

LOUIS GOMPERS
GERTRUDE GOMPERS TTEE
CONCRETE FLOOR SYS INC MPPP
PO BOX 193
HUNTINGDON VY, PA 19006-0193

LOUIS H KERBER III CHARITABLE REMAINDER ANNUITY TRUS
ALAN GARLAND TRUSTEE
303 W MADISON ST 23RD FLOOR
CHICAGO, IL 60606

LOUIS H WHITE JR
238 FRANK RD
FRANKENMUTH, MI 48734

LOUIS H. BEALL, JR
1479 ST. CHARLES PLACE
TALLAHASSSEE, FL 32308

LOUIS HORN
3841 ENVIRON BLVD
LAUDERHILL, FL 33319

LOUIS J CLARK
23540 RIVERVIEW DR
SOUTHFIELD, MI 48034-2052

LOUIS J DE SALVO
1550 N LAKE SHORE DR UNIT 18-D
CHICAGO, IL 60610

LOUIS J RUGGIERO - DECEASED
246 ROCKAWAY TPKE
CEDARHURST, NY 11516-1825

LOUIS J THIEKEN
WESTMINSTER VILLAGE
12000 N 90TH ST #1072
SCOTTSDALE, AZ 85260-8630

LOUIS KATZ MD AND IRENE KATZ
JTWROS
101 VILLA NUEVA PL
PALM BEACH GARDENS, FL 33418-1719

LOUIS L BOCHENEK  AND
ANNA M BOCHENEK
JT TEN WROS
36316 JAMISON
LIVONIA, MI 48154-5115

LOUIS L BOCHENEK &
ANNA M BOCHENEK JT TEN
36316 JAMISON
LIVONIA, MI 48154-5115

LOUIS LEOGRANDE JR.
CGM IRA CUSTODIAN
16 GARY AVE.
NEW HARTFORD, NY 13413-2624

LOUIS LINDENBAUM
7614 LABYRINTH ROAD
BALTIMORE, MD 21208

LOUIS M CASTANIER
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA
3837 LA SELVA DR
PALO ALTO, CA 94306-3204

LOUIS M RUSITZKY
940 GLEN LAKE CIRCLE
NAPLES, FL 34119

LOUIS MALTZ
20281 E COUNTRY CLUB DR APT 1108
AVENTURA, FL 33180

LOUIS MARTONE
896 TIMBER RIDGE RD
HANOVER, MD 21076

LOUIS MARTONE
CLARA M BERESTON
JOSEPH L MARTONE
896 TIMBER RIDGE DR
HANOVER, MD 21076-1507

LOUIS MASTROPIETRO
24 CARLSON LANE
EAST NORTHPORT, NY 11731

LOUIS P & JUDITH M MARQUART
LOUIS P MARQUART & JUDITH M MARQUART TTEES
807 W 8TH ST
WASHINGTON, MO 63090

LOUIS P DICERBO
2 PARK AVENUE
3RD FLOOR
NEW YORK, NY 10016-5615

LOUIS P WELLENBACH
C/O FAIRMONT #106
41 CONSHOCKEN STATE RD
BALA CYNWYD, PA 19004

LOUIS PATRICK FABBRI
11005 BANNISTER WAY
BAKERSFIELD, CA 93312-4136

LOUIS PATRICK FABBRI
11005 BANNISTER WAY
BAKERSFIELD, CA 93312-4136

LOUIS R BALDI TRUST
C/O DONALD F MASON
3 RED PINE DR
BOW, NH 03304

LOUIS R BRANDT IRA
HILLIARD LYONS CUST FOR LOUIS R BRANDT IRA
12011 N COUNTY ROAD 1250 E
SEYMOUR, IN 47274-9714

LOUIS R KAUFMAN TR ROY E HENDRIX TTEE LORDO R KAUFM
C/O ROY E HENDRIX TTEE
4408 WAKEFIELD DRIVE
VIRGINIA BEACH, VA 23455

LOUIS R SIMEONI
3124 NESPER ST
PHILADELPHIA, PA 19152

LOUIS S. SCOPEL
607 ROYAL SAGE DR
SEGUIN, TX 78155

LOUIS SCIANAMEO AND
MARGARET SCIANAMEO JTWROS
4575 TRAWLER CT, #205
FORT MYERS, FL 33919-8219

LOUIS T PIAZZA
6 SANTA DR
PITTSFORD, NY 14534

LOUISE B BROOKS
747 E DOGWOOD LN
FAYETTEVILLE, AR 72701

LOUISE D OTT
13 CLEOME CT
HOMOSASSA, FL 34446

LOUISE D OTT
13 CLEOME CT
HOMOSASSA, FL 34446

LOUISE DARGENIO &
ROSE LOMBARDO
JT TEN
8099 SHERIDAN DR  #205
WILLIAMSVILLE, NY 14221-6056

LOUISE E COCHRAN
15 EVERGREEN SQUARE
SAVOY, IL 61874-9544

LOUISE F CLOUGH IRA
FCC AS CUSTODIAN
18 MAIN STREET
BOX 190
SOUTHBOROUGH, MA 01772-0190

LOUISE G SIMON TR
UA 02/27/07
LOUISE G SIMON REV TRUST
266 IVY LN
HIGHLAND PARK, IL 60035-5342

LOUISE GERVOLINO
301 KENSINGTON DR
RIDGEWOOD, NJ 07450

LOUISE GILLESPIE
1204 DYLAN DR
CARTERVILLE, IL 62918

LOUISE HIRSCH
209-10 41ST AVE #1S
BAYSIDE, NY 11361-1904

LOUISE JAMES
LINDA FLORCZYK JTWROS
1207 OWYHEE AVE
NAMPA, ID 83651-7603

LOUISE L DENNEY
2483 RUSSIT DR NE
GRAN RAPIDS, MI 49525-3180

LOUISE L DENNEY
2483 RUSSIT DR NE
GRAND RAPIDS, MI 49525-3180

LOUISE L SELTZ
1293 LAKE DR
TRAVERSE CITY, MI 49684

LOUISE M NAJERA
JOAQUIN A NAJERA
19906 RAY CIRCLE
CERRITOS, CA 90703

LOUISE R MCMEANS
969 PEARSON CHAPEL RD
ALEXANDER CITY, AL 35010

LOUISE RAFTER
961 S LAGOON LANE
MANTOLOKING, NJ 08738

LOUISE SMITHSON
609 SHERIDAN
LARAMIE, WY 82070

LOUISE W LEVI TTEE
LOUISE W. LEVI U/A DTD 10/15/2004
2607 ALBERT PIKE RD #212
HOT SPRINGS NATIONAL PARK, AR 71913-4535

LOULOU SCHARF
313 KIRBY AVE
WOODMERE, NY 11598-2526

LOURDES AND THOMAS HAYNEY
3025 SADDLEBROOK
WACO, TX 76712-8384

LOVE ACROSS BORDERS, INC
3200 LAMBS CREEK RD
MANSFIELD, PA 16933

LOWELL BLOOM
1614 KENT DR
HEWLETT, NY 11557-1814

LOWELL D BROWN
19611 ORLEANS RD
FLINT, TX 75762

LOWELL SATLER IRA
9404 EAGLE RIDGE DR
BETHESDA, MD 20817

LOY LIM OON HOOI LILY/LOY TUNG TAK TONY
4B, 63 BLUE POOL ROAD
HAPPY VALLEY HONG KONG SAR CHINA

LOYD A MCGOUGH
2958 TALISMAN DR
DALLAS, TX 75229

LOYD B AND DEBORAH COPELAND
139 BOONE RIDGE
MOUNTAIN CITY, TN 37683

LOYD B COPELAND & DEBORAH COPELAND
139 BOONE RIDGE
MOUNTAIN CITY, TN 37683

LOYDE H HUDSON IRA
C/O LOYDE H HUDSON
PO BOX 8400
FAYETTEVILLE, AR 72703-0008

LU HILL HARDING
P O BOX 153
BRANDON, MS 39043-0153

LUCAS PONZOA
GEORGINA PONZOA
PO BOX 510688
KEY COL BEACH, FL 33051-0688

LUCIA WELSH TTEE
LUCIA WELSH TRUST
U/A DTD 02/06/94
1214 HILLCREEK RD
PASADENA, MD 21122-2459

LUCIEN R HOULE
PO BOX 7029
HUDSON, FL 34674-7029

LUCILA V MORENO
1475 HAYWORTH RD
PORT CHARLOTTE, FL 33952-2725

LUCILA V MORENO
1475 HAYWORTH RD
PORT CHARLOTTE, FL 33952-2725

LUCILLE CHRISTIANSON REV TRUST U/A DATED 6/21/01
LUCILLE CHIRSTIANSON TRUSTEE
9500 COLLEGEVIEW ROAD #101
BLOOMINGTON, MN 55437-2136

LUCILLE GARTENBERG
16 HARDWICK CT
JACKSON, NJ 08521

LUCILLE H BOGGESS
1718 PATTERSON MILL RD
BEDFORD, VA 24523

LUCILLE H MILLER TTEE
LUCILLE H MILLER TRUST U/A
DTD 10/22/1998
374 NIBLICK CIRCLE
WINTER HAVEN, FL 33881-9534

LUCILLE JURELL (ROTH IRA)
FCC AS CUSTODIAN
PO BOX 5093
LANCASTER, PA 17606-5093

LUCILLE K FLEISCHMANN
3711 56TH AVE CT NW
GIG HARBOR, WA 98335

LUCILLE L. SMITH
CHARLES W SMITH
132 CRESCENT DR
PUNTA GORDA, FL 33950

LUCILLE MARINO HARVEY
85-63 87TH STREET
WOODHAVEN, NY 11421-1304

LUCILLE MILLS
LUCILLE MILLS RLT
1405 2ND ST NW
AUSTIN, MN 55912

LUCILLE MUNSCH
08 2 AVE SE
PO BOX 296
KULM, ND 58456-0296

LUCILLE N MEYER
DAVID L MEYER
2320 SIMS DR
COLUMBUS, IN 47203

LUCINDA F DOWNS
446 DEAVER ROAD
COLUMBUS, IN 47201-7631

LUCINDA M THOMPSON
2301 NW 47 CIRCLE
OCALA, FL 34482

LUCY CRAWFORD
TOD DTD 09/04/2008
1200 COLLEGE PKWY - APT #157
LEWISVILLE, TX 75077-4110

LUCY FASULES
TOD ACCOUNT
426 MARGARET DRIVE
FAIRBORN, OH 45324-5408

LUCY H BOLDING
4431 ALCOTT DR
NASHVILLE, TN 37215-4037

LUCY LEE TTEE
LUCY TANG LEE 2004 REV
TRUST U/A DTD 07/23/2004
2101 KASHMIR WAY
SACRAMENTO, CA 95833-3346

LUCY LORELLO TTEE
LUCY N LORELLO U/A DTD 12/21/2006
312 LANGDON STREET
N PROVIDENCE, RI 02904-5549

LUCY S DAVIS
2217 CHICKERING LANE
NASHVILLE, TN 37215

LUDWIG E SEUFERT AND
BARBARA L SEUFERT JT TEN WROS
6219 SEASHORE HWY
BRIDGEVILLE, DE 19933-3040

LUDWIG JEROME CORRAO & PATRICIA A CARRAO, TTEES
OF LUD CORRAO FAMILY REVOCABLE LIVING TRUST
C/O HOLLAND & HART LLP
ATTN: T. LUKAS, ESQ.
5441 KIETZKE LANE, SECOND FL.
RENO, NV 89511

LUELLA E BARTLETT
2452 MASONIC DRIVE
SEWICKLEY, PA 15143-2429

LUIS ALFONSO CASTRO
CARMEN CASTRO
11023 SW 77 COURT CIRCLE
MIAMI, FL 33156

LUIS ANTONIO SHIRLEY CAMPBELL
P O BOX 5216
PANAMA ZONA 5
REPUBLICA DE PANAMA

LUIS CARDENAS ANDRES CARDENAS
TERESA CARDENAS AND ISABEL CARDENA
C/O MAGDALENA CARDENAS-LARA
1491 ST ANNES CT
CONCORD, NC 28027-9721

LUIS FELIPE GONZALEZ VILLARREAL
RETORNO DE CRISANTEMO # 27
OLIVAR DE LOS PADRES
MEXICO, D F 01780 MEXICO

LUIS GUILLERMO ALVAREZ
MARIA ELENA COSTOYA
4043 SANDERLING LN
WESTON, FL 33331-4019

LUIS KORENFELD
ATN ADRIANA CAJIGAS
511 FIFTH AVE.
NEW YORK, NY 10017

LUIS MANRARA
P O BOX 13216
SAN JUAN, PR 00908-3216

LUIS OKUN & WENDY L CHRISTY TTEE
C/O MORGAN STANLEY SMITHBARNEY
1001 SW FIFTH AVE, SUITE 2200
PORTLAND, OR 97204

LUISA RINAUDO
57 CANTON AVE
STATEN ISLAND, NY 10312-2207

LUKE A SCHAAP
CGM IRA ROLLOVER CUSTODIAN
2440 186 ST. APT. #J2
LANSING, IL 60438-5804

LUKE A SCHAAP
CGM IRA ROLLOVER CUSTODIAN
2440 186 STREET APT #J2
LANSING, IL 60438-5804

LUKE B & LAURA G SCHOENLEIN
26308 E WEXFORD DR
PERRYSBURG, OH 43551-9067

LUKE HEPPE
3614 MAYFIELD RD
JACKSON, WI 53037

LUKE MCLAUGHLIN
157 HOGELAND RD
SOUTH HAMPTON, PA 18966-3330

LUKE P HEPPE TTEE
LUKE P & AGNES M HEPPE REV TRUST
U/A 4/29/96
3614 S MAYFIELD RD
JACKSON, WI 53037-9787

LUKE S DICKERSON IRA
EDWARD JONES CUSTODIAN
FBO LUKE S DICKERSON
1 CORAL CIRCLE
BELPRE, OH 45714

LULA KATHLEEN PENN TRUSTEE
THOMAS JEFFERSON PENN TRUST
2193 BROADHEAD PL
LEXINGTON, KY 40515

LUNG-CHUN LIU
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
13748 LEXINGTON CT
SARATOGA, CA 95070-4933

LUTHARE H ERNST
7990 E SNYDER RD
APT 14101
TUCSON, AZ 85750

LUTHEN L BADEN AND HENRIETTA E BADEN
JTWROS
25 CARRIAGE CROSSING WAY
TROY, OH 45373-8928

LUTHER J SIGMON & RUTH SIGMON
JT TEN
PO BOX 61
NEWTON, NC 28658-0061

LUTHER L NATIONS, BETTY J NATIONS JTTEN
257 HARBOR VILLAGE DR
MADISON, TN 37115-2294

LUTHERAN FRATERNITIES OF AMERICA C.B.C.F.
LUTHERAN FRATERNITIES OF AMERICA
CHURCH BUILDING CONSTRUCTION FUND
ATTN: T A RENKERT
25600 KELLY
ROSEVILLE, MI 48066

LUTZ HARTWIG
SCHOENER BRICK 4
22587 HAMBURG GERMANY

LUTZ KUHLBRODT
DORFPLATZ 9
14547 BEELITZ / OT KANIN GERMANY

LUZ M VALLES
197 BAYCLUB
SANTA TERESA, NM 88008

LUZZATTO CHAR RM TRUST UTD 6/16/2005
ALVIN LUZZATTO
632 WALAPAI DR
FUQUAY VARINA, NC 27526

LYDIA E KUHN
1386 WOODLAND CIR
BETHLEHEM, PA 18017

LYDIA L SMITH
CANTERBURY COURT, APT. 873
3750 PEACHTREE ROAD, NE
ATLANTA, GA 30319-1322

LYDIA RYZYK
214 COOK AVE
YONKER, NY 10701

LYLE BROOKMAN
240 GOODRICH ST
LAKELAND, FL 33813

LYLE E MORSE
2108 74TH STREET
WINDSOR HEIGHTS, IA 50324-5706

LYLE KINSLER
22626 UNION TPKE APT 4G
OAKLAND GDNS, NY 11364-3103

LYLE S & OLIVE E COONRADT
1402 LIGHTHOUSE PLACE
SIOUX FALLS, SD 57103

LYLE WESTHOFF
855 TROSPER RD #108-256
TUMWATER, FL 98512

LYMAN R NORMINGTON
CGM IRA CUSTODIAN
11342 WHITES CROSSING DR
BELDING, MI 48809-9807

LYN C HARGROVE &
LESLEY L HARGROVE JTWROS
14681 CR 2337
TYLER, TX 75707-6903

LYN R MULA
248 SUGARWOOD BLVD
HOUMA, LA 70360

LYNDA J LYNCH TTEE
FBO LYNDA J LYNCH TRUST
U/A/D 06/27/01
22595 VACRI LANE
FARMINGTON HILLS, MI 48335-3855

LYNDA L RUSHING TOD
PAUL LASPADA
SUBJECT TO STA TOD RULES
687 MOONDALE DR
EL PASO, TX 79912-4238

LYNDA SEIGEL
100 EVESHAM RD
UNIT A
FREEHOLD, NJ 07728-3426

LYNDA SEIGEL
100 EVESHAM RD
UNIT A
FREEHOLD, NJ 07728-3426

LYNDA SEIGEL
CGM IRA CUSTODIAN
100 EVESHAM ROAD
UNIT A
FREEHOLD, NJ 07728-3426

LYNDEN KAMERMAN
805 W 11TH ST
CORNING, AR 72422

LYNDIE PAMELA KAHANEK
C/O LYNDIE KAHANEK
79 SIDNEY COURT
SAN RAFAEL, CA 94903

LYNDOL NUTT & PEGGY A NUTT
5015 HWY 44E
SHEPHERDSVILLE, KY 40165-6323

LYNDON S JOHNSTON
162 RAINBOW DR PMB 6241
LIVINGSTON, TX 77399-1062

LYNN & LEONARD SNYDER
6260 N DESERT MOON LOOP
TUCSON, AZ 85750

LYNN A COX
8657 CRESTED EAGLE PL
SANFORD, FL 32771

LYNN A HAWKINS
4400 GINZEL
BOISE, ID 83703-4218

LYNN A HAWKINS
PO BOX 2016
BOISE, ID 83701

LYNN BIEL
TRADITIONAL IRA
RIDGE CLEANING CUSTODIAN
114 E 90TH ST
NEW YORK, NY 10128-1550

LYNN C GREY
6156 WATERFRONT DR
WATERFORD, MI 48329-1452

LYNN FAMILY LIMITED PARTNERSHIP
FAMILY LIMITED PARTNERSHIP
2 SOUTH UNIVERSITY DRIVE STE 215
PLANTATION, FL 33324-3338

LYNN H COLTRIN
902 N CARMEN ST
BOISE, ID 83704

LYNN L. BRYAN
4546 HAMER RD
NEWBERN, TN 38059

LYNN M HAMMOND
6125 BRYAN DRIVE
INDIANAPOLIS, IN 46227-7664

LYNN MARIE BARNES AND THOMAS J BARNES
10896 52ND ST
LOWELL, MI 49331

LYNN S. MAY
1221 HUNTRIDGE ROAD
SANTA ANA, CA 92705

LYNN W HELFERD
WBNA CUSTODIAN TRAD IRA
5271 NAVAHO DR
ALEXANDRIA, VA 22312-2034

LYNN WHERRY IRA
HILLIARD LYONS CUST FOR LYNN WHERRY
803 OAK CT
GREENFIELD, IN 46140

LYNN WILLIAM HELFERD REV TRUST
LYNN WILLIAM HELFERD
MARGOT S HELFERD TTEE
LYNN WILLIAM HELFERD REVOC TR U/A 12/21/92
5271 NAVAHO DR
ALEXANDRIA, VA 27312

LYNNE A MORRISON LIVING TRUST
8805 49TH AVE
COLLEGE PARK, MD 20740

LYNNE BERNSTEIN
943 S SIERRA BONITA AVE
LOS ANGELES, CA 90036-4701

LYNNE DOYLE IRA
LYNNE DOYLE
7832 ESTRELLA CT
SARASOTA, FL 34238

LYNNE E. WILSON
PO BOX 71137
LAS VEGAS, NV 89170-1137

LYNNE F LACKENBACH TTEE
ARMAND E LACKENBACH TESTAMENTARY TR
U/W DTD 06/18/1990
31 PILLSBURY RD
E HAMPSTEAD, NH 03826-2502

LYNNE R BRADLEY
225 CAMBRIDGE RD
CHERRY HILL, NJ 08034-1818

M ARLYN THORSON
PO BOX 1692
FARMINGTON, NM 87499

M ATKINSON & S R ATKINSON CO-TTEE
MARSHAL & SHIRLEY ATKINSON TR U/A
DTD 05/14/1990
3400 WAGNER HEIGHTS #152
STOCKTON, CA 95209-4874

M B ORLOVE & D N ORLOVE CO-TTEE
MICHELLE B ORLOVE REVOCABLE TR U/A
DTD 05/11/2006
2112 ACACIA PARK DR #615
LYNDHURST, OH 44124-3852

M D CONE & C D CONE CO TTEE
M DUANE CONE REV FAMILY TRUST U/A
DTD 03/09/1992
5018 LEONA ST
TAMPA, FL 33629-7623

M DAVID JACKSON JR &
MARTHA S JACKSON JT WROS
4202 GLENHAVEN LN
TAMPA, FL 33618-7538

M E E J INTERNATIONAL LTD
ROAD TOWN
TORTOLA, VIRGIN ISLANDS

M ELIZABETH WILMOT
8270 N HAYDEN RD UNIT 1014
SCOTTSDALE, AZ 85258-2468

M FALCONE & D VON FALCONE TTEE
2002 FALCONE FAMILY TRUST
U/A DTD 06/25/2002
2 S ALTA MIRA RD
LAGUNA BEACH, CA 92651-6712

M H HATTON & T H HATTON CO-TTEE
HATTON FAMILY TR DTD MAR 4, 2009
U/A DTD 07/31/2001
914 S STERLING AVE
TAMPA, FL 33629-5127

M I UNGER
10217 NW 24TH PLACE
SUNRISE, FL 33322

M JOANN & LEO GLOTZBACH TTEES
U/A/D 05/05/1992
JOANN MARTHA GLOTZBACH REVOCABLE TRUST
201 SANDALWOOD
MONTICELLO, IN 47960-2591

M JOANN GLOTZBACH
201 SANDALWOOD DR
MONTICELLO, IN 47960

M JOYCE TANNER
3105 JOHNSTON RD
PARSONS, KS 67357-4635

M KATHRYNE JACOBS
618 AVENIDA SEVILLA UNIT A
LAGUNA WOODS, CA 92637-4598

M L SHARP
PO BOX 8613
HORSESHOE BAY, TX 78657-8613

M LEWIS MATTHEWS & TERRI M HANDLEY JTWROS
38 SETH JOHNSON DRIVE
WETUMPKA, AL 36093

M LINN & M LINN TTEE
MICHIMIKINOCK IRREVOCABLE TRU
U/A DTD 10/16/2007
C/O MICHAEL LINN
5675 GOLFRIDGE RD
ALMA, MI 48801-9630

M NAGI OU FALAKH BARBIR
BEMO FRANCE
49 AVENUE D LENA
75116 PARIS  FRANCE

M S COHN FAMILY KP
5602 N SCOTTSDALE RD
SCOTTSDALE, AZ 85253

M SMITH & R SMITH TTEE
C/O RICHARD L SMITH & MARCELLA N SMITH
20407 CHRISTMAS RIDGE
BEND, OR 97702

M W GRAFFIUS
2741 CARLMONT PLACE
SIMI VALLEY, CA 93065

M. ASHLEY-MC CARTER TTEE
FBO TRUST Q OJ MC CARTER TRUST
U/A/D 07/09/91
301 EAST 79 ST APT 20S
NEW YORK, NY 10075-0942

M. CATHERINE KASWECK
M KASWECK
6828 TOLAND DR
UNIT 202
MELBOURNE, FL 32940-5958

M. CATHERINE KASWECK, IRA
M KASWECK
6828 TOLAND DR
UNIT 202
MELBOURNE, FL 32940-5958

M. JOAN BIENZ
4110 CITIZEN CIRCLE
AUSTELL, GA 30106-1222

M.E. & JESSIE M. MATTHEWS
5437 JR DRIVE
BIRMINGHAM, AL 35235-8621

M.E.E.J INTERNATIONAL LTD.
ROAD TOWN
TORTOLA
VIRGIN ISLANDS

M/M GORDON J KELLY, SR
TTEE KELLY FAMILY TRUST
248 GEORGETOWNE BLVD
DAYTONA BEACH, FL 32119-8904

MABEL DOOLEY TRUST U/A DTD 04/09/97
MABEL G DOOLEY TTEE
670 CHEROKEE RD
CEDARTOWN, GA 30125-4387

MABEL G CHEETHAM
379 JAMES WAY
MARION, OH 43302

MABEL G. BICKEL
420 BRANCHTON RD
SLIPPERY ROCK, PA 16057-3210

MABEL SOO TTEE F/T
MABEL SOO REVOCABLE
TRUST U/A DTD 07/20/06
260 GLENVIEW DRIVE
SAN FRANCISCO, CA 94131-1614

MABEL Y COULTER TOD
ANGELA ELKINS TERESA FARRIS
2540 S 450 E
COLUMBUS, IN 47203-9513

MACK T ROBERSON &
ELIZABETH S ROBERSON
TOD NAMED BENEFICIARIES
SUBJECT TO STA TOD RULES
523 TAYLOR ROAD
FALFURRIAS, TX 78355-5114

MACK T SAUNDERS &
RUTH M SAUNDERS
JT/TEN
PO BOX 265
SUFFOLK, VA 23439-0265

MADELEINE CATON
5905-D CLARK RD # 174
PARADISE, CA 95969-4802

MADELEINE CATON
LIVING TRUST
5905-D CLARK RD # 174
PARADISE, CA 95969-4802

MADELEINE L ALTAMIRA
1205 MADEIRA DR SE #223
ALBUQUERQUE, NM 87108

MADELINE B ERLICH
3371 NW 53RD CIRCLE
BOCA RATON, FL 33496-2540

MADELINE C HOSSMAN TTEE
UTD 1/3/08
FBO MADELINE CHURCH-HOSSMAN FAMILY TRUST
941 ROSECRANS
SAN DIEGO, CA 92106-3016

MADELINE M NEBROTSKI
TOD DTD 12/17/2008
ONE HIGHLAND DRIVE
DANVILLE, PA 17821-8979

MADELINE RIZZO TRUST
UAD 12/15/94
MADELINE RIZZO TTEE
166 EUPHRATES CIRCLE
PALM BCH GDNS, FL 33410-2184

MADELINE ROBERTSON
5065 POLLY PARK LANE
BOYNTON BEACH, FL 33437

MADELYN SCHAEFER
47 POPLAR POINT RD
EDGEWATER, MD 21037

MADELYN VANDERBOSCH
9550 N OTTO RD
CATTARAUGUS, NY 14719

MADELYN W ROTHGEB
204 HIGHVIEW DR
EUREKA, IL 61530-1619

MADENE M PRATHER
PO BOX 1433
LINDALE, TX 75771

MADHAVA SHENOY
1001 NORTHUMBERLAND WAY
MONMOUTH JUNCTION, NJ 08852

MADONNA CURTIS
181 E SUSAN LANE
UNION, WA 98592

MADURAI S SADASIVAM
10632 EAGLES VIEW DR
KNOXVILLE, TN 37922-5143

MAE K HUNT-VLIEK
660 EVERGREEN FARM WAY
ST #6058
SEQUIM, WA 98382

MAE M ZEIDWERG
CGM IRA ROLLOVER CUSTODIAN
15 ROWAN CT
EAST BRUNSWICK, NJ 08816-1801

MAE MERLE STANGLE
CHARLES SCHWAB & CO INC.CUST
IRA CONTRIBUTORY
1839 ROCKMOOR DR
CHESTERFIELD, MO 63017-5414

MAE OSTERWEIL TTEE
MAE OSTERWEIL TRUST
U/A DTD 12/05/1989
PO BOX 712
MARGARETVILLE, NY 12455-0712

MAEDELLA PENNY OADE &
ROBERT E OADE JTWROS
9665 SOUTHERN BELLE DR
WEEKI WACHEE, FL 34613-4280

MAG CLAUDIA PRANTL
C/O DR TERENCE KLEE
BURGERSTRASSE 20
6020 INNSRUCK AUSTRIA

MAG CLAUDIA PRANTL
SPECKBACHERSTRASSE 14
6020 INNSBRUCK AUTRIA

MAG HELMUT MAYER
WLASSAKSTRABE 70/1
A-1130 WIEN AUSTRIA

MAG JOSEF PRANTL
C/O DR TERENCE KLEE
BURGERSTRASSE 20
6020 INNSBRUCK AUSTRIA

MAG JOSEF PRANTL
FELSECKSTRASSE 19
6020 INNSBRUCK AUSTRIA

MAG. ALFRED ORTIG
LOYS AUFFANGER WEG 9
A-5280 BRAUNAN AUSTRIA

MAGDALEN A KELCHAK
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
6588 TAMARACK CT
TROY, MI 48098

MAGDALENE I HAHN
398 THE PRESERVE TRL
CHAPEL HILL, NC 27517-7617

MAGDALINE A MALONE
919 MONTGOMERY AVE
APT 2-7
BRYN MAWR, PA 19010-2838

MAGGIE & JULIO DIAZ
MAGGIE P DIAZ
357 E 57TH ST #3C
NEW YORK, NY 10022

MAGID REALTY AFFILIATES DEFINED
MAGID REALTY AFFILIATE
C/O LAWRENCE MAGID
141 CRESCENT DR
ALBERTSON, NY 11507

MAGINA FINANCE LTD
LOMBARD ODIER DARIER HENTSCH & CIE
ATTN CHRISTIAN WIDMER
RUE DE 10 CORRARETIE 11
1204 GENEVA SWITZERLAND

MAGUET FAMILY LIVING TRUST
DOROTHY MAGUET
21131 WINKEL
ST CLAIR SHORES, MI 48081-3063

MAHMOUD T DAJANI
1602 WALDEN DR
MCLEAN, VA 22101

MAINLINE BANCSHARES
ATTN: TIPTON PUGH
P O BOX 189
PORTLAND, AR 71663-0189

MAINLINE BANKSHARES
ATTN TIPTON PUGH
PO BOX 189
PORTLAND, AR 71663-0189

MALATZKY FAM TR
DTD 8/1/98 ROBERT MALATZKY &
ANNA B MALATZKY TTEES
CHARLOTTE W PEAHL-SUC TTEE
875 W END AVENUE APT 3A
NEW YORK, NY 10025-4951

MALCOLM CLARKE
947 E 31 ST 2ND FL
BROOKLYN, NY 11210

MALIK C PARKASH
1851 HAMPSHIRE DR
HOFFMAN EST, IL 60192

MALINA, EDWARD & SANDRA REVOCABLE TRUST
EDWARD MALINA
SANDRA MALINA TTEE
6046 SUNNY MANOR CT
DELRAY BEACH, FL 33484

MAMIE CRANE & STEVE CRANE &
TERN O'DONELL & DWAIN CRANE
6416 TRINITY DR
PINE BLUFF, AR 71603

MAMIE R MAARSCHALIG
2617 GLENFIELD AVE
DALLAS, TX 75233-1527

MANFRED + RENATE SEJA
WASSERFALLGASSE 16
A-5630 BAD HOFGASTEIN AUSTRIA

MANFRED BOLDT &
ROSEMARIE BOLDT JT TEN TOD
CAROLA BOLDT SUBJECT TO STA RULES
MOERCHINGER STR 37
BERLIN 14169 GERMANY

MANFRED C THUMM
ANNE M THUMM
JTWROS
157 ELM TREE TRL
WINTER HAVEN, FL 33880-4838

MANFRED LUIB (IRA)
FCC AS CUSTODIAN
5229 MAPLE SPRINGS DR
CHAGRIN FALLS, OH 44022-4130

MANFRED MARSCHEWSKI  IRA
FCC AS CUSTODIAN
U/A DTD 02/03/00
803 STOUTS VALLEY ROAD
RIEGELSVILLE, PA 18077-9703

MANIDIPA DAS
14 LOUIS CT
PEEKSKILL, NY 10566-1988

MANJU A SHAH
3807 PECAN VALLEY DR
MISSOURI CITY, TX 77459-4440

MANJU A SHAH
3807 PECAN VALLY DR
MISSOURI CITY, TX 77459-4440

MANN SHYA HU TSAY HSIN HU
1042 WARE STREET
VIENNA, VA 22180

MANOS IMMOBILIEN GMBH
C/O HEIKE LINDNER
KARCHERALLEE 23
01277 DRESDEN GERMANY

MANOUCHEHR BENJY
SHAHNAZ BENJY
815 N BEDFORD DR
BEVERLY HILLS, CA 90210-3023

MANUCHEHR EIJADI
23 ALPINE DR
LINCOLN PARK, NJ 07035-2208

MANUCHEHR EIJADI
23 ALPINE DR
LINCOLN PARK, NJ 07035-2208

MANUCHEHR EIJADI
CGM IRA CUSTODIAN
23 ALPINE DRIVE
LINCOLN PARK, NJ 07035-2208

MANUCHER EIJADI
23 ALPINE DRIVE
LINCOLN PARK, NJ 07035-2208

MANUEL F DE LA TORRIENTE
2333 BRICKELL AVE APT 2116
MIAMI, FL 33129

MANUEL GIRAULT ORTIZ DE M JAVIER GIRAULT ORTIZ DE MO
FRANCISCO JAVIER GIRAULT
PRIVADA DE TAMARINDOS 11 DEPT 018-C
05110 BOSQUES DE LAS LOMAS MEXICO DF

MANUEL LLIVINA PARAJON
URB VALPARAISO
A5 CALLE 1
TOA BAJA PR 00949
PUERTO RICO

MANUEL LOPEZ
7530A SPRING LAKE DR
BETHESDA, MD 20817

MANUEL RODRIGUEZ TTE
MANUEL RODRIGUEZ TRUST U/A 8/25/06
8032 SW 90 AVE
MIAMI, FL 33173

MANUEL T BARRERA TTEE
MANUEL T BARRERA TRUST
U/A DTD 11/07/00
64-03 251ST STREET
LITTLE NECK, NY 11362-2301

MARATHON ASSOCIATES PROFIT PLAN
C/O JOHN S SPILIAKOS
29 GARLAND ROAD
LINCOLN, MA 01773-1816

MARC DE PAUW
C/O SG PRIVATE BANKING
CUSTODY / ANN GELAUDE
KORTRIJKSESTEENWEG 302
B - 9000 GENT BELGIUM

MARC E DELLAPORTA &
KATHLEEN A DELLAPORTA
1001 DUNNING DR
WEST CHESTER, PA 19382-7584

MARC KOLOKOFF TOD
PATTY S KOLOKOFF
SUBJECT TO STA RULES
2104 PINEY WOODS COURT
VIRGINIA BCH, VA 23456-3976

MARC R GONZER
24 HERMAN THAU RD
ANNANDALE, NJ 08801

MARC SATTLER
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
9354 MELLENBROOK RD
COLUMBIA, MD 21045

MARC WEINSTEIN
66-45 GRAND AVENUE
MASPETH, NY 11378

MARC WEINSTEIN
66-45 GRAND AVENUE
MASPETH, NY 11378

MARCEL CICIC
99-40 63RD ROAD
APT 9U
REGO PARK, NY 11374

MARCELA S DE FERNANDEZ
AVE LAS AMERICAS 1972
TORRE LOA ENCINOS DEPTO 13 A
GUADALAJARA  JALISCO  MEXICO  44610

MARCELLA FARMER
625 FIRST AVE
LADY LAKE, FL 32159

MARCELLA H KABERG
MARCELLA H KABERG TTEE
MARCELLA H KABERG TRUST U/A/D 3-16-98
1382 BRANDYWINE DR
ROCKFORD, IL 61108-4372

MARCELLA KLIMAS
5095 WOODRIDGE WAY
TUCKER, GA 30084

MARCELLA SEDLACHEK
401 N. WESTHAVEN DRIVE, K-102
OSHKOSH, WI 54904

MARCELYN A LOEHLEIN
1820 RIDGEWAY DR #12B
DE PERE, WI 54115

MARCIA E STODDARD
390 KEINATH DR
FRANKENMUTH, MI 48734

MARCIA F HAXALL
94 SHIPWRIGHT ST
ANNAPOLIS, MD 21401

MARCIA FRAN MOLLOY
CHARLES SCHWAB & CO INC CUST IRA CONTRIBUTORY
2700 SULGRAVE RD
SHAKER HEIGHTS, OH 44122-2328

MARCIA KATZ
CGM IRA CUSTODIAN
SB PORTFOLIO MANAGEMENT
1600 PARKER AVE
APT 22F
FORT LEE, NJ 07024-7007

MARCIA KATZ
SB PORTFOLIO MANAGEMENT
1600 PARKER AVE
APT 22F
FORT LEE, NJ 07024-7050

LOISA SBRAGIA
C/O MERRILL LYNCH
11 WEST OCEAN BLVD.
SUITE 2400
LONG BEACH, CA 90802