**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **MOTORS LIQUIDATION COMPANY, *et al.*,** | : | **Case No. 09-50026 (REG)** |
| **f/k/a General Motors Corp., *et al.*,** | : | |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

**AMENDED AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
) ss:
COUNTY OF SUFFOLK )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1. I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. Between August 19, 2010 and August 20, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors in the above-captioned case and pursuant to the **Notice of Debtors' Sixty-First Omnibus Objection to Claims [Docket No. 6671]**, I caused to be served a customized **Notice of Objection to Individual Debt Claims**, a copy of which is annexed hereto as Exhibit "A", upon each of the parties set forth in Exhibit "B" annexed hereto (affected parties) by depositing same in a sealed, postage paid envelope at a United States Post Office for delivery by the United States Postal Service via First Class Mail.

/s/ Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this
9th day of September 2010

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Qualified in Manhattan County
Commission Expires: May 19, 2012

# EXHIBIT A

**PLEASE CAREFULLY REVIEW THIS NOTICE AS IT WILL AFFECT YOUR CLAIM IN THE GENERAL MOTORS CORPORATION (NOW MOTORS LIQUIDATION COMPANY) BANKRUPTCY CASE**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| **MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corp., *et al.*** | : | **09-50026 (REG)** |
| **Debtors.** | : | **(Jointly Administered)** |

## <u>NOTICE OF OBJECTION TO INDIVIDUAL DEBT CLAIMS</u>

**[Claimant Name]**

| Claim Information | | | | | Basis For Objection |
|---|---|---|---|---|---|
| **Date** | **Claim #** | **Debtor** | **Classification** | **Amount** | **Claim is duplicative of a claim allowed for the indenture trustee on behalf of all Individual Bondholders** |
| | | | | | |

**<u>PLEASE TAKE NOTICE THAT</u>**, on August 13, 2010, Motors Liquidation Company (formerly known as General Motors Corporation) and its affiliated debtors, as debtors in possession (the "**Debtors**"), filed an objection to your proof of claim identified above. The name of the objection is the Debtors' ____________ Omnibus Objection to Claims (Duplicate Debt Claims) (the **"Objection**").

> **You have received this notice because the Debtors have objected to your proof of claim and your rights will be affected.**
>
> **You should read this notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**

**A copy of the full Objection can be viewed at http://www.motorsliquidationdocket.com/bond.php3. Or, you may request a complete copy of the Objection at the Debtors' expense, by contacting the Debtors at 1-800-414-9607, or by sending an e-mail to claims@motorsliquidation.com.**

The reason for the Objection is that your claim is duplicative of two global claims filed on your behalf (and on behalf of all affected bondholders) by Wilmington Trust Company ("**WTC**"), as the indenture trustee for your General Motors Corporation bonds. An indenture trustee is an entity that manages a bond issuance for the benefit of the individual bondholders, and handles all the administrative aspects of the bond issuance. The claims filed by WTC ensure your interests are protected with respect to the interest, principal, and trustee fees under your bonds. You will be entitled to receive a distribution on account of such interests through the global proofs of claim filed by WTC, and the disallowance of your individual claim will not affect such interests. If you have additional claims with respect to your bonds beyond interest, principal, and trustee fees, such claims will be disallowed pursuant to this Objection. A copy of the stipulation allowing the claims of WTC can be viewed at **http://www.motorsliquidationdocket.com/bond.php3**.

**YOU WILL NOTICE THAT** the Objection requests that the Bankruptcy Court expunge and disallow your claim listed above on the ground that your claim is duplicative of the global claim filed by WTC. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed, and you will not be entitled to any distribution from the Debtors' estates on the claim you filed.**

If you disagree with the Objection's treatment of your claim, you may call the Debtors to try and resolve your concerns at **1-800-414-9607**. If you are unable to resolve your concerns with the Debtors before the deadline to respond, then you must file and serve a written response

(a "**Response**") to the Objection in accordance with this notice and you must appear at the Hearing described below.

You may participate in the Hearing telephonically provided that you comply with the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider." You must also provide prior written notice by mail or e-mail of your telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Russell Brooks, Esq. (russell.brooks@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Jennifer Sharret, Esq. (jsharret@kramerlevin.com)).

**If you do not oppose the disallowance and expungement of your claim, then you do not need to file a Response or appear at the Hearing.**

**PLEASE TAKE FURTHER NOTICE THAT** a hearing (the "**Hearing**") on the Objection is scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on **September 24, 2010 at 9:45 a.m. (Eastern Time)**. If you file a Response to the Objection, you should plan to appear at the Hearing either in person or telephonically. The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to your claim. If the Debtors do continue the Hearing with respect to your claim, then the Hearing will be held at a later date. If the Debtors do not

continue the Hearing with respect to your claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **September 17, 2010 at 4:00 p.m. (Eastern Time)**. Only those Responses that are timely will be considered at the Hearing. Your Response will be deemed timely only if it is: (a) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing system (The User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov) before the deadline for Responses **or** (b) **actually** received on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format and in hard copy at each of the following addresses on or before the deadline for response:

A. Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;

B. Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and

C. Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Jennifer Sharret, Esq.).

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the number of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the

extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person that can be contacted in connection with the Objection.

If the Bankruptcy Court does NOT disallow and expunge your claim listed above, then the Debtors have the right to object on other grounds to your claim (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

If you have any questions about this notice or the Objection, please contact the Debtors at **1-800-414-9607**. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

**PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief requested in the Objection without further notice or a hearing if you fail to file a timely Response or appear at the Hearing.**

Dated: New York, New York
August 18, 2010

WEIL, GOTSHAL & MANGES LLP
Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT B

MARCIA KATZ
CGM IRA CUSTODIAN SB PORTFOLIO MANAGEMENT
1600 PARKER AVENUE
APT 22F
FORT LEE, NJ 07024

MARCIA KATZ
SB PORTFOLIO MANAGEMENT
1600 PARKER AVENUE
APT 22F
FORT LEE, NJ 07024

MARCIA M & JAMES H AAMODT
3224 FAIRCHILD AVE
WAYZATA, MN 55391

MARCIA PEARLMAN
5201 NW 2ND AVE
BOCA RATON, FL 33487-3837

MARCIA ZELIN
7550 HINSON ST
ORLANDO, FL 32819

MARCO J NICODEMO ROTH IRA
MARCO J NICODEMO
5664 ISLAND DRIVE NW
CANTON, OH 44718

MARCUS DAVIS
23246 GOLDCOAST AVE
PORT CHARLOTTE, FL 33980-1927

MARCUS PRAETZAS
FELDBERGSTRASSE 27
D-65843 SULZBACH GERMANY

MARDIE M JUSKALIAN
807 DEVONSHIRE COURT
WARRINGTON, PA 18976-3633

MARDIE M. JUSKALIAN
807 DEVONSHIRE COURT
WARRINGTON, PA 18976

MARGARET A CARLILE
ATTN: MARGARET A CARLILE TTEE
CARLILE FAMILY TRUST 5/1/98
4616 N NELSON DR
PEORIA, IL 61614-5762

MARGARET A CUNNINGHAM
1167 BRANDYWINE DR
HERMITAGE, PA 16148

MARGARET A EVANS
915 PANAMA COURT #B4
MARCO ISLAND, FL 34145

MARGARET A FLOOD
18 EDGEWOOD PARK
PARKERSBURG, WV 26104

MARGARET A HABERLIN
18031 GREENWOOD DR
NAPLES, FL 34114-8936

MARGARET A LAKE
200 LAKE RD
PARIS, KY 40361

MARGARET A LORENZ
1356 IRONBARK ST
SN LUIS OBISP, CA 93401-7672

MARGARET A MANDLY
9324 LAYTON LOOP NE
ALBUQUERQUE, NM 87111-1374

MARGARET A MANZER
1171 BENNOCH RD
OLD TOWN, ME 04468-5519

MARGARET A MAUS
3404 ERWIN
VICTORIA, TX 77901

MARGARET A MCMONAGLE
508 SO OHIO AVE CONDO A
MASON CITY, IA 50401

MARGARET A MORGAN
5201 FAIRWAY AVE #22
NORTH LITTLE ROCK, AR 72116

MARGARET A TROMBLE
5810 BRESKIN DR
ORLANDO, FL 32839

MARGARET A. CHARLES
332 S. STONEHEDGE DRIVE
COLUMBIA, SC 29210-4226

MARGARET ALMAZAN
1 MELROSE CT
DIX HILLS, NY 11746

MARGARET ANN ADAMS
WILLIAM BAUER ADAMS
24324 ADAMS HILL DR
ACCOMAC, VA 23301

MARGARET ANN RICHARDSON IRA
FCC AS CUSTODIAN
4854 CASTLE HILL CT
ROCKFORD, MI 49341-8382

MARGARET B ABEL
191 RIVER DR
TEQUESTA, FL 33469

MARGARET B KISSEL
701 SENTER VIEW DR
FUQUAY VARINA, NC 27526

MARGARET B SMITHERMAN
6401 BIRNAMWOOD RD
SHREVEPORT, LA 71106-3301

MARGARET BALLANTINE
17 PORT JACKSON WAY
PERU, NY 12972

MARGARET BUSIELLO
7423 RIDGE BLVD
BROOKLYN, NY 11209

MARGARET C DAWSON-ZIMMERMAN
REV TRUST MARGARET C
DAWSON-ZIMMERMAN TTEE UAD 02/14/2004
12910 MAI TAI LANE
FORT MYERS, FL 33908-1797

MARGARET C ELLIS
209 DOGWOOD CIRCLE
LARGO, FL 33777

MARGARET C GOURASH
2063 JAMESTOWN COURT
VALENCIA, PA 16059

MARGARET C MITCHELL
TOD REGISTRATION
4201 W EUCLID AVE
TAMPA, FL 33629-8423

MARGARET C SCHMOCK
DONALD G SCHMOCK
7373 CHILDSDALE AVE NE
ROCKFORD, MI 49341-9235

MARGARET C TAYLOR & CHARLES G TAYLOR JTWROS
56 PARKER AVE
NEWPORT, RI 02840-6942

MARGARET C WITTROCK
U/ A DTD 3/7/85
CYRIL K WITTROCK TRUST
TRUST A
1220 VILLAGE DR # 377
ARLINGTON HTS, IL 60004-8123

MARGARET CASPARIAN
60 CANTERBURY LANE
TOMS RIVER, NJ 08757

MARGARET DIVISH
7459 KIMBERLY LANE
EDEN PRAIRIE, MN 55346

MARGARET DUNCAN
32911 VERMONT ST
LIVONIA, MI 48150-3728

MARGARET E FANCHER LIVING TRST
UA DTD 04/08/2004
MARGARET E FANCHER AND
THEODORE J FANCHER CO-TTEES
23 JANICE PLACE
HAMBURG, NY 14075-5342

MARGARET E MCPEAK
325 CANARY DR
ELIZABETHTOWN, KY 42701-8554

MARGARET E PARENTI TRUSTEE
PARENTI FAMILY TR U/A
DTD 03/22/1996
1114 SAWMILL GULCH
PEBBLE BEACH, CA 93953-3131

MARGARET E SEAMAN
864 WINCHESTER CT
THE VILLAGES, FL 32162

MARGARET ECKETT
7391 POWERS RD
AUBURN, NY 13021

MARGARET ENGELKING
1060 AARON, #APT. 302
DEWITT, MI 48820

MARGARET ENGELKING
1060 AARON, APT 302
DEWITT, MI 48820

MARGARET F HORINEK
411 S ACADEMY
NEWKIRK, OK 74647

MARGARET F PAYLOR
10 WREN WAY
GREENVILLE, SC 29605

MARGARET G AYLING
37 OTTER CREEK RD
SKILLMAN, NJ 08558-2369

MARGARET G SILVER REV LIVING
C/O JAMES VINCENT
2491 NE MYRTLE ST
JENSEN BEACH, FL 34957

MARGARET GEHRES KANE &
WILLIAM JOHN KANE JT TEN
2807 HOLLAND COURT
ALEXANDRIA, VA 22306-3117

MARGARET GEHRING
3616 EL VERDADO COURT
NAPLES, FL 34109-1303

MARGARET H ABRAHAM &
JEANNE M ABRAHAM-DRYDEN
JT TEN
1255 MALVERN CT.
HEATHROW, FL 32746-4369

MARGARET H KAPLAN
GEORGE KAPLAN
10190 CEDAR POND DR
VIENNA, VA 22182

MARGARET H KAUTH TRUSTEE
GAYE H HARRIS IRREVOCABLE TRUST
DTD 2/27/95
500 DESOTO DR
FORT LAUDERDALE, FL 33301-1565

MARGARET H PRESCOTT
6614 E LAGUNA CT
ORANGE, CA 92867

MARGARET H ZELVIN
10035 53RD WAY S
APT 2204
BOYNTON BEACH, FL 33437

MARGARET HART IRA
FCC AS CUSTODIAN
20 BEECHWOOD ROAD
KILLINGWORTH, CT 06419-1202

MARGARET HOWELL
C/O CHRISTOPHER J FREEMAN, ESQ
PO BOX 401
MEDINA, OH 44258-0401

MARGARET INGENITO
114 STERLING PL
AMITYVILLE, NY 11701

MARGARET J IREY
4251 100TH AVE
PINELLAS PARK, FL 33782

MARGARET J MILLER
2714 QUAIL RIDGE
CARROLLTON, TX 75006

MARGARET J SPARKS-MCLEAN
3132 SE TOLEMAN ST
PORTLAND, OR 97202

MARGARET JORDAN HANSEN TRUST
U/A/D 3/3/00
MARGARET JORDAN HANSEN TRUSTEE
610 DANCER CT
BEAUFORT, NC 28516-9455

MARGARET K. SCHULTHEIS
CREDIT SHELTER TRUST
ROBERT A SCHULTHEIS TTEE
U/A DTD 03/29/2000
6101 PELICAN BAY BLVD UNIT 803
NAPLES, FL 34108-8183

MARGARET KILTY
5434 FM 609
LA GRANGE, TX 78945-5659

MARGARET L KUTTER
3501 SW OAK PKWY
TOPEKA, KS 66614-3220

MARGARET L MCGUIRE
C/O RICHARD A MCGUIRE
2005 N LINDBERG ST
WICHITA, KS 67206

MARGARET L MCGUIRE
RICHARD A MCGUIRE
2005 N LINDBERG ST
WICHITA, KS 67206

MARGARET L MCGUIRE
RICHARD A MCGUIRE
2005 N LINDBERG ST
WICHITA, KS 67206

MARGARET L RICHARD
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
1419 WESLEY CT
WESTMONT, IL 60559-3011

MARGARET L SLAVIK
14001 W 92ND ST APT 102
LENEXA, KS 66215-3428

MARGARET L VAN VLECK & ROBERT B HENSLEY, JTWROS
MARGARET L VAN VLECK
ROBERT B HENSLEY JTRWOS
5024 BRENTWOOD RD
TOPEKA, KS 66606

MARGARET LINNEWEBER
MARGARET A LINNEWEBER IRA
3129 25TH ST #142
COLUMBUS, IN 47201

MARGARET LYNN DAILY
6303 INDIAN SCHOOL RD NE
APT #509
ALBUQUERQUE, NM 87110-5353

MARGARET M BREDESON
10122 INDIGO DR
EDEN PRAIRIE, MN 55347

MARGARET M DALEY LEE
323 SOUTH 28TH ST
LA CROSSE, WI 54601-5117

MARGARET M DALEY-LEE
323 SOUTH 28TH ST
LA CROSSE, WI 54601

MARGARET M FOX IRA
FCC AS CUSTODIAN
99 CRICKET DRIVE
STURBRIDGE, MA 01566-1063

MARGARET M PYNE
525 E 81ST ST
NEW YORK, NY 10028

MARGARET MALIK
3708 TARPY DR SW
CEDAR RAPIDS, IA 52404

MARGARET MORTENSEN
2736 PACIFIC ST
BELLINGHAM, WA 98226

MARGARET O LEGENDRE
57970 NEW ERWIN DR
PLAQUEMINE, LA 70764

MARGARET O'DELL
16181 SW STETSON ST
SHERWOOD, OR 97140-8784

MARGARET PATTERSON
7077 N PARK AVE
INDIANAPOLIS, IN 46220

MARGARET POLLOCK TTEE
U/A/DTD 11/23/82
FBO MARGARET POLLOCK ET AL
700 JOHN RINGLING BLVD W305
SARASOTA, FL 34236-1588

MARGARET R RENTE
C/O ROSA MT CORTEGA
19495 BISCAYNE BLVD #700
AVENTURA, FL 33180

MARGARET R RENTE
RENTE REVOCABLE TRUST
MARGARET R RENTE TTEE
U/A/D 6/3/98
9805 NE 4TH AVE RD
MIAMI SHORES, FL 33138

MARGARET S CARSON
PO BOX 813
EAST ORLEANS, MA 02643-0813

MARGARET S SABOL
105 THORNTON GAP CHURCH RD
SPERRYVILLE, VA 22740

MARGARET S. BERINHOUT IRA
FCC AS CUSTODIAN
6285 WINDSOR TRACE DR.
NORCROSS, GA 30092-2374

MARGARET SABOL
105 THORTON GAP CHURCH RD
SPERRYVILLE, VA 22740

MARGARET SANTERIAN
605 MANCHESTER DRIVE
MAPLE GLEN, PA 19002-2888

MARGARET SOAVE
5870 DARBWOOD LANE
ORCHARD LAKE, MI 48324-2109

MARGARET STAFFORD
10900 TEMPLE TERRACE
APT I618
SEMINOLE, FL 33772

MARGARET T FORBES
3981 LYNN MARIE CT
STERLING HEIGHTS, MI 48314-1995

MARGARET T KOZAM
215 HUDSON AVE
TENAFLY, NJ 07670

MARGARET W DEAN
28 SHORELINE DR
ALEXANDER CITY, AL 35010

MARGARET WINSLOW
1801 WINCANTON DR
LAS VEGAS, NV 89134

MARGARET WOODS
504 W CLEVELAND
BOZEMAN, MT 59715

MARGARET Y CAMPBELL TRUST UA 9/15/95
FREDERICK J CAMPBELL TRUSTEE
2825 LINWOOD AVE
ROYAL OAK, MI 48073

MARGARET Y HOLLOWAY
8440 RYAN RD
MONTGOMERY, AL 36117

MARGARET Y HOLLOWAY
8440 RYAN RD
MONTGOMERY, AL 36117

MARGARET Z SMITH
TOD DTD 11/05/2008
2525 POT SPRING RD
UNIT L501
TIMONIUM, MD 21093-2778

MARGARITA A HAKIMI
912 COAST RANGE DR
SCOTTS VALLEY, CA 95066

MARGARITA ALEXEYEVNA HAKIMI
912 COAST RANGE DR
SCOTTS VALLEY, CA 95066

MARGARITA BLOCK
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
54 WESTMINSTER DR
PALM COAST, FL 32164-4023

MARGARITA M CAICEDO
15 COOPER AVE
AMITYVILLE, NY 11701

MARGARITA PEREZ
C/O PATRICIA CABEZA DE VACA
REPUBLICA DE EL SALVADOR N35 182
QUITO ECUADOR,

MARGARITA SAMPSON OCKENDON REVOCABLE LIVING TRUS
2400 S OCEAN DR #81142
FORT PIERCE, FL 34949

MARGARITA WINIKOFF
709 WASHINGTON DR
PITTSBURGH, PA 15229-1226

MARGART L DUNCAN
32911 VERMONT ST
LIVONIA, MI 48150-3728

MARGE PEARMAN
1040 FIR CT
RAPID CITY, SD 57701

MARGERY B NIDAY
366 SUNRISE DR
ARROYO GRANDE, CA 93420

MARGERY J DENNIS TR DTD 04/15/1993
MARGERY J DENNIS LIVING TR DTD 04/15/1993
MARGERY J DENNIS TTEE
9150 WANDERING WAY
OOLTEWAH, TN 37363

MARGERY J MUSSER
2772 PFEIFFER WOODS DR SE
APT 4305
GRAND RAPIDS, MI 49512

MARGERY K FORRY TRUSTEE
U/A DTD 01/03/1994
DONALD R FORRY TRUST
3745 WALDO PL
COLUMBUS, OH 43220-2215

MARGERY T HARRAND
2200 MIDHURST DR
ARLINGTON, TX 76013-5430

MARGI J INGRAM
513 OLDE ENGLISH LN
BIRMINGHAM, AL 35223

MARGIE CRAPSE
336 VANDERBILT AVE
AIKEN, SC 29803

MARGIE K THOMSON
1087 N JAMESTOWN RD APT A
DECATUR, GA 30033

MARGIE L FRAISER
1085 TASMAN DRIVE SPC 89
SUNNYVALE, CA 94089-5188

MARGIE L STRATMAN
4 PLEASANT CREEK COURT
FAIRFIELD, OH 45014-4863

MARGIE M CRADDOCK
765 WHEELERS MILL RD
MUMFORDSVILLE, KY 42765-9551

MARGO K SMITH
48129 LAKE VALLEY
UTICA, MI 48317

MARGOT SELIG HELFERD
WBNA CUSTODIAN TRAD IRA
5271 NAVAHO DRIVE
ALEXANDRIA, VA 22312-2034

MARGOT SELIG HELFERD REV TRUST
MARGOT & LYNN HELFERD TTEES
UAD 12/21/1992
5271 NAVAHO DR
ALEXANDRIA, VA 22312-2034

MARGREATT R DAVIS TTEE
MARGREATT R DAVIS LIVING TRUST U/A
DTD 07/18/2006
13547 MURPHY HILL
WHITTIER, CA 90601-4681

MARGUERITE A GILLETTE REV TR
MARGUERITE A GILLETTE TRUSTEE
U/A DTD 10/31/97
23058 SHANDS DRIVE
COURTLAND, VA 23837-1223

MARGUERITE A. WINTER
MARGUERITE A WINTER TRUSTEE
1104 LAKE AVE
PO BOX 5316
NORTH MUSKEGON, MI 49445

MARGUERITE BARKER
9432 PALESTRO ST
LAKE WORTH, FL 33467

MARGUERITE LASSNER &
FRANZ LASSNER JT TEN
1069 MICHIGAN AVE
CAPE MAY, NJ 08204-2541

MARGUERITTE K ROCKENBACH
1120 CELEBRATION COURT
JACKSONVILLE, FL 32259

MARGUERITTE K ROCKENBACH TRUST
U/A/D 5 7 98
MARGUERITTE K ROCKENBACH &
JAMES LYLE ROCKENBACH TTEES
1120 CELEBRATION CT
JACKSONVILLE, FL 32259-3123

MARI ALISSA BUSTAMANTE INH IRA
BENE OF JEANNIE T BRIMHALL
CHARLES SCHWAB & CO INC CUST
1461 SPRING RIDGE DR
WINTER GARDEN, FL 34787-2145

MARI JO ARCOMONE
CGM IRA ROLLOVER CUSTODIAN
611 HILLSIDE AVE
BROOKHAVEN, PA 19015-1738

MARIA BRADY
9921 BUCKINGHAM PLACE
NORTH HUNTINGDON, PA 15642

MARIA CARAVAS OLECK
2025 MICANOPY TRL
NOKOMIS, FL 34275-5351

MARIA CARMEN HERNANDEZ LAYES
AVDA MERIDIANA 27
3RD FLOOR
08018 BARCELONA SPAIN

MARIA HAMLANDER DREPS
TOD ACCOUNT
8109 GOLF CLUB CT
BAYONET POINT, FL 34667-2471

MARIA HASTERLIS
206 COLONIAL AVENUE
SADDLE BROOK, NJ 07663-5143

MARIA M ANASTASIOU
3501 KAMP DR
PLEASANTON, CA 94588

MARIA M MENDEZ LVNG TRUST
C/O MARIA & ARIEL MENDEZ
5414 GALLEY CT
FAIRFAX, VA 22032-3305

MARIA MOTA ALVES & CARLOS ALVES
731 CLEVELAND AVE
HARRISON, NJ 07029

MARIA MURGIA
36 WYOMING STREET
CARBONDALE, PA 18407-2023

MARIA N LEVENSON
484 LAKE SHORE DR
PIKEVILLE, TN 37367-8016

MARIA TORRES
28644 GREENWOOD PL.
CASTAIC, CA 91384

MARIA V DOMINGUEZ
2571 TRAPP AVE
MIAMI, FL 33133-3841

MARIA-ELENA PONTERIO
85-59 87TH ST
WOODHAVEN, NY 11421-1304

MARIAM G CLOUGH
2609 EAGLE CT
LAKE WALES, FL 33898-9078

MARIAN BERNICE KILLPACK
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
1675 PREMIER CT
SANTA MARIA, CA 93454-3464

MARIAN E BROUK
2908 HIGH RIDGE DR
HIGH RIDGE, MO 63049

MARIAN FLEISCHER
37 HENRY STREET
SCARSDALE, NY 10583

MARIAN GEHLING
1208 KENT AVE
ALBERT LEA, MN 56007

MARIAN M ANSON LIV TRUST U/A
JAMES A HALL TRUSTEE
DTD 12/04/1986
1432 LAKE ROAD
CONNEAUT, OH 44030-1018

MARIAN T. VERNON
101 ARROWOOD LANE
LAURENS, SC 29360-2201

MARIAN V KNAPP TTEE
KNAPP JT REV TRUST
U/A DTD 6/23/97
C/O PAUL
6703 WOODBROOK DR
FORT WAYNE, IN 46825-3956

MARIANNE A BLUMENTHAL TRUSTEE
6321 PINE RIDGE CT
#2C
TINLEY PARK, IL 60477-4920

MARIANNE BECK
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
7071 CORIANDER TRAIL
OAK HILLS, CA 92344-9028

MARIANNE BECK
CHARLES SCHWAB & CO INC CUST IRA ROLLOVER
7071 CORIANDER TRAIL
OAK HILLS, CA 92344-9028

MARIANNE BIGWOOD
8968 SW 116TH PLACE RD
OCALA, FL 34481

MARIANNE C CASAROTTO
7609 PHEASANT LN
LAS VEGAS, NV 89145

MARIANNE EINER KARMANN
LIVING TRUST DATED 051305
MARIANNE EINER TRUSTEE
240 GRAND STREET
POWELL, WY 82435-2243

MARIANNE K LONGOBARDI, TTEE
MARIANNE K LONGOBARDI SURVIVORS
TRUST UA DTD02/12/91
126 EL PORTAL DR
SHELL BEACH, CA 93449-1502

MARIANNE KIFER
TTEE FBO MARIANNE HICKS
KIFER TRUST DTD 12/1/90
2020 WALDMAN AVE
LAS VEGAS, NV 89102

MARIANNE LISENKO
C/O WILMINGTON TRUST C/O EDWARD JONES CO
PO BOX 34132
WASHINGTON, DC 20043

MARIANNE MARTIN SWEENEY
1326 PIMLICO PKWY
LIBERTYVILLE, IL 60048-5205

MARIANNE MILLER
CGM SPOUSAL IRA CUSTODIAN
655 SKIPJACK DRIVE
HEATHSVILLE, VA 22473-4544

MARIANNE MITCHELL
WILLIAM H MITCHELL
PO BOX 1926
RANCHOS DE TAOS, NM 87557-1926

MARIANNE SUBIA
6100 PAWTUCKET LANE 39 A
BLOOMFIELD, MI 48301-1763

MARIANO GALLETTA REVOCABLE TRUST
DTD 10/11/95 MARIANO GALETTA &
ANTHONY J LAPETINO TRUSTEES
119 E 10TH STREET
OSWEGO, NY 13126-1626

MARIANO GARCES RODRIGUEZ
C/ ISIDORO DE SEVILLA W2 ATICO A
SAN SEBASTIAN DE LOS REYES
MADRID 28703 SPAIN

MARIANO GARCES RODRIGUEZ
ISIDORO DE SEVILLA N 2 ATICO 1
SAN SEBASTIAN DE LOS REYES
28703 MADRID SPAIN

MARIBU S.A.
C/O I.F.C. MAIL BOX CENTER
6410 NW 82ND AVE # 0037
MIAMI, FL 33166-2734

MARIE A CONNOLLY
1004 GREYSTONE DR
CORAOPOLIS, PA 15108

MARIE A DALEY CUST
ELI N MACK UTMA/WI
323 S 28TH ST
LA CROSSE, WI 54601-5117

MARIE A PUPO
3920 BALDWIN LN
WINTERHAVEN, FL 33884-5210

MARIE A SERONI ROTH IRA
FCC AS CUSTODIAN
4752 SW BIMINI CIR N
PALM CITY, FL 34990-1234

MARIE C KUCERA
MIRANDA KAY KUCERA
503 KIRKWOOD ST
MISSOURI CITY, TX 77489-1404

MARIE C LOVE
715 S BOSSE AVE
EVANSVILLE, IN 47712-4416

MARIE C PERRINI
25 B SHADY LANE
LITTLE FALLS, NJ 07424

MARIE CALLAHAN
CGM IRA ROLLOVER CUSTODIAN
18 PLUMSTEAD WAY
HILLSBOROUGH, NJ 08844-4702

MARIE D GRECO
205 GLEN DR
RIDGE, NY 11961-1636

MARIE E CATLIN
126 GARNER AVE
BLOOMFIELD, NJ 07003

MARIE E CATLIN
126 GARNER AVE
BLOOMFIELD, NJ 07003

MARIE E MAHER
1 MADERA CT
TOMS RIVER, NJ 08757

MARIE E MAHER
1 MADERA CT
TOMS RIVER, NJ 08757

MARIE E RUSH
138 TOP O THE LAKE
AUSTIN, TX 78734-5237

MARIE E TRINKLEIN
8046 MILLINGTON RD
VASSAR, MI 48768

MARIE F MURRAY
10224 SPRING BRADY
CINCINNATI, OH 45231

MARIE F MURRAY
3531 MOONRIDGE DR
CINCINNATI, OH 45248

MARIE H ROTHMAN
175 WEST 13TH STREET
APT 9B
NEW YORK, NY 10011-7864

MARIE HASKINS BENE - KATHLEEN BEEMAN DECEASED
MARIE HASKINS
958 TOM HOLLAND RD
LUFKIN, TX 75901-1713

MARIE HEYING
PO BOX 25
ALTA VISTA, IA 50603

MARIE KRAEMER IRA
FCC AS CUSTODIAN
U/A DTD 09/09/96
7192 GREENLEAF AVE
PARMA, OH 44130-5019

MARIE KWIATKOWSI AND HENRY KWIATOKOWSKI JT TEN
6950 SW 58 CT
DAVIE, FL 33314-7011

MARIE L BUZZARD
4231 CADENA COURT
FORT WAYNE, IN 46815-5708

MARIE LEVENTIS
2070 PALMER LN
GREEN OAKS, IL 60048

MARIE N EGGLY
29 FLINTSTONE DRIVE
MARLTON, NJ 08053-2136

MARIE O'HARE
6 LOIS COURT
HACKETTSTOWN, NJ 07840

MARIE SALERNO
28 LYON AVE
GREENWICH, CT 06830

MARIE SICONOLFI TTEE
JOHN J HANLON TRUST
UAD 09/15/04
40 LANTERN LANE
ROCHESTER, NY 14623-1326

MARIE T VAN PELT
4718 CONNELL DR
RALEIGH, NC 27612

MARIE T VAN PELT (IRA)
FCC AS CUSTODIAN
4718 CONNELL DRIVE
RALEIGH, NC 27612-5604

MARIE-FRANCE LABICHETTEE
MARIE-FRANCELABICHE
LIV TR UAD 8/14/00
35 WEST 20TH AVE #205
SAN MATEO, CA 94403-1355

MARIETTA CALABRESE
1746 W 2ND STREET
BROOKLYN, NY 11223

MARIETTA CALABRESE
1746 W 2ND STREET
BROOKLYN, NY 11223

MARIETTA M SALYARDS
TOD MONTE C SALYARDS
1546 N 4TH ST
PAYETTE, ID 83661-2012

MARIETTA WILLIAMS
220 SANTA FE TRAIL
FORSYTH, MO 65653

MARIJEAN PAUTSCIA
3715 BALLMAN WAY
WELLINGTON, NV 89444

MARILYN & DONALD ROSS
C/O DONALD ROSS
11133 S 69TH E AVE
BIXBY, OK 74008

MARILYN & SEVERO GARCIA
1116 NORTH PLANO ST
PORTERVILLE, CA 93257

MARILYN A BOLTON LIVING TRUST
MARILYN A BOLTON TTEE
420 SOUTH MARION PARKWAY #301
DENVER, CO 80209-2546

MARILYN A HATFIELD
19 LAKE SOMERSET CIRCLE
BLUFFTON, SC 29909

MARILYN A PIRIE REVOC TRUST
U/A/D 4 2 98
MARILYN A PIRIE TTEE
4659 OAKHURST RIDGE RD
CLARKSTON, MI 48348-5027

MARILYN A RECZKO LIVING TRUST
MARILYN A RECZKO &
HENRY D RECZKO TRUSTEES
43471 POINTE DR
CLINTON TWP, MI 48038-4834

MARILYN A RECZKO LIVING TRUST
U/A/D 2 23 96
MARILYN A RECZKO &
HENRY D RECZKO TRUSTEES
43471 POINTE DR
CLINTON TOWNSHIP, MI 48038-4834

MARILYN A SHINE
161 PACKARD AVE
SPRINGFIELD, MA 01118-1737

MARILYN ANISH
141 BETTY ROAD
E MEADOW, NY 11554-1601

MARILYN AUSTIN
16692 INTREPID LANE
HUNTINGTON BEACH, CA 92649

MARILYN BAILEY HOLCOMBE &
EARL L HOLCOMBE JT TEN WROS
1320 MILL GLEN DR
DUNWOODY, GA 30338

MARILYN BLOCH
5098 PINE DR
BOYNTON BEACH, FL 33437

MARILYN BREEN &
LISA FRYE JT TEN
14 IMPERIAL CT
WESTBORO, MA 01581-3674

MARILYN CELNICK
PO BOX 834
PEARL RIVER, NY 10965

MARILYN F CARY
4284 IRONWOOD CIR
LIVERPOOL, NY 13090-2402

MARILYN F JOHNSON IRA
1517 HIGHPOINT RD
SNELLVILLE, GA 30078

MARILYN F SHIFTAR
1337 MOORINGS DR
LA CROSSE, WI 54603-1684

MARILYN F SHIFTAR
1337 MOORINGS DR
LA CROSSE, WI 54603-1684

MARILYN GEHR TTEE
THE GEHR FAMILY LIVING TRUST
U/A DTD 08/09/2000
68 BROCKLEY DR
DELMAR, NY 12054-2304

MARILYN GELBER
785 PARK AVE
NEW YORK, NY 10021-3552

MARILYN GELLER &
LOUIS GELLER TTEES
MARILYN GELLER REV LIV
TRUST U/A DTD 07/30/01
10920A LADERA LN
BOCA RATON, FL 33498-1528

MARILYN J KRAUS
404 PASADENA
ERIE, PA 16505

MARILYN J KRAUS
404 PASADENA DR
ERIE, PA 16505

MARILYN J OCHS
1135 NE 137TH AVE
PORTLAND, OR 97230-3228

MARILYN J SURETTE
10420 LAKE VISTA CIR
BOCA RATON, FL 33498-6787

MARILYN J WINTERS
12825 ASTONWOOD DR APT 111
TAMPA, FL 33626-3131

MARILYN J. THOMAS
CGM IRA CUSTODIAN
464 BURGESS DR.
WHITE LAKE, MI 48386-2813

MARILYN JORGE MARTINEZ
627 SW 27 AVE #1343
MIAMI, FL 33135-2937

MARILYN JUNE ADDERTON, IRA
6 FRENCHMEN KEY
WILLIAMSBURG, VA 23185-8620

MARILYN K FUMICH
C/O W M FUMICH JR
24461 DETROIT RD #210
WESTLAKE, OH 44145

MARILYN KAY PLOWMAN, TTEE
15504 W CORAL POINTE DR
SURPRISE, AZ 85374

MARILYN L ALEXANDER
33 WOODWARD LN
PALM COAST, FL 32164

MARILYN LEWIS HARRY LEWIS TRUST
M LEWIS & H LEWIS CO-TTEES
723 N LINDEN DR
BEVERLY HILLS, CA 90210

MARILYN M MOSELEY
58 WINDWARD CT
PORT ORANGE, FL 32127

MARILYN M MOSELEY
58 WINDWARD CT
PORT ORANGE, FL 32127

MARILYN M WOELK
148 SELBORNE CHASE
FAIRPORT, NY 14450

MARILYN MONACO TTEE
FBO MARILYN MONACO LIV TR
U/A/D 02-05-1998
571A WOODLAND ST
SOUTH GLASTONBURY, CT 06073-3526

MARILYN MORGANO & JEFFREY DOERNER
5240 CANNING COURT
SAN DIEGO, CA 92111-3806

MARILYN MOTSON
C/O MARILYN J MOTSON
990 BRIARWOOD APT 3
MANSFIELD, OH 44907

MARILYN MULLEN TTEE
MARILYN MELODY MULLEN TR U/A
DTD 04/22/1992
100 GLENVIEW PLACE APT 911
NAPLES, FL 34108-3131

MARILYN MUSNITSKY
190 PRESIDENTIAL BLVD
UNIT 501, THE CORINTNIAN
BALA CYNWID, PA 19004

MARILYN NYE AND ALLAN NYE JT TEN
904 PRINCETON AVE
ORMOND BEACH, FL 32176-7849

MARILYN P GRAY
143RD STREET BLDG 10
UNIT 304
OCEAN CITY, MD 21842

MARILYN PARDON
2516 SPARROWBUSH LANE
MANASQUAN, NJ 08736-2210

MARILYN R PETZOLD
760 GARDEN GROVE WALK
LEXINGTON, KY 40502

MARILYN S CLARK
1651 OLD SQUAW PASS RD
EVERGREEN, CO 80439

MARILYN S CLARK
1651 OLD SQUAW PASS RD
EVERGREEN, CO 80439-4734

MARILYN S OBERST FAMILY TR
ALVIN J OBERST & TIMOTHY S OBERST TTEES
U/A DTD 7/28/98
238 HOPKINS RD
WILLIAMSVILLE, NY 14221-3436

MARILYN S OBERST FAMILY TR
ALVIN J OBERST TTEE & TIMOTHY S OBERST
SUCCESSOR UA/DTD 7/28/98
238 HOPKINS ROAD
BUFFALO, NY 14221-3436

MARILYN S SCHATZ
35 COUNTRY CLUB DR
WOODBRIDGE, CT 06525-2509

MARILYN SOFFER
2305 CENTRAL PARKWAY
SCHENEECTROY, NY 12309

MARILYN T FARLEY
16104 BACONSFIELD LN
MONKTON, MD 21111-1534

MARILYN V PHILLIPS TTEE
MARILYN PHILLIPS REV LIVING TR
U/A DTD 03/28/2002
3540 WHITEHALL DR APT 104
WEST PALM BCH, FL 33401-1074

MARILYN WESTERMANN
THE HIGHLANDS
2000 CAMBRIDGE AVE APT 138
WYOMISSING, PA 19610

MARILYN WILLIAMS
10 CYPRESS TERRACE
KEY WEST, FL 33040-6215

MARILYNNE A KULPA
6606 SHORESIDE DR
FORT WAYNE, IN 46845-9446

MARIO & THERESA DISTEFANO
18 TAFT LANE
ARDSLEY, NY 10502-2411

MARIO A CARRABBA
24 SABINO FARM RD
PEABODY, MA 01960

MARIO AND ANGELA TORRACA JTWROS
321 GRANT AVENUE
LYNDHURST, NJ 07071-2203

MARIO MANNARINO
CGM IRA CUSTODIAN
721 BYRON AVENUE
FRANKLIN SQUARE, NY 11010-3207

MARIO PICCOLINO
2427 FISH AVE
BRONX, NY 10469

MARIO V AGNELLO
PO BOX 19306
RENO, NV 89511-1638

MARIO V SANTELLI JR
9417 CALVARY COURT
RIVER RIDGE, LA 70123

MARION & JEROME PERLSTEIN
65 RUNNYMEDE RD
ROCHESTER, NY 14618

MARION A CLARK
SOUTHWEST SECURITIES INC
ATTN KEVIN L MEADER
200 SW MARKET ST SUITE 1900
PORTLAND, OR 97201-5720

MARION A HALLGREN AND ERNEST A
HALLGREN TTEE MARION A HALLGREN
TRUST DATED 9/12/2000
6116 HANSEN ROAD
EDINA, MN 55436-2566

MARION A MURRAY
84 PECK ORCHARD RD
E HARTLAND, CT 06027

MARION A TURNER
2792 DONNELLY DR APT 343
LANTANA, FL 33462-6440

MARION C CHUCKA
3448 S 9TH ST
MILWAUKEE, WI 53215-5112

MARION D BOCHETTE
224 DRIFTWOOD DR
EUTAWVILLE, SC 29048

MARION D START
DANIEL START
1086 MCBRIDE AVE
WEST PATERSON, NJ 07424-2510

MARION E CROUSE & ANNE A CROUSE TTEES
MARION E CROUSE
1260 N 10TH ST
COOS BAY, OR 97420

MARION E REPP
TOD ACCOUNT
15533 MIAMI LAKEWAY N
APT #204
MIAMI LAKES, FL 33014-5561

MARION E. KENWORTHY SARAH H. SWIFT FOUNDATION
STEPHEN WISE TULIN
100 CHAMPLIN HILL RD
N FERRISBURGH, VT 05473-4076

MARION F MILLS
115 JULES DRIVE
WOOLWICH TWP, NJ 08085-1826

MARION F WOODALL AND MARJORIE WOODALL
1607 MCDOWELL RD
EVANSVILLE, IN 47712-5400

MARION G WILHELM
1116 NOWLEN ST
LEBANON, PA 17042-7236

MARION GARAHAN
7 SOUTH ROYAL DR
ALBANY, NY 12205

MARION H GATLIFF TRUST, MARION H GATLIFF TTEE
MARION H GATLIFF
716 PINEDALE DRIVE
PLANT CITY, FL 33563

MARION HENDERSON
80 EAST JEFFERSON STREET
FRANKLIN, IN 46131-2321

MARION KILLIAN
108 VAUGHAN ST.
PORTLAND, ME 04102

MARION L. STEWART &
BARBARA J. STEWART TTEE
M & B STEWART LIVING TR
U/A DTD 3/25/97
1342 SWEETING LANE
CORALVILLE, IA 52241-3024

MARION LEFKOW
MARION LEFKOW TRUST
MARION LEFKOW TTEE U/A/D 05/27/09
U/A/D 05/27/09
4875 SW 78TH AVE APT #343
PORTLAND, OR 97225

MARION M CALVERT & ALTON N CALVERT JTTEN
731 OAKVIEW DR
BRADENTON, FL 34210-4610

MARION M WIETHARN
MARION M WIETHARN & PHYLLIS A WIETHARN
2111 SW 32ND ST
TOPEKA, KS 66611

MARION MADRID AND
NANCY MORGAN TTEES
U/W/O E. LOUISE DAVIS 9/3/93
FBO ELIZABETH DAVIS
8045 STEWARTS WHARF RD
EXMORE, VA 23350-3821

MARION REGAN MORRISON
128 LIGHTHOUSE POINT
SLIDELL, LA 70458

MARION RITA HUBING, IRA
150 OAKWOOD LN
BOX 480
VALLEY FORGE, PA 19481

MARION RITA HUBING, IRA
150 OAKWOOD LN
BOX 480
VALLEY FORGE, PA 19481

MARION RUSSO
IRA DTD 4/11/89
5823 COVE LANDING RD
APT 302
BURKE, VA 22015-2698

MARION SHIFRIN
11584 PALLAS DR
BOYNTON BEACH, FL 33437

MARION T DRAKE
101 CIRCLE COURT
COVINGTON, LA 70433

MARION T PRICHARD
PO BOX 591
THIEF RIVER FALLS, MN 56701

MARION V NICOL
4021 TRIWOOD LN
BRIDGEPORT, MI 48722-9576

MARISA SAMAIA
85-11 67TH DRIVE
REGO PARK, NY 11374-5201

MARITAL TRUST U/W LIONEL TOLL
31 SHAWNEE RD
SCARSDALE, NY 10583

MARITAL TRUST U/W LIONEL TOLL
917 COVE RD
MAMARONECK, NY 10543

MARIUS INNERKOFLER & BRIGITTE SCARIZUOLA
VIA NICOLODI AURELIO, 25/5 IT
39100 BOLZANO ITALY

MARJORE A DANIEL
5145 SIXTH AVE SOUTH
BIRMINGHAM, AL 35212

MARJORIE A HEYSTEK
6501 BAYRIDGE RD
MOUND, MN 55364-9527

MARJORIE B SAUNDERS TTE CHARLES SHAW TRUST
82 CIRCLE DR
ROSLYN HTS, NY 11577

MARJORIE BENGTSON
10165 E KENSINGTON DR
TUCSON, AZ 85748-6777

MARJORIE D HOLLAND-WYSS
7031 CARRIAGE CREEK DR
WASHINGTON, MI 48094

MARJORIE DENNIS TRUST
3771 BARRINGTON CIR
SAGINAW, MI 48603

MARJORIE E CLARK
3477 MANDIGO
PORTASE, MI 49002

MARJORIE E WEISS
416 E BAYLES
BROWNSTOWN, IL 62418

MARJORIE I SMITH TTEE
KARL M SMITH ET AL U/A
DTD 07/23/1996
20375 CENTER RIDGE RD APT 317
ROCKY RIVER, OH 44116

MARJORIE I. PIFER
600 LAKEWOOD CIR.
MYRTLE BEACH, SC 29575

MARJORIE J GROSS
9524 CHARRON DR
PO BOX 6
NEW LOTHROP, MI 48460

MARJORIE M BEYLER
TOD DTD 2/24/2005
PO BOX 161
DENNIS, MA 02638-0161

MARJORIE M KIRBY
MARJORIE MILNE KIRBY
631 NIBLICK LANE
WALLINGFORD, PA 19086-6673

MARJORIE M KNIOLA
25 EAGLE RUN
SOUTH WINDSOR, CT 06074

MARJORIE M THORSON
520 ST
KETCHIKAN, AK 99901

MARJORIE MARKS
322 BATUSTROL CIR
NORTH HILLS, NY 11576-3059

MARJORIE O'BRIEN
216 MAPLE ST
ATTLEBORO, MA 02703

MARJORIE P REESE
PO BOX 1603
CASHIERS, NC 28717-1603

MARJORIE S BICKLE
1731 SHORELINE BLVD
SHAKOPEE, MN 55379-9154

MARJORIE S CANN
726 LOVEVILLE RD
COTTAGE 96
HOCKISSIN, DE 19707

MARJORIE S PROUDMAN
7 WOOD DUCK CT
HILTON HEAD ISLAND, SC 29928

MARJORIE S STORMS
8075 112 ST #202
SEMINOLE, FL 33772-4641

MARJORIE SCHLOSBERG
30 GREENRIDGE AVE
APT 2C
WHITE PLAINS, NY 10605

MARJORIE TOMSON
4901 W ST RD 16
DENVER, IN 46926

MARK A CHAPMAN
PO BOX 1687
SEALY, TX 77474-6687

MARK A EIBES
107 SHOAL DRIVE
CARTER LAKE, IA 51510

MARK A FLAK & CHRISTINE A FLAK JT TEN
2893 OAK SHADOW DR
OAK HILL, VA 20171-4201

MARK A KAPLAN
K LUSKIN
11158 PALMETTO RIDGE DR
NAPLES, FL 34110-1371

MARK A ROSENFELD
ROSALYN B ROSENFELD JT TEN
-PRIME ASSET MGMT-
94 W MULBERRY RD
DEERFIELD, IL 60015-5039

MARK B VAUGH IRA
MARK B VAUGH
637 PARK DR
FLOSSMOOR, IL 60422-1116

MARK BRENNER &
PATRICE A. BRENNER JT/WROS
6 TEAL COURT
NEW CITY, NY 10956-3156

MARK C CHELLIS &
ELIZABETH A CHELLIS
JT TEN WROS
7108 CADDIE WAY LN
SAINT LOUIS, MO 63129-5266

MARK C MUELLER TOD D MUELLER
L ERNST
SUBJECT TO STA RULES
15918 MYSTIC WAY
TAMPA, FL 33624-6814

MARK C TRAMONT &
EILEEN M TRAMONT
JT TEN
335 LOUVAINE DRIVE
BUFFALO, NY 14223-2322

MARK D GOULD AND SHELLEY M GOULD
725 S BARRINGRON AVE
APT 105
LOS ANGELES, CA 90049-4565

MARK D GOULD AND SHELLEY M GOULD
SHELLEY M GOULD
725 S BARRINGTON AVE APT 105
LOS ANGELES, CA 90049-4565

MARK D JACOBS
300 HARBOR CV
PIERMONT, NY 10968-1085

MARK D SAWYER &
LOUISE M SAWYER JT TEN
2 MOSSY CREEK COURT
SAINT PETERS, MO 63376-5961

MARK DRAUGEL LIVING TRUST
MARK DRAUGEL TTEE
PO BOX 431
WILLIAMS, AZ 86046

MARK EDWARD FISHER
DORIS FISHER JT TEN
TOD DTD 03/19/2009
4240 GALT OCEAN DR APT 1501
FT LAUDERDALE, FL 33308-6183

MARK EDWARD WARREN
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
5290 RIDGE ROAD
SOMERSET, VA 22972-2012

MARK F FRIEDMAN
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
118 CATER STREET
SAINT SIMONS ISLAND, GA 31522-2708

MARK FINK
CGM IRA CUSTODIAN
136 RYE HILL ROAD
MONROE, NY 10950-3018

MARK H MATSON
4069 S PACIFIC HWY #135
MEDFORD, OR 97501

MARK HAUSS
2901 AVENUE I, APT. 5-D
BROOKLYN, NY 11210-2917

MARK JOSEPH BEIRL
220 E FALCON HILL WAY
GREEN BAY, WI 54302

MARK KIERSTEAD
185 N GINA AVE
EL CAJON, CA 92019

MARK LENENBERG
8645 PITCH FORK AVE
LAS VEGAS, NV 89143

MARK LUTZ TTEE
LUTZ REV TRUST 07-02-07
46 ROWE RANCH WAY
NOVATO, CA 94949-7250

MARK MEINHARDS
3739 E CROMWELL LN
SPRINGFIELD, MO 65802

MARK METCALF
214 STANFORD ST
LANCASTER, KY 40444

MARK N COOPER
PSP-PERSHING LLC AS CUSTODIAN
MARK N COOPER-TRUSTEE
504 HIGHGATE TERRACE
SILVER SPRING, MD 20904-6314

MARK N COOPER-TRUSTEE
MPP-PERSHING LLC AS CUSTODIAN
504 HIGHGATE TERRACE
SILVER SPRING, MD 20904-6314

MARK NIEDERLUECKE
10156 GRISTMILL RIDGE
EDEN PRAIRIE, MN 55347

MARK P SPECTOR
60 SALEM RD
TRUMBULL, CT 06611

MARK P TATARIAN
PO BOX 455
CLIFFSIDE PARK, NJ 07010

MARK P WILSON
3930 W CHICAGO ST
CHANDLER, AZ 85226

MARK R KOLB (IRA)
160 FREMONT AVE
PARK RIDGE, NJ 07656

MARK R MONTGOMERY
12109 WOOD DUCK PL
TAMPA, FL 33617

MARK R STAMBACH
300 MCNAIR ROAD
AMHERST, NY 14221-3718

MARK SCHAEFER
11838 STATE HWY 68
NEW ULM, MA 56073

MARK SCHULTZ
14 TAVANO RD
OSSINING, NY 10562-3105

MARK SCHWARZ
485 MADISON AVE - 13FL
NEW YORK, NY 10022

MARK SCOTT RUDERMAN
121 34TH ST
MANHATTAN BEACH, CA 90266

MARK STEVEN FALCONE
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
2 S ALTA MIRA RD
LAGUNA BEACH, CA 92651-6712

MARK STEVENS WEBER
HERTA ANGELIKA WEBER JT TEN
10701 GULFSHORE DR APT 700
NAPLES, FL 34108

MARK STEVENS WEBER &
HERTA ANGELIKA WEBER JT TEN
10701 GULFSHORE DR APT 700
NAPLES, FL 34108

MARK STEVENS WEBER &
HERTA ANGELIKA WEBER JT TEN
10701 GULFSHORE DR APT 700
NAPLES, FL 34108

MARK STOVER
101 MARLBOROUGH AVE #1
EASTON, MD 21601-2735

MARK VOUTYRAS
30785 MYSTIC FOREST DR
FARMINGTON HILLS, MI 48331

MARK W HAGEN
2275 CLOVER FIELD DR
CHASKA, MN 55318

MARK W SHABLA TTEE
LAKE WINTERSET LAND TRUST U/A
DTD 02/03/2004
7760 THOMPSON NURSERY RD
WINTER HAVEN, FL 33884-4207

MARK WARREN AND JASMINE WARREN JT
RIVANDALE FARM
5290 RIDGE ROAD
SOMERSET, VA 22972

MARKE LOVELADY
245 WALMSLEY CT
DAYTON, NV 89403

MARLA J CLAUSEN TR
2513 N 3501 RD
MARSEILLES, IL 61341-9457

MARLEEN VAN DEN EYNDE
ARNOLD VAN LOONLAAN 42
B-3500 HASSELT BELGIUM

MARLEEN VAN DEN EYNDE
ARNOLD VAN LOONLAAN 42
B-3500 HASSELT, BELGIUM

MARLENE A GASKINS
4031 SW 72ND DR
DAVIE, FL 33314-3175

MARLENE A RUCZKO
13714 BARRYKNOLL
HOUSTON, TX 77079

MARLENE A SULLIVAN
9317 QUEENS POST CT
LAUREL, MD 20723

MARLENE DANDY
506 SOUTH 91ST CIRCLE
OMAHA, NE 68114-3900

MARLENE DEFILIPPO
205 IROQUOIS ST
RONKONKOMA, NY 11779

MARLENE DUDASH & JOHN ROBERT DUDASH
8084 EASTWAY DR
MENTOR, OH 44060

MARLENE E MOHN
262 JUSTINE DRIVE
CHAMBERSBURG, PA 17201

MARLENE HONG KONG LTD
7 ODELL PLAZA
YONKERS, NY 10701-1407

MARLENE J BROERSMA
1177 E GROVER ST
LYNDEN, WA 98264

MARLENE J CARGILE
517 WOODCREST WAY
FORNEY, TX 75126

MARLENE P ARNDERFER
412 24TH AVENUE
SAN FRANCISCO, CA 94121

MARLENE PINSKY
9694 PRESERVE PL
CENTERVILLE, OH 45458-3934

MARLENE R DICKEY REV TRUST
MARLENE DICKEY TTEE
U/A DTD 5/12/92 UPDTD 5/4/01
9145 RUSSELL AVE S
BLOOMINGTON, MN 55431-2119

MARLENE R WASHKO
#7 FERNCREEK DR
ROLLING HILLS ESTATES, CA 90274

MARLENE VIDA & HILARY VIDA JT TEN
4202 WEST LIBERTY RD
DU BOIS, PA 15801-5254

MARLIESE F STEPHENSON
WBNA CUSTODIAN TRAD IRA
3404 TERRAULT DR
GREENSBORO, NC 27410-8239

MARLIN D JACOBSON AND PAULINE E JACOBSON
PO BOX 86
BOWBELLS, ND 58721

MARLIN D KLECKNER
126 S LAKE DOSTER DR
PLAINWELL, MI 49080-9109

MARLIN M SUCHEY
78292 KENSINGTON AVE
PALM DESERT, CA 92211

MARLON MUNIAN
673 LOCUST STREET
APT 4H
MOUNT VERNON, NY 10552

MARLYS STOLL
1305 16TH AVENUE SW
AUSTIN, MN 55912-1745

MARMOR LLC
PO BOX 4134
SCOTTSDALE, AZ 85261-4134

MARNA F BELL
400 KENSINGTON RD
SYRACUSE, NY 13210-3014

MAROUN ZAHER
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
33 QUEEN MARY CT
SUGAR LAND, TX 77479-2515

MAROWILL CORPORATION
64010 NW 82 ND AVE. 0#0037
MIAMI, FL 33166

MARRYN F SHIFTAR
1337 MOORINGS DR
LACROSSE, WI 54603-1684

MARSHA A GREINER TTEE
HERBERT & MARSHA GREINER TR UAD 7/11/94
FBO ELIZABETH ANNE KIRBY
332 LAKE ERIE DR
MULBERRY, FL 33860-7537

MARSHA A KUMP
FREDERICK L KUMP
5861 AUGUSTA LN
GRAND BLANC, MI 48439-9472

MARSHA GILDIN
66 OVERLOOK TERRACE
APT 5N
NEW YORK, NY 10040-3827

MARSHA L AREHART
9647 VISTA DEL SOL
SPRING VALLEY, CA 91977

MARSHA LYNN MILSTEAD
R.W. MILSTEAD OR LYNN MILSTEAD
2653 ANNETTE ST
FLAGLER BEACH, FL 32136

MARSHA T GIRARD
CGM IRA CUSTODIAN
6513 DARWIN RD
LAUREL, MD 20707-2973

MARSHA WEINSTEIN
9539 WELDON CIRCLE
APT 404F
TAMARAC, FL 33321

MARSHALL & MARY RAGSDALE
731 CHAPEL RIDGE RD
TIMONIUM, MD 21093

MARSHALL LIPTON &
GLORIA LIPTON JT TEN
500 WASHINGTON AVE APT 9G
KINGSTON, NY 12401-2920

MARSONEK ASSOCIATES LP.
A PARTNERSHIP
111 ASPEN LN
SEVEN FIELDS, PA 16046-4317

MARSTON CLOUGH
LOUISE F CLOUGH
JT TEN
18 MAIN STREET
BOX 190
SOUTHBOROUGH, MA 01772-0190

MARSTON V LEININGER
416 DEER PATH LN
GATLINBURG, TN 37738

MARTEN R VEGTER
3360 ROCKY POINT CT
GRANDVILLE, MI 49418-3044

MARTHA A BARTLOG
32A INDEPENDENCE PKWY
WHITING, NJ 08759-1521

MARTHA A BARTLOG
32A INDEPENDENCE PKWY
WHITING, NJ 08759-1521

MARTHA A LUNDQUIST TTEE F/T
MARTHA A LUNDQUIST REVOC
TRUST DATED 12-17-99
9615 ALHAMBRA
STOCKTON, CA 95212-2616

MARTHA A REID
100 N MILWAUKEE PL 602
WHEELING, IL 60090

MARTHA ASBURY MCQUAIDE
C/O RUTH A STEWART
430 VILLAGE PL APT 318
LONGWOOD, FL 32779

MARTHA BOUSHELE
631 - 43RD COURT
RAPID CITY, SD 57702

MARTHA C LEFEVER
1246 LAUREL VIEW DR
ANN ARBOR, MI 48105-9764

MARTHA E WILLIAMS, JAMES K WILLIAMS, & JULIE BRENNAN
3721 E MONROE
SPRINGFIELD, MO 65809-1358

MARTHA FIFFER
2640 SUMMIT DR UNIT 304
GLENVIEW, IL 60025-7631

MARTHA FULTON FERRELL TTEE
FBO WILLIAM F & MARTHA FERRELL
INTER VIVOS TRUST - 01/10/94
326 GRAYSTON PLACE
SUN CITY CENTER, FL 33573-7335

MARTHA GREY HALSEY
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
105 CHECKERBERRY LN
GREENSBORO, NC 27455

MARTHA J LILE
1931 WARTRACE PIKE
SHELBYVILLE, TN 37160

MARTHA J REED
115 MAPLEWOOD DR
BEAVER, PA 15009-1337

MARTHA JANE THIELTGES
1850 DRY GULCH DR
HELENA, MT 59601

MARTHA JEAN MEVERDEN
8 MONTGOMERY AVE
SYCACAUGA, AL 35150

MARTHA K YEUGER & ANNIE L SHUSTER
3801 MCCAIN PARK DR B
NORTH LITTLE ROCK, AR 72116

MARTHA KOPLIN IRA
MARTHA KOPLIN
1100 ALTA LOMA RD
#1401
WEST HOLLYWOOD, CA 90069

MARTHA L MCALLISTER IRA
FCC AS CUSTODIAN
9804 SE 175TH PLACE
SUMMERFIELD, FL 34491-8976

MARTHA LOU BOSWELL REV LIV TR
C/O MARTHA L BOSWELL
5498 BENEVA WOODS WAY
SARASOTA, FL 34233-4127

MARTHA M BRUCKNER TRUST
RI BRUCKNER TRUSTEE
DTD 6-11-92
2001 EDGEBROK DR
ROCKFORD, IL 61007-1325

MARTHA M LOHR
55 OLD ANTLERS WAY
BUFFALO, WY 82834

MARTHA M UELTSCHEY
2145 SHEFFIELD DRIVE
JACKSON, MS 39211

MARTHA R NOLEN
6132 DANIELS CREEK RD
MARTINSVILLE, VA 24112

MARTHA SHOCKLEY & DONNA K BLAKE & CLARE AUDRY DOY
RT 1 BOX 46
EQUALITY, AL 36026

MARTHA SUTTON JONES TRUST U/W QTIP TRUST
WILLIAM RUSSELL JONES JR &
K STUART GREGORY TSTEES
6161 RIVER RD UNIT 47
RICHMOND, VA 23226-3334

MARTHEL A HENSLEY
9301 HIGHLAND DR
CLEARVIEW ACRES ADD
BROKEN ARROW, OK 74014

MARTI FRANCESCO
VIA LIVIGNO 6
TRAV VIA RAPOLLA
73100 LECCE ITALY

MARTIN & BEVERLY KULJIS
105 HAWTHORN RD
BELLINGHAM, WA 98225

MARTIN & JOHANNA G VERHAEGH, JTWROS
551 DORSET ST
CAMBRIA, CA 93428-3201

MARTIN & LINDA SIMONSON
11 CLARKE STREET
BRENTWOOD, NY 11717

MARTIN AND RUTH QUINN
502 BERWICK ST
WHITE HAVEN, PA 18661-1002

MARTIN AND WALTRAUD KREEB
IN DEN MUEHLAECKERN 14
74196 NEUENSTADT GERMANY

MARTIN BELSKY
18 PARNELL DR
CHERRY HILL, NJ 08003

MARTIN BOLICK
1712 W WOOD ST
COAL TOWNSHIP, PA 17866-2012

MARTIN BRENNER DEC'D & LINDA BRENNER
2 LAKE DR
LINWOOD, NJ 08221-1303

MARTIN COHEN
433 GRANTHAM B
DEERFIELD BEACH, FL 33442

MARTIN COHEN
433 GRANTHAM B
DEERFIELD BEACH, FL 33442

MARTIN E & MAE CAROLINE TURNER TRUST
892 6TH ST
PETALUMA, CA 94952

MARTIN E APPLEBAUM R/O IRA
FCC AS CUSTODIAN
11919 LAUGHTON WAY
NORTHRIDGE, CA 91326-1319

MARTIN E. GLUCKSTEIN
3955A ST. ANDREW CT.
BROOKFIELD, WI 53045-1977

MARTIN EXBER & JUDITH EXBER TTEES
OF THE EXBER FAMILY TRUST
DTD 1-22-90
629 VIA LINDA COURT
LAS VEGAS, NV 89144-1501

MARTIN FIELD
600 W 239TH STREET
BRONX, NY 10463-1207

MARTIN GELERMAN IRA
7971 ROCKFORD RD
BOYNTON BEACH, FL 33472

MARTIN H MILLER
5132 GABLE RIDGE LA
HOLLY SPRINGS, NC 27540-9304

MARTIN HABER CONSULTING ENGINEERS
520 8TH AVE 17TH FL
NEW YORK, NY 10018

MARTIN J GOLDMAN
28 RIDGEWOOD CIRCLE
WILMINGTON, DE 19809

MARTIN J MCINERNEY
1855 RATHMOR
BLOOMFIELD HILLS, MI 48304

MARTIN J MCINERNEY IRA
1855 RATHMOR
BLOOMFIELD HILLS, MI 48304

MARTIN JAMES MOODY
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
4802 CHAPELVIEW
BEL AIRE, KS 67226-8931

MARTIN JAY ALLEN
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
315 SUNSET BAY LN
PALM BEACH GARDENS, FL 33418-4590

MARTIN JAY ALLEN
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
315 SUNSET BAY LN
PALM BEACH GARDENS, FL 33418-4590

MARTIN JAY ALLEN
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
315 SUNSET BAY LN
PALM BEACH GARDENS, FL 33418-4590

MARTIN K MATSUI
APT 4A WOODLAND HEIGHTS
2 WONG NAI CHUNG GAP HONG KONG CHINA

MARTIN KESSELMAN TTEE
FBO MARTIN KESSELMAN 1991 TRUST U/A/D 12/2/91
5814 GRAVES
ENCINO, CA 91316-1443

MARTIN KIRSCH
6725 PENN AVE S
RICHFIELD, MN 55423

MARTIN KREIMERMAN COHEN
LAWRENCE KREIMERMAN LEW JTWROS
JESSICA KREIMERMAN LEW
BOSQUE DE ABEDULES 15 COL
BOSQUE DE LAS LOMAS DF 11700,MEXICO

MARTIN L AND ROSLYN H SCHECKNER
PO BOX 6658
MIAMI, FL 33256

MARTIN L. SCHECKNER TRUSTEE
UA 02-27-05 FIRST AMENDMENT TO AMENDED AND RESTATED
ANN SCHECKNER LIVING TRUST
PO BOX 6058
MIAMI, FL 33256

MARTIN LISS
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
20 W 64TH ST APT 31L
NEW YORK, NY 10023-7154

MARTIN MERSHON
PO BOX 121
ALTUS, AR 72821

MARTIN P MCDONALD IRA
FCC AS CUSTODIAN
IRA ROLLOVER
150 OCEANSIDE
ROCKAWAY POINT, NY 11697

MARTIN R KALISCH
51437 FORSTER LN
SHELBY, MI 48316

MARTIN ROBERT SILGE
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA
1840 REDWOOD DR
HEALDSBURG, CA 95448-4548

MARTIN ROSEN
1120 MANATI AVE
CORAL GABLES, FL 33146

MARTIN S FISCHER MD PROFIT
SHARING TRUST DTD 12/1/77
4669 ARRIBA DRIVE
TARZANA, CA 91356-4825

MARTIN S MEYERSON
79 NORTHWOODS LANE
BOYNTON BEACH, FL 33436-7405

MARTIN SASS (IRA CONTRIBUTORY)
FCC AS CUST
24 WESTCHESTER AVE
JERICHO, NY 11753-1442

MARTIN SASS AND
CLAIRE SASS JTTEN
24 WESTCHESTER AVE
JERICHO, NY 11753-1442

MARTIN SCHROERING
145 BLACK DUCK CIR
DAYTONA BEACH, FL 32119

MARTIN SCHROERING
145 BLACK DUCK CIR
DAYTONA BEACH, FL 32119

MARTIN SCHROERING
JANET SCHROERING
145 BLACK DUCK CIR
DAYTONA BEACH, FL 32119

MARTIN SOLOWAY
DESIGNATED BENE PLAN/TOD
6107 WARRENS WAY
WANAQUE, NJ 07465-1656

MARTIN W HUGGINS &
CAROL F HUGGINS JT TEN
1535 SERRATA WAY
TOMS RIVER, NJ 08755-0870

MARTIN ZUANICH AND MARY LOUISE ZUANICH
PO BOX 3437
SAN LUIS OBISPO, CA 93403

MARTIN, LUTZ, ROGGOW AND EUBANKS P.C. 401-K PLAN & PF
ATTN: JAMES A. ROGGOW
PO DRAWER 1837
LAS CRUCES, NM 88004-1837

MARTINA I MAUZY
22811 E EUCLID CIRCLE
AURORA, CO 80016-5205