**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | **Case No. 09-50026 (REG)** |
| **f/k/a General Motors Corp.,** *et al.,* | : | |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

---------------------------------------------------------------------x

## <u>AMENDED AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK        )
                                            ) ss:
COUNTY OF SUFFOLK      )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.      I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 105 Maxess Road, Melville, New York 11747.


2.      Between August 19, 2010 and August 20, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors in the above-captioned case and pursuant to the **Notice of Debtors' Sixty-Second Omnibus Objection to Claims [Docket No. 6672]**, I caused to be served a customized **Notice of Objection to Individual Debt Claims**, a copy of which is annexed hereto as Exhibit "A", upon each of the parties set forth in Exhibit "B" annexed hereto (affected parties) by depositing same in a sealed, postage paid envelope at a United States Post Office for delivery by the United States Postal Service via First Class Mail.

/s/ Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this
9th day of September 2010

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Qualified in Manhattan County
Commission Expires:  May 19, 2012

# EXHIBIT A

---

**PLEASE CAREFULLY REVIEW THIS NOTICE AS IT WILL AFFECT YOUR CLAIM IN THE GENERAL MOTORS CORPORATION (NOW MOTORS LIQUIDATION COMPANY) BANKRUPTCY CASE**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------------------------x
                                      :
In re                                 :        Chapter 11 Case No.
                                      :
MOTORS LIQUIDATION COMPANY, et al.,   :        09-50026 (REG)
      f/k/a General Motors Corp., et al.  :
                                      :
                  Debtors.            :        (Jointly Administered)
                                      :
----------------------------------------------------------x
```

## NOTICE OF OBJECTION TO INDIVIDUAL DEBT CLAIMS

### [Claimant Name]

| Claim Information | | | | | Basis For Objection |
|---|---|---|---|---|---|
| **Date** | **Claim #** | **Debtor** | **Classification** | **Amount** | Claim is duplicative of a claim allowed for the indenture trustee on behalf of all Individual Bondholders |
| | | | | | |

**PLEASE TAKE NOTICE THAT**, on August 13, 2010, Motors Liquidation Company (formerly known as General Motors Corporation) and its affiliated debtors, as debtors in possession (the "**Debtors**"), filed an objection to your proof of claim identified above. The name of the objection is the Debtors' _____ Omnibus Objection to Claims (Duplicate Debt Claims) (the "**Objection**").

> **You have received this notice because the Debtors have objected to your proof of claim and your rights will be affected.**
>
> **You should read this notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**

**A copy of the full Objection can be viewed at
http://www.motorsliquidationdocket.com/bond.php3.  Or, you may
request a complete copy of the Objection at the Debtors' expense, by
contacting the Debtors at 1-800-414-9607, or by sending an e-mail to
claims@motorsliquidation.com.**

The reason for the Objection is that your claim is duplicative of two global claims filed on your behalf (and on behalf of all affected bondholders) by Wilmington Trust Company ("**WTC**"), as the indenture trustee for your General Motors Corporation bonds.  An indenture trustee is an entity that manages a bond issuance for the benefit of the individual bondholders, and handles all the administrative aspects of the bond issuance.  The claims filed by WTC ensure your interests are protected with respect to the interest, principal, and trustee fees under your bonds.  You will be entitled to receive a distribution on account of such interests through the global proofs of claim filed by WTC, and the disallowance of your individual claim will not affect such interests.  If you have additional claims with respect to your bonds beyond interest, principal, and trustee fees, such claims will be disallowed pursuant to this Objection.  A copy of the stipulation allowing the claims of WTC can be viewed at http://www.motorsliquidationdocket.com/bond.php3.

**YOU WILL NOTICE THAT** the Objection requests that the Bankruptcy Court expunge and disallow your claim listed above on the ground that your claim is duplicative of the global claim filed by WTC.  **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed, and you will not be entitled to any distribution from the Debtors' estates on the claim you filed.**

If you disagree with the Objection's treatment of your claim, you may call the Debtors to try and resolve your concerns at **1-800-414-9607**.  If you are unable to resolve your concerns with the Debtors before the deadline to respond, then you <u>must</u> file and serve a written response

(a "**Response**") to the Objection in accordance with this notice and you <u>must</u> appear at the Hearing described below.

You may participate in the Hearing telephonically provided that you comply with the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider."  You must also provide prior written notice by mail or e-mail of your telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Russell Brooks, Esq. (russell.brooks@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Jennifer Sharret, Esq. (jsharret@kramerlevin.com)).

**If you do not oppose the disallowance and expungement of your claim, then you do not need to file a Response or appear at the Hearing.**

**<u>PLEASE TAKE FURTHER NOTICE THAT</u>** a hearing (the "**Hearing**") on the Objection is scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on **September 24, 2010 at 9:45 a.m. (Eastern Time)**.  If you file a Response to the Objection, you should plan to appear at the Hearing either in person or telephonically.  The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to your claim.  If the Debtors do continue the Hearing with respect to your claim, then the Hearing will be held at a later date.  If the Debtors do not

continue the Hearing with respect to your claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **September 17, 2010 at 4:00 p.m. (Eastern Time)**.  Only those Responses that are timely will be considered at the Hearing.  Your Response will be deemed timely only if it is:  (a) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing system (The User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov) before the deadline for Responses **or** (b) **actually** received on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format **and** in hard copy at each of the following addresses on or before the deadline for response:

A.    Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;

B.    Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and

C.    Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Jennifer Sharret, Esq.).

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the number of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the

extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person that can be contacted in connection with the Objection.

If the Bankruptcy Court does NOT disallow and expunge your claim listed above, then the Debtors have the right to object on other grounds to your claim (or to any other claims you may have filed) at a later date.  You will receive a separate notice of any such objections.

If you have any questions about this notice or the Objection, please contact the Debtors at **1-800-414-9607**.    CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

**PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief requested in the Objection without further notice or a hearing if you fail to file a timely Response or appear at the Hearing.**

Dated: New York, New York
            August 18, 2010

WEIL, GOTSHAL & MANGES LLP
Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT B

MARTINA K SCOTT VOLUNTORY TRUST
MARTINA K SCOTT
INGLEWOOD APT #202
405 N 8TH ST
MT HOREB, WI 53572

MARTINE HENNING
39A TAHOE VILLAGE 2
NEW HOPE, PA 18938

MARVERN M MERCER
21 THUNDERBIRD CIRCLE
PINEHURST, NC 28374

MARVIN & ELEANOR DON
29 SURREY ST
ROCK HILL, NY 12775

MARVIN & RUTH DUBIN
2801 STANBRIDGE ST
TIMBERLAKE APTS A620
EAST NORRITON, PA 19401

MARVIN A LORENZ
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
1146 PR 4487
LA GRANGE, TX 78945-5367

MARVIN AND ELAINE FITZER JTWROS
MARVIN FITZER
8040 ROYAL BIRKDALE CIR
LAKEWOOD RANCH, FL 34202

MARVIN BERGER
133 PARKWAY S
NEW LONDON, CT 06320-4231

MARVIN BOGIN
MARVIN BOGIN IRA
134 LAKESHORE DR APT T-13
NORTH PALM BEACH, FL 33408

MARVIN COHEN
19 PIERCE RD
EGG HARBOR TWP, NJ 08234

MARVIN COHEN
77 MARKHAM D
DEERFIELD BEACH, FL 33442-2752

MARVIN COHEN
77 MARKHAM D
DEERFIELD BEACH, FL 33442-2752

MARVIN DUBIN &
RUTH B DUBIN JT TEN
2801 STANBRIDGE ST
TIMBERLAKE APTS A 620
EAST NORRITON, PA 19401-1608

MARVIN E BECK
ANNE P BECK
735 PARK RD 1-C
SMITHVILLE, TX 78957

MARVIN F GAHAGAN
301 BIRD AVE
NATCHITOCHES, LA 71457-5217

MARVIN F. GAHAGAN SIMPLE IRA
FCC AS CUSTODIAN
301 BIRD AVE.
NATCHITOCHES, LA 71457-5217

MARVIN F. WOODS
PERSHING LLC OR CURRENT CUSTODIAN
18114 CLEARBROOK CIRCLE
BOCA RATON, FL 33498

MARVIN H BARNES SR
HELEN H BARNES JTTEN
548 TURLINGTON RD
SUFFOLK, VA 23434

MARVIN HERBERT
EDITH HERBERT
245 ESTATES TER S
MANHASSET, NY 11030-4002

MARVIN HOFFMAN
135 INDIGO DRIVE
MT LAUREL, NJ 08054-4973

MARVIN J KRINKE
2329 GRESHAM AVE N
OAKDALE, MN 55128

MARVIN J VELTKAMP TTEE
MARVIN J. VELTKAMP TRUST U/A
DTD 12/09/1997
2042 PAYTON LANE NE
GRAND RAPIDS, MI 49505-4422

MARVIN L KAPLAN MD
1548 GALAXY DR
NEWPORT BEACH, CA 92660

MARVIN LEVICK EDR ASSOCIATES PSP AND TRUST
TRS FBO EDR ASSOCIATES PSP & TRUST
140 FENWICK DR
PITTSBURGH, PA 15235-5014

MARVIN O HERZOG FAMILY TRUST
TERESA HERZOG SUCCESSOR TRUSTEE
5736 MAPLE RD
FRANKENMUTH, MI 48734-9716

MARVIN PELZER TTEE
SYLVIA PELZER TRUST U/A
DTD 02/14/1991
3243 SAN AMADEO APT 1-F
LAGUNA WOODS, CA 92637-3069

MARVIN PERCHER
EVELYN PERCHER CO-TTEES
MARVIN PERCHER REV TRUST
UA DTD 08/08/00
5280 N OCEAN DR APT 5F
SINGER ISLAND, FL 33404-2612

MARVIN R AND JULIA MAE STEWART
3625 E LOCUST CIRCLE
PROSPECT, KY 40059

MARVIN ROSETT TTEE
MARVIN ROSETT REV TRUST U/A
DTD 09/25/1992
6252 N. DRAKE AVENUE
CHICAGO, IL 60659-2204

MARVIN SACKS
2903 PARKER AVENUE
WHEATON, MD 20902

MARVIN SCHRIER
17250 BOCA CLUB BLVD APT 104
BOCA RATON, FL 33487-1087

MARVIN SCHWARTZ & FRAN A SCHWARTZ
C/O AMERIPRISE FINANCIAL SERVICES INC
401 FRANKLIN AVE STE 101
GARDEN CITY, NY 11530

MARVIN T HELON
3627 W SPRUCE
FRESNO, CA 93711-0639

MARVIN URBAN
CGM IRA ROLLOVER CUSTODIAN
7178 PROMENADE DRIVE
APT B601
BOCA RATON, FL 33433-6976

MARVIN WERTHEIMER
4 SPLITROCK RD
LIVINGSTON, NJ 07039

MARVINE CIRAR TTEE
CIRAR FAM TRUST
U/A DTD 10/13/80
1069 S OLYMPIC AVE
BANNING, CA 92220-5164

MARVYN SCHLACKMAN AND JOAN SCHLACKMAND JT WROS
8796 VIA TUSCANY DR
BOYNTON BEACH, FL 33472-7144

MARY & IRVING NORKIN
162 MARIGOLD LANE
MILFORD, PA 18337

MARY A CAPASSO
211 MATCHAPONIX AVE
MONROE TWP, NJ 08831

MARY A DAVIES
313 HUMAR ST APT 7
WEST BEND, WI 53095-5298

MARY A NUNN
3435 DUFFER
COLUMBUS, IN 47203

MARY A ULLMER &
ELDON J ULLMER
JT TEN
103 CHASE LANE
FREDERICKSBUR, VA 22401-5181

MARY A. BRALY
160 OLDE OAK DRIVE
JONESBORO, GA 30238-5623

MARY A. WILLIS
CGM IRA CUSTODIAN
7837 SE SPICEWOOD CIR
HOBE SOUND, FL 33455-8206

MARY ADELINE GRAVELY
C/O ANSOLA B GRAVELY
P.O. BOX 856
MILTON, WV 25541

MARY ADELINE GRAVELY
MARY A GRAVELY
PO BOX 981
MILTON, WV 25541

MARY ALCHAS
611 STRATFORD RD
N BALDWIN, NY 11510

MARY ALICE BRANKMAN
8 CONWAY CIR
LOUDONVILLE, NY 12211-2649

MARY ALICE HANSEN
1090 EAST 700 SOUTH #20
ST GEORGE, UT 84790

MARY ALICE MOONEY
1134 FAWCETT AVE
WHITE OAK, PA 15131

MARY ALICE MOONEY
1134 FAWCETT AVE
WHITE OAK, PA 15131-1502

MARY ALICE WHITTEN
WEDBUSH MORGAN SEC CTDN
IRA CONTRIBUTORY 12/31/04
12725 SOULE ST
POWAY, CA 92064-6034

MARY ANGELA WEBSTER
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
PO BOX 6814
FRAZIER PARK, CA 93222-6814

MARY ANN AHLRICH
4115 CAPE HAZE DR
CAPE HAZE, FL 33946-2309

MARY ANN BEARDEN
9 W TUSCALOOSA AVE
GADSDEN, AL 35904

MARY ANN BRYAN
3001 DUPREE CIRCLE
HUNTSVILLE, AL 35801

MARY ANN D'EMIDIO
102 FILMORE STREET
BRISTOL, PA 19007-5417

MARY ANN DENOBILE
WBNA CUSTODIAN TRAD IRA
6294 NW 30TH AVENUE
BOCA RATON, FL 33496-3319

MARY ANN MACHE
P O BOX 101
WILLIAMSVILLE, NY 14231-0101

MARY ANN MERCHANT REV TR
MARY ANN MERCHANT TTEE UA
DTD 04/15/96
1976 DUNHAM DR
ROCHESTER, MI 48306-4809

MARY ANN MERCHANT TTEE
BUSINESS MANAGEMENT SOLUTIONS
401 K FBO MARY ANN MERCHANT
1976 DUNHAM DR
ROCHESTER, MI 48306-4809

MARY ANN MROZ & SUSAN KNOWLING
MARY ANN MROZ
6218 LYMAN AVE
DOWNERS GROVE, IL 60516

MARY ANN PICCIRILLO IRA
RBC CAPITAL MARKETS CORP CUST
1000 WALNUT AVE
DUBOIS, PA 15801-2840

MARY ANN SNODGRASS
4480 N PLACITA QUERETARO
TUCSON, AZ 85749

MARY ANN YERK
107 W BROAD ST
SOUDERTON, PA 18964

MARY ANNE NESSLAR TTEE
MARY ANNE NESSLAR TRUST U/A
DTD 12/12/2001
638 N CATHERINE
LAGRANGE PARK, IL 60526-5602

MARY ANNE SURRETTE
3031 LYNDHURST J
DEERFIELD BEACH, FL 33442

MARY ANNE TARANTINO
5B NOB HILL
ROSELAND, NJ 07068-3800

MARY ARTMAYER
1442 FIELDCREST CT
CINCINNATI, OH 45231

MARY AZAR
C/O DIANA MERCIER
19475 ARGYLE CRES
DETROIT, MI 48203

MARY BARTOLUCCI &
ETTORE BARTOLUCCI
29 GREENVIEW DR
PEQUANNOCK, NJ 07440

MARY BARTOLUCCI &
ETTORE BARTOLUCCI JT TEN
15 MATTERHORN WAY
BRICKTOWN, NJ 08724-2079

MARY BENDER
2226 MASONIC DR
SEWICKLEY, PA 15143

MARY BETH EAHEART TTEE
THE EAHEART REVOCABLE FAM
TRUST U/A DTD 01/07/2004
13535 W HYACINTH DR
SUN CITY WEST, AZ 85375-4956

MARY BETH SIEMSEN
4993 THOMPSON RD
HERMANTOWN, MN 55811

MARY BETH SLOAN
1100 17TH AVE UNIT 104
SEATTLE, WA 98122-4608

MARY BETH WILLIAMS (IRA)
FCC AS CUSTODIAN
203 HEYWOOD TER
DELAND, FL 32724-7355

MARY BLAKE
5731 N. 25TH DR.
PHOENIX, AZ 85017

MARY BLANCHE CASHMORE
14915 WOODBRIAR DRIVE
DALLAS, TX 75248

MARY BOLAND ROTH IRA
C/O MARY BOLAND
34111 STAGECOACH BLVD
EVERGREEN, CO 80439

MARY BRAUER CONNELLY
MARY BRAUER-CONNELLY TTEE
MARY BRAUER-CONNELLY TRUST
U/A DTD 3/17/97 AMA ACCOUNT
5112 W TIMBERVUE CT
PEORIA, IL 61615-2204

MARY BRIDGES LIVING TRUST DTD 3/11/99
MARY BRIDGES TTEE
5000 CENTRAL AVENUE #25
HOT SPRINGS, AR 71913-9612

MARY BRIERLY TTEE DELUCCHI FAMILY CREDIT SHELTER TR
MARY BRIERLY
4618 HERON LAKES DR
STOCKTON, CA 95219

MARY C HARMAND
1301 NOTTINGHAM RD APT B120
JAMESVILLE, NY 13078-8786

MARY C HENKENIUS
1836 E RANCH RD
TEMPE, AZ 85284-3463

MARY C HESS
236 INDIAN COVE DR
DAWSONVILLE, GA 30534

MARY C HINCKLEY TRUST
MARY C HINCKLEY TTEE
8975-402 LAWRENCE WELK DR
ESCONDIDO, CA 92026

MARY C KANTOR TRUSTEE
MARY C KANTOR  FRANK S KANTOR TTEE
THE KANTOR FAMILY TRUST  U/A DTD 08/19/2004
617 CARPENTER WAY
AUBURN, AL 36830-7820

MARY C LOEFFLER TTEE
MARY C LOEFFLER
TRUST U/A DTD 8/16/01
1787 FOUNTAIN VIEW CIR
VENICE, FL 34292-2361

MARY C SCHAFFER
500 E HIGHLAND AVE
SIERRA MADRE, CA 91024-2127

MARY C STARKE
PO BOX 402
SUFFERN, NY 10902

MARY C. MICKLEWRIGHT
422 KING AVE
EAST DUNDEE, IL 60118-3033

MARY CAIRNS TTEE F/T
MARY CAIRNS LV TR DTD 04/14/2000
FLAT #5 DANNY HOUSE
BN69BB HURSPIERPOINT W SYSSEX ENGLAND

MARY CAMPBELL TTEE
C JOHN CAMPBELL TTEE FAMILY TRUST U/A/O 09/28/89
7121 LILLOOET LOOP
ABERDEEN, WA 98520

MARY CHIRONIS IRA
16 PONDEROSA DR
MELVILLE, NY 11747

MARY CHOI
8 STARLING BLVD
WOODBRIDGE ON CANADA L4H 2H1

MARY CONROY
MARY C CONROY
170 LOCUST ST
JACKSON, OH 45640

MARY CUNNINGHAM
606 NORTH OAKS AVE
HARTFORD, SD 57033

MARY D CORSON
51 MOONGLOW DRIVE
BIRMINGHAM, AL 35215-7007

MARY D MATTISON
PO BOX 186
TWISP, WA 98856

MARY D MCFADDEN REV TST DTD 04/20/9
984 EUREKA RD
SPRINGFIELD, VT 05156-9106

MARY DAWSON
C/O RBC WEALTH MANAGEMENT
FBO MARY DAWSON
3312 ROSEDALE ST STE 201
GIG HARBOR, WA 98335

MARY DELAY
103 CATESBY CIRCLE
COLUMBIA, SC 29206-4964

MARY DEVARY
17191 CHENIER DRIVE
PRARIEVILLE, LA 70769-4035

MARY DIGIOVANNI
46 CROMWELL PLACE
SEA CLIFF, NY 11579-1441

MARY E ANDERSON
107 W VINE ST
SHIREMANSTOWN, PA 17011

MARY E BLACKBURN
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA
1508 LAYDEN COVE WAY
VIRGINIA BEACH, VA 23454

MARY E BRADLEY
N 13412 YALE RD
MEAD, WA 99021

MARY E BRESOWAR
2723 GOLDMOR CIRCLE
BIRMNINGHAM, AL 35244

MARY E FORMAN
8442 68TH WAY
PINELLAS PARK, FL 33781-1145

MARY E GREKILA
PO BOX 7921
CHARLOTTESVLE, VA 22906-7921

MARY E HICKMAN
2853 ORIOLE DR
BEAVERCREEK, OH 45434

MARY E MCNAMEE TRUSTEE
15 LONGVIEW AVE
SAN ANSELMO, CA 94960

MARY E NETTLETON
CGM IRA CUSTODIAN
377 WATERGATE CONDOS
115 E KINGS HIGHWAY
MAPLE SHADE, NJ 08052-3434

MARY E RIEDER
13700 CR9
EYOTA, MN 55934

MARY E ROFF
103 TIMBER LANE
JUPITER, FL 33458

MARY E SMITH
CGM IRA CUSTODIAN
2000 N PETTY RD
MUNICIE, IN 47304-4294

MARY E THALMAN
1100 BELCHER RD S #770
LARGO, FL 33771

MARY E THOMSON
1490 WEKIVA DR
MELBOURNE, FL 32940

MARY E THORNTON
1424 MONCLAIR RD
ROOM 1
BRIMINGHAM, AL 35210

MARY E. GARRISON
7204 N MANNING
PEORIA, IL 61614-1916

MARY EHLER
507 MARION LANE
LEXINGTON, MO 64067

MARY ELIZABETH BRIDGES
LIVING TRUST DTD 3/11/99
MARY ELIZABETH BRIDGES TTEE
5000 CENTRAL AVENUE #25
HOT SPRINGS, AR 71913-9612

MARY ELIZABETH HARDY
53 B BURROUGHS ST
JAMAICA PLAIN, MA 02130

MARY ELIZABETH PETERSON
430 FLINT AVE
LONG BEACH, CA 90814-2037

MARY ELIZABETH STANG
7700 NEMCO WAY
STE 105
BRIGHTON, MI 48116

MARY ELLEN BYRD IRA
318 TRACE RIDGE RD
HOOVER, IL 35244

MARY ELLEN COMPLIMENT
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
2978 SW WESTLAKE CIR
PALM CITY, FL 34990-4614

MARY ELLEN MILLER TR
UA 06/08/88
MARY ELLEN MILLER #2 TRUST
1618 SOUTHBAY DR
OSPREY, FL 34229-9720

MARY ELLEN SWIFT
176 BRACE LN
TABERNACLE, NJ 08088-9329

MARY ELLEN WICKLIN
9505 KINGCROFT TERRACE
UNIT N
PERRY HALL, MD 21128-9467

MARY ELLEN WICKLIN
9505 KINGCROFT TERRACE
UNIT N
PERRY HALL, MD 21128-9167

MARY F BRANDT IRA
HILLIARD LYONS CUST FOR MARY F BRANDT IRA
12011 N COUNTY ROAD 1250 E
SEYMOUR, IN 47274-9714

MARY F NESE
317 EDSTAN WAY
PARAMUS, NJ 07656

MARY F WINKE
901 ESSINGTON ROAD
APT. 305
JOLIET, IL 60435-8406

MARY FINK TRUST A
FBO LEE ANN RUNKLE, U/A 6-2-89
GARY M SELIG, TRUSTEE
1416 N PENNSYLVANIA STREET
INDIANAPOLIS, IN 46202

MARY FINK TRUST B
FBO BETTY LEHNER
GARY M SELIG TR
1416 N PENNSYLVANIA ST
INDIANAPOLIS, IN 46202

MARY FRANCES CULLOP
32142 ROBIN LANE
WALLER, TX 77484

MARY FRANCES WEBB REV TRUST
DTD 8/9/2004
MARY FRANCES WEBB TTEE
10024 MARGIE CIR
LITTLE ROCK, AR 72209-6550

MARY G HOLMES TTEE
MARY G HOLMES TRUST U/A
DTD 06/10/1993
6562 BOCA DEL MAR DR APT 326
BOCA RATON, FL 33433-5712

MARY G OSTERMAN
4991 N CONTOUR WAY
BOISE, ID 83703-2796

MARY GANGL
1032 CARRIAGE LN
CASPER, WY 82609

MARY GAZO REV LVG TRUST
C/O MARY GAZO
13410 CANE POLE CT
HUDSON, FL 34667-1484

MARY GURAL
80-22 222ND ST
QUEENS VILLAGE, NY 11427-1221

MARY GURIEN TTEE
GURIEN LIVING TRUST U/A
DTD 03/18/1999
6865 HUNTINGTON LANE APT 402
DELRAY BEACH, FL 33446-3013

MARY H BICK, GERALD D BICK
9275 BICK RD
WINCHESTER, OH 45697

MARY H DEAL
2062 AYERS AVE
AKRON, OH 44313-7245

MARY HELEN GARCIA
20731 PARK PINE DR
KATY, TX 77450-2811

MARY HONINGS TTEE
MARY HONINGS REV TRUST
1243 BEACH PARK BLVD
FOSTER CITY, CA 94404

MARY I GOURLEY
C/0 SCHOLARSHIP FOUNDATION
2630 S. POLARIS DRIVE
FORT WORTH, TX 76137-4803

MARY I GOURLEY
SCHOLARSHIP FOUNDATION
2630 2 POLARIS DRIVE
FORT WORTH, TX 76137-4803

MARY I GOURLEY
SCHOLARSHIP FOUNDATION
2630 S POLARIS DRIVE
FORT WORTH, TX 76137-4803

MARY I GOURLEY
SCHOLARSHIP FOUNDATION
2630 S POLARIS DRIVE
FORT WORTH, TX 76137-4803

MARY J BONGIOVANNI
RENEE A ADORNATO
7000 PELICAN BAY BLVD # A103
NAPLES, FL 34108-8577

MARY J BUCKLEY
232 E 284TH ST
WILLOWICK, OH 44095-5022

MARY J DIGERONIMO
270 MARIN BLVD 17D
JERSEY CITY, NJ 07302

MARY J KIRTLAND
715 NARCISSUS AVE
CORONA DEL MAR, CA 92625

MARY J SMEDLEY BYPASS TRUST
SUSAN JENKINS TRUSTEE
368 N RED BRDIGE RD
ROSWELL, NM 88201-9519

MARY J WOOD IRA
MARY J WOOD
2007 LAKESIDE CT
CHAMPAIGN, IL 61821

MARY J YIU
11 TRENT LA
SMITHTOWN, NY 11787-1214

MARY J YOUNG RICHARD E YOUNG JT TEN
8520 SWEET BIRCH DR
INDIANAPOLIS, IN 46239-7737

MARY JANE DARRENKAMP
2679 BEECH LANE
LANCASTER, PA 17601-2267

MARY JANE DARRENKAMP
2679 BEECH LANE
LANCASTER, PA 17601-2267

MARY JANE DEMPLER
33716 PINE RIDGE DR W
FRASER, MI 48026

MARY JANE HOWARD
4899 WINDING LN
CLARENCE, NY 14031-1546

MARY JANE KARAM
838 WESTPORT DRIVE
BOARDMAN, OH 44511

MARY JANE KLECKNER
66 SHELBOURNE COURT
CHESTERBROOK, PA 19089-5723

MARY JANE LONG
109 DAIRY LANE
CLEARFIELD, PA 16830

MARY JANE PATTERSON
1371 BURMONT RD
DREXEL HILL, PA 19026-5030

MARY JANE R FLANAGAN
1507 ISAACS CT
MAPLE GLEN, PA 19002-3140

MARY JO ADKINS
8272 AURORA PEAK AVE
LAS VEGAS, NV 89131

MARY JO ASHENFELTER
1½ EARLES LANE
NEWTOWN SQUARE, PA 19073-2618

MARY JO BAILEY
71 E LINWOOD AVE
AKRON, OH 44301

MARY JO NOLAN
602 11TH ST SW
AUSTIN, MN 55912

MARY JO STOLEN
7464 KING GEORGE DR
INDIANAPOLIS, IN 46260-3438

MARY JONIC
3820 W 213TH ST
FAIRVIEW PARK, OH 44126-1219

MARY JOSEPHINE FORD
2152 NORTH SEMINOLE TRAIL
MADISON, VA 22727

MARY K CARDINAL
424 14TH ST
TELL CITY, IN 47586

MARY K CARDINAL
424 14TH ST
TELL CITY, IN 47586

MARY K MAH
157 CINNABAR WAY
HERCULES, CA 94547

MARY K REYNOLDS
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER DTD 05/30/2000
4311 NIGHTBIRD WAY
REDDING, CA 96001-6124

MARY K SHIPP
100 KAREN COURT
GARDENDALE, AL 35071

MARY K YACKEL AND GARY J YACKEL
C/O GARY YACKEL
2080 KENNELY RD
SAGINAW, MI 48609

MARY KATHLEEN RODERWALD
245 KOHL AVE
LAKE BLUFF, IL 60044-1307

MARY KATHRYN HALL
WEDBUSH MORGAN SEC CTDN
IRA ROLL 07/02/2008
PO BOX 14951
LAS VEGAS, NV 89114-4951

MARY KONDYRA TTEE
M & M KONDYRA TRUST
DTD 09/09/94
853 THOREAU COURT
WARMINSTER, PA 18974-2057

MARY KUNA
6287 GREEN VIEW CIR #101
SARASOTA, FL 34231-8205

MARY L ALLEN
89 JERICHO RD
SALEM, NJ 08079-3120

MARY L BARTH
CGM IRA ROLLOVER CUSTODIAN
125 WOODSIDE DRIVE
LUMBERTON, NJ 08048-5279

MARY L BETZ TTEE
MARY L BETZ REVOCABLE TRUST
DTD 9/28/01
1614 BEACH PARKWAY UNIT 207
CAPE CORAL, FL 33904-7480

MARY L DUGOSH
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
PO BOX 2573
WEATHERFORD, TX 76086-8573

MARY L MARTIN (IRA)
212 S SHERRIN AVE
LOUISVILLE, KY 40207-3853

MARY L MURRAY
6558 S WEBSTER ST
LITTLETON, CO 80123

MARY L POESCHEL
803 AUTH ST
DURAND, WI 54736-1805

MARY L SUMMER
407 PEBBLE TRCE
ST SIMONS IS, GA 31522-3745

MARY L TAYLOR TTEE
THOMAS & MARY TAYLOR
TRUST U/A DTD 11-5-97
1295 FOREST HILL DRIVE
SAN ANDREAS, CA 95249-9728

MARY L. WENTZEL
1382 NEWTOWN-LANGHORNE RD
D-110
NEWTOWN, PA 18940-2401

MARY LE N CLARK & THOMAS S CLARK JR
TTEES MARY LE N CLARK REV TR
DTD 3-11-2002
910 MEADOWLARK DRIVE
O FALLON, IL 62269-1221

MARY LEKOWSKI IRA
3128 DILLON COURT
TOMS RIVER, NJ 08755

MARY LEWIS
412 S BURRIS ROAD
#11 WHITE OAKS
FLORENCE, SC 29501

MARY LOU DAILEY
33 WINTHROP PL
DOVER, NJ 07801

MARY LOU MCELROY
PO BOX 11
LAGRANGE, TX 78945

MARY LOU PATELSKI &
WALTER PATELSKI TTEE
MARY LOUISE PATELSKI TRUST
U/A DTD 02/12/98
2229 POST RD
NORTHBROOK, IL 60062-6206

MARY LOU S GARRETT GST TRUST
WILLIAM GORDON GARRETT TTEE
U/A/D 1/1/03
C/O W GORDON GARRETT
16 MCDANIEL CT
GREENVILLE, SC 29605-1712

MARY LOU WEIMEISTER TRUST
U/A/D 5 24 90
MARY LOU WEIMEISTER TTEE
1400 N DRAKE ROAD APT 172
KALAMAZOO, MI 49006-1969

MARY LOUISE FIORDALICE
1065 REMINGTON DR
NORTH TONAWANDA, NY 14120-2978

MARY LOUISE GARRETT
2920 DOW CIRCLE
DEER PARK, TX 77536

MARY LOUISE MORRIS TTEE
MARY L MORRIS
3799 CADBURY CIRCLE APT 819
VENICE, FL 34293-5390

MARY LOUISE WALCEK (IRA)
FCC AS CUSTODIAN
133 CLAUDE FIKE RD
ACCIDENT, MD 21520-2200

MARY LOVE GUTHRIE
PO BOX 698
NEVADA, MO 64772

MARY M BOWER
83 CATULLO DRIVE
GUILFORD, CT 06437

MARY M HARPER
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
5650 W QUINCY
DENVER, CO 80235-3025

MARY M HARPER
CHARLES SCHWAB & CO INC CUST
J S P CORPORATION I401K PLAN
5650 W QUINCY AVE # B
DENVER, CO 80235-3025

MARY M HOWARD
2312 STORM ST
AMES, IA 50014

MARY M IRELAND
170 SUNRISE DR
PLATTSBURGH, NY 12901

MARY M MULLEN
2525 58TH ST NW
ROCHESTER, MN 55901

MARY M NOVAKOWSKI
10810 SW 81 COURT RD
OCALA, FL 34481-5718

MARY M QUINN
408 VALLEY ROAD
SANFORD, NC 27330

MARY M SCHOOLEY TRUST DTD 11-30-1994
C/O MARY M SCHOOLEY
5801 SUN LAKES BLVD #236
BANNING, CA 92220

MARY MARGARET TOTH TTFF
MARY MARGARET TOTH REV
LIV TRUST U/A/D 10-19-94
2519 PIERCE ST
FLINT, MI 48503-2834

MARY MATTHEWS IOVINO &
ARTHUR IOVINO JT WROS
846 DUNCAN DRIVE
WESTBURY, NY 11590-1405

MARY MATTISON FAMILY, LLC
PO BOX 852
LYNDEN, WA 98264

MARY MEEKER
6212 VERNON COURT SOUTH
EDINA, MN 55436-1669

MARY MULLEDY
16 TWISTED CAY LN
HILTON HEAD ISLAND, SC 29926

MARY O MOCK AND MARY ANN BURNS JT TEN
512 STUART CT
SAVANNAH, GA 31405-5460

MARY ORNE LAW
1 LUDWELL PL
DURHAM, NC 27705

MARY P JAKES TTEE
FBO MARY P JAKES
U/A/D 05/24/95
2303 HORSESHOE COURT
GRAYSLAKE, IL 60030-9327

MARY P MORSE
1656 STATE ROUTE 221 WEST
MARATHON, NY 13803-1238

MARY P TERRY TTEE
UTD 5/7/86
FBO WILLIAM & MARY TERRY FAM TR
ACCT #2
3605 FALLON CIR
SAN DIEGO, CA 92130-1871

MARY R MUSHINSKI
C/O CHARLES SCHWAB & CO INC CUST IRA ROLLOVER
13406 SUNDOWNER DR
HOUSTON, TX 77041-6569

MARY R REED AND
DAVID B REED JTWROS
171 WESTMINSTER DR
APT 3C
DOVER, DE 19904-8704

MARY READY TAYLOR
115 WENTWORTH AVE
NASHVILLE, TN 37215

MARY RICKETSON
1046 CHASE RD
CORNELIA, GA 30531

MARY RITA HIGDON IRA
330 VALLEY LN
LEBANON, KY 40033

MARY ROTHERMEL
606 HOLLEGER RD
MILFORD, DE 19963-5645

MARY RUTH BARRETT
SPENCER BARRETT JT TEN
10160 TUSCANY DR
LAS CRUCES, NM 88007-8971

MARY S BROAD IRA FIDELITY MANAGEMENT TRUST COMPAN
MARY S. BROAD
4412 CHESAPEAKE AVE
HAMPTON, VA 23669

MARY S GARY
BONNIE S BONNER CONSERVATOR
1006 DENNY RD
COLUMBIA, SC 29203

MARY S GARY
BONNIE S BONNER CONSERVATOR
1006 DENNY ST
COLUMBIA, SC 29203

MARY S KOLISCHAK REV TRUST
MARY B KOLISCHAK AND
MICHAEL J KOLISCHAK CO-TTEES
3000 MAGAZINE DR
WINSTON SALEM, NC 27106

MARY S PITTMAN TTEE
MARY S. PITTMAN TRUST U/A
DTD 11/29/2001
174 WHITE BLOSSOM TRAIL
THOMASVILLE, GA 31757-4863

MARY S. HYER
JAY HYER
P O BOX 1031
WINTER HAVEN, FL 33882

MARY S. HYER
P O BOX 1031
WINTER HAVEN, FL 33882

MARY S. HYER
P O BOX 1031
WINTER HAVEN, FL 33882

MARY SIMMS
6600 W ROOSEVELT RD
OAK PARK, IL 60304

MARY SQ RICHARDSON
303 WEIL LANE
NICHOLSVILLE, KY 40356

MARY T KRAMER
CGM IRA CUSTODIAN
SB PORTFOLIO MANAGEMENT
SB PORTFOLIO MANAGEMENT
17005 SILVER VISTA LANE
WESTFIELD, IN 46074-4600

MARY T KRANZ
51-D AIRPARK DR
EAST FALMOUTH, MA 02586-8502

MARY T NYESTE
2841 NESMITH LAKE BLVD
AKRON, OH 44314

MARY T. KAUFMANN FAMILY TRUST, MARY T. KAUFMANN, TRUST
2 LORCA DR. EAST
RANCHO MIRAGE, AK 92270

MARY THACKABERRY
ESSINGTON PLACE
901 ESSINGTON RD APT #123
JOLIET, IL 60435

MARY V MCCARTHY
230 COUNTRYSIDE CT UNIT B
WAUPACA, WI 54981-1484

MARY V MIHOK
300 E CHURCH ST APT 510
ORLANDO, FL 32801-3533

MARY V SMEAD
3 BLACK BEAR CT
LITTLE ROCK, AR 72223-5205

MARY VIRGINIA KEY
1502 S BOULDER #7 D
TULSA, OK 74119-4022

MARY VIRGINIA MARTZ
200 DANIELS DR
YORKTOWN, VA 23690

MARY W APPLE
3889 MAYWOOD DR S
FRESNO, CA 93703-3325

MARY W. BARRE REVOCABLE TRUST
MARY W. BARRE TTEE
U/A DTD 02/16/2005
2645 EAST LAKESHORE DR
BATON ROUGE, LA 70808-2149

MARY WILLIE BANKS
14 WOODLAND DR
NEWMAN, GA 30263

MARY WONG
3556 KISKRIDGE ST
SANTA ROSA, CA 95403

MARY Z EDWARDS & ANDREW P ZACHOS
570 WHITTINGHAM PL
LAKE MARY, FL 32746

MARYAN D DAHMER & SUEANNA L CZARNIK JT-TEN
HC 32 BOX 11
UPPER TRACT, WV 26866-9601

MARYANN CASSIDENTO
154 AIMES DRIVE
WEST HAVEN, CT 06516-7002

MARYANN LIND
1613 HAWTHORNE DR
ARLINGTON, TX 76012-2230

MARYANN M MCKENZIE
120 MEMORIAL LANE
MT LAUREL, NJ 08054-2032

MARYANNE JACOBS T O D
3701 VEGA ROAD
RANDALLSTOWN, MD 21133-3425

MARYANNE PALMIERI
17 POLLY DRIVE
HUNTINGTON, NY 11743-6812

MARYANNE R PALMIERI
JOSEPH V PALMIERI JT/WROS
17 POLLY DR
HUNTINGTON, NY 11743

MARYHELEN KENNEDY
19 BEECH CLUSTER
DOYLESTOWN, PA 18901-2134

MARYLIN MAZZA
13 OVERLOOK BLUFF
MARLBORO, NY 12542

MARYLOU KRANTZ IRA
FCC AS CUSTODIAN
U/A DTD 1/12/98
3430 MOREFIELD RD
HERMITAGE, PA 16148-3611

MARYLOU MATY WALTZ
16516 TURQUOISE TRAIL
WESTON, FL 33331-3183

MARYLYN G DORSKY
1120 BEACON PKWY E #511
BIRMINGHAM, AL 35209

MARYSTEL APPLETON TTEE
WILLIAM APPLETON REV TRUST SHARE #1 DTD 04/03/01
2103 HARRISBURG RD
JONESBORO, AR 72401

MASARRAT HUSAIN & D ZOBERI
4084 NOBLEMAN POINT
DULUTH, GA 30097

MASON COHAN
MICHAEL COHAN C/F MASON COHAN
PO BOX 229
450 TILTON RD STE 220
NORTHFIELD, NJ 08225

MASON W RICH & ARLENE V RICH REV TR
ARLENE RICH TTEE
90TH HILL DR
LAKE ORION, MI 48360-2426

MASOTTI, JOSEPH P
116 MAUREEN DR
BRISTOL, CT 06010-2920

MASSEY LAMBARD
8606 BAYVIEW DR
FOLEY, AL 36535

MASSMAN IRREV TRUST #1
UAD 11/18/1991
GRETCHEN I MASSMAN TRUSTEE
1311 E HAYS WAY
BOISE, ID 83712-7420

MASSMAN IRREV TRUST #2
UAD 5/08/1992
GRETCHEN I MASSMAN TRUSTEE
1311 E HAYS WAY
BOISE, ID 83712-7420

MASSMAN IRREV TRUST #3
UAD 5/8/1992
GRETCHEN I MASSMAN, TRUSTEE
1311 E HAYS WAY
BOISE, ID 83712-7420

MATHIAS FROSCH
SECHSAECKER 32
34246 VELLMAR GERMANY

MATHILDE CASTRO
24201 ONEIDA ST
OAK PARK, MI 48237-1749

MATILDA J SMITHERS
3412 N BUCHANAN ST
ARLINGTON, VA 22207

MATRHEW ZITO
CAROLE ZITO
2120 HARBOURSIDE DR
APT 651
LONG BOAT KEY, FL 34228

MATTHEW F GARNETT TTEE
MATTHEW F GARNETT TRUST
1/28/92
8457 W NORMAL AVE
NILES, IL 60714-2325

MATTHEW H QUINN
115 UTE LANE
ESTES PARK, CO 80517

MATTHEW H QUINN BEN IRA
115 UTE LN
ESTES PARK, CO 80517

MATTHEW HOLDER
2120 DOUGLAS BLVD #4
LOUISVILLE, KY 40205

MATTHEW J KOVACH &
LINDA K KOVACH
519 MALVERN RD
AKRON, OH 44303-1739

MATTHEW J SCHAEFER
4400 N WINCHESTER AVE
#23
CHICAGO, IL 60640

MATTHEW LAZAROFF TTEE
MATTHEW LAZAROFF
915 AZTEC TRAIL
MERCER, PA 16137

MATTHEW P LERMAN
454 BEACH 143RD STREET
NEPONSIT, NY 11694-1111

MATTHEW RAHBAR HAKIMI
912 COAST RANGE DR
SCOTTS VALLEY, CA 95066

MATTHEW RICHARDSON
3437 LINCOLN AVE
ALTADENA, CA 91001-3829

MATTHEW ROBERTS
1345 CR 3408
JACKSONVILLE, TX 75766-6366

MATTHEW RYAN TR
MELBA RYAN TTEE
U/A DTD 08/11/1997
1408 ALBANY STATION RD
BELLEVILLE, IL 62223-3445

MATTHEW S AND CAROL F KRYCZKO
16 PENNYBROOK LN
MIDDLETOWN, NJ 07748

MATTHEW SOWINSKI
13 BEACON CIR
MILLSBORO, DE 19966

MATTHEWS ENTERPRISES PARTNERSHIP
FAMILY LIMITED
ATTN  LELAND MATTHEWS
380 ENGLEWOOD ST
KERRVILLE, TX 78028

MAUDE E MARSTELLER
417 NEW PARK ROAD
NEW PARK, PA 17352

MAUREEN A COBB
3950 ASHLAND AVE
PENSACOLA, FL 32534-1022

MAUREEN B JOSELSON
534 HERITAGE HILLS
APT B
SOMERS, NY 10589

MAUREEN COSTELLO
39 KELLY DR
DEPTFORD, NJ 08096-6711

MAUREEN D KATZ
2061 BLUE SPRINGS ROAD
WEST PALM BEACH, FL 33411

MAUREEN E CONNELLY
29 ROTHERWOOD RD
NEWTON, MA 02459-2437

MAUREEN L LONIEN
12228 E CORTEZ DR
SCOTTSDALE, AZ 85259-3311

MAUREEN M ARRIOLA
1154 N SILVERY LANE
DEARBORN, MI 48128

MAUREEN M MINION
53 WARWICK RD
ROCKVILLE CTR, NY 11570-1341

MAUREEN M MINION
53 WARWICK RD
ROCKVILLE CTR, NY 11570-1341

MAUREEN M PRICE
1438 VANESSA CIRCLE
ENCINITAS, CA 92024

MAUREEN MEAD
44 PIPING ROCK DRIVE
WATERBURY, CT 06706

MAUREEN MEAD
JAMES J MEAD
11 ASHLEY HALL DR
BLUFFTON, SC 29910

MAUREEN T LAPAN
240 EARLE DR
N KINGSTOWN, RI 02852-6245

MAURICE A HUGHES & MARIAN C HUGHES
1255 N  GULFSTREAM AVE #807
SARASOTA, FL 34236

MAURICE ALUFMAN
10926 PIPING ROCK LN
HOUSTON, TX 77042-2728

MAURICE BERNARD & OLGA BERNARD
TTEES F/T BERNARD FAMILY TR U/A
DTD 04/29/1992
14389 SAND HILL ROAD
POWAY, CA 92064-2352

MAURICE F CURRAN
CGM IRA ROLLOVER CUSTODIAN
388 BRONXVILLE RD
BRONXVILLE, NY 10708

MAURICE F CURRAN
CGM IRA ROLLOVER CUSTODIAN
388 BRONXVILLE ROAD
BRONXVILLE, NY 10708-1233

MAURICE F HUBSCHER
216 DOONE RD
FAIRLESS HILLS, PA 19030

MAURICE F VILLERE
6931 LUPTON DR
DALLAS, TX 75225

MAURICE FRANKEL
DIANA FRANKEL
JTWROS
17596 SE 121ST CIR
SUMMERFIELD, FL 34491-8095

MAURICE H KATZ P L C PROFIT SHARING
MAURICE H KATZ P L C PROFIT SHARING PLAN
315 NORTH MC CADDEN PLACE
LOS ANGELES, CA 90004

MAURICE LAUFMAN
10926 PIPING ROCK LANE
HOUSTON, TX 77042-2728

MAURICE N SWIFT
SB SUPER SIMPLIFIED 401K
13171 NW 19TH STREET
PEMBROKE PINES, FL 33028-2524

MAURICE NICHOLSON TTEE F/T
MAURICE W NICHOLSON MD LTD DBPP
AMEND PS TRUST DTD 1/1/89
1380 LUSITANA ST, STE 1012 QPOB1
HONOLULU, HI 96813-2461

MAURICE P OUELLETTE AND CLAIRE M OULLETTE
MAURICE P OUELLETTE
1697 CHALKSTONE AVE
PROVIDENCE, RI 02909-5502

MAURICE PRYOR
63 DENNISON RD
ESSEX, CT 06426

MAURICE SEISLER
120 GRAHAM STREET
HIGHLAND PARK, NJ 08904

MAURILE C TREMBLAY
8514 PRESTWICK DR
LA JOLLA, CA 92037

MAURIZIO M GRAMIGNI
5895 PINEBROOK DR
BOCA RATON, FL 33433

MAVEMAR CORP
6410 NW 82ND AVE # 0037
MIAMI, FL 33166-2734

MAVIS D SHUFFLEBARGER IRA
4485 CROSSINGS RIDGE
HOOVER, AL 35242

MAVIS FUNK
12 CLEMATIS RD
BREWSTER, NY 10509-1006

MAVIS HOESEL
1500 ASH AVE
NEW SALEM, ND 58563

MAX & ELEANOR BINGMAN
MAX BINGMAN & ELEANOR BINGMAN JT TEN/WROS
177 S ROOSEVELT
MOSCOW, ID 83843-3685

MAX & ESTHER JAGERMAN
9795 N 93RD WAY UNIT 163
SCOTTSDALE, AZ 85258

MAX & PEGGY HERMAN LIV TRUST
MAX & PEGGY HERMAN (DEC) COTTEES
UAD 12/10/1996
151 LATTICE LN
COLLEGEVILLE, PA 19426-3374

MAX AND PEGGY HERMAN LIV TRUST
MAX AND PEGGY HERMAN COTTEES
UAD 12-10-1996
151 LATTICE LN
COLLEGEVILLE, PA 19426

MAX E BINGMAN
177 S ROOSEVELT
MOSCOW, ID 83843-3685

MAX E RINNERT IRA
MAX E RINNERT
8749 MEADOWBROOK DR
PENSACOLA, FL 32514-5628

MAX GRANT & JOYCE GRANT
910 BETHEL DR
SALISBURY, NC 28144

MAX GRUSKIN
EVA GRUSKIN JTWROS
15235 LAKES OF DELRAY BLVD
APT 319
DELRAY BEACH, FL 33484-4335

MAX H BOBER
GLORIA J BOBER
607 FLEMING AVE
RAVENSWOOD, WV 26164-1323

MAX KANE
10611 SAN JOAQUIN VLY DR
LITTLE ROCK, AR 72212

MAX LINDY AVERY &
MOLLY H AVERY JT TEN
3117 WARD ROAD
RALEIGH, NC 27604-1523

MAX MARCUS KATZ PENSION & PROFIT SHARING PLAN
C/O MAX MARCUS KATZ PC
88 UNIVERSITY PLACE FLOOR 8
NEW YORK, NY 10003-4513

MAX MARKUS KATZ  PENSION & PROFIT SHARING PLAN
C/O MAX MARKUS KATZ, P C
88 UNIVERSITY PLACE, FLOOR 8
NEW YORK, NY 10003

MAX POHL
1802 ELEUTHERA POINTE
APT H3
COCONUT CREEK, FL 33066

MAX VORON AND DOROTHY VORON
MAX VORON
666 W GERMANTOWN PIKE
APT 102 SOUTH
PLYMOUTH MEETING, PA 19462

MAX W ENDER IRA
FCC AS CUSTODIAN
10090 FM 556
GILMER, TX 75644-5031

MAXINE 4 WARD
PO BOX 8097
FAYETTEVILLE, AR 72703-0001

MAXINE E GOLDBURG
2156 W WOODVIEW DR
MARION, IN 46952

MAXINE ERDMAN
C/O MAXINE V ERDMAN TRUST
MAXINE V ERDMAN TTEE UAD 08/23/94
25550 NW MEEK RD
HILLSBORO, OR 97124-8501

MAXINE HANDELSMAN TTEE
MAXINE HANDELSMAN REV
TRUST U/A DTD 05/03/73
2500 INDIGO LN UNIT 146
GLENVIEW, IL 60026-8300

MAXINE J PIQUER
775 FILBERT AVE
EUGENE, OR 97404

MAXINE J. WILSON
147 N VASSAR RD
FAIRGROVE, MI 48733

MAXINE M HERMANSON
CGM IRA CUSTODIAN
5106 MONTGOMERY DRIVE
MADISON, WI 53716-1934

MAXINE RICHMOND
707 S 1ST ST #604
JACKSONVILLE BEACH, FL 32250

MAXINE S RICHMOND
CHARLES SCHWAB & CO INC CUST
ROTH CONVERSION IRA
707 1ST ST S APT 604
JACKSONVILLE BEACH, FL 32256-6670

MAXINE V WELCH
9341 W CO RD 11005
WESTPORT, IN 47283-9639

MAXINE YOUNG MCDERMOTT TTEE
FBO MAXINE YOUNG MCDERMOTT
U/A/D 03-07-2007
6 CHRISJOBETH CIRCLE
EAST HARWICH, MA 02645-2159

MAXON CRUMB
2301 10TH STREET NW UNIT #218
AUSTIN, MN 55912-2193

MAXWELL J BALLARD 1991 TRUST
DTD 11/15/91 MAXWELL BALLARD &
JEAN-PIERRE DELBECQ TTEES
2595 GOOD SHEPHERD LANE
GREEN BAY, WI 54313-4701

MAXWELL J PETERSEN
22 BRANDYWINE RD
SOUTH BARRINGTON, IL 60010

MAY ANTOINETTE & GIAN B A CAGGIANO
MAY ANTOINETTE CAGGIANO &
GIAN B A CAGGIANO JT TEN
525 W CLIFFORD ST
WINCHESTER, VA 22601-3713

MAY BERNHARD
688 A HERITAGE HIILL
SOUTHBURY, CT 06488

MAY EHRENMAN TRUST
12562 MAJESTIC ISLES DR
BOYNTON BEACH, FL 33437

MAYDENE M & WILLIAM J PRATHER
PO BOX 1433
LINDALE, TX 75771

MAYDENE M PRATHER
PO BOX 1433
LINDALE, TX 75771

MAYME M BRUNACINI
4310 WELLESLEY
ALBUQUERQUE, NM 87107-4824

MAYME P SHELDON
C/O LEWIS F MATUSZEWICH
453 COVENTRY LN STE 104
CRYSTAL LAKE, IL 60014

MAYNARD GROSSMAN & SOL
GROSSMAN SUCC CO-TTEES FBO
NATHAN & ANN MARKOFF TR U/A/D
12/20/90 AS AMENDED 09/08/1999
18124 PALM BEACH DRIVE
TAMPA, FL 33647-4047

MAYNARD P DAVIS TTEE
MAYNARD P DAVIS
REVOCABLE LIVING TRUST
U/A DTD JAN 21 1991
5303 N UNIVERSITY ST
PEORIA, IL 61614-4734

MAYNARD R GUSS
9593 NW 26TH PLACE
SUNRISE, FL 33322-2738

MAYO CHASE
JAMES H CHASE JT TEN
125 MILDRUM RD
BERLIN, CT 06037-2422

MAYRENE L PENNINGTON
26275 COUNTY ROAD 22.5
ROCKY FORD, CO 81067-9431

MAZZUCATO-LUCIANO
C/O JOSEPH YEDGAR
1 JABOTIASKY ST ROOM 535
52521 RAMAT GAA ISRAEL

MC&CO C/F JON D CARMICHAEL
IRA STD/ROLLOVER DTD 05/23/91
301 QUAIL RUN COURT
CLARKDALE, AZ 86324-3014

MCADAMS FOUNDATION
3803 WHIPPOORWILL LAKE S DRIVE
MONROVIA, IN 46157-9134

MCC INVESTMENTS LLC
PO BOX 6847
GREENVILLE, SC 29606

MCCOY FAMILY TRUST DTD 7-1-04
BENNIE JOE MCCOY TTEE
PHYLLIS DEE MCCOY TTEE
3213 WEST 69TH COURT
TULSA, OK 74132-1713

MCCOY PITT
PO BOX 1744
DECATUR, AL 35602

MCCULLY LIVING TRUST
STEPHEN MCCULLY & PATRICIA MCCULLY
CO-TTES DTD 01/03/97
531 E SHERIDAN AVE
DUBOIS, PA 15801

MCDANIEL FAMILY TRUST B
EVANGELINE MCDANIEL TTEE
10817 GLENDALE DRIVE
DENTON, TX 76207

MCDUFF LIVING TRUST
OLIVER T MCDUFF, J F MCDUFF & JC MCDUFF, TRUSTEES
MCDUFF LIVING TRUST
237 CALIENTE DR
BIRMINGHAM, AL 35226

MCKEAN
ANDREW & CONSTANCE MCKEAN
509 S OAK
ANAMOSA, IA 52205

MCQUADE FAMILY REVOCABLE TRUST
BRUCE AND CATHERINE MCQUADE
AND JUDY SALL  COTTEES
UAD 10/04/2006
185 TOWERVIEW DR UNIT 2307
ST AUGUSTINE, FL 32092-3626

MEDICAL ARTS PHARMACY
ATTN MATT
2515 EAST HUNTSVILLE RD
FAYETTEVILLE, AR 72701-7329

MEDICAL ASSOCIATES P.S. PLAN FBO WILLAM MILLER
7824 ROUGH CEDAR LN
INDIANAPOLIS, IN 46250-1861

MEDINA TEMPLE #19
ATTN G PIERCE,E NANTON
454 WEST 155TH STREET
NEW YORK, NY 10032-6303

MEEKA J. BRUENN
4324 S 8TH
TACOMA, WA 98405

MEGAYACHTS C/O FABIO LONDONE
RAYMOND JAMES
ATTN CAROLYN SIPPERLEY
3399 PGA BLVD #200
PALM BEACH GARDENS, FL 33410

MEHDI & OMELKEIR KAROON TRUST
MEHDI KAROON TTEE
OMELKEIR KAROON TTEE
10590 WILSHIRE BLVD #1201
LOS ANGELES, CA 90024-7311

MEHDI & OMELKEIR KAROON TRUST
MEHDI KAROON TTEE
OMELKEIR KAROON TTEE
10590 WILSHIRE BLVD #1201
LOS ANGELES, CA 90024-7311

MEHDI AND OMOLKEIR KAROON TRUST
MEHDI KAROON TTEE
OMOLKHEIR KAROON TTEE
10590 WILSHIRE BLVD APT 1201
LOS ANGELES, CA 90024-7311

MEHDI KALANI
619 BELLEVUE AVE
HAMMONTON, NJ 08037

MEHDI OMOLKHEIR KAROON TRUST
MEHDI KAROON TTEE
OMOLKHEIR KARRON TTEE
10590 WILSHIRE BLVD APT 1201
LOS ANGELES, CA 90024-7311

MEIER FAMILY REVOCABLE TRUST
UAD 12/01/92
GLORIA P MEIER & WILLIAM J MEIER
TTEES AMD 02/25/99
15609 W FUTURA DRIVE
SUN CITY WEST, AZ 85375-6547

MEIER FAMILY REVOCABLE TRUST
UAD 12/01/92
GLORIA P MEIER & WILLIAM J MEIER TTEES AMD 2/25/99
15609 W FUTURA DR
SUN CITY WEST, AZ 85375-6547

MEIYANN FAN CUST FOR
EDWARD FAN UCAUTMA
UNTIL AGE 18
1521 FRESWICK DR
FOLSOM, CA 95630

MEIYANN FAN TTEE
THE FAN FAMILY TRUST
U/A DTD 05/27/1999
1521 FRESWICK DR
FOLSOM, CA 95630-5307

MEL WALLER
CATHARENE WALLER
345 RIDGELAKE SCENIC DR
MONTGOMERY, TX 77316

MELADA FISHMAN
5542 BROOKBANK RD
DOWNERS GROVE, IL 60516-1363

MELANIE HYLER
82 TOPPIN DRIVE
HILTON HEAD, SC 29926-1025

MELBA B SCOTT
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
111 VALLEYWOOD GLN
HAWKINS, TX 75765

MELBA FAYE SHANNON TTEE
MELBA FAY SHANNON REV TRUST DTD 01/24/01
PO BOX 43
BLACK ROCK, AR 72415

MELBA L RYAN TTEE
MELBA L RYAN LIV TRUST
U/A DTD 08/11/97
1408 ALBANY STATION RD
BELLEVILLE, IL 62223-3445

MELBA N MITCHELL
355 N POST OAK LANE #633
HOUSTON, TX 77024

MELINDA L MCCORD
5440 MARINELLI RD APT 431
N BETHESDA, MD 20852-2519

MELINDA L MCCORD
5440 MARINELLI RD APT 431
N BETHESDA, MD 20852-2519

MELINDA LEE CHECK
637 SHAW AVENUE
MCKEESPORT, PA 15132-2328

MELISSA GEARHART
801 STANTON AVE
TERRACE PARK, OH 45174-1251

MELISSA GOLDBERG
6457 JAMIESON AVE
RESEDA, CA 91335

MELISSA L GEARHART
801 STANTON AVE
TERRACE PARK, OH 45174-1251

MELISSA M POINT AND MARGARET THOMAS
6849 VANPORT AVE
WHITTIER, CA 90606

MELISSA M POINT AND MARGARET THOMAS
MELISSA M POINT
& MARGARET E THOMAS JTTEN
6849 VANPORT AVE.
WHITTIER, CA 90606

MELVILLE D. LIDE
470 104TH ST
STONE HARBOR, NJ 08247

MELVIN & BARBARA SCHRADER
239 TILE MILL RD
BEAVER, OH 45613-9434

MELVIN & CAROLE COHEN
338 ALGONQUIN RD
FRANKLIN LAKES, NJ 07417-1002

MELVIN C GREENWALD TTEE
MELVIN C GREENWALD LIVING TR
935 THE TERRACE
HAGERSTOWN, MD 21742-3225

MELVIN F SASS
1815 GREENDALE AVE
PARK RIDGE, IL 60068-1928

MELVIN G EHRLINGER
6811 HESS RD
SAGINAW, MI 48601

MELVIN GREENBERG IRA
3 AVENUE OF TWO RIVERS SOUTH
RUMSON, NJ 07760

MELVIN HELLER
6106 CARNEGIE DR
JAMESVILLE, NY 13078

MELVIN J HURTUBISE
8901 ONE PUTT PLACE
PORT ST LUCIE, FL 34986

MELVIN J WALL
361 CR 3542
HAWKINS, TX 75765

MELVIN LITTRELL
2300 COUNTRY CLUB DR
CHILLICOTHE, MO 64601

MELVIN O. HOLT, DONNA E. HOLT
2524 YELLOWSTONE AVE.
BILLINGS, MT 59102-3853

MELVIN SCHALLER
7251 HEARTH STONE AVE
BOYNTON BEACH, FL 33472

MELVIN SCHNALL TTEE
MELVIN SCHNALL LIV TRUST UA DTD 11/10/93
785 NORMANDY Q
DELRAY BEACH, FL 33484-7927

MELVIN THOMAS BOHLKEN &
LINDA RAE BOHLKEN LIV TRUST
U/A DTD 02/20/2001
MELVIN & LINDA BOHLKEN TTEES
1355 BEVERLY AVE
PARMA, ID 83660-6113

MELVIN TRUMBO & EURENA B TRUMBO
12537 HIPP ST
TAYLOR, MI 48180

MELVIN WILLIAMS
401 HAMPTON PLACE
POMPTON PLAINS, NJ 07444

MELVYN D BARON  &
CHRISTY A BARON JT WROS
438 POINSETTIA PLACE SE
ALBUQUERQUE, NM 87123-3916

MELVYN G BLOCH
JILL BLOCH JTWROS
45 JEAN DR
ENGLEWOOD CLIFFS, NJ 07632-2225

MEMBRUS CRT
GENE OR FRAN GOLDSTEIN TRUSTEES
19801 LINNET ST
WOODLAND HILLS, CA 91364

MENDELSOHN LIVING TRUST 8/23/95
P MENDELSOHN TTEE
6756 ROTHSCHILD CIRCLE
LAKE WORTH, FL 33467-5779

MERCHANT, MARY A
1976 DUNHAM DR
ROCHESTER, MI 48306-4809

MERCHANT, PAUL E
1976 DUNHAM DR
ROCHESTER, MI 48306-4809

MEREDITH FOUNDATION
ATTN  LOU WAGNER
PO DRAWER 117
MINEOLA, TX 75773-0117

MEREDITH L FRY
1730 STANFORD CT
LAKE FOREST, IL 60045

MERFISH HOLDINGS LTD
C/O GERALD MERFISH
PO BOX 15879
HOUSTON, TX 77220-5879

MERI PIFKO
6 HORIZON ROAD
APT 1106
FORT LEE, NJ 07024

MERIAM O THOMPSON
505 PINE STREET
#202
EDMONDS, WA 98020

MERIDA LEGATO
330 WEST 45TH ST
APT 5-F
NEW YORK, NY 10036-3853

MERIDEL A HANSON
6421 OLIVER AVE SO
RICHFIELD, MN 55423

MERIDEL HANSON
6421 OLIVER AVENUE SO
RICHFIELD, MN 55423-1125

MERLE L OWENS
CGM IRA CUSTODIAN
855 W LEONARD RD
PALATINE, IL 60067-5932

MERLE OTTO TRUST
DR MERLE OTTO
108 MOORINGS PARK DR #B205
NAPLES, FL 34105-2153

MERLE SCHLESINGER
32 LAKEWOOD RD
NEWTON, MA 02461-1226

MERLE W AND MARTHA M AHRENS
MERLE W AND MARTHA M AHRENS TTEE
AHRENS LOVING TRUST
409 E FOURTH ST
PORT CLINTON, OH 43452

MERLE WANGER
STANLEY J WANGER
230 174ST #2410 BLDG 300
SUNNY ISLES BEACH, FL 33160

MERLE WAYNE BRUBAKER
BOX 161
LITCHFIELD PARK, AZ 85340

MERLIN F ZANG
1043 PARK WEST DR
GLENWOOD SPRINGS, CO 81601-4526

MERLO'S FIVE
ATTN GARY MAFFER
1001 SE SANDY BLVD
PORTLAND, OR 97214

MERRI LYNN VASS
92 BANNER ST
CAMDENTON, MO 65020-7201

MERRIL LYNCH FBO
MICHAEL FARRENS IRA 740-15470
453 NORRIS LANE
LAKE HELEN, FL 32744

MERRILL LYNCH C/F
CAROL FARRENS IRA  740-15469
IRA STANDARD DATED 02/04/91
453 NORRIS LANE
LAKE HELEN, FL 32744-2343

MERRILL LYNCH C/F CECILE COHEN
ACCT #839-87519
1305 WALT WHITMAN RD
MELVILLE, NY 11747

MERTON F & VIRGINIA H JAQUES
12424 6 1/2 MILE RD
BATTLE CREEK, MI 49014

MERTZ, DENNIS K
1085 RAVENSVIEW TRL
MILFORD, MI 48381-2972

MERVYN C BEAUMONT AND DOROTHY I BEAUMOND CO-TTEE
THE MERVYN BEAUMONT & DOROTHY BEAUMONT TRUST
UA DTD 12/4/89
2574 E ALGER DR
GREEN VALLEY, AZ 85614-6253

METHOD KOCAK
121 CARL PL
WESTWOOD, NJ 07675-3338

MEYER ROTKIN AND
SHIRLEY ROTKIN JTWROS
8109 KARLOV AVE
SKOKIE, IL 60076-3225

MEYER UNKOVIC & SCOTT LLP RETIREMENT PLAN
FBO LAURA A CANDRIS
535 SMITHFIELD STREET SUITE 1300
PITTSBURGH, PA 15222

MEYEROVITZ AGENCY PSP & TRUST
DARRYL L MEYEROVITZ TTEE
5720 LBJ FREEWAY STE #440
DALLAS, TX 75240-6309

MG & PRISCILLA SMITH
4816 WINGED FOOT LANE
JONESBORO, AR 72401

MICHAEL & CARY BONNER
2105 B RICHARDSON RD
CAMDEN, SC 29020

MICHAEL & DIANE DUNFEE
17 CARY STREET
NAHANT, MA 01908

MICHAEL & JASMINE BAHIA JT TEN
36 OLD STAGE ROAD
CHELMSFORD, MA 01824

MICHAEL & MARY ANN BROWN
5029 DOREN DR
OGDEN, UT 84403

MICHAEL A CASO & AGATHA CASO
16 HILLVIEW DR
POUGHKEEPSIE, NY 12603-3808

MICHAEL A FARRINGTON
54 GREENWOOD DR
BREWER, ME 04412

MICHAEL A HERMAN TTEE
MICHAEL A HERMAN REV LIV TRUST
U/A/D 12-12-01
7451 ROSSMORE CT
DAYTON, OH 45459-4212

MICHAEL A KUMP
5861 AUGUSTA LN
GRAND BLANC, MI 48439-9472

MICHAEL A LINSKY &
KAREN R LINSKY JT TEN
SHINDELMAN-PROGRAM
5210 INTERBAY BLVD APT 1
TAMPA, FL 33611-4145

MICHAEL A MALINIAK
1941 HOWARD AVE
POTTSVILLE, PA 17901

MICHAEL A SMIGELSKI JR SEP IRA
FCC AS CUSTODIAN
120 WEST SHAW
CHARLOTTE, MI 48813-1834

MICHAEL A TOTO
21 SADDLE CT
MONROE TWP, NJ 08831-3504

MICHAEL A ZUCCARO
1216 SUNFLOWER OVAL
BROADVIEW HTS, OH 44147

MICHAEL ABRAMOWITZ
CGM IRA ROLLOVER CUSTODIAN
1 WHITESPRUCE CIRCLE
COMMACK, NY 11725-4324

MICHAEL AND DIANA SCHURR
2020 S EASTERN LANE
SPOKANE, WA 99212

MICHAEL AND EVA RIZZI
6 LISA DR
DEER PARK, NY 11729

MICHAEL AND JOYCE RIENZO
6230 PETALUMA DRIVE
BOCA RATON, FL 33433

MICHAEL AND JOYCE RIENZO
6230 PETALUMA DRIVE
BOCA RATON, FL 33433

MICHAEL AND LUCY CASTELLANO
345 MEADOWLARK CT
MARCO ISLAND, FL 34145

MICHAEL AND MARY LANG
16 CHELTEN RISE
FAIRPORT, NY 14450

MICHAEL AND MARY LANG
16 CHELTEN RISE
FAIRPORT, NY 14450

MICHAEL B CASSIN
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
6299 GLOUCESTER DR
CANTON, MI 48187-2868

MICHAEL BAHIA CUST FOR CRAIG BAHIA UTMA/MA
36 OLD STAGE ROAD
CHELMSFORD, MA 01824

MICHAEL BALSAR
875 WYNNDY HILL RD
DADEVILLE, AL 36853

MICHAEL BENNER
39 HENRY DR
GLEN COVE, NY 11542

MICHAEL BRACHFELD
4833 CARAMBOLA CIR
KARANDA VILLAGE II
COCONUT CREEK, FL 33066

MICHAEL C COUCH
2839 COVINGTON CIRCLE
SHREVEPORT, LA 71106

MICHAEL C CREAR
115 BENNETT AVE #42B
NEW YORK, NY 10033-2317

MICHAEL C SAGAR TTEE
SHARON A SAGAR TTEE
SAGAR TRUST DTD 09-6-96
1286 TEMPLE TERRACE
LAGUNA BEACH, CA 92651-2962

MICHAEL C STOKES IRR TRST & JAMI S RISHER
1351 BIG BEN DR
HERNANDO, MS 38632

MICHAEL C YANG TTEE
6817 ALTAMOR DRIVE
LOS ANGELES, CA 90045

MICHAEL CALOREL &
PATRICIA CALOREL JTTEN
692 COLGATE AVE
LANOKA HARBOR, NJ 08734-1631

MICHAEL CHRISTSEN
10750 CHESTNUT ST
LOS ALAMIROS, CA 90720

MICHAEL COHN IRA
5602 N SCOTTSDALE RD
SCOTTSDALE, AZ 85253