UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                              :        Chapter 11
                                                   :
MOTORS LIQUIDATION COMPANY, *et al.,*              :        Case No. 09-50026 (REG)
        f/k/a General Motors Corp., *et al.,*      :
                                                   :
        Debtors.                                   :        (Jointly Administered)
                                                   :
------------------------------------------------------------------x

## AMENDED AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss:
COUNTY OF SUFFOLK      )

I, Barbara Kelley Keane, being duly sworn, depose and state:

   1.     I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 105 Maxess Road, Melville, New York 11747.

   2.     Between August 19, 2010 and August 20, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors in the above-captioned case and pursuant to the **Notice of Debtors' Sixty-Sixth Omnibus Objection to Claims [Docket No. 6676]**, I caused to be served a customized **Notice of Objection to Individual Debt Claims**, a copy of which is annexed hereto as Exhibit "A", upon each of the parties set forth in Exhibit "B" annexed hereto (affected parties) by depositing same in a sealed, postage paid envelope at a United States Post Office for delivery by the United States Postal Service via First Class Mail.

/s/ Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this
9th day of September 2010


/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Qualified in Manhattan County
Commission Expires:  May 19, 2012

# EXHIBIT A

> **PLEASE CAREFULLY REVIEW THIS NOTICE AS IT WILL AFFECT YOUR CLAIM IN THE GENERAL MOTORS CORPORATION (NOW MOTORS LIQUIDATION COMPANY) BANKRUPTCY CASE**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
--------------------------------------------------------------x
                                        :
In re                                   :        Chapter 11 Case No.
                                        :
MOTORS LIQUIDATION COMPANY, et al.,     :        09-50026 (REG)
      f/k/a General Motors Corp., et al. :
                                        :
              Debtors.                  :        (Jointly Administered)
                                        :
--------------------------------------------------------------x
```

<u>**NOTICE OF OBJECTION TO INDIVIDUAL DEBT CLAIMS**</u>

**[Claimant Name]**

| Claim Information | | | | | Basis For Objection |
|---|---|---|---|---|---|
| **Date** | **Claim #** | **Debtor** | **Classification** | **Amount** | Claim is duplicative of a claim allowed for the indenture trustee on behalf of all Individual Bondholders |
|  |  |  |  |  |  |

<u>**PLEASE TAKE NOTICE THAT**</u>, on August 13, 2010, Motors Liquidation Company (formerly known as General Motors Corporation) and its affiliated debtors, as debtors in possession (the "**Debtors**"), filed an objection to your proof of claim identified above.  The name of the objection is the Debtors' _____ Omnibus Objection to Claims (Duplicate Debt Claims) (the "**Objection**").

> **You have received this notice because the Debtors have objected to your proof of claim and your rights will be affected.**
>
> **You should read this notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**

**A copy of the full Objection can be viewed at
http://www.motorsliquidationdocket.com/bond.php3.  Or, you may
request a complete copy of the Objection at the Debtors' expense, by
contacting the Debtors at 1-800-414-9607, or by sending an e-mail to
claims@motorsliquidation.com.**

The reason for the Objection is that your claim is duplicative of two global claims filed on your behalf (and on behalf of all affected bondholders) by Wilmington Trust Company ("**WTC**"), as the indenture trustee for your General Motors Corporation bonds.  An indenture trustee is an entity that manages a bond issuance for the benefit of the individual bondholders, and handles all the administrative aspects of the bond issuance.  The claims filed by WTC ensure your interests are protected with respect to the interest, principal, and trustee fees under your bonds.  You will be entitled to receive a distribution on account of such interests through the global proofs of claim filed by WTC, and the disallowance of your individual claim will not affect such interests.  If you have additional claims with respect to your bonds beyond interest, principal, and trustee fees, such claims will be disallowed pursuant to this Objection.  A copy of the stipulation allowing the claims of WTC can be viewed at http://www.motorsliquidationdocket.com/bond.php3.

**YOU WILL NOTICE THAT** the Objection requests that the Bankruptcy Court expunge and disallow your claim listed above on the ground that your claim is duplicative of the global claim filed by WTC.  **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed, and you will not be entitled to any distribution from the Debtors' estates on the claim you filed.**

If you disagree with the Objection's treatment of your claim, you may call the Debtors to try and resolve your concerns at **1-800-414-9607**.  If you are unable to resolve your concerns with the Debtors before the deadline to respond, then you <u>must</u> file and serve a written response

(a "**Response**") to the Objection in accordance with this notice and you <u>must</u> appear at the Hearing described below.

You may participate in the Hearing telephonically provided that you comply with the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider."  You must also provide prior written notice by mail or e-mail of your telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Russell Brooks, Esq. (russell.brooks@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Jennifer Sharret, Esq. (jsharret@kramerlevin.com)).

**If you do not oppose the disallowance and expungement of your claim, then you do not need to file a Response or appear at the Hearing.**

**<u>PLEASE TAKE FURTHER NOTICE THAT</u>** a hearing (the "**Hearing**") on the Objection is scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on **September 24, 2010 at 9:45 a.m. (Eastern Time)**.  If you file a Response to the Objection, you should plan to appear at the Hearing either in person or telephonically.  The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to your claim.  If the Debtors do continue the Hearing with respect to your claim, then the Hearing will be held at a later date.  If the Debtors do not

continue the Hearing with respect to your claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **September 17, 2010 at 4:00 p.m. (Eastern Time)**. Only those Responses that are timely will be considered at the Hearing. Your Response will be deemed timely only if it is: (a) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing system (The User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov) before the deadline for Responses **or** (b) **actually** received on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format **and** in hard copy at each of the following addresses on or before the deadline for response:

    A.    Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;

    B.    Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and

    C.    Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Jennifer Sharret, Esq.).

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the number of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the

extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person that can be contacted in connection with the Objection.

If the Bankruptcy Court does NOT disallow and expunge your claim listed above, then the Debtors have the right to object on other grounds to your claim (or to any other claims you may have filed) at a later date.  You will receive a separate notice of any such objections.

If you have any questions about this notice or the Objection, please contact the Debtors at **1-800-414-9607**.    CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

**PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief requested in the Objection without further notice or a hearing if you fail to file a timely Response or appear at the Hearing.**

Dated: New York, New York
August 18, 2010

WEIL, GOTSHAL & MANGES LLP
Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT B

NORMAN SINRICH IRA CHASE CUSTODIAN (MORGAN STANLE
NORMAN SINRICH
200 DEER RUN ROAD
WILTON, CT 06897

NORMAN T FOY &
HELEN C FOY JTWROS
16450 W CHUPAROSA LN
SURPRISE, AZ 85387-2728

NORMAN W & KATHLEE M BRYAN JT TEN
2407 S ARDSON PL APT 301
TAMPA, FL 33629

NORMAN W BRYAN IRA
2407 S ARDSON PL APT 301
TAMPA, FL 33629

NORMAN W MILLER
615 E CALGARY AVE #805
BISMARCK, ND 58503

NORMAN W ROSENBERG &
MARLENE E ROSENBERG JT WROS
2467 HARVEST VALLEY LANE
ELGIN, IL 60124-4328

NORMAN W SCHARPF &
MARIANNE SCHARPF
4900 32ND STREET NW
WASHINGTON, DC 20008-2008

NORMAN YOUNG, MD
19900 BEACH RD #703
TEQUESTA, FL 33469

NORMAND E CARRIER
21 DEMING ST
PAWTUCKET, RI 02861

NORSTONE GROUP LIMITED
VANDERPOOL PLAZA, 2ND FLOOR
WICKHAMS CAY 1
ROAD TOWN TORTOLA BRITISH VIRGIN ISLANDS

NORTHERN VIRGINIA REALTY INC PROFIT SHARING TRUST
1624 THATCH PALM DRIVE
BOCA RATON, FL 33432

NORTHFIELD SEWER SERVICE &
LANDSCAPING
C/O ROBERTO D'EGIDIO
143 RIVERSIDE
NORTHFIELD, IL 60093-3238

NUFRY KARTALIS &
HELEN KARTALIS
TEN COM
4 GODELL DRIVE
HOWELL, NJ 07731-1409

NUMMER LEE ADDERTON
6 FRENCHMEN KEY
WILLIAMSBURG, VA 23185-8620

NUMMER LEE ADDERTON, IRA
6 FRENCHMEN KEY
WILLIAMSBURG, VA 23185-8620

NYKIEL FAMILY LP
C/O FRANK NYKIEL
PO BOX 1070
WASHINGTON, MO 63090

NYNA KOPPICH TTEE
NYNA KOPPICH TRUST
DTD 5/19/98
61 BAYVIEW RD
KENTFIELD, CA 94904-2029

O B HUTCHISON
5312 BENT TREE DR
DALLAS, TX 75248

O B HUTCHISON (8865)
5312 BENT TREE DR
DALLAS, TX 75248

O K & MARGARET L JOYNER
928 DITCHLEY RD
VIRGINIA BEACH, VA 23451

O MAX SLOAN & MILDRED E SLOAN
629 N FISHER ST UNIT B-101
KENNEWICK, WA 99336-2500

OCEANWAY HOLDINGS SA
C/O ULTRAMONT PROPERTIES USA INC
115 SE 2ND ST 2ND FLOOR
MIAMI, FL 33131

ODD FELLOWS CEMETERY ASSOCIASTION
1405 W PINE ST
COAL TOWNSHIP, PA 17866

ODELL COOK
800 PALUXY RD
GRANBURY, TX 76048

ODEY VICTOR
602 N FAIRVIEW DR
TACOMA, WA 98406

OEMCKE TRUST
ALBERT OEMCKE TRUSTEE
2427 RIM DR
SPRING HILL, FL 34609

OFFICE CONCEPTS
ZAIDA SOTO
3 DOGWOOD LN
DEMAREST, NJ 07627

OLA ALLISON LIST
35 WOOD CREEK DR
PITTSFORD, NY 14534-4411

OLAF PETER MECHTOLD
RADICKESTRASSE 47E
21079 HAMBURG GERMANY

OLAV W PEDERSEN
LILLE STRANDEN 7
N-0252 OSLO NORWAY

OLAV W PEDERSEN
LILLE STRANDEN 7
N-0252 OSLO NORWAY

OLD NORTH STATE TRUST TTEE FBO J.M.
SMITH, JR. FAMILY T/U/W DTD 03/08/1999
C/O WHITENER CAPITAL MANAGEMENT, INC.
PO BOX 7743
ROCKY MOUNT, NC 27804

OLGA BETAKAS TTEE
U/A/D 6-2-90
STEVEN P & OLGA BETAKAS TRUST
572 BELVEDERE CT
PUNTA GORDA, FL 33950-6427

OLGA LODICO

OLGA ZWAIG
3500 MYSTIC POINT DR
APT 1002
AVENTURA, FL 33180

OLIVE C CROWLEY
7811 W 157TH ST # 2N
ORLAND PARK, IL 60462-5817

OLIVE M & LINDA E SCHLINGER
CO-TTEES OF THE SCHLINGER
1989 TRUST DTD 5-11-1989
12236 CARNEGIE DR
TRACY, CA 95377-9112

OLIVER BONESTEEL & MARGUERITE BONESTEEL
13612 WILLIAMSPORT PIKE
GREENCASTLE, PA 17225

OLIVER S STALLINGS
6050 N CALLE MIO
PHOENIX, AZ 85014

OLIVER THOMAS
C/O BRAD THOMAS
4145 13TH AVENUE S
MINNNEAPOLIS, MN 55407

OLIVETAN BENEDICTINE SISTERS
INC, GENERAL FUND
ATTN  WARREN SHULL
P O DRAWER 130
JONESBORO, AR 72403

OLIVETAN BENEDICTINE SISTERS INC
ATTN: WARREN SHULL
P.O. DRAWER 130
JONESBORO, AR 72403-0130

OLIVIA B THEBUS TTEE
THEBUS FAMILY TRUST
U/A DTD 12/16/1983
360 EVERETT AVE #2C
PALO ALTO, CA 94301-1422

OLLIE H JOHNSON JR
110 FRYE RD
HATTIESBURG, MS 39401

OLSON LIVING TRUST
RODGER H OLSON
PHYLLIS KAY OLSON TTEES
1284 S ELMS RD
FLINT, MI 48532

OLYMPIA KOTOMATIS
MRS OLYMPIA KOTOMATIS
90 KIFISSIAS AVE
115 26 ATHENS GREECE

OM P GULATI
4625 WAYCROSS ST
HOUSTON, TX 77035-3723

OMER E. HOLMAN & MILDRED C.
HOLMAN, CO-TRUSTEES OF
THE HOLMAN REVOCABLE TRUST DATED 3/17/2009
3309 CROMWELL DRIVE
OREGON, OH 43616-2329

OMER H MAYO
1111 EAST OLD LAGUARDO ROAD
LEBANON, TN 37087

OMER KEITH MORROW IRA
FCC AS CUSTODIAN
ACCOUNT #2
8255 CAMINITO MODENO
LA JOLLA, CA 92037-2922

OMER KEITH MORROW IRA
FCC AS CUSTODIAN, ACCOUNT #2
8255 CAMINITO MODENO
LA JOLLA, CA 92037-2922

ONETA F FURMAN TTEE
ONETA FAY FURMAN U/A DTD 03/22/1993
THE OAKS APT 205
127 HAMLET ROAD
BRANSON, MO 65616-7746

OPAL B TODD
TOD ACCOUNT
756 RIVERVIEW DRIVE
PEVELY, MO 63070-2933

OPAL C SMITH
1349 N OSBORNE AVE
SPRINGFIELD, IL 62702

OPAL SCHAUS
PO BOX 8004
AMARILLO, TX 79114-8004

OPPENHEIMER & CO CUSTODIAN
FBO ALLEN BROOKS IRA
122 CRESCENT WAY
MONROE TOWNSHIP, NJ 08831

OPPENHEIMER & CO INC CUST FOR
FREDERICK J FALTEISEK IRA
21 STONE GATE DR
EAST STROUDSBURG, PA 18301

OR MOR
345 S MANSFIELD AVE
LOS ANGELES, CA 90036-3058

OR MOR
345 S MANSFIELD AVE
LOS ANGELES, CA 90036-3058

ORDER OF THE TEACHERS OF THE CHILDREN OF GOD
OTCG
ATTN  NANNETTE AKINS
5870 E 14TH STREET
TUCSON, AZ 85711

OREN R RICHARDS
PATRICIA RICHARDS
16020 NW ELIZABETH CT
BEAVERTON, OR 97006-6332

OREN W SPILKER
7698 BURKEY AVE
REYNOLDSBURG, OH 43068-2657

ORIN M LEVY
9625 NW 60TH DRIVE
PARKLAND, FL 33076

ORIN SCHULTZ
STIFEL NICOLAUS
FBO ORIN SCHULTZ IRA
710 N BROADWAY
PO BOX 308
NEW ULM, MN 56073

ORION RESOURCES, INC. DEFINED
BENEFIT PLAN
ATTN JOHN BUMGARDNER
2345 STONECROP WAY
GOLDEN, CO 80401-8525

ORLANDO A BOVE
400 RIVERBOAT ROW
UNIT 601
NEWPORT, KY 41071

ORRIS S KEISER TTEE ORRIS S
KEISER REV TRUST UA DTD  TRUST
ORRIS S KEISER TTEE
U/A DTD 09/30/1998
1797 RAINBOW AVE
DE PERE, WI 54115-1719

ORVILLE C DUEITT
13200 VERNAL RIVER RD
LUCEDALE, MS 39452

ORVILLE FLEMING
ORVILLE FLEMING TTEE
ORVILLE FLEMING TRUST
PO BOX 37
ROPESVILLE, TX 79358

ORVILLE L TARTER &
THELMA TARTER TTEES
TARTER FAMILY TRUST
U/A DTD 03/28/1991
2756 N SILVERLEAF WAY
MERIDIAN, ID 83646-3962

OSCAR & MARTIN OLINICK CO-TTEE
FBO: LILLIAN OLINICK DEC. OF
TR UAD 2/24/82 AMND. 7/17/91
6936 HUNTINGTON LANE - APT. 406
DELRAY BEACH, FL 33446-2544

OSCAR FONTANA &
MARTHA ROOS TEN COM
LOS GORRIONES 108 SURQUILLO
LIMA, PERU LIMA 34

OSCAR HAMILTON
4850 72ND STREET
URBANDALE, IA 50322

OSCAR LYKO LIVING TRUST
OSCAR LYKO TTEE
GLORIA LYKO TTEE
U/A DTD 08/02/2001
3076 SERENITY LANE
NAPERVILLE, IL 60564-4669

OSCAR LYKO LIVING TRUST
OSCAR LYKO TTEE, GLORIA LYKO TTEE
3076 SERENITY LANE
NAPERVILLE, IL 60564

OSCAR M CHRISTOF
PO BOX 1719
BROOKINGS, OR 97415

OSCAR O WILSON
RT 1 BOX 13
PINELAND, TX 75968-9701

OSCAR R BELL JR
319 MAGNOLIA CIRCLE
SOUTHERN PINES, NC 28387

OSCAR SOBEL TRUST
ATTN MARTIN SOBEL
7040 TREYMORE CT
SARASOTA, FL 34243-5500

OSTERSPEY FRAUKE
ALBRECHT-ACHILLES-STR54
10709 BERLIN GERMANY

OTEMAN REVOCABLE TRUST
GEORGE OTEMAN, TRUSTEE
1106 HIALEAH DR
RACINE, WI 53402

OTFRIED KINZEL
SCHLEHENSTRASSE  1
MOERS GERMANY 47445

OTHMAR E & VERLIN C BRINKER
OTHMAR E BRINKER & VERLIN C BRINKER TTEES
5260 CEDAR LANE
WASHINGTON, MO 63090

OTHO JEAN MARLAR
1005 WEST A AVE
NORTH LITTLE ROCK, AR 72116

OTIS W CROMARTIE SR & MAE JOYCE CROMARTIE
JOINT TENANTS
3007 19TH PLACE
NORTH CHICAGO, IL 60064-1905

OTTIE JEANNE CORDER AND
PAULA CORDER JTWROS
1808 W WILSHIRE BLVD
NICHOLS HILLS, OK 73116-4116

OTTIS GODDARD
PO BOX 142
FAIRBURN, GA 30213

OTTMAR & ISABEL BEIHSWINGERT
5916 SW 11ST
WEST MIAMI, FL 33144

OTTMAR & ISABEL BEIHSWINGERT TTEE
O BEIHSWINGERT &
I BEIHSWINGERT REV LIV
TRUST U/A DTD 9/13/02
5916 SW 11TH ST.
MIAMI, FL 33144-5112

OTTO A KNAPP TRUST
OTTO A KNAPP TRUSTEE
MICHELINA KNAPP CO-TRUSTEE
4812 SUNSET DR
VERO BEACH, FL 32963

OTTO E JURK &
CONSTANCE A JURK
JT TEN
3315 GEHRKE RD
OSSINEKE, MI 49766-9719

OTTO J GRAGNANI
4103 POPLAR GROVE RD
MIDLOTHIAN, VA 23112-4739

OTTO J OLSSON MARITAL TRUST
DAVID OLSSON, TRUSTEE
1960 OLIVE STREET
EUGENE, OR 97405

OTTO JACOBSEN TRUST
OTTO JACOBSEN TTEE
200 DEER VALLEY RD
APT 2E
SAN RAFAEL, CA 94903

OTTO KNAPP
4812 SUNSET DR
VERO BEACH, FL 32963

OUACHITA AREA COUNCIL
BOY SCOUTS OF AMERICA, INC.
ATTN: JOE FARRELL
102 CHIPPEWA COURT
HOT SPRINGS, AR 71901-7109

OURANIA REAM  FRED REAM
MRS OURANIA REAM
MR FRED REAM
6150 VALLEY STATION DR
PELHAM, AL 35124

OVILA J PELLAND
29 LITTLE POND COUNTY RD
CUMBERLAND, RI 02864-2825

OWEN AND RUTH ABLE
C/O CHRISTOPHER J FREEMAN ESQ
PO BOX 401
MEDINA, OH 44258-0401

OWEN W FRANKE
3924 CIRCLE DRIVE
MASON, MI 48854-9533

OWENS, VICTORIA J
30759 MAPLEWOOD ST
GARDEN CITY, MI 48135-2088

P & J HOLDING CORP
200 ATLANTIC ISLE
SUNNY ISLES BEACH, FL 33160

P & J HOLDING CORP
200 ATLANTIC ISLE
SUNNY ISLES BEACH, FL 33160-4516

P CHAPIN BLAIR (IRA)
FCC AS CUSTODIAN
924 OLD KEENE RD
ATHOL, MA 01331-9685

P E POKOMO & R SLEDGE CO-TTEE
THE PHARIBA ELAINE POKOMO REV TR
U/T/A DTD 06/17/2008
6 NEEDLES LANE
ORMOND BEACH, FL 32174-2606

P GUSTAVSON & K GUSTAVSON TTEE
GUSTAVSON FAMILY TST
U/A DTD 02/25/1981
20751 SCENIC VISTA CT
SAN JOSE, CA 95120-1224

P HERZOG & E HERZOG TTEE
HERZOG LIVING TRUST
U/A DTD 10/11/2005
4613 DOWNING CT
GRANITE BAY, CA 95746-6628

P HORN & I HORN TTEE
HORN FAMILY TRUST
U/A DTD 08/06/1992
5077 CORINTHIA WAY
OCEANSIDE, CA 92056-5153

P J KINDER & M E KINDER CO-TTEE
KINDER LIVING TRUST U/A
DTD 10/23/2003
6944 LENWOOD WAY
SAN JOSE, CA 95120-3132

P J PATEL & REKHA P PATEL
1003 MOCKINGBIRD WAY
SUGAR LAND, TX 77478

P L SALL & B J SALL CO-TTEE
THE SALL U/A DTD 05/01/1996
103 MCKINZIE LANE
WEATHERFORD, TX 76087-7562

P LATIMORE & H LATIMORE TTEE
LATIMORE FAMILY TRUST
U/A DTD 04/28/1999
11323 E CHUCKWAGON CIR
TUCSON, AZ 85749

P OVERSON & L OVERSON CO-TTEE
OVERSON LIVING TRUST U/A
DTD 10/05/2001
15398 W PICCADILLY RD
GOODYEAR, AZ 85395-8804

P QUOSIG & T QUOSIG TTEE
QUOSIG FAMILY 1997 TRUST
U/A DTD 06/17/1997
19624 MEADOWVIEW DRIVE
WOODBRIDGE, CA 95258-9337

P ROGERS & P ROGERS TTEE
THE ROGERS FAMILY TRUST
U/A DTD 10/25/2003
15904 CRANBERRY CT
DUMFRIES, VA 22025-1708

P RON TARULLO
30 MOUNTAIN VIEW DR
WOLCOTT, CT 06716

P SCRO & J SCRO TTEE
SCRO FAMILY 2003 TRUST
U/A DTD 03/19/2003
3254 N MEDICINE BOW CT
WESTLAKE VILL, CA 91362-3526

P VORREITER & J VORREITER TTEE
VORREITER FAMILY TRUST
U/A DTD 03/24/2004
937 ASTER CT
SUNNYVALE, CA 94086-6701

P VORREITER & JOHN VORREITER TTEE
VORREITER FAMILY TRUST
937 ASTER CT
SUNNYVALE, CA 94086-6701

PACIFIC RIM MASONIC LODGE
#567 ATTN TREASURER
3610 LOCUST AVE
LONG BEACH, CA 90807-3822

PACK CAPITAL INVESTMENTS
ATTN ANDREW BRISKAR
40 JANET LANE
BERKELEY HTS, NJ 07922

PAIGE T AMES  &
SUZANNE W AMES JT WROS
SPECIAL ACCOUNT
10125 TB ROAD
EXMORE, VA 23350-4015

PALMIRA SALA
OSCAR SALA
TORREON 1949
COL REPUBLICA
SALTILLO COAHUILA CP 25280 MEXICO

PAM M & JOHN T STANFIELD REV LIV
UAD 04/18/05
JOHN T. OR PAMELA M. STANFIELD
TTEE
16015 PARK FOREST CT
CHESTERFIELD, MO 63017-5028

PAMELA A GOLDMAN
10232 LOCUST ST
KANSAS CITY, MO 64131

PAMELA ALLMAN TRUSTEE VIRGINIA S FORD GST EXEMPT TR
PAMELA ALLMAN CPA
33 W MISSION STE 101
SANTA BARBARA, CA 93101

PAMELA B MCLELLAN
34550 W DUBUISSON RD
SLIDELL, LA 70460-2932

PAMELA B MCLELLAN
34550 W DUBUISSON RD
SLIDELL, LA 70460

PAMELA BALL MILLER
TOD DTD 06/07/2006
14322 ISLANDSWOODS DRIVE
HOUSTON, TX 77095-3561

PAMELA BEER
1827 J F KENNEDY
PITTSBURG, KS 66762

PAMELA COKER TTEE
GEORGE COKER
1145 WIVENHOC WAY
VIRGINIA BEACH, VA 23454

PAMELA D. SCHOLZ
1245 PICKETT AVE.
BATON ROUGE, LA 70808-8720

PAMELA G LICHT & HERBERT A LICHT
151 VARIETY TREE CIR
ALTAMONTE SPG, FL 32714-5834

PAMELA G MILLER
63 BAYBERRY HILL RD
RIDGEFIELD, CT 06877

PAMELA GNODTKE (IRA)
FCC AS CUSTODIAN
00856 FIRST STREET
CHARLEVOIX, MI 49720-9729

PAMELA H WOOD
FALDAS DEL FORTIN 510
COLONIA PANORAMICA
OAXACA  MEXICO

PAMELA J FRESE ACF
BRET A CORNELL
1275 MONTEREY BLVD
SAN FRANCISCO, CA 94127

PAMELA J MERACLE IRA
FCC AS CUSTODIAN
209 N FRYE STREET
PITTSBURG, IL 62974-1127

PAMELA JANE RECTOR
2922 REDBUD TRAIL
KALAMAZOO, MI 49009-8800

PAMELA L SIMON TTEE
PAMELA L SIMON U/A DTD 06/04/1998
1090 NORTH WATERWAY DRIVE
FORT MYERS, FL 33919-5922

PAMELA L TREADWELL
WELLS FARGO BANK IRA C/F
PO BOX 1687
MUSKOGEE, OK 74402

PAMELA LYLE CUPP
2057 GREENBRIAR
HARBOR SPRINGS, MI 49740-9255

PAMELA R SKLAK TTEE
PAMELA R SKLAK REVOCABLE TRUST
U/A DTD 03/05/2007 FBO P SKLAK
814 HASKINS DRIVE
SUFFOLK, VA 23434-2600

PAMELA R SMITH
PO BOX 9022 UZBEK POUCH
WARREN, MI 48090

PANAGIOTIS PETROPOULOS &
ANGELIKI HERRAS JT TEN
DEXAMENIS II
14563 KIFISSIA ATHENS GREECE

PANSY S HAWK TTEE
UAD 4/8/98 PANSY STEPHENSON HAWK
FAMILY TRUST
4003 SAN NICHOLAS
TAMPA, FL 33629-5729

PAOLO FRANCESCO POGGI AND MORCELLI SILVANA
VIA A FAVA 25
20125 MILAN ITALY

PAQUITA ITURRINO
GUZMAN EL BUENO, 95-30D
28015 MADRID SPAIN

PARAWELL COMPANY LIMITED
C/O 31/F THE CENTER
99 QUEEN'S ROAD C
HONG KONG

PARK SLOPE FOOD CORP INC PENSION PLAN & TRUST
ATTN: JOSEPH HOLTZ, TRUSTEE
782 UNION ST
BROOKLYN, NY 11215

PARKER GROUP LTD
LOMBARD ODIER DARIER HENTSCH & CIE
ATTN CHRISTIAN WIDMER
RUE DE LA CORRATERIE 11
GENEVA SWITZERLAND 1204

PARKERS LAKE BAPTIST CHURCH
JON LAVASSEUR
1910 OAKVIEW LANE N
PLYMOUTH, MN 55441-3939

PAT T ROGERS
3156 FOREST OAKS DR
PORT NECHES, TX 77651-5850

PATRA MARION
PO BOX 104
EASTWOOD, KY 40018

PATRENE D' AMICO
145 COOPER LANE
STAFFORD SPRINGS, CT 06076

PATRICIA / A W BENNETT
308 WESTWOOD BLVD
NAMPA, ID 83686-2647

PATRICIA A CARUSO
53 GIRARD AVE
WEST LONG BRANCH, NJ 07764

PATRICIA A CROSS
239 ZENGEL DR
DAYTON, OH 45459

PATRICIA A DOWD TRUST
PATRICIA A DOWD TRUSTEE
6236 MIDNIGHT PASS ROAD # 204
SARASOTA, FL 34242

PATRICIA A DOWD TRUST
U/A/D 10 21 94
PATRICIA A DOWD TRUSTEE
200 VILLAGE DRIVE #448
DOWNERS GROVE, IL 60516-3062

PATRICIA A DOZZIE
1625 SHADY GROVE RD
MURPHY, NC 28906

PATRICIA A DWYER
5346 WAR ADMIRAL DRIVE
WESLEY CHAPEL, FL 33544

PATRICIA A HAMLIN
2743 WASHINGTON ST
HOLLYWOOD, FL 33020

PATRICIA A HUNT
TOD ACCOUNT
708 PASEO DEL PRADO
GREEN VALLEY, AZ 85614-2034

PATRICIA A HUNT
TOD MARK H HUNT
708 PASEO DEL PRADO
GREEN VALLEY, AZ 85614

PATRICIA A HUNT
TOD MARK H HUNT
708 PASEO DEL PRADO
GREEN VALLEY, AR 85614

PATRICIA A JOHNSON
1080 SILVERCREST WAY #201
IOWA CITY, IA 52240

PATRICIA A LINK
237 MARSHALLVILLE RD
TUCKAHOE, NJ 08250

PATRICIA A MARTZOLF
1204 KATHRYN RD
SILVER SPRINGS, MD 20904

PATRICIA A O'CONNOR
74430 ZIRCON CIRCLE E
PALM DESERT, CA 92260

PATRICIA A O'CONNOR
74430 ZIRCON CIRCLE E
PALM DESERT, CA 92260

PATRICIA A O'CONNOR
74430 ZIRCON CIRCLE E
PALM DESERT, CA 92260

PATRICIA A O'SULLIVAN
8421 WARBLER DRIVE
KALAMAZOO, MI 49009-4549

PATRICIA A PERRAULT
ROBERT W PERRAULT
523 GREEN VALLEY DR
RACINE, WI 53406-6368

PATRICIA A RAHM
3605 UNIVERSITY DR
FAIRFAX, VA 22030

PATRICIA A SANDERS IRA
FCC AS CUSTODIAN
661 HOBCAW BLUFF DR
MT PLEASANT, SC 29464-8110

PATRICIA A SCASSERRA
41 CALVERT AVE WEST
EDISON, NJ 08820-3162

PATRICIA A SCASSERRA
41 CALVERT AVE WEST
EDISON, NJ 08820-3162

PATRICIA A TINHAM
JOHN E TINHAM
8133 MILBURN ST
WESTLAND, MI 48185-7137

PATRICIA A UTTER
PATRICIA A UTTER TRUSTEE
UTTER LIVING TRUST
3467 LAKE VANESSA CIRCLE NW
SALEM, OR 97304

PATRICIA A WESEN
CGM IRA CUSTODIAN
5006 COLONIAL DRIVE
MONEE, IL 60449-8543

PATRICIA A WESEN
TOD NAMED BENES STA TOD RULES
5006 COLONIAL DRIVE
MONEE, IL 60449-8543

PATRICIA A WHITE TTEE
PATRICIA A WHITE REV LIV TR U/A
DTD 03/25/1999
PO BOX 2049
LAKE OSWEGO, OR 97035-0022

PATRICIA ANN BENJAMIN
347 MT HOPE BLVD
HASTINGS ON HUDSON, NY 10706-2606

PATRICIA ANN CEJA IRA
FCC AS CUSTODIAN
24070 S MANARD RD
FORT GIBSON, OK 74434-6322

PATRICIA ANN EBERT TTEE
PATRICIA ANN EBERT REV LVG TR
U/A DTD 05/15/97 RVSD 07/29/05
4 LUMAHAI ST
HONOLULU, HI 96825-2105

PATRICIA ANNE STUART
2308 WOODROW DR
RALEIGH, NC 27609-7627

PATRICIA ARENA
21 BRIAR COURT
CROSS RIVER, NY 10518-1308

PATRICIA AXELROD
PATRICIA AXELROD (LISA)
8033 SUNSET #458
LOS ANGELES, CA 90046

PATRICIA B JOHNSON
5646 W WILSON AVE
CHICAGO, IL 60630-3316

PATRICIA BENSBURG
15 BAYBERRY ST.
BRONXVILLE, NY 10708-2101

PATRICIA BOCCHINO
421 SOUTH WINDS
TINTON FALLS, NJ 07753

PATRICIA BOUSHLEY
905 JACOBSEN RD #J
NEENAH, WI 54956-1366

PATRICIA BOWLER JOHNSON
WILLIAM BOWLER III
5646 W WILSON AVE
CHICAGO, IL 60630-3316

PATRICIA C & JOHNNY L MCCOY
C/O JOHNNY L MCCOY
5324 TIGERS TAIL
LEESBURG, FL 34748

PATRICIA C MCCOY
5324 TIGERS TAIL
LEESBURG, FL 34748

PATRICIA C WEINGART-DIAZ
2958 SADDLEWOOD DRIVE
BONITA, CA 91902

PATRICIA CLARKE
5A VALLEY ROAD
DOVER, MA 02030-2529

PATRICIA CONNOLLY
1756 MACDONNELL DR
PALM HARBOR, FL 34684-2344

PATRICIA CRYAN
4126 GARDEN ESTATES DR
TOLEDO, OH 43623-3439

PATRICIA D ENGEL
13046 BIGGIN CHURCH RD S
JACKSONVILLE, FL 32224

PATRICIA D HABER IRA
1155 WISTERIA DR
MALVERN, PA 19355

PATRICIA D JAJUGA
10300 HEROLD HWY
ADDISON, MI 49220-9344

PATRICIA DE FREEUW LIVING TRUST
2644 2ND PRIVATE RD
FLOSSMOOR, IL 60422

PATRICIA DE RUNTZ TTEE
PATRICIA DERUNTZ
U/A DTD 01/13/2005
2968 LINDEN AVE
BERKELEY, CA 94705-2328

PATRICIA DEL CARMEN ORTIZ ORTIZ
AVENIDA SAN MARTIN 1270 DPTO 601
VINA DEL MAR, CHILE

PATRICIA DELGADO BARREDA
JUAN PARDO OLAZABAL, JUAN PARDO DELGADO,
PATRICIA PARDO DELGADO
MANUEL UGARTECHE #318 SELVA ALEGRE
AREQUIPA, PERU

PATRICIA E ARNOLD
4554 FAIRWAY ST
DALLAS, TX 75219

PATRICIA E ARNOLD EXEC
ESTATE ROBERT E ARNOLD
4554 FAIRWAY AVE
DALLAS, TX 75219-1605

PATRICIA E DECINA
6 SUDELY GREEN CT
CHERRY HILL, NJ 08003

PATRICIA E FINLEY
126 INDIAN RIVER RD
ORANGE, CT 06477-3620

PATRICIA E PRESHAW FAMILY TRUST
MRS. PATRICIA PRESHAW
1432 S ANDEE DR
PALM SPRINGS, CA 92264-8606

PATRICIA ELLISON
PO BOX 10969
SPRINGFIELD, MO 65808-0969

PATRICIA FINNEY
1320 PALM LN
BOWIE, MD 20716

PATRICIA GLASSMEYER
7067 STEINMEIER DR
INDIANAPOLIS, IN 46220-3953

PATRICIA GUCKERT
1267 TAFT AVE
NORTH MERRICK, NY 11566-1820

PATRICIA H BEFFEL TTEE
C/O PATRICIA BEFFEL
2136 KEAST DR
CLARKLAKE, MI 49234-9745

PATRICIA H WINDHORST TTEE
PATRICIA H WINDHORST REV TR U/T/A
DTD 07/08/1997
2500 INDIGO
UNIT 156
GLENVIEW, IL 60026-8301

PATRICIA HANSON
99-610 PUALAA ST
AIEA, HI 96701

PATRICIA HILTON
1747 RIDGECREST AV SW
AIKEN, SC 29801

PATRICIA HOPKINS
PO BOX 285
ISLESBORO, ME 04848

PATRICIA HULL
1004 9TH AVE SW
AUSTIN, MN 55912

PATRICIA J ATWOOD
1020 OSPREY PT RD
LITTLETON, NC 27850-9492

PATRICIA J DOYLE TRUSTEE
807 GLENN DR
HARBOR SPRINGS, MI 49740

PATRICIA J MCCLAIN
E FRANKLIN MCCLAIN
4370 POMARINE CT
NAPLES, FL 34119

PATRICIA J WHITMORE
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
1 LOGGERHEAD CT
HILTON HEAD ISLAND, SC 29926-1983

PATRICIA JANE SACK
15 PEN-Y BRYN DRIVE
SCRANTON, PA 18505

PATRICIA K CASSIDY TRUST UAD 7/7/96
C/O PATRICIA K CASSIDY
2434 AUSTRALIA WAY E
#52
CLEARWATER, FL 33763

PATRICIA K FRAIZER
6727 BISHOP DRIVE
COLORADO SPRINGS, CO 80918

PATRICIA KALISZUK
14423 SEMINOLE
REDFORD, MI 48239-3020

PATRICIA L BELLA
22 CHARLES ST
EDISON, NJ 08820

PATRICIA L BROWN
920 WINDSAIL COURT
MURRELLS INLET, SC 29576

PATRICIA L KOSTELNIK TTEE
PATRICIA L. KOSTELNIK TRUST
U/A DTD 05/17/1990
5400 PARK ST N APT 406
SAINT PETERSBURG, FL 33709-7040

PATRICIA L NICHOLS
7720 N DAKOTA ST
SPOKANE, WA 99208-5607

PATRICIA LEE
109 ROCKBRIDGE RD
STEPHENS CITY, VA 22655

PATRICIA LOUISE WEBB
440 RUTHERFORD AVE
REDWOOD CITY, CA 94061-4214

PATRICIA LOVELL
PO BOX 1235
MANCHESTER, VT 05254-1235

PATRICIA LYNCH BENE IRA
JOHN J SULLIVAN DECD
FCC AS CUSTODIAN
815 N WASHINGTON AVENUE
DUNELLEN, NJ 08812-1338

PATRICIA M BONK
1226 E LE MARCHE AVE
PHOENIX, AZ 85022-3242

PATRICIA M DUNLAP
27W075 MERRILL DR
WHEATON, IL 60189-6304

PATRICIA M HUMMEL
521 PINEHURST LN
SCHERERVILLE, IN 46375-2072

PATRICIA M KNUDSON
3531 GRANGER AVE W
BILLINGS, MT 59102

PATRICIA M SCHERER TTEE
PATRICIA M SCHERER REV TRUST
U/A/D 05-30-95
3219 S OSWEGO AVE
TULSA, OK 74135-1650

PATRICIA MATSON
3506 PIFER ROAD S E #9
OLYMPIA, WA 98501

PATRICIA P TURNER
IRA STANDARD/SEP
10135 NORWOOD RD
WINGINA, VA 24599-3016

PATRICIA PIKE
10500 W ANTHONY DR
TUCSON, AZ 85743-8749

PATRICIA PITTMAN IRA
497 DAVIS ROAD
ELLIJAY, GA 30540-1812

PATRICIA R DOTO
12 OLD SALEM CT
CHERRY HILL, NJ 08034

PATRICIA R FOSTER (IRA)
FCC AS CUSTODIAN
2290 W 276TH ST
SHERIDAN, IN 46069-9355

PATRICIA R LOVELAND
14 EASTVIEW DR
BREVARD, NC 28712-3502

PATRICIA RIBBLE EXEMPTION TRUST
RONNIE RIBBLE, TRUSTEE
1154 MT RIANTE RD
HOT SPRINGS, AR 71913-9375

PATRICIA ROBERTS TRUST
432 CARRERA DR
LADY LAKE, FL 32159

PATRICIA S DALLAL
C/O MERRILL LYNCH, PRIVATE CLIENT GROUP
2200 N RODNEY PARHAM RD
SUITE 300
LITTLE ROCK, AR 72212

PATRICIA S MCELWEE
731 E WEDGE WOOD DR
MUSKEGON, MI 49445

PATRICIA S MILLER AND GEORGE S MILLER JT
PATRICIA S AND GEORGE S MILLER
1608 CITATION DR
SOUTH PARK, PA 15129

PATRICIA SACKETT
2200 HUMBOLDT AVE SOUTH
MINNEAPOLIS, MN 55405

PATRICIA SCHMIDT IRA
FCC AS CUSTODIAN
4003 2ND AVE E
BRADENTON, FL 34208-8409

PATRICIA SHERILL ROGERS LEIB
30 STEVENSON DR
GREAT NECK, NY 11023

PATRICIA TINERRIN TTEE THOMAS TINERRIN DECEDENTS TR
PATRICIA TINERRIN
1049 PINE RIDGE DR
SHOW LOW, AZ 85901

PATRICIA TRIFON IRA
12 MARLBORO ST
MORGANVILLE, NJ 07751-9732

PATRICIA W HOEKSTRA
8821 OAKVILLE
KELLER, TX 76244

PATRICIA WEBB
432 LAKE ESTATE DR
CHAPIN, SC 29036

PATRICIA WESEN
CGM IRA BENEFICIARY CUSTODIAN
BEN OF DONALD R. GADDINI
5006 COLONIAL DRIVE
MONEE, IL 60449-8543

PATRICIA WOOLLETT
123 MAPLEWOOD
SAN ANTONIO, TX 78216

PATRICIA WOOLLETT
123 MAPLEWOOD
SAN ANTONIO, TX 78216

PATRICIA YUNGMANN
29 WEATHERVANE DRIVE APT 12
WASHINGTONVILLE, NY 10992

PATRICIA YUNGMANN
7560 BAY ISLAND DR S
APT 142
S PASADENA, FL 33707

PATRICIO S BALUYOT AND HERMENEGILDA G BALUYOT
425 TIMBER BAY CT
AZLE, TX 76020-4133

PATRICK BUTZ
ISENBUTTELER WEG 32
38518 GIFHORN  GERMANY

PATRICK C REAMS
DAVINA L REAMS
6708 CHELAN CT
BAKERSFIELD, CA 93309-5403

PATRICK CONNELLAN
7631 MAPLE MEADOW ST
LAS VEGAS, NV 89131

PATRICK D BERNETHY
JUDITH A BERNETHY
11354 E MAPLE AVE
DAVISON, MI 48423-8771

PATRICK E SHEPARD
3034 WINDSOR DR
BETTENDORF, IA 52722-2617

PATRICK GORMAN
318 FIRST AVE
MANISTEE, MI 49660

PATRICK H AND JANE DALLET
C/O PATRICK DALLET
2513 NOBLE DR
TALLAHASSEE, FL 32308

PATRICK H DALLET  &
JANE DALLET JT WROS
2513 NOBLE DRIVE
TALLAHASSEE, FL 32308-6476

PATRICK J BRADY  &
DARLENE A BRADY  JT WROS
TOD REGISTRATION
4016 NE BITTERSWEET
LEES SUMMIT, MO 64064-1662

PATRICK J COMSTOCK
972 SENORE AVE
BILLINGS, MT 59105

PATRICK J MURPHY TRUSTEE
C/O PATRICK J MURPHY
4702 SW 89 CT
MIAMI, FL 33165

PATRICK J. MCGILL
CGM SEP IRA CUSTODIAN
3512 FAIRVIEW DRIVE
VISTA, CA 92084-1022

PATRICK KOWAL AND ANITA E KOWAL
74 WILDWOOD LANE
LINN CREEK, MO 65052-1916

PATRICK MCQUAID
22-67 CRESCENT STREET
ASTORIA, NY 11105

PATRICK N SASSANI II
TOD DTD 12/24/2008
3 HORIZON DRIVE
ELYSBURG, PA 17824-9455

PATRIZIA FARINA
14 FAITH LANE
DANBURY, CT 06810

PATSY LEE THOMPSON TRUST
1817 COVENTRY LANE
NICHOLS HILLS, OK 73120-4703

PATSY M WORNICK
P O BOX 415
VILLAGE MILLS, TX 77663-0415

PATSY PRICE, SANDRA RAVIS, RICKY PRICE, BEVERLY ENGLE
1200 MCLANE DR
FAIRMONT, WV 26554

PATSY R MOORE
24 SHOEMAKER CIRCLE
BATESVILLE, AR 72501

PATSY S TROZZO
BETTY N TROZZO
308 GEORGETOWN LN
EXPORT, PA 15632

PATTIE B LAYSER
500 TARGHEE TOWNE
ALTA, WY 83414

PATTIE S CARTER TTEE
PATTIE S CARTER TRUST U/A
DTD 03/05/1998
11100 WEST 119TH ST.
OVERLAND PARK, KS 66213-2034

PAUL & BARBARA ARNAUD
C/O THE ARNAUD FAMILY TRUST
915 MUIRFIELD RD
LOS ANGELES, CA 90019-1824

PAUL & MARGARET NORTH TRUST
U/A DTD 05/17/2000
PAUL & MARGARET NORTH, TTEES
11501 EASTRIDGE PLACE
SAN DIEGO, CA 92131-3549

PAUL & ROSEMARIE COLEMAN
5850 MERIDIAN RD APT 8303
GIBSONIA, PA 15044

PAUL A GARGANO
15 MILE COMMON
EASTON, CT 06612-1509

PAUL A NESE
317 EDSTAN WAY
PARAMUS, NJ 07652

PAUL A TORTORELLA
204 CRESCENT PARKWAY
SEA GIRT, NJ 08750

PAUL ALEX RIGANO
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
1410 PATRICIA DR
REDLANDS, CA 92373-6890

PAUL AND HAZEL RIGGS
991 LANCASTER PIKE
QUARRYVILLE, PA 17566

PAUL AND ROSE STUDNICKA
207 JEFFERSON STREET
MOUNT HOREB, WI 53572

PAUL ARTHUR LUTZ
2921 GANT QUARTERS CIR
MARIETTA, GA 30068-3724

PAUL BARTH, MARIE BARTH, GARY BARTH
PAUL BARTH
4100 TAYLOR AVE
BALTIMORE, MD 21236

PAUL C BENKO
1026 BUDAPEST
HAZMAN U 2 HUNGARY

PAUL CHARLES BURNS JR INH IRA
BENE OF PAUL C BURNS
CHARLES SCHWAB & CO INC CUST
2100 SO FLETCHER AVE
FERNANDINA BEACH, FL 32034-2332

PAUL D FREEL
1724 CRESTLINE DR
TROY, MI 48083

PAUL D INGLESBY TRUSTEE
U/W GEORGE F BECKER
1706 N GLEN DR
GLEN MILLS, PA 19342-8165

PAUL D MIRTS
1710 BYRON
ODESSA, TX 79761

PAUL D. SCHRADER IRA ACCOUNT
7001 BRISCOE LANE
LOUISVILLE, KY 40228-1653

PAUL D. SCHRADER ROTH-IRA
7001 BRISCOE LANE
LOUISVILLE, KY 40228-1653

PAUL DEAN KAPLAN
MORGAN STANLEY SMITH BARNEY
ATTN FELDMAN/DOYLE FBO PAUL KAPLAN
1775 EYE ST NW STE 200
WASHINGTON, DC 20006

PAUL DELUCIA
PO BOX 203
WARRIOR, AL 35180

PAUL DOUGLAS SLOCUM
59514  NESLO RD
SLIDELL, LA 70460

PAUL DOUGLAS SLOCUM &
DONNA HALL SLOCUM TEN/COM
59514 NESLO RD
SLIDELL, LA 70460-4104

PAUL E CHISM
P O BOX 531301
BIRMINGHAM, AL 35253

PAUL E DALE
1616 RED FOX DR
DAYTON, OH 45432-2522

PAUL E JOHNSON JR TTEE FBO THE
THELMA DECENDENTS TRUST
DTD 7/1/83
22823 NORTH LOS GATOS DR.
SUN CITY WEST, AZ 85375-1508

PAUL E MECHLING/PATRICIA S MECHLING
890 TAYLOR BLAIR RD
W JEFFERSON, OH 43162

PAUL E MERCHANT
REV TRUST
PAUL E MERCHANT TTEE UA DTD
04/15/96
1976 DUNHAM DR
ROCHESTER, MI 48306-4809

PAUL E MERCHANT TTEE
BUSINESS MANAGEMENT SOLUTIONS
401 K
FBO PAUL E MERCHANT
1976 DUNHAM DR
ROCHESTER, MI 48306-4809

PAUL F BEACH
2841 ORIOLE DR
BEAVERCREEK, OH 45434-6516

PAUL F ECKERT
6180 MEADOW LAKES DRIVE
EAST AMHERST, NY 14051-2006

PAUL F GIBBS
3644 ALLENDALE DR
RALEIGH, NC 27604-2506

PAUL FRANKLIN GIBBS &
MARY ALICE GIBBS JT WROS
3644 ALLENDALE DR
RALEIGH, NC 27604-2506

PAUL G BRIGHT
1125 RIVER FORKS RD
SANFORD, NC 27330

PAUL G KIRBY
32126 WELLSTON DR
WARREN, MI 48093

PAUL GERNHARDT
IRA DCG & T TTE
104 APPLE BLOSSOM CT
DELMONT, PA 15626-1560

PAUL GOLDMAN
828 GLEN EAGLE BLVD
NAPLES, FL 34104

PAUL H SCHWAN
956 CORNWALLIS LN
MUNSTER, IN 46321-2877

PAUL H WHITE
CGM IRA ROLLOVER CUSTODIAN
1539 MALCOLM AVENUE
LOS ANGELES, CA 90024-5722

PAUL HEGER
2639 S ELIZABETH AVE
WICHITA, KS 67217

PAUL I KAUFMAN
1108 LILY POND LN
YARDLEY, PA 19067-4754

PAUL ILLG JEANNE SCHOENBAUER
334 CEDARDALE DR SE
OWATONNA, MN 55060

PAUL J & LANA R HELFNER
36 ALTON PT
BERLIN, MD 21811

PAUL J CAIN
232 ORINOCO DR
BRIGHTWATERS, NY 11718

PAUL J CONNORS &
SANDRA M CONNORS JT TEN
4 HAMILTON LANE
LIVINGSTON, NJ 07039-2006

PAUL J GLEASON
1776 HEDON CIR
CAMARILLO, CA 93010

PAUL J KLOCKENKEMPER  & JOAN C KLOCKENKEMPER
JOAN C KLOCKENKEMPER JT WROS
5311 RIVERAIRE DRIVE
GODFREY, IL 62035-1440

PAUL J KLOCKENKEMPER AND JOAN C KLOCKENKEMPER
JT WROS
5311 RIVERAIRE DR
GODFREY, IL 62035-1440

PAUL J PALLADINO
572 TWIN LAKES RD
SHOHOLA, PA 18458-2700

PAUL J PERSICO
6110 TIMBERKNOLL DR
MACUNGIE, PA 18062-8884

PAUL J STUMP &
FLORENCE L STUMP JTWROS
1105 MILESTONE RD
WERNERSVILLE, PA 19565-9118

PAUL J. HOOK, TTEE
1126 WEST CYPRESS DR.
POMPANO BEACH, FL 33069-4107

PAUL JACOBS
7296 TUOLUMNE DR
GOLETA, CA 93117

PAUL JAMES NEIMAN
3700 SE 52ND ST
OCALA, FL 34480

PAUL JONES
7409 S 84TH EAST AVE
TULSA, OK 74133

PAUL JUSTIN FEAGA
11177 FREDERICK RD
ELLICOTT CITY, MD 21042-2007

PAUL K SCHAKE
4216 SETTLER HEIGHTS
FORT MILL, SC 29708-6402

PAUL L GIZZI
28 WINDING BROOK DR
FAIRPORT, NY 14450

PAUL L JONES
MARY ANN JONES JT TEN'
220 COINER ST
SAINT ALBANS, WV 25177-2607

PAUL L O'BRIAN
336 GARDEN RD
LEXINGTON, KY 40502

PAUL LIGHT TRUST
MICHAEL MONATLIK TTEE
MICHAEL MONATLIK
19647 MAYALL ST
NORTHRIDGE, CA 91324-1017

PAUL LIPSITZ &
A JEANNE LIPSITZ
22411 ANN'S CHOICE WAY
WARMINSTER, PA 18974

PAUL M CALKINS
8640 SPRING MILL RD
INDIANAPOLIS, IN 46260

PAUL M CATANIA &
ANTONINA CATANIA JT TEN
1689 REMSEN AVENUE
BROOKLYN, NY 11236-5233

PAUL M FEIGHTNER
203 ALPINE DR
LAKE ZURICH, IL 60047

PAUL M FUMICH MD INC PROFIT SHARING PLAN
ATTN: WILLIAM M FUMICH JR TRUSTEE
24461 DETROIT RD #210
WESTLAKE, OH 44145

PAUL M JANICKE IRA
C/O PAUL M JANICKE
2409 MCCLENDON ST
HOUSTON, TX 77030

PAUL MARGARITIS
7015 EUCLID AVE
CINCINNATI, OH 45243

PAUL MCCLURE
5502 LIGUSTRUM LOOP
OVIEDO, FL 32765

PAUL N FIQUETTE JR
207 HAMILTON DRIVE
WEST POINT, GA 31833

PAUL OKONIEWSKI
32 BRADDOCK PT
COLUMBIA, SC 29209

PAUL OTT III
13 CLEOME CT
HOMOSASSA, FL 34446

PAUL P MORIN
MONEY PURCHASE KEOGH
PPM SERVICES KEOGH PLAN
PO BOX 040093
BROOKLYN, NY 11204-0093

PAUL P MORIN
PROFIT SHARING KEOGH
PPM SERVICES KEOGH PLAN
PO BOX 040093
BROOKLYN, NY 11204-0093

PAUL PULEO
HC-1 BOX 101C
THORNHURST, PA 18424-9308

PAUL R & PATSY R ROBINSON
PAUL ROBINSON
PO BO 2298
CULLMAN, AL 35056

PAUL R LINDBERG
152 CROSS GATE DRIVE
MARIETTA, GA 30068

PAUL R MEYER
PMB 327
40 COURT ST
MIDDLEBURY, VT 05753-4449

PAUL R SAUER & MARY ALIS SAUER
TTEES F/T PAUL & MARY SAUER LIVING
TRUST DTD 3-13-98
1377 E JASMINE AVE
SANDY, UT 84092-3648

PAUL R SUMMERS
980 STREAM VIEW LN
YORK, PA 17403

PAUL R WALTHER & JEAN F WALTHER
5326 ROYALTY CT
WAUNAKEE, WI 53597-9081

PAUL R WINTER JR
GLORIA J WINTER
189 YOE DR
RED LION, PA 17356-9089

PAUL R WINTERS
6706 MID PL
TAMPA, FL 33617-3836

PAUL R WINTERS IRA
FCC AS CUSTODIAN
6706 MID PLACE
TEMPLE TERRAC, FL 33617-3836

PAUL R. EBERHART
2107 ASHCRAFT LANE
LOUISVILLE, KY 40242

PAUL RACHBACH
PHYLLIS RACHBACH
332 BRIAR PATCH
MOUNTAINSIDE, NJ 07092-1803

PAUL RISKIN
1327 PALMS BLVD
VENICE, CA 90291

PAUL ROGERS
ONE GILBERT RD
GREAT NECK, NY 11024

PAUL S AND A MARIE BAARSON
13797 FAIRLAWN AVE
APPLE VALLEY, MN 55124-7926

PAUL SANFRANCISCO
103 DUNDEE MEWS
MEDIA, PA 19063

PAUL SCHIAPPA
8462 CHADWAY CT
WILLIAMSVILLE, NY 14221-8523

PAUL SIESSER
5752 VINTAGE OAKS CIR
DELRAY BEACH, FL 33484

PAUL SISAMIS
TRUSTEE
THE SISAMIS FAMILY TRUST
633 EMERALD BAY DRIVE
DESTIN, FL 32541

PAUL SOLOMAYER
BEATRICE SOLOMAYER JTWROS
10 FIELDHEDGE DRIVE
HILLSBOROUGH, NJ 08844

PAUL STEIN
2773 S OCEAN BLVD #105
PALM BEACH, FL 33480-5563

PAUL STEVE NASH & REBECCA JAY NASH
16609 HUTCHISON RD
ODESSA, FL 33556

PAUL STEVEN NASH
16609 HUTCHISON RD
ODESSA, FL 33556

PAUL T ABRAMS
PO BOX 3454
MISSION VIEJO, CA 92690

PAUL T LIEWER
5703 PINE ARBOR DRIVE
HOUSTON, TX 77066-2328

PAUL T WOLFE TTEE
PAUL T WOLFE TRUST
DTD 12/28/1992
175 NW 336TH AVE
HILLSBORO, OR 97124-3629

PAUL T. RUFFOS
54 GRAFTON SQ. ROAD
PARISH, NY 13131

PAUL V & SUSAN J ZANDEE TRUST
PAUL V ZANDEE & SUSAN J ZANDEE TTEES
UAD 5-27-97
910 WORCESTER DR NE
GRAND RAPIDS, MI 49505-5946

PAUL V CIOTOLA
11118 NW 36TH LN
GAINESVILLE, FL 32606

PAUL W MEMMINGER &
VICTORIA G MEMMINGER JT TEN
121 KILTIE DRIVE
NEW HOPE, PA 18938-1404

PAUL W YONGST
3424 LAUREL CIR
ROANOKE, VA 24018

PAUL WAYNE CUPP (IRA)
FCC AS CUSTODIAN
2057 GREENBRIAR
HARBOR SPRINGS, MI 49740-9255

PAUL WELANDER
CHARLES SCHWAB & CO INC CUST
SEP IRA
PO BOX 350453
WESTMINSTER, CO 80035-0453

PAUL WESTVEER TRUST
UAD 4/17/01
2230 RAYBROOK ST SE APT 102
GRAND RAPIDS, MI 49546-5750

PAULA ANN ROTH
2701 STARWOOD CT
WEST PALM BEACH, FL 33406

PAULA B WHITE
155 W 68 STREET, APT 233
NEW YORK, NY 10023-5824

PAULA GOLDSTEIN
271-10 GRAND CENTRAL PKWY #4Y
FLORAL PARK, NY 11005-1204

PAULA J DEVEREAUX
212 TREETOP LANE
LINDALE, TX 75771

PAULA KNOBLER TRUSTEE
PAULA KNOBLER FAMILY TRUST
U/A 3/7/88
7563 IMPERIAL DR APT 601-D
BOCA RATON, FL 33433-2820

PAULA L FLOM
4185 DALLAS LANE N
PLYMOUTH, MN 55446-3822

PAULA M STAHL
512 W CONCHO ST
SAFFORD, AZ 85546-8071

PAULA S YOUNG
PO BOX 415
FARMINGTON, ME 04938

PAULENE BOHANNON TTEE
PAULENE BOHANNON REV TRUST
U/A DTD 08/13/99
1901 HILLCREST DR
BARTLESVILLE, OK 74003-6231

PAULINA GOFFIN
4169 SARAH ST
BURBANK, CA 91505

PAULINE & ROBERT MCCUTCHEON
2224 MARION LANE
ESCONDIDO, CA 92025

PAULINE A ADAMS AND WILLIAM M ADAMS TTEES
WILLIAM KYLE ADAMS TRUST
211 SOUTH 5TH STREET
BLOWNFIELD, TX 79316-4307

PAULINE ADAMS
211 SOUTH 5TH STREET
BROWNFIELD, TX 79316-4307

PAULINE BRITON REV TRUST DTD SEPT 9 1983
C/O ROBERTA B GOTTFRIED TTEE
11024 MALAYSIA CIRCLE
BOYNTON BEACH, FL 33437

PAULINE C SCHMITT
5670 NORTH A1A 216 S
VERO BEACH, FL 32963

PAULINE E WOMAC TTEE
C/O PAULINE E WOMAC
44211 HARMONY LN
BELLEVILLE, MI 48111

PAULINE F. ROY & DAVID M. ROY
DAVID M ROY
111 FINCH LANE
SAUNDERSTOWN, RI 02874

PAULINE GOUNARIS
1313 S PACIFIC ST APT A
OCEANSIDE, CA 92054

PAULINE J BAILEY
PO BOX 734
AUSTIN, MN 55912

PAULINE JOHNSON ROBERTSON
5658 BOLLO COURT
FORT MYERS, FL 33919

PAULINE K GODEN
2718 W CHESTNUT AVE
ALTOONA, PA 16601

PAULINE M SCHEUTEN
268 NW TOSCANE TRAIL
PORT ST LUCIE, FL 34986-2622

PAULINE M SCHEUTEN
268 NW TOSCANE TRAIL
PORT ST LUCIE, FL 34986-2622

PAULINE M WENTLAND
P M WENTLAND
6729 HIGHLAND DR
WINDSOR, WI 53598

PAULINE S BUNDY IRA
FCC AS CUSTODIAN
1007 HAMLET HIGHWAY
BENNETTSVILLE, SC 29512-2471

PAULINE SAMER
407 GARFIELD ST
LINDEN, NJ 07036-1448

PAULINE SIROTA
20 NORTHWOODS LANE
BOYNTON BEACH, FL 33436-7404

PAULINE SNYDER
160 PEACE CIRCLE
NEW OXFORD, PA 17350-7301

PAULINE T MANS
JOHN C. MANS
PO BOX 145
RICEVILLE, IA 50466-0145

PAULINE V LA CLAIR TTEE O/T
PAULINE LA CLAIR LIV TR
DATED 12-4-98
15301 NORTH ORACLE ROAD LOT 6S
TUCSON, AZ 85739-9404

PAULO CEZAR RODRIGUES VILLAS BOAS
RUA DARIO COELHO 160 CASA 01
RIO DE JANEIRO - RJ CEP: 22793-270 BRAZIL

PAVEL PEREBILLO
6256 E LOVERS LN
DALLAS, TX 75214

PEAL VAZEOS
16417 45TH AVE
FLUSHING, NY 11358

PEARL CALL
4703 W IRIS CT
VISALIA, CA 93277

PEARL GOISHEN IRREVOCABLE TR
BERNICE STRAUSS TTEE
U/A DTD 08/05/95
FBO HARRIET MOSS
126 TALL OAKS DR
WAYNE, NJ 07470-5837

PEARL H. BROWN AND
MICHAEL I. ANEKSTEIN JTWROS
6433 99TH ST. # 5-A
REGO PARK, NY 11374-3537

PEARL W SENSENIG
124 GREY PLACE
MT JULIET, TN 37122

PEARSON FAMILY TRUST
C/O THELMA PEARSON
13500 N RANCHO VISTOSO BLVD
HOME #255
TUCSON, AZ 85755

PEGGY & CLAY WRIGHT
13215 EMERY PT AVE NE
ALBUQUERQUE, NM 87111-8244

PEGGY A LAYHEE
291 LEVEE TRAIL
DAKOTA DUNES, SD 57049-5162

PEGGY B CRAVENS
426 VALLEYBROOK RD
HIXSON, TN 37343

PEGGY BANES IRA
FCC AS CUSTODIAN
29345 PRIVATE
CHESTERFIELD, MI 48047-5147

PEGGY BRAUN
617 FOX CHASE WAY
MAINEVILLE, OH 45039

PEGGY CLAPP
3308 N 31ST ST
TACOMA, WA 98407

PEGGY H SMITH
1097 TOWN CREEK ROAD
ALEXANDER CITY, AL 35010

PEGGY HILLMAN
TOD NAMED BENEFICIARIES
SUBJECT TO STA TOD RULES
500 S OCEAN BLVD # 2005
BOCA RATON, FL 33432-6212

PEGGY JEAN ANZOLA
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
451 KENSINGTON CT
NAPERVILLE, IL 60563-2445

PEGGY L. BURCH
CGM IRA CUSTODIAN
4612 REDBIRD STREET
PORT ARTHUR, TX 77642-1851

PEGGY P HURLEY
461 COUNTY ROAD 1812
CLIFTON, TX 76634-3216

PEGGY S MOBLEY TTEE
PEGGY S MOBLEY LIVING TRUST
U/A DTD 07/27/1999
533 RIA MIRADA CT
SAINT AUGUSTINE, FL 32080-3102

PEGGY T PARKER
1027 WENTZ RD
BLUE BELL, PA 19422-1836

PEGGY TAYLOR
1301 OVERDALE DR
GILLETTE, WY 82718

PEGGY WRIGHT &
CLAY WRIGHT
JT TEN
13215 EMERY PT AVE N E
ALBUQUERQUE, NM 87111-8244

PENELOPE A JASPAR
WEDBUSH MORGAN SEC CTDN
IRA CONT 7/24/07
10 FRANCES WAY
WALNUT CREEK, CA 94597-2121

PENELOPE LORD
9730 S WINCHESTER
CHICAGO, IL 60643

PENELOPE T DELERAY
1503 TRIMINGHAM DRIVE
PLEASANTON, CA 94566

PENNY BARSTOW
588 ENCLAVE CT
GRAND RAPIDS, MI 49546

PERCY H MCNEILL
1532 EISENHOWER DR
COLUMBIA, SC 29203-2606

PERISTERE GABLIN &
KATHERINE GABLIN JTWROS
940 MICHELE CIRCLE
DUNEDIN, FL 34698-6132

PERKINS FAMILY TRUST UAD 5/6/1994
LEO PERKINS AND MATHILDA PERKINS TTEES
5619 NW 81ST TERRACE
KANSAS CITY, MO 64151

PERRIN REVOCABLE TRUST
CLARKE W PERRIN TTEE & LAURA K PERRIN TTEE
PERRIN REVOCABLE TRUST
502 PERRIN AVE
UNION, SC 29379

PERRY H KOCH
411 LAUREL DR
WATERLOO, IL 62298

PERSHING LLC
FBO PAUL NASH IRA
1 PERSHING PLAZA
JERSEY CITY, NJ 07399

PERSHING LLC FBO DANIEL T ROSING
C/O DANIEL T ROSING
31398 ST ANDREWS DR
WESTLAKE, OH 44145-5000

PERSHING LLC FBO PATRICIA CHARNAY-GORMAN
PATRICIA CHARNAY-GORMAN
130 EAST 18TH ST
NEW YORK, NY 10003

PETE HEROLD
7307 SOUTH PORT DR
BOYNTON BEACH, FL 33472-2975

PETE J LOERZEL
PO BOX 2115
NAPLES, FL 34106-2115

PETE MILLER
4600 ST GEORGE CT
FLOYD KNOBS, IN 47119

PETE VAN VLIET
& LINDA JOY VAN VLIET JTTEN
3308 DORMAN AVE
CALDWELL, ID 83605-3144

PETER & MARY ADANG TTEES
F/T PETER & MARY ADANG TRUST
U/A DTD 9/13/94
PO BOX 785
RANCHOS DE TAOS, NM 87557-0785

PETER A & EDNA M MAZZONE
1035 ALTURAS AVE
RENO, NV 89503

PETER A JOY
6624 PERSHING AVE
ST LOUIS, MO 63130

PETER A LAMPASONA AND SHIRLEY
L LAMPASONA TTEES FBO THE
LAMPASONA FAMILY TRUST
UAD 02/05/1990
7163 ARMSTRONG ROAD
GOLETA, CA 93117-2920

PETER A LIPPMAN
20454 ROCA CHICA DR
MALIBU, CA 90265

PETER A SHAW
7 KRISTE LANE
JERICHO, VT 05465-2508

PETER A SHAW ACF
IAN SHAW UGTMA/VT
7 KRISTE LANE
JERICHO, VT 05465-2508

PETER A SMITH
UTA CHARLES SCHWAB & CO INC
IRA ROLLOVER DTD 07/19/91
2611 WOODLAND HILLS DRIVE
BLACKSBURG, VA 24060-9277

PETER ANGELAS
97-10 62ND DR #12E
REGO PARK, NY 11374

PETER BEHRENDT
227 SO JOHNSON AVE
POCATELLO, ID 83204

PETER BREMY &
THELMA A TIBBALS JT TEN
PO BOX 124
WEST MILFORD, NJ 07480-0124

PETER C MARTUCCI &
STEPHANIE MARTUCCI JT TEN
643 SANDY POINT RD
BETHANY BEACH, DE 19930-9588

PETER C MCCORD  CHERYL L MCCORD
5410 SW MACADAM AVE #100
PORTLAND, OR 97239

PETER C SUNDT
230 ARBORWAY
HOUSTON, TX 77057

PETER CARMACK
4213 NE TREMONT CIR
LEES SUMMIT, MO 64064

PETER DIBERNARDI
LINDA FREY JT TEN
2822 RIVER RD
CALVERTON, NY 11933-1608

PETER DRALL
2052 ALBERTA DR
SOUTH PARK, PA 15129-9124

PETER DUNHAM & SUSAN DUNHAM
312 TERRAQUA DR
KEWAUNEE, WI 54216

PETER F APANOVITCH
24080 OVERSEAS HWY
SUMMERLAND KEY, FL 33042

PETER F PRIBIK TRUSTEE
U/A/D 10/24/1989
PETER F PRIBIK TRUST
2517 BAY VISTA DR
HIGHLAND, MI 48357-4971

PETER FIORELLO
113 JANWICH DR
MORGANVILLE, NJ 07751-1480

PETER GERNASSNIG & JANET RHODES
107 ST-ANDREW
BEACONSFIELD (QUEBEC) H9W 4Y7 CANADA

PETER GILBERTO / ROSEMARY GILBERTO
PETER GILBERTO
31 PLYMOUTH RD
WAKEFIELD, MA 01880

PETER H SATTERLEE
354 DESOTO DRIVE
NEW SMYRNA BEACH, FL 32169

PETER HOWELLS
939 EAST 6740 SOUTH
MIDVALE, UT 84047

PETER I FIDEL &
JOAN LOUISE FIDEL TTEE
FIDEL REV TRUST
U/A DTD FEB 20 1992
1281 E PASEO PAVON
TUCSON, AZ 85718-2811

PETER INGLIN
31500 SHAKER BLVD
PEPPER PIKE, OH 44124

PETER J BARBATSULY
85 HEMLOCK DRIVE
FARMINGDALE, NY 11735-2935

PETER J BRANDETSAS &
ROSE BRANDETSAS JT TEN
3178 SIMMONS RD
PERRY, NY 14530-9538

PETER J CAPPELLI AND
JOHANNA CAPPELLI
15 ADAMS STREET
GARDEN CITY, NY 11530

PETER J CONIGLIARO
8731 GLENWOOD DR
GREENDALE, WI 53129-1529

PETER J CUSPILICH
24317 MILFORD DR
EUSTIS, FL 32736

PETER J DARAIO
1136 RUSTLEWOOD CT
PALM HARBOR, FL 34684

PETER J DARAIO
731 HILLTOP CT
CORAM, NY 11727-3642

PETER J GRIMALDI & HELGA D GRIMALDI, JOINT OWNERS
5940 PELICAN BAY PLAZA APT PH-B
GULFPORT, FL 33707

PETER J JANNACE & KAREN E JANNACE
JTTEN
55 CHILTON RD
BROCKTON, MA 02301

OLGA LODICO
C/O MERRILL LYNCH
1325 FRANKLIN AVE., SUITE 400
GARDEN CITY, NY 11530