**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| **MOTORS LIQUIDATION COMPANY**, *et al.,* | : Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.,* | : |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

-------------------------------------------------------------------x

<u>**AMENDED AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                      ) ss:
COUNTY OF SUFFOLK    )

I, Barbara Kelley Keane, being duly sworn, depose and state:

   1.     I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 105 Maxess Road, Melville, New York 11747.


   2.     Between August 19, 2010 and August 20, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors in the above-captioned case and pursuant to the **Notice of Debtors' Sixty-Eighth Omnibus Objection to Claims [Docket No. 6678]**, I caused to be served a customized **Notice of Objection to Individual Debt Claims**, a copy of which is annexed hereto as Exhibit "A", upon each of the parties set forth in Exhibit "B" annexed hereto (affected parties) by depositing same in a sealed, postage paid envelope at a United States Post Office for delivery by the United States Postal Service via First Class Mail.

<div align="right">

/s/ Barbara Kelley Keane
Barbara Kelley Keane

</div>

Sworn to before me this
9th day of September 2010


/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Qualified in Manhattan County
Commission Expires:  May 19, 2012

# EXHIBIT A

<div style="border:1px solid">

**PLEASE CAREFULLY REVIEW THIS NOTICE AS IT WILL AFFECT YOUR CLAIM IN THE GENERAL MOTORS CORPORATION (NOW MOTORS LIQUIDATION COMPANY) BANKRUPTCY CASE**

</div>

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                             :
In re                                        :          Chapter 11 Case No.
                                             :
**MOTORS LIQUIDATION COMPANY**, *et al.*,    :          **09-50026 (REG)**
    **f/k/a General Motors Corp.**, *et al.*   :
                                             :
       **Debtors.**          :          (Jointly Administered)
                                             :
------------------------------------------------------------x

## NOTICE OF OBJECTION TO INDIVIDUAL DEBT CLAIMS

### [Claimant Name]

| Claim Information | | | | | Basis For Objection |
|------|---------|--------|----------------|--------|---------------------|
| **Date** | **Claim #** | **Debtor** | **Classification** | **Amount** | **Claim is duplicative of a claim allowed for the indenture trustee on behalf of all Individual Bondholders** |
|  |  |  |  |  |  |

    **PLEASE TAKE NOTICE THAT**, on August 13, 2010, Motors Liquidation Company (formerly known as General Motors Corporation) and its affiliated debtors, as debtors in possession (the "**Debtors**"), filed an objection to your proof of claim identified above.  The name of the objection is the Debtors' _____ Omnibus Objection to Claims (Duplicate Debt Claims) (the "**Objection**").

        **You have received this notice because the Debtors have objected to your proof of claim and your rights will be affected.**

        **You should read this notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**

**A copy of the full Objection can be viewed at http://www.motorsliquidationdocket.com/bond.php3.  Or, you may request a complete copy of the Objection at the Debtors' expense, by contacting the Debtors at 1-800-414-9607, or by sending an e-mail to claims@motorsliquidation.com.**

The reason for the Objection is that your claim is duplicative of two global claims filed on your behalf (and on behalf of all affected bondholders) by Wilmington Trust Company ("**WTC**"), as the indenture trustee for your General Motors Corporation bonds.  An indenture trustee is an entity that manages a bond issuance for the benefit of the individual bondholders, and handles all the administrative aspects of the bond issuance.  The claims filed by WTC ensure your interests are protected with respect to the interest, principal, and trustee fees under your bonds.  You will be entitled to receive a distribution on account of such interests through the global proofs of claim filed by WTC, and the disallowance of your individual claim will not affect such interests.  If you have additional claims with respect to your bonds beyond interest, principal, and trustee fees, such claims will be disallowed pursuant to this Objection.  A copy of the stipulation allowing the claims of WTC can be viewed at **http://www.motorsliquidationdocket.com/bond.php3**.

**YOU WILL NOTICE THAT** the Objection requests that the Bankruptcy Court expunge and disallow your claim listed above on the ground that your claim is duplicative of the global claim filed by WTC.  **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed, and you will not be entitled to any distribution from the Debtors' estates on the claim you filed.**

If you disagree with the Objection's treatment of your claim, you may call the Debtors to try and resolve your concerns at **1-800-414-9607**.  If you are unable to resolve your concerns with the Debtors before the deadline to respond, then you <u>must</u> file and serve a written response

(a "**Response**") to the Objection in accordance with this notice and you <u>must</u> appear at the Hearing described below.

You may participate in the Hearing telephonically provided that you comply with the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider." You must also provide prior written notice by mail or e-mail of your telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Russell Brooks, Esq. (russell.brooks@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Jennifer Sharret, Esq. (jsharret@kramerlevin.com)).

**If you do not oppose the disallowance and expungement of your claim, then you do not need to file a Response or appear at the Hearing.**

**<u>PLEASE TAKE FURTHER NOTICE THAT</u>** a hearing (the "**Hearing**") on the Objection is scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on **September 24, 2010 at 9:45 a.m. (Eastern Time)**. If you file a Response to the Objection, you should plan to appear at the Hearing either in person or telephonically. The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to your claim. If the Debtors do continue the Hearing with respect to your claim, then the Hearing will be held at a later date. If the Debtors do not

continue the Hearing with respect to your claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **September 17, 2010 at 4:00 p.m. (Eastern Time)**.  Only those Responses that are timely will be considered at the Hearing.  Your Response will be deemed timely only if it is:  (a) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing system (The User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov) before the deadline for Responses **or** (b) **actually** received on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format **and** in hard copy at each of the following addresses on or before the deadline for response:

A.    Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;

B.    Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and

C.    Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Jennifer Sharret, Esq.).

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the number of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the

extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person that can be contacted in connection with the Objection.

If the Bankruptcy Court does NOT disallow and expunge your claim listed above, then the Debtors have the right to object on other grounds to your claim (or to any other claims you may have filed) at a later date.  You will receive a separate notice of any such objections.

If you have any questions about this notice or the Objection, please contact the Debtors at **1-800-414-9607**.    CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

**PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief requested in the Objection without further notice or a hearing if you fail to file a timely Response or appear at the Hearing.**

Dated: New York, New York
       August 18, 2010

WEIL, GOTSHAL & MANGES LLP
Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT B

RENEE JOFFE
367 STARIN AVE
BUFFALO, NY 14216-2030

RENEE ROSENTHAL
187 HARBOURSIDE CIRCLE
JUPITER, FL 33477

RENIE E HALL
15 PEACHTREE LANE
GREER, SC 29651

RENO A DAVIS (IRA)
FCC AS CUSTODIAN
197 HUNT CLUB DR
ST. CHARLES, IL 60174-2393

RENU A KHILNANI
C/O CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA
16752 KNOLLWOOD DR
GRANADA HILLS, CA 91344-2625

RENU A KHILNANI
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
16752 KNOLLWOOD DR
GRANADA HILLS, CA 91344-2625

RENZA, DOLORES K
600 HOBBS RD APT 401
LEAGUE CITY, TX 77573-5124

RESHAT & MINNIE HASSAN
MINNIE HASSAN AND RESHAT HASSAN TTEES
F/T HASSAN FAMILY TRUST DATED 9/21/90
4934 W FALLEN LEAF LANE
GLENDALE, AZ 85310-3005

RETHA SUE ADAMS
795 IVY POPE RD
TALLAPOOSA, GA 30176

RETIA ZEFFIRO
1255 COUNTRY CLUB RD
MONONGAHELA, PA 15063

RETTA C MCNEIL
2811 MAURER RD
CHARLOTTE, MI 48813

REV GEORGE A WILLIAMS
1613 JUNIPER AVE
ELKINS PARK, PA 19027

REV GEORGE A WILLIAMS
1613 JUNIPER AVENUE
ELKINS PARK, PA 19027-2543

REV JOHN J FEENEY
175A PINE ST APT 1K
PORTLAND, ME 04102-3539

REV TR MORRIS KAPLAN U/A DD 12/28/00
S KAPLAN CO TTEE REV TR
MORRIS KAPLAN U/A DTD 12/28/00
2942  JUDITH DR
MERRICK, NY 11566

REVA CARLOCK
3565 GEORGIA LN
AMMON, ID 83406-7808

REVOCABLE LIVING TRUST OF ELEANOR SINGER
DONALD SINGER
1543 FULTON DR
MAPLE GLEN, PA 19002

REVOCABLE TRUST OF CORINNE PACKMAN
CORINNE PACKMAN
99 SE MIZNER BLVD
#733
BOCA RATON, FL 33432

REVOCABLE TRUST OF GAY GLEWEN
DAVID B WILLIAMS TRUSTEE
AVALON SQUARE
222 PARK PLACE
WAUKESHA, WI 53188

REVOCABLE TRUST OF STANLEY PACKMAN
C/O STANLEY PACKMAN
99 SE MIZNER BLVD #733
BOCA RATON, FL 33432

REX A STONE TRUST
REX A STONE TRUSTEE
2462 BRAZILIA DR UNIT 52
CLEARWATER, FL 33763

REX CAPPS JR
1034 CENTRAL HIGH ROAD
ENGLAND, AR 72046-1272

REX GIFFORD
26 SUGARLOAF MTN. LANE
CASCADE, MT 59421-8416

REX GIFFORD
31 W LOS REALES ROAD #298 TUSCON AZ 85756

REX H BLUMBERG
294 SUNSET LANE
HENDERSON, NC 27537

REX IMPERIAL
CGM PROFIT SHARING CUSTODIAN
22020 CLARENDON ST.
SUITE 110
WOODLAND HILLS, CA 91367-6335

REX W KERN & NANCY L KERN JT TEN
2816 AVENIDA DE AUTLAN
CAMARILLO, CA 93010-7471

REX W. CAPPS FAMILY TRUST
DOROTHY CAPPS TTEE
205 CHERRY ST
ENGLAND, AR 72046-1503

REYDA M AND JERRY B ODELL
3100 SHENANDOAH VALLEY DRIVE
LITTLE ROCK, AR 72212-3146

REYDA M. O'DELL AND
JERRY B. O'DELL JTWROS
3100 SHENANDOAH VALLEY DR
LITTLE ROCK, AR 72212-3146

REYMUNDO P REYES
4484 HWY 44
SAN DIEGO, TX 78384-4516

RHEAL FREEMAN
9220 EAST PRARIE RD
EVANSTON, IL 60203

RHEBA RICE
2436 BROOKSHIRE CIRCLE
LEXINGTON, KY 40515-1226

RHETA JACOBY SITZER TTEE
U/W JOSEPH SITZER TRUST
6594 SUN RIVER RD
BOYNTON BEACH, FL 33437-6026

RHODA AND DONALD HALL
8 WINCREST DRIVE
FORT EDWARD, NY 12828

RHODA FRIEDMAN
17 EBERLING DRIVE
NEW CITY, NY 10956

RHODA JOSEPHER
6662 BOCA DEL MAR DR #611
BOCA RATON, FL 33433-5720

RHODA ROTHKOPF
104-20 QUEENS BLVD
APT 12 U
FOREST HILLS, NY 11375-3621

RHODA WOOTEN
1661 PINE ST
APT 637
SAN FRANCISCO, CA 94109-0419

RHONA L MORRIS
ALAN D MORRIS
4550 N PARK AVE  104
CHEVY CHASE, MD 20815

RHONA L MORRIS
ALAN D MORRIS
4550 N PARK AVE, 104
CHEVY CHASE, MD 20815

RHONDA DAMERON
3153 IRVING ST
SARASOTA, FL 34237-8203

RHONDA KIM HUDSON
12 KENNY DRIVE
CONWAY, AR 72032

RHONDA LEVY
C/O BRUCE LEVY
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
5 OAK RIDGE CT
POMONA, NY 10970-2700

RHONDA LEVY
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
5 OAK RIDGE CT
POMONA, NY 10970-2700

RHONDA PENDERGRASS
412 TITANS CIR
MURFREESBORO, TN 37127

RHONDA PENDERGRASS
412 TITANS CIRCLE
MURFREESBORO, TN 37127

RICARDO ARANGUREN TRUSTEE
RICARDO ARANGUREN
3662 LAKE EDGE DR
BRIGHTON, MI 48114

RICARDO CUEVAS AND LUCIA CUEVAS JTWROS
22271 MORRIS AVE
PORT CHARLOTTE, FL 33952-6955

RICARDO DANIEL ABRAHAM &
CECILIA INES BULACIO JT TEN
CASA 105 VILLA PERMANENTE
ITUZAINGO CORRIENTES ARGENTINA

RICARDO H DISALVO
2210 GREEN ST
MIDDLEBORO, MA 02346

RICARDO QUINTELA PACHECO
ESTRADA CACHOEIRA
CONDO VALE DA UNIAO LOTE 62
25725-040 PETROPOLIS RJ BRAZIL

RICHAR V TONN JR
C/O ANTHONY ICENOGLE
ICENOGLE AND SULLIVAN LLP
6805 N CAPITOL OF TEXAS HWY STE 220
AUSTIN, TX 78731

RICHARD & ALBERTA NICOLELLA
C/O RICHARD NICOLELLA
9 AUTUMN LANE
SEWELL, NJ 08080

RICHARD & BARBARA NYE
RICHARD E NYE & BARBARA L NYE
1408 ROYAL OAK DR
TYLER, TX 75703-5710

RICHARD & BARBARA WHITTAKER JTTEN
C/O RICHARD WHITTAKER
543 W PAMPA AVE
MESA, AZ 85210

RICHARD & LUDEEN KUGLER
750 FILLMORE ST
AMERICAN FALLS, ID 83211

RICHARD & ROSWITHA KOHNS
KONRAD-ADENAUER-ALLEE 20
D-56626 ANDERNACH GERMANY

RICHARD & ROSWITHA KOHNS
KONRAD-ADENAUER-ALLEE 20
D-56626 ANDERNACH GERMANY

RICHARD & VIRGINIA BOSSERMAN
13225 101ST ST SE #374
LARGO, FL 33773

RICHARD & VIRGINIA DERRICKSON
90 LAKEVIEW TERRACE DRIVE
ALTOONA, FL 32702

RICHARD A BOETTCHER
4273 W 14TH ST RD
GREELY, CO 80634-2403

RICHARD A BROTT
18565-133RD PLACE NE
WOODINVILLE, WA 98072

RICHARD A CAVALERO
INDIVIDUAL RETIREMENT ACCOUNT
RBC CAPITAL MARKETS CORPORATION CUST
1200 OCEAN RIDGE DR
BATHURST NEW BRUNSWICK E2A4R6 CANADA

RICHARD A CLAUSER
MARY JANE CLAUSER JT TEN
1840 GREENWOOD ST
ALLENTOWN, PA 18103-2904

RICHARD A COHEN
CYNTHIA COHEN
PHILIP COHEN
5 BURARD ST
WEST ROXBURY, MA 02132-3201

RICHARD A CONNELL
ANNE H CONNELL TTEE
RICHARD A CONNELL TRUST U/A 6/15/84
1830 VIA GENOA
WINTER PARK, FL 32789-1525

RICHARD A DIAL SEP IRA
C/O SOUTHWEST SECURITIES INC
AS SEP IRA CUSTODIAN
PO BOX 1786
LONGVIEW, TX 75606-1786

RICHARD A DISALVO &
MELODY A DISALVO JT WROS
218 BESAW ROAD
PHOENIX, NY 13135-2144

RICHARD A GUARELIA
4 WINHAVEN LANE
COMMACK, NY 11725-3120

RICHARD A HUBBARD
4413 W 36TH ST
INDIANAPOLIS, IN 46222-1131

RICHARD A KIMBELL C/O THE KIMBALL FAMILY TRUST
85201 SARVIS BERRY LN
EUGENE, OR 97405

RICHARD A LAMB AND
MARGUERITE A LAMB TRUSTEES
RICHARD A AND MARGUERITE A
LAMB FAM TRUST U/A/D 01/20/05
2216 BAY HORSE LANE
SACRAMENTO, CA 95835-2176

RICHARD A MONDAY
W 135 N 8077 WOOD CT
MENOMONEE FALLS, WI 53051

RICHARD A NELSON
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
136 ROCK N ROBYN
HORSESHOE BAY, TX 78657-6029

RICHARD A NOLAN
401 B 3RD ST
CARLSTADT, NJ 07072

RICHARD A NORMAN
CGM PROFIT SHARING CUSTODIAN
3 SHUTE AVENUE
HINGHAM, MA 02043-1228

RICHARD A PARISI
19208 TAMARA LANE
JUPITER, FL 33458

RICHARD A RASKIN
6349 N 78 ST #91
SCOTTSDALE, AZ 85250

RICHARD A RICH
1491 SE BERWICK CT
PORT ST LUCIE, FL 34952

RICHARD A RITTENHOUSE
TOD BENEFICIARIES ON FILE
13737 CABEZUT CT
SONORA, CA 95370-6929

RICHARD A ROSS
4952 PLEASANT HOLLOW TRAIL
LAKELAND, FL 33811

RICHARD A SIEGRIST
5241 FOREST EDGE CT
SANFORD, FL 32771

RICHARD A STABNOW
402 E MISSOURI
PIERRE, SD 57501

RICHARD A STARTZMAN
2009 OAKWOOD TRAIL
COLLEGE STATION, TX 77845

RICHARD A WAGNER (BENE) IRA
RAYMOND JAMES & ASSOC INC CSDN
RONALD D WAGNER (DECD)
631 HEATHERTON VLG
ALTAMONTE SPRINGS, FL 32714

RICHARD A WEISS
LYNNE C WEISS
1691 TOWN PARK DR
PORT ORANGE, FL 32129-5279

RICHARD A WOODS
103 WILLETT RD
GLENSHAW, PA 15116

RICHARD ALAN PATMORE &
VENICE LAVONNE PATMORE CO-TTEES O/T
PATMORE LIVING TRUST DTD 10/5/95
13691 HOWEN DRIVE
SARATOGA, CA 95070-5452

RICHARD ALBRIGHT IRA
66 KEMPTON RD
KEMPTON, PA 19529

RICHARD AND DARLENE JACOBI
4 BANYAN RD
STUART, FL 34996

RICHARD AND ELAINE FAGGART
PO BOX 21229
CHATTANOOGA, TN 37424

RICHARD AND LINDA ROGALSKI
9198 CHATHAM CIRCLE
NORTH RIDGEVILLE, OH 44039

RICHARD AND REGINA USKERT
RICHARD JOHN USKERT & REGINA A USKERT
142 SOUTH 300 WEST
VALPARAISO, IN 46385-9661

RICHARD AND REGINA USKERT
RICHARD JOHN USKERT & REGINA A USKERT
142 SOUTH 300 WEST
VALPARAISO, IN 46385-9661

RICHARD ANKROM
11835 CARMEL MT RD
#1304-142
SAN DIEGO, CA 92128

RICHARD AST
90 LASALLE ST.,   APT 19B
NEW YORK, NY 10027

RICHARD B BAILEY
3008 MCDONALD STREET
SIOUX CITY, IA 51104

RICHARD B GANNON & BARBARA L GANNON
2242 DURAY CT
FT COLLINS, CO 80525

RICHARD B HAMMER
1897 WINDING OAKS WAY LANE
NAPLES, FL 34109-0405

RICHARD B KNAPP
1010 TERRACE WOOD COURT
CARY, NC 27511

RICHARD BAHR
12581 SHANNONDALE DR
FT MYERS, FL 33913

RICHARD BERNSTEIN & MITCHELL BERNSTEIN
MITCHELL BERNSTEIN JT TEN
16 WEDGEWOOD DRIVE
WEST PATERSON, NJ 07424-3715

RICHARD BRENNER
PO BOX 26
HAMILTON, MI 49419

RICHARD BYRON REYNOLDS
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
11873 S 174TH AVE
GOODYEAR, AZ 85338-5736

RICHARD C & WALDA J ANNEN
54 CHESTERFIELD DRIVE
NOBLESVILLE, IN 46060

RICHARD C CAMPBELL II
PO BOX 1242
BELLEVUE, WA 98009

RICHARD C FOLLROD TRUST
UAD 10/11/79
MARGARET FOLLROD & JOHN F MUSSER TTEES
PO BOX 627
POMEROY, OH 45769-0627

RICHARD C JONES
PO BOX 748
HAMILTON, TX 76531

RICHARD C LOWER &
MARILYN E LOWER JT TEN
TOD ACCOUNT
20590 LIMBER CREEK ROAD
MEADVILLE, PA 16335-4916

RICHARD C MCBEE SR AND
IMA JEAN MCBEE JT TEN
5035 CARIBEE DR
ST LOUIS, MO 63128-2925

RICHARD C MICHAELS AND JULIE A MICHAELS JT TEN
3011 SPRINGDALE AVENUE
WAUSAU, WI 54401-4056

RICHARD C MOORE
35 FAIRWAY DR
SHALLOTTE, NC 28470

RICHARD C STOKES
21 ORCHARD ST
NEWARK, OH 43055-4819

RICHARD C. ERICKSON
RICHARD ERICKSON
3741 PLAYERS CLUB DRIVER SE.
SOUTHPORT, NC 28461

RICHARD CLARK WEBSTER
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
PO BOX 6814
FRAZIER PARK, CA 93222-6814

RICHARD CORY NILSSON
C/O RICHARD C NILSSON
11317 STONEHOUSE PLACE
STERLING, VA 20165

RICHARD CRAIG RAY
CGM IRA ROLLOVER CUSTODIAN
2979 KALAKAUA AVE, 505
HONOLULU, HI 96815-4628

RICHARD D ELWELL & MAI ELWELL
R D & M ELWELL
49 DANEBURY
NEW ADDINGTON  CRO QEW UNITED KINGDOM

RICHARD D FERRARA
CHARLES SCHWAB & CO INC CUST
ROTH CONVERSION IRA
105 ROYAL PK DR 3G
OAKLAND PARK, FL 33309-5869

RICHARD D FLEMINGS TTEE
TEMPLE HILLS TRUST FBO RICHARD
U/A DTD 02/03/1989
3621 BERGER RD
LUTZ, FL 33548-4703

RICHARD D GIST
574 W BRODIE ST
LANDER, WY 82520

RICHARD D NADEL GDN
PERS/PROP HELLEN P D NICOL
3300 PGA BLVD STE 810
PALM BEACH GARDENS, FL 33410-2811

RICHARD D REID TRUST
RICHARD D REID TRUST UAD 1/15/03
RICHARD D REID TTEE
20512 SW 1 ST
PEMBROKE PINES, FL 33029

RICHARD D SANDAHL
15001 BURNHAVEN DR
#210
BURNSVILLE, MN 55306-6240

RICHARD D SCRIPTER & DOROTHY L SCRIPTER
722 PARKWAY ST
CLAY CENTER, KS 67432

RICHARD D. & SALLY J
GROVE REV. TR UAD 07/26/01
SALLY J. GROVE TTEE
7158 E EVANSTON
MUSKEGON, MI 49442-9448

RICHARD DE NATALE
3112 RAVENSHOE DR
LAS VEGAS, NV 89134

RICHARD DEAN AND
JEAN F DEAN JTWROS
1441 GERTRUDE AVE
PHEONIXVILLE, PA 19460-1452

RICHARD DEAN MC CORD
CHARLES SCHWAB & CO INC CUST
ROTH CONVERSION IRA
618 TREE SWALLOW CT
WILMINGTON, NC 28411-8320

RICHARD DEBOER
20 JON DRIVE
BARNEGAT, NJ 08005-8101

RICHARD DOLAN
DONNA DOLAN JT TEN
327 MITCHELL RD
DIXMONT, ME 04932

RICHARD E - DONNA B HODGE
C/O RICHARD HODGE
327 ARDUSSI ST
FRANKENMUTH, MI 48734

RICHARD E BISGROVE
44 SUNFLOWER DR
ROCHESTER, NY 14621

RICHARD E CARROLL REVOCABLE TRUST
RICHARD E CARROLL AND JUDITH J. CARROLL
TRUSTEES OF THE RICHARD E CARROLL REVOCABLE
TRUST
21 BRONSON RD
ST ALBANS, VT 05478

RICHARD E DOLAN
327 MITCHELL RD
DIXMONT, ME 04932

RICHARD E EDWARDS
13834 SE 241ST ST
KENT, WA 98042-3314

RICHARD E ERICSON TRUST
RICHARD E ERICSON TTEE
UAD 10/24/1988
10029 MAJESTIC AVE
FORT MYERS, FL 33913-7086

RICHARD E FELTON
7815 FELTON ROAD
WESTFIELD, NY 14787-9412

RICHARD E LIBBY
11049 SANDY RUN RD
JUPITER, FL 33478-6843

RICHARD E LONGMIRE
42-335 WASHINGTON ST
SUITE #F BOX 336
PALM DESERT, CA 92211

RICHARD E MAZUR
1160 COMO PARK BLVD
.
DEPEW, NY 14043-4224

RICHARD E RATTO TTEE
BARBARA A RATTO TTEE
4444 INTERNATIONAL BLVD
OAKLAND, CA 94601-4511

RICHARD E SAMPSON
121 RIDGE RD
WEST MILFORD, NJ 07480-2909

RICHARD E SANDERS IRA
FCC AS CUSTODIAN
1040 KEITH DR
HANOVER, PA 17331-1106

RICHARD E STREY
401 S 1ST ST #1302
MINNEAPOLIS, MN 55401

RICHARD E TANK
6007 N SHERIDAN RD #22F
CHICAGO, IL 60660

RICHARD E WIERSMA (IRA)
FCC AS CUSTODIAN
3040 BEECHCREST DR
HUDSONVILLE, MI 49426-1707

RICHARD E WOOD
1705 LAKEWOOD DR
GAYLORD, MI 49735

RICHARD E ZAGORSKY
1072 WALT WILLIAMS ROAD
LAKELAND, FL 33804

RICHARD EDWARD GRUSKIN &
PHYLLIS G GRUSKIN JT TEN
518 PEQUOT AVE
NEW LONDON, CT 06320-4402

RICHARD ELLIOTT TOLL
1345 JAIMISON LN
MEADOWBROOK, PA 19046

RICHARD EMMANUEL RATTO
CHARLES SCHWAB & CO INC CUST
SEP-IRA
4785 GERANIUM PL
OAKLAND, CA 94619-3052

RICHARD F BOWEN &
JANIE S BOWEN
JT TEN
1831 HILL STREET
WHITE OAK, PA 15131-2137

RICHARD F BOWEN IRA
FCC AS CUSTODIAN
1831 HILL STREET
WHITE OAK, PA 15131-2137

RICHARD F BURDICK &
LOLA M BURDICK JTWROS
3023 SPRINGWOOD DRIVE
MERIDIAN, ID 83642-6240

RICHARD F BURDICK IRA
3023 SPRINGWOOD DR
MERIDIAN, ID 83642-6240

RICHARD F CRABTREE
FRANKIE N CRABTREE
7221 RAMOTH DR
JACKSONVILLE, FL 32226-3200

RICHARD F CRABTREE TTEE; FRANKIE N CRABTREE TTEE
U/A DTD 7/09/2003
RICHARD & FRANKIE CRABTREE RVTS
7221 RAMOTH DRIVE
JACKSONVILLE, FL 32226-3200

RICHARD F ESMAY
500 L'AMBIANCE CIRCLE #208
NAPLES, FL 34108-6727

RICHARD F KILANOWSKI
2764 AUDREY TERRACE
UNION, NJ 07083-4108

RICHARD F KILANOWSKI
2764 AUDREY TERRACE
UNION, NJ 07083-4108

RICHARD F NEWKIRK & VIRGINIA R NEWKIRK
JT TEN COM
2914 CRYSTAL FALLS
KINGWOOD, TX 77345-1303

RICHARD F SMITH
BOX 75
CROSSWICKS, NJ 08515-0075

RICHARD F SMITH
BOX 75
CROSSWICKS, NJ 08515-0075

RICHARD F WILKIE TRUST
RICHARD F WILKIE TRUSTEE
U/A DTD 12-5-1997
6378 LOLLY BAY LOOP NE
WINTERHAVEN, FL 33881

RICHARD FALSEY &
MARY FALSEY JTWROS
1996 E ORCHID LN
GREEN VALLEY, AZ 85614-6289

RICHARD FINDLAY IRA
RICHARD FINDLAY
8565 TERRACE DR
SANDY, UT 84093

RICHARD FISK LIVING TRUST
U/A/D 4 2 91
RICHARD FISK TRUSTEE
15240 RAYNETA DR
SHERMAN OAKS, CA 91403-4430

RICHARD FOWLER & ANNA L FOWLER, JTWROS
1202 CEDAR CREST DRIVE
BEDFORD, VA 24523-3506

RICHARD FREEMAN
79 LAKESHORE DRIVE
AUBURN, NY 13021-8255

RICHARD G AND MARGARET M MAUS TRUST
UA 81195 RICHARD G MAUS TR
ATTN RICHARD G MAUS
3965 ASHBY RD
STANN, MO 63074

RICHARD G BELL
104 BELLE VISTA COURT
WINSTON SALEM, NC 27106-4608

RICHARD G HELLER
1230 N LAKESHORE DR
SARASOTA, FL 34231

RICHARD G HELLER
1230 N LAKESHORE DR
SARASOTA, FL 34231

RICHARD G HELLER
1230 N LAKESHORE DR
SARASOTA, FL 34231

RICHARD G HOFSTETTER
CUST FOR KYLE ROBERT HOFSTETTER
165 BACHELDER RANCH RD
SANTA CRUZ, CA 95065

RICHARD G LUTTRELL
863-A VESTAVIA VILLA CT
BIRMINGHAM, AL 35226-4017

RICHARD G ORI
14224 FORREST CT
CLIVE, IA 50325

RICHARD G SHELPS
1700 KUMRY RD
QUAKERTOWN, PA 18951

RICHARD G SMITH
& JOYCE M SMITH JTTEN
18878 MIDLAND BLVD
NAMPA, ID 83687-8032

RICHARD GAGNON
550 CATALINA DR
NORTH FT MYERS, FL 33903

RICHARD GEORGE HOFSTETTER CUST
FOR
KYLE ROBERT HOFSTETTER UCAUTMA
UNTIL AGE 25
165 BACHELDER RANCH RD
SANTA CRUZ, CA 95065

RICHARD GEORGE HOFSTETTER TTEE
HOFSTETTER EDUCATION TRUST
U/A DTD 02/11/93
165 BACHELDER RANCH RD
SANTA CRUZ, CA 95065

RICHARD GILLIAND
1510 HARBOUR TOWNE PLACE
NAPERVILLE, IL 60564

RICHARD GREY
409 CAMINO DEL RIO SOUTH
STE 303
SAN DIEGO, CA 92108-3507

RICHARD H BELLIN
1109 STRATFORD LN
MODESTO, CA 95350-1664

RICHARD H BINDA
KATHLEEN WOOD-BINDA
6244 CRANE DR
LAKELAND, FL 33809

RICHARD H CARPE ROLLOVER IRA
TD AMERITRADE INC CUSTODIAN
18 BUCKTHORN
IRVINE, CA 92604-4606

RICHARD H ERB AND DOROTHY H ERB JTWROS
1473 HOLCOMB RD
HUNTINGDON VALL, PA 19006-5811

RICHARD H EYMAN
1110 MARSHALL RD
GREENWOOD, SC 29646

RICHARD H GORBETT
711 GULL HARBOR LANE
GRAND RIVERS, KY 42045

RICHARD H HAMILTON SR
810 WOODBROOK LANE
PLYMOUTH MEETING, PA 19462-2508

RICHARD H ROBINSON GUARDIAN OF
THOMAS W ROBINSON
PO BOX 1119
ALEXANDER CITY, AL 35011-1119

RICHARD HABEDANK
PO BOX 85
GREENWOOD LAKE, NY 10925

RICHARD HANNA
7403 HAWKINS DRIVE
HANOVER, MD 21076-1522

RICHARD HANNA
833 ARBOR ROAD

RICHARD HANNA
833 ARBOR ROAD
YEADON, PA 19050-3601

RICHARD HENDRICKS
P O BOX 225
GLENDALE, KY 42740-0225

RICHARD HESS &
MARILYN HESS JT TEN
4813 CHURCHILL AVE
LAS VEGAS, NV 89107-2701

RICHARD HINCKLEY CUST
FBO ERIC HINCKLEY UTMA CA
3085 ROSANNA ST
LAS VEGAS, NV 89117-3141

RICHARD HOEL
1001 FOREST GLEN CT
BURNSVILLE, MN 55337

RICHARD HOFSTETTER T/F
1989 HOFSTETTER SP TRUST 9/21/89
165 BACHELDER RANCH RD
SANTA CRUZ, CA 95065

RICHARD HUDAK
5652-215 LN NE
WYOMING, MN 55092

RICHARD IRVING BRUCKNER TTEE
RICHARD IRVING BRUCKNER TRUST
DTD 6/11/92
2001 EDGEBROOK DRIVE
ROCKFORD, IL 61107-1325

RICHARD J & LOU ANN NORTON
C/O RICHARD NORTON
2214 CEDAR CIR
CARROLLTON, TX 75006

RICHARD J ADINOLFO
84 CHITTENDEN RD
KILLINGWORTH, CT 06419

RICHARD J ALLEN & MARLENE D ALLEN TRUST
8696 E LARKSPUR DR
SCOTTSDALE, AZ 85260

RICHARD J AND BARBARA J JASKOT
29 CRESCENT RD
LONGMEADOW, MA 21106

RICHARD J AND JOANNE D. NOONEN
22292 BLOOMING VALLEY RD
MEADVILLE, IA 16335

RICHARD J ANDREWS
BARBARA ANDREWS
93 HIBISCUS DR
PUNTA GORDA, FL 33950

RICHARD J ARABIAN
919 VIRGINIA STREET
EL SEGUNDO, CA 90245

RICHARD J BARRETT
241 NORTH VINE
#204 EAST TOWER
SALT LAKE, UT 84103

RICHARD J FISCHER
TOD BENEFICIARIES ON FILE
3915 VISTA WOODS CIR
CARROLLTON, TX 75007-2425

RICHARD J HERBSTER
YORIKO HERBSTER
JT TEN
14622 TERMINAL AVE
CLEVELAND, OH 44135-2040

RICHARD J KOUCHE
996 ELLA ST
BRIDGEVILLE, PA 15017-2540

RICHARD J KOWALCZYK
3101 N AVENIDA DE LA COLINA
TUCSON, AZ 85749-8260

RICHARD J MARY R MUSHINSKI
13406 SUNDOWNER DR
HOUSTON, TX 77041-6569

RICHARD J MORRIS
12112 PINE VALLEY CLUB DR
CHARLOTTE, NC 28777

RICHARD J MUSHINSKI
CHARLES SCHWAB AND CO INC CUST
IRA CONTRIBUTORY
13406 SUNDOWNER DR
HOUSTON, TX 77041-6569

RICHARD J NOONEN &
JOANNE D NOONEN
JT TEN
22292 BLOOMING VALLEY RD
MEADVILLE, PA 16335-5058

RICHARD J PILLAR
36 OCCAM LANE
UNCASVILLE, CT 06382

RICHARD J SOBIERAY IRA
1829 SAN GABRIEL ST
THE VILLAGES, FL 32159-9443

RICHARD J STEVENS
611 BRIARWOOD LANE
MARION, IN 46952-2658

RICHARD J WEACHTER SR
2317 THERESA CT
BILOXI, MS 39532-3116

RICHARD J. KOWALCZYK
3101 N AVENIDA DE LA COLINA
TUCSON, AZ 85749-8260

RICHARD J. MCDONALD
CGM IRA ROLLOVER CUSTODIAN
7412 SEABLUFF DRIVE #101
HUNTINGTON BEACH, CA 92648-6432

RICHARD J. WINDELER & JOAN R.
WINDELER, CO-TTEES RICHARD J.
WINDELER & JOAN R. WINDELER
REV LIV TR UAD 10/15/93
6535 SE 158 COURT
OCKLAWAHA, FL 32179-2990

RICHARD JOHANSON
9160 S CEDAR HILL WAY
LONE TREE, CO 80124

RICHARD K BARD SR
WBNA CUSTODIAN TRAD IRA
383 SQUIRE LANE
LITITZ, PA 17543-7607

RICHARD K CRESS
923 SANDLEWOOD DR
PORT ORANGE, FL 32127

RICHARD K CRESS
923 SANDLEWOOD DR
PORT ORANGE, FL 32127

RICHARD KELLERMAN
4512 LAKE VISTA DR
SARASOTA, FL 34233

RICHARD KILANOWSKI
2764 AUDREY TERRACE
UNION, NJ 07083-4108

RICHARD KLUMBACH
256 ASHWORTH AVE
STATEN ISLAND, NY 10314-4979

RICHARD KYLE RAGAN
616 ROBIN MEADOW DR
DESOTO, TX 75115-4631

RICHARD L ADKINS
6158 BIRKEWOOD RD
HUNTINGTON, WV 25705-2202

RICHARD L BAILEY TRUST UA DTD 12/21/99
RICHARD L BAILEY
PO BOX 140312
BROKEN ARROW, OK 74014-0003

RICHARD L BAILEY TRUST UA DTD 12/21/99
RICHARD L BAILEY
PO BOX 140312
BROKEN ARROW, OK 74014-0003

RICHARD L CARSON
2820 COUNTRY CLUB ROAD
WINSTON SALEM, NC 27104-3014

RICHARD L FISCUS
CGM IRA ROLLOVER CUSTODIAN
869 EAST STATE STREET
BRIDGEPORT, IL 62417-2107

RICHARD L FRANCIS TRUSTEE
U/W CATHERINE W WHITE
EDUCATIONAL SCHOLARSHIP TRUST
PO BOX 266
BOYKINS, VA 23827-0266

RICHARD L LYON REVOCABLE TRUST
DOROTHY L LYON TRUSTEE
76 N FAIRMOUNT DRIVE
ALTON, IL 62002

RICHARD L NEWCOMER
2646 20TH AVE
MONROE, WI 53566-3616

RICHARD L NEWCOMER
2646 20TH AVE
MONROE, WI 53566-3616

RICHARD L PRATHER
533 LEICESTER CR
LOUISVILLE, KY 40222

RICHARD L REEVE
CGM IRA CUSTODIAN
4138 SOUND AVENUE
RIVERHEAD, NY 11901-1204

RICHARD L ROBINSON TRUST
C/O GAIL R ALVAREZ TRUSTEE
595 WITHAM COURT
COLUMBUS, OH 43250

RICHARD L ROTHERMEL
114 LONGVIEW CIRCLE
MEDIA, PA 19063-2075

RICHARD L SALTZ AND
SHERRI W SALTZ JTWROS
5931 DEERFIELD LANE
HICKORY, NC 28602-9220

RICHARD L SHARA
UTA CHARLES SCHWAB & CO INC
IRA ROLLOVER DTD 02/21/93
980 OLD BARN RD
AURORA, OH 44202-9229

RICHARD L THOMAS &
THERESA M THOMAS JT TEN
308 CANBERRA COURT
AYNOR, SC 29511-4678

RICHARD L TURNER SR REV LIV
4422 E 46TH PLACE
TULSA, OK 74135

RICHARD L. ROBINSON TRUST
C/O GAIL R ALVAREZ TRUSTEE
595 WITHAM COURT
COLUMBUS, OH 43250

RICHARD LAHMEYER
1727 MINUTEMEN CSWY
#105
COCOA BEACH, FL 32931

RICHARD LAIMBEER
2133 LAWNDALE
WEST BLOOMFIELD, MI 48323

RICHARD LILLROSE
1179 TEAKWOOD
HASLETT, MI 48840-9734

RICHARD LILLROSE
WEDBUSH MORGAN SEC CTDN
IRA CONT 02/26/91
1179 TEAKWOOD
HASLETT, MI 48840-9734

RICHARD LIN
494 SALTY WAY
EUGENE, OR 97404

RICHARD LIPSITZ
42 DELAWARE AVE 3 FLR
BUFFALO, NY 14202-3901

RICHARD LYNCH TRUST
U/A/D 6/27/01
RICHARD LYNCH TRUSTEE
22595 VACRI LN
FARMINGTON HILLS, MI 48335-3855

RICHARD M ARDEMAGNI TTEE
FBO RICHARD M ARDEMAGNI
U/A/D 03/30/83
1533 N STARR DR
FAYETTEVILLE, AR 72701-2935

RICHARD M BANGO
DIANE GRINAWAY & DAVID J BANGO
JT TEN
1220 SCOTT ST
KULPMONT, PA 17834-1624

RICHARD M LEVIN TTEE
RICHARD M LEVIN REV LIV TRUST U/A
DTD 06/23/1997
6372 TIARA DR
BOYNTON BEACH, FL 33437-4168

RICHARD M MARZANO
PTC CUST IRA ROLL
FBO RICHARD M MARZANO
152 HOLLISTER DRIVE
AVON, CT 06001

RICHARD M RITCHIE (IRA)
FCC AS CUSTODIAN
1460 WILLOW CREEK TERRACE
SPRING HILL, FL 34606-4435

RICHARD M SAIG
KATHLEEN A SAIG
9464 KELLS RD
JACKSONVILLE, FL 32257-5629

RICHARD M SNODGRASS
R JILL SNODGRASS
1331 LIBERTY ST
COVINGTON, IN 47932-1604

RICHARD M SNODGRASS & R JILL SNODGRASS
1331 LIBERTY ST
COVINGTON, IN 47932-1604

RICHARD M STEPHANI TTEE
U/A/D 09-02-2004
FBO STEPHANI FAMILY TRUST
174 BANCROFT RD
KENNETT SQUARE, PA 19348-2277

RICHARD M TOWNSEND
1311 IDAHO AVE
CAPE MAY, NJ 08204

RICHARD M. CRANE
CRANE FAMILY TRUST
29121 LARO DRIVE
AGOURA HILLS, CA 91301-1634

RICHARD MCEVOY
616B HERITAGE HILLS
SOMERS, NY 10589

RICHARD MCNABB
25 CHRISTOPHER ST APT 1
NEW YORK, NY 10014

RICHARD MCNABB
25 CHRISTOPHER ST APT 1
NEW YORK, NY 10014-3529

RICHARD MEISELMAN
350 E HARRISON ST
LONG BEACH, NY 11561

RICHARD MELTZER
TOD LOUIS MELTZER
7 ODELL PLAZA
YONKERS, NY 10701-1407

RICHARD MILLER
730 SMOKE TREE ROAD
DEERFIELD, IL 60015-4557

RICHARD MUNCH MD - IRA
T ROWE PRICE BROKERAGE
ATTN OM4303
4525 PAINTERS MILL
OWINGS MILLS, MD 21117-4903

RICHARD MYSLINSKI
255 YOUNGS RD
HAMILTON, NJ 08619

RICHARD N ABRAHAMS
166 SOUTHGATE CIRCLE
MASSAPEQUA PARK, NY 11762

RICHARD N HALL
14910 MARATHON DR
FOUNTAIN HILLS, AZ 85268

RICHARD N MASTRANGELO
947 DONCASTER DR
WEST DEPTFORD, NJ 08066-1911

RICHARD N OLMSTEAD
ESOP QUALIFIED REPLACEMENT
PROPERTY FUND
FBO R N OLMSTEAD TST
989 ADMIRALTY PARADE
NAPLES, FL 34102-7872

RICHARD N STAAS
1070 CONSTITUTION WAY
TRACY, CA 95376

RICHARD NADLER
7306 BELMONT AVE
MAYSLANDING, NJ 08330

RICHARD NEIL COLLINS
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
166 ICE HOUSE RD UNIT 11
WATERTOWN, CT 06779-1569

RICHARD O AGGEN
5432 SINGING HILLS DR
LAS VEGAS, NV 89130

RICHARD O HIDY
2235 RIVERSIDE DR 202
CINCINNATI, OH 45202

RICHARD O NUNN JR
1381 BROWN MOUNTAIN RD
WESTFIELD, NC 27053

RICHARD O SHERMAN & JON L SHERMAN
JT WROS
690 VALLEY RD
GILLETTE, NJ 07933-1946

RICHARD O SHERMAN & JON L SHERMAN
RICHARD O SHERMAN & JON L SHERMAN JT WROS
690 VALLEY RD
GILLETTE, NJ 07933-1946

RICHARD O URBAN
1436 OAK HAVEN RD
JACKSONVILLE, FL 32207

RICHARD P BOLIN & BONNIE M BOLIN JT TEN
1047 3RD AVE SO
ST JAMES, MN 56081-2115

RICHARD P BOLLINGER AND PHYLLIS E BOLLINGER
RICHARD P BOLLINGER
30 CORNELL PLACE
PITTSBURGH, PA 15228-2204

RICHARD P MALBURG
6060 GERMAN RD
EMMAUS, PA 18049

RICHARD P NIDAY
366 SUNRISE DR
ARROYO GRANDE, CA 93420

RICHARD P SICOLI
6 STRAWBERRY KNOLL CT
NORTHPORT, NY 11768

RICHARD PETERSON
BERNICE PETERSON
9947 COLORADO LANE NORTH
BROOKLYN PARK, MN 55445

RICHARD PHILIP
28 LINCOLN RD
PHILLIPSBURG, NJ 08865-1414

RICHARD POE & CAROLYN POE
JTTEN
406 SE 84TH
NORMAN, OK 73026-3748

RICHARD POMYGALSKI
RICHARD S POMYGALSKI JTWROS
68 DANNY'S WAY
WALLINGFORD, CT 06492-4764

RICHARD POMYGALSKI TTEE FBO
THE INGEBORG I POMYGALSKI 1993
REV FMLY TRST DTD 1993
68 DANNY'S WAY
WALLINGFORD, CT 06492-4764

RICHARD R ALLEN SR
C/O WHITENER CAPITAL MANAGEMENT, INC.
PO BOX 7743
ROCKY MOUNT, NC 27804

RICHARD R COLLINS AND
MARIE H COLLINS JTWROS
3418 SOMERSET LN
DEER PARK, TX 77536

RICHARD R DAVIS
5565 OSAGE WAY
LARKSPUR, CO 80118

RICHARD R DAVIS
5565 OSAGE WAY
LARKSPUR, CO 80118

RICHARD R KOTFICA & ROBIN E FERENCZ KOTFICA JT TEN
TOD REGISTRATION
7015 SAN CARLOS
CARLSBAD, CA 92011-4649

RICHARD R ROCHESTER (IRA)
3817 EASTWIND CT
NORTHBROOK, IL 60062-4205

RICHARD R. TUTTLE
KATHYRN E. TUTTLE TTEE
U/A/D 07-12-1995
FBO RICHARD TUTTLE REV. LIVING
45480 STERRITT
UTICA, MI 48317-5827

RICHARD ROBELOTTO IRA
RICHARD ROBELOTTO
19 MCCORMACK RD
SLINGERLANDS, NY 12159

RICHARD RUMFORD
62310 ARLINGTON CIR UNIT 5
SOUTH LYON, MI 48178-1748

RICHARD S COOK AND
MRS LORETTA A COOK TEN IN COM
45 LAUREL ROAD
SLOATSBURG, NY 10974-1324

RICHARD S KANTOR
4820 HAYDENS WALK DR
ALPHARETTA, GA 30022

RICHARD S LEONARD (IRA)
FCC AS CUSTODIAN
517 HIGHLAND COURT
MORICHES, NY 11955-1724

RICHARD SAMUELSON
35 QUARRY ST APT 304
PRINCETON, NJ 08540

RICHARD SISTI
PO BOX 257
NEWFOUNDLAND, NJ 07435

RICHARD STRAKY
4617 ALLA RD #5
MARINA DEL REY, CA 90292-6341

RICHARD T & FRANCES M TURNER
3517 LAKESIDE DR
CHARLOTTE, NC 28270

RICHARD T ALLORTO, SR
155 HARRISON AVE
WESTFIELD, NJ 07090-2432

RICHARD T ALLORTO, SR IRA
FCC AS CUSTODIAN
155 HARRISON AVE.
WESTFIELD, NJ 07090-2432

RICHARD T BARRY
SUE E BARRY
JT TEN/WROS
1510 MAYBERRY DR
RENO, NV 89509

RICHARD T BARRY, SUE E BARRY
JT TEN/WROS
1510 MAYBERRY DR
RENO, NV 89509

RICHARD T POOLE & MONA S POOLE
CO TTEES OF THE RICHARD T POOLE & MONA S POOLE
REV LIV TRUST DTD 11-15-91
1184 LIVE OAK CIRCLE
PORT CHARLOTTE, FL 33948

RICHARD T POOLE & MONA S POOLE
CO-TTEES RICHARD T POOLE &
MONA S POOLE REV LIV TRUST
DTD 11-15-91
517 FOXHEAD SHORES DRIVE
LINN CREEK, MO 65052-2562

RICHARD T POOLE AND MONA S POOLE
RICHARD T POOLE AND MONA S POOLE CO TTEES
RICHARD T POOLE AND MONA S POOLE REV LIV TRUST DTD
11/15/91
517 FOXHEAD SHORES DR
LINN CREEK, MO 65052-2562

RICHARD T POOLE AND MONA S POOLE
RICHARD T POOLE AND MONA S POOLE CO TTEES
RICHARD T POOLE AND MONA S POOLE REV LIV TRUST DTD
11/15/91
517 FOXHEAD SHORES DR
LINN CREEK, MO 65052-2562

RICHARD T VAN ALEN
4909 BELLA TERRA DR
VENICE, FL 34293

RICHARD T WADE
8297 DORSEY MILL RD SE
NEWARK, OH 43056-9274

RICHARD T. ALLORTO SR. ROTH IR
FCC AS CUSTODIAN
155 HARRISON AVENUE
WESTFIELD, NJ 07090-2432

RICHARD TENEBAUM
525 IVY ST
PITTSBURGH, PA 15232

RICHARD TREIMAN
CGM SEP IRA CUSTODIAN
912 N BEVERLY DRIVE
BEVERLY HILLS, CA 90210-2913

RICHARD W AYERS
PO BOX 273
DEARY, ID 83823

RICHARD W BRUMMETT &
JOANN B BRUMMETT JT TEN
23286 CHAPEL HILL LANE
PARKER, CO 80138-8797

RICHARD W GOURASH
7519 LINDENHURST DR
ORLANDO, FL 32836

RICHARD W GRIMES
4943 N GOLDWOOD TER
BEVERLY HILLS, FL 34465

RICHARD W HEYOB
7138 US HWY 64 W
RUSSELLVILLE, AR 72802

RICHARD W HOAG
112 LAKEFRONT WAY
RANCHO MIRAGE, CA 92270

RICHARD W HOWELL
59 FOREST AVE
LAKE GROVE, NY 11755

RICHARD W LABOWE
LABOWE LABOWE & HOFFMAN LLP
1631 W BEVERLY BLVD 2ND FLOOR
LOS ANGELES, CA 90026

RICHARD W PEREDNIA
PO BOX 1810
SPOKANE, WA 99210

RICHARD W PEREDNIA, TRUSTEE 401K
RICHARD W PEREDNIA, TRUSTEE
PO BOX 1810
SPOKANE, WA 99210

RICHARD W TALLEY
DOUGLAS ARMSTRONG
255 STEWART AVE  STE 101
MEDFORD, OR 97501

RICHARD WAGNER PER REP E/O RONALD D WAGNER
631 HEATHERTON VILLAGE
ALTAMONTE SPRINGS, FL 32714

RICHARD WENZ
JEAN WENZ
3420 CONCERTO LN
GREEN BAY, WI 54311-7368

RICHARD WISMER
P.O. BOX 322
MT BALDY, CA 91759-0322

RICHARD ZIELINSKI
16804 NE 195TH ST
WOODINVILLE, WA 98072

RICHARD ZIELINSKI
16804 NE 195TH ST
WOODINVILLE, WA 98072

RICHARD ZIELINSKI
16804 NE 195TH ST
WOODINVILLE, WA 98072

RICHARD ZONNEVILLE (IRA)
FCC AS CUSTODIAN
48 BRANCHBROOK DR.
HENRIETTA, NY 14467-9724

RICK A GERALI
257 WEST SAINT CHARLES RD
ELMHURST, IL 60126

RICKEY D CATES
317 PITCHFORK LN
CANYON, TX 79015

RINALDO R. ALOISIO
CGM IRA CUSTODIAN
851 LEONARD DRIVE
WESTBURY, NY 11590-1455

RISICA, JOHN J
158 CAPRON FARM DR
WARWICK, RI 02886-7735

RITA & ROBERT GROMAN TTEES
RITA GROMAN REV TRUST DTD 9-22-05
3771 ENVIRON BLVD
APT 353
LAUDERHILL, FL 33319-4219

RITA & ROBERT GROMAN TTEES
RITA GROMAN REV TRUST DTD 9-22-05
3771 ENVIRON BLVD APT 353
LAUDERHILL, FL 33319-4219

RITA A NOEL TTEE
RITA A NOEL REV TRUST
U/A/D 7/27/87
1 SCOLLARD RD
OLD ORCHARD, ME 04064-2914

RITA BERGMAN
6850 STEAMBOAT LANDING ROAD
ACCOKEEK, MD 20607-3517

RITA BERNSTEIN
11737 CARDENAS BLVD
BOYNTON BEACH, FL 33437-6603

RITA C CARMAN &
CHARLES H CARMAN TTEES
FBO RITA C CARMAN U/A 11/16/82
956 FERN DR
DELRAY BEACH, FL 33483-4805

RITA C HART TTEE
FBO RITA C HART TRUST
521 EL AZUL CIR
OAK PARK, CA 91377

RITA E PODSADOWSKI
17 DEPONTE DR
LUDLOW, MA 01056

RITA G HANSEN
250 KAREN DR
ELIZABETH, PA 15037

RITA G MCNAMARA
1400 WAVERLY ROAD APT A315
GLADWYNE, PA 19035-7000

RITA GRACE ATMAJIAN
2363 W MUSCAT
FRESNO, CA 93706-9748

RITA GUZZANDO
32819 OCEAN REACH DR
HENLOPEN LANDING, DE 19958

RITA H SCHRADER
PO BOX 2715
GREAT FALL, MT 59403

RITA HOCK
& EMMA HOCK TEN COM
1435 EUCALYPTUS DR
SAN FRANCISCO, CA 94132-1405

RITA HOCK
RITA HOCK (IRA)
1435 EUCALYPTUS
SAN FRANCISCO, CA 94132

RITA KLEIN
2495 SQUAW CREEK
CLERMONT, FL 34711

RITA KOSTOHRYZ
CHARLES SCHWAB & CO INC.CUST
IRA ROLLOVER
571 OAKES ROAD
BROADVIEW HEIGHTS, OH 44147-3130

RITA L. SIEROCINSKI
6890 CLINTON
ELMA, NY 14059-9763

RITA LANE
616 SOUTH ORANGE AVE
APT 6E
MAPLEWOOD, NJ 07040

RITA LEUNG
5654 CAMARRIO COURT
RANCHO CUCAMONGA, CA 91739

RITA M CONDON TTEE
RITA M CONDON TR U/T/A
DTD 02/08/1995
922 SUNNYBRAE BLVD
SAN MATEO, CA 94402-1946

RITA NAGLE
707 S. GULFSTREAM AVE #906
SARASOTA, FL 34236

RITA WHITEFORD
100 N LAKEVIEW DR
COEUR D'ALENE, ID 83814

RITTER FAMILY TRUST UA MAR 13, 2000
JENNINGS G RITTER AND WANDA C RITTER
RITTER FAMILY TRUST UA MAR 13 2000
4830 KENNETT PIKE   APT 3538
WILMINGTON, DE 19807-1856

RIVERS OF NEW LIFE FOUNDATION
C/O TOM & LINDA SCHILLING
237 DUKE SIMMS RD
BRANDON, FL 33511

RIVIERA MASONIC LODGE #780
ATTENTION: C/O EVERETT MAGUIRE TREA
PO BOX 1343
PACIFIC PLSDS, CA 90272-1343

RIVIERA UNITED CHURCH OF CHRIST
451 RIVIERA DR. NE
PALM BAY, FL 32905

RJH #1 LIMITED PARTNERSHIP
501 CORNWALL RD
SANFORD, FL 32773-5879

RM PHILLIPS
SA PHILLIPS
THE RANDY & SUE PHILLIPS REV TRUST
PO BOX 331
BOOKER, TX 79005

ROBBIE F MORRISON
PO BOX 8007
MERIDIAN, MS 39303

ROBBIE MCGINN
5002 POWERS LANE
ALVIN, TX 77511

ROBBY L WILLIAMS
33070 BARKLEY ST
LIVONIA, MI 48154

ROBERT - SUSAN CRAWFORD
3156 MARS CT
LAFAYETTE, CA 94549

ROBERT & CAROL CRILLY
ROBERT P CRILLY & CAROL LYNN CRILLY
PO BOX 673
TWAIN HARTE, CA 95383

ROBERT & DOROTHY BAEKER TRUST DTD 10-15-91
ROBERT B BAEKER & DOROTHY L BAEKER TTEES
1801 WOODRAIL AVENUE
COLUMBIA, MO 65203

ROBERT & GERALDINE CARLUCCI
C/O ROBERT J & GERALDINE M CARLUCCI
1086 THORNWOOD DR
PITTSBURGH, PA 15234-1166

ROBERT & GERRY ANN MORO JT
21401 SHARE
ST CLAIR SHORES, MI 48082

ROBERT & LEAH MEYER TRUST
21825 N VIA ARNOLDO
SUN CITY WEST, AZ 85375

ROBERT & LUANN PEPPERS
601 PEARL ST
OCEANSIDE, NY 11572

ROBERT & MARY HAIGH TRUST 3-20-91
PO BOX 5024
BELLA VISTA, AR 72714

ROBERT & MICHAEL MCANDREW TR
ROBERT J MCANDREWS CPA PC
PROFIT SHARING PLAN
FBO ROBERT J MCANDREWS
5960 TAHOE DR SE
GRAND, MI 49546-7188

ROBERT & PHYLLIS NIPPLER TRUST
U/A/D 10 2 91
ROBERT NIPPLER &
PHYLLIS NIPPLER TEES
4600 OCEAN BEACH BLVD APT 306
COCOA BEACH, FL 32931-3692

ROBERT & SAMUEL GOLDSTEIN
1 JOHN ANDERSON DR APT 308
ORMOND BEACH, FL 32176

ROBERT & SHIRLEY BUTTERFIELD FAM TR
ROBERT F BUTTERFIELD TTEE
1430 MACADAMIA DRIVE
FALLBROOK, CA 92028-1114

ROBERT & SHIRLEY GAMBLE
PO BOX 15021
SARASOTA, FL 34277-1021

ROBERT A / PATRICIA E MCALPINE
4187 HIGHWAY 230
MCEWEN, TN 37101

ROBERT A BOZELL
ROBERT A BOZELL IRA
12305 E LEGAL TENDER ROAD
COLUMBUS, IN 47203-9125

ROBERT A BOZELL AND
JO ANN K BOZELL
JT TEN
12305 EAST LEGAL TENDER ROAD
COLUMBUS, IN 47203-9125

ROBERT A CHICOINE
PO BOX 66
LIVERMORE FALLS, ME 04254

ROBERT A DEPETRIS & KATHLEEN DEPETRIS
PO BOX 342
CHATSWORTH, NJ 08019

ROBERT A DRUMM
5633 DRUMM RD
TULLY, NY 13159

ROBERT A FARNBAUCH AND
AGNES J FARNBAUCH JTWROS
8319 ASHER DRIVE
FORT WAYNE, IN 46815-8774

ROBERT A FIRLUS
604 TREMONT ST
MAUSTON, WI 53948

ROBERT A GOOD JR
414 VERANDAN LN
FRANKLIN, TN 37064

ROBERT A HEROLD TTE
36 BRIGGS RD
VERNON, CT 06066

ROBERT A HEROLD TTE
36 DRIGGS RD
VERNON, CT 06066

ROBERT A HUTSON
1491 LILLIAN RD
STOW, OH 44224

ROBERT A JONES
8 HERON COVE DR
MERRIMACK, NH 03059

ROBERT A KANOWSKE
445 N OAK AVE
WOOD DALE, IL 60191-1522

ROBERT A KONKOL
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
1911 WATSON RD
OWINGS, MD 20736-9720

ROBERT A LEMOS
1260 DODGE CITY PL
NORCO, CA 92860

ROBERT A MALLETT
105 BREWER STREET
JACKSONVILLE, AR 72076

ROBERT A MARANI
8111 BAY COLONY DR
UNIT 1603
NAPLES, FL 34108-7502

ROBERT A MASIELLO
11 ARBOROUGH RD
ROSLINDALE, MA 02131-1601

ROBERT A PAGE
208 REMUDA DR
FORT WORTH, TX 76108

ROBERT A PELLETIER
20 LAKE AVE
WENHAM, MA 01984

ROBERT A POONS
CORNELIS DE WITT LAAN 654
2582 CW DEN HAAG  THE NETHERLANDS

ROBERT A SLUZINSKI
34452 SCHOOL ST
WESTLAND, MI 48185-3664

ROBERT A SMOYER & HAZEL E SMOYER
7143 STATE ROAD 54 #210
NEW PORT RICHEY, FL 34653

ROBERT A SMOYER, SR
7143 STATE RD 54 #210
NEW PORT RICHEY, FL 34653

ROBERT A TRUMAN JR TTEE
OF THE ROBERT A TRUMAN JR REV
LIVING TRUST U/A 05/16/94
77670 CALLE LAS BRISAS NORTH
PALM DESERT, CA 92211

ROBERT A TUCCI & CYNTHIA L TUCCI JT TEN
3716 W 64TH STREET
MISSION HILLS, KS 66208-1710

ROBERT A TYLICKI
516 COUNTRY CLUB
SALINA, KS 67401

ROBERT A UNDLIN & KATHERINE M
UNDLIN JT TEN TOD JODY GALVAN,
DAVID UNDLIN SUBJECT TO STA RULES
5584 KALLAND AVENUE
ALBERTVILLE, MN 55301-8707

ROBERT A VENTURA
427 ST ANDREWS DR
BELLEAIR, FL 33756

ROBERT A VITALE
4820 FRICH DR
PGH, PA 15227

ROBERT A VITALE
4820 FRICH DRIVE
PITTSBURGH, PA 15229

ROBERT A VITALE
4820 FRINCH DR
PITTSBURGH, PA 15229

ROBERT A WHITE
711 NORTH 10TH ST
COLUMBUS, MS 39701

ROBERT ALBERT TTEE
TR UA IV OF THE WILL OF S. ALBERT
U/W DTD 07/27/2006
82 DORAL FARM RD
STAMFORD, CT 06902-1235

ROBERT ALPEROWITZ (IRA)
FCC AS CUSTODIAN
1125 HOLLOW ROAD
PENN VALLEY, PA 19072-1155

ROBERT AND GLORIA JOHNSON
6065 HOOPER LANE
ENGLEWOOD, FL 34224

ROBERT AND HAZEL EVANS
4809 POINT ALTO ST
LA MESA, CA 91941

ROBERT AND HAZEL EVANS
4809 POINT ALTO ST
LA MESA, CA 91941

ROBERT AND JUDITH BOUCHER
86 MORSE AVE
BROCKTON, MA 02301

ROBERT AND JUDY HAENTZLER
105 KORKEN DR
WATERLOO, IL 62298

ROBERT AND MARGARET C LAING TTEES LAING REV TRUST I
ROBERT AND MARGARET LAING TTEES
LAING REVOCABLE TRUST
514 LILLIAN DRIVE
MADEIRA BEACH, FL 33708-2332

ROBERT AND MARJORIE MEUER
7707 N BROOKLINE DR
APT 325
MADISON, WI 53719

ROBERT AND NANCY CLEARY
709 OJAI AVE
SUN CITY CENTER, FL 33573

ROBERT AND SHEILA APFEL
1500 PALISADE AVE #9B
FORT LEE, NJ 07024

ROBERT AND VIRGINIA MEEK REV LIV TRUST
PO BOX 247
GRANT CITY, MO 64456-0247

ROBERT ANTHONY BRAUD
3240 HIGHWAY 308
NAPOLEONVILLE, LA 70390

ROBERT ARONSON
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
8615 N GREENVALE RD
MILWAUKEE, WI 53217-2435

ROBERT B AMOSS
12710 OLD BRIDGE RD #6
OCEAN CITY, MD 21842

ROBERT B BEALL
4224 WILLOW BEND
BLOOMINGTON, IN 47404

ROBERT B COHEN (IRA-ROLL)
1028 OWL LN
CHERRY HILL, NJ 08003-2923

ROBERT B GAUGHAN
1326 COOLIDGE ST
FAIRFIELD, CA 94533

ROBERT B GILLEN
CGM IRA CUSTODIAN
20 WINDSOR RD
NEEDHAM, MA 02492-1441

ROBERT B JOHNSON &
SUZANNE A JOHNSON JT TEN
1004 IVANHOE ROAD
TALLAHASSEE, FL 32312-3027

ROBERT B LA COSTE SR
CGM IRA CUSTODIAN
P.O. BOX 0393
SALINE, MI 48176-0393

ROBERT B LA COSTE SR AND
ANN E LA COSTE JTWROS
P.O. BOX 393
SALINE, MI 48176-0393

ROBERT B LENNOX AND EVELYNE LENNOX
11 AVENUE DE BRETEUIL
75007 PARIS FRANCE

ROBERT B MOCH
UNIT 123
2800 S UNIVERSITY BLVD
DENVER, CO 80210-6063

ROBERT B PATTEE
4700 ST LAWRENCE DR
NEW PORT RICHEY, FL 34655-1541

ROBERT B SANFORD TTEE
SANFORD FAM TRUST
U/A DTDT 11-11-91
637 11TH STREET NE
WASHINGTON, DC 20002-5317

ROBERT B SHAW &
KATHLEEN A SHAW JT TEN
1308 73RD ST NW
BRADENTON, FL 34209-1155

ROBERT B SUSSMAN
384 CALLAWAY COURT
LINFIELD, PA 19468-1053

ROBERT B SUSSMAN
384 CALLAWAY COURT
LINFIELD, PA 19468-1053

ROBERT B WING & PAULINE
F WING TTEE ROBERT B &
& PAULINE F WING TRUST
U/A DTD 4/1/1993
12 CORALBURST LN
SCARBOROUGH, ME 04074-7154

ROBERT BAHL
1214 5TH AVE NW
AUSTIN, MN 55912

ROBERT BARBASH
29 COBBLER COURT
BALTIMORE, MD 21208

ROBERT BENDE
23 HUNTINGTON DR
SOUTHHAMPTON, NJ 08088

ROBERT BERMAN
269 STURGES HIGHWAY
WESTPORT, CT 06880-1722

ROBERT BOLLES TRUST
UTD 3/4/2008
FBO THE ROBERT BOLLES LIVING TRUST
13415 OLIVE TREE LN
POWAY, CA 92064-4921

ROBERT BOLLES TTEE
UTD 3/4/2008
FBO THE ROBERT BOLLES LIVING TRUST
13415 OLIVE TREE LN
POWAY, CA 92064-4921

ROBERT BOROS
1808 AZALEA LN
MT PROSPECT, IL 60056

ROBERT BRICKMAN
4606 RUE BORDEAUX
LUTZ, FL 33558

ROBERT BRILL
285 BROOKLAWN RD
STRATFORD, CT 06614-2538

ROBERT BROOKS AND
DOROTHY BROOKS
JT TEN WROS
1 WYNN RD
EDISON, NJ 08817-4727

ROBERT BRUCE & JANIS G ROBINSON
8324 RICHLAND COLONY
KNOXVILLE, TN 37923

ROBERT BRUCE PITZER
12200 1/2 OXNARD ST
NORTH HOLLYWOOD, CA 91606

ROBERT C & ALEXANDRIA CREAMER
145 NORTH MAIN STREET
MECHANICSBURG, OH 43044

ROBERT C AKERS
SUZANNE C AKERS
3413 S PLACITA DEL EMBLEMA
GREEN VALLEY, AZ 85622-4685

ROBERT C FLYNN AND AGNES M FLYNN JTWROS
624 JOSHUA CT
NAPERVILLE, IL 60540-6329

ROBERT C HUNTER
32 BUSHEE RD
ASHEVILLE, NC 28803

ROBERT C JASPAR
WEDBUSH MORGAN SEC CTDN
IRA CONT 7/24/07
10 FRANCES WAY
WALNUT CREEK, CA 94597-2121

ROBERT C JASPAR
WEDBUSH MORGAN SEC CTDN
IRA SAR-SEP 08/15/07
10 FRANCES WAY
WALNUT CREEK, CA 94597-2121

ROBERT C KAMINSKY
MARY KAMINSKY JT TEN
851 SPRUCE ST
KULPMONT, PA 17834-1330

ROBERT C KUBIC
29125 MALVINA DR
WARREN, MI 48088-5138

ROBERT C LANE TTEE U/A DTD
1931 SABLE PALM DR
APT 101
DAVIE, FL 33324-5961

ROBERT C MAJORS
120 COLLEGE BLVD
CARMI, IL 62821

ROBERT C MCDOWELL
205 BRIDPORT PLACE
MANCHESTER, NJ 08759

ROBERT C MCLAREN IRA
FCC AS CUSTODIAN
31008 EXECUTIVE POINTE
TEGA CAY, SC 29708-8575

ROBERT C MINION
ACCT # 2
53 WARWICK RD
ROCKVILLE CTR, NY 11570-1341

ROBERT C MINION
ACCT #2
53 WARWICK RD
ROCKVILLE CTR, NY 11570-1341

ROBERT C OR ANNAREE P MCREYNOLDS JT WROS
255 NOAH DR
FRANKLIN, TN 37064

ROBERT C PLUEBELL & CLEORA PLUEBELL
569 BEATTY RD
MONROEVILLE, PA 15146

ROBERT C RAINERI
4205 RYELAND DR
BROADVIEW HTS, OH 44147

ROBERT C TROSEN
162 GOLANVYI TRAIL
VONORE, TN 37885

ROBERT C WHITE
311 HIGH ST
PETERSBURG, VA 23803-3855

ROBERT C. DODSON
FRANCES S. DODSON AND
RICHARD C. DODSON JTWROS
1115 SW 22ND AVENUE
APT. 321
DELRAY BEACH, FL 33445-6022

ROBERT C. PAUTSCH
3715 BALLMAN WAY
WELLINGTON, NV 89444

ROBERT C. PAUTSCH
3715 BALLMAN WAY
WELLINGTON, NV 89444

ROBERT C. SCHAEFER TTEE UA
DTD 01-22-97 FBO
ROBERT C. SCHAEFER REV TRUST
6 CORK ST
ALVA, FL 33920-5595

ROBERT C. SCHALLMAN IRREVOCABLE
UAD 11/11/00
MIRIAM B SCHALLMAN TTEE
265 E 66TH ST APT 9D
NEW YORK, NY 10065

ROBERT C. SCHALLMAN IRREVOCABLE
UAD 11/11/00
MIRIAM B SCHALLMAN TTEE
354 CHILIAN #5B
PALM BEACH, FL 33480

ROBERT CHARLES FLORIO TTEE
FBO ROBERT C FLORIO REV TRUST
U/A/D 11-05-1997
36750 US 19 N
APT 2125
PALM HARBOR, FL 34684-1239

ROBERT CLARK
19055 MAJELA
APPLE VALLEY, CA 92307