UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | **Case No. 09-50026 (REG)** |
| **f/k/a General Motors Corp.,** *et al.,* | : | |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

---------------------------------------------------------------x

<u>**AMENDED AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                                          ) ss:
COUNTY OF SUFFOLK      )

I, Barbara Kelley Keane, being duly sworn, depose and state:

   1.    I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 105 Maxess Road, Melville, New York 11747.

   2.    Between August 19, 2010 and August 20, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors in the above-captioned case and pursuant to the **Notice of Debtors' Seventy-Fourth Omnibus Objection to Claims [Docket No. 6684]**, I caused to be served a customized **Notice of Objection to Individual Debt Claims**, a copy of which is annexed hereto as Exhibit "A", upon each of the parties set forth in Exhibit "B" annexed hereto (affected parties) by depositing same in a sealed, postage paid envelope at a United States Post Office for delivery by the United States Postal Service via First Class Mail.

/s/ Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this
9th day of September 2010


/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Qualified in Manhattan County
Commission Expires:  May 19, 2012

# EXHIBIT A

---

**PLEASE CAREFULLY REVIEW THIS NOTICE AS IT WILL AFFECT YOUR CLAIM IN THE GENERAL MOTORS CORPORATION (NOW MOTORS LIQUIDATION COMPANY) BANKRUPTCY CASE**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                :

In re                        :        **Chapter 11 Case No.**
                                  :

**MOTORS LIQUIDATION COMPANY,** *et al.,*  :        **09-50026 (REG)**
      **f/k/a General Motors Corp.,** *et al.*    :
                                  :

                **Debtors.**     :        **(Jointly Administered)**
                                  :
-------------------------------------------------------------x

<u>**NOTICE OF OBJECTION TO INDIVIDUAL DEBT CLAIMS**</u>

**[Claimant Name]**

| Claim Information | | | | | Basis For Objection |
|---|---|---|---|---|---|
| **Date** | **Claim #** | **Debtor** | **Classification** | **Amount** | **Claim is duplicative of a claim allowed for the indenture trustee on behalf of all Individual Bondholders** |
| | | | | | |

      <u>**PLEASE TAKE NOTICE THAT**</u>, on August 13, 2010, Motors Liquidation Company (formerly known as General Motors Corporation) and its affiliated debtors, as debtors in possession (the "**Debtors**"), filed an objection to your proof of claim identified above.  The name of the objection is the Debtors' _____ Omnibus Objection to Claims (Duplicate Debt Claims) (the "**Objection**").

            **You have received this notice because the Debtors have objected to your proof of claim and your rights will be affected.**

            **You should read this notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**

**A copy of the full Objection can be viewed at http://www.motorsliquidationdocket.com/bond.php3.  Or, you may request a complete copy of the Objection at the Debtors' expense, by contacting the Debtors at 1-800-414-9607, or by sending an e-mail to claims@motorsliquidation.com.**

The reason for the Objection is that your claim is duplicative of two global claims filed on your behalf (and on behalf of all affected bondholders) by Wilmington Trust Company ("**WTC**"), as the indenture trustee for your General Motors Corporation bonds.  An indenture trustee is an entity that manages a bond issuance for the benefit of the individual bondholders, and handles all the administrative aspects of the bond issuance.  The claims filed by WTC ensure your interests are protected with respect to the interest, principal, and trustee fees under your bonds.  You will be entitled to receive a distribution on account of such interests through the global proofs of claim filed by WTC, and the disallowance of your individual claim will not affect such interests.  If you have additional claims with respect to your bonds beyond interest, principal, and trustee fees, such claims will be disallowed pursuant to this Objection.  A copy of the stipulation allowing the claims of WTC can be viewed at http://www.motorsliquidationdocket.com/bond.php3.

**YOU WILL NOTICE THAT** the Objection requests that the Bankruptcy Court expunge and disallow your claim listed above on the ground that your claim is duplicative of the global claim filed by WTC.  **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed, and you will not be entitled to any distribution from the Debtors' estates on the claim you filed.**

If you disagree with the Objection's treatment of your claim, you may call the Debtors to try and resolve your concerns at **1-800-414-9607**.  If you are unable to resolve your concerns with the Debtors before the deadline to respond, then you must file and serve a written response

(a "**Response**") to the Objection in accordance with this notice and you <u>must</u> appear at the Hearing described below.

You may participate in the Hearing telephonically provided that you comply with the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider." You must also provide prior written notice by mail or e-mail of your telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Russell Brooks, Esq. (russell.brooks@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Jennifer Sharret, Esq. (jsharret@kramerlevin.com)).

**If you do not oppose the disallowance and expungement of your claim, then you do not need to file a Response or appear at the Hearing.**

**<u>PLEASE TAKE FURTHER NOTICE THAT</u>** a hearing (the "**Hearing**") on the Objection is scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on **September 24, 2010 at 9:45 a.m. (Eastern Time)**. If you file a Response to the Objection, you should plan to appear at the Hearing either in person or telephonically. The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to your claim. If the Debtors do continue the Hearing with respect to your claim, then the Hearing will be held at a later date. If the Debtors do not

continue the Hearing with respect to your claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **September 17, 2010 at 4:00 p.m. (Eastern Time)**.  Only those Responses that are timely will be considered at the Hearing.  Your Response will be deemed timely only if it is:  (a) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing system (The User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov) before the deadline for Responses **or** (b) **actually** received on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format **and** in hard copy at each of the following addresses on or before the deadline for response:

    A.    Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;

    B.    Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and

    C.    Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Jennifer Sharret, Esq.).

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the number of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the

extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person that can be contacted in connection with the Objection.

If the Bankruptcy Court does NOT disallow and expunge your claim listed above, then the Debtors have the right to object on other grounds to your claim (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

If you have any questions about this notice or the Objection, please contact the Debtors at **1-800-414-9607**. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

**PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief requested in the Objection without further notice or a hearing if you fail to file a timely Response or appear at the Hearing.**

Dated: New York, New York
August 18, 2010

WEIL, GOTSHAL & MANGES LLP
Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT B

TODD STELTENKAMP
5657 WHETSEL AVE
CINCINNATI, OH 45227

TOM & SID MCBRIDE
2641 PINECREST RD
OROVILLE, CA 95966

TOM A JOHNSON
502 OAK BROOK DR
LEWISVILLE, TX 75057

TOM A JOHNSON
502 OAKBROOK DR
LEWISVILLE, TX 75057

TOM A JOHNSON
502 OAKBROOK DR
LEWISVILLE, TX 75057

TOM AND LYNN NOYES
8963 SE 232 ST
LATHROP, MO 64465-8564

TOM F CREAGER TTEE
MARGIE K CREAGER TTEE
TOM F AND MARGIE K CREAGER
REVOCABLE TRUST DTD 4-21-05
P O BOX 219
CROWDER, OK 74430-0219

TOM KLUCK
1400 VAN WORMER
SAGINAW, MI 48609

TOM KOSTOPOULOS
299 LAUREN LN
LAWRENCEBURG, IN 47025-7510

TOM L GOODWIN &
WILLIAM W GOODWIN JT TEN
18 BERNARD DRIVE
CONWAY, AR 72032-9053

TOM LAU
1951 SUNRISE DR
MONTEREY PARK, CA 91754

TOM W. MANGNALL AND
BETTY S. MANGNALL JTWROS
TOD NAMED BENEFICIARIES
SUBJECT TO STA TOD RULES
2338 LITTLE ANTIRE RD.
HIGH RIDGE, MO 63049-2001

TOMI SUE SKIRVIN TTEE
THOMAS SUE STUART TRUST
U/A DTD 8/1/03
38119 WESTVALE
ROMULUS, MI 48174-4728

TOMMASELLA ROBERTO
TOMMASELLA ROBERTO
VIA N TOMMASEO 46
30027 SAN DONA' DI PIAVE (VE)

TOMMASELLA ROBERTO
VIA N TOMMASEO 46
30027 SAN DONA' DI PIAVE (VE) ITALY

TOMMI L BRANSTETTER
1102 SE 13TH ST
WAGONER, OK 74467-8140

TOMMY DORRIS ELDER
115 E 16TH ST
HOUSTON, TX 77009

TOMMY R MCDONALD AND JEAN C MCDONALD TR
TOMMY R MCDONALD AND JEAN C MCDONALD TTEES
TOMMY R MCDONALD & JEAN C MCDONALD JT LV TR
902 WOODWARD ST
LAKELAND, FL 33803

TOMMY R MCDONALD IRA, PTC CUSTODIAN
TOMMY R MCDONALD
901 WOODWARD STREET
LAKELAND, FL 33803

TOMMY R SMITH AND SUSAN R
SMITH JT TEN
4762 LIBRA PL
YORBA LINDA, CA 92886-3212

TOMMY R. WILLIAMS
P.O. BOX 806
POWDER SPRINGS, GA 30127-0806

TON-TEH HUANG & MING-HUI TSAI
11F-2 92 JING CHENG ROAD
40759 TAICHUNG TAIWAN

TONY D MANN
112 E HAZELWOOD
WATERVILLE, KS 66548

TONY H LEE
3880 MOCKINGBIRD LN
ROCK HILL, SC 29730-7218

TONY HUSTON
1290 STANDISH WAY
LEXINGTON, KY 40504

TONY S SEVIER
6975 CAINE RD
VASSAR, MI 48768

TOTH TRUST
LES TOTH TTEE
KATALIN TOTH TTEE
U/A DTD 02/26/2004
14290 DICKENS ST #102
SHERMAN OAKS, CA 91423-5805

TRACEY G FLEMING
1602 SE BRONZEWOOD AVE
BEND, OR 97702

TRACHSEL DENTAL STUDIO
1834 15TH ST NW
ROCHESTER, MN 55901

TRACHSEL DENTAL STUDIO
1834 15TH ST NW
ROCHESTER, MN 55901

TRACY JONES
2130 9TH STREET WEST
#190
COLUMBIA FALLS, MT 59912

TRAIAN VANCE
866 W LOCUST ST
NEWARK, OH 43055-2725

TRAXI LLC PENSION PLAN
ANTHONY PACCHIA TTEE
8 HEMLOCK DR
EDISON, NJ 08820-1027

TRENT JONES
1212 N MONTGOMERY ST
OJAI, CA 93023

TREVA L LITTLE
560 E BROWN BEAR ST
MERIDIAN, ID 83646

TREVA R MAGNUSON
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
3003 WYNSTONE DR
SEBRING, FL 33875-4745

TREVA SILVERMAN
8 ROUNDTOP RD
YONKERS, NY 10710

TREVADELL HANKINS
R/O IRA DCG & T TTEE
2022 BROOKSIDE DR
GRAPEVINE, TX 76051-3055

TREVOR POLSON
188 CAVELAND RD
CAVE CITY, KY 42127-9302

TRIMBLE FAMILY REV LV TRUST
TRIMBLE FAMILY REVOCABLE LIVING TRUST
PO BOX 18672
SPOKANE, WA 99228-0671

TRINITY MEMORIAL GARDENS
MERCHANDISE ACCOUNT
P O BOX 265
WALDORF, MD 20604-0265

TROPICAL ISLES MANUFACTURED HOME SALES INC DEFINED
17 MAJESTIC WAY
FORT PIERCE, FL 34949-8309

TROWBRIDGE ENTERPRISES
A PARTNERSHIP
1830 AVENIDA DELL MUNBO UNIT 1111
CORONADO, CA 92118-4022

TROY A. SICKELS
2716 N. 22ND DRIVE
PHOENIX, AZ 85009-1923

TROY D GIBBS &
MARY J GIBBS
SPECIAL ACCOUNT
P O BOX 1427
MANSFIELD, LA 71052-1427

TROY D SWINFORD AND
PATRICIA L SWINFORD
JT TEN
4610 TREVINO LANE
DECATUR, IL 62526

TROY L BRANAM
KAREN BRANAM JTWROS
2126 WESTBROOK
ODESSA, TX 79761

TRUDE H HERMES
200 VETERANS LN / #616
DOYLESTOWN, PA 18901-3455

TRUDY BELLINGRODT
TRUSTEE
2916 N HERITAGE ST
BUCKEYE, AZ 85396

TRULA S HARRIS
19363 HUNT CLUB RD
ABINGDON, VA 24211

TRUMANN MACHINE WORKS
ATTN LAMON MOYE PRES
PO BOX 214
TRUMANN, AR 72472

TRUST A U/W M RICHARD SINGER
C/O DONALD SINGER
1543 FULTON DR
MAPLE GLEN, PA 19002

TRUST F/B/O LYNN BIEL
U W/O MARGARET M AMSTEIN
LYNN BIEL & SANDRA SCHWABACHER TTEES DTD 7/19/96
114 E 90TH ST
NEW YORK, NY 10128-1550

TRUST FBO ELIZABETH G MCKAY
C/O RJ MCKAY TTEE
16654 HIDDEN COVE DR
JUPITER, FL 33477

TRUST FBO HELEN G GRADY
C/O RJ MCKAY TTEE
16654 HIDDEN COVE DRIVE
JUPITER, FL 33477

TRUST FBO MARY G KEITH
RJ MC KAY TTEE
16654 HIDDEN COVE DRIVE
JUPITER, FL 33477

TRUST U/W JOHN C HAYS
JOHN J CAHILL JR TRUSTEE
1500 JF KENNEDY BLVD
SUITE 1400
PHILADELPHIA, PA 19102-1721

TRUST U/W VINCENT P MAZZOLA
FBO FELDA MAZZOLA
ANTHONY A SARIDAKIS TTEE
1688 E GUDE DR STE 102
ROCKVILLE, MD 20850-5322

TSAY HSIN G HU
GILBERT HU
1042 WARE STREET
VIENNA, VA 22180

TSELIOS KONSTANTINOS
MYSTAKIDOU STR 23
GR-55132 THESSALONIKI GREECE

TSON-KUANG WU IRA
36 MULBERRY DRIVE
OBERLIN, OH 44074

TUAN TRAN & THANTA TRAN
PO BOX 253
EUSTACE, TX 75124

TULLIUS SUPPLEMENTAL NEEDS TRUST
ATTN  JP TULLIUS TRUSTEE
PO BOX 1141
WEXFORD, PA 15090-1141

TULLY A FORRESTER
1442 NASHVILLE
NEW ORLEANS, LA 70115-4353

TURNER & CO PSP
# B77100P293
C/O OPPENHEIMER
63 KERCHEVAL AVE #300
GROSSE POINTE FARMS, MI 48236

TURNER W RENTZ JR TTEE
TURNER W RENTZ, JR. MD LLC 401K PSP
DTD 01/01/2005 FBO T RENTZ JR
2500 STARLING STREET, SUITE 502
BRUNSWICK, GA 31520-4270

TUSSI KUTTNER 1992 TRUST
425 E 58TH ST
APT 47H
NEW YORK, NY 10022

TUSSI KUTTNER 1992 TRUST STUART SUBOTNICK TRUST
425 E 58TH ST
APT 47H
NEW YORK, NY 10022

TUSSI KUTTNER 1992 TRUST, STUART SUBOTNICK TRUSTEE
15004 SUNFLOWER COURT
ROCKVILLE, MD 20853-1748

TUSSI KUTTNER 1992 TRUST, STUART SUBOTNICK TRUSTEE
C/O JOHN KLUGE
15004 SUNFLOWER COURT
ROCKVILLE, MD 20853

TWENTY LTD
C/O MERRILL LYNCH INT BANK LTD
ATTN TRUST DEPARTMENT
2 RAFFLES LINK - MARINA BAYFRONT
SINGAPORE 039392

TWYLA GERARD
568 LAYMAN CREEK CIR
GRAND BLANC, MI 48439-1394

U W LOUISE P RANDALL TRUST
H RICHARD RANDALL TRUSTEE
914 LA JOLLA AVE
SUN CITY CENTER, FL 33573-5133

U/W JESSE CLYDE JACKSON TEST TRUST DTD 05/03/01
JAMES R JACKSON & LOUISE J COLE CO TTEES
16003 HIGHWAY 55
STERRETT, AL 35147

UBS FINANCIAL SERVICES FBO ANTON BOVA
ANTON BOVA
N60W39640 MARY LANE
OCONOMOWOC, WI 53066

UBS FINANCIAL SERVICES FBO KATHRYN BOVA
KATHRYN BOVA
N60 W 39640 MARY LN
OCONOMOWOC, WI 53066

UBS FINANCIAL SERVICES FBO KATHRYN BOVA
KATHRYN BOVA
N60W39640 MARY LANE
OCONOMOWOC, WI 53066

UBS FINANCIAL SERVICES FBO LARRY ELLIOT
LARRY ELLIOT
591 TOEPFER
MADISON, WI 53711

UBS FINANCIAL SERVICES FBO LARRY ELLIOT
LARRY ELLIOT
591 TOEPFER
MADISON, WI 53711

UGUR KOYUNOGLU
PARKMAYA SITESI C1-C BLOK
D17, 34335 AKATLAR
ISTANBUL - TURKEY

ULRICH BARDELEBEN
3174 DONA CHRISTINA PLACE
STUDIO CITY, CA 91604

ULYUSE C RICHARDVILLE
PO BOX 143
EAGLE LAKE, FL 33839

UMAYAL RAMASWAMY
9908 NW 59TH PL
GAINESVILLE, FL 32653-2833

UNIVERSITY OF AKRON
BENJAMIN TF CHUNG
DEPT OF MECHANICAL ENGINEERING
AKRON, OH 44325-0001

UREDDI MULLANGI
12229 WOODLINE DR
FENTON, MI 48430

URS AND RENEE WUNDERLI
69 - TIDY ISLAND BLVD
BRADENTON, FL 34210-3303

URSULA WIDMANN
OESCHELBRONNER WEG 8
75223 NIEFERN-OESCHELBRONN  GERMANY

US BANK - JOHN F CAVITT
JOHN F CAVITT/MARY J CAVITT
56 PROVIDENCE LANE
SPRINGFIELD, IL 62711

US BANK C/FBO WILMA H JONES
WILMA H JONES
2612 MANCHESTER DR
SPRINGFIELD, IL 62724

US BANK IRA FBO RONALD J HICKMAN
C/O RONALD J HICKMAN
300 RAMBLEWOOD LANE
SHERMAN, IL 62684

USAA FED SVGS BNK C/F SDIRA R/O
PARK WILLIAM ESPENSCHADE JR
747 WINCHESTER DR
WESTMINSTER, MD 21157-5732

UWE ROXIN
GFS
GLOBAL FINANCIAL SOLUTIONS GMBH
NEUER WALL 13
D-20354 HAMBURG GERMANY

V G EBERT IRA
4155 S ANASTASIA CT
GREEN VALLEY, AZ 85622-5616

V MICHAEL GUERTIN
17 RUSCAN RD
WETHERSFIELD, CT 06109

VACCARO LIVING TRUST
JOHN WILLIAM VACCARO AND LINDA L VACCARO
TTEE VACCARO LIVING TRUST DTD 6-10-92
911 N RHODODENDRON DRIVE
FLORENCE, OR 97439

VADA RANES
5400 UPPER MT VERNON RD
EVANSVILLE, IN 47712-3221

VADA RAVINE, KAREN A GORTNEY POA
C/O VADA RAVINE
PO BOX 545
ZOAR, OH 44697

VADIM KONSTANTINOVSKY
70 WILLOW LANE
TENAFLY, NJ 07670

VAHE A NALBANDIAN TRUSTEE
VAHE A NALBANDIAN
1556 N COLUMBUS AVE
GLENDALE, CA 91202

VAHE MADONIAN
C/O VAHE S MADONIAN
3094 BUCKINGHAM RD
GLENDALE, CA 91206

VALDA DADINOS
23 CYPRESS ROAD
SUFFERN, NY 10901-6842

VALDA DELLAPORTA &
PAUL DELLAPORTA &
MARC E DELLAPORTA
3514 HORTON RD
NEWTOWN SQUARE, PA 19073-2420

VALENTINA BELANGER
12440 SE INDIAN RIVER DR
HOBE SOUND, FL 33455

VALERA R RITTER TRUST DTD 9-25-92
ROBERT C RITTER CO-TTEE
593 HI VIEW COURT
MAYVILLE, WI 53050

VALERIA M MAHOOD IRA
FCC AS CUSTODIAN
1404 MOONLIGHT DR
CANTONMENT, FL 32533-7713

VALERIE P BARDWIL
321 NORTH AVE E APT 128
CRANFORD, NJ 07016-2462

VALERIE RICE MARTEL
PO BOX 98
MONTVERNON, NH 03057-0098

VALERIE T BARRETT
CHARLES SCHWAB & CO INC.CUST
IRA CONTRIBUTORY
5500 GREENVILLE AVE
SUITE #222
DALLAS, TX 75206-2900

VALERIE ZECCA IRA
FCC AS CUSTODIAN
31077 RIVERTON
TEMECULA, CA 92591-7051

VALERY RABINOVICH
2780 W 5TH ST APT 12E
BROOKLYN, NY 11224-4147

VALLAVBHAI AND SAVITABEN PATEL FOUNDATION, INC
INVERNESS COUNSEL, INC
C/O HENRY P RENARD
845 THIRD AVE 8TH FLOOR
NEW YORK, NY 10022

VALLEY FORGE BICYCLE CLUB
DAVE KAPETANSKY
5790 HWY 85 SUITE 3011
RIVERDALE, GA 30274-1458

VAN DEN BOSSCHE LEONCE
ROUTE DE PETIT ROEULX 65
7090 BRAINE LE COMTE BELGIQUE

VAN KUIKEN, ROGER W
4377 HEARTWOOD RD
OKEMOS, MI 48864-2076

VAN L VIERBICKY
130 WANDA ST APT #1
WEIRTON, WV 26062-2848

VAN N MCWHIRTER JR
DONNA J MCWHIRTER
10523 PENFIELD AVE
CHATSWORTH, CA 91311

VAN W BALL DECEASED
ESTATE OF VAN BALL
KAY BALL BENEFICIARY IRA
GUARANTEE & TRUST CO TRUSTEE
4007 KING RICHARD
PINE BLUFF, AR 71603-6127

VANDENBRANDEN, LILLI & JEAN-PIERRE
BRUSSELSTRAAT 765
1700 DILBEEK BELGIUM

VANDEPITTE ANDRE  ORNELIS MARTHA
ST MICHIELSTRAAT 42
8700 TIELT  (B-BELGIUM)

VANDONGEN, JAN
4343 W BARNES LAKE RD
COLUMBIAVILLE, MI 48421-9339

VANE E SUTER
1818 ALPHA AVENUE
SOUTH PASADENA, CA 91030

VARTGES MELIDOSIAN & ALICE MELIDOSIAN
ALICE MELIDOSIAN JT TEN
TOD ACCOUNT
15163 DASHER ST
ALLEN PARK, MI 48101-7063

VAUGHN A DODGE
PO BOX 243
SONOMA, CA 95476-0243

VAUGHN KAVLIE
10081 LAUREL DR
EDEN PRAIRIE, MN 55347

VAULDA WHIDDON TOD
F WHIDDON D BERRYMAN F MILLER
SUBJECT TO STA RULES
238 DIXIE DRIVE
TALLAHASSEE, FL 32304-3021

VAUNA CLARK AND MICHAEL CLARK
VAUNA CLARK AND MICHAEL CLARK
JT TEN WROS
14301 SHEPARD DR
LITTLE ROCK, AR 72223-1999

VC WILKES
630 YOKLEY LANE
PULASKI, TN 38478

VEGETUS FOUNDATION
C/O A. RIFKIN
TUNBRIDGE ROAD
HAVERFORD, PA 19041

VEL M JESIC
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
5058 GAYNOR AVE
ENCINO, CA 91436-1439

VELMA BRONSON COHEN
VELMA B COHEN
2500 INDIGO LN APT 202
GLENVIEW, IL 60026

VELMA J MILLER TTEE
VIRGIL B MILLER TRUST
U/A/D 7/3/97
4706 S 85TH COURT
LINCOLN, NE 68526-9213

VELMA L SACCONE (IRA)
FCC AS CUSTODIAN
6136 PUEBLO DRIVE
ZEPHYRHILLS, FL 33542-2905

VELMA M CASTILLE IRA
FCC AS CUSTODIAN
521 MEL ST
OPELOUSAS, LA 70570-3935

VELMA MCGEE
2184 GREENBRIAR DR
SPRINGFIELD, IL 62704

VELMA P. HEIN
1201 HARMONY TWP RD
NEW HARMONY, IN 47631

VELORES L KAST
EDWARD JONES C/F
4664 APPELL LANE
CHERRY VALLEY, IL 61016-9132

VENITA RICHARDSON
1295 SANDS LANE #801
SARINA ONTARIO N7V 4K5 CANADA

VENTRELLA FAMILY REVOCABLE
LIVING TRUST UAD 12/30/99
KENNETH VENTRELLA
TTEE AMD 07/21/05
8441 W. WILSON AVENUE
CHICAGO, IL 60656-4253

VERA FERNICOLA IRA
VERA FERNICOLA
7 SPIER AVE
ALLENHURST, NJ 07711

VERA H. SILVER AND
ROBERT S. SILVER JTWROS
245 E. 87TH ST. APT #4B
NEW YORK, NY 10128-3241

VERA J FIGORE
458 PARKER ROAD
SARVER, PA 16055

VERA L BARNES
767 MANCILL RD
WAYNE, PA 19087

VERA M CORTEZ
LIVING TRUST UAD 02/02/01
VERA M CORTEZ TTEE
4334 STEUBEN WOODS DRIVE
STEUBENVILLE, OH 43953-3396

VERA M REDDISH
216 E 16TH ST
GRAND ISLAND, NE 68801-2526

VERA O HILL REVOCABLE TRUST
U/A DTD 6/5/02
VERA O HILL & BILL
BORDERS II TTEES
5202 ST JOE ROAD APT 401
FORT WAYNE, IN 46835-3384

VERA PATE WILLS
1149 COUNTRY LANE NE
ATLANTA, GA 30324

VERA SCOTT
VERA SCOTT IRA
1617 DACOSTA ST
DEARBORN, MI 48128-2401

VERED FAINSOD DANIEL FAINSOD JTWROS
100 IRUSIM ST
P O BOX 1221
71908 REUT ISRAEL

VERGULT ANDREAS
HOFSTRAAT 134 K310
9100 SINT NIKLAAS BELGIUM

VERLIN MATHIS
759 GRAFTON ROAD
NEWARK, OH 43055-4709

VERN V BUCK RESIDUARY TRUST
BERA P. BUCK
519 SIR ARTHUR CT
APOPKA, FL 32712

VERNA B MEINERSHAGEN LIV TRST
U/A/D 9 17 93
VERNA B MEINERSHAGEN TTEE
4657 HEATHERBROOK DR
TROY, MI 48098-4666

VERNA B MEINERSHAGEN LIV TRUST
U/A/D 9 17 93
VERNA B MEINERSHAGEN  TTEE
4657 HEATHERBROOK DR
TROY, MI 48098-4666

VERNA B MEINERSHAGEN LIV TRUST
U/A/D 9 17 93
VERNA B MEINERSHAGEN TTEE
4657 HEATHERBROOK DR
TROY, MI 48098-4666

VERNA LINDSTROM
ROBERT E. LINDSTROM JT TEN
2259 SAND RD
SHELL LAKE, WI 54871

VERNA M PARKS
25530 SOUTHFIELD RD
APT 205
SOUTHFIELD, MI 48075

VERNA WOOLFALL TTEE
HENRY & VERNA WOOLFALL REV TRUST DTD 03/15/96
2445 STILL BROOK
CORPUS CHRISTI, TX 78414

VERNE CANROY
19 CHESHIRE AVE
SYOSSET, NY 11791-5297

VERNON & JOYCE SCHUENKE
297 CARDINAL LN
HARTLAND, WI 53029

VERNON & MARLYS THORSON
304 W 3RD AVE
FLANDREAU, SD 57028

VERNON A DEYSHER
FLORENCE V DEYSHER
58 MOTEL DRIVE, BOX 226
SHARTLESVILLE, PA 19554

VERNON D SEVIER (IRA)
FCC AS CUSTODIAN
273 ALBERT PLACE
COSTA MESA, CA 92627-1813

VERNON DAHLLOF &
ANNE DAHLLOF
4 WINGATE RD
MULLICA HILL, NJ 08062

VERNON G EBERT
4155 S ANASTACIA CT
GREEN VALLEY, AZ 85622-5616

VERNON H & EVELYN M HOWE
TTEE VERNON H & EVELYN M
HOWE TR UAD 10/07/03
2491 OKEMOS RD
RT 4
MASON, MI 48854-9476

VERNON JOSEPH TESAR
10832 N FAIRWAY CT E #224
SUN CITY, AZ 85351

VERNON TRIVETT TOD C TRIVETT
S TRIVETT, L TRIVETT
SUBJECT TO STA RULES
4500 PINE SPRINGS DRIVE
PENSACOLA, FL 32505-3408

VERNON V CROZIER
PO BOX 607
PITTSBURG, KS 66762

VERNON W MANLEY
14303 MANGROVE STREET
MOORPARK, CA 93021

VERONICA B JURIK
103 GREENRIDGE DR
MONONGAHELA, PA 15063

VERONICA J NACCHIO
324 SUBURBAN RD
KNOXVILLE, TN 37923-5823

VERONICA JOSEPH
BEN JOSEPH
8810 ABBOTT AVE
SURFSIDE, FL 33154-3429

VERONICA JOSEPH
BEN JOSEPH
8810 ABBOTT AVE
SURFSIDE, FL 33154

VERONICA JOSEPH
BEN JOSEPH
8810 ABBOTT AVE
SURFSIDE, FL 33154-3429

VERONICA MISTRETTA
24 SYCAMORE ROAD
BLOOMINGDALE, NJ 07403

VERONICA ROSELLE

VERUS L GRILLIOT TRUST
VERUS L GRILLIOT TRUST U/D DTD 11/07/1990
ATTN ROSE ANN GRILLIOT TTEE
5646 SE LAMAY DR
STUART, FL 34997-6548

VESTA B KNUTH
37850 S DEER PA RD
DETOUR VLGE, MI 49725

VESTA L DURBIN TTEE
2008 VESTA L DURBIN TRUST REVO
U/A DTD 11/24/2008
467 RODGERS RD
CHESTER, WV 26034-1797

VIAZANKO, JAMES E
28459 ALYCEKAY ST
FARMINGTON HILLS, MI 48334-3835

VICENTE PEREIRO
10850 SW 136 TER
MIAMI, FL 33176

VICKI C. MARTIN, MARISSA N MARTIN
VICKI MARTIN
419 RYAN DRIVE
FAIRVIEW HEIGHTS, IL 62208

VICKI D PONTELLO
TOD BENEFICIARY ON FILE
1739 BLUE OAK DR
CHESTERFIELD, MO 63017-4632

VICKI S BERRY
PO BOX 2018
KELLER, TX 76244

VICKI SMELTZ
3809 LARABY DR
HARRISBURG, PA 17110

VICKIE EDWARDS
1715 SOLOD DR
MORRISTOWN, TN 37814

VICKY BREWER&
RON BREWER
JT TEN
22451 DERIK ROAD
SPRINGDALE, AR 72764-9452

VICTOR A KING
7071 S FRANKLIN ST
CENTENNIAL, CO 80122

VICTOR BADAR & AGNES BADAR
2223 COUNCIL OAK DR
SOUTH BEND, IN 46628-3431

VICTOR BUSCAINO TTEE
EMILY M BOSCAINO TTEE
300 BEACH DR NE APT 1101
ST PETERSBURG, FL 33701

VICTOR E MEYER AND INGEBORG A MEYER CO-TRUSTEES
U/A DATED 6-16-98
FBO VICTOR E MEYER LIVING TR
2212 PARKWOOD DR
MIDLAND, MI 48642-3241

VICTOR FERRULLI AND GAIL FERRULLI
1540 SMITH DRIVE SOUTH
SOUTHHOLD, NY 11971

VICTOR GURALNICK
CHARLES SCHWAB & CO INC CUST
SEP-IRA
7603 PALMER GLEN CIR
SARASOTA, FL 34240-7821

VICTOR H RICHARDSON
301 SOUTH ST
FERN PARK, FL 32730

VICTOR HUNTSMAN
4908 CASSITTY RD
WOODBURN, KY 42170

VICTOR J RIZZO TRUSTEE
2877 GREENBRIAR
HARBOR SPRINGS, MI 49740

VICTOR LEE BUSSARD & VIOLA MAE
BUSSARD TTEES FBO THE V L BUSSARD
V M BUSSARD REV TR DTD 4/20/94
PO BOX 601
WINTERS, CA 95694-0601

VICTOR MULLAN
CGM ROTH IRA CUSTODIAN
15201 WHEELER LANE
SPARKS, MD 21152-9708

VICTOR SCALISI JR
1100 B PARK WAY
LAKEPORT, CA 95453

VICTOR W DAHAR SR & ELEANOR DAHAR
VICTOR W DAHAR SR
20 MERRIMACK ST
MANCHESTER, NH 03101

VICTORIA BROOKS
5803 E PARAPET ST
LONG BEACH, CA 90808-2727

VICTORIA CHIU YEE
3 HIGH POINT COURT
ANNANDALE, NJ 08801-3424

VICTORIA L MEDINA DUARTE
MANUEL DOBLADO 500-9 COL PALO BLANCO
GARZA BARCIA, NUEVO LEON 66236 MEXICO

VICTORIA MEDINA DUARTE
MANUEL DOBLADO 500-9
COL PALO BLANCO
66236 GARZA GARCIA, NUEVO LEON MEXICO

VICTORIA MEDINA DUARTE
MANUEL DOBLADO 500-9
COL PALO BLANCO
GARZA GARCIA, NUEVO LEON
66236 MEXICO

VICTORIA N WIEZOREK
1215 DIAMOND VALLEY ST
HENDERSON, NV 89052-3018

VIKKI L HEIMSOTH
PO BOX 20362
CHEYENNE, WY 82003

VILMA V BENEDEK
107 TRENTON PLACE
MCKEESPORT, PA 15135

VINCENT 1991 CRUT
ROGER VAN REMMEN TTEE
3940 FRESHWIND CIR
WESTLAKE VILLAGE, CA 91361

VINCENT A CIARPELLA
1860 N ATLANTIC AVE B-806
COCOA BEACH, FL 32931

VINCENT A MATRANGA
4644 NIPOMO AVE
LAKEWOOD, CA 90713

VINCENT A SCHUSTER
1206 ADELINE ST
DUBUQUE, IA 52003

VINCENT ALONGI &
FRANCES ALONGI JT WROS
28 FORTRESS PLACE
PALM COAST, FL 32137-4408

VINCENT ALONGI (IRA)
FCC AS CUSTODIAN
28 FORTRESS PLACE
PALM COAST, FL 32137-4408

VINCENT AND ANGELA FORLEO
PO BOX 20445
CRANSTON, RI 02920-0945

VINCENT COCCOLI
1 FELIX LANE
NORWALK, CT 06850

VINCENT D' ALESSIO &
ANNA D' ALESSIO TEN COM
922 PIERCE AVE
BRONX, NY 10462-4007

VINCENT DELUCA
1145 TERNS LANDING RD
PITTSGROVE, NJ 08318-9179

VINCENT FRANCAVILLA
149 WALNUT ST
W HEMPSTEAD, NY 11552-2047

VINCENT G FEDE
701 SEAFARER CIR #406
JUPITER, FL 33477

VINCENT J GENTUSO SR
TTEE VINCENT J GENTUSO
SR TRUST U/A DTD 7-10-96
202 RIDGEVIEW DRIVE
HOT SPRINGS, AR 71901-7908

VINCENT J OLIVERIO
1304 BUCKHANNON PIKE
NUTTER FORT, WV 26301-4406

VINCENT J. GARZILLI
42 FRANKLIN ST
GREENFIELD, MA 01301

VINCENT L JOHNSON
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
1018 BARONRIDGE DR
SEABROOK, TX 77586-4002

VINCENT L JOHNSON &
LENORE B JOHNSON
DESIGNATED BENE PLAN/TOD
1018 BARONRIDGE DR
SEABROOK, TX 77586-4002

VINCENT LEPERA
185 SECOND STREET
TROY, NY 12180

VINCENT LUKAS &
BARBARA B. LUKAS TTEES
LUKAS LIV TRUST DTD 1/6/06
108 NORTHWAY RD.
ITHACA, NY 14850-2241

VINCENT MERCIER HRUBY TRUSTEE
FBO VINCENT MERCIER HRUBY REV TR
U/A DTD 5-19-94
2722 WILDWOOD PLACE
COLUMBUS, IN 47201

VINCENT P GULLO
33 DARREN DRIVE
BASKING RIDGE, NJ 07920-4107

VINCENT P. DITRANO JR
3610 YACHT CLUB DR #1412
AVENTURA, FL 33180

VINCENT R CYTACKI &
MARGARET E CYTACKI JT TEN
1512 HILLER
WEST BLOOMFIELD, MI 48324-1124

VINCENT R SICILIANO
THE OAK OF WEYMOUTH
6 PINE TREE LN
MAYS LANDING, NJ 08330-8956

VINCENT STAHL/AILEEN STAHL JT TEN/WROS
37 JANET COURT
MILLTOWN, NJ 08850

VINCENT VANGROSSI
319 SWEDE STREET
NORRISTOWN, PA 19401

VINCENT VIVENZIO
SHIRLEY F VIVENZIO JTTEN
131 WOODLAWN AVE
AUBURN, NY 13021-3750

VINITA AGRAWAL
1339 E GUNN RD
OAKLAND TWP, MI 48306

VINITA WESTMORELAND
11350 WOODSTOCK RD
APT 1240
ROSWELL, GA 30075

VINTON R BECKETT
2501 NW 41 AVE
BLDG 6  #308
LAUDERHILL, FL 33313

VIOLA HESSEL
1406 MADISON AVE
EDWARDSVILLE, IL 62025

VIOLA J CHRISTOF TTEE
PO BOX 1719
BROOKINGS, OR 97415

VIOLA J SPINELLI TTEE
U/A DTD 12/27/1998
BY NICHOLAS PR SPINELLI
855 MAIN ST FL 6
BRIDGEPORT, CT 06604-4915

VIOLA KLEIN
2230 S SUNSHINE CIRCLE
PALM SPRINGS, CA 92264

VIOLA RAMIREZ &
EDUARDO ALONZO RAMIREZ
JT TEN
P O BOX 36
RIO HONDO, TX 78583-0036

VIOLET BARTAKOVITS
9331 ALTO SOL WAY
NEW PORT RICHEY, FL 34655

VIOLET GREENBERG SOHN
3037 HYTHE C
BOCA RATON, FL 33434-4608

VIRGIL A FIELDEN
PO BOX 928
FAIRFIELD, TX 75840

VIRGIL E LOWN
2102 OAK CREEK PLACE
HAYWARD, CA 94541-5536

VIRGILIOS KOMNINOS
23 PLASTIRA STZ N. SMYRNI
ELENI - LYDIA KATSINI AND
KOMNINOS - MICHAIL KOMNINOS JT
ATHENS - GREECE 17121

VIRGINA E HECHT
80 LADUE ESTATES DR
ST LOUIS, MO 63141

VIRGINA J. BAILEY
P O BOX 286
35 CHURCH STREET
WINDSOR, VA 23487

VIRGINIA & MARVIN FISH
3029 BEELM COURT
COLUMBUS, IN 47203

VIRGINIA A BEIBER
48571 ANNAPOLIS RD
HOPEDALE, OH 43976

VIRGINIA A NERO
36 CAPRON RD
SMITHFIELD, RI 02917-1703

VIRGINIA ADAMS
1612 DELWOOD CIR
SCOTTSBORO, AL 35769-4040

VIRGINIA AUTRY
1333 CR 3440
HAWKINS, TX 75765

VIRGINIA B JOHNS
19 TRIM ST
CAMDEN, ME 04843

VIRGINIA BROOKS IRA TD AMERITRADE CUSTODIAN
1327 WRENWOOD DR
TROY, MI 48084-2656

VIRGINIA BROOKS TIMOTHY BROOKS JT TNN
C/O VIRGINIA BROOKS
1327 WRENWOOD DR
TROY, MI 48084-2656

VIRGINIA C DENBO
110 INDIAN HILLS DR NE
CORYDON, IN 47112-7257

VIRGINIA DAMATO TTEE
VIRGINIA DAMATO TRUST
1355 BAY HARBOR DR # 108
PALM HARBOR, FL 34685

VIRGINIA DIANE BROWN TRUST
UAD 08/07/99
VIRGINIA DIANE BROWN TTEE
5372 DANIEL
BRIGHTON, MI 48114-9068

VIRGINIA E BURDICK TTEE
BURDICK FAMILY TRUST
U/A DTD DEC 6 1994
1923 E JOYCE BLVD APT 215
FAYETTEVILLE, AR 72703-5170

VIRGINIA E HECHT
80 LADUE ESTATES DR
ST LOUIS, MO 63141-8322

VIRGINIA F ZULLO &
JOHN J ZULLO &
ROBIN C LISI
JT TEN
175 WEST ROCKS ROAD
NORWALK, CT 06851-1633

VIRGINIA G FORD TTEE
FBO VIRGINIA G FORD REV TRUST
DTD 9-7-01
4105 BAY BERRY DRIVE
MELBOURNE, FL 32901-8466

VIRGINIA G. BAILEY
P O BOX 286
35 CHURCH STREET
WINDSOR, VA 23487

VIRGINIA H JAMES
411 EAST FRANKLIN STREET
FAYETTEVILLE, NY 13066-2346

VIRGINIA H. GARNTO IRA
FCC AS CUSTODIAN
82 PINEVIEW CIR
FORSYTH, GA 31029-9571

VIRGINIA L LIPP
5804 FALLMEADOW DR
TYLER, TX 75703

VIRGINIA L WALKER
3414 N 129TH CIR
OMAHA, NE 68164-4240

VIRGINIA LIMONE
132 WILLIAM ST
EAST WILLISTON, NY 11596

VIRGINIA M CURRAN
610 SW ORDNANCE
ANKENY, IA 50023-2922

VIRGINIA M DUNLAP
300 1ST AVE NE #206
AUSTIN, MN 55912

VIRGINIA MARASY
13857 ESPRIT AVE
SAN DIEGO, CA 92128

VIRGINIA MAWHINNEY
2726 WHITEBRIDGE DR
APT B
PALM HARBOR, FL 34684

VIRGINIA P LLOYD
TOD ACCOUNT
4111 VICTORIA DRIVE
FORT WAYNE, IN 46815-5984

VIRGINIA R COPELAND TTEE
U/A DTD 7/2/01
VIRGINIA R COPELAND REVOC TR
1100 ERIE AVE APT 812
EVANSVILLE, IN 47715-4847

VIRGINIA ROSS
DAVID R LIECHTI JT TEN
216 N CEDAR STREET
EVART, MI 49631-9300

VIRGINIA RUTH POYNOR
22626 TRAILWOODS ESTATE
TOMBALL, TX 77375-7125

VIRGINIA RUTH POYNOR
22626 TRAILWOODS ESTATE
TOMBALL, TX 77375-7125

VIRGINIA RUTH POYNOR
22626 TRAILWOODS ESTATE
TOMBALL, TX 77375-7125

VIRGINIA RUTH POYNOR
22626 TRAILWOODS ESTATE
TOMBALL, TX 77375

VIRGINIA RYE OFFUTT
391 PINE BROOK LN
NEW WILMINGTON, PA 16142-4627

VIRGINIA T NETTER
1029 ALTA VISTA RD
LOUISVILLE, KY 40205-1727

VIRGINIA W ULRICH ACCOUNT PY22210AA
UBS FINANCIAL SERVICE, INC
ACCOUNT NO PY 22210AA
1735 MARKET ST, 36TH FL
PHILADELPHIA, PA 19103-7501

VIRGINIA WINGARD
211 PINNACLE DR
COLUMBIA, SC 29212

VIRGINIA ZIMMERMAN
1106 S RIVERSIDE DR
POMPANO BEACH, FL 33062

VIRGINIA ZIMMERMAN
1106 S RIVERSIDE DR
POMPANO BEACH, FL 33062

VIRGINIA ZIMMERMAN
1106 S RIVERSIDE DR
POMPANO BEACH, FL 33062

VIRGINIA ZIMMERMAN
1106 S RIVERSIDE DR
POMPANO BEACH, FL 33062

VISHNU KANT SHARMA
1573 HEATHER DR
LAPEER, MI 48446-1340

VISHNU KANT SHARMA
1573 HEATHER DR
LAPEER, MI 48446-1340

VITALY RUBIN
9802 N GRACE AVE
NILES, IL 60714

VITO A CILIBERTI JR
PO BOX 2182
HAMILTON, MT 59840

VITO BORGIA TRUST
U/A/D 4 1 97
VITO BORGIA TTEE
50525 KOSS
MACOMB TWP, MI 48044-6320

VIVIAN D ESTES
BOX 1181
SNOWFLAKE, AZ 85937

VIVIAN G KILSHEIMER TTEE
VIVIAN G KILSHEIMER TRUST
U/A 11/28/98
PO BOX 274
SOLOMONS, MD 20688-0274

VIVIAN G ZANOTTI
35 CLUB VIEW DRIVE
NOVATO, CA 94949-6821

VIVIAN G ZANOTTI TOD
PATSY ANN HANIS PAUL PATRICK
HANIS SUBJECT TO STA RULES
35 CLUB VIEW DRIVE
NOVATO, CA 94949-6821

VIVIAN L HADDIX REV TRUST
RONALD P LOUDIN TTEE
U/A DTD 12/01/1999
312 THOMPSON AVE
LEHIGH ACRES, FL 33972-5235

VIVIAN M BRIEL & GLENN E BRIEL
10707 FAIRMOUNT RD
LOUISVILLE, KY 40291-3809

VIVIAN METRICK
VIVIAN METRICK TRUST
VIVIAN METRICK TTEE
1210 CAMPANELLI DRIVE WEST
PLANTATION, FL 33322

VIVIAN S KNUCKLEY
1521 WHIPPOORWILL DR
WEST COLUMBIA, SC 29169

VIVIAN W OWENS JR
1354 W 5TH ST
PLAINFIELD, NJ 07063

VIVIANE KOVACS CUST LAURA KOVACS
56 CRESCENT DR
ALBERTSON, NY 11507-1102

VIVIENNE H KAUFMAN TRUST
6959 FOUNTAINS CIRCLE
LAKE WORTH, FL 33467-5722

VLADIMIR MALIVUK &
OLIVIA MALIVUK
DESIGNATED BENE PLAN/TOD
4848 MEG COURT
NORTH PORT, FL 34287-7334

VLADIMIR NEIMAN
HENRIETTA NEIMAN
CHARLES SCHWAB & CO INC CUST JNTEN
5917 IMOGENE ST
HOUSTON, TX 77074

VOI FONDO MUTUAL EN DOLARES
C/O MERRILL LYNCH
450 E LAS OLAS BLVD
STE 1080
FORT LAUDERDALE, FL 33301

VOI FONDO MUTUAL EN DOLARES
C/O MERRILL LYNCH
450 E LAS OLAS BLVD
STE 1080
FORT LAUDERDALE, FL 33301

VOLKER STOCKUM
LAVENDELSTR 16
D 47445 MOERS GERMANY

VOLKER STOCKUM
LAVENDELSTR. 16
D-47445 MOERS GERMANY

W A DARLING
PO BOX 926
OPELOUSAS, LA 70571-0926

W B CUNNINGHAM III
DESIGNATED BENE PLAN/TOD
6408 WOLFCREEK PASS
AUSTIN, TX 78749-1824

W BARNEY GOGARTY & ASSOC INC
W BARNEY GOGARTY, PRESIDENT
634 W VERDE RIDGE RD
ST GEORGE, UT 84770-6128

W BAUMGARTEN & SHIRLEY DENEMARK, TTEE
DENEMARK TTEE CHARLES
MANES & SLYVIA MANESS
CHLDRNS TR UAD 3-1-89
3750 N 50TH ST
MILWAUKEE, WI 53216-2933

W BURLING BOWNE
22265 FRANCIS WAY
COTTONWOOD, CA 96022

W CORUM & S CORUM TTEE
WILLIAM AND SHIRLEY CORUM TTEE
WILLIAM A CORUM REVOCABLE TRUST U/A DTD 12/16/1993
5493 NW 43RD WAY
COCONUT CREEK, FL 33073-5026

W E HILL & DOLORES VONCILLE HILL
PO BOX 20
MILLRY, AZ 36558

W GALE & M GALE TTEE
WALTER & MARIE GALE REV LIVING
U/A DTD 03/11/2003
2336 CARLOS
WATERFORD, MI 48327-1007

W GEORGE SEITZ
PO BOX 34
BREWSTER, NY 10509

W HARRY & BARBARA H FRY
& SUSAN HARDING LEE TTEE
W HARRY FRY & BARBARA H
FRY TRUST UAD 2-19-02
7407 OAKMONT DR.
SANTA ROSA, CA 95409-6365

W J SASSER & D H SASSER TTEE
W J SASSER & D H SASSER
U/A DTD 05/22/1986
16 WARWICK CT
LAFAYETTE, CA 94549

W JAMES SOUTH
127 HORSESHOE DR
MCKEESPORT, PA 15131

W JANE INSALL
824 HARWOOD
BEDFORD, TX 76021

W JOANNE HERBERT
2315 HARDESTY DRIVE N.
COLUMBUS, OH 43204-2843

W KENDIG & E KENDIG TTEE
ESTHER M & WILLIAM L KENDIG LI
U/A DTD 03/30/2005
4866 COMANCHE TRL
PRESCOTT, AZ 86301-5756

W KEVIN JACKSON P C PENSION PLAN
311 S STATE STREET SUITE 380
SALT LAKE CITY, UT 84111

W KIRK MILLS
1815 HAMMOCKS AVE #14
LUTZ, FL 33549

W LEWIS & M LEWIS TTEE
LEWIS FAMILY LIVING TRUST
U/A DTD 07/25/2008
PO BOX 3650
WOFFORD HEIGHTS, CA 93285-3650

W MADSEN & J MADSEN TTEE
WILLIAM A MADSEN REV LIVING TR
U/A DTD 12/10/1996
3064 GRAND OAK CT
TURLOCK, CA 95382-8684

W S FARISH & CO
1100 LOUISIANA STE 2200
HOUSTON, TX 77002-5245

W SHELDON CAMPBELL    IRA
FCC AS CUSTODIAN
U/A DTD 4/15/87
1304 CLOVERDALE DR NW
WILSON, NC 27896-1526

W STANLEY HOLT & LORNA HOLT AS COMMUNITY
PROPERTY OF WA
5345 84TH PL SE
MERCER ISLAND, WA 98040

W T WILLIAMS & J M WILLIAMS CO-TTEE
THE WILLIAMS FAMILY TRUST U/A
DTD 04/17/2000
15265 30 MILE ROAD
RAY, MI 48096-1000

W. EDWARD RICE LIVING TRUST
W EDWARD RICE
4465 E. NATIONAL RD
SPRINGFIELD, OH 45505

W.R. WILSON, BARBARA J. WILSON
3219 HICKORY
TEXARKANA, AR 71854

WADE ELECTRIC COMPANY INC
503 AIRWAYS BLVD
JACKSON, TN 38301-5739

WADE L KIRBY
1728 OAKRIDGE DRIVE
CHARLOTTE, NC 28216

WADE L. BROWN
161 AIRPORT FARM LANE
TAYLORSVILLE, NC 28681-8401

WADE STARR AND
JOY STARR TEN IN COM
4032 ECHO GLEN
DALLAS, TX 75244-7321

WAGDY F AZIZ
77 N COURT
TIVERTON, RI 02878

WAGNER FAMILY IRREVOCABLE TRUST
ATTN JONATHAN D DEILY ESQ
DEILY MOONEY & GLASTETTER LLP
8 THURLOW TERRACE
ALBANY, NY 12203

WAI PIU MAK
FLAT A, 3/F, BLK 2
REGENT ON THE PARK
9A KENNEDY ROAD
WAN CHAI HONG KONG CHINA

WALDEMAR SCHEFFEL
1 SANDY BOTTOM LANE
BARNEGAT, NJ 08005

WALDEMAR Z MLYNARSKI &
JANIS K MLYNARSKI
JT TEN
5215 DEBORAH CT
DOYLESTOWN, PA 18902-1949

WALDO A DRURY
ILA M DRURY TTEE
9525 SHERWOOD WAY
SUN LAKES, AZ 85248-6536

WALKER A GILLETTE REV TRUST
WALKER A GILLETTE TTEE
REBECCA V GILLETTE TTEE
U/A DTD 02/26/04
401 NORTH COLLEGE DRIVE
FRANKLIN, VA 23851-2401

WALL, ROBERT J
2156 S STATE RD
DAVISON, MI 48423-8754

WALLACE A STOREY
118 STARLINE DR
SPARTANBURG, SC 29307-3714

WALLACE AND DORIS BROWNELL
45333 GALWAY DR
NORTHVILLE, MI 48167

WALLACE E & JEAN E YANCEY JN/TEN
129 SOUTH DOVE LN
LITTLETON, NC 27850

WALLACE E MCKEEHAN
2284 W US HWY 36
BAINBRIDGE, IN 46105

WALLACE E MCKEEHAN
2284 W US HWY 36
BAINBRIDGE, IN 46105

WALLACE EDSALL
416 11TH ST
OAKMONT, PA 15139

WALLACE EDSALL
416 11TH ST
OAKMONT, PA 15139

WALLACE H ROBERTS JR IRA
FCC AS CUSTODIAN
1696 RIDGELEE ROAD
HIGHLAND PARK, IL 60035-4438

WALLACE M JOHNSON
17807 38TH AVE NO
PLYMOUTH, MN 55447

WALLACE M JOHNSON
17807 38TH AVE NO
PLYMOUTH, MN 55447

WALLACE NEAL
0366 CO RO 92
ALGER, OH 45812-9651

WALLACE OBITS &
CONSTANCE OBITS DEC'D JT TEN
818 RIVER STREET
SPRING LAKE, MI 49456-1953

WALLACE T CIELUCH, ANGELINE I CIELUCH
2611 W SKYLINE PKWY
DULUTH, MN 55806-1135

WALLACE W EDDY
728 W HILLSIDE DR
MARSHALL, MO 65340

WALLACE W EDDY
728 W HILLSIDE DR
MARSHALL, MO 65340-2425

WALLACE W GUPTILL
168 RAINBOW DR PMB #6842
LIVINGSTON, TX 77399

WALLACE ZYGMONTOWICZ
2631 AVIS DRIVE SOUTH
STERLING HEIGHTS, MI 48310

WALLY MOJSIEJENKO
368 E LINCO
BERRIEN SPRINGS, MI 49103

WALTER & DEBRA JUNE
1028 SW TAMARROW PL
STUART, FL 34997

WALTER & DELORES MCCLEAN
315 N CAUSEWAY APT C301
NEW SMYRNA BEACH, FL 32169-5268

WALTER & MARTHA R CLIFT
5 TEJON CANON RD
PLACITAS, NM 87043

WALTER A CHISHOLM
900 LUCAS LN
FRANKFORT, KY 40601

WALTER A CHISHOLM
900 LUCAS LN
FRANKFORT, KY 40601

WALTER A CLOUGH
30 LAGOS DEL NORTE
FT PIERCE, FL 34951

WALTER A LEPAGE AND FLORENCE H LEPAGE
241 LAPORTE DR
PASCO, WA 99301

WALTER AND SUNNA KULLMANN
4935 SR 3001
MESHOPPEN, PA 18630-9453

WALTER B GRIMES &
LYDIA S GRIMES JTTEN
170 KENAN DR
MILLEDGEVILLE, GA 31061-8751

WALTER BELL
ROBERT A VENNING, GUARDIAN OF WALTER S BELL
151 CRESTWOOD DR
GARDNER, MA 01440

WALTER BRODY
4 MANCHESTER DR
WHIPPANY, NJ 07981

WALTER C HENRY
210 WHISPERING PINES LA
BIRDSBORO, PA 19508

WALTER C. MARSHALL
469 AVON CT
FRIENDSHIP, MD 20758-9766

WALTER D BROWN FAMILY LLC
12912 CASTLEROCK COURT
OKLAHOMA CITY, OK 73142-5129

WALTER D BROWN FAMILY LLC
12912 CASTLEROCK COURT
OKLAHOMA CITY, OK 73142-5129

WALTER D FAST & LEONA M FAST JTWROS
9688 HOMEWOOD CIRCLE
OOLTEWAH, TN 37363

WALTER D HOWARD LIVING TRUST
UAD 03/08/06
WALTER D HOWARD TTEE
10245 FALLING WATERS LN
CINCINNATI, OH 45241-3843

WALTER E AMES
313 MATHEWS WAY
NEW CASTLE, PA 16101

WALTER E MUELLER JR
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA
6137 ROSSI CT
CICERO, NY 13039-8340

WALTER E MUELLER JR &
DIANE M MUELLER JT TEN
6137 ROSSI CT
CICERO, NY 13039-8340

WALTER EMORY FARMER
385 WYLDEWOODE DRIVE
MCDONOUGH, GA 30253

WALTER F AND CHRISTINE C NICKS
C/O WALTER NICKS
1462 WESTON PL
RENO, NV 89509

WALTER F KNUTZEN AND PATRICIA A KNUTZEN
748 WINDLASS WAY
SANIBEL, FL 33957

WALTER F O'NEILL JR
30 DEER RIDGE RD
BASKING RIDGE, NJ 07920

WALTER F PROSEK
4462 RED OAK LN
ZELL WOOD, FL 32798

WALTER F. ZUMBACH
728 NORRISTOWN RD APT F103
LOWER GWYNEDOL, PA 19002-2167

WALTER G CLARK TRUSTEE
WALTER G & GLORIA M CLARK
TRUST UTA DTD 10/29/96
3356 SW MARIPOSA PL
TOPEKA, KS 66614-6500

WALTER G J GALE
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
2336 CARLOS
WATERFORD, MI 48327-1007

WALTER GREISS, DECEASED-CO EXECUTORS JOHN GREISS
C/O JOHN GREISS
315 GRANT AVE
NUTLEY, NJ 07110

WALTER H BARNETT
242 ELLIS AVE
BELLEVUE, OH 44811

WALTER H DAVIDSON
PHYLLIS M DAVIDSON
2110 ZION RD
NORTHFEILD, NJ 08225

WALTER H HENSON & GEORGENA R HENSON JTWROS
1115 LYNNWOOD DRIVE
JACKSON, MS 39206-6126

WALTER H. PEVNY, IRA
FCC AS CUSTODIAN
250 CAMBRIDGE DR
RAMSEY, NJ 07446-1259

WALTER HUGH ROTH IRA
3848 LAWRENCE AVE
CHICAGO, IL 60625-6227

WALTER J ARNHOLD &
CINDY ARNHOLD
JT TEN
24212 S ROWELL RD
ELWOOD, IL 60421-9571

WALTER J BAZIUK
745 RENAISSANCE DR E 101
WILLIAMSVILLE, NY 14221

WALTER J PATTERSON
957 JUGTOWN RD
MEANSVILLE, GA 30256

WALTER J SZLACHETKA
ROBERTA SZLACHETKA
210 FAIRHAVEN DR
LOWER BURRELL, PA 15068-2706

WALTER J WEBER JR AND
MADOLYNN E WEBER CO-TTEES
THE WEBER FAMILY TRUST
DTD 11-14-03
243 SOUTH FORD ROAD
MANSFIELD, OH 44905-2935

WALTER JANCZEWSKI
2591 BLUESTONE CRL
KALAMAZOO, MI 49009

WALTER KOOPMAN AND
JULIA KOOPMAN JTWROS
51 MELWOOD DRIVE
ROCHESTER, NY 14626-4278

WALTER L ANDERSON
3168 STARLAKE DR
BIRMINGHAM, AL 35226

WALTER L TROTTER
1300 BELLE MEADE CIR SW
MABLETON, GA 30126-1202

WALTER L VAN VLECK TRUST
MARGARET VAN VLECK & JAMES W SLOAN
C/O TRUSTEES
5024 SW BRENTWOOD RD
TOPEKA, KS 66606

WALTER L WATKINS
BY WALTER L WATKINS
308 DONNER AVE NW
NORTH CANTON, OH 44720-2708

WALTER M SLOMIENSKI M SLOMIENSKI AND
BARBARA SLOMIENSKI
58 ROEHRS DR
WALLINGTON, NJ 07057

WALTER MAGNANI
9931 BRIDLE RD
PHILADELPHIA, PA 19115

WALTER MARTINEZ
124 COSTA RICA ST
CONDO BILBAO 1103
SAN JUAN, PR 00917

WALTER MEESENBURG
6300 FLOTILLA #84
HOLMES BEACH, FL 34217-1444

WALTER MIDDLETON
101 SOUTH PLAZA PLACE
#APT 1112
ATLANTIC CITY, NJ 08401

WALTER P LESTER JR
4162 SHEARWATER WAY SE
SOUTHPORT, NC 28461

WALTER P SANTEL TTEE
WALTER P SANTEL LIV
TRUST U/A DTD 10/26/99
2537 FAIRHILL DR
CINCINNATI, OH 45239-7204

WALTER PATELSKI IRA ROLLOVER
C/O WALTER PATELSKI
2229 POST RD
NORTHBROOK, IL 60062

WALTER PATELSKI TTEE
WALTER R PATELSKI LIVING TRUST
U/A DTD 02/12/98
FBO TRUST A
2229 POST RD
NORTHBROOK, IL 60062-6206

WALTER PAUL MAILAENDER
50 TOP HILL LN
MOUNT KISCO, NY 10549-4020

WALTER R DILLING IRA
FCC AS CUSTODIAN
PO BOX 1755
HOMOSASSA SPG, FL 34447-1755

WALTER R HIRSCH
WEDBUSH MORGAN SEC CTDN
IRA CONTRIBUTORY 2/24/05
8590 GOLDEN RIDGE RD
LAKESIDE, CA 92040-5632

WALTER R HIRSCH
WEDBUSH MORGAN SEC CTON
IRA CONTRIBUTORY 2/24/05
8590 GOLDEN RIDGE RD
LAKESIDE, CA 92040-5632

WALTER R HIRSCH &
ALICE A HIRSCH TTEES
UTD 11/10/1995
FBO HIRSCH FAMILY TRUST
8590 GOLDEN RIDGE RD
LAKESIDE, CA 92040-5632

WALTER R HIRSCH & ALICE A HIRSCH TTEES
UTD 11/10/1995
FBO HIRSCH FAMILY TRUST
8590 GOLDEN RIDGE RD
LAKESIDE, CA 92040-5632

WALTER R KIRKWOOD IRA
413 4TH STREET
PLEASANT GROVE, AL 35127

WALTER SCHOEMANN
PO BOX 329
ENGLEWOOD, NJ 07631

WALTER SOBEL
164 HIGH POND DR
JERICHO, NY 11753-2805

WALTER W BAUMAN
1 JEFFERSON FERRY DR APT 1112
S SETAUKET, NY 11720-4709

WALTER W PLENTIS &
AKIKO PLENTIS JT TEN
1721 KRISTINA DR
WHITE LAKE, MI 48386-1864

WALTER W SEAMAN TR UA 03-13-95
636 BAYWOOD DR
PINEY FLATS, TN 37686

WALTER W VASIL
ATTORNEY AT LAW
200 BOARD OF TRADE BLDG
DULUTH, MN 55802

WALTER W. DAVISON
1503 LAZY A DR
BISHOP, CA 93514

WALTON LANS JR IRA
2 DAVENPORT RD
YONKERS, NY 10710

WALTRAUD KRAUS
JULIUS-LEBER-STR 94
90473 NURNBERG GERMANY

WAMPLER JR, WILLARD
9571 CLOVER LEAF LN
FISHERS, IN 46038-8287

WANDA A WILLIAMS
P O BOX 216
MCKENZIE, AL 36456

WANDA A WIRTZ
PO BOX 610037
PORT HURON, MI 48061-0037

WANDA A WIRTZ TRUST
WANDA A WIRTZ TTEE
U/A DTD 03/07/1989
PO BOX 610037
PORT HURON, MI 48061-0037

WANDA E BAUER
415 HAIG ST
ELLWOOD CITY, PA 16117

WANDA F BLANKENSHIP
8464 SE 160TH PL
SUMMERFIELD, FL 34491

WANDA J ANDERSON
946 BELMONT
DAVENPORT, IA 52804

WANDA JOHENNING
12236 MOSS POINT RD
STRONGSVILLE, OH 44136

WANDA LEE VAUGHN TRUST
1006 FAIRWAY CR
JONESBORO, AR 72401

WANDA M LOUNSBURY

WANDA MALIK & KENNETH E MALIK
CO-TTEES FBO EDWARD F MALIK
FAMILY TRUST (TR B)
DATED 4/13/99
9800 S NASHVILLE UNIT 3
CHICAGO RIDGE, IL 60415-2665

WANDA MARIE WARD
CGM IRA CUSTODIAN
1106 WELLINGTON DR
DUNCANVILLE, TX 75137-2040

WANDORF INVESTMENTS
PEDRO LARA
1491 ST ANNES CT
CONCORD, NC 28027

WANEITA WATSON
46 PARKVIEW DR
PARKVIEW, IA 52748

WARD A SKILLICORN
7073 MULETEAM WAY
ROSEVILLE, CA 95747

WARD A SKILLLICORN
7073 MULE TEAM WAY
ROSEVILLE, CA 95747

WARNER CHIROPRACTIC
JE & MR WARNER TRUSTEES
WARNER CHIROPRACTIC CARE CTR
PSP FBO JAMES E WARNER
17 PHEASANT ST
MECHANICSBURG, PA 17050

WARREN & JANICE SOUDER LIVING TRUST 02-19-93
WARREN & JANICE SOUDER
5833 MACKEY ST
SHAWNEE MISSION, KS 66202-2134

WARREN A WEISS
441 WEST END AVE APT 5A
NEW YORK, NY 10024-5327

WARREN AND HELENE KOSEFF
4632 PLEASANT MILLS RD
SWEETWATER, NJ 08037

WARREN C HALE TRUST
DTD 02/13/04
WARREN C HALE TTEE
1115 SCENIC VIEW HGTS
CORBIN, KY 40701-2157

WARREN CONYNE
C/O WARREN CONYNE & GREGORY CONYNE JT TEN
BERRY PARK RETIREMENT
13669 S GAFFNEY LN APT #201
OREGON CITY, OR 97045-8967

WARREN CONYNE
WARREN R. CONYNE TRUST
WARREN CONYNE TTEE UAD 04-27-98
BERRY PARK RETIREMENT
13669 S. GAFFNEY LN., APT #201
OREGON CITY, OR 97045-8967

WARREN EY
39 CHURCH ST
APT 50
PORT JERVIS, NY 12771

WARREN G HARDY
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
PO BOX 21419
EL CAJON, CA 92021-0990

WARREN G HARDY
IRA ROLLOVER
MORGAN STANLEY CUSTOMER
PO BOX 21419
EL CAJON, CA 92021-0990

WARREN J ALBERTS &
BARBARA A ALBERTS JT TEN
99-30 FLORENCE STREET
CHESTNUT HILL, MA 02467-1926

WARREN J HEIDKAMP
15808 86TH ST #132
ORLAND PARK, IL 60462

WARREN J TRIPP TTEE
WARREN J TRIPP REV LIV TRUST
U/A/D 7/19/99
785 YANKEE TRACE DR
CENTERVILLE, OH 45458

WARREN J TRIPP TTEE
WARREN J TRIPP REV LIV TRUST
U/A/D 7-19-99
785 YANKEE TRACE DR
CENTERVILLE, OH 45458-3999

WARREN RIEDIGER TSTMTY TRUST
LAVERNE RIEDIGER
24263 C-80
SIOUX CITY, IA 51108

WARREN STONE &
MADALYN STONE
2624 RAYMOND DR
RAPID CITY, SD 57702-5318

WARREN TREPP (IRA)
FCC AS CUSTODIAN
PO BOX 19688
RENO, NV 89511-2196

WARREN TREPP IRA
PO BOX 19688
RENO, NV 89521

WARREN TREPP IRA ROLLOVER
PO BOX 19688
RENO, NV 90511

WARREN TREPP IRA ROLLOVER
PO BOX 19688
RENO, NV 89511

WARREO & HELEN BASELEY
7700 BLUE HERON DRIVE W
WILMINGTON, NC 28411

WASIM DEEB MD
8216 SABAL OAK LANE
JACKSONVILLE, FL 32256

WAUNETA R NITZEL REVOCABLE TRUST
WAUNETA R NITZEL, TRUSTEE
401 UNIVERSITY AVE
HASTINGS, NE 68901

WAYNE A KNAUST TTEE
ADOLPH S & RUTH KNAUST
TRUST U/A DTD 4/25/1985
568 PALMER RD
BELLEAIR BLFS, FL 33770-1747

WAYNE A RIDLEHOOVER
113 COTHRAN DR
GREENWOOD, SC 29649

WAYNE B CLEMENT
3799 S ATLANTIC AVE
#601
DAYTONA BEACH, FL 32118

WAYNE C BOWER IRA
C/O WAYNE C BOWER
106 MONTVERDE DR
GREENVILLE, SC 29609-6651

WAYNE C CHETWOOD & LENA CHETWOOD
47736 CORNUCOPIA HWY
HALFWAY, OR 97834

WAYNE C LANGE & LOIS J LANGE
506 COMMERCIAL ST APT C
LA PORTE CITY, IA 50651-1251

WAYNE C WILLIAMS
PO BOX 773
ALEXANDER CITY, AL 35011

WAYNE C. BLUME
CGM IRA ROLLOVER CUSTODIAN
842 MARCH ST.
LAKE ZURICH, IL 60047-1444

WAYNE E BINKLEY IRA
WAYNE E BINKLEY
408 VILLAGE LAKE DR
LOUISVILLE, KY 40245

WAYNE F BEUMER
THE CLOROX COMPANY 40
809 CARQUINEZ WAY
MARTINEZ, CA 94553-1572

WAYNE GASSAWAY
10500 LOWER EAST VALLEY ROAD
PIKEVILLE, TN 37367-4004

WAYNE J & KAY F WEILAND
1650 RUANN DR
DUBUQUE, IA 52001

WAYNE KINDELBERGER &
VERNA KINDELBERGER JT TEN
503 N CHESTNUT STREET
SCOTTDALE, PA 15683-1002

WAYNE L HANKEL
1842 16-1 ST S
FARGO, ND 58103

WAYNE L KRUG
NATIONAL FINANCIAL SERVICES LLC
200 LIBERTY ST
NEW YORK, NY 10281

WAYNE L YARIAN
CGM IRA CUSTODIAN
120 POINTE SUMMIT DR
GREENBACK, TN 37742-2312

WAYNE M BLACKMAN
PO BOX 957
THAYNE, WY 83127

WAYNE MARTIN IRA
WAYNE MARTIN
4025 VINELAND DR
FORT WAYNE, IN 46815

WAYNE MILLER
PO BOX 1665
BETHEL ISLAND, CA 94511

WAYNE MURPHY
222 COOL SPRINGS RD
WINSTON-SALEM, NC 27107

WAYNE N WALDEN
3963 NW COLONIAL GLN
LAKE CITY, FL 32055-4857

WAYNE P MUEHLNICKEL
DOLORES M MUEHLNICKEL JT TEN/WROS
7345 CHOCTAW RD
PALOS HEIGHTS, IL 60463-2001

WAYNE R. LINDELL &
JOYCE A. LINDELL
TOD DTD 4/21/03
2226 SPRING MEADOW DR.
SPRING HILL, FL 34606-3767

WAYNE ROEKWELL
341 TIMBER GROVE WAY
BEECH GROVE, IN 46107

WAYNE S & KATHLEEN M MICK
WAYNE MICK
13210 LOVELL RD
CORRY, PA 16407

VERONICA ROSELLE
C/O MERRILL LYNCH
100 CAMPUS DR.
3RD FLOOR
FLORHAM PARK, NJ 07932-1006

WANDA M LOUNSBURY
C/O SUMMIT BROKERAGE SVCS
KIM K LOVE
7601 N FEDERAL HWY B215
BOCA RATON, FL 33487