**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | : | **Case No. 09-50026 (REG)** |
| **f/k/a General Motors Corp.**, *et al.*, | : | |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------------x

## <u>AMENDED AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK   )
                         ) ss:
COUNTY OF SUFFOLK   )

I, Barbara Kelley Keane, being duly sworn, depose and state:

    1.     I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 105 Maxess Road, Melville, New York 11747.

    2.     Between August 19, 2010 and August 20, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors in the above-captioned case and pursuant to the **Notice of Debtors' Seventy-Sixth Omnibus Objection to Claims [Docket No. 6686]**, I caused to be served a customized **Notice of Objection to Individual Debt Claims**, a copy of which is annexed hereto as Exhibit "A," upon each of the parties set forth in Exhibit "B" annexed hereto (affected parties) by depositing same in a sealed, postage paid envelope at a United States Post Office for delivery by the United States Postal Service via First Class Mail.

/s/ Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this
9th day of September 2010

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Qualified in Manhattan County
Commission Expires:  May 19, 2012

# EXHIBIT A

PLEASE CAREFULLY REVIEW THIS NOTICE AS IT WILL AFFECT YOUR CLAIM
IN THE GENERAL MOTORS CORPORATION (NOW MOTORS LIQUIDATION
COMPANY) BANKRUPTCY CASE

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                        :
In re                                   :        Chapter 11 Case No.
                                        :
**MOTORS LIQUIDATION COMPANY,** *et al.,*  :        **09-50026 (REG)**
        **f/k/a General Motors Corp.,** *et al.* :
                                        :
                **Debtors.**            :        **(Jointly Administered)**
                                        :
------------------------------------------------------------x

<u>**NOTICE OF OBJECTION TO INDIVIDUAL DEBT CLAIMS**</u>

**[Claimant Name]**

| Claim Information | | | | | Basis For Objection |
|---|---|---|---|---|---|
| **Date** | **Claim #** | **Debtor** | **Classification** | **Amount** | **Claim is duplicative of a claim allowed for the indenture trustee on behalf of all Individual Bondholders** |
|  |  |  |  |  |  |

      **<u>PLEASE TAKE NOTICE THAT</u>**, on August 13, 2010, Motors Liquidation Company

(formerly known as General Motors Corporation) and its affiliated debtors, as debtors in

possession (the "**Debtors**"), filed an objection to your proof of claim identified above.  The name

of the objection is the Debtors' _____ Omnibus Objection to Claims (Duplicate Debt

Claims) (the "**Objection**").

      **You have received this notice because the Debtors have objected to your**
**proof of claim and your rights will be affected.**

      **You should read this notice carefully and discuss it with your attorney.**
**If you do not have an attorney, you may wish to consult one.**

**A copy of the full Objection can be viewed at http://www.motorsliquidationdocket.com/bond.php3.  Or, you may request a complete copy of the Objection at the Debtors' expense, by contacting the Debtors at 1-800-414-9607, or by sending an e-mail to claims@motorsliquidation.com.**

The reason for the Objection is that your claim is duplicative of two global claims filed on your behalf (and on behalf of all affected bondholders) by Wilmington Trust Company ("**WTC**"), as the indenture trustee for your General Motors Corporation bonds.  An indenture trustee is an entity that manages a bond issuance for the benefit of the individual bondholders, and handles all the administrative aspects of the bond issuance.  The claims filed by WTC ensure your interests are protected with respect to the interest, principal, and trustee fees under your bonds.  You will be entitled to receive a distribution on account of such interests through the global proofs of claim filed by WTC, and the disallowance of your individual claim will not affect such interests.  If you have additional claims with respect to your bonds beyond interest, principal, and trustee fees, such claims will be disallowed pursuant to this Objection.  A copy of the stipulation allowing the claims of WTC can be viewed at http://www.motorsliquidationdocket.com/bond.php3.

**YOU WILL NOTICE THAT** the Objection requests that the Bankruptcy Court expunge and disallow your claim listed above on the ground that your claim is duplicative of the global claim filed by WTC.  **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed, and you will not be entitled to any distribution from the Debtors' estates on the claim you filed.**

If you disagree with the Objection's treatment of your claim, you may call the Debtors to try and resolve your concerns at **1-800-414-9607**.  If you are unable to resolve your concerns with the Debtors before the deadline to respond, then you <u>must</u> file and serve a written response

(a "**Response**") to the Objection in accordance with this notice and you <u>must</u> appear at the Hearing described below.

You may participate in the Hearing telephonically provided that you comply with the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider."  You must also provide prior written notice by mail or e-mail of your telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Russell Brooks, Esq. (russell.brooks@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Jennifer Sharret, Esq. (jsharret@kramerlevin.com)).

**If you do not oppose the disallowance and expungement of your claim, then you do not need to file a Response or appear at the Hearing.**

**<u>PLEASE TAKE FURTHER NOTICE THAT</u>** a hearing (the "**Hearing**") on the Objection is scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on **September 24, 2010 at 9:45 a.m. (Eastern Time)**.  If you file a Response to the Objection, you should plan to appear at the Hearing either in person or telephonically.  The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to your claim.  If the Debtors do continue the Hearing with respect to your claim, then the Hearing will be held at a later date.  If the Debtors do not

continue the Hearing with respect to your claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **September 17, 2010 at 4:00 p.m. (Eastern Time)**.  Only those Responses that are timely will be considered at the Hearing.  Your Response will be deemed timely only if it is:  (a) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing system (The User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov) before the deadline for Responses **or** (b) **actually** received on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format **and** in hard copy at each of the following addresses on or before the deadline for response:

    A.    Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;

    B.    Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and

    C.    Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Jennifer Sharret, Esq.).

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the number of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the

extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person that can be contacted in connection with the Objection.

If the Bankruptcy Court does NOT disallow and expunge your claim listed above, then the Debtors have the right to object on other grounds to your claim (or to any other claims you may have filed) at a later date.  You will receive a separate notice of any such objections.

If you have any questions about this notice or the Objection, please contact the Debtors at **1-800-414-9607**.    CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

**PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief requested in the Objection without further notice or a hearing if you fail to file a timely Response or appear at the Hearing.**

Dated: New York, New York
       August 18, 2010

WEIL, GOTSHAL & MANGES LLP
Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT B

WILMA SCHIMMEL TRUSTEE OF THE
SCHIMMEL FAMILY TRUST DTD 5-8-90
2718 CEILHUNT AVE
LOS ANGELES, CA 90064-3810

WILSON A SHOPP
7047 N PLUM TREE
PUNTA GORDA, FL 33955-1115

WILSON B ROBERTSON
3057 KNOTTY PINE DR
PENSACOLA, FL 32505-1853

WILSON J LEGNION
6010 DREW ST
LAKE CHARLES, LA 70607

WILSON K DECKER
2652 GOLF VIEW DR
RIVER FALLS, WI 54022-7502

WILSON K DECKER
2652 GOLF VIEW DRIVE
RIVER FALLS, WI 54022

WILSON R TATUM &
CHERYL G TATUM
JT TEN
PO BOX 47
FROST, TX 76641-0047

WILSON R TATUM & CHERYL G TATUM
BOX 47
FROST, TX 76641

WINIFRED L STAR
5948 CHABOLYN TERRACE
OAKLAND, CA 94618-1914

WINIFRED P ARGANO
255 VAN ETTEN RD
SPENCER, NY 14883-9568

WINIFRED S ROBINSON TTEE
LEONARD ROBINSON REV TR U/A/D 10-31-94
17276 BRIDLEWAY
BOCA RATON, FL 33496-3209

WINNFRED J HADDEN
11187 CR 168
TYLER, TX 75703

WINNIE R EWING IRA
200 ROSE
BRIDGE CITY, TX 77611-2122

WINNIFRED MOORE FAMILY TRUST
DATED 10/07/1994
2507 NORTH MILLER ROAD
SCOTTSDALE, AZ 85257

WINSLOW JOHNSON - TRUSTEE
STAMFORD MARKETING GROUP, INC
PROFIT SHARING PLAN
1736 SANCTUARY POINTE CT
NAPLES, FL 34110

WINSTON C BEATON
TOD BENEFICIARIES ON FILE
8504 HICKORY DR
STERLING HEIGHTS, MI 48312-4714

WINSTON D VINES
501 DOGWOOD MEADOWS LN
AUSTIN, AR 72007

WINSTON M & JACQUELYN CARTER TRUST
WINSTON M CARTER TTEE OR
JACQUELYN CARTER TTEE
1 OLDHAM LANE
BELLA VISTA, AR 72714-3501

WJ SCHAIBLE TRUSTEE
WALTER J & JANE M SCHAIBLE TRUST
13029 JADESTONE DR
SUN CITY WEST, AZ 85375

WM J POINSATTE
18531 VERONA LAGO DR
MIROMAR LAKE, FL 33913

WNNB CORPORATION
WU SHIH TUNG
33 JACKSON RD
BEDFORD, NY 10506-2206

WNNB CORPORATION
WU SHIH TUNG
33 JACKSON RD
BEDFORD, NY 10506-2206

WOLF FAMILY TRUST
TIMOTHY J. WOLF TTEE
8229 MEADOW CT
ST JOHN, IN 46373

WOLF JASKIEL SALLY JASKIEL
CHANI POLLOCK & GITA
SCHWARTZ TTEE THE JASKIEL FAM
FOUNDATION U/A/D 11/29/99
1750 47TH STREET
BROOKLYN, NY 11204-1227

WOLF-DIETER GAESSNER
226C SOUTH KALAHEO AVE
KAILUA, HI 96734

WOLFGANG & HILDEGARD STICH
UBIERSTRASSE 63
53173 BONN, FR GERMANY

WOLFGANG & HILDEGARD STICH
UBIERSTRASSE 69
53173 BONN, FR GERMANY

WOLFGANG AND HILDEGARD STICH
UBIERSTRASSE 69
53173 BONN  F.R. GERMANY

WOLFGANG AND HILDEGARD STICH
UBIERSTRASSE 69
53173 BONN F.R. GERMANY

WOLFGANG GRIEBL
300 FOX DR
BOULDER, CO 80303

WOLFGANG H KOPKA
3909 TARIAN COURT
PALM HARBOR, FL 34684

WOLFGANG MAUTE
WILHELMINENSTR 70
67065 LUDWIGSHAFEN GERMANY

WOLFGANG RENZ AND GERHARD GOETZFRIED
EVANGELIKREUZ 26
87727 BABENHAUSEN, GERMANY

WOLFGANG+HILDEGARD STICH
UBIERSTRASSE 69
53173 BONN F.G.GERMANY

WOLFGANG+HILDEGARD STICH
UBIERSTRASSE 69
53173 BONN F.R.GERMANY

WOMENS CLINIC OF SUMTER PA PSP
DTD SEPT 19 1984
FBO BARNEY WILLIAMS
BARNEY WILLIAMS TTEE
2710 MOHICAN ST.
SUMTER, SC 29150-2210

WOMENS CLINIC OF SUMTER PA PSP
DTD SEPT 19 1984 FBO BARNEY WILLIAMS
BARNEY WILLIAMS TTEE
2710 MOHICAN ST
SUMTER, SC 39150

WOMENS CLINIC OF SUMTER PA PSP
DTD SEPT 19 1984 FBO BARNEY WILLIAMS
BARNEY WILLIAMS TTEE
2710 MOHICAN ST
SUMTER, SC 29150

WOMEN'S MEDICAL GROUP PS
MURRAY MASTER, M.D. TTEE
4749 MAIN ST
BRIDGEPORT, CT 06606-1805

WONG CHIN PANG ALEX
NO 2 PARK ROAD
191 FUI FLAT A
MID-LEVELS HONG KONG

WONG CHIN PANG ALEX
NO 2 PARK ROAD 19/FU1
FLAT A
MID-LEVELS HONG KONG

WOOD FAMILY REV LIVING TRUST
MCKINLEY V WOODS
5360 FLORIDA PALM AVE
COCOA, FL 32927

WOODLAND FAMILY TR FBO LAURA
TARR & PAUL WOODLAND DJ
WOODLAND & JOAN WOODLAND
CO-TTEES UAD 07/19/89
8746 E VIA DE VIVA
SCOTTSDALE, AZ 85258-4032

WOODROE D SEIGLER TTEE
WOODROE D SEIGLER LIVING TRUST
124 SMITH ST
LEESVILLE, SC 29070

WOODROW A GAMMON
203 WATERS HILL RD
LIVERMORE, ME 04253-3402

WOODROW AND DOROTHY WILSON
JT / TEN
26588 E NOTTOWAY DR
COURTLAND, VA 23837

WOODRUFF FAMILY TRUST
BARBARA H WOODRUFF TR
D14 SOUTHFIELD APARTMENTS
AUBURN, NY 13021

WOON S KIM IRA
FCC AS CUSTODIAN
941 FOUNTAIN VIEW DR
DEERFIELD, IL 60015-4860

WORLD OF OUTLAWS BENEVOLENT FUND
ATTN: MANDY PITTMAN
482 WOODLAND PLACE
PITTSBORO, IN 46167-9181

WORTH & ANDREW LUDWICK
491 SANTA RITA AVENUE
PALO ALTO, CA 94301

WRIGHT JR, HIRAM
2154 GLENSIDE AVE
NORWOOD, OH 45212-1140

WRL GEN CTRS LTD, ROBERT & SHARON LEAVINE
10858 FM 346 WEST
FLINT, TX 75762

WTRISC TTEE
LOMA LINDA UNIV RADLGY RET PL
FBO PHIROZE E BILLIMORIA
664 EAST SUNSET DRIVE
REDLANDS, CA 92373-6409

WTRISC TTEE FBO SRC LTD
MPP & PS PLANS DTD 10-01-02
FAO HARRY MIXER
PO BOX 52129
PHOENIX, AZ 85072-2129

WU SHIH TUNG
33 JACKSON RD
BEDFORD, NY 10506-2206

WYCOFF AB LIVING TRUST V/A ORD 8/12/02
C/O DOUG WYCKO FF
8152 EL DESCAM SOUTH
ATASCUDERO, CA 93422

XERXES & ROSANNA TARAPORE
HEUWEG 22
75382 ALTHENGSTETT GERMANY

XIAOLIN TIAN
4605 CONLIN ST
METAIRIE, LA 70006

XME LTD
C/O MERRIL LYNCH INT BANK LTD
ATTN TRUST DEPT
2 RAFFLES LINK
MARINA BAMFRONT SINGAPORE 039392

YALE KNIGHT
6953 N BARNETT LANE
MILWAUKEE, WI 53217

YIGAL B BARUCH &
NAOMI BARUCH JT TEN
63 HOLLYBROOK ROAD
PARAMUS, NJ 07652-2344

YIK WAI TO
MACDONNELL HOUSE
FLAT 22-B
6 MACDONNEL ROAD HONG KONG CHINA

YILDIZ AGAR
2200 ALKI AVE SW #401
SEATTLE, WA 98116

YIM KWAI LAW
8/F, BLOCK D,
WOODLAND GARDEN
62 A-F CONDUIT ROAD
HONG KONG CHINA

YINGJU SUN
7394 WILDFLOWER WAY
CUPERTINO, CA 95014

YINGJU SUN
CHARLES SCHWAB & CO INC.CUST
IRA ROLLOVER
7394 WILDFLOWER WAY
CUPERTINO, CA 95014-5308

YITZCHOK ALSTER (R/O IRA)
FCC AS CUSTODIAN
1810 AVENUE N APARTMENT 1 G
BROOKLYN, NY 11230-6161

YOGESH DHINGRA
41604 MARGARITA RD
APT 266
TEMECULA, CA 92591

YOKO C DAVIS TTEE
EARLE WESLEY DAVIS SR TRUST U/A
DTD 07/29/1989
2473 SAN ELIJO AVENUE
CARDIFF BY THE SEA, CA 92007-2124

YOKO C DAVIS TTEE
EARLE WESLEY DAVIS SR TRUST U/A DTD 7/29/1989
2473 SAN ELIJO AVENUE
CARDIFF BY THE SEA, CA 92007-2124

YOKO C DAVIS TTEE F/T YOKO CHINO
DAVIS TRUST DATED 3-17-92
2473 SAN ELIJO AVE
CARDIFF BY THE SEA, CA 92007-2124

YOKWAH CARMOUCHE
426 NORTH LANG AVE
WEST COVINA, CA 91790-1512

YOLANDA DELOSA
407 DORCHESTER WAY
MANALAPAN, NJ 07726

YOLANDA JACOBS
172 WEST 79TH ST APT 14A
NEW YORK, NY 10024-6402

YOLANDA L GORDON
PO BOX 5784
BELLEVUE, WA 98006

YOLANDA L. GORDON
PO BOX 5784
BELLEVUE, WA 98006

YORAM LEHAVOT
2494 PROVENCE CIR
WESTON, FL 33327-1305

YORAM LEIDNER & DOVON LEIDNER JT WROS
7755 SW 86 ST APT 402
MIAMI, FL 33143

YOUNG H HA
WEDBUSH FBO YOUNG H HA IRA
ROLL DTD 6/22/95
714 4TH AVE #305
FAIRBANKS, AK 99701

YU HUANG TOD MINGYAN ZHU
SUBJECT TO STA RULES
BLDG 14, SUITE 904, WENHUIYUAN
XIAO XI TIAN, HAIDIAN DISTRICT
BEIJING, 100082, CHINA

YUE KIANG NG
3/F, BLOCK E, BUTLER TOWER,
1-5 BOYCE ROAD,
JARDINES LOOKOUT,
HONG KONG, CHINA
HONG KONG,

YU-FEN HO
13F-3, NO. 91, HSING-AN ST.
TAIPEI CITY TAIWAN

YUKI MIZUTA
1700 12TH AVE SOUTH
SEATTLE, WA 98144

YURI A GONCHAR
1925 HURSTGREEN AVE
ST LOUIS, MO 63114

YURI SALZMAN & MARIANNA SALZMAN JT TEN
6 SHAW LANE
HARTSDALE, NY 10530-1005

YVES MEYER
5005 HWY 3
BILLINGS, MT 59106

YVETTE M REINER
105 HARVARD COURT
GLENVIEW, IL 60026

YVONNE AND JOSEPH RESNICK
9200 CORONADO TER
FAIRFAX, VA 22031

YVONNE EVANS
4800 SMITHS RD
KIMBALL, MI 48074

YVONNE FIELMANN
990 CAPE MARCO DR UNIT 404
MARCO ISLAND, FL 34145

YVONNE G MCMILLIN
121 JORDAN CIRCLE
LOUISVILLE, MS 39339

YVONNE GAY HAWKINS
PO BOX 197
GOODWATER, AL 35072

YVONNE LIPKIN
10490 WILSHIRE BLVD
APT 702
LOS ANGELES, CA 90024

YVONNE LIPKIN
10490 WILSHIRE BLVD
APT 702
LOS ANGELES, CA 90024

YVONNE LOPKIN
10490 WILSHIRE BLVD
APT 702
LOS ANGELES, CA 90024

YVONNE MONTSDEOCA TTEE
FRED Y MONTSDEOCA
1025 SE 10TH ST
OCALA, FL 34471-3907

YVONNE POSTELLE
385 MOUNTAIN VIEW AVE
SAN RAFAEL, CA 94901

YVONNE SAADI COURCIER - IRA
103 OAK GLEN
LAFAYETTE, LA 70503-4708

YWCA OF THE MOHAWK VALLEY-HALL
1000 CORNELIA ST
UTICA, NY 13502-4606

Z D OVERSTREET
515 CHATSWORTH
MONTGOMERY, AL 36109

Z POSIN (DECD) & P POSIN JT TEN TOD
C A BILICH, J E HILLMAN
SUBJECT TO STA RULES
406 DAUB AVENUE
HEWLETT, NY 11557-1105

Z TAMMAN & G TAMMAN CO-TTEE
ZAKI & GRETA TAMMAN FAMILY TRUST
133 S SPALDING DR #101
BEVERLY HILLS, CA 90212-1806

ZACHARY JAMES SILVER
24840 PROSPECT AVE
LOS ALTOS, CA 94022-5152

ZAHIDE GULER AKSU
ORANIENSTR 182
10999 BERLIN GERMANY

ZAIDA SOTO
3 DOGWOOD LN
DEMAREST, NJ 07627-1539

ZAIDA SOTO
WBNA CUSTODIAN TRAD IRA
3 DOGWOOD LANE
DEMAREST, NJ 07627-1539

ZALMAN B VISHNEVSKY
1980 S OCEAN DR APT 2P
HALLANDALE, FL 33009-5916

ZANE BRESLOFF 1998 TRUST
C/O DANIEL L WOODROW TRUSTEE
999 18TH ST STE 2550
DENVER, CO 80202-2442

ZANE GORDON
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
3333 VICKERS DR
GLENDALE, CA 91208

ZAYNEH GORMAN
76 HARVARD ROAD
WATERVLIET, NY 12189

ZEEV PACHTER
ZEEV PACHTER C/O RENET
34 W MONTGOMERY AVE
SUITE 34
ARDMORE, PA 19003

ZEHNDERS INC
MARTHA SHELTON
730 S MAIN
FRANKENMUTH, MI 48734

ZEINER LIVING TRUST
UAD 09/24/97
C JOSEPH ZEINER TTEE
102 PECAN GRV APT 220
HOUSTON, TX 77077-5296

ZELDA B GOLD STEIN TTEE
6927 CAIRNWELL DR
BOYNTON BEACH, FL 33472

ZELDA COHEN
506 WALDEN PLACE
POMPTON PLAINS, NJ 07444

ZELMAN G WEINGARTEN IRRA
ZELMAN G WEINGARTEN
3532 WOODCLIFF RD
SHERMAN OAKS, CA 91403-5045

ZENIA FICINI
861 E 231 ST
BRONX, NY 10466-4407

ZENIA FICINI
861 E 231 ST
BRONX, NY 10466-4407

ZENON DUDKIEWICZ
MARIANNA DUDKIEWICZ JT TEN
TOD DTD 06/12/2007
12 LYMAN STREET
EASTHAMPTON, MA 01027-1012

ZEONA E LUNDSTROM TTEE
ZEONA E LUNDSTROM LIV
TRUST DTD 6-12-92
975 SHADY LANE
GLENDORA, CA 91740-6710

ZHENGYU LU
480 STEDFORD LANE
DULUTH, GA 30097

ZIELKE, THOMAS A
18900 VALENCIA ST
NORTHVILLE, MI 48168-3507

ZIGFRID R GRINS IRA
FCC AS CUSTODIAN
4 SAXON CT
SMITHTOWN, NY 11787-4121

ZINUK GLOBAL LTD
3 TEVUOK HAARETZ ST
69546 TEL AVIV ISRAEL

ZOLA T DUNBAR REV LIVING TRUST DONALD & ZOLA DUNBAR
12180 SW LYNNRIDGE
PORTLAND, OR 97225

ZORKA BASTA IRA
902 GRANVILLE COURT
LEXINGTON, KY 40503

ZORKA BASTA TRUST
902 GRANVILLE COURT
LEXINGTON, KY 40503

ZULI STEREMBERG (IRA)
FCC AS CUSTODIAN
1175 W. CALLED DE EMILIA
GREEN VALLEY, AZ 85614-4728

ZURN JOINT LIVING TRUST
VERNON O ZURN & EDNA C ZURN TRUSTEES
1604 S KENWOOD ST
CASPER, WY 82601

ZVI & RIVKA TALMON
ATTENTION: C/O BAR NIR
4, NOF-HARIM
JERUSALEM, 96190 ISRAEL