KLESTADT & WINTERS, LLP
Tracy L. Klestadt
Samir P. Gebrael
292 Madison Avenue, 17th Floor
New York, New York 10017
(212) 972-3000

- and -

MEYER AND WILLIAMS,
ATTORNEYS AT LAW, P.C.
P. Richard Meyer
Robert N. Williams
350 E. Broadway, P.O. Box 2608
Jackson, WY 83001
(307) 733-8300

*Co-Counsel to Julie and David Brittingham*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
                                                                :
In re                                                           :   Chapter 11 Case No.
                                                                :
MOTORS LIQUIDATION COMPANY, et al.,                             :   09-50026 (REG)
f/k/a GENERAL MOTORS, CORP. et al.,                             :
                                                                :
                Debtors.                                        :   (Jointly Administered)
                                                                :
---------------------------------------------------------------x

**WITHDRAWAL, WITHOUT PREJUDICE, OF THE APPLICATION OF JULIE AND DAVID BRITTINGHAM FOR AN ORDER PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AUTHORIZING AND DIRECTING (A) THE PRODUCTION OF DOCUMENTS AND (B) THE ORAL EXAMINATION OF INDIVIDUALS DESIGNATED BY THE DEBTORS AND <u>BELIEVED TO HAVE KNOWLEDGE OF THE RELEVANT MATTERS</u>**

PLEASE TAKE NOTICE THAT Julie Brittingham and her husband, David (hereinafter, collectively, the "<u>Brittinghams</u>"), by their undersigned counsel, hereby withdraw, without prejudice, their application ("<u>Application</u>") for an Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing and Directing (A) the Production of Documents and

09-50026-mg   Doc 6962   Filed 09/16/10   Entered 09/16/10 17:37:32   Main Document

(B) the Oral Examination of Individuals Designated by the Debtors and Believed to Have Knowledge of the Relevant Matters [Docket No. 3665], scheduled to be heard on September 24, 2010 at 9.45 a.m. (Eastern Time) (the "Hearing Date") before the Honorable Robert E. Gerber, United States Bankruptcy Judge, One Bowling Green, Room 621, New York, New York 10004. The Brittinghams reserve their right to bring this Application again at a later time of their choosing.

Dated: New York, New York
         September 16, 2010

                        KLESTADT & WINTERS, LLP

                        By: _/s/ Samir P. Gebrael_____
                             Tracy L. Klestadt
                             Samir P. Gebrael
292 Madison Avenue, 17th Floor
New York, New York 10017
(212) 972-3000

- and -

MEYER AND WILLIAMS, ATTORNEYS AT LAW, P.C.
P. Richard Meyer
Robert N. Williams
350 E. Broadway, P.O. Box 2608
Jackson, WY 83001
(307) 733-8300

*Co-Counsel to Julie and David Brittingham*