John A. McMullen (admitted to New York bar)
100 Dorset Street, Suite 15
South Burlington, VT  05403
Telephone: 802-859-9800
Facsimile: 802-859-0826

Attorney for Alfred H. McMullen, a named claimant in Debtors' Eighty-Third Omnibus
Objection to Claims

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                             :
**In re**                                                    :        **Chapter 11 Case No.**
                                                             :
**MOTORS LIQUIDATION COMPANY,** *et al.,*   :        **09-50026 (REG)**
**f/k/a General Motors Corp.,** *et al.*                :
                                                             :
        **Debtors.**                                      :        **(Jointly Administered)**
                                                             :
-------------------------------------------------------------x

**OBJECTION AND MOTION TO REJECT DEBTORS' EIGHTY-THIRD**
**OMNIBUS OBJECTION TO CLAIMS  (Welfare Benefits Claims of Retired and**
**Former Salaried and Executive Employees)**

**PLEASE TAKE NOTICE** that on September 16, 2010, Claimant Alfred H. McMullen,

a retired General Motors executive, filed an objection to the rejection of his claim as

proposed in Debtors' Eighty-Third Omnibus Objection to Claims.

Claimant moves the court to reject Debtors' Eighty-Third Omnibus Objection to Claims

as it relates to his claim for the reasons outlined in the attached motion.

Claimant notes that on August 11, 2010, he duly filed an amendment with The Garden

City Group, Inc. to the claim outlined by Debtors in Exhibit A -- which amendment

raised the claimed amount to $215,142 from $142,496 based on subsequent discovery of

more accurate records forming the basis for the claim.  The methodology for the amended

claim is provided in the materials sent to The Garden City Group, Inc., and subsequently

forwarded onto the Debtors' counsel, Weil, Gotshal & Manges, LLP.


Dated: South Burlington, Vermont
      September 15, 2010

                    /s/ John A. McMullen
                    John A. McMullen

                    100 Dorset Street, Suite 15
                    South Burlington, VT  05403
                    Telephone: 802-859-9800
                    Facsimile: 802-859-0826

                    Attorney for Alfred H. McMullen, a named
                        claimant in Debtors' Eighty-Third
                        Omnibus Objection to Claims