**Hearing Date: September 24, 2010 at 9:45 a.m. (Eastern Time)**
**Objection Deadline: September 17, 2010**

LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
David L. Neale (DN 1948)

Attorneys for Dealer, First United Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
                                    :
**In re**                           :    **Chapter 11 Case No.**
                                    :
**MOTORS LIQUIDATION COMPANY,** *et al*, :    **09-50026 (REG)**
    f/k/a General Motors Corp., *et al.* :
            Debtors.                :    **(Jointly Administered)**
                                    :
                                    :
-----------------------------------------------------------x

**AFFIDAVIT OF SERVICE FOR REPLY OF FIRST UNITED INC. TO DEBTORS'**
**THIRTY-SECOND OMNIBUS OBJECTION TO CLAIMS AND NOTICE OF FILING**
<u>**OF AMENDED PROOF OF CLAIM**</u>

# AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA        )
                           ) ss:
COUNTY OF LOS ANGELES      )

I, KRIKOR J. MESHEFEJIAN, being duly sworn, deposes and says:

1. I am employed by Levene, Neale, Bender, Yoo & Brill L.L.P., located at 10250 Constellation Blvd., Suite 1700, Los Angeles, California 90067. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 17, 2010, I caused to be served the following document(s) [Docket #6978] upon the parties listed on "Exhibit 1" attached hereto by first class U.S. mail, postage prepaid:

    a. Reply of First United Inc. To Debtors' Thirty-Second Omnibus Objection To Claims And Notice Of Filing Of Amended Proof Of Claim

Krikor J. Meshefejian

Sworn to me before this
17th day of September, 2010

John Berwick
Notary Public, State of California
No. 1810380
Qualified in Los Angeles County
Commission Expires August 27, 2012



JOHN BERWICK
Commission # 1810380
Notary Public - California
Los Angeles County
My Comm. Expires Aug 27, 2012

4421

# EXHIBIT 1

EXHIBIT 1

Attorneys for Debtors
Weil, Gotshal & Manges LLP
Attn: Harvey Miller, Esq., Stephen Karotkin,
    Esq., Joseph Smolinsky, Esq.
767 Fifth Ave.
New York, NY 10153

U.S. Dept Treasury
Attn: Joseph Samarias, Esq.
1500 Pennsylvania Ave. N.W.
Room 2312
Washington, DC 20220

UAW
Attn: Daniel W Sherrick, Esq.
8000 East Jefferson Ave
Detroit, MI 48214

Office of the U.S. Trustee S.D.N.Y.
Attn: Diana G. Adams, Esq.
33 Whitehall Street
21st Floor
New York, NY 10004

General Motors, LLC
Attn: Lawrence S. Buonomo, Esq.
400 Renaissance Center
Detroit, Michigan 48265

Stutzman, Bromberg, Esserman & Plifka, A
Professional Corporation
Attn: Sander L. Esserman, Esq.
    Robert T. Brousseau, Esq.
2323 Bryan Street, Suite 2200
Dallas, Texas 75201

Motors Liquidation Company
Attn: Ted Stenger
300 Renaissance Center
Detroit, MI 48265

Attys for Export Dvlpmt Canada
Vedder Price, P.C.
Attn: Michael J. Edelman, Esq.
    Micahel L. Schein, Esq.
1633 Broadway, 47th Floor
New York, NY 10019

Attorneys for UAW
Cleary Gottlieb Steen & Hamilton LLP
Attn: James L Bromley, Esq.
One Liberty Plaza
New York, NY 10006

Office of the U.S. Attorney, S.D.N.Y.
Attn: David S. Jones, Esq.
    Natalie Kuehler, Esq.
86 Chambers St., Third Floor
New York, NY 10007

Caplin & Drysdale, Chartered
Attn: Elihu Inselbuch, Esq.
    Rita C. Tobin, Esq.
375 Park Avenue, 35th Floor
New York, New York 10152-3500

Attorneys for US Treasury
Cadwalader Wickersham & Taft
Attn: John J. Rapisardi, Esq.
One World Financial Center
New York, NY 10281

Attys for Creditors Committee
Kramer Levin Naftalis & Frankel LLP
Attn: Thomas Moers Mayer, Esq
    Amy Caton, Esq., Lauren Macksound
    Jennifer Sharret, Esq.
1177 Avenue of the Americas
New York, NY 10036

Attorneys for UAW
Cohen Weiss & Simon LLP
Attn: Babette Cecotti Esq.
330 W. 42nd Street
New York, NY 10036

United States Bankruptcy Court
Southern District of New York
Attn: The Honorable Robert E. Gerber
One Bowling Green
New York, New York 10004

Caplin & Drysdale, Chartered
Attn: Trevor W. Swett III, Esq.
    Kevin C. Maclay, Esq.
One Thomas Circle, N.W., Suite 1100
Washington D.C. 20005