# EXHIBIT A

(Summary of Recommended Deductions)

**Exhibit A**
Summary of Recommended Deductions
Weil, Gotshal & Manges LLP
Third Interim Fee Application
*In re Motors Liquidation Co. et al.*

| Fee Category | Recommended Disallowance |
| --- | --- |
| Project staffing | $0.00 |
| Billable rates | $0.00 |
| Review of billing records | $132,635.25 |
| Responses to Fee Examiner and UST | $24,185.25 |
| Responding to NUMMI Proof of Claim | $0.00 |
| Time increments | $25,185.63 |
| Block billing | $52,920.75 |
| Vague entries | $4,257.83 |
| Legal research | $8,347.13 |
| Transient billers | $16,679.00 |
| Clerical/administrative | $16,565.00 |
| Double billing | $577.00 |
| Non-working travel time | $726.25 |
| **Fees -- recommended disallowance** | **$282,079.09** |

| Expense Category | Recommended Disallowance |
| --- | --- |
| Pre-retention | $13.00 |
| Administrative | $252.10 |
| Meals | $626.67 |
| Local transportation | $1,497.13 |
| Travel | $0.00 |
| **Expenses -- recommended disallowance** | **$2,388.90** |

**Fees and Expenses**
**Total Recommended Disallowance**            **$284,467.99**