# EXHIBIT B

(Summary of Hours and Fees by Position and Individual, Computed at Billed Rate)

EXHIBIT B

SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL

COMPUTED AT BILLED RATE

Weil, Gotshal & Manges

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 0094 | Berz, David R. | PARTNER | $900.00 | $900.00 | 654.80 | $589,320.00 |
| 0663 | Smolinsky, Joseph H. | PARTNER | $900.00 | $900.00 | 338.00 | $304,200.00 |
| 0080 | Karotkin, Stephen | PARTNER | $495.00 | $990.00 | 230.70 | $219,730.50 |
| 0458 | Beagles, Vance L. | PARTNER | $422.50 | $845.00 | 190.10 | $141,664.25 |
| 0534 | Druon, Philippe | PARTNER | $472.50 | $945.00 | 128.40 | $120,298.50 |
| 0139 | Gietz, Raymond O. | PARTNER | $990.00 | $990.00 | 81.90 | $81,081.00 |
| 0020 | Miller, Harvey R. | PARTNER | $990.00 | $990.00 | 75.10 | $74,349.00 |
| 0246 | Guy, Ray T. | PARTNER | $442.50 | $885.00 | 70.10 | $59,162.25 |
| 3331 | Berkovich, Ronit J. | PARTNER | $725.00 | $725.00 | 72.80 | $52,780.00 |
| 0617 | Zambrano, Angela C. | PARTNER | $390.00 | $780.00 | 54.40 | $38,961.00 |
| 0196 | Goldring, Stuart J. | PARTNER | $990.00 | $990.00 | 34.20 | $33,858.00 |
| 0069 | Warren, Irwin H. | PARTNER | $990.00 | $990.00 | 30.40 | $30,096.00 |
| 0327 | Nave, Douglas A. | PARTNER | $1,000.00 | $1,000.00 | 17.50 | $17,500.00 |
| 0163 | Kam, Michael K. | PARTNER | $900.00 | $900.00 | 11.30 | $10,170.00 |
| 0561 | Albanese, Anthony J. | PARTNER | $820.00 | $820.00 | 12.00 | $9,840.00 |
| 0539 | Osterman, Jeffrey D. | PARTNER | $845.00 | $845.00 | 11.40 | $9,633.00 |
| 0397 | Dixon, Catherine T. | PARTNER | $990.00 | $990.00 | 7.60 | $7,524.00 |
| 0360 | Adas, Craig W. | PARTNER | $900.00 | $900.00 | 8.00 | $7,200.00 |
| 0406 | Blanchard, Kimberly S. | PARTNER | $950.00 | $950.00 | 5.60 | $5,320.00 |
| 0580 | Bernstein, Steven K. | PARTNER | $865.00 | $865.00 | 4.70 | $4,065.50 |
| 0587 | Grauke, Britta | PARTNER | $835.00 | $835.00 | 3.20 | $2,672.00 |
| 0338 | Bower, David I. | PARTNER | $845.00 | $845.00 | 3.00 | $2,535.00 |
| 0284 | Gregory, Holly J. | PARTNER | $885.00 | $885.00 | 2.50 | $2,212.50 |
| 0061 | McCaffrey, Carlyn S. | PARTNER | $950.00 | $950.00 | 2.30 | $2,185.00 |
| 0087 | Odoner, Ellen | PARTNER | $990.00 | $990.00 | 1.50 | $1,485.00 |
| 0494 | Grauke, Stephan K. | PARTNER | $835.00 | $835.00 | 1.70 | $1,419.50 |
| 0427 | Chandler, Todd R. | PARTNER | $845.00 | $845.00 | 1.40 | $1,183.00 |
| 0070 | Waksman, Ted S. | PARTNER | $990.00 | $990.00 | 0.90 | $891.00 |
| 0434 | Pappas, Nicholas J. | PARTNER | $845.00 | $845.00 | 1.00 | $845.00 |
| 0567 | Neuwirth, John A. | PARTNER | $820.00 | $820.00 | 0.90 | $738.00 |
| 0212 | Hird, David B. | PARTNER | $845.00 | $845.00 | 0.70 | $591.50 |
| 0365 | Chivers, Corey | PARTNER | $900.00 | $900.00 | 0.60 | $540.00 |

**EXHIBIT B**

**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL COMPUTED AT BILLED RATE**

**Weil, Gotshal & Manges**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 0419 | Landau, Malcolm E. | PARTNER | $845.00 | $845.00 | 0.40 | $338.00 |
| 0350 | Youngman, Stephen A. | PARTNER | $845.00 | $845.00 | 0.40 | $338.00 |
| 0446 | Dedyo, John J. | PARTNER | $900.00 | $900.00 | 0.20 | $180.00 |
| 0306 | Dicker, Howard B. | PARTNER | $925.00 | $925.00 | 0.10 | $92.50 |
| No. of Billers for Position: 36 | | Blended Rate for Position: | $890.86 | | 2,059.80 | $1,834,999.00 |
| | | | | | % of Total: 22.11% | % of Total: 34.54% |
| 0487 | Meises, Michele J. | COUNSEL | $700.00 | $700.00 | 524.50 | $367,150.00 |
| 0337 | Baer, Lawrence J. | COUNSEL | $720.00 | $720.00 | 13.00 | $9,360.00 |
| 2628 | Burshtine, Ram | COUNSEL | $700.00 | $700.00 | 1.20 | $840.00 |
| 0170 | Asofsky, Paul | COUNSEL | $925.00 | $925.00 | 0.40 | $370.00 |
| No. of Billers for Position: 4 | | Blended Rate for Position: | $700.65 | | 539.10 | $377,720.00 |
| | | | | | % of Total: 5.79% | % of Total: 7.11% |
| 1200 | Falabella, Pablo | ASSOCIATE | $257.50 | $515.00 | 735.10 | $378,194.75 |
| 5334 | Brooks, Russell | ASSOCIATE | $227.50 | $455.00 | 628.90 | $285,694.50 |
| 1669 | Lederman, Evan S. | ASSOCIATE | $595.00 | $595.00 | 477.90 | $284,350.50 |
| 5560 | Benfield, Brianna N. | ASSOCIATE | $227.50 | $455.00 | 432.70 | $194,944.75 |
| 1648 | Laken, Lacey | ASSOCIATE | $515.00 | $515.00 | 360.20 | $185,503.00 |
| 4218 | Morton, Matthew D. | ASSOCIATE | $332.50 | $665.00 | 235.90 | $156,374.75 |
| 1448 | Goslin, Thomas D. | ASSOCIATE | $595.00 | $595.00 | 260.30 | $154,878.50 |
| 2152 | Smith, Leslie S. | ASSOCIATE | $695.00 | $695.00 | 194.30 | $135,038.50 |
| 5391 | O'Connor, John T. | ASSOCIATE | $515.00 | $515.00 | 166.90 | $85,953.50 |
| 3181 | Law, Erin J. | ASSOCIATE | $695.00 | $695.00 | 104.30 | $72,488.50 |
| 5318 | Arons, Andrew | ASSOCIATE | $455.00 | $455.00 | 155.90 | $70,934.50 |
| 4148 | Allen, Margaret H. | ASSOCIATE | $630.00 | $630.00 | 103.90 | $65,457.00 |
| 5673 | Rosen, Chelsea | ASSOCIATE | $395.00 | $395.00 | 132.80 | $52,456.00 |
| 5338 | Byeff, David P. | ASSOCIATE | $455.00 | $455.00 | 110.60 | $50,323.00 |
| 1239 | Spizzichino, Lionel | ASSOCIATE | $690.00 | $690.00 | 62.30 | $42,987.00 |
| 3793 | Kotcher, Liani G. | ASSOCIATE | $630.00 | $630.00 | 62.60 | $39,438.00 |
| 1100 | Burns, Gregory C. | ASSOCIATE | $550.00 | $550.00 | 69.00 | $37,950.00 |

**EXHIBIT B**
**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**
**COMPUTED AT BILLED RATE**

**Weil, Gotshal & Manges**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 3682 | Eckols, Erin D. | ASSOCIATE | $665.00 | $665.00 | 54.10 | $35,976.50 |
| 1559 | Yates, Erin K. | ASSOCIATE | $455.00 | $455.00 | 75.90 | $34,534.50 |
| 4684 | Wine, Jennifer L. | ASSOCIATE | $550.00 | $550.00 | 62.60 | $34,430.00 |
| 3628 | Goodman, Max A. | ASSOCIATE | $665.00 | $665.00 | 49.90 | $33,183.50 |
| 1110 | Heyliger, Adelaja K. | ASSOCIATE | $665.00 | $665.00 | 49.70 | $33,050.50 |
| 4158 | Dummer, David W. | ASSOCIATE | $347.50 | $695.00 | 50.80 | $32,526.00 |
| 1455 | Pae, Joonbeom | ASSOCIATE | $515.00 | $515.00 | 56.90 | $29,303.50 |
| 5202 | Decker, Sarah M. | ASSOCIATE | $550.00 | $550.00 | 49.80 | $27,390.00 |
| 1461 | Petherbridge, Vaughan | ASSOCIATE | $665.00 | $665.00 | 40.10 | $26,666.50 |
| 1285 | Mapes, Justin G. | ASSOCIATE | $665.00 | $665.00 | 37.60 | $25,004.00 |
| 1467 | Shiffman, Jonathan | ASSOCIATE | $695.00 | $695.00 | 34.90 | $24,255.50 |
| 1535 | Christensen, Evert J. | ASSOCIATE | $515.00 | $515.00 | 29.40 | $15,141.00 |
| 4782 | Griffiths, David N. | ASSOCIATE | $515.00 | $515.00 | 21.70 | $11,175.50 |
| 5305 | Pruzansky, Jason | ASSOCIATE | $515.00 | $515.00 | 19.30 | $9,939.50 |
| 5755 | Liroff, Alexander R. | ASSOCIATE | $395.00 | $395.00 | 19.60 | $7,742.00 |
| 1204 | Godhard, Peter | ASSOCIATE | $550.00 | $550.00 | 13.00 | $7,150.00 |
| 5460 | Hatcher, R. Todd T. | ASSOCIATE | $455.00 | $455.00 | 14.70 | $6,688.50 |
| 1633 | Vermynck, Alexandre | ASSOCIATE | $275.00 | $275.00 | 23.00 | $6,325.00 |
| 1664 | Greifeneder, Stefanie | ASSOCIATE | $470.00 | $470.00 | 10.30 | $4,841.00 |
| 5647 | Limmer, Sam | ASSOCIATE | $395.00 | $395.00 | 12.20 | $4,819.00 |
| 2198 | Parker, Christopher M. | ASSOCIATE | $695.00 | $695.00 | 6.50 | $4,517.50 |
| 1336 | Fortin, Isabelle | ASSOCIATE | $580.00 | $580.00 | 7.30 | $4,234.00 |
| 5201 | Klein, Daniel S. | ASSOCIATE | $515.00 | $515.00 | 7.70 | $3,965.50 |
| 5601 | Burton, Casey A. | ASSOCIATE | $455.00 | $455.00 | 8.70 | $3,958.50 |
| 1432 | Han, Jin Woo | ASSOCIATE | $630.00 | $630.00 | 5.80 | $3,654.00 |
| 4376 | Fabre, Elodie | ASSOCIATE | $655.00 | $655.00 | 5.00 | $3,275.00 |
| 1193 | Bronder, Vigdis | ASSOCIATE | $515.00 | $515.00 | 6.00 | $3,090.00 |
| 5275 | Freda, Lucia | ASSOCIATE | $515.00 | $515.00 | 5.50 | $2,832.50 |
| 1257 | Stewart, Benjamin L. | ASSOCIATE | $595.00 | $595.00 | 3.50 | $2,082.50 |
| 5491 | Milligan, Peter M. | ASSOCIATE | $395.00 | $395.00 | 4.80 | $1,896.00 |
| 1666 | Schmidt [fka Beyer], Stefanie K. | ASSOCIATE | $515.00 | $515.00 | 3.40 | $1,751.00 |
| 5688 | Evans, Christopher L. | ASSOCIATE | $395.00 | $395.00 | 3.50 | $1,382.50 |

EXHIBIT B
SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL
COMPUTED AT BILLED RATE
Weil, Gotshal & Manges

| INITIALS | NAME | POSITION | MINIMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 5274 | Forlenza, Justin | ASSOCIATE | $515.00 | $515.00 | 2.60 | $1,339.00 |
| 2966 | Hahn, Arlene A. | ASSOCIATE | $695.00 | $695.00 | 1.70 | $1,181.50 |
| 4121 | Landen, Ronald A. | ASSOCIATE | $695.00 | $695.00 | 1.70 | $1,181.50 |
| 1367 | Perheentupa, Ilkka I. | ASSOCIATE | $665.00 | $665.00 | 1.50 | $997.50 |
| 2947 | Amsel, Joshua S. | ASSOCIATE | $695.00 | $695.00 | 1.30 | $903.50 |
| 4005 | Vron, Victoria | ASSOCIATE | $630.00 | $630.00 | 1.40 | $882.00 |
| 1308 | Schroeder, Friederike | ASSOCIATE | $400.00 | $400.00 | 2.10 | $840.00 |
| 1441 | Kim, Hyun K. | ASSOCIATE | $630.00 | $630.00 | 1.30 | $819.00 |
| 5530 | Van Deurzen, Josh | ASSOCIATE | $455.00 | $455.00 | 1.50 | $682.50 |
| 4094 | Wright, Miles J. | ASSOCIATE | $630.00 | $630.00 | 1.00 | $630.00 |
| 5569 | Thompson, Sunny J. | ASSOCIATE | $455.00 | $455.00 | 1.30 | $591.50 |
| 1591 | Koch, Eberhard | ASSOCIATE | $400.00 | $400.00 | 1.10 | $440.00 |
| 5465 | Lennox, Maria N. | ASSOCIATE | $455.00 | $455.00 | 0.90 | $409.50 |
| 5476 | Kulawik, Tomasz | ASSOCIATE | $455.00 | $455.00 | 0.70 | $318.50 |
| 1459 | Ho, Jill Jane | ASSOCIATE | $630.00 | $630.00 | 0.50 | $315.00 |
| 4270 | Gilbane, Eleanor H. | ASSOCIATE | $695.00 | $695.00 | 0.40 | $278.00 |
| 4056 | Morneau, Jeff M. | ASSOCIATE | $630.00 | $630.00 | 0.40 | $252.00 |
| | No. of Billers for Position: 66 | Blended Rate for Position: | $538.70 | | 5,108.20 | $2,751,808.75 |
| | | | | | % of Total: 54.82% | % of Total: 51.80% |
| 6558 | Rodriguez, Ilusion | PARALEGAL | $200.00 | $200.00 | 308.20 | $61,640.00 |
| 7036 | Roberts, Sarah B. | PARALEGAL | $230.00 | $230.00 | 203.60 | $46,828.00 |
| 6746 | Lee, Kathleen | PARALEGAL | $275.00 | $275.00 | 107.90 | $29,672.50 |
| 7374 | Hausman, Jeffrie | PARALEGAL | $260.00 | $260.00 | 95.70 | $24,882.00 |
| 6927 | Aliseo, Nicole K. | PARALEGAL | $180.00 | $210.00 | 100.70 | $20,745.00 |
| 7193 | Schell, Peter | PARALEGAL | $225.00 | $225.00 | 79.30 | $17,842.50 |
| 6753 | Shrestha, Christine | PARALEGAL | $275.00 | $275.00 | 57.20 | $15,730.00 |
| 7364 | Mehta, Mona V. | PARALEGAL | $180.00 | $180.00 | 75.60 | $13,608.00 |
| 6563 | Maravilla, Mel C. | PARALEGAL | $225.00 | $225.00 | 38.70 | $8,707.50 |
| 6718 | Prindle, Kaitlin C. | PARALEGAL | $200.00 | $200.00 | 36.00 | $7,200.00 |
| 7331 | George, Camille A. | PARALEGAL | $240.00 | $240.00 | 30.00 | $7,200.00 |

EXHIBIT B

SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL

COMPUTED AT BILLED RATE

Weil, Gotshal & Manges

| INITIALS | NAME | POSITION | MINIMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 6617 | Jones, Peggy | PARALEGAL | $260.00 | $260.00 | 27.50 | $7,150.00 |
| 5065 | Fuller, Deidre E. | PARALEGAL | $260.00 | $260.00 | 25.10 | $6,526.00 |
| 6898 | Perkari, Harish | PARALEGAL | $190.00 | $190.00 | 26.80 | $5,092.00 |
| 6687 | Potter, Lougran | PARALEGAL | $200.00 | $200.00 | 24.30 | $4,860.00 |
| 6685 | Burns, Jo N. | PARALEGAL | $260.00 | $260.00 | 16.20 | $4,212.00 |
| 6705 | Ellsworth, John A. | PARALEGAL | $260.00 | $260.00 | 13.50 | $3,510.00 |
| 6820 | Castillero, Francene S. | PARALEGAL | $190.00 | $190.00 | 18.30 | $3,477.00 |
| 6472 | Chettri, Anupama | PARALEGAL | $200.00 | $200.00 | 15.00 | $3,000.00 |
| 6780 | Cade, Nancy P. | PARALEGAL | $250.00 | $250.00 | 10.40 | $2,600.00 |
| 7243 | Flinn, Deborah C. | PARALEGAL | $240.00 | $240.00 | 10.10 | $2,424.00 |
| 6945 | Suthar, Anh N. | PARALEGAL | $225.00 | $225.00 | 9.00 | $2,025.00 |
| 6871 | Chan, Herbert | PARALEGAL | $215.00 | $215.00 | 9.20 | $1,978.00 |
| 7168 | Etienne, Donald | PARALEGAL | $180.00 | $180.00 | 9.80 | $1,764.00 |
| 6581 | Viola, Matthew | PARALEGAL | $275.00 | $275.00 | 5.40 | $1,485.00 |
| 7471 | Bennett, Victoria A. | PARALEGAL | $215.00 | $215.00 | 6.50 | $1,397.50 |
| 8840 | Oh, Doe Y. | PARALEGAL | $215.00 | $215.00 | 3.10 | $666.50 |
| 8375 | Kimmel, Gregory | PARALEGAL | $240.00 | $240.00 | 2.00 | $480.00 |
| 7341 | Kerley, Peggy N. | PARALEGAL | $250.00 | $250.00 | 1.20 | $300.00 |
| 6976 | Stauble, Christopher A. | PARALEGAL | $275.00 | $275.00 | 1.00 | $275.00 |
| 7317 | Matiteyahu, Gillad | PARALEGAL | $215.00 | $215.00 | 0.70 | $150.50 |
| 6622 | Lynch, Michael R. | PARALEGAL | $180.00 | $180.00 | 0.50 | $90.00 |
| 4475 | Stewart, LaSonya R. | PARALEGAL | $180.00 | $180.00 | 0.20 | $36.00 |
| 6894 | Shapiro, Rachel | PARALEGAL | $160.00 | $160.00 | 0.20 | $32.00 |

No. of Billers for Position: 34    Blended Rate for Position: $224.70      1,368.90    $307,586.00

% of Total: 14.69%   % of Total: 5.79%

| 6998 | Brogi, Alice | LAW CLERK | $180.00 | $180.00 | 70.50 | $12,690.00 |
| 5673 | Rosen, Chelsea | LAW CLERK | $225.00 | $225.00 | 20.50 | $4,612.50 |
| 7008 | Rapp, Alexis | LAW CLERK | $180.00 | $180.00 | 14.00 | $2,520.00 |
| 6989 | Scetbon, Benjamin | LAW CLERK | $180.00 | $180.00 | 10.00 | $1,800.00 |

# EXHIBIT B
## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL
### COMPUTED AT BILLED RATE
#### Weil, Gotshal & Manges

| INITIALS | NAME | POSITION | MINIMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| | No. of Billers for Position: 4 | Blended Rate for Position: | $188.02 | | 115.00 | $21,622.50 |
| | | | | | % of Total: 1.23% | % of Total: 0.41% |
| 5035 | Burdette, Leslie A. | MANAG CLERK | $140.00 | $140.00 | 75.00 | $10,500.00 |
| 5095 | Bailey, Gregory | MANAG CLERK | $170.00 | $170.00 | 28.00 | $4,760.00 |
| 6527 | Lucevic, Almir | MANAG CLERK | $150.00 | $150.00 | 1.80 | $270.00 |
| | No. of Billers for Position: 3 | Blended Rate for Position: | $148.19 | | 104.80 | $15,530.00 |
| | | | | | % of Total: 1.12% | % of Total: 0.29% |
| 9497 | Prudhomme, Cheryl | LIBRARY STAFF | $75.00 | $75.00 | 2.30 | $172.50 |
| 5855 | Pugh, Daniela M. | LIBRARY STAFF | $145.00 | $145.00 | 0.20 | $29.00 |
| | No. of Billers for Position: 2 | Blended Rate for Position: | $80.60 | | 2.50 | $201.50 |
| | | | | | % of Total: 0.03% | % of Total: 0.00% |
| 5016 | Ribaudo, Mark | OTHER NON-LEGAL | $170.00 | $170.00 | 9.60 | $1,632.00 |
| 5894 | McLaughlin, Daniel F. | OTHER NON-LEGAL | $195.00 | $195.00 | 3.30 | $643.50 |
| 5834 | Fredrick, Frances | OTHER NON-LEGAL | $195.00 | $195.00 | 1.00 | $195.00 |
| 9077 | Bettini, Elio | OTHER NON-LEGAL | $125.00 | $125.00 | 1.50 | $187.50 |
| 5864 | Schwartz, Bonnie F. | OTHER NON-LEGAL | $220.00 | $220.00 | 0.80 | $176.00 |
| 5852 | Losick, Merill | OTHER NON-LEGAL | $195.00 | $195.00 | 0.80 | $156.00 |
| 5875 | Cruz, Luis | OTHER NON-LEGAL | $135.00 | $135.00 | 1.00 | $135.00 |
| 9469 | Gaudio, Laura A. | OTHER NON-LEGAL | $145.00 | $145.00 | 0.80 | $116.00 |
| 5883 | Hwang, Edith | OTHER NON-LEGAL | $195.00 | $195.00 | 0.30 | $58.50 |
| 5888 | Greco, Maximiliano | OTHER NON-LEGAL | $85.00 | $85.00 | 0.30 | $25.50 |
| | No. of Billers for Position: 10 | Blended Rate for Position: | $171.39 | | 19.40 | $3,325.00 |
| | | | | | % of Total: 0.21% | % of Total: 0.06% |
| | Total No. of Billers: 158 | Blended Rate for Report: | $570.18 | | 9,317.70 | $5,312,792.75 |