# EXHIBIT C

(Schedule of Fees Attributable to Hourly Rate Increases)

**Exhibit C**

**Schedule of Fees Attributable to Hourly Rate Increases**
**Weil, Gotshal & Manges**

| Name | Position | Minimum Rate[1] | Maximum Rate[1] | Hours Computed | Fees Computed | Fees at Minimum Rate | Fees Attributable to Rate Increases |
|---|---|---|---|---|---|---|---|
| Falabella, Pablo | ASSOCIATE | $415.00 | $515.00 | 734.20 | $ 377,963.00 | $ 304,693.00 | $ 73,270.00 |
| Falabella, Pablo - Travel | ASSOCIATE | $207.50 | $257.50 | 0.90 | $ 231.75 | $ 186.75 | $ 45.00 |
| Brooks, Russell | ASSOCIATE | $355.00 | $455.00 | 626.90 | $ 285,239.50 | $ 222,549.50 | $ 62,690.00 |
| Brooks, Russell - Travel | ASSOCIATE | $177.50 | $227.50 | 2.00 | $ 455.00 | $ 355.00 | $ 100.00 |
| Lederman, Evan S. | ASSOCIATE | $500.00 | $595.00 | 477.90 | $ 284,350.50 | $ 238,950.00 | $ 45,400.50 |
| Benfield, Brianna N. | ASSOCIATE | $355.00 | $455.00 | 424.20 | $ 193,011.00 | $ 150,591.00 | $ 42,420.00 |
| Benfield, Brianna N. - Travel | ASSOCIATE | $177.50 | $227.50 | 8.50 | $ 1,933.75 | $ 1,508.75 | $ 425.00 |
| Laken, Lacey | ASSOCIATE | $415.00 | $515.00 | 360.20 | $ 185,503.00 | $ 149,483.00 | $ 36,020.00 |
| Meises, Michele J. | COUNSEL | $650.00 | $700.00 | 524.50 | $ 367,150.00 | $ 340,925.00 | $ 26,225.00 |
| Berz, David R. | PARTNER | $860.00 | $900.00 | 654.80 | $ 589,320.00 | $ 563,128.00 | $ 26,192.00 |
| Smolinsky, Joseph H. | PARTNER | $825.00 | $900.00 | 338.00 | $ 304,200.00 | $ 278,850.00 | $ 25,350.00 |
| Goslin, Thomas D. | ASSOCIATE | $500.00 | $595.00 | 260.30 | $ 154,878.50 | $ 130,150.00 | $ 24,728.50 |
| Morton, Matthew D. | ASSOCIATE | $580.00 | $665.00 | 234.40 | $ 155,876.00 | $ 135,952.00 | $ 19,924.00 |
| Morton, Matthew D. - Travel | ASSOCIATE | $290.00 | $332.50 | 1.50 | $ 498.75 | $ 435.00 | $ 63.75 |
| O'Connor, John T. | ASSOCIATE | $415.00 | $515.00 | 166.90 | $ 85,953.50 | $ 69,263.50 | $ 16,690.00 |
| Arons, Andrew | ASSOCIATE | $355.00 | $455.00 | 155.90 | $ 70,934.50 | $ 55,344.50 | $ 15,590.00 |
| Smith, Leslie S. | ASSOCIATE | $640.00 | $695.00 | 194.30 | $ 135,038.50 | $ 124,352.00 | $ 10,686.50 |
| Allen, Margaret H. | ASSOCIATE | $540.00 | $630.00 | 103.90 | $ 65,457.00 | $ 56,106.00 | $ 9,351.00 |
| Karotkin, Stephen | PARTNER | $950.00 | $990.00 | 213.20 | $ 211,068.00 | $ 202,540.00 | $ 8,528.00 |
| Karotkin, Stephen - Travel | PARTNER | $475.00 | $495.00 | 17.50 | $ 8,662.50 | $ 8,312.50 | $ 350.00 |
| Beagles, Vance L. | PARTNER | $790.00 | $845.00 | 145.20 | $ 122,694.00 | $ 114,708.00 | $ 7,986.00 |
| Beagles, Vance L. - Travel | PARTNER | $395.00 | $422.50 | 44.90 | $ 18,970.25 | $ 17,735.50 | $ 1,234.75 |
| Yates, Erin K. | ASSOCIATE | $355.00 | $455.00 | 75.90 | $ 34,534.50 | $ 26,944.50 | $ 7,590.00 |
| Gietz, Raymond O. | PARTNER | $900.00 | $990.00 | 81.90 | $ 81,081.00 | $ 73,710.00 | $ 7,371.00 |
| Berkovich, Ronit J. | PARTNER | $630.00 | $725.00 | 72.80 | $ 52,780.00 | $ 45,864.00 | $ 6,916.00 |
| Rodriguez, Ilusion | PARALEGAL | $180.00 | $200.00 | 308.20 | $ 61,640.00 | $ 55,476.00 | $ 6,164.00 |
| Burns, Gregory C. | ASSOCIATE | $465.00 | $550.00 | 69.00 | $ 37,950.00 | $ 32,085.00 | $ 5,865.00 |
| Law, Erin J. | ASSOCIATE | $640.00 | $695.00 | 104.30 | $ 72,488.50 | $ 66,752.00 | $ 5,736.50 |
| Pae, Joonbeom | ASSOCIATE | $415.00 | $515.00 | 56.90 | $ 29,303.50 | $ 23,613.50 | $ 5,690.00 |
| Kotcher, Liani G. | ASSOCIATE | $540.00 | $630.00 | 62.60 | $ 39,438.00 | $ 33,804.00 | $ 5,634.00 |
| Wine, Jennifer L. | ASSOCIATE | $465.00 | $550.00 | 62.60 | $ 34,430.00 | $ 29,109.00 | $ 5,321.00 |
| Aliseo, Nicole K. | PARALEGAL | $160.00 | $210.00 | 100.70 | $ 20,745.00 | $ 16,112.00 | $ 4,633.00 |
| Eckols, Erin D. | ASSOCIATE | $580.00 | $665.00 | 54.10 | $ 35,976.50 | $ 31,378.00 | $ 4,598.50 |

**Exhibit C**

**Schedule of Fees Attributable to Hourly Rate Increases**
**Weil, Gotshal & Manges**

| Name | Position | Minimum Rate[1] | Maximum Rate[1] | Hours Computed | Fees Computed | Fees at Minimum Rate | Fees Attributable to Rate Increases |
|---|---|---|---|---|---|---|---|
| Druon, Philippe | PARTNER | $910.00 | $945.00 | 126.20 | $ 119,259.00 | $ 114,842.00 | $ 4,417.00 |
| Druon, Philippe - Travel | PARTNER | $455.00 | $472.50 | 2.20 | $ 1,039.50 | $ 1,001.00 | $ 38.50 |
| Goodman, Max A. | ASSOCIATE | $580.00 | $665.00 | 49.90 | $ 33,183.50 | $ 28,942.00 | $ 4,241.50 |
| Decker, Sarah M. | ASSOCIATE | $465.00 | $550.00 | 49.80 | $ 27,390.00 | $ 23,157.00 | $ 4,233.00 |
| Heyliger, Adelaja K. | ASSOCIATE | $580.00 | $665.00 | 49.70 | $ 33,050.50 | $ 28,826.00 | $ 4,224.50 |
| Petherbridge, Vaughan | ASSOCIATE | $580.00 | $665.00 | 40.10 | $ 26,666.50 | $ 23,258.00 | $ 3,408.50 |
| Lee, Kathleen | PARALEGAL | $245.00 | $275.00 | 107.90 | $ 29,672.50 | $ 26,435.50 | $ 3,237.00 |
| Mapes, Justin G. | ASSOCIATE | $580.00 | $665.00 | 37.60 | $ 25,004.00 | $ 21,808.00 | $ 3,196.00 |
| Goldring, Stuart J. | PARTNER | $900.00 | $990.00 | 34.20 | $ 33,858.00 | $ 30,780.00 | $ 3,078.00 |
| Miller, Harvey R. | PARTNER | $950.00 | $990.00 | 75.10 | $ 74,349.00 | $ 71,345.00 | $ 3,004.00 |
| Christensen, Evert J. | ASSOCIATE | $415.00 | $515.00 | 29.40 | $ 15,141.00 | $ 12,201.00 | $ 2,940.00 |
| Hausman, Jeffrie | PARALEGAL | $230.00 | $260.00 | 95.70 | $ 24,882.00 | $ 22,011.00 | $ 2,871.00 |
| Zambrano, Angela C. | PARTNER | $725.00 | $780.00 | 45.50 | $ 35,490.00 | $ 32,987.50 | $ 2,502.50 |
| Zambrano, Angela C. - Travel | PARTNER | $362.50 | $390.00 | 8.90 | $ 3,471.00 | $ 3,226.25 | $ 244.75 |
| Dummer, David W. | ASSOCIATE | $640.00 | $695.00 | 42.80 | $ 29,746.00 | $ 27,392.00 | $ 2,354.00 |
| Dummer, David W. - Travel | ASSOCIATE | $320.00 | $347.50 | 8.00 | $ 2,780.00 | $ 2,560.00 | $ 220.00 |
| Guy, Ray T. | PARTNER | $850.00 | $885.00 | 63.60 | $ 56,286.00 | $ 54,060.00 | $ 2,226.00 |
| Guy, Ray T. - Travel | PARTNER | $425.00 | $442.50 | 6.50 | $ 2,876.25 | $ 2,762.50 | $ 113.75 |
| Pruzansky, Jason | ASSOCIATE | $415.00 | $515.00 | 19.30 | $ 9,939.50 | $ 8,009.50 | $ 1,930.00 |
| Shiffman, Jonathan | ASSOCIATE | $640.00 | $695.00 | 34.90 | $ 24,255.50 | $ 22,336.00 | $ 1,919.50 |
| Shrestha, Christine | PARALEGAL | $245.00 | $275.00 | 57.20 | $ 15,730.00 | $ 14,014.00 | $ 1,716.00 |
| Schell, Peter | PARALEGAL | $205.00 | $225.00 | 79.30 | $ 17,842.50 | $ 16,256.50 | $ 1,586.00 |
| Mehta, Mona V. | PARALEGAL | $160.00 | $180.00 | 75.60 | $ 13,608.00 | $ 12,096.00 | $ 1,512.00 |
| Hatcher, R. Todd T. | ASSOCIATE | $355.00 | $455.00 | 14.70 | $ 6,688.50 | $ 5,218.50 | $ 1,470.00 |
| Warren, Irwin H. | PARTNER | $950.00 | $990.00 | 30.40 | $ 30,096.00 | $ 28,880.00 | $ 1,216.00 |
| Godhard, Peter | ASSOCIATE | $465.00 | $550.00 | 13.00 | $ 7,150.00 | $ 6,045.00 | $ 1,105.00 |
| Maravilla, Mel C. | PARALEGAL | $200.00 | $225.00 | 38.70 | $ 8,707.50 | $ 7,740.00 | $ 967.50 |
| George, Camille A. | PARALEGAL | $210.00 | $240.00 | 30.00 | $ 7,200.00 | $ 6,300.00 | $ 900.00 |
| Jones, Peggy | PARALEGAL | $230.00 | $260.00 | 27.50 | $ 7,150.00 | $ 6,325.00 | $ 825.00 |
| Fuller, Deidre E. | PARALEGAL | $230.00 | $260.00 | 25.10 | $ 6,526.00 | $ 5,773.00 | $ 753.00 |
| Albanese, Anthony J. | PARTNER | $760.00 | $820.00 | 12.00 | $ 9,840.00 | $ 9,120.00 | $ 720.00 |
| Prindle, Kaitlin C. | PARALEGAL | $180.00 | $200.00 | 36.00 | $ 7,200.00 | $ 6,480.00 | $ 720.00 |
| Osterman, Jeffrey D. | PARTNER | $790.00 | $845.00 | 11.40 | $ 9,633.00 | $ 9,006.00 | $ 627.00 |

**Exhibit C**

**Schedule of Fees Attributable to Hourly Rate Increases**
**Weil, Gotshal & Manges**

| Name | Position | Minimum Rate[1] | Maximum Rate[1] | Hours Computed | Fees Computed | Fees at Minimum Rate | Fees Attributable to Rate Increases |
|---|---|---|---|---|---|---|---|
| Bronder, Vigdis | ASSOCIATE | $415.00 | $515.00 | 6.00 | $ 3,090.00 | $ 2,490.00 | $ 600.00 |
| Freda, Lucia | ASSOCIATE | $415.00 | $515.00 | 5.50 | $ 2,832.50 | $ 2,282.50 | $ 550.00 |
| Perkari, Harish | PARALEGAL | $170.00 | $190.00 | 26.80 | $ 5,092.00 | $ 4,556.00 | $ 536.00 |
| Burns, Jo N. | PARALEGAL | $230.00 | $260.00 | 16.20 | $ 4,212.00 | $ 3,726.00 | $ 486.00 |
| Potter, Lougran | PARALEGAL | $180.00 | $200.00 | 24.30 | $ 4,860.00 | $ 4,374.00 | $ 486.00 |
| Cade, Nancy P. | PARALEGAL | $210.00 | $250.00 | 10.40 | $ 2,600.00 | $ 2,184.00 | $ 416.00 |
| Ellsworth, John A. | PARALEGAL | $230.00 | $260.00 | 13.50 | $ 3,510.00 | $ 3,105.00 | $ 405.00 |
| Klein, Daniel S. | ASSOCIATE | $465.00 | $515.00 | 7.70 | $ 3,965.50 | $ 3,580.50 | $ 385.00 |
| Castillero, Francene S. | PARALEGAL | $170.00 | $190.00 | 18.30 | $ 3,477.00 | $ 3,111.00 | $ 366.00 |
| Schmidt [fka Beyer], Stefanie K. | ASSOCIATE | $415.00 | $515.00 | 3.40 | $ 1,751.00 | $ 1,411.00 | $ 340.00 |
| Stewart, Benjamin L. | ASSOCIATE | $500.00 | $595.00 | 3.50 | $ 2,082.50 | $ 1,750.00 | $ 332.50 |
| Dixon, Catherine T. | PARTNER | $950.00 | $990.00 | 7.60 | $ 7,524.00 | $ 7,220.00 | $ 304.00 |
| Flinn, Deborah C. | PARALEGAL | $210.00 | $240.00 | 10.10 | $ 2,424.00 | $ 2,121.00 | $ 303.00 |
| Chettri, Anupama | PARALEGAL | $180.00 | $200.00 | 15.00 | $ 3,000.00 | $ 2,700.00 | $ 300.00 |
| Kam, Michael K. | PARTNER | $875.00 | $900.00 | 11.30 | $ 10,170.00 | $ 9,887.50 | $ 282.50 |
| Blanchard, Kimberly S. | PARTNER | $900.00 | $950.00 | 5.60 | $ 5,320.00 | $ 5,040.00 | $ 280.00 |
| Baer, Lawrence J. | COUNSEL | $700.00 | $720.00 | 13.00 | $ 9,360.00 | $ 9,100.00 | $ 260.00 |
| Forlenza, Justin | ASSOCIATE | $415.00 | $515.00 | 2.60 | $ 1,339.00 | $ 1,079.00 | $ 260.00 |
| Suthar, Anh N. | PARALEGAL | $200.00 | $225.00 | 9.00 | $ 2,025.00 | $ 1,800.00 | $ 225.00 |
| Etienne, Donald | PARALEGAL | $160.00 | $180.00 | 9.80 | $ 1,764.00 | $ 1,568.00 | $ 196.00 |
| Gregory, Holly J. | PARTNER | $810.00 | $885.00 | 2.50 | $ 2,212.50 | $ 2,025.00 | $ 187.50 |
| Chan, Herbert | PARALEGAL | $195.00 | $215.00 | 9.20 | $ 1,978.00 | $ 1,794.00 | $ 184.00 |
| Bower, David I. | PARTNER | $790.00 | $845.00 | 3.00 | $ 2,535.00 | $ 2,370.00 | $ 165.00 |
| Viola, Matthew | PARALEGAL | $245.00 | $275.00 | 5.40 | $ 1,485.00 | $ 1,323.00 | $ 162.00 |
| Van Deurzen, Josh | ASSOCIATE | $355.00 | $455.00 | 1.50 | $ 682.50 | $ 532.50 | $ 150.00 |
| Evans, Christopher L. | ASSOCIATE | $355.00 | $395.00 | 3.50 | $ 1,382.50 | $ 1,242.50 | $ 140.00 |
| Bennett, Victoria A. | PARALEGAL | $195.00 | $215.00 | 6.50 | $ 1,397.50 | $ 1,267.50 | $ 130.00 |
| Perheentupa, Ilkka I. | ASSOCIATE | $580.00 | $665.00 | 1.50 | $ 997.50 | $ 870.00 | $ 127.50 |
| Vron, Victoria | ASSOCIATE | $540.00 | $630.00 | 1.40 | $ 882.00 | $ 756.00 | $ 126.00 |
| Kim, Hyun K. | ASSOCIATE | $540.00 | $630.00 | 1.30 | $ 819.00 | $ 702.00 | $ 117.00 |
| Schroeder, Friederike | ASSOCIATE | $355.00 | $400.00 | 2.10 | $ 840.00 | $ 745.50 | $ 94.50 |
| Hahn, Arlene A. | ASSOCIATE | $640.00 | $695.00 | 1.70 | $ 1,181.50 | $ 1,088.00 | $ 93.50 |
| Landen, Ronald A. | ASSOCIATE | $640.00 | $695.00 | 1.70 | $ 1,181.50 | $ 1,088.00 | $ 93.50 |

**Exhibit C**

**Schedule of Fees Attributable to Hourly Rate Increases**
**Weil, Gotshal & Manges**

| Name | Position | Minimum Rate[1] | Maximum Rate[1] | Hours Computed | Fees Computed | Fees at Minimum Rate | Fees Attributable to Rate Increases |
|---|---|---|---|---|---|---|---|
| Chandler, Todd R. | PARTNER | $790.00 | $845.00 | 1.40 | $ 1,183.00 | $ 1,106.00 | $ 77.00 |
| Burshtine, Ram | COUNSEL | $640.00 | $700.00 | 1.20 | $ 840.00 | $ 768.00 | $ 72.00 |
| Amsel, Joshua S. | ASSOCIATE | $640.00 | $695.00 | 1.30 | $ 903.50 | $ 832.00 | $ 71.50 |
| Kulawik, Tomasz | ASSOCIATE | $355.00 | $455.00 | 0.70 | $ 318.50 | $ 248.50 | $ 70.00 |
| Oh, Doe Y. | PARALEGAL | $195.00 | $215.00 | 3.10 | $ 666.50 | $ 604.50 | $ 62.00 |
| Kimmel, Gregory | PARALEGAL | $210.00 | $240.00 | 2.00 | $ 480.00 | $ 420.00 | $ 60.00 |
| Waksman, Ted S. | PARTNER | $925.00 | $990.00 | 0.90 | $ 891.00 | $ 832.50 | $ 58.50 |
| Neuwirth, John A. | PARTNER | $760.00 | $820.00 | 0.90 | $ 738.00 | $ 684.00 | $ 54.00 |
| Grauke, Stephan K. | PARTNER | $805.00 | $835.00 | 1.70 | $ 1,419.50 | $ 1,368.50 | $ 51.00 |
| Kerley, Peggy N. | PARALEGAL | $210.00 | $250.00 | 1.20 | $ 300.00 | $ 252.00 | $ 48.00 |
| Hird, David B. | PARTNER | $790.00 | $845.00 | 0.70 | $ 591.50 | $ 553.00 | $ 38.50 |
| Matiteyahu, Gillad | PARALEGAL | $160.00 | $215.00 | 0.70 | $ 150.50 | $ 112.00 | $ 38.50 |
| Morneau, Jeff M. | ASSOCIATE | $540.00 | $630.00 | 0.40 | $ 252.00 | $ 216.00 | $ 36.00 |
| Chivers, Corey | PARTNER | $850.00 | $900.00 | 0.60 | $ 540.00 | $ 510.00 | $ 30.00 |
| Stauble, Christopher A. | PARALEGAL | $245.00 | $275.00 | 1.00 | $ 275.00 | $ 245.00 | $ 30.00 |
| Landau, Malcolm E. | PARTNER | $790.00 | $845.00 | 0.40 | $ 338.00 | $ 316.00 | $ 22.00 |
| Dedyo, John J. | PARTNER | $850.00 | $900.00 | 0.20 | $ 180.00 | $ 170.00 | $ 10.00 |
| Lynch, Michael R. | PARALEGAL | $160.00 | $180.00 | 0.50 | $ 90.00 | $ 80.00 | $ 10.00 |
| Dicker, Howard B. | PARTNER | $850.00 | $925.00 | 0.10 | $ 92.50 | $ 85.00 | $ 7.50 |
| Stewart, LaSonya R. | PARALEGAL | $160.00 | $180.00 | 0.20 | $ 36.00 | $ 32.00 | $ 4.00 |
| Timekeepers Without Rate Increases | | | | 920.30 | 329,067.00 | 329,067.00 | - |
| | | | | **9,317.70** | **$ 5,312,792.75** | **$ 4,719,552.75** | **$ 593,240.00** |

[1] The application states that the "conversion date used for determining billing rates in U.S. dollars for our European offices was the first day of the month for each billing period.

2 The hourly billing rate of paralegal Nicole K. Aliseo was $160.00 from June 1, 2009 to November 16, 2009; increased to $180.00 for the period of January 15, 2010 to February 26, 2010; then increased to $210.00 on March 2, 2010.

3 The hourly billing rate of associate Friederike Schroeder was $355.00 from June 12, 2009 to June 30, 2009; increased to $385.00 for the period of July 14, 2009 to December 11, 2009; then increased to $400.00 on January 15, 2010.