# EXHIBIT F

(Responses to Fee Examiner/UST)

EXHIBIT F
RESPONSES TO FEE EXAMINER/UST

Weil, Gotshal & Manges

| TIMEKEEPER NAME | INITIALS | HOURS | RATE | FEES |
|---|---|---|---|---|
| Brooks, R | 5334 | 45.80 | $455.00 | 20,839.00 |
| Karotkin, S | 0080 | 18.40 | $990.00 | 18,216.00 |
| Lederman, E | 1669 | 1.10 | $595.00 | 654.50 |
| Lee, K | 6746 | 0.60 | $275.00 | 165.00 |
| Meises, M | 0487 | 9.00 | $700.00 | 6,300.00 |
| Miller, H | 0020 | 1.40 | $990.00 | 1,386.00 |
| Smolinsky, J | 0663 | 0.90 | $900.00 | 810.00 |
| | | 77.20 | | $48,370.50 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Case Administration | 0.40 | 396.00 |
| US Trustee Issues/Meetings/Communications | 4.00 | 1,820.00 |
| WG&M Fee Applications/Retention | 70.40 | 45,080.50 |
| WG&M Monthly Fee Statement/BSR Review | 2.40 | 1,074.00 |
| | 77.20 | $48,370.50 |

EXHIBIT F
RESPONSES TO FEE EXAMINER/UST
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | *MATTER NAME: WG&M Fee Applications/Retention* |
| 5334<br>Brooks, R | $455.00<br>20121330 | 02/09/10 | Tue | 0.60 | 0.60 | 273.00 | | 1 RESPOND TO REQUESTS FROM FEE EXAMINER RE: BACKUP DETAIL FOR FEE APPLICATION |
| | | | | | | | | *MATTER NAME: WG&M Fee Applications/Retention* |
| | $455.00<br>20122157 | 02/09/10 | Tue | 0.60 | 0.60 | 273.00 | 0.10 | 1 RESPOND TO FEE EXAMINER'S REQUESTS FOR FEE APPLICATION BACKUP INFORMATION (.1); |
| | | | | | | | 0.20 | 2 TELECONFERENCE WITH BILLING DEPARTMENT RE: SAME (.2); |
| | | | | | | | 0.30 | 3 RESEARCH ISSUES RE: SAME (.3). |
| | | | | | | | | *MATTER NAME: WG&M Fee Applications/Retention* |
| | $455.00<br>20121992 | 02/17/10 | Wed | 0.10 | 0.10 | 45.50 | | 1 RESPOND TO INQUIRIES FROM FEE EXAMINER |
| | | | | | | | | *MATTER NAME: WG&M Fee Applications/Retention* |
| | $455.00<br>20122068 | 02/22/10 | Mon | 0.10 | 0.10 | 45.50 | 0.10 | 1 TELECONFERENCE WITH GODFREY & KAHN (FEE EXAMINER) RE: WEIL'S FIRST INTERIM FEE APPLICATION AND DRAFT MEMORANDUM RE: SAME (.1). |
| | | | | | | | | *MATTER NAME: WG&M Fee Applications/Retention* |
| | $455.00<br>20122571 | 02/23/10 | Tue | 2.50 | 2.50 | 1,137.50 | 1.90 | 1 RESEARCH ISSUES RE: FEE EXAMINER'S FEE REPORT (1.9); |
| | | | | | | | 0.60 | 2 RESPOND TO REQUESTS FROM FEE EXAMINER FOR SUPPORTING DOCUMENTATION WITH FEE APPLICATION (.6) |
| | | | | | | | | *MATTER NAME: WG&M Fee Applications/Retention* |
| | $455.00<br>20122212 | 02/24/10 | Wed | 0.70 | 0.70 | 318.50 | 0.20 | 1 RESPOND TO FEE EXAMINER'S INQUIRY FOR REQUESTS (.2); |
| | | | | | | | 0.50 | 2 CONFER WITH K. LEE RE: SAME (.5) |
| | | | | | | | | *MATTER NAME: WG&M Fee Applications/Retention* |
| | $455.00<br>20121841 | 02/25/10 | Thu | 1.80 | 1.80 | 819.00 | | 1 REVISE SUMMARY OF FEE EXAMINER'S FIRST REPORT |
| | | | | | | | | *MATTER NAME: WG&M Fee Applications/Retention* |
| | $455.00<br>20255469 | 03/03/10 | Wed | 0.50 | 0.50 | 227.50 | | 1 TELECONFERENCE WITH J. CHANG (BILLING DEPARTMENT) RE: MEETING VARIOUS REQUESTS FROM FEE EXAMINER |
| | | | | | | | | *MATTER NAME: WG&M Fee Applications/Retention* |
| | $455.00<br>20693806 | 03/03/10 | Wed | 0.70 | 0.70 | 318.50 | | 1 RESPOND TO REQUESTS OF FEE EXAMINER RE: DECEMBER MONTHLY FEE STATEMENT |
| | | | | | | | | *MATTER NAME: WG&M Fee Applications/Retention* |
| | $455.00<br>20254830 | 03/05/10 | Fri | 0.10 | 0.10 | 45.50 | | 1 RESPOND TO REQUESTS FROM FEE EXAMINER RE: WEIL'S FIRST FEE APPLICATION |
| | | | | | | | | *MATTER NAME: WG&M Fee Applications/Retention* |
| | $455.00<br>20254349 | 03/22/10 | Mon | 5.20 | 5.20 | 2,366.00 | 0.20 | 1 REVIEW FEE EXAMINER'S RETENTION ORDER RE: FEE REPORTS (.2); |
| | | | | | | | 5.00 | 2 RESPOND TO REQUESTS FROM FEE EXAMINER RE: WEIL'S FIRST INTERIM FEE APPLICATION (5.0) |

~ See the last page of exhibit for explanation

EXHIBIT F
RESPONSES TO FEE EXAMINER/UST
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | *MATTER NAME: WG&M Monthly Fee Statement/BSR Review* |
| 5334 Brooks, R | $455.00 20255507 | 03/30/10 | Tue | 2.30 | 2.30 | 1,046.50 | | | 1 RESPOND TO FEE EXAMINER'S INQUIRIES RE: WGM'S FIRST FEE APPLICATION |
| | | | | | | | | | *MATTER NAME: WG&M Fee Applications/Retention* |
| | $455.00 20361430 | 04/06/10 | Tue | 6.90 | 6.90 | 3,139.50 | 0.70 | | 1 REVIEW FEE EXAMINER'S REQUEST FOR MORE INFORMATION RE: WEIL'S FIRST INTERIM FEE APPLICATION (.7); |
| | | | | | | | 0.60 | | 2 CALL WITH S. KAROTKIN RE: SAME (.6); |
| | | | | | | | 5.10 | | 3 REVIEW AND RESEARCH REQUESTED INFORMATION RE: SAME (5.1); |
| | | | | | | | 0.50 | | 4 CONFERENCE WITH S. KAROTKIN RE: SAME (.5) |
| | | | | | | | | | *MATTER NAME: WG&M Fee Applications/Retention* |
| | $455.00 20362258 | 04/06/10 | Tue | 0.10 | 0.10 | 45.50 | | | 1 DRAFT MEMOS RE: FEE EXAMINER'S REQUESTS RE: WEIL'S FIRST FEE APPLICATION |
| | | | | | | | | | *MATTER NAME: WG&M Fee Applications/Retention* |
| | $455.00 20361560 | 04/07/10 | Wed | 1.00 | 1.00 | 455.00 | 0.50 | | 1 TELECONFERENCE WITH ULTRAMAR TRAVEL AGENCY DEPARTMENT RESEARCHING AIRFARE PRICES IN RESPONSE TO FEE EXAMINER'S INQUIRIES RE: WEIL'S FIRST FEE APPLICATION (.5); |
| | | | | | | | 0.10 | | 2 DRAFT EMAIL TO BILLING DEPARTMENT RE: SAME (.1); |
| | | | | | | | 0.10 | | 3 TELECONFERENCE WITH ULTRAMAR RE: SAME (.1); |
| | | | | | | | 0.30 | | 4 CONDUCT RESEARCH RE: SAME (.3) |
| | | | | | | | | | *MATTER NAME: WG&M Fee Applications/Retention* |
| | $455.00 20361212 | 04/08/10 | Thu | 0.70 | 0.70 | 318.50 | 0.40 | | 1 RESPOND TO INQUIRIES FROM FEE EXAMINER RE: FEES AND EXPENSES ON WEIL'S FIRST FEE APPLICATION (.4); |
| | | | | | | | 0.30 | | 2 TELECONFERENCE WITH ULTRAMAR TRAVEL AGENCY RE: SAME (.3) |
| | | | | | | | | | *MATTER NAME: WG&M Fee Applications/Retention* |
| | $455.00 20361613 | 04/09/10 | Fri | 3.00 | 3.00 | 1,365.00 | 2.00 | | 1 RESPOND TO FEE EXAMINER'S INQUIRIES RE: WEIL'S FIRST FEE APPLICATION (2); |
| | | | | | | | 0.20 | | 2 TELECONFERENCE WITH ULTRAMAR TRAVEL DEPARTMENT RE: SAME (.2); |
| | | | | | | | 0.20 | | 3 CONFERENCE WITH S. KAROTKIN RE: RESPONSE TO FEE EXAMINER (.2); |
| | | | | | | | 0.10 | F | 4 CONFERENCE WITH S. KAROTKIN RE: SAME (.1): |
| | | | | | | | 0.50 | F | 5 REVIEW DRAFT OF RESPONSE TO FEE EXAMINER (.5) |
| | | | | | | | | | *MATTER NAME: WG&M Fee Applications/Retention* |
| | $455.00 20361944 | 04/13/10 | Tue | 0.30 | 0.30 | 136.50 | | | 1 RESPOND TO INQUIRIES FROM FEE EXAMINER RE: WEIL'S FIRST FEE APPLICATION |
| | | | | | | | | | *MATTER NAME: US Trustee Issues/Meetings/Communications* |
| | $455.00 20361551 | 04/14/10 | Wed | 3.70 | 3.70 | 1,683.50 | | | 1 RESEARCH CASE LAW RE: FEE EXAMINER ISSUES |

~ See the last page of exhibit for explanation

EXHIBIT F
RESPONSES TO FEE EXAMINER/UST
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | *MATTER NAME: WG&M Fee Applications/Retention* |
| 5334 Brooks, R | $455.00 20362257 | 04/22/10 | Thu | 0.40 | 0.40 | 182.00 | 0.30 | 1 | DRAFT RESPONSE TO FEE EXAMINER'S OBJECTION (.3); |
| | | | | | | | 0.10 | 2 | CONFERENCE WITH S. KAROTKIN RE: SAME (.1) |
| | | | | | | | | | *MATTER NAME: WG&M Fee Applications/Retention* |
| | $455.00 20362180 | 04/23/10 | Fri | 2.10 | 2.10 | 955.50 | | 1 | RESPOND TO FEE EXAMINER'S OBJECTION TO WEIL'S FIRST INTERIM FEE APPLICATION |
| | | | | | | | | | *MATTER NAME: WG&M Fee Applications/Retention* |
| | $455.00 20362397 | 04/23/10 | Fri | 0.60 | 0.60 | 273.00 | | 1 | REVISE RESPONSE TO FEE EXAMINER'S MOTION TO EXTEND TIME FOR SECOND FEE APPLICATION HEARING |
| | | | | | | | | | *MATTER NAME: WG&M Fee Applications/Retention* |
| | $455.00 20361332 | 04/24/10 | Sat | 4.30 | 4.30 | 1,956.50 | 2.10 | 1 | DRAFT RESPONSE TO FEE EXAMINER'S OBJECTION TO WEIL'S FIRST INTERIM FEE APPLICATION (2.1); |
| | | | | | | | 2.20 | 2 | REVIEW FEE EXAMINER'S OBJECTION AND RELATED DOCUMENTATION (2.2); |
| | | | | | | | | | *MATTER NAME: WG&M Fee Applications/Retention* |
| | $455.00 20361407 | 04/26/10 | Mon | 1.10 | 1.10 | 500.50 | 0.50 | 1 | REVISE RESPONSE TO FEE EXAMINER'S OBJECTION TO WEIL'S FIRST INTERIM FEE APPLICATION (.5); |
| | | | | | | | 0.60 | 2 | RESEARCH ISSUES RE: HOLDBACKS AND SUMMER ASSOCIATE FEES (.6); |
| | | | | | | | | | *MATTER NAME: WG&M Fee Applications/Retention* |
| | $455.00 20362356 | 04/26/10 | Mon | 0.50 | 0.50 | 227.50 | | 1 | REVIEW FEE EXAMINEER'S SUMMARY REPORT |
| | | | | | | | | | *MATTER NAME: WG&M Fee Applications/Retention* |
| | $455.00 20361487 | 04/28/10 | Wed | 0.20 | 0.20 | 91.00 | | 1 | REVIEW FEE EXAMINER'S OBJECTION TO WEILS' FIRST FEE APPLICATION |
| | | | | | | | | | *MATTER NAME: WG&M Fee Applications/Retention* |
| | $455.00 20489324 | 05/04/10 | Tue | 1.00 | 1.00 | 455.00 | 0.80 | 1 | RESEARCH FEE EXAMINER PROTOCOLS IN OTHER BANKRUPTCY CASES FOR COMPARISON WITH FEE EXAMINER'S OBJECTIONS (.8); |
| | | | | | | | 0.20 | 2 | CONFERENCE WITH M. MEISES RE: SAME (.2) |
| | | | | | | | | | *MATTER NAME: WG&M Fee Applications/Retention* |
| | $455.00 20490083 | 05/10/10 | Mon | 0.40 | 0.40 | 182.00 | 0.10 | 1 | PREPARE FOR TELEPHONE CONFERENCE WITH FEE EXAMINER TO DISCUSS WEIL'S FINAL FEES AND EXPENSES (.1); |
| | | | | | | | 0.20 | 2 | TELEPHONE CONFERENCE WITH E. WILSON (FEE EXAMINER) AND S. KAROTKIN RE: WEIL'S FINAL FEES AND EXPENSES FOR FIRST INTERIM PERIOD (.2); |
| | | | | | | | 0.10 | 3 | REVISE ORDER RE: SAME (.1) |
| | | | | | | | | | *MATTER NAME: US Trustee Issues/Meetings/Communications* |
| | $455.00 20487055 | 05/11/10 | Tue | 0.30 | 0.30 | 136.50 | | 1 | ORGANIZE FILES RE: FEE EXAMINER OBJECTIONS AND MONTHLY BILLING STATEMENTS |

~ See the last page of exhibit for explanation

EXHIBIT F
RESPONSES TO FEE EXAMINER/UST
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 5334 Brooks, R | $455.00 20487853 | 05/25/10 | Tue | 0.20 | 0.20 | 91.00 | | *MATTER NAME: WG&M Fee Applications/Retention*<br>1 REVIEW FEE EXAMINER'S COMMENTS TO WGM SECOND INTERIM FEE APPLICATION |
| | $455.00 20488940 | 05/25/10 | Tue | 0.30 | 0.30 | 136.50 | | *MATTER NAME: WG&M Fee Applications/Retention*<br>1 REVIEW EMAILS RE: FEE EXAMINER'S LETTERS RE: WEIL'S SECOND FEE APPLICATION |
| | $455.00 20490798 | 05/28/10 | Fri | 3.50 | 3.50 | 1,592.50 | | *MATTER NAME: WG&M Fee Applications/Retention*<br>1 REVIEW FEE EXAMINER'S LETTER RE: WEIL'S SECOND INTERIM FEE APPLICATION |
| | NUMBER OF ENTRIES: | | | 32 | 45.80 | 20,839.00 | | |
| 0080 Karotkin, S | $990.00 20381147 | 04/03/10 | Sat | 0.30 | 0.30 | 297.00 | | *MATTER NAME: WG&M Fee Applications/Retention*<br>1 REVIEW CORRESPONDENCE FROM FEE EXAMINER |
| | $990.00 20380658 | 04/05/10 | Mon | 2.20 | 2.20 | 2,178.00 | | *MATTER NAME: WG&M Fee Applications/Retention*<br>1 REVIEW AND RESPOND TO FEE EXAMINER LETTER |
| | $990.00 20380666 | 04/06/10 | Tue | 0.60 | 0.60 | 594.00 | | *MATTER NAME: WG&M Fee Applications/Retention*<br>1 REVIEW FEE EXAMINER LETTER AND INFORMATION REQUESTS WITH R. BROOKS |
| | $990.00 20380667 | 04/06/10 | Tue | 1.70 | 1.70 | 1,683.00 | 1.20<br>0.50 | *MATTER NAME: WG&M Fee Applications/Retention*<br>1 REVIEW AND REVISE RESPONSE TO FEE EXAMINER LETTER (1.2);<br>2 CALL WITH R. BROOKS RE: SAME (.5) |
| | $990.00 20380944 | 04/07/10 | Wed | 0.60 | 0.60 | 594.00 | | *MATTER NAME: WG&M Fee Applications/Retention*<br>1 PREPARE RESPONSE TO FEE EXAMINER LETTER |
| | $990.00 20380320 | 04/09/10 | Fri | 2.20 | 2.20 | 2,178.00 | | *MATTER NAME: WG&M Fee Applications/Retention*<br>1 FINALIZE RESPONSE TO FEE EXAMINER REQUESTS AND REVIEW DOCUMENTS RE: SAME |
| | $990.00 20380951 | 04/10/10 | Sat | 1.90 | 1.90 | 1,881.00 | | *MATTER NAME: WG&M Fee Applications/Retention*<br>1 REVIEW FEE EXAMINER REPORT AND PREPARE REPLY |
| | $990.00 20381078 | 04/12/10 | Mon | 0.20 | 0.20 | 198.00 | | *MATTER NAME: WG&M Fee Applications/Retention*<br>1 TELEPHONE CONFERENCE WITH E. WILSON RE: LETTER RE: FEE APPLICATION |

~ See the last page of exhibit for explanation

EXHIBIT F
RESPONSES TO FEE EXAMINER/UST
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 0080 Karotkin, S | $990.00 20380194 | 04/13/10 | Tue | 0.20 | 0.20 | 198.00 | | *MATTER NAME: WG&M Fee Applications/Retention* 1 REVIEW DOCUMENTS RE: FEE EXAMINER LETTER |
| | $990.00 20380202 | 04/13/10 | Tue | 1.10 | 1.10 | 1,089.00 | | *MATTER NAME: WG&M Fee Applications/Retention* 1 RESPOND TO FEE EXAMINER LETTER |
| | $990.00 20380627 | 04/15/10 | Thu | 0.30 | 0.30 | 297.00 | | *MATTER NAME: WG&M Fee Applications/Retention* 1 REVIEW DRAFT FEE EXAMINER REPORT |
| | $990.00 20381048 | 04/16/10 | Fri | 0.30 | 0.30 | 297.00 | | *MATTER NAME: WG&M Fee Applications/Retention* 1 REVISE RESPONSE TO LETTER FROM FEE EXAMINER. |
| | $990.00 20380422 | 04/17/10 | Sat | 0.60 | 0.60 | 594.00 | | *MATTER NAME: WG&M Fee Applications/Retention* 1 REVIEW FEE EXAMINER'S DRAFT OBJECTION TO WG&M FEE APPLICATION |
| | $990.00 20380882 | 04/24/10 | Sat | 1.40 | 1.40 | 1,386.00 | | *MATTER NAME: WG&M Fee Applications/Retention* 1 PREPARE RESPONSE TO FEE EXAMINER OBJECTION |
| | $990.00 20380162 | 04/25/10 | Sun | 0.30 | 0.30 | 297.00 | | *MATTER NAME: WG&M Fee Applications/Retention* 1 REVIEW U.S. TRUSTEE RESPONSE RE: FEE APPLICATIONS |
| | $990.00 20381044 | 04/25/10 | Sun | 2.80 | 2.80 | 2,772.00 | | *MATTER NAME: WG&M Fee Applications/Retention* 1 REVISE RESPONSE TO FEE EXAMINER RESPONSE AND OBJECTION TO WG&M'S FEE APPLICATION |
| | $990.00 20381321 | 04/26/10 | Mon | 1.30 | 1.30 | 1,287.00 | | *MATTER NAME: WG&M Fee Applications/Retention* 1 FINALIZE RESPONSE TO FEE EXAMINER OBJECTION |
| | $990.00 20380577 | 04/28/10 | Wed | 0.40 | 0.40 | 396.00 | | *MATTER NAME: WG&M Fee Applications/Retention* 1 REVIEW PLEADINGS RE: OBJECTIONS TO FEE APPLICATIONS |
| | NUMBER OF ENTRIES: | | | 18 | 18.40 | 18,216.00 | | |
| 1669 Lederman, E | $595.00 20336698 | 04/22/10 | Thu | 1.10 | 1.10 | 654.50 | 0.90<br>0.20 | *MATTER NAME: WG&M Fee Applications/Retention* 1 REVIEW FEE EXAMINER'S REPORT AND STATEMENT OF LIMITED OBJECTION TO THE FIRST INTERIM FEE APPLICATION OF WEIL, GOTSHAL & MANGES, LLP (.9);<br>2 VARIOUS INTERNAL EMAILS RE: SAME (.2) |

~ See the last page of exhibit for explanation

EXHIBIT F
RESPONSES TO FEE EXAMINER/UST
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | NUMBER OF ENTRIES: | | | 1 | 1.10 | 654.50 | | |
| 1669 Lederman, E | | | | | | | | |
| | | | | | | | | *MATTER NAME: WG&M Fee Applications/Retention* |
| 6746 Lee, K | $275.00 20184407 | 03/22/10 | Mon | 6.00 | 0.50 | 137.50 | 1.30 | 1 CONFER WITH R. BROOKS RE: FIRST QUARTERLY FEE DISBURSEMENTS AND CALCULATIONS (1.3); |
| | | | | | | | 1.90 | 2 CREATE SECOND QUARTERLY FEE DISBURSEMENT CATEGORIES (1.9); |
| | | | | | | | 0.70 | 3 REVIEW BACK-UP TO FIRST QUARTERLY FEE APPLICATION (.7); |
| | | | | | | | 0.20 | 4 CONFER WITH AND E-MAIL R. BROOKS RE: SAME (.2); |
| | | | | | | | 0.50 | 5 SEARCH FOR BACK UP FOR FIRST QUARTERLY FEE APPLICATION THAT NEEDS FURTHER DETAIL (.5); |
| | | | | | | | 0.20 | 6 REVIEW AND RESPOND TO E-MAILS RE: SAME (.2); |
| | | | | | | | 0.20 | 7 CONFER WITH G. FUJII RE: SAME (.2); |
| | | | | | | | 0.50 | 8 E-MAILS WITH R. BROOKS RE: EXAMINER BACK UP REQUEST (.5); |
| | | | | | | | 0.50 | 9 E-MAIL R. BROOKS RE: FIRM POLICIES RE: MEALS AND TAXI'S PURSUANT TO EXAMINER'S REQUEST (.5). |
| | | | | | | | | *MATTER NAME: WG&M Monthly Fee Statement/BSR Review* |
| | $275.00 20215873 | 03/30/10 | Tue | 2.40 | 0.10 | 27.50 | 0.10 | 1 CONFER WITH R. BROOKS RE: FEE EXAMINER REQUEST (.1); |
| | | | | | | | 0.10 | 2 REVIEW E-MAIL RE: CONFLICTS FROM C. KIM AND FORWARD TO R. BROOKS (.1); |
| | | | | | | | 0.10 | 3 E-MAIL WITH R. BROOKS RE: SAME (.1); |
| | | | | | | | 0.80 | 4 REVISE SUPPLEMENTAL LIST OF CLIENTS TO BE DISCLOSED (.8); |
| | | | | | | | 0.90 | 5 REVISE NOVEMBER BILLING SUMMARY REPORT AND SEND E-MAILS TO R. BROOKS (.9); |
| | | | | | | | 0.20 | 6 SEND E-MAILS TO G. FUJII RE: SAME (.2); |
| | | | | | | | 0.20 | 7 LEAVE VOICE MAIL FROM G. FUJII RE: SAME (.2). |
| | NUMBER OF ENTRIES: | | | 2 | 0.60 | 165.00 | | |
| | | | | | | | | *MATTER NAME: WG&M Fee Applications/Retention* |
| 0487 Meises, M | $700.00 20342386 | 04/05/10 | Mon | 0.70 | 0.70 | 490.00 | | 1 REVIEW REPORT BY FEE EXAMINER. |
| | | | | | | | | *MATTER NAME: WG&M Fee Applications/Retention* |
| | $700.00 20342747 | 04/06/10 | Tue | 0.50 | 0.50 | 350.00 | | 1 REVIEW MATERIALS RE: FEE EXAMINER ISSUES. |
| | | | | | | | | *MATTER NAME: WG&M Fee Applications/Retention* |
| | $700.00 20342997 | 04/08/10 | Thu | 0.20 | 0.20 | 140.00 | | 1 REVIEW FEE EXAMINER REPORT. |
| | | | | | | | | *MATTER NAME: WG&M Fee Applications/Retention* |
| | $700.00 20343004 | 04/09/10 | Fri | 0.10 | 0.10 | 70.00 | | 1 CALL WITH R. BROOKS RE: RESPONSE TO FEE EXAMINER. |

~ See the last page of exhibit for explanation

EXHIBIT F
RESPONSES TO FEE EXAMINER/UST
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | *MATTER NAME: WG&M Fee Applications/Retention* |
| 0487 Meises, M | $700.00 20381074 | 04/16/10 | Fri | 1.00 | 1.00 | 700.00 | 0.20 | 1 | MEETING WITH S. KAROTKIN RE: FEE EXAMINER OBJECTIONS (.2); |
| | | | | | | | 0.80 | 2 | READ FEE EXAMINER REPORT (.8). |
| | | | | | | | | | *MATTER NAME: WG&M Fee Applications/Retention* |
| | $700.00 20380912 | 04/20/10 | Tue | 4.60 | 4.60 | 3,220.00 | 0.30 | 1 | MEET S. KAROTKIN RE: FEE EXAMINER REPLY (.3); |
| | | | | | | | 4.30 | 2 | DRAFT RESPONSE TO FEE EXAMINER MOTION TO EXPAND ROLE (4.3). |
| | | | | | | | | | *MATTER NAME: WG&M Fee Applications/Retention* |
| | $700.00 20379710 | 04/21/10 | Wed | 1.00 | 1.00 | 700.00 | | 1 | RESPOND TO FEE EXAMINER'S OBJECTION. |
| | | | | | | | | | *MATTER NAME: WG&M Fee Applications/Retention* |
| | $700.00 20380462 | 04/26/10 | Mon | 0.90 | 0.90 | 630.00 | | 1 | REVISE RESPONSE TO FEE EXAMINER'S OBJECTIONS TO FEE'S |
| | NUMBER OF ENTRIES: | | | 8 | 9.00 | 6,300.00 | | | |
| | | | | | | | | | *MATTER NAME: WG&M Fee Applications/Retention* |
| 0020 Miller, H | $990.00 20097846 | 02/01/10 | Mon | 0.20 | 0.20 | 198.00 | | 1 | TELEPHONE CALL WITH B. WILLIAMS RE: FEE EXAMINER |
| | | | | | | | | | *MATTER NAME: Case Administration* |
| | $990.00 20098249 | 02/09/10 | Tue | 0.40 | 0.40 | 396.00 | | 1 | FEE EXAMINER ISSUES - CONFERENCE WITH S. KAROTKIN |
| | | | | | | | | | *MATTER NAME: WG&M Fee Applications/Retention* |
| | $990.00 20309507 | 04/10/10 | Sat | 0.80 | 0.80 | 792.00 | | 1 | REVIEW FEE EXAMINER'S REPORT |
| | NUMBER OF ENTRIES: | | | 3 | 1.40 | 1,386.00 | | | |
| | | | | | | | | | *MATTER NAME: WG&M Fee Applications/Retention* |
| 0663 Smolinsky, J | $900.00 20378009 | 04/15/10 | Thu | 0.30 | 0.30 | 270.00 | | 1 | REVIEW FEE EXAMINER DRAFT REPORT. |
| | | | | | | | | | *MATTER NAME: WG&M Fee Applications/Retention* |
| | $900.00 20378937 | 04/20/10 | Tue | 0.60 | 0.60 | 540.00 | 0.30 | 1 | REVISE RESPONSE TO FEE EXAMINER MOTION (.3); |
| | | | | | | | 0.30 | 2 | CONFER WITH S. KAROTKIN RE: SAME AND APPROACH TO INQUIRIES (.3). |
| | NUMBER OF ENTRIES: | | | 2 | 0.90 | 810.00 | | | |

~ See the last page of exhibit for explanation

EXHIBIT F

RESPONSES TO FEE EXAMINER/UST

Weil, Gotshal & Manges

| TIMEKEEPER | | RATE | DATE | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Total | | | | | 77.20 | $48,370.50 | | |
| Number of Entries: | 66 | | | | | | | |

EXHIBIT F
RESPONSES TO FEE EXAMINER/UST
Weil, Gotshal & Manges

| TIMEKEEPER NAME | INITIALS | HOURS | RATE | FEES |
|---|---|---|---|---|
| Brooks, R | 5334 | 45.80 | $455.00 | 20,839.00 |
| Karotkin, S | 0080 | 18.40 | $990.00 | 18,216.00 |
| Lederman, E | 1669 | 1.10 | $595.00 | 654.50 |
| Lee, K | 6746 | 0.60 | $275.00 | 165.00 |
| Meises, M | 0487 | 9.00 | $700.00 | 6,300.00 |
| Miller, H | 0020 | 1.40 | $990.00 | 1,386.00 |
| Smolinsky, J | 0663 | 0.90 | $900.00 | 810.00 |
| | | 77.20 | | $48,370.50 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Case Administration | 0.40 | 396.00 |
| US Trustee Issues/Meetings/Communications | 4.00 | 1,820.00 |
| WG&M Fee Applications/Retention | 70.40 | 45,080.50 |
| WG&M Monthly Fee Statement/BSR Review | 2.40 | 1,074.00 |
| | 77.20 | $48,370.50 |

(~) REASONS FOR TASK HOUR ASSIGNMENTS

F FINAL BILL