# EXHIBIT I

(Vague Entries)

EXHIBIT I
VAGUE ENTRIES
Weil, Gotshal & Manges

| TIMEKEEPER NAME | INITIALS | HOURS | RATE | FEES |
|---|---|---|---|---|
| Goodman, M | 3628 | 0.30 | $665.00 | 199.50 |
| Guy, R | 0246 | 9.60 | $885.00 | 8,496.00 |
| Hatcher, R | 5460 | 4.90 | $455.00 | 2,229.50 |
| Karotkin, S | 0080 | 6.20 | $990.00 | 6,138.00 |
| Lederman, E | 1669 | 5.00 | $595.00 | 2,975.00 |
| Schell, P | 7193 | 37.10 | $225.00 | 8,347.50 |
| | | 63.10 | | $28,385.50 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| 2004 Examinations/Other Investigatory Matters | 0.10 | 59.50 |
| 365/Executory Contracts/Personal Property Leases | 0.20 | 119.00 |
| Adversary Proceedings | 9.60 | 8,496.00 |
| Bar Date/Claims Reconciliation/Claims Obj Litig | 2.75 | 1,636.25 |
| Case Administration | 4.30 | 4,257.00 |
| Corporate/Securities/Corporate Governance | 32.60 | 7,335.00 |
| Environmental Issues | 0.40 | 238.00 |
| Europe | 4.80 | 1,191.00 |
| General Case Strategy | 1.90 | 1,881.00 |
| Hearings and Court Matters | 0.55 | 327.25 |
| Non-Bankruptcy Litigation | 0.70 | 416.50 |
| Tax Issues | 5.20 | 2,429.00 |
| | 63.10 | $28,385.50 |

EXHIBIT I PAGE 1 of 9

EXHIBIT I
VAGUE ENTRIES
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 3628 Goodman, M | $665.00 | 02/03/10 | Wed | 0.30 | 0.30 | 199.50 | | *MATTER NAME: Tax Issues* |
| | | | | | | | 1 | RESEARCH TAX ISSUES |
| | NUMBER OF ENTRIES: | | | 1 | 0.30 | 199.50 | | |
| 0246 Guy, R | $885.00 20038593 | 02/08/10 | Mon | 0.30 | 0.20 | 177.00 | | *MATTER NAME: Adversary Proceedings* |
| | | | | | | | 1 | BMW CONFERENCE WITH S. KAROTKIN (.1); |
| | | | | | | | 2 | EMAIL COMMUNICATION WITH DR. VIETZE (.1); |
| | | | | | | | 3 | CONFERENCE WITH C. COOK (.1) |
| | $885.00 20231628 | 03/26/10 | Fri | 3.30 | 0.60 | 531.00 | | *MATTER NAME: Adversary Proceedings* |
| | | | | | | | 1 | (BMW) REVIEW DOCUMENTS IN PREPARATION FOR MEETINGS IN STRASBOURG (1.7); |
| | | | | | | | 2 | CONFER WITH V. BEAGLES (1.0); |
| | | | | | | | 3 | CALL TO AND CONFERENCE WITH C. COOK (.6) |
| | $885.00 20235246 | 03/30/10 | Tue | 6.00 | 6.00 | 5,310.00 | | *MATTER NAME: Adversary Proceedings* |
| | | | | | | | 1 | MEET WITH S. JENKINS (2.0); |
| | | | | | | | 2 | INTERVIEW OF J. KIEFER (2.0); |
| | | | | | | | 3 | CONFERENCE WITH C. COOK (2.0) |
| | $885.00 20235479 | 03/31/10 | Wed | 7.70 | 0.90 | 796.50 | | *MATTER NAME: Adversary Proceedings* |
| | | | | | | | 1 | ATTEND MEETINGS AT STRASBOURG PLANT WITH J. CABRALLIDO, J. SONNTAG, O. LEPRE, V. BEAGLES, AND M. SCHIFF (6.8); |
| | | | | | | | 2 | CONFER WITH V. BEAGLES, S. JENKINS AND C. COOK (.9) |
| | $885.00 20269731 | 04/05/10 | Mon | 1.50 | 0.20 | 177.00 | | *MATTER NAME: Adversary Proceedings* |
| | | | | | | | 1 | (BMW) REVISE DRAFT LETTER AGREEMENT (1.0); |
| | | | | | | | 2 | DRAFT FORM LETTERS FOR ATTACHMENT (.2); |
| | | | | | | | 3 | FORWARD SAME TO S. BUTLER-FARKUS (.1); |
| | | | | | | | 4 | CONFERENCE WITH V. BEAGLES (.2) |
| | $885.00 20327657 | 04/22/10 | Thu | 0.80 | 0.10 | 88.50 | | *MATTER NAME: Adversary Proceedings* |
| | | | | | | | 1 | (BMW) CALL TO J. ATAMIAN AND S. BUTLER-FARKUS RE: BMW LAWSUIT (.2); |
| | | | | | | | 2 | EMAIL COMMUNICATION TO MR. ATAMIAN (.1); |
| | | | | | | | 3 | CONFER WITH MR. ATAMIAN AND MS. BUTLER-FARKUS TO CONVEY CONDITIONS FOR DISMISSAL (.2); |
| | | | | | | | 4 | CONFER WITH C. COOK (.3) |

~ See the last page of exhibit for explanation

EXHIBIT I PAGE 2 of 9

EXHIBIT I
VAGUE ENTRIES
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 0246 Guy, R | $885.00 20343279 | 04/26/10 | Mon | 0.70 | 0.70 | 619.50 | | *MATTER NAME: Adversary Proceedings*<br>1 CONFER WITH S. BUTLER-FARKUS (.2);<br>2 CONFER WITH C. COOK (.2);<br>3 CONFER WITH A. KOCH, ET AL. (.3). | 0.20 0.20 0.30 |
| | $885.00 20343733 | 04/29/10 | Thu | 0.20 | 0.10 | 88.50 | | *MATTER NAME: Adversary Proceedings*<br>1 (BMW) CONFER WITH S. BUTLER-FARKUS (.1);<br>2 COMMUNICATE TO A. KOCH, ET AL., RE: SAME (.1) | 0.10 0.10 |
| | $885.00 20445683 | 05/11/10 | Tue | 1.80 | 0.80 | 708.00 | | *MATTER NAME: Adversary Proceedings*<br>1 REVIEW CORRESPONDENCE FROM MAYER BROWN (.2);<br>2 REVIEW AND RESPONDE TO MESSAGE FROM C. COOK (.2);<br>3 REVISE STIPULATION (1.0);<br>4 CONFERENCE CALL WITH A KOCH AND C. COOK (.4). | 0.20 0.20 1.00 0.40 |
| | NUMBER OF ENTRIES: | | | 9 | 9.60 | 8,496.00 | | |
| 5460 Hatcher, R | $455.00 20010342 | 02/01/10 | Mon | 2.80 | 2.80 | 1,274.00 | | *MATTER NAME: Tax Issues*<br>1 RESEARCH RE: TRUST STRUCTURE |
| | $455.00 20010851 | 02/02/10 | Tue | 1.20 | 1.20 | 546.00 | | *MATTER NAME: Tax Issues*<br>1 RESEARCH RE: TRUST STRUCTURE |
| | $455.00 20010351 | 02/03/10 | Wed | 0.30 | 0.30 | 136.50 | | *MATTER NAME: Tax Issues*<br>1 RESEARCH RE: TRUST STRUCTURE |
| | $455.00 20082348 | 02/22/10 | Mon | 0.40 | 0.40 | 182.00 | | *MATTER NAME: Tax Issues*<br>1 RESEARCH RE: TRUST STRUCTURE |
| | $455.00 20081646 | 02/26/10 | Fri | 0.20 | 0.20 | 91.00 | | *MATTER NAME: Tax Issues*<br>1 CONDUCT RESEARCH RE: TRUST STRUCTURE |
| | NUMBER OF ENTRIES: | | | 5 | 4.90 | 2,229.50 | | |
| 0080 Karotkin, S | $990.00 20110961 | 02/05/10 | Fri | 0.50 | 0.50 | 495.00 | | *MATTER NAME: Case Administration*<br>1 REVIEW EMAILS |

~ See the last page of exhibit for explanation

EXHIBIT I PAGE 3 of 9

EXHIBIT I
VAGUE ENTRIES
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 0080 Karotkin, S | $990.00 20114187 | 02/09/10 | Tue | 0.30 | 0.30 | 297.00 | | MATTER NAME: *Case Administration* <br> 1  REVIEW EMAILS |
| | $990.00 20111081 | 02/10/10 | Wed | 0.40 | 0.40 | 396.00 | | MATTER NAME: *Case Administration* <br> 1  REVIEW EMAILS |
| | $990.00 20110055 | 02/11/10 | Thu | 0.40 | 0.40 | 396.00 | | MATTER NAME: *Case Administration* <br> 1  REVIEW EMAILS |
| | $990.00 20111889 | 02/13/10 | Sat | 0.40 | 0.40 | 396.00 | | MATTER NAME: *Case Administration* <br> 1  REVIEW EMAILS |
| | $990.00 20112870 | 02/19/10 | Fri | 0.50 | 0.50 | 495.00 | | MATTER NAME: *General Case Strategy* <br> 1  CALL RE: STRATEGY AND EMAILS RE: SAME |
| | $990.00 20113991 | 02/24/10 | Wed | 0.60 | 0.60 | 594.00 | | MATTER NAME: *Case Administration* <br> 1  REVIEW EMAILS AND CORRESPONDENCE |
| | $990.00 20114143 | 02/25/10 | Thu | 0.50 | 0.10 | 99.00 | 0.10 | MATTER NAME: *General Case Strategy* <br> 1  REVIEW EMAILS (.1); <br> 2  PARTICIPATE IN STATUS CONFERENCE WITH H. MILLER (.4) |
| | | | | | | | 0.40 | |
| | $990.00 20114144 | 02/25/10 | Thu | 0.80 | 0.80 | 792.00 | | MATTER NAME: *General Case Strategy* <br> 1  PARTICIPATE ON CONFERENCE CALL RE: STRATEGY |
| | $990.00 20112377 | 02/26/10 | Fri | 0.50 | 0.50 | 495.00 | | MATTER NAME: *General Case Strategy* <br> 1  REVIEW AND RESPOND TO VARIOUS EMAILS |
| | $990.00 20205487 | 03/04/10 | Thu | 0.50 | 0.50 | 495.00 | | MATTER NAME: *Case Administration* <br> 1  REVIEW EMAILS. |
| | $990.00 20250043 | 03/28/10 | Sun | 0.30 | 0.30 | 297.00 | | MATTER NAME: *Case Administration* <br> 1  REVIEW EMAILS. |
| | $990.00 20250033 | 03/29/10 | Mon | 0.30 | 0.30 | 297.00 | | MATTER NAME: *Case Administration* <br> 1  REVIEW EMAILS. |

~ See the last page of exhibit for explanation

EXHIBIT I PAGE 4 of 9

EXHIBIT I
VAGUE ENTRIES
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 0080 Karotkin, S | $990.00 20250035 | 03/29/10 | Mon | 0.30 | 0.30 | 297.00 | | *MATTER NAME: Case Administration*<br>1 REVIEW CORRESPONDENCE. |
| | $990.00 20498639 | 05/13/10 | Thu | 0.30 | 0.30 | 297.00 | | *MATTER NAME: Case Administration*<br>1 REVIEW AND RESPOND TO ACCUMULATED EMAILS |
| | NUMBER OF ENTRIES: | 15 | | 6.20 | | 6,138.00 | | |
| 1669 Lederman, E | $595.00 20012285 | 02/01/10 | Mon | 0.50 | 0.25 | 148.75 | | *MATTER NAME: Hearings and Court Matters*<br>1 MEETING WITH M. MEISES TO GO THROUGH CASE/HEARING CALENDAR FOR FEBRUARY AND MARCH;<br>2 RELATED FOLLOW UP |
| | $595.00 20029937 | 02/02/10 | Tue | 1.30 | 0.65 | 386.75 | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig*<br>1 DRAFT SUBSTANTIVE EMAILS TO R. SMOLEV OF KAYE SCHOLAR RE: SETTLEMENT OF LEVERAGED LEASE TIA CLAIMS;<br>2 RELATED FOLLOW UP |
| | $595.00 20116111 | 02/12/10 | Fri | 1.10 | 0.10 | 59.50 | 1.00<br>0.10 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig*<br>1 TELEPHONE CONFERENCE WITH COUNSEL TO PHILIP MORRIS CAPITAL AND UNSECURED CREDITORS COMMITTEE RE: TIA CLAIM NEGOTIATIONS RE: LEVERAGED LEASE SETTLEMENT (1.0);<br>2 RELATED FOLLOW UP (.1) |
| | $595.00 20217955 | 03/23/10 | Tue | 1.50 | 0.50 | 297.50 | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig*<br>1 ATTEND INTERNAL MEETING WITH WGM TEAM RE: ANALYSIS OF NUMMI 500MM CLAIM;<br>2 CLIENT CONFERENCE CALL RE: SAME;<br>3 RELATED FOLLOW UP |
| | $595.00 20217962 | 03/23/10 | Tue | 6.80 | 0.30 | 178.50 | 0.30<br>0.30<br>0.80<br>1.00<br>0.20<br>0.20<br>4.00 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig*<br>1 PARTICIPATE IN CONFERENCE CALL WITH A. ARONS AND M. RIOPELLE, COUNSEL TO TOYOTA, RE: NUMMI SHAREHOLDERS AGREEMENT (.3);<br>2 PERFORM RELATED FOLLOW UP (.3);<br>3 EDIT AND REVISE STIPULATION AND AGREED ORDER PROVIDING FOR REJECTION OF CERTAIN AGREEMENTS WITH LINDEN DEVELOPMENT COMPANY (.8);<br>4 RESEARCH REQUIREMENTS OF FILING ADVERSARY PROCEEDING WHEN OBJECTING TO PROOF OF CLAIM AND ASSERTING AFFIRMATIVE RELIEF (1.0);<br>5 EMAILS TO WGM NUMMI CLAIM TEAM RE: SAME (.2);<br>6 FOLLOW UP WITH C. ROSEN RE: SAME (.2);<br>7 RESEARCH AND DRAFT OBJECTION TO NUMMI $500MM PROOF OF CLAIM (4.0) |

~ See the last page of exhibit for explanation

EXHIBIT I PAGE 5 of 9

EXHIBIT I
VAGUE ENTRIES
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 1669 Lederman, E | $595.00 20218120 | 03/25/10 | Thu | 1.30 | 0.30 | 178.50 | | *MATTER NAME: Europe* <br> 1 PARTICIPATE IN TELEPHONE CONFERENCE WITH C. COOK AND D. HEAD RE: GM STRASBOURG ISSUES (1.0); <br> 2 RELATED FOLLOW UP (.3) |
| | | | | | | | 1.00 <br> 0.30 | |
| | $595.00 20299468 | 04/08/10 | Thu | 1.20 | 0.40 | 238.00 | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* <br> 1 CONFERENCE CALL WITH T. MORROW AND L. LAKEN RE: STATE STREET (.8); <br> 2 RELATED FOLLOW UP (.4) |
| | | | | | | | 0.80 <br> 0.40 | |
| | $595.00 20300950 | 04/12/10 | Mon | 2.20 | 0.20 | 119.00 | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* <br> 1 REVIEW DISCOVERY REQUESTS FILED BY NUMMU RE: THEIR $500MM PROOF OF CLAIM (1.0); <br> 2 TEAM MEETING RE: SAME (1.0); <br> 3 RELATED FOLLOW UP (.2) |
| | | | | | | | 1.00 <br> 1.00 <br> 0.20 | |
| | $595.00 20299943 | 04/13/10 | Tue | 0.50 | 0.10 | 59.50 | | *MATTER NAME: 2004 Examinations/Other Investigatory Matters* <br> 1 EMAILS WITH J. WINE RE: REMY 2004 REQUESTS AND OTHER ISSUES (.4); <br> 2 RELATED FOLLOW UP (.1) |
| | | | | | | | 0.40 <br> 0.10 | |
| | $595.00 20308242 | 04/15/10 | Thu | 1.00 | 0.20 | 119.00 | F | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* <br> 1 CALL WITH M. RIOPELLE COUNSEL TO TOYOTA MOTOR CORPORATION RE: $50MM PROOF OF CLAIM, SHAREHOLDERS AGREEMENT RE: NUMMI, AND ASSUMED CONTRACTS (.8); <br> 2 FOLLOW UP RE: SAME (.2) |
| | | | | | | | 0.80 <br> 0.20 | |
| | $595.00 20331791 | 04/21/10 | Wed | 0.70 | 0.30 | 178.50 | | *MATTER NAME: Hearings and Court Matters* <br> 1 CORRESPOND WITH J. SHARRET OF UNSECURED CREDITORS' COMMITTEE RE: AGENDA FOR APRIL 29 HEARING (.4); <br> 2 FOLLOW UP WITH VARIOUS ASSOCIATES RE: SAME (.3) |
| | | | | | | | 0.40 <br> 0.30 | |
| | $595.00 20331788 | 04/21/10 | Wed | 0.70 | 0.20 | 119.00 | | *MATTER NAME: Environmental Issues* <br> 1 PARTICIPATE IN CONFERENCE CALL WITH R. BROOKS AND M. ROLLING RE: CRA SETTLEMENT RE: PAYMENT OF POSTPETITION ENVIRONMENTAL SERVICES (.5); <br> 2 HANDLE RELATED FOLLOW UP (.2) |
| | | | | | | | 0.50 <br> 0.20 | |
| | $595.00 20336695 | 04/22/10 | Thu | 0.80 | 0.20 | 119.00 | | *MATTER NAME: 365/Executory Contracts/Personal Property Leases* <br> 1 EMAIL TO R. BROOKS AND F. OSWALD RE: SETTLEMENT OF SUNTRUST CLAIMS AGAINST MOTORS LIQUIDATION COMPANY RELATING TO REJECTION OF AIRCRAFT LEASES (.6); <br> 2 RELATED FOLLOW UP (.2) |
| | | | | | | | 0.60 <br> 0.20 | |
| | $595.00 20343678 | 04/26/10 | Mon | 1.10 | 0.20 | 119.00 | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* <br> 1 PARTICIPATE IN CONFERENCE CALL WITH NEW GM COMMODITIES TEAM AND M. SMITH RE: FORWARD METALS PRICING CURVES RELATING TO PRICING OF $60MM PROOF OF CLAIM FILED BY STILLWATER MINING COMPANY RELATING TO MOTORS LIQUIDATION COMPANY REJECTION OF THEIR METALS SUPPLY CONTRACT (.9); <br> 2 RELATED FOLLOW UP (.2) |
| | | | | | | | 0.90 <br> 0.20 | |

~ See the last page of exhibit for explanation

EXHIBIT I PAGE 6 of 9

EXHIBIT I
VAGUE ENTRIES
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 1669 Lederman, E | $595.00 20356511 | 04/27/10 | Tue | 0.80 | 0.20 | 119.00 | 0.60 0.20 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* <br> 1 PARTICIPATE IN CONFERENCE CALL WITH M. MCKANE AND E. ADELSON OF KIRKLAND AND ELLIS AND WGM NUMMI TEAM RE: NUMMI $500MM PROOF OF CLAIM (.6); <br> 2 RELATED FOLLOW UP (.2) |
| | $595.00 20360851 | 04/29/10 | Thu | 0.40 | 0.20 | 119.00 | 0.20 0.20 | *MATTER NAME: Environmental Issues* <br> 1 CALL WITH T. GOSLIN RE: ENVIRONMENTAL CONTACTS REMAINING WITH POTENTIAL INDEMNITY OBLIGATIONS (.2); <br> 2 RELATED FOLLOW UP (.2) |
| | $595.00 20493259 | 05/24/10 | Mon | 1.00 | 0.70 | 416.50 | 0.30 0.70 | *MATTER NAME: Non-Bankruptcy Litigation* <br> 1 CONFERENCE CALL WITH A. KOCHENDERFER RE: CLAIMS OF ALPHERA AGAINST MOTORS LIQUIDATION COMPANY AND NEW GM IN BILL HEARD LITIGATION (.3); <br> 2 RELATED FOLLOW UP AND DOCUMENT REVIEW (.7) |
| | NUMBER OF ENTRIES: | 17 | | | 5.00 | 2,975.00 | | |
| 7193 Schell, P | $225.00 20345470 | 04/30/10 | Fri | 5.00 | 4.00 | 900.00 | 0.50 4.00 0.50 | *MATTER NAME: Corporate/Securities/Corporate Governance* <br> 1 REVIEW CHARTER DOCUMENTS (.5); <br> 2 DRAFT DISSOLUTIONS AND ANNUAL REPORTS (4.0); <br> 3 FILE SAME (.5) |
| | $225.00 20392548 | 05/04/10 | Tue | 1.50 | 1.50 | 337.50 | | *MATTER NAME: Corporate/Securities/Corporate Governance* <br> 1 DRAFT AND FILE DISSOLUTIONS AND ANNUAL REPORTS |
| | $225.00 20412675 | 05/11/10 | Tue | 2.50 | 2.50 | 562.50 | | *MATTER NAME: Corporate/Securities/Corporate Governance* <br> 1 DRAFT AND FILE DISSOLUTIONS AND ANNUAL REPORTS |
| | $225.00 20412670 | 05/12/10 | Wed | 2.50 | 2.50 | 562.50 | | *MATTER NAME: Corporate/Securities/Corporate Governance* <br> 1 DRAFT AND FILE DISSOLUTIONS AND ANNUAL REPORTS |
| | $225.00 20412669 | 05/13/10 | Thu | 1.70 | 1.70 | 382.50 | | *MATTER NAME: Corporate/Securities/Corporate Governance* <br> 1 DRAFT AND FILE DISSOLUTIONS AND ANNUAL REPORTS |
| | $225.00 20412668 | 05/14/10 | Fri | 4.50 | 4.50 | 1,012.50 | | *MATTER NAME: Corporate/Securities/Corporate Governance* <br> 1 DRAFT AND FILE DISSOLUTIONS AND ANNUAL REPORTS |
| | $225.00 20422762 | 05/17/10 | Mon | 6.50 | 6.50 | 1,462.50 | | *MATTER NAME: Corporate/Securities/Corporate Governance* <br> 1 DRAFT AND FILE DISSOLUTIONS AND ANNUAL REPORTS |

~ See the last page of exhibit for explanation

EXHIBIT I PAGE 7 of 9

EXHIBIT I
VAGUE ENTRIES
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 7193 Schell, P | | | | | | | | MATTER NAME: Europe |
| | $225.00 | 05/18/10 | Tue | 4.50 | 4.50 | 1,012.50 | | 1 DRAFT AND FILE DISSOLUTIONS AND ANNUAL REPORTS |
| | 20422763 | | | | | | | |
| | | | | | | | | MATTER NAME: Corporate/Securities/Corporate Governance |
| | $225.00 | 05/19/10 | Wed | 3.50 | 3.50 | 787.50 | | 1 DRAFT AND FILE DISSOLUTIONS AND ANNUAL REPORTS |
| | 20428695 | | | | | | | |
| | | | | | | | | MATTER NAME: Corporate/Securities/Corporate Governance |
| | $225.00 | 05/20/10 | Thu | 3.50 | 3.50 | 787.50 | | 1 DRAFT AND FILE DISSOLUTIONS AND ANNUAL REPORTS |
| | 20431342 | | | | | | | |
| | | | | | | | | MATTER NAME: Corporate/Securities/Corporate Governance |
| | $225.00 | 05/25/10 | Tue | 2.40 | 2.40 | 540.00 | | 1 DRAFT AND FILE DISSOLUTIONS AND ANNUAL REPORTS |
| | 20461247 | | | | | | | |
| | NUMBER OF ENTRIES: | | 11 | | 37.10 | 8,347.50 | | |

Total 63.10 $28,385.50

Number of Entries: 58

~ See the last page of exhibit for explanation

EXHIBIT I PAGE 8 of 9

EXHIBIT I
VAGUE ENTRIES
Weil, Gotshal & Manges

| TIMEKEEPER NAME | INITIALS | HOURS | RATE | FEES |
|---|---|---|---|---|
| Goodman, M | 3628 | 0.30 | $665.00 | 199.50 |
| Guy, R | 0246 | 9.60 | $885.00 | 8,496.00 |
| Hatcher, R | 5460 | 4.90 | $455.00 | 2,229.50 |
| Karotkin, S | 0080 | 6.20 | $990.00 | 6,138.00 |
| Lederman, E | 1669 | 5.00 | $595.00 | 2,975.00 |
| Schell, P | 7193 | 37.10 | $225.00 | 8,347.50 |
| | | 63.10 | | $28,385.50 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| 2004 Examinations/Other Investigatory Matters | 0.10 | 59.50 |
| 365/Executory Contracts/Personal Property Leases | 0.20 | 119.00 |
| Adversary Proceedings | 9.60 | 8,496.00 |
| Bar Date/Claims Reconciliation/Claims Obj Litig | 2.75 | 1,636.25 |
| Case Administration | 4.30 | 4,257.00 |
| Corporate/Securities/Corporate Governance | 32.60 | 7,335.00 |
| Environmental Issues | 0.40 | 238.00 |
| Europe | 4.80 | 1,191.00 |
| General Case Strategy | 1.90 | 1,881.00 |
| Hearings and Court Matters | 0.55 | 327.25 |
| Non-Bankruptcy Litigation | 0.70 | 416.50 |
| Tax Issues | 5.20 | 2,429.00 |
| | 63.10 | $28,385.50 |

EXHIBIT I PAGE 9 of 9

(-) REASONS FOR TASK HOUR ASSIGNMENTS
F    FINAL BILL