# EXHIBIT J

(Legal Research)

EXHIBIT J
LEGAL RESEARCH
Weil, Gotshal & Manges

| TIMEKEEPER NAME | INITIALS | HOURS | RATE | FEES |
|---|---|---|---|---|
| Falabella, P | 1200 | 39.10 | $515.00 | 20,136.50 |
| Morton, M | 4218 | 53.40 | $665.00 | 35,511.00 |
| | | 92.50 | | $55,647.50 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| 363 Sale / Asset Dispositions | 39.10 | 20,136.50 |
| Environmental Issues | 53.40 | 35,511.00 |
| | 92.50 | $55,647.50 |

EXHIBIT J
LEGAL RESEARCH
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 1200 Falabella, P | $515.00 20177906 | 03/15/10 | Mon | 12.60 | 12.20 | 6,283.00 | | *MATTER NAME: 363 Sale / Asset Dispositions* |
| | | | | | | | 12.20 | 1 CONDUCT RESEARCH RE: CHRYSLER'S VACATED JUDGMENT AND ITS LEGAL EFFECTS (12.2); |
| | | | | | | | 0.40 | 2 MEET WITH M. MEISES RE: CAMPBELL APPEAL (.4) |
| | $515.00 20177907 | 03/16/10 | Tue | 14.50 | 14.50 | 7,467.50 | | *MATTER NAME: 363 Sale / Asset Dispositions* |
| | | | | | | | 14.50 | 1 CONDUCT RESEARCH ON CHRYSLER'S VACATED JUDGMENT AND ITS LEGAL EFFECTS |
| | $515.00 20177908 | 03/17/10 | Wed | 6.70 | 6.70 | 3,450.50 | | *MATTER NAME: 363 Sale / Asset Dispositions* |
| | | | | | | | 6.70 | 1 CONDUCT RESEARCH ON CHRYSLER'S VACATED JUDGMENT AND ITS LEGAL EFFECTS |
| | $515.00 20177662 | 03/21/10 | Sun | 6.40 | 3.10 | 1,596.50 | | *MATTER NAME: 363 Sale / Asset Dispositions* |
| | | | | | | | 3.10 | 1 REVIEW RESEARCH ON CHRYSLER'S VACATED DECISION (3.1); |
| | | | | | | | 3.30 | 2 EMAILS TO H. MILLER AND I. WARREN RE: SAME (3.3) |
| | $515.00 20177664 | 03/22/10 | Mon | 9.50 | 2.60 | 1,339.00 | | *MATTER NAME: 363 Sale / Asset Dispositions* |
| | | | | | | | 2.60 | 1 REVIEW RESEARCH ON CHRYSLER'S VACATED DECISION (2.6); |
| | | | | | | | 1.30 | 2 MEETING WITH I. WARREN RE: CAMPBELL APPEAL (1.3); |
| | | | | | | | 0.30 | 3 CONF. WITH D. JONES AND I. WARREN RE: CAMPBELL APPEAL (.3); |
| | | | | | | | 0.40 | 4 CONFER WITH I. WARREN, D. JONES, AND M. SCHWARTZ RE: CAMPBELL APPEAL (.4); |
| | | | | | | | 0.10 | 5 CONFER WITH I. WARREN RE: SAME (.1); |
| | | | | | | | 4.80 | 6 PREPARE MEMORANDUM ON EQUITABLE MOOTNESS RE: CAMPBELL APPEAL (4.8) |
| | NUMBER OF ENTRIES: | | 5 | | 39.10 | 20,136.50 | | |
| 4218 Morton, M | $665.00 20030604 | 02/04/10 | Thu | 7.80 | 6.50 | 4,322.50 | | *MATTER NAME: Environmental Issues* |
| | | | | | | | 0.70 | 1 MEETING WITH D. HIRD AND T. GOSLIN RE: RISK OF LITIGATION TO TRUST (.7); |
| | | | | | | | 6.50 | 2 RESEARCH AND DRAFT MEMORANDUM RE: RISK OF LITIGATION TO TRUST (6.5); |
| | | | | | | | 0.20 | 3 CONFERENCE AND CORRESPONDENCE WITH D. BERZ RE: MEMORANDUM FORMAT (.2); |
| | | | | | | | 0.10 | 4 CORRESPONDENCE WITH M. MEISES RE: BANKRUPTCY COURT JURISDICTION (.1); |
| | | | | | | | 0.30 | 5 MEETING AND CORRESPONDENCE WITH A. SUTHAR RE: LITIGATION RISK TO TRUST RESEARCH (.3) |

~ See the last page of exhibit for explanation

EXHIBIT J  PAGE 2 of 6

EXHIBIT J
LEGAL RESEARCH
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 4218 Morton, M | $665.00 | 02/05/10 | Fri | 11.30 | 9.70 | 6,450.50 | | **MATTER NAME:** *Environmental Issues* |
| | | 20030605 | | | | | 9.70 | 1 RESEARCH AND DRAFT LITIGATION RISK TO TRUST MEMORANDUM (9.7); |
| | | | | | | | 0.80 | 2 CORRESPONDENCE AND CONFERENCE WITH L. POTTER RE: REMEDIAL TRUST CASE LAW RESEARCH LITIGATION (.8); |
| | | | | | | | 0.30 | 3 CORRESPONDENCE WITH G. BAILEY AND J. REDWINE RE: 363 SALE HEARING TRANSCRIPT (.3); |
| | | | | | | | 0.20 | 4 CORRESPONDENCE WITH A. SUTHAR RE: JURISDICTION CASE LAW RESEARCH (.2); |
| | | | | | | | 0.20 | 5 CORRESPONDENCE WITH P. BARNETT AND MCMURTRY RE: GROUNDWATER MEETING (.2); |
| | | | | | | | 0.10 | 6 CORRESPONDENCE WITH J. REDWINE AND A. KIRKMAN RE: 363 OBJECTION BINDER (.1) |
| | $665.00 | 02/06/10 | Sat | 6.50 | 6.50 | 4,322.50 | | **MATTER NAME:** *Environmental Issues* |
| | | 20030608 | | | | | 6.50 | 1 RESEARCH AND DRAFT LITIGATION RISK TO TRUST MEMORANDUM. |
| | $665.00 | 02/07/10 | Sun | 5.10 | 4.40 | 2,926.00 | | **MATTER NAME:** *Environmental Issues* |
| | | 20030609 | | | | | 4.40 | 1 RESEARCH AND DRAFT LITIGATION RISK TO TRUST MEMORANDUM (4.4); |
| | | | | | | | 0.20 | 2 DRAFT CORRESPONDENCE WITH D. BERZ AND T. GOSLIN RE: LITIGATION TO TRUST MEMORANDUM (.2); |
| | | | | | | | 0.30 | 3 DRAFT CORRESPONDENCE TO L. POTTER AND L. BURDETTE RE: TRUST LITIGATION (.3); |
| | | | | | | | 0.20 | 4 DRAFT CORRESPONDENCE TO A. SUTHAR RE: JURISDICTION OF BANKRUPTCY COURT (.2) |
| | $665.00 | 02/08/10 | Mon | 8.40 | 7.50 | 4,987.50 | | **MATTER NAME:** *Environmental Issues* |
| | | 20030610 | | | | | 0.40 | 1 DRAFT CORRESPONDENCE TO D. BERZ AND T. GOSLIN RE: LITIGATION RISK TO TRUST MEMORANDUM (.4); |
| | | | | | | | 7.50 | 2 RESEARCH AND DRAFT LITIGATION RISK TO TRUST MEMORANDUM (7.5); |
| | | | | | | | 0.30 | 3 CORRESPONDENCE WITH L. POTTER RE: WILLIAMS TRUST LITIGATION (.3); |
| | | | | | | | 0.20 | 4 REVIEW AND COMMENT ON P. BARNETT LETTER TO NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION (.2). |
| | $665.00 | 02/09/10 | Tue | 9.90 | 4.50 | 2,992.50 | | **MATTER NAME:** *Environmental Issues* |
| | | 20030611 | | | | | 1.50 | 1 CORRESPOND WITH TEAM RE: LITIGATION RISK TO TRUST MEMORANDUM (1.5); |
| | | | | | | | 4.50 | 2 RESEARCH AND DRAFT LITIGATION RISK TO TRUST MEMORANDUM (4.5); |
| | | | | | | | 0.30 | 3 TELEPHONE CONFERENCE WITH C. PARKER RE: LITIGATION RISK TO TRUST MEMORANDUM (.3); |
| | | | | | | | 0.20 | 4 TELEPHONE CONFERENCE WITH D. BERZ AND T. GOSLIN RE: LITIGATION RISK TO TRUST MEMORANDUM (.2); |
| | | | | | | | 0.40 | 5 REVIEW CORRESPONDENCE FROM NYSDEC RE: HAZARDOUS WASTE INSPECTION AT MASSENA FACILITY (.4); |
| | | | | | | | 0.20 | 6 CORRESPOND WITH T. GOSLIN AND D. BERZ RE: SOFT SILO TRUST APPROACH (.2); |
| | | | | | | | 2.80 | 7 RESEARCH AND DRAFT TERM SHEET RE: SOFT SILO APPROACH (2.8). |

~ See the last page of exhibit for explanation

EXHIBIT J
LEGAL RESEARCH
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | TASK HOURS | FEES | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 4218 Morton, M | $665.00 20030614 | 02/10/10 | Wed | 10.90 | 3.50 | 2,327.50 | *MATTER NAME: Environmental Issues* |
| | | | | | 0.10 | | 1 DRAFT CORRESPONDENCE TO D. BERZ RE: TERM SHEET (.1); |
| | | | | | 5.50 | | 2 DRAFT TERM SHEET RE: SOFT SILO APPROACH (5.5); |
| | | | | | 0.90 | | 3 CONFERENCE CALLS WITH T. GOSLIN RE: OUTSTANDING ASSIGNMENTS AND MATTER PROGRESS (.9); |
| | | | | | 0.50 F | | 4 CONFERENCE CALL WITH D. BERZ, T. GOSLIN, M. MEISES AND S. KAROTKIN RE: LITIGATION RISK TO ENVIRONMENTAL TRUST (.5); |
| | | | | | 0.20 | | 5 CORRESPONDENCE WITH T. GOSLIN AND D. BERZ RE: LITIGATION RISK MEMORANDUM (.2); |
| | | | | | 3.50 | | 6 RESEARCH RE: UNIFORM TRUST CODE AND RISK OF LITIGATION TO TRUST (3.5); |
| | | | | | 0.20 | | 7 CORRESPONDENCE WITH P. BARNETT, D. BERZ AND J. REDWINE RE: MASSENA (.2) |
| | $665.00 20030616 | 02/11/10 | Thu | 6.90 | 2.50 | 1,662.50 | *MATTER NAME: Environmental Issues* |
| | | | | | 3.50 | | 1 DRAFT AND REVISE TERM SHEET RE: SOFT SILO APPROACH (3.5); |
| | | | | | 0.20 | | 2 CONFERENCE WITH D. BERZ RE: SOFT SILO TERM SHEET REVISIONS (.2); |
| | | | | | 0.40 | | 3 DRAFT CORRESPONDENCE TO J. REDWINE RE: DRAFT SOFT SILO TERM SHEET (.4); |
| | | | | | 2.50 | | 4 RESEARCH AND DRAFT LITIGATION RISK TO TRUST MEMORANDUM (2.5); |
| | | | | | 0.10 | | 5 REVIEW CORRESPONDENCE RE: TREMONT SUPERFUND SETTLEMENT (.1); |
| | | | | | 0.20 | | 6 REVIEW CORRESPONDENCE FROM D. BERZ AND P. BARNETT RE: MASSENA SAMPLING PROGRESS (.2) |
| | $665.00 20080642 | 02/12/10 | Fri | 4.60 | 4.40 | 2,926.00 | *MATTER NAME: Environmental Issues* |
| | | | | | 4.40 | | 1 RESEARCH AND DRAFT REVISIONS TO LITIGATION RISK TO TRUST MEMORANDUM (4.4); |
| | | | | | 0.20 | | 2 DRAFT CORRESPONDENCE TO T. GOSLIN RE: MEMORANDUM REVISIONS (.2) |
| | $665.00 20080645 | 02/14/10 | Sun | 0.80 | 0.80 | 532.00 | *MATTER NAME: Environmental Issues* |
| | | | | | | | 1 REVIEW AND COMMENT ON LITIGATION RISK TO TRUST MEMORANDUM. |
| | $665.00 20080648 | 02/15/10 | Mon | 3.70 | 0.40 | 266.00 | *MATTER NAME: Environmental Issues* |
| | | | | | 1.30 | | 1 CONFERENCE CALL WITH T. GOSLIN AND D. BERZ RE: REVISIONS TO TERM SHEET (1.3); |
| | | | | | 0.30 | | 2 REVIEW CORRESPONDENCE FROM P. BARNETT, J. REDWINE, D. MCMURTRY AND R. KAPP RE: ADDITIONAL MASSENA SAMPLING (.3); |
| | | | | | 0.60 | | 3 REVIEW CORRESPONDENCE FROM J. REDWINE RE: COMMENTS TO TERM SHEET (.6); |
| | | | | | 0.30 | | 4 CONFERENCE WITH J. REDWINE RE: REVISIONS TO TERM SHEET (.3); |
| | | | | | 0.70 | | 5 REVISE ERP TRUST TERM SHEET (.7); |
| | | | | | 0.10 | | 6 CORRESPONDENCE WITH D. BERZ AND M. DOWD RE: REVISED TERM SHEET (.1); |
| | | | | | 0.40 | | 7 RESEARCH LITIGATION RISK TO MEMORANDUM (.4) |
| | $665.00 20080705 | 02/19/10 | Fri | 1.70 | 1.30 | 864.50 | *MATTER NAME: Environmental Issues* |
| | | | | | 0.40 | | 1 MEETING WITH D. MCMURTRY AND D. BERZ RE: TERM SHEET REVISIONS (.4); |
| | | | | | 1.30 | | 2 RESEARCH AND DRAFT LITIGATION RISK TO TRUST MEMORANDUM (1.3) |

~ See the last page of exhibit for explanation

EXHIBIT J PAGE 4 of 6

EXHIBIT J
LEGAL RESEARCH
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 4218 | $665.00 | 02/23/10 | Tue | 3.00 | 1.40 | 931.00 | | *MATTER NAME: Environmental Issues* |
| Morton, M | 20080220 | | | | | | 0.30 | 1 CONFER WITH J. REDWINE RE: TERM SHEET REVISIONS (.3); |
| | | | | | | | 1.20 | 2 REVISE TERM SHEET (1.2); |
| | | | | | | | 1.40 | 3 <u>REVIEW AND COMMENT ON LITIGATION RISK TO TRUST MEMORANDUM</u> (1.4); |
| | | | | | | | 0.10 | 4 DRAFT CORRESPONDENCE TO D. BERZ (.1) |
| | NUMBER OF ENTRIES: | | 13 | | 53.40 | 35,511.00 | | |
| Total | | | | | 92.50 | $55,647.50 | | |
| Number of Entries: | 18 | | | | | | | |

~ See the last page of exhibit for explanation

EXHIBIT J
LEGAL RESEARCH
Weil, Gotshal & Manges

| TIMEKEEPER NAME | INITIALS | HOURS | RATE | FEES |
|---|---|---|---|---|
| Falabella, P | 1200 | 39.10 | $515.00 | 20,136.50 |
| Morton, M | 4218 | 53.40 | $665.00 | 35,511.00 |
| | | 92.50 | | $55,647.50 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| 363 Sale / Asset Dispositions | 39.10 | 20,136.50 |
| Environmental Issues | 53.40 | 35,511.00 |
| | 92.50 | $55,647.50 |

(:) REASONS FOR TASK HOUR ASSIGNMENTS
F   FINAL BILL