# EXHIBIT K

(Transient Billers)

EXHIBIT K
TRANSIENT BILLERS
Weil, Gotshal & Manges

| TIMEKEEPER NAME | INITIALS | HOURS | RATE | FEES |
|---|---|---|---|---|
| Amsel, J | 2947 | 1.30 | $695.00 | 903.50 |
| Asofsky, P | 0170 | 0.40 | $925.00 | 370.00 |
| Bower, D | 0338 | 3.00 | $845.00 | 2,535.00 |
| Burshtine, R | 2628 | 1.20 | $700.00 | 840.00 |
| Chandler, T | 0427 | 1.40 | $845.00 | 1,183.00 |
| Chivers, C | 0365 | 0.60 | $900.00 | 540.00 |
| Cruz, L | 5875 | 1.00 | $135.00 | 135.00 |
| Dedyo, J | 0446 | 0.20 | $900.00 | 180.00 |
| Dicker, H | 0306 | 0.10 | $925.00 | 92.50 |
| Evans, C | 5688 | 3.50 | $395.00 | 1,382.50 |
| Forienza, J | 5274 | 2.60 | $515.00 | 1,339.00 |
| Gilbane, E | 4270 | 0.40 | $695.00 | 278.00 |
| Grauke, S | 0494 | 1.70 | $835.00 | 1,419.50 |
| Gregory, H | 0284 | 2.50 | $885.00 | 2,212.50 |
| Hahn, A | 2966 | 1.70 | $695.00 | 1,181.50 |
| Hird, D | 0212 | 0.70 | $845.00 | 591.50 |
| Ho, J | 1459 | 0.50 | $630.00 | 315.00 |
| Hwang, E | 5883 | 0.30 | $195.00 | 58.50 |
| Kim, H | 1441 | 1.30 | $630.00 | 819.00 |
| Kimmel, G | 8375 | 2.00 | $240.00 | 480.00 |
| Kulawik, T | 5476 | 0.70 | $455.00 | 318.50 |
| Landau, M | 0419 | 0.40 | $845.00 | 338.00 |
| Landen, R | 4121 | 1.70 | $695.00 | 1,181.50 |
| Lennox, M | 5465 | 0.90 | $455.00 | 409.50 |
| Lynch, M | 6622 | 0.50 | $180.00 | 90.00 |
| McCaffrey, C | 0061 | 2.30 | $950.00 | 2,185.00 |
| Milligan, P | 5491 | 4.80 | $395.00 | 1,896.00 |
| Morneau, J | 4056 | 0.40 | $630.00 | 252.00 |
| Neuwirth, J | 0567 | 0.90 | $820.00 | 738.00 |
| Odoner, E | 0087 | 1.50 | $990.00 | 1,485.00 |
| Pappas, N | 0434 | 1.00 | $845.00 | 845.00 |
| Perheentupa, I | 1367 | 1.50 | $665.00 | 997.50 |
| Schmidt [fka Beyer], S | 1666 | 3.40 | $515.00 | 1,751.00 |
| Thompson, S | 5569 | 1.30 | $455.00 | 591.50 |
| Van Deurzen, J | 5530 | 1.50 | $455.00 | 682.50 |
| Vron, V | 4005 | 1.40 | $630.00 | 882.00 |
| Waksman, T | 0070 | 0.90 | $990.00 | 891.00 |
| Wright, M | 4094 | 1.00 | $630.00 | 630.00 |
| Youngman, S | 0350 | 0.40 | $845.00 | 338.00 |
| | | 52.90 | | $33,358.00 |

EXHIBIT K
TRANSIENT BILLERS
Weil, Gotshal & Manges

| MATTER NAME | HOURS | FEES |
| --- | --- | --- |
| 2004 Examinations/Other Investigatory Matters | 1.00 | 135.00 |
| 363 Sale / Asset Dispositions | 2.20 | 1,641.50 |
| 363/Use/Sale/Lease of Property Excl Real Prop/MSPA | 0.70 | 486.50 |
| 365/Executory Contracts/Personal Property Leases | 0.90 | 685.00 |
| Automatic Stay | 2.40 | 758.00 |
| Bar Date/Claims Reconciliation/Claims Obj Litig | 6.70 | 3,937.50 |
| Business Operations | 0.50 | 347.50 |
| Corporate/Securities/Corporate Governance | 14.40 | 9,829.00 |
| DIP Financing / Cash Collateral | 5.70 | 3,113.50 |
| Delphi Chapter 11 Cases | 3.10 | 2,063.50 |
| Disclosure Statement/Solicitation/Voting | 1.00 | 845.00 |
| Environmental Issues | 2.90 | 2,681.50 |
| Europe | 2.00 | 1,628.00 |
| Hearings and Court Matters | 3.50 | 1,382.50 |
| Non-Bankruptcy Litigation | 2.00 | 1,300.00 |
| Retention/Fee Application: Ordinary Course Prof | 0.20 | 126.00 |
| Tax Issues | 2.40 | 1,843.50 |
| Unsecured Creditors Issues/Meetings/Communications | 0.80 | 226.50 |
| WG&M Fee Applications/Retention | 0.50 | 328.00 |
| | 52.90 | $33,358.00 |

EXHIBIT K
TRANSIENT BILLERS
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 2947 Amsel, J | $695.00 | 03/09/10 | Tue | 0.40 | 0.40 | 278.00 | | **MATTER NAME:** *363 Sale / Asset Dispositions*<br>1 MEETING RE: CAMPBELL APPEAL. |
| | $695.00 | 05/17/10 | Mon | 0.90 | 0.90 | 625.50 | 0.90 | **MATTER NAME:** *363 Sale / Asset Dispositions*<br>1 REVIEW NEW APPEAL FILINGS RE: 363 SALE ORDER AND EMAILS RE: SAME (.9). |
| | | NUMBER OF ENTRIES: | | 2 | 1.30 | 903.50 | | |
| 0170 Asofsky, P | $925.00 | 03/30/10 | Tue | 0.40 | 0.40 | 370.00 | | **MATTER NAME:** *365/Executory Contracts/Personal Property Leases*<br>1 EXCHANGE EMAILS WITH L. LAKEN RE: NONPAYMENT OF ADMINISTRATIVE PROPERTY TAXES. |
| | | NUMBER OF ENTRIES: | | 1 | 0.40 | 370.00 | | |
| 0338 Bower, D | $845.00 | 03/23/10 | Tue | 2.00 | 2.00 | 1,690.00 | | **MATTER NAME:** *Tax Issues*<br>1 PARTICIPATE IN TELECONFERENCE WITH M. GOODMAN RE: FIRPTA AND GM LIQUIDATION;<br>2 TELECONFERENCE RE: SAME. |
| | $845.00 | 03/29/10 | Mon | 1.00 | 1.00 | 845.00 | | **MATTER NAME:** *Disclosure Statement/Solicitation/Voting*<br>1 REVIEW AND DISCUSS TAX DISCLOSURE WITH K. BLANCHARD. |
| | | NUMBER OF ENTRIES: | | 2 | 3.00 | 2,535.00 | | |
| 2628 Burshtine, R | $700.00 | 03/23/10 | Tue | 0.50 | 0.50 | 350.00 | 0.30<br>0.20 | **MATTER NAME:** *DIP Financing / Cash Collateral*<br>1 REVIEW AND COMMENT RE: DRAFT DISCLOSURES (.3);<br>2 CORRESPONDENCE RE: DISCLOSURE OF DIP TERMS (.2) |
| | $700.00 | 03/25/10 | Thu | 0.70 | 0.70 | 490.00 | 0.30<br>0.20<br>0.20 | **MATTER NAME:** *DIP Financing / Cash Collateral*<br>1 REVIEW DISCLOSURE RE: WIND DOWN FACILITY AND COMMENTS THERETO (.3);<br>2 REVIEW DRAFT DISCLOSURE RE: DIP FACILITY (.2);<br>3 CORRESPONDENCE WITH A. ARONS RE: WIND-DOWN FACILITY DISCLOSURE (.2). |
| | | NUMBER OF ENTRIES: | | 2 | 1.20 | 840.00 | | |
| 0427 Chandler, T | $845.00 | 02/23/10 | Tue | 1.10 | 1.10 | 929.50 | | **MATTER NAME:** *Corporate/Securities/Corporate Governance*<br>1 INTERNAL QUESTION RE: FPAA |

EXHIBIT K PAGE 3 of 14

EXHIBIT K
TRANSIENT BILLERS
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 0427 Chandler, T | $845.00 20112227 | 02/24/10 | Wed | 0.30 | 0.30 | 253.50 | | *MATTER NAME: Corporate/Securities/Corporate Governance*<br>1 INTERNAL CONFERENCE RE: QUESTION ON OWNERSHIP OF NOTES |
| | NUMBER OF ENTRIES: | | 2 | | 1.40 | 1,183.00 | | |
| 0365 Chivers, C | $900.00 20225937 | 03/24/10 | Wed | 0.60 | 0.60 | 540.00 | 0.30<br>0.30 | *MATTER NAME: Corporate/Securities/Corporate Governance*<br>1 CALL WITH R. GIETZ AND V. PETHERBRIDGE RE: WARRANTS AND REG RIGHTS (.3);<br>2 RESEARCH AND FOLLOW UP RE: WARRANTS AND REGISTRATION ISSUES (.3) |
| | NUMBER OF ENTRIES: | | 1 | | 0.60 | 540.00 | | |
| 5875 Cruz, L | $135.00 20260372 | 03/16/10 | Tue | 1.00 | 1.00 | 135.00 | | *MATTER NAME: 2004 Examinations/Other Investigatory Matters*<br>1 REVIEW CASES FOR 2004 EXAMINATIONS |
| | NUMBER OF ENTRIES: | | 1 | | 1.00 | 135.00 | | |
| 0446 Dedyo, J | $900.00 20091904 | 02/25/10 | Thu | 0.20 | 0.20 | 180.00 | | *MATTER NAME: Corporate/Securities/Corporate Governance*<br>1 RESPOND TO GM QUERY RE: SERVICER SIDE LETTER. |
| | NUMBER OF ENTRIES: | | 1 | | 0.20 | 180.00 | | |
| 0306 Dicker, H | $925.00 20376623 | 04/05/10 | Mon | 0.10 | 0.10 | 92.50 | | *MATTER NAME: Corporate/Securities/Corporate Governance*<br>1 CONVERSATION WITH D. LEFKOWITZ RE: FORM 8-K |
| | NUMBER OF ENTRIES: | | 1 | | 0.10 | 92.50 | | |
| 5688 Evans, C | $395.00 20006931 | 02/01/10 | Mon | 3.50 | 3.50 | 1,382.50 | 1.50<br>2.00 | *MATTER NAME: Hearings and Court Matters*<br>1 REVIEW LOCAL RULES AND STANDING ORDERS (1.5);<br>2 DRAFT MOTION PRACTICE GUIDE BASED ON LOCAL RULES AND STANDING ORDERS (2.0). |
| | NUMBER OF ENTRIES: | | 1 | | 3.50 | 1,382.50 | | |
| 5274 Fortenza, J | $515.00 20031506 | 02/03/10 | Wed | 0.20 | 0.20 | 103.00 | 0.20 | *MATTER NAME: DIP Financing / Cash Collateral*<br>1 EMAIL TO A. CONNOLLY RE: WIND-DOWN CREDIT DOCUMENTS (.2). |

EXHIBIT K PAGE 4 of 14

EXHIBIT K
TRANSIENT BILLERS
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 5274 Forenza, J | $515.00 20049325 | 02/15/10 | Mon | 0.30 | 0.30 | 154.50 | | *MATTER NAME: DIP Financing / Cash Collateral* <br> 1 EXCHANGE EMAILS WITH V. BRONDER RE: MOTORS LIQUIDATION COMPANY SIGNATORIES (.3). |
| | $515.00 20084976 | 02/22/10 | Mon | 1.00 | 1.00 | 515.00 | 0.20 0.10 0.50 0.20 | *MATTER NAME: DIP Financing / Cash Collateral* <br> 1 EMAIL L. SMITH AND J. MAPES RE: REAL ESTATE ISSUE (.2); <br> 2 EMAIL A. ARONS RE: REAL ESTATE ISSUE (.1); <br> 3 REVIEW CREDIT AGREEMENT PROVISIONS RE: PLAN OF LIQUIDATION (.5); <br> 4 EMAIL J. MORNEAU AND R. BURSHTINE RE: CREDIT AGREEMENT PLAN OF LIQUIDATION PROVISIONS (.2). |
| | $515.00 20130570 | 02/23/10 | Tue | 0.20 | 0.20 | 103.00 | | *MATTER NAME: DIP Financing / Cash Collateral* <br> 1 EMAIL R. BURSHTINE RE: WIND-DOWN FACILITY. |
| | $515.00 20130510 | 03/01/10 | Mon | 0.30 | 0.30 | 154.50 | 0.10 0.20 | *MATTER NAME: DIP Financing / Cash Collateral* <br> 1 EMAIL TO J. MORNEAU RE: WIND-DOWN FACILITY (.1); <br> 2 EMAIL TO V. BRONDER RE: SIGNATORIES UNDER WIND-DOWN FACILITY (.2). |
| | $515.00 20130570 | 03/02/10 | Tue | 0.20 | 0.20 | 103.00 | | *MATTER NAME: DIP Financing / Cash Collateral* <br> 1 EMAIL TO R. BURSHTINE RE: WIND-DOWN FACILITY. |
| | $515.00 20232298 | 03/23/10 | Tue | 0.40 | 0.40 | 206.00 | 0.20 0.20 | *MATTER NAME: DIP Financing / Cash Collateral* <br> 1 EMAIL TO R. BURSHTINE RE: INITIAL DIP ORDER (.2); <br> 2 EMAIL TO R. BROOKS RE: INITIAL DIP ORDER (.2). |
| | NUMBER OF ENTRIES: | | 7 | | 2.60 | 1,339.00 | | |
| 4270 Gilbane, E | $695.00 20049295 | 02/18/10 | Thu | 0.40 | 0.40 | 278.00 | 0.20 0.20 | *MATTER NAME: Automatic Stay* <br> 1 REVIEW AND RESPOND TO QUESTIONS FROM R. BERKOVICH RE: ISDA AND SETOFF (.2); <br> 2 REVIEW AND RESPOND TO EMAIL FROM R. BERKOVICH RE: ISDA CONTRACTS (.2). |
| | NUMBER OF ENTRIES: | | 1 | | 0.40 | 278.00 | | |
| 0494 Grauke, S | $835.00 20195854 | 03/26/10 | Fri | 1.00 | 1.00 | 835.00 | | *MATTER NAME: Europe* <br> 1 REVIEW CORE SUPPLY AGREEMENT |
| | $835.00 20195855 | 03/26/10 | Fri | 0.70 | 0.70 | 584.50 | | *MATTER NAME: Europe* <br> 1 PARTICIPATE IN CONFERENCE CALL WITH REESE MCNEEL AND CHRISTIAN COOK |

EXHIBIT K PAGE 5 of 14

09-50026-mg    Doc 6984-11    Filed 09/17/10    Entered 09/17/10 15:46:29    Exhibit K
Pg 7 of 15

EXHIBIT K
TRANSIENT BILLERS
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 0494 Grauke, S | NUMBER OF ENTRIES: | | | 2 | 1.70 | 1,419.50 | | |
| 0284 Gregory, H | $885.00 20083521 | 02/01/10 | Mon | 0.90 | 0.90 | 796.50 | 0.70 0.20 | MATTER NAME: *Corporate/Securities/Corporate Governance*<br>1 REVIEW WHISTLEBLOWER POLICY AND CODE OF ETHICS (.7);<br>2 VARIOUS EMAIL CORRESPONDENCE WITH R. GIETZ AND A. HEYLIGER RE: SAME (.2) |
| | $885.00 20087814 | 02/03/10 | Wed | 0.40 | 0.40 | 354.00 | 0.30 0.10 | MATTER NAME: *Corporate/Securities/Corporate Governance*<br>1 REVIEW MATERIALS RE: GOVERNANCE POLICIES AND CODE OF CONDUCT (.3);<br>2 EMAIL CORRESPONDENCE AND TELEPHONE CONFERENCE WITH A. HEYLIGER RE: SAME (.1). |
| | $885.00 20087579 | 02/04/10 | Thu | 0.80 | 0.80 | 708.00 | 0.60 0.20 | MATTER NAME: *Corporate/Securities/Corporate Governance*<br>1 EMAIL CORRESPONDENCE WITH A. HEYLIGER RE: CORPORATE GOVERNANCE DOCUMENTS (.6);<br>2 REVIEW SAME (.2). |
| | $885.00 20147837 | 02/12/10 | Fri | 0.40 | 0.40 | 354.00 | | MATTER NAME: *Corporate/Securities/Corporate Governance*<br>1 TELEPHONE CONFERENCE WITH A. HEYLIGER RE: CORPORATE GOVERNANCE |
| | NUMBER OF ENTRIES: | | | 4 | 2.50 | 2,212.50 | | |
| 2966 Hahn, A | $695.00 20051002 | 02/19/10 | Fri | 0.30 | 0.30 | 208.50 | | MATTER NAME: *Europe*<br>1 REVIEW CORRESPONDENCE RE: GM STRASBOURG |
| | $695.00 20114854 | 03/01/10 | Mon | 0.70 | 0.70 | 486.50 | | MATTER NAME: *363/Use/Sale/Lease of Property Excl Real Prop/MSPA*<br>1 CONFER WITH V. BRONDER RE: ELECTRO-MOTOR DIESEL TRADEMARK TITLE CORRECTION ISSUES IN CHINA |
| | $695.00 20138064 | 03/08/10 | Mon | 0.20 | 0.20 | 139.00 | | MATTER NAME: *WG&M Fee Applications/Retention*<br>1 CONFER WITH R. BROOKS AND J. OSTERMAN RE: FEE APPLICATION |
| | $695.00 20306903 | 04/19/10 | Mon | 0.20 | 0.20 | 139.00 | | MATTER NAME: *Business Operations*<br>1 CALL WITH N. DEAN OF ICE MILLER RE: RECORDATIONS OF PRIOR TRANSFERS OF TRADEMARKS AND INTELLECTUAL PROPERTY TO ALISON TRANSMISSIONS |
| | $695.00 20327222 | 04/26/10 | Mon | 0.30 | 0.30 | 208.50 | | MATTER NAME: *Business Operations*<br>1 CONFER WITH ALIX PARTNER RE: CONFIRMATION OF ASSIGNMENT OF ALLISON MOTORS TRADEMARKS |
| | NUMBER OF ENTRIES: | | | 5 | 1.70 | 1,181.50 | | |

EXHIBIT K PAGE 6 of 14

EXHIBIT K
TRANSIENT BILLERS
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 0212 Hird, D | $845.00 02/04/10 20032778 | Thu | | 0.70 | 0.70 | 591.50 | | MATTER NAME: *Environmental Issues*<br>1 CONFERENCE WITH M. MORTON AND T. GOSLIN ABOUT ISSUES RELATING TO ENVIRONMENTAL TRUST. |
| | NUMBER OF ENTRIES: | | 1 | | 0.70 | 591.50 | | |
| 1459 Ho, J | $630.00 04/19/10 20306572 | Mon | | 0.20 | 0.20 | 126.00 | | MATTER NAME: *Retention/Fee Application: Ordinary Course Prof*<br>1 ASSIST B. BENFIELD WITH JOINT REPRESENTATION LETTER TO AMERICAN AIRLINES AND GENERAL MOTORS CORPORATION. |
| | $630.00 04/21/10 20310446 | Wed | | 0.30 | 0.30 | 189.00 | | MATTER NAME: *WG&M Fee Applications/Retention*<br>1 ASSIST B. BENFIELD IN LOCATING SIGNED JOINT REPRESENTATION LETTER FROM AMERICAN AIRLINES/RAKTL LITIGATION. |
| | NUMBER OF ENTRIES: | | 2 | | 0.50 | 315.00 | | |
| 5883 Hwang, E | $195.00 03/04/10 20238137 | Thu | | 0.30 | 0.30 | 58.50 | | MATTER NAME: *Tax Issues*<br>1 ADVISE J. PAE RE: NEW YORK TAX INSIGHTS |
| | NUMBER OF ENTRIES: | | 1 | | 0.30 | 58.50 | | |
| 1441 Kim, H | $630.00 02/12/10 20101383 | Fri | | 0.40 | 0.40 | 252.00 | 0.20<br>0.20 | MATTER NAME: *365/Executory Contracts/Personal Property Leases*<br>1 DISCUSS GMC/DEUTSCHE BANK AND GMETC/DEUTSCHE BANK ISDAS, CONFIRMS, TERMINATION NOTICES AND VALUATION STATEMENTS WITH R. BERKOVICH, P. GODHARD, R. MILIN AND S. RATNER (.2);<br>2 REVIEW DOCUMENTS RE: SAME (.2). |
| | $630.00 03/15/10 20256785 | Mon | | 0.70 | 0.70 | 441.00 | 0.50<br>0.20 | MATTER NAME: *Bar Date/Claims Reconciliation/Claims Obj Litig*<br>1 REVIEW PROOF OF CLAIM FILED BY KOCH SUPPLY & TRADING AND ATTACHMENTS THERETO (.5);<br>2 DRAFT EMAIL RE: SAME TO E. LEDERMAN, R. BERKOVICH AND J. SMOLINSKY (.2) |
| | $630.00 03/16/10 20256657 | Tue | | 0.10 | 0.10 | 63.00 | | MATTER NAME: *Bar Date/Claims Reconciliation/Claims Obj Litig*<br>1 REVIEW EMAILS RE: KOCH SUPPLY & TRADING |
| | $630.00 03/19/10 20256594 | Fri | | 0.10 | 0.10 | 63.00 | | MATTER NAME: *365/Executory Contracts/Personal Property Leases*<br>1 REVIEW EMAILS RE: KOCH SUPPLY & TRADING AGREEMENT |
| | NUMBER OF ENTRIES: | | 4 | | 1.30 | 819.00 | | |
| 8375 | | | | | | | | |

EXHIBIT K PAGE 7 of 14

EXHIBIT K
TRANSIENT BILLERS
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 8375 Kimmel, G | $240.00 | 02/12/10 | Fri | 2.00 | 2.00 | 480.00 | | *MATTER NAME: Automatic Stay*<br>1 REVIEW ANSWERING BRIEF OF MOTORS LIQUIDATION COMPANY IN OPPOSITION TO APPEAL OF WALTER J. LAWRENCE. |
| | 20070384 | NUMBER OF ENTRIES: | | 1 | | | 480.00 | |
| 5476 Kulawik, T | $455.00 | 02/04/10 | Thu | 0.20 | 0.20 | 91.00 | | *MATTER NAME: Unsecured Creditors Issues/Meetings/Communications*<br>1 CALL WITH T. MINTER RE: MUNICIPAL BONDS. |
| | 20004939 | | | | | | | |
| | $455.00 | 02/08/10 | Mon | 0.10 | 0.10 | 45.50 | | *MATTER NAME: Unsecured Creditors Issues/Meetings/Communications*<br>1 TELEPHONE CONFERENCE WITH T. MINTER RE: MUNICIPAL BONDS. |
| | 20015948 | | | | | | | |
| | $455.00 | 02/25/10 | Thu | 0.40 | 0.40 | 182.00 | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig*<br>1 REVIEW PROOFS OF CLAIM RELATING TO THE EL-MO TRANSACTION. |
| | 20066845 | NUMBER OF ENTRIES: | | 3 | 0.70 | | 318.50 | |
| 0419 Landau, M | $845.00 | 04/20/10 | Tue | 0.40 | 0.40 | 338.00 | | *MATTER NAME: Corporate/Securities/Corporate Governance*<br>1 CONFER WITH R. GIETZ RE: ASSET PURCHASE AGREEMENT |
| | 20366414 | NUMBER OF ENTRIES: | | 1 | 0.40 | | 338.00 | |
| 4121 Landen, R | $695.00 | 02/08/10 | Mon | 1.70 | 1.70 | 1,181.50 | | *MATTER NAME: Delphi Chapter 11 Cases*<br>1 REVIEW RELEASE DOCUMENTATION. |
| | 20088190 | NUMBER OF ENTRIES: | | 1 | 1.70 | | 1,181.50 | |
| 5465 Lennox, M | $455.00 | 04/05/10 | Mon | 0.90 | 0.90 | 409.50 | | *MATTER NAME: Corporate/Securities/Corporate Governance*<br>1 REVIEW COMPLIANCE DISCLOSURE AND INTERPRETATIONS FOR QUESTION ON AMENDMENTS TO MATERIAL AGREEMENTS |
| | 20312878 | NUMBER OF ENTRIES: | | 1 | 0.90 | | 409.50 | |
| 6622 Lynch, M | $180.00 | 02/17/10 | Wed | 0.50 | 0.50 | 90.00 | | *MATTER NAME: Unsecured Creditors Issues/Meetings/Communications*<br>1 REVIEW AND REVISE CALL LOG |
| | 20044181 | | | | | | | |

EXHIBIT K PAGE 8 of 14

EXHIBIT K
TRANSIENT BILLERS
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 6622 Lynch, M | | NUMBER OF ENTRIES: | | 1 | 0.50 | 90.00 | | |
| 0061 McCaffrey, C | $950.00 | 02/01/10 | Mon | 2.20 | 2.20 | 2,090.00 | | *MATTER NAME: Environmental Issues*<br>1 REVIEW DOCUMENTS IN PREPARATION FOR CONFERENCE CALL (2.0); 2.00<br>2 PARTICIPATION IN CONFERENCE CALL (.2) 0.20 |
| | $950.00 20103032 | 02/26/10 | Fri | 0.10 | 0.10 | 95.00 | | *MATTER NAME: Tax Issues*<br>1 REVIEW EMAILS RE: CONVERSATIONS WITH IRS |
| | | NUMBER OF ENTRIES: | | 2 | 2.30 | 2,185.00 | | |
| 5491 Milligan, P | $395.00 20025219 | 02/09/10 | Tue | 4.80 | 4.80 | 1,896.00 | | *MATTER NAME: Corporate/Securities/Corporate Governance*<br>1 REVIEW AND SUMMARIZE THE EXTENT TO WHICH SHAREHOLDERS OF CALIFORNIA CLOSE CORPORATIONS CAN USE CORPORATE FINANCIAL INFORMATION. |
| | | NUMBER OF ENTRIES: | | 1 | 4.80 | 1,896.00 | | |
| 4056 Morneau, J | $630.00 20057900 | 02/22/10 | Mon | 0.30 | 0.30 | 189.00 | | *MATTER NAME: DIP Financing / Cash Collateral*<br>1 REVIEW EMAIL FROM T. GOSLIN RE: QUESTION ON CREDIT AGREEMENT (.1); 0.10<br>2 REVIEW LOAN DOCUMENTS AND EMAIL TO R. BURSHTINE AND J. FORLENZA RE: QUESTION (.2) 0.20 |
| | $630.00 20111663 | 03/01/10 | Mon | 0.10 | 0.10 | 63.00 | | *MATTER NAME: DIP Financing / Cash Collateral*<br>1 REVIEW CREDIT AGREEMENT AND RESPOND TO L LAKEN RE: BUDGET REPORTING |
| | | NUMBER OF ENTRIES: | | 2 | 0.40 | 252.00 | | |
| 0567 Neuwirth, J | $820.00 20201067 | 03/08/10 | Mon | 0.30 | 0.30 | 246.00 | | *MATTER NAME: 363 Sale / Asset Dispositions*<br>1 EMAIL TO WGM TEAM RE: MARCH 4 CAMPBELL APPEAL MEETING |
| | $820.00 20201113 | 03/09/10 | Tue | 0.30 | 0.30 | 246.00 | | *MATTER NAME: 363 Sale / Asset Dispositions*<br>1 PARTICIPATE IN TEAM MEETING RE: CAMPBELL APPEAL |
| | $820.00 20201125 | 03/11/10 | Thu | 0.30 | 0.30 | 246.00 | | *MATTER NAME: 363 Sale / Asset Dispositions*<br>1 TELECONFERENCE WITH I. WARREN RE: CAMPBELL APPEAL |
| | | NUMBER OF ENTRIES: | | 3 | 0.90 | 738.00 | | |

EXHIBIT K PAGE 9 of 14

EXHIBIT K
TRANSIENT BILLERS
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 0087 Odoner, E | $990.00 20497919 | 05/25/10 | Tue | 1.00 | 1.00 | 990.00 | | *MATTER NAME: Corporate/Securities/Corporate Governance*<br>1 CONFER WITH R. GUY AND C. DIXON RE: NO ACTION |
| | $990.00 20497920 | 05/26/10 | Wed | 0.50 | 0.50 | 495.00 | 0.30<br>0.20 | *MATTER NAME: Corporate/Securities/Corporate Governance*<br>1 REVIEW NO ACTION LETTER STRATEGY (.3);<br>2 CONFER WITH R. GEITZ AND C. DIXON RE: SAME (.2) |
| | NUMBER OF ENTRIES: | | 2 | | 1.50 | 1,485.00 | | |
| 0434 Pappas, N | $845.00 20117170 | 03/02/10 | Tue | 1.00 | 1.00 | 845.00 | 0.10<br>0.20<br>0.70 | *MATTER NAME: Non-Bankruptcy Litigation*<br>1 TELEPHONE CONFERENCE WITH B. BENFIELD (.1);<br>2 AND EMAILS TO AND FROM B. BENFIELD RE: WHETHER GM MUST ALLOCATE SETTLEMENT PROCEEDS BETWEEN WAGE AND NON-WAGE INCOME AS PER TERMS OF WRITTEN SETTLEMENT AGREEMENT (.2);<br>3 CONFERENCE CALL WITH B. BENFIELD, S. HAMILTON (OF ALIX PARTNERS), AND R. ZABLAKE (TAX DIRECTOR OF ALIX PARTNERS) RE: SAME AND PRACTICAL ALTERNATIVES FOR PAYMENT OF TAXES ON WAGE INCOME WHERE EMPLOYING ENTITY (A DEALERSHIP) HAS BEEN DISSOLVED (.7). |
| | NUMBER OF ENTRIES: | | 1 | | 1.00 | 845.00 | | |
| 1367 Perheentupa, I | $665.00 20218775 | 03/08/10 | Mon | 1.50 | 1.50 | 997.50 | | *MATTER NAME: Corporate/Securities/Corporate Governance*<br>1 REVIEW DRAFT DOCUMENTS RELATING TO TRANSFER OF JVS IN UZBEKISTAN |
| | NUMBER OF ENTRIES: | | 1 | | 1.50 | 997.50 | | |
| 1666 Schmidt [fka Beyer], S | $515.00 20423357 | 05/18/10 | Tue | 2.00 | 2.00 | 1,030.00 | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig*<br>1 PARTICIPATE IN TELEPHONE CONFERENCE WITH ALIXPARTNERS, J. SMOLINKSY, P. FALABELLA AND D. GRIFFITHS RE: CLAIMS ADMINISTRATION |
| | $515.00 20436941 | 05/21/10 | Fri | 1.10 | 1.10 | 566.50 | 0.80<br>0.30 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig*<br>1 MEET WITH P. FALABELLA AND D. GRIFFITHS TO DISCUSS PREPARATION OF MOTIONS FOR CLAIMS RECONCILIATION ISSUES (.8);<br>2 REVIEW AND RESPOND TO FOLLOW UP EMAILS RE: SAME (.3) |
| | $515.00 20437719 | 05/22/10 | Sat | 0.30 | 0.30 | 154.50 | 0.30 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig*<br>1 REVIEW AND RESPOND TO EMAILS FROM P. FALABELLA AND D. GRIFFITHS RE: DRAFTING OF CLAIMS MOTIONS (.3) |
| | NUMBER OF ENTRIES: | | 3 | | 3.40 | 1,751.00 | | |
| 5569 | | | | | | | | |

EXHIBIT K PAGE 10 of 14

09-50026-mg    Doc 6984-11    Filed 09/17/10    Entered 09/17/10 15:46:29    Exhibit K
Pg 12 of 15

EXHIBIT K
TRANSIENT BILLERS
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 5569 Thompson, S | $455.00 20405766 | 04/08/10 | Thu | 0.30 | 0.30 | 136.50 | | MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig<br>1 CONFERENCE WITH D.DUMMER RE: WRONG PARTY CLAIMS |
| | $455.00 20343914 | 04/28/10 | Wed | 1.00 | 1.00 | 455.00 | 0.30<br>0.50<br>0.20 | MATTER NAME: Non-Bankruptcy Litigation<br>1 REVIEW CORRESPONDENCE AND CASE FILES (.3);<br>2 READ RESPOND TO EMAILS FROM LOCAL COUNSEL RE: STATE GENERAL MOTORS CASES (.5);<br>3 PARTICIPATE IN TELEPHONE CONFERENCE WITH M. KINKOPF RE: MCDADE CIVIL ACTION AND LEAVE VOICE MESSAGES FOR E. GRAY ON MCDADE MATTER AND FOR T. KLEIN ON CLINGER MATTER (.2). |
| | NUMBER OF ENTRIES: | | 2 | | 1.30 | 591.50 | | |
| 5530 Van Deurzen, J | $455.00 20452488 | 05/26/10 | Wed | 1.50 | 1.50 | 682.50 | 0.70<br>0.80 | MATTER NAME: DIP Financing / Cash Collateral<br>1 CONFER WITH M. MEISES AND R. BURSHTINE RE: DIP PROVISIONS IN RESPECT OF ASSET SALES AND TERMINATION OR MATURITY OF THE DIP CREDIT AGREEMENT (.7);<br>2 REVIEW DIP PROVISIONS IN RESPECT OF ASSET SALES AND TERMINATION OR MATURITY OF THE DIP CREDIT AGREEMENT (.8). |
| | NUMBER OF ENTRIES: | | 1 | | 1.50 | 682.50 | | |
| 4005 Vron, V | $630.00 20312330 | 04/21/10 | Wed | 1.00 | 1.00 | 630.00 | | MATTER NAME: Delphi Chapter 11 Cases<br>1 REVIEW DRAFT REPLY TO DELPHI'S OBJECTION TO NYSD CLAIM AND ASSISTED WITH SAME. |
| | $630.00 20312319 | 04/22/10 | Thu | 0.20 | 0.20 | 126.00 | | MATTER NAME: Delphi Chapter 11 Cases<br>1 CALL FROM D. HIRD RE: REPLY TO DELPHI'S OBJECTION TO NYSD CLAIM. |
| | $630.00 20326064 | 04/23/10 | Fri | 0.20 | 0.20 | 126.00 | | MATTER NAME: Delphi Chapter 11 Cases<br>1 RESEARCH DELPHI'S DOCKET AT CLIENT'S REQUEST. |
| | NUMBER OF ENTRIES: | | 3 | | 1.40 | 882.00 | | |
| 0070 Waksman, T | $990.00 20022735 | 02/08/10 | Mon | 0.40 | 0.40 | 396.00 | 0.20<br>0.20 | MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig<br>1 REVIEW MASTER DISPOSITION AGREEMENT (.2);<br>2 TELEPHONE CONFERENCE WITH R. LANDEN RE: DELPHI CLAIMS AGAINST OLD GM (.2) |
| | $990.00 20198462 | 03/24/10 | Wed | 0.50 | 0.50 | 495.00 | | MATTER NAME: Corporate/Securities/Corporate Governance<br>1 CONFER WITH R. GIETZ AND V. PETHEBRIDGE RE: SECURITIES ISSUES. |
| | NUMBER OF ENTRIES: | | 2 | | 0.90 | 891.00 | | |

EXHIBIT K PAGE 11 of 14

EXHIBIT K
TRANSIENT BILLERS
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 4094 Wright, M | $630.00 | 02/01/10 | Mon | 1.00 | 1.00 | 630.00 | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig*<br>1 TEAM CONFERENCE TO DISCUSS TAX ISSUES AND CLAIMS |
| | | 20104729 | | | | | | |
| | NUMBER OF ENTRIES: | | 1 | | 1.00 | 630.00 | | |
| 0350 Youngman, S | $845.00 | 04/08/10 | Thu | 0.20 | | 169.00 | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig*<br>1 CONFERENCE WITH L. KOTCHER AND J. O'CONNOR RE: CLAIMS LITIGATION |
| | | 20278046 | | | | | | |
| | $845.00 | 04/26/10 | Mon | 0.20 | | 169.00 | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig*<br>1 CONFER WITH V. BEAGLES AND M. SOSLAND RE: BANKRUPTCY ISSUES RE: SETTLEMENT OF CLASS ACTION LITIGATION |
| | | 20358375 | | | | | | |
| | NUMBER OF ENTRIES: | | 2 | | 0.40 | 338.00 | | |

Total: 52.90    $33,358.00
Number of Entries: 75

EXHIBIT K
TRANSIENT BILLERS
Weil, Gotshal & Manges

| TIMEKEEPER NAME | INITIALS | HOURS | RATE | FEES |
|---|---|---|---|---|
| Amsel, J | 2947 | 1.30 | $695.00 | 903.50 |
| Asofsky, P | 0170 | 0.40 | $925.00 | 370.00 |
| Bower, D | 0338 | 3.00 | $845.00 | 2,535.00 |
| Burshtine, R | 2628 | 1.20 | $700.00 | 840.00 |
| Chandler, T | 0427 | 1.40 | $845.00 | 1,183.00 |
| Chivers, C | 0365 | 0.60 | $900.00 | 540.00 |
| Cruz, L | 5875 | 1.00 | $135.00 | 135.00 |
| Dedyo, J | 0446 | 0.20 | $900.00 | 180.00 |
| Dicker, H | 0306 | 0.10 | $925.00 | 92.50 |
| Evans, C | 5688 | 3.50 | $395.00 | 1,382.50 |
| Fortenza, J | 5274 | 2.60 | $515.00 | 1,339.00 |
| Gilbane, E | 4270 | 0.40 | $695.00 | 278.00 |
| Grauke, S | 0494 | 1.70 | $835.00 | 1,419.50 |
| Gregory, H | 0284 | 2.50 | $885.00 | 2,212.50 |
| Hahn, A | 2966 | 1.70 | $695.00 | 1,181.50 |
| Hird, D | 0212 | 0.70 | $845.00 | 591.50 |
| Ho, J | 1459 | 0.50 | $630.00 | 315.00 |
| Hwang, E | 5883 | 0.30 | $195.00 | 58.50 |
| Kim, H | 1441 | 1.30 | $630.00 | 819.00 |
| Kimmel, G | 8375 | 2.00 | $240.00 | 480.00 |
| Kulawik, T | 5476 | 0.70 | $455.00 | 318.50 |
| Landau, M | 0419 | 0.40 | $845.00 | 338.00 |
| Landen, R | 4121 | 1.70 | $695.00 | 1,181.50 |
| Lennox, M | 5465 | 0.90 | $455.00 | 409.50 |
| Lynch, M | 6622 | 0.50 | $180.00 | 90.00 |
| McCaffrey, C | 0061 | 2.30 | $950.00 | 2,185.00 |
| Milligan, P | 5491 | 4.80 | $395.00 | 1,896.00 |
| Morneau, J | 4056 | 0.40 | $630.00 | 252.00 |
| Neuwirth, J | 0567 | 0.90 | $820.00 | 738.00 |
| Odoner, E | 0087 | 1.50 | $990.00 | 1,485.00 |
| Pappas, N | 0434 | 1.00 | $845.00 | 845.00 |
| Perheentupa, I | 1367 | 1.50 | $665.00 | 997.50 |
| Schmidt [fka Beyer], S | 1666 | 3.40 | $515.00 | 1,751.00 |
| Thompson, S | 5569 | 1.30 | $455.00 | 591.50 |
| Van Deurzen, J | 5530 | 1.50 | $455.00 | 682.50 |
| Vron, V | 4005 | 1.40 | $630.00 | 882.00 |
| Waksman, T | 0070 | 0.90 | $990.00 | 891.00 |
| Wright, M | 4094 | 1.00 | $630.00 | 630.00 |
| Youngman, S | 0350 | 0.40 | $845.00 | 338.00 |
| | | 52.90 | | $33,358.00 |

EXHIBIT K
TRANSIENT BILLERS
Weil, Gotshal & Manges

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| 2004 Examinations/Other Investigatory Matters | 1.00 | 135.00 |
| 363 Sale / Asset Dispositions | 2.20 | 1,641.50 |
| 363/Use/Sale/Lease of Property Excl Real Prop/MSPA | 0.70 | 486.50 |
| 365/Executory Contracts/Personal Property Leases | 0.90 | 685.00 |
| Automatic Stay | 2.40 | 758.00 |
| Bar Date/Claims Reconciliation/Claims Obj Litig | 6.70 | 3,937.50 |
| Business Operations | 0.50 | 347.50 |
| Corporate/Securities/Corporate Governance | 14.40 | 9,829.00 |
| DIP Financing / Cash Collateral | 5.70 | 3,113.50 |
| Delphi Chapter 11 Cases | 3.10 | 2,063.50 |
| Disclosure Statement/Solicitation/Voting | 1.00 | 845.00 |
| Environmental Issues | 2.90 | 2,681.50 |
| Europe | 2.00 | 1,628.00 |
| Hearings and Court Matters | 3.50 | 1,382.50 |
| Non-Bankruptcy Litigation | 2.00 | 1,300.00 |
| Retention/Fee Application: Ordinary Course Prof | 0.20 | 126.00 |
| Tax Issues | 2.40 | 1,843.50 |
| Unsecured Creditors Issues/Meetings/Communications | 0.80 | 226.50 |
| WG&M Fee Applications/Retention | 0.50 | 328.00 |
| | 52.90 | $33,358.00 |