# EXHIBIT L

(Clerical/Administrative)

09-50026-mg    Doc 6984-12    Filed 09/17/10    Entered 09/17/10 15:46:29    Exhibit L
Pg 1 of 12

EXHIBIT L
CLERICAL/ADMINISTRATIVE
Weil, Gotshal & Manges

| TIMEKEEPER NAME | INITIALS | HOURS | RATE | FEES |
|---|---|---|---|---|
| Burdette, L | 5035 | 5.20 | $140.00 | 728.00 |
| Flinn, D | 7243 | 2.40 | $240.00 | 576.00 |
| Mehta, M | 7364 | 19.60 | $180.00 | 3,528.00 |
| Potter, L | 6687 | 5.00 | $200.00 | 1,000.00 |
| Roberts, S | 7036 | 22.10 | $230.00 | 5,083.00 |
| Rodriguez, I | 6558 | 26.60 | $200.00 | 5,320.00 |
| Viola, M | 6581 | 1.20 | $275.00 | 330.00 |
| | | 82.10 | | $16,565.00 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Bar Date/Claims Reconciliation/Claims Obj Litig | 16.60 | 2,998.00 |
| Case Administration | 52.80 | 11,217.50 |
| Corporate/Securities/Corporate Governance | 0.90 | 247.50 |
| Environmental Issues | 5.00 | 1,000.00 |
| Insurance Issues | 1.60 | 384.00 |
| Non-Bankruptcy Litigation | 5.20 | 728.00 |
| | 82.10 | $16,565.00 |

EXHIBIT L  PAGE 1 of 11

EXHIBIT L
CLERICAL/ADMINISTRATIVE
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 5035 Burdette, L | $140.00 20238645 | 03/08/10 | Mon | 1.40 | 1.40 | 196.00 | | *MATTER NAME: Non-Bankruptcy Litigation*<br>1 PRINT DOCUMENTS FROM PENDING LITIGATIONS FOR B. BENFIELD |
| | $140.00 20238646 | 03/17/10 | Wed | 0.80 | 0.80 | 112.00 | | *MATTER NAME: Non-Bankruptcy Litigation*<br>1 PRINT DOCUMENTS FROM PENDING LITIGATIONS FOR B. BENFIELD |
| | $140.00 20369600 | 04/01/10 | Thu | 0.80 | 0.80 | 112.00 | | *MATTER NAME: Non-Bankruptcy Litigation*<br>1 PRINT DOCUMENTS FROM PENDING LITIGATIONS FOR B. BENFIELD |
| | $140.00 20369698 | 04/02/10 | Fri | 0.30 | 0.30 | 42.00 | | *MATTER NAME: Non-Bankruptcy Litigation*<br>1 PULL CASE DOCUMENTS FOR B. BENFIELD |
| | $140.00 20369700 | 04/13/10 | Tue | 1.50 | 0.40 | 56.00 | 0.40<br>0.60<br>0.50 | *MATTER NAME: Non-Bankruptcy Litigation*<br>1 PULL CASE INFORMATION AND DOCKET FOR PENDING LITIGATION IN MARICOPA COUNTY, AZ (.4);<br>2 PREPARE AFFIDAVIT OF SERVICE TO BE FILED IN BANKRUPTCY PROCEEDING (.6);<br>3 SERVE SETTLED ORDER ON CHAMBERS AND PARTIES FOR B. BENFIELD (.5) |
| | $140.00 20369167 | 04/27/10 | Tue | 0.60 | 0.60 | 84.00 | | *MATTER NAME: Non-Bankruptcy Litigation*<br>1 PULL CASE DOCUMENTS FROM PENDING LITIGATIONS FOR B. BENFIELD |
| | $140.00 20491032 | 05/12/10 | Wed | 2.20 | 0.90 | 126.00 | 1.30<br>0.90 | *MATTER NAME: Non-Bankruptcy Litigation*<br>1 ELECTRONICALLY FILE NOTICE OF PRESENTMENT AND PREPARE CHAMBERS COURTESY COPY FOR B. BENFIELD (1.3);<br>2 PRINT CASE DOCUMENTS RE: STATE/FEDERAL CASES NAMING GMMOTORS LIQUIDATION COMPANY AS DEFENDANT FOR B. BENFIELD (.9) |
| | NUMBER OF ENTRIES: | | | 7 | 5.20 | 728.00 | | |
| 7243 Flinn, D | $240.00 20103063 | 02/25/10 | Thu | 0.80 | 0.80 | 192.00 | | *MATTER NAME: Insurance Issues*<br>1 STAMP PRODUCTION DOCUMENTS CONFIDENTIAL FOR J. WINE. |
| | $240.00 20246570 | 03/10/10 | Wed | 0.80 | 0.80 | 192.00 | | *MATTER NAME: Insurance Issues*<br>1 STAMP INSURANCE DOCUMENTS WITH "CONFIDENTIAL" DESIGNATION AND DOWNLOAD DOCUMENTS TO COMPACT DISK FOR J. WINE. |
| | $240.00 20374754 | 04/22/10 | Thu | 0.80 | 0.80 | 192.00 | | *MATTER NAME: Case Administration*<br>1 COORDINATE WITH VENDOR TO HAVE ROYAL INSURANCE POLICIES STAMPED CONFIDENTIAL FOR J. WINE |
| | NUMBER OF ENTRIES: | | | 3 | 2.40 | 576.00 | | |

EXHIBIT L PAGE 2 of 11

EXHIBIT L
CLERICAL/ADMINISTRATIVE
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 7364 Mehta, M | | | | | | | | *MATTER NAME: Case Administration* |
| | $180.00 20423030 | 05/12/10 | Wed | 3.00 | 3.00 | 540.00 | 2.00 1.00 | 1 COLLECT, ORGANIZE AND ARCHIVE ALL EMAILS FROM E. LAW FOR D. BYEFF (2.0); 2 ASSIST D. BYEFF IN ORGANIZING PRINTED DOCUMENTS (1.0) |
| | | | | | | | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* |
| | $180.00 20422949 | 05/13/10 | Thu | 3.50 | 3.50 | 630.00 | 2.00 1.50 | 1 PREPARE BINDER OF EMAILS FROM E. LAW WITH ATTACHMENTS IN CHRON ORDER FOR D. BYEFF (2.0); 2 ASSIST D. BYEFF IN ORGANIZING PRINTED DOCUMENTS (1.5) |
| | | | | | | | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* |
| | $180.00 20422977 | 05/14/10 | Fri | 3.50 | 3.50 | 630.00 | 2.00 1.50 | 1 PRINT ALL EMAILS FROM E. LAW WITH ATTACHMENTS AND PUT IN CHRON ORDER FOR D. BYEFF (2.0); 2 ASSIST D. BYEFF IN ORGANIZING PRINTED DOCUMENTS (1.5) |
| | | | | | | | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* |
| | $180.00 20422859 | 05/17/10 | Mon | 3.90 | 3.90 | 702.00 | | 1 REDACT DOCUMENT PRODUCTION AND REMOVE DUPLICATES FOR D. BYEFF |
| | | | | | | | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* |
| | $180.00 20428557 | 05/18/10 | Tue | 4.20 | 4.20 | 756.00 | 2.00 2.20 | 1 REVIEW DOCUMENT PRODUCTION AND SEND TO REPRO FOR BATES STAMPING (2.0); 2 REVIEW BATES STAMPED PRODUCTION AND ORGANIZE FEDEX DELIVERY (2.2) |
| | | | | | | | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* |
| | $180.00 20472805 | 05/19/10 | Wed | 2.00 | 1.50 | 270.00 | 0.50 1.50 | 1 CREATE AND UPDATE LOG RE: DOCUMENT PRODUCTIONS (.5); 2 CHECK QUALITY OF COPIES OF DOCUMENT PRODUCTION AND SEND TO VARIOUS ATTORNEYS (1.5) |
| | NUMBER OF ENTRIES: | | | 6 | 19.60 | 3,528.00 | | |
| 6687 Potter, L | | | | | | | | *MATTER NAME: Environmental Issues* |
| | $200.00 20361637 | 04/14/10 | Wed | 1.60 | 1.60 | 320.00 | | 1 COPY CASE FILES AND CREATE ELECTRONIC COPIES OF CASE DOCUMENTS BEARING A 'CONFIDENTIAL' LABEL AT REQUEST OF J. WINE |
| | | | | | | | | *MATTER NAME: Environmental Issues* |
| | $200.00 20361659 | 04/16/10 | Fri | 3.40 | 3.40 | 680.00 | | 1 CREATE ELECTRONIC COPIES OF CASE DOCUMENTS BEARING A 'CONFIDENTIAL' LABEL FOR DOCUMENT PRODUCTION |
| | NUMBER OF ENTRIES: | | | 2 | 5.00 | 1,000.00 | | |
| 7036 Roberts, S | | | | | | | | *MATTER NAME: Case Administration* |
| | $230.00 20192665 | 03/26/10 | Fri | 0.50 | 0.50 | 115.00 | | 1 RESEARCH AND PROVIDE UPDATES OF ALL RELATED DOCKETS TO TEAM. |

EXHIBIT L PAGE 3 of 11

EXHIBIT L
CLERICAL/ADMINISTRATIVE
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 7036 Roberts, S | $230.00 20224331 | 03/29/10 | Mon | 1.00 | 0.50 | 115.00 | 0.50 0.50 | *MATTER NAME: Case Administration*<br>1 RESEARCH AND PROVIDE UPDATES OF ALL RELATED DOCKETS TO TEAM (.5);<br>2 REVIEW CASE PROCEDURES (.5) |
| | $230.00 20223319 | 03/30/10 | Tue | 2.00 | 0.50 | 115.00 | 0.50 1.50 | *MATTER NAME: Case Administration*<br>1 RESEARCH AND PROVIDE UPDATES OF ALL RELATED DOCKETS TO TEAM (.5);<br>2 REVIEW CASE PROCEDURES (1.5) |
| | $230.00 20223318 | 03/31/10 | Wed | 2.00 | 0.50 | 115.00 | 0.50 1.50 | *MATTER NAME: Case Administration*<br>1 RESEARCH AND PROVIDE UPDATES OF ALL RELATED DOCKETS TO TEAM (.5);<br>2 REVIEW CASE PROCEDURES (1.5) |
| | $230.00 20265052 | 04/01/10 | Thu | 2.00 | 0.50 | 115.00 | 0.50 1.50 | *MATTER NAME: Case Administration*<br>1 RESEARCH AND PROVIDE UPDATES OF ALL RELATED DOCKETS TO TEAM (.5);<br>2 REVIEW CASE PROCEDURES (1.5) |
| | $230.00 20264963 | 04/02/10 | Fri | 2.50 | 0.50 | 115.00 | 0.50 0.50 1.50 | *MATTER NAME: Case Administration*<br>1 RESEARCH AND PROVIDE UPDATES OF ALL RELATED DOCKETS TO TEAM (.5);<br>2 PULL AND PROVIDE VARIOUS PLEADINGS TO M. MEISES AS REQUESTED (.5);<br>3 REVIEW WITH CASE PROCEDURES (1.5) |
| | $230.00 20265066 | 04/06/10 | Tue | 0.50 | 0.50 | 115.00 | | *MATTER NAME: Case Administration*<br>1 REVIEW ALL RELATED DOCKETS AND PROVIDE UPDATES TO TEAM |
| | $230.00 20275940 | 04/07/10 | Wed | 0.50 | 0.50 | 115.00 | | *MATTER NAME: Case Administration*<br>1 REVIEW ALL RELATED DOCKETS AND PROVIDE UPDATES TO TEAM |
| | $230.00 20275941 | 04/08/10 | Thu | 0.50 | 0.50 | 115.00 | | *MATTER NAME: Case Administration*<br>1 RESEARCH AND PROVIDE UPDATES OF ALL RELATED DOCKETS TO TEAM |
| | $230.00 20275942 | 04/09/10 | Fri | 0.50 | 0.50 | 115.00 | | *MATTER NAME: Case Administration*<br>1 RESEARCH AND PROVIDE UPDATES OF ALL RELATED DOCKETS TO TEAM |
| | $230.00 20283051 | 04/12/10 | Mon | 0.50 | 0.50 | 115.00 | | *MATTER NAME: Case Administration*<br>1 RESEARCH AND PROVIDE UPDATES OF ALL RELATED DOCKETS TO TEAM |

EXHIBIT L PAGE 4 of 11

EXHIBIT L
CLERICAL/ADMINISTRATIVE
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 7036 Roberts, S | $230.00 20306379 | 04/13/10 | Tue | 1.00 | 0.50 | 115.00 | 0.50 0.50 | *MATTER NAME: Case Administration*<br>1 RESEARCH AND PROVIDE UPDATES OF ALL RELATED DOCKETS TO TEAM (.5);<br>2 REVIEW AND DISTRIBUTE MAIL FROM CREDITORS (.5) |
| | $230.00 20307908 | 04/14/10 | Wed | 0.50 | 0.50 | 115.00 | | *MATTER NAME: Case Administration*<br>1 RESEARCH AND PROVIDE UPDATES OF ALL RELATED DOCKETS TO TEAM |
| | $230.00 20310773 | 04/15/10 | Thu | 0.70 | 0.50 | 115.00 | 0.50 0.20 | *MATTER NAME: Case Administration*<br>1 RESEARCH AND PROVIDE UPDATES OF ALL RELATED DOCKETS TO TEAM (.5);<br>2 FIELD CREDITOR CALLS (.2). |
| | $230.00 20335376 | 04/16/10 | Fri | 0.50 | 0.50 | 115.00 | | *MATTER NAME: Case Administration*<br>1 PROVIDE UPDATES OF ALL RELATED DOCKETS TO TEAM. |
| | $230.00 20335377 | 04/19/10 | Mon | 0.50 | 0.50 | 115.00 | | *MATTER NAME: Case Administration*<br>1 PROVIDE UPDATES OF ALL RELATED DOCKETS TO TEAM |
| | $230.00 20308035 | 04/20/10 | Tue | 0.70 | 0.50 | 115.00 | 0.50 0.20 | *MATTER NAME: Case Administration*<br>1 PROVIDE UPDATES OF ALL RELATED DOCKETS TO TEAM (.5);<br>2 FIELD CALLS FROM CREDITORS (.2) |
| | $230.00 20336259 | 04/21/10 | Wed | 0.50 | 0.50 | 115.00 | | *MATTER NAME: Case Administration*<br>1 PROVIDE UPDATES OF ALL RELATED DOCKETS TO TEAM |
| | $230.00 20336260 | 04/22/10 | Thu | 1.50 | 1.50 | 345.00 | | *MATTER NAME: Case Administration*<br>1 PROVIDE UPDATES AND FILED PLEADINGS OF ALL RELATED DOCKETS TO TEAM. |
| | $230.00 20336261 | 04/23/10 | Fri | 0.50 | 0.50 | 115.00 | | *MATTER NAME: Case Administration*<br>1 PROVIDE UPDATES OF ALL RELATED DOCKETS TO TEAM |
| | $230.00 20335767 | 04/26/10 | Mon | 0.50 | 0.50 | 115.00 | | *MATTER NAME: Case Administration*<br>1 PROVIDE UPDATES OF ALL RELATED DOCKETS TO TEAM |
| | $230.00 20335768 | 04/27/10 | Tue | 0.50 | 0.50 | 115.00 | | *MATTER NAME: Case Administration*<br>1 PROVIDE UPDATES OF ALL RELATED DOCKETS TO TEAM |

EXHIBIT L PAGE 5 of 11

EXHIBIT L
CLERICAL/ADMINISTRATIVE
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 7036 Roberts, S | $230.00 20335800 | 04/28/10 | Wed | 0.50 | 0.50 | 115.00 | | *MATTER NAME: Case Administration*<br>1 PROVIDE UPDATES OF ALL RELATED DOCKETS TO TEAM |
| | $230.00 20355684 | 04/29/10 | Thu | 1.00 | 0.50 | 115.00 | 0.50<br>0.50 | *MATTER NAME: Case Administration*<br>1 PROVIDE UPDATES OF ALL RELATED DOCKETS TO TEAM (.5);<br>2 MONITOR FOR ENTERED ORDERS FROM APRIL 29 (.5). |
| | $230.00 20356150 | 04/30/10 | Fri | 0.50 | 0.50 | 115.00 | | *MATTER NAME: Case Administration*<br>1 PROVIDE UPDATES OF ALL RELATED DOCKETS AND FILINGS TO TEAM |
| | $230.00 20412403 | 05/03/10 | Mon | 1.00 | 0.40 | 92.00 | 0.40<br>0.30<br>0.30 | *MATTER NAME: Case Administration*<br>1 RESEARCH AND PROVIDE UPDATES OF ALL RELATED DOCKETS AND FILINGS TO TEAM (.4);<br>2 PROVIDE DOCUMENTS TO CHAMBERS (.3);<br>3 REVIEW WORKSTREAMS REPORT AND CALENDAR FOR UPCOMING HEARING SCHEDULE (.3). |
| | $230.00 20389874 | 05/04/10 | Tue | 0.40 | 0.40 | 92.00 | | *MATTER NAME: Case Administration*<br>1 RESEARCH AND PROVIDE UPDATES OF ALL RELATED DOCKETS AND FILINGS TO TEAM |
| | $230.00 20412404 | 05/05/10 | Wed | 1.00 | 0.50 | 115.00 | 0.50<br>0.50 | *MATTER NAME: Case Administration*<br>1 RESEARCH AND PROVIDE UPDATES OF ALL RELATED DOCKETS AND FILINGS TO TEAM (.5);<br>2 REVISE WORKSTREAMS REPORT RE: LITIGATION TEAM (.5) |
| | $230.00 20389875 | 05/06/10 | Thu | 0.60 | 0.60 | 138.00 | | *MATTER NAME: Case Administration*<br>1 RESEARCH AND PROVIDE UPDATES OF ALL RELATED DOCKETS AND FILINGS TO TEAM |
| | $230.00 20411758 | 05/11/10 | Tue | 0.40 | 0.40 | 92.00 | | *MATTER NAME: Case Administration*<br>1 RESEARCH AND PROVIDE UPDATES OF ALL RELATED DOCKETS AND FILINGS TO TEAM |
| | $230.00 20411759 | 05/12/10 | Wed | 0.60 | 0.60 | 138.00 | | *MATTER NAME: Case Administration*<br>1 RESEARCH AND PROVIDE UPDATES OF ALL RELATED DOCKETS AND FILINGS TO TEAM |
| | $230.00 20411760 | 05/13/10 | Thu | 0.40 | 0.40 | 92.00 | | *MATTER NAME: Case Administration*<br>1 RESEARCH AND PROVIDE UPDATES OF ALL RELATED DOCKETS AND FILINGS TO TEAM |
| | $230.00 20454878 | 05/14/10 | Fri | 0.30 | 0.30 | 69.00 | | *MATTER NAME: Case Administration*<br>1 PROVIDE UPDATES OF ALL RELATED DOCKETS AND FILINGS TO TEAM |

EXHIBIT L PAGE 6 of 11

EXHIBIT L
CLERICAL/ADMINISTRATIVE
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 7036 Roberts, S | $230.00 20462931 | 05/17/10 | Mon | 0.40 | 0.40 | 92.00 | | *MATTER NAME: Case Administration*<br>1 PROVIDE UPDATES OF ALL RELATED DOCKETS AND FILINGS TO TEAM |
| | $230.00 20455109 | 05/18/10 | Tue | 0.50 | 0.50 | 115.00 | | *MATTER NAME: Case Administration*<br>1 PROVIDE UPDATES OF ALL RELATED DOCKETS AND FILINGS TO TEAM |
| | $230.00 20455110 | 05/19/10 | Wed | 0.60 | 0.60 | 138.00 | | *MATTER NAME: Case Administration*<br>1 PROVIDE UPDATES OF ALL RELATED DOCKETS AND FILINGS TO TEAM |
| | $230.00 20462932 | 05/20/10 | Thu | 0.60 | 0.60 | 138.00 | | *MATTER NAME: Case Administration*<br>1 PROVIDE UPDATES OF ALL RELATED DOCKETS AND FILINGS TO TEAM |
| | $230.00 20454996 | 05/21/10 | Fri | 0.30 | 0.30 | 69.00 | | *MATTER NAME: Case Administration*<br>1 PROVIDE UPDATES OF ALL RELATED DOCKETS AND FILINGS TO TEAM |
| | $230.00 20462959 | 05/24/10 | Mon | 0.60 | 0.60 | 138.00 | | *MATTER NAME: Case Administration*<br>1 PROVIDE UPDATES OF ALL RELATED DOCKETS AND FILINGS TO TEAM |
| | $230.00 20489665 | 05/25/10 | Tue | 0.50 | 0.50 | 115.00 | | *MATTER NAME: Case Administration*<br>1 PROVIDE UPDATES OF ALL RELATED DOCKETS AND FILINGS TO TEAM |
| | $230.00 20489666 | 05/26/10 | Wed | 0.30 | 0.30 | 69.00 | | *MATTER NAME: Case Administration*<br>1 PROVIDE UPDATES OF ALL RELATED DOCKETS AND FILINGS TO TEAM |
| | $230.00 20462960 | 05/27/10 | Thu | 0.60 | 0.60 | 138.00 | | *MATTER NAME: Case Administration*<br>1 PROVIDE UPDATES OF ALL RELATED DOCKETS AND FILINGS TO TEAM |
| | $230.00 20462961 | 05/28/10 | Fri | 0.60 | 0.60 | 138.00 | | *MATTER NAME: Case Administration*<br>1 PROVIDE UPDATES OF ALL RELATED DOCKETS AND FILINGS TO TEAM |
| | NUMBER OF ENTRIES: | 43 | | | 22.10 | 5,083.00 | | |
| 6558 Rodriguez, I | $200.00 20019806 | 01/28/10 | Thu | 0.90 | 0.40 | 80.00 | 0.50<br>0.40 | *MATTER NAME: Case Administration*<br>1 DOCUMENT REQUEST FOR ATTORNEYS (.5);<br>2 UPDATE AND DISTRIBUTE DOCKET UPDATES (.4) |

EXHIBIT L PAGE 7 of 11

EXHIBIT L
CLERICAL/ADMINISTRATIVE
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 6558 Rodriguez, I | $200.00 20019807 | 01/29/10 | Fri | 0.90 | 0.40 | 80.00 | 0.50 0.40 | *MATTER NAME: Case Administration*<br>1 DOCUMENT REQUEST FOR ATTORNEYS (.5);<br>2 UPDATE AND DISTRIBUTE DOCKET UPDATES (.4) |
| | $200.00 20058121 | 02/02/10 | Tue | 0.80 | 0.60 | 120.00 | 0.60 0.20 | *MATTER NAME: Case Administration*<br>1 UPDATE AND DISTRIBUTE DOCKET UPDATES (.6);<br>2 DOCUMENT REQUESTS FOR M. MEISES (.2) |
| | $200.00 20058235 | 02/03/10 | Wed | 1.20 | 0.30 | 60.00 | 0.30 0.70 0.20 | *MATTER NAME: Case Administration*<br>1 UPDATE AND DISTRIBUTE DOCKET UPDATES (.3);<br>2 MULTIPLE DOCUMENT REQUESTS FOR M. MEISES (.7);<br>3 DOCUMENT REQUEST RE: DB SETOFF MOTION FOR R. BERKOVICH (.2) |
| | $200.00 20058016 | 02/04/10 | Thu | 0.60 | 0.60 | 120.00 | | *MATTER NAME: Case Administration*<br>1 UPDATE AND DISTRIBUTE DOCKET UPDATES |
| | $200.00 20055395 | 02/10/10 | Wed | 0.50 | 0.50 | 100.00 | | *MATTER NAME: Case Administration*<br>1 UPDATE AND DISTRIBUTE DOCKET UPDATES RESOLVE ISSUES WITH SAME |
| | $200.00 20055438 | 02/12/10 | Fri | 1.20 | 1.20 | 240.00 | 0.20 0.80 0.20 | *MATTER NAME: Case Administration*<br>1 UPDATE AND DISTRIBUTE DOCKET UPDATES FOR MAIN GM MOTORS LIQUIDATION COMPANY (.2);<br>2 DISTRIBUTE DELPHI DOCKET UPDATE (.8);<br>3 DISTRIBUTE BILL HEARD DOCKET UPDATE (.2) |
| | $200.00 20057728 | 02/16/10 | Tue | 0.20 | 0.20 | 40.00 | | *MATTER NAME: Case Administration*<br>1 UPDATE AND DISTRIBUTE DOCKET UPDATES |
| | $200.00 20055289 | 02/19/10 | Fri | 1.00 | 1.00 | 200.00 | | *MATTER NAME: Case Administration*<br>1 UPDATE AND DISTRIBUTE DOCKET UPDATES (GM, DELPHI AND BILL HEARD CASES) |
| | $200.00 20057850 | 02/23/10 | Tue | 1.00 | 0.50 | 100.00 | 0.30 0.20 0.50 | *MATTER NAME: Case Administration*<br>1 PERFORM DOCUMENT REQUEST FOR ATTORNEYS (.3);<br>2 RETRIEVE AND EMAIL GM TEAM IN CHINA WITH CERTIFIED ORDER (.2);<br>3 UPDATE AND DISTRIBUTE DOCKET UPDATES (.5) |
| | $200.00 20103887 | 02/24/10 | Wed | 0.60 | 0.60 | 120.00 | | *MATTER NAME: Case Administration*<br>1 UPDATE AND DISTRIBUTE DOCKET UPDATES |

EXHIBIT L PAGE 8 of 11

EXHIBIT L
CLERICAL/ADMINISTRATIVE
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 6558 Rodriguez, I | $200.00 20103533 | 02/25/10 | Thu | 1.00 | 1.00 | 200.00 | | *MATTER NAME: Case Administration*<br>1  UPDATE AND DISTRIBUTE DOCKET UPDATES |
| | $200.00 20176940 | 03/03/10 | Wed | 1.10 | 0.60 | 120.00 | 0.60<br>0.50 | *MATTER NAME: Case Administration*<br>1  DISTRIBUTE DOCKET UPDATES (.6);<br>2  RETRIEVE DOCUMENT REQUESTS (.5) |
| | $200.00 20177041 | 03/04/10 | Thu | 1.80 | 0.60 | 120.00 | 0.50<br>0.70<br>0.60 | *MATTER NAME: Case Administration*<br>1  DOCUMENT REQUESTS FOR M. MEISES (.5);<br>2  DOCUMENT REQUESTS FOR C. BASLER (.7);<br>3  UPDATE AND DISTRIBUTE DOCKET UPDATES (.6) |
| | $200.00 20176891 | 03/09/10 | Tue | 0.60 | 0.60 | 120.00 | | *MATTER NAME: Case Administration*<br>1  DISTRIBUTE DOCKET UPDATES |
| | $200.00 20176874 | 03/11/10 | Thu | 0.70 | 0.70 | 140.00 | | *MATTER NAME: Case Administration*<br>1  UPDATE AND DISTRIBUTE DOCKET UPDATES |
| | $200.00 20176703 | 03/16/10 | Tue | 1.30 | 0.70 | 140.00 | 0.70<br>0.30<br>0.30 | *MATTER NAME: Case Administration*<br>1  UPDATE CASE DOCKETS (.7);<br>2  RESOLVE ISSUES RE: SAME (.3);<br>3  CIRCULATE EXPECTED FILINGS FOR TODAY AND TOMORROW WITH TEAM (.3) |
| | $200.00 20176709 | 03/16/10 | Tue | 0.60 | 0.60 | 120.00 | | *MATTER NAME: Case Administration*<br>1  PREPARE AND DISTRIBUTE DOCKET UPDATES TO TEAM |
| | $200.00 20177116 | 03/18/10 | Thu | 2.50 | 2.00 | 400.00 | 2.00<br>0.50 | *MATTER NAME: Case Administration*<br>1  ORGANIZE GM FILES (2.0);<br>2  PREPARE AND FILE GM AFFIDAVIT (.5) |
| | $200.00 20191758 | 03/24/10 | Wed | 0.50 | 0.50 | 100.00 | | *MATTER NAME: Case Administration*<br>1  UPDATE AND DISTRIBUTE DOCKET UPDATES |
| | $200.00 20228201 | 03/29/10 | Mon | 6.00 | 6.00 | 1,200.00 | | *MATTER NAME: Case Administration*<br>1  UPDATE FILING LIST, STORE BOXES OF DOCUMENTS, ORGANIZE THE RECORD FILE AND OTHER CORRESPONDENCE |

EXHIBIT L PAGE 9 of 11

EXHIBIT L
CLERICAL/ADMINISTRATIVE
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 6558 Rodriguez, I | $200.00 20229037 | 03/31/10 | Wed | 7.00 | 7.00 | 1,400.00 | | *MATTER NAME: Case Administration*<br>1 CONTINUE TO STORE BOXES OF DOCUMENTS FOR FILING LIST |
| | NUMBER OF ENTRIES: | | 22 | | 26.60 | 5,320.00 | | |
| 6581 Viola, M | $275.00 20090654 | 02/08/10 | Mon | 0.30 | 0.30 | 82.50 | | *MATTER NAME: Corporate/Securities/Corporate Governance*<br>1 ARCHIVE ALL OUTSTANDING FILES AND CLEAN UP EDGAR FILING DIRECTORY. |
| | $275.00 20131497 | 03/01/10 | Mon | 0.30 | 0.30 | 82.50 | | *MATTER NAME: Case Administration*<br>1 ARCHIVE ALL OUTSTANDING FILES |
| | $275.00 20275220 | 04/02/10 | Fri | 0.30 | 0.30 | 82.50 | 0.20<br>0.10 | *MATTER NAME: Corporate/Securities/Corporate Governance*<br>1 ARCHIVE ALL OUTSTANDING FILES (.2);<br>2 CLEAN UP EDGAR FILING DIRECTORY (.1) |
| | $275.00 20483707 | 05/21/10 | Fri | 0.30 | 0.30 | 82.50 | 0.20<br>0.10 | *MATTER NAME: Corporate/Securities/Corporate Governance*<br>1 ARCHIVE ALL OUTSTANDING FILES (.2);<br>2 CLEAN UP EDGAR FILING DIRECTORY (.1) |
| | NUMBER OF ENTRIES: | | 4 | | 1.20 | 330.00 | | |
| Total | | | | | 82.10 | $16,565.00 | | |
| Number of Entries: | 87 | | | | | | | |

EXHIBIT L PAGE 10 of 11

EXHIBIT L
CLERICAL/ADMINISTRATIVE
Weil, Gotshal & Manges

| TIMEKEEPER NAME | INITIALS | HOURS | RATE | FEES |
|---|---|---|---|---|
| Burdette, L | 5035 | 5.20 | $140.00 | 728.00 |
| Flinn, D | 7243 | 2.40 | $240.00 | 576.00 |
| Mehta, M | 7364 | 19.60 | $180.00 | 3,528.00 |
| Potter, L | 6687 | 5.00 | $200.00 | 1,000.00 |
| Roberts, S | 7036 | 22.10 | $230.00 | 5,083.00 |
| Rodriguez, I | 6558 | 26.60 | $200.00 | 5,320.00 |
| Viola, M | 6581 | 1.20 | $275.00 | 330.00 |
|  |  | 82.10 |  | $16,565.00 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Bar Date/Claims Reconciliation/Claims Obj Litig | 16.60 | 2,998.00 |
| Case Administration | 52.80 | 11,217.50 |
| Corporate/Securities/Corporate Governance | 0.90 | 247.50 |
| Environmental Issues | 5.00 | 1,000.00 |
| Insurance Issues | 1.60 | 384.00 |
| Non-Bankruptcy Litigation | 5.20 | 728.00 |
|  | 82.10 | $16,565.00 |

EXHIBIT L PAGE 11 of 11