# EXHIBIT M

## (Double Billing)

EXHIBIT M
DOUBLE BILLING
Weil, Gotshal & Manges

## DOUBLE BILLING

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Berkovich, R | 1.00 | 725.00 |
| Brooks, R | 1.00 | 455.00 |
| Goslin, T | 0.20 | 119.00 |
| | 2.20 | $1,299.00 |

## DOUBLE BILLING - QUESTIONED

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Berkovich, R | 0.40 | 290.00 |
| Brooks, R | 0.50 | 227.50 |
| Goslin, T | 0.10 | 59.50 |
| | 1.00 | $577.00 |

Exhibit M    Page 1 of 6

EXHIBIT M
DOUBLE BILLING
Weil, Gotshal & Manges

## DOUBLE BILLING

| MATTER NAME | HOURS | FEES |
|---|---|---|
| 365/Executory Contracts/Personal Property Leases | 1.00 | 725.00 |
| Real Property Issues (Including 363 and 365) | 0.20 | 119.00 |
| US Trustee Issues/Meetings/Communications | 0.40 | 182.00 |
| Unsecured Creditors Issues/Meetings/Communications | 0.60 | 273.00 |
| | 2.20 | $1,299.00 |

## DOUBLE BILLING - QUESTIONED

| MATTER NAME | HOURS | FEES |
|---|---|---|
| 365/Executory Contracts/Personal Property Leases | 0.40 | 290.00 |
| Real Property Issues (Including 363 and 365) | 0.10 | 59.50 |
| US Trustee Issues/Meetings/Communications | 0.20 | 91.00 |
| Unsecured Creditors Issues/Meetings/Communications | 0.30 | 136.50 |
| | 1.00 | $577.00 |

Exhibit M   Page 2 of 6

EXHIBIT M
DOUBLE BILLING
Weil, Gotshal & Manges

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|-------------|
| 02/23/10 Tue | Berkovich, R 10412961/1249 - 20085632 | 0.40 | 0.40 | 290.00 | | & | MATTER NAME: 365/Executory Contracts/Personal Property Leases |
| | | | | | 1 | | PARTIAL ATTENDANCE AT WEEKLY REAL ESTATE MEETING BY PHONE. |
| 02/23/10 Tue | Berkovich, R 10412961/1251 - 20085635 | 0.60 | 0.60 | 435.00 | | | MATTER NAME: 365/Executory Contracts/Personal Property Leases |
| | | | | | 1 | | PARTICIPATE IN WEEKLY REAL ESTATE UPDATE CALL |
| 03/18/10 Thu | Brooks, R 10412962/1062 - 20254213 | 0.30 | 0.30 | 136.50 | | | MATTER NAME: Unsecured Creditors Issues/Meetings/Communications |
| | | | | | 1 | | RESPOND TO CALLS FROM CREDITORS |
| 03/18/10 Thu | Brooks, R 10412962/1069 - 20255503 | 0.30 | 0.30 | 136.50 | | & | MATTER NAME: Unsecured Creditors Issues/Meetings/Communications |
| | | | | | 1 | | RESPOND TO CALLS FROM CREDITORS |
| 04/28/10 Wed | Goslin, T 10412963/1466 - 20372134 | 2.70 | 0.20 | 119.00 | | | MATTER NAME: Real Property Issues (including 363 and 365) |
| | | | | | 1 | 0.20 | DRAFT EMAIL TO J. REDWINE RE: WILMINGTON SALE AGREEMENT (.2); |
| | | | | | 2 | 0.70 | REVISE WILMINGTON SALE AGREEMENT (.7); |
| | | | | | 3 | 0.50 | CALL WITH D. BERZ AND CLIENT TO DISCUSS SAMPLING AT WILMINGTON SITE (.5); |
| | | | | | 4 | 0.10 | DRAFT EMAIL TO CLIENT RE: STATUS OF NEGOTIATIONS RE: WILMINGTON SALE (.1); |
| | | | | | 5 | 0.10 | CALL WITH D. BERZ RE: SAME (.1); |
| | | | | | 6 | 0.10 | DRAFT EMAIL TO PURCHASER COUNSEL RE: SAME (.1); |
| | | | | | 7 | 0.30 | REVIEW COMMENTS FROM PURCHASER COUNSEL TO WILMINGTON SALE AGREEMENT (.3); |
| | | | | | 8 | 0.10 | DRAFT EMAIL TO D. BERZ RE: SAME (.1); |
| | | | | | 9 | 0.10 | CALL WITH D. BERZ RE: SAME (.1); |
| | | | | | 10 | 0.10 | DRAFT EMAIL TO CLIENT RE: SAME (.1); |
| | | | | | 11 | 0.10 | DRAFT EMAIL TO PURCHASER COUNSEL RE: SAME (.1); |
| | | | | | 12 & | 0.10 | DRAFT EMAIL TO CLIENT RE: SAME (.1); |
| | | | | | 13 | 0.20 | DRAFT EMAIL TO D. BERZ RE: SAME (.2). |
| 05/10/10 Mon | Brooks, R 10411188/418 - 20486743 | 0.20 | 0.20 | 91.00 | | | MATTER NAME: US Trustee Issues/Meetings/Communications |
| | | | | | 1 | | REVIEW MARCH MONTHLY OPERATING REPORT |
| 05/10/10 Mon | Brooks, R 10411188/428 - 20489943 | 0.20 | 0.20 | 91.00 | | & | MATTER NAME: US Trustee Issues/Meetings/Communications |
| | | | | | 1 | | REVIEW MARCH MONTHLY OPERATING REPORT |

Exhibit M   Page 3 of 6

& DOUBLE BILLING - QUESTIONED

EXHIBIT M
DOUBLE BILLING
Weil, Gotshal & Manges

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|-------------|
| | TOTAL OF ALL ENTRIES | | 2.20 | $1,299.00 | | |
| | TOTAL ENTRY COUNT: | 7 | | | | |
| | TOTAL TASK COUNT: | 8 | | | | |
| | TOTAL OF & ENTRIES | | 1.00 | $577.00 | | |
| | TOTAL ENTRY COUNT: | 4 | | | | |
| | TOTAL TASK COUNT: | 4 | | | | |

EXHIBIT M
DOUBLE BILLING
Weil, Gotshal & Manges

SUMMARY OF HOURS AND FEES BY INDIVIDUAL FOR
DOUBLE BILLING

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Berkovich, R | 1.00 | 725.00 |
| Brooks, R | 1.00 | 455.00 |
| Goslin, T | 0.20 | 119.00 |
| | 2.20 | $1,299.00 |

SUMMARY OF HOURS AND FEES BY INDIVIDUAL FOR
DOUBLE BILLING - QUESTIONED

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Berkovich, R | 0.40 | 290.00 |
| Brooks, R | 0.50 | 227.50 |
| Goslin, T | 0.10 | 59.50 |
| | 1.00 | $577.00 |

EXHIBIT M
DOUBLE BILLING
Weil, Gotshal & Manges

SUMMARY OF HOURS AND FEES BY MATTER FOR
DOUBLE BILLING

| MATTER NAME | HOURS | FEES |
|---|---|---|
| 365/Executory Contracts/Personal Property Leases | 1.00 | 725.00 |
| Real Property Issues (Including 363 and 365) | 0.20 | 119.00 |
| US Trustee Issues/Meetings/Communications | 0.40 | 182.00 |
| Unsecured Creditors Issues/Meetings/Communications | 0.60 | 273.00 |
| | 2.20 | $1,299.00 |

SUMMARY OF HOURS AND FEES BY MATTER FOR
DOUBLE BILLING - QUESTIONED

| MATTER NAME | HOURS | FEES |
|---|---|---|
| 365/Executory Contracts/Personal Property Leases | 0.40 | 290.00 |
| Real Property Issues (Including 363 and 365) | 0.10 | 59.50 |
| US Trustee Issues/Meetings/Communications | 0.20 | 91.00 |
| Unsecured Creditors Issues/Meetings/Communications | 0.30 | 136.50 |
| | 1.00 | $577.00 |