# EXHIBIT N

## (Non-Working Travel Time)

EXHIBIT N
NON-WORKING TRAVEL TIME
Weil, Gotshal & Manges

| TIMEKEEPER NAME | INITIALS | HOURS | RATE | FEES |
|---|---|---|---|---|
| Brooks, R | 5334 | 1.00 | $455.00 | 455.00 |
| Morton, M | 4218 | 1.50 | $665.00 | 997.50 |
| | | 2.50 | | $1,452.50 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Environmental Issues | 1.50 | 997.50 |
| Hearings and Court Matters | 1.00 | 455.00 |
| | 2.50 | $1,452.50 |

EXHIBIT N PAGE 1 of 3

EXHIBIT N
NON-WORKING TRAVEL TIME

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 5334 | $455.00 | 02/23/10 | Tue | 3.00 | 1.00 | 455.00 | | | *MATTER NAME: Hearings and Court Matters* |
| Brooks, R | 20121702 | | | | | | 1.00 | | 1  TRAVEL TO AND FROM COURT FOR HEARING (1.0); |
| | | | | | | | 1.00 | | 2  ATTEND COURT HEARING (1.0); |
| | | | | | | | 0.30 | | 3  CONFER WITH P. FALABELLA AND J. SMOLINSKY RE: SAME (.3); |
| | | | | | | | 0.70 | | 4  REVIEW NOTES RE: SAME (.7) |
| | NUMBER OF ENTRIES: | | | 1 | 1.00 | 455.00 | | | |
| 4218 | $665.00 | 05/13/10 | Thu | 4.10 | 1.50 | 997.50 | | | *MATTER NAME: Environmental Issues* |
| Morton, M | 20418572 | | | | | | 0.40 | F | 1  CONFERENCE WITH D. BERZ, J. MEADE AND G. MYERS RE: WEST MIFFLIN SITE VISIT (.4); |
| | | | | | | | 0.20 | | 2  CORRESPONDENCE WITH D. BERZ AND P. BARNETT RE: WEST MIFFLIN VISITS AND REMEDIAL SITE VISITS (.2); |
| | | | | | | | 1.90 | | 3  RESEARCH WEST MIFFLIN REMEDIAL HISTORY IN PREPARATION FOR WEST MIFFLIN SITE VISIT MEETING (1.9); |
| | | | | | | | 1.50 | | 4  TRAVEL TO PITTSBURGH FOR WEST MIFFLIN SITE VISIT (1.5); |
| | | | | | | | 0.10 | | 5  REVIEW CORRESPONDENCE FROM D. BERZ RE: UPDATE FROM U.S. ATTORNEY'S OFFICE ON SETTLEMENT AGREEMENT TERM SHEET (.1) |
| | NUMBER OF ENTRIES: | | | 1 | 1.50 | 997.50 | | | |
| Total | | | | | 2.50 | $1,452.50 | | | |
| Number of Entries: | 2 | | | | | | | | |

~  See the last page of exhibit for explanation

EXHIBIT N  PAGE 2 of 3

EXHIBIT N
NON-WORKING TRAVEL TIME

Weil, Gotshal & Manges

| TIMEKEEPER NAME | INITIALS | HOURS | RATE | FEES |
| --- | --- | --- | --- | --- |
| Brooks, R | 5334 | 1.00 | $455.00 | 455.00 |
| Morton, M | 4218 | 1.50 | $665.00 | 997.50 |
| | | 2.50 | | $1,452.50 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
| --- | --- | --- |
| Environmental Issues | 1.50 | 997.50 |
| Hearings and Court Matters | 1.00 | 455.00 |
| | 2.50 | $1,452.50 |

(-) REASONS FOR TASK HOUR ASSIGNMENTS
F    FINAL BILL