# EXHIBIT O

## (Pre-Retention Expenses)

**EXHIBIT O**

**Pre-Retention Expenses**
**Weil, Gotshal & Manges**

| Invoice Number | Entry Number | Invoice Entry Date | Timekeeper ID | Amount | Description | Firm Category | Disbursement ID |
|---|---|---|---|---|---|---|---|
| 10412963 | 1595 | 03/24/10 | 8957 | $ 39.00 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20100324; DATE: 3/24/2010 - NY PETTY CASH 03/24/10. M.SFORZA - TAXIS HOME, 06/02, 05/29, 06/01/09 | 11 | 15813614 |

| Pre-Retention Expenses | $ 13.00 |
|---|---|