# EXHIBIT P

(Administrative Expenses)

EXHIBIT P

Administrative Expenses
Weil, Gotshal & Manges

| Invoice Number | Entry Number | Invoice Entry Date | Timekeeper ID | Amount | Description | Firm Category | Disbursement ID |
|---|---|---|---|---|---|---|---|
| 10411188 | 1854 | 05/28/10 | 7364 | $ 61.35 | DUPLICATING SERVICES-BATESTAMP BATES STAMPING IN NEW YORK CITY ON 05/18/10 07:30PM 1227 BINDING(S) FROM UNIT 11 | 93 | 15970624 |
| 10411188 | 1883 | 05/31/10 | 5334 | $ 7.00 | DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 05/26/10 05:58AM 4 BINDING(S) FROM UNIT 12 | 82 | 15977574 |
| 10411188 | 1884 | 05/31/10 | 7036 | $ 8.75 | DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 05/25/10 03:02PM 5 BINDING(S) FROM UNIT 17 | 82 | 15977575 |
| 10411188 | 1885 | 05/31/10 | 7036 | $ 8.75 | DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 05/25/10 11:42AM 5 BINDING(S) FROM UNIT 15 | 82 | 15977576 |
| 10411188 | 1886 | 05/31/10 | 7036 | $ 7.00 | DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 05/26/10 04:51AM 4 BINDING(S) FROM UNIT 12 | 82 | 15977577 |
| 10412961 | 1799 | 02/26/10 | 6558 | $ 1.75 | DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 02/18/10 02:08PM 1 BINDING(S) FROM UNIT 11 | 82 | 15755076 |
| 10412961 | 1800 | 02/26/10 | 6558 | $ 5.25 | DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 02/18/10 08:06PM 3 BINDING(S) FROM UNIT 10 | 82 | 15755077 |
| 10412962 | 1816 | 03/17/10 | 1648 | $ 3.50 | DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 03/02/10 06:49PM 2 BINDING(S) FROM UNIT 11 | 82 | 15799930 |
| 10412962 | 1817 | 03/17/10 | 6558 | $ 7.00 | DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 03/01/10 01:39PM 4 BINDING(S) FROM UNIT 12 | 82 | 15799931 |
| 10412962 | 1820 | 03/17/10 | 6705 | $ 5.25 | DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 03/12/10 07:04PM 3 BINDING(S) FROM UNIT 12 | 82 | 15800177 |
| 10412962 | 1911 | 03/26/10 | 5334 | $ 7.00 | DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 03/17/10 06:06PM 4 BINDING(S) FROM UNIT 12 | 82 | 15817858 |
| 10412962 | 1912 | 03/26/10 | 6705 | $ 3.50 | DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 03/18/10 09:07PM 2 BINDING(S) FROM UNIT 17 | 82 | 15817859 |
| 10412962 | 1966 | 03/31/10 | 5334 | $ 26.25 | DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 03/25/10 07:56AM 15 BINDING(S) FROM UNIT 17 | 82 | 15831403 |
| 10412962 | 1967 | 03/31/10 | 5334 | $ 52.50 | DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 03/25/10 09:39AM 30 BINDING(S) FROM UNIT 12 | 82 | 15831404 |
| 10411188 | 1852 | 05/28/10 | 5334 | $ 3.00 | DUPLICATING SERVICES - VELOBINDING VELOBINDING IN NEW YORK CITY ON 05/21/10 06:30PM 4 BINDING(S) FROM UNIT 15 | 85 | 15970622 |
| 10411188 | 1887 | 05/31/10 | 7036 | $ 8.25 | DUPLICATING SERVICES - VELOBINDING VELOBINDING IN NEW YORK CITY ON 05/24/10 05:52PM 11 BINDING(S) FROM UNIT 17 | 85 | 15977578 |

EXHIBIT P

**Administrative Expenses**
**Weil, Gotshal & Manges**

| Invoice Number | Entry Number | Invoice Entry Date | Timekeeper ID | Amount | Description | Firm Category | Disbursement ID |
|---|---|---|---|---|---|---|---|
| 10412961 | 1798 | 02/26/10 | 6558 | $ 7.50 | DUPLICATING SERVICES - VELOBINDING VELOBINDING IN NEW YORK CITY ON 02/18/10 05:58PM 10 BINDING(S) FROM UNIT 03 | 85 | 15755075 |
| 10412961 | 1801 | 02/26/10 | 6558 | $ 7.50 | DUPLICATING SERVICES - VELOBINDING VELOBINDING IN NEW YORK CITY ON 02/18/10 05:58PM 10 BINDING(S) FROM UNIT 03 | 85 | 15755078 |
| 10412962 | 1725 | 03/05/10 | 6558 | $ 2.25 | DUPLICATING SERVICES - VELOBINDING VELOBINDING IN NEW YORK CITY ON 02/25/10 06:20PM 3 BINDING(S) FROM UNIT 12 | 85 | 15771516 |
| 10412962 | 1726 | 03/05/10 | 6558 | $ 2.25 | DUPLICATING SERVICES - VELOBINDING VELOBINDING IN NEW YORK CITY ON 02/25/10 06:19PM 3 BINDING(S) FROM UNIT 12 | 85 | 15771517 |
| 10412962 | 1818 | 03/17/10 | 6898 | $ 1.50 | DUPLICATING SERVICES - VELOBINDING VELOBINDING IN NEW YORK CITY ON 03/04/10 12:49PM 2 BINDING(S) FROM UNIT 12 | 85 | 15799932 |
| 10412962 | 1819 | 03/17/10 | 6898 | $ 3.00 | DUPLICATING SERVICES - VELOBINDING VELOBINDING IN NEW YORK CITY ON 03/04/10 12:00PM 4 BINDING(S) FROM UNIT 12 | 85 | 15799933 |
| 10411188 | 1431 | 04/06/10 | 4158 | $ 8.00 | DUPLICATING SERVICES - BINDING GBC/COIL BINDING DUPLICATION IN DALLAS ON 03/31/10 | 080 | 15838494 |
| 10411188 | 1432 | 04/06/10 | 4158 | $ 1.00 | DUPLICATING SERVICES - BINDING GBC/COIL BINDING DUPLICATION IN DALLAS ON 03/31/10 | 080 | 15838495 |
| 10411188 | 1577 | 05/10/10 | 5569 | $ 2.00 | DUPLICATING SERVICES - BINDING GBC/COIL DUPLICATION IN DALLAS 04/22/10 | 080 | 15915527 |
| 10412962 | 1781 | 03/12/10 | 4158 | $ 1.00 | DUPLICATING SERVICES - BINDING GBC/COIL BINDING DUPLICATION IN DALLAS ON 2/22/10 | 080 | 15790745 |
| | | | Total Administrative Expenses | $ 252.10 | | | |