# EXHIBIT Q

(Meal Expenses)

EXHIBIT Q

Meal Expenses
Weil, Gotshal & Manges

| Invoice Number | Entry Number | Invoice Entry Date | Timekeeper ID | Amount | Amount in Excess of $20 | Description | Firm Category | Disbursement ID |
|---|---|---|---|---|---|---|---|---|
| 10412962 | 1749 | 03/09/10 | 534 | $ 60.00 | $ 40.00 | ATTORNEY MEALS VENDOR: DRUON PHILIPPE; INVOICE#: EXPENSE-15/03/10; DATE: 3/9/2010 - NOTE DE FRAIS DEJEUNER AVEC CLIENTS PH. DRUON / EXPENSE REPORT | F020 | 15814965 |
| 10412962 | 1763 | 03/10/10 | 94 | $ 117.80 | $ 97.80 | BUSINESS MEALS INVOICE#: 629812; DATE: 1/31/2010 - SEAMLESSWEB 1/16/10 - 1/31/10 | 17 | 15784805 |
| 10412962 | 1770 | 03/11/10 | 94 | $ 152.86 | $ 132.86 | BUSINESS MEALS INVOICE#: 635490; DATE: 2/15/2010 - SEAMLESSWEB 2/1/10 - 2/15/10 | 17 | 15788119 |
| 10411188 | 1429 | 03/31/10 | 1633 | $ 24.91 | $ 4.91 | ATTORNEY MEALS VENDOR: BE ZEN - SUSHI SHOP; INVOICE#: 201003208; DATE: 3/31/2010 - DEJEUNER D'AVOCATS MARS 2010 / LUNCH | F020 | 15915667 |
| 10411188 | 1554 | 04/21/10 | 94 | $ 87.00 | $ 67.00 | BUSINESS MEALS INVOICE#: 649033; DATE: 3/15/2010 - SEAMLESSWEB 3/1/10 - 3/15/10 | 17 | 15865041 |
| 10411188 | 1553 | 04/21/10 | 94 | $ 71.60 | $ 51.60 | BUSINESS MEALS INVOICE#: 649033; DATE: 3/15/2010 - SEAMLESSWEB 3/1/10 - 3/15/10 | 17 | 15865035 |
| 10411188 | 1552 | 04/21/10 | 94 | $ 54.00 | $ 34.00 | BUSINESS MEALS INVOICE#: 649033; DATE: 3/15/2010 - SEAMLESSWEB 3/1/10 - 3/15/10 | 17 | 15865034 |
| 10411188 | 1608 | 05/13/10 | 94 | $ 129.86 | $ 109.86 | BUSINESS MEALS INVOICE#: 664594; DATE: 4/15/2010 - SEAMLESSWEB 4/1/10 - 4/15/10 | 17 | 15921259 |
| 10411188 | 1607 | 05/13/10 | 94 | $ 54.00 | $ 34.00 | BUSINESS MEALS INVOICE#: 664594; DATE: 4/15/2010 - SEAMLESSWEB 4/1/10 - 4/15/10 | 17 | 15921256 |
| 10411188 | 1828 | 05/27/10 | 94 | $ 74.64 | $ 54.64 | ATTORNEY MEALS INVOICE#: 684716; DATE: 5/15/2010 - SEAMLESSWEB 5/1/10 - 5/15/10 | 20 | 15968258 |
| | | Total Meals without # of attendees | | $ 826.67 | | | | |
| | | Total Meal Charges in Excess of $20.00 (Unknown Attendees) | | | $ 626.67 | | | |