# EXHIBIT R

(Local Transportation)

EXHIBIT R

Local Transportation
Weil, Gotshal & Manges

| Invoice Number | Entry Number | Invoice Entry Date | Timekeeper ID | Timekeeper Name (based on ID) | Passenger Name (if different) | Amount | Description | Firm Category | Date of Service | Time of Service (military) | Total Hours Billed Per Relevant Day |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10412961 | 1569 | 02/04/10 | 80 | Stephen Karotkin | | $ 27.60 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20100203; DATE: 2/4/2010 - NY PETTY CASH 02/03/10. S. KAROTKIN - TAXIS HOME, 12/19, 01/11, 01/18, 02/01/10 | 11 | Multiple | not provided | 3.1; 4.0; 4.2; 4.8 |
| 10412961 | 1605 | 02/09/10 | 80 | Stephen Karotkin | | $ 8.00 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20100208; DATE: 2/9/2010 - NY PETTY CASH 02/08/10. S. KAROTKIN - TAXI HOME, 02/01/10 | 11 | 02/01/10 | not provided | 4.8 |
| 10412961 | 1664 | 02/17/10 | 80 | Stephen Karotkin | | $ 29.60 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20100217; DATE: 2/17/2010 - NY PETTY CASH 02/17/10. S. KAROTKIN - TAXIS HOME, 02/08, 02/11, 02/13, 02/15/10 | 11 | Multiple | not provided | 3.8; 1.9; 1.8; 1.4 |
| 10411188 | 1427 | 03/24/10 | 487 | Michele J. Meises | | $ 43.13 | TAXI SERVICE - LEGAL VENDOR: XYZ INVOICE#: 1380234 DATE: 3/17/2010 XYZ 1010220558 281 MICHELE MEISES 0487 RIDE DATE: 2010-03-09 FROM: M 767 5 AVE TO: QU 192 ST RIDE TIME: 20:10 | 14 | 03/09/10 | 20:10 | 5.9 |
| 10411188 | 1653 | 05/17/10 | 487 | Michele J. Meises | | $ 49.23 | TAXI SERVICE - LEGAL VENDOR: XYZ INVOICE#: 1385197 DATE: 5/5/2010 XYZ 1010225650 227 MICHELE MEISES 0487 RIDE DATE: 2010-04-22 FROM: M 767 5 AVE TO: QU 192 ST RIDE TIME: 20:19 | 14 | 04/22/10 | 20:19 | 5.8 |
| 10411188 | 1621 | 05/14/10 | 487 | Michele J. Meises | | $ 43.13 | SKYLINE TAXI - LEGAL VENDOR: SKYLINE CREDIT RIDE, INC. INVOICE#: 611138 DATE: 3/5/2010 SKYLINE 1010218904 224 MEISES*VIP MICHELE 0487 RIDE DATE: 2010-02-24 FROM: M 767 5 AVE TO: QU 192 ST RIDE TIME: 20:21 | 014B | 02/24/10 | 20:21 | 5.5 |
| 10411188 | 1665 | 05/20/10 | 1200 | Pablo Falabella | | $ 36.78 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20100519; DATE: 5/20/2010 - NY PETTY CASH 05/19/10. D.FALABELLA - TAXIS HOME, 05/06, 05/10, 05/13, 05/17/10 | 11 | Multiple | not provided | 7.8; 10.8; 10.5; 5.2 |
| 10411188 | 1871 | 05/28/10 | 1200 | Pablo Falabella | | $ 24.06 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20100528; DATE: 5/28/2010 - NY PETTY CASH 05/28/10.P.FALABELLA - TAXIS HOME, 05/25, 05/26, 05/27/10 | 11 | Multiple | not provided | 11.5; 0.7; 10.0 |
| 10411188 | 1627 | 05/14/10 | 1455 | Joonbeom Pae | | $ 56.08 | SKYLINE TAXI - LEGAL VENDOR: SKYLINE CREDIT RIDE, INC. INVOICE#: 611163 DATE: 3/12/2010 SKYLINE 1010220072 257 PAE JOONBEOM 1455 RIDE DATE: 2010-03-04 FROM: M 767 5 AVE TO: NJ WEST NEW YORK AVENUE AT PORT IMPER RIDE TIME: 22:58 | 014B | 03/04/10 | 22:58 | 5.8 |
| 10412961 | 1480 | 01/31/10 | 1531 | no fee entries | A. S. Noury | $ 4.92 | TAXI SERVICE - LEGAL VENDOR: TAXI G7 ; INVOICE#: 100110127; DATE: 1/31/2010 - TAXIS USED BY A.S NOURY | F014 | not provided | not provided | |
| 10412961 | 1481 | 01/31/10 | 1531 | no fee entries | A. S. Noury | $ 4.96 | TAXI SERVICE - LEGAL VENDOR: TAXI G7 ; INVOICE#: 100110127; DATE: 1/31/2010 - COURSES TAXIS PAYEES DS LE TAXI JANVIER 2010-TAXIS AS.NOURY | F014A | not provided | not provided | |
| 10412961 | 1610 | 02/11/10 | 3331 | Ronit J. Berkovich | | $ 50.84 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20100209; DATE: 2/11/2010 - NY PETTY CASH 02/09/10. R. BERKOVICH - TAXIS HOME, 01/11, 01/20, 01/28, 02/01/10 | 11 | Multiple | not provided | 3.5; 2.5; 3.0 |
| 10412961 | 1658 | 02/16/10 | 3331 | Ronit J. Berkovich | | $ 10.92 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20100212; DATE: 2/16/2010 - NY PETTY CASH 02/12/10. R.BERKOVICH - TAXI HOME, 02/10/10 | 11 | 02/10/10 | not provided | 4.4 |
| 10412961 | 1597 | 02/08/10 | 3628 | Max A. Goodman | | $ 15.00 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20100205; DATE: 2/8/2010 - NY PETTY CASH 02/05/10. M. GOODMAN - TAXIS HOME, 02/01, 02/02/10 | 11 | Multiple | not provided | 3.4; 2.9 |

EXHIBIT R

Local Transportation
Weil, Gotshal & Manges

| Invoice Number | Entry Number | Invoice Entry Date | Timekeeper ID | Timekeeper Name (based on ID) | Passenger Name (if different) | Amount | Description | Firm Category | Date of Service | Time of Service (military) | Total Hours Billed Per Relevant Day |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10412961 | 1602 | 02/08/10 | 5318 | Andrew Arons | Mel Maravilla | $ 68.74 | SKYLINE - SUPPORT STAFF VENDOR: SKYLINE CREDIT RIDE, INC. INVOICE#: 602985 DATE: 12/18/2009 SKYLINE 1009210758 30 MARAVILLA MEL 6563 RIDE DATE: 2009-12-10 FROM: M TO: QU RIDE TIME: 21:44 | 015B | 12/10/09 | 21:44 | 3.0 |
| 10412961 | 1551 | 02/04/10 | 5334 | Russell Brooks | | $ 46.00 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20100202; DATE: 2/4/2010 - NY PETTY CASH 02/02/10. R. BROOKS - TAXIS TO & FROM OFFICE, 01/30, 02/01/10 | 11 | Multiple | not provided | 2.6; 12.0 |
| 10412961 | 1660 | 02/17/10 | 5334 | Russell Brooks | | $ 94.16 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20100216; DATE: 2/17/2010 - NY PETTY CASH 02/16/10. R. BROOKS - TAXIS HOME, 02/05, 02/02, 02/06, 02/07, 02/06/10 | 11 | Multiple | not provided | 8.6; 11.0; 1.7; 6.7; 1.7 |
| 10412961 | 1661 | 02/17/10 | 5334 | Russell Brooks | | $ 66.05 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20100217; DATE: 2/17/2010 - NY PETTY CASH 02/17/10. R.BROOKS - TAXIS HOME, 02/08, 02/12, 02/11, 02/10/10 | 11 | Multiple | not provided | 8.2; 5.2; 10.4; 11.0 |
| 10412961 | 1615 | 02/11/10 | 5460 | R. Todd T. Hatcher | | $ 8.04 | LOCAL TRANSPORTATION VENDOR: HATCHER, R. TODD INVOICE#: CREX0025282002112016 DATE: 2/11/2010 TAXI/CAR SERVICE FEB 01, 2010 - RESEARCH RE: TRUST STRUCTURE. - FROM/TO: OFFICE/HOME | 11 | 02/01/10 | not provided | 4.0 |
| 10412961 | 1616 | 02/11/10 | 5460 | R. Todd T. Hatcher | | $ 10.30 | LOCAL TRANSPORTATION VENDOR: HATCHER, R. TODD INVOICE#: CREX0025282002112016 DATE: 2/11/2010 TAXI/CAR SERVICE FEB 02, 2010 - RESEARCH RE: TRUST STRUCTURE. - FROM/TO: OFFICE/HOME | 11 | 02/02/10 | not provided | 2.6 |
| 10412961 | 1713 | 02/23/10 | 5491 | Peter M. Milligan | | $ 10.00 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20100223; DATE: 2/23/2010 - NY PETTY CASH 02/23/10 - P. MILLIGAN - TAXI HOME, 2/09/10 | 11 | 02/09/10 | not provided | 4.8 |
| 10412961 | 1804 | 02/26/10 | 5560 | Brianna N. Benfield | | $ 6.00 | TAXI SERVICE - LEGAL VENDOR: WG&M LLP - DC PETTY CASH; INVOICE#: 20100116; DATE: 1/16/2010 - REPLENISH PETTY CASH BATCH 1/16/2010 - 2/26/2010 - TAXI WGM/RESIDENCE (B. BENIFIELD) | 14 | not provided | not provided | |
| 10412961 | 1805 | 02/26/10 | 5560 | Brianna N. Benfield | | $ 6.00 | TAXI SERVICE - LEGAL VENDOR: WG&M LLP - DC PETTY CASH; INVOICE#: 20100116; DATE: 1/16/2010 - REPLENISH PETTY CASH BATCH 1/16/2010 - 2/26/2010 - TAXI WGM/RESIDENCE RE: WORK LATE (B. BENFIELD) | 14 | not provided | not provided | |
| 10412961 | 1680 | 02/19/10 | 5673 | Chelsea Rosen | | $ 10.50 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20100219; DATE: 2/19/2010 - NY PETTY CASH 02/19/10. C. ROSEN - TAXI HOME, 02/11/10 | 11 | 02/11/10 | not provided | 1.0 |
| 10412961 | 1718 | 02/24/10 | 5673 | Chelsea Rosen | | $ 10.00 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20100224; DATE: 2/24/2010 - NY PETTY CASH 02/24/10. C. ROSEN - TAXI HOME, 02/23/10 | 11 | 02/23/10 | not provided | 5.4 |
| 10412962 | 1694 | 01/29/10 | 6998 | Alice Brogi | | $ 18.28 | TAXI SERVICE - LEGAL VENDOR: BROGI ALICE; INVOICE#: EXPENSE-05/02/2010; DATE: 1/29/2010 - NOTE DE FRAIS TAXIS A. BROGI / EXPENSE REPORT | F014 | not provided | not provided | |
| 10412963 | 1593 | 03/19/10 | 6998 | Alice Brogi | | $ 51.62 | TAXI SERVICE - LEGAL VENDOR: BROGI ALICE; INVOICE#: EXPENSE1903; DATE: 3/19/2010 - NOTE DE FRAIS A.BROGI - EXPENSE REPORT TAXIS | F014 | not provided | not provided | |
| 10412963 | 1606 | 03/30/10 | 7004 | Marie Robineau (no fee entries) | | $ 20.12 | TAXI SERVICE - LEGAL VENDOR: ROBINEAU MARIE; INVOICE#: EXPENSE303010; DATE: 3/30/2010 - NOTES DE FRAIS M.ROBINEAU - EXPENSE REPORT TAXI | F014 | not provided | not provided | |
| 10412961 | 1649 | 02/12/10 | 7364 | Mona V. Mehta | | $ 7.24 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20100211; DATE: 2/12/2010 - NY PETTY CASH 02/11/10. M. METHA - TAXI HOME, 02/09/10 | 11 | 02/09/10 | not provided | 0.0 |
| | | | | | | Total $ 837.30 | | | | | |

Page R - 2 of 2