# EXHIBIT S

(Druon Local Transportation)

EXHIBIT S

Druon Local Transportation
Weil, Gotshal & Manges

| Invoice Number | Entry Number | Invoice Entry Date | Timekeeper ID | Timekeeper Name (based on ID) | Amount | Description | Firm Category | Date of Service | Time of Service (military) |
|---|---|---|---|---|---|---|---|---|---|
| 10412962 | 1768 | 03/11/10 | 534 | Philippe Druon | $ 69.50 | TAXI SERVICE - LEGAL PAYEE: CFF BANK - PARIS - EURO; REQUEST#: 834157; DATE: 3/11/2010. - RECLASS TAXIS P.DRUON JANVIER 2010 FROM 625100/625101 TO CLIENT | F014 | not provided | not provided |
| 10412963 | 1608 | 03/31/10 | 534 | Philippe Druon | $ 330.74 | TAXI SERVICE - LEGAL VENDOR: TAXI G7; INVOICE#: 100128866; DATE: 3/31/2010 - TAXIS ASSOCIeS MARS 2010 - TAXIS - DRUON | F014 | not provided | not provided |
| 10412963 | 1610 | 03/31/10 | 534 | Philippe Druon | $ 125.38 | TAXI SERVICE - LEGAL VENDOR: TAXI G7; INVOICE#: 100128866; DATE: 3/31/2010 - TAXIS ASSOCIeS MARS 2010 - TAXIS - DRUON | F014 | not provided | not provided |
| 10412963 | 1609 | 03/31/10 | 534 | Philippe Druon | $ 97.32 | TAXI SERVICE - LEGAL VENDOR: TAXI G7; INVOICE#: 100128866; DATE: 3/31/2010 - TAXIS ASSOCIeS MARS 2010 - TAXIS - DRUON | F014A | not provided | not provided |
| 10412963 | 1611 | 03/31/10 | 534 | Philippe Druon | $ 36.89 | TAXI SERVICE - LEGAL VENDOR: TAXI G7; INVOICE#: 100128866; DATE: 3/31/2010 - TAXIS ASSOCIeS MARS 2010 - TAXIS - DRUON | F014A | not provided | not provided |
| | | | | Total - Druon Local Transportation | $ 659.83 | | | | |