Thomas R. Slome, Esq.
Jil Mazer-Marino, Esq.
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York  11530-9194
Telephone: (516) 741-6565
Facsimile: (516) 741-6706

    and

Russell R. Johnson III, Esq.
John M. Merritt, Esq.
Law Firm Of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia  23103
Telephone:  (804) 749-8861
Facsimile:  (804) 749-8862

*Co-Counsel for Shreveport Red River Utilities, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corp., *et al.*, | : | Case No. 09-50026 (REG) |
| Debtors. | : | (Jointly Administered) |

**NOTICE OF ADJOURNMENT OF SHREVEPORT RED RIVER UTILITIES, LLC.'S MOTION FOR ALLOWANCE AND PAYMENT OF POST-PETITION CLAIM AND MOTION TO ENFORCE ADEQUATE ASSURANCE OF PAYMENT AGREEMENT PURSUANT TO 11 U.S.C. § 366(c)**

**PLEASE TAKE NOTICE THAT** the hearing on Shreveport Red River Utilities, LLC's Motion for Allowance and Payment of a Post-Petition Claim and Motion to Enforce Adequate Assurance of Payment Agreement Pursuant to 11 U.S.C. § 366(c)

[Docket No. 4527] is adjourned, with the consent of the Debtor, from September 24, 2010 at 9:45 a.m. to October 26, 2010 at 9:45 a.m.

Dated: Garden City, New York
September 17, 2010

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

By: /s/ Jil Mazer-Marino
Jil Mazer-Marino

990 Stewart Avenue, Suite 300
PO Box 9194
Garden City, New York 11530
Tel: (516) 741-6565
*Co-Counsel for Shreveport Red River Utilities, LLC*

2

750251