UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | ) Case No. 09-50026 |
| f/k/a General Motors Corp., *et al.* | ) |
| Debtor. | ) (Jointly Administered) |
|  | ) |

### CERTIFICATE OF SERVICE

I, Jil Mazer-Marino, hereby certify that on September 17, 2010, I caused a true copy of the *Notice of Adjournment of Shreveport Red River Utilities, LLC.'s Motion for Allowance and Payment of Post-Petition Claim and Motion to Enforce Adequate Assurance of Payment Agreement Pursuant to 11 U.S.C. § 366(c)* to be served by US postal mail upon the persons listed on the attached service list.

/s/ Jil Mazer-Marino
Jil Mazer-Marino

**SERVICE LIST**

Weil, Gotshal & Manges LLP  
767 Fifth Avenue  
New York, NY  10153  
Attn:  Pablo Falabella, Esq.

Weil, Gotshal & Manges LLP  
767 Fifth Avenue  
New York, NY  10153  
Attn: Joseph H. Smolinsky, Esq.

790056