<div style="border:1px solid black">

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)**

</div>

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                        :
In re                                   :          **Chapter 11 Case No.**
                                        :
**MOTORS LIQUIDATION COMPANY,** *et al.,* :          **09-50026 (REG)**
   **f/k/a General Motors Corp.,** *et al.* :
                                        :
      **Debtors.**                  :          **(Jointly Administered)**
                                        :
------------------------------------------------------------x

## NOTICE OF DEBTORS' EIGHTY-SIXTH OMNIBUS OBJECTION TO CLAIMS
### (Claims with Insufficient Documentation)

     **PLEASE TAKE NOTICE** that on September 17, 2010, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their eighty-sixth omnibus objection to expunge certain claims (the

"**Eighty-Sixth Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider

the Eighty-Sixth Omnibus Objection to Claims will be held before the Honorable Robert E.

Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for

the Southern District of New York, One Bowling Green, New York, New York 10004, on

**October 26, 2010 at 9:45 a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

> **PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE EIGHTY-SIXTH OMNIBUS OBJECTION TO CLAIMS TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN EXHIBIT "A" ANNEXED THERETO.**

**PLEASE TAKE FURTHER NOTICE** that any responses to the Eighty-Sixth Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a CD-ROM or 3.5 inch disk, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and served in accordance with General Order M-399 and on (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 500 Renaissance Center, Suite 1400, Detroit, Michigan 48243 (Attn: Ted Stenger); (iii) General Motors, LLC, 400 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C. 20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the

statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.); (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq.); (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (x) Caplin & Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding asbestos-related claims, 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100, Washington, DC 20005 (Attn:  Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); and (xi) Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the legal representative for future asbestos personal injury claimants, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn:  Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.), so as to be received no later than **October 19, 2010 at 4:00 p.m. (Eastern Time)** (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and

served with respect to the Eighty-Sixth Omnibus Objection to Claims or any claim set forth

thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an

order substantially in the form of the proposed order annexed to the Eighty-Sixth Omnibus

Objection to Claims, which order may be entered with no further notice or opportunity to be

heard offered to any party.

Dated: New York, New York
      September 17, 2010

                      /s/ Joseph H. Smolinsky
                      Harvey R. Miller
                      Stephen Karotkin
                      Joseph H. Smolinsky

                      WEIL, GOTSHAL & MANGES LLP
                      767 Fifth Avenue
                      New York, New York 10153
                      Telephone: (212) 310-8000
                      Facsimile: (212) 310-8007

                      Attorneys for Debtors
                      and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                      :
In re                                 :     Chapter 11 Case No.
                                      :
MOTORS LIQUIDATION COMPANY, et al.,   :     09-50026 (REG)
       f/k/a General Motors Corp., et al.  :
                                      :
                       Debtors.       :     (Jointly Administered)
                                      :
------------------------------------------------------------x
```

## DEBTORS' EIGHTY-SIXTH OMNIBUS OBJECTION TO CLAIMS
### (Claims with Insufficient Documentation)

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.
CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE
EXHIBIT ANNEXED TO THIS OBJECTION.**

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully

represent:

<u>**Relief Requested**</u>

1.      The Debtors file this eighty-sixth omnibus objection to certain claims (the

"**Eighty-Sixth Omnibus Objection to Claims**"), pursuant to section 502(b) of title 11, United

States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy

Procedure (the "**Bankruptcy Rules**"), this Court's order approving procedures for the filing of

omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**")

[Docket No. 4180], and this Court's order approving the procedures relating to the filing of

proofs of claim (the "**Bar Date Order**") [Docket No. 4079], seeking entry of an order

disallowing and expunging the claims listed on **Exhibit "A"** annexed hereto.[1]

2.      The Debtors have examined the proofs of claim identified on Exhibit "A"

and have made every effort to ascertain the validity of such claims.  In fact, prior to the filing of

this Eighty-Sixth Omnibus Objection to Claims, the Debtors sent a letter to each of the claimants

listed on Exhibit "A" requesting information that would permit the Debtors to understand the

basis and nature of their respective proofs of claim.  To date, the Debtors have not received any

response.

3.      After careful review, the Debtors have determined that the proofs of claim

listed under the heading "*Claims to be Disallowed and Expunged*" (collectively, the "**Claims**

**with Insufficient Documentation**") fail to provide sufficient documentation to ascertain the

validity of such claims.  Pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rule

3007, and the Bar Date Order, the Debtors seek entry of an order disallowing and expunging

---

[1]      Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy
estates on the Debtors' claims register on the website maintained by the Debtors' claims agent,
www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab.  Creditors
without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden
City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by
calling The Garden City Group, Inc. at 1-703-286-6401.

from the claims register the Claims with Insufficient Documentation.  Further, the Debtors

reserve all of their rights to object on any other basis to any Claims with Insufficient

Documentation as to which the Court does not grant the relief requested herein.

### Jurisdiction

4.    This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

### Background

5.    On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**Realm/Encore Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Case Number 09-50026 (REG).  On September 15, 2009,

the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs,

which were amended on October 4, 2009.  On October 15, 2009, the Realm/Encore Debtors filed

their schedules of assets and liabilities and statements of financial affairs.

6.    On September 16, 2009, this Court entered an order [Docket No. 4079]

establishing November 30, 2009 as the deadline for each person or entity to file a proof of claim

in the Initial Debtors' cases, including governmental units.  On December 2, 2009, this Court

entered an order [Docket No. 4586] establishing February 1, 2010 as the deadline for each

person or entity to file a proof of claim in the Realm/Encore Debtors' cases (except

---

[2]    The Initial Debtors are Motors Liquidation Company (f/k/a General Motors Corporation), MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3]    The Realm/Encore Debtors are Remediation and Liability Management Company, Inc., and Environmental Corporate Remediation Company, Inc.

governmental units, as defined in section 101(27) of the Bankruptcy Code, for which the Court

established April 16, 2010 as the deadline to file proofs of claim).

7.        Furthermore, on October 6, 2009, this Court entered the Procedures Order,

which authorizes the Debtors, among other things, to file omnibus objections to no more than

100 claims at a time, under various grounds, including those set forth in Bankruptcy Rule

3007(d) and those additional grounds set forth in the Procedures Order.

## The Relief Requested Should Be Approved by the Court

8.        A proof of claim *must* "set forth the facts necessary to support the claim"

for it to receive the prima facie validity accorded under the Bankruptcy Rules.  *In re Chain*, 255

B.R. 278, 280 (Bankr. D. Conn. 2000) (internal quotation omitted); *In re Marino*, 90 B.R. 25, 28

(Bankr. D. Conn. 1988); *see Ashford v. Consol. Pioneer Mortgage*, 178 B.R. 222, 226 (B.A.P.

9th Cir. 1995), aff'd , 91 F.3d 151 (9th Cir. 1996); *In re Allegheny Int'l, Inc.*, 954 F.2d 167, 173-

74 (3d Cir. 1992).  Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a

claim may not be allowed to the extent that "such claim is unenforceable against the debtor and

property of the debtor, under any agreement or applicable law."  11 U.S.C. § 502(b)(1).

9.        The Claims with Insufficient Documentation fall far short of the standard

unambiguously required in the Bar Date Order.  Indeed, the Bar Date Order, requires, among

other things, that a proof of claim must "set forth with specificity the legal and factual basis for

the alleged [c]laim [and] include supporting documentation or an explanation as to why such

documentation is not available."  (Bar Date Ord. at 2.)[4]

10.        The Debtors have examined the proofs of claim identified on Exhibit "A"

and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed*

---

[4]        Notices of the Bar Date Order contained express references to this requirement.

*and Expunged*" do not include sufficient documentation to ascertain the nature or validity of these claims.  A reasonable opportunity was provided to each claimant to rectify the deficiencies. Thus, the Debtors request that the Court disallow and expunge in their entirety the Claims with Insufficient Documentation.

<u>**Notice**</u>

11.    Notice of this Eighty-Sixth Omnibus Objection to Claims has been provided to each claimant listed on Exhibit "A" and parties in interest in accordance with the Fourth Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures, dated August 24, 2010 [Docket No. 6750].  The Debtors submit that such notice is sufficient and no other or further notice need be provided.

12.    No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated: New York, New York
       September 17, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**<u>EXHIBIT A</u>**

**Eighty-Sixth Omnibus Objection**

## Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BARRY SIEGEL<br>ELAINE SIEGEL<br>6513 VIA ROSA<br>BOCA RATON, FL 33433 | 7281 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BENEFIELD, VERLON G<br>APT 112<br>33433 SCHOENHERR ROAD<br>STERLING HTS, MI 48312 | 5741 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BENETTA WASHINIFSKY<br>4287 N HILL DR<br>HOLLY, MI 48442 | 7048 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BERAN, JUDITH ANN<br>1420 WOODALL TRACE<br>ALPHARETTA, GA 30004 | 4354 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BERTHA BLANKENSHIP<br>3990 HIGHLAND DR<br>RICHMOND, IN 47374<br>UNITED STATES OF AMERICA | 8293 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BESSIE PUCCIO<br>HARD SCRABBLE APARTMENTS<br>410 MAIN ST APT 24<br>FARMINGDALE, NY 11735 | 62076 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BROWN, LADEAN D<br>1285 W COLDWATER RD<br><br>FLINT, MI 48505 | 8865 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BRYDSON, WILLIAM M<br>PO BOX 127<br>4225 ALCOT TRAIL<br>FRAZIER PARK, CA 93225 | 6570 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CARTER, ROBERT C<br>235 W GILES ST<br><br>SULLIVAN, IN 47882 | 45583 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CLAIRE WEISS<br>3321 NW 47 TERR BULD 2 APT 223<br><br>LAUDERDALE LAKES, FL 33319 | 8417 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CLARK, RICKEY D<br>1961 JOY ST<br><br>SAGINAW, MI 48601 | 6280 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| COLL, EMMA<br>69 CENTER ST<br><br>RONKONKOMA, NY 11779 | 22642 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CONCEPCION AVILA MELERO<br>8232 HOLMES AVE<br><br>LOS ANGELES, CA 90001 | 64718 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CROMER & EAGLESFIELD<br>10 W MARKET ST STE 1500<br><br>INDIANAPOLIS, IN 46204 | 2787 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DAVIS JOHN<br>645 SUMNER WAY UNIT 5<br><br>OCEANSIDE, CA 92058 | 61197 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DAVIS, CLIFTON<br>3718 COURTLEIGH DR<br><br>RANDALLSTOWN, MD 21133 | 49663 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| DEAN, TYRONE<br>8104 E JEFFERSON AVE APT C209<br><br>DETROIT, MI 48214 | 15579 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| DENHAM, ROSAMOND<br># 105<br>700 SOUTH LA POSADA CIRCLE<br>GREEN VALLEY, AZ 85614 | 62378 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| DIANA HALL<br>28214 W 10 MILE RD<br><br>FARMINGTON HILLS, MI 48336 | 16592 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| DOYLE, SHIRLEY A<br>1936 LOCKMERE DR SE<br><br>KENTWOOD, MI 49508 | 8025 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| E REHLER<br>32144 VIA VIENTE<br><br>SAN JUAN CAPISTRANO, CA 92675 | 39322 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| ELAINE D WEZEREK<br><br>,<br>UNITED STATES OF AMERICA | 44655 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| ELSIE J DAGNILLO<br>JOHN G DAGNILLO<br>2135 IRIS RD<br>PUEBLO, CO 81006<br>UNITED STATES OF AMERICA | 7822 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| FISHER, HELEN L<br>1230 N COUNTY RD 500 E<br><br>KOKOMO, IN 46901 | 4861 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| GARRY SCOTT<br>PO BOX 445<br><br>LYONS, GA 30436 | 9140 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HARTLEY & HARTLEY ADMINISTRATIVE TRUST FUND 10 W MARKET ST STE 1500 R DAVY EAGLESFIELD III INDIANAPOLIS, IN 46204 | 2788 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HENRY AND MARIE A SCHMIDT HENRY AND MARIE A SCHMIDT JT TEN 110 PARKWOOD DRIVE SNYDER, NY 14226 UNITED STATES OF AMERICA | 5038 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HIROKAZU MATSUMOTO HIGASHIOSAKA   JAPAN , JAPAN | 64952 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HUSKEY, HARREL 231 GUZZARDO LANE INDEPENDENCE, LA 70443 | 22622 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HUSKEY, LINDA 231 GUZZARDO LANE INDEPENDENCE, LA 70443 | 22623 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| IGNASIAK, LEO R<br>12341 DE GROVE DR<br><br>STERLING HTS, MI 48312 | 7612 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| IRENE APPRILL<br><br>,<br>UNITED STATES OF AMERICA | 6400 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| IWATA FAMILY TRUST DTD 3/29/90<br>RICHARD S IWATA<br>SAMMY W IWATA<br>8325 SW MAVERICK TERRACE<br>BEAVERTON, OR 97008 | 4991 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| J&R REALTY CO<br>BUCHWALD JULIE, ASST SECY<br>GERALD J BUCHWALD, SEC<br>PO BOX 2289<br>APTOS, CA 95001 | 61545 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| JACQUELINE ROMANO<br><br>,<br>UNITED STATES OF AMERICA | 62498 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JAMIE TOWNSEND<br>3621 BROWNELL BOULEVARD<br><br>FLINT, MI 48504 | 11151 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| JO ANN MERRIAM<br>395 REDDING RD UNIT 238<br><br>LEXINGTON, KY 40517 | 10033 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| JOSEPHINE STISSER<br>122 LAKEWOOD VILLAGE<br><br>MEDINA, NY 14103<br>UNITED STATES OF AMERICA | 20909 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| JOSHUA L BURROWS JR<br>5 EAST NECK RD<br><br>STONINGTON, CT 06378<br>UNITED STATES OF AMERICA | 8206 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| JUDY TAYLOR<br>4525 CURDY RD<br><br>HOWELL, MI 48855 | 14955 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| KEPLINGER, KRISTEN<br>APT 3<br>656 WEST PIEDMONT STREET<br>KEYSER, WV 26726 | 19408 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| LADEAN BROWN<br>1285 W COLDWATER RD<br><br>FLINT, MI 48505 | 8609 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| LAMPHERE, LINDA K<br>1727 COLONIAL DR<br><br>LAPEER, MI 48446 | 5749 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| LARRY THOMPSON<br>8218 S EVENING DR<br><br>PENDLETON, IN 46064 | 2780 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| LEO IGNASIAK<br>12341 DE GROVE DR<br><br>STERLING HTS, MI 48312 | 7613 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LILY STAR BREGMAN<br>ANDRES BREGMAN<br><br>,<br>UNITED STATES OF AMERICA | 61759 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| LINK, ANDREW C<br>21435 POTOMAC ST<br><br>SOUTHFIELD, MI 48076 | 8408 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| LULKO, ALEXANDER P<br>35718 CASTLEWOOD CT<br><br>WESTLAND, MI 48185 | 7989 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| MARY COVELL<br>19613 E 9TH ST S<br><br>INDEPENDENCE, MO 64056 | 4493 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| MASSACHUSETTS WATER RESOURCES AUTHORITY<br>100 FIRST AVENUE<br>CHARLESTOWN NAVY YARD<br>BLDG 39<br>BOSTON, MA 02129 | 66307 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MAY, ANNA L<br>PO BOX 1783<br><br>ARLINGTON, TX 76004 | 7258 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| MELANCON, BETTY J<br>4230 W NICHOLSON HILL RD<br><br>OSSINEKE, MI 49766 | 4439 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| MILLENDER CENTER ASSOCIATES LIMITED PARNERSHIP<br>C/O VICKI R HARDING ESQ<br>PEPPER HAMILTON LLP<br>100 RENAISSANCE CENTER SUITE 3600<br><br>DETROIT, MI 48243 | 45840 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| MR TORIBIO CASTRO<br>33 WOODLAND ROAD<br><br>ROSLYN, NY 11576 | 7996 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| MRS ROBERTA JANE DAREY<br>976 APPLE BLOSSOM LANE<br><br>ORREVILLE, OH 44667 | 2492 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MYERS REV LIVING TRUST<br>UAD 04/06/00<br>LARRY G MYERS & HARRIET H MYERS<br>TTEES<br>1055 COLONIAL WAY<br>TUSTIN, CA 92780 | 2499 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| NEW FLYER OF AMERICA INC<br>711 KERNAGHAN AVE<br>ATTN COLIN PEWARCHUK, ESQ<br>WINNIPEG, MANITOBA  CANADA R2C 3T4<br>,<br>CANADA | 66317 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PATRICIA FLETCHER<br>270 WILSON ST<br>STRUTHERS, OH 44471 | 8780 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PATRICIA KENT<br>PO BOX 05538<br>DETROIT, MI 48205 | 5832 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PATRICK FLETCHER<br>270 WILSON ST<br>STRUTHERS, OH 44471 | 7236 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| PATRICK T. KEARNS<br>24 GROVE AVE.<br><br>LOCPORT, NY 14094 | 9191 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| PERNELL, JAMES<br>1233 FRANKLIN LN<br><br>HENDERSON, NC 27537 | 64528 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| PETTIFORD, GAIL L<br>18506 WESTMORELAND RD<br><br>DETROIT, MI 48219 | 8791 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| RACHECK, PATRICIA A<br>1838 LEXINGTON AVE NW<br>NW<br>WARREN, OH 44485 | 7828 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| RAY, J C<br>3523 BELVIDERE<br><br>DETROIT, MI 48214 | 8799 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RICHARD D ZIMMERMAN<br>PO BOX 171<br><br>NEWTON FALLS, OH 44444 | 12839 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| RICHARD L BUNCHER<br><br>,<br>UNITED STATES OF AMERICA | 4444 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| RICHARD L ROBERTS<br>9479 CREEDE ST<br><br>BOISE, ID 83704<br>UNITED STATES OF AMERICA | 5308 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| ROBERT E BICKERS<br>6336 SW 30TH ST<br><br>MIRAMAR, FL 33023 | 7997 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| ROBERTA JANE DAVEY TTEE<br>THE ROBERTA JANE DAVEY LIV TR.<br>DTD 3-25-94<br>976 APPLE BLOSSOM LANE<br>ORRVILLE, OH 44667 | 2491 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Eighty-Sixth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SCHEXNAYDER, LARKA THE BAGERT LAW FIRM 650 POYDRAS ST STE 2708 NEW ORLEANS, LA 70130 | 12266 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SCOTT, GARRY L PO BOX 445 LYONS, GA 30436 | 9171 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SEGURA, LIONEL R 412 JAMIE WAY BOWLING GREEN, KY 42104 | 36962 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SHANKS, ROGER M 2494 S HIGHWAY W FOLEY, MO 63347 | 5732 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SHIRLEY DOYLE 1936 LOCKMERE DR SE KENTWOOD, MI 49508 | 8024 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SMITH, EDWIN E<br>451 BAKER ROAD<br><br>CHURCHVILLE, NY 14428 | 7230 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SMITH, JOE<br>13543 HIGHWAY 84<br><br>JONESVILLE, LA 71343 | 7448 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| THOMAS FELSTEAD<br>2407 W ENGEL RD<br><br>WEST BRANCH, MI 48661 | 2736 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| THOMPSON, LARRY N<br>8218 S EVENING DR<br><br>PENDLETON, IN 46064 | 2778 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| TORIBIO CASTRO<br>33 WOODLAND ROAD<br><br>ROSLYN, NY 11576 | 8695 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighty-Sixth Omnibus Objection**

# Exhibit A

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| UNIVERSAL TRANSPORT INC<br>12 SDS # 0842<br><br>MINNEAPOLIS, MN 55486 | 5280 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| VALERY FARLEY IRA<br>FCC AS CUSTODIAN<br>524 OAK RIDGE DR.<br>HARTLAND, WI 53029 | 9418 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| WILLIAM H SEALY<br>3527 CEDAR LK RD<br><br>HOWELL, MI 48843 | 4881 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| WILLIAMS, ROSEVELT<br>6474 ESTRELLE AVE<br><br>MOUNT MORRIS, MI 48458 | 5062 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| WRIGHT, ELVIN<br>PO BOX 484<br><br>GENESEE, MI 48437 | 69524 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| ***CLAIMS TO BE DISALLOWED AND EXPUNGED*** | 85 | | $0.00 | (S) | | |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $0.00 | (U) | | |
| | | | $0.00 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
:
In re                                                            :          Chapter 11 Case No.
:
**MOTORS LIQUIDATION COMPANY,** *et al.,*      :          **09-50026 (REG)**
        **f/k/a General Motors Corp.,** *et al.*        :
:
                                          **Debtors.**         :          **(Jointly Administered)**
:
----------------------------------------------------------------x

<u>**ORDER GRANTING DEBTORS' EIGHTY-SIXTH OMNIBUS OBJECTION TO CLAIMS**</u>
**(Claims with Insufficient Documentation)**

Upon the eighty-sixth omnibus objection to expunge certain claims, dated

September 17, 2010 (the "**Eighty-Sixth Omnibus Objection to Claims**"),[1] of Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(collectively, the "**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the

"**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**"), and this Court's order approving procedures for the filing of omnibus

objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") [Docket

No. 4180], seeking entry of an order disallowing and expunging the Claims with Insufficient

Documentation on the grounds that such claims fail to provide sufficient documentation to

ascertain the validity of the claim, all as more fully described in the Eighty-Sixth Omnibus

Objection to Claims; and due and proper notice of the Eighty-Sixth Omnibus Objection to Claims

having been provided, and it appearing that no other or further notice need be provided; and the

---

[1]        Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such
terms in the Eighty-Sixth Omnibus Objection to Claims.

Court having found and determined that the relief sought in the Eighty-Sixth Omnibus Objection

to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest

and that the legal and factual bases set forth in the Eighty-Sixth Omnibus Objection to Claims

establish just cause for the relief granted herein; and after due deliberation and sufficient cause

appearing therefor, it is

ORDERED that the relief requested in the Eighty-Sixth Omnibus Objection to

Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on **Exhibit "A"** (the "**Order Exhibit**") annexed hereto under the heading "*Claims to be

Disallowed and Expunged*" are disallowed and expunged from the claims registry; and it is further

ORDERED that, if applicable, the Eighty-Sixth Omnibus Objection to Claims is

adjourned with respect to the claims listed on the Order Exhibit annexed hereto under the heading

"*Objection Adjourned*" (the "**Adjourned Claims**") to the date indicated on the Order Exhibit,

subject to further adjournments (such actual hearing date, the "**Adjourned Hearing Date**"), and

the Debtors' response deadline with respect to the Adjourned Claims shall be 12:00 noon (Eastern

Time) on the date that is three (3) business days before the Adjourned Hearing Date; and it is

further

ORDERED that, if applicable, the Eighty-Sixth Omnibus Objection to Claims is

withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the heading

"*Objection Withdrawn*"; and it is further

ORDERED that, if applicable, the Eighty-Sixth Omnibus Objection to Claims is

withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the heading

"*Claim Withdrawn*" as those claims have been withdrawn by the corresponding claimant; and it is

further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly reserved

with respect to, any claim listed on Exhibit "A" annexed to the Eighty-Sixth Omnibus Objection

to Claims under the heading "*Claims to be Disallowed and Expunged*" that is not disallowed or

expunged pursuant to this Order; and it is further

ORDERED that to the extent a disallowed and expunged claim is a workers'

compensation claim with respect to an employee residing or employed in any state other than the

states of Alabama, Georgia, New Jersey, and Oklahoma, the disallowance of such claim shall not

affect the claimant's rights to continue receiving benefits from General Motors, LLC (f/k/a

NGMCO, Inc.), the purchaser of substantially all the assets of General Motors Corporation; and it

is further

ORDERED that to the extent a disallowed and expunged claim is for principal

under a public debt security issued by the Debtors, the disallowance of such claim shall not affect

the right of the claimant to participate in recoveries as a holder of securities under any proof of

claim filed by an indenture trustee in respect of the subject issuance; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.


Dated: New York, New York
        _____, 2010


_____
United States Bankruptcy Judge