HEARING DATE AND TIME: October 26, 2010 at 9:45 a.m. (Eastern Time)
RESPONSE DEADLINE: October 19, 2010 at 4:00 p.m. (Eastern Time)

---

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS
HERETO TO DETERMINE WHETHER THIS OBJECTION
AFFECTS YOUR CLAIM(S)**

---

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
                                          :
In re                                     :          Chapter 11 Case No.
                                          :
MOTORS LIQUIDATION COMPANY, *et al.*,     :          09-50026 (REG)
     f/k/a General Motors Corp., *et al.* :
                                          :
                    Debtors.              :          (Jointly Administered)
                                          :
-----------------------------------------------------------x

<u>NOTICE OF DEBTORS' EIGHTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS</u>
(No Liability Tax Claims)

   **PLEASE TAKE NOTICE** that on September 17, 2010, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their eighty-seventh omnibus objection to expunge certain claims (the

"**Eighty-Seventh Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to

consider the Eighty-Seventh Omnibus Objection to Claims will be held before the Honorable

Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States

Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New

York 10004, on **October 26, 2010 at 9:45 a.m. (Eastern Time),** or as soon thereafter as counsel

may be heard.

**PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE
EIGHTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS TO SEE IF THEIR
NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION
AND/OR IN EXHIBIT "A" ANNEXED THERETO.**

PLEASE TAKE FURTHER NOTICE that any responses to the Eighty-Seventh

Objection to Claims must be in writing, shall conform to the Federal Rules of Bankruptcy

Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy

Court (a) electronically in accordance with General Order M-399 (which can be found at

www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by

all other parties in interest, on a CD-ROM or 3.5 inch disk, in text-searchable portable document

format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the

customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable,

and served in accordance with General Order M-399 and on (i) Weil, Gotshal & Manges LLP,

attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R.

Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the Debtors, c/o

Motors Liquidation Company, 500 Renaissance Center, Suite 1400, Detroit, Michigan 48243

(Attn: Ted Stenger); (iii) General Motors, LLC, 400 Renaissance Center, Detroit, Michigan

48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham & Taft LLP, attorneys

for the United States Department of the Treasury, One World Financial Center, New York, New

York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States Department of the Treasury,

1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C. 20220 (Attn: Joseph Samarias,

Esq.); (vi) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th

Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein,

Esq.); (vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of

unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Thomas

Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.);

(viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall

Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq.); (ix) the U.S.

Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007

(Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (x) Caplin & Drysdale, Chartered,

attorneys for the official committee of unsecured creditors holding asbestos-related claims, 375

Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn:  Elihu Inselbuch, Esq. and

Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100, Washington, DC 20005 (Attn:

Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); and (xi) Stutzman, Bromberg, Esserman

& Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the legal

representative for future asbestos personal injury claimants, 2323 Bryan Street, Suite 2200,

Dallas, Texas 75201 (Attn:  Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.), so as to

be received no later than **October 19, 2010, at 4:00 p.m. (Eastern Time)** (the "**Response**

**Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and

served with respect to the Eighty-Seventh Omnibus Objection to Claims or any claim set forth

thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an

order substantially in the form of the proposed order annexed to the Eighty-Seventh Omnibus

Objection to Claims, which order may be entered with no further notice or opportunity to be

heard offered to any party.

Dated: New York, New York
      September 17, 2010

          /s/ Joseph H. Smolinsky
          Harvey R. Miller
          Stephen Karotkin
          Joseph H. Smolinsky

          WEIL, GOTSHAL & MANGES LLP
          767 Fifth Avenue
          New York, New York 10153
          Telephone: (212) 310-8000
          Facsimile: (212) 310-8007

          Attorneys for Debtors
          and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                        :
In re                                   :        Chapter 11 Case No.
                                        :
MOTORS LIQUIDATION COMPANY, et al.,     :        09-50026 (REG)
        f/k/a General Motors Corp., et al.   :
                                        :
                        Debtors.        :        (Jointly Administered)
                                        :
-------------------------------------------------------------x
```

## DEBTORS' EIGHTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS
### (No Liability Tax Claims)

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.**
**CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE**
**EXHIBIT ANNEXED TO THIS OBJECTION.**

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully

represent:

**<u>Relief Requested</u>**

1.       The Debtors file this eighty-seventh omnibus objection to certain claims

(the "**Eighty-Seventh Omnibus Objection to Claims**"), pursuant to section 502(b) of title 11,

United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy

Procedure (the "**Bankruptcy Rules**"), this Court's order approving procedures for the filing of

omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**")

[Docket No. 4180], and this Court's order approving the procedures relating to the filing of

proofs of claim (the "**Bar Date Order**") [Docket No. 4079], seeking entry of an order

disallowing and expunging the claims listed on **Exhibit "A"** annexed hereto.[1]

2.       The Debtors have examined the proofs of claim identified on Exhibit "A"

and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed

and Expunged*" (collectively, the "**No Liability Tax Claims**") seek recovery for amounts for

which the Debtors are not liable.  The No Liability Tax Claims are claims for taxes (i) that have

been satisfied in full by either the Debtors, as authorized by this Court, or by General Motors,

LLC ("**New GM**"), pursuant to the terms of that certain Amended and Restated Master Sale and

Purchase Agreement (the "**MSPA**") dated as of June 26, 2009 by and among General Motors

Corporation, Saturn LLC, a Delaware limited liability company, Saturn Distribution Corporation,

a Delaware corporation, Chevrolet-Saturn of Harlem, Inc., a Delaware corporation, or for which

no amounts are due, or (ii) that clearly should be asserted against unrelated, third parties based

on a review of the underlying documentation.  Pursuant to section 502(b) of the Bankruptcy

---

[1]       Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab.  Creditors without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City Group, Inc. at 1-703-286-6401.

Code, Bankruptcy Rule 3007, and the Procedures Order, the Debtors seek entry of an order

disallowing and expunging from the claims register the No Liability Tax Claims.  Further, the

Debtors reserve all of their rights to object on any other basis to any Claims with Insufficient

Documentation as to which the Court does not grant the relief requested herein.

### Jurisdiction

3.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

### Background

4.      On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**Realm/Encore Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Case Number 09-50026 (REG).  On September 15, 2009,

the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs,

which were amended on October 4, 2009.  On October 15, 2009, the Realm/Encore Debtors filed

their schedules of assets and liabilities and statements of financial affairs.

5.      On September 16, 2009, this Court entered an order [Docket No. 4079]

establishing November 30, 2009 as the deadline for each person or entity to file a proof of claim

in the Initial Debtors' cases, including governmental units.  On December 2, 2009, this Court

entered an order [Docket No. 4586] establishing February 1, 2010 as the deadline for each

---

[2]      The Initial Debtors are Motors Liquidation Company (f/k/a General Motors Corporation), MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3]      The Realm/Encore Debtors are Remediation and Liability Management Company, Inc., and Environmental Corporate Remediation Company, Inc.

person or entity to file a proof of claim in the Realm/Encore Debtors' cases (except

governmental units, as defined in section 101(27) of the Bankruptcy Code, for which the Court

established April 16, 2010 as the deadline to file proofs of claim).

      6.      Furthermore, on October 6, 2009, this Court entered the Procedures Order,

which authorizes the Debtors, among other things, to file omnibus objections to no more than

100 claims at a time, under various grounds, including those set forth in Bankruptcy Rule

3007(d) and those additional grounds set forth in the Procedures Order.

### The Relief Requested Should Be Approved by the Court

      7.      A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects." 11 U.S.C. § 502(a). If an objection refuting at least one of the claim's essential

allegations is asserted, the claimant has the burden to demonstrate the validity of the claim. *See

In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*,

Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660 at *15 (Bankr. S.D.N.Y. Feb. 20,

2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

      8.      Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a

claim may not be allowed to the extent that "such claim is unenforceable against the debtor and

property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1).

Moreover, the Procedures Order provides that the Debtors may file omnibus objections to claims

that "seek recovery of amounts for which the Debtors are not liable." (Procedures Order at 2.)

      9.      As set forth above, the No Liability Tax Claims are claims for taxes that

(i) have been satisfied in full by the Debtors, as authorized by this Court, or by New GM,

pursuant to the terms of the MSPA, or for which no amounts are due, or (ii) clearly should be

asserted against unrelated, third parties based on a review of the underlying documentation.

With respect to the No Liability Tax Claims for which no amounts are due, in certain instances,

the relevant proofs of claim set forth a zero dollar claim amount.  In other instances, while

claimants indicated a dollar amount due in respect of such No Liability Tax Claims, the Debtors

do not believe they are liable for any such amounts.  Consequently, the Debtors contacted each

relevant taxing authority and have confirmed that no amount is due in respect of such No

Liability Tax Claims.  Furthermore, the Debtors are not liable for claims filed against unrelated,

non-Debtor third parties.

10.    As such, the Debtors are not liable for the No Liability Tax Claims.  To

avoid the possibility of improper recovery against the Debtors' estates and for the benefit of the

proper creditors of the Debtors, the Debtors request that the Court disallow and expunge in their

entirety the No Liability Tax Claims.

### Notice

11.    Notice of this Eighty-Seventh Omnibus Objection to Claims has been

provided to each claimant listed on Exhibit "A" and parties in interest in accordance with the

Fourth Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007

Establishing Notice and Case Management Procedures, dated August 24, 2010 [Docket No.

6750].  The Debtors submit that such notice is sufficient and no other or further notice need be

provided.

12.    No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated: New York, New York
         September 17, 2010

                                    /s/Joseph H. Smolinsky
                                    Harvey R. Miller
                                    Stephen Karotkin
                                    Joseph H. Smolinsky

                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone: (212) 310-8000
                                    Facsimile: (212) 310-8007

                                    Attorneys for Debtors
                                    and Debtors in Possession

**<u>EXHIBIT A</u>**

US_ACTIVE:\43497086\02\72240.0639

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ADA COUNTY TREASURER<br>PO BOX 2868<br><br>BOISE, ID 83701 | 62080 | Motors Liquidation Company | $680.78  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$0.00  (U)<br><br>$680.78  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note:  Claim is against an unrelated third party. | | | | | |
| AZLE INDEPENDENT SCHOOL DISTRICT<br>C/O HOODENPYLE & LOBERT PC<br>519 E. BORDER STREET<br>ARLINGTON, TX 76010 | 812 | Motors Liquidation Company | $737.24  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$0.00  (U)<br><br>$737.24  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note:  Claim is against an unrelated third party. | | | | | |
| BOONE COUNTY COLLECTOR<br>ATTN PATRICIA S LENSMEYER<br>GOVERNMENT CENTER 9TH & ASH<br>801 E WALNUT ROOM 118<br>COLUMBIA, MO 65201 | 70126 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note:  No amount due per claim and/or per contact with claimant. | | | | | |
| BOONE COUNTY COLLECTOR<br>ATTN PATRICIA S LENSMEYER<br>GOVERNMENT CENTER 9TH & ASH<br>801 E WALNUT RM 118<br>COLUMBIA, MO 65201 | 70127 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note:  No amount due per claim and/or per contact with claimant. | | | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BOONE COUNTY COLLECTOR ATTN PATRICIA S LENSMEYER GOVERNMENT CENTER 9TH & ASH 801 E WALNUT RM 118 COLUMBIA, MO 65201 | 70128 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note:   No amount due per claim and/or per contact with claimant. | | | | | |
| BOONE COUNTY COLLECTOR ATTN PATRICIA S LENSMEYER GOVERNMENT CENTER 9TH & ASH 801 E WALNUT RM 118 COLUMBIA, MO 65201 | 70129 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note:   No amount due per claim and/or per contact with claimant. | | | | | |
| BOONE COUNTY COLLECTOR ATTN PATRICIA S LENSMEYER GOVERNMENT CENTER 9TH & ASH 801 E WALNUT RM 118 COLUMBIA, MO 65201 | 70130 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note:   No amount due per claim and/or per contact with claimant. | | | | | |
| BOONE COUNTY COLLECTOR ATTN PATRICIA S LENSMEYER GOVERNMENT CENTER 9TH & ASH 801 E WALNUT RM 118 COLUMBIA, MO 65201 | 70131 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note:   No amount due per claim and/or per contact with claimant. | | | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BOONE COUNTY COLLECTOR<br>PATRICIA S LENSMEYER<br>GOVERNMENT CENTER  9TH & ASH<br>801 E WALNUT<br>RM 118<br>COLUMBIA, MO 65201 | 33222 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$27.55  (P)<br>$0.00  (U)<br>$27.55  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note:  No amount due per claim and/or per contact with claimant. | | | | | |
| CADDO COUNTY TREASURER<br>PO BOX 278<br>ANADARKO, OK 73005 | 7451 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note:  No amount due per claim and/or per contact with claimant. | | | | | |
| CITY OF CHATTANOOGA<br>101 EAST 11TH STREET<br>ROOM 100<br>CHATTANOOGA, TN 37402 | 12306 | Motors Liquidation Company | $3,123.34  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$3,123.34  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note:   Claim is against an unrelated third party. | | | | | |
| CITY OF FRANKLIN TAX COLLECTOR<br>C/O YOST ROBERTSON NOWAK, PLLC<br>SPECIAL COUNSEL CITY OF FRANKLIN<br>PO BOX 681346<br>FRANKLIN, TN 37068 | 1574 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$11.00  (P)<br>$0.00  (U)<br>$11.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note:   Claim is against an unrelated third party. | | | | | |
| CITY OF FREDERICKSBURG VIRGINIA<br>PO BOX 267<br>FREDERICKSBURG, VA 22404 | 435 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$1,324.33  (P)<br>$0.00  (U)<br>$1,324.33  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note:   Claim is against an unrelated third party. | | | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CITY OF FREMONT<br>39550 LIBERTY ST<br>REVENUE & TREASURY DIVISION<br>FREMONT, CA 94538 | 5118 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note:  No amount due per claim and/or per contact with claimant. | | | | | |
| CITY OF GREENSBORO<br>CITY OF GREENSBORO COLLECTION<br>PO BOX 3136<br>GREENSBORO, NC 27402 | 69054 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$180.00  (U)<br>$180.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note:  Claim is against an unrelated third party. | | | | | |
| CITY OF HAMMOND<br>PROPERTY TAX DIVISION<br>PO BOX 2788<br>HAMMOND, LA 70404 | 44266 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$14,854.60  (P)<br>$0.00  (U)<br>$14,854.60  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note:  Claim is against an unrelated third party. | | | | | |
| CITY OF KNOXVILLE<br>DOUGLAS GORDON ATTY FOR CITY OF KNOXVILLE<br>PO BOX 1028<br>KNOXVILLE, TN 37901 | 1349 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$13.34  (P)<br>$0.00  (U)<br>$13.34  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note:  Claim is against an unrelated third party. | | | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CITY OF LONE TREE<br>DEPT 1882<br>9220 KIMMER DR<br>LONE TREE, CO 80124 | 4478 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note: No amount due per claim and/or per contact with claimant. | | | | | |
| CITY OF MARIETTA TAX DEPARTMENT<br>PO BOX 609<br>MARIETTA, GA 30061 | 11294 | MLCS, LLC | $0.00 (S)<br>$0.00 (A)<br>$4,531.71 (P)<br>$0.00 (U)<br>$4,531.71 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note: Claim is against an unrelated third party. | | | | | |
| CITY OF STAMFORD COLLECTOR OF TAXES<br>CITY OF STAMFORD LAW DEPARTMENT<br>888 WASHINGTON BLVD 9TH FLOOR<br>STAMFORD, CT 06904 | 69890 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$612.15 (P)<br>$612.15 (U)<br>$1,224.30 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note: Claim is against an unrelated third party. | | | | | |
| CRONELL, WILLIAM C<br>112 CHRONICLE ST<br>BELMONT, NC 28012 | 69664 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$1,559.35 (P)<br>$0.00 (U)<br>$1,559.35 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note: Claim is against an unrelated third party. | | | | | |
| CUYAHOQA COUNTY TREASURER<br>1219 ONTARIO STREET<br>ROOM 112 - ATTN: MARK CAMPBELL<br>CLEVELAND, OH 44113 | 67545 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note: No amount due per claim and/or per contact with claimant. | | | | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DONA ANA COUNTY TREASURER<br>PO BOX 1179<br><br>LAS CRUCES, NM 88004 | 17734 | Motors Liquidation Company | $1,431.02   (S)<br><br>$0.00   (A)<br><br>$0.00   (P)<br><br>$0.00   (U)<br><br>$1,431.02   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note:   Claim is against an unrelated third party. | | | | | |
| DONA ANA COUNTY TREASURER<br>PO BOX 1179<br><br>LAS CRUCES, NM 88004 | 17735 | Motors Liquidation Company | $49.61   (S)<br><br>$0.00   (A)<br><br>$0.00   (P)<br><br>$0.00   (U)<br><br>$49.61   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note:   Claim is against an unrelated third party. | | | | | |
| DONA ANA COUNTY TREASURER<br>PO BOX 1179<br><br>LAS CRUCES, NM 88004 | 17737 | Motors Liquidation Company | $348.90   (S)<br><br>$0.00   (A)<br><br>$0.00   (P)<br><br>$0.00   (U)<br><br>$348.90   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note:   Claim is against an unrelated third party. | | | | | |
| DORIS MALOY, LEON COUNTY TAX COLLECTOR<br>PO BOX 1835<br><br>TALLAHASSEE, FL 32302 | 657 | Motors Liquidation Company | $7,141.64   (S)<br><br>$0.00   (A)<br><br>$0.00   (P)<br><br>$0.00   (U)<br><br>$7,141.64   (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note:   Claim is against an unrelated third party. | | | | | |
| DOUGLAS COUNTY<br>DOUGLAS COUNTY TREASURER<br>ATTN: STEPHANIE COOK<br>100 THIRD STREET<br>CASTLE ROCK, CO 80104 | 1231 | Motors Liquidation Company | $483,408.86   (S)<br><br>$0.00   (A)<br><br>$0.00   (P)<br><br>$0.00   (U)<br><br>$483,408.86   (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note:   Claim is against an unrelated third party. | | | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Eighty-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DOUGLAS COUNTY GEORGIA<br>ATTN: LEGAL OFFICER / BANKRUPTCY DEPT.<br>PO BOX 1177<br>TAX COMMISSIONER<br>DOUGLASVILLE, GA 30133 | 3212 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$4,177.94  (P)<br>$0.00  (U)<br>$4,177.94  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note:  No amount due per claim and/or per contact with claimant. | | | | | |
| DUPLIN COUNTY TAX COLLECTOR<br>PO BOX 968<br>KENANSVILLE, NC 28349 | 3203 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$673.28  (U)<br>$673.28  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note:  Claim is against an unrelated third party. | | | | | |
| FORT WORTH INDEPENDENT SCHOOL DISTRICT<br>ELIZABETH BANDA CALVO<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094 | 65863 | Motors Liquidation Company | $8,991.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$8,991.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note:  Claim is against an unrelated third party. | | | | | |
| HAMILTON COUNTY TREASURERS OFFICE<br>OLD COURTHOUSE<br>33 N 9TH STREET<br>STE 112<br>NOBLESVILLE, IN 46060 | 6777 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note:  No amount due per claim and/or per contact with claimant. | | | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HAMILTON COUNTY TREASURER'S OFFICE<br>OLD COURTHOUSE<br>33 N. 9TH STREET<br>SUITE 112<br>NOBLESVILLE, IN 46060 | 6776 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note:   No amount due per claim and/or per contact with claimant. | | | | | |
| HAMILTON COUNTY TREASURER'S OFFICE<br>OLD COURTHOUSE<br>33 N 9TH ST<br>STE 112<br>NOBLESVILLE, IN 46060 | 6778 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note:   No amount due per claim and/or per contact with claimant. | | | | | |
| ILLINOIS DEPT OF EMPLOYMENT SECURITY<br>BANKRUPTCY UNIT - 10TH FLOOR<br>33 S STATE STREET<br>CHICAGO, IL 60603 | 541 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$2,383.57   (P)<br>$0.00   (U)<br>$2,383.57   (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note:   No amount due per claim and/or per contact with claimant. | | | | | |
| JOHN A DONOFRIO, SUMMIT COUNTY FISCAL OFFICER<br>C/O REGINA M VANVOROUS<br>220 S BALCH STREET, SUITE 118<br>AKRON, OH 44302 | 442 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note:   No amount due per claim and/or per contact with claimant. | | | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| LINDA EMMONS<br>FRANKLIN COUNTY COLLECTOR<br>400 E MAIN<br>RM 103<br>UNION, MO 63084 | 31314 | Motors Liquidation Company | $0.00<br>$0.00<br>$84,839.39<br>$0.00<br>$84,839.39 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note:  Claim is against an unrelated third party. | | | | | | |
| PINE TREE INDEPENDENT SCHOOL DISTRICT<br>ATTN: MICHAEL REED<br>MCCREARY VESELKA BRAGG & ALLEN<br>700 JEFFREY WAY, SUITE 100<br>PO BOX 1269<br>ROUND ROCK, TX 78680 | 293 | Motors Liquidation Company | $215.93<br>$0.00<br>$0.00<br>$0.00<br>$215.93<br><br>Unliquidated | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note:  Claim is against an unrelated third party. | | | | | | |
| POLK COUNTY COLLECTOR<br>102 E BROADWAY ST STE 6<br>BOLIVAR, MO 65613 | 21245 | Motors Liquidation Company | $0.00<br>$0.00<br>$1,638.97<br>$0.00<br>$1,638.97 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note:  Claim is against an unrelated third party. | | | | | | |
| SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br>MEMPHIS, TN 38101 | 5245 | MLCS, LLC | $6,269.99<br>$0.00<br>$0.00<br>$0.00<br>$6,269.99<br>Unliquidated | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note:  Claim is against an unrelated third party. | | | | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br>MEMPHIS, TN 38101 | 5246 | MLCS, LLC | $4,465.82  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$4,465.82  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note:   Claim is against an unrelated third party. | | | | | |
| SOLANO COUNTY TAX COLLECTOR<br>675 TEXAS ST STE 1900<br>FAIRFIELD, CA 94533 | 1394 | Motors Liquidation Company | $22,463.59  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$22,463.59  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note:   Claim is against an unrelated third party. | | | | | |
| TENNESSEE DEPARTMENT OF REVENUE<br>C/O ATTORNEY GENERAL<br>ATTN WILBUR E HOOKS DIRECTOR<br>PO BOX 20207<br>NASHVILLE, TN 37242 | 70283 | MLCS, LLC | $0.00  (S)<br>$0.00  (A)<br>$45.00  (P)<br>$0.00  (U)<br>$45.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note:   No amount due per claim and/or per contact with claimant. | | | | | |
| TOWN OF FRAMINGHAM<br>TAX COLLECTOR'S OFFICE<br>150 CONCORD ST<br>FRAMINGHAM, MA 01702 | 69559 | Remediation And Liability Management Company, Inc. | $0.00  (S)<br>$0.00  (A)<br>$2,442.94  (P)<br>$0.00  (U)<br>$2,442.94  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note:   No amount due per claim and/or per contact with claimant. | | | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| TOWN OF GUILFORD<br>31 PARK ST<br><br>GUILFORD, CT 06437 | 3171 | Motors Liquidation Company | <br><br><br><br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note:   No amount due per claim and/or contact with claimant. | | | | | |
| WAKE COUNTY REVENUE DEPARTMENT<br>POST OFFICE BOX 550<br><br>RALEIGH, NC 27602 | 67118 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$247.16   (U)<br>$247.16   (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note:   Claim is against an unrelated third party. | | | | | |
| WESTERLY TOWN OF PPTAX<br>WESTERLY TOWN OF<br>TAX COLLECTOR<br>45 BROAD STREET<br>WESTERLY, RI 02891 | 241 | Motors Liquidation Company | $970.50   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$970.50   (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note:   Claim is against an unrelated third party. | | | | | |
| WICOMICO COUNTY ROADS<br>PO BOX 4036<br>21803SALISBURY, MD 21801 | 65850 | MLCS, LLC | $0.00   (S)<br>$0.00   (A)<br>$21,054.80   (P)<br>$0.00   (U)<br>$21,054.80   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note:   Claim is against an unrelated third party. | | | | | |
| WICOMICO COUNTY TAX COLLECTOR<br>PO BOX 4036<br>SALISBURY, MD 21803 | 25499 | MLCS, LLC | $0.00   (S)<br>$0.00   (A)<br>$21,267.47   (P)<br>$0.00   (U)<br>$21,267.47   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note:   Claim is against an unrelated third party. | | | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| YAKIMA COUNTY TREASURER<br>PO BOX 22530<br><br>YAKIMA, WA 98907 | 70198 | Motors Liquidation Company | $307.79   (S)<br><br>$0.00   (A)<br><br>$0.00   (P)<br><br>$0.00   (U)<br><br>$307.79   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

Note:  No amount due per claim and/or per contact with claimant.

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | **49** | | **$540,606.01**  (S)<br><br>**$0.00**  (A)<br><br>**$160,784.11**  (P)<br><br>**$1,712.59**  (U)<br><br>**$703,102.71**  (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                            :

In re                              :           Chapter 11 Case No.
                                              :

MOTORS LIQUIDATION COMPANY, *et al.*,   :           09-50026 (REG)
       f/k/a General Motors Corp., *et al.*     :
                                              :

                     Debtors.           :           (Jointly Administered)
                                              :
-----------------------------------------------------------------x

## ORDER GRANTING DEBTORS' EIGHTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS
### (No Liability Tax Claims)

         Upon the eighty-seventh omnibus objection to expunge certain claims, dated

September 17, 2010 (the "**Eighty-Seventh Omnibus Objection to Claims**"),[1] of Motors

Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in

possession (collectively, the "**Debtors**"), pursuant to section 502(b) of title 11, United States

Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure

(the "**Bankruptcy Rules**"), and this Court's order approving procedures for the filing of

omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**")

[Docket No. 4180], seeking entry of an order disallowing and expunging the No Liability Tax

Claims on the grounds that such claims seek recovery of amounts for which the Debtors are not

liable, all as more fully described in the Eighty-Seventh Omnibus Objection to Claims; and due

and proper notice of the Eighty-Seventh Omnibus Objection to Claims having been provided,

and it appearing that no other or further notice need be provided; and the Court having found and

determined that the relief sought in the Eighty-Seventh Omnibus Objection to Claims is in the

---

[1]       Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such
terms in the Eighty-Seventh Omnibus Objection to Claims.

best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal

and factual bases set forth in the Eighty-Seventh Omnibus Objection to Claims establish just

cause for the relief granted herein; and after due deliberation and sufficient cause appearing

therefor, it is

ORDERED that the relief requested in the Eighty-Seventh Omnibus Objection to

Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on **Exhibit "A"** (the "**Order Exhibit**") annexed hereto under the heading "*Claims to be

Disallowed and Expunged*" are disallowed and expunged; and it is further

ORDERED that, if applicable, the Eighty-Seventh Omnibus Objection to Claims

is adjourned with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Objection Adjourned*" (the "**Adjourned Claims**") to the date indicated on the Order

Exhibit, subject to further adjournments (such actual hearing date, the "**Adjourned Hearing

Date**"), and the Debtors' response deadline with respect to the Adjourned Claims shall be 12:00

noon (Eastern Time) on the date that is three (3) business days before the Adjourned Hearing

Date; and it is further

ORDERED that, if applicable, the Eighty-Seventh Omnibus Objection to Claims

is withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Objection Withdrawn*"; and it is further

ORDERED that, if applicable, the Eighty-Seventh Omnibus Objection to Claims

is withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Claim Withdrawn*" as those claims have been withdrawn by the corresponding

claimant; and it is further

2

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly

reserved with respect to any claim listed on Exhibit "A" annexed to the Eighty-Seventh Omnibus

Objection to claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed

on the Order Exhibit annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
_____, 2010


_____
United States Bankruptcy Judge