HEARING DATE AND TIME: October 26, 2010 at 9:45 a.m. (Eastern Time)
RESPONSE DEADLINE: October 19, 2010 at 4:00 p.m. (Eastern Time)

---

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)**

**FOR QUESTIONS CONCERNING YOUR GMAC BONDS, PLEASE CALL THE GMAC (ALLY FINANCIAL) INVESTOR HOTLINE AT 1-866-710-4623**

---

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                   :

In re                      :       Chapter 11 Case No.
                   :

**MOTORS LIQUIDATION COMPANY,** *et al.,*   :      **09-50026 (REG)**
      **f/k/a General Motors Corp.,** *et al.*   :
                 :

             **Debtors.**     :       **(Jointly Administered)**
                 :

---------------------------------------------------------------x

## NOTICE OF DEBTORS' NINETY-FOURTH OMNIBUS OBJECTION TO CLAIMS
### (No Liability GMAC Debt Claims)

      **PLEASE TAKE NOTICE** that on September 17, 2010, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their ninety-fourth omnibus objection to expunge certain claims (the

"**Ninety-Fourth Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to

consider the Ninety-Fourth Omnibus Objection to Claims will be held before the Honorable

Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States

Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New

York 10004, on **October 26, 2010 at 9:45 a.m. (Eastern Time),** or as soon thereafter as counsel

may be heard.

> **PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE NINETY-FOURTH OMNIBUS OBJECTION TO CLAIMS TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN EXHIBIT "A" ANNEXED THERETO.**

PLEASE TAKE FURTHER NOTICE that any responses to the Ninety-Fourth

Objection to Claims must be in writing, shall conform to the Federal Rules of Bankruptcy

Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy

Court (a) electronically in accordance with General Order M-399 (which can be found at

www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by

all other parties in interest, on a CD-ROM or 3.5 inch disk, in text-searchable portable document

format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the

customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable,

and served in accordance with General Order M-399 and on (i) Weil, Gotshal & Manges LLP,

attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R.

Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the Debtors, c/o

Motors Liquidation Company, 500 Renaissance Center, Suite 1400, Detroit, Michigan 48243

(Attn: Ted Stenger); (iii) General Motors, LLC, 400 Renaissance Center, Detroit, Michigan

48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham & Taft LLP, attorneys

for the United States Department of the Treasury, One World Financial Center, New York, New

York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States Department of the Treasury,

1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C. 20220 (Attn: Joseph Samarias,

Esq.); (vi) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th

Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein,

Esq.); (vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of

unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Thomas

Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.);

(viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall

Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq.); (ix) the U.S.

Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007

(Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (x) Caplin & Drysdale, Chartered,

attorneys for the official committee of unsecured creditors holding asbestos-related claims, 375

Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn:  Elihu Inselbuch, Esq. and

Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100, Washington, DC 20005 (Attn:

Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); and (xi) Stutzman, Bromberg, Esserman

& Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the legal

representative for future asbestos personal injury claimants, 2323 Bryan Street, Suite 2200,

Dallas, Texas 75201 (Attn:  Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.), so as to

be received no later than **October 19, 2010, at 4:00 p.m. (Eastern Time)** (the "**Response**

**Deadline**").

     **PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and

served with respect to the Ninety-Fourth Omnibus Objection to Claims or any claim set forth

thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an

order substantially in the form of the proposed order annexed to the Ninety-Fourth Omnibus

Objection to Claims, which order may be entered with no further notice or opportunity to be

heard offered to any party.

Dated: New York, New York
       September 17, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
:
In re                                               :          **Chapter 11 Case No.**
:
**MOTORS LIQUIDATION COMPANY,** *et al.,*           :          **09-50026 (REG)**
    **f/k/a General Motors Corp.,** *et al.*              :
:
            **Debtors.**                  :          **(Jointly Administered)**
:
----------------------------------------------------------------x

## DEBTORS' NINETY-FOURTH OMNIBUS OBJECTION TO CLAIMS
### (No Liability GMAC Debt Claims)

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.
CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE
EXHIBIT ANNEXED TO THIS OBJECTION.**

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

        Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully

represent:

### Relief Requested

1.    The Debtors file this ninety-fourth omnibus objection to certain claims (the "**Ninety-Fourth Omnibus Objection to Claims**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") [Docket No. 4180], and this Court's order approving the procedures relating to the filing of proofs of claim (the "**Bar Date Order**") [Docket No. 4079], seeking entry of an order disallowing and expunging the claims listed on **Exhibit "A"** annexed hereto.[1]

2.    The Debtors have examined the proofs of claim identified on Exhibit "A", and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed and Expunged*" (collectively, the "**No Liability GMAC Debt Claims**") seek recovery for amounts for which the Debtors are not liable.  The No Liability GMAC Debt Claims are claims for amounts owing under bonds issued by General Motors Acceptance Corporation ("**GMAC**"), an entirely separate company than General Motors Corporation ("**GM**") and not a debtor in these chapter 11 cases.  Pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rule 3007, and the Procedures Order, the Debtors seek entry of an order disallowing and expunging from the claims register the No Liability GMAC Debt Claims.  Further, the Debtors reserve all of their rights to object on any other basis to any No Liability GMAC Debt Claims as to which the Court does not grant the relief requested herein.

---

[1]    Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab.  Creditors without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City Group, Inc. at 1-703-286-6401.

## Jurisdiction

3.          This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

4.          On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**Realm/Encore Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Case Number 09-50026 (REG).  On September 15, 2009,

the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs,

which were amended on October 4, 2009.  On October 15, 2009, the Realm/Encore Debtors filed

their schedules of assets and liabilities and statements of financial affairs.

5.          On September 16, 2009, this Court entered an order [Docket No. 4079]

establishing November 30, 2009 as the deadline for each person or entity to file a proof of claim

in the Initial Debtors' cases, including governmental units.  On December 2, 2009, this Court

entered an order [Docket No. 4586] establishing February 1, 2010 as the deadline for each

person or entity to file a proof of claim in the Realm/Encore Debtors' cases (except

governmental units, as defined in section 101(27) of the Bankruptcy Code, for which the Court

established April 16, 2010 as the deadline to file proofs of claim).

---

[2]          The Initial Debtors are Motors Liquidation Company (f/k/a General Motors Corporation), MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3]          The Realm/Encore Debtors are Remediation and Liability Management Company, Inc., and Environmental Corporate Remediation Company, Inc.

6.    Furthermore, on October 6, 2009, this Court entered the Procedures Order, which authorizes the Debtors, among other things, to file omnibus objections to no more than 100 claims at a time, under various grounds, including those set forth in Bankruptcy Rule 3007(d) and those additional grounds set forth in the Procedures Order.

**The Relief Requested Should Be Approved by the Court**

7.    A filed proof of claim is "deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a). If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim. *See In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660 at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

8.    Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a claim may not be allowed to the extent that "such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1). Moreover, the Procedures Order provides that the Debtors may file omnibus objections to claims that "seek recovery of amounts for which the Debtors are not liable." (Procedures Order at 2.)

9.    As set forth above, the No Liability GMAC Debt Claims are claims for amounts owing under bonds issued by GMAC. The Debtors did not issue these bonds. The Debtors are not liable for claims filed against unrelated, non-Debtor third parties.

10.    The Debtors believe that the claimants asserting No Liability GMAC Claims are confused by the similarity of names of GM and GMAC. GMAC, now known as Ally Financial Inc., used to be majority owned by MLC but that is no longer the case.

11.    As such, the Debtors are not liable for the No Liability GMAC Debt Claims. To avoid the possibility of improper recovery against the Debtors' estates and for the

benefit of the proper creditors of the Debtors, the Debtors request that the Court disallow and expunge in their entirety the No Liability GMAC Debt Claims.

**Notice**

12.     Notice of this Ninety-Fourth Omnibus Objection to Claims has been provided to each claimant listed on Exhibit "A" and parties in interest in accordance with the Fourth Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures, dated August 24, 2010 [Docket No. 6750].  The Debtors submit that such notice is sufficient and no other or further notice need be provided.

13.     No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the relief requested herein and such other and further relief as is just.

Dated: New York, New York
        September 17, 2010

                            /s/ Joseph H. Smolinsky
                            Harvey R. Miller
                            Stephen Karotkin
                            Joseph H. Smolinsky

                            WEIL, GOTSHAL & MANGES LLP
                            767 Fifth Avenue
                            New York, New York 10153
                            Telephone: (212) 310-8000
                            Facsimile: (212) 310-8007

                            Attorneys for Debtors
                            and Debtors in Possession

# **EXHIBIT A**

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| ABBE LUMBER & HARDWARE CTR<br>200 AVENEL ST<br><br>AVENEL, NJ 07001 | 16643 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100,000.00 (U)<br>$100,000.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| ALCERITO LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTENTION TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT SINGAPORE 039392<br>,<br>SINGAPORE | 32311 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$42,991.00 (U)<br>$42,991.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| ALCIANA SP<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTENTION TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT SINGAPORE 039392<br>,<br>SINGAPORE | 32310 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$69,997.00 (U)<br>$69,997.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| ARABESQUE EXPRESS LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT SINGAPORE 039392<br>,<br>SINGAPORE | 31595 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$51,450.00 (U)<br>$51,450.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| ASPECTS LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LTD<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 32715 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $97,515.00 | (U) | | |
| | | | $97,515.00 | (T) | | |
| AUBURN LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK MARINA BAYFRONT<br>039392 SINGAPORE<br>,<br>SINGAPORE | 32707 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $109,500.00 | (U) | | |
| | | | $109,500.00 | (T) | | |
| BAGUIO LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN: TAU DEPARTMENT<br>2 RAFFLES LINK, MARINA BAYFRONT<br>039392 SINGAPORE<br>,<br>SINGAPORE | 31602 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $49,904.00 | (U) | | |
| | | | $49,904.00 | (T) | | |
| BAHIA BLANCA LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LTD<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK, MARINA BAYFRONT<br>SINGAPORE 039392<br>,<br>SINGAPORE | 32307 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $145,572.00 | (U) | | |
| | | | $145,572.00 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| BELL GARDENS LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMTIED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK, MARINA BAYFRONT<br>SINGAPORE 039392<br>,<br>SINGAPORE | 32306 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$236,570.00  (U)<br>$236,570.00  (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| BLUE CAPITAL SERVICES LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK, MARINA BAYFRONT<br>SINGAPORE 039392<br>,<br>SINGAPORE | 31367 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$181,886.00  (U)<br>$181,886.00  (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| BLUE TOWN LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT SINGAPORE 039392<br>,<br>SINGAPORE | 32304 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$42,991.00  (U)<br>$42,991.00  (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| BRAND A. JASIK<br>CGM IRA ROLLOVER CUSTODIAN<br>835 N. LAGRANGE ROAD<br>LAGRANGE PARK, IL 60526 | 62413 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$40,000.00  (U)<br>$40,000.00  (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Ninety-Fourth Omnibus Objection**

### Exhibit A

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| BROAD MISSION LTD C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED ATTN: TAU DEPARTMENT 2 RAFFLES LINK, MARINA BAYFRONT 039392 SINGAPORE , SINGAPORE | 31394 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $97,048.00 | (U) | | |
| | | | $97,048.00 | (T) | | |
| CAMPOLO SP C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED ATTN  TAU DEPARTMENT 2 RAFFLES LINK MARINA BAYFRONT  SINGAPORE 039392 , SINGAPORE | 31609 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $69,997.00 | (U) | | |
| | | | $69,997.00 | (T) | | |
| CAPETOWN LTD C/O MERRILL LYNCH INTERNATIONAL BANK LTD ATTN TAU DEPARTMENT 2 RAFFLES LINK MARINA BAYFRONT 039392 SINGAPORE , SINGAPORE | 32708 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $194,042.25 | (U) | | |
| | | | $194,042.25 | (T) | | |
| CHAMBERY SP C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED ATTN  TAU DEPARTMENT 2 RAFFLES LINK MARINA BAYFRONT  SINGAPORE 039392 , SINGAPORE | 31586 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $99,809.60 | (U) | | |
| | | | $99,809.60 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| CHEETAH PARK LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK, MARINA BAYFRONT<br>SINGAPORE 039392<br>,<br>SINGAPORE | 31370 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$162,996.00<br>$162,996.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| COMPOSITE TEMPLE ASSOC<br>32333 KELLY RD<br>FRASER, MI 48026 | 21297 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$38,000.00<br>$38,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| DUTTON LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LTD<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK, MARINA BAYFRONT<br>SINGAPORE 039392<br>,<br>SINGAPORE | 32320 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$58,726.00<br>$58,726.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| EDIA LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK MARINA BAYFRONT<br>SINGAPORE 039392<br>,<br>SINGAPORE | 31375 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$146,272.00<br>$146,272.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| EDITH H SMOOT<br>104 HARBOURVIEW DR<br>LOCUST GROVE, VA 22508 | 50934 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$40,000.00<br>$40,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| EUTIMIA LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTENTION TAU DEPARTMENT<br>2 RAFFLES LINK MARINA BAYFRONT SINGAPORE 039392<br>,<br>SINGAPORE | 32717 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$119,590.00<br>$119,590.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| FANTASY CAPITAL LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK MARINA BAYFRONT<br>039392 SINGAPORE<br>,<br>SINGAPORE | 32709 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$39,006.00<br>$39,006.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| FILARMONICA LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK<br>039392 MARINA BAYFRONT SINGAPORE<br>,<br>SINGAPORE | 31377 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$62,050.00<br>$62,050.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| FLEUR DE LIS INVESTMENTS LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK<br>039392 MARINA BAYFRONT SINGAPORE<br>,<br>SINGAPORE | 31378 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$141,620.00<br>$141,620.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Ninety-Fourth Omnibus Objection | **Exhibit A** | Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| FOU WAH INVESTMENTS LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK<br>039392 MARINA BAYFRONT SINGAPORE<br>,<br>SINGAPORE | 31393 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$206,359.00<br>$206,359.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| FROST NATIONAL BANK MGMT AGENT<br>FOR GENEW SMYERS IRA<br>PO BOX 2950<br>SAN ANTONIO, TX 78299 | 60389 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$100,000.00<br>$100,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| FROST NATIONAL BANK TRUSTEE P1430111 FOR CARDIOLOGY ASSOC OF CORPUS CHRISTI-PAPPAS<br>PO BOX 2950<br>SAN ANTONIO, TX 78299 | 60391 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$102,258.00<br>$102,258.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| FUEGO LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK MARINA BAYFRONT<br>SINGAPORE 039392<br>,<br>SINGAPORE | 31360 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$40,749.00<br>$40,749.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| GAULA LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN: TAU DEPARTMENT<br>2 RAFFLES LINK, MARINA BAYFRONT<br>039392 SINGAPORE<br>,<br>SINGAPORE | 31383 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$73,000.00<br>$73,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GOOD WISHES LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN: TAU DEPARTMENT<br>2 RAFFLES LINK, MARINA BAYFRONT<br>039392 SINGAPORE<br>,<br>SINGAPORE | 31385 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$54,750.00 (U)<br>$54,750.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| GREENSLEEVES INVESTMENTS LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN: TAU DEPARTMENT<br>2 RAFFLES LINK, MARINA BAYFRONT<br>039392 SINGAPORE<br>,<br>SINGAPORE | 31392 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$49,204.00 (U)<br>$49,204.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| HAZEL SERVICES LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK MARINA BAYFRONT<br>SINGAPORE 039392<br>,<br>SINGAPORE | 31386 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$48,524.00 (U)<br>$48,524.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| HEARST LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LTD<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 32782 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$98,409.00 (U)<br>$98,409.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| HOI YUEN LI<br>2B, KENNEDY HEIGHTS<br>10-18 KENNEDY RD<br>MID-LEVEL, CENTRAL<br>HONG KONG<br><br>,<br>HONG KONG, CHINA | 18908 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $100,000.00 | (U) | | |
| | | | $100,000.00 | (T) | | |
| ISLA MORADA SP<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK MARINA BAYFRONT<br>SINGAPORE 039392<br><br>,<br>SINGAPORE | 32781 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $73,000.00 | (U) | | |
| | | | $73,000.00 | (T) | | |
| LILAC SUMMER LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK MARINA BAYFRONT<br>SINGAPORE 039392<br><br>,<br>SINGAPORE | 31345 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $99,634.00 | (U) | | |
| | | | $99,634.00 | (T) | | |
| LOCKFORT LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK MARINA BAYFRONT<br>SINGAPORE 039392<br><br>,<br>SINGAPORE | 31387 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $37,340.00 | (U) | | |
| | | | $37,340.00 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Ninety-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LOCKFORT LTD C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED ATTN  TAU DEPARTMENT 2 RAFFLES LINK MARINA BAYFRONT SINGAPORE 039392 , SINGAPORE | 31388 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $45,471.00  (U) $45,471.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| LOMBARD INTERNATION ASSURANCE SA ATTN: PAUL CASEY A/C VO1666 AIRPORT CENTER, 2 ROUTE DE TREVE L2633 SENENGERBERG, LUXEMBORG, EURPOPE , LUXEMBOURG | 22330 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $68,274.72  (U) $68,274.72  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| LOMBARD INTERNATIONAL ASSURANCE LOMBARD INTERNATIONAL ASSURANCE SA ATTN PAUL CASEY A/C V01654 AIRPORT CENTER 2 RENTE DE TREVE L2633 SENNINGERBURG LUXEMBOURG EUROPE , LUXEMBOURG | 22331 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $72,378.87  (U) $72,378.87  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| LOMBARD INTERNATIONAL ASSURANCE ATTN PAUL CASEY A/C V01269 AIRPORT CENTER 2 ROUTE DE TREVE L 2633 SONNINGERBERG LUXEMBOURG EUROPE , LUXEMBOURG | 22333 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $54,212.81  (U) $54,212.81  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Ninety-Fourth Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LOMBARD INTERNATIONAL ASSURANCE S A<br>ATTN PAUL CASEY A/C V00755<br>AIRPORT CENTER 2 ROUTE DE TREVE<br>L2633 SENNINGERBERG LUXEMBOURG EUROPE<br>,<br>LUXEMBOURG | 22332 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$58,201.98 (U)<br>$58,201.98 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| LOMBARD INTERNATIONAL ASSURANCE S A<br>ATTN PAUL CASEY A/C V01094<br>AIRPORT CENTER 2 ROUTE DE TREVE<br>L2633 SONNENGERBERG LUXEMBOURG EUROPE<br>,<br>LUXEMBOURG | 22334 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$141,177.33 (U)<br>$141,177.33 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| LOMBARD INTERNATIONAL ASSURANCE S A<br>ATTN PAUL CASEY A/C V01677<br>AIRPORT CENTER 2 ROUTE DE TREVES<br>L2633 SENNINGERBERG LUXEMBOURG EUROPE<br>,<br>LUXEMBOURG | 22335 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$66,794.26 (U)<br>$66,794.26 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| LOMBARD INTERNATIONAL ASSURANCE SA<br>ATTN PAUL CASEY - A/C V00569<br>AIRPORT CENTER, 2 ROUTE DE TREVE<br>L2633 SENNINGERBERG, LUXEMBOURG, EUROPE<br>,<br>LUXEMBOURG | 22338 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$41,209.48 (U)<br>$41,209.48 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| LOMBARD INTERNATIONAL ASSURANCE SA<br>ATTN PAUL CASEY - A/C V01114<br>AIRPORT CENTER, 2 ROUTE DE TREVE<br>L-2633 SENNINGERBERG, LUXEMBOURG, EUROPE<br>,<br>LUXEMBOURG | 22339 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$73,189.76 (U)<br>$73,189.76 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Ninety-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LOMBARD INTERNATIONAL ASSURANCE SA ATTN PAUL CASEY - A/C V00536 AIRPORT CENTER, 2 ROUTE DE TREVE L2633 SENNINGERBERG, LUXEMBOURG, EUROPE , LUXEMBOURG | 22340 | Motors Liquidation Company | $0.00   (S) $0.00   (A) $0.00   (P) $53,270.47  (U) $53,270.47  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| LOMBARD INTERNATIONAL ASSURANCE SA ATTN PAUL CASEY - A/C V01057 AIRPORT CENTER, 2 ROUTE DE TREVE L2633 SENNINGERBERG, LUXEMBOURG, EUROPE , LUXEMBOURG | 22341 | Motors Liquidation Company | $0.00   (S) $0.00   (A) $0.00   (P) $70,264.26  (U) $70,264.26  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| LONG CLEAR VALLEY LTD C/O MERRILL LYNCH INTERNATIONAL BANK LTD ATTN  TAU DEPARTMENT 2 RAFFLES LINK MARINA BAYFRONT  SINGAPORE 039392 , SINGAPORE | 32712 | Motors Liquidation Company | $0.00   (S) $0.00   (A) $0.00   (P) $43,931.00  (U) $43,931.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| LONG CLEAR VALLEY LTD C/O MERRILL LYNCH INTERNATIONAL BANK LTD ATTN  TAU DEPARTMENT 2 RAFFLES LINK MARINA BAYFRONT  SINGAPORE 039392 , SINGAPORE | 32713 | Motors Liquidation Company | $0.00   (S) $0.00   (A) $0.00   (P) $87,724.00  (U) $87,724.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| LONG CLEAR VALLEY LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LTD<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 32714 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$57,384.00<br>$57,384.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| LUCERNA LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK, MARINA BAYFRONT<br>SINGAPORE 039392<br>,<br>SINGAPORE | 31584 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$194,042.25<br>$194,042.25 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| M A 999 LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK MARINA BAYFRONT<br>SINGAPORE 039392<br>,<br>SINGAPORE | 31344 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$60,496.00<br>$60,496.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| MA 999 LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK MARINA BAYFRONT<br>SINGAPORE 039392<br>,<br>SINGAPORE | 31342 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$91,069.00<br>$91,069.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Ninety-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| MA 999 LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK MARINA BAYFRONT<br>SINGAPORE 039392<br>,<br>SINGAPORE | 31343 | Motors Liquidation Company | $0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | | | |
| | | | $0.00 | | | |
| | | | $74,490.00 | | | |
| | | | $74,490.00 | | | |
| MAINSTREET CAPITAL LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTENTION TAU DEPARTMENT<br>2 RAFFLES LINK MARINA BAYFRONT<br>SINGAPORE 039392<br>,<br>SINGAPORE | 31727 | Motors Liquidation Company | $0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | | | |
| | | | $0.00 | | | |
| | | | $67,932.00 | | | |
| | | | $67,932.00 | | | |
| MARILYN BRONSON<br>102 LAKE FRONT DRIVE<br>WARNER ROBINS, GA 31088 | 19868 | Motors Liquidation Company | $0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | | | |
| | | | $0.00 | | | |
| | | | $42,000.00 | | | |
| | | | $42,000.00 | | | |
| MATTIOLI MARINO MATTIOLI SEVERINO<br>VIALE SASSARI U 28<br>41049 SASSUOLO (MODENA) ITALY<br>,<br>ITALY | 26765 | Motors Liquidation Company | $0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | | | |
| | | | $0.00 | | | |
| | | | $159,171.19 | | | |
| | | | $159,171.19 | | | |
| MECKO POINT LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK MARINA BAYFRONT<br>SINGAPORE 039392<br>,<br>SINGAPORE | 31390 | Motors Liquidation Company | $0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | | | |
| | | | $0.00 | | | |
| | | | $256,718.00 | | | |
| | | | $256,718.00 | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MENORCA INTERNATIONAL LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTENTION TAU DEPARTMENT<br>2 RAFFLES LINK MARINA BAYFRONT<br>SINGAPORE 039392<br>,<br>SINGAPORE | 31726 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$172,149.00   (U)<br>$172,149.00   (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| MERCURY RISING LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>039392 MARINA BAYFRONT SINGAPORE<br>,<br>SINGAPORE | 31362 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$280,056.00   (U)<br>$280,056.00   (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| MERCURY RISING LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>039392 MARINA BAYFRONT SINGAPORE<br>,<br>SINGAPORE | 31363 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$135,864.00   (U)<br>$135,864.00   (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| MM 2437 CO LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTENTION TAU DEPARTMENT<br>2 RAFFLES LINK MARINA BAYFRONT SINGAPORE 039392<br>,<br>SINGAPORE | 32719 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$126,769.00   (U)<br>$126,769.00   (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MYSTORY SP<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT SINGAPORE 039392<br>,<br>SINGAPORE | 32326 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$68,881.00  (U)<br>$68,881.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| NATHAN D. GOLDENTHAL<br>ELAINE S. GOLDENTHAL TTEE<br>U/A/D 12-05-2007<br>FBO GOLDENTHAL FAMILY TRUST<br>17233 NORTH 60TH PLACE<br>SCOTTSDALE, AZ 85254 | 37638 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$85,148.00  (U)<br>$85,148.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| NORMAN T HERMAN IRA<br>3350 FRYMAN RD<br>STUDIO CITY, CA 91604 | 36747 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$50,000.00  (U)<br>$50,000.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| NUEVA ROMA INTERNATIONAL LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT SINGAPORE 039392<br>,<br>SINGAPORE | 32328 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$62,383.00  (U)<br>$62,383.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| OMEGA CAPITAL LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTENTION TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT SINGAPORE 039392<br>,<br>SINGAPORE | 32329 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$51,100.00  (U)<br>$51,100.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| OSO TRADITION SP<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 31666 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$183,249.00 (U)<br>$183,249.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| PANEL CO LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTENTION TAU DEPARTMENT<br>2 RAFFLES LINK MARINA BAYFRONT SINGAPORE 039392<br>,<br>SINGAPORE | 32720 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$83,713.00 (U)<br>$83,713.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| PHILIP L. MARTIN<br>CGM IRA ROLLOVER CUSTODIAN<br>1808 WINDES DR<br>ORANGE, CA 92869 | 24268 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$51,617.40 (U)<br>$51,617.40 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| PURPLE HILL INC<br>C/O MERRILL LYNCH INTERNATIONAL BANK LTD<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 32692 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$137,762.00 (U)<br>$137,762.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| QUEBECOR LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT SINGAPORE 039392<br>,<br>SINGAPORE | 31649 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$47,497.00 (U)<br>$47,497.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| RALPH C HELLEBUYCK SR<br>RALPH HELLEBUYCK SR REV LVG TR<br>U/A/D 11/01/94<br>1980 LAKEVIEW DR<br>LAPEER, MI 48446 | 27904 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$50,000.00 (U)<br>$50,000.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| RIDDILE, HARRIET C<br>30651 WILLIAM STREET<br>LEESBURG, FL 34748 | 9071 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$125,000.00 (U)<br>$125,000.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| ROCABELLA LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LTD<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 32698 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$78,500.00 (U)<br>$78,500.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| RONALD A CHARLIN<br>1437 W BRIARWOOD AVE<br>LITTLETON, CO 80120 | 21172 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$40,000.00 (U)<br>$40,000.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RONALD MILLER<br>28441 NEWPORT DR<br><br>WARREN, MI 48088 | 3305 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$140,000.00  (U)<br>$140,000.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| S & M INTERNATIONAL LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTENTION TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT SINGAPORE 039392<br>,<br>SINGAPORE | 32314 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$97,639.00  (U)<br>$97,639.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| SANTA IRENE INVESTMENTS LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT SINGAPORE 039392<br>,<br>SINGAPORE | 32300 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$73,000.00  (U)<br>$73,000.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| SAZ LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LTD<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 32699 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$41,862.00  (U)<br>$41,862.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Ninety-Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SEA LAVENDER LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LTD<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 32786 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$136,242.00  (U)<br>$136,242.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| SEYMOUR TURK<br>704 TRIPHAMMER ROAD<br>ITHACA, NY 14850 | 13422 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$109,000.00  (U)<br>$109,000.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| SHIELDRING LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LTD<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 32785 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$127,632.00  (U)<br>$127,632.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| SIMSS LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LTD<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 32701 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$48,926.40  (U)<br>$48,926.40  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SIMSS LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LTD<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT SINGAPORE 039392<br>,<br>SINGAPORE | 32702 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$39,954.20   (U)<br>$39,954.20   (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| SPICY LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK, MARINA BAYFRONT<br>SINGAPORE 039392<br>,<br>SINGAPORE | 31369 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$78,011.00   (U)<br>$78,011.00   (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| SWP LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTENTION TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT SINGAPORE 039392<br>,<br>SINGAPORE | 32313 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$77,652.00   (U)<br>$77,652.00   (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| TAY ENTERPRISE LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 31591 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$90,736.00   (U)<br>$90,736.00   (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| THE HIGHGATE UT<br>C/O MERRILL LYNCH INTERNATIONAL BANK LTD<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 32705 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$187,980.00  (U)<br>$187,980.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| THE HOLLMA UT<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>039392 MARINA BAYFRONT SINGAPORE<br>,<br>SINGAPORE | 31398 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$182,500.00  (U)<br>$182,500.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| THE LIEBMAN TRUST<br>C/O MERRILL LYNCH INTERNATIONAL BANK LTD<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 32716 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$68,881.00  (U)<br>$68,881.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| THE PIMLICO UT<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>039392 MARINA BAYFRONT SINGAPORE<br>,<br>SINGAPORE | 31397 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$117,072.00  (U)<br>$117,072.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| THE TROPICAL PARK UT<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>039392 MARINA BAYFRONT SINGAPORE<br>,<br>SINGAPORE | 31396 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$85,983.00  (U)<br>$85,983.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| UPTOWN VENTURE LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN: TAU DEPARTMENT<br>2 RAFFLES LINK, MARINA BAYFRONT<br>039392 SINGAPORE<br>,<br>SINGAPORE | 31391 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$89,064.00  (U)<br>$89,064.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| WESLEY A LUI / JAMES C LUI<br>C/O JAMES LUI<br>42 GATEHOUSE RD<br>BEDMINSTER, NJ 07921 | 6341 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$50,000.00  (U)<br>$50,000.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| WILLIAM L GILMORE<br>3643 BOLIVAR AVE<br>NORTH HIGHLANDS, CA 95660 | 4496 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$50,000.00  (U)<br>$50,000.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| YAKOYTARA INC<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK,  MARINA BAYFRONT<br>SINGAPORE 039392<br>,<br>SINGAPORE | 31368 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$146,272.00  (U)<br>$146,272.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Ninety-Fourth Omnibus Objection**

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| YORKSHIRE LASS SP | 32706 | Motors Liquidation Company | $0.00  (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| C/O MERRILL LYNCH INTERNATIONAL BANK LTD |  |  | $0.00  (A) |  |  |
| ATTN  TAU DEPARTMENT |  |  |  |  |  |
| 2 RAFFLES LINK |  |  | $0.00  (P) |  |  |
| MARINA BAYFRONT  SINGAPORE 039392 |  |  |  |  |  |
| , |  |  | $103,807.00  (U) |  |  |
| SINGAPORE |  |  |  |  |  |
|  |  |  | $103,807.00  (T) |  |  |

| *CLAIMS TO BE DISALLOWED AND EXPUNGED* | **100** |  | **$0.00**  (S) |  |  |
|---|---|---|---|---|---|
|  |  |  | **$0.00**  (A) |  |  |
|  |  |  | **$0.00**  (P) |  |  |
|  |  |  | **$9,372,064.23**  (U) |  |  |
|  |  |  | **$9,372,064.23**  (T) |  |  |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
In re                                          :        Chapter 11 Case No.
:
MOTORS LIQUIDATION COMPANY, *et al.*,          :        09-50026 (REG)
    f/k/a General Motors Corp., *et al.*          :
:
              Debtors.          :        (Jointly Administered)
:
------------------------------------------------------------x

## ORDER GRANTING DEBTORS' NINETY-FOURTH OMNIBUS OBJECTION TO CLAIMS
### (No Liability GMAC Debt Claims)

Upon the ninety-fourth omnibus objection to expunge certain claims, dated

September 17, 2010 (the "**Ninety-Fourth Omnibus Objection to Claims**"),[1] of Motors

Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in

possession (collectively, the "**Debtors**"), pursuant to section 502(b) of title 11, United States

Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure

(the "**Bankruptcy Rules**"), and this Court's order approving procedures for the filing of

omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**")

[Docket No. 4180], seeking entry of an order disallowing and expunging the No Liability GMAC

Debt Claims on the grounds that such claims seek recovery of amounts for which the Debtors are

not liable, all as more fully described in the Ninety-Fourth Omnibus Objection to Claims; and

due and proper notice of the Ninety-Fourth Omnibus Objection to Claims having been provided,

and it appearing that no other or further notice need be provided; and the Court having found and

determined that the relief sought in the Ninety-Fourth Omnibus Objection to Claims is in the best

---

[1]     Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such
terms in the Ninety-Fourth Omnibus Objection to Claims.

interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and

factual bases set forth in the Ninety-Fourth Omnibus Objection to Claims establish just cause for

the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Ninety-Fourth Omnibus Objection to

Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on **Exhibit "A"** (the "**Order Exhibit**") annexed hereto under the heading "*Claims to be*

*Disallowed and Expunged*" are disallowed and expunged; and it is further

ORDERED that, if applicable, the Ninety-Fourth Omnibus Objection to Claims is

adjourned with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Objection Adjourned*" (the "**Adjourned Claims**") to the date indicated on the Order

Exhibit, subject to further adjournments (such actual hearing date, the "**Adjourned Hearing**

**Date**"), and the Debtors' response deadline with respect to the Adjourned Claims shall be 12:00

noon (Eastern Time) on the date that is three (3) business days before the Adjourned Hearing

Date; and it is further

ORDERED that, if applicable, the Ninety-Fourth Omnibus Objection to Claims is

withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Objection Withdrawn*"; and it is further

ORDERED that, if applicable, the Ninety-Fourth Omnibus Objection to Claims is

withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Claim Withdrawn*" as those claims have been withdrawn by the corresponding

claimant; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly

reserved with respect to any claim listed on Exhibit "A" annexed to the Ninety-Fourth Omnibus

Objection to claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed

on the Order Exhibit annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
_____, 2010

_____
United States Bankruptcy Judge