> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)**
>
> **FOR QUESTIONS CONCERNING YOUR GMAC BONDS, PLEASE CALL THE GMAC (ALLY FINANCIAL) INVESTOR HOTLINE AT 1-866-710-4623**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                    :
In re                               :    Chapter 11 Case No.
                                    :
MOTORS LIQUIDATION COMPANY, et al., :    09-50026 (REG)
        f/k/a General Motors Corp., et al. :
                                    :
                Debtors.            :    (Jointly Administered)
                                    :
------------------------------------------------------------x
```

## NOTICE OF DEBTORS' NINETY-FIFTH OMNIBUS OBJECTION TO CLAIMS
### (No Liability GMAC Debt Claims)

**PLEASE TAKE NOTICE** that on September 17, 2010, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their ninety-fifth omnibus objection to expunge certain claims (the

"**Ninety-Fifth Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider

the Ninety-Fifth Omnibus Objection to Claims will be held before the Honorable Robert E.

Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for

the Southern District of New York, One Bowling Green, New York, New York 10004, on

**October 26, 2010 at 9:45 a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.


    **PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE NINETY-FIFTH OMNIBUS OBJECTION TO CLAIMS TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN EXHIBIT "A" ANNEXED THERETO.**

    PLEASE TAKE FURTHER NOTICE that any responses to the Ninety-Fifth

Objection to Claims must be in writing, shall conform to the Federal Rules of Bankruptcy

Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy

Court (a) electronically in accordance with General Order M-399 (which can be found at

www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by

all other parties in interest, on a CD-ROM or 3.5 inch disk, in text-searchable portable document

format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the

customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable,

and served in accordance with General Order M-399 and on (i) Weil, Gotshal & Manges LLP,

attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R.

Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the Debtors, c/o

Motors Liquidation Company, 500 Renaissance Center, Suite 1400, Detroit, Michigan 48243

(Attn: Ted Stenger); (iii) General Motors, LLC, 400 Renaissance Center, Detroit, Michigan

48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham & Taft LLP, attorneys

for the United States Department of the Treasury, One World Financial Center, New York, New

York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States Department of the Treasury,

1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C. 20220 (Attn: Joseph Samarias,

Esq.); (vi) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th

Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein,

Esq.); (vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of

unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Thomas

Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.);

(viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall

Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq.); (ix) the U.S.

Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007

(Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (x) Caplin & Drysdale, Chartered,

attorneys for the official committee of unsecured creditors holding asbestos-related claims, 375

Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn: Elihu Inselbuch, Esq. and

Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100, Washington, DC 20005 (Attn:

Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); and (xi) Stutzman, Bromberg, Esserman

& Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the legal

representative for future asbestos personal injury claimants, 2323 Bryan Street, Suite 2200,

Dallas, Texas 75201 (Attn: Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.), so as to

be received no later than **October 19, 2010, at 4:00 p.m. (Eastern Time)** (the "**Response**

**Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the Ninety-Fifth Omnibus Objection to Claims or any claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Ninety-Fifth Omnibus Objection to Claims, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: New York, New York
      September 17, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                    :
In re                                               :      **Chapter 11 Case No.**
                                                    :
**MOTORS LIQUIDATION COMPANY,** *et al.,*           :      **09-50026 (REG)**
          **f/k/a General Motors Corp.,** *et al.*  :
                                                    :
                          **Debtors.**              :      **(Jointly Administered)**
                                                    :
-------------------------------------------------------------x

## DEBTORS' NINETY-FIFTH OMNIBUS OBJECTION TO CLAIMS
### (No Liability GMAC Debt Claims)

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.
CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE
EXHIBIT ANNEXED TO THIS OBJECTION.**

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

          Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully

represent:

US_ACTIVE:\43501612\01\72240.0639

### Relief Requested

1.    The Debtors file this ninety-fifth omnibus objection to certain claims (the "**Ninety-Fifth Omnibus Objection to Claims**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") [Docket No. 4180], and this Court's order approving the procedures relating to the filing of proofs of claim (the "**Bar Date Order**") [Docket No. 4079], seeking entry of an order disallowing and expunging the claims listed on **Exhibit "A"** annexed hereto.[1]

2.    The Debtors have examined the proofs of claim identified on Exhibit "A", and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed and Expunged*" (collectively, the "**No Liability GMAC Debt Claims**") seek recovery for amounts for which the Debtors are not liable.  The No Liability GMAC Debt Claims are claims for amounts owing under bonds issued by General Motors Acceptance Corporation ("**GMAC**"), an entirely separate company than General Motors Corporation ("**GM**") and not a debtor in these chapter 11 cases.  Pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rule 3007, and the Procedures Order, the Debtors seek entry of an order disallowing and expunging from the claims register the No Liability GMAC Debt Claims.  Further, the Debtors reserve all of their rights to object on any other basis to any No Liability GMAC Debt Claims as to which the Court does not grant the relief requested herein.

---

[1]    Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab.  Creditors without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City Group, Inc. at 1-703-286-6401.

**Jurisdiction**

3.        This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

**Background**

4.        On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**Realm/Encore Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Case Number 09-50026 (REG).  On September 15, 2009,

the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs,

which were amended on October 4, 2009.  On October 15, 2009, the Realm/Encore Debtors filed

their schedules of assets and liabilities and statements of financial affairs.

5.        On September 16, 2009, this Court entered an order [Docket No. 4079]

establishing November 30, 2009 as the deadline for each person or entity to file a proof of claim

in the Initial Debtors' cases, including governmental units.  On December 2, 2009, this Court

entered an order [Docket No. 4586] establishing February 1, 2010 as the deadline for each

person or entity to file a proof of claim in the Realm/Encore Debtors' cases (except

governmental units, as defined in section 101(27) of the Bankruptcy Code, for which the Court

established April 16, 2010 as the deadline to file proofs of claim).

---

[2]        The Initial Debtors are Motors Liquidation Company (f/k/a General Motors Corporation), MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3]        The Realm/Encore Debtors are Remediation and Liability Management Company, Inc., and Environmental Corporate Remediation Company, Inc.

6.      Furthermore, on October 6, 2009, this Court entered the Procedures Order, which authorizes the Debtors, among other things, to file omnibus objections to no more than 100 claims at a time, under various grounds, including those set forth in Bankruptcy Rule 3007(d) and those additional grounds set forth in the Procedures Order.

## The Relief Requested Should Be Approved by the Court

7.      A filed proof of claim is "deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a). If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim. *See In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660 at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

8.      Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a claim may not be allowed to the extent that "such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1). Moreover, the Procedures Order provides that the Debtors may file omnibus objections to claims that "seek recovery of amounts for which the Debtors are not liable." (Procedures Order at 2.)

9.      As set forth above, the No Liability GMAC Debt Claims are claims for amounts owing under bonds issued by GMAC. The Debtors did not issue these bonds. The Debtors are not liable for claims filed against unrelated, non-Debtor third parties.

10.     The Debtors believe that the claimants asserting No Liability GMAC Claims are confused by the similarity of names of GM and GMAC. GMAC, now known as Ally Financial Inc., used to be majority owned by MLC but that is no longer the case.

11.     As such, the Debtors are not liable for the No Liability GMAC Debt Claims. To avoid the possibility of improper recovery against the Debtors' estates and for the

benefit of the proper creditors of the Debtors, the Debtors request that the Court disallow and expunge in their entirety the No Liability GMAC Debt Claims.

**Notice**

12.     Notice of this Ninety-Fifth Omnibus Objection to Claims has been provided to each claimant listed on Exhibit "A" and parties in interest in accordance with the Fourth Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures, dated August 24, 2010 [Docket No. 6750].  The Debtors submit that such notice is sufficient and no other or further notice need be provided.

13.     No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the relief requested herein and such other and further relief as is just.

Dated: New York, New York
       September 17, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**<u>EXHIBIT A</u>**

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| 3339 INVESTMENTS LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 31592 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$29,200.00  (U)<br>$29,200.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| ALBERT SINGER<br>856 LISHAKILL RD<br>SCHENECTADY, NY 12309 | 2875 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$25,710.67  (U)<br>$25,710.67  (T)<br>Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| ALDA A ROACHE<br>1525 ASHBY RD<br>PAOLI, PA 19301 | 12364 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$32,422.49  (U)<br>$32,422.49  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| ALEMARI LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 31593 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$29,200.00  (U)<br>$29,200.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| AMBER BAY CAPITAL LTD<br>C/O MERRILL LYNCH INTERNATIONAL LTD<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK, MARINA BAYFRONT<br>SINGAPORE 039392<br>,<br>SINGAPORE | 32309 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$36,500.00  (U)<br>$36,500.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| ANITA HOLZHAUSEN DIPL-KFM ULRICH H SCHNEIDER REHBERGSTRASSE 6 81479 MUNCHEN-SOLLN GERMANY , GERMANY | 70263 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $20,500.00 (U) | $20,500.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| ARIVED LTD C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED ATTN TAU DEPARTMENT 2 RAFFLES LINK MARINA BAYFRONT MARINA BAYFRONT SINGAPORE 039392 , SINGAPORE | 31599 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $34,998.50 (U) | $34,998.50 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| ARIVED LTD C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED ATTN: TAU DEPARTMENT 2 RAFFLES LINK, MARINA BAYFRONT 039392 SINGAPORE , SINGAPORE | 31600 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $35,312.50 (U) | $35,312.50 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| BARBARA BERNSTEIN BYRON 1560 N SANDBURG TER APT 3615 CHICAGO, IL 60610 | 8793 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $21,025.00 (U) | $21,025.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| BARBARA FEINSTEIN 9415 NATCHEZ AVE MORTON GROVE, IL 60053 UNITED STATES OF AMERICA | 15573 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $21,231.00 (U) | $21,231.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Ninety-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| BARBARA J REYNOLDS<br>1710 NW O'BRIEN ROAD<br><br>LEE'S SUMMIT, MO 64081<br>UNITED STATES OF AMERICA | 43851 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$35,000.00<br>$35,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| BARRY KEY (IRA)<br>FCC AS CUSTODIAN<br>7117 JUMP ST<br>OWENS CROSS ROADS, AL 35763 | 21726 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$24,986.00<br>$24,986.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| BONNIE J READ<br>5381 E COLORADO AVE<br><br>DENVER CO, CO 80222<br>UNITED STATES OF AMERICA | 4469 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$28,241.28<br>$28,241.28 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| BRYANT H BERK & KAREN E BERK<br>TR UA 05-11-2007<br>BRYANT H AND KAREN E BERK FAMILY TRUST<br>3216 IDAHO ST<br>BAKERSFIELD, CA 93305 | 31462 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$36,908.80<br>$36,908.80 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| CAPISTRANO HOLDINGS LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT SINGAPORE 039392<br>,<br>SINGAPORE | 32301 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$32,120.00<br>$32,120.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| CARE INVESTMENTS LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LTD<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK, MARINA BAYFRONT<br>SINGAPORE 039392<br>,<br>SINGAPORE | 32322 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$30,639.50<br>$30,639.50 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| CHIUSDINO SP<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK MARINA BAYFRONT<br>SINGAPORE 039392<br>,<br>SINGAPORE | 31372 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$36,609.00<br>$36,609.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| CURTIS KLAERNER<br>FROST NATIONAL BANK CUSTODIAN<br>PO BOX 2950<br>SAN ANTONIO, TX 78299 | 60390 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$20,000.00<br>$20,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| DANIEL A SEIGEL TR<br>UA 04-19-1994 SEIGEL<br>CHARITABLE REMAINDER TRUST<br>11764 CRESCENDA ST<br>LOS ANGELES, CA 90049<br>UNITED STATES OF AMERICA | 6505 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$23,851.30<br>$23,851.30 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| DOROTHY M MOLACEK<br>220 BERYL WAY<br>BROOMFIELD, CO 80020 | 19810 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$25,000.00<br>$25,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| DR ROBERT FARRON MONEY PURCHASE PLAN<br>1692 LYNN COURT<br><br>MERRICK, NY 11566 | 2482 | Motors Liquidation Company | $0.00 | (S)<br>(A)<br>(P) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | | | |
| | | | $0.00 | | | |
| | | | $20,000.00 | (U) | | |
| | | | $20,000.00 | (T) | | |
| DUNAIN SP<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK MARINA BAYFRONT<br>SINGAPORE 039392<br>,<br>SINGAPORE | 31374 | Motors Liquidation Company | $0.00 | (S)<br>(A)<br>(P) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | | | |
| | | | $0.00 | | | |
| | | | $17,220.25 | (U) | | |
| | | | $17,220.25 | (T) | | |
| DUTTON LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT SINGAPORE 039392<br>,<br>SINGAPORE | 32319 | Motors Liquidation Company | $0.00 | (S)<br>(A)<br>(P) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | | | |
| | | | $0.00 | | | |
| | | | $29,669.00 | (U) | | |
| | | | $29,669.00 | (T) | | |
| EDWARD GOTBETTER<br>GOTBETTER & WEINSTEIN CPAS<br>175 GREAT NECK RD<br>GREAT NECK, NY 11021 | 30696 | Motors Liquidation Company | $0.00 | (S)<br>(A)<br>(P) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | | | |
| | | | $0.00 | | | |
| | | | $35,000.00 | (U) | | |
| | | | $35,000.00 | (T) | | |
| EXCAVATE SP<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>039392 MARINA BAYFRONT SINGAPORE<br>,<br>SINGAPORE | 31376 | Motors Liquidation Company | $0.00 | (S)<br>(A)<br>(P) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | | | |
| | | | $0.00 | | | |
| | | | $17,220.25 | (U) | | |
| | | | $17,220.25 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Ninety-Fifth Omnibus Objection

**Exhibit A**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EXODUS LAKE LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT SINGAPORE 039392<br>,<br>SINGAPORE | 32317 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$28,644.00  (U)<br>$28,644.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| FUEGO LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN: TAU DEPARTMENT<br>2 RAFFLES LINK, MARINA BAYFRONT<br>039392 SINGAPORE<br>,<br>SINGAPORE | 31348 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$28,432.00  (U)<br>$28,432.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| FUEGO LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN: TAU DEPARTMENT<br>2 RAFFLES LINK, MARINA BAYFRONT<br>039392 SINGAPORE<br>,<br>SINGAPORE | 31350 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$18,798.00  (U)<br>$18,798.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| FUEGO LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>039392 MARINA BAYFRONT SINGAPORE<br>,<br>SINGAPORE | 31352 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$27,197.00  (U)<br>$27,197.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Ninety-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FUEGO LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>039392 MARINA BAYFRONT SINGAPORE<br><br>,<br>SINGAPORE | 31355 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$18,324.00  (U)<br>$18,324.00   (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| FUEGO LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK MARINA BAYFRONT<br>SINGAPORE 039392<br><br>,<br>SINGAPORE | 31358 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$32,133.00  (U)<br>$32,133.00   (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| FUEGO LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK MARINA BAYFRONT<br>SINGAPORE 039392<br><br>,<br>SINGAPORE | 31359 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$28,524.00  (U)<br>$28,524.00   (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| GALLEON SERVICES LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN: TAU DEPARTMENT<br>2 RAFFLES LINK, MARINA BAYFRONT<br>039392 SINGAPORE<br><br>,<br>SINGAPORE | 31382 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$36,500.00  (U)<br>$36,500.00   (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| GALLERY LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK MARINA BAYFRONT<br>039392 SINGAPORE<br><br>,<br>SINGAPORE | 32711 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $36,500.00 | (U) | | |
| | | | $36,500.00 | (T) | | |
| GOLLY LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN: TAU DEPARTMENT<br>2 RAFFLES LINK, MARINA BAYFRONT<br>039392 SINGAPORE<br><br>,<br>SINGAPORE | 31384 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $24,449.00 | (U) | | |
| | | | $24,449.00 | (T) | | |
| HANNAH E ROSS<br>8557 NW 12TH ST<br><br>PLANTATION, FL 33322 | 23911 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $20,000.00 | (U) | | |
| | | | $20,000.00 | (T) | | |
| HAZEL INVESTMENTS LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT SINGAPORE 039392<br><br>,<br>SINGAPORE | 32315 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $21,253.20 | (U) | | |
| | | | $21,253.20 | (T) | | |
| HELEN J DOVE TTEE(DEC'D)<br>HELEN J DOVE REV TRUST<br>U/A DTD JAN 3 1996<br>1602 MELISSIE CT<br>HENRICO, VA 23238 | 15614 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $30,000.00 | (U) | | |
| | | | $30,000.00 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| HERBERT GUSTAFSON<br>13800 WILSHIRE WAY<br><br>HUNTLEY, IL 60142 | 46079 | Motors Liquidation Company | $0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00<br>$0.00<br>$27,203.00<br>$27,203.00 | | | |
| HUBERT A RIESTER<br>400 WILLOW VALLEY SQ<br>APT GA 107<br>LANCASTER, PA 17602 | 28742 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$20,000.00<br>$20,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| ISAK BENEZRA<br>100 BREYER DR<br>APT 3-J<br>ELKINS PARK, PA 19027 | 27622 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$22,000.00<br>$22,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| ISTHMUS LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTENTION TAU DEPARTMENT<br>2 RAFFLES LINK MARINA BAYFRONT<br>SINGAPORE 039392<br>,<br>SINGAPORE | 31729 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$34,998.00<br>$34,998.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| JAMES B COLBURN JR TTEE<br>IN TRUST FOR JAMES B. COLBURN JR TR # 2<br>U/A/D 10/05/88<br>C/O JAMES H MURRAY JR<br>1608 SW 17TH AVE<br>FT LAUDERDALE, FL 33312 | 64901 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$20,000.00<br>$20,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Ninety-Fifth Omnibus Objection
**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| JAMES B COLBURN JR TTEE IN TRUST FOR JAMES B COLBURN JR TR 2 U/A/O 10/05/88 1608 SW 17TH AVE FT LAUDERDALE, FL 33312 | 64905 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $20,000.00 | (U) | | |
| | | | $20,000.00 | (T) | | |
| JAY MOELIS 8684 E 148TH CIRCLE THORNTON, CO 80602 | 6201 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $20,000.00 | (U) | | |
| | | | $20,000.00 | (T) | | |
| JC AND AP VICK TRUST JOHN VICK TTEE ANITA VICK TTEE 835 N ALAMO AVE TUCSON, AZ 85711 | 60396 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $20,000.00 | (U) | | |
| | | | $20,000.00 | (T) | | |
| JOERG SROCKE HAUPTSTR 36 99752 KEHMSTEDT GERMANY , GERMANY | 63872 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $22,556.00 | (U) | | |
| | | | $22,556.00 | (T) | | |
| JOHN D ROBINSON ALTHEA F ROBINSON 65 GARDEN ST GARDEN CITY, NY 11530 | 44420 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $20,000.00 | (U) | | |
| | | | $20,000.00 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOHN LINVILLE MARITAL TRUST 10/2/91<br>522 9TH ST<br><br>COVINGTON, IN 47932 | 21506 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,000.00  (U)<br>$20,000.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| JOSEPH F ANASTASIA<br>6 REEDY PL<br><br>BLUFTON, SC 29909 | 12649 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$30,000.00  (U)<br>$30,000.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| KATHERINE HESS<br>4922 E GARRISON CT<br><br>TUCSON, AZ 85712 | 6635 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,000.00  (U)<br>$20,000.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| KITE INVESTMENTS LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTENTION TAU DEPARTMENT<br>2 RAFFLES LINK MARINA BAYFRONT<br>SINGAPORE 039392<br>,<br>SINGAPORE | 31728 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$24,867.00  (U)<br>$24,867.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| LOMBARD INTERNATIONAL ASSURANCE<br>LOMBARD INTERNATIONAL ASSURANCE SA<br>ATTN PAUL CASEY - A/C V0506<br>AIRPORT CENTER, 2 ROUTE DE TREVE<br>L2633 SENNINBERG, LUXEMBOURG, EUROPE<br>,<br>LUXEMBOURG | 22336 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$30,248.21  (U)<br>$30,248.21  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| M&Z FINANCIAL ASSOC INC<br>C/O JOHN A ZIZZA<br>38 CHURCH ST<br>WINCHESTER, MA 01890 | 68735 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$25,000.00 (U)<br>$25,000.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| MARION JOHNSON<br>3302 46TH AVE N<br>ROBBINSDALE, MN 55422 | 18325 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$20,000.00 (U)<br>$20,000.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| MARJORIE MARKS TTEE<br>FBO MARJORIE MARKS REV TRUST<br>U/A/D 02-28-2008<br>322 BALTUSTROL CIRCLE<br>NORTH HILLS, NY 11576 | 22987 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$23,416.25 (U)<br>$23,416.25 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| MARTE LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK MARINA BAYFRONT<br>SINGAPORE 039392<br>,<br>SINGAPORE | 31389 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$36,500.00 (U)<br>$36,500.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| MICHAEL SHEETER<br>8675 FOUR MILE RD<br>JACKSON, OH 45640 | 4269 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$25,000.00 (U)<br>$25,000.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| MILLER FAMILY BUSINESSES LLC<br>C/O MACLEAN & EMA<br>2600 NE 14TH STREET CAUSEWAY<br>POMPANO BEACH, FL 33062 | 19201 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $25,000.00 | (U) | | |
| | | | $25,000.00 | (T) | | |
| MM 2413 CO LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTENTION TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT SINGAPORE 039392<br>,<br>SINGAPORE | 32325 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $29,200.00 | (U) | | |
| | | | $29,200.00 | (T) | | |
| MOLAY LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 31669 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $21,379.00 | (U) | | |
| | | | $21,379.00 | (T) | | |
| MR JAMES LINEHAN AND<br>MRS MAUREEN LINEHAN JTWROS<br>25 WETHERSFIELD RD<br>NATICK, MA 01760 | 17823 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $25,000.00 | (U) | | |
| | | | $25,000.00 | (T) | | |
| MS&CO C/F<br>GAYE M BARNES<br>IRA STD/ROLLOVER DTD 05/06/94<br>4300 WOODLAKE DRIVE<br>BAKERSFIELD, CA 93309 | 22289 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $31,160.00 | (U) | | |
| | | | $31,160.00 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Ninety-Fifth Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| NIBLETT, LENA J<br>585 DONNA MARIE DR<br><br>WENTZVILLE, MO 63385 | 16481 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$20,000.00<br>$20,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| NUEVA ROMA INTERNATIONAL LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT SINGAPORE 039392<br>,<br>SINGAPORE | 32327 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$34,393.00<br>$34,393.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| OSO TRADITION SP<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 31667 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$22,004.00<br>$22,004.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| OSO TRADITION SP<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 31668 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$17,929.00<br>$17,929.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| PADOVA LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br><br>,<br>SINGAPORE | 31665 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$27,521.00  (U)<br>$27,521.00  (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| PATHFINDER CAPITAL LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK, MARINA BAYFRONT<br>SINGAPORE 039392<br><br>,<br>SINGAPORE | 31341 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$24,432.00 (U)<br>$24,432.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| PIROMIX INVESTMENTS LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTENTION TAU DEPARTMENT<br>2 RAFFLES LINK, MARINA BAYFRONT<br>SINGAPORE 039392<br><br>,<br>SINGAPORE | 32690 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$29,261.00  (U)<br>$29,261.00  (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| QUEBECOR LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br><br>,<br>SINGAPORE | 31644 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$17,129.00  (U)<br>$17,129.00  (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Ninety-Fifth Omnibus Objection**

# Exhibit A

**Motors Liquidation Company, et al.**

**Case No. 09-50026 (REG),  Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| QUEBECOR LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN: TAU DEPARTMENT<br>2 RAFFLES LINK, MARINA BAYFRONT<br>039392 SINGAPORE<br><br>,<br>SINGAPORE | 31653 | Motors Liquidation Company | $0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00<br>$0.00<br>$21,650.00<br>$21,650.00 | | | |
| QUEBECOR LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN: TAU DEPARTMENT<br>2 RAFFLES LINK, MARINA BAYFRONT<br>039392 SINGAPORE<br><br>,<br>SINGAPORE | 31654 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$25,654.00<br>$25,654.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| QUEBECOR LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT SINGAPORE 039392<br><br>,<br>SINGAPORE | 31655 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$23,593.00<br>$23,593.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| QUEBECOR LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT SINGAPORE 039392<br><br>,<br>SINGAPORE | 31656 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$21,778.00<br>$21,778.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| QUEBECOR LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT SINGAPORE 039392<br>,<br>SINGAPORE | 31657 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$31,169.00 (U)<br>$31,169.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| QUEBECOR LTD<br>C/O MERRILL LYNCH INTENATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 31661 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$17,931.00 (U)<br>$17,931.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| QUEBECOR LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 31663 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$21,401.00 (U)<br>$21,401.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| RAIN CLOUD LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 31641 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$23,842.00 (U)<br>$23,842.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| RAIN CLOUD LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 31642 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$24,403.00  (U)<br>$24,403.00  (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| RARE RATIONALISM SP<br>C/O MERRILL LYNCH INTERNATIONAL BANK LTD<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 32693 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$17,220.25  (U)<br>$17,220.25  (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| RED FOREST LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LTD<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 32694 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$36,500.00  (U)<br>$36,500.00  (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| REMEMBRANCE LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LTD<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 32695 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$29,457.00  (U)<br>$29,457.00  (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Ninety-Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| REMEMBRANCE LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LTD<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT SINGAPORE 039392<br><br>,<br>SINGAPORE | 32697 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$18,137.00 (U)<br>$18,137.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| ROBERT E WEED<br>141 HALLMARK DR<br><br>LEXINGTON, SC 29072 | 30773 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$24,000.00 (U)<br>$24,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| RUSSELL D. KELLEY (IRA)<br>FCC AS CUSTODIAN<br>335 SCHOOL STREET<br>P.O. BOX 663<br>CARLISLE, IA 50047 | 62072 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$25,000.00 (U)<br>$25,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| SAM G GILLOTTI FAMILY TRUST<br>SHERRY M TREUREN AND CAROL JO RUSS TTEES<br>UAD 3/30/1994<br>3979 EDGAR AVENUE<br>BOYNTON BEACH, FL 33436 | 28952 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$20,000.00 (U)<br>$20,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| SATELLITE LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK MARINA BAYFRONT<br>SINGAPORE 039392<br><br>,<br>SINGAPORE | 31580 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$27,521.00 (U)<br>$27,521.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Ninety-Fifth Omnibus Objection**

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| SAZ LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LTD<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 32700 | Motors Liquidation Company | $0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | | | |
| | | | $0.00 | | | |
| | | | $35,312.00 | | | |
| | | | $35,312.00 | | | |
| SPRING WATER LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LTD<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 32784 | Motors Liquidation Company | $0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | | | |
| | | | $0.00 | | | |
| | | | $29,688.00 | | | |
| | | | $29,688.00 | | | |
| STEPHEN GALLUP<br>315 E 69TH ST<br>PHAB<br>NEW YORK, NY 10021 | 27319 | Motors Liquidation Company | $0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | | | |
| | | | $0.00 | | | |
| | | | $30,000.00 | | | |
| | | | $30,000.00 | | | |
| SUSAKI LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LTD<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 32783 | Motors Liquidation Company | $0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | | | |
| | | | $0.00 | | | |
| | | | $18,622.00 | | | |
| | | | $18,622.00 | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| TACOMA LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LTD<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 32703 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$36,500.00  (U)<br>$36,500.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| THE AZALEAS UT<br>C/O MERRILL LYNCH INTERNATIONAL BANK LTD<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 32704 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$34,510.00  (U)<br>$34,510.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| THE CLARK FAM TRUST<br>MADELINE E CLARK TTEE UA DTD 05/02/79<br>25422 SEA BLUFFS DR UNIT 101<br>DANA POINT, CA 92629 | 37614 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$20,000.00  (U)<br>$20,000.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| VERONICA JOSEPH TTEE<br>BEN JOSEPH REV LIVING TRUST U/A<br>DTD 06/08/1994<br>8810 ABBOTT AVENUE<br>SURFSIDE, FL 33154 | 15127 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$35,000.00  (U)<br>$35,000.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| WALTER C MORRIS<br>CGM IRA ROLLOVER CUSTODIAN<br>2014 BUENA VISTA AVE<br>ALAMEDA, CA 94501 | 68831 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$30,000.00  (U)<br>$30,000.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Ninety-Fifth Omnibus Objection**

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WAYNE & JOYCE WAGNER REVOCABLE TRUST WAYNE WAGNER & JOYCE WAGNER 1236 OXBOROUGH LANE FORT COLLINS, CO 80525 | 26873 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$22,200.00 (U)<br>$22,200.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| WOLFGANG BUERSTEDDE BRUNNENALLEE 31A D 53332 BORNHEIM GERMANY , GERMANY | 37101 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$30,000.00 (U)<br>$30,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| WOLFGANG BUERSTEDDE BRUNNENALLEE 31A 53332 BORNHEIM-ROISDORF GERMANY , GERMANY | 44461 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$30,000.00 (U)<br>$30,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| *CLAIMS TO BE DISALLOWED AND EXPUNGED* | **100** | | **$0.00** (S)<br>**$0.00** (A)<br>**$0.00** (P)<br>**$2,616,604.45** (U)<br>**$2,616,604.45** (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                         :

In re                               :          **Chapter 11 Case No.**
                                           :

**MOTORS LIQUIDATION COMPANY, *et al.*,**   :          **09-50026 (REG)**
       **f/k/a General Motors Corp., *et al.***   :
                                           :

                       **Debtors.**       :          **(Jointly Administered)**
                                         :

-------------------------------------------------------------x

## ORDER GRANTING DEBTORS' NINETY-FIFTH OMNIBUS OBJECTION TO CLAIMS
### (No Liability GMAC Debt Claims)

Upon the ninety-fifth omnibus objection to expunge certain claims, dated

September 17, 2010 (the "**Ninety-Fifth Omnibus Objection to Claims**"),[1] of Motors

Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in

possession (collectively, the "**Debtors**"), pursuant to section 502(b) of title 11, United States

Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure

(the "**Bankruptcy Rules**"), and this Court's order approving procedures for the filing of

omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**")

[Docket No. 4180], seeking entry of an order disallowing and expunging the No Liability GMAC

Debt Claims on the grounds that such claims seek recovery of amounts for which the Debtors are

not liable, all as more fully described in the Ninety-Fifth Omnibus Objection to Claims; and due

and proper notice of the Ninety-Fifth Omnibus Objection to Claims having been provided, and it

appearing that no other or further notice need be provided; and the Court having found and

determined that the relief sought in the Ninety-Fifth Omnibus Objection to Claims is in the best

---

[1]      Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Ninety-Fifth Omnibus Objection to Claims.

interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and

factual bases set forth in the Ninety-Fifth Omnibus Objection to Claims establish just cause for

the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Ninety-Fifth Omnibus Objection to

Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on **Exhibit "A"** (the "**Order Exhibit**") annexed hereto under the heading "*Claims to be

Disallowed and Expunged*" are disallowed and expunged; and it is further

ORDERED that, if applicable, the Ninety-Fifth Omnibus Objection to Claims is

adjourned with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Objection Adjourned*" (the "**Adjourned Claims**") to the date indicated on the Order

Exhibit, subject to further adjournments (such actual hearing date, the "**Adjourned Hearing

Date**"), and the Debtors' response deadline with respect to the Adjourned Claims shall be 12:00

noon (Eastern Time) on the date that is three (3) business days before the Adjourned Hearing

Date; and it is further

ORDERED that, if applicable, the Ninety-Fifth Omnibus Objection to Claims is

withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Objection Withdrawn*"; and it is further

ORDERED that, if applicable, the Ninety-Fifth Omnibus Objection to Claims is

withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Claim Withdrawn*" as those claims have been withdrawn by the corresponding

claimant; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly

reserved with respect to any claim listed on Exhibit "A" annexed to the Ninety-Fifth Omnibus

Objection to claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed

on the Order Exhibit annexed hereto; and it is further

        ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
          _____, 2010

 

               _____
               United States Bankruptcy Judge