> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)**
>
> **FOR QUESTIONS CONCERNING YOUR GMAC BONDS, PLEASE CALL THE GMAC (ALLY FINANCIAL) INVESTOR HOTLINE AT 1-866-710-4623**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
**MOTORS LIQUIDATION COMPANY,** *et al.,*     :    **09-50026 (REG)**
      **f/k/a General Motors Corp.,** *et al.* :
                                              :
                      **Debtors.**            :    (Jointly Administered)
                                              :
------------------------------------------------------------x

## NOTICE OF DEBTORS' NINETY-SIXTH OMNIBUS OBJECTION TO CLAIMS
### (No Liability GMAC Debt Claims)

**PLEASE TAKE NOTICE** that on September 17, 2010, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their ninety-sixth omnibus objection to expunge certain claims (the

"**Ninety-Sixth Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider

the Ninety-Sixth Omnibus Objection to Claims will be held before the Honorable Robert E.

Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for

the Southern District of New York, One Bowling Green, New York, New York 10004, on

**October 26, 2010 at 9:45 a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

>        **PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE NINETY-
SIXTH OMNIBUS OBJECTION TO CLAIMS TO SEE IF THEIR NAME(S) AND/OR
CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN EXHIBIT
"A" ANNEXED THERETO.**

>        PLEASE TAKE FURTHER NOTICE that any responses to the Ninety-Sixth

Objection to Claims must be in writing, shall conform to the Federal Rules of Bankruptcy

Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy

Court (a) electronically in accordance with General Order M-399 (which can be found at

www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by

all other parties in interest, on a CD-ROM or 3.5 inch disk, in text-searchable portable document

format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the

customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable,

and served in accordance with General Order M-399 and on (i) Weil, Gotshal & Manges LLP,

attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R.

Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the Debtors, c/o

Motors Liquidation Company, 500 Renaissance Center, Suite 1400, Detroit, Michigan 48243

(Attn: Ted Stenger); (iii) General Motors, LLC, 400 Renaissance Center, Detroit, Michigan

48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham & Taft LLP, attorneys

for the United States Department of the Treasury, One World Financial Center, New York, New

York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States Department of the Treasury,

1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C. 20220 (Attn: Joseph Samarias,

Esq.); (vi) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th

Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.); (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq.); (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (x) Caplin & Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding asbestos-related claims, 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn:  Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100, Washington, DC 20005 (Attn: Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); and (xi) Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the legal representative for future asbestos personal injury claimants, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn:  Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.), so as to be received no later than **October 19, 2010, at 4:00 p.m. (Eastern Time)** (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and

served with respect to the Ninety-Sixth Omnibus Objection to Claims or any claim set forth

thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an

order substantially in the form of the proposed order annexed to the Ninety-Sixth Omnibus

Objection to Claims, which order may be entered with no further notice or opportunity to be

heard offered to any party.

Dated: New York, New York
        September 17, 2010

                                          /s/ Joseph H. Smolinsky
                                          Harvey R. Miller
                                          Stephen Karotkin
                                          Joseph H. Smolinsky

                                          WEIL, GOTSHAL & MANGES LLP
                                          767 Fifth Avenue
                                          New York, New York 10153
                                          Telephone: (212) 310-8000
                                          Facsimile: (212) 310-8007

                                          Attorneys for Debtors
                                          and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                           :
**In re**                                                  :    **Chapter 11 Case No.**
                                                           :
**MOTORS LIQUIDATION COMPANY,** *et al.,*                  :    **09-50026 (REG)**
    **f/k/a General Motors Corp.,** *et al.*        :
                                                           :
        **Debtors.**                                   :    **(Jointly Administered)**
                                                           :
------------------------------------------------------------x

## <u>DEBTORS' NINETY-SIXTH OMNIBUS OBJECTION TO CLAIMS</u>
### (No Liability GMAC Debt Claims)

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.
CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE
EXHIBIT ANNEXED TO THIS OBJECTION.**

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

        Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully

represent:

## Relief Requested

1.      The Debtors file this ninety-sixth omnibus objection to certain claims (the

"**Ninety-Sixth Omnibus Objection to Claims**"), pursuant to section 502(b) of title 11, United

States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy

Procedure (the "**Bankruptcy Rules**"), this Court's order approving procedures for the filing of

omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**")

[Docket No. 4180], and this Court's order approving the procedures relating to the filing of

proofs of claim (the "**Bar Date Order**") [Docket No. 4079], seeking entry of an order

disallowing and expunging the claims listed on **Exhibit "A"** annexed hereto.[1]

2.      The Debtors have examined the proofs of claim identified on Exhibit "A",

and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed*

*and Expunged*" (collectively, the "**No Liability GMAC Debt Claims**") seek recovery for

amounts for which the Debtors are not liable.  The No Liability GMAC Debt Claims are claims

for amounts owing under bonds issued by General Motors Acceptance Corporation ("**GMAC**"),

an entirely separate company than General Motors Corporation ("**GM**") and not a debtor in these

chapter 11 cases.  Pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rule 3007,

and the Procedures Order, the Debtors seek entry of an order disallowing and expunging from

the claims register the No Liability GMAC Debt Claims.  Further, the Debtors reserve all of their

rights to object on any other basis to any No Liability GMAC Debt Claims as to which the Court

does not grant the relief requested herein.

---

[1]      Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy
estates on the Debtors' claims register on the website maintained by the Debtors' claims agent,
www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab.  Creditors
without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden
City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by
calling The Garden City Group, Inc. at 1-703-286-6401.

## Jurisdiction

3.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

4.      On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9, 2009, two additional Debtors (the "**Realm/Encore Debtors**")[3] commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered with those of the Initial Debtors under Case Number 09-50026 (REG). On September 15, 2009, the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs, which were amended on October 4, 2009. On October 15, 2009, the Realm/Encore Debtors filed their schedules of assets and liabilities and statements of financial affairs.

5.      On September 16, 2009, this Court entered an order [Docket No. 4079] establishing November 30, 2009 as the deadline for each person or entity to file a proof of claim in the Initial Debtors' cases, including governmental units. On December 2, 2009, this Court entered an order [Docket No. 4586] establishing February 1, 2010 as the deadline for each person or entity to file a proof of claim in the Realm/Encore Debtors' cases (except governmental units, as defined in section 101(27) of the Bankruptcy Code, for which the Court established April 16, 2010 as the deadline to file proofs of claim).

---

[2]      The Initial Debtors are Motors Liquidation Company (f/k/a General Motors Corporation), MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3]      The Realm/Encore Debtors are Remediation and Liability Management Company, Inc., and Environmental Corporate Remediation Company, Inc.

6.      Furthermore, on October 6, 2009, this Court entered the Procedures Order, which authorizes the Debtors, among other things, to file omnibus objections to no more than 100 claims at a time, under various grounds, including those set forth in Bankruptcy Rule 3007(d) and those additional grounds set forth in the Procedures Order.

## The Relief Requested Should Be Approved by the Court

7.      A filed proof of claim is "deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a). If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim. *See In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660 at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

8.      Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a claim may not be allowed to the extent that "such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1). Moreover, the Procedures Order provides that the Debtors may file omnibus objections to claims that "seek recovery of amounts for which the Debtors are not liable." (Procedures Order at 2.)

9.      As set forth above, the No Liability GMAC Debt Claims are claims for amounts owing under bonds issued by GMAC. The Debtors did not issue these bonds. The Debtors are not liable for claims filed against unrelated, non-Debtor third parties.

10.     The Debtors believe that the claimants asserting No Liability GMAC Claims are confused by the similarity of names of GM and GMAC. GMAC, now known as Ally Financial Inc., used to be majority owned by MLC but that is no longer the case.

11.     As such, the Debtors are not liable for the No Liability GMAC Debt Claims. To avoid the possibility of improper recovery against the Debtors' estates and for the

benefit of the proper creditors of the Debtors, the Debtors request that the Court disallow and expunge in their entirety the No Liability GMAC Debt Claims.

**Notice**

12.     Notice of this Ninety-Sixth Omnibus Objection to Claims has been provided to each claimant listed on Exhibit "A" and parties in interest in accordance with the Fourth Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures, dated August 24, 2010 [Docket No. 6750].  The Debtors submit that such notice is sufficient and no other or further notice need be provided.

13.     No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the relief requested herein and such other and further relief as is just.

Dated: New York, New York
      September 17, 2010

                              /s/ Joseph H. Smolinsky
                              Harvey R. Miller
                              Stephen Karotkin
                              Joseph H. Smolinsky

                              WEIL, GOTSHAL & MANGES LLP
                              767 Fifth Avenue
                              New York, New York 10153
                              Telephone: (212) 310-8000
                              Facsimile: (212) 310-8007

                              Attorneys for Debtors
                              and Debtors in Possession

**<u>EXHIBIT A</u>**

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ABETE GIULIA<br>VIA SANTA PATRIZIA 1<br>80049 SOMMA VESUVIANA (NA)<br>ITALY<br>,<br>ITALY | 68384 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| ACCION HUMANA TRUST<br>ALEXANDER VALENTIN-DALLMER<br>HERBERT-WEICHMANN-STR 86<br>D-22085 HAMBURG GERMANY<br>,<br>GERMANY | 49676 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| ANEMONA LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 31594 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| BALBOA BAY CAPITAL LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 31607 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$814.00  (U)<br>$814.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| BRIA INTERNATIONAL LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT SINGAPORE 039392<br><br>,<br>SINGAPORE | 32302 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,195.00 (U)<br>$1,195.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| BRIA INTERNATIONAL LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT SINGAPORE 039392<br><br>,<br>SINGAPORE | 32303 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,195.00 (U)<br>$1,195.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| CAROL SUE BACKUS &<br>JAMES E BACKUS<br>JT TEN<br>1027 RANGE LINE RD<br>CHEYENNE, WY 82009 | 7944 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,778.35 (U)<br>$3,778.35 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| CECELIA N BEST TTEE<br>FBO SEYMOUR BEST 2ND AMEN INTE<br>U/A/D 01-26-1994<br>11013 BOCA WOODS LANE<br>BOCA RATON, FL 33428 | 68939 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000.00 (U)<br>$5,000.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| CHARLES R SCHEMPP<br>4237 STIRLING ST<br><br>PHILADELPHIA, PA 19135 | 16674 | Motors Liquidation Company | Unliquidated | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CHARLOTTE A ELLER & BEVERLY A PERRY & CHRISTOPHER S RAY<br>3 DOGWOOD LANE<br>BARBOURSVILLE, WV 25504<br>UNITED STATES OF AMERICA | 27009 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$5,000.00  (U)<br><br>$5,000.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| CLARK E BYERS<br>EDWARD JONES CUST<br>FBO CLARK E BYERS<br>7107 SUNRISE BLVD<br>WINDSOR HEIGHTS, IA 50324 | 63057 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| CONNER-PFEIL FAMILY LIMITED PA PARTNERSHIP<br>2400 NEWNING<br>SCHERTZ, TX 78154 | 19668 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$848.41  (U)<br><br>$848.41  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| DON A PINSON<br>TRADITIONAL IRA<br>HAMILTON LANDING<br>603 BRICKYARD LANE<br>ST SIMONS ISLAND, GA 31522 | 8981 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| DON A PINSON<br>TRADITIONAL IRA<br>HAMILTON LANDING<br>603 BRICKYARD LANE<br>ST SIMONS ISLAND, GA 31522 | 8982 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DONALD E PULLEASE IRA<br>FCC AS CUSTODIAN<br>51 VIA FIRENZA WAY<br>DAVIE, FL 33325 | 4009 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000.00  (U)<br>$5,000.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| DR SAMUEL J SALLOMI<br>CGM IRA CUSTODIAN<br>6 SOFT SHADOW CT<br>EL SOBRANTE, CA 94803 | 68906 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| E. KAYE BAXTER<br>3017 NEWPORT AVENUE<br><br>TEXARKANA, TX 75503<br>UNITED STATES OF AMERICA | 23820 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,579.00  (U)<br>$2,579.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| EDNA EVANS<br>469 SCOTT DRIVE<br><br>WEST CHESTER, PA 19380 | 32768 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000.00  (U)<br>$5,000.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| EDWARD GOTBETTER<br>GOTBETTER & WEINSTEIN CPAS<br>175 GREAT NECK RD<br>GREAT NECK, NY 11021 | 30697 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ELLA JANE DELANEY<br>4581 HWY 45<br><br>FLORA, IL 62839 | 15889 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$2,500.00   (U)<br>$2,500.00   (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| ELMAR BAUMEISTER<br>DORIS BAUMEISTER<br>MOOSACHER STR 9<br>80809 MUNCHEN GERMANY<br>,<br>GERMANY | 37082 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| ELMER R KOPACIK<br>7548 SOUTHLAND DR<br><br>MENTOR ON THE LAKE, OH 44060 | 68976 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$3,750.00   (U)<br>$3,750.00   (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| ERIC ENDRESEN<br>230 OLIVE DRIVE<br><br>JERSEY SHORE, PA 17740 | 14277 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$2,000.00   (U)<br>$2,000.00   (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| ERNEST J CARRELLAS<br>373 BOULEVARD<br><br>MIDDLETOWN, RI 02842 | 8480 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FLORENCE WIERZBICKI<br>240 BRANCHVIEW DR NE APT 240<br><br>CONCORD, NC 28025 | 14259 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,126.02  (U)<br>$5,126.02  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| FOX MEADOW LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN: TAU DEPATMENT<br>2 RAFFLES LINK, MARINA BAYFRONT<br>039392 SINGAPORE<br>,<br>SINGAPORE | 31381 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,805.95  (U)<br>$2,805.95  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| FRANCINE AHERN<br>12 DOWNING STREET<br><br>TOMS RIVER, NJ 08755 | 14093 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| FRIEDA HALPERN<br>BOX 21<br><br>GOLDENS BRIDGE, NY 10526 | 11862 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| FROST NATIONAL BANK CO TRUSTEE<br>FOR JEROME & ALBINA FLIELLER<br>PO BOX 2990<br>SAN ANTONIO, TX 78299 | 60388 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000.00  (U)<br>$5,000.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GOLAB, STANLEY A<br>27914 SANTA ANA DR<br><br>WARREN, MI 48093 | 22844 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,327.00  (U)<br>$4,327.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| HALUB, LEONARD<br>2099 MARYLAND DR<br><br>MUSKEGON, MI 49441 | 27369 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,500.00  (U)<br>$4,500.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| HAZEL LEE JAMES FAM REV TR<br>C/O HAZEL LEE JAMES<br>807 DORMON ST<br>SPRINGDALE, AR 72762 | 28471 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| HAZEL M SIMMS<br>TOD LINDA M ORTIZ AND<br>SHIRLEY M STIVERS<br>240 CHESTNUT DR<br>WRIGHTSTOWN, NJ 08562 | 29050 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000.00  (U)<br>$5,000.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| HAZEL M SIMMS<br>TOD LINDA M ORTIZ AND<br>SHIRLEY M STIVERS<br>240 CHESTNUT DR<br>WRIGHTSTOWN, NJ 08562 | 29051 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000.00  (U)<br>$5,000.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JEAN GREENWOOD JOWERS<br>5498 CLEAR CREEK BLVD<br><br>FAYETTEVILLE, AR 72704 | 69571 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| JEAN L HARTNETT<br>#129 BLDG 7<br>6610 GASPARILLA PINES BLVD<br>ENGLEWOOD, FL 34224 | 29028 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$1,000.00   (U)<br>$1,000.00   (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| JERRY GORDON & MARCELLA GORDON TTEES<br>U/Z DTD 12-29-06 FOR MARCELLA J GORDON TRUST<br>476 WHITE BARK CIRCLE<br>WADSWORTH, OH 44281 | 26554 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| JULIANE STURSBERG<br>WALDSTR 50<br>D - 64658 FUERTH GERMANY<br>,<br>GERMANY | 69417 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| JWS INTERNATIONAL LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>039392 MARINA BAYFRONT SINGAPORE<br>,<br>SINGAPORE | 31365 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| KAREN JOHNSON & LEWIS JOHNSON TTEE<br>U/A DTD 12-19-06<br>1832 8TH STREET<br>CUYAHOGA FALLS, OH 44221 | 26553 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$5,000.00   (U)<br>$5,000.00   (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| KELLY P MARTIN<br>PO BOX 578<br>7120 WARSAW RD<br>DRY RIDGE, KY 41035 | 68902 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$36.25   (U)<br>$36.25   (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| MAIELLO FRANCESCO ANDREA<br>VIA GAETANO DONIZETTI 33<br>80048 SANT ANASTASIA (NA) ITALY<br>,<br>ITALY | 68115 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| MARGARET A EMANS TOD<br>ROBERT J EMANS & RONALD P EMANS<br>1664 ARCHWOOD LN<br>TOLEDO, OH 43614 | 30655 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$4,000.00   (U)<br>$4,000.00   (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| MARIA R SEIFRIED<br>CGM IRA CUSTODIAN<br>1308 WALL AVENUE<br>BURLINGTON, NJ 08016 | 16340 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARILYN BOLTON<br>420 S MARION PKWY<br>#301<br>DENVER, CO 80209 | 13306 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| MARION JABLONSKI<br>826 ROYAL GROVE CT<br>CHESAPEAKE, VA 23320 | 21271 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000.00  (U)<br>$5,000.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| MARTHA J MAHER TTEE<br>MARTHA J. MAHER U/A DTD 07/15/2003<br>416 HIAWATHA LANE<br>DOVER, DE 19904 | 16316 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000.00  (U)<br>$5,000.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| MARY ALICE MOONEY<br>1134 FAWCETT AVE<br>WHITE OAK, PA 15131 | 63263 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,570.00  (U)<br>$3,570.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| MAX ISAACS<br>231 EAST 11TH STREET<br>NEW YORK, NY 10003 | 9207 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MAX ISAACS<br>231 E 11TH ST<br><br>NEW YORK, NY 10003 | 9208 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| MITCHELL DENKER<br>P O BOX 607<br><br>POINT LOOKOUT, NY 11569 | 23886 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| MYLAND LTD<br>C/O MERRILL LYNCH INTENATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK, MARINA BAYFRONT<br>SINGAPORE 039392<br>,<br>SINGAPORE | 31582 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| NANCY ANN GIARETTI TTEE<br>KATHLEEN M NICOLETTI<br>RV LV TR DTD 10/26/89<br>2589 HICKS STREET<br>BELLMORE, NY 11710 | 63823 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,415.00  (U)<br>$1,415.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| NELLIE P JENSEN<br>46A BIRCHWOOD DR<br><br>BRISTOL, CT 06010 | 29027 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000.00  (U)<br>$1,000.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| NGOCLAN T DINH M D<br>12948 RIVERPLACE CT<br><br>JACKSONVILLE, FL 32223 | 68256 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,942.80  (U)<br>$4,942.80  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| PAUL J MACONAGHY &<br>SHARON R MACONAGHY<br>JT TEN<br>85 YVETTE DR<br>CHEEKTOWAGA, NY 14227 | 33300 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,198.22  (U)<br>$1,198.22  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| PAULINE SIROTA<br>20 NORTHWOODS LANE<br><br>BOYNTON BEACH, FL 33436 | 67641 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| PLACETES LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 31664 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| RONALD K LOCKWODO<br>21540 370TH ST<br><br>OAKLAND, IA 51560 | 12608 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SCHEDALKE JURGEN AND LISA<br>TANNEN ALLEE 51C<br>21465 REINBEK GERMANY<br>,<br>GERMANY | 62301 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| SCROGIO LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 31588 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| STAN SWARTZ<br>11186 CLOVER LEAF CIR<br>BOCA RATON, FL 33428 | 32005 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$5,000.00  (U)<br>$5,000.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| STANLEY S KAHN<br>STANLEY S KAHN & ADELINE F KAHN TTEE<br>UAD 1/18/01 FBO KAHN FAMILY TRUST<br>2449 RUSSELL ST<br>BERKLEY, CA 94705 | 9236 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$3,048.00  (U)<br>$3,048.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| STEPHEN C BYELICK<br>31 CREST DR<br>TARRYTOWN, NY 10591 | 3685 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| STEPHEN P KAPLAN<br>1214 BOBWHITE COURT<br><br>PUNTA GORDA, FL 33950 | 5300 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$5,000.00   (U)<br>$5,000.00   (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| STEVEN BARNETT & BERESA K BARNETT<br>1303 GOLDENROD<br><br>SIKESTON, MO 63801 | 5755 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$3,000.00   (U)<br>$3,000.00   (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| SUZANNE E HADEK IRA<br>FCC AS CUSTODIAN<br>55 LAWRENCE HILL ROAD<br>HUNTINGTON, NY 11743 | 62139 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| THE ROBERT S BROWN<br>REVOCABLE TRUST UAD 06/25/03<br>ROBERT S BROWN TTEE<br>1449 GROVE ROAD<br>PITTSBURGH, PA 15236 | 2196 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$3,623.00   (U)<br>$3,623.00   (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| THE Y H MIRZOEFF & SONS FOUNDATION INC<br>JANICE EWENSTEIN, DIRECTOR<br>,<br>UNITED STATES OF AMERICA | 18815 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Ninety-Sixth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| THEODORE W. KELLY<br>1084 LIZZIES COURT<br>BRICK, NJ 08724 | 14092 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| WERNER BRUNHART<br>2753 MOODY CIR<br>ST GEORGE, UT 84790 | 65038 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$5,000.00   (U)<br>$5,000.00   (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| WILLIAM B PAINE<br>10400 COTTONWOOD CT<br>LOUISVILLE, KY 40223 | 8767 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$525.00   (U)<br>$525.00   (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| WILMA GRABER<br>516 GREENCROFT PARKWAY<br>MIDDLEBURY, IN 46540 | 12018 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$5,000.00   (U)<br>$5,000.00   (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| WIROSTEK, EDWARD P<br>17908 FERDEN RD<br>OAKLEY, MI 48649 | 12094 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$3,024.00   (U)<br>$3,024.00   (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| *CLAIMS TO BE DISALLOWED AND EXPUNGED* | 74 | | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$135,801.00   (U)<br>$135,801.00   (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                     :        **Chapter 11 Case No.**
:
**MOTORS LIQUIDATION COMPANY,** *et al.,*  :        **09-50026 (REG)**
  **f/k/a General Motors Corp.,** *et al.* :
:
             **Debtors.**                 :        **(Jointly Administered)**
:
---------------------------------------------------------------x

<u>**ORDER GRANTING DEBTORS' NINETY-SIXTH OMNIBUS OBJECTION TO CLAIMS**</u>
**(No Liability GMAC Debt Claims)**

Upon the ninety-sixth omnibus objection to expunge certain claims, dated

September 17, 2010 (the "**Ninety-Sixth Omnibus Objection to Claims**"),[1] of Motors

Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in

possession (collectively, the "**Debtors**"), pursuant to section 502(b) of title 11, United States

Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure

(the "**Bankruptcy Rules**"), and this Court's order approving procedures for the filing of

omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**")

[Docket No. 4180], seeking entry of an order disallowing and expunging the No Liability GMAC

Debt Claims on the grounds that such claims seek recovery of amounts for which the Debtors are

not liable, all as more fully described in the Ninety-Sixth Omnibus Objection to Claims; and due

and proper notice of the Ninety-Sixth Omnibus Objection to Claims having been provided, and it

appearing that no other or further notice need be provided; and the Court having found and

determined that the relief sought in the Ninety-Sixth Omnibus Objection to Claims is in the best

---

[1]    Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Ninety-Sixth Omnibus Objection to Claims.

interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and

factual bases set forth in the Ninety-Sixth Omnibus Objection to Claims establish just cause for

the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Ninety-Sixth Omnibus Objection to

Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on **Exhibit "A"** (the "**Order Exhibit**") annexed hereto under the heading "*Claims to be*

*Disallowed and Expunged*" are disallowed and expunged; and it is further

ORDERED that, if applicable, the Ninety-Sixth Omnibus Objection to Claims is

adjourned with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Objection Adjourned*" (the "**Adjourned Claims**") to the date indicated on the Order

Exhibit, subject to further adjournments (such actual hearing date, the "**Adjourned Hearing**

**Date**"), and the Debtors' response deadline with respect to the Adjourned Claims shall be 12:00

noon (Eastern Time) on the date that is three (3) business days before the Adjourned Hearing

Date; and it is further

ORDERED that, if applicable, the Ninety-Sixth Omnibus Objection to Claims is

withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Objection Withdrawn*"; and it is further

ORDERED that, if applicable, the Ninety-Sixth Omnibus Objection to Claims is

withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Claim Withdrawn*" as those claims have been withdrawn by the corresponding

claimant; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

2

validity, allowance, or disallowance of, and all rights to object on any basis are expressly

reserved with respect to any claim listed on Exhibit "A" annexed to the Ninety-Sixth Omnibus

Objection to claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed

on the Order Exhibit annexed hereto; and it is further

       ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.


Dated: New York, New York
       _____, 2010



          _____
          United States Bankruptcy Judge