**Hearing Date and Time: September 24, 2010 at 9:45 a.m. (Eastern Time)**

KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-3275
Facsimile: (212) 715-8000
Thomas Moers Mayer
Philip Bentley
Robert T. Schmidt

*Counsel for the Official Committee*
*of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :
In re:                                                             :    Chapter 11 Case No.:
                                                                   :
MOTORS LIQUIDATION COMPANY, et al.                                 :    09-50026 (REG)
        f/k/a General Motors Corp., et al.                         :
                                                                   :
                        Debtors.                                   :    (Jointly Administered)
                                                                   :
------------------------------------------------------------------ X

**NOTICE OF HEARING ON THE NOTICE OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS HOLDING ASBESTOS-
RELATED CLAIMS REGARDING THE ANONYMITY PROTOCOL**

PLEASE TAKE NOTICE that a hearing will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on September 24, 2010, at 9:45 a.m. (prevailing Eastern Time) to consider the Notice of the Official Committee Of Unsecured Creditors Holding Asbestos-Related Claims Regarding The Anonymity Protocol (Docket No. 6909).

Dated:   New York, New York
         September 20, 2010

        KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: /s/ Philip Bentley
    Thomas Moers Mayer
    Philip Bentley
    Robert T. Schmidt
    1177 Avenue of the Americas
    New York, New York 10036
    Phone: (212) 715-3275
    Fax: (212) 715-8000

    Counsel for the Official Committee of
    Unsecured Creditors of Motors Liquidation
    Company., *et al.*