UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x   Case No.: 09-50026 (REG)

In re: MOTORS LIQUIDATION COMPANY,       Chapter 11
    Et al., f/k/a GENERAL MOTORS
    CORP., et al.,
                         Debtors

-----------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

    I, Anthony Arnold_____, request admission, *pro hac vice*, before the Honorable Robert E. Gerber_____, to represent West Covina Motors, Inc._____, a Creditor_____ in the above-referenced ☒ case ☐ adversary proceeding.

    *I certify that I am a member in good standing* of the bar in the State of

California_____ and, if applicable, the bar of the U.S. District Court for the Central_

District of California_____.

    I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: September 20, 2010
Los Angeles_____, California

_____
*Mailing Address:*
Stutman, Treister & Glatt_____
1901 Avenue of the Stars, 12th Floor___
Los Angeles, CA 90067_____
*Email address:* aarnold@stutman.com
*Telephone number:* (310) 228-5600___