UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
In re: MOTORS LIQUIDATION COMPANY,
    Et al., f/k/a GENERAL MOTORS
    CORP., et al.,
                                    Debtors
-----------------------------------------------------------------x

Case No.: 09-50026 (REG)
Chapter 11

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Theodore B. Stolman, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent West Covina Motors, Inc., a Creditor in the above-referenced ☒ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Central District of California.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: September 20, 2010
Los Angeles, California

[signature]

*Mailing Address:*
Stutman, Treister & Glatt
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
*Email address:* tstolman@stutman.com
*Telephone number:* (310) 228-5600