AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Daniel H. Golden
Philip C. Dublin
Natalie E. Levine

*Counsel for Green Hunt Wedlake Inc.,*
*Trustee of General Motors Nova Scotia Finance Company*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corp., *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | |

------------------------------------------------------------ x

## NOTICE OF SUBSTITUTION OF COUNSEL AND REQUEST FOR SERVICE OF ALL PLEADINGS AND DOCUMENTS

**PLEASE TAKE NOTICE** that Akin Gump Strauss Hauer & Feld LLP shall be substituted in place of Greenberg Traurig, LLP as counsel to Green Hunt Wedlake Inc., Trustee of General Motors Nova Scotia Finance Company, a party-in-interest in the above referenced chapter 11 cases. All future pleadings and other papers should be served upon Akin Gump Strauss Hauer & Feld LLP at the following address:

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)

Daniel H. Golden
Email: dgolden@akingump.com
Philip C. Dublin
Email: pdublin@akingump.com
Natalie E. Levine
Email: nlevine@akingump.com

Dated:      New York, New York
            September 20, 2010

GREENBERG TRAURIG, LLP

By: _____
Bruce R. Zirinsky
Gary D. Ticoll
Greenberg Traurig, LLP
200 Park Avenue
New York, New York 10166
(212) 801-9200 (Tel)
(212) 801-6400 (Fax)
Zirinskyb@gtlaw.com
Ticollg@gtlaw.com

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____
Daniel H. Golden
Philip C. Dublin
Natalie E. Levine
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Email: dgolden@akingump.com
Email: pdublin@akingump.com
Email: nlevine@akingump.com

*Counsel for Green Hunt Wedlake Inc., Trustee of General Motors Nova Scotia Finance Company*