United States Bankruptcy Court for the Southern District of New York



RECEIVED SEP 14 2010 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Motors Liquidation Co.(f.k.a. General Motors Co.) case #09-50026 |
|---|---|
| Creditor Name and Address: | Banca Partner S.p.A<br>Via Tre Settembre, 99<br>47891 Dogana - Republic of San Marino |
| Court Claim Number (if known): | #61646 |
| Date Claim Filed: | November 20, 2009 |
| Total Amount of Claim Filed: | USD 5,503,974.37 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

**Banca Partner S.p.A.**

Dated: Sept. 8, 2010

Print Name: Daniele Guidi

Title (if applicable): Managing Director - CEO

---

## DEFINITIONS

**Debtor**
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

**Creditor**
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

**Proof of Claim**
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

**Court, Name of Debtor and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

**Information identifying the Claim that is to be withdrawn:**
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.



REPUBBLICA DI SAN MARINO

# TRIBUNALE COMMISSARIALE CIVILE E PENALE

## IL CANCELLIERE

Vista la richiesta presentata il : 19/07/2010
da : Valentini Joanne (protocollo nr.: 6917/ cert);
Viste le risultanze del Pubblico Registro delle Societa'istituito con legge 13 giugno 1990 n. 68;

### CERTIFICA QUANTO SEGUE

**Denominazione** RG/Verb 18/11/2002 - Iscr. 03/03/2003 - Decreto 20/02/2003
Società per Azioni "BANCA PARTNER S.P.A."
**Numero iscrizione** : 2741

**Tipo**: Societa' per azioni
Costituita: 28/03/2002- Ric.Giuridico:03/05/2002

| Decr/Iscr. | Sede | Via | Localita' |
|---|---|---|---|
| 20/02/2003 | Sede Legale | Via Tre Settembre , 99 | Dogana -rsm- |

**Capitale sociale**: 29.244.000,00 € Verb. 29/05/2008 (Iscr. 27/06/2008 )
Sottoscritto il 29/05/2008 (Iscr. 27/06/2008 )
Versato il 06/08/2008 (Iscr. 02/09/2008 )

**Organi di gestione :**

| RG/Verb | Decr./Iscr. | Carica | Generalita' | Nascita | Luogo |
|---|---|---|---|---|---|
| 13/07/2010 | 22/07/2010 | Presidente | Merlino Massimo | 31/05/1940 | Trieste |
| 29/04/2004 | 19/07/2004 | Amministratore Delegato | Guidi Daniele | 05/02/1966 | San Marino (rsm) |
| 13/07/2010 | 22/07/2010 | Consigliere | Grandoni Edoardo | 01/03/1966 | San Marino (rsm) |
| 18/11/2002 | 20/02/2003 | Consigliere | Ferrini Vincenzo | 10/11/1956 | Rimini |

**Organi di controllo:**

| RG/Verb | Decr./Iscr. | Carica | Generalita' | Nascita | Luogo |
|---|---|---|---|---|---|
| 24/05/2005 | 16/02/2006 | Presidente | Barbucci Enzo | 17/12/1947 | Castelnuovo Berardengo (si) |
| 24/05/2005 | 16/02/2005 | Sindaco | Angelini Marino | 26/12/1951 | Detroit (u.s.a.) |
| 29/05/2008 | 27/06/2008 | Sindaco | Busignani Aldo | 28/06/1967 | San Marino (rsm) |

**Oggetto sociale** RG/Verb. 24/05/2005 Iscr. 04/08/2005
Art.4) La società ha per oggetto la raccolta del risparmio e l'esercizio del credito nelle sue varie forme, la messa a disposizione della clientela di mezzi di pagamento e la loro gestione, nonché ogni altra operazione finanziaria ed attività connessa o strumentale all'esercizio della funzione bancaria. In riferimento a tali funzioni, la società potrà effettuare, a titolo esemplificativo e non esaustivo: a) il collocamento, la sottoscrizione, l'acquisto, la gestione e la vendita dei valori mobiliari e di qualsiasi prodotto finanziario

 

# REPUBBLICA DI SAN MARINO
# TRIBUNALE COMMISSARIALE CIVILE E PENALE

per conto proprio e/o per conto terzi; b) la distribuzione di prodotti assicurativi di tipo finanziario nel ramo previdenziale; c) la consulenza e l'assistenza nella gestione di patrimoni mobiliari per conto terzi; d) l'intestazione, la gestione e l'amministrazione fiduciaria di beni mobili di terzi; e) la locazione finanziaria; f) l'acquisizione e la gestione di crediti di terzi e di crediti di imprese denominati in valuta nazionale o estera con o senza le garanzie della solvenza del debitore e la loro vendita; g) la consulenza ed assistenza in materia di gestione finanziaria, di ingegneria finanziaria e, in linea generale, l'offerta di tutti servizi destinati a facilitare la creazione e lo sviluppo di imprese. La società potrà inoltre: - istituire, previa specifica autorizzazione dell'Organo di Vigilanza, sezioni speciali autonome aventi patrimonio proprio ed amministrazione e contabilità separate per lo svolgimento delle attività rientranti nell'ambito del risparmio gestito; - assumere la funzione di Banca depositaria di fondi comuni d'investimento nel rispetto delle disposizioni dell'Organo di Vigilanza; - favorire lo sviluppo di attività industriali, commerciali e di servizio; - assumere partecipazioni in società ed enti sammarinese o esteri. La Società può effettuare ogni attività immobiliare e mobiliare connessa al raggiungimento del proprio scopo sociale.

**Poteri amministratori RG/verb. 29/05/2008 iscr. 27/06/2008**
Artt.li 25 e 28 - "Il Consiglio di Amministrazione è investito dei più ampi poteri per l'amministrazione ordinaria e straordinaria della Società, essendo di sua competenza tutto ciò che per legge o per Statuto non è espressamente riservato all'Assemblea dei Soci. Oltre alle attribuzioni non delegabili a norma di Legge e di Vigilanza, sono riservate alla competenza del Consiglio di Amministrazione le decisioni concernenti: a) la formazione del bilancio da sottoporre all'Assemblea e le proposte di ripartizione degli utili; b) la formulazione e la modifica dei regolamenti interni, inclusi il Regolamento sulla struttura organizzativa, il Regolamento sull'attività di revisione interna, il Regolamento sul processo di erogazione del credito ed il Regolamento dell'attività di gestione del portafoglio finanziario; c) l'acquisto e l'alienazione di immobili; d) l'istituzione, la soppressione e il trasferimento di filiali, recapiti e rappresentanze nella Repubblica di San Marino e all'estero; e) l'assunzione e la dismissione di servizi di esattoria, ricevitoria, di cassa e di tesoreria; f) l'assunzione, la nomina e la revoca del Direttore Generale, in quanto capo della Esecutiva, e la determinazione delle sue retribuzioni e competenze relativamente alla concessione dei fidi e alla erogazione del credito con il conferimento di rappresentanza e di firma che non spettino già ad esso ai sensi del presente Statuto; g) l'assunzione e la cessione di partecipazioni; h) la nomina e la revoca del Responsabile dell'Internal Auditing; i) le deliberazioni concernenti le esternalizzazioni; Banca Partner S.p.A. j) la verifica dei requisiti di onorabilità, professionalità ed indipendenza in capo agli esponenti aziendali; k) le deliberazioni in materia di "grandi rischi" e di "posizioni rilevanti" in conformità a quanto stabilito dalle vigenti disposizioni di vigilanza; l) l'emissione di prestiti obbligazionari, ad eccezione di quelli convertibili in azioni o cum warrant che sono riservati all'Assemblea degli Azionisti. Nel rispetto di quanto previsto dal presente Statuto, nonché dalle vigenti disposizioni di Legge e di Vigilanza, il Consiglio di Amministrazione, può delegare parte dei propri poteri, fatta eccezione per le competenze ad esso riservate dalle predette disposizioni e garantendo la necessaria diversificazione tra i poteri delegati onde evitare rischi di sovrapposizioni, all' Amministratore Delegato o ad altri Amministratori, designati dall'Assemblea e nel rispetto delle sue deliberazioni in materia di poteri delegatali.. Il Consiglio

 

REPUBBLICA DI SAN MARINO

# TRIBUNALE COMMISSARIALE CIVILE E PENALE

d'Amministrazione deve inoltre assolvere diligentemente a tutte le ulteriori funzioni di cui è responsabile ai sensi delle vigenti disposizioni emanate dall'Autorità di Vigilanza. Delle decisioni assunte dai titolari di deleghe dovrà essere data notizia al Consiglio di Amministrazione secondo le modalità ed i limiti stabiliti dal Consiglio stesso. Il Direttore Generale, di norma assiste con voto consultivo alle sedute del Consiglio di Amministrazione, ove non sia membro del Consiglio, nel qual caso partecipa alle riunioni senza restrizione alcuna" - "Il Presidente ha la rappresentanza legale della Società. Tuttavia, ove sia stato nominato un Amministratore Delegato, il potere di rappresentanza spetta altresì allo stesso, nei limiti delle deleghe ad esso conferite. Il Presidente del Consiglio d'Amministrazione e l'Amministratore Delegato hanno quindi la rappresentanza di fronte a tutti gli organi e collegi giurisdizionali ordinari, amministrativi e tributari di ogni ordine e grado con facoltà di promuovere azioni giudiziarie e amministrative e produrre ricorsi in ogni grado di giurisdizione civile, penale e amministrativa, nonché di resistere alle azioni promosse contro la Società e controricorrere, nominando avvocati e procuratori legali e conferendo loro i necessari mandati. L'Amministratore Delegato è nominato per la durata di tre anni e decade quando decadono gli altri Consiglieri. L'incarico può essere revocato dall'Assemblea dei soci all'Amministratore Delegato anche prima della scadenza del termine, salvo il diritto al risarcimento dei danni se la revoca avviene senza giusta causa. La carica di Amministratore Delegato non è incompatibile con quella di Direttore Generale della Società".

San Marino, 22/07/2010

IL CANCELLIERE



Courtesy translation
ORIGINAL: ITALIAN

# REPUBLIC OF SAN MARINO

# CIVIL AND CRIMINAL COURT

## THE CLERK

Having seen the application filed on: 19 July 2010
By: Valentini Joanne (reference no. 6917/cert)
Having seen what is on file in the Company Register established under Law no. 68 of 13 June 1990

## HEREBY CERTIFIES THE FOLLOWING

**Business name** RG/Verbatim Record 18 Nov. 2002 – Entered on 3 March 2003 – Decree 20 Feb. 2003
Joint Stock Company "BANCA PARTNER S.P.A."
**Enrolled with no. 2741**

**Legal form**: joint stock company
Formed on 28 March 2002 – Legally recognized on 3 May 2002

| Enrolled | Office | Street | Town |
|---|---|---|---|
| 20 Feb. 2003 | Registered office | Via Tre Settembre, 99 | Dogana RSM |

**Capital Stock : EUR 29,244,00.00** Verbatim Record 29 May 2008 (entered on 27 June 2008)
Subscribed on 29 May 2008 (Entered on 27 June 2008)
Paid up on 6 August 2008 (Entered on 2 Sept. 2008)

### Board of Directors

| RG/Verb. | Entered | Position | Name | DoB | PoB |
|---|---|---|---|---|---|
| 13 Jul. 2010 | 22 Jul.2010 | Chairman | Massimo MERLINO | 31 May 1940 | Trieste |
| 29 Apr. 2004 | 19 Jul.2004 | Managing Director/CEO | Daniele GUIDI | 5 Feb. 1966 | San Marino (RSM) |
| 13 Jul.2010 | 22 Jul.2010 | Director | Edoardo GRANDONI | 1 Mar.1966 | San Marino (RSM) |
| 18 Nov. 2002 | 20 Feb. 2003 | Director | Vincenzo FERRINI | 10 Nov. 1956 | Rimini |

### Statutory Auditors

| RG/Verb. | Entered | Position | Name | DoB | PoB |
|---|---|---|---|---|---|
| 24 May 2005 | 16 Feb. 2006 | Chairman | Enzo BARBUCCI | 17 Dec. 1947 | Castelnuovo Berardengo (SI) |
| 24 May 2005 | 16 Feb. 2006 | Auditor | Marino ANGELINI | 26 Dec. 1951 | Detroit (USA) |
| 29 May 2008 | 27 Jun. 2008 | Auditor | Aldo BUSIGNANI | 28 June 1967 | San Marino (RSM) |

**Corporate purpose** RG/Verbatim Record 24 May 2005 Entered on 4 Aug. 2005
Art. 4) The corporate purpose of the company includes the collection of savings and exercise of credit in its various forms, the supply and management of means of payment to customers, any other activity, financial transaction and business connected with or instrumental to the performing of banking activity allowed by law. With respect to the foregoing, the company may perform the following activities, including but not limited to:

a) placement, subscription, buying and selling of transferable securities and of any financial product on its on behalf and/or on behalf of third parties;   b) distribution of financial-type insurance products in the sector of retirement income security;   c) consultancy and assistance in portfolio management on behalf of third parties;   d) holding, management and fiduciary management of transferable securities of third parties;   e) financial leasing;   f) the acquisition, management and selling of debt-claims of third parties, either individuals or businesses, denominated in foreign or domestic currency, with or without collateral;   g) consultancy and assistance in the field of financial management, financial engineering, and – generally speaking – the supply of any service aimed at facilitating business formation and development. The company may also: - establish, subject to the prior authorization of the Supervisory Authority, special autonomous divisions, with own capital and separate management and accounting, for the purpose of carrying out the activities falling within asset management;   - act as depository bank of mutual funds in compliance with the provisions of the Supervisory Authority;   - promote the development of manufacturing, trade and service businesses;   - acquire equity investments in domestic or foreign companies and entities. The company may conduct any activity in the real estate and securities sectors connected with the attainment of the corporate purpose.

**Directors' Powers RG/Verbatim Record 29 May 2008 Entered on 27 June 2008**
Articles 25 & 28 – "The Board of Directors shall have the broadest powers for ordinary and extraordinary company management. It shall include all matters that are not specifically reserved to the shareholders' meeting by law or by these articles of association. In addition to any tasks that cannot be delegated by provisions of law and vigilance, resolutions concerning the following issues shall also be reserved to the competence of the Board of Directors: a) the preparation of the financial statements to be approved by the Meeting and proposals for the allocation of profits; b) the preparation and amendment of internal regulations, including the Regulation on the organisational structure, the Regulation on internal auditing activities, the Regulation on the credit supply process and the Regulation on the management of the financial portfolio; c) the purchase and sale of property; d) the setting up, closing and transfer of branches, contacts and representations in the Republic of San Marino and abroad; e) the appointment and laying off of tax, post office, cash and treasury services; f) the employment, appointment and revocation of the General Manager to head the Executive Structure and the determining of his fees and salary in relation to the according of overdrafts and the supply of credit, granting representation and signing powers not already due under these articles of association; g) the assumption and transfer of investments; h) the appointment and revocation of the Internal Auditing Manager; i) resolutions concerning outsourcing; j) checking requirements of honour, professionalism and independence are met by company representatives; k) resolutions concerning matters of 'great risk' and 'significant positions' in compliance with that set out by current provisions of vigilance; l) the issue of debenture loans, with the exception of those convertible into shares or cum warrant, which are reserved to the shareholders' meeting. In compliance with that set forth by these articles of association and with current provisions of law and vigilance, the Board of Directors can delegate part of their powers to the Managing Director or other Directors appointed by the Meeting and in compliance with the Meeting's resolutions in terms of powers that can be delegated. This does not apply, however, to the competences reserved to the Board by the afore-specified provisions and the necessary differentiation of powers delegated must be guaranteed in order to avoid risks of superimposition. The Board of Directors must also diligently perform all other tasks for which it is responsible, in accordance with current provisions as issued by the Supervisory Authorities. The Board of Directors must be notified of all resolutions taken by proxies, in accordance with the methods and limits established by the Board. The Managing Director generally participates in the meetings of the Board of Directors in an advisory capacity where he is not a member of the Board. If he is a member, he participates in the meetings with no limitations."

— "The Chairman shall legally represent the company. However, where a Managing Director has been appointed, he shall also have power of representation up to the limits of the power of attorney granted him. The Chairman of the Board of Directors and the Managing Director therefore represent the company before all ordinary, administrative and tax bodies and jurisdictional organisations of all types and levels, with the power of bringing legal and administrative proceedings and of filing claims and appeals at all levels of civil, criminal and administrative jurisdiction and of resisting proceedings brought against the company and filing counter-claims. They may appoint lawyers and prosecutors, issuing them with all mandates necessary. The Managing Director is appointed for a three-year period. He shall stand down at the same time as the other Directors.

The appointment of the Managing Director may be revoked by the Shareholders' Meeting at any time, even prior to its natural expiry, without prejudice to his right to compensation for damages where revocation takes place without just cause. The office of Managing Director is not incompatible with that of General Manager of the company."

San Marino, 22 July 2010

THE CLERK
(seal and signature)





To
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York
New York 10004-1408
USA

Ref. no. 101328/H4/via

San Marino 30 August 2010

Subject: Cancellation of Proof of Claim

Dear Sirs,

We ask the cancellation of our Proof of Claim, case number 09-50026 for corporate bond XS0171942757 Motor Liquidation CO "under chapter 11" 7 ¼ 2003-3.7.2013 € 3,650,000.00.

The Claim Form was submitted in 20 November 2009.

The reason of our request: we sold this corporate bond.

In addition to such original copy, you will also find enclosed a photocopy of our Proof of Claim Form which was sent to you by our depositary bank BSI Luxembourg S.A. 6 avenue Marie-Therese L-2132 Luxembourg.

We would be grateful if you could retain the original copy and return to us the photocopy of this letter time stamped as "RECEIVED" to the following address:

Banca Partner Spa
Via III Settembre, 99
47891 Dogana
Repubblica di San Marino.

Given the importance of this letter, we would appreciate if you could advice us immediately if something is missing by sending a message to the following e-mail address: info@bancapartner.sm, alessandro.viola@bancapartner.sm.

Thank you very much in advance for your help and attention.

Your faithfully,

General Manager
(Daniele Guidi)

BANCA PARTNER s.p.a.
... - TEL. (+378) 0549.94.31.11 - FAX (+378) 0549.94.31.99 - www.bancapartner.sm