Patricia Meyer
Box 112
West Olive, MI 49460
269-998-4609

United States Bankruptcy Court
One Bowling Green
New York, New York 10004

September 1, 2010

Honorable Judge Robert E. Gerber,

I am writing to you regarding Case 09-50026(REG), Motors Liquidation Company, et al. (f/k/a/ General Motors Corporation, et al.)

On June of 2009 I appealed to the US Bankruptcy Court as a plaintiff against Motors Liquidation Company, et al. as listed above. I have been very confused by the amount of mailings that I received and whom they were coming from. Subsequently I mistakenly missed filing the document stating the amount needed to be claimed against Motors Liquidation Company. It seems that this document was not received in a timely manner by August 6, 2010 at 9:45 so I was disallowed and expunged from the Twenty Fifth Omnibus Objection to Claims.

I checked with the Garden City Group and discovered that I have two claim numbers,
1. #2145 is the Proof of Claim that was filed on July2, 2009
2. # 12614 which is a file of approximately 200 pages of proofs available to the court filed on October 26, 2009.

On Tuesday, August 31, 2010 I spoke with Helene Blum of the Court who suggested that I request a phone hearing to present my proofs. She stated that I might check Michelle Meises at 212-310-8328 to set up this hearing since Helene would be on vacation for two weeks, thusly I am making this request. Please notify me at 269-998-4609 or email kimshee97@att.net the date and time.

Thank you for your help.

Patricia Meyer
269-998-4609
kimshe97@att.net

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT | PROOF OF CLAIM |
|---|---|
| Name of Debtor: General Motors Corp | Case Number: 09-50026 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:
Patricia Meyer
Box 112
West Olive, MI 49460

Telephone number: 269-998-4609

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ billions in back taxes

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Tax Evasion
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** unknown

    3a. Debtor may have scheduled account as: _____
    (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate    ☐ Motor Vehicle    ☒ Other
Describe:

Value of Property:$_____  Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any: $_____    Basis for perfection: _____

Amount of Secured Claim: $_____    Amount Unsecured: $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
unknown - check with IRS

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☒ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

[Stamp: THE GARDEN CITY GROUP, INC. JUL 2 2009]

Date: 6/13/09

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

[Signature: Patricia Meyer]

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.