IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | General Motors Corporation, et al § | Chapter 11 |
| | § | Case No. 1-09-50026 (REG) |
| | Debtors.    § | (Jointly Administered) |

### ORDER ON MOTION TO WITHDRAW AS COUNSEL

On _____, came on to be considered JEFFREY S. DAVIS' Motion to Withdraw as Counsel.

The Court finds that there is good cause for withdrawal of Movant, JEFFREY S. DAVIS, as counsel, as set forth in the Motion for Withdrawal of Counsel.

**IT IS, THEREFORE, ORDERED**, that Movant, JEFFREY S. DAVIS, is permitted to withdraw as counsel of record for FORREST PONTIAC-BUICK GMC TRUCKS, INC. and FORREST CHEVROLET-CADILLAC, INC., in this cause.

The Court **ORDERS** that JEFFREY S. DAVIS is discharged as counsel of record for FORREST PONTIAC-BUICK GMC TRUCKS, INC. and FORREST CHEVROLET-CADILLAC, INC., in this cause and shall have no further obligations herein.

SIGNED ON _____, 2010.

_____
HONORABLE ROBERT E. GERBER
BANKRUPTCY JUDGE