cc Weil, Gotshal, & Manges, LLP
cc Kramer, Levin, Naftalis & Frankel LLP
cc Wilmington Trust Company

5637B Spindle Palm Ct.
Delray Beach, Florida 33484
Sept. 5, 2010

Chambers of the Honorable Robert E. Gerber, U.S. Bankruptcy Ct
one Bowling Green, Room 621 N.Y. N.Y. 10004-1408

Chapter 11 Case #09-50026 (Reg)
Notice of Objection to Individual Debt Claims
Date 11-12-2009 Claim 22936 Debtor Motors Liquidation Co., Amt unsecured $10,245.86

Dear Honorable Robert E. Gerber,

I am being rejected for my G.M. Bond that is in bankruptcy ($10,245.86) because of duplication. I think this is being very unfair and unjust, since I only filled out papers received from the Bankruptcy court. Please understand I am a average investor knowing very little about legal procedures. All I know is I did what I thought what had to be done. Even if I duplicated it without knowing, one of the forms should be allowed. I still own the bond. I had called 1 800 414 9607 wanting to explain my response. Unfortunately after trying 3 or 4 times, the answer I received was: They will call back. They never did call back. I had sent proof of ownership many months ago. I have received 80¢ check #5611225 Claimant # 3657. I would also like to know who is handling my claim. Thank you for your concern and attention. Yours truly,

Herbert Bergman

**GENERAL MOTORS SECURITIES LITIGATION**
**CLAIMS ADMINISTRATOR**
**PO BOX 4199**
**PORTLAND OR 97208-4199**

*00000011225-36575-2047*

000 0014080 00000000 001 001 14080 INS: 0 0
**HERBERT BERGMAN TRUST**
**HERBERT & MURIEL BERGMAN TTEES**
**5687 B SPINDLE PALM COURT**
**DELRAY BEACH FL 33484**

Website: www.gmsecuritiescase.com
Email: info@gmsecuritiescase.com
Toll Free: 1-866-879-0481
International Calls: 1-503-597-7692

ACCOUNT NO.:
CLAIMANT ID: 36575
CHECK NUMBER: 0011225
CHECK AMOUNT: $ 80.42
CHECK DATE: MAY 14, 2010

The attached check is being issued to you pursuant to the terms of the Settlement obtained in the class action entitled *In re General Motors Corp. Securities*, U.S. District Court for the E.D. Mich., MDL No. 1749, Master Case No. 06-md-1749. The claim you submitted in connection with this Settlement was determined by the Claims Administrator to be timely and valid and eligible for a distribution from the Settlement proceeds. The amount of the attached distribution represents your pro-rata share of the initial distribution of the Net Settlement Fund, and was calculated by the Claims Administrator pursuant to the Notice of Proposed Settlement of this action and the Proof of Claim and Release form that you submitted, and in accordance with the Court-approved Plan of Allocation.

Over 425,000 claims were processed, with accepted claims representing aggregate Net Recognized Losses under the Plan of Allocation of approximately $1.8 billion. Pursuant to the Court's Order dated April 20, 2010, this distribution is based on 90% of the available balance of the Net Settlement Fund, which is approximately $230 million. Accordingly, each Claimant is being paid a *pro-rata* share of the available funds, which the Claims Administrator calculated, pursuant to the terms of the Plan of Allocation, by dividing each Claimant's Recognized Loss by the total Recognized Losses of all Claimants, and then multiplying the result by the amount of the available funds. In this initial distribution, each Authorized Claimant is receiving approximately 12.74% of his, her, or its Recognized Loss. The remaining balance of the Net Settlement Fund will be distributed to eligible claimants in a second distribution.

Please note that this payment is a distribution from a "qualified settlement fund," as defined in Code of Federal Regulations Sections 1.468B-1–5. IRS regulations provide in part that whether a distribution from a qualified settlement fund "is includible in the claimant's gross income is generally determined by reference to the claim in respect of which the distribution is made and as if the distribution were made directly by the transferor." The tax treatment of this distribution varies based upon the individual circumstances and tax status of each Claimant. Accordingly, neither Plaintiffs' Counsel nor the Claims Administrator is able to determine the appropriate tax treatment for any Claimant. You should consult with your tax advisor to determine the tax consequences, if any, that the distribution of the Net Settlement Fund may have to you.

If you do not agree with the calculation of your claim, your disagreement/objection must be made in writing, signed, addressed to the above, and postmarked no later than twenty (20) days from the date of this letter. You must reference your claim number and detail the disagreement; your claim will then be re-evaluated by the Claims Administrator to determine if there is any validity to your arguments or any additional loss, and you will be notified in writing of the outcome. If you do not make and serve your objection in the manner described, you shall be deemed to have waived all objections to the amount of your distribution.

If you have any questions about your payment award, please contact the Claims Administrator at the address or telephone number(s) noted above.

**DEPOSIT PROMPTLY – VOID AND SUBJECT TO REDISTRIBUTION 90 DAYS AFTER ISSUE DATE** 19871 v.08 04.21 2010

**PLEASE CAREFULLY REVIEW THIS NOTICE AS IT WILL AFFECT YOUR CLAIM IN THE GENERAL MOTORS CORPORATION (NOW MOTORS LIQUIDATION COMPANY) BANKRUPTCY CASE**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re                                              :     Chapter 11 Case No.
                                                   :
MOTORS LIQUIDATION COMPANY, et al.,                :     09-50026 (REG)
    f/k/a General Motors Corp., et al.             :
                                                   :
                    Debtors.                       :     (Jointly Administered)
                                                   :
---------------------------------------------------------------X

## NOTICE OF OBJECTION TO INDIVIDUAL DEBT CLAIMS

### HERBERT BERGMAN

| Claim Information | | | | Basis For Objection |
|---|---|---|---|---|
| Date | Claim # | Debtor | Classification / Amount | Claim is duplicative of a claim allowed for the indenture trustee on behalf of all Individual Bondholders |
| 11/12/2009 | 22936 | MOTORS LIQUIDATION COMPANY | UNSECURED: $10,245.86 | |

**PLEASE TAKE NOTICE THAT**, on August 13, 2010, Motors Liquidation Company (formerly known as General Motors Corporation) and its affiliated debtors, as debtors in possession (the "**Debtors**"), filed an objection to your proof of claim identified above. The name of the objection is the Debtors' Fifty-Second Omnibus Objection to Claims (Duplicate Debt Claims) (the "**Objection**").

> You have received this notice because the Debtors have objected to your proof of claim and your rights will be affected.
>
> You should read this notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.

US_ACTIVE:\43430149\01\72240.0635

TO: Bergman

# *charles* SCHWAB

**Trade Confirmation**

101 Montgomery Street  San Francisco  California  94104  800 435 4000  www.schwab.com

Retain for Your Records

Account Number: 1527-0059
Page 1 of 1

**Mail To**

E TRR <8 00008503 000000012066 0001 20050201
HERBERT BERGMAN &
MURIEL BERGMAN JT TEN
5687 SPINDLE PALM CT APT B
DELRAY BEACH FL  33484

Going paperless is easy. Log on to www.schwab.com/paperless

## Security Description

| | Action | BOUGHT | | |
|---|---|---|---|---|
| GENERAL MOTORS  8.25%23 | Symbol: | | Trade Date: | 2/01/05 |
| NOTES    DUE 07/15/23 | Security No./Cusip: | 370442-BW-4 | Settlement Date: | 2/04/05 |
| | Branch Code: | XRYY | Type: | Cash |

| Quantity | Price | Principal | | Fees & Charges | Total Amount |
|---|---|---|---|---|---|
| 10,000 | 102.0232 | $10,252.32 | Accrued Interest. | $43.54 | $10,245.86 |

**For all of the above:**
Unless you have already instructed us differently, we will hold this security in your account.
Execution details upon request
Unsolicited trade
This security is subject to a make whole redemption provision.
Yield to maturity  8.037 %
Additional call features may exist which could affect yield;  Complete information will be provided upon request
Moody Rating Baa2 / S&P Rating BBB-
Capacity code D

Sept 6, 2010
Fidelity presently holding the bond

©2004 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Please see reverse for terms, conditions and capacity code definitions
TRR YY 1
E TRR <8 00008503 000000012066 0001 20050201

SIPC

00000850030101