## DIANE ZONAS AND NICK ZONAS

10380 S.W. 74th Ct.
Ocala, FL 34476-4100

September 10, 2010

Chambers of the Honorable Robert E. Gerber
United States Bankruptcy Court
One Bowling Green  Room 621
New York, New York 10004-1408

                Re:  Motors Liquidation Co,
                f/k/a General Motors Corp., et al
                Chapter 11 Case No. 09-50026

Dear Judge Gerber,

I received a letter from, Morgan Keegan and enclosed was the notice concerning bankruptcy case of General Motors handled by Motors Liquidation Company. We don't know why our claim is duplicated and proof of claim is disallowed. We have proof showing General Motors Corp. Cusip #37044 for 1200 shares or General Motors 7.375% senior unsecured notes in the amount of $29,000 and 30,000 GMAC smart notes 7.250% corporate bonds.

I understand Motors Liquidation Company has claim information dated November 6, 2009 claim #20586, class priority in the amount of $29,000.00. This may not sound like much to General Motors or Motors Liquidation, but it's part of our retirement savings!

Please allow are claim to be considered.

Sincerely,

*Diane Zonas*
Diane Zonas

*Nick Zonas*
Nick Zonas

CC: Weil, Gotshal & Manges LLP
     Kramer Levin Naftalis & Frankel LLP

ENC

*RECEIVED SEP 15 2010 U.S. BANKRUPTCY COURT, SDNY REG*