## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re:                                               :
                                                     :
MOTORS LIQUIDATION COMPANY, *et al*.,                :
    f/k/a General Motors Corp., *et al.*               :          Chapter 11
                                                     :          Case No. 09-50026 (REG)
                                                     :          (Jointly Administered)
        Debtors.                           :
---------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**      )
                           ) ss
COUNTY OF **SUFFOLK**      )

I, Kimberly Murray**,** being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent in the

above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York

11747.

    2.    On September 21, 2010, I caused a true and correct copy of the following documents:

(a) Transfer of Claim [Docket No. 7010] and (b) Form 210B Notice to be served upon the parties

identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box

maintained by the U.S. Postal service.

                         /s/ Kimberly Murray___
                         Kimberly Murray

Sworn to before me this 21st day of
September, 2010
/s/  Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

### **TRANSFEROR**

Aallied Die Casting Co of Illinois
3021 Cullerton Street
Franklin Park, IL 60131-2204

### **TRANSFEREE**

United States Debt Recovery V LP
940 Southwood Bl, Suite 101
Incline Village, NV 89451