RECEIVED
SEP 15 2010
U.S. BANKRUPTCY COURT, SDNY
REG

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

*In Re:*

**MOTORS LIQUIDATION COMPANY,** *et al.,*
f/k/a General Motors Corp., *et al.*

                              *Debtors.*

-----------------------------------------------------------X

**Chapter 11 Case#**
**09-50026 (REG)**

**NOTICE OF APPEARANCE**

**CLAIMANT:**    Robert E. Slatus

*CLAIM INFORMATION*

**Date:** 11/25/2009
**Claim #** 45849
**Debtor:** Motors Liquidation Company
**Classification/Amount:**    Unsecured:    $25,550.00

DEAR SIRS:

PLEASE TAKE NOTICE, that the above named claimant, appears herein, *Pro Se*, and responds to the objection to claims filed by the attorney for the debtors herein.

Please submit any replies and or notices to the below signed at the addresses stated below.

Dated: September 13, 2010
       New York, NY

Very truly yours,

Robert E. Slatus
*Pro Se*
225 West 34th Street
Suite 1303
New York, NY 10122
(212) 465-0537
RSLATUSESQ@AOL.COM

1

TO: Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;

Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153   (Attn: Joseph H. Smolinsky, Esq.); and

Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Jennifer Sharret, Esq.)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

*In Re:*

**MOTORS LIQUIDATION COMPANY,** *et al.,*
f/k/a **General Motors Corp.,** *et al.*

*Debtors.*

-----------------------------------------------------------X

**Chapter 11 Case#**
**09-50026 (REG)**

**RESPONSE**

CLAIMANT:     Robert E. Slatus

*CLAIM INFORMATION*

**Date:** 11/25/2009
**Claim #** 45849
**Debtor:** Motors Liquidation Company
**Classification/Amount:**   Unsecured:   $25,550.00

DEAR SIRS:

PLEASE TAKE NOTICE that the above named claimant, Robert E. Slatus, the below signed, appearing *pro se,* responds, to this Honorable Court, to the objections of the proof of claim, filed in regard to the above entitled matter, as follows:

1. That the above named claimant is a creditor of the above named debtors herein

2. That the claimant herein only filed one Notice of Claim in regard to the above stated matter.

3. That your claimant herein has no idea who the "Wilmington Trust Company" ("WTC") is.

4. That WTC acted without the consent, permission, or knowledge of the claimant herein if as alleged, WTC did in fact file a claim on behalf of the claimant

1

5. That your claimant was instructed by the attorney's for the debtor to file a claim with the Court and said attorneys, or the claim would be disallowed.

6. That claimant did follow the instructions given to him and did file a claim with this Honorable Court and the attorney for the debtor herein.

7. That after claimant filed a preliminary claim with the Court, as well as the attorneys for the debtor, claimant was instructed by the attorneys for the debtor to file a final claim in regard to this debt, which claimant completed and filed

8. That at no time was claimant informed that he need not file a claim with the Court or that his rights were protected by the entity, WTC

9. That it has been the experience of the claimant that when a bankruptcy is declared, each claimant therein must file a separate claim. As such, claimant did file a claim, as described above

10. That claimant does not understand why, in the Petition for Reorganization of the debtor herein, the debtor was allowed to retain certain properties belonging to it, which was not distributed to the creditors, thereby, reducing the amount to be distributed to the creditors herein

11. That if this Honorable Court were to disallow this claim, such disallowance would result in the further harm to this claimant.

12. That your claimant once again reiterates that he acted in good faith, when he filed his claim with the Court and attorneys for the debtor herein.

13. That your claimant acted without any knowledge of the acts or the existence of the said WTC and followed the instructions of the attorneys for the debtors herein.

WHEREAS it is respectfully requested that this Honorable Court allow the Claim of the claimant herein to continue unabated, and further that the attorneys for the debtors herein be instructed to withdraw any objection to the claim as submitted by the claimant, and be allowed to seek any reimbursement if any directly from the WTC.

Very truly yours,

Robert E. Slatus
*Appearing Pro Se*

Dated: September 13, 2010
New York, NY

TO:  Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;

Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153    (Attn: Joseph H. Smolinsky, Esq.); and

Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Jennifer Sharret, Esq.)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In Re:

**MOTORS LIQUIDATION COMPANY,** *et al.,*
f/k/a **General Motors Corp.,** *et al.*

Debtors.

-----------------------------------------------------------X

**Chapter 11 Case#**
**09-50026 (REG)**

**VERIFICATION**

Robert E. Slatus, hereby affirms under the penalties of perjury that all statements made in the attached response are true and correct based upon personal knowledge, except as to those statements made under information and belief and they are believed to be true.

**Robert E. Slatus**
*Appearing Pro Se*
225 West 34th Street
Suite 1303
New York, NY 10122
(212) 465-0537
RSLATUSESQ@AOL.COM

Affirmed to before me this
14th day of September 2010

ADAM PASKOFF
Notary Public, State Of New York
No 02PA5014615
Qualified In New York County
Commission Expires July 6, 20 11