UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 Case No. |
| MOTORS LIQUIDATION COMPANY, et al., f/k/a General Motors Corp., et al. | 09-50026 (REG) |
| Debtors. | (Jointly Administered) |
| | Certification |

## NOTICE OF RESPONSE TO INDIVIDUAL DEBT CLAIMS

## MARIO AND ANGELA TORRACA JTWROS

| Claim Information | | | |
|---|---|---|---|
| Date | Claim # | Debtor | Classification/Amount |
| 11/19/2009 | 30187 | Motors Liquidation Company | Unsecured: $100,000.00 |

1. Please accept this Certification that we do not oppose the disallowance and expungment of our claim based upon the August 18, 2010 Notice of Objection to Individual Debt Claims.

2. We understand from this Notice of Objection that Wilmington Trust Company ("WTC") is the indentured trustee of our General Motors Corporation bonds.

3. The WTC is entrusted to handle all of the administrative aspects of the bond issuance, including our claim.

4. Before learning that the WTC insures our interest are protected with respect to the interest, principle and trustee fees under our bonds, we filed a Proof of Claim on February 10, 2009. Based upon the objection, it appears that our Proof of Claim is duplicative.

5. We do not oppose the disallowance of the claim with the understanding that we are entitled to receive a distribution on account of such interest through the Global Proofs of Claim filed by WTC.

6. Based upon the Notice, we relied that the disallowance of our individual claim will not affect such interest. Based on same, we are willing not to object and, if necessary, withdraw the duplicative claim.

7. We rely that the end result of a disallowance and expungment of claim that is duplicative will be treated as if it is not filed, with our interests still protected by the WTC filing.

8. As this is our understanding and reliance, we are willing to forgo the hearing, presently scheduled for September 24, 2010.

9. However, if for any reason this is not the appropriate understanding and the Notice of Objection has the ability to effect our interests as filed by WTC, or that a hearing is necessary to protect such interests, we will make ourselves available telephonically.

We hereby certificate that the foregoing statements made by us are true. If any of the statements are willfully false, we are subject to punishment.

_____
Mario Torraca
321 Grant Avenue
Lyndhurst, NJ 07071
(201) 935-2138

_____
Angela Torraca
321 Grant Avenue
Lyndhurst, NJ 07071
(201) 935-2138

DATED:

CLAC; 479746.1