# GARDNER
*Chevrolet, Inc.*

May 26, 2009

General Motors Corporation:

    Gardner Chevrolet Inc. is requesting final and binding arbitration with this written notice over any and all claim, disputes, and controversies arising under or relating to the RELOCATION TERMINATION AND RELEASE AGREEMENT and its negotiation, execution, administration, modification, extension or enforcement.

Gardner Chevrolet

John Gardner, Pres.



Route 72 & Jennings Road     Manahawkin, NJ 08050     609.597.1161     Fax 609.597.2624