# FRANTZ WARD LLP

ATTORNEYS AT LAW

2500 KEY CENTER, 127 PUBLIC SQUARE • CLEVELAND, OHIO 44114-1230 • 216.515.1660 • FAX 216.515.1650
www.frantzward.com

Lynn D. Ansberry, Paralegal • 216-515-1457 • lansberry@frantzward.com

September 14, 2010

U.S. Bankruptcy Court
Southern District of New York
Attn: Clerk
One Bowling Green
New York, NY 10004-1408

      In Re: *Motorists Liquidation Company, fka General Motors, Corporation, et al.*
            Jointly Administered under Case No. 09-50026

Dear Sir or Madam:

Enclosed for filing is a Withdrawal of Claim on behalf of Avery Dennison in the amount of $34,857.97 relating to Debtor Motorists Liquidation Company, fka General Motors Corporation, Case No. 09-50026.

Please file the original and return a time-stamped copy in the enclosed, self-addressed stamped envelope.

Thank you for your assistance in this matter.

Sincerely,

Lynn D. Ansberry
Paralegal

Enclosure

cc:    Robert Losier (via email at RLosier@alixpartners.com)
       Tim Leslie, Esq. (via email)
       John F. Kostelnik, Esq. (via email)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☑ Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | AVERY DENNISON<br>C/O FRANTZ WARD LLP<br>ATTN: JOHN KOSTELNIK<br>2500 KEY CENTER 125 PUBLIC SQUARE<br>CLEVELAND,OH,44114 |
| Claim Number (if known): | 49633 |
| Date Claim Filed: | 11/24/2009 |
| Total Amount of Claim Filed: | $34,857.97 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _[signature]_          9/12/10

Print Name: John F. Kostelnik Esq.

Title (if applicable): Legal Counsel for Avery Dennison

---

SEP 17 2010

ERROR! NO PROPERTY NAME SUPPLIED.