# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | [X] Motors Liquidation Company, Case No. 09-50026<br><br>[ ] MLC of Harlem, Inc., Case No. 09-13558<br><br>[ ] MLCS, LLC, Case No. 09-50027<br><br>[ ] MLCS Distribution Corporation, Case No. 09-50028<br><br>[ ] Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>[ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | BONNIE J REYNOLDS<br>C/O ANDREW J HILL III ESQ<br>BLASINGAME, BURCH, GARRARD & ASHLEY PC<br>440 COLLEGE AVENUE PO BOX 832<br>ATHENS, GA 30603 |
| Claim Number (if known): | 44808 |
| Date Claim Filed: | 11/24/2009 |
| Total Amount of Claim Filed: | $1,000,718.74 |

(Stamped: SEP 16 2010)

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 9/13/10

Print Name: Andrew J. Hill III

Title (if applicable): Attorney for creditor

1

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | [X] Motors Liquidation Company, Case No. 09-50026<br><br>[ ] MLC of Harlem, Inc., Case No. 09-13558<br><br>[ ] MLCS, LLC, Case No. 09-50027<br><br>[ ] MLCS Distribution Corporation, Case No. 09-50028<br><br>[ ] Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>[ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | GARLAND REYNOLDS JR<br>C/O ANDREW J HILL III ESQ<br>BLASINGAME, BURCH, GARRARD & ASHLEY PC<br>440 COLLEGE AVENUE PO BOX 832<br>ATHENS, GA 30603 |
| Claim Number (if known): | 44809 |
| Date Claim Filed: | 11/24/2009 |
| Total Amount of Claim Filed: | $113,595.23 |

SEP 16 2010

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 9/13/10

Print Name: Andrew J. Hill III

Title (if applicable): attorney for creditor

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | BONNIE J AND GARLAND REYNOLDS JR<br>C/O ANDREW J HILL III ESQ<br>BLASINGAME, BURCH, GARRARD & ASHLEY PC<br>440 COLLEGE AVENUE PO BOX 832<br>ATHENS, GA 30603 |
| Claim Number (if known): | 44810 |
| Date Claim Filed: | 11/24/2009 |
| Total Amount of Claim Filed: | $2,445,402.63 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 9/13/10

Print Name: Andrew J. Hill III

Title (if applicable): Attorney for creditor

5