# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: <br><br> SEP 16 2010 | [X] Motors Liquidation Company, Case No. 09-50026 <br><br> [ ] MLC of Harlem, Inc., Case No. 09-13558 <br><br> [ ] MLCS, LLC, Case No. 09-50027 <br><br> [ ] MLCS Distribution Corporation, Case No. 09-50028 <br><br> [ ] Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> [ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | GARLAND REYNOLDS JR <br> C/O ANDREW J HILL III ESQ <br> BLASINGAME, BURCH, GARRARD & ASHLEY PC <br> 440 COLLEGE AVENUE PO BOX 832 <br> ATHENS, GA 30603 |
| Claim Number (if known): | 44809 |
| Date Claim Filed: | 11/24/2009 |
| Total Amount of Claim Filed: | $113,595.23 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 9/13/10

Print Name: Andrew J. Hill III

Title (if applicable): attorney for creditor

3