2916 Haddon Drive
Las Vegas, NV. 89134
September 12, 2010
Case #: 09-50026
Claim #: 2444 (10-02-09)

Chambers of the Honorable
Robert E. Gerber
United States Bankruptcy Court
One Bowling Green
Room 621
New York, N.Y. 10004-1408

Re: United States Bankruptcy Court
Southern District Of New York
In re
Motors Liquidation Company
f/k/a
General Motors Corp. (Debtors)
Case #: 09-50026 (Reg)
Claim #: 2444 (10-02-09)

Dear Madam/Sir:

This letter is in response to a "Notice of Objection to Individual Debt Claim", against General Motors Corp. or as they are now referred to as, Motor Liquidation Corp.

I have enclosed a copy of my solicited sale, of General Motors Corp., as a new issue, in February, 2002, at $25.00 per share, for a total of $10,000.

I also, enclosed a copy of my sell, in December, 2009 at $4.55 per share, for a total of $1819.05. I have lost $8180.00 on this Preferred Stock, and they still owe me "bond interest" for two quarters, August, 2009 and November, 2009. They never paid the interest for these two periods. Each quarter they paid $181.25, and still owe me $362.50 plus interest on the interest that they did not pay.

Please do not allow them to expunge my claim, as I bought this Preferred Stock, because of the good interest rate on it, and I was using the quarterly interest to live on.

Thank you.

Sincerely,

*Sharyn F. Weinstein*
Sharyn F. Weinstein

*CASE #09-50026 (REG)*
*CLAIM # 2444 (10-02-09)*

# TD WATERHOUSE INVESTOR SERVICES, INC.

Member NYSE/SIPC
100 Wall Street
New York, New York 10005-3701
(800) 934-4448

## TRADE CONFIRMATIONS

| TRADE DATE | ACCOUNT NUMBER |
|---|---|
| 02/07/2002 | ▬▬▬▬▬▬ |
| PROCESS DATE | ACCOUNT TYPE |
| 02/11/2002 | CASH |
| SETTLEMENT DATE | CUSIP NO. |
| 02/14/2002 | 370442758000 |
| | SECURITY NUMBER |
| | G008231 |
| | INTERNAL USE ONLY |
| | G2005 N |

| M | C | R.R. |
|---|---|---|
| 7 | 2 | FDX |

ALVIN J WEINSTEIN &
SHARYN F WEINSTEIN JT TEN
TOD
2916 HADDON DRIVE
LAS VEGAS NV 89134-8979

| YOU BOUGHT | YOU SOLD | SYMBOL | PRICE |
|---|---|---|---|
| 400 | | | 25 |

### DESCRIPTION

**GENERAL MOTORS CORP 7.25% SR**
**NTS DUE 2/15/52**
**BOOK ENTRY**
**02/14/02 DATED DATE**
**PROSPECTUS REQUIRED**
~~SOLICITED~~
**AS OF 02/07/02**

*SOLICITED AS NEW ISSUE IN 2002 BY TD WATERHOUSE AT $25.00 PER SHARE COST ME $10,000.*

| GROSS AMOUNT | INTEREST | COMMISSION | STATE TAX | SEC FEE | SERVICE CHG | NET AMOUNT |
|---|---|---|---|---|---|---|
| 10,000.00 | | | | | | $10,000.00 |

**PLEASE NOTIFY US IMMEDIATELY IF CONFIRMATION IS NOT CORRECT**

---

### FOR REMITTANCE ONLY (IF SUFFICIENT FUNDS ARE NOT ON DEPOSIT)

| NET AMOUNT | ACCOUNT NUMBER | SETTLEMENT DATE |
|---|---|---|
| $10,000.00 | ▬▬▬▬▬▬ | 02/14/2002 |

SEC REGULATIONS REQUIRE FUNDS/SECURITIES (IF NOT ON DEPOSIT) BY SETTLEMENT DATE. PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE PAYABLE TO : TD Waterhouse Investor Services, Inc.

https://webbroker73.tdwaterhouse.com/scripts/eServicesRequestor.asp?EA=4C4FD417875...    2/12/2002

**AMERITRADE**  SIPC

## Confirmation Notice

**SHARYN F WEINSTEIN TR FBO**
**REV LIVING TRUST OF SHARYN WEINSTEIN**
**UA 07/15/2009**
**2916 HADDON DR**
**LAS VEGAS NV 891348979**

| Account Number | Other Information | Transaction Number | Capacity Codes | Your Representative |
|---|---|---|---|---|
| ████████ | | 05534432493 | 5 | FF |

| Activity | Quantity | CUSIP Number | Price | Principal Amount | Fees | Sales Fee |
|---|---|---|---|---|---|---|
| YOU SOLD | 400 | 370442758 | 4.55 | 1,820.00 | | 0.05 |

| As of Trade Date | Trade Date | Settlement Date | Interest | Commission | Net Amount |
|---|---|---|---|---|---|
| | 12/11/2009 | 12/16/2009 | | | 1,819.95 |

| Symbol | Trade Description |
|---|---|
| RGM | GENERAL MOTORS CORP 7.25% CALLABLE |

### THIS IS AN UNSOLICITED TRADE

Taking control of your retirement planning is easy. Roll over an old 401(k)/IRA to TD AMERITRADE and get access to a range of investment and portfolio guidance solutions, plus powerful planning tools. Visit a nearby branch for your FREE Retirement Checkup. Or go to tdameritrade.com for more information.

*I LOST $ 8180.00 ON THIS STOCK AND THEY OWE ME BOND INTEREST FOR 8-2009 AND 11-2009 OF $181.25 PER QUARTER FOR A TOTAL OF $ 362.50 +*