Timothy F. Nixon
Carla O. Andres (*Pro Hac Vice*)
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, Wisconsin 53202
Telephone: (414) 273-3500
Facsimile: (414) 273-5198

*Attorneys for Fee Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------ x
                                                       :
In re:                                                 :    Chapter 11
                                                       :
MOTORS LIQUIDATION COMPANY, *et al.,*                  :    Case No. 09-50026
    f/k/a General Motors Corp., *et al.,*        :    (Jointly Administered)
                                                       :
                     Debtors.   :    Honorable Robert E. Gerber
                                                       :
------------------------------------------------------ x

# STIPULATION AND ORDER FOR ADJOURNMENT OF SEPTEMBER 24, 2010 HEARING ON THIRD INTERIM FEE APPLICATION OF BROWNFIELD PARTNERS, LLC

**TO:     THE HONORABLE ROBERT E. GERBER**
        **U.S. BANKRUPTCY JUDGE**

## STIPULATION

The Fee Examiner of General Motors Corporation (n/k/a/ Motors Liquidation Company), appointed on December 23, 2009, and Brownfield Partners, LLC ("**Brownfield**") hereby stipulate and agree that the Court may enter an order adjourning the September 24, 2010 hearing on the *Third Interim Application of Brownfield Partners, LLC as Environmental Consultants to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2010 through May 31, 2010* [Docket No. 6541] ("**Brownfield's Third Interim Fee Application**") on the following terms:

5409224_1

i. The Fee Examiner will submit a preliminary report on Brownfield's Third Interim Fee Application contemporaneously with his reports on all of the other third interim fee applications but will defer any specific objections or recommendations pending his receipt and review of supplemental detail to be provided by Brownfield in support of Brownfield's Third Interim Fee Application.

ii. The hearing on Brownfield's Third Interim Fee Application will be held on October 26, 2010 at 9:45 a.m. (Prevailing Eastern Time).

Dated: Madison, Wisconsin
September 16, 2010.

GODFREY & KAHN, S.C.

By: */s/ Carla O. Andres*
Timothy F. Nixon (TN 2644)
Carla O. Andres (CA 3129)

GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, Wisconsin 53202
Telephone: (414) 273-3500
Facsimile: (414) 273-5198
E-mail: tnixon@gklaw.com
candres@gklaw.com

*Attorneys for Fee Examiner*

MCCARTER & ENGLISH, LLP

By: _____*/s/ Jeffrey Testa*_____
Jeffrey Testa

MCCARTER & ENGLISH, LLP
100 Mulberry Street
Four Gateway Center
Newark, NJ 07102
Telephone: (973) 639-7939
Facsimile: (973) 297-6230
E-mail: jtesta@mccarter.com

*Attorneys for Brownfield Partners, LLC*

SO ORDERED, this
**21st** day of September, 2010

**s/ Robert E. Gerber**
Hon. Robert E. Gerber
United States Bankruptcy Judge