# Karl & Smith

Practice limited to Estate and Small Business Planning
493 Front Street, Berea, Ohio 44017
Local Phone: 1 (440) 891-8320 Local Fax: 1 (440) 891-9317
TOLL FREE PHONE: 1 (888) 459-6400 TOLL FREE FAX: 1 (866) 891-2844

---

September 14, 2010

The Honorable Robert E. Gerber
United States Bankruptcy Judge
One Bowling Green
New York NY 1004-1408
Courtroom: 621

To the Honorable Robert E. Gerber:

I respectfully submit to the Court an OBJECTION TO ORDER GRANTING DEBTORS' EIGHTY-THIRD OMNIBUS OBJECTION TO CLAIMS (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) for Case No. 09-50026 (REG).

Also enclosed is the Attorney Password Application to initiate Pro Hac Vice process.

Sincerely,

Margie T. Karl
Attorney at Law

Enclosure

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

MOTORS LIQUIDATION COMPANY, et al.,
f/k/a General Motors Corp., et al.
                        Debtors.

Chapter 11 Case No.
09-50026 (REG)

(Objection)

## OBJECTION TO ORDER GRANTING DEBTORS' EIGHTY-THIRD OMNIBUS OBJECTION TO CLAIMS
### (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees)

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) ("MLC") and its affiliated debtors in possession (collectively, the "Debtors") requested relief of the court from certain welfare benefits claims filed by retired and former salaried and executive employees. Claimant, Paul Hansen, of 8980 Ashwood Court, Olmsted Falls, OH 44138, Claim # 28150, objects to said claim. As an act of good-will, Debtors should continue to provide the Salaried and Executive Employee Welfare Benefits Claims including claims for medical, dental, vision, life insurance, short term disability, long term disability, tuition assistance, and extended care coverage, or a combination thereof, offered under the plans sponsored by Debtors. The discontinuation of these benefits will result in health care and financial hardships for the Claimant as he, and his family, are dependent on the services and coverage provided through these benefits. The claimant will be unable to replace the life insurance and health insurance coverage due to his age and existing medical conditions.

Dated: Berea, Ohio
        September 15, 2010

Margie T. Karl
KARL & SMITH
Attorneys at Law
493 Front Street
Berea, Ohio 44017
Telephone: (440) 891-8320
Facsimile: (440) 891-9317
Attorney for Paul Hansen

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-----------------------------------------------------------<br>In re<br><br>MOTORS LIQUIDATION COMPANY, et al.,<br>f/k/a General Motors Corp., et al.<br>                      Debtors.<br>----------------------------------------------------------- | )<br>)<br>)<br>)  Chapter 11 Case No.<br>)  09-50026 (REG)<br>)<br>)  (Objection)<br>)<br>)<br>) |

## Certificate of Service

This is to certify that The OBJECTION TO ORDER GRANTING DEBTORS' EIGHTY-THIRD OMNIBUS OBJECTION TO CLAIMS (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) for Case No. 09-50026 (REG) has hereby been served via priority mail on The Honorable Robert E. Gerber, United States Bankruptcy Judge, One Bowling Green, New York, NY 10004-1408 and on the following (see attached list) via regular U.S. Mail, this 15th day of September, Two Thousand and Ten.

Dated:  Berea, Ohio
           September 15, 2010

_____
Margie T. Karl
KARL & SMITH
Attorneys at Law
493 Front Street
Berea, Ohio 44017
Telephone: (440) 891-8320
Facsimile: (440) 891-9317
Attorney for Paul Hansen

Weil, Gotshal & Manges LLP
Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq.,
and Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York NY 10153

Motors Liquidation Company
Attn: Ted Stenger
500 Renaissance Center
Suite 1400
Detroit MI 48243

General Motors, LLC
Attn: Lawrence S. Buonomo, Esq.
400 Renaissance Center
Detroit MI 48265

Cadwalader, Wickersham, & Taft LLP
Attorneys for the US Department of the Treasury
Attn: John J. Rapisardi, Esq.
One Word Financial Center
New York NY 10281

The United States Department of the Treasury
Attn: Joseph Samarias, Esq.
1500 Pennsylvania Ave NW
Room 2312
Washington, D.C. 20220

Vedder Price, P.C.
Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.
1633 Broadway
47th Floor
New York, NY 10019

Kramer Levin Naftalis & Frankel LLP
Attn: Thomas Moers Mayer, Esq., Robert Schmidet, Esq.,
and Lauren Macksoud, Esq.
1177 Avenue of the Americas
New York NY 10036

The Office of the U.S. Trustees for the Southern
District of New York
Attn: Tracy Hope Davis, Esq.
33 Whitehall Street
21st Floor
New York NY 10004

The U.S. Attorney's Office, S.D.N.Y.
Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.
86 Chambers Street
Third Floor
New York NY 10007

Caplin & Drysdale, Chartered
Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.
375 Park Avenue
35th Floor
New York NY 10152-3500

Caplin & Drysdale, Chartered
Attn: Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.
One Thomas Circle, N.W.
Suite 1100
Washington, D.C. 20005

Stutzman, Bromberg, Esseman & Plifka
A Professional Corporation
Attn: Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.
2323 Bryan Street, Suite 2200
Dallas TX 75201
...