**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
www.ctlegalsolutions.com

September 13, 2010

Joseph H. Smolinsky
Weil, Gotshal & Manges LLP
767 Fifth Avenue,
New York, NY 10153

Re: Motors Liquidation Company, etc., et al., Debtors // To: Checker Motors Corporation

Case No. 09-50026

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the registered agent for an entity by the name of CHECKER MOTORS CORPORATION.

Accordingly, we are returning the documents received from you.

Very truly yours,

Chris Moseder
Process Specialist

Log# 517243707

FedEx Tracking# 790233578749

cc: US Bankruptcy Court - Southern District
    One Bowling Green,
    New York, NY 10004-1408

SEP 17 2010