**HEARING DATE AND TIME: October 26**, **2010** at 9:45 a.m. (Eastern Time)
**OBJECTION DEADLINE:  October 19, 2010** at 4:00 p.m. (Eastern Time)

Matthew E. Wilkins (MI Bar # P56697, admitted *pro hac vice*)
BROOKS WILKINS SHARKEY & TURCO, PLLC
401 S. Old Woodward Avenue, Suite 460
Birmingham, MI  48009
Telephone: (248) 971-1800
Facsimile:  (248) 971-1801

Attorneys for Weber Automotive Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In Re: | Chapter 11 |
|---|---|
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | Case No. 09-50026-REG |
| **f/k/a General Motors Corp.,** *et al.* | (Jointly Administered) |
| **Debtors.** | |

**INDEX OF EXHIBITS**

| **Exhibit** | **Description** |
|---|---|
| A. | Proposed Order |
| 1 | Amended Complaint and Case Summary |
| 2 | Screen print from GM website of Weber Contracts |
| 3 | Proof of Claim |
| 4 | *Gey Assocs. Gen. P'ship v. 310 Assocs., L.P.* |