**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In Re:

**MOTORS LIQUIDATION COMPANY,** *et al.*,
  f/k/a **General Motors Corp.,** *et al.*

  **Debtors.**

Chapter 11

Case No. 09-50026-REG

(Jointly Administered)

**ORDER GRANTING MOTION OF WEBER AUTOMOTIVE PURSUANT TO RULE 60(b) OF THE FEDERAL RULES OF CIVIL PROCEDURE AND BANKRUPTCY RULE 9024 FOR RELIEF FROM ORDER GRANTING DEBTORS' TWENTY-THIRD OMNIBUS OBJECTION TO CLAIMS**

Upon the Motion of Weber Automotive Pursuant to Rule 60(b) of the Federal Rules of Civil Procedure and Bankruptcy Rule 9024 for Relief from Order Granting Debtors' Twenty-Third Omnibus Objection to Claims (the "Motion") filed by Albert Weber GmbH ("Weber GmbH") and Weber Automotive Corp. f/k/a Albert Weber Manufacturing Co. ("Weber Automotive" and, collectively "Weber"); the Court finding that the relief requested in the Motion is necessary and would be in the best interest of the Debtors, their estates and creditors; and sufficient cause appearing, therefor it is hereby,

ORDERED that the Motion is granted; and it is further

ORDERED that Weber is granted relief from the Order Granting Debtors' Twenty-Third Omnibus Objection to Claims (Claims Assumed by General Motors, LLC) [docket #6334] and Weber's proof of claim filed in these proceedings (Claim #31246), in the amount of $15,827,857, is hereby reinstated in full against the Debtors' estates; and it is further

ORDERED that the Debtors shall immediately pay to Weber the sum of $_____, representing Weber's attorneys fees and costs for filing the Motion and related expenses.

Dated:
    New York, New York

                                                                                           _____
                                                                                          HONORABLE ROBERT E. GERBER
                                                                                          UNITED STATES BANKRUPTCY JUDGE