

# Contract Notices

User: wD4U52FV

My Contracts | Documents & Links

Vendor Master ID: 939963773

## Supplier Details

| Supplier Name: WEBER, ALBERT CO |
|---|
| Contract Cure Amount: $137,949.43 |
| # of Contracts: 11 |

Click here to view Contracts

## Cure Amount Details

| Remit DUNS | PO Number | BOL | Document Date | Due Date | Amount | |
|---|---|---|---|---|---|---|
| RD93996377 | PRO1K870007 | 80208-01 | 8/2/2008 | STAYED | $11,324.74 | USD |
| RD93996377 | PRO1K870007 | 80908-01 | 8/9/2008 | STAYED | $13,841.35 | USD |
| RD93996377 | PRO1K870007 | 81608-01 | 8/16/2008 | STAYED | $4,194.35 | USD |
| RD93996377 | PRO1K870007 | 82308-01 | 8/23/2008 | STAYED | $7,549.82 | USD |
| RD93996377 | PRO1K870007 | 82908-01 | 8/29/2008 | STAYED | $7,549.82 | USD |
| RD93996377 | PRO1K870007 | 80004077 | 9/13/2008 | STAYED | $18,874.56 | USD |
| RD93996377 | PRO1K870007 | 80004076 | 9/13/2008 | STAYED | $7,549.82 | USD |
| RD93996377 | PRO1K870007 | 80004188 | 9/20/2008 | STAYED | $18,874.56 | USD |
| RD93996377 | PRO1K870007 | 80004322 | 9/29/2008 | STAYED | $18,455.13 | USD |
| RD93996377 | PRO1K870007 | 80004457 | 10/6/2008 | STAYED | $22,649.47 | USD |
| RD93996377 | PRO1K870007 | 0103973 | 9/11/2008 | STAYED | ($7,344.30) | USD |
| RD93996377 | PROCOSTRECV | 118709 | 5/26/2008 | STAYED | ($20,000.00) | USD |
| RD93996377 | PROCOSTRECV | 121209 | 8/6/2008 | STAYED | ($275.00) | USD |
| RD93996377 | PROCOSTRECV | 121210 | 8/6/2008 | STAYED | ($110.00) | USD |
| RD93996377 | PROCOSTRECV | 123065 | 9/2/2008 | STAYED | ($940.00) | USD |
| RD93996377 | PROCOSTRECV | 351027564 | 9/29/2008 | STAYED | ($9,652.64) | USD |
| RD93996377 | PRO22RV0001 | 0166939 | 9/1/2008 | 10/02/2008 | $1,919.34 | USD |
| RD93996377 | PRO22RV0001 | 0167682 | 8/13/2008 | 10/02/2008 | $1,919.34 | USD |
| RD93996377 | PRO22RV0001 | 0168216 | 8/27/2008 | 10/02/2008 | $13,435.38 | USD |
| RD93996377 | PRO22RV0001 | 0168673 | 9/3/2008 | 11/02/2008 | $1,919.34 | USD |
| RD93996377 | PRO22RV0001 | 0168676 | 9/3/2008 | 11/02/2008 | $22,285.67 | USD |
| RD93996377 | PRO22RV0001 | 0169918 | 9/30/2008 | 11/02/2008 | $3,838.68 | USD |

**Important Notices:**

All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that in the sale motion.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into and/or referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case may be, or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory nature of a contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.