FORM B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT    SOUTHERN    DISTRICT OF    NEW YORK | PROOF OF CLAIM |
|---|---|

| Name of Debtor<br>Motors Liquidation Company (f/k/a General Motors Corp.) | Case Number<br>09-50026 (REG) |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Weber Automotive Corp. and Albert Weber GmbH

Name and address where notices should be sent:

c/o Paula Hall, Brooks Wilkins Sharkey & Turco PLLC
401 S. Old Woodward, #460, Birmingham, MI 48009

Telephone number: (248) 971-1800

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here ☐ replaces
if this claim ☐ amends    a previously filed claim, dated:_____

**1. Basis for Claim**
- ☒ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☒ Other   contract termination and other damages

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
        (date)        (date)

**2. Date debt was incurred:**
2006-2008

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $  15,827,857.00 _____ _____    15,827,857.00
                                              (unsecured)    (secured)    (priority)    (Total)
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate    ☐ Motor Vehicle
  ☐ Other_____

Value of Collateral:  $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any:  $_____

**6. Unsecured Nonpriority Claim** $ 15,827,857.00

☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority  $_____
Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date<br>11/18/2009 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>Paula A. Hall, one of its attorneys    *Paula A. Hall* |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## ADDENDUM TO WEBER'S PROOF OF CLAIM

Albert Weber GmbH ("Weber GmbH") and Weber Automotive Corp. f/k/a Albert Weber

Manufacturing Co. ("Weber Automotive" and with Weber Automotive, collectively "Weber")

are suppliers of engine components to the automotive and heavy equipment industry.  In 2006

and 2007, General Motors Corp. ("GM") entered into a series of purchase order contracts

(collectively, the "Purchase Orders") with Weber whereby GM agreed to purchase engine

components from Weber.  Specifically, GM issued purchase orders to Weber for the supply of

cylinder blocks and crankshafts for various programs.


## THE WEBER/GM PURCHASE ORDERS

A.  The V8 Crankshaft Purchase Orders between GM Corp and Weber GmbH

GM issued two purchase orders to Weber GmbH for the sale of crankshafts for GM's

LS9 and LS7 V8 programs:

1.  Purchase Order 1KPC0000, 1KPC0007, 1KPC0000, and 1KPC000C, for
crankshafts for the LS9 program (Part No. 12598610) (Exhibit 1); and,

2.  Purchase Order 1KPC0004, for crankshafts for the LS7 program (Part No.
12611649) (Exhibit 2).

Weber performed its material obligations under the Purchase Orders.  Nonetheless, on

June 18, 2008, GM terminated the V8 Crankshaft Purchase Orders.  GM has failed to pay Weber

GmbH certain outstanding amounts for the supply of the V8 LS9 and LS7 Crankshafts to GM

and associated, recoverable termination charges, causing Weber GmbH damages.


B.  The V8 LS9 Cylinder Block Purchase Order between GM Corp and Weber Automotive

GM issued Purchase Order 1K870000 to Weber Automotive for the purchase of cylinder

blocks for the LS9 V8 program (Part No. 12602098) (Exhibit 3).

Weber Automotive performed its material obligations to GM pursuant to the terms of the LS9 V8 Cylinder Block Purchase Order. On September 24, 2008, GM terminated the LS9 V8 Cylinder Block Purchase Order. GM has failed to pay Weber Automotive certain outstanding amounts for the supply of the LS9 V8 Cylinder Block Purchase Order and associated, recoverable termination charges, causing Weber Automotive damages.

## DAMAGES AND CLAIM AMOUNT

GM has breached its contracts with Weber, and Weber has suffered damages in an amount not less than $15,827,857, comprised of the following:

1.  $9,499,419 for breach of the V8 LS7 Crankshaft Purchase Order;

2.  $1,859,210 for breach of the V8 LS9 Crankshaft Purchase Order;

3.  $3,669,228 for breach of the V8 LS9 Cylinder Block Purchase Order; and,

4.  More than $800,000 for a setoff taken by GM against payables to Weber for claimed professional fees for legal, accounting, and consulting firms.

2

# EXHIBIT 1

 Weber Automotive

## Contract Header Listing - GM several projects

| Components | Project | Type | Part Number | Date of Quote | Quotation Number | Date of Order-Receipt | Date of Contract Header | Number of Conuact Header | Date of Contradiction |
|---|---|---|---|---|---|---|---|---|---|
| Crankshaft | Supercharge V8 | LS9 | 12598610 | 31.03.2006 | 100555/004-0112 | 01.05.2006 | 26.04.2006 | 1XPCG000 | 05.05.2006 | PP |
| | | | | | | | 20.04.2007 | 1XPCG007 | 01.06.2007 | |
| | | | | | | | 14.09.2007 | 1XPCG000 | 03.08.2007 | PP |
| | | | | | | | 10.01.2008 | 1XPCG00C | 07.02.2008 | T |

Quotation  Albert Weber

General Motors de México
Mr. Antero Rodarte
Senior Buyer Powertrain

Fax:        +55 5901-3774
Telephone: +55 5901-3571
E-Mail:     antero.rodartegarcia@gm.com

Copy        edgar.orduna@gm.com

Albert Weber Manufacturing Corp
231 Deming Way
Eastlion Commerce Park
Summerville/Charleston 29483
South Carolina USA

Phone   +1 843 875 6366
Fax     +1 843 875 4020

E-Mail  info@weber-a.com
Internet www.weber-a.com

| Date: | 31st March 2006 | Telephone: | 843 875-6366 ext. 102 |
| Contact person | Daniel Weber | Mobile: | 843 814 0129 |
| Our Reference | VC-dw | E-Mail: | d.weber@weber-a.com |

Your RFQ dated from October 21st – 6,2L V8 Crankshaft LS8, LS9, LSA and LST –
Machining Process
Your RFQ-No.: 1100443402 and 1100443416
Quotation No.: 100555/004-0112

Dear Antero,

According to your latest email we revised our quotation again.

Following you will find our revised quotation along with our terms and conditions:

---

| 1. | Product and Services Provided |
|---|---|

| | NAME | Part No | | Status |
|---|---|---|---|---|
| 1.1 | Crankshaft | 12598610 | LS9 | 30AP05 |
| 1.2 | Crankshaft | 12603616 | LS8, LSA, LST | 01AU05 |

Complete NC machining and assembly according to drawings, RFQ-data and specifications as
follows:

- Part Identification
- Lengths and Centre Machining
- Milling Cheeks
- Turning Stubend, Flange, Mains
- Milling Crank Pins

A division of Weber Automotive                    Page 1 of 1

| Management board | Headquarter |
|---|---|
| Albert Weber | Germany |
| Christian Weber | Otto-Lilienthal-Straße 5 |
| Daniel Weber | D-86677 Markdorf |

Quotation  Albert Weber

- Gundrill Oil Holes
- Pin Drilling (Lightening)
- Main Drilling (Lightening)
- Induction Hardening
- Deep Fillet Rolling
- Machining Ends
- Thrust Bearing Fine Turning and Deep Rolling
- Grinding Main Journals
- Grinding Crank Pins
- Grinding Stubends
- Grinding Flange, Reluctor Ring and Flywheel Pilot
- Balancing
- Crack Detection
- Finishing
- High Pressure Washing
- Final Quality Control
- Classification
- Assembly

## 2. Prices, Delivery and Payment Conditions

Based on a contract duration of minimum 4 years, a continuous production and a guaranteed share of 100% of the demand on Crankshaft machining and assembly for the LS8, LS9, LSA and LST projects, Weber is responsible for the steel-surcharges and they are included in the following prices:

Quotation  Albert Weber

2.1  Crankshaft LS8, LS9, LSA, LST

|  | Crankshaft 12598610 – LS9 | Crankshaft 12603616 – LS8, LSA, LST |
|---|---|---|
| SOP | 02/2008 | 05/2008 |
| Duration | 4 years | |
| Yearly quantity | 2,000 pcs | 40,000 pcs |
| Total in US$ per pcs incl. packaging | US$ 242.84 | US$ 216.73 |
| Tooling costs in US$* | US$ 980,000 | |

*(Fixtures, Tools, Production Set-up, Initial Sample, etc.)
for a max. capacity of 46.200 pcs/year. (42,000 pcs +10%)

Ratio: We allow a 3%-ratio starting from the second full production year and lasting for 3 years maximum:

| Ratio | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|
| LS9 | 139,60 | 139,60 | 135,53 | 131,59 | 127,75 |
| LS8, LSA, LST | 128,48 | 128,48 | 124,74 | 121,10 | 117,58 |

2.2  Prices:                    + value added tax

2.3  Price Basis:              2006

2.4  Delivery:                 FCA Albert Weber GmbH, Markdorf, Germany
                               Packaging included

2.5  Payment Terms.
     Parts:                    2nd day of the 2nd month after the receipt of goods
     Tooling:                  100%    after PPAP
                               latest 14 days after PPAP-date.
                               Weber is authorised to determine the possible PPAP-
                               date. GM is committed to pay the tooling costs latest 14
                               days after PPAP-date.

Quotation  Albert Weber

| 3. | Delivery, Production and Contract Duration |
|----|---|

**3.1   Delivery/Time schedule**

Sample Parts/Pre-production Parts
Sample parts will be introduced in 6 months after placing of order.
Pre-production parts can be delivered for machining costs of:

|  | Crankshaft 12598610 – LS9 | Crankshaft 12603616 – LS8, LSA, LST |
|---|---|---|
| Pre-production Price per pcs in US$ | US$ 1.453,45 | US$ 1.051,19 |

Series Production
Series production will start 12 months after placing of order and clarification of all associated details.

**3.2   Production**

We calculate for our production process a flexibility within ± 10% and produce each day constant the average of the yearly volume respective of the volume for the next 6 months period.
(volume of the year divide by 250 days/year)

For our production and capacity planning we need 6 months ahead a forecast of your demands for the following 6 months period.
An increase in demand and capacity more then plus 10% needs to be ordered 6 months ahead of delivery date for increased volume.

**3.3   Duration of contract and supply of the 100%-demand**

The contract duration is fixed agreed corresponding to item 2 for minimum 4 years contract duration.
The Albert Weber Manufacturing Corp. will install the requested capacity with the payment of the tooling costs.
GM is committed to purchase exclusive the 100% demands in LS8, LS9, LSA and LST Crankshaft machining and assembly from Albert Weber and will not purchase machining or assembly capacity from any other supplier during the duration of contract or will not establish in-house production.

Quotation  Albert Weber

---

**4.    Obligation to deliver and Obligation to accept Deliveries**

We are obliged to fulfil the respective volumes according to quality, quantity and on-time deliveries, and so is the purchaser. The party that violates this agreement fully covers the other parties compensation.

---

**5.    Provisions**

**5.1    Rejects**

In case of quality complaints caused by defective parts supplied by us, we will receive a written report according to DIN ISO 9002 and appropriate time for repair or to send substitute parts.
Costs for any repairs at the receiving plant being performed without our prior approval will be refused.
In principle we are not liable for any direct or indirect damages caused by defective material supplied by us.

---

**6.    GM Terms & Conditions / Supplier Quality System Requirements**

The Albert Weber Manufacturing Corp. does accept the GM Terms & Conditions as confirmed in this quotation. For all further requirements it is necessary to confirm the validity in a separate acknowledgement.
Regarding the Supplier Quality System Requirements we confirm the TS 16949 standards and will determine the valid requirements for our company together with the GM Supplier Quality Engineer after receiving of order.
Albert Weber does accept the GM Terms & Conditions.

---

**7.    Ownership of Tooling**

With the payment of the tooling costs GM will have the ownership of the tooling. By the Albert Weber Manufacturing Corp. remains the right to use the tooling for an unlimited time period.

Quotation                                               Albert Weber

---

| 8. | Quotation Validity |
|---|---|

This quotation is valid for 3 months from the date of issue.

This quotation is only valid in connection with the offer 100555/001-003 Crankshaft V8 4.6L Ultra

We hope the above quotation is clear, and that we will be able to meet your needs

As a specialist in the contract manufacturing of engine and drive train components for the automotive industry and engine manufacturers, we can ensure you that our products will meet your high quality standards and that our deliveries will be reliable.

We are looking forward to hearing from you.

Best regards,

Albert Weber Manufacturing Corp.

Daniel Weber

| Contract Line Item Page | 1 of 4 | | Issue Date | 26-Apr-2006 |
|---|---|---|---|---|
| Standard Blanket Contract Number: | 1KPC0000 | Amendment Number: | 000 | |
| | | Part Number: | 000000012598610 | |

## LINE ITEM DETAIL



*General Motors Corporation*

| This Line Item is effective from | 01-Jan-2008 | through | 20-Feb-2013 |
|---|---|---|---|

Part Description:     CRANKSHAFT ASM
Amendment Reason:     Contracting New Parts

Manufacturing DUNS Number:
00316123579

Supplier Name and Manufacturing Address:
ALBERT WEBER GMBH
OTTO LILIENTHAL STR 5
88677 MARKDORF
GERMANY

Buyer Name:
Rodarte, Antero
Buyer Code:        M33
Phone:             +52 555901 3774
Fax:               +52 555901 3571

Sample Date:                    25-Apr-2006
Hazardous Material Indicator:   N

Line Item Notes:
According to the results of AP 1 100443402, WEBER resulted to best
supplier.
Productivity performance 3% per year applied to the Machining Portion,
starting on the second year of full production.
Fixed price during all the program, no surcharge payments or material price
adjustments allowed.

ARG
............................................................................
...........................................................

Terms and Conditions:
.............

| This Period effective from | 01-Jan-2008 | through | 28-Feb-2010 |
|---|---|---|---|

Freight Terms:          Collect

| Contract Line Item Page | 2  of  4 | | Issue Date: | 26-Apr-2006 |
|---|---|---|---|---|

Standard Blanket Contract Number:  1KPC0000    Amendment Number:  000
Part Number:  000000012590610

Payment Terms:          (88) MNS-2, On average, payment shall be made on
                        the second day of the second month following
                        Buyers receipt date of goods or services.
Delivery Terms:         Free Carrier (FCA)
Delivery DUNS:          00316123579
Ship From DUNS:         00316123579
Daily Capacity:         10
Hours Per Day:          5
Price Type              Expendable

Price Composition:

The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any applicable taxes

All Prices are expressed in    USD

Base Price:                                                              242.840000

| Total Price: | | |
|---|---|---|
| UOM: | PIECES | 242.840000 |

Receiving Plants and Plant Percentage
As scheduled                                        100 %

Terms & Conditions
TTOP

| This Period effective from | 01-Mar-2010 | through | 28-Feb-2011 |
|---|---|---|---|

Freight Terms:          Collect
Payment Terms:          (88) MNS-2, On average, payment shall be made on
                        the second day of the second month following
                        Buyers receipt date of goods or services.
Delivery Terms:         Free Carrier (FCA)
Delivery DUNS:          00316123579
Ship From DUNS:         00316123579
Daily Capacity:         10
Hours Per Day:          5
Price Type              Expendable

Contract Line Item Page:        3  of  4                                        Issue Date:    26-Apr-2006
Standard Blanket Contract Number:   1KPC0000              Amendment Number:    000
                                                         Part Number:          000000012598610

Price Composition:

The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any applicable taxes.

All Prices are expressed in      USD

Base Price:                                                                    238.521251

Total Price:                                                                   238.521251
UOM:              PIECES

Receiving Plants and Plant Percentage
As scheduled                                                100 %

Terms & Conditions:
TTOP

This Period effective from          01-Mar-2011    through    20-Feb-2012

Freight Terms:            Collect
Payment Terms:            (I18) MNS-2, On average, payment shall be made on
                          the second day of the second month following
                          Buyers receipt date of goods or services.
Delivery Terms:           Free Carrier (FCA)
Delivery DUNS:            00316123579
Ship From DUNS:           00316123579
Daily Capacity:           10
Hours Per Day:            5
Price Type:               Expendable

Price Composition:

The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any applicable taxes.

All Prices are expressed in      USD

Base Price:                                                                    234.279300

Contract Line Item Page:            4  of  4

Standard Blanket Contract Number:    1KPC0000

Issue Date.    26-Apr-2006

Amendment Number.    000
Part Number:    000000012690610

Total Price:
UOM:        PIECES                                                            234.279308

Receiving Plants and Plant Percentage
As scheduled
                                                            100%

Terms & Conditions:
TTOP

This Period effective from        01-Mar-2012    through    28-Feb-2013

Freight Terms:        Collect
Payment Terms:       (88) MNS-2. On average, payment shall be made on
                     the second day of the second month following
                     Buyers receipt date of goods or services.
Delivery Terms:      Free Carrier (FCA)
Delivery DUNS.       00316123579
Ship From DUNS:      00316123579
Daily Capacity:      10
Hours Per Day:       5
Price Type           Expendable

Price Composition:

The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any applicable
taxes.

All Prices are expressed in    USD

Base Price:                                                            230.112805

Total Price:
UOM:        PIECES                                                            230.112805

Receiving Plants and Plant Percentage
As scheduled
                                                            100%

Terms & Conditions:
TTOP

Contract Line Item Page         1  of  3
Standard Spot Buy Contract Number:  IKPC0007
Amendment Number:  000

Issue Date:  20-Apr-2007

Part Number:  000000012598610



# LINE ITEM DETAIL for TOOLING CONTRACT
### General Motors Corporation

This Line Item is effective from    10-Apr-2007    through    10-Apr-2010

Part Description:
Amendment Reason:

CRANKSHAFT ASM
Contracting New Parts

Manufacturing DUNS Number:
00316123579

Supplier Name and Manufacturing Address:
ALBERT WEBER GMBH
OTTO LILIENTHAL STR.5
88677 MARKDORF
GERMANY

Buyer Name:
Morado, Rafael
Buyer Code:                        M03
Phone:                              55-5901-3088
Fax:                                55-5901-3141

Tooling Capacity:                                            8,800
Hazardous Material Indicator:                                N

Line Item Notes:
Purchase order issued to cover the cost of special permanent tools, dies, patterns, and/or molds
necessary to produce part number, part description, as follows:

PN. 12598610
Program: LS9 V8 engine
Price type: Bulk
Supplier contact: Daniel Weber
Physical Location of tooling:  Markdorf, Germany
Tool Capacity: 8,800
Note: tool will support also production of 12568820 (LS7)

Tool Description .... .. ...Unit Price

Contract Line Item Page:            2   of   3

Standard Spot Buy Contract Number:  1KPC0007          Issue Date:  20-Apr-2007
Amendment Number:  000
                                                       Part Number:  000000012598610

Forging . . . . . . . . . . . . . . . . . . . $160,000
Milling/drilling . . . . . . . . . . . . $27,747
Grinding . . . . . . . . . . . . . . . . $57,967
Machining . . . . . . . . . . . . . . . $35,782
Hardening & Rolling . . . . . . $19,580
Gundrill . . . . . . . . . . . . . . . . $15,549
Washing . . . . . . . . . . . . . . . . $5,033
Quality . . . . . . . . . . . . . . . . $12,957
Assembly . . . . . . . . . . . . . . . $7,660
Others . . . . . . . . . . . . . . . . . $32,052


Total Tooling . . . . . . . . . . . . . . . . $376,327 USD


Supplier is required to mark all General Motors tools with the GM Identification Tags. All pricing and
tooling is subject to GM audit


Rafael Morado
4/19/2007


Terms and Conditions:
. . . . . . . . . .

Freight Terms:
Payment Terms:                                         Collect
                                                       (08) MNS-2, On average, payment shall
                                                       be made on the second day of the
                                                       second month following Buyers receipt
                                                       date of goods or services

Delivery Terms:                                        Free Carrier (FCA)

Delivery DUNS:
Ship From DUNS:                                        00316123579
Price Type:                                            00316123579
                                                       Bulk
Price Composition:
The Total Price is composed of Base Price plus any applicable taxes

All Prices are expressed in    USD
Quantity:
Base Price:
                                                                            1
                                                       376,327.000000

Contract Line Item Page.          3  of  3
Standard Spot Buy Contract Number:  1KPC0007                    Issue Date   20-Apr-2007
Amendment Number:  000
                                                          Part Number:  000000012598610

| Total Price: | |
|---|---|
| | 376,327.000000 |
| UOM: | |
| | LOT |

Terms and Conditions.
C4

Contract Line Item Page          1 of  4
Standard Blanket Contract Number:  1KPC0000          Issue Date:  14-Sep-2007
Amendment Number:  001
                                                     Part Number:  000000012590610



**LINE ITEM DETAIL**
*General Motors Corporation*

| This Line Item is effective from | 01-Jun-2008 | through | 28-Feb-2013 |

Part Description:                                    CRANKSHAFT ASM
Amendment Reason:                                    Duns Number Maintenance

Manufacturing DUNS Number:
00016123579

Supplier Name and Manufacturing Address:
ALBERT WEBER GMBH
OTTO LILIENTHAL STR 5
88677 MARKDORF
GERMANY

Buyer Name:
Peniche, Arthuro
Buyer Code                          XSJ
Phone:                              +52 55 5901 3165
Fax                                 +52 55 5901 3141

Sample Date:
Drawing Date:                       25-Apr-2005
Hazardous Material Indicator:       07-18-07
                                    N

Line Item Notes:
According to the results of AP 1100443402, WEBER resulted to best supplier.
Productivity performance 3% per year applied to the Machining Portion, starting on the second year of
full production.
Fixed price during all the program, no surcharge payments or material price adjustments allowed

ARG
===============================================================
Amendment created to modify Ship from DUNS number to reflect Albert Weber/Belleville warehouse
relationship.
Dummy Duns: 000166884

Arturo Peniche
Buyer Code: XSJ
Ph: 52 55 5901 3165
September 14th, 2007

Terms & Conditions:

Contract Line Item Page:        2  of  4                    Issue Date:  14-Sep-2007
Standard Blanket Contract Number:  1KPC0000
Amendment Number:  001                              Part Number:  000000012598610

| This Period effective from | 01-Jan-2008 | through | 28-Feb-2010 |

Freight Terms:                                     Collect
Payment Terms:                                     (88) MNS-2, On average, payment shall
                                                   be made on the second day of the
                                                   second month following Buyers receipt
                                                   date of goods or services.
Delivery Terms:                                    Free Carrier (FCA)
Delivery DUNS:                                     00316123579
Ship From DUNS.                                    00000166884
Daily Capacity:                                    10
Hours Per Day:                                     5
Price Type:                                        Expendable

Price Composition:
The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any
applicable taxes.

All Prices are expressed in        USD
Base Price:                                                                        242.840000

| Total Price: | 242.840000 |
| UOM: | PIECES |

Receiving Plants and Plant Percentage
As scheduled                                       100%

Terms & Conditions:
TTOP

| This Period effective from | 01-Mar-2010 | through | 28-Feb-2011 |

Freight Terms.                                     Collect
Payment Terms:                                     (88) MNS-2, On average, payment shall
                                                   be made on the second day of the
                                                   second month following Buyers receipt
                                                   date of goods or services
Delivery Terms:                                    Free Carrier (FCA)
Delivery DUNS:                                     00316123579
Ship From DUNS.                                    00000166884
Daily Capacity:                                    10
Hours Per Day:                                     5

Contract Line Item Page:          3  of  4                    Issue Date:  14-Sep-2007
Standard Blanket Contract Number:  1KPC0000
Amendment Number:  001                          Part Number:  000000012598610

Price Type:                                     Expendable

Price Composition:
The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any
applicable taxes.

All Prices are expressed in    USD
Base Price:                                                              238.521251

| Total Price: | 238.521251 |
| UOM: | PIECES |

Receiving Plants and Plant Percentage
As scheduled                                    100 %

Terms & Conditions:
TTOP

| This Period effective from | 01-Mar-2011 | through | 19-Feb-2012 |

Freight Terms:
Payment Terms:                          Collect
                                        (88) MNS-2, On average, payment shall
                                        be made on the second day of the
                                        second month following Buyers receipt
                                        date of goods or services.
Delivery Terms:                         Free Carrier (FCA)
Delivery DUNS:                          00316123579
Ship From DUNS:                         00000166884
Daily Capacity:                         10
Hours Per Day:                          5
Price Type:                             Expendable

Price Composition:
The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any
applicable taxes.

All Prices are expressed in    USD
Base Price:                                                              234.279300

| Total Price: | 234.279300 |
| UOM: | PIECES |

Receiving Plants and Plant Percentage
As scheduled                                    100 %

Terms & Conditions:

Contract Line Item Page        4  of  4                          Issue Date  14-Sep-2007
Standard Blanket Contract Number:  1KPC0000
Amendment Number:  001                                          Part Number  000000012598510

TTOP

This Period effective from        01-Mar-2012    through    28-Feb-2013

Freight Terms:                                Collect
Payment Terms:                                (88) MNS-2, On average, payment shall
                                              be made on the second day of the
                                              second month following Buyers receipt
                                              date of goods or services.
Delivery Terms:                               Free Carrier (FCA)
Delivery DUNS:                                00316123579
Ship From DUNS:                               00060166884
Daily Capacity:                               10
Hours Per Day:                                5
Price Type:                                   Expendable

Price Composition:
The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any
applicable taxes.

All Prices are expressed in     USD
Base Price:                                                               230.112805

Total Price:                                                              230.112805
UOM:                                                                         PIECES

Receiving Plants and Plant Percentage
As scheduled                                              100 %

Terms & Conditions:
TTOP

Contract Line Item Page:          1  of  3
Standard Spot Buy Contract Number:  1KPC000C                    Issue Date:  10-Jan-2000
Amendment Number:  000
                                                              Part Number:  000000012598610



## LINE ITEM DETAIL for TOOLING CONTRACT
### General Motors Corporation

This Line Item is effective from    10-Jan-2000    through    10-Jan-2011

Part Description:                                    CRANKSHAFT ASM
Amendment Reason:                                    Contracting New Parts

Manufacturing DUNS Number:
00316123579

Supplier Name and Manufacturing Address:
ALBERT WEBER GMBH
OTTO LILIENTHAL STR 5
88677 MARKDORF
GERMANY

Buyer Name:
Rodarte, Antero
Buyer Code:                    M33
Phone                          +52 555901 3774
Fax                            +52 555901 3571

Tooling Capacity:
Tooling Capacity Hours:                             8,800
Hazardous Material Indicator:                       20
                                                    N

Line Item Notes:
Purchase order issued to cover the cost of special permanent tools, dies, patterns, and/or molds
necessary to produce part number, part description, as follows:

PN: 12598610
Program: LS9 V8 engine
Price type: Bulk
Supplier contact: Daniel Weber
Physical Location of tooling: Markdorf, Germany
Tool Capacity: 8,800
Note: tool will support also production of 12568820 (LS7)

Contract Line Item Page          2  of  3                    Issue Date.  10-Jan-2008
Standard Spot Buy Contract Number:  1KPC000C
Amendment Number:  000                                       Part Number:  000000012598610

Tool Description ........ ....Unit Price (EUR)

Forging  ..... ... .......... .....$160,000
Milling/drilling. ......... . ....$27,747
Grinding........ .......... ...$57,967
Machining. . ... ..  ......$35,782
Hardening & Rolling. .... ...$19,580
Gundrill ... .... ..... ...... ......$15,549
Washing... .... ..... . . ......$5,033
Quality. ... ..... .......... ......$12,957
Assembly .... .... ... ........ ....$7,660
Others ... . . . ..... ......... ....$32,052

Total Tooling  ... ..... ... ...........$376,327 EUR

Supplier is required to mark all General Motors tools with the GM Identification Tags. All pricing and
tooling is subject to GM audit.

If machinery and equipment as defined by GMs tooling guidelines, is listed on this order, the price of that
M&E will be debited from that tooling order, and no adjustment to piece price will be permitted.
Additionally, if the value of the tool(s) are less than the quoted amount per GMs tooling team, that value
of those tools will be reduced to the amount specified by the aforementioned group
Supplier must provide all requested data to GM within a reasonable time and in the manner prescribed
Failure to do so will result in an equitable adjustment to the purchase order and /or debit.
GM tooling Guidelines apply

Arturo Peniche per Antero Rodarte
Ph. 52 55 5901 3165
Buyer Code: XSJ
January 10th, 2008

Terms and Conditions:
...........

Freight Terms:                                Collect
Payment Terms:                                (88) MNS-2, On average, payment shall
                                              be made on the second day of the
                                              second month following Buyers receipt
                                              date of goods or services.

Delivery Terms:                               Free Carrier (FCA)

Delivery DUNS                                 00316123579

Contract Line Item Page        3  of  3                    Issue Date:  10-Jan-2008
Standard Spot Buy Contract Number:  1KPC000C
Amendment Number:  000                                     Part Number:  000000012598610

Ship From DUNS:                                            00316123579
Price Type:                                                Bulk

Price Composition:
The Total Price is composed of Base Price plus any applicable taxes.

All Prices are expressed in        EUR
Quantity:                                                                          1
Base Price                                                           376,327.000000

| | |
|---|---|
| Total Price: | 376,327.000000 |
| UOM: | LOT |

Terms and Conditions:
C4
Schedule

Case 2:08-cv-12671-LPZ-SDP    Document 11-7    Filed 05/22/2009    Page 23 of 23



# EXHIBIT 2

Weber Automotive

## Contract Header Listing - GM several projects

| Components | Project | Type | Part Number | Date of Quote | Quotation Number | Date of Order-Receipt | Date of Contract Header | Number of Contract Header | Date of Contradiction |
|---|---|---|---|---|---|---|---|---|---|
| Crankshaft | Supercharged V8 | LS7 | 12611849 | 24-04-2006 | 1005550004-0123 | | 26.10.2006 | IKPC0003 | 09.05.2007 PP |
| | | | | | | | 28.11.2006 | IKPC0003 | 02.08.2007 |
| | | | | | | | 22.11.2006 | IKPC0004 | |
| | | | | | | | 07.08.2007 | IKPC0004 | 07.02.2008 |
| | | | | | | | 14.09.2007 | IKPC0004 | PP |

Quotation  Albert Weber

General Motors de México
Mr. Antero Rodarte
Senior Buyer Powertrain

Fax:        +55 5901-3774
Telephone: +55 5901-3571
E-Mail.    antero.rodartegarcia@gm.com

Copy:      edgar.orduna@gm.com

Albert Weber Manufacturing Corp.
231 Fleming Way
Eastport Commerce Park
Summerville/Charleston 29483
South Carolina USA

Phone:  +1 843 875 63 66
Fax:    +1 843 875 48 20

E-Mail: info@weber-a.com
Internet: www.weber-a.com

| | | Telephone | 843 875-6366 ext. -102 |
|---|---|---|---|
| Date | 24th April 2006 | Mobile | 843 814 8129 |
| Contact person: | Daniel Weber | E-Mail: | d.weber@weber-a.com |
| Our Reference: | VC-dw | | |

Your RFQ dated from October 21st – 6,2L V8 Crankshaft LS7 – Machining Process
Your RFQ-No.: 1100443416
Quotation-No.: 100555/004-012b

Dear Antero,

We reviewed or last quotation that included the LS7 and quote the LS7 type alone now.

Following you will find our revised quotation along with our terms and conditions:

## 1.    Product and Services Provided

| | NAME | Part No | | | Status |
|---|---|---|---|---|---|
| 1.1 | Crankshaft | 12568820 | LS7 | | 17MY04 |

Complete NC machining and assembly according to drawings, RFQ-data and specifications as follows:

- Part Identification
- Lenghts and Centre Machining
- Milling Cheeks
- Turning Stubend, Flange, Mains
- Milling Crank Pins
- Gundrill Oil Holes

A division of Weber Automotive.

Page 1 of 6

Management board    Headquarter
Albert Weber        Germany
Christian Weber     Otto-Lilienthal-Straße 5
Daniel Weber        D-08677 Marktlori

Quotation  Albert Weber

- Pin Drilling (Lightening)
- Main Drilling (Lightening)
- Induction Hardening
- Deep Fillet Rolling
- Machining Ends
- Thrust Bearing Fine Turning and Deep Rolling
- Grinding Main Journals
- Grinding Crank Pins
- Grinding Stubends
- Grinding Flange, Reluctor Ring and Flywheel Pilot
- Balancing
- Crack Detection
- Finishing
- High Pressure Washing
- Final Quality Control
- Classification
- Assembly

| 2. | Prices, Delivery and Payment Conditions |
|---|---|

Based on a contract duration of minimum 8 years, a continuous production and a guaranteed share of 100% of the demand on Crankshaft machining and assembly for the LS7 project. Weber is responsible for the steel-surcharges and they are included in the following prices:

Quotation  Albert Weber

2.1  Crankshaft LS7

| | Crankshaft 12568820 – LS7 |
|---|---|
| SOP | 06/2007 |
| Duration | 8 years |
| Yearly quantity | 6,000 pcs |
| Total quantity | 48,000 pcs |
| Total in US$ per pcs incl. packaging | US$ 331,66 |
| Tooling costs in US$* | - |

*(Fixtures, Tools, Production Set-up, Initial Sample, etc.)
for a max. capacity of 52,800 pcs/year. (48,000 pcs +10%)

Note: As forging material we assume the following materials.
LS7:              4140, 4340

Ratio: We allow a 1,5%-ratio starting from the second full production year and lasting for
3 years maximum.

| Ratio | 06/2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|---|---|---|---|
| LS7 | 142,73 | 142,73 | 140,62 | 138,54 | 136,50 | 136,50 | 136,50 | 136,50 | 136,50 |

2.2  Prices:                     + value added tax

2.3  Price Basis:               2006

2.4  Delivery:                  FCA Albert Weber GmbH, Germany

2.5  Payment Terms:
Parts:                          in 30 days after delivery, net
Tooling:                        50%      after receiving of order
                                50%      after validation of sample parts,
                                latest 30 days after sample parts introduction

Quotation                     Albert Weber

---

**3.    Delivery, Production and Contract Duration**

**3.1    Delivery/Time schedule**

**Sample Parts/Pre-production Parts**
Sample parts will be introduced in 6 months after placing of order
Pre-production parts can be delivered for machining costs of:

| | Crankshaft 12568820 – LS7 |
|---|---|
| Pre-production Price per pcs in US$ | US$ 1.337,18 |

**Series Production**
Series production will start 12 months after placing of order and clarification of all associated details.

**3.2    Production**

We calculate for our production process a flexibility within ± 10% and produce each day constant the average of the yearly volume respective of the volume for the next 6 months period.
(volume of the year divide by 250 days/year)

For our production and capacity planning we need 6 months ahead a forecast of your demands for the following 6 months period.
An increase in demand and capacity more then plus 10% needs to be ordered 6 months ahead of delivery date for increased volume.

**3.3    Duration of contract and supply of the 100%-demand**

The contract duration is fixed agreed corresponding to item 2 for a minimum Total of 48,000 pieces.
The Albert Weber Manufacturing Corp. will install the requested capacity with the payment of the tooling costs.
GM is committed to purchase exclusive the 100% demands in LS7 Crankshaft machining and assembly from Albert Weber and will not purchase machining or assembly capacity from any other supplier during the duration of contract or will not establish in-house production.

Quotation      Albert Weber

---

**4.    Obligation to deliver and Obligation to accept Deliveries**

We are obliged to fulfil the respective volumes according to quality, quantity and on-time deliveries, and so is the purchaser. The party that violates this agreement fully covers the other parties compensation.

---

**5.    Provisions**

**5.1    Rejects**

In case of quality complaints caused by defective parts supplied by us, we will receive a written report according to DIN ISO 9002 and appropriate time for repair or to send substitute parts.
Costs for any repairs at the receiving plant being performed without our prior approval will be refused
In principle we are not liable for any direct or indirect damages caused by defective material supplied by us.

**5.2    Machine Scrap**

For machine scrap we consider the following rates for which we are not liable for the value of the forgings.

| | |
|---|---|
| Process Setup: | 50 pieces |
| Series Production: | 2% after initial sample approval |

---

**6.    GM Terms & Conditions / Supplier Quality System Requirements**

The Albert Weber Manufacturing Corp. does accept the GM Terms & Conditions as confirmed in this quotation. For all further requirements it is necessary to confirm the validity in a separate acknowledgement.
Regarding the Supplier Quality System Requirements we confirm the TS 16949 standards and will determine the valid requirements for our company together with the GM Supplier Quality Engineer after receiving of order.
Albert Weber does accept the GM Terms & Conditions.

Quotation      Albert Weber

---

**7.**    Ownership of Tooling

With the payment of the tooling costs GM will have the ownership of the tooling. By the Albert Weber Manufacturing Corp. remains the right to use the tooling for an unlimited time period.

---

**8.**    Quotation Validity

This quotation is valid for 3 months from the date of issue.

This quotation is only valid in connection with the offer 100555/001-003 Crankshaft V8 4.6L Ultra.

We hope the above quotation is clear, and that we will be able to meet your needs.

As a specialist in the contract manufacturing of engine and drive train components for the automotive industry and engine manufacturers, we can ensure you that our products will meet your high quality standards and that our deliveries will be reliable.

We are looking forward to hearing from you.

Best regards,

Albert Weber Manufacturing Corp.

Daniel Weber

Contract Line Item Page          1 of 5
Standard Blanket Contract Number:   1KPC0003

Amendment Number:   000
Part Number:   000000012568820

Issue Date:   26-Oct-2006

## LINE ITEM DETAIL



*General Motors Corporation*

| This Line Item is effective from | 01-Aug-2007 | through | 01-Apr-2010 |

Part Description:   CRANKSHAFT ASM
Amendment Reason:   Global Sourcing

Manufacturing DUNS Number:
00316123579

Supplier Name and Manufacturing Address:
ALBERT WEBER GMBH
OTTO LILIENTHAL STR 5
88677 MARKDORF
GERMANY

Buyer Name:
Rodarte, Aniero
Buyer Code:       M33
Phone:             +52 5559013774
Fax:               +52 5559013571

Sample Date:              01-Jan-2007
Drawing Date:             04-27-06
Hazardous Material Indicator:   N

Line Item Notes:
24-Oct-06

"Acting in the name and on behalf of General Motors Corporation, is pleased to announce that your company has been selected as the development/production supplier for the subject parts quoted above. It is the intent of General Motors Corporation, to utilize these parts on stated share of the quoted business (see above). General Motors Corporation and its subsidiary and affiliates will issue production contracts to your company when and if their respective managements approve their specific programs. Production contracts, of course, will be subject to your company's successful completion of development work that meets the established requirements and targets including price, tooling, quality, reliability, service, delivery and lead time. Seller acknowledges that the parts have not been released for production, and agrees that until the production contract(s) are issued, any expenditures made or expenses incurred by Seller shall be made at Seller's sole risk and shall not be reimbursed or otherwise recovered from General Motors Corporation, or its subsidiaries and affiliates. General Purchasing Terms and Conditions The detailed terms and conditions of our commitment to your company will be

Contract Line Item Page:        2  of  5                                            Issue Date:    26-Oct-2006
Standard Blanket Contract Number:  1KPC0003          Amendment Number:    000
                                                     Part Number:        000000012560020

governed by a separate contract with each "Buyer," e.g., General Motors
Corporation or its subsidiary or affiliate. The General Purchasing Terms
and Conditions of each Buyer will apply! Contractual binding documents
listed in order of precedence:'

Based on GS 1100443416 A. Weber resulted the most competitive supplier and
business will be moved to them ASAP.

12560020
Price : 331.66 USD, price includes expandable packaging and rust
preventative, it is FCA Germany
Tooling: No charges, it will use the same tooling than LS9 project.
Price Reductions.

01-MAY-2006 31-MAR-2007    331.660000 USD
01-APR-2007 31-JUL-2007    331.660000 USD
01-AUG-2007 31-JUL-2008    331.660000 USD
01-AUG-2008 31-JUL-2009    326.605100 USD
01-AUG-2009 01-APR-2010    321.784620 USD

No changes on the piece price will be made based on material fluctuations.

Estimated date to start supplying GM April 2007

'Co-Sourcing Buyer reserves the right to review the competitiveness of
components furnished to Seller by lower tier suppliers.  Such review may
involve joint activities of Buyer and Seller (co-sourcing).  When requested
by Buyer, Seller shall participate in any co-sourcing process and shall
provide all necessary support, at no charge to Buyer.'
'Development cost Buyer reserves the right to pay the engineering
development and design cost either as a lump-sum or as part of the piece
price.  Buyer is also entitled to switch at any time from lump sum payment
to payment through the piece price. In such case the piece price over the
contract term will be adjusted for the amount of any cost so far unpaid.'

'Intellectual Property GM will be the owner of all technical information
and rights (including patents) that result from your development work, and
may use and allow others to use such technical information and rights
without restriction. Intellectual property and copyrightable works created
by Seller under this contract shall be considered "works made for hire." To
the extent that the works do not qualify as "works made for hire,' Seller
hereby assigns to Buyer all right, title and interest in all copyrights
and moral rights therein. At request all drawings and documentation
relating to the design will be handed to AOGMBH  without delay or
hinderance. Such right, title and interest shall be deemed paid for by
payment of the agreed development  price, with no additional payment
required '
'Cost Management Process We consider your above mentioned quotation details
including the concept sheet valid until SORP! Minor design iterations to
meet quoted functional, performance and design specifications will not be
considered for cost review. Major design, performance  or functional
changes deviating from the final SOR / concept will be reviewed jointly for
cost impacts prior to the approval of the change. All potential piece
price and tooling cost changes must be communicated immediately in writing
with a revised  concept sheet to the Lead Buyer's Purchasing
Representative. No increase or reduction of any kind will be allowed
without  the written approval of Lead Buyer's Purchasing Representative '

Contract Line Item Page.        3  of  5

Standard Blanket Contract Number:   1KPC0003

Issue Date    26-Oct-2006

Amendment Number:    000
Part Number:         000000012568820

"Supply Chain Buyer reserves the right to alter or remove auxiliary
services and their respective costs in connection with the delivery of
parts (such as extent of subassembly, sequencing, kitting or material
delivery requirements) until SORP based on your company's latest quote
mentioned above and reduce the purchase price accordingly. Additional
agreements (technical and commercial). Supplier is responsible for all
unstated deviations from the technical specifications, statements of work,
and supporting documents, which were not mutually agreed to and signed off
by GM engineering and purchasing."
"Seller is to contact Engineer at its earliest convenience to commence
participation. Seller will be contacted shortly by buyer to review the
development program. At that time the buyer will also review the
procedures which will be utilized should the issuance of Purchase Contracts
for prototypes or other items determined necessary."

Antero Rudarte
52-555901-3774

Terms and Conditions:
Longterm Agreement Eff 10/03

| This Period effective from | 01-Aug-2007 | through | 31-Jul-2008 |

Freight Terms:        Collect
Payment Terms:        (88) MNS-2, On average, payment shall be made on
                      the second day of the second month following
                      Buyers receipt date of goods or services.
Delivery Terms:       Free Carrier (FCA)
Delivery OUNS:        00316123579
Ship From OUNS:       00316123579
Daily Capacity:       10
Hours Per Day:        5
Price Type            Expendable

Price Composition:

The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any applicable
taxes.

All Prices are expressed in        USD

Base Price:

331.650000

Contract Line Item Page        4   of   5
Standard Blanket Contract Number:    1KPC0003

Issue Date    26-Oct-2006
Amendment Number:    000
Part Number:    000000012560820

| Total Price | | |
|---|---|---|
| UOM: | EACH | 331.660000 |

Receiving Plants and Plant Percentage
As scheduled

100%

Terms & Conditions:
TTOP

| This Period effective from | 01-Aug-2008 | through | 31-Jul-2009 |
|---|---|---|---|

Freight Terms:        Collect
Payment Terms:        (88) MNS-2, On average, payment shall be made on
                      the second day of the second month following
                      Buyers receipt date of goods or services.
Delivery Terms:       Free Carrier (FCA)
Delivery DUNS:        00316123579
Ship From DUNS:       00316123579
Daily Capacity:       10
Hours Per Day:        5
Price Type            Expendable

Price Composition:

The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any applicable
taxes.

All Prices are expressed in        USD
Base Price:

326.605100

| Total Price | | |
|---|---|---|
| UOM: | EACH | 326.605100 |

Receiving Plants and Plant Percentage
As scheduled

100%

Terms & Conditions:
TTOP

| This Period effective from | 01-Aug-2009 | through | 01-Apr-2010 |
|---|---|---|---|

Freight Terms:        Collect
Payment Terms:        (88) MNS-2, On average, payment shall be made on
                      the second day of the second month following
                      Buyers receipt date of goods or services.
Delivery Terms:       Free Carrier (FCA)

Contract Line Item Page.            5  of  5

Standard Blanket Contract Number:   1KPC0003                                          Issue Date   26-Oct-2005
                                                        Amendment Number:   000
                                                        Part Number:   000000012560020

Delivery DUNS:              00316123579
Ship From DUNS:             00316123579
Daily Capacity:             10
Hours Per Day:              5
Price Type                  Expendable


Price Composition:

The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any applicable
taxes.

All Prices are expressed in      USD

Base Price.

                                                                                          321.780020


| Total Price: | | |
| UOM: | EACH | 321 780020 |

Receiving Plants and Plant Percentage
As scheduled
                                                        100 %

Terms & Conditions:
TTOP

Contract Line Item Page          1 of 5
Standard Blanket Contract Number:  1KPC0003          Issue Date:    28-Nov-2006
                                                     Amendment Number:   001
                                                     Part Number:        000000012568020

## LINE ITEM DETAIL

    *General Motors Corporation*

| This Line Item is effective from | 01-Aug-2007 | through | 01-Apr-2010 | CANCELED |

Part Description                CRANKSHAFT ASM
Amendment Reason:               Cancelled

Manufacturing DUNS Number:
00316123579

Supplier Name and Manufacturing Address:
ALBERT WEBER GMBH
OTTO LILIENTHAL STR 5
88677 MARKDORF
GERMANY

Buyer Name:
Rodarte, Antero
Buyer Code          M33
Phone               +52 555901 3774
Fax                 +52 555901 3571

Sample Date.                    01-Jan-2007
Drawing Date.                   04-27-06
Hazardous Material Indicator:   N

Line Item Notes:
24-oct-06

'Acting in the name and on behalf of General Motors Corporation, is pleased
to announce that your company has been selected as the
development/production supplier for the subject parts quoted above.  It is
the intent of General Motors Corporation, to utilize these parts on stated
share of the quoted business (see above).  General Motors Corporation and
its subsidiary and affiliates will issue production contracts to your
company when and if their respective managements approve their specific
programs.  Production contracts, of course, will be subject to your
company's successful completion of development work that meets the
established requirements and targets including price, tooling, quality,
reliability, service, delivery and lead time. Seller acknowledges that the
parts have not been released for production, and agrees that until the
production contract(s) are issued, any expenditures made or expenses
incurred by Seller shall be made at Seller's sole risk and shall not be
reimbursed or otherwise recovered  from General Motors Corporation, or its
subsidiaries and affiliates. General Purchasing Terms and Conditions The
detailed terms and conditions of our commitment to your company will be

| Contract Line Item Page | 2 of 5 | | | | |
|---|---|---|---|---|---|
| | | | | Issue Date: | 28-Nov-2006 |
| Standard Blanket Contract Number: | 1KPC0003 | Amendment Number: | | 001 | |
| | | Part Number: | | 000000012568820 | |

governed by a separate contract with each "Buyer", e.g., General Motors
Corporation or its subsidiary or affiliate. The General Purchasing Terms
and Conditions of each Buyer will apply! Contractual binding documents
listed in order of precedence."

Based on GS 1100443416 A. Weber resulted the most competitive supplier and
business will be moved to them ASAP

12568820
Price : 331.66 USD, price includes expendable packaging and rust
preventive, it is FCA Germany
Tooling: No charges, I will use the same tooling than LS9 project.
Price Reductions

01-MAY-2006 31-MAR-2007    331.660000 USD
01-APR-2007 31-JUL-2007    331.660000 USD
01-AUG-2007 31-JUL-2008    331.660000 USD
01-AUG-2008 31-JUL-2009    326.685100 USD
01-AUG-2009 01-APR-2010    321.784820 USD

No changes on the piece price will be made based on material fluctuations.

Estimated date to start supplying GM April 2007

'Co-Sourcing Buyer reserves the right to review the competitiveness of
components furnished to Seller by lower tier suppliers. Such review may
involve joint activities of Buyer and Seller (co-sourcing). When requested
by Buyer, Seller shall participate in any co-sourcing process and shall
provide all necessary support, at no charger to Buyer.'
'Development cost Buyer reserves the right to pay the engineering
development and design cost either as a lump-sum or as part of the piece
price. Buyer is also entitled to switch at any time from lump sum payment
to payment through the piece price. In such case the piece price over the
contract term will be adjusted for the amount of any cost so far unpaid.'

'Intellectual Property GM will be the owner of all technical information
and rights (including patents) that result from your development work, and
may use and allow others to use such technical information and rights
without restriction. Intellectual property and copyrightable works created
by Seller under this contract shall be considered "works made for hire " to
the extent that the works do not qualify as "works made for hire," Seller
hereby assigns to Buyer all right, title and interest in all copyrights
and moral rights therein. At request all drawings and documentation
relating to the design will be handed to AOGMBH without delay or
hinderance. Such right, title and interest shall be deemed paid for by
payment of the agreed development price, with no additional payment
required.'
'Cost Management Process We consider your above mentioned quotation details
including the concept sheet valid until SORP! Minor design iterations to
meet quoted functional, performance and design specifications will not be
considered for cost review. Major design, performance or functional
changes deviating from the final SOR / concept will be reviewed jointly for
cost impacts prior to the approval of the change. All potential piece
price and tooling cost changes must be communicated immediately in writing
with a revised concept sheet to the Lead Buyer's Purchasing
Representative No increase or reduction of any kind will be allowed
without the written approval of Lead Buyer's Purchasing Representative.'

Contract Line Item Page:          3  of  5
Standard Blanket Contract Number:    1KPC0003          Issue Date:    28-Nov-2006
Amendment Number:    001
Part Number:    000000012568020

'Supply Chain Buyer reserves the right to alter or remove auxilliary
services and their respective costs in connection with the delivery of
parts (such as extent of subassembly, sequencing, killing or material
delivery requirements) until SORP based on your company's latest quote
mentioned above and reduce the purchase price accordingly. Additional
agreements (technical and commercial); Supplier is responsible for all
unstated deviations from the technical specifications, statements of work,
and supporting documents which were not mutually agreed to and signed off
by GM engineering and purchasing.'
'Seller is to contact Engineer at its earliest convenience to commence
participation. Seller will be contacted shortly by buyer to review the
development program. At that time the buyer will also review the
procedures which will be utilized should the issuance of Purchase Contracts
for prototypes or other items determined necessary.'

Antero Rodarte
52-555901-3774

Terms and Conditions:
Longterm Agreement EH 10/03

| This Period effective from | 01-Aug-2007 | through | 31-Jul-2008 |
|---|---|---|---|

Freight Terms:          Collect
Payment Terms:          (80) MNS-2. On average, payment shall be made on
                        the second day of the second month following
                        Buyers receipt date of goods or services.
Delivery Terms:         Free Carrier (FCA)
Delivery DUNS:          00316123579
Ship From DUNS:         00316123579
Daily Capacity          10
Hours Per Day           5
Price Type              Expendable

Price Composition:

The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any applicable taxes.

All Prices are expressed in     USD

Base Price:

                                                                        331 660000

Contract Line Item Page        4  of  5
Standard Blanket Contract Number:   1KPC0003

Issue Date    28-Nov-2006
Amendment Number:    001
Part Number:    000000012568820

Total Price:
UOM:        EACH                                                                 331.660000

Receiving Plants and Plant Percentage
As scheduled                                                    100%

Terms & Conditions:
TTOP

This Period effective from        01-Aug-2008      through      31-Jul-2009

Freight Terms:            Collect
Payment Terms:           (88) MNS-2, On average, payment shall be made on
                         the second day of the second month following
                         Buyers receipt date of goods or services.
Delivery Terms:          Free Carrier (FCA)
Delivery DUNS:           00316123579
Ship From DUNS:          00316123579
Daily Capacity:          10
Hours Per Day:           5
Price Type               Expendable

Price Composition:

The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any applicable taxes.

All Prices are expressed in        USD
Base Price:                                                                 326.685100

Total Price:
UOM:        EACH                                                                 326.685100

Receiving Plants and Plant Percentage
As scheduled                                                    100%

Terms & Conditions:
TTOP

This Period effective from        01-Aug-2009      through      01-Apr-2010

Freight Terms:            Collect
Payment Terms:           (88) MNS-2, On average, payment shall be made on
                         the second day of the second month following
                         Buyers receipt date of goods or services.
Delivery Terms:          Free Carrier (FCA)

Contract Line Item Page:                5  of  5

Standard Blanket Contract Number:    1KPC0003

Issue Date:    28-Nov-2006

Amendment Number:    001
Part Number:    000000012568020

Delivery DUNS:            00316123579
Ship From DUNS:          00316123579
Daily Capacity:           10
Hours Per Day:            5
Price Type               Expendable

Price Composition:

The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any applicable taxes

All Prices are expressed in      USD

Base Price:                                                                          321,784820

Total Price:
UOM:        EACH                                                                     321,784820

Receiving Plants and Plant Percentage
As scheduled                                               100%

Terms & Conditions:
TTOP

Contract Line Item Page.          1  of  5
Standard Blanket Contract Number:   1KPC0004

Amendment Number:        000
Part Number:             000000012611649

Issue Date    28-Nov-2006

## LINE ITEM DETAIL



*General Motors Corporation*

| This Line Item is effective from | 01-Aug-2007 | through | 01-Apr-2010 |

Part Description:      CRANKSHAFT ASM
Amendment Reason:      Engineering changes (Low APV)

Manufacturing DUNS Number:
00316123579

Supplier Name and Manufacturing Address:
ALBERT WEBER GMBH
OTTO LILIENTHAL STR 5
08677 MARKDORF
GERMANY

Buyer Name:
Rodarte, Antero
Buyer Code:        M33
Phone:             +52 555901 3774
Fax:               +52 555901 3571

Sample Date:
Drawing Date:          01-Jan-2007
Hazardous Material Indicator:    09-06-06
                                 N

Line Item Notes:
24-oct-06

'Acting in the name and on behalf of General Motors Corporation, is pleased to announce that your company has been selected as the development/production supplier for the subject parts quoted above.  It is the intent of General Motors Corporation, to utilize these parts on stated share of the quoted business (see above).  General Motors Corporation and its subsidiary and affiliates will issue production contracts to your company when and if their respective managements approve their specific programs.  Production contracts, of course, will be subject to your company's successful completion of development work that meets the established requirements and targets including price, tooling, quality, reliability, service, delivery and lead time. Seller acknowledges that the parts have not been released for production, and agrees that until the production contract(s) are issued, any expenditures made or expenses incurred by Seller shall be made at Seller's sole risk and shall not be reimbursed or otherwise recovered  from General Motors Corporation, or its subsidiaries and affiliates. General Purchasing Terms and Conditions The detailed terms and conditions of our commitment to your company will be

Contract Line Item Page          2 of 5                                    Issue Date:  20-Nov-2006

Standard Blanket Contract Number:   1KPC0004                Amendment Number:    000
                                                            Part Number:         000000012611040

governed by a separate contract with each "Buyer," e.g., General Motors
Corporation or its subsidiary or affiliate. The General Purchasing Terms
and Conditions of each Buyer will apply! Contractual binding documents
listed in order of precedence."

Based on GS 1100443416 A. Weber resulted the most competitive supplier and
business will be moved to them ASAP.

12568820
Price : 331.66 USD, price includes expendable packaging and rust
preventative, it is FCA Germany
Tooling: No charges, it will use the same tooling than LS9 project.
Price Reductions:

01-MAY-2006 01-MAR-2007    331.660000 USD
01-APR-2007 31-JUL-2007    331.660000 USD
01-AUG-2007 31-JUL-2008    331.660000 USD
01-AUG-2008 31-JUL-2009    326.685100 USD
01-AUG-2009 01-APR-2010    321.784820 USD

No changes on the piece price will be made based on material fluctuations.

Estimated date to start supplying GM April 2007

'Co-Sourcing Buyer reserves the right to review the competitiveness of
components furnished to Seller by lower tier suppliers.  Such review may
involve joint activities of Buyer and Seller (co-sourcing).  When requested
by Buyer, Seller shall participate in any co-sourcing process and shall
provide all necessary support, at no charge to Buyer.'
'Development cost Buyer reserves the right to pay the engineering
development and design cost either as a lump-sum or as part of the piece
price.  Buyer is also entitled to switch at any time from lump sum payment
to payment through the piece price.  In such case the piece price over the
contract term will be adjusted for the amount of any cost so far unpaid.'

'Intellectual Property GM will be the owner of all technical information
and rights (including patents) that result from your development work,  and
may use and allow others to use such technical information and rights
without restriction. Intellectual property and  copyrightable works created
by Seller under this contract shall be considered "works made for hire " to
the extent that the  works do not qualify as "works made for hire," Seller
hereby assigns to Buyer all right, title and interest in all copyrights
and moral rights therein. At request all drawings and documentation
relating to the design will be handed to AOGMBH  without delay or
hinderance. Such right, title and interest shall be deemed paid for by
payment of the agreed development  price, with no additional payment
required.'
'Cost Management Process We consider your above mentioned quotation details
including the concept sheet valid until SORP! Minor design iterations to
meet quoted functional, performance and design specifications will not be
considered for cost review. Major design, performance  or functional
changes deviating from the final SOR / concept will be reviewed jointly for
cost impacts prior to the approval of the  change.  All potential piece
price and tooling cost changes must be communicated immediately in writing
with a revised  concept sheet to the Lead Buyer's Purchasing
Representative. No increase or reduction of any kind will be allowed
without  the written approval of Lead Buyer's Purchasing Representative.'

Contract Line Item Page          3  of  5
Standard Blanket Contract Number:   1KPC0004

Issue Date:   28-Nov-2006
Amendment Number:   000
Part Number:   000000012611649

'Supply Chain Buyer reserves the right to alter or remove auxiliary
services and their respective costs in connection with the delivery of
parts (such as extent of subassembly, sequencing, kitting or material
delivery requirements) until SORP based on your company's latest quote
mentioned above and reduce the purchase price accordingly. Additional
agreements (technical and commercial). Supplier is responsible for all
unstated deviations from the technical specifications, statements of work,
and supporting documents  which were not mutually agreed to and signed off
by GM engineering and purchasing '
'Seller is to contact Engineer at its earliest convenience to commence
participation  Seller will be contacted shortly by buyer to review the
development program.  At that time the buyer will also review the
procedures which will be utilized should the issuance of Purchase Contracts
for prototypes or other items determined necessary.   '

Antero Rodarte
52-555901 3774

=========================================================================

WO CLFKT · 6333f2

Description: release of part number for Weber Crankshaft

New part number: 12611649

This Purchase Order replaces 1KPC0-003

Rafael Morado for Antero Rodarte

November 28, 2006

Terms and Conditions:
Longterm Agreement Eff 10/03

| This Period effective from | 01-Aug-2007 | through | 31-Jul-2008 |
|---|---|---|---|

Freight Terms:              Collect
Payment Terms:              (88) MNS-2, On average, payment shall be made on
                            the second day of the second month following
                            buyers receipt date of goods or services.
Delivery Terms:             Free Carrier (FCA)
Delivery DUNS:              00316123579
Ship From DUNS:             00316123579
Daily Capacity:             10
Hours Per Day:              5
Price Type                  Expendable

Contract Line Item Page:                4  of  5

Standard Blanket Contract Number:    1KPC0004                       Issue Date    28-Nov-2008

                                                          Amendment Number:    000
                                                          Part Number:    000000012611649

Price Composition:

The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any applicable taxes.

All Prices are expressed in        USD

Base Price:

                                                                                    331.660000

Total Price:
UOM:        EACH                                                                    331.660000

Receiving Plants and Plant Percentage

As scheduled                                                         100 %

Terms & Conditions.
C4
Schedule
FTOP

This Period effective from      01-Aug-2008      through      31-Jul-2009

Freight Terms:            Collect
Payment Terms:            (88) MNS-2, On average, payment shall be made on
                          the second day of the second month following
                          Buyers receipt date of goods or services.
Delivery Terms:           Free Carrier (FCA)
Delivery DUNS:            00316123579
Ship From DUNS:           00316123579
Daily Capacity:           10
Hours Per Day:            5
Price Type                Expendable

Price Composition:

The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any applicable taxes

All Prices are expressed in        USD

Base Price:

                                                                                    326.695100

Contract Line Item Page:          5 of 5
Standard Blanket Contract Number:    1KPC0004

Issue Date:    28-Nov-2006

Amendment Number:    000
Part Number:    000000012611649

Total Price:
UOM:          EACH                                                          326.605100

Receiving Plants and Plant Percentage
As scheduled
                                                               100 %

Terms & Conditions:
C4
Schedule
TTOP

This Period effective from    01-Aug-2009    through    01-Apr-2010

Freight Terms:          Collect
Payment Terms:          (88) MNS-2, On average, payment shall be made on
                        the second day of the second month following
                        Buyers receipt date of goods or services.
Delivery Terms:         Free Carrier (FCA)
Delivery DUNS:          00316123579
Ship From DUNS:         00316123579
Daily Capacity:         10
Hours Per Day:          5
Price Type              Expendable

Price Composition:

The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any applicable taxes.

All Prices are expressed in    USD

Base Price:
                                                                        321 784020

Total Price:
UOM:          EACH                                                        321 784020

Receiving Plants and Plant Percentage
As scheduled
                                                               100 %
Terms & Conditions:
C4
Schedule
TTOP

Contract Line Item Page:         1  of  5                          Issue Date:  07-Aug-2007
Standard Blanket Contract Number:  1KPC0004
Amendment Number:  001                                            Part Number:  000000012611649



### LINE ITEM DETAIL
*General Motors Corporation*

| This Line Item is effective from | 01-Aug-2007 | though | 01-Apr-2010 |
|---|---|---|---|

Part Description:                                CRANKSHAFT ASM
Amendment Reason:                                Duns Number Maintenance

Manufacturing DUNS Number:
00316123579

Supplier Name and Manufacturing Address:
ALBERT WEBER GMBH
OTTO LILIENTHAL STR 5
88677 MARKDORF
GERMANY

Buyer Name:
Peniche, Arthuro
Buyer Code:               XSJ
Phone:                    +52 55 5901 3165
Fax:                      +52 55 5901 3141

Sample Date:                             01-Jan-2007
Drawing Date:                            07-18-07
Hazardous Material Indicator:            N

Line Item Notes:
24-oct-06

"Acting in the name and on behalf of General Motors Corporation, is pleased to announce that your
company has been selected as the development/production supplier for the subject parts quoted above.
It is the intent of General Motors Corporation, to utilize these parts on stated share of the quoted
business (see above). General Motors Corporation and its subsidiary and affiliates will issue production
contracts to your company when and if their respective managements approve their specific programs.
Production contracts, of course, will be subject to your companys successful completion of development
work that meets the established requirements and targets including price, tooling, quality, reliability,
service, delivery and lead time.
Seller acknowledges that the parts have not been released for production, and agrees that until the
production contract(s) are issued, any Corporation and its subsidiary and affiliates will issue production
contracts to your company when and if their respective managements approve their specific programs.
Production contracts, of course, will be subject to your companys successful completion of development
work that meets the established requirements and targets including price, tooling, quality, reliability,
service, delivery and lead time.
expenditures made or expenses incurred by Seller shall be made at Seller's sole risk and shall not be
reimbursed or otherwise recovered ny Corporation and its subsidiary and affiliates will issue production
contracts to your company when and if their respective managements approve their specific programs.

Contract Line Item Page:              2  of  5
Standard Blanket Contract Number:  1KPC0004                    Issue Date  07-Aug-2007
Amendment Number:  001                    Part Number:  000000012611049

Production contracts, of course, will be subject to your companys successful completion of development work that meets the established requirements and targets including price, tooling, quality, reliability, service, delivery and lead time
from General Motors Corporation, or its subsidiaries and affiliates.tier's sole risk and shall not be reimbursed or otherwise recovered ny Corporation and its subsidiary and affiliates will issue production contracts to your company when and if their respective managements approve their specific programs. Production contracts, of course, will be subject to your companys successful completion of development work that meets the established requirements and targets including price, tooling, quality, reliability, service, delivery and lead time
General Purchasing Terms and Conditions subsidiaries and affiliates.tier's sole risk and shall not be reimbursed or otherwise recovered ny Corporation and its subsidiary and affiliates will issue production contracts to your company when and if their respective managements approve their specific programs. Production contracts, of course, will be subject to your companys successful completion of development work that meets the established requirements and targets including price, tooling, quality, reliability, service, delivery and lead time
The detailed terms and conditions of our commitment to your company will be governed by a separate contract with each Buyer, e.g., ed ny Corporation and its subsidiary and affiliates will issue production contracts to your company when and if their respective managements approve their specific programs. Production contracts, of course, will be subject to your companys successful completion of development work that meets the established requirements and targets including price, tooling, quality, reliability, service, delivery and lead time
General Motors Corporation or its subsidiary or affiliate. The General Purchasing Terms and Conditions of each Buyer will apply(.g., ed ny Corporation and its subsidiary and affiliates will issue production contracts to your company when and if their respective managements approve their specific programs. Production contracts, of course, will be subject to your companys successful completion of development work that meets the established requirements and targets including price, tooling, quality, reliability, service, delivery and lead time.
Contractual binding documents listed in order of precedence:

Based on GS 1100443416 A. Weber resulted the most competitive supplier and business will be moved to them ASAP.

12568820
Price : 331.66 USD, price includes expendable packaging and rust preventative, it is FCA Germany
Tooling: No charges, it will use the same tooling than LS9 project.
Price Reductions:

01-MAY-2006 31-MAR-2007   331.660000 USD
01-APR-2007 31-JUL-2007   331.660000 USD
01-AUG-2007 31-JUL-2008   331.660000 USD
01-AUG-2008 31-JUL-2009   326.685100 USD
01-AUG-2009 01-APR-2010   321.784820 USD

No changes on the piece price will be made based on material fluctuations.

Estimated date to start supplying GM April 2007

Co-Sourcing
Buyer reserves the right to review the competitiveness of components furnished to Seller by lower tier suppliers   ost competitive supplier and business will be moved to them ASAP.

12568820
Price  331.66 USD, price includes expendable packaging and rust preventative, it is FCA Germany
Tooling: No charges, it will use the same tooling than LS9 project.
Price Reductions:

01-MAY-2006 31-MAR-2007   331.660000 USD

Contract Line Item Page:          3  of  5
Standard Blanket Contract Number:  1KPC0004                    Issue Date: 07-Aug-2007
Amendment Number:  001
                                                              Part Number:   000000012611649
01-APR-2007 31-JUL-2007      331.660000 USD
01-AUG-2007 31-JUL-2008      331.660000 USD
01-AUG-2008 31-JUL-2009      326.605100 USD
01-AUG-2009 01-APR-2010      321.784820 USD

No changes on the piece price will be made based on material fluctuations.

Estimated date to start supplying GM April 2007

Co-Sourcing
Such review may involve joint activities of Buyer and Seller (co-sourcing). ed to Seller by lower tier
suppliers.  ost competitive supplier and business will be moved to them ASAP.

12568820
Price : 331.66 USD, price includes expendable packaging and rust preventative, it is FCA Germany
Tooling. No charges, it will use the same tooling than LS9 project
Price Reductions:

01-MAY-2006


Terms & Conditions:
Longterm Agreement Ell 10/03

| This Period effective from    01-Aug-2007    through    31-Jul-2008 |

Freight Terms:
Payment Terms:                                    Collect
                                                  (88) MNS-2. On average, payment shall
                                                  be made on the second day of the
                                                  second month following Buyers receipt
Delivery Terms:                                   date of goods or services.
Delivery DUNS:                                    Free Carrier (FCA)
Ship From DUNS:                                   00316123579
Daily Capacity:                                   00000166884
Hours Per Day:                                    10
Price Type:                                       5
                                                  Expendable
Price Composition:
The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any
applicable taxes

All Prices are expressed in        USD
Base Price:

|  |  |
|---|---|
|  | 331.660000 |
| Total Price: | |
| UOM: | 331.660000 |
| Receiving Plants and Plant Percentage | EACH |

Contract Line Item Page:          4  of  5
Standard Blanket Contract Number:  1KPC0004                    Issue Date:  07-Aug-2007
Amendment Number:  001
                                                              Part Number:  000000012611649
As scheduled
                                                                    100%
Terms & Conditions:
C4
Schedule
TTOP

| | This Period effective from | 01-Aug-2008 | through | 31-Jul-2009 | |

Freight Terms:                                    Collect
Payment Terms:                                    (88) MNS-2, On average, payment shall
                                                  be made on the second day of the
                                                  second month following Buyers receipt
                                                  date of goods or services.
Delivery Terms:                                   Free Carrier (FCA)
Delivery DUNS:                                    00316123579
Ship From DUNS:                                   00000166884
Daily Capacity:                                   10
Hours Per Day:                                    5
Price Type:                                       Expendable

Price Composition:
The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any
applicable taxes.

All Prices are expressed in     USD
Base Price:                                                                326.685100

| Total Price: | 326.685100 |
| UOM: | EACH |

Receiving Plants and Plant Percentage
As scheduled
                                                                    100%
Terms & Conditions:
C4
Schedule
TTOP

| | This Period effective from | 01-Aug-2009 | through | 01-Apr-2010 | |

Freight Terms:                                    Collect
Payment Terms:                                    (88) MNS-2, On average, payment shall
                                                  be made on the second day of the

Contract Line Item Page:                    1 of 5
Standard Blanket Contract Number:   1KPC0004                      Issue Date:  14-Sep-2007
Amendment Number:  003
                                                                 Part Number:  000000012611649



LINE ITEM DETAIL
*General Motors Corporation*

This Line Item is effective from      01-Aug-2007      through      01-Apr-2010

Part Description:                                            CRANKSHAFT ASM
Amendment Reason:                                            Duns Number Maintenance

Manufacturing DUNS Number:
00316123579

Supplier Name and Manufacturing Address:
ALBERT WEBER GMBH
OTTO LILIENTHAL STR 5
88677 MARKDORF
GERMANY

Buyer Name:
Penuñe, Arthuro
Buyer Code:                         XSJ
Phone:                              +52 55 5901 3165
Fax:                                +52 55 5901 3141

Sample Date:
Drawing Date:                                        01-Jan-2007
Hazardous Material Indicator:                        07-18-07
                                                     N

Line Item Notes:
24-oct-06

'Acting in the name and on behalf of General Motors Corporation, is pleased to announce that your
company has been selected as the development/production supplier for the subject parts quoted above.
It is the intent of General Motors Corporation, to utilize these parts on stated share of the quoted
business (see above). General Motors Corporation and its subsidiary and affiliates will issue production
contracts to your company when and if their respective managements approve their specific programs.
Production contracts, of course, will be subject to your company's successful completion of development
work that meets the established requirements and targets including price, tooling, quality, reliability,
service, delivery and lead time. Seller acknowledges that the parts have not been released for
production, and agrees that until the production contract(s) are issued, any expenditures made or
expenses incurred by Seller shall be made at Seller's sole risk and shall not be reimbursed or otherwise
recovered from General Motors Corporation, or its subsidiaries and affiliates. General Purchasing Terms
and Conditions The detailed terms and conditions of our commitment to your company will be governed
by a separate contract with each 'Buyer,' e.g., General Motors Corporation or its subsidiary or affiliate.
The General Purchasing Terms and Conditions of each Buyer will apply.ã
Contractual binding documents listed in order of precedence:'

Based on GS 1100443416 A, Weber resulted the most competitive supplier and business will be moved

Contract Line Item Page        2  of  5
Standard Blanket Contract Number:  1KPC0004        Issue Date:  14-Sep-2007
Amendment Number:  003
                                                  Part Number:  000000012611049

to them ASAP.

12568820                                                       *186.93*
Price  331.66 USD, price includes expendable packaging and rust preventative. It is FCA Germany Tooling. No charges, it will use the same tooling than LS9 project.
Price Reductions

01-MAY-2006 31-MAR-2007  331.660000 USD
01-APR-2007 31-JUL-2007  331.660000 USD
01-AUG-2007 31-JUL-2008  331.660000 USD
01-AUG-2008 31-JUL-2009  326.685100 USD    – 324,52        LS7
01-AUG-2009 01-APR-2010  321.704820 USD    – 321,55
No changes on the piece price will be made based on material fluctuations.   30-1   – 338,51

Estimated date to start supplying GM April 2007

'Co-Sourcing
Buyer reserves the right to review the competitiveness of components furnished to Seller by lower tier suppliers. Such review may involve joint activities of Buyer and Seller (co-sourcing). When requested by Buyer, Seller shall participate in any co-sourcing process and shall provide all necessary support, at no charge to Buyer.'
'Development cost
Buyer reserves the right to pay the engineering development and design cost either as a lump-sum or as part of the piece price. Buyer is also entitled to switch at any time from lump sum payment to payment through the piece price. In such case the piece price over the contract term will be adjusted for the amount of any cost so far unpaid.'
'Intellectual Property
GM will be the owner of all technical information and rights (including patents) that result from your development work, and may use and allow others to use such technical information and rights without restriction. Intellectual property and copyrightable works created by Seller under this contract shall be considered 'works made for hire ' to the extent that the works do not qualify as 'works made for hire,' Seller hereby assigns to Buyer all right, title and interest in all copyrights and moral rights therein. At request all drawings and documentation relating to the design will be handed to ADCMBH without delay or hinderance. Such right, title and interest shall be deemed paid for by payment of the agreed development price, with no additional payment required.'
'Cost Management Process
We consider your above mentioned quotation details including the concept sheet valid until SORPa. Minor design iterations to meet quoted functional, performance and design specifications will not be considered for cost review. Major design, performance or functional changes deviating from the final SOR / concept will be reviewed jointly for cost impacts prior to the approval of the change. All potential piece price and tooling cost changes must be communicated immediately in writing with a revised concept sheet to the Lead Buyer's Purchasing Representative. No increase or reduction of any kind will be allowed without the written approval of Lead Buyer's Purchasing Representative.'
'Supply Chain
Buyer reserves the right to alter or remove auxiliary services and their respective costs in connection with the delivery of parts (such as extent of subassembly, sequencing, kitting or material delivery requirements) until SORP based on your company's latest quote mentioned above and reduce the purchase price accordingly.
Additional agreements (technical and commercial)
Supplier is responsible for all unstated deviations from the technical specifications, statements of work, and supporting documents which were not mutually agreed to and signed off by GM engineering and purchasing.'
'Seller is to contact Engineer at its earliest convenience to commence participation.
Seller will be contacted shortly by buyer to review the development program. At that time the buyer will also review the procedures which will be utilized should the issuance of Purchase Contracts for prototypes or other items determined necessary.'

Contract Line Item Page:    3  of  5
Standard Blanket Contract Number:  1KPC0004                      Issue Date:  14-Sep-2007
Amendment Number:  003
                                                                Part Number:  000000012611649

Antero Rodarte
52-555901-3774

==========================================================================

WO CLFKT - 633382

Description: release of part number for Weber Crankshaft

New part number: 12611649

This Purchase Order replaces 1KPC0-003

Rafael Morado for Antero Rodarte

November 28, 2006
==========================================================================
Amendment created to modify Ship from DUNS number to reflect Weber/Belleville warehouse
relationship.
Dummy Duns Created: 000166884

Arturo Peniche
Buyer Code: XSJ
Ph. 52 55 5901 3165
August 7th, 2007
==========================================================================
Amendment created to correct supplier capacity from 10 parts daily to 24 per email sent by Daniel Weber
on September 12th, 2007

Arturo Peniche
Buyer Code: XSJ
Ph. 52 55 5901 3165
September 7th, 2007
==========================================================================
Amendment created to modify Ship from DUNS number to reflect Albert Weber/Belleville warehouse
relationship.
Dummy Duns: 000166884

Arturo Peniche
Buyer Code: XSJ
Ph. 52 55 5901 3165
September 14th, 2007

Terms & Conditions:
Longterm Agreement Eff 10/03

| This Period effective from | 01-Aug-2007 | through | 31-Jul-2008 |
|---|---|---|---|

Freight Terms:
Payment Terms:                                                Collect

                                                (88) MNS-2, On average, payment shall
                                                be made on the second day of the

| | |
|---|---|
| Contract Line Item Page. | 4 of 5 |
| Standard Blanket Contract Number: 1KPC0004 | Issue Date: 14-Sep-2007 |
| Amendment Number: 003 | |
| | Part Number: 00000012611649 |

| | |
|---|---|
| | second month following Buyers receipt |
| | date of goods or services. |
| Delivery Terms: | Free Carrier (FCA) |
| Delivery DUNS: | 00316123579 |
| Ship From DUNS: | 00000166884 |
| Daily Capacity: | 24 |
| Hours Per Day: | 21 |
| Price Type: | Expendable |

**Price Composition:**
The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any applicable taxes.

All Prices are expressed in     USD
Base Price:                                                                                    331.660000

| | |
|---|---|
| Total Price: | 331.660000 |
| UOM: | EACH |

Receiving Plants and Plant Percentage
As scheduled                                                                 100%

Terms & Conditions:
C4
Schedule
TTOP

| This Period effective from | 01-Aug-2008 | through | 31-Jul-2009 |
|---|---|---|---|

Freight Terms:
Payment Terms:                                          Collect

(88) MNS-2. On average, payment shall
be made on the second day of the
second month following Buyers receipt
date of goods or services.

| Delivery Terms. | Free Carrier (FCA) |
|---|---|
| Delivery DUNS: | 00316123579 |
| Ship From DUNS. | 00000166884 |
| Daily Capacity: | 24 |
| Hours Per Day: | 21 |
| Price Type: | Expendable |

**Price Composition:**
The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any applicable taxes.

Contract Line Item Page:          5  of  5          Issue Date:  14-Sep-2007
Standard Blanket Contract Number:  1KPC0004
Amendment Number:  003                            Part Number:  000000012611649

All Prices are expressed in      USD
Base Price:
                                                                    326.685100

Total Price:                                                        326.685100
UOM:
                                                                         EACH

Receiving Plants and Plant Percentage
As scheduled                                              100 %

Terms & Conditions:
C4
Schedule
TTOP

Rep Period effective from    01-Aug-2009    through    01-Apr-2010

Freight Terms:                        Collect
Payment Terms:                        (88) MNS-2, On average, payment shall
                                      be made on the second day of the
                                      second month following Buyers receipt
Delivery Terms:                       date of goods or services.
Delivery DUNS:                        Free Carrier (FCA)
Ship From DUNS:                       00316123579
Daily Capacity:                       00000166884
Hours Per Day:                        24
Price Type:                           21
                                      Expendable

Price Composition:
This Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any
applicable taxes.

All Prices are expressed in      USD
Base Price:
                                                                    321.784820

Total Price:                                                        321.784820
UOM:
                                                                         EACH

Receiving Plants and Plant Percentage
As scheduled                                              100 %

Terms & Conditions:
C4
Schedule
TTOP

# EXHIBIT 3



Weber Automotive

Contract Header Listing - GM several projects

| Components | Project | Type | Part Number | Date of Quote | Quotation Number | Date of Order Receipt | Date of Contract Header | Number of Contract Header | Date of Contradiction |
|---|---|---|---|---|---|---|---|---|---|
| Cylinder Block | Supercharged V8 | LSS | 12502098 | 27.03.2006 | 10055SJC03-003 | 03.04.2006 | 30.04.2006 | 1K870000 | |
| | | | | | | | 14.08.2006 | 1K870001 | |
| | | | | | | | 25.02.2007 | 1K870002 | |
| | | | | | | | 20.07.2007 | 1K876000 | |
| | | | | | | | 01.08.2007 | 1K876001 | |
| | | | | | | | 31.10.2007 | 1K870005 | pp |
| | | | | | | | 12.12.2007 | 1K870007 | pp |
| | | | | | | | 14.12.2007 | 1K870008 | j |

Quotation  Albert Weber

General Motors Powertrain Group
Mr. Henry Hall
Global Purchasing and Supply Chain
Castings Purchasing Supervisor

Fax:        248-857-4405
Telephone 248-857-2735
E-Mail:      henry.c.hall@gm.com

Albert Weber Manufacturing Corp
231 Deming Way
Eastport Commerce Park
Summerville/Charleston 29160
South Carolina USA

Phone  +1 843 875 6166
Fax    +1 843 875 40 70

E-Mail: info@weber-a.com
Internet www.weber-a.com

| Date | 27th March 2006 | Telephone | 843-875-6366 ext -102 |
| Contact person | Daniel Weber | Mobile: | 843 014 8129 |
| Our Reference | VC-dw | E-Mail: | d.weber@weber-a.com |

Your RFQ dated on Monday 6th February 2006 – 6,2L V8 LS9 and LSA Cylinder Block –
Machining Process
Your RFQ-No.: 1000443191
Quotation No.: 100555/003-003

Dear Henry,

we revised our quotation according to the you last email dated Friday 24th March.

Our quotation for the above mentioned projects, along with our terms and conditions follows

| 1. | Product and Services Provided |
|---|---|

| | NAME | Part No | |
|---|---|---|---|
| 1.1 | Cylinder Block | 12602098 | LS9 |
| 1.2 | Cylinder Block | GPS132901 | LSA |

Complete NC machining and assembly according to drawings, RFQ-data and
specifications

Management board     Headquarter
Albert Weber         Germany
Christian Weber      Otto-Lilienthal-Straße 5
Daniel Weber         D-88677 Markdorf

Quotation                                     Albert Weber

| 2. | Prices, Delivery and Payment Conditions |

Based on a contract duration of minimum 2,4/4 years, a continuous production and a
guaranteed share of 100% of the external demand on Cylinder Block machining and
assembly for the LS9 and LSA projects, we offer the following prices

2.1  Cylinder Block LS9

|  | Cylinder Block 12602098 |
|---|---|
| SOP | 03/2008 |
| Volume/Duration | 4.000/2,4 years |
| Total quantity | 4,000 pcs |
| Basic Machining costs per pcs in US$ (yearly) | US$ 265,00 |
| Total Non Manufacturing Add On Costs in US$ | US$ 125,00 |
| Total Grand Selling Price per pcs in US$ | US$ 390,00 |
| Tooling costs in US$* | US$ 870,000 Additional to the Tooling costs for 2.2) |

*(Fixtures, Tools, Production Set-up, Initial Sample, etc.)
for a max. capacity of 1,725 pcs/year. (1,500 pcs +15%)

Ratio: optional 2012 - 2013

| Ratio | 08/2009 | 08/2010 | 08/2011 | 08/2012 | 08/2013 |
|---|---|---|---|---|---|
| 3% on the machining costs only | US$ 257,28 | US$ 249,79 | US$ 242,51 | US$ 235,45 | US$ 228,59 |

If the contract duration will enlarge for the years 2011 and 2012 we offer the prices
mentioned above.

Quotation  Albert Weber

**2.2** Cylinder Block LSA
Machining starting from honing

|  | Cylinder Block LSA |
|---|---|
| SOP | 09/2008 |
| Duration | 4 years |
| Yearly quantity | 7,000 pcs |
| Total quantity | 28,000 pcs |
| Basic Machining costs per pcs in US$ | US$ 70,94 |
| Total Non Manufacturing Add On Costs in US$ | US$ 17,56 |
| Total Grand Selling Price per pcs in US$ | US$ 88,50 |
| Tooling costs in US$* | US$ 390,000 Additional to the Tooling costs for 2.1 |

*(Fixtures, Tools, Production Set-up, Initial Sample, etc.)
for a max. capacity of 8,050 pcs/year. (7,000 pcs +15%)

Ratio: optional 2012 - 2013

| Ratio | 08/2009 | 08/2010 | 08/2011 | 08/2012 | 08/2013 |
|---|---|---|---|---|---|
| 3% on the machining costs only | US$ 64,87 | US$ 66,87 | US$ 64,92 | US$ 63,03 | US$ 61,19 |

Note: If the real yearly demand will be outside a range of more than ± 15%, AW will review and accommodate the prices corresponding.

**2.4** Prices:               + value added tax

**2.5** Price Basis:          2006

**2.6** Delivery:             FCA Albert Weber Manufacturing, Charleston, SC
                              Details concerning packaging materials and methods need
                              to be determined and are not included in the quote

**2.7** Payment Terms:
Parts:                        in 30 days after delivery, net
Tooling:                      50%    after receiving of order
                              50%    after validation of sample parts,
                              latest 30 days after sample parts introduction

Quotation  Albert Weber

---

| 3. | Delivery, Production and Contract Duration |

### 3.1   Delivery/Time schedule

#### Sample Parts/Pre-production Parts
Sample parts will be introduced in 6 months after placing of order.

Pre-production-prices

| Total Costs per Prototype in US$ | Cylinderblock LS9 | Cylinder Block LSA |
|---|---|---|
| | US$ 2,730 | US$ 69,50 |

Note: We are only able to machine the prototypes in connection with the series production. The tooling costs for the prototypes are included in the 50% payment after receiving of order.

#### Series Production
Series production will start in 2008, 12 months after placing of order and clarification of all associated details.

### 3.2   Production

We calculate for our production process a flexibility within ± 15% and produce each day constant the average of the yearly volume respective of the volume for the next 6 months period
(volume of the year divide by 250 days/year).

For our production and capacity planning we need 6 months ahead a forecast of your demands for the following 6 months period.
An increase in demand and capacity more then plus 15% needs to be ordered 6 months ahead of delivery date for increased volume.

### 3.3   Duration of contract and supply of the 100%-demand

The contract duration is fixed agreed corresponding to item 2 for a minimum duration of 2,4/4 years.
The Albert Weber Manufacturing Corp. will install the requested capacity with the payment of the tooling costs.
GM is committed to purchase exclusive the 100% demands LS9 and LSA Cylinder Block machining and assembly from Albert Weber and will not purchase machining or assembly capacity from any other supplier during the duration of contract or will not establish in-house production.

A division of Weber Automotive    Page 4 of 4

Quotation    Albert Weber

**4.    Obligation to deliver and Obligation to accept Deliveries**

We are obliged to fulfil the respective volumes according to quality, quantity and on-time deliveries, and so is the purchaser. The party that violates this agreement fully covers the other parties compensation

**5.    Components provided by GM**

Packaging material to deliver machined and assembled Cylinder Blocks from Albert Weber Manufacturing Corp., Charleston, to General Motors engine plant.

**6.    Provisions**

6.1    Rejects

In case of quality complaints caused by defective parts supplied by us, we will receive a written report according to DIN ISO 9002 and appropriate time for repair or to send substitute parts.
Costs for any repairs at the receiving plant being performed without our prior approval will be refused
In principle we are not liable for any direct or indirect damages caused by defective material supplied by us

6.2    Material Scrap

The prices are based on a maximum 1% foundry scrap rate. In the case we will have a higher scrap rate, GM agrees to reimburse us for our value added above 1%.
The price is the same as for good parts.

**7.    GM Terms & Conditions / Supplier Quality System Requirements**

The Albert Weber Manufacturing Corp. does accept the GM Terms & Conditions as confirmed in this quotation. For all further requirements it is necessary to confirm the validity in a separate acknowledgement.
Regarding the Supplier Quality System Requirements we confirm the TS 16949 standards and will determine the valid requirements for our company together with the GM Supplier Quality Engineer after receiving of order.
Albert Weber does accept the GM Terms & Conditions.

Quotation  Albert Weber

| 8. | Ownership of Tooling |

With the payment of the tooling costs GM will have the ownership of the tooling. By the Albert Weber Manufacturing Corp. remains the right to use the tooling for an unlimited time period

| 9. | Quotation Validity |

This quotation is valid for 3 months from the date of issue.

We hope the above quotation is clear, and that we will be able to meet your needs.

As a specialist in the contract manufacturing of engine and drive train components for the automotive industry and engine manufacturers, we can ensure you that our products will meet your high quality standards and that our deliveries will be reliable.

We are looking forward to hearing from you.

Best regards,
Albert Weber Manufacturing Corp.

Daniel Weber

Contract Line Item Page:    1 of 5
Standard Blanket Contract Number:    1K870000

Amendment Number:    000    Issue Date.    03-Apr-2006
Part Number:    000000012602090

## LINE ITEM DETAIL

    General Motors Corporation

This Line Item is effective from    05-Apr-2006    through    01-Aug-2012

Part Description:    BLOCK ASM-ENG
Amendment Reason:    Sourcing New Parts

Manufacturing DUNS Number:
00939963773

Supplier Name and Manufacturing Address:
WEBER, ALBERT CO
ALBERT WEBER MANUFACTURING
231 DEMING WAY
SUMMERVILLE,SC 29483
UNITED STATES

Buyer Name:
Hall, Henry
Buyer Code:    X41
Phone    248-857-2735
Fax.    248-857-4405

Sample Date:    01-Jul-2007
Hazardous Material Indicator:    N

Line Item Notes:
============================================================================
Description
Nomination contract to Albert Weber for the 2009 model year LSA (12607428)

Block machining and assembly and for the 2009 model year LS9 (12602090)
Block machining and assembly. As approved by the Sourcing Board on March
29, 2006.
The tooling cost for the LSA is $390,000.  The tooling cost for the LS9 is
$070,000.
Separate tooling purchase orders will be issued.  This is a nomination
contract, and as such,
no work should be performed against it where there is an expectation of
payment
without a seperate purchase order.
New Part nos:--------------OTC/HRS
12607428----- ---------------09/22
12602090--------------------00/22
Part Description:BLOCK ASM-ENG
Model Year: 2009

Contract Line Item Page            2 of 5

Standard Blanket Contract Number:    1K870000

Amendment Number:    000
Issue Date.    03-Apr-2006
Part Number:    000000012602098

Program.  LSA / LS9 Supercharger Program
Price Type : Returnable
PPAP date. 7/1/2007
Supplier Contact: Daniel Weber
Supplier Memo Dated: 3/27/2006
Contract Duration : LG+SPO

Sid Kumar for Henry C. Hall
04/03/2006
============================================================================

Terms and Conditions:
Longterm Agreement Eff 10/03

| This Period effective from | 05-Apr-2006 | through | 31-Jul-2009 |

Freight Terms:                Collect
Payment Terms:                (88) MNS-2, On average, payment shall be made on
                              the second day of the second month following
                              Buyers receipt date of goods or services
Delivery Terms:               Free Carrier (FCA)
Delivery DUNS:                00939963773
Ship From DUNS:               00939963773
Daily Capacity:               30
Hours Per Day:                22
Price Type                    Returnable

Price Composition:

The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any applicable
taxes.

All Prices are expressed in      USD

Base Price:
                                                                              390.000000

| Total Price: | | |
| UOM · | EACH | 390.000000 |

Receiving Plants and Plant Percentage
As scheduled
                                                          100 %
Terms & Conditions:
C4
Nominate
Schedule
TTOP

| This Period effective from | 01-Aug-2009 | through | 31-Jul-2010 |

| Contract Line Item Page | 3 of 5 | | Issue Date | 03-Apr-2006 |
|---|---|---|---|---|
| Standard Blanket Contract Number: | 1K870000 | Amendment Number: | 000 | |
| | | Part Number: | 000000012602090 | |

Freight Terms:          Collect
Payment Terms:          (88) MNS-2, On average, payment shall be made on
                        the second day of the second month following
                        Buyers receipt date of goods or services.
Delivery Terms:         Free Carrier (FCA)
Delivery DUNS:          00939963773
Ship From DUNS:         00939963773
Daily Capacity:         30
Hours Per Day:          22
Price Type              Returnable

Price Composition:

The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any applicable taxes.

All Prices are expressed in    USD
Base Price:
                                                                        382.280000

| Total Price: | | |
|---|---|---|
| UOM: | EACH | 382.280000 |

Receiving Plants and Plant Percentage
As scheduled
                                                        100 %

Terms & Conditions:
C4
Nominate
Schedule
TTOP

| This Period effective from | 01-Aug-2010 | through | 31-Jul-2011 |
|---|---|---|---|

Freight Terms:          Collect
Payment Terms:          (88) MNS-2, On average, payment shall be made on
                        the second day of the second month following
                        Buyers receipt date of goods or services.
Delivery Terms:         Free Carrier (FCA)
Delivery DUNS:          00939963773
Ship From DUNS:         00939963773
Daily Capacity:         30
Hours Per Day:          22
Price Type              Returnable

Contract Line Item Page          4  of  5

Standard Blanket Contract Number:    1K870000

Issue Date:    03-Apr-2006

Amendment Number:    000
Part Number:    000000012602098

Price Composition:

The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any applicable taxes.

All Prices are expressed in     *USD*

Base Price:                                                          374 790000

| Total Price: | | |
|---|---|---|
| UOM: | EACH | 374 790000 |

Receiving Plants and Plant Percentage
As scheduled                                                100 %

Terms & Conditions:
C4
Nominate
Schedule
TTOP

| This Period effective from | 01-Aug-2011 | through | 01-Aug-2012 |
|---|---|---|---|

Freight Terms:          Collect
Payment Terms:          (88) MNS-2, On average, payment shall be made on
                        the second day of the second month following
                        Buyers receipt date of goods or services.
Delivery Terms:         Free Carrier (FCA)
Delivery DUNS:          00939963773
Ship From DUNS:         00939963773
Daily Capacity:         30
Hours Per Day:          22
Price Type              Returnable

Price Composition

The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any applicable taxes.

All Prices are expressed in     *USD*

Base Price:                                                          367.510000

Contract Line Item Page          5  of  5
Standard Blanket Contract Number:   1K870000

Issue Date.   03-Apr-2006
Amendment Number:   000
Part Number:   000000012602090

Total Price.
UOM:          EACH                                                    367.510000

Receiving Plants and Plant Percentage
As scheduled
                                                          100%

Terms & Conditions:
C4
Nominate
Schedule
TTOP

Contract Line Item Page          1 of 5
Standard Blanket Contract Number:  1K870000

Issue Date:  14-Aug-2006
Amendment Number:  001
Part Number:  000000012602098

## LINE ITEM DETAIL



*General Motors Corporation*

| This Line Item is effective from | 05-Apr-2006 | through | 01-Aug-2012 |

Part Description:          BLOCK ASM-ENG
Amendment Reason:          Change in Clauses or Terms

Manufacturing DUNS Number:
00939963773

Supplier Name and Manufacturing Address:
WEBER, ALBERT CO
ALBERT WEBER MANUFACTURING
231 DEMING WAY
SUMMERVILLE,SC 29483
UNITED STATES

Buyer Name:
Haidous, Saber
Buyer Code:          X41

Sample Date:          01-Jul-2007
Hazardous Material Indicator:          N

Line Item Notes:
========================================================================
Description:
Nomination contract to Albert Weber for the 2009 model year LSA (12607428)

Block machining and assembly and for the 2009 model year LS9 (12602098)
Block machining and assembly. As approved by the Sourcing Board on March
29, 2006.
The tooling cost for the LSA is $390,000. The tooling cost for the LS9 is
$870,000.
Separate tooling purchase orders will be issued. This is a nomination
contract, and as such,
no work should be performed against it where there is an expectation of
payment
without a separate purchase order.
New Part nos:--------------QTC/HRS
12607428----------------09/22
12602098----------------30/22
Part Description:BLOCK ASM-ENG
Model Year: 2009
Program: LSA / LS9 Supercharger Program
Price Type : Returnable

Contract Line Item Page        2  of  5
Standard Blanket Contract Number:  1K870000

Issue Date:  14-Aug-2006
Amendment Number:  001
Part Number:  000000012602098

PPAP date  7/1/2007
Supplier Contact  Daniel Weber
Supplier Memo Dated  3/27/2006
Contract Duration  LG-SPO

Sid Kumar for Henry C. Hall
04/03/2006
==============================================================================
August 14, 2006
GM Powertrain Buyer, Henry C. Hall (248) 857-2735

Quotation based on Albert Weber quote number 10055/003-003.

No change in price

Terms and Conditions:
Longterm Agreement Eff 10/03

| This Period effective from | 05-Apr-2006 | through | 31-Jul-2000 |

Freight Terms:            Collect
Payment Terms:            (88) MNS-2, On average, payment shall be made on
                          the second day of the second month following
                          Buyers receipt date of goods or services.
Delivery Terms:           Free Carrier (FCA)
Delivery DUNS:            00939963773
Ship From DUNS:           00939963773
Daily Capacity:           30
Hours Per Day:            22
Price Type:               Returnable

Price Composition:
The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any applicable taxes.

All Prices are expressed in    USD
Base Price:

                                                                    090.000000

Contract Line Item Page    3  of  5

Standard Blanket Contract Number:    1K870000

Issue Date:    14-Aug-2006

Amendment Number:    001
Part Number:    000000012602096

Total Price:
UOM:    EACH                                                    390.000000

Receiving Plants and Plant Percentage
As scheduled
                                                    100 %

Terms & Conditions:
C4
Nominate
Schedule
TTOP

This Period effective from    01-Aug-2009    through    31-Jul-2010

Freight Terms:    Collect
Payment Terms:    (88) MNS-2, On average, payment shall be made on
the second day of the second month following
Buyers receipt date of goods or services.
Delivery Terms:    Free Carrier (FCA)
Delivery DUNS:    00939963773
Ship From DUNS:    00939963773
Daily Capacity:    30
Hours Per Day:    22
Price Type    Returnable

Price Composition.
The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any applicable
taxes.

All Prices are expressed in    USD

Base Price.
                                                    302.280000

Total Price:
UOM:    EACH                                                    302.280000

Receiving Plants and Plant Percentage
As scheduled
                                                    100 %

Terms & Conditions:
C4
Nominate
Schedule
TTOP

Contract Line Item Page:          4 of 5
Standard Blanket Contract Number:    1K870000

Issue Date    14-Aug-2006
Amendment Number:    001
Part Number:    000000012602090

| This Period effective from | 01-Aug-2010 | through | 31-Jul-2011 |

Freight Terms:            Collect
Payment Terms:            (80) MNS-2, On average, payment shall be made on
                          the second day of the second month following
Delivery Terms:           Buyers receipt date of goods or services
Delivery DUNS:            Free Carrier (FCA)
Ship From DUNS:           00939963773
Daily Capacity:           00939963773
Hours Per Day:            30
Price Type                22
                          Returnable

Price Composition:
The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any applicable taxes.

All Prices are expressed in      USD
Base Price:
                                                                              374.790000

| Total Price: | | |
| UOM: | EACH | 374.790000 |

Receiving Plants and Plant Percentage
As scheduled

Terms & Conditions:                              100%
C4
Nominate
Schedule
TTOP

| This Period effective from | 01-Aug-2011 | through | 01-Aug-2012 |

Freight Terms:            Collect
Payment Terms:            (68) MNS-2, On average, payment shall be made on
                          the second day of the second month following
Delivery Terms:           Buyers receipt date of goods or services.
Delivery DUNS:            Free Carrier (FCA)
Ship From DUNS:           00939963773
Daily Capacity:           00939963773
Hours Per Day:            30
Price Type                22
                          Returnable

Contract Line Item Page:         5  of  5                                    Issue Date:    14-Aug-2006
Standard Blanket Contract Number:   1K870000          Amendment Number:   001
                                                      Part Number:   000000012602098

Price Composition:
The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any applicable taxes.

All Prices are expressed in     *USD*
Base Price:                                                                      367.510000

| Total Price: | | |
| UOM:    EACH | | 367.510000 |

Receiving Plants and Plant Percentage
As scheduled                                            100 %

Terms & Conditions:
C4
Nominate
Schedule
TTOP

Contract Line Item Page:          1 of 3
Standard Spot Buy Contract Number:    1K870002        Amendment Number:    000        Issue Date:    25-Feb-2007
                                                       Part Number:        000000012602098



### LINE ITEM DETAIL for TOOLING CONTRACT

*General Motors Corporation*

| This Line Item is effective from | 23-Feb-2007 | through | 23-Feb-2010 |
|---|---|---|---|

Part Description:        BLOCK ASM-ENG
Amendment Reason:        New Part Sourcing (Auction)

Manufacturing DUNS Number:
009399603773

Supplier Name and Manufacturing Address:
WEBER, ALBERT CO
ALBERT WEBER MANUFACTURING
231 DEMING WAY
SUMMERVILLE, SC 29403
UNITED STATES

Buyer Name:
Shakespear, Colette
Buyer Code:        X41

Tooling Capacity:            8,050
Tooling Capacity Hours:      24
Tooling Sample Date:         08-Oct-007
Hazardous Material Indicator:    N

Line Item Notes:
=============================================================
Purchase order issued to cover the cost of special permanent tools, dies,
patterns and/or molds necessary to produce P/N # 12602098

PART DESCRIPTION, as follows:

EWO# : CSXCZ
EWO Description
Affected P/N : 12602089
Model Year : MY 2009
Program : LS9, Supercharge V8
Capacity . Tooling Capacity 8 050
CurrencyType: USD

If machinery and equipment as defined by GM's tooling guidelines is listed
on this order,
the price of that M&E will be debited from the tooling order and no
adjustment to piece
price will be permitted. Additionally, if the value of the tools are less
than the quoted
amount per GM's tooling team, the value of the tools will be reduced to the

| Contract Line Item Page: | 2 of 3 | | | Issue Date: 25-Feb-2007 |
|---|---|---|---|---|
| Standard Spot Buy Contract Number: | 1K870002 | Amendment Number: | 000 | |
| | | Part Number: | 0000000126020980 | |

amount
specified by the fore-mentioned group. Supplier must provide all requested data to
GM within a reasonable time and in the manner prescribed. Failure to do so will result in
a equitable adjustment to the purchase order and/or debit. GM tooling guidelines apply.

Price Type: BULK
PPAP Date: 10/8/2007
Supplier Contact: Markus Kramer
Supplier Memo Dated  2/8/2007
Physical Location of Tooling (city & state): Charleston, SC

Detailed Tooling Breakdown.

| Tool Cost | Tool Description |
|---|---|
| $105,900 | Fixtures |
| $ 17,100 | Lifting fixtures |
| $ 21,250 | Leak Testing |
| $ 4,900 | Measurement fixtures |
| $ 26,500 | Measurement tooling |
| $200,500 | Tooling |
| $117,750 | Honing |
| $ 8,500 | Assembly |
| $502,400.00 USD | Total |

Total Tooling Cost/Currency: $502,400.00  USD

Supplier is Required to Mark all General Motors Tools with the GM Identification Tags

Pierce Gunter for Colette Shakespear
02/23/2007
==================================================================

Terms and Conditions:

| Freight Terms: | |
|---|---|
| Payment Terms: | Collect |
| | (88) MNS-2, On average, payment shall be made on the second day of the second month following Buyers receipt date of goods or services |
| Delivery Terms: | Free Carrier (FCA) |
| Delivery DUNS: | 00939963773 |
| Ship From DUNS: | 00939963773 |
| Price Type | Bulk |

Contract Line Item Page:        3  of  3
Standard Spot Buy Contract Number:        1K870002

Issue Date:   25-Feb-2007
Amendment Number:   000
Part Number:   000000012602000

Price Composition:

The Total Price is composed of Base Price plus any applicable taxes.

All Prices are expressed in        *USD*

Quantity:                                                                                                                    1

Base Price:                                                                                          502,400.000000

| Total Price: | | |
|---|---|---|
| UOM: | LOT | 502,400.000000 |

Terms & Conditions:
..........

Contract Line Item Page:          1  of  5
Standard Blanket Contract Number:   1K870000              Issue Date:  20-Jul-2007
Amendment Number   002
                                                          Part Number:  000000012602090



# LINE ITEM DETAIL
*General Motors Corporation*

| The Line Item is effective from | 05-Apr-2006 | through | 01-Aug 2012 |
|---|---|---|---|

Part Description:                          BLOCK ASM-ENG
Amendment Reason:                          Change in Clauses or Terms

Manufacturing DUNS Number:
00939963773

Supplier Name and Manufacturing Address:
WEBER, ALBERT CO
ALBERT WEBER MANUFACTURING
231 DEMING WAY
SUMMERVILLE, SC 29483
UNITED STATES

Buyer Name:
Shakespear, Colette
Buyer Code                    X41

Sample Date:
Drawing Date:                             01-Jul-2007
Hazardous Material Indicator.             02-15-07
                                          N

Line Item Notes:
=============================================================================
Description:
Nomination contract to Albert Weber for the 2009 model year LSA (12607428)
Block machining and assembly and for the 2009 model year LS9 (12602090)
Block machining and assembly. As approved by the Sourcing Board on March 29, 2006.
The tooling cost for the LSA is $390,000.  The tooling cost for the LS9 is $870,000.
Separate tooling purchase orders will be issued.  This is a nomination contract, and as such,
no work should be performed against it where there is an expectation of payment
without a seperate purchase order.
New Part nos:--------------OTC/HRS
12607428--------------------09/22
12602090--------------------30/22
Part Description:BLOCK ASM-ENG
Model Year:  2009
Program:  LSA / LS9 Supercharger Program
Price Type : Returnable
PPAP date: 7/1/2007
Supplier Contact: Daniel Weber
Supplier Memo Dated: 3/27/2006
Contract Duration : LG +SPO

Contract Line Item Page:        2  of  5
Standard Blanket Contract Number:  1K870000                    Issue Date  20-Jul-2007
Amendment Number:  002
                                                              Part Number:  000000012602090

Sid Kumar for Henry C. Hall
04/03/2006
=================================================================
August 14, 2006.
GM Powertrain Buyer: Henry C. Hall (248) 857-2735.

Quotation based on Albert Weber quote number 10055/003-003.

No change in price

••••••••Revision #002 issued to remove nomination clause.  This is a standard blanket contract released
for production  via EWO# CSXCZ
PPAP tentatively scheduled for submission - January 25, 2008.  Contact ASQE for PPAP confirmation.
Any questions contact your buyer above.

Terms & Conditions:
Longterm Agreement Eff 10/03

| | This Period effective from | 05-Apr-2006 | through | 31-Jul-2009 | |
|---|---|---|---|---|---|

Freight Terms:                                        Collect
Payment Terms:                                        (88) MNS-2, On average, payment shall
                                                      be made on the second day of the
                                                      second month following Buyers receipt
                                                      date of goods or services.
Delivery Terms:                                       Free Carrier (FCA)
Delivery DUNS:                                        00939963773
Ship From DUNS:                                       00939963773
Daily Capacity:                                       30
Hours Per Day:                                        22
Price Type:                                           Returnable

Price Composition:
The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any
applicable taxes.

All Prices are expressed in    USD
Base Price:
                                                                              390.000000

| Total Price | 390.000000 |
|---|---|
| UOM: | EACH |

Receiving Plants and Plant Percentage
As scheduled                                          100%

Contract Line Item Page          3   of   5
Standard Blanket Contract Number:   1K870000          Issue Date   20-Jul-2007
Amendment Number:  002
                                                        Part Number:   000000012602090

Terms & Conditions:
C4
Nominate
Schedule
TTOP

This Period effective from     01-Aug-2009     through     31-Jul-2010

Freight Terms:
Payment Terms:                                           Collect
                                                        (88) MNS-2, On average, payment shall
                                                        be made on the second day of the
                                                        second month following Buyers receipt
Delivery Terms:                                          date of goods or services
Delivery DUNS:                                          Free Carrier (FCA)
Ship From DUNS:                                         00939963773
Daily Capacity:                                         00939963773
Hours Per Day:                                          30
Price Type:                                             22
                                                        Returnable
Price Composition:
The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any
applicable taxes.

All Prices are expressed in      USD
Base Price:
                                                                              382.280000
Total Price:
UOM.                                                                          382.280000
                                                                              EACH
Receiving Plants and Plant Percentage
As scheduled
                                                        100 %
Terms & Conditions:
C4
Schedule
TTOP

This Period effective from     01-Aug-2010     through     31-Jul-2011

Freight Terms:
Payment Terms:                                           Collect
                                                        (88) MNS-2, On average, payment shall
                                                        be made on the second day of the
                                                        second month following Buyers receipt

Contract Line Item Page             4 of 5
Standard Blanket Contract Number: 1K870000                    Issue Date:  20-Jul-2007
Amendment Number:  002                          Part Number:  000000012602098

                                                       date of goods or services
Delivery Terms:                                        Free Carrier (FCA)
Delivery DUNS:                                         00939963773
Ship From DUNS:                                        00939963773
Daily Capacity:                                        30
Hours Per Day:                                         22
Price Type:                                            Returnable

Price Composition:
The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any
applicable taxes.

All Prices are expressed in        USD
Base Price                                                                  374.790000

Total Price                                                                 374.790000
UOM:                                                                        EACH
Receiving Plants and Plant Percentage
As scheduled                                          100 %

Terms & Conditions:
C4
Schedule
TTOP

| This Period effective from | 01-Aug-2011 | through | 01-Aug-2012 |
|---|---|---|---|

Freight Terms:                            Collect
Payment Terms:                            (88) MNS-2, On average, payment shall
                                          be made on the second day of the
                                          second month following Buyers receipt
                                          date of goods or services
Delivery Terms:                           Free Carrier (FCA)
Delivery DUNS:                            00939963773
Ship From DUNS:                           00939963773
Daily Capacity:                           30
Hours Per Day:                            22
Price Type:                               Returnable

Price Composition:
The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any
applicable taxes.

All Prices are expressed in        USD

Contract Line Item Page:          5  of  5
Standard Blanket Contract Number:  1K870000                    Issue Date:  20-Jul-2007
Amendment Number:  002
                                                               Part Number:  000000012602098
Base Price:

                                                                             367.510000

Total Price:                                                                 367.510000
UOM:                                                                              EACH

Receiving Plants and Plant Percentage
As scheduled
                                                         100%

Terms & Conditions:
Ca
Schedule
TTOP

Contract Line Item Page          1  of  5
Standard Blanket Contract Number:  1K870000          Issue Date   03-Aug-2007
Amendment Number:  003
                                                                  Part Number:  000000012602090



### LINE ITEM DETAIL
*General Motors Corporation*

| This Line Item is effective from | 05-Apr-2006 | through | 01-Aug-2012 |

Part Description:                                         BLOCK ASM-ENG
Amendment Reason:                                         Engineering Change Special

Manufacturing DUNS Number:
00939963773

Supplier Name and Manufacturing Address:
WEBER, ALBERT CO
ALBERT WEBER MANUFACTURING
231 DEMING WAY
SUMMERVILLE,SC 29483
UNITED STATES

Buyer Name:
Shakespear, Colette
Buyer Code:                       X41

Sample Date:
Drawing Date:                                             01-Jul-2007
Hazardous Material Indicator:                             02-15-07
                                                          N

Line Item Notes:
July 26, 2007.
GM Powertrain Buyer, Henry C. Hall (248) 857-2735

Updating Albert Weber contract for LSA and LS9 Supercharger engines to reflect actual cost of GM
sourced Oil Squirter part 12601222.  GM directed Albert Weber to use a cost of $2.00 U.S. dollars per Oil
Squirter for LSA/LS9 assemblies 12607428 and 12602098.  GM awarded Albert Weber the engine Block
machining and assembly business for parts 12607428 and 12602098 on March 29, 2006 (RFQ
1000443191).  GM awarded Bontaz the Oil Squirter in May of 2006.  Bontaz part 12601222 was released
on EWO BXHZJA and sourced by Jamie Malarney under RFQ 600455309.

The nomination clause is also removed from these production released parts.

==========================================================================
Description:
Nomination contract to Albert Weber for the 2009 model year LSA (12607428)
Block machining and assembly and for the 2009 model year LS9 (12602098)
Block machining and assembly. As approved by the Sourcing Board on March 29, 2006.
The tooling cost for the LSA is $390,000.  The tooling cost for the LS9 is $870,000.
Separate tooling purchase orders will be issued.  This is a nomination contract, and as such,

Contract Line Item Page:              2  of  5
Standard Blanket Contract Number:  1K070000                    Issue Date:  03-Aug-2007
Amendment Number:  003
                                                               Part Number:  000000012602098
no work should be performed against it where there is an expectation of payment
without a seperate purchase order.
New Part nos ---------------QTC/HRS
12607428--------------------09/22
12602098--------------------30/22
Part Description:BLOCK ASM-ENG
Model Year:  2009
Program:  LSA / LS9 Supercharger Program
Price Type:  Returnable
PPAP date: 7/1/2007
Supplier Contact:  Daniel Weber
Supplier Memo Dated: 3/27/2006
Contract Duration : LG-SPO


Sid Kumar for Henry C. Hall
04/03/2006
=======================================================================
August 14, 2006
GM Powertrain Buyer, Henry C. Hall (248) 857-2735.

Quotation based on Albert Weber quote number 10055/003-003.

No change in price.

---------Revision #002 issued to remove nomination clause.  This is a standard blanket contract released
for production  via EWO# CSXC2.
PPAP tentatively scheduled for submission - January 25, 2008.  Contact ASQE for PPAP confirmation
Any questions contact your buyer above


Terms & Conditions:
Longterm Agreement Eff 10/03


| | This Period effective from | 26-Jul-2007 | through | 31-Jul-2009 |
|---|---|---|---|---|

Freight Terms:
Payment Terms:                                    Collect
                                                  (88) MNS-2, On average, payment shall
                                                  be made on the second day of the
                                                  second month following Buyers receipt
Delivery Terms:                                   date of goods or services.
Delivery DUNS:                                    Free Carrier (FCA)
Ship From DUNS:                                   00939963773
Daily Capacity:                                   00939963773
Hours Per Day:                                    30
Price Type:                                       22
                                                  Returnable

Price Composition:
The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any
applicable taxes.

Contract Line Item Page:          3  of  5
Standard Blanket Contract Number:  1K870000          Issue Date:  03-Aug-2007
Amendment Number:  003
                                                    Part Number:  000000012602098

All Prices are expressed in    *USD*
Base Price:
                                                                    399.914400

| Total Price: | |
|---|---|
| UOM: | 399.914400 |
| | EACH |

Receiving Plants and Plant Percentage
As scheduled
                                                    100 %

Terms & Conditions:
C4
Schedule
TTOP

| | | | | |
|---|---|---|---|---|
| This Period effective from | 01-Aug-2009 | through | 31-Jul-2010 | |

Freight Terms:
Payment Terms:                          Collect
                                        (08) MNS-2, On average, payment shall
                                        be made on the second day of the
                                        second month following Buyers receipt
                                        date of goods or services.
Delivery Terms:                         Free Carrier (FCA)
Delivery DUNS:                          00939963773
Ship From DUNS:                         00939963773
Daily Capacity:                         30
Hours Per Day:                          22
Price Type:                             Returnable

Price Composition:
The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any
applicable taxes.

All Prices are expressed in    *USD*
Base Price:
                                                                    391.424000

| Total Price: | |
|---|---|
| UOM: | 391.424000 |
| | EACH |

Receiving Plants and Plant Percentage
As scheduled
                                                    100 %

Terms & Conditions:
C4
Schedule

Contract Line Item Page         4  of  5
Standard Blanket Contract Number:  1K870000          Issue Date:  03-Aug-2007
Amendment Number:  003          .

TTOP                                Part Number:  000000012602098

| This Period effective from | 01-Aug-2010 | through | 31-Jul-2011 |
|---|---|---|---|

Freight Terms:
Payment Terms:                      Collect
                                    (88) MNS-2, On average, payment shall
                                    be made on the second day of the
                                    second month following Buyers receipt
Delivery Terms:                     date of goods or services
Delivery DUNS.                      Free Carrier (FCA)
Ship From DUNS:                     00939963773
Daily Capacity:                     00939963773
Hours Per Day:                      30
Price Type:                         22
                                    Returnable

Price Composition:
The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any
applicable taxes.

All Prices are expressed in    USD
Base Price:
                                                                    383.934000

Total Price:
                                                                    383.934000
UOM:
                                                                    EACH
Receiving Plants and Plant Percentage
As scheduled
                                                    100 %

Terms & Conditions:
C4
Schedule
TTOP

| This Period effective from | 01-Aug-2011 | through | 01-Aug-2012 |
|---|---|---|---|

Freight Terms:
Payment Terms:                      Collect
                                    (88) MNS-2, On average, payment shall
                                    be made on the second day of the
                                    second month following Buyers receipt
Delivery Terms:                     date of goods or services
Delivery DUNS:                      Free Carrier (FCA)
                                    00939963773

Contract Line Item Page:          5  of  5
Standard Blanket Contract Number:  1K070000          Issue Date  03-Aug-2007
Amendment Number:  003
                                                    Part Number:  000000012602098

Ship From DUNS:                                     00939963773
Daily Capacity:                                     30
Hours Per Day:                                      22
Price Type:                                         Returnable

Price Composition:
The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any
applicable taxes.

All Prices are expressed in    *USD*
Base Price:
                                                                              376 654000

| Total Price | 376 654000 |
| UOM: | EACH |

Receiving Plants and Plant Percentage
As scheduled                                        100%

Terms & Conditions:
C4
Schedule
TTOP

Contract Line Item Page          1  of  5
Standard Blanket Contract Number:  1K070005          Issue Date  31-Oct-2007
Amendment Number:  000
                                                        Part Number:  000000012621983



# LINE ITEM DETAIL
*General Motors Corporation*

| This Line Item is effective from | 01-Nov-2007 | through | 01-Aug-2012 |

Part Description:                                    BLOCK ASM-ENG
Amendment Reason:                                    Engineering changes (Low APV)

Manufacturing DUNS Number:
00939963773

Supplier Name and Manufacturing Address:
WEBER, ALBERT CO
ALBERT WEBER MANUFACTURING
231 DEMING WAY
SUMMERVILLE,SC 29483
UNITED STATES

Buyer Name:
Shakespear, Colette
Buyer Code          X41

Sample Date:
Drawing Date:                                        10-Dec-2007
Hazardous Material Indicator:                        10-12-07
                                                     N

Line Item Notes:
October 31, 2007.
GM Powertrain Buyer: Henry C. Hall (248) 857-2735.

Engineering work order CZSPBC changes part number 12602098 to 12621983.  No change in cost.


July 26, 2007.
GM Powertrain Buyer: Henry C. Hall (248) 857-2735

Updating Albert Weber contract for LSA and LS9 Supercharger engines to reflect actual cost of GM
sourced Oil Squirter part 12601222.  GM directed Albert Weber to use a cost of $2.00 U.S. dollars per Oil
Squirter for LSA/LS9 assembles 12607428 and 12602098.  GM awarded Albert Weber the engine Block
machining and assembly business for parts 12607428 and 12602098 on March 20, 2006 (RFQ
1000442191).  GM awarded Bontaz the Oil Squirter in May of 2006.  Bontaz part 12601222 was released
on EWO BXHZJA and sourced by Jamie Malarney under RFQ 600455309.

The nomination clause is also removed from these production released parts.

Contract Line Item Page:       2  of  5                                Issue Date:  31-Oct-2007
Standard Blanket Contract Number:  1K870005
Amendment Number:  000                                       Part Number:  000000012621983
===========================================================================
Description:
Nomination contract to Albert Weber for the 2009 model year LSA (12607428)
Block machining and assembly and for the 2009 model year LS9 (12602098)
Block machining and assembly. As approved by the Sourcing Board on March 29, 2006.
The tooling cost for the LSA is $390,000. The tooling cost for the LS9 is $870,000.
Separate tooling purchase orders will be issued.  This is a nomination contract, and as such,
no work should be performed against it where there is an expectation of payment
without a separate purchase order.
New Part nos. --------------OTC/HRS
12607428--------------------09/22
12602098--------------------30/22
Part Desciption:BLOCK ASM-ENG
Model Year:  2009
Program: LSA / LS9 Supercharger Program
Price Type : Returnable
PPAP date  7/1/2007
Supplier Contact: Daniel Weber
Supplier Memo Dated: 3/27/2006
Contract Duration  LG-SPO


Sid Kumar for Henry C. Hall
04/03/2006
===========================================================================
August 14, 2006.
GM Powertrain Buyer  Henry C. Hall (248) 857-2735.

Quotation based on Albert Weber quote number 10055/003-003.

No change in price.

--------Revision #002 issued to remove nomination clause. This is a standard blanket contract released
for production  via EWO# CSXCZ.
PPAP tentatively scheduled for submission - January 25, 2008. Contact ASOE for PPAP confirmation.
Any questions contact your buyer above.


Terms & Conditions:
Longterm Agreement Eff 10/03

| | This Period effective from | 01-Nov-2007 | through | 31-Jul-2009 | |
|---|---|---|---|---|---|

Freight Terms:                                          Collect
Payment Terms:                                          (88) MNS-2, On average, payment shall
                                                        be made on the second day of the
                                                        second month following Buyers receipt
                                                        date of goods or services.
Delivery Terms:                                         Free Carrier (FCA)
Delivery DUNS:                                          00939963773
Ship From DUNS:                                         00939963773

Contract Line Item Page          5   of   5
Standard Blanket Contract Number:  1K070005                          Issue Date  31-Oct-2007
Amendment Number:  000
                                                                      Part Number:  000000012621983
Payment Terms:
                                                                      (88) MNS-2, On average, payment shall
                                                                      be made on the second day of the
                                                                      second month following Buyers receipt
Delivery Terms:                                                       date of goods or services
Delivery DUNS:                                                        Free Carrier (FCA)
Ship From DUNS:                                                       00939963773
Daily Capacity:                                                       00939963773
Hours Per Day:                                                        30
Price Type.                                                           22
                                                                      Returnable

Price Composition:
The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any
applicable taxes.

All Prices are expressed in     USD
Base Price:
                                                                                        376.654000

| Total Price: | 376.654000 |
| UOM: | EACH |

Receiving Plants and Plant Percentage
As scheduled
                                                              100%
Terms & Conditions:
C4
Schedule
TTOP



Contract Line Item Page        1  of  6
Standard Blanket Contract Number:  1K870007                    Issue Date:  13-Dec-2007
Amendment Number:  000
                                                               Part Number:  000000012621983



## LINE ITEM DETAIL
*General Motors Corporation*

This Line Item is effective from    16-Dec-2007    through    01-Aug-2012

Part Description:                                    BLOCK ASM-ENG
Amendment Reason:                                    Consignment/Bailment

Manufacturing DUNS Number:
00939963773

Supplier Name and Manufacturing Address:
WEBER, ALBERT CO
ALBERT WEBER MANUFACTURING
231 DEMING WAY
SUMMERVILLE,SC 29483
UNITED STATES

Buyer Name:
Hall, Henry
Buyer Code:          XY7
Phone                248-857-2735
Fax                  248-857-0059

Sample Date:                          14-Jan-2008
Drawing Date:                         10-12-07
Hazardous Material Indicator:         N

Line Item Notes:
December 12, 2007
GM Powertrain Buyer: Henry C. Hall (248) 857-2735.

Replaces purchase order 1K870 005.  Adding bailment casting to contract.  No other changes.

==================================================================================
======

October 31, 2007.
GM Powertrain Buyer: Henry C. Hall (248) 857-2735.

Engineering work order CZSPBC changes part number 12602098 to 12621983.  No change in cost.


July 26, 2007.
GM Powertrain Buyer: Henry C. Hall (248) 857-2735.

Contract Line Item Page:          2  of  6
Standard Blanket Contract Number:  1K870007                          Issue Date:   13-Dec-2007
Amendment Number:  000
                                                                     Part Number:  000000012621983

Updating Albert Weber contract for LSA and LS9 Supercharger engines to reflect actual cost of GM
sourced Oil Squirter part 12601222.  GM directed Albert Weber to use a cost of $2.00 U.S. dollars per Oil
Squirter for LSA/LS9 assembles 12607428 and 12602098.  GM awarded Albert Weber the engine Block
machining and assembly business for parts 12607428 and 12602098 on March 29, 2006 (RFQ
1000443191).  GM awarded Bontaz the Oil Squirter in May of 2006.  Bontaz part 12601222 was released
on EWO BXHZJA and sourced by Jamie Malarney under RFQ 600455309.

The nomination clause is also removed from these production released parts

===========================================================================
Description
Nomination contract to Albert Weber for the 2009 model year LSA (12607428)
Block machining and assembly and for the 2009 model year LS9 (12602098)
Block machining and assembly. As approved by the Sourcing Board on March 29, 2006.
The tooling cost for the LSA is $390,000.  The tooling cost for the LS9 is $870,000.
Separate tooling purchase orders will be issued.  This is a nomination contract, and as such,
no work should be performed against it where there is an expectation of payment
without a separate purchase order
New Part nos:---------------OTC/HRS
12607428---------------------09/22
12602098---------------------30/22
Part Description BLOCK ASM-ENG
Model Year:  2009
Program: LSA / LS9 Supercharger Program
Price Type : Returnable
PPAP date: 7/1/2007
Supplier Contact: Daniel Weber
Supplier Memo Dated: 3/27/2006
Contract Duration: LG+SPO

Sid Kumar for Henry C. Hall
04/03/2006
===========================================================================
August 14, 2006
GM Powertrain Buyer: Henry C. Hall (248) 857-2735.

Quotation based on Albert Weber quote number 10055/003-003.

No change in price.

*******Revision #002 issued to remove nomination clause.  This is a standard blanket contract released
for production via EWO# CSXCZ.
PPAP tentatively scheduled for submission - January 25, 2008  Contact ASQE for PPAP confirmation.
Any questions contact your buyer above

Terms & Conditions:
Longterm Agreement Eff 10/03

| This Period effective from | 15-Dec-2007 | through | 31-Jul-2009 |

Freight Terms:                                                         Collect

Contract Line Item Page:         3  of  6
Standard Blanket Contract Number:  1KB70007                    Issue Date  13-Dec-2007
Amendment Number:  00C
                                                               Part Number:  000000012621003
Payment Terms:

                                                               (88) MNS-2, On average, payment shall
                                                               be made on the second day of the
                                                               second month following Buyers receipt
Delivery Terms:                                                date of goods or services.
Delivery DUNS:                                                 Free Carrier (FCA)
Ship From DUNS:                                                00939963773
Daily Capacity:                                                00939963773
Hours Per Day:                                                 8
Price Type.                                                    22
                                                               Returnable

Bailment or Resale Detail:
Part Number:                           Part Description:
        Amount Req.                         UOM:
                                            Value per UOM

BAILMENT
000000012621766                        BLOCK-ENG (CSTG)
        1.000
                                            282.240000              USD

Price Composition:
The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any
applicable taxes.

All Prices are expressed in     USD
Base Price:
                                                                           399.914400

Total Price:                                                               399.914400

UOM:                                                                            EACH

Receiving Plants and Plant Percentage
As scheduled
                                                               100%

Terms & Conditions:
..........

        This Period effective from      01-Aug-2009    through    31-Jul-2010

Freight Terms:
Payment Terms:                         Collect
                                       (88) MNS-2, On average, payment shall
                                       be made on the second day of the
                                       second month following Buyers receipt
                                       date of goods or services.

| Contract Line Item Page: | 4 of 6 | | |
|---|---|---|---|
| Standard Blanket Contract Number: | 1K870007 | Issue Date: | 13-Dec-2007 |
| Amendment Number: 000 | | Part Number: | 000000012621903 |

| Delivery Terms: | | Free Carrier (FCA) |
|---|---|---|
| Delivery DUNS: | | 00939963773 |
| Ship From DUNS: | | 00939963773 |
| Daily Capacity: | | 8 |
| Hours Per Day: | | 22 |
| Price Type: | | Returnable |

Bailment or Resale Detail:

| Part Number: | | Part Description: | |
|---|---|---|---|
| | Amount Req. | UOM: | |
| | | Value per UOM | |
| BAILMENT | | | |
| 000000012621766 | | BLOCK-ENG (CSTG) | |
| | 1 000 | | |
| | | 282 240000 | USD |

Price Composition:
The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any
applicable taxes.

All Prices are expressed in    *USD*
Base Price:    391.424000

| Total Price: | 391.424000 |
|---|---|
| UOM: | EACH |

Receiving Plants and Plant Percentage
As scheduled    100 %

Terms & Conditions:
..........

| This Period effective from | 01-Aug-2010 | through | 31-Jul-2011 |
|---|---|---|---|

Freight Terms:    Collect
Payment Terms:    (88) MNS-2, On average, payment shall
be made on the second day of the
second month following Buyers receipt
date of goods or services
Delivery Terms:    Free Carrier (FCA)
Delivery DUNS:    00939963773
Ship From DUNS:    00939963773

Contract Line Item Page:          5  of  6
Standard Blanket Contract Number:  1K870007            Issue Date:  13-Dec-2007
Amendment Number:  000
                                                      Part Number:  000000012621983
Daily Capacity:
Hours Per Day:                                        8
Price Type:                                           22
                                                      Returnable

Bailment or Resale Detail:
Part Number:                    Part Description:
            Amount Req.         UOM:
                                Value per UOM

BAILMENT
000000012621766                 BLOCK-ENG (CSTG)
        1 000
                                    282.240000          USD

Price Composition:
The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any
applicable taxes.

All Prices are expressed in    USD
Base Price:
                                                               383.934000

Total Price:
                                                               383.934000
UOM:
                                                                   EACH

Receiving Plants and Plant Percentage
As scheduled                                          100%

Terms & Conditions:
.............

| This Period effective from | 01-Aug-2011 | through | 01-Aug-2012 |
|---|---|---|---|

Freight Terms:                        Collect
Payment Terms:                        (88) MNS-2, On average, payment shall
                                      be made on the second day of the
                                      second month following Buyers receipt
                                      date of goods or services.
Delivery Terms:                       Free Carrier (FCA)
Delivery DUNS:                        00939963773
Ship From DUNS:                       00939963773
Daily Capacity:
Hours Per Day:                        8
Price Type:                           22
                                      Returnable

Contract Line Item Page:           6   of   6
Standard Blanket Contract Number:  1K070007                    Issue Date:  13-Dec-2007
Amendment Number:  000
                                                              Part Number:  000000012621983
Bailment or Resale Detail:
Part Number:                        Part Description:
              Amount Req.            UOM:
                                     Value per UOM

BAILMENT
000000012621766                     BLOCK-ENG (CSTG)
              1.000
                                         282.240000          USD

Price Composition:
The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any
applicable taxes.

All Prices are expressed in   USD
Base Price:
                                                                          376.654000
Total Price:                                                              376.654000
UOM:
                                                                              EACH

Receiving Plants and Plant Percentage:
As scheduled                                              100%

Terms & Conditions:



( 45 ?

Contract Line Item Page:          1  of  3
Standard Spot Buy Contract Number:  1K070008                    Issue Date:  14-Dec-2007
Amendment Number:  000
                                                                Part Number:  000000012621983



# LINE ITEM DETAIL for TOOLING CONTRACT
### General Motors Corporation

This Line Item is effective from      13-Dec-2007      through      13-Dec-2010

Part Description:
Amendment Reason:                                    BLOCK ASM-ENG
                                                     Contracting New Parts

Manufacturing DUNS Number:
00939963773

Supplier Name and Manufacturing Address:
WEBER, ALBERT CO
ALBERT WEBER MANUFACTURING
231 DEMING WAY
SUMMERVILLE, SC 29483
UNITED STATES

Buyer Name:
Hall, Henry
Buyer Code            XY7
Phone:                248-857-2735
Fax:                  248-857-0059

Tooling Capacity:
Tooling Capacity Hours:                              8
Tooling Sample Date:                                 22
Hazardous Material Indicator:                        14-Jan-2008
                                                     N

Line Item Notes:
December 13, 2007.
GM Powertrain Buyer: Henry C. Hall (248) 857-2735.

Transferring purchase order from old part 12602098 to new part 12621983.  Albert Weber will PPAP and
be paid under 12621983.  New part number created per EWO CZSPBC and work order 821423.

Total tooling impact - $502,400.

=========================================================================

Contract Line Item Page:        2   of   3
Standard Spot Buy Contract Number:  1K870008
Amendment Number:  000

Issue Date:  14-Dec-2007

Part Number:  000000012621983

Purchase order issued to cover the cost of special permanent tools, dies, patterns and/or molds necessary to produce P/N # 12602098

PART DESCRIPTION, as follows:

EWO# : CSXCZ
EWO Description:
Affected P/N :  12602098
Model Year :  MY 2009
Program :  LS9, Supercharge V8
Capacity :  Tooling Capacity 2,000 per year (approximately 8.5 per day)
CurrencyType: USD

If machinery and equipment as defined by GM's tooling guidelines is listed on this order, the price of that M&E will be debited from the tooling order and no adjustment to piece price will be permitted. Additionally, if the value of the tools are less than the quoted amount per GM's tooling team, the value of the tools will be reduced to the amount specified by the fore-mentioned group. Supplier must provide all requested data to GM within a reasonable time and in the manner prescribed. Failure to do so will result in a equitable adjustment to the purchase order and/or debit. GM tooling guidelines apply.

Price Type: BULK
PPAP Date: 10/8/2007
Supplier Contact: Markus Kramer
Supplier Memo  Dated : 2/8/2007
Physical Location of Tooling (city & state)  Charleston, SC

Detailed Tooling Breakdown:
------------------------------------------------------------
Tool Cost  Tool Description
------------------------------------------------------------
$165,900-----------Fixtures
$  17,100-----------Lifting fixtures
$  21,250-----------Leak Testing
$    4,900-----------Measurement fixtures
$  26,500-----------Measurement tooling
$200,500-----------Tooling
$117,750-----------Honing
$    8,500-----------Assembly
------------------------------------------------------------
$502,400.00 USD -----------Total
------------------------------------------------------------

Total Tooling Cost/Currency  $502,400.00  USD

Contract Line Item Page:        3  of  3                        Issue Date:  14-Dec-2007
Standard Spot Buy Contract Number:  1K870000
Amendment Number:  000                              Part Number:  000000012621983

Supplier is Required to Mark all General Motors Tools with the GM Identification Tags.

Pierce Guntur for Colette Shakespear
02/23/2007
=================================================================

Terms and Conditions:
............

Freight Terms:                          Collect
Payment Terms:                          (00) MNS-2, On average, payment shall
                                        be made on the second day of the
                                        second month following Buyers receipt
                                        date of goods or services.

Delivery Terms:                         Free Carrier (FCA)

Delivery DUNS:                          00939963773
Ship From DUNS:                         00939963773
Price Type:                             Bulk

Price Composition:
The Total Price is composed of Base Price plus any applicable taxes.

All Prices are expressed in      USD
Quantity:                                                           1
Base Price:                                            502,400.000000

| Total Price: | 502,400.000000 |
|---|---|
| UOM: | LOT |

Terms and Conditions:
............