**SO ORDERED: September 13, 2010.**



_____
**Anthony J. Metz III
United States Bankruptcy Judge**



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 09-50026-REG |
| MOTORS LIQUIDATION COMPANY, *et al.*, ) | |
| f/k/a General Motors Corp., *et al.*, ) | (United States Bankruptcy Court |
| ) | Southern District of New York) |
| Debtors. ) | Chapter 11 (Jointly Administered) |
| _____ ) | |
| ) | |
| MCM MANAGEMENT CORP., ) | Adversary Proceeding No. 10-56003 |
| ) | |
| Plaintiff, ) | |
| ) | |
| MANUAL TRANSMISSIONS OF ) | |
| MUNCIE, LLC, THE STATE OF INDIANA, ) | |
| and the TREASURER OF DELAWARE ) | |
| COUNTY, INDIANA, ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING MOTION FOR TRANSFER TO THE
UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN
<u>DISTRICT OF NEW YORK PURSUANT TO 28 U.S.C. § 1412</u>**

Defendant, Manual Transmissions of Muncie, LLC, by counsel, has filed its "Motion for Transfer to the United States Bankruptcy Court for the Southern District of New York Pursuant to 28 U.S.C. § 1412" [*Docket No. 4*] ("Motion"), and the Court, being duly advised in the premises and determining that the legal and factual bases set forth in the Motion and as heard in oral argument establish just cause for the relief requested therein, hereby overrules all objections to the Motion and finds that such Motion should be GRANTED. It is therefore

ORDERED that this proceeding is transferred to the United States District Court for the Southern District of New York for referral to the United States Bankruptcy Court for the Southern District of New York.

###

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756−1 | User: rbell2 | Date Created: 9/14/2010 |
| Case: 10−56003 | Form ID: pdfOrder | Total: 5 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Deborah Kovsky−Apap | kovskyd@pepperlaw.com |
| aty | Jason M. Kuchmay | jmk@federoff−law.com |
| aty | Thomas C Scherer | tscherer@binghammchale.com |
| aty | Whitney L Mosby | wmosby@binghammchale.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| aty | James A Federoff | Federoff Kuchmay, LLP | 10445 Illinois Road | Fort Wayne, IN 46814 |

TOTAL: 1