UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JUN 21 PM 4: 04

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 09-50026-REG |
| MOTORS LIQUIDATION COMPANY, *et al.*, | ) | |
| f/k/a General Motors Corp., *et al.*, | ) | (United States Bankruptcy Court |
| | ) | Southern District of New York) |
| Debtors. | ) | Chapter 11 (Jointly Administered) |
| ______________________________ | ) | |
| | ) | |
| MCM MANAGEMENT CORP., | ) | Adversary Proceeding No. ____________ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| MANUAL TRANSMISSIONS OF | ) | |
| MUNCIE, LLC, THE STATE OF INDIANA, | ) | |
| and the TREASURER OF DELAWARE | ) | |
| COUNTY, INDIANA, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant, Manual Transmissions of Muncie, LLC, ("MTM"), by counsel and pursuant to 28 U.S.C. § 1452(a) and Rule 9027 of the Federal Rules of Bankruptcy Procedure, hereby removes the civil action entitled, *MCM Management Corp. v. Manual Transmissions of Muncie, LLC, the State of Indiana, and the Treasurer of Delaware County*, Cause No. 18C01-1005-PL-14 (the "State Court Action") from the Delaware County, Indiana, Circuit Court, where it is now pending to the United States Bankruptcy Court for the Southern District of Indiana. In support of removal, MTM respectfully represents as follows:

### A. Factual Background.

1. In December of 2006, the Plaintiff, MCM Management Corp. (the "Plaintiff"), and Motors Liquidation Company, fka General Motors Corporation (the "Debtor") entered into certain contracts (collectively, the "Contracts") pursuant to which the Plaintiff was to perform

demolition work on real property commonly known as 1200 West 8th Street, Muncie, Indiana, 47302 that is owned by MTM (the "Real Estate").

2. The Plaintiff and the Debtor are the only parties to the Contracts.

3. On May 28, 2009, the Plaintiff recorded with the Delaware County Recorder a "Sworn Statement and Notice of Intention to Hold Mechanic's Lien Upon Real Estate" ("Mechanic's Lien") relating to the work performed under the Contracts on the Real Estate.

4. On June 1, 2009, the Debtor and related entities filed voluntary petitions under Chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Southern District of New York that are being jointly administered under Case No. 09-50026-REG (the "Bankruptcy Action").

5. On June 18, 2009, the Plaintiff filed a proof of claim ("Proof of Claim") in the Bankruptcy Action asserting a secured claim against the Debtor in the amount of $22,476,106 relating to, among other things, the amounts allegedly due the Plaintiff under the Contracts and Mechanic's Lien.

6. On March 5, 2010, the Debtor commenced an Adversary Proceeding in the United States Bankruptcy Court for the Southern District of New York against the Plaintiff that is associated with the Bankruptcy Action and pending under Case No. 10-05008 (the "Adversary Proceeding"). In the Adversary Proceeding, the Debtor objects to the Plaintiff's Proof of Claim and asserts breach of contract claims against the Plaintiff relating to the Contracts.

7. On May 12, 2010, the Plaintiff commenced the State Court Action by filing its "Complaint for Breach of Contract, Unjust Enrichment/Quantum Meruit, and Foreclosure of Mechanic's Lien" ("Complaint").

8. In the Complaint, the Plaintiff asserts claims against both MTM and the Debtor

Case 10-50003 Doc 1 Filed 06/21/10 EOD 06/22/10 08:11:59 Pg 3 of 50

for breach of contract and unjust enrichment related to the work performed on the Real Estate including, but not limited to, the following:

- "General Motors and MTM have failed to pay MCM in full for the Work. *Complaint*, ¶ 16.
- To date, General Motors and MTM owe MCM $335,278 for the Work. *Complaint*, ¶ 17.
- Despite MCM's demands for payment, General Motors and MTM have failed to pay MCM the amounts owed under the Purchase Orders. *Complaint*, ¶ 18.
- Despite MCM's demands for payment, General Motors and MTM have failed to compensate MCM for any additional work and costs resulting from the delays on the Project. *Complaint*, ¶ 20.
- General Motors' and MTM's failure to compensate MCM for the amounts owed under the Purchase Order, and the delays on the Project constitutes a material breach of the parties' agreement. *Complaint*, ¶ 21.
- General Motors' and MTM's failure to provide for full compensation to MCM constitute a breach of its implied covenant of good faith and fair dealing. *Complaint*, ¶ 22.
- General Motors and MTM would be unjustly enriched if permitted to retain the benefit for Work without compensating MCM for the Work. *Complaint*, ¶ 28.

9. MTM may remove the State Court Action because it is a core proceeding with original jurisdiction in this Court.

**B. Notice of Removal.**

10. As set forth in 28 U.S.C. § 1452(a), "[a] party may remove a claim or cause of action in a civil action . . . to the district court for the district where such civil action is pending, if such district court has jurisdiction of such claim or cause of action under section 1334 of this title."

11. Pursuant to 28 U.S.C. §§ 157 and 1334, this Court has original jurisdiction of all cases arising under title 11 or arising in or related to cases under title 11, including core proceedings.

12. Core proceedings include, but are not limited to, (a) allowance or disallowance of claims against the estate; (b) counterclaims by the estate against persons filing claims against the estate; and (c) other proceedings affecting the liquidation of the assets of the estate or the adjustment of the debtor-creditor relationship. 28 U.S.C. § 157(b)(2).

13. This Court has core jurisdiction over the State Court Action and the claims asserted therein because:

- The Plaintiff submitted to the jurisdiction of the bankruptcy court by filing its Proof of Claim in the Bankruptcy Action.
- The State Court Action asserts the same claims that have been made or will be made in the Adversary Proceeding.
- The State Court Action is a core proceeding in that it relates to the allowance or disallowance of claims against the Debtor's estate; it involves property of the Debtor's estate by virtue of the Debtor's counterclaims against the Plaintiff; and it affects the amount of the assets that will be available for distribution to creditors of the Debtor.

14. Removal to this Court is proper under 28 U.S.C. § 1452(a) because the Southern District of Indiana is the district within which the State Court Action was pending prior to removal.

15. This Notice of Removal is timely. It is filed within thirty (30) days of being served with the Complaint and Summons and otherwise meets the time requirements set forth in Rule 9027(a)(2) of the Federal Rules of Bankruptcy Procedure.

16. In accordance with Rule 9027(a)(1), a copy of all pleadings served upon or filed by MTM in the State Court Action are attached hereto as Exhibit A.

17. Pursuant to Rule 9027(c) of the Federal Rules of Bankruptcy Procedure, a copy of this Notice of Removal is being filed with the Clerk of the Delaware County, Circuit Court, and notice thereof is being given to the adverse party.

18. Preferred venue lies with the United States Bankruptcy Court for the Southern

District of New York. MTM intends to promptly file a motion to transfer venue to the United States Bankruptcy Court for the Southern District of New York under Rule 7087 of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, Defendant, Manual Transmissions of Muncie, LLC, ("MTM"), removes this case from the Delaware County Circuit Court to the United States Bankruptcy Court for the Southern District of Indiana.

Dated this 21st day of June, 2010.

Respectfully submitted,

Thomas C. Scherer, #24-49
Whitney L. Mosby, #23691-49
*Attorneys for Defendant,*
*Manual Transmissions of Muncie, LLC*

BINGHAM MCHALE LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204-4900
Phone: (317) 635-8900
FAX: (317) 236-9907
Email: tscherer@binghammchale.com
wmosby@binghammchale.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been filed electronically and served upon the following either electronically or via first class United States mail, postage prepaid and addressed as shown, this 21st day of June, 2010:

James A. Federoff
Jason M. Kuchmay
Federoff Kuchmay LLP
10445 Illinois Road
Fort Wayne, IN 46814

1503046

# EXHIBIT A

Case 10-50003 Doc 1 Filed 06/21/10 EOD 06/22/10 08:11:59 Pg 8 of 50

STATE OF INDIANA ) IN THE DELAWARE CIRCUIT COURT
) SS:
COUNTY OF DELAWARE ) CAUSE NO. 18C01-1005-PL-14

MCM MANAGEMENT CORP.,

Plaintiff,

vs.

MANUAL TRANSMISSIONS OF MUNCIE, LLC, the STATE OF INDIANA, AND the TREASURER OF DELAWARE COUNTY, INDIANA

Defendants.

FILED
CLERKS OFFICE
DELAWARE CO., INDIANA
MAY 12 2010
CLERK

TO THE DEFENDANT:

Manual Transmissions of Muncie, LLC
c/o: The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

You have been sued by the person(s) named above. The claim made against you is attached to this summons; please examine all pages carefully. The X marked below indicates the time limit you have to **FILE YOUR ANSWER.**

X Certified Mail — You or your attorney must file a written answer to the claim **WITHIN TWENTY-THREE (23) DAYS,** commencing the day after you receive this summons, or judgment may be entered against you as claimed.

____ Personal Service — You or your attorney must file a written answer to the claim **WITHIN TWENTY(20) DAYS,** commencing the day after you receive this summons, or judgment may be entered against you as claimed.

Your answer is considered filed when it is received in the office of the **Clerk of the Delaware Circuit Court, 100 W. Main Street, Muncie, IN 47305.** The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you wish to file a claim against another party associated with this case, you must state it in your written answer.

If you are required to appear, the date, time and location will be shown on the attached Notice of Hearing form. **IF YOU FAIL TO APPEAR, A JUDGMENT MAY BE ENTERED AGAINST YOU.**

Dated: MAY 13 2010

STEVEN G. CRAYCRAFT
CLERK OF DELAWARE CIRCUIT COURT

Case 10-50003 Doc 1 Filed 06/21/10 EOD 06/21/10 08:11:59 Pg 9 of 50

RETURN OF SUMMONS

CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the ___ day of __________________________, 2010, I mailed a copy of this summons and a copy of the complaint to each of the Defendant[s] ______________________________ by [registered or certified] mail No. ____________________ requesting a return receipt addressed to each of the Defendant[s] viz:________ ______________________ at the address[es] furnished by the Plaintiff[s] in the praecipe in this cause.

Dated:__________________

Clerk (Seal)

CLERK'S CERTIFICATE OF RETURN OF SERVICE OFSUMMONS BY MAIL

I hereby certify that service of summons with return receipt requested was mailed on the ____________________ day of ________________, 2010, and that a copy of return receipt was received on the ________ day of __________, 2010, which copy is attached herewith.

Dated:__________________

Clerk (Seal)

CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL

I hereby certify that on the ___ day of ________________________, 2010, I mailed a copy of this summons and a copy of the complaint to each of the Defendant[s] ______________________________ by [registered or certified] mail No. ____________________, and the same was returned without acceptance this ____________day of ___ ______________, 2010, and I did deliver said summons and a copy of complaint to the Sheriff of Delaware County, Indiana.

Dated:__________________

Clerk (Seal)

SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served the within summons and a copy of the complaint herein:

1. By delivering on the ______________day of ________________, 2010, a copy of the summons and a copy of the complaint to the Defendants[s]______________________________.

2. By leaving on the __________day of ________________, 2010, for each of the Defendant[s] ______________________ ______________________ a copy of the summons and a copy of the complaint at ______________________ ______________________ being the respective dwelling house or usual place of abode of the Defendant[s], with ______________________ ______________________, a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served

AND

by mailing a copy of this summons without the complaint to the Defendant[s] at ______________________ ______________________, the last know address of the Defendants[s].

3.______________________________________________

TOTAL FEES: $______________

Sheriff of Delaware County, Indiana

SHERIFF'S RETURN OF NON-SERVICE OF SUMMONS

I hereby certify that service of the within summons and complaint was not made because:

1. The Defendant[s]______________________________ was/were not found in person in my bailiwick.

2. The Defendant[s]______________________________ does/do not have a dwelling house or usual place of abode with some person of suitable age and discretion residing therein with whom a copy of the summons and complaint could be left, in my bailiwick.

3. ______________________________________________

TOTAL FEES: $______________

Sheriff of Delaware County, Indiana

SERVICE ACKNOWLEDGED BY DEFENDANT[S]

A copy of the within summons and a copy of the complaint attached thereto were received by me this day of ______________________, 2010.

______________________
______________________
______________________
______________________
Signature of Defendant[s]

Case 10-50003 Doc 1 Filed 06/21/10 EOD 06/22/10 08:11:59 Pg 10 of 50

FILED
CLERKS OFFICE
DELAWARE CO., INDIANA
MAY 12 2010
CLERK

**LIS PENDENS NOTICE**

**NOTICE TO ALL PERSONS, known and unknown and all other concerned parties:**

Please take notice that on May 12, 2010, MCM Management Corp. filed a Complaint, Cause No. 18C01-1005-PL-14, against Manual Transmissions of Muncie, LLC, the State of Indiana, and the Treasurer of Delaware County, Indiana, in the Delaware Circuit Court. The Complaint involves a claim for the foreclosure of a mechanic's lien dated May 28, 2009, to secure the sum of $335,278, plus interest and attorney's fees, which mechanic's lien was recorded as Document No. 2009R14789 in the Office of the Recorder of Delaware County, Indiana, on May 28, 2009, at 4:02:03 p.m.

The real estate affected is legally described in the attached Exhibit "A".

FEDEROFF KUCHMAY, LLP

James A. Federoff, #6797-02
James.federoff@federoff-law.com
Jason M. Kuchmay #20974-02
jmk@federoff-law.com
10445 Illinois Road
Fort Wayne, Indiana 46814
Telephone: (260) 207-2100
Facsimile: (260) 207-2101
Attorneys for Plaintiffs

Filed and recorded the ________ day of ______________, 2010 at ______ ___.m.

_______________________________
Clerk, Delaware Circuit Court

This instrument was prepared by James A. Federoff, Attorney at Law, Federoff Kuchmay LLP, 10445 Illinois Road, Fort Wayne, IN 46814.

I affirm, under the penalties for perjury, that I have taken reasonable care to redact each Social Security number in this document, unless required by law.

_______________________________
James A. Federoff

Case 10-56003 Doc 1 Filed 06/21/10 EOD 06/21/10 08:11:39 Pg 12 of 50

Exhibit "A"
Legal Description of Real Estate

All those certain pieces or parcels of land situate in Delaware County, State of Indiana, and more particularly described as follows:

A part of the Northwest Quarter and a part of the Southwest Quarter of Section 16 Township 20 North Range 10 East, more particularly described as follows, to-wit:

Beginning at a point in the West line of Elliott Street, as said Elliott Street is laid out and platted in the T.F. Rose First Addition to the City of Muncie, Indiana at the point of intersection of the West line of said Elliott Street with the North line of the Southwest Quarter of Section 16 Township 20 North Range 10 East; thence South 00°-06'-45" West and on and along the West line of said Elliott Street 1,299.74 feet to its intersection with the North line of 8th Street, as said 8th Street is laid out and platted in the T.F. Rose First Addition to the City of Muncie, Indiana; thence North 90°-00'-00" West and on and along the North line of said 8th Street and said line extended West 1,847.15 feet to a point 30.0 feet East of the East line of Perkins Avenue, as said Perkins Avenue is laid out and platted in J.J. Perkins Addition to the City of Muncie, Indiana; thence in a Northwesterly direction on a curve to the right, said curve having a radius of 30.0 feet and a long chord distance of 42.43 feet to its intersection with the East line of said Perkins Avenue at a point 40.0 feet North of the Southwest Corner of Lot 206 in said J.J. Perkins Addition; thence North 00°-00'-00" East and on and along the East line of said Perkins Avenue 1,102.80 feet to its intersection with the South Right-of-Way line of the Conrail Railroad (formerly the C.C.C. & ST.L.R.R.); thence North 76°-50'-45" East and on and along the said South Right-of-Way Line of said Conrail Railroad 1,930.93 feet to its intersection with the West line of Elliott Street in the T.F. Rose First Addition to the City of Muncie, Indiana; thence South 00°-06'-45" West and on along the West line of said Elliott Street 271.34 feet to the point of beginning.. EXCEPTING THEREFROM Lots 292, 291, and the West (four) 4.0 feet of Lot 290 and the South Half of the vacated alley lying adjacent and North of the above described lots, all in J.J. Perkins Addition to the City of Muncie, Indiana. Containing after said Exception 58.012 acres, more or less. (The above description is intended to include all of T.F. Rose First Addition East of Elliott Street heretofore vacated and the following lots in J.J. Perkins Addition to the City of Muncie, Indiana; Lots 193 thru 206, except South ten (10.0) feet, Lots 217 thru 230, Lots 241 thru 254, Lots 265 thru 278, Lot 289, the East 46' of Lot 290, Lots 293 thru 302, Lots 317 thru 326; ALSO including vacated 5th Street from the East line of Perkins Avenue to the West line of Sampson Avenue, vacated 6th Street from the East line of Perkins Avenue to the East line of the J.J. Perkins Addition, vacated 7th Street from the East line of Perkins Avenue to the East line of the J.J. Perkins Addition, and vacated Sampson Avenue from the South line of 5th Street to a point 10.0' North of the North line of 8th Street. ALSO, all of the vacated alley between Lots 317 thru 326 and Lots 293 thru 302, all of the vacated alley between Lots 265 thru 268 and Lots 241 thru 244, all of the vacated alley between Lots 269

Case 10-56003 Doc 1 Filed 06/21/10 EOD 06/22/10 08:11:59 Pg 13 of 50

through 278 and Lots 245 thru 254, all of the vacated alley between Lots 217 thru 220 and Lots 193 thru 196, all of the vacated alley between Lots 221 thru 230 and Lots 197 thru 206 and the South Half of the vacated alley adjacent to Lots 289 and the East 46' of Lot 290). Also the following described parcel of land, more particularly described as follows, to-wit: Beginning at the Southwest corner of Lot 148 in J.J. Perkins First Addition to the City of Muncie, Indiana (being the intersection of the East line of Sampson Avenue; and the North line of 9th Street); thence North on the East line of said Sampson Avenue 301.7 feet to the South line of 8th Street; thence East on the South line of said 8th Street and said South line extended East 858.8 feet to the West line of Birch Street, as said street is laid out and platted in Winton Place, an addition to the City of Muncie, Indiana; thence South on the West line of said Birch Street and said West line extended South 182.5 feet to a point 17.5 feet South of the North line of said 9th Street in said Winton Place; thence West and parallel with the North line of said 9th Street 350.0 feet; thence South 3.82 feet; thence in a Southerly and Westerly direction on a curve to the left, said curve having a radius of 137.5 feet and an arc distance of 153.74 feet to its intersection with the North line of 9th Street extended; thence West on the North line of said 9th Street and said line extended 210.0 feet to the East line Lot 145 in J.J. Perkins First Addition; thence South on the said East line 10.0 feet to the Southeast Corner of said Lot 145; thence West on the North line of said 9th Street 200.0 feet to the point of beginning. Estimated to contain 4.907 acres, more or less. (The above description is intended to include all of the following, Lots 70 thru 75 except North 10.0 feet, Lots 219 and 223 except North 10 feet; Lots 220, 221, 222, 224, 225, 226, 227 and 228 the vacated North 17.5 feet of 9th Street; the vacated alley lying adjacent to and West of Lots 223 thru 228, all in Winton Place, an addition to the City of Muncie, Indiana; also intended to include Lots 169 thru 172, and Lots 145 thru 148 and a vacated alley lying between Lots 169 thru 172 and Lots 145 thru 148 all in J.J. Perkins First Addition.) ALSO, the following described parcel of land, more particularly described as follows, to-wit: All of Lots 7, 8, 14, 15, 16, 23, 24, 25, 46, 47, 48, 69, 70, 71, 92, 93, 94 in T.F. Rose First Addition to the City of Muncie, Indiana and the following vacated alley and street; vacated 6th Street between Lots 46 thru 48 and Lots 69 thru 71, and vacated alley between Lots 69 thru 71 and Lots 92 thru 94 all in T.F. Rose First Addition to the City of Muncie, Indiana. ALSO, the following described parcel of land, more particularly described as follows, to-wit: Lots 63, 64, 65, 66, and 67, except the North ten (10.0) feet and also the vacated North 17.5 feet of 9th Street lying adjacent to Lots 63 thru 67 all in Winton Place, an addition to the City of Muncie, Indiana. Subject to all easements of record for utilities.

STATE OF INDIANA )
) SS:
COUNTY OF DELAWARE )

IN THE DELAWARE CIRCUIT COURT
CAUSE NO. 18C01-1005-PL-14

MCM MANAGEMENT CORP.,
Plaintiff,

vs.

MANUAL TRANSMISSIONS OF MUNCIE, LLC, the STATE OF INDIANA, AND the TREASURER OF DELAWARE COUNTY, INDIANA
Defendants.

FILED
CLERKS OFFICE
DELAWARE CO., INDIANA
MAY 12 2010
CLERK

**COMPLAINT FOR BREACH OF CONTRACT, UNJUST ENRICHMENT/QUANTUM MERUIT, AND FORECLOSURE OF MECHANIC'S LIEN**

Plaintiff, MCM Management Corp. ("MCM"), by counsel, for its Complaint for Breach of Contract, Unjust Enrichment/Quantum Meruit, and Foreclosure of Mechanic's Lien (this "Complaint") against Defendant Manual Transmissions of Muncie, LLC ("MTM"), the State of Indiana (the "State"), and the Treasurer of Delaware County, Indiana (the "Treasurer"), alleges and states:

**GENERAL ALLEGATIONS**

1. MCM is a Michigan corporation with its principal place of business in Oakland County, Michigan. At all pertinent times, MCM was authorized and properly licensed to transact business in the State of Michigan. MCM also is properly authorized to transact business in the State of Indiana.

2. Motors Liquidation Company, fka General Motors Corporation ("General Motors") is a Delaware corporation with facilities in Delaware County, Indiana.

Case 10-56003 Doc 1 Filed 06/21/10 EOD 06/22/10 08:11:59 Pg 15 of 50

9. In addition to the demolition services that MCM provided under the Purchase Order, MCM agreed to pay General Motors $686,427.

10. MCM has duly performed the services called for under the Purchase Order in accordance with its contractual duties.

11. Pursuant to the Purchase Order, MCM was to be paid additional compensation for work that MCM was called upon by General Motors and MTM to perform beyond the original scope of Work, as referenced in the Purchase Order.

12. In the course of its performance, MCM performed additional work at a value exceeding $878,312. However, to date, General Motors and MTM have paid MCM only $543,034 for the Work, leaving $335,278 due and owing.

13. In addition to the above, General Motors caused significant delays in the demolition process, which cost MCM millions of dollars in lost use of labor and equipment; lost opportunity to generate revenue from scrap sales at fair market prices; lost utilization of overhead expenses; and lost opportunities for alternative profitable projects.

**COUNT I**
**BREACH OF CONTRACT (MTM)**

14. MCM incorporates all preceding allegations in this Complaint as if fully restated in this Count I.

15. Pursuant to the Purchase Order, General Motors and MTM agreed to compensate MCM for the Work related to the Project.

16. General Motors and MTM have failed to pay MCM in full for the Work.

17. To date, General Motors and MTM owe MCM $335,278 for the Work.

Case 10-56003 Doc 1 Filed 06/21/10 EOD 06/22/10 08:11:59 Pg 16 of 50

18. Despite MCM's demands for payment, General Motors and MTM have failed to pay MCM the amounts owed under the Purchase Order.

19. MCM also suffered substantial cost increases and lost opportunities due to delays on the Project.

20. Despite MCM's demands for payment, General Motors and MTM have failed to compensate MCM for any additional work and costs resulting from the delays on the Project.

21. General Motors' and MTM's failure to compensate MCM for the amounts owed under the Purchase Order, and the delays on the Project constitutes a material breach of the parties' agreement.

22. General Motors' and MTM's failure to provide for full compensation to MCM constitute a breach of its implied covenant of good faith and fair dealing.

23. MCM has suffered damage as a result of General Motors' and MTM's material breach of the parties' agreement.

24. MCM has fully performed its duties under the Purchase Order.

25. MCM has satisfied all conditions precedent to its entitlement to recovery for the additional work it performed beyond the scope referenced in the Purchase Order.

WHEREFORE, MCM respectfully requests an award of damages against MTM in an amount to be determined at trial, but not less than $335,278, together with costs, reasonable attorney fees, interest, and such further relief as the Court deems just and proper.

**COUNT II**
**UNJUST ENRICHMENT/QUANTUM MERUIT (MTM)**

26. MCM incorporates all preceding allegations in this Complaint as if fully restated in this Count II.

Case 10-50003 Doc 1 Filed 06/21/10 EOD 06/22/10 08:11:59 Pg 17 of 50

27. General Motors and MTM received a substantial benefit from the Work that MCM performed on the Project. Additionally, the Work performed by MCM substantially benefited the Real Estate.

28. General Motors and MTM would be unjustly enriched if permitted to retain the benefit of the Work without compensating MCM for the Work.

29. MCM is entitled to restitution for the value of the Work it performed without full payment from General Motors, under the theory of quantum meruit.

WHEREFORE, MCM respectfully requests entry of judgment against MTM in an amount to be determined at trial, but not less than $335,278, together with costs, reasonable attorney fees, interest, and such further relief as the Court deems just and proper.

**COUNT III**
**FORECLOSURE OF MECHANIC'S LIEN (ALL DEFENDANTS)**

30. MCM incorporates all preceding allegations in this Complaint as if fully restated in this Count III.

31. On May 28, 2009, MCM, by its attorneys, timely filed a Sworn Statement and Notice of Intention to Hold Mechanic's Lien Upon Real Estate, which was recorded on May 28, 2009 as Document No. 2009R14789 in the Office of the Recorder of Delaware County, Indiana (the "Lien Notice"). A true copy of the Lien Notice is attached to this Complaint as Exhibit "C". MCM is entitled to foreclose its mechanic's lien, as evidenced by the Lien Notice, under Indiana Code §32-28-3-6.

32. MCM has fulfilled all of the requirements of applicable Indiana law regarding the filing of the Lien Notice.

33. The only parties of which MCM is currently aware that have an interest in the Real Estate, are MTM, the Treasurer for delinquent property taxes, ditch assessments, and storm

Case 10-56003 Doc 1 Filed 06/21/10 EOD 06/22/10 08:11:59 Pg 18 of 50

water annual assessments, and the State for possible unpaid taxes. If MCM later determines there are other parties who should be parties in this action, they can and will be added as parties.

34. The Treasurer and the State are named as parties to this action to answer as to their respective interests in the Real Estate, which interests should be foreclosed if permitted by law.

35. MCM has a valid and enforceable mechanic's lien against the Real Estate under Ind. Code §32-28-3-1 *et. seq.*, which lien is superior to the rights and claims of MTM, the Treasurer, and the State, to the extent permitted by law, and which lien is entitled to foreclosure through these proceedings.

36. MCM is causing a Notice of Lis Pendens to be filed with the Clerk of the Delaware Circuit Court pursuant to IC §32-30-11-3, to give notice of these proceedings and the claims of MCM.

**WHEREFORE**, MCM, by counsel, respectfully requests that the Court enter judgment as follows:

a. That a judgment be entered in favor of MCM and against MTM in the sum of $335,278, plus such other amounts as might be owing MCM for additional Work on the Real Estate pursuant to the Purchase Order, together with all other sums the Court finds are owing to MCM by MTM, interest, and the reasonable attorney fees incurred by MCM in connection with this action and the foreclosure of MCM's mechanic's lien;

b. That MCM's mechanic's lien on the Real Estate, and the liens of other defendants, as permitted by law, be foreclosed against MTM; and that the Real Estate be ordered by the Court to be sold by the Sheriff of Delaware County, Indiana to pay MCM's judgment entered in this action, all without relief from valuation or appraisement laws;

Case 10-56003 Doc 1 Filed 06/21/10 EOD 06/22/10 08:11:59 Pg 19 of 50

c. That the proceeds of such foreclosure sale be applied first to the costs of this action, and then to MCM's judgment, with the balance to the Clerk of this Court to be held and distributed as the Court may direct; and

d. That the Court grant all other just and proper relief.

Case 10-56003 Doc 1 Filed 06/21/10 EOD 06/22/10 08:11:59 Pg 20 of 50

Respectfully submitted,

FEDEROFF KUCHMAY LLP

James A. Federoff, #6797-02
James.federoff@federoff-law.com
Jason M. Kuchmay #20974-02
jmk@federoff-law.com
10445 Illinois Road
Fort Wayne, Indiana 46814
Telephone: (260) 207-2100
Facsimile: (260) 207-2101
Attorneys for Plaintiff

1887312.02

Case 10-56003 Doc 1 Filed 06/21/10 EOD 06/21/10 08:11:59 Pg 21 of 50

General Motors Corporation

ORIGINAL

# PURCHASE ORDER: GMS09374

PAGE 1

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
M/C 480-206-180
WARREN MI
48090 US

SHIP TO: SEE BODY OF PURCHASE ORDER FOR SHIPPING ADDRESS
00000 US

INVOICE TO: INVOICE FOR SERVICE, MACHINERY & EQUIPMENT ONLY. QUESTIONS TO: CUSTOMER SERVICE 248/874/4636
MAIL INVOICE TO: GM FSS ABP
: P.O.BOX 63490 AZ
85082-3490 US

VENDOR NUMBER 01-301-3136
TO: MCM MANAGEMENT CORP
7013 ORCHARD LAKE RD STE 110
WEST BLOOMFIELD MI
48322-3692

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE: 586-575-1287 |
|---|---|
| 12/20/06 | M RADELT |
| ALTERATION ISSUE DATE | KF Buyer |
| ALTERATION EFFECTIVE DATE | [signature] PURCHASING AGENT |

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer. On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative. If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED: SHIPPING POINT, FREIGHT COLLECT

SHIP VIA: REFER TO WWW.GMSUPPLYPOWER.COM

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION / RFQ NUMBER / DATE REQUIRED / TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | |

PROVIDE ALL NECESSARY SUPERVISION, LABOR, EQUIPMENT, MATERIAL AND SERVICES TO PERFORM THE WORK PER BID SPEC NUMBER MTM-100 / DATED 10/30/06
ADDENDUM # 1 / DATED 11/9/06
ADDENDUM # 2 / DATED 11/9/06
ADDENDUM # 3 / DATED 11/14/06
PER THE CONTRACT DOCUMENTS LOCATED AT THE WGF DEMOLITION ENGINEERING OFFICE
MCM WILL PAY GENERAL MOTORS 668,427 DOLLARS.
THE PAYMENT SCHEDULE IS :
100,000 DOLLARS IS TO BE PAID AT THE TIME OF CONTRACT AWARD. THEN THERE WILL 6 ADDITIONAL PAYMENTS OF:

MARCH 15, 2007 FOR 97,737.86
APRIL 15, 2007 FOR 97,737.86
MAY 15, 2007 FOR 97,737.86
JUNE 15, 2007 FOR 97,737.86
JULY 15, 2007 FOR 97,737.86
AUGUST 15, 2007 FOR 97,737.86

SUPPLIER HELP DESK FOR GM INDIRECT/MACHINERY AND EQUIPMENT PURCHASING AVAILABLE DURING DETROIT BUSINESS HOURS AT 1-888-376-6115 AND ON-LINE AT WWW.IMEHELPDESK@GM.COM

EXHIBIT "A-1"

A006722 USER MARTIN E RADELT

ORIGINAL

CONTINUE PAGE 2

GM General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
M/C 480-206-180
WARREN MI
48090 US

# PURCHASE ORDER: GM509374

PAGE 2

SHIP TO: SEE BODY OF PURCHASE ORDER FOR SHIPPING ADDRESS

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

TO: VENDOR NUMBER 01-301-3136
MCM MANAGEMENT CORP
7013 ORCHARD LAKE RD STE 110
WEST BLOOMFIELD MI
48322-3692

INVOICE TO: 00000 US
INVOICE FOR SERVICE,MACHINERY & EQUIPMENT ONLY.QUESTIONS TO: CUSTOMER SERVICE 248/874/4636
MAIL INVOICE TO:GM FSS ABP
: P.O.BOX 63490 AZ
85082-3490 US

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.

On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.

If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| ORDER DATE | PHONE: 586-575-1287 |
|---|---|
| 12/20/06 | M RADELT |
| ALTERATION ISSUE DATE | KF — Buyer |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED: SHIPPING POINT, FREIGHT COLLECT

SHIP VIA: REFER TO WWW.GMSUPPLYPOWER.COM

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION / RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEAS. |
|---|---|---|---|---|---|---|---|---|
| | | | QUESTIONS RELATED TO PAYMENT ISSUES, PLEASE CONTACT DISBURSEMENTS AT 248-874-4636. | | | | | |
| 00001 | 1 | PR162289 001 | PROVIED LABOR, MATERIAL AND EQUIPMENT TO PERFORM THE ENVIRONMENTAL DECOMMISSIONING AND DEMOLITION AT MUNCIE TRANSMISSION PLANT. SAM SOLOMON 248-753-5547 DELIVER TO: CURIS HORENZIAK 2000 CENTERPOINT PONTIAC MICH. 48341 WHO ORDERED: SOLOMO 248-753-5547 | 10/27/06 | H 0.00% | NO CHARGE | | UNI |

GENERAL MOTORS CORPORATION "CONSTRUCTION GENERAL CONDITIONS GM 1638 (05/2005)," SUPERSEDE THE PRINTED TERMS AND CONDITIONS FOUND ON THE REVERSE SIDE OF THIS PURCHASE ORDER. (X4 06/2005)

COST-QUANTITY ON PURCHASE ORDER/RELEASE
THE 1.00 UNIT PRICE DOES NOT REPRESENT COST, BUT IS A MULTIPLIER. COST IS REPRESENTED BY QUANTITY ON PURCHASE ORDER/RELEASE. (ZX)

RIGHT TO AUDIT
BY ACCEPTANCE OF A PURCHASE ORDER THE SELLER OF GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL

A006722 USER MARTIN E RADELT ORIGINAL CONTINUE PAGE 3

**General Motors Corporation**

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
M/C 480-206-180
WARREN MI
48090 US

SHIP TO: SEE BODY OF PURCHASE ORDER FOR SHIPPING ADDRESS

INVOICE TO: 00000 US
INVOICE FOR SERVICE, MACHINERY & EQUIPMENT ONLY. QUESTIONS TO: CUSTOMER SERVICE 248/874/4636
MAIL INVOICE TO: GM FSS ABP
: P.O.BOX 63490 AZ
85082-3490 US

# PURCHASE ORDER: GMS09374

PAGE 3

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

TO: VENDOR NUMBER 01-301-3136
MCM MANAGEMENT CORP
7013 ORCHARD LAKE RD STE 110
WEST BLOOMFIELD MI
48322-3692

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| ORDER DATE | |
|---|---|
| 12/20/06 | PHONE: 586-575-1287 |
| ALTERATION ISSUE DATE | M RADELT |
| | KF — Buyer |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

| PAYMENT TERMS | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SHIPPING POINT, FREIGHT COLLECT | REFER TO WWW.GMSUPPLYPOWER.COM |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION / RFQ NUMBER / DATE REQUIRED / TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEAS |
|---|---|---|---|---|---|---|
| | | | CHARGES AND AGREES THAT ALL RECORDS SUPPORTING CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFILIATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE AVAILABLE FOR AUDIT BY GENERAL MOTORS CORPORATION FOR A PERIOD OF THREE (3) YEARS BEYOND FINAL PAYMENT. | | | |
| | | | CUSTOMS-TRADE PARTNERSHIP AGAINST TERRORISM (C-TPAT) CONTRACT CLAUSE | | | |
| | | | SPECIAL TERM (U.S.) - C-TPAT | | | |
| | | | FOR SELLER'S GOODS TO BE IMPORTED INTO THE UNITED STATES, SELLER SHALL COMPLY WITH ALL APPLICABLE RECOMMENDATIONS OR REQUIREMENTS OF THE UNITED STATES CUSTOMS SERVICE'S CUSTOM-TRADE PARTNERSHIP AGAINST TERRORISM (C-TPAT) INITIATIVE (FOR INFORMATION GO TO HTTP://WWW.CUSTOMS.USTREAS.GOV/ENFORCEM/TPAT.HTM). AT BUYER'S OR THE CUSTOMS SERVICE'S REQUEST, SELLER SHALL CERTIFY IN WRITING ITS COMPLIANCE WITH THE FOREGOING. SELLER SHALL INDEMNIFY AND HOLD BUYER HARMLESS FROM AND AGAINST ANY LIABILITY, CLAIMS, DEMANDS OR EXPENSES (INCLUDING ATTORNEY'S OR OTHER PROFESSIONAL FEES) ARISING FROM OR RELATING TO SELLER'S NONCOMPLIANCE. (AT 6/20/02) | | | |

**General Motors Corporation**

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
M/C 480-206-180
WARREN MI
48090 US

SHIP TO: SEE BODY OF PURCHASE ORDER FOR SHIPPING ADDRESS

00000 US

INVOICE TO: INVOICE FOR SERVICE,MACHINERY & EQUIPMENT ONLY.QUESTIONS TO: CUSTOMER SERVICE 248/874/4636 MAIL INVOICE TO:GM FSS ABP : P.O.BOX 63490 AZ 85082-3490 US

# PURCHASE ORDER: GMS09374

PAGE 4

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

VENDOR NUMBER 01-301-3136

TO: MCM MANAGEMENT CORP
7013 ORCHARD LAKE RD STE 110
WEST BLOOMFIELD MI
48322-3692

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| ORDER DATE | PHONE: 586-575-1287 |
|---|---|
| 12/20/06 | M RADELT |
| ALTERATION ISSUE DATE | KF (Buyer) |
| ALTERATION EFFECTIVE DATE | |
| | PURCHASING AGENT |

| PAYMENT TERMS | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SHIPPING POINT, FREIGHT COLLECT | REFER TO WWW.GMSUPPLYPOWER.COM |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION / RFQ NUMBER / DATE REQUIRED / TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEAS. |
|---|---|---|---|---|---|---|

SPECIAL TERM (US) - GOVERNMENT CONTRACTS
*****
BUYER SERVES FROM TIME TO TIME AS A CONTRACTOR FOR THE UNITED STATES GOVERNMENT. IF SELLER IS A U.S. ENTITY, SELLER SHALL COMPLY WITH ALL FEDERAL LAWS, RULES, AND REGULATIONS THAT ARE APPLICABLE TO SELLER AS A SUBCONTRACTOR OF GOVERNMENT CONTRACTORS, INCLUDING, WITHOUT LIMITATION, THOSE RELATING TO (1) EQUAL EMPLOYMENT OPPORTUNITY (PARAGRAPHS (1) THROUGH (7) OF SECTION 202 OF EXECUTIVE ORDER 11246, AS AMENDED, 41 CFR 60-741.5, 41 CFR 60-250.5); (2) UTILIZATION OF SMALL AND DISADVANTAGED BUSINESS CONCERNS; FAR SUBPARTS 52.219-8 AND 52.219.9); (3) CONTRACTING WITH BUSINESS CONCERNS OPERATING IN AREAS OF SURPLUS LABOR (41 CFR 1-1.805); AND (4) CONTRACTING WITH WOMEN-OWNED BUSINESS CONCERNS (EXECUTIVE ORDER 12138). (4Z) 10-29-03

"DO NOT BILL SALES OR USE TAX ON ITEMS DELIVERED TO ALL SHIPPED TO LOCATIONS WITH THE STATES LISTED BELOW." GM HOLDS DIRECT PAYMENT AUTHORITY WITH THESE STATES. AS A RESULT, IN ALL OF THE IDENTIFIED STATES BELOW LISTED GM CORPORATE ENTITIES WILL REMIT DIRECTLY TO TAXING AUTHORITIES, ALL SALES OR USE TAX LIABILITY RELATED TO ITS PURCHASE AND USE OF TANGIBLE PERSONAL PROPERTY AND SERVICES (1). THEREFORE,

CONTINUE PAGE 5

GM General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
M/C 480-206-180
WARREN MI
48090
US

VENDOR NUMBER 01-301-3136
MCM MANAGEMENT CORP
7013 ORCHARD LAKE RD   STE 110
WEST BLOOMFIELD MI
48322-3692

SHIP TO:

SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS

| 00000 | US |
| INVOICE FOR SERVICE,MACHINERY |
| & EQUIPMENT ONLY.QUESTIONS TO: |
| CUSTOMER SERVICE 248/874/4636 |

INVOICE TO:
MAIL INVOICE TO:GM FSS ABP
P.O. BOX 63490 AZ
85082-3490   US

**PURCHASE**

PAGE 5

**ORDER:** GMS09374

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | PHONE: 586-575-1287 |
| 12/20/06 | M  RADELL   Buyer |
| ALTERATION ISSUE DATE | KF |
| ALTERATION EFFECTIVE DATE | |

PURCHASING AGENT

SHIP VIA
REFER TO  WWW.GMSUPPLYPOWER.CON

PAYMENT TERMS
NET   2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE/MULTIPLE | UNIT/MEAS |
|---|---|---|---|---|---|---|---|---|---|---|

F.O.B.  DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT, FREIGHT COLLECT

The cost of items, end billing will complete, Acceptance should be exercised on acknowledgement, copy which should be returned with Remit via the above side hereof on the terms and conditions to which these apply to any return at this order.
...additional Terms and Conditions
...
If Government Contract Number is Shown Hereon, additional Terms and Conditions
Attached Hereto Apply.

EFFECTIVE IMMEDIATELY, THIS TAX CLAUSE SUPERSEDES ALL
TAX CODE INFORMATION FOUND ON THIS ORDER EXCEPT FOR
THOSE STATES NOT IDENTIFIED BELOW. FOR THOSE STATES
NOT IDENTIFIED BELOW, PLEASE CONTINUE TO FOLLOW THE
SPECIFIC TAX CODE INSTRUCTIONS FOUND ON THIS ORDER.
LISTED BELOW ARE DIRECT PAY PERMIT OR SALES TAX
LICENSE NUMBERS FOR THE STATES, OR GM LOCATIONS
WITHIN A STATE, WHERE GM HOLDS DIRECT PAY AUTHORITY:
* * * * * * * * * * * * * * * * * * * * * * * * * *
GENERAL MOTORS CORPORATION PERMITS:
GEORGIA #044-38-00894-3
INDIANA #003-2804890001
KENTUCKY #0000-10
KANSAS #98-0003B  (FAIRFAX ONLY)
LOUISIANA #6009013-008DP (SHREVEPORT ONLY)
MARYLAND #20
MICHIGAN #ME-0900440
MISSISSIPPI #4277 (SPO ONLY)
MISSOURI #1731559
NEW JERSEY #NJ9-001-683/000
NEW YORK #DP-003445
OHIO #98-000613
OKLAHOMA #137479
PENNSYLVANIA #09-93450/DP246
TEXAS #1-38-0572515-0
VIRGINIA #998000793

CONTINUE PAGE

A098790  USER: MARTIN  F  RADELL

GM General Motors Corporation

# PURCHASE ORDER: GMS09374

PAGE 6

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
M/C 480-206-180
WARREN MI
48090 US

VENDOR NUMBER 01-301-3136

TO: MCM MANAGEMENT CORP
7013 ORCHARD LAKE RD STE 110
WEST BLOOMFIELD MI
48322-3692

SHIP TO: SEE BODY OF PURCHASE ORDER FOR SHIPPING ADDRESS

INVOICE TO: 00000 US
INVOICE FOR SERVICE, MACHINERY & EQUIPMENT ONLY. QUESTIONS TO: CUSTOMER SERVICE 248/874/4636
MAIL INVOICE TO: GM FSS ABP
: P.O.BOX 63490 AZ
85082-3490 US

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number Is Shown Hereon, Additional Terms and Conditions Attached Hereto Apply.

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | |
|---|---|
| 12/20/06 | PHONE: 586-575-1287 M RADELT (Buyer) |
| ALTERATION ISSUE DATE | KF |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED: SHIPPING POINT, FREIGHT COLLECT

SHIP VIA: REFER TO WWW.GMSUPPLYPOWER.COM

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION / RFQ NUMBER / DATE REQUIRED / TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEAS. |
|---|---|---|---|---|---|---|
| | | | WISCONSIN #WDP95-01-01012 | | | |
| | | | * * * * * * * * * * * * * * * * * * * * * * * * * * | | | |
| | | | ONSTAR CORPORATION PERMIT: | | | |
| | | | MICHIGAN #38-3506814 | | | |
| | | | * * * * * * * * * * * * * * * * * * * * * * * * * | | | |
| | | | SATURN CORPORATION PERMITS: | | | |
| | | | MICHIGAN #38-2577506 | | | |
| | | | TENNESSEE #100315259 | | | |
| | | | * * * * * * * * * * * * * * * * * * * * * * * * * | | | |
| | | | FURTHER, IF THIS ORDER RELATES TO THE CONSTRUCTION CONTRACT FOR REAL PROPERTY, ALL APPLICABLE SALES AND USE TAXES ARE THE RESPONSIBILITY OF THE CONTRACTOR (WITH THE EXCEPTION OF TEXAS), AND SHOULD BE INCLUDED IN THE CONTRACTOR'S BID AS REQUIRED PURSUANT TO SECTION 3.9 AND SECTION R3.2 OF THE GM1638 (05/05) OR SECTION 6 OF THE GM1638A (08/02), UNLESS THE RESPONSBILITY FOR PAYMENT OF SALES & USE TAXES ARE OTHERWISE SPECIFICALLY OUTLINED IN THE CONTRACT. WITH REFERENCE TO TEXAS: IF THE ORDER RELATES TO A CONSTRUCTION CONTRACT FOR REAL PROPERTY, THE CONTRACTOR SHOULD ISSUE ALL CONTRACTS AS SEPARATED CONTRACTS AND AS SUCH SHOULD NOT INCLUDE SALES TAX IN THE COST OF INCORPORATED MATERIALS OR EQUIPMENT. IN ADDITION, THE CONTRACTOR SHOULD NOT BILL GM (GENERAL MOTORS CORPORATION ONLY) FOR SALES TAX ON THE SEPARATED COSTS OF MATERIAL OR LABOR. GM WILL | | | |

GM General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
M/C 480-206-180
WARREN MI
48090 US

SHIP TO: SEE BODY OF PURCHASE ORDER FOR SHIPPING ADDRESS

# PURCHASE ORDER: GMS09374

PAGE 7

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

TO: VENDOR NUMBER 01-301-3136
MCM MANAGEMENT CORP
7013 ORCHARD LAKE RD STE 110
WEST BLOOMFIELD MI
48322-3692

INVOICE TO: 00000 US
INVOICE FOR SERVICE, MACHINERY & EQUIPMENT ONLY. QUESTIONS TO: CUSTOMER SERVICE 248/874/4636
MAIL INVOICE TO: GM FSS ABP
: P.O.BOX 63490 AZ
85082-3490 US

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| ORDER DATE | PHONE: 586-575-1287 |
|---|---|
| 12/20/06 | M RADELT |
| ALTERATION ISSUE DATE | KF Buyer |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED: SHIPPING POINT, FREIGHT COLLECT

SHIP VIA: REFER TO WWW.GMSUPPLYPOWER.COM

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION / RFQ NUMBER / DATE REQUIRED / TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEAS |
|---|---|---|---|---|---|---|
| | | | ACCRUE AND REMIT THE APPROPRIATE SALES TAX DIRECTLY TO THE STATE OF TEXAS UNDER THE DIRECT PAY PERMIT.<br>* * * * * * * * * * * * * * * * * * * * * * * * *<br>ANY QUESTIONS ON THE ABOVE SHOULD BE DIRECTED TO THE FOLLOWING:<br>*<br>DISBURSEMENT SERVICES -<br>CUSTOMER COMMUNICATION CENTER<br>PHONE: (248) 874-4636<br>* * * * * * * * * * * * * * * * * * * * * * *<br>(1) EXCLUDING ALL TELECOMMUNICATIONS SERVICES, HOTELS, AND MEAL PURCHASES. TAX IS TO BE PAID DIRECTLY TO THE SUPPLIER OF THESE ITEMS.<br><br>TERMS AND CONDITIONS SEPTEMBER 2004, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | |

A006722 USER MARTIN F RADELT — ORIGINAL — LAST PAGE

**ORIGINAL**

GM General Motors Corporation

# PURCHASE ORDER: GMS09374 001

PAGE 1

### A L T E R A T I O N ###

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
M/C 480-206-180
WARREN MI
48090 US

SHIP TO: SEE BODY OF PURCHASE ORDER FOR SHIPPING ADDRESS
00000 US

INVOICE TO: INVOICE FOR SERVICE,MACHINERY & EQUIPMENT ONLY.QUESTIONS TO: CUSTOMER SERVICE 248/874/4636
MAIL INVOICE TO:GM FSS ABP
: P.O.BOX 63490 AZ
85082-3490 US

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

VENDOR NUMBER 01-301-3136

TO: MCM MANAGEMENT CORP
35980 WOODWARD AVE STE 210
BLOOMFIELD HILLS MI
48304

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| ORDER DATE | PHONE: 586-575-1287 |
|---|---|
| 12/20/06 | M RADELT |
| ALTERATION ISSUE DATE 12/21/06 | KF Buyer |
| ALTERATION EFFECTIVE DATE 12/21/06 | [signature] PURCHASING AGENT |

| PAYMENT TERMS | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SHIPPING POINT, FREIGHT COLLECT | REFER TO WWW.GMSUPPLYPOWER.COM |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME DESCRIPTION RFQ NUMBER DATE REQUIRED TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEAS. |
|---|---|---|---|---|---|---|
| | | | ### SPOT BUY GMS09374 HAS BEEN ALTERED AS FOLLOWS ### | | | |

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

I CORRECTED THE CLAUSES. MR

PROVIDE ALL NECESSARY SUPERVISION, LABOR,
EQUIPMENT, MATERIAL AND SERVICES TO PERFORM THE WORK
PER BID SPEC NUMBER MTM-100 / DATED 10/30/06
ADDENDUM # 1 / DATED 11/9/06
ADDENDUM # 2 / DATED 11/9/06
ADDENDUM # 3 / DATED 11/14/06
PER THE CONTRACT DOCUMENTS LOCATED AT THE WGF
DEMOLITION ENGINEERING OFFICE
MCM WILL PAY GENERAL MOTORS 686,427 DOLLARS.
THE PAYMENT SCHEDULE IS :

EXHIBIT "A-2"

0005099 USER MARTIN E RADELT ORIGINAL LAST PAGE

#614 Muncie

**PURCHASE**

PAGE   1

**ORDER:** GM809374 002

### ALTERATION ###

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) Copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | PHONE: 586-575-1207 |
|---|---|
| 12/20/06 | M RADELT |
| ALTERATION ISSUE DATE | Buyer |
| 09/30/08 | KF |
| ALTERATION EFFECTIVE | |
| 09/30/08 | PURCHASING AGENT |

SHIP VIA

REFER TO WWW.GMSHIPPING.COM

**General Motors Corporation**

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090

VENDOR NUMBER 01-301-3136
MCM MANAGEMENT CORP
35980 WOODWARD AVE STE 210
BLOOMFIELD HILLS MI
48304

SHIP TO:

SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS

. . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . US
00000
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY.QUESTIONS TO:

INVOICE TO:  CUSTOMER SERVICE 248/874/4636
MAIL INVOICE TO:GM FSS ABP
P.O.BOX 63490, PHOENIX AZ
85082-3490                    US

SHIPPING POINT, FREIGHT COLLECT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | MFG NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | DESTINATION UNLESS OTHERWISE INDICATED | | | | | | |
| | | | ### SPOT BUY GM809374 HAS BEEN ALTERED AS FOLLOWS ### | | | | | | | |
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | | | |
| | | | THIS ALTERATION IS BEING ISSUED TO AMEND THE ORIGINAL PURCHASE ORDER TO INCLUDE FIELD ORDER NUMBER FO-MUN-MCM-005   (3C 1/07) | | | | | | | |
| 00002 | 8821 | FRVX6308 001 | | ### THIS ITEM HAS BEEN ADDED ### | | 10/10/08  C   0.00% | | 1.0000 | | UNIT |
| | | | ALTERATION TO GM809374,PROVIDE LABOR, MATERIAL AND EQUIPMENT FOR ADDITIONAL ASBESTOS ABATEMENT DISCOVERED IN AN UNIDENTIFIED TUNNEL, IN THE ADMINISTRATION BUILDING PER FIELD ORDER NUMBER FO-MUN-MCM-005 ITEM 1 AND QUOTE DATED 9/11/08. SAMUEL SOLOMON  248-753-5547 DELIVER TO: CHRIS HORENZIAK 2000 CENTERPOINT PONTIAC, MICH 48341 WHO ORDERED: SOLOMON 248-753-5547 | | | | | | | |

PAYMENT TERMS
NET   2ND DAY OF 2ND MONTH

0005527   USER MARTIN E RADELT

ORIGINAL

CONTINUE PAGE   2

CHM488 4/93

General Motors Corporation

#614 Muncie

# PURCHASE ORDER : GMS09374 002

PAGE 2

### ALTERATION ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090 US

VENDOR NUMBER 01-301-3136

TO: MCM MANAGEMENT CORP
35980 WOODWARD AVE STE 210
BLOOMFIELD HILLS MI
48304

SHIP TO: SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS
.
.
..........................
00000 US

INVOICE TO: INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248/874/4636
MAIL INVOICE TO:GM FSS ABP
P.O.BOX 63490, PHOENIX AZ
85082-3490 US

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| ORDER DATE | |
|---|---|
| 12/20/06 | PHONE: 586-575-1287<br>M RADELT |
| ALTERATION ISSUE DATE: 09/30/08 | KF — Buyer |
| ALTERATION EFFECTIVE: 09/30/08 | PURCHASING AGENT |

| PAYMENT TERMS | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SHIPPING POINT, FREIGHT COLLECT | REFER TO WWW.GMSHIPPING.COM |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION / RFQ NUMBER / DATE REQUIRED / TAX CODE / % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|
| 00003 | 37932 | PRVX6308 002 | ### THIS ITEM HAS BEEN ADDED ###<br>10/10/08 C 0.00%<br>ALTERATION TO GMS09374, PROVIDE LABOR, MATERIAL AND EQUIPMENT TO PERFORM ADDITIONAL PUMPING AND DISPOSAL OF WATER FROM THE WWTP PER FIELD ORDER PO-MUN-MCM-005 ITEM NUMBER 2 AND QUOTE DATED 9/11/08.<br>SAMUEL SOLOMON 248-753-5547<br>WHO ORDERED: SOLOMON 248-753-5547 | 1.0000 | | UNIT |

0005527 USER MARTIN E RADELT

ORIGINAL

LAST PAGE

CHAIM08 4/93

Case 10-56003 Doc 1 Filed 06/21/10 EOD 06/21/10 08:11:59 Pg 31 of 50

\# 614 Muncie

GM General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090 US

SHIP TO: SEE BODY OF PURCHASE ORDER FOR SHIPPING ADDRESS
00000 US

INVOICE TO: INVOICE FOR SERVICE,MACHINERY & EQUIP ONLY.QUESTIONS TO: CUSTOMER SERVICE 248/874/4636
MAIL INVOICE TO:GM FSS ABP
P.O.BOX 63490, PHOENIX AZ
85082-3490 US

VENDOR NUMBER 01-301-3136

TO: MCM MANAGEMENT CORP
35980 WOODWARD AVE STE 210
BLOOMFIELD HILLS MI
48304

# PURCHASE ORDER: GMS09374 003

PAGE 1

\### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE: 586-575-1287 |
|---|---|
| 12/20/06 | M RADELT |
| ALTERATION ISSUE DATE 10/08/08 | KF Buyer |
| ALTERATION EFFECTIVE 10/08/08 | PURCHASING AGENT |

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

F.O.B: DESTINATION UNLESS OTHERWISE INDICATED — SHIPPING POINT, FREIGHT COLLECT

SHIP VIA: REFER TO WWW.GMSHIPPING.COM

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION / RFQ NUMBER / DATE REQUIRED / TAX CODE / % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|
| | | | ### SPOT BUY GMS09374 HAS BEEN ALTERED AS FOLLOWS ### | | | |
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | |
| | | | THIS ALTERATION IS BEING ISSUED TO AMEND THE ORIGINAL PURCHASE ORDER TO INCLUDE FIELD ORDER NUMBER FO-MUN-MCM-002 (3C 1/07) | | | |
| | | | ### THIS ITEM HAS BEEN ADDED ### | | | |
| 00004 | 31054 | PRVX8342 001 | 10/10/08 C 0.00% POA GMS09374 -- PROVIDE LABOR, MATERIAL AND EQUIPMENT TO PERFORM A ADDITIONAL ASBESTOS ABATEMENT AT THE ADMINISTRATION BUILDING AND POWER HOUSE AT THE GM MUNCIE SITE PER FIELD ORDER NUMBER FO-MUN-MCM-002 AND QUOTE DATED 9/11/08. SAMUEL SOLOMON 248-753-5547 DELIVER TO: CHRIS HORENZIAK 2000 CENTERPOINT PONTIAC, MICH 48341 WHO ORDERED: SOLOMON 248-753-5547 | 1.0000 | | UNIT |

0005533 USER MARTIN E RADELT ORIGINAL LAST PAGE

CIIUM60 4/93

#614 Muncie

General Motors Corporation

# PURCHASE ORDER: GMS09374 004

PAGE 1

### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 502-797-6053
WARREN MI
48090 US

SHIP TO: SEE BODY OF PURCHASE ORDER FOR SHIPPING ADDRESS
00000 US

INVOICE TO: INVOICE FOR SERVICE MACHINERY & EQUIP ONLY.QUESTIONS TO: CUSTOMER SERVICE 248/874/4636
MAIL INVOICE TO: GM FSS ABP
P.O BOX 63490, PHOENIX AZ
85082-3490 US

TO: VENDOR NUMBER 01-301-3136
MCM MANAGEMENT CORP
35980 WOODWARD AVE STE 210
BLOOMFIELD HILLS MI
48304

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| ORDER DATE | PHONE: 586-575-1287 |
|---|---|
| 12/20/06 | M RADELT |
| ALTERATION ISSUE DATE | KF — Buyer |
| 10/10/08 | |
| ALTERATION EFFECTIVE | PURCHASING AGENT |
| 10/10/08 | |

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED: SHIPPING POINT, FREIGHT COLLECT

SHIP VIA: REFER TO WWW.GMSHIPPING.COM

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE / % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| | | | ### SPOT BUY GMS09374 HAS BEEN ALTERED AS FOLLOWS ### | | | | | | |
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | | |
| | | | THIS ALTERATION IS BEING ISSUED TO AMEND THE ORIGINAL PURCHASE ORDER TO INCLUDE FIELD ORDER NUMBER FO-MUN-MCM-003 PER THE APPROVED MEGA PLAN 800596411 (3C 1/07) | | | | | | |
| | | | ### THIS ITEM HAS BEEN ADDED ### | | | | | | |
| 00005 | 78616 | PRVX9701 001 | FOA GMS09374 -- PROVIDE LABOR, MATERIAL AND EQUIPMENT FOR ADDITIONAL CLEANING AND TESTING AND/OR LOWERING LEVELS OF PCB CONTAMINATION WITHIN THE DELCO BUILDING PER FIELD ORDER NUMBERFO-MUN-MCM-003 AND QUOTE DATED 9/11/08. SAMUEL SOLOMON 248-753-5547 DELIVER TO: CHRIS HORENZIAK 2000 CENTERPOINT PONTIAC, MICH 48341 WHO ORDERED: SOLOMON 248-753-5547 | | 10/10/08 | C 0.00% | 1.0000 | | UNIT |

0005535 USER MARTIN E RADELT — ORIGINAL — LAST PAGE

CIHNM08 4/93

\#G4 MUNCIE

**GM General Motors Corporation**

# PURCHASE ORDER: GMS09374 005

PAGE 1

\### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090 US

TO:
VENDOR NUMBER 01-301-3136
MCM MANAGEMENT CORP
35980 WOODWARD AVE STE 210
BLOOMFIELD HILLS MI
48304

SHIP TO:
SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS
.
.
........................... ..
00000 US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248/874/4636
MAIL INVOICE TO: GM FSS ABP
P.O.BOX 63490, PHOENIX AZ
85082-3490 US

If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| ORDER DATE | PHONE: 586-575-1287 |
|---|---|
| 12/20/06 | M RADELT |
| ALTERATION ISSUE DATE: 10/14/08 | KF Buyer |
| ALTERATION EFFECTIVE: 10/14/08 | PURCHASING AGENT |

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED: SHIPPING POINT, FREIGHT COLLECT

SHIP VIA: REFER TO WWW.GMSHIPPING.COM

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION / RFQ NUMBER / DATE REQUIRED / TAX CODE / % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|
| | | | ### SPOT BUY GMS09374 HAS BEEN ALTERED AS FOLLOWS ### | | | |
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | |
| | | | THIS ALTERAION IS JUST TO CORRECT ALTERATION # 004 THE CORRECT MEGA PLAN NUMBER IS 1000596826 FOR FIELD ORDER F0-MUN-MCM-003 MR | | | |

0005537 USER MARTIN E RADELT ORIGINAL LAST PAGE

CHMM08 4/93

#614 MUNCIE

General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090 US

TO: VENDOR NUMBER 01-301-3136
MCM MANAGEMENT CORP
35980 WOODWARD AVE STE 210
BLOOMFIELD HILLS MI
48304

SHIP TO: SEE BODY OF PURCHASE ORDER FOR SHIPPING ADDRESS
00000 US

INVOICE TO: INVOICE FOR SERVICE, MACHINERY & EQUIP ONLY. QUESTIONS TO: CUSTOMER SERVICE 248/874/4636
MAIL INVOICE TO: GM FSS ABP
P.O.BOX 63490, PHOENIX AZ
85082-3490 US

If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

# PURCHASE ORDER: GMS09374 006

PAGE 1

### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE: 586-575-1287 |
|---|---|
| 12/20/06 | M RADELT |
| ALTERATION ISSUE DATE 10/20/08 | KF Buyer |
| ALTERATION EFFECTIVE 10/20/08 | PURCHASING AGENT |

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED: SHIPPING POINT, FREIGHT COLLECT

SHIP VIA: REFER TO WWW.GMSHIPPING.COM

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION / RFQ NUMBER / DATE REQUIRED / TAX CODE / % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|
| | | | ### SPOT BUY GMS09374 HAS BEEN ALTERED AS FOLLOWS ### | | | |
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | |
| | | | THIS ALTERATION IS BEING ISSUED TO AMEND THE ORIGINAL PURCHASE ORDER TO INCLUDE FIELD ORDER NUMBER PO-MUN-MCM-006 PER THE APPROVED MEGA PLAN # 1400597240 (3C 1/07) | | | |
| | | | ### THIS ITEM HAS BEEN ADDED ### | | | |
| 00006 | 150331 | PRWX0610 001 | 10/13/08 C 0.00% POA GMS09374 -- PROVIDE LABOR, MATERIAL AND EQUIPMENT TO PERFORM ADDITIONAL WORK CLEANING OF POWER HOUSE AT THE GM MUNCIE SITE PER FIELD ORDER NUMBER PO-MUN-MCM-006 AND QUOTE DATED 10/12/08. SAMUEL SOLOMON 248-753-5547 DELIVER TO: CHRIS HORENZIAK 2000 CENTERPOINT PONTIAC, MICH 48341 WHO ORDERED: SOLOMON 248-753-5547 | 1.0000 | | UNIT |

0005541 USER MARTIN E RADELT

ORIGINAL

LAST PAGE

CHMM08 4/93

#614 Muncie

**GM General Motors Corporation**

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090 US

TO: VENDOR NUMBER 01-301-3136
MCM MANAGEMENT CORP
35980 WOODWARD AVE STE 210
BLOOMFIELD HILLS MI
48304

SHIP TO: SEE BODY OF PURCHASE ORDER FOR SHIPPING ADDRESS
00000 US

INVOICE TO: INVOICE FOR SERVICE, MACHINERY & EQUIP ONLY. QUESTIONS TO: CUSTOMER SERVICE 248/874/4636
MAIL INVOICE TO: GM FSS ABP
P.O.BOX 63490, PHOENIX AZ
85082-3490 US

[illegible fine print] If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

# PURCHASE ORDER : GMS09374-007

PAGE 1

### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment, Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE: 586-575-1287 |
|---|---|
| 12/20/06 | M RADELT |
| ALTERATION ISSUE DATE | KP Buyer |
| 10/23/08 | |
| ALTERATION EFFECTIVE | PURCHASING AGENT |
| 10/23/08 | |

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED: SHIPPING POINT, FREIGHT COLLECT

SHIP VIA: REFER TO WWW.GMSHIPPING.COM

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION / RFQ NUMBER / DATE REQUIRED / TAX CODE / % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|
| | | | ### SPOT BUY GMS09374 HAS BEEN ALTERED AS FOLLOWS ### | | | |
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | |
| | | | THIS ALTERATION IS BEING ISSUED TO AMEND THE ORIGINAL PURCHASE ORDER TO INCLUDE FIELD ORDER NUMBER FO-MUN-MCM-004 PER THE APPROVED MEGA PLAN 2300598632 (3C 1/07) | | | |
| | | | ### THIS ITEM HAS BEEN ADDED ### | | | |
| 00007 | 248435 | PRWX2483-001 | 10/22/08 C 0.00% | 1.0000 | | UNIT |
| | | | POA GMS09374 -- PROVIDE LABOR, MATERIAL AND EQUIPMENT TO PERFORM ADDITIONAL WORK TO DEMOLISH THE DELCO BUILDING AS A PCB CONTAMINATED STRUCTURE AT GM MUNCIE MANUAL TRANSMISSION PLANT PER FIELD ORDER NUMBER FO-MUN-MCM-004 AND QUOTE DATED 9/12/08. SAMUEL SOLOMON 248-753-5547 DELIVER TO: CHRIS HORENZIAK 2000 CENTERPOINT PONTIAC, MICH 48341 WHO ORDERED: SOLOMON 248-753-5547 | | | |

0005544 USER KATHLEEN C SCHOOLEY ORIGINAL LAST PAGE

CHAMO8 4/93

#614 Muncie

General Motors Corporation

**PURCHASE ORDER :** GMS09374 008 PAGE 1

### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090 US

SHIP TO:
SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS
00000 US

INVOICE TO:
INVOICE FOR SERVICE,MACHINERY
& EQUIP ONLY.QUESTIONS TO:
CUSTOMER SERVICE 248/874/4636
MAIL INVOICE TO:GM FSS ABP
P.O.BOX 63490, PHOENIX AZ
85082-3490 US

TO:
VENDOR NUMBER 01-301-3136
MCM MANAGEMENT CORP
35980 WOODWARD AVE STE 210
BLOOMFIELD HILLS MI
48304

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| ORDER DATE | PHONE: 586-575-1287 |
|---|---|
| 12/20/06 | M RADELT |
| ALTERATION ISSUE DATE 11/10/08 | KP Buyer |
| ALTERATION EFFECTIVE DATE 11/10/08 | PURCHASING AGENT |

| PAYMENT TERMS | F.O.B DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|
| NET 2ND MTH, 5TH CALENDAR DAY | SHIPPING POINT, FREIGHT COLLECT | REFER TO WWW.GMSHIPPING.COM |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION / RFQ NUMBER / DATE REQUIRED / TAX CODE / % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|
| | | | ### SPOT BUY GMS09374 HAS BEEN ALTERED AS FOLLOWS ### | | | |
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | |
| | | | THE PAYMENT TERMS OTHERWISE SET FORTH HEREIN ARE MODIFIED AS FOLLOWS: FOR SUPPLIERS UTILIZING ELECTRONIC FUNDS TRANSFER (EFT), PAYMENT WILL BE INITIATED ON THE CALCULATED DUE DATE WHICH WILL RESULT IN FUNDS ARRIVING TO YOUR ACCOUNT APPROXIMATELY THREE DAYS LATER. | | | |

0005555 USER SHIJI RAM ORIGINAL LAST PAGE CIMM08 4/93

#64 Musc1E

**General Motors Corporation**

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                    US

VENDOR NUMBER 01-301-3136
MCM MANAGEMENT CORP
TO: 35980 WOODWARD AVE STE 210
BLOOMFIELD HILLS MI
48304

SHIP TO:

**SEE BODY OF PURCHASE ORDER FOR SHIPPING ADDRESS**

. . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . .
00000                              US
INVOICE FOR SERVICE, MACHINERY

INVOICE TO: & EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248/874/4636
MAIL INVOICE TO:GM FSS A&P
P.O.BOX 63490, PHOENIX AZ
85082-3490                    US

**PURCHASE ORDER** 1.GMS09374 009
### ALTERATION ###

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Att: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PAGE 1

PHONE: 586-575-1287

| ORDER DATE | ALTERATION ISSUE DATE | BUYER |
|---|---|---|
| 12/20/06 | 11/11/08 | M RADELT XP |
| ALTERATION EFFECTIVE 11/11/08 | | PURCHASING AGENT |

SHIP VIA: REFER TO WWW.GMSHIPPING.COM

PAYMENT TERMS
NET      2ND NCH. 5TH CALENDAR DAY

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | P.O.# DESCRIPTION | REQ. NUMBER | DESTINATION UNLESS OTHERWISE INDICATED SHIPPING POINT, FREIGHT COLLECT DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ### SPOT BUY GMS09374 HAS BEEN ALTERED AS FOLLOWS ### | | | | | | |
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | | |
| | | | | THIS ALTERATION IS BEING ISSUED TO AMEND THE ORIGINAL PURCHASE ORDER TO INCLUDE FIELD ORDER NUMBER FO-MUN-MCM-007. | | (3C 1/07) | | | | |
| 00008 | 236,280 ·PRWK13569/001 · | | ### THIS ITEM HAS BEEN ADDED ### | FOA GMS09374 -- PROVIDE LABOR, MATERIAL AND EQUIPMENT TO PERFORM ADDITIONAL CLEANING IN SEVERAL AREAS OUT SIDE OF THE SCOPE OF THE BID SPECIFICATION PER FIELD ORDER NUMBER FO-MUN-MCM-007 AND QUOTE DATED 10/12/08. SAMUEL SOLOMON 248-753-5547 DELIVER TO: CHRIS HORENZIAK 2000 CENTERPOINT PONTIAC, MICH 48341 WHO ORDERED: SOLOMON 248-753-5547 | | 11/18/08  C | 0.00% | 1.0000 | | UNIT |

0005556  USER MOHAMMAD A QURESHI

ORIGINAL                    LAST PAGE                    CUM402 4/93

Case 10-56003 Doc 1 Filed 08/24/10 EOD 08/24/10 08:11:59 Pg 38 of 50

## Legal Description of Real Estate

All those certain pieces or parcels of land situate in Delaware County, State of Indiana, and more particularly described as follows:

A part of the Northwest Quarter and a part of the Southwest Quarter of Section 16 Township 20 North Range 10 East, more particularly described as follows, to-wit:

Beginning at a point in the West line of Elliott Street, as said Elliott Street is laid out and platted in the T.F. Rose First Addition to the City of Muncie, Indiana at the point of intersection of the West line of said Elliott Street with the North line of the Southwest Quarter of Section 16 Township 20 North Range 10 East; thence South 00°-06'-45" West and on and along the West line of said Elliott Street 1,299.74 feet to its intersection with the North line of 8th Street, as said 8th Street is laid out and platted in the T.F. Rose First Addition to the City of Muncie, Indiana; thence North 90°-00'-00" West and on and along the North line of said 8th Street and said line extended West 1,847.15 feet to a point 30.0 feet East of the East line of Perkins Avenue, as said Perkins Avenue is laid out and platted in J.J. Perkins Addition to the City of Muncie, Indiana; thence in a Northwesterly direction on a curve to the right, said curve having a radius of 30.0 feet and a long chord distance of 42.43 feet to its intersection with the East line of said Perkins Avenue at a point 40.0 feet North of the Southwest Corner of Lot 206 in said J.J. Perkins Addition; thence North 00°-00'-00" East and on and along the East line of said Perkins Avenue 1,102.80 feet to its intersection with the South Right-of-Way line of the Conrail Railroad (formerly the C.C.C. & ST.L.R.R.); thence North 76°-50'-45" East and on and along the said South Right-of-Way Line of said Conrail Railroad 1,930.93 feet to its intersection with the West line of Elliott Street in the T.F. Rose First Addition to the City of Muncie, Indiana; thence South 00°-06'-45" West and on along the West line of said Elliott Street 271.34 feet to the point of beginning.. EXCEPTING THEREFROM Lots 292, 291, and the West (four) 4.0 feet of Lot 290 and the South Half of the vacated alley lying adjacent and North of the above described lots, all in J.J. Perkins Addition to the City of Muncie, Indiana. Containing after said Exception 58.012 acres, more or less. (The above description is intended to include all of T.F. Rose First Addition East of Elliott Street heretofore vacated and the following lots in J.J. Perkins Addition to the City of Muncie, Indiana; Lots 193 thru 206, except South ten (10.0) feet, Lots 217 thru 230, Lots 241 thru 254, Lots 265 thru 278, Lot 289, the East 46' of Lot 290, Lots 293 thru 302, Lots 317 thru 326; ALSO including vacated 5th Street from the East line of Perkins Avenue to the West line of Sampson Avenue, vacated 6th Street from the East line of Perkins Avenue to the East line of the J.J. Perkins Addition, vacated 7th Street from the East line of Perkins Avenue to the East line of the J.J. Perkins Addition, and vacated Sampson Avenue from the South line of 5th Street to a point 10.0' North of the North line of 8th Street. ALSO, all of the vacated alley between Lots 317 thru 326 and Lots 293 thru 302, all of the vacated alley between Lots 265 thru 268 and Lots 241 thru 244, all of the vacated alley between Lots 269



Case 10-56003 Doc 1 Filed 06/21/10 EOD 06/22/10 08:11:59 Pg 39 of 50

through 278 and Lots 245 thru 254, all of the vacated alley between Lots 217 thru 220 and Lots 193 thru 196, all of the vacated alley between Lots 221 thru 230 and Lots 197 thru 206 and the South Half of the vacated alley adjacent to Lots 289 and the East 46' of Lot 290). Also the following described parcel of land, more particularly described as follows, to-wit: Beginning at the Southwest corner of Lot 148 in J.J. Perkins First Addition to the City of Muncie, Indiana (being the intersection of the East line of Sampson Avenue; and the North line of 9th Street); thence North on the East line of said Sampson Avenue 301.7 feet to the South line of 8th Street; thence East on the South line of said 8th Street and said South line extended East 858.8 feet to the West line of Birch Street, as said street is laid out and platted in Winton Place, an addition to the City of Muncie, Indiana; thence South on the West line of said Birch Street and said West line extended South 182.5 feet to a point 17.5 feet South of the North line of said 9th Street in said Winton Place; thence West and parallel with the North line of said 9th Street 350.0 feet; thence South 3.82 feet; thence in a Southerly and Westerly direction on a curve to the left, said curve having a radius of 137.5 feet and an arc distance of 163.74 feet to its intersection with the North line of 9th Street extended; thence West on the North line of said 9th Street and said line extended 210.0 feet to the East line Lot 145 in J.J. Perkins First Addition; thence South on the said East line 10.0 feet to the Southeast Corner of said Lot 145; thence West on the North line of said 9th Street 200.0 feet to the point of beginning. Estimated to contain 4.907 acres, more or less. (The above description is intended to include all of the following, Lots 70 thru 75 except North 10.0 feet, Lots 219 and 223 except North 10 feet; Lots 220, 221, 222, 224, 225, 226, 227 and 228 the vacated North 17.5 feet of 9th Street; the vacated alley lying adjacent to and West of Lots 223 thru 228, all in Winton Place, an addition to the City of Muncie, Indiana; also intended to include Lots 169 thru 172, and Lots 145 thru 148 and a vacated alley lying between Lots 169 thru 172 and Lots 145 thru 148 all in J.J. Perkins First Addition.) ALSO, the following described parcel of land, more particularly described as follows, to-wit: All of Lots 7, 8, 14, 15, 16, 23, 24, 25, 46, 47, 48, 69, 70, 71, 92, 93, 94 in T.F. Rose First Addition to the City of Muncie, Indiana and the following vacated alley and street; vacated 8th Street between Lots 46 thru 48 and Lots 69 thru 71, and vacated alley between Lots 69 thru 71 and Lots 92 thru 94 all in T.F. Rose First Addition to the City of Muncie, Indiana. ALSO, the following described parcel of land, more particularly described as follows, to-wit: Lots 63, 64, 65, 66, and 67, except the North ten (10.0) feet and also the vacated North 17.5 feet of 9th Street lying adjacent to Lots 63 thru 67 all in Winton Place, an addition to the City of Muncie, Indiana. Subject to all easements of record for utilities.

Case 10-56003 Doc 1 Filed 06/21/10 EOD 06/22/10 08:11:59 Pg 40 of 50

Federoff Law Firm
4P
1Am

*2009R14789*
2009R14789
JANE LASATER
DELAWARE COUNTY RECORDER
RECORDED ON
05/28/2009 04:02:03PM
REC FEE: 21.00
PAGES: 4

# SWORN STATEMENT AND NOTICE OF INTENTION TO HOLD MECHANIC'S LIEN UPON REAL ESTATE

TO: General Motors Corporation
P.O. Box 33170
Detroit, MI 48232-5170

Manual Transmissions Of Muncie, LLC
P.O. Box 5050
Muncie, IN 47307

**YOU ARE HEREBY NOTIFIED** that MCM Management Corp., Inc. ("Claimant") whose address is 35980 Woodward Avenue, Suite 210, Bloomfield Hills, MI 48304, intends to hold a mechanic's lien on real estate owned or occupied by Manual Transmissions Of Muncie, LLC ("Owner"), which has a common address of 1200 W. 8th Street, Muncie, IN 47302, and which is more particularly described on the attached Exhibit "A", and by this reference is made a part and incorporated in of this Sworn Statement and Notice of Intention to Hold Mechanic's Lien Upon Real Estate ("Notice"), and all improvements, buildings, and structures situate on the real estate (collectively, the "Real Estate") in the amount of $335,278, plus interest and attorney fees, for services, labor, equipment, materials, and qualified supervision furnished by Claimant for the benefit of the Real Estate, which services, labor, equipment, materials, qualified supervision were furnished by Claimant to the Real Estate within the last 90 days.

The above-described services, labor, equipment, materials, and qualified supervision were furnished by Claimant at the request of General Motors Corporation.

The sum of $335,278, plus interest and attorney fees, is now due and owing Claimant.

The undersigned, who is an attorney registered with the Clerk of the Indiana Supreme Court as an attorney in good standing under the requirements of the Indiana Supreme Court, executing Notice for and on behalf of Claimant, having been first duly sworn upon his oath, and under the penalties of perjury, hereby verifies and states that Claimant intends to hold a mechanic's lien on the Real Estate and the improvements located on it, and to the best knowledge of the undersigned, the facts contained in this Notice are true and accurate.

EXHIBIT
"C"

MCM Management Corp., Inc.

By: ______________________
Scott M. Federoff, Attorney

STATE OF INDIANA )
) SS:
COUNTY OF ALLEN )

Before me, the undersigned, a Notary Public in and for said County and State, this 28th day of May, 2009, personally appeared Scott M. Federoff, known to be an attorney registered with the Clerk of the Indiana Supreme Court, for an on behalf of MCM Management Corp., Inc., and acknowledged the execution of this Notice to be the free and voluntary act of said corporation for the uses and purposes set forth in this Notice, and that he was duly authorized to execute this Notice by the corporation. Witness my hand and Notarial Seal.

My Commission Expires:
January 3, 2010

______________________
Sharon L. Axson, Notary Public
Resident of Allen County, Indiana

I hereby certify that I have this 28th day of May, 2009, mailed first-class a duplicate of this Notice to those named in this Notice at the addresses set forth above.

______________________
Recorder of Delaware County, Indiana

This instrument prepared by: Scott M. Federoff, Federoff Law Firm, LLP, 10445 Illinois Road, Ft. Wayne, IN 46814.

After recording, return to: Federoff Box.

I affirm, under the penalties of perjury, that I have taken reasonable care to redact each Social Security number in this document, unless required by law. Scott M. Federoff.

Exhibit "A"
Legal Description of Real Estate

All those certain pieces or parcels of land situate in Delaware County, State of Indiana, and more particularly described as follows:

A part of the Northwest Quarter and a part of the Southwest Quarter of Section 16 Township 20 North Range 10 East, more particularly described as follows, to-wit:

Beginning at a point in the West line of Elliott Street, as said Elliott Street is laid out and platted in the T.F. Rose First Addition to the City of Muncie, Indiana at the point of intersection of the West line of said Elliott Street with the North line of the Southwest Quarter of Section 16 Township 20 North Range 10 East; thence South 00'-06'-45" West and on and along the West line of said Elliott Street 1,299.74 feet to its intersection with the North line of 8th Street, as said 8th Street is laid out and platted in the T.F. Rose First Addition to the City of Muncie, Indiana; thence North 90'-00'-00" West and on and along the North line of said 8th Street and said line extended West 1,847.15 feet to a point 30.0 feet East of the East line of Perkins Avenue, as said Perkins Avenue is laid out and platted in J.J. Perkins Addition to the City of Muncie, Indiana; thence in a Northwesterly direction on a curve to the right, said curve having a radius of 30.0 feet and a long chord distance of 42.43 feet to its intersection with the East line of said Perkins Avenue at a point 40.0 feet North of the Southwest Corner of Lot 206 in said J.J. Perkins Addition; thence North 00'-00'-00" East and on and along the East line of said Perkins Avenue 1,102.80 feet to its intersection with the South Right-of-Way line of the Conrail Railroad (formerly the C.C.C. & ST.L.R.R.); thence North 76'-50'-45" East and on and along the said South Right-of-Way Line of said Conrail Railroad 1,930.93 feet to its intersection with the West line of Elliott Street in the T.F. Rose First Addition to the City of Muncie, Indiana; thence South 00'-06'-45" West and on along the West line of said Elliott Street 271.34 feet to the point of beginning.. EXCEPTING THEREFROM Lots 292, 291, and the West (four) 4.0 feet of Lot 290 and the South Half of the vacated alley lying adjacent and North of the above.described lots, all in J.J. Perkins Addition to the City of Muncie, Indiana. Containing after said Exception 58.012 acres, more or less. (The above description is intended to include all of T.F. Rose First Addition East of Elliott Street heretofore vacated and the following lots in J.J. Perkins Addition to the City of Muncie, Indiana; Lots 193 thru 206, except South ten (10.0) feet, Lots 217 thru 230, Lots 241 thru 254, Lots 265 thru 278, Lot 289, the East 46' of Lot 290, Lots 293 thru 302, Lots 317 thru 326; ALSO including vacated 5th Street from the East line of Perkins Avenue to the West line of Sampson Avenue, vacated 6th Street from the East line of Perkins Avenue to the East line of the J.J. Perkins Addition, vacated 7th Street from the East line of Perkins Avenue to the East line of the J.J. Perkins Addition, and vacated Sampson Avenue from the South line of 5th Street to a point 10.0' North of the North line of 8th Street. ALSO, all of the vacated alley between Lots 317 thru 326 and Lots 293 thru 302, all of the vacated alley between Lots 265 thru 268 and Lots 241 thru 244, all of the vacated alley between Lots 269

Case 10-56003 Doc 1 Filed 06/21/10 EOD 06/21/10 08:11:59 Pg 43 of 50

through 278 and Lots 245 thru 254, all of the vacated alley between Lots 217 thru 220 and Lots 193 thru 196, all of the vacated alley between Lots 221 thru 230 and Lots 197 thru 206 and the South Half of the vacated alley adjacent to Lots 289 and the East 46' of Lot 290). Also the following described parcel of land, more particularly described as follows, to-wit: Beginning at the Southwest corner of Lot 148 in J.J. Perkins First Addition to the City of Muncie, Indiana (being the intersection of the East line of Sampson Avenue; and the North line of 9th Street); thence North on the East line of said Sampson Avenue 301.7 feet to the South line of 8th Street; thence East on the South line of said 8th Street and said South line extended East 858.8 feet to the West line of Birch Street, as said street is laid out and platted in Winton Place, an addition to the City of Muncie, Indiana; thence South on the West line of said Birch Street and said West line extended South 182.5 feet to a point 17.5 feet South of the North line of said 9th Street in said Winton Place; thence West and parallel with the North line of said 9th Street 360.0 feet; thence South 3.82 feet; thence in a Southerly and Westerly direction on a curve to the left, said curve having a radius of 137.5 feet and an arc distance of 153.74 feet to its intersection with the North line of 9th Street extended; thence West on the North line of said 9th Street and said line extended 210.0 feet to the East line Lot 145 in J.J. Perkins First Addition; thence South on the said East line 10.0 feet to the Southeast Corner of said Lot 145; thence West on the North line of said 9th Street 200.0 feet to the point of beginning. Estimated to contain 4.907 acres, more or less. (The above description is intended to include all of the following, Lots 70 thru 75 except North 10.0 feet, Lots 219 and 223 except North 10 feet; Lots 220, 221, 222, 224, 225, 226, 227 and 228 the vacated North 17.5 feet of 9th Street; the vacated alley lying adjacent to and West of Lots 223 thru 228, all in Winton Place, an addition to the City of Muncie, Indiana; also intended to include Lots 169 thru 172, and Lots 145 thru 148 and a vacated alley lying between Lots 169 thru 172 and Lots 145 thru 148 all in J.J. Perkins First Addition.) ALSO, the following described parcel of land, more particularly described as follows, to-wit: All of Lots 7, 8, 14, 15, 16, 23, 24, 25, 46, 47, 48, 69, 70, 71, 92, 93, 94 in T.F. Rose First Addition to the City of Muncie, Indiana and the following vacated alley and street; vacated 6th Street between Lots 46 thru 48 and Lots 69 thru 71, and vacated alley between Lots 69 thru 71 and Lots 92 thru 94 all in T.F. Rose First Addition to the City of Muncie, Indiana. ALSO, the following described parcel of land, more particularly described as follows, to-wit: Lots 63, 64, 65, 66, and 67, except the North ten (10.0) feet and also the vacated North 17.5 feet of 9th Street lying adjacent to Lots 63 thru 67 all in Winton Place, an addition to the City of Muncie, Indiana. Subject to all easements of record for utilities.



Case 10-50003 Doc 1 Filed 06/21/10 EOD 06/22/10 08:11:59 Pg 44 of 50

UNITED STATES POSTAGE
PITNEY BOWES
02 1M
0004239283
$ 04.19[0]
MAY 14 2010
MAILED FROM ZIP CODE 47305

Delaware County Clerk
100 West Main Street
MUNCIE IN 47305

Bill Nr 28213
Weight: 0 01 02

SHIP TO: MANUAL TRANSMISSIONS OF MUNCIE, LLC
C/O THE CORPORATION TRUST COMPANY
1209 ORANGE STREET
WILMINGTON DE 19801

ZIP-e/ USPS SIGNATURE CONFIRM

420 19801 9121 9235 8300 1000 1004 43

ELECTRONIC RATE APPROVED # 923583001

Case 10-56003 Doc 1 Filed 06/21/10 EOD 06/22/10 08:11:59 Pg 45 of 50

STATE OF INDIANA ) IN THE DELAWARE CIRCUIT COURT
) SS:
COUNTY OF DELAWARE ) CAUSE NO. 18C01-1005-PL-14

MCM MANAGEMENT CORP.,

Plaintiff,

v.

MANUAL TRANSMISSIONS OF MUNCIE, LLC, THE STATE OF INDIANA, and the TREASURER OF DELAWARE COUNTY, INDIANA,

Defendants.

FILED
CLERKS OFFICE
DELAWARE CO., INDIANA
JUN 04 2010
CLERK

**MOTION FOR ENLARGEMENT OF TIME TO**
**ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendant, Manual Transmissions of Muncie, LLC, ("MTM"), by counsel, states the following for its Motion for Enlargement of Time to Answer or Otherwise Respond to the Complaint:

1. Plaintiff, MCM Management Corp. ("Plaintiff"), commenced this action by filing its "Complaint for Breach of Contract, Unjust Enrichment/Quantum Meruit, and Foreclosure of Mechanic's Lien" ("Complaint") on May 12, 2010.

2. MTM was served with the Complaint on May 20, 2010. Therefore, an answer or other response is due to be filed by MTM on or before June 14, 2010 and that time has not expired.

3. By this Motion, MTM requests an additional thirty (30) days from the filing of this motion, to and including July 1, 2010, to answer or otherwise respond to the Complaint.

4. An enlargement of time is necessary to allow MTM and its counsel an opportunity to investigate the facts and prepare a response to the Plaintiff's Complaint.

5. Counsel for the Plaintiff has been contacted and consents to the relief requested in

Case 10-56003 Doc 1 Filed 06/21/10 EOD 06/22/10 08:11:59 Pg 46 of 50

this motion.

WHEREFORE, Defendant, Manual Transmissions of Muncie, LLC, requests that it be given an enlargement of time of up to and including July 1, 2010 in order to answer or otherwise respond to the Plaintiff's Complaint, and for such other just and appropriate relief.

Respectfully submitted,

Thomas C. Scherer, #24-49
Whitney L. Mosby, #23691-49
*Attorneys for Defendant,*
*Manual Transmissions of Muncie, LLC*

BINGHAM McHALE LLP
10 West Market Street, #2700
Indianapolis, Indiana 46204-2982
Telephone: (317) 635-8900
Facsimile: (317) 236-9907
E-mail: tscherer@binghammchale.com
wmosby@binghammchale.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon the following via first class United States mail, postage prepaid and addressed as shown, this 1st day of June, 2010:

James A. Federoff
Jason M. Kuchmay
FEDEROFF KUCHMAY LLP
10445 Illinois Road
Fort Wayne, Indiana 46814

1497857

STATE OF INDIANA ) IN THE DELAWARE CIRCUIT COURT
) SS:
COUNTY OF DELAWARE ) CAUSE NO. 18C01-1005-PL-14

MCM MANAGEMENT CORP.,

Plaintiff,

v.

MANUAL TRANSMISSIONS OF MUNCIE, LLC, THE STATE OF INDIANA, and the TREASURER OF DELAWARE COUNTY, INDIANA,

Defendants.

FILED
CLERKS OFFICE
DELAWARE CO., INDIANA
JUN 04 2010
CLERK

**APPEARANCE BY ATTORNEY IN CIVIL CASE**
**PURSUANT TO TRIAL RULE 3.1**

**Party Classification:** Initiating __ Responding X Intervening ___

1. The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s): **Manual Transmissions of Muncie, LLC .**

2. Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

**Name:** **Thomas C. Scherer** **Atty. Number: 24-49**
**Whitney L. Mosby** **Atty. Number: 23691-49**
**Address:** **BINGHAM MCHALE LLP** **Phone: 635-8900**
**10 W. Market St., #2700** **FAX: 236-9907**
**Indianapolis, Indiana 46204-2982**

3. There are other party members: Yes __ No X (If yes, list on continuation page.)

4. If first initiating party filing this case, the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3): ____________

5. I will accept service by FAX at the above noted number: Yes __ No X

6. This case involves support issues. Yes __ No X (If yes, supply social security numbers for all family members on continuation page.)

7. There are related cases: Yes __ No X (If yes, list on continuation page.)

8. This form has been served on all other parties. Certificate of Service is attached: Yes X.

Case 10-56003 Doc 1 Filed 06/21/10 EOD 06/22/10 08:11:59 Pg 48 of 50

9. Additional information required by local rule: **Not applicable.**

**Authority**: Pursuant to Trial Rule 3.1, this form shall be filed at the time an action is commenced or when a party first appears. In emergencies, the requested information shall be supplied when it becomes available. Parties shall advise the court of a change in information previously provided to this court. This form is approved by the Division of State Court Administration.

Respectfully submitted,

Thomas C. Scherer, #24-49
Whitney L. Mosby, #23691-49
*Attorneys for Defendant,*
*Manual Transmissions of Muncie, LLC*

BINGHAM McHALE LLP
10 West Market Street, #2700
Indianapolis, Indiana 46204-2982
Telephone: (317) 635-8900
Facsimile: (317) 236-9907
E-mail: wmosby@binghammchale.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon the following via first class United States mail, postage prepaid and addressed as shown, this 1st day of June, 2010:

James A. Federoff
Jason M. Kuchmay
FEDEROFF KUCHMAY LLP
10445 Illinois Road
Fort Wayne, Indiana 46814

STATE OF INDIANA ) IN THE DELAWARE CIRCUIT COURT
) SS:
COUNTY OF DELAWARE ) CAUSE NO. 18C01-1005-PL-14

MCM MANAGEMENT CORP., )
)
Plaintiff, )
v. )
)
MANUAL TRANSMISSIONS OF )
MUNCIE, LLC, THE STATE OF INDIANA, )
and the TREASURER OF DELAWARE )
COUNTY, INDIANA, )
)
Defendants. )

**ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME**
**TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendant, Manual Transmissions of Muncie, LLC, by counsel, has filed its Motion for Enlargement of Time to File Answer or Otherwise Respond to Complaint ("Motion"), and the Court, being duly advised in the premises, now finds that such Motion should be GRANTED. It is therefore

ORDERED that the Defendant, Manual Transmissions of Muncie, LLC, has up to and including July 1, 2010 within which to answer or otherwise respond to the Complaint filed by the Plaintiff.

DATED: 6/7/10

Marianne Vorhees
Judge, Delaware County Circuit Court

Case 10-56003 Doc 1 Filed 06/21/10 EOD 06/22/10 08:11:59 Pg 50 of 50

Distribution:

Thomas C. Scherer
Whitney L. Mosby
Bingham McHale, LLP
10 West Market Street, #2700
Indianapolis, Indiana 46204-2982

James A. Federoff
Jason M. Kuchmay
Federoff Kuchmay LLP
10445 Illinois Road
Fort Wayne, IN 46814

1497995