CM/ECF - U.S. Bankruptcy Court:insb                                                                                                    Page 1 of 6

09-50026-mg    Doc 7048-3    Filed 09/21/10    Entered 09/21/10 17:30:48    Copy of USBC
                             SDA Docket Sheet Case No. 10-56003    Pg 1 of 6

**TRANSOUT**

# U.S. Bankruptcy Court
## Southern District of Indiana (Indianapolis)
### Miscellaneous Proceeding #: 10-56003
**Internal Use Only**

*Assigned to:* Anthony J. Metz III

*Date Filed:* 06/21/10

**Debtor**
------------------------

**Motor Liquidation Company, et al**
**f/k/a General Motors Corp. et al.**

represented by **Deborah Kovsky-Apap**
Pepper Hamilton LLP
100 Renaissance Center, Suite 3600
Detroit, MI 48243
313-393-7331
Fax : 313-731-1572
Email: kovskyd@pepperlaw.com

**Plaintiff**
------------------------

**MCM Management Corp.**

represented by **James A Federoff**
Federoff Kuchmay, LLP
10445 Illinois Road
Fort Wayne, IN 46814
260-338-4506
*LEAD ATTORNEY*

**Jason M. Kuchmay**
Federoff Kuchmay LLP
10445 Illinois Road
Fort Wayne, IN 46814
260-207-2100
Fax : 260-207-2101
Email: jmk@federoff-law.com

V.

**Defendant**
------------------------

**Manual Transmissions of Muncie, LLC**

represented by **Deborah Kovsky-Apap**
(See above for address)

**Thomas C Scherer**
Bingham McHale LLP
10 W Market St Ste 2700
Indianapolis, IN 46204-2954
317-968-5407
Fax : 317-236-9907
Email: tscherer@binghammchale.com

|  | *LEAD ATTORNEY* |
|---|---|
|  | **Whitney L Mosby**<br>10 West Market Street, #2700<br>Indianapolis, IN 46204<br>(317) 635-8900<br>Fax : (317) 236-9907<br>Email: wmosby@binghammchale.com<br>*LEAD ATTORNEY* |
| **The State of Indiana** | represented by **The State of Indiana**<br>PRO SE |
| **The Treasurer of Delaware County, Indiana** | represented by **The Treasurer of Delaware County, Indiana**<br>PRO SE |

**U.S. Trustee**
-----------------------

**U.S. Trustee**
101 W. Ohio St.. Ste. 1000
Indianapolis, IN 46204
317-226-6101

| Filing Date | # | Docket Text |
|---|---|---|
| 06/21/2010 | 1 | In re: Motors Liquidation Company, et al f/k/a General Motors Corp., et al., Debtor. **Notice of Removal** filed by Whitney L. Mosby and Thomas C. Scherer on behalf of MCM Management Corp., Plaintiff vs. Manual Transmissions of Muncie, LLC, The State of Indiana, and the Treasurer of Delaware County, Indiana, Defendants. (Attachments: (1) Adversary Cover Sheet) (ske). (Entered: 06/22/2010) |
| 06/21/2010 | 2 | Appearance filed by Thomas C Scherer on behalf of Defendant Manual Transmissions of Muncie, LLC. (ske). (Entered: 06/22/2010) |
| 06/21/2010 | 3 | Appearance filed by Whitney L Mosby on behalf of Defendant Manual Transmissions of Muncie, LLC. (ske). (Entered: 06/22/2010) |
| 06/22/2010 |  | Receipt of Filing/Indexing of Foreign Paper for $39.00. Receipt Number 269845. (SE) (Entered: 06/22/2010) |
|  |  | Motion for Out-of-District Transfer of Adversary to Southern District of New York *Bankruptcy Court* filed by Whitney L Mosby on behalf of Defendant Manual Transmissions of Muncie, |

| | | |
|---|---|---|
| 06/24/2010 | ● 4 | LLC. (Mosby, Whitney) (Entered: 06/24/2010) [Granted by #32] [CM08] |
| 06/25/2010 | ● 5 | Notice of Extension of Time to File Answer *or Otherwise Respond to Complaint* filed by Whitney L Mosby on behalf of Defendant Manual Transmissions of Muncie, LLC (re: Doc # 1 ). *Answer due by 7/1/2010.* (Mosby, Whitney) (Entered: 06/25/2010) |
| 06/28/2010 | ● 6 | Order Granting Manual Transmissions of Muncie, LLC's Motion for Enlargement of Time to Answer or Otherwise Respond to Complaint to and including 7/1/10 (re: Doc # 5 ). (dsw) (Entered: 06/30/2010) |
| 06/30/2010 | ● 7 | Notice Issued on Motion for Transfer of Adversary Proceeding (re: Doc # 4 ). *Notice issued; Objections due by 7/14/2010.* (dsw) (Entered: 06/30/2010) |
| 07/01/2010 | ● 8 | Answer and Affirmative Defenses to Complaint filed by Whitney L Mosby on behalf of Defendant Manual Transmissions of Muncie, LLC. (re: Doc. 1 ) (sos) (Entered: 07/01/2010) |
| 07/01/2010 | | Deadlines terminated: Generic Deadline for a Tickler Entry ( 6 ). (dsw) (Entered: 07/01/2010) |
| 07/02/2010 | ● 9 | Appearance filed by Jason M Kuchmay on behalf of Plaintiff MCM Management Corp. (mtn) (Entered: 07/02/2010) |
| 07/02/2010 | ● 10 | Notice of Submission of Statement Denying Allegations in Notice of Removal filed by Jason M Kuchmay on behalf of Plaintiff MCM Management Corp. (re: Doc # 1 ). (mtn) (Entered: 07/02/2010) |
| 07/02/2010 | ● 11 | BNC Certificate of Service - NOTICE (re: Doc # 7 ). No. of Notices: 2 Service Date 07/02/2010. (Admin.) (Entered: 07/03/2010) |
| 07/02/2010 | ● 12 | BNC Certificate of Service - ORDER (re: Doc # 6 ). No. of Notices: 2 Service Date 07/02/2010. (Admin.) (Entered: 07/03/2010) |
| 07/14/2010 | ● 13 | Response in Opposition to Motion for Transfer of Adversary Proceeding filed by Jason M. Kuchmay on behalf of Plaintiff MCM Management Corp. (re: Doc # 4 ). (Kuchmay, Jason) (Entered: 07/14/2010) |
| | | Motion for Remand filed by Jason M. Kuchmay on behalf of |

| | | |
|---|---|---|
| 07/14/2010 | 🔵 14 | Plaintiff MCM Management Corp. (Kuchmay, Jason) (Entered: 07/14/2010) [Denied by #33] |
| 07/14/2010 | 🔵 15 | Response in Support of Motion for Remand filed by Jason M. Kuchmay on behalf of Plaintiff MCM Management Corp. (re: Doc # 14 ). (Attachments: (1) Exhibit A to Complaint (2) Exhibit A-1 to Complaint (3) Exhibit A-2 to Complaint (4) Exhibit B to Complaint (5) Exhibit C to Complaint) (Kuchmay, Jason) (Entered: 07/14/2010) |
| 07/23/2010 | 🔵 16 | Official Court Notice Setting Hearing on Motion for Remand filed by Jason M. Kuchmay on behalf of Plaintiff MCM Management Corp. (re: Doc # 14 ). *Hearing to be held on 8/5/2010 at 09:00 AM EDT at Rm 311 U.S. Courthouse, Indianapolis.* (rss). CORRECTION: Notice issued in error; See document #17. Modified on 7/23/2010 (mtn). (Entered: 07/23/2010) |
| 07/23/2010 | 🔵 17 | Official Court Notice Setting Hearing on Motion for Remand filed by Jason M. Kuchmay on behalf of Plaintiff MCM Management Corp. (re: Doc # 14 ). *Hearing to be held on 8/5/2010 at 03:00 PM EDT at Rm 311 U.S. Courthouse, Indianapolis.* (rss) (Entered: 07/23/2010) |
| 07/25/2010 | 🔵 18 | BNC Certificate of Service - OFFICIAL COURT NOTICE (re: Doc # 17 ). No. of Notices: 1 Service Date 07/25/2010. (Admin.) (Entered: 07/26/2010) |
| 07/26/2010 | 🔵 19 | Reply to Response filed by Whitney L Mosby on behalf of Defendant Manual Transmissions of Muncie, LLC (re: Doc # 13 ). (Mosby, Whitney) (Entered: 07/26/2010) |
| 07/26/2010 | 🔵 20 | Motion for Authority *to Stay Ruling on Motion to Remand Pending the Resolution of the Motion for Transfer to the United States Bankruptcy Court for the Southern District of New York Pursuant to 28 U.S.C. Section 1412* filed by Whitney L Mosby on behalf of Defendant Manual Transmissions of Muncie, LLC. (Mosby, Whitney) (Entered: 07/26/2010) |
| 07/28/2010 | 🔵 21 | *Electronic Notification Re:* Hearing on Motion for Out-of-District Transfer of Adversary to Southern District of New York with Objection and Response filed thereto (re: Doc # 4 , 13 , 19 ). *Hearing to be held on 8/5/2010 at 03:00 PM EDT at Rm 311 U.S. Courthouse, Indianapolis.* (sos) (Entered: 07/28/2010) |
| | | Motion to Continue Hearing re: Official Court Notice Setting Hearing (Adv), *and all other matters to be heard at that time* filed by Jason M. Kuchmay on behalf of Plaintiff MCM Management |

| | | |
|---|---|---|
| 07/28/2010 | ● 22 | Corp. (re: Doc # 17 ). (Kuchmay, Jason) (Entered: 07/28/2010) [Granted by #23] |
| 07/28/2010 | ● 23 | Order Granting Motion to Continue Hearing *(Docket Order Only)* (re: Doc # 22 ). Notice Issued. *Hearing to be held on 8/12/2010 at 01:30 PM EDT at Rm 311 U.S. Courthouse, Indianapolis.* (sos) (Entered: 07/28/2010) |
| 07/30/2010 | ● 24 | Response in Opposition to Motion for Remand filed by Whitney L Mosby on behalf of Defendant Manual Transmissions of Muncie, LLC (re: Doc # 14 ). (Mosby, Whitney) (Entered: 07/30/2010) |
| 07/30/2010 | ● 25 | BNC Certificate of Service - OFFICIAL COURT NOTICE (re: Doc # 23 ). No. of Notices: 1 Service Date 07/30/2010. (Admin.) (Entered: 07/31/2010) |
| 08/05/2010 | ● 26 | Minute Entry/Order re: (1) Hearing: MCM Management Corp.'s Motion for Remand. Vacated: Continuance requested. Matters reset for 8/12/10 at 1:30 pm (re: Doc # 14 ). (2) Hearing on Motion for Out-of-District Transfer of Adversary with Objection and Response filed thereto. Vacated: Continuance requested. Matters reset for 8/12/10 at 1:30 pm (re: Doc # 13 , 19 , 4 ). *(Docket Order Only)*. (sos) (Entered: 08/05/2010) |
| 08/06/2010 | ● 27 | Reply to Motion for Remand filed by Jason M. Kuchmay on behalf of Plaintiff MCM Management Corp. (re: Doc # 14 ). (Kuchmay, Jason) (Entered: 08/06/2010) |
| 08/10/2010 | ● 28 | Objection to Motion for Authority filed by Jason M. Kuchmay on behalf of Plaintiff MCM Management Corp. (re: Doc # 20 ). (Kuchmay, Jason) (Entered: 08/10/2010) |
| 08/12/2010 | ● 29 | Motion to Appear Pro Hac Vice with Affidavit in Support filed by Deborah Kovsky-Apap on behalf of Defendant Manual Transmissions of Muncie, LLC, Debtor Motor Liquidation Company, et al f/k/a General Motors Corp. et al. *Filing fee for Pro Hac Vice Motion due 08/26/2010.* (Attachments: (1) Exhibit A - Affidavit) (Kovsky-Apap, Deborah) (Entered: 08/12/2010) [Granted by #31] |
| 08/12/2010 | | Temporary Receipt in the amount of $30.00 for Motion for Pro Hac Vice (Temporary Receipt No. 701803) (re: Doc # 29 ). (jdc) (Entered: 08/12/2010) |
| | | Minute Entry/Order re: (1) Continued Hearing: MCM Management Corp.'s Motion for Remand. Parties Appear by |

| | | |
|---|---|---|
| 08/12/2010 | ⬤ 30 | Counsel. Motion for Remand Rendered Moot by Court's Order Granting the Motion for Out-of-District Transfer of Adversary (re: Doc # 14 , 15 , 20 , 24 ). (2) Continued Hearing on Motion for Out-of-District Transfer of Adversary with Objection and Response filed thereto. Arguments heard. Court grants Motion for Out-of-District Transfer of Adversary (W. Mosby to submit orders) (re: Doc # 13 , 19 , 4 ). (rss) (Entered: 08/12/2010) |
| 08/12/2010 | ⬤ | Receipt in the amount of $30.00 for Motion for Pro Hac Vice (District Court Receipt No. IP019451) (re: Doc # 29 ). (lmf) (Entered: 08/13/2010) |
| 09/13/2010 | ⬤ 31 | Order Granting Motion to Appear Pro Hac Vice (re: Doc # 29 ). (rob) (Entered: 09/14/2010) |
| 09/13/2010 | ⬤ 32 | Order Granting Motion for Out-of-District Transfer of Adversary to Southern District of New York *Bankruptcy Court* (re: Doc # 4 ). (rob) (Entered: 09/14/2010) |
| 09/13/2010 | ⬤ 33 | Order Denying Motion for Remand As Moot(re: Doc # 14 ) (rob) (Entered: 09/14/2010) |
| 09/16/2010 | ⬤ 34 | BNC Certificate of Service - ORDER (re: Doc # 32 ). No. of Notices: 1 Service Date 09/16/2010. (Admin.) (Entered: 09/17/2010) |
| 09/16/2010 | ⬤ 35 | BNC Certificate of Service - ORDER (re: Doc # 33 ). No. of Notices: 1 Service Date 09/16/2010. (Admin.) (Entered: 09/17/2010) |