**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MOTORS LIQUIDATION COMPANY, | ) | Case No. 09-50026 (REG) |
| | ) | (Jointly Administered) |
| DEBTORS. | ) | |
| | ) | Honorable Robert E. Gerber |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

Please take notice that the undersigned and the and the law firm of Munsch Hardt Kopf & Harr, P.C. appeared as counsel for Computer Sciences Corporation in the bankruptcy case of General Motors Corporation, *et al.* and its affiliated Debtors (now known as Motors Liquidation Company) pursuant to a Notice of Appearance and Request for Service of Notices, Pleadings and Orders filed on June 4, 2009.

The undersigned counsel and the law firm of Munsch Hardt Kopf & Harr, P.C. now file this Notice of Withdrawal of Appearance and Request for Service of Papers and request that they be removed from the Court's ECF notice list for this case.

Dated:  September 21, 2010.

                                              **MUNSCH HARDT KOPF & HARR, P.C.**

                                              By:  */s/ Raymond J. Urbanik*
                                                   Raymond J. Urbanik, Esq.
                                                   Texas Bar No. 20414050
                                                   3800 Lincoln Plaza
                                                   500 N. Akard Street
                                                   Dallas, Texas 75201-6659
                                                   Telephone: (214) 855-7500
                                                   Facsimile: (214) 978-4365

                                              **ATTORNEYS FOR COMPUTER SCIENCES**
                                              **CORPORATION**

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that, on the 21st day of September 2010, a true and correct copy of this document was served electronically to those parties requesting service via the Court's ECF system.

          By: */s/ Raymond J. Urbanik*
                Raymond J. Urbanik