HEARING DATE AND TIME: October 26, 2010 at 9:45 a.m. (Eastern Time)
RESPONSE DEADLINE: October 19, 2010 at 4:00 p.m. (Eastern Time)

---

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)**

---

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                 :

In re                           :            **Chapter 11 Case No.**
                                                 :

**MOTORS LIQUIDATION COMPANY, *et al.*,**   :    **09-50026 (REG)**
      **f/k/a General Motors Corp., *et al.***   :
                                                 :

                    **Debtors.**     :    **(Jointly Administered)**
                                                   :

---------------------------------------------------------------x

**NOTICE OF DEBTORS' NINETY-EIGHTH OMNIBUS OBJECTION TO CLAIMS**
**(Incorrectly Classified Claims)**

      **PLEASE TAKE NOTICE** that on September 21, 2010, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their ninety-eighth omnibus objection to reclassify certain claims (the

"**Ninety-Eighth Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to

consider the Ninety-Eighth Omnibus Objection to Claims will be held before the Honorable

Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States

Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New

York 10004, on **October 26, 2010 at 9:45 a.m. (Eastern Time),** or as soon thereafter as counsel

may be heard.

   **PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE NINETY-EIGHTH OMNIBUS OBJECTION TO CLAIMS TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN EXHIBIT "A" ANNEXED THERETO.**

   **PLEASE TAKE FURTHER NOTICE** that any responses to the Ninety-Eighth

Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of

Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the

Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be

found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system,

and (b) by all other parties in interest, on a CD-ROM or 3.5 inch disk, in text-searchable portable

document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with

the customary practices of the Bankruptcy Court and General Order M-399, to the extent

applicable, and served in accordance with General Order M-399 and on (i) Weil, Gotshal &

Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn:

Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the

Debtors, c/o Motors Liquidation Company, 500 Renaissance Center, Suite 1400, Detroit,

Michigan 48243 (Attn: Ted Stenger); (iii) General Motors, LLC, 400 Renaissance Center,

Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham &

Taft LLP, attorneys for the United States Department of the Treasury, One World Financial

Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States

Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C.

20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export Development

Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman,

Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the

statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York

10036 (Attn: Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and

Jennifer Sharret, Esq.); (viii) the Office of the United States Trustee for the Southern District of

New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope

Davis, Esq.); (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New

York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (x) Caplin &

Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding

asbestos-related claims, 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn:

Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100,

Washington, DC 20005 (Attn: Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); and (xi)

Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M.

Trafelet in his capacity as the legal representative for future asbestos personal injury claimants,

2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn: Sander L. Esserman, Esq. and Robert

T. Brousseau, Esq.), so as to be received no later than **October 19, 2010 at 4:00 p.m. (Eastern

Time)** (the "**Response Deadline**").

            **PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and

served with respect to the Ninety-Eighth Omnibus Objection to Claims or any claim set forth

thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an

order substantially in the form of the proposed order annexed to the Ninety-Eighth Omnibus

Objection to Claims, which order may be entered with no further notice or opportunity to be

heard offered to any party.

Dated: New York, New York
        September 21, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                        :
In re                                   :      Chapter 11 Case No.
                                        :
MOTORS LIQUIDATION COMPANY, et al.,     :      09-50026 (REG)
       f/k/a General Motors Corp., et al. :
                                        :
                      Debtors.          :      (Jointly Administered)
                                        :
-------------------------------------------------------------x
```

## DEBTORS' NINETY-EIGHTH OMNIBUS OBJECTION TO CLAIMS
### (Incorrectly Classified Claims)

---

**THIS OBJECTION SEEKS TO RECLASSIFY CERTAIN FILED PROOFS OF CLAIM.
CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE
EXHIBIT ANNEXED TO THIS OBJECTION.**

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully

represent:

## Relief Requested

1.      The Debtors file this ninety-eighth omnibus objection to certain claims
(the "**Ninety-Eighth Omnibus Objection to Claims**") pursuant to section 502(b) of title 11,
United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy
Procedure (the "**Bankruptcy Rules**"), and this Court's order approving procedures for the filing
of omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures
Order**") [Docket No. 4180], seeking entry of an order reclassifying the claims listed on **Exhibit
"A"** annexed hereto so that they properly conform to the priority and classification schemes set
forth in the Bankruptcy Code.[1]

2.      The Debtors have examined the proofs of claim identified on Exhibit "A"
hereto and have determined that the proofs of claim listed under the heading "*Claims to be
Reclassified*" (collectively, the "**Incorrectly Classified Claims**") are claims that are not entitled
to secured status because they are not secured by a lien on property in which the estate has an
interest or subject to a right of setoff under section 553 of the Bankruptcy Code, nor are they
entitled to administrative and/or priority status under any of the subsections of section 503 or
section 507(a) of the Bankruptcy Code.  Further, the Debtors reserve all of their rights to object
on any other basis to any Incorrectly Classified Claims as to which the Court does not grant the
relief requested herein.

3.      With respect to this Ninety-Eighth Omnibus Objection to Claims, the
Debtors reserve all their rights to object on any other basis to any Incorrectly Classified Claim.

---

[1]      Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab.  Creditors without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City Group, Inc. at 1-703-286-6401.

**Jurisdiction**

4.       This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

**Background**

5.       On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**Realm/Encore Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Case Number 09-50026 (REG).  On September 15, 2009,

the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs,

which were amended on October 4, 2009.  On October 15, 2009, the Realm/Encore Debtors filed

their schedules of assets and liabilities and statements of financial affairs.

6.       On September 16, 2009, this Court entered an order [Docket No. 4079]

establishing November 30, 2009 as the deadline for each person or entity to file a proof of claim

in the Initial Debtors' cases, including governmental units.  On December 2, 2009, this Court

entered an order [Docket No. 4586] establishing February 1, 2010 as the deadline for each

person or entity to file a proof of claim in the Realm/Encore Debtors' cases (except

governmental units, as defined in section 101(27) of the Bankruptcy Code, for which the Court

established April 16, 2010 as the deadline to file proofs of claim).

---

[2]       The Initial Debtors are Motors Liquidation Company (f/k/a General Motors Corporation), MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3]       The Realm/Encore Debtors are Remediation and Liability Management Company, Inc., and Environmental Corporate Remediation Company, Inc.

7.      Furthermore, on October 6, 2009, this Court entered the Procedures Order, which authorizes the Debtors, among other things, to file omnibus objections to no more than 100 claims at a time, under various grounds, including those set forth in Bankruptcy Rule 3007(d) and those additional grounds set forth in the Procedures Order.

## The Relief Requested Should Be Approved by the Court

8.      A filed proof of claim is "deemed allowed, unless a party in interest . . . objects."  11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See In re Oneida, Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd*, No. 09 Civ. 2229 (DC), 2010 WL 234827 (S.D.N.Y. Jan. 22, 2010); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).  Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a claim may not be allowed to the extent that "such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law."  11 U.S.C. § 502(b)(1).

9.      Section 506(a) of the Bankruptcy Code defines a "secured claim," in relevant part, as an "allowed claim of a creditor secured by a lien on property in which the estate has an interest, or that is subject to setoff under section 553 . . . to the extent of the value of such creditor's interest in the estate's interest in such property . . . ."  *Id*. § 506(a).

10.     Section 507 of the Bankruptcy Code outlines the specific types of claims that are entitled to priority over other general unsecured claims asserted against a debtor.

11.     Section 503 of the Bankruptcy Code establishes an administrative expense priority for certain enumerated categories of estate expenses.

12.     The Debtors have reviewed and determined that each Incorrectly Classified Claim improperly asserts that it is a secured, administrative, and/or priority claim as indicated in the "*Note*" below each Incorrectly Classified Claim listed on Exhibit "A."  The Incorrectly Classified Claims (i) are not secured by a lien on property in which the estate has an interest or subject to setoff under section 553 of the Bankruptcy Code, (ii) are not entitled to administrative expense status under any of the subsections of section 503 of the Bankruptcy Code, and/or (iii) are not entitled to priority status under any of the subsections of section 507(a) of the Bankruptcy Code.  Accordingly, the Debtors request that the Court enter an order reclassifying the secured, administrative, and/or priority portions of each Incorrectly Classified Claim as indicated on Exhibit "A."

## <u>Notice</u>

13.     Notice of this Ninety-Eighth Omnibus Objection to Claims has been provided to each claimant listed on Exhibit "A" and parties in interest in accordance with the Fourth Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures, dated August 24, 2010 [Docket No. 6750].  The Debtors submit that such notice is sufficient and no other or further notice need be provided.

14.     No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the relief requested herein and such other and further relief as is just.

Dated: New York, New York
        September 21, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**<u>EXHIBIT A</u>**

Ninety-Eighth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| AMERICAN NATIONAL PROPERTY & CASUALTY | 69868 | Motors Liquidation Company | $0.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| ANPAC ATTN: SUBROGATION / 36A1WR981 1949 E SUNSHINE | | | $5,099.00 | (P) | $0.00 | (P) | | |
| SPRINGFIELD, MO 65899 | | | $0.00 | (U) | $5,099.00 | (U) | | |
| | | | $5,099.00 | (T) | $5,099.00 | (T) | | |
| Official Claim Date:  1/26/2010 | | | | | | | | |

Note:  This claim arises from litigation against the Debtors.  It is not entitled to priority status.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| ANJARI D ESTEVEZ | 70008 | Motors Liquidation Company | $5,780.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| 3024 N POWERS DR APT 107 ORLANDO, FL 32818 | | | $0.00 | (P) | $0.00 | (P) | | |
| | | | $0.00 | (U) | $5,780.00 | (U) | | |
| Official Claim Date:  2/8/2010 | | | $5,780.00 | (T) | $5,780.00 | (T) | | |

Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| ASHLEY ROSS | 69746 | Motors Liquidation Company | $3,946.54 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| 2806 1/2 MANSFIELD HOUSTON, TX 77091 | | | $0.00 | (P) | $0.00 | (P) | | |
| | | | $0.00 | (U) | $3,946.54 | (U) | | |
| Official Claim Date:  1/11/2010 | | | $3,946.54 | (T) | $3,946.54 | (T) | | |

Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| BARDWELL, THOMAS | 13940 | Motors Liquidation Company | $0.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| 3540 N HURDS CORNER RD STE 1 CARO, MI 48723 | | | $378.00 | (P) | $0.00 | (P) | | |
| | | | $0.00 | (U) | $378.00 | (U) | | |
| Official Claim Date:  10/20/2009 | | | $378.00 | (T) | $378.00 | (T) | | |

Note:  This claim is for goods and/or services provided by an outside vendor and is not entitled to priority treatment under section 507 of the Bankruptcy Code.

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Ninety-Eighth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| BARRERA, DAVID | 25357 | Motors Liquidation Company | $7,500.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| 244 EMERALD LN | | | | | | | | |
| BROWNSVILLE, TX 78520 | | | $0.00 | (P) | $0.00 | (P) | | |
| | | | $0.00 | (U) | $7,500.00 | (U) | | |
| Official Claim Date:  11/13/2009 | | | $7,500.00 | (T) | $7,500.00 | (T) | | |
| Note:   This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | | | |
| BIO-SERV CORPORATION | 36731 | Motors Liquidation Company | $0.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $1,409.00 | (A) | $0.00 | (A) | | |
| DBA ROSE PEST SOLUTIONS | | | | | | | | |
| PO BOX 309 | | | $0.00 | (P) | $0.00 | (P) | | |
| TROY, MI 48099 | | | $4,644.00 | (U) | $6,053.00 | (U) | | |
| Official Claim Date:  11/23/2009 | | | $6,053.00 | (T) | $6,053.00 | (T) | | |
| Note:   This claim is for goods and/or services provided by an outside vendor and is not entitled to administrative expense treatment under the Bankruptcy Code | | | | | | | | |
| BLALOCK, JENNIFER | 26669 | Motors Liquidation Company | $15,000.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| 10220 WOODVILLE RD | | | | | | | | |
| KEVIL, KY 42053 | | | $0.00 | (P) | $0.00 | (P) | | |
| | | | $0.00 | (U) | $15,000.00 | (U) | | |
| Official Claim Date:  11/16/2009 | | | $15,000.00 | (T) | $15,000.00 | (T) | | |
| Note:   This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | | | |
| CAMPOS, ALBERTO | 70021 | Motors Liquidation Company | $4,270.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| 10803 RANCHLAND FOX | | | | | | | | |
| SAN ANTONIO, TX 78245 | | | $0.00 | (P) | $0.00 | (P) | | |
| | | | $0.00 | (U) | $4,270.00 | (U) | | |
| Official Claim Date:  2/4/2010 | | | $4,270.00 | (T) | $4,270.00 | (T) | | |
| Note:   This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Ninety-Eighth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| CAREY KAREN | 60264 | Motors Liquidation Company | $0.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| CAREY, KAREN 2007 TREE TOP CT | | | $30,000.00 | (P) | $0.00 | (P) | | |
| GRANBURY, TX 76049 | | | $0.00 | (U) | $30,000.00 | (U) | | |
| Official Claim Date:  11/27/2009 | | | $30,000.00 | (T) | $30,000.00 | (T) | | |

Note:  This claim arises from litigation against the Debtors.  It is not entitled to priority status under the Bankruptcy Code.
       Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CASILLAS, DAVID | 63279 | Motors Liquidation Company | $3,000.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| 812 LINDSAY DR MODESTO, CA 95356 | | | $0.00 | (P) | $0.00 | (P) | | |
| | | | $5,000.00 | (U) | $8,000.00 | (U) | | |
| Official Claim Date:  11/30/2009 | | | $8,000.00 | (T) | $8,000.00 | (T) | | |

Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this
       claim should be reclassified as a non-priority, general unsecured claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Christy Gresens | 69483 | Motors Liquidation Company | $500.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| 3161 Primrose Lane Green Bay, WI 54313 | | | $0.00 | (P) | $0.00 | (P) | | |
| UNITED STATES OF AMERICA | | | $0.00 | (U) | $500.00 | (U) | | |
| Official Claim Date:  12/16/2009 | | | $500.00 | (T) | $500.00 | (T) | | |

Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this
       claim should be reclassified as a non-priority, general unsecured claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CHUO SPRING CO LTD | 6360 | Motors Liquidation Company | $0.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $46.42 | (A) | $0.00 | (A) | | |
| MAKI ZAFFUTO 2600 HAPPY VALLEY RD | | | $0.00 | (P) | $0.00 | (P) | | |
| GLASGOW, KY 42141 | | | $0.00 | (U) | $46.42 | (U) | | |
| Official Claim Date:  10/8/2009 | | | $46.42 | (T) | $46.42 | (T) | | |

Note:  This claim is for goods and/or services provided by an outside vendor and is not entitled to administrative expense treatment
       under the Bankruptcy Code

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Ninety-Eighth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

### *CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| CLINE TERRY | 21898 | Motors Liquidation Company | $0.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| CLINE, SUSAN 1609 WARWOOD AVE | | | $0.00 | (P) | $0.00 | (P) | | |
| WHEELING, WV 26003 | | | $250,000.00 | (U) | $250,000.00 | (U) | | |
| Official Claim Date:  11/9/2009 | | | $250,000.00 | (T) | $250,000.00 | (T) | | |

Note:  This claim arises from litigation against the Debtors.  It is not entitled to priority status under the Bankruptcy Code. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| CROSSROADS BANK F/K/A FIRST FEDERAL SAVINGS BANK OF WABASH | 7662 | Motors Liquidation Company | $102,141.60 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | | | $0.00 | (A) | | |
| CROSSROADS BANK C/O TIEDE METZ & DOWNS PC 99 WEST CANAL ST | | | $0.00 | (P) | $0.00 | (P) | | |
| WABASH, IN 46992 | | | $0.00 | (U) | $102,141.60 | (U) | | |
| Official Claim Date:  9/25/2009 | | | $102,141.60 | (T) | $102,141.60 | (T) | | |

Note:  This claim arises from the rejection of an executory contract.  It is not secured by property of the Debtors' estates nor is it entitled to priority status.  Pursuant to section 502(g) the Bankruptcy Code this claim is only entitled to a non-priority, general unsecured claim

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| CUNO INCORPORATED | 1213 | Motors Liquidation Company | $0.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $5,630.90 | (A) | $0.00 | (A) | | |
| ATTN PATTY L E MEAGHER C/O 3M LEGAL AFFAIRS PO BOX 33428 | | | $0.00 | (P) | $0.00 | (P) | | |
| ST PAUL, MN 55133 | | | $0.00 | (U) | $5,630.90 | (U) | | |
| | | | $5,630.90 | (T) | $5,630.90 | (T) | | |
| Official Claim Date:  8/25/2009 | | | | | | | | |

Note:  This claim is for goods and/or services provided by an outside vendor and is not entitled to administrative expense treatment under the Bankruptcy Code

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| D & M CONTRACTING CO | 31227 | Motors Liquidation Company | $0.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| PO BOX 362 RANDOLPH, OH 44265 | | | $67,869.16 | (P) | $0.00 | (P) | | |
| | | | $0.00 | (U) | $67,869.16 | (U) | | |
| Official Claim Date:  11/20/2009 | | | $67,869.16 | (T) | $67,869.16 | (T) | | |

Note:  This claim is for services performed prepetition and is not entitled to priority treatment under section 507 of the Bankruptcy Code.  Accordingly, this claim should be reclassified as a general unsecured claim.

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 4

Ninety-Eighth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| DARREL HETZLER | 69578 | Remediation And Liability Management Company, Inc. | $414.90 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| 3748 N. LAKE SHORE DR. | | | $0.00 | (P) | $0.00 | (P) | | |
| JAMESTOWN, OH 45335 | | | | | | | | |
| UNITED STATES OF AMERICA | | | $0.00 | (U) | $414.90 | (U) | | |
| | | | $414.90 | (T) | $414.90 | (T) | | |
| Official Claim Date:  12/21/2009 | | | | | | | | |

Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| DAVID STRIPLIN | 70047 | Motors Liquidation Company | $400.13 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| 813 WHEELING AVE | | | $0.00 | (P) | $0.00 | (P) | | |
| KANSAS CITY, MO 64125 | | | | | | | | |
| | | | $0.00 | (U) | $400.13 | (U) | | |
| Official Claim Date:  2/20/2010 | | | $400.13 | (T) | $400.13 | (T) | | |

Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| DAVIS, JUANITA | 68222 | Motors Liquidation Company | $28,000.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| 1011 ALAMEDA AVE | | | | | $0.00 | (P) | | |
| YOUNGSTOWN, OH 44510 | | | | | | | | |
| | | | $17,000.00 | (U) | $45,000.00 | (U) | | |
| Official Claim Date:  12/2/2009 | | | $45,000.00 | (T) | $45,000.00 | (T) | | |

Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| DEMETER SHERRI | 67663 | Motors Liquidation Company | $5,000.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| 1370 SANIBEL LN | | | $0.00 | (P) | $0.00 | (P) | | |
| GULF BREEZE, FL 32563 | | | | | | | | |
| | | | $0.00 | (U) | $5,000.00 | (U) | | |
| Official Claim Date:  12/1/2009 | | | $5,000.00 | (T) | $5,000.00 | (T) | | |

Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Ninety-Eighth Omnibus Objection

## Exhibit A

### *CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| DETROIT WATER & SEWERAGE DEPARTMENT | 23034 | Motors Liquidation Company | $4,939.45 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| 735 RANDOLPH ST 4TH FLOOR DETROIT, MI 48226 | | | $0.00 | (P) | $0.00 | (P) | | |
| | | | $0.00 | (U) | $4,939.45 | (U) | | |
| Official Claim Date:  11/12/2009 | | | $4,939.45 | (T) | $4,939.45 | (T) | | |

Note:   This claim is for goods and/or services and is not secured by property of the Debtors' estates.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| DETROIT WATER & SEWERAGE DEPARTMENT | 23035 | Motors Liquidation Company | $423,595.65 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| 735 RANDOLPH ST 4TH FLOOR DETROIT, MI 48226 | | | $0.00 | (P) | $0.00 | (P) | | |
| | | | $0.00 | (U) | $423,595.65 | (U) | | |
| Official Claim Date:  11/12/2009 | | | $423,595.65 | (T) | $423,595.65 | (T) | | |

Note:   This claim is for goods and/or services and is not secured by property of the Debtors' estates.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| DUANE MARINE STEERING COMMITTEE (ON BEHALF OF DUANE MARINE PRP GROUP) | 59686 | Motors Liquidation Company | $0.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| C/O NORMAN W BERSTEIN ESQ NW BERNSTEIN & ASSOCIATES LLC 800 WESTCHESTER AVE N319 RYE BROOK, NY 10573 | | | $35,126.07 | (P) | $0.00 | (P) | | |
| | | | $0.00 | (U) | $35,126.07 | (U) | | |
| Official Claim Date:  11/27/2009 | | | $35,126.07 | (T) | $35,126.07 | (T) | | |

Note:   This claim is for goods and/or services provided by an outside vendor and is not entitled to priority treatment under section 507 of the Bankruptcy Code.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| EDWARD HUNTER | 69857 | Motors Liquidation Company | $797.02 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| 3200 CANFIELD RD #306 YOUNGSTOWN, OH 44511 | | | $0.00 | (P) | $0.00 | (P) | | |
| | | | $0.00 | (U) | $797.02 | (U) | | |
| Official Claim Date:  1/25/2010 | | | $797.02 | (T) | $797.02 | (T) | | |

Note:   This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Ninety-Eighth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

### *CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| EPHRAIM DEARY | 69862 | Motors Liquidation Company | $2,500.00 (S) | | $0.00 (S) | | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 (A) | | $0.00 (A) | | | |
| 875 FRANKILIN ROAD APT 416 | | | $0.00 (P) | | $0.00 (P) | | | |
| MARIETTA, GA 30067 | | | $500.00 (U) | | $3,000.00 (U) | | | |
| Official Claim Date:  1/25/2010 | | | $3,000.00 (T) | | $3,000.00 (T) | | | |

Note:   This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| ERIE INSURANCE | 70051 | Motors Liquidation Company | $7,535.82 (S) | | $0.00 (S) | | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 (A) | | $0.00 (A) | | | |
| PO BOX 605 | | | $0.00 (P) | | $0.00 (P) | | | |
| MURRYSVILLE, PA 15668 | | | $0.00 (U) | | $7,535.82 (U) | | | |
| Official Claim Date:  2/22/2010 | | | $7,535.82 (T) | | $7,535.82 (T) | | | |

Note:   This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| ESKRIDGE, RALPH | 69621 | Motors Liquidation Company | $2,300.00 (S) | | $0.00 (S) | | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 (A) | | $0.00 (A) | | | |
| PO BOX 9907 | | | $0.00 (P) | | $0.00 (P) | | | |
| KANSAS CITY, MO 64134 | | | $0.00 (U) | | $2,300.00 (U) | | | |
| Official Claim Date:  12/22/2009 | | | $2,300.00 (T) | | $2,300.00 (T) | | | |

Note:   This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| ESPINOZA, ENRIQUE | 20092 | Motors Liquidation Company | $0.00 (S) | | $0.00 (S) | | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 (A) | | $0.00 (A) | | | |
| 1060 MADISON CHASE APT 5 | | | $4,500.00 (P) | | $0.00 (P) | | | |
| WEST PALM BEACH, FL 33411 | | | $0.00 (U) | | $4,500.00 (U) | | | |
| Official Claim Date:  11/5/2009 | | | $4,500.00 (T) | | $4,500.00 (T) | | | |

Note:   This claim arises from litigation against the Debtors.  It is not entitled to priority status under the Bankruptcy Code. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Ninety-Eighth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

### *CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| ESPOSITO ELISABETH | 8351 | Motors Liquidation Company | $5,000.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| ESPOSITO, ELISABETH 228 AMBASSADOR LN GREENUP, KY 41144 | | | $0.00 | (P) | $0.00 | (P) | | |
| | | | | | $5,000.00 | (U) | | |
| Official Claim Date:  10/12/2009 | | | $5,000.00 | (T) | $5,000.00 | (T) | | |

Note:   This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| EUGENE CARROLL | 70056 | Motors Liquidation Company | $0.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
|---|---|---|---|---|---|---|---|---|
| | | | $0.00 | (A) | $0.00 | (A) | | |
| 236 WICKERSHAM RD OXFORD, PA 19363 | | | $852.14 | (P) | $0.00 | (P) | | |
| | | | $0.00 | (U) | $852.14 | (U) | | |
| Official Claim Date:  2/22/2010 | | | $852.14 | (T) | $852.14 | (T) | | |

Note:   This claim arises from litigation against the Debtors.  It is not entitled to priority status.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| FANCHER, DAVID | 67976 | Motors Liquidation Company | $0.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
|---|---|---|---|---|---|---|---|---|
| | | | $0.00 | (A) | $0.00 | (A) | | |
| 153 MANCHESTER ST APT 16 CONCORD, NH 03301 | | | $7,500.00 | (P) | $0.00 | (P) | | |
| | | | $0.00 | (U) | $7,500.00 | (U) | | |
| Official Claim Date:  12/1/2009 | | | $7,500.00 | (T) | $7,500.00 | (T) | | |

Note:   This claim arises from litigation against the Debtors.  It is not entitled to priority status.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| FANNIN, CARLA | 68137 | Motors Liquidation Company | $2,091.60 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
|---|---|---|---|---|---|---|---|---|
| | | | $0.00 | (A) | $0.00 | (A) | | |
| 6306 LONE STAR RD NORTH ZULCH, TX 77872 | | | $0.00 | (P) | $0.00 | (P) | | |
| | | | $0.00 | (U) | $2,091.60 | (U) | | |
| Official Claim Date:  12/2/2009 | | | $2,091.60 | (T) | $2,091.60 | (T) | | |

Note:   This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| FOISTNER, JOSEPH A | 17743 | Motors Liquidation Company | $0.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| 3 FOXBERRY DR | | | | | | | | |
| NEW BOSTON, NH 03070 | | | $16,500,000.00 | (P) | $0.00 | (P) | | |
| | | | $0.00 | (U) | $16,500,000.00 | (U) | | |
| Official Claim Date:   10/26/2009 | | | $16,500,000.00 | (T) | $16,500,000.00 | (T) | | |

Note:   This claim arises from litigation against the Debtors.  It is not entitled to priority status under the Bankruptcy Code.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| FORD MOTOR COMPANY | 1280 | Motors Liquidation Company | $2,029,836.70 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| C/O JONATHAN S GREEN | | | | | | | | |
| MILLER CANFIELD PADDOCK & STONE PLC | | | $0.00 | (P) | $0.00 | (P) | | |
| 150 W JEFFERSON AVE SUITE 2500 | | | | | | | | |
| DETROIT, MI 48226 | | | $0.00 | (U) | $2,029,836.70 | (U) | | |
| | | | $2,029,836.70 | (T) | $2,029,836.70 | (T) | | |
| Official Claim Date:   9/11/2009 | | | | | | | | |

Note:   This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| GARY ENNIS | 69793 | Environmental Corporate Remediation Company, Inc. | $577.98 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| 631 CHIC ENNIS RD | | | $0.00 | (P) | $0.00 | (P) | | |
| BENSON, NC 27504 | | | $0.00 | (U) | $577.98 | (U) | | |
| Official Claim Date:   1/19/2010 | | | $577.98 | (T) | $577.98 | (T) | | |

Note:   This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| GARY ENNIS | 69794 | Remediation And Liability Management Company, Inc. | $534.13 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| | | | $0.00 | (P) | $0.00 | (P) | | |
| 631 CHIC ENNIS RD | | | | | | | | |
| BENSON, NC 27504 | | | $0.00 | (U) | $534.13 | (U) | | |
| Official Claim Date:   1/19/2010 | | | $534.13 | (T) | $534.13 | (T) | | |

Note:   This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Ninety-Eighth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG), Jointly Administered

### CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| GASKINS, ELIZABETH | 63419 | Motors Liquidation Company | $31,521.95 (S) | | $0.00 (S) | | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 (A) | | $0.00 (A) | | | |
| 440 BOWEN ST | | | $0.00 (P) | | $0.00 (P) | | | |
| SAVANNA, IL 61074 | | | | | | | | |
| | | | $0.00 (U) | | $31,521.95 (U) | | | |
| Official Claim Date: 11/30/2009 | | | $31,521.95 (T) | | $31,521.95 (T) | | | |
| Note: This claim arises from litigation against the Debtors. It is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | | | |
| GOLDSMITH, DWAYNE | 68797 | Motors Liquidation Company | $0.00 (S) | | $0.00 (S) | | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 (A) | | $0.00 (A) | | | |
| 6934 ATHA DR | | | $4,700.00 (P) | | $0.00 (P) | | | |
| DALLAS, TX 75217 | | | | | | | | |
| | | | $0.00 (U) | | $4,700.00 (U) | | | |
| Official Claim Date: 12/4/2009 | | | $4,700.00 (T) | | $4,700.00 (T) | | | |
| Note: This claim arises from litigation against the Debtors. It is not entitled to priority status. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | | | |
| GOODWIN, MARILYN | 67750 | Motors Liquidation Company | $0.00 (S) | | $0.00 (S) | | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 (A) | | $0.00 (A) | | | |
| 20015 DOWNS RD | | | $2,425.00 (P) | | $0.00 (P) | | | |
| PARKTON, MD 21120 | | | | | | | | |
| UNITED STATES OF AMERICA | | | $0.00 (U) | | $2,425.00 (U) | | | |
| Official Claim Date: 12/1/2009 | | | $2,425.00 (T) | | $2,425.00 (T) | | | |
| Note: This claim arises from litigation against the Debtors. It is not entitled to priority status. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | | | |
| HANOVER INSURANCE GROUP | 69867 | Motors Liquidation Company | $26,470.85 (S) | | $0.00 (S) | | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 (A) | | $0.00 (A) | | | |
| C/O JULIE CARLE | | | $0.00 (P) | | $0.00 (P) | | | |
| PO BOX 15149 | | | | | | | | |
| WORCESTER, MA 01615 | | | $0.00 (U) | | $26,470.85 (U) | | | |
| Official Claim Date: 1/25/2010 | | | $26,470.85 (T) | | $26,470.85 (T) | | | |
| Note: This claim arises from litigation against the Debtors. It is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Ninety-Eighth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| HEAD WILLIAM | 67620 | Motors Liquidation Company | $1,422.05 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| 3885 FAVERSHAM RD CLEVELAND, OH 44118 | | | $0.00 | (P) | $0.00 | (P) | | |
| | | | $0.00 | (U) | $1,422.05 | (U) | | |
| Official Claim Date:  12/1/2009 | | | $1,422.05 | (T) | $1,422.05 | (T) | | |

Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this
       claim should be reclassified as a non-priority, general unsecured claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| HU, TED ASSOCIATES INC EFT | 15683 | Motors Liquidation Company | $0.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| G 8285 S SAGINAW STE 9 | | | $9,750.00 | (P) | $0.00 | (P) | | |
| GRAND BLANC, MI 48439 | | | $0.00 | (U) | $9,750.00 | (U) | | |
| Official Claim Date:  10/26/2009 | | | $9,750.00 | (T) | $9,750.00 | (T) | | |

Note:  This claim is for goods and/or services provided by an outside vendor and is not entitled to priority treatment under section 507
       of the Bankruptcy Code.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| HUNTER, DOROTHY | 26790 | Motors Liquidation Company | $0.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| 1903 N TYLER ST MIDLAND, TX 79705 | | | $0.00 | (P) | $0.00 | (P) | | |
| | | | $100,000.00 | (U) | $100,000.00 | (U) | | |
| Official Claim Date:  11/16/2009 | | | $100,000.00 | (T) | $100,000.00 | (T) | | |

Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates, and it is not entitled to
       priority status.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| INFRASTRUCTURE INC | 16646 | Motors Liquidation Company | $0.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $2,779.92 | (A) | $0.00 | (A) | | |
| ATTN: CORPORATE OFFICER/AUTHORIZED AGENT 1802 HAYES ST | | | $0.00 | (P) | $0.00 | (P) | | |
| NASHVILLE, TN 37203 | | | $0.00 | (U) | $2,779.92 | (U) | | |
| Official Claim Date:  10/26/2009 | | | $2,779.92 | (T) | $2,779.92 | (T) | | |

Note:  This claim is for goods and/or services provided by an outside vendor and is not entitled to administrative expense treatment
       under the Bankruptcy Code

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) =
unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any
mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be
determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Ninety-Eighth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| JOHN JOHNSON | 70060 | Motors Liquidation Company | $3,300.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| 7012 REDWOOD DRIVE | | | | | | | | |
| COLUMBUS, GA 31904 | | | $0.00 | (P) | $0.00 | (P) | | |
| | | | $4,000.00 | (U) | $7,300.00 | (U) | | |
| Official Claim Date:  2/24/2010 | | | $7,300.00 | (T) | $7,300.00 | (T) | | |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | | | |
| JOHNSON, CAROLYN | 12032 | Motors Liquidation Company | $8,000.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| 14106 CONCORD MEADOW LN | | | | | | | | |
| HOUSTON, TX 77047 | | | $0.00 | (P) | $0.00 | (P) | | |
| | | | $2,000.00 | (U) | $10,000.00 | (U) | | |
| Official Claim Date:  10/19/2009 | | | $10,000.00 | (T) | $10,000.00 | (T) | | |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | | | |
| JORGE VILLA | 20987 | Motors Liquidation Company | $2,200.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| 2220 W 37 ST | | | | | | | | |
| CHICAGO, IL 60609 | | | $0.00 | (P) | $0.00 | (P) | | |
| | | | $0.00 | (U) | $2,200.00 | (U) | | |
| Official Claim Date:  11/6/2009 | | | $2,200.00 | (T) | $2,200.00 | (T) | | |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | | | |
| JOYCE DECKER | 69700 | Motors Liquidation Company | $0.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| 800 E KAHLER RD | | | | | | | | |
| WILMINGTON, IL 60481 | | | $6,000.00 | (P) | $0.00 | (P) | | |
| | | | $0.00 | (U) | $6,000.00 | (U) | | |
| Official Claim Date:  1/4/2010 | | | $6,000.00 | (T) | $6,000.00 | (T) | | |
| Note:  This claim arises from litigation against the Debtors.  It is not entitled to priority status.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

*CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| JR MOTORSPORTS | 23362 | Motors Liquidation Company | $0.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| KELLEY EARNHARDT | | | $31,429.00 | (P) | $0.00 | (P) | | |
| 349 CAYUGA DR | | | | | | | | |
| MOORESVILLE, NC 28117 | | | $166,571.00 | (U) | $198,000.00 | (U) | | |
| Official Claim Date:  11/12/2009 | | | $198,000.00 | (T) | $198,000.00 | (T) | | |

Note:   This claim arises from the rejection of an executory contract.  It is not entitled to priority status.  Pursuant to section 502(g) the Bankruptcy Code this claimant is only entitled to a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| LAKELAND BANK | 6120 | Motors Liquidation Company | $65,500.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| 250 OAK RIDGE RD | | | $0.00 | (P) | $0.00 | (P) | | |
| OAK RIDGE, NJ 07438 | | | | | | | | |
| | | | $126,369.67 | (U) | $191,869.67 | (U) | | |
| Official Claim Date:  10/8/2009 | | | $191,869.67 | (T) | $191,869.67 | (T) | | |

Note:   This claim arises from the rejection of an executory contract.  It is not secured by property of the Debtors' estates nor is it entitled to priority status.  Pursuant to section 502(g) the Bankruptcy Code this claim is only entitled to a non-priority, general unsecured claim

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| LARRY MADDUX | 70010 | Motors Liquidation Company | $738.28 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| 6054 SIMIEN RD. | | | $0.00 | (P) | $0.00 | (P) | | |
| INDIANAPOLIS, IN 46237 | | | | | | | | |
| | | | $0.00 | (U) | $738.28 | (U) | | |
| Official Claim Date:  2/8/2010 | | | $738.28 | (T) | $738.28 | (T) | | |

Note:   This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| LINDA FISHER | 69960 | Motors Liquidation Company | $7,500.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| 17904 DANIELSON ST APT 103 | | | $0.00 | (P) | $0.00 | (P) | | |
| CANYON COUNTRY, CA 91387 | | | | | | | | |
| | | | $0.00 | (U) | $7,500.00 | (U) | | |
| Official Claim Date:  2/1/2010 | | | $7,500.00 | (T) | $7,500.00 | (T) | | |

Note:   This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Ninety-Eighth Omnibus Objection

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

**Exhibit A**

## *CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| LISA LINDLEY | 68984 | Motors Liquidation Company | $2,500.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| 1231 LEXIE COBB RD NEWBERN, TN 38059 | | | $0.00 | (P) | $0.00 | (P) | | |
| | | | $0.00 | (U) | $2,500.00 | (U) | | |
| Official Claim Date:  12/7/2009 | | | $2,500.00 | (T) | $2,500.00 | (T) | | |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | | | |
| LONNIE CHAPMAN | 69688 | Motors Liquidation Company | $0.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| PO BOX 1265 HAMMOND, IN 46325 | | | $8,000.00 | (P) | $0.00 | (P) | | |
| | | | $0.00 | (U) | $8,000.00 | (U) | | |
| Official Claim Date:  1/4/2010 | | | $8,000.00 | (T) | $8,000.00 | (T) | | |
| Note:  This claim arises from litigation against the Debtors.  It is not entitled to priority status.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | | | |
| LOVE, JOYCE C. | 3610 | Motors Liquidation Company | $0.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| 45 TWILLER ST 2ND FLOOR ALBANY, NY 12209 | | | $2,950.00 | (P) | $0.00 | (P) | | |
| | | | $0.00 | (U) | $2,950.00 | (U) | | |
| Official Claim Date:  10/5/2009 | | | $2,950.00 | (T) | $2,950.00 | (T) | | |
| Note:  This claim arises from litigation against the Debtors.  It is not entitled to priority status under the Bankruptcy Code. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | | | |
| MANUEL, SANDY | 7417 | Motors Liquidation Company | $8,500.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| 42 GARLAND AVE ROCHESTER, NY 14611 | | | $0.00 | (P) | $0.00 | (P) | | |
| | | | $1,500.00 | (U) | $10,000.00 | (U) | | |
| Official Claim Date:  10/9/2009 | | | $10,000.00 | (T) | $10,000.00 | (T) | | |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Ninety-Eighth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| MARK VERMEERSCH | 19821 | Motors Liquidation Company | $81,386.09 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
|  |  |  | $0.00 | (A) | $0.00 | (A) |  |  |
| 216 E RANDOLPH ST LANSING, MI 48906 |  |  | $0.00 | (P) | $0.00 | (P) |  |  |
|  |  |  | $2,786.09 | (U) | $84,172.18 | (U) |  |  |
| Official Claim Date:  11/4/2009 |  |  | $84,172.18 | (T) | $84,172.18 | (T) |  |  |

Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| MATHEW SELBY | 69717 | Motors Liquidation Company | $350,000.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
|  |  |  | $0.00 | (A) | $0.00 | (A) |  |  |
| 102 MEDOWS DR TRUSSVILLE, AL 35235 |  |  | $0.00 | (P) | $0.00 | (P) |  |  |
|  |  |  | $0.00 | (U) | $350,000.00 | (U) |  |  |
| Official Claim Date:  1/6/2010 |  |  | $350,000.00 | (T) | $350,000.00 | (T) |  |  |

Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| MEGAN CANTY | 28544 | Motors Liquidation Company | $0.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
|  |  |  | $0.00 | (A) | $0.00 | (A) |  |  |
| 8146 REYNOLDSWOOD DR REYNOLDSBURG, OH 43068 |  |  | $500,000.00 | (P) | $0.00 | (P) |  |  |
|  |  |  | $0.00 | (U) | $500,000.00 | (U) |  |  |
| Official Claim Date:  11/17/2009 |  |  | $500,000.00 | (T) | $500,000.00 | (T) |  |  |

Note:  This claim arises from litigation against the Debtors.  It is not entitled to priority status under the Bankruptcy Code. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| MICHAEL WILEY | 21619 | Motors Liquidation Company | $0.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
|  |  |  | $0.00 | (A) | $0.00 | (A) |  |  |
| 7188 N WEBSTER RD MOUNT MORRIS, MI 48458 |  |  | $5,000,000.00 | (P) | $0.00 | (P) |  |  |
|  |  |  | $0.00 | (U) | $5,000,000.00 | (U) |  |  |
| Official Claim Date:  11/9/2009 |  |  | $5,000,000.00 | (T) | $5,000,000.00 | (T) |  |  |

Note:  This claim arises from litigation against the Debtors.  It is not entitled to priority status under the Bankruptcy Code. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Ninety-Eighth Omnibus Objection

**Motors Liquidation Company, et al.**

**Case No. 09-50026 (REG),  Jointly Administered**

**Exhibit A**

*CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| MOREAU, JENNIFER | 68955 | Motors Liquidation Company | $459,000.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
|  |  |  | $0.00 | (A) | $0.00 | (A) |  |  |
| 144 W TUNICA DR PO BOX 129 MARKSVILLE, LA 71351 |  |  | $0.00 | (P) | $0.00 | (P) |  |  |
|  |  |  | $41,000.00 | (U) | $500,000.00 | (U) |  |  |
| Official Claim Date:  12/7/2009 |  |  | $500,000.00 | (T) | $500,000.00 | (T) |  |  |

Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| NAOMI BOHANNON | 69971 | Environmental Corporate Remediation Company, Inc. | $55,000.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
|  |  |  | $0.00 | (A) | $0.00 | (A) |  |  |
| 1258 E PRINCETON AVE FLINT, MI 48505 |  |  | $9,700.00 | (P) | $0.00 | (P) |  |  |
|  |  |  | $100,000.00 | (U) | $164,700.00 | (U) |  |  |
| Official Claim Date:  2/1/2010 |  |  | $164,700.00 | (T) | $164,700.00 | (T) |  |  |

Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates, and it is not entitled to priority status.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| NATIONAL SIGNAL CORP | 5996 | Motors Liquidation Company | $0.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
|  |  |  | $0.00 | (A) | $0.00 | (A) |  |  |
| 47433 RYAN RD PO BOX 182003 SHELBY TOWNSHIP, MI 48318 |  |  | $3,393.75 | (P) | $0.00 | (P) |  |  |
|  |  |  | $0.00 | (U) | $3,393.75 | (U) |  |  |
| Official Claim Date:  10/7/2009 |  |  | $3,393.75 | (T) | $3,393.75 | (T) |  |  |

Note:  This claim is for goods and/or services provided by an outside vendor and is not entitled to priority treatment under section 507 of the Bankruptcy Code.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| OBERG JOHN | 22068 | Motors Liquidation Company | $0.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
|  |  |  | $0.00 | (A) | $0.00 | (A) |  |  |
| 741 BEAVER ST ROCHESTER, PA 15074 |  |  | $8,000.00 | (P) | $0.00 | (P) |  |  |
|  |  |  | $0.00 | (U) | $8,000.00 | (U) |  |  |
| Official Claim Date:  11/9/2009 |  |  | $8,000.00 | (T) | $8,000.00 | (T) |  |  |

Note:  This claim arises from litigation against the Debtors.  It is not entitled to priority status under the Bankruptcy Code.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Ninety-Eighth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| PAULA MARTIN | 69724 | Motors Liquidation Company | $0.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| 1654 MALDON LANE | | | $935.58 | (P) | $0.00 | (P) | | |
| SAINT LOUIS, MO 63136 | | | $0.00 | (U) | $935.58 | (U) | | |
| Official Claim Date:  1/7/2010 | | | $935.58 | (T) | $935.58 | (T) | | |
| Note:  This claim arises from litigation against the Debtors.  It is not entitled to priority status.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | | | |
| PETTIES, OLIVET | 68293 | Motors Liquidation Company | $6,900.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| PO BOX 426 | | | $0.00 | (P) | $0.00 | (P) | | |
| LEGGETT, TX 77350 | | | $0.00 | (U) | $6,900.00 | (U) | | |
| Official Claim Date:  12/3/2009 | | | $6,900.00 | (T) | $6,900.00 | (T) | | |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | | | |
| PHILLIPS, JAMES | 22208 | Motors Liquidation Company | $8,000.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| PO BOX 1451 | | | $0.00 | (P) | $0.00 | (P) | | |
| INDIANOLA, MS 38751 | | | $0.00 | (U) | $8,000.00 | (U) | | |
| Official Claim Date:  11/9/2009 | | | $8,000.00 | (T) | $8,000.00 | (T) | | |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | | | |
| PIERSON AUTOMOTIVE, INC. | 62040 | Motors Liquidation Company | $189,010.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| JAMES PIERSON | | | $0.00 | (P) | $0.00 | (P) | | |
| 2424 N VERITY PKWY | | | | | | | | |
| MIDDLETOWN, OH 45042 | | | $0.00 | (U) | $189,010.00 | (U) | | |
| Official Claim Date:  11/27/2009 | | | $189,010.00 | (T) | $189,010.00 | (T) | | |
| Note:  This claim arises from the rejection of an executory contract.  It is not secured by property of the Debtors' estates nor is it entitled to priority status.  Pursuant to section 502(g) the Bankruptcy Code this claim is only entitled to a non-priority, general unsecured claim | | | | | | | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 17

Ninety-Eighth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| PIVAL INTERNATIONAL INC | 63379 | Motors Liquidation Company | $0.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| 1000 AVE ST CHARLES STE 800 CANADA | | | $21,459.86 | (P) | $0.00 | (P) | | |
| VAUDREUIL-DORION PQ J7V 8P5 CANADA | | | $0.00 | (U) | $21,459.86 | (U) | | |
| , | | | | | | | | |
| CANADA | | | $21,459.86 | (T) | $21,459.86 | (T) | | |
| Official Claim Date:  11/30/2009 | | | | | | | | |

Note:   This claim is for goods and/or services provided by an outside vendor and is not entitled to priority treatment under section 507 of the Bankruptcy Code.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| POLLARD, STEVE | 68561 | Motors Liquidation Company | $5,995.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| 5419 E 96TH ST N SPERRY, OK 74073 | | | $0.00 | (P) | $0.00 | (P) | | |
| | | | $0.00 | (U) | $5,995.00 | (U) | | |
| Official Claim Date:  12/3/2009 | | | $5,995.00 | (T) | $5,995.00 | (T) | | |

Note:   This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| R G SMITH CO INC | 8979 | Motors Liquidation Company | $0.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $3,196.00 | (A) | $0.00 | (A) | | |
| 1249 DUEBER AVE SW CANTON, OH 44706 | | | $0.00 | (P) | $0.00 | (P) | | |
| | | | $6,052.00 | (U) | $9,248.00 | (U) | | |
| Official Claim Date:  10/13/2009 | | | $9,248.00 | (T) | $9,248.00 | (T) | | |

Note:   This claim is for goods and/or services provided by an outside vendor and is not entitled to administrative expense treatment under the Bankruptcy Code

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| RABURN, BARBARA | 3893 | Motors Liquidation Company | $20,000.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| 8525 9TH ST N ST PETERSBURG, FL 33702 | | | $0.00 | (P) | $0.00 | (P) | | |
| | | | $0.00 | (U) | $20,000.00 | (U) | | |
| Official Claim Date:  10/5/2009 | | | $20,000.00 | (T) | $20,000.00 | (T) | | |

Note:   This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| RENDEZVOUS MOTORS GROUP DBA TAPPER MOTORS | 1034 | Motors Liquidation Company | $239,283.94 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| ATTN MICHAEL W SPENCE | | | | | | | | |
| RAY QUINNEY & NEBEKER PC | | | $0.00 | (P) | $0.00 | (P) | | |
| 36 SOUTH STATE STREET SUITE 1400 | | | | | | | | |
| SALT LAKE CITY, UT 84111 | | | $0.00 | (U) | $239,283.94 | (U) | | |
| | | | $239,283.94 | (T) | $239,283.94 | (T) | | |
| Official Claim Date:  7/30/2009 | | | | | | | | |

Note:  This claim arises from the rejection of an executory contract.  It is not secured by property of the Debtors' estates nor is it entitled to priority status.  Pursuant to section 502(g) the Bankruptcy Code this claim is only entitled to a non-priority, general unsecured claim

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| RICH MUHA | 69708 | Motors Liquidation Company | $618.17 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| 1453 WEST ASH PLACE | | | $0.00 | (P) | $0.00 | (P) | | |
| GRIFFITH, IN 46319 | | | | | | | | |
| UNITED STATES OF AMERICA | | | $0.00 | (U) | $618.17 | (U) | | |
| Official Claim Date:  1/4/2010 | | | $618.17 | (T) | $618.17 | (T) | | |

Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ROSEMARY DAISEY | 70094 | Motors Liquidation Company | $2,491.73 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| 1209 CEDAR DRIVE | | | $0.00 | (P) | $0.00 | (P) | | |
| PINE HILL, NJ 08021 | | | | | | | | |
| | | | $0.00 | (U) | $2,491.73 | (U) | | |
| Official Claim Date:  3/4/2010 | | | $2,491.73 | (T) | $2,491.73 | (T) | | |

Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SEIBER, DORA | 65645 | Motors Liquidation Company | $3,775.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| 766 MANGUM ST 801 | | | $0.00 | (P) | $0.00 | (P) | | |
| CENTREVILLE, MS 39631 | | | | | | | | |
| | | | $0.00 | (U) | $3,775.00 | (U) | | |
| Official Claim Date:  11/30/2009 | | | $3,775.00 | (T) | $3,775.00 | (T) | | |

Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Ninety-Eighth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

### *CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| SERRANO JENNIFER | 68418 | Motors Liquidation Company | $2,354.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| FRANCISCO PIETRI 69 ABJUTAF, PR 00601 | | | $0.00 | (P) | $0.00 | (P) | | |
| | | | $0.00 | (U) | $2,354.00 | (U) | | |
| Official Claim Date:   12/3/2009 | | | $2,354.00 | (T) | $2,354.00 | (T) | | |
| Note:   This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | | | |
| SHERIF RAFIK KODSY | 69683 | Remediation And Liability Management Company, Inc. | $15,000,000.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| 15968 LAUREL OAK CIRCLE DELRAY BEACH, FL 33484 | | | $0.00 | (P) | $0.00 | (P) | | |
| | | | $0.00 | (U) | $15,000,000.00 | (U) | | |
| Official Claim Date:   1/4/2010 | | | $15,000,000.00 | (T) | $15,000,000.00 | (T) | | |
| Note:   This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | | | |
| SPECIALTY SERVICES | 5399 | Motors Liquidation Company | $0.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| 45 LA PORTE ST ARCADIA, CA 91006 | | | $9,475.62 | (P) | $0.00 | (P) | | |
| | | | $0.00 | (U) | $9,475.62 | (U) | | |
| Official Claim Date:   10/6/2009 | | | $9,475.62 | (T) | $9,475.62 | (T) | | |
| Note:   This claim is for services performed prepetition and is not entitled to priority treatment under section 507 of the Bankruptcy Code.  Accordingly, this claim should be reclassified as a general unsecured claim. | | | | | | | | |
| STOUT INDUSTRIES INC | 13747 | Motors Liquidation Company | $0.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| 6425 W FLORISSANT AVE SAINT LOUIS, MO 63136 | | | $59,240.04 | (P) | $0.00 | (P) | | |
| | | | $0.00 | (U) | $59,240.04 | (U) | | |
| Official Claim Date:   10/20/2009 | | | $59,240.04 | (T) | $59,240.04 | (T) | | |
| Note:   This claim is for goods and/or services provided by an outside vendor and is not entitled to priority treatment under section 507 of the Bankruptcy Code. | | | | | | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Ninety-Eighth Omnibus Objection

# Exhibit A

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| SUE PHILLIPS | 68414 | Motors Liquidation Company | $63,487.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| 3274 MONTEBELLO AVENUE SPRINGFIELD, OR 97477 | | | $0.00 | (P) | $0.00 | (P) | | |
| | | | $0.00 | (U) | $63,487.00 | (U) | | |
| Official Claim Date:  12/3/2009 | | | $63,487.00 | (T) | $63,487.00 | (T) | | |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | | | |
| TAMMY THRASHER | 69954 | Motors Liquidation Company | $0.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| USAA INSURANCE A/S/A CHARLES FREESE P.O. BOX 659476 SAN ANTONIO, TX 78265 | | | $4,637.79 | (P) | $0.00 | (P) | | |
| | | | $0.00 | (U) | $4,637.79 | (U) | | |
| Official Claim Date:  2/1/2010 | | | $4,637.79 | (T) | $4,637.79 | (T) | | |
| Note:  This claim arises from litigation against the Debtors.  It is not entitled to priority status.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | | | |
| TANKSON, ANTONIA | 69978 | Motors Liquidation Company | $2,719.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| 637 E 131ST ST APT A RIVERDALE, IL 60827 | | | $0.00 | (P) | $0.00 | (P) | | |
| | | | $0.00 | (U) | $2,719.00 | (U) | | |
| Official Claim Date:  2/3/2010 | | | $2,719.00 | (T) | $2,719.00 | (T) | | |
| Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim. | | | | | | | | |
| THE PROCTER & GAMBLE CO | 44838 | Motors Liquidation Company | $0.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| ATTN: JOHN B PERSIANI DINSMORE & SHOHL LLP 255 E 5TH ST  STE 1900 CINCINNATI, OH 45202 | | | $1,711.15 | (P) | $0.00 | (P) | | |
| | | | $2,488.94 | (U) | $4,200.09 | (U) | | |
| Official Claim Date:  11/24/2009 | | | $4,200.09 | (T) | $4,200.09 | (T) | | |
| Note:  This claim is for goods and/or services provided by an outside vendor and is not entitled to priority treatment under section 507 of the Bankruptcy Code. | | | | | | | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Ninety-Eighth Omnibus Objection

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## Exhibit A

### *CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| VERLINDA CHEEK | 68252 | Motors Liquidation Company | $1,500.00 (S) | | $0.00 (S) | | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 (A) | | $0.00 (A) | | | |
| 10628 GARDENWOOD ROAD ORLANDO, FL 32837 | | | $0.00 (P) | | $0.00 (P) | | | |
| | | | $0.00 (U) | | $1,500.00 (U) | | | |
| Official Claim Date: 12/3/2009 | | | $1,500.00 (T) | | $1,500.00 (T) | | | |

Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| VERMEERSCH, MARK M | 19822 | Motors Liquidation Company | $81,386.09 (S) | | $0.00 (S) | | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 (A) | | $0.00 (A) | | | |
| 216 E RANDOLPH ST LANSING, MI 48906 | | | $0.00 (P) | | $0.00 (P) | | | |
| | | | $2,786.09 (U) | | $84,172.18 (U) | | | |
| Official Claim Date: 11/4/2009 | | | $84,172.18 (T) | | $84,172.18 (T) | | | |

Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| WALING, LORI | 21438 | Motors Liquidation Company | $2,300.00 (S) | | $0.00 (S) | | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $3,000.00 (A) | | $0.00 (A) | | | |
| 311 BAPTISTE AVE MONROE, MI 48162 | | | $0.00 (P) | | $0.00 (P) | | | |
| | | | $700.00 (U) | | $6,000.00 (U) | | | |
| Official Claim Date: 11/9/2009 | | | $6,000.00 (T) | | $6,000.00 (T) | | | |

Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates, and it is not entitled to an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| WILSON, SHIRLEY | 17418 | Motors Liquidation Company | $700.00 (S) | | $0.00 (S) | | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 (A) | | $0.00 (A) | | | |
| 32015 THE OLD RD CASTAIC, CA 91384 | | | $0.00 (P) | | $0.00 (P) | | | |
| | | | $0.00 (U) | | $700.00 (U) | | | |
| Official Claim Date: 10/29/2009 | | | $700.00 (T) | | $700.00 (T) | | | |

Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 22

Ninety-Eighth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| WINDSOR INSURANCE | 69547 | Motors Liquidation Company | $0.00 | (S) | $0.00 | (S) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | $0.00 | (A) | | |
| INFINITY INSURANCE #10000475918 PO BOX 830807 | | | $15,370.97 | (P) | $0.00 | (P) | | |
| BIRMINGHAM, AL 35283 | | | $0.00 | (U) | $15,370.97 | (U) | | |
| Official Claim Date:  12/18/2009 | | | $15,370.97 | (T) | $15,370.97 | (T) | | |

Note:  This claim arises from litigation against the Debtors.  It is not entitled to priority status.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| *CLAIMS TO BE RECLASSIFIED* | 89 | | $19,389,220.67 | (S) | $0.00 | (S) | | |
|---|---|---|---|---|---|---|---|---|
| | | | $16,062.24 | (A) | $0.00 | (A) | | |
| | | | $22,350,503.13 | (P) | $0.00 | (P) | | |
| | | | $833,397.79 | (U) | $42,589,183.83 | (U) | | |
| | | | $42,589,183.83 | (T) | $42,589,183.83 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 23

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                     :

In re                                        :              **Chapter 11 Case No.**
                                                     :

**MOTORS LIQUIDATION COMPANY**, *et al.*,   :             **09-50026 (REG)**
        **f/k/a General Motors Corp.**, *et al.*   :
                                                     :

                                **Debtors.**          :              **(Jointly Administered)**
                                                     :
-----------------------------------------------------------------x

## ORDER GRANTING DEBTORS' NINETY-EIGHTH OMNIBUS OBJECTION TO CLAIMS
### (Incorrectly Classified Claims)

        Upon the ninety-eighth omnibus objection to reclassify certain claims, dated

September 21, 2010 (the "**Ninety-Eighth Omnibus Objection to Claims**"),[1] of Motors

Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in

possession (collectively, the "**Debtors**"), pursuant to section 502(b) of title 11, United States

Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure

(the "**Bankruptcy Rules**"), and this Court's order approving procedures for the filing of

omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**")

[Docket No. 4180], seeking entry of an order reclassifying the Incorrectly Classified Claims on

the grounds that each Incorrectly Classified Claim was incorrectly classified by the claimant, all

as more fully described in the Ninety-Eighth Omnibus Objection to Claims; and due and proper

notice of the Ninety-Eighth Omnibus Objection to Claims having been provided, and it

appearing that no other or further notice need be provided; and the Court having found and

determined that the relief sought in the Ninety-Eighth Omnibus Objection to Claims is in the best

---

[1]        Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Ninety-Eighth Omnibus Objection to Claims.

interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and

factual bases set forth in the Ninety-Eighth Omnibus Objection to Claims establish just cause for

the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Ninety-Eighth Omnibus Objection to

Claims is granted to the extent provided herein; and it is further

ORDERED that each "Claim Amount and Priority" listed on **Exhibit "A"** (the

"**Order Exhibit**") annexed hereto is hereby reclassified as indicated on Exhibit "A" under the

column "Modified Priority Status/Reduced Amount;" and it is further

ORDERED that, if applicable, the Ninety-Eighth Omnibus Objection to Claims is

adjourned with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Objection Adjourned*" (the "**Adjourned Claims**") to the date indicated on the Order

Exhibit, subject to further adjournments (such actual hearing date, the "**Adjourned Hearing**

**Date**"), and the Debtors' response deadline with respect to the Adjourned Claims shall be 12:00

noon (Eastern Time) on the date that is three (3) business days before the Adjourned Hearing

Date; and it is further

ORDERED that, if applicable, the Ninety-Eighth Omnibus Objection to Claims is

withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Objection Withdrawn*"; and it is further

ORDERED that, if applicable, the Ninety-Eighth Omnibus Objection to Claims is

withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Claim Withdrawn*" as those claims have been withdrawn by the corresponding

claimant; and it is further

ORDERED that, with respect to this Ninety-Eighth Omnibus Objection to Claims, the Debtors reserve all their rights to object on any other basis to any Incorrectly Classified Claim; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object on any basis are expressly reserved with respect to, any claim listed on Exhibit "A" annexed to the Ninety-Eighth Omnibus Objection to Claims under the heading "*Claims to be Reclassified*" that is not listed on the Order Exhibit; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
_____, 2010

_____
United States Bankruptcy Judge