# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW YORK

```
------------------------------------------------------------X
In re:                                                       :
                                                             :
MOTORS LIQUIDATION COMPANY, et al.,                          :
         f/k/a General Motors Corp., et al.                  :        Chapter 11
                                                             :        Case No. 09-50026 (REG)
                                                             :        (Jointly Administered)
                     Debtors.                                :
------------------------------------------------------------X
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss
COUNTY OF SUFFOLK      )

I, Kimberly Murray, being of full age, states as follows:

1. I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

2. On September 22, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim [Docket No. 7020] and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

/s/Kimberly Murray
Kimberly Murray

Sworn to before me this 22nd day of
September, 2010
/s/ Jodi Pujols
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

### TRANSFEROR

Brent Nobbe
c/o Lisa Bayles
David A. Axelrod & Associates, P.C.
Attn: David Axelrod Esq.
20 S. Clark Street, Suite 2200
Chicago, IL 60603

### TRANSFEREE

Seaport V LLC
c/o The Seaport Group, LLC
Attn: General Counsel
360 Madison Avenue, 22nd Floor
New York, NY 10017