**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In Re:**<br><br>**MOTORS LIQUIDATION COMPANY,** *et al.,*<br>     **f/k/a General Motors Corp.,** *et al.*<br><br>                    **Debtors.** | Chapter 11<br><br>Case No. 09-50026-REG<br><br>(Jointly Administered) |

<u>**CERTIFICATE OF SERVICE**</u>

        I hereby certify that on September 21, 2010, I filed, and thereby caused, the *Motion of Weber Automotive Pursuant to Rule 60(b) of the Federal Rules of Civil Procedure and Bankruptcy Rule 9024 for Relief from Order Granting Debtors' Twenty-Third Omnibus Objection to Claims* to be serviced via electronic mail upon all parties who receive electronic notice in this case pursuant to the Court's ECF filing system, as well as via U.S. Mail upon the following:

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

MOTORS LIQUIDATION COMPANY
fka GENERAL MOTORS CORP
Attn:  Ted Stenger
500 Renaissance Center, Suite 1400
Detroit, MI  48226

GENERAL MOTORS, LLC
Attn: Lawrence S. Buonomo
400 Renaissance Center
Detroit, MI  48226

The Office of the United States Trustee
33 Whitehall Street  21st Floor
New York, New York 10004

                    By: /s/ Matthew E. Wilkins
                            Matthew E. Wilkins (admitted *pro hac vice*)
                            401 S. Old Woodward Avenue, Ste. 460
                            Birmingham, MI  48009
                            (248) 971-1800
                            (248) 971-1801 – Facsimile
                            wilkins@bwst-law.com