AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Daniel H. Golden
Philip C. Dublin
Natalie E. Levine

*Counsel for Green Hunt Wedlake Inc.,*
*Trustee of General Motors Nova Scotia Finance Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
                                                                 :
In re:                                                           :       Chapter 11
                                                                 :
MOTORS LIQUIDATION COMPANY, *et al.,*                            :       Case No. 09-50026 (REG)
f/k/a General Motors Corp., *et al.,*                            :
                                                                 :
                                Debtors.                         :
----------------------------------------------------------------x

STATE OF NEW YORK        )

                        ALEXANDRA R. CALECA

        1.      Deponent is not a party to this action, is over 18 years of age and is an employee

of Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036.

        2.      On September 21, 2010,  I caused true and correct copies of the Notice of

Substitution of Counsel and Request for Service of All Pleadings and Documents (Docket No.

7016), to be served via First Class mail, postage prepaid, on the parties listed on the annexed

Service List A.

                                                        /s/  *Alexandra R. Caleca*
                                                        Alexandra R. Caleca

Sworn to before me this
22nd day of September 2010
/s/  *Mildred Andino*
Mildred Andino
Notary Public, State of New York
No. 01AN4857026
Qualified in Queens County
Commission Expires April 28, 201

**Service List A**

3M COMPANY
ATTN:  ALAN E. BROWN
OFFICE OF GENERAL COUNSEL
3M CENTER, BUILDING 220-9E-02
ST. PAUL, MN  55144

AIKEN SCHENK HAWKINS & RICCARDI P.C.
ATTN:  BARBARA LEE CALDWELL
4742 NORTH 24TH STREET, SUITE 100
PHOENIX, AZ  85016

AIRGAS, INC.
ATTN:  DAVID BOYLE, CONSULTANT TO LEGAL DEPT
259 RADNOR CHESTER ROAD
RADNOR, PA  19087

ALDINE INDEPENDENT SCHOOL DISTRICT
ATTN:  ANNETTEE RAMIREZ
14910 ALDINE-WESTFIELD ROAD
HOUSTON, TX  77032

ALIX PARTNERS LLP
ATTN: CARRIANNE BASLER
300 N LASALLE STREET
CHICAGO, IL  60654

ALLARD & FISH, P.C.
ATTN:  DEBORAH L. FISH, ESQ.
2600 BUHL BLDG
535 GRISWOLD
DETROIT, MI  48226

ALPINE ELECTRONICS OF AMERICA, INC.
ATTN:  CYNTHIA WOODRUFF-NEER, ESQ.
19145 GRAMERCY PLACE
TORRANCE, CA  90501

ARCADIS U.S., INC.
ATTN:  LIESL SPANGLER, ASSOCIATE COUNSEL
630 PLAZA DRIVE, SUITE 100
HIGHLANDS RANCH, CO  80129

ARENT FOX LLP
ATTN:  JAMES M. SULLIVAN, ESQ.
1675 BROADWAY
NEW YORK, NY  10019

ARENT FOX LLP
ATTN:  JEFFREY ROTHLEDER, ANDREA CAMPBELL, ESQS
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC  20036

ARENT FOX LLP
ATTN:  MARY JOANNE DOWD, ESQ.
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC  20036

ARMSTRONG TEASDALE, LLP
ATTN:  DAVID L. GOING, ESQ.
ONE METROPOLITAN SQUARE, SUITE 2600
ST. LOUIS, MO  63102

ARNALL GOLDEN GREGORY LLP
ATTN:  DARRYL S. LADDIN & FRANK N. WHITE
171 17TH STREET, NW, SUITE 2100
ATLANTA, GA  30363

ASPLUNDH TREE EXPERT CO.
ATTN:  PHILIP E. TATOIAN, JR., ESQ.
VICE PRESIDENT AND GENERAL COUNSEL
708 BLAIR MILL RD
WILLOW GROVE, PA  19090

AT&T SERVICES INC.
ATTN: JAMES W. GRUDUS
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

ATLAS OIL COMPANY
124501 ECORSE ROAD
TAYLOR, MI 48180

ATTORNEY GENERAL FOR THE STATE OF MICHIGAN
ATTN: ROLAND HWANG, ESQ.
 GROWTH, UNEMPLOYMENT INSURANCE AGENCY
3030 W. GRAND BOULEVARD, SUITE 9-600
DETROIT, MI 48202

ATTORNEY GENERAL FOR THE STATE OF NEBRASKA
ATTN: LESLIE C. LEVY, ASSISTANT ATTORNEY GENERAL
2115 STATE CAPITOL BUILDING
LINCOLN, NE 68509

ATTORNEY GENERAL FOR THE STATE OF TEXAS
ATTN: MARK BROWNING, ASSISTANT ATTORNEY
GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX 78711

ATTORNEY GENERAL OF OHIO
ATTN: VICTORIA D. GARRY,
 ASSISTANT ATTORNEY GENERAL
COLLECTIONS & ENFORCEMENT
441 VINE STREET
CINCINNATI, OH 45202

ATTORNEY GENERAL OF STATE OF MICHIGAN
ATTN: MICHAEL A. COX & DENNIS J. RATERINK
LABOR DIVISION
P.O. BOX 30736
LANSING, MI 48909

ATTORNEY GENERAL OF STATE OF TEXAS
ATTN: KIMBERLY A. WALSH, ASST. ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX 78711

ATTORNEY GENERAL OF THE STATE OF MICHIGAN - LABOR
DIVISION
ATTN: SUSAN PRZEKOP-SHAW,
 ASSISTANT ATTORNEY GENERAL
P.O. BOX 30736
LANSING, MI 48909

ATTORNEY GENERAL OF THE STATE OF NEW YORK
ATTN: NEAL S. MANN, ASSTISTANT ATTORNEY GENERAL
120 BROADWAY - 24TH FLOOR
NEW YORK, NY 10271

BAKER & HOSTETLER LLP
ATTN: JOSEPH F. HUTCHINSON, JR., ERIC GOODMAN,
WENDY J. GIBSON
3200 NATIONAL CITY CENTER
1900 E. 9TH STREET
CLEVELAND, OH 44114

BAKER & HOSTETLER LLP
ATTN: RICHARD BERNARD, ESQ.
45 ROCKEFELLER PLAZA
NEW YORK, NY 10111

BAKER & HOSTETLER LLP
ATTN: WENDY J. GIBSON, ESQ.
3200 NATIONAL CITY CENTER
1900 EAST NINTH STREET
CLEVELAND, OH 44114

BAKER, DONELSON, BEARMAN
 CALDWELL & BERKOWITZ, PC
ATTN: MAX A. MOSELEY
420 2OTH STREET NORTH 1600 WACHOVIA TOWER
BIRMINGHAM, AL 35203

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
ATTN: MATTHEW G. SUMMERS, ESQ.
300 EAST LOMBARD STREET, 18TH FLOOR
BALTIMORE, MD  21202

BARNES & THORNBURG LLP
ATTN: JOHN T. GREGG, ESQ.
171 MONROE AVENUE, NW, SUITE 1000
GRAND RAPIDS, MI  49503

BARNES & THORNBURG LLP
ATTN: MARK R. OWENS, ESQ.
11 SOUTH MERIDIAN STREET
INDIANAPOLIS, IN  46204

BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA
6833 STALTER DRIVE, FIRST FLOOR
ROCKFORD, IL  61108

BARTLETT HACKETT FEINBERG P.C.
ATTN: FRANK F. MCGINN, ESQ.
155 FEDERAL STREET, 9TH FLOOR
BOSTON, MA  02110

BECKER, GLYNN, MELAMED & MUFFLY LLP
ATTN: CHESTER B. SALOMON, ESQ.
299 PARK AVENUE, 16TH FLOOR
NEW YORK, NY  10171

BIALSON, BERGEN & SCHWAB
ATTN: THOMAS M. GAA
2600 EL CAMINO REAL, SUITE 300
PALO ALTO, CA  94306

BINGHAM MCCUTCHEN LLP
ATTN: ANNA M. BOELITZ, ESQ.
ONE STATE STREET
HARTFORD, CT  06103

BINGHAM MCCUTCHEN LLP
ATTN ROBERT M DOMBROFF & JEFFREY S SABIN ESQ
399 PARK AVENUE
NEW YORK, NY  10022

BINGHAM MCCUTCHEN LLP
ATTN: JONATHAN B. ALTER, ESQ.
ONE STATE STREET
HARTFORD, CT  06103

BLANK ROME LLP
ATTN: MARC E. RICHARDS, ESQ.
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY  10174

BLANK ROME LLP
ATTN: REGINA STANGO KELBON, ESQ.
ONE LOGAN SQUARE
PHILADELPHIA, PA  19103

BLUE CROSS AND BLUE SHIELD OF MICHIGAN
ATTN: JEFFREY RUMLEY, ASSISTANT GENERAL COUNSEL
600 LAFAYETTE EAST #1925
DETROIT, MI  48226

BNSF RAILWAY COMPANY
ATTN: QUINCY CHUMLEY
3001 WESTERN CENTER BLVD
FORT WORTH, TX  76131

BOB HASTINGS BUICK GMC, INC.
ATTN:  DAVID P. STOETZEL
800 PANORAMA TRAIL SOUTH
ROCHESTER, NY  14625

BODMAN LLP
ATTN: COLIN T. DARKE, ESQ.
1901 ST. ANTOINE STREET
6TH FLOOR AT FORD FIELD
DETROIT, MI  48226

BODMAN LLP
ATTN: MARC M. BAKST, ESQ.
6TH FLOOR AT FORD FIELD
1901 ST. ANTOINE STREET
DETROIT, MI  48226

BORGES & ASSOCIATES, LLC
ATTN: WANDA BORGES, ESQ.
575 UNDERHILL BLVD., SUITE 118
SYOSSET, NY  11791

BRACEWELL & GIULIANI LLP
ATTN:  RENEE DAILEY
225 ASYLUM STREET, 26TH FLOOR
HARTFORD, CT  06103

BRADY C WILLIAMSON
GODFREY & KAHN SC
ONE EAST MAIN ST
MADISON, WI  53703

BRAYTON PURCELL LLP
ATTN:  ALAN R. BRAYTON, CHRISTINA C. SKUBIC,
MATTHEW B. LEE, ESQS
222 RUSH LANDING ROAD
NOVATO, CA  94945

BRIGGS AND MORGAN P.A.
ATTN:  JOHN R. MCDONALD, ESQ.
2200 IDS CENTER
80 SOUTH 8TH STREET
MINNEAPOLIS, MN  55402

BROOKS WILKINS SHARKEY & TURCO, PLLC
ATTN:  MATTHEW E. WILKINS
401 S. OLD WOODWARD AVENUE, SUITE 460
BIRMINGHAM, MI 48009

BROOKS WILKINS SHARKEY & TURCO, PLLC
ATTN: PAULA A. HALL, ESQ.
401 S. OLD WOODWARD AVENUE, SUITE 460
BIRMINGHAM, MI  48009

BROWN & WHALEN, P.C.
ATTN:  RODNEY A. BROWN, ESQ.
700 THIRD AVENUE, 20TH FLOOR
NEW YORK, NY  10017

BUCHALTER NEMER, PC
ATTN:  SHAWN M. CHRISTIANSON, ESQ.
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA  94105

BURKE, WARREN, MACKAY & SERRITELLA, P.C.
ATTN:  J. KIM & G. RING
330 N. WABUSH AVE. 22ND FLOOR
CHICAGO, IL  60611

BURLINGTON NORTHERN SANTE FE RAILWAY COMPANY
ATTN:  PETER M. LEE, SENIOR GENERAL ATTORNEY
2500 LEW MENK DRIVE
P.O. BOX 961039
FT. WORTH, TX  76161

BURR & FORMAN LLP
ATTN: D.CHRISTOPHER CARSON
420 NORTH 20TH STREET, SUITE 3400
BIRMINGHAM, AL 35203

BUSH SEYFERTH & PAIGE PLLC
ATTN: RICHARD W. PAIGE
3001 W. BIG BEAVER RD., SUITE 600
TROY, MI 48084

BUTZEL LONG, PC
ATTN: ROBERT SIDORSKY & ERIC B. FISHER
380 MADISON AVENUE
NEW YORK, NY 10017

BUTZEL LONG, PC
ATTN: ROBERT SIDORSKY & ERIC B. FISHER
380 MADISON AVENUE
NEW YORK, NY 10017

BUTZEL LONG, PC
ATTN: THOMAS B. RADOM & MAX J. NEWMAN
41000 WOODWARD AVENUE
BLOOMFIELD HILLS, MI 48304

C.B. BLACKARD, III
CORPORATE COUNSEL
ACXIOM CORPORATION
CONWAY, AR 72033

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: JOHN J. RAPISARDI, ESQ.
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CAMPBELL, O'BRIEN & MISTELE, P.C.
ATTN: ROBERT J. FIGA, ESQ.
100 W. BIG BEAVER ROAD, SUITE 385
TROY, MI 48084

CANON U.S.A, INC.
ATTN: RUTH E. WEINSTEIN
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

CAPLIN & DRYSDALE, CHARTERED
ATTN: ELIHU INSELBUCH & RITA TOBIN
MARK BUTTITA
375 PARK AVENUE, 35TH FLOOR
NEW YORK, NY 10152

CAPLIN & DRYSDALE, CHARTERED
ATTN: PETER VAN LOCKWOOD, RONALD REINSEL &
TREVOR SWETT, III, ESQS
MARK BUTTITA
1 THOMAS CIRCLE
WASHINGTON, DC 20005

CAPLIN & DRYSDALE, CHARTERED
ATTN: ELIHU INSELBUCH, RITA C. TOBIN
375 PARK AVENUE, 35TH FLOOR
NEW YORK, NY 10152

CAPLIN & DRYSDALE, CHARTERED
ATTN: KEVIN C. MACLAY, TREVOR W. SWETT III
ONE THOMAS CIRCLE, NW, SUITE 1100
WASHINGTON, DC 20005

CARSON FISCHER, P.L.C.
ATTN: JOSEPH M. FISCHER, LAWRENCE A. LICHTMAN,
PATRICK J. KUKLA
4111 ANDOVER ROAD, WEST-2ND FLOOR
BLOOMFIELD HILLS, MI 48302

CARSON FISCHER, P.L.C.
ATTN: CHRISTOPHER A. GROSMAN & PATRICK J. KUKLA
4111 ANDOVER ROAD, WEST-2ND FLOOR
BLOOMFIELD HILLS, MI  48302

CASSELS BROCK
ATTN:  MICHAEL WEINCZOK
2100 SCOTIA PLAZA - 40 KING STREET WEST
TORONTO, ON M5H 3C2

CHAPELL & ASSOCIATES LLC
ATTN ALAN CHAPELL CIPP
CONSUMER PRIVACY OMBUDSMAN
297 DRIGGS AVENUE SUITE 3A
BROOKLYN, NY  11222

CHARLES CLARK CHEVROLET CO.
P.O. BOX 520
MCALLEN, TX  78505

CLARK HILL PLC
ATTN:  CHRISTOPHER M. CAHILL
151 SOUTH OLD WOODWARD AVENUE SUITE 200
BIRMINGHAM, MI  48009

CLARK HILL PLC
ATTN: ROBERT D. GORDON, ESQ.
151 SOUTH OLD WOODWARD AVENUE, SUITE 200
BIRMINGHAM, MI  48009

CLEARY GOTTLIEB STEEN & HAMILTON LLP
A RICHARD SUSKO, ESQ
ONE LIBERTY PLAZA
NEW YORK, NY  10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN:  DEBORAH M. BUELL, ESQ.
TRAMSMISIONES Y EQUIPOS MECANICOS,
 PISTONES MORESA
ONE LIBERTY PLAZA
NEW YORK, NY  10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN:  JAMES L. BROMLEY, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY  10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN:  SEAN A. O'NEAL, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY  10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
DAVID I GOTTLIEB, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY  10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
RICHARD S LINCER, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY  10006

COHEN, WEISS AND SIMON LLP
ATTN:  BABETTE A. CECCOTTI, ESQ.
330 WEST 42ND STREET
NEW YORK, NY  10036

COHN WHITESELL & GOLDBERG LLP
ATTN:  MICHAEL J. GOLDBERG, ESQ.
ATT FOR: CABOT INDUSTRIAL VALUE FUND II OPERATING
PARTNERSHIP L.P
101 ARCH ST. SUITE 1605
BOSTON, MA  02110

COMMONWEALTH OF PENNSYLVANIA
DEPT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPL. UNIT
READING, PA  19602

CONNELL FOLEY LLP
ATTN: STEPHEN V. FALANGA & CHRISTOPHER M. HEMRICK
888 SEVENTH AVENUE
NEW YORK, NY  10106

COOLIDGE WALL CO., L.P.A.
ATTN:  RONALD S. PRETEKIN, ESQ.
33 WEST FIRST STREET, SUITE 600
DAYTON, OH  45402

COUNTY ATTORNEY
ATTN: BELKYS ESCOBAR, ASSISTANT COUNTY ATTORNEY
ONE HARRISON STREET, S.E., 5TH FLOOR
LEESBURG, VA  20175

COVINGTON & BURLING LLP
ATTN: MICHAEL ST. PATRICK BAXTER, ESQ.
1201 PENNSYLVANIA AVENUE NW
WASHINGTON, DC  20004

COVINGTON & BURLING LLP
ATTN: SUSAN POWER JOHNSTON, ESQ.
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK, NY  10018

CUMMINGS & LOCKWOOD LLC
ATTN:  JOHN F. CARBERRY, ESQ.
SIX LANDMARK SQUARE
STAMFORD, CT  06901

DANA HOLDING COMPANY
ATTN:  LISA WURSTER
PO BOX 1000
MAUMEE, OH  43537

DANIEL W. SHERRICK, GENERAL COUNSEL
8000 EAST JEFFERSON AVE
DETROIT, MI  48214

DAVID V. COOKE, ASSISTANT CITY ATTORNEY
MUNICIPAL OPERATIONS
201 WEST COLFAX AVENUE, DEPT. 1207
DENVER, CO  80202

DAVIS POLK & WARDWELL
ATTN:  DONALD S. BERNSTEIN & MARSHALL S. HUEBNER
450 LEXINGTON AVENUE
NEW YORK, NY  10017

DAWDA, MANN, MULCAHY & SADLER, PLC
ATTN:  WILLIAM ROSIN & KENNETH FLASKA
39533 WOODWARD AVENUE, SUITE 200
BLOOMFIELD HILLS, MI  48304

DAY PITNEY
ATTN:  RICHARD M. METH, ESQ.
P.O. BOX 1945
MORRISTOWN, NJ  07962

DAY PITNEY LLP
ATTN:  HERBERT K. RYDER
P.O. BOX 1945
MORRISTOWN, NJ  07962

DAY PITNEY LLP
ATTN:  HERBERT RYDER, ESQ.
7 TIMES SQUARE
NEW YORK, NY  10036

DAY PITNEY LLP
ATTN:  RICHARD M. METH, ESQ.
200 CAMPUS DRIVE
FLORHAM PARK, NJ  07932

DAY PITNEY LLP
ATTN: AMISH R. DOSHI, ESQ.
7 TIMES SQUARE
NEW YORK, NY  10036

DEALER TIRE, LLC
3711 CHESTER AVENUE
CLEVELAND, OH  44114

DEBEVOISE & PLIMPTON LLP
ATTN:  JASMINE POWERS, ESQ.
919 THIRD AVENUE
NEW YORK, NY  10022

DEBEVOISE & PLIMPTON LLP
ATTN:  RICHARD F. HAHN, ESQ.
919 THIRD AVENUE
NEW YORK, NY  10022

DECHERT LLP
ATTN: JAMES O. MOORE, ESQ.
1095 AVENUE OF THE AMERICAS
NEW YORK, NY  10036

DECHERT LLP
ATTN: JULIET SARKESSIAN, ESQ.
CIRA CENTRE
2929 ARCH STREET
PHILADELPHIA, PA  19104

DECHERT LLP
ATTN: SHMUEL VASSER, ESQ.
1095 AVENUE OF THE AMERICAS
NEW YORK, NY  10036

DEPARTMENT OF LABOR
ATTN: DEPUTY SOLICITOR OF LABOR
200 CONSTITUTION AVENUE, NW
WASHINGTON, DC  20201

DEPARTMENT OF LABOR & INDUSTRY
ATTN: DENISE A. MERTZ
READING BANKRUPTCY & COMPLIANCE UNIT
625 CHERRY STREET, ROOM 203
READING, PA  19602

DEPARTMENT OF THE TREASURY
ATTN: OFFICE OF GENERAL COUNSEL
1500 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20220

DICKINSON WRIGHT PLLC
ATTN:  COLLEEN M. SWEENEY, ESQ.
424 CHURCH STREET, SUITE 1401
NASHVILLE, TN  37219

DICKINSON WRIGHT PLLC
ATTN:  DORON YITZCHAKI, ESQ.
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI  48104

DICKINSON WRIGHT PLLC
ATTN:  JAMES A. PLEMMONS, ESQ.
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI  48226

DICKINSON WRIGHT PLLC
ATTN:  KERRY MASTERS EWALD, ESQ.
424 CHURCH STREET, SUITE 1401
NASHVILLE, TN  37219

DICKINSON WRIGHT PLLC
ATTN:  MICHAEL C. HAMMER, ESQ.
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI  48104

DICONZA LAW P.C.
ATTN:  GERARD DICONZA, ESQ.
630 THIRD AVENUE, 7TH FLOOR
NEW YORK, NY  10017

DLA PIPER LLP
ATTN:  KAROL DENNISTON & JENNIFER NASSIRI, ESQS
550 S. HOPE STREET, SUITE 2300
LOS ANGELES, CA  90071

DORSEY & WHITNEY LLP
ATTN:  MICHAEL FOREMAN, ESQ.
250 PARK AVENUE
NEW YORK, NY  10177

DRINKER BIDDLE & REATH LLP
ATTN:  KRISTEN K. GOING, ESQ.
1500 K STREET, N.W.
WASHINGTON, DC  20005

DRINKER BIDDLE & REATH LLP
ATTN:  STEPHANIE WICKOUSKI, ESQ., KIRSTIN K. GOING
140 BROADWAY, 39TH FLOOR
NEW YORK, NY  10005

EATON CORPORATION
1111 SUPERIOR AVENUE
CLEVELAND, OH  44114

EDS, AN HP COMPANY
ATTN:  AYALA HASSELL
BANKRUPTCY & INSOLVENCY, SENIOR ATTORNEY
H3-3A-05
PLANO, TX  75024

EDWARD S. DONINI, ESQ.
P.O. BOX 605
NEW SMFRNA BEACH, FL  32170

EDWARDS ANGELL PALMER & DODGE LLP
ATTN J WHITLOCK
111 HUNTINGTON AVENUE
BOSTON, MA  02199

EL PASO CORPORATION
ATTN: MICHAEL J. MCGINNIS, SENIOR ATTORNEY
1001 LOUISIANA, SUITE E 1943 A
HOUSTON, TX  77002

ELLIAS GROUP LLC
ATTN:  DAN ELLIAS
411 THEODORE FREMD AVENUE, SUITE 102
RYE, NY  10580

ELLIOTT GREENLEAF
ATTN:  R. Z - ARAVENA & T. KITTILA,ESQ.
FOR 3 M PURIFICATION INC
1105 NORTH MARKET ST. 17TH FLOOR
WILMINGTON, DE  19801

ELLIS & WINTERS LLP
ATTN:  GEORGE F. SANDERSON III
P.O. BOX 33550
RALEIGH, NC  27636

ENTERGY SERVICES, INC
ATTN:  ALAN H. KATZ, ASSISTANT GENERAL COUNSEL
639 LOYOLA AVENUE, 26TH FLOOR
NEW ORLEANS, LA  70113

EQUITABLE GAS BANKRUPTCY DEPARTMENT
ATTN:  JUDY GAWLOWSKI
200 ALLEGHENY CENTER MALL
PITTSBURGH, PA  15212

ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P.C.
ATTN:  DAVID M. EISENBERG, ESQ.
400 GALLERIA OFFICENTRE, STE. 444
SOUTHFIELD, MI  48034

ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P.C.
ATTN:  DIANNE S. RUHLANDT, ESQ. & EARLE I. ERMAN
400 GALLERIA OFFICENTRE, STE. 444
SOUTHFIELD, MI  48034

ERVIN COHEN & JESSUP LLP
ATTN: MICHAEL S. KOGAN
9401 WILSHIRE BOULEVARD
BEVERLY HILLS, CA  90212

FACTORY MOTOR PARTS COMPANY
1380 CORPORATE CENTER CURVE
EAGAN, MN  55121

FARELLA BRAUN & MARTEL LLP
ATTN:  NEIL A. GOTEINER, ESQ.
235 MONTGOMERY STREET, 17TH FLOOR
SAN FRANCISCO, CA  94104

FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP
ATTN:  PAUL J. PASCUZZI, ESQ.
400 CAPITAL MALL, SUITE 1450
SACRAMENTO, CA  95814

FOLEY & LARDNER LLP
ATTN:  ROBERT H. HUEY, ESQ.
WASHINGTON HARBOUR
3000 K STREET, N.W., SUITE 600
WASHINGTON, DC  20007

FOLEY & LARDNER LLP
ATTN:  VICTOR A. VILAPLANA & MATTHEW J. RIOPELLE
402 WEST BROADWAY, SUITE 2100
SAN DIEGO, CA  92101

FOLEY & LARDNER LLP
ATTN: FRANK DICASTRI, ESQ.
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI  53202

FOLEY & LARDNER LLP
ATTN: JILL L. MUNCH & JOANNE LEE
321 NORTH CLARK STREET, SUITE 2800
CHICAGO, IL  60654

FOLEY & LARDNER LLP
ATTN: MARK A. AIELLO & SALVATORE A. BARBATANO
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI  48226

FOLEY & LARDNER LLP
ATTN: SALVATORE A. BARBATANO &
 STEVEN H. HILFINGER
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI  48226

FOLEY & LARDNER LLP
ATTN: SALVATORE A. BARBATANO, JOHN A. SIMON,
KATHERINE R. CATANESE
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI  48226

FOLEY & LARDNER LLP
ATTN: SCOTT T. SEABOLT, ESQ.
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI  48226

FOLEY & LARDNER LLP
ATTN: STEVEN H. HILFINGER, FRANK W. DICASTRI,
 JOHN A. SIMON
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI  48226

FOLEY & LARDNER LLP
ATTN: STEVEN H. HILFINGER, JOHN A. SIMON,
 KATHERINE R. CATANESE
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI  48226

FORMAN HOLT ELIADES & RAVIN, LLC
ATTN:  KIM R. LYNCH, ESQ.
80 ROUTE 4 EAST, SUITE 290
PARAMUS, NJ  07652

FOX ROTHSCHILD LLP
ATTN: FRED STEVENS, ESQ.
100 PARK AVENUE, SUITE 1500
NEW YORK, NY  10017

FRASER TREBILCOCK DAVIS & DUNLAP, P.C.
ATTN: G. ALAN WALLACE
124 WEST ALLEGAN STREET, SUITE 1000
LANCING, MI  48933

FRASER TREBILCOCK DAVIS & DUNLAP, P.C.
ATTN: G. ALAN WALLACE, ESQ.
124 WEST ALLEGAN STREET, SUITE 1000
LANSING, MI  48933

FREEBORN & PETERS LLP
ATTN:  AARON L. HAMMER & THOMAS R. FAWKES, ESQS
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL  60606

FRIEDLANDER MISLER, PLLC
ATTN: ROBERT E. GREENBERG, ESQ.
1101 SEVENTEENTH STREET, N.W., SUITE 700
WASHINGTON, DC  20036

FROST BROWN TODD
ATTN:  ROBERT A. GUY JR. & J.MATTHEW KROPLIN
424 CHURCH STREET, SUITE 1600
NASHVILLE, TN  37219

FULBRIGHT & JAWORSKI L.L.P.
ATTN:  DAVID A. ROSENZWEIG & MARK C. HAUT
666 FIFTH AVENUE
NEW YORK, NY  10103

FULBRIGHT & JAWORSKI L.L.P.
ATTN:  LIZ BOYDSTON, ESQ.
2200 ROSS AVENUE, SUITE 2800
DALLAS, TX  75201

FULBRIGHT & JAWORSKI L.L.P.
ATTN:  LOUIS R. STRUBECK & LIZ BOYDSTON, ESQ.
2200 ROSS AVENUE, SUITE 2800
DALLAS, TX  75201

FULBRIGHT & JAWORSKI L.L.P.
ATTN:  MICHAEL M. PARKER, ESQ.
300 CONVENT STREET, SUITE 2200
SAN ANTONIO, TX  78205

FULBRIGHT & JAWORSKI L.L.P.
ATTN: DAVID A. ROSENZWEIG & JACLYN L. RABIN
666 FIFTH AVENUE
NEW YORK, NY  10103

GAY D. PELZER
DEPUTY GENERAL COUNSEL
THE UNIVERSITY OF IOWA
IOWA CITY, IA  52242

GENERAL MOTORS, LLC
ATT LAWRENCE S BUONOMO ESQ
400 RENAISSANCE CENTER
DETROIT, MI  48265

GERBER & GERBER PLLC
ATTN: ETHAN S. GERBER
26 COURT STREET, SUITE 1405
BROOKLYN, NY  11242

GERSTEN SAVAGE, LLP
ATTN:  PAUL RACHMUTH
600 LEXINGTON AVENUE
NEW YORK, NY  10022

GHSP, INC.
ATTN: RON WALLISH
1250 SOUTH BEECHTREE STREET
GRAND HAVEN, MI  49417

GIBBONS P.C.
ATTN:  DAVID N. CRAPO, ESQ.
ONE GATEWAY CENTER
NEWARK, NJ  07102

GIBSON, DUNN & CRUTCHER LLP
ATTN:  DAVID M. FELDMAN, ESQ.
200 PARK AVENUE
NEW YORK, NY  10166

GIBSON, DUNN & CRUTCHER LLP
ATTN:  MATTHEW J. WILLIAMS, ESQ.
200 PARK AVENUE
NEW YORK, NY  10166

GIRRARD GIBBS LLP
ATTN:  D. GIRARD & A.J. DE BARTOLOMEO
601 CALIFORNIA STREET, SUITE 1400
SAN FRANCISCO, CA  94108

GLADFELTER & GALVANO, P.L.
ATTN:  SACHA ROASS, ESQ.
GRIMES GOEBEL GRIMES HAWKINS
1023 MANATEE AVE WEST
BRADENTON, FL  34205

GLENN M. REISMAN, ESQ.
TWO CORPORATE DRIVE, SUITE 234
SHELTON, CT  06484

GODFREY & KAHN, S.C.
ATTN: TIMOTHY F. NIXON, ESQ
780 NORTH WATER STREET
MILWAUKEE, WI  53202

GOHN, HANKEY & STICHEL, LLP
ATTN:  JAN I. BERLAGE
201 N. CHARLES STREET - SUITE 2101
BALTIMORE, MD  21201

GOLDBERG SEGALLA LLP
ATTN:  B. HOOVER & C. BELTER, ESQ.
665 MAIN STREET, SUITE 400
BUFFALO, NY  14203

GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
ATTN:  JONATHAN L. FLAXER, DOUGLAS L. FURTH,
ANTHONY M. VASSALLO
CORP OF N.A., FORMERLY KNOWN AS MATSUSHITA ELEC
CORP IF AMERICA
437 MADISON AVENUE
NEW YORK, NY  10022

GORLICK, KRAVITZ & LISTHAUS, P.C.
ATTN:  BARBARA S. MEHLSACK, ESQ.
17 STATE STREET, 4TH FLOOR
NEW YORK, NY  10004

GOULSTON & STORRS, P.C.
ATTN:  DOUGLAS B. ROSNER, ESQ.
400 ATLANTIC AVENUE
BOSTON, MA  02110

GOULSTON & STORRS, P.C.
ATTN:  GREGORY O. KADEN, ESQ.
400 ATLANTIC AVENUE
BOSTON, MA  02110

GREENBERG TRAURIG, LLP
ATTN:  B. ZIRINSKY, N. MITCHELL & A. KADISH
200 PARK AVENUE
NEW YORK, NY  10166

HAHN & HESSEN LLP
ATTN:  J. DIVACK & H. PATWARDHAN, ESQ.
488 MADISON AVENUE, 15TH FLOOR
NEW YORK, NY  10022

HAHN LOESER & PARKS LLP
ATTN:  LEE D. POWAR & DANIEL A. DEMARCO &
  ROCCO I. DEBITETTO
200 PUBLIC SQUARE, SUITE 2800
CLEVELAND, OH  44114

HALPERIN BATTAGLIA RAICHT, LLP
ATTN:  CHRISTOPHER J. BATTAGLIA &
  JULIE D. DAYAS, ESQ.
555 MADISON AVENUE, 9TH FLOOR
NEW YORK, NY  10022

HARMAN BECKER AUTOMOTIVE SYSTEMS, INC.
39001 WEST 12 MILE ROAD
FARMINGTON HILLS, MI  48331

HAUSFELD LLP
ATTN: STEIG D. OLSON, ESQ., MICHAEL HAUSFELD
11 BROADWAY, SUITE 615
NEW YORK, NY  10004

HAYNES AND BOONE LLP
ATTN:  JONATHAN HOOK, ESQ.
1221 AVENUE OF THE AMERICAS 26TH FL
NEW YORK, NY  10020

HAYNES AND BOONE LLP
ATTN:  PATRICK L. HUGHES & PETER C. RUGGERO
1221 MCKINNEY, SUITE 2100
HOUSTON, TX  77010

HAYNES AND BOONE LLP
ATTN: CHARLES A. BECKMAN & BROOKS HAMILTON
1221 MCKINNEY, SUITE 2100
HOUSTON, TX  77010

HAYNES AND BOONE, LLP
ATTN: JUDITH ELKIN
1221 AVENUE OF THE AMERICAS, 26TH FLOOR
NEW YORK, NY  10020

HAYNES AND BOONE, LLP
ATTN: MATTHEW E. RUSSELL, ESQ.
1221 AVENUE OF THE AMERICAS, 26TH FL
NEW YORK, NY  10020

HAYNSWORTH SINKLER BOYD, P.A.
ATTN: WILLIAM H. SHORT, JR., ESQ.
POST OFFICE BOX 11889
COLUMBIA, SC  29211

HERRICK, FEINSTEIN LLP
ATTN:  STEPHEN B. SELBST & PAUL RUBIN
2 PARK AVENUE
NEW YORK, NY  10016

HESS CORPORATION
ATTN:  ELIZABETH ANNE CARINI CURRENTI, ESQ.
1 HESS PLAZA
WOODBRIDGE, NJ  07095

HEWLETT-PACKARD COMPANY LP
ATTN:  RAMONA NEAL, SENIOR COUNSEL
11311 CHINDEN BOULEVARD
MAIL STOP 314
BOISE, ID  83714

HEWLETT-PACKARD FINANCIAL SERVICES COMPANY
ATTN:  AMY S. CHIPPERSON, ESQ.
420 MOUNTAIN AVENUE
MURRAY HILL, NJ  07640

HINCKLEY, ALLEN & SNYDER LLP
ATTN:  THOMAS H CURRAN, PAUL F O'DONNELL &
JENNIFER V DORAN
28 STATE STREET
BOSTON, MA  02109

HISCOCK & BARCLAY LLP
ATTN SUSAN R KATZOFF ESQ
ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY  13202

HISCOCK & BARCLAY, LLP
ATTN:  SUSAN R. KATZOFF, ESQ.
ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY  13202

HOGAN & HARTSON LLP
ATTN:  SCOTT A. GOLDEN & BRIAN J GRIECO, ESQ.
875 THIRD AVENUE
NEW YORK, NY  10022

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATTN:  TRICIA A. SHERICK, ESQ.
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI  48226

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATTN JOSEPH R SGROI ESQ
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI  48226

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATTN ROBERT B WEISS ESQ
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI  48226

HOWARD COUNTY OFFICE OF LAW
ATTN:  CAMELA J. SANDMANT,
   ASSISTANT COUNTY SOLICITOR
GEORGE HOWARD BUILDING
3430 COURTHOUSE DRIVE
ELLICOTT CITY, MD  21043

HUNTER & SCHANK CO., LPA
ATTN:  JOHN J. HUNTER, JR., ESQ.
ONE CANTON SQUARE
1700 CANTON AVENUE
TOLEDO, OH  43604

HUNTER & SCHANK CO., LPA
ATTN:  THOMAS J. SCHANK, ESQ.
ONE CANTON SQUARE
1700 CANTON AVENUE
TOLEDO, OH  43604

IMPERICAL COUNTY TREASURER-TAX COLLECTOR
KAREN VOGEL, TREASURER TAX COLLECTOR
940 WEST MAIN STREET, SUITE 106
EL CENTRO, CA  92243

INDUSTRY CANADA, LEGAL SERVICES
ATTN:  ANNE BOUDREAU
235 QUEEN STREET
OTTAWA, ON K1A OH5

INTERNAL REVENUE SERVICE
ATTN: INSOLVENCY SECTION
290 BROADWAY
NEW YORK, NY  10007

INTERNAL REVENUE SERVICE
ATTN: INSOLVENCY SECTION
P.O. BOX 21126
PHILADELPHIA, PA  19114

INTERNATIONAL UNION OF OPERATING ENGINEERS
ATTN:  RICHARD GRIFFIN, GENERAL COUNSEL
1125 SEVENTEENTH STREET, NW
WASHINGTON, DC  20036

INTERNATIONAL UNION, UAW
ATTN:  DANIEL SHERRICK & NIRAJ GANATRA,
   LEGAL DEPT.
8000 EAST JEFFERSON AVENUE
DETROIT, MI  48214

IVEY, BARNUM AND O'MARA, LLC
ATTN: MELISSA ZELEN NEIER, ESQ.
170 MASON STREET
GREENWICH, CT  06830

J.L. SAFFER, P.C.
ATTN: JENNIFER L. SAFFER, ESQ.
20 VESEY STREET, 7TH FLOOR
NEW YORK, NY  10007

JAFFE, RAITT, HEUER, & WEISS, P.C.
ATTN:  RICHARD E. KRUGER
27777 FRANKLIN RD. SUITE 2500
SOUTHFIELD, MI  48034

JENNER & BLOCK LLP
ATTN: DANIEL R. MURRAY & JOSEPH P. GROMACKI
SPECIAL COUNSEL FOR DEBTORS
353 N. CLARK ST.
CHICAGO, IL  60654

JENNER & BLOCK LLP
ATTN: PATRICK J. TROSTLE & HEATHER D. MCARN
SPECIAL COUNSEL FOR DEBTORS
919 THIRD AVENUE, 37TH FLOOR
NEW YORK, NY  10022

JIM BARNARD CHEVROLET, INC.
ATTN:  ALLYN BARNARD, PRESIDENT
7107 BUFFALO ROAD
CHURCHVILLE, NY  14428

JOHNSON, HEARN, VINEGAR, GEE & GLASS, PLLC
ATTN:  JEAN WINBORNE BOYLES, ESQ.
P.O. BOX 1776
RALEIGH, NC  27602

JOHNSTON BARTON PROCTOR & ROSE LLP
ATTN: MAX A. MOSELEY, ESQ.
569 BROOKWOOD VILLAGE
SUITE 901
BIRMINGHAM, AL  35209

JUANITA PEREZ WILLIAMS, ESQ.
CORPORATION COUNSEL
300 CITY HALL
SYRACUSE, NY  13202

K&L GATES LLP
ATTN:  JEFFREY N. RICH & ERIC T. MOSER, ESQS.
599 LEXINGTON AVENUE
NEW YORK, NY  10022

KAYE SCHOLER LLP
ATTN:  RICHARD G. SMOLEV & STEWART B. HERMAN
425 PARK AVENUE
NEW YORK, NY  10022

KEATING MUETHING & KLEKAMP PLL
ATTN: JASON V. STITT, ESQ.
ONE EAST FOURTH STREET, SUITE 1400
CINCINNATI, OH  45202

KELLEY & FERRARO, L.L.P.
ATTN:  THOMAS M. WILSON, ESQ.
2200 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND, OH  44114

KELLEY DRYE & WARREN LLP
ATTN: DAVID RETTER, PAMELA BRUZZESE-SZCZGIEL,
JENNIFER CHRISTIAN, ESQS
101 PARK AVENUE
NEW YORK, NY  10178

KELLEY DRYE & WARREN, LLP
ATTN:  JAMES S. CARR & JORDAN A. BERGMAN, ESQS
101 PARK AVENUE
NEW YORK, NY  10178

KENNEDY, JENNIK & MURRAY P.C.
ATTN: SUSAN JENNIK, ESQ.
113 UNIVERSITY PLACE
7TH FL
NEW YORK, NY  10003

KENNEDY, JENNIK & MURRAY P.C.
ATTN: THOMAS M  KENNEDY, ESQ.
113 UNIVERSITY PLACE
7TH FL
NEW YORK, NY  10003

KERR, RUSSELL AND WEBER, PLC
ATTN:  P. WARREN HUNT, ESQ. & JAMES DELINE
500 WOODWARD AVENUE, SUITE 2500
DETROIT, MI  48226

KERR, RUSSELL AND WEBER, PLC
ATTN: JAMES E. DELINE, ESQ.
500 WOODWARD AVENUE, SUITE 2500
DETROIT, MI  48226

KILPATRICK & ASSOCIATES, P.C.
ATTN:  RICHARDO I. KILPATRICK &
  LEONORA K. BAUGHMAN
903 N. OPDYKE ROAD, SUITE C
AUBURN HILLS, MI  48326

KLEHR HARRISON HARVEY BRANZBURG & ELLERS LLP
ATTN MORTON R BRANZBURG
260 S BROAD STREET
PHILADELPHIA, PA  19102

KNAPP CHEVROLET
815 HOUSTON AVENUE
HOUSTON, TX  77007

KOHRMAN JACKSON & KRANTZ, PLL
ATTN:  JAMES W. EHRMAN, ESQ.
ONE CLEVELAND CENTER, 20TH FLOOR
1375 EAST NINTH STREET
CLEVELAND, OH  44114

KOTZ, SANGSTER, WYSOCKI AND BERG, P.C.
ATTN: FREDERICK A. BERG & JAYSON M. MACYDA, ESQS
400 RENAISSANCE CENTER, SUITE 3400
DETROIT, MI  48243

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: THOMAS MOERS MAYER, R SCHMIDT, LAUREN
MACKSOUD, JEN SHARRET
1177 AVENUE OF THE AMERICAS
NEW YORK, NY  10036

KUPELIAN ORMOND & MAGY, P.C.
ATTN:  TERRANCE HILLER, DAVID BLAU, PAUL MAGY,
MATTHEW SCHLEGEL
25800 NORTHWESTERN HIGHWAY, SUITE 950
SOUTHFILED, MI  48075

LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.
ATTN: ADAM D. BRUSKI, ESQ.
916 WASHINGTON AVENUE, SUITE 309
BAY CITY, MI  48708

LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.
ATTN: SUSAN M. COOK, ESQ.
916 WASHINGTON AVENUE, SUITE 309
BAY CITY, MI  48708

LATHAM & WATKINS LLP
ATTN: ROBERT J. ROSENBERG & ADAM J. GOLDBERG
885 THIRD AVENUE, SUITE 1000
NEW YORK, NY  10022

LAW OFFICES OF GABRIEL DEL VIRGINIA
ATTN:  GABRIEL DEL VIRGINIA, ESQ.
488 MADISON AVE
NEW YORK, NY  10022

LAW OFFICES OF ROBERT E. LUNA, P.C.
ATTN:  ANDREA SHEEHAN, ESQ.
4411 N. CENTRAL EXPRESSWAY
DALLAS, TX  75205

LAWRENCE JAY KRAINES, ESQ.
14235 DICKENS STREET,  SUITE 4
SHERMAN OAKS, CA  91423

LECLAIRRYAN P.C
ATTN:  MICHAEL E. HASTINGS &
    MICHAEL T. CONWAY, ESQS
830 THIRD AVENUE, 5TH FLOOR
NEW YORK, NY  10022

LEVY RATNER P.C.
ATTN:  SUZANNE HEPNER, RYAN J. BARBUR &
    ROBERT H. STROUP
80 EIGHTH AVENUE, 8TH FLOOR
NEW YORK, NY  10011

LEWIS LAW PLLC
ATTN:  KENNETH M. LEWIS
120 BLOOMINGDALE RD., SUITE 100
WHITE PLAINS, NY  10605

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN:  ELIZABETH WELLER, ESQ.
2323 BRYAN STREET, SUITE 1600
DALLAS, TX  75201

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN:  JOHN P. DILLMAN, ESQ.
STATE OF TEXAS TAXING AUTHORITIES
POST OFFICE BOX 3064
HOUSTON, TX  77253

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN:  DIANE W. SANDERS, ESQ.
2700 VIA FORTUNA DRIVE, SUITE 400
P.O. BOX 17428
AUSTIN, TX  78760

LOCKE LORD BISSELL & LIDDELL LLP
ATTN:  JAMES ASHLEY, ESQ.
111 SOUTH WACKER DRIVE
CHICAGO, IL  60606

LOCKE LORD BISSELL & LIDDELL LLP
ATTN:  KEVIN J. WALSH, ESQ.
3 WORLD FINANCIAL CTR FL 20
NEW YORK, NY  10281

LOWENSTEIN SANDLER PC
ATTN:  MICHAEL S. ETKIN, S. JASON TEELE, IRA M. LEVEE
1251 AVENUE OF THE AMERICAS
NEW YORK, NY  10022

LOWENSTEIN SANDLER PC
ATTN:  MICHAEL S. ETKIN, S. JASON TEELE, IRA M. LEVEE
65 LIVINGSTON AVENUE
ROSELAND, NJ  07068

MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.
ATTN: KATHLEEN H. KLAUS, ESQ.
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD, MI  48034

MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.
ATTN: MICHAEL S. LIEB, ESQ.
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD, MI  48034

MADISON COUNTY, TAX COLLECTOR
ATTN:  LYNDA HALL
MADISON COUNTY COURT HOUSE
100 NORTHSIDE SQUARE
HUNTSVILLE, AL  35801

MATTA BLAIR, PLC
ATTN:  STEVEN A. MATTA, ESQ.
4145 DUBLIN DRIVE, SUITE 100
BLOOMFIELD HILLS, MI  48302

MAZZEO SONG & BRADHAM LLP
ATTN: DAVID H. HARTHEIMER, ESQ.
708 THIRD AVENUE, 19TH FLOOR
NEW YORK, NY  10017

MCCARTER & ENGLISH, LLP
ATTN:  CHARLES A. STANZIALE, JR.
NEW JERSEY SELF INSURERS GUARANTY ASSOC
FOUR GATEWAY CENTER
NEWARK, NJ  07102

MCCARTER & ENGLISH, LLP
ATTN:  JEFFREY T.TESTA, ESQ.
FOUR GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NJ  07102

MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO., L.P.A.
ATTN:  KIMBERLY A. BRENNAN, ESQ.
101 WEST PROSPECT AVENUE, SUITE 1800
CLEVELAND, OH  44115

MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO., L.P.A.
ATTN: ROBERT R. KRACHT, ESQ.
101 WEST PROSPECT AVENUE, SUITE 1800
CLEVELAND, OH  44115

MCCREARY VESELKA BRAGG & ALLEN PC
ATTN MICHAEL REED ESQ
PO BOX 1269
ROUND ROCK, TX  78680

MCKENNA LONG & ALDRIDGE LLP
ATTN:  CHARLES E. DORKEY III
230 PARK AVENUE, SUITE 1700
NEW YORK, NY  10169

MCKENNA LONG & ALDRIDGE LLP
ATTN:  CHRISTOPHER F. GRAHAM, ESQ.
230 PARK AVENUE STE 1700
NEW YORK, NY  10169

MCKENNA LONG & ALDRIDGE LLP
ATTN:  JESSICA H. MAYES, ESQ.
230 PARK AVENUE, SUITE 1700
NEW YORK, NY  10169

MCNAMEE, LOCHNER, TITUS & WILLIAMS, P.C.
ATTN:  JACOB F. LAMME, ESQ.
677 BROADWAY
ALBANY, NY  12207

MCNAMEE, LOCHNER, TITUS & WILLIAMS, P.C.
ATTN:  JOHN J. PRIVITERA, ESQ.
677 BROADWAY
ALBANY, NY  12207

MELTZER, PURTILL & STELLE, LLC
ATTN:  FORREST B. LAMMIMAN
300 SOUTH WACKER DRIVE, SUITE 3500
CHICAGO, IL  60606

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTN:  EDWARD J. LOBELLO, ESQ.
1350 BROADWAY, SUITE 501
P.O. BOX 822
NEW YORK, NY  10018

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTN:  EDWARD LOBELLO, ALAN MARDER. JIL MAZER-
MARINO, J. RANDO CRISTIANO
990 STEWART AVENUE, SUITE 300
GARDEN CITY, NY  11530

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTN:  HANAN B. KOLKO, ESQ.
1350 BROADWAY, SUITE 501
P.O. BOX 822
NEW YORK, NY  10018

MICHAEL A. COX, ATTY GENERAL
KATHLLEN A. GARDINER, ASST. ATTY GENERAL
CADILLAC PLACE
DETROIT, MI  48202

MICHAEL S. HOLMES, P.C.
ATTN:  MICHAEL S. HOLMES, ESQ.
8100 WASHINGTON AVENUE, SUITE 120
HOUSTON, TX  77007

MICHIGAN ENVIRONMENT, NATURAL RESOURCES AND
  AGRICULTURE DIVISION
ATTN: CELESTE R. GILL, ASSISTANT ATTORNEY GENERAL
525 W. OTTAWA, 6TH FLOOR, G. MENNE WILLIAMS
BUILDING
P.O. BOX 30755
LANSING, MI  48909

MICHIGAN FUNDS ADMINISTRATION
7201 W. SAGINAW HWY, STE 110
LANSING, MI  48917

MICHIGAN WORKERS' COMPENSATION AGENCY
7150 HARRIS DR.
DIMONDALE, MI  48821

MICHIGAN WORKERS' COMPENSATION AGENCY
7150 HARRIS DRIVE
PO BOX 30016
LANSING, MI  48909

MIKE BARNARD CHEVROLET-CADILLAC-BUICK-
  PONTIAC-GMC, INC.
ATTN:  MICHAEL E. BARNARD, PRESIDENT
616 THAYER ROAD
FAIRPORT, NY  14450

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATTN:  MATTHEW S. BARR, TYSON M. LOMAZOW &
SAMUEL A. KHALIL, ESQ.
1 CHASE MANHATTAN PLAZA
NEW YORK, NY  10005

MILLER JOHNSON
ATT THOMAS P. SARB, ESQ
250 MONROE AVE., STE 800
GRAND RAPIDS, MI  49501

MILLER JOHNSON
ATTN: ROBERT D. WOLFORD, ESQ.
250 MONROE AVENUE, N.W., SUITE 800
P.O. BOX 306
GRAND RAPIDS, MI  49501

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTN:  DONALD J. HUTCHINSON, ESQ.
150 WEST JEFFERSON AVENUE, SUITE 2500
DETROIT, MI  48226

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTN:  SUSAN I. ROBBINS, ESQ.
500 FIFTH AVENUE, SUITE 1815
ATTN:  SUSAN I. ROBBINS, ESQ.
NEW YORK, NY  10110

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTN:  TIMOTHY A. FUSCO, ESQ.
150 WEST JEFFERSON AVENUE, SUITE 2500
DETROIT, MI  48226

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTN: MARC N. SWANSON, ESQ.
KONGSBERG INTERIOR SYS, KONGSBERG POWER PRODUCT
SYS, KONGSBERG HOLDING
150 WEST JEFFERSON AVENUE, SUITE 2500
DETROIT, MI  48226

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, P.C.
ATTN:  PAUL J. RICOTTA, ESQ.
TOKICO (USA), INC. AND HITACHI CABLE INDIANA, INC.
ONE FINANCIAL CENTER
BOSTON, MA  02111

MISSOURI DEPARTMENT OF REVENUE
ATTN:  STEVEN A. GINTHER, ESQ.
BANKRUPTCY UNIT
P.O. BOX 475
JEFFERSON CITY, MO  65105

MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
ATTY FOR STEVEN KAZAN, ESQ.
ATTN: NATALIE RAMSEY & JOSEPH O'NEIL, JR.
123 SOUTH BROAD STREET
PHILADELPHIA, PA  19109

MORGAN, LEWIS & BOCKIUS LLP
ATTN:  ANDREW D GOTTFRIED, ESQ.
101 PARK AVENUE
NEW YORK, NY  10178

MORGAN, LEWIS & BOCKIUS LLP
ATTN:  RICHARD S. TODER, ESQ.
101 PARK AVENUE
NEW YORK, NY  10178

MORGAN, LEWIS & BOCKIUS LLP
ATTN: HOWARD S. BELTZER & EMMELINE S. LIU, ESQS
101 PARK AVENUE
NEW YORK, NY  10178

MORGAN, LEWIS & BOCKIUS LLP
ATTN: MICHAEL A. BLOOM &
  RACHEL JAFFE MAUCERI, ESQS
1701 MARKET STREET
PHILADELPHIA, PA  19103

MORRISON COHEN LLP
ATTN:  JOSEPH T. MOLDOVAN &
  MICHAEL R. DAL LAGO, ESQS
909 THIRD AVENUE
NEW YORK, NY  10022

MOTLEY RICE LLC
ATTN:  JEANETTE M. GILBERT, JOSEPH F. RICE,
  JOHN A. BADEN IV, ESQS
28 BRIDGESIDE BLVD.
MT. PLEASANT, SC  29464

MOTORS LIQUIDATION COMPANY
ATTN: TED STENGER
FKA GENERAL MOTORS CORP
500 RENAISSANCE CENTER, SUITE 1400
DETROIT, MI  48243

MUCH SHELIST DENENBERG AMENT AND RUBENSTEIN, P.C.
ATTN:  COLLEEN E. MCMANUS, ESQ.
191 NORTH WACKER DRIVE, SUITE 1800
CHICAGO, IL  60606

MUNSCH HARDT KOPF & HARR, P.C.
ATTN:  MARY W. KOKS
700 LOUISIANA, SUITE 4600
HOUSTON, TX  77002

MUNSCH HARDT KOPF & HARR, P.C.
ATTN:  RAYMOND J. URBANIK, ESQ.
3800 LINCOLN PLAZA
500 N. AKARD STREET
DALLAS, TX  75201

MYERS & FULLER, P.A.
ATTN:  RICHARD SOX, ESQ.
2822 REMINGTON GREEN CIRCLE
TALLAHASSEE, FL  32308

N.W. BERNSTEIN & ASSOCIATES, LLC
ATTN:  NORMAN W. BERNSTEIN, ESQ.
800 WESTCHESTER AVENUE, SUITE 319 NORTH
RYE BROOK, NY  10573

NAGEL RICE, LLP
ATTN: DIANE E. SAMMONS & JAY J. RICE, ESQ.
103 EISENHOWER PARKWAY
ROSELAND, NJ  07068

NAHINS & GOIDEL, P.C.
ATTN:  BORAH GOLDSTEIN ALTSCHULER & JEFFREY
CHANCAS
377 BROADWAY
NEW YORK, NY  10013

NARMCO GROUP
ATTN: GARY KELLY
2575 AIRPORT ROAD
WINDSOR, ONTARIO N8W 1Z4

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTN: GEORGE CAUTHEN, CAMERON CURRIE, ESQS
1320 MAIN STREET, 17TH FLOOR
POST OFFICE BOX 11070
COLUMBIA, SC  29201

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTN: PETER J. HALEY, ESQ.
200 CLARENDON ST  FL 35
BOSTON, MA  02116

NEW YORK CITY DEPT. OF FINANCE
ATTN: LEGAL AFFAIRS - DEVORA COHN
345 ADAMS ST- 3RD FLOOR
BROOKLYN, NY  11201

NEW YORK STATE DEPARTMENT OF LAW
ATTN:  MAUREEN F. LEARY,
  ASSISTANT ATTORNEY GENERAL
ENVIRONMENTAL PROTECTION BUREAU
THE CAPITOL
ALBANY, NY  12224

NEW YORK STATE DEPARTMENT OF LAW
ATTN:  SUSAN L. TAYLOR,
  ASSISTANT ATTORNEY GENERAL
ENVIRONMENTAL PROTECTION BUREAU
THE CAPITOL
ALBANY, NY  12224

NEW YORK STATE DEPT TAXATION & FINANCE
ATTN: BANKRUPTCY/SPECIAL PROC. SECT.
PO BOX 5300
ALBANY, NY  12205

NEW YORK STATE, DEPT. OF LABOR
ATTN: STEVEN KOTON, ASSISTANT ATTY GENERAL
C/O ANDREW CUOMO,
  ATTY GENERAL OF THE STATE OF NY
120 BROADWAY, 26TH FLOOR
NEW YORK, NY  10271

NORTH AMERICA TONNAGE LINDE, INC.
ATTN:  JEFFREY J. JOHNS, COMMERCIAL DIRECTOR
575 MOUNTAIN AVENUE
MURRAY HILL, NJ  07974

OFFICE OF ATTORNEY GENERAL FOR PENNSYLVANIA
ATTN:  CAROL E. MOMJIAN,
  SENIOR DEPUTY ATTY GENERAL
21 S. 12TH STREET, 3RD FLOOR
PHILADELPHIA, PA  19107

OFFICE OF THE ATTORNEY GENERAL
ANDREW M. CUOMO
120 BROADWAY
NEW YORK, NY  10271

OFFICE OF THE OHIO ATTORNEY GENERAL
ATTN:  LUCAS WARD, ESQ.
150 EAST GAY STREET, 21ST FLOOR
COLUMBUS, OH  43215

OFFICE OF THE UNITED STATES TRUSTEE
TRACY HOPE DAVIS
33 WHITEHALL STREET
NEW YORK, NY  10004

OFFICE OF WESTCHESTER COUNTY ATTY
ATTN:  MELISSA-JEAN ROTINI, ESQ.
148 MARTINE AVENUE, 6TH FLOOR
WHITE PLAINS, NY  10601

OHIO ATTORNEY GENERAL
ATTN:  MICHELLE T. SUTTER, PRINCIPAL
  ASST. ATTORNEY GENERAL
ENVIRONMENTAL ENFORCEMENT SECTION
30 E. BROAD STREET, 25TH FLOOR
COLUMBUS, OH  43215

ORNELAS, CASTILLO & ORNELAS, PLLC
ATTN:  S. ORNELAS & M. CASTILLO JR.
401 EAST HILLSIDE RD., 2ND FLOOR
LAREDO, TX  78041

ORRICK HERRINGTON & SUTCLIFF LLP
ATTN: RICHARD H WYRON, ESQ.
COLUMBIA CENTER
1152 15TH STREET, N.W
WASHINGTON, DC  20005

ORRICK HERRINGTON & SUTCLIFF LLP
ATTN: ROGER FRANKEL, ESQ
COLUMBIA CENTER
1152 15TH STREET, N.W
WASHINGTON, DC  20005

ORRICK, HERRINGTON & SUTCLIFEE LLP
ATTN:  LORRAINE S. MCGOWEN
51 WEST 52ND STREET
NEW YORK, NY  10019

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTN: JOHN ANSBRO
666 FIFTH AVENUE
NEW YORK, NY  10103

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTN:  RICHARD H. WYRON & ROBERT F. LAWRENCE
COLUMBIA CENTER
1152 15TH STREET, N.W.
WASHINGTON, DC  20005

ORUM & ROTH, LLC
ATTN: MARK D. ROTH, ESQ.
53 WEST JACKSON BOULEVARD
CHICAGO, IL  60604

OSLER, HOSKIN & HARCOURT LLP
ATTN: TRACY C SANDLER, ESQ.
100 KING STREET WEST
1 FIRST CANADIAN PLACE, SUITE 6100

OTTERBOURG STEINDLER HOUSTON & ROSEN PC
ATTN: JONATHAN N. HELFAT, ESQ., STEVEN SOLL, ESQ.
230 PARK AVENUE
NEW YORK, NY  10169

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
ATTN:  DANIEL WALLEN, MELANIE L. CYGANOWSKI,
JONATHAN N. HELFAT &
STEVEN B. SOLL, ESQS.
230 PARK AVENUE
NEW YORK, NY  10169

P. RICHARD HARTLEY
415 E. COMMERCE STREET, SUITE 101
POST OFFICE BOX 583
GREENVILLE, AL  36037

PADDOCK CHEVROLET, INC.
ATTN:  DUANE PADDOCK, PRESIDENT
3232 DELAWARE AVENUE
KENMORE, NY  14217

PARKER POE ADAMS & BERNSTEIN LLP
ATTN: KIAH T. FORD IV, ESQ.
THREE WACHOVIA CENTER
401 S. TRYON STREET, SUITE 3000
CHARLOTTE, NC  28202

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ANDREW N. ROSENBERG, ESQ.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY  10019

PAUL, HASTINGS, JANOFSKY & WALKER LLP
ATTN:  HARVEY A. STRICKON, ESQ.
75 EAST 55TH STREET
NEW YORK, NY  10022

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN:  ALAN W. KORNBERG &
  JONATHAN T. KOEVARY, ESQ.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY  10019

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN:  ALAN W. KORNBERG, REBECCA ZUBATY &
  IAN POHL, ESQS.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY  10019

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN:  ANDREW ROSENBERG, BRIAN HERMANN,
MARGARET PHILLIPS
1285 AVENUE OF THE AMERICAS
NEW YORK, NY  10019

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: STEPHEN J. SHIMSHAK & PHILIP A. WEINTRAUB
1285 AVENUE OF THE AMERICAS
NEW YORK, NY  10019

PENSION BENEFIT GUARANTY CORPORATION
ATTN: ISRAEL GOLDOWITZ, KAREN MORRIS, JOHN MENKE,
OFFICE OF THE GENERAL COUNSEL
RALPH L LANDY, MICHAEL A. MARICCO, ESQS.
WASHINGTON, DC  20005

PENSKE AUTO GROUP
18600 SOUTH HAWTHORNE BOULEVARD
TORRANCE, CA  90504

PEPPER HAMILTON LLP
ATTN:  EDWARD C. TOOLE & LINDA J. CASEY
3000 TWO LOGAN SQUARE
EIGHTEENTH AND ARCH STREETS
PHILADELPHIA, PA  19103

PEPPER HAMILTON LLP
ATTN:  HENRY J. JAFFE & JAMES C. CARIGNAN
HERCULES PLAZA, SUITE 5100
1313 MARKET STREET, P.O. BOX 1709
WILMINGTON, DE  19899

PEPPER HAMILTON LLP
ATTN: LAURA LINN NOGGLE
THE NEW YORK TIMES BUILDING 37TH FL, 620 8TH AVE
NEW YORK, NY  10018

PEPPER-HAMILTON LLP
ATTN:  DENNIS S. KAYES & LAURA LINN NOGGLE
100 RENAISSANCE CENTER, SUITE 3600
DETROIT, MI  48243

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
ATTN:  ELIZABETH BANDA CALVO
P.O. BOX 13430
ARLINGTON, TX  76094

PHILIP MORRIS USA
ATTN:  JOY TANNER
615 MAURY STREET
RICHMOND, VA  23224

PIMA COUNTY
C/O BARBARA LAWALL, CIVIL DIVISION
T. ROBERTS & G. YUSUFOV, DEPUTY COUNTY ATTORNEYS
TUCSON, AZ  85701

PLATZER, SWERGOLD, KARLIN, LEVINE, GOLDBERG &
  JASLOW, LLP
ATTN:  TERESA SADUTTO-CARLEY, ESQ.
1065 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY  10018

PLUNKETT COONEY
ATTN:  DAVID A. LERNER, ESQ.
38505 WOODWARD AVENUE, SUITE 2000
BLOOMFIELD HILLS, MI  48304

PLUNKETT COONEY
ATTN: DOUGLAS C. BERNSTEIN & MICHAEL A. FLEMING
38505 WOODWARD AVENUE, SUITE 2000
BLOOMFIELD HILLS, MI  48304

PORZIO BROMBERG & NEWMAN P.C.
ATTN:  JOHN MAIRO & ROBERT SCHECHTER
100 SOUTHGATE PARKWAY
MORRISTOWN, NJ  07962

POTTER ANDERSON & CORROON LLP
ATTN:  DAVID BALDWIN, THERESA BROWN-EDWARDS,
  R. STEPHEN MCNEILL, ESQS.
HERCULES PLAZA, 6TH FLOOR
1313 NORTH MARKET STREET P.O. BOX 951
WILMINGTON, DE  19801

PREVIANT, GOLDBERG, UELMEN, GRATZ, MILLER &
  BRUEGGEMAN, S.C.
ATTN:  SARA J. GEENEN, ESQ.
1555 N. RIVERCENTER DRIVE, SUITE 202
P.O. BOX 12993
MILWAUKEE, WI  53212

PREVIANT, GOLDBERG, UELMEN, GRATZ, MILLER &
  BRUEGGEMAN, S.C.
ATTN: FREDERICK PERILLO
1555 N. RIVERCENTER DRIVE, SUITE 202
P.O. BOX 12993
MILWAUKEE, WI  53212

PRONSKE & PATEL PC
ATTN RAKHEE V PATEL ESQ
2200 ROSS AVENUE SUITE 5350
DALLAS, TX  75201

PROSKAUER ROSE LLP
ATTN:  SCOTT K. RUTSKY & ADAM T. BERKOWITZ
1585 BROADWAY
NEW YORK, NY  10036

PYEONG HWA AUTOMOTIVE CO., LTD.
1032 DAECHEON-DONG
DALSEO-GU

QUARLES & BRADY LLP
ATTN:  FAYE FEINSTEIN & CHRISTOPHER COMBEST
300 NORTH LASALLE STREET, SUITE 4000
CHICAGO, IL  60654

R. ELPING, K. DINE & E. CARRIG
1540 BROADWAY
NEW YORK, NY  11036

RABINOWITZ, LUBETKIN & TULLY, L.L.C.
ATTN: JONATHAN I. RABINOWITZ, ESQ.
293 EISENHOWER PARKWAY, SUITE 100
LIVINGSTON, NJ  07039

RADHA R. M NARUMANCHI
657 MIDDLETON AVENUE
NEW HAVEN, CT  06513

RAY QUINNEY & NEBEKER P.C.
ATTN:  STEPHEN C. TINGEY
36 SOUTH STATE STREET, SUITE 1400
P.O. BOX 45385
SALT LAKE CITY, UT  84145

RAYTHEON PROFESSIONAL SERVICES LLC
12160 SUNRISE VALLEY DRIVE
RESTON, VA  20191

REED SMITH LLP
ATT ERIC A. SCHAFFER, ESQ.
435 SIXTH AVE.
PITTSBURGH, PA  15219

REED SMITH LLP
ATTN:  KURT F. GWYNNE, ESQ.
1201 MARKET STREET, SUITE 1500
WILMINGTON, DE  19801

REID AND REIGE, P.C.
ATTN:  CAROL A. FELICETTA, ESQ.
195 CHURCH STREET
NEW HAVEN, CT  06510

RHOADES MCKEE
ATTN: TERRY L. ZABEL, ESQ.
161 OTTAWA AVENUE, NW, SUITE 600
GRAND RAPIDS, MI  49503

RICHARD M. ALLEN, ESQ
223 EGREMONT PLAIN RD, PMB 108
NORTH EGREMONT, MA  01252

RICHARD W. MARTINEZ, APLC
ATTN: RICHARD W. MARTINEZ, ESQ.
228 ST. CHARLES AVENUE, SUITE 1310
NEW ORLEANS, LA 70130

RICHARDS KIBBE & ORBE LLP
ATTN: MICHAEL FRIEDMAN
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

RIDDELL WILLIAMS P.S.
ATTN: JOSEPH E. SHICKICH, ESQ.
1001 - 4TH AVENUE, SUITE 4500
SEATTLE, WA 98154

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
ATTN: J. ALEX KRESS & KEVIN J. LARNER, ESQ
500 FIFTH AVENUE, SUITE 4920
NEW YORK, NY 10110

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
ATTN: J. ALEX KRESS & KEVIN J. LARNER, ESQ.
HEADQUARTERS PLAZA
ONE SPEEDWELL AVENUE
MORRISTOWN, NJ 07962

RK CHEVROLET/RK AUTO GROUP
2661 VIRGINIA BEACH BOULEVARD
VIRGINIA BEACH, VA 23451

ROBERT BOSCH LLC
ATTN: JUDITH LOWITZ ADLER, ESQ.
ASSISTANT GENERAL COUNSEL
38000 HILLS TECH DRIVE
FARMINGTON HILLS, MI 48331

ROBERT T. SMITH, ESQ.
1451 EAST LINCOLN AVENUE
MADISON HEIGHTS, MI 48071

ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.
ATTN: RUSSELL P. MCRORY, ESQ.
1345 AVENUE OF THE AMERICAS
NEW YORK, NY 10105

ROBINSON WATERS & O'DORISIO, P.C.
ATTN: ANTHONY L. LEFFERT, ESQ.
1099 18TH STREET, SUITE 2600
DENVER, CO 80202

ROPERS MAJESKI KOHN & BENTLEY
ATTN N KATHLEEN STRICKLAND
201 SPEAR STREET SUITE 1000
SAN FRANCISCO, NY 94105

SATTERLEE STEPHENS BURKE & BURKE LLP
ATTN: CHRISTOPHER BELMONTE &
  PAMELA BOSSWICK, ESQS
230 PARK AVENUE
NEW YORK, NY 10169

SAUL EWING LLP
ATTN: ADAM H. ISENBERG, ESQ.
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA 19102

SAUL EWING LLP
ATTN: JEFFREY C. HAMPTON, ESQ.
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA 19102

SAUL EWING LLP
ATTN: TERESA K.D. CURRIER, ESQ.
222 DELAWARE AVENUE, SUITE 1200
P.O. BOX 1266
WILMINGTON, DE  19899

SCHAFER AND WEINER, PLLC
ATTN:  RYAN D. HEILMAN, ESQ.
40950 WOODWARD AVENUE, SUITE 100
BLOOMFIELD HILLS, MI  48304

SCHNADER HARRISON SEGAL & LEWIS LLP
ATTN:  BENJAMIN P. DEUTSCH, ESQ.
140 BROADWAY, SUITE 3100
NEW YORK, NY  10005

SCHNADER HARRISON SEGAL & LEWIS LLP
ATTN BARRY E BRESSLER ESQ
1600 MARKET STREET SUITE 3600
PHILADELPHIA, PA  19103

SCHOENL KEVIN M
SCHOENL, CONNIE
20 JADE CREEK DR
HILTON, NY  14468

SCHULTE ROTH & ZABEL LLP
ATTN: DAVID J. KARP AND ADAM HARRIS, ESQS.
PARTNERS II, LP
919 THIRD AVENUE
NEW YORK, NY  10022

SECURITIES AND EXCHANGE COMMISSION
ATTN: ANDREW N. VOLLMER, ACTING GEN. COUNSEL
100 F STREET, ND
WASHINGTON, DC  20549

SECURITIES AND EXCHANGE COMMISSION
ATTN: MARK SCHONFELD, REGIONAL DIRECTOR
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK, NY  10281

SEYBURN, KAHN, GINN, BESS & SERLIN P.C.
ATTN:  DAVID T. LIN, ESQ.
GREAT LAKES COMPANY
2000 TOWN CENTER, SUITE 1500
SOUTHFIELD, MI  48075

SEYBURN, KAHN, GINN, BESS & SERLIN, P.C.
ATTN:  DAVID LIN
GREAT LAKES COMPANY
2000 TOWN CENTER, SUITE 1500
SOUTHFIELD, MI  48075

SHAPE CORP.
ATTN: BUDD BRINK
1900 HAYES STREET
GRAND HAVEN, MI  49417

SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC
ATTN:  BRIAN L. SHAW, ESQ.
321 N. CLARK STREET, SUITE 800
CHICAGO, IL  60654

SHEARMAN & STERLING LLP
ATTN: FREDRIC SOSNICK & JILL FRIZZLEY, ESQS
599 LEXINGTON AVENUE
NEW YORK, NY  10022

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTN:  EDWARD TILLINGHAST, MALANI CADEMARTORI,
BLANKA WOLFE
30 ROCFEFELLER PLAZA, 24TH FLOOR
NEW YORK, NY  10112

SHINN FU CORPORATION
C/O ARTHUR A. CHAYKIN, ESQ.
10939 N. POMONA AVE.
KANSAS CITY, MO  64153

SIDLEY AUSTIN LLP
ATTN: KENNETH P. KANSA, ESQ.
ONE SOUTH DEARBORN
CHICAGO, IL  60603

SILVERMAN & MORRIS, P.L.L.C.
ATTN: GEOFFREY L. SILVERMAN & KARIN F. AVERY, ESQS
7115 ORCHARD LAKE ROAD, SUITE 500
WEST BLOOMFIELD, MI  48322

SILVERMANACAMPORA LLP
ATTN:  ADAM L. ROSEN, ESQ.
DIGITAS, INC., PUBLICIS GROUPE
  OPERATING DIV, LLC, ET AL
100 JERICHO QUADRANGLE, SUITE 300
JERICHO, NY  11753

SIMPSON THACHER & BARTLETT LLP
ATTN: DAVID J. MACK, ESQ.
425 LEXINGTON AVENUE
NEW YORK, NY  10017

SIMPSON THACHER & BARTLETT LLP
ATTN: PETER V. PANTALEO, ESQ.
425 LEXINGTON AVENUE
NEW YORK, NY  10017

SINGER & LEVICK P.C.
ATTN:  LARRY A. LEVICK, ESQ.; MICHELLE E. SHIRRO
16200 ADDISON ROAD, SUITE 140
ADDISON, TX  75001

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN:  KAYALYN A. MARAFIOTI & GREGORY W. FOX, ESQ.
FOUR TIMES SQUARE
NEW YORK, NY  10036

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: JOHN WM. BUTLER, JR., ESQ.
ATTN:  RON W MEISLER, ESQ.
155 N. WACKER DRIVE, SUITE 2700
CHICAGO, IL  60606

SMITH & PARTNERS
ATTN:  NICOLE B. BOEHLER
HERRENBERGER STRASSE 12
BOEBLINGEN,  71032

SMITH & PARTNERS
ATTN:  NICOLE B. BOEHLER
HERRENBERGER STRASSE 12
71032 BOEBLINGEN

SQUIRE, SANDERS & DEMPSEY, L.L.P.
ATTN: G. CHRISTOPHER MEYER, ESQ.
4900 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND, OH  44114

STAHL COWEN CROWLEY ADDIS LLC
ATTN:  TRENT P. CORNELL, ESQ.
55 WEST MONROE STREET, SUITE 1200
CHICAGO, IL  60603

STARK REAGAN
ATTN: J. CHRISTOPHER CALDWELL, ESQ.
1111 W. LONG LAKE ROAD, SUITE 202
TROY, MI  48098

STEMBER FEINSTEIN DOYLE & PAYNE, LLC
ATTN:  WILLIAM PAYNE, J. STEMBER, E. DOYLE,
  S. PINCUS, P. EWING, J. HURT
429 FORBES AVENUE
ALLEGHENY BUILDING STE 1705
PITTSBURGH, PA  15219

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
ELLEN M DOYLE, ESQ. & JOEL HURT, ESQ. &
  PAMINA EWING, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING  STE 1705
PITTSBURGH, PA  15219

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
JOHN STEMBER, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING  STE 1705
PITTSBURGH, PA  15219

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
STEPHEN M. PINCUS, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING  STE 1705
PITTSBURGH, PA  15219

STEPHEN H. GROSS, ESQ.
35 OLD SPORT HILL ROAD
EASTON, CT  06612

STEVENSON & BULLOCK PLC
ATTN: CHARLES D. BULLOCK, ESQ.
26100 AMERICAN DR STE 500
SOUTHFIELD, MI  48034

STEVENSON & BULLOCK PLC
ATTN: SONYA N. GOLL, ESQ.
26100 AMERICAN DR STE 500
SOUTHFIELD, MI  48034

STITES & HARBISON PLLC
ATTN:  ROBERT C. GOODRICH JR  & MADISON L. MARTIN
401 CHURCH STREET, SUITE 800
NASHVILLE, TN  37219

STITES & HARBISON, PLLC
ATTN:  BRIAN H. MELDRUM, ESQ.
400 W. MARKET STREET, SUITE 1600
LOUISVILLE, KY  40202

STREUSAND & LANDON, LLP
ATTN: SABRINA L. STREUSAND, ESQ.
811 BARTON SPRINGS RD STE 811
AUSTIN, TX  78704

STUTZMAN BROMBERG ESSERMAN & PLIFKA PC
ATTN SANDER ESSERMAN PETER  D'APICE JO HARTWICK
JACOB NEWTON
2323 BRYAN STREET SUITE 2200
DALLAS, TX  75201

STUTZMAN BROMBERG ESSERMAN & PLIFKA PC
ATTN: SANDER ESSERMAN, ROBERT BROUSSEAU,
  PETER D'APICE, JO HARTWICK
LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS
PERSONAL INJURY CLAIMANTS
2323 BRYAN STREET, SUITE 2200
DALLAS, TX  75201

SULLIVAN & WORCESTER LLP
ATTN:  HIERSTEINER, DARCEY, ZUCCARELLO, GROVES &
BODELL
ONE POST OFFICE SQUARE
BOSTON, MA  02109

SULLIVAN, WARD, ASHER & PATTON, P.C.
ATTN: DAVID J. SELWOCKI, ESQ.
1000 MACCABEES CENTER
25800 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI  48037

TEAM CHEVROLET, INC.
ATTN:  THOMAS STEIGERWALD, VICE PRESIDENT
ROUTE 16
OLEAN, NY  14760

TEITELBAUM & BASKIN, LLP
ATTN:  JAY TEITELBAUM
3 BARKER AVENUE, THIRD FLOOR
WHITE PLAINS, NY  10601

TENNESSEE ATTORNEY GENERAL'S OFFICE
ATTN:  ROBERT COOPER & MARVIN CLEMENTS
BANKRUPTCY DIVISION
PO BOX 20207
NASHVILLE, TN  37202

THE CHURCH OF THE GOOD NEWS
1599 COLUMBUS AVENUE
BOSTON, MA  02119

THE CREDITOR'S LAW GROUP, PC
ATTN:  DAVID J. RICHARDSON
2301 HYPERION AVENUE, STE. A
LOS ANGELES, CA  90027

THE GARDEN CITY GROUP INC
ATTN: BARBARA KEANE
105 MAXESS ROAD
MELVILLE, NY  11747

THE TEXAS ATTORNEY GENERAL'S  OFFICE
ATTN: J. CASEY ROY, ASST. ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548, MC-008
AUSTIN, TX  78711

THE UNIVERSITY OF MICHIGAN OFFICE OF THE V P AND
GENERAL COUNSEL
ATTN:  DEBRA A. KOWICH, ESQ.
503 THOMPSON STREET, ROOM 5048
ANN ARBOR, MI  48109

THE VALLEY CADILLAC CORPORATION
ATTN:  EDWARD T. MEAGHAR, JR., PRESIDENT
3100 WINTON ROAD SOUTH
ROCHESTER, NY  14623

THOMPSON COBURN LLP
ATTN: ROBERT H. BROWNLEE, ESQ.
ONE U.S. BANK PLAZA, SUITE 2600
ST. LOUIS, MO  63101

TIPOTEX CHEVROLET, INC.
1600 N. EXPRESSWAY 77/83
BROWNSVILLE, TX  78521

TORRE, LENTZ, GAMELL, GARY & RITTMASTER, LLP
ATTN:  MARK S. GAMELL, ESQ.
100 JERICHO QUADRANGLE, SUITE 309
JERICHO, NY  11753

TORRES EDWARD ZUNIGA
BERMUDEZ, GENOVEVA
C/O COHEN & ASSOCIATES
SCOTTSDALE, AZ  85255

TORYS LLP
ATTN:  ALISON D. BAUER & TIMOTHY B. MARTIN, ESQS
237 PARK AVENUE
NEW YORK, NY  10017

TOYOTA BOSHOKU AMERICA, INC.
28000 WEST PARK DRIVE
NOVI, MI  48377

TOYOTA MOTOR SALES U.S.A, INC.
ATTN:  TOBIN LIPPERT
19001 SOUTH WESTERN AVE, HQ12
TORRANCE, CA  90509

TRENK DIPASQUALE WEBSTER DELLA FERA &
  SODONA, P.C.
ATTN:  SAM DELLA FERA, JR., ESQ.
347 MT. PLEASANT AVENUE, SUITE 300
WEST ORANGE, NJ  07052

TROUTMAN SANDERS LLP
ATTN:  BRETT D. GOODMAN, ESQ.,
THE CHRYSLER BUILDING
AND TRANSPORT SUPPORT LLC
405 LEXINGTON AVENUE
NEW YORK, NY  10174

TROUTMAN SANDERS LLP
ATTN:  JEFFREY W. KELLEY, ESQ.
AND TRANSPORT SUPPORT LLC
600 PEACHTREE STREET, NE SUITE 5200
ATLANTA, GA  30308

TRW AUTOMOTIVE U.S. LLC
12001 TECH CENTER DRIVE
LIVONIA, MI  48150

U.S. TREASURY
ATTN:  JOSEPH SAMARIAS, ESQ.
1500 PENNSYLVANIA AVENUE NW
ROOM 2312
WASHINGTON, DC  20220

UNDERWOOD & ASSOCIATES, P.C.
ATTN:  OTIS M. UNDERWOOD JR.
167 S. WASHINGTON ST.
OXFORD, MI  48371

UNION PACIFIC RAILROAD COMPANY
ATTN: MARY ANN KILGORE, ESQ.
1400 DOUGLAS STREET, STOP 1580
OMAHA, NE  68179

UNITED STATES ATTORNEY
ATTN: NATALIE KUEHLER, ESQ., AND
  DAVID S. JONES, ESQS.
FOR THE SOUTHERN DISTRICT OF NEW YORK
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY  10007

UNITED STATES ATTORNEY'S OFFICE
ATTN: CLAIMS UNIT - ROOM 417
ONE ST. ANDREWS PLAZA
NEW YORK, NY  10007

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
THE HONORABLE ROBERT E GERBER
NEW YORK, NY  10004

UNITED STATES DEPT. OF JUSTICE
ATTN: ANTI-TRUST DIVISION
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20530

UNITED STATES DEPT. OF JUSTICE
ATTN: ERIC H. HOLDER, JR., ATTORNEY GENERAL
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20530

UNITED STEELWORKERS
ATTN:  DAVID R. JURY, ESQ.
FIVE GATEWAY CENTER, SUITE 807
PITTSBURGH, PA  15222

VEDDER PRICE
MICHAEL EDELMAN, ESQ.
1633 BROADWAY
47TH FLOOR
NEW YORK, NY  10019

VEDDER PRICE P.C.
ATTN:  MICHAEL EDELMAN, MICHAEL SCHEIN
1633 BROADWAY, 47TH FLOOR
NEW YORK, NY  10019

VENABLE LLP
ATTN: LAWRENCE A. KATZ, ESQ.
8010 TOWERS CRESCENT DRIVE, SUITE 300
VIENNA, VA  22182

VINSON & ELKINS L.L.P.
ATTN:  RONALD L. ORAN, ESQ.
666 FIFTH AVENUE, 26TH FLOOR
NEW YORK, NY  10103

VORYS, SATER, SEYMOUR AND PEASE LLP
ATTN: TIFFANY STRELOW COBB, ESQ.
52 EAST GAY STREET
COLUMBUS, OH  43215

WARNER NORCROSS & JUDD LLP
ATTN:  GORDON J. TOERING, ESQ.
900 FIFTH THIRD CENTER
111 LYON STREET, NW
GRAND RAPIDS, MI  49503

WARNER NORCROSS & JUDD LLP
ATTN:  MICHAEL G. CRUSE
2000 TOWN CENTER, SUITE 2700
SOUTHFIELD, MI  48075

WARNER NORCROSS & JUDD LLP
ATTN: STEPHEN B. GROW, ESQ.
900 FIFTH THIRD CENTER
111 LYON STREET, NW
GRAND RAPIDS, MI  49503

WARREN, DRUGAN & BARROWS, P.C.
ATTN:  ROBERT L. BARROW, ESQ.
800 BROADWAY
SAN ANTONIO, TX  78215

WASHINGTON DEPARTMENT OF REVENUE
C/O ZACHARY MOSNER, ASST. ATTY GENERAL
800 FIFTH AVENUE, SUITE 2000
SEATTLE, WA  98104

WEIL, GOTSHAL & MANGES LLP
ATTN: HARVEY R. MILLER, ESQ.
767 FIFTH AVE
NEW YORK, NY  10153

WEIL, GOTSHAL & MANGES LLP
ATTN: JOSEPH H. SMOLINSKY, ESQ.
767 FIFTH AVE
NEW YORK, NY  10153

WEIL, GOTSHAL & MANGES LLP
ATTN: STEPHEN KAROTKIN, ESQ.
767 FIFTH AVE
NEW YORK, NY  10153

WHITE AND WILLIAMS LLP
ATTN: KAREL S. KARPE, ESQ.
ONE PENN PLAZA, SUITE 4110
NEW YORK, NY  10119

WILDMAN, HARROLD, ALLEN & DIXON
ATTN:  MICHAEL DOCKTERMAN, JONATHAN YOUNG,
  RENE FRIEDMAN
DIGITAS, INC., PUBLICIS GROUPE
  OPERATING DIV, LLC, ET AL
225 WEST WACKER DRIVE, SUITE 3000
CHICAGO, IL  60606

WILENTZ, GOLDMAN & SPITZER, P.A.
ATTN:  DEIRDRE WOULFE PACHECO, ESQ.
90 WOODBRIDGE CENTER DRIVE
SUITE 900, BOX 10
WOODBRIDGE, NJ  07095

WILENTZ, GOLDMAN & SPITZER, P.A.
ATTN:  LETITIA ACCARRINO, ESQ.
90 WOODBRIDGE CENTER DRIVE
SUITE 900, BOX 10
WOODBRIDGE, NJ  07095

WILLIAM T. GREEN, III, P.C.
ATTN:  WILLIAM T. GREEN III, ESQ.
11 GREENWAY PLAZA, SUITE 2820
HOUSTON, TX  77046

WILMER CUTLER PICKERING HALE AND DORR LLP
ATTN:  DENNIS L. JENKINS, ESQ.
60 STATE STREET
BOSTON, MA  02109

WILMER CUTLER PICKERING HALE AND DORR LLP
ATTN:  PHILIP D. ANKER & MELANIE J. DRITZ, ESQS
399 PARK AVENUE
NEW YORK, NY  10022

WINSTON & STRAWN LLP
ATTN: CAREY D. SCHREIBER, ESQ.
200 PARK AVENUE
NEW YORK, NY  10166

WINSTON & STRAWN LLP
ATTN: MATTHEW J. BOTICA & MINDY D. COHN & CAREY D.
SCHREIBER
35 WEST WACKER DRIVE
CHICAGO, IL  60601

WINSTON & STRAWN LLP
ATTN: STEVEN M. SCHWARTZ
200 PARK AVENUE
NEW YORK, NY  10166

WM. DAVID COFFEY & ASSOCIATES
ATTN:  WM. DAVID COFFEY, III & MARTIN ALANIZ
13810 FM 1826
AUSTIN, TX  78737

WOLFSON BOLTON PLLC
ATTN:  SCOTT A. WOLFSON, ESQ.
3150 LIVERNOIS RD., SUITE 275
TROY, MI  48083

WYLY-ROMMEL, PLLC
ATTN:  JAMES WYLY & SEAN ROMMEL
2311 MOORES LANE
TEXARKANA, TX  75503

ZEICHNER ELLMAN & KRAUSE LLP
ATTN:  STUART A. KRAUSE & BRYAN D. LEINBACH, ESQS
575 LEXINGTON AVENUE
NEW YORK, NY  10022