

**ADA COUNTY
PROSECUTING ATTORNEY**

**GREG H. BOWER**

200 W Front Street, Rm 3191
Boise, Idaho 83702

**CRIMINAL
DIVISION**

Phone (208) 287-7700
Fax (208) 287-7709

**CIVIL
DIVISION**

Phone (208) 287-7700
Fax (208) 287-7719

September 7, 2010

Clerk, The Garden City Group, Inc
Attn  Motors Liquidation Company Claims Processing
P O Box 9386
Dublin, OH  43017-4286

RE   General Motors Corporation
     Chapter 11, Southern New York Bankruptcy Case No  09-50026
     Parcel No  P1NATCARL01

Dear Clerk

Enclosed please find an original Withdrawal of Proof of Claim to be filed in the above-referenced Chapter 11 Case No  09-50026 (REG)   Also enclosed is a copy of the Withdrawal and a self-addressed stamped envelope   Please return to me a conformed copy

If you need any additional information, feel free to call me at (208) 287-7700

Sincerely,

**GREG H. BOWER**
Ada County Prosecuting Attorney

By   Ray J Chacko
     Deputy Prosecuting Attorney

RJC bt

Enclosure

Cc -  U S Trustee
      Harvey Miller, Esq

g \rjc\bankruptcy\general motors corporation\correspondence\withdrawal cover ltr2 doc



**GREG H. BOWER**
ADA COUNTY PROSECUTING ATTORNEY

**RAY J. CHACKO**
Deputy Prosecuting Attorney
Civil Division
200 W Front Street, Room 3191
Boise, ID 83702
(208) 287-7700
(208) 287-7719 (facsimile)
ISB No 5862

SEP 17 2010

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| In Re | ) | Case No. 09-50026 (REG) |
| | ) | |
| General Motors Corporation, et al , | ) | **WITHDRAWAL OF PROOF** |
| | ) | **OF CLAIM** |
| Debtors | ) | |
| | ) | |
| _____ | ) | |

COMES NOW, the Ada County Treasurer, by and through the Ada County Prosecuting Attorney's Office, and hereby moves this Court to withdraw the Proof of Claim for property taxes, for Parcel Number P1NACARL01, located in Ada County, Idaho, in the amount of $680 78, for the year 2009, filed with this Court on November 28, 2009, in the above Chapter 11  The Treasurer represents that all of the property taxes have been paid on this parcel for year 2009

DATED this 7th day of September, 2010

WITHDRAWAL OF PROOF OF CLAIM - Page 1
g \rjc\bankruptcy\general motors corporation\pleadings\withdrawal of proof of claim p1nalcarl01 doc

GREG H BOWER
Ada County Prosecuting Attorney

By    /s/ _____
Ray J Chacko
Deputy Prosecuting Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of September 2010, I served a true and correct copy of the foregoing WITHDRAWAL OF PROOF OF CLAIM to the following person(s) by the following method

U.S TRUSTEE                         ____ Hand Delivery
33 WHITEHALL STREET                  X   U S Mail
21ST FLOOR                          ____ Certified Mail
NEW YORK, NY 10004                  ____ Telecopy (FAX)


HARVEY R MILLER                     ____ Hand Delivery
WEIL, GOTSHAL & MANGES LLP           X   U S Mail
767 FIFTH AVENUE                    ____ Certified Mail
NEW YORK, NY 10153                  ____ Telecopy (FAX)


/s/ Bonnie Tomlinson
Bonnie Tomlinson, , Assistant

WITHDRAWAL OF PROOF OF CLAIM - Page 2
g \rjc\bankruptcy\general motors corporation\pleadings\withdrawal of proof of claim pl natcarl01 doc



ADA COUNTY
PROSECUTING ATTORNEY

GREG H BOWER

200 W Front Street, Rm 3191
Boise, Idaho 83702

PRESORTED
FIRST CLASS

Hasler

018H26516369
$00.539
09/07/2010
Mailed From 83702
US POSTAGE

Clerk, The Garden City Group, Inc
Attn Motors Liquidation Company Claims
Processing
P O Box 9386
Dublin, OH  43017-4286