September 16 2010

Clerk of the United States
Bankruptcy Court
District of New York

Honorable Robert E Gerber
Alexander Hamilton Custom House
One Bowling Green New York NY 10004

Case No 09-50026 (REG)
Motors Liquidation Company
General Motors Corporation
Hearing Date Oct. 21 2010
Objection Deadline Oct 14 2010

Dear Judge Robert E Gerber

I Belong to General Motors Corporation retirement plan I am writing you to make sure my retirement plan is not termination

Sincerely

Marcella I. Townsend
365 Iverson Way
Galloway Ohio
43119