151 Channel Court
Houghton Lake, Mich.
Sept. 18, 2010          48629

Honorable Robert E. Gerber
United States Bankruptcy Judge
Alexander Hamilton Custom House
One Bowling Green, Room 621
New York, New York 10004-1408

Dear Judge Gerber

Helen and I say Yes to the new 5% amendment on the New GM Common Stock. Even tho the Court and Others think of us as "little Complainers" We propose the Court change the Motor Liquidation Co. Stock (old GM Common) at a ratio of 10-1 into New GM Common Stock "B" with a value of 1/10th of the book value of New GM Common stock. The New GM Company is still supported by your and our Tax dollars. When and if the New GM pays a dividend they pay 1/10 dividend to the "B" stockholders — as each adding more value to the New GM Co. The "B" stock is subject to the new amendment also.

Thank You for Your consideration.
Sincerely Your
Edwin O. & Helen P. Doty