# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

SEP 21 2010

| Debtor Name and Case Number (Please check one) | ☒ Motors Liquidation Company, Case No 09-50026<br>☐ MLC of Harlem, Inc , Case No 09-13558<br>☐ MLCS, LLC, Case No 09-50027<br>☐ MLCS Distribution Corporation, Case No 09-50028<br>☐ Remediation and Liability Management Company, Inc., Case No 09-50029<br>☐ Environmental Corporate Remediation Company, Inc , Case No 09-50030 |
|---|---|
| Creditor Name and Address | Candy Black<br>Lot 202<br>94 Jamison Road Northwest<br>Washington Court House, OH 43160-9045 |
| Claim Number (if known) (either #19363 or #19364 KEEP please choose one) | 19363 |
| Date Claim Filed | 11/3/09 |
| Total Amount of Claim Filed (either #19363 for $42,000 or #19364 for $44,000 please choose one) | $ 42,000 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor

Dated  9-10-10

Candy Black  _Candy S Black_

Print Name  Candy S. Black

Title (if applicable)  Wife

1

U.S. POSTAGE PAID
WASHINGTON COURT O
43160
SEP 16 '10
$5.54
0006443711

43017

CERTIFIED MAIL

7010 0780 0000 6554 9013

THE Garden City Group, INC.
ATT: Motor Liquidation Company
P.O. Box 9386
Dublin, Ohio 43017-4286

43017 34255

RETURN RECEIPT REQUESTED

C. BLACK

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE