# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026 <br><br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br><br> ☐ MLCS, LLC, Case No. 09-50027 <br><br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br><br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | LARRY COMPTON TRUSTEE <br> ATTN DANIEL G BRUCE <br> BAXTER BRUCE & SULLIVAN PC <br> PO BOX 32819 <br> JUNEAU, AK, 99803 |
| Claim Number (if known): | 69623 |
| Date Claim Filed: | 12/03/2009 |
| Total Amount of Claim Filed: | $92,188.93 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: September 15, 2010

*[signature]*

Print Name:   Daniel Bruce

[RECEIVED SEP 21 2010 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK]

Title (if applicable):Attorney for Larry Compton, Trustee of Capitol Chevrolet, Inc., Debtor Case J07-00075 DMD

---

US_ACTIVE:¥43219392¥02¥72240.0639