September 16, 2010

Re: case No 09-50026

Claim No.1167

Chambers of Honorable Robert E. Berber, United State bankrupts Court, One Bowling Green , and room 621, New York , New York 10004-1408

Weil , Gotshal & Manges LLP, Attorneys for the debtors, 767 fifth Avenue , New York , New, York, 10153 Attention : Joseph H Smolinsky, ESQ.

Kramer Levin Naftalis & Frankel LLP attorney's for the statutory committee of unsecure creditors, 1177 Avenues of the Americas, New York, New York, 10036 Attention  Jeniffer Sharret, Esq.

Gentlemen:

Please find attached and e-mail I sent to Mr. Russell Brooks, Esq. and Mr. Krammer/ Levin of my objection to the notice to individual debt claim.

I also called Christ Watts Consultant for General Motors Liquidators, were he points to me that I do not have to do any this regarding to this claim above referenced. I was refer by a lady by the name of Alice when I call 703 -286-6401 who refuse to provide sufficient information.

Pardon for not properly addressing the issue of the Notice of Individual Notice of the Objection Debt Claims, but I do object . I am claiming $10,000 US dollars investment I did with Merrill Lynch,  Account No. W67-137180 symbol/cussip type 370442774, with a maturity date on 07/15/2041.

Hope to hear from you,

Miguel A. Villalobos, telephone 305-798-1515.

3840 SW 128 Avenue,

Miami, Florida, 33175

SEP 2 1 2010



Mr. Russell Books, Esq. or
Mr. Kramer/Levin:

I like to participate in the telephonic appearance for the case referenced above. My claim, I have General Motor Corp investment of original value of $10,000.00 US dollars with Merrill Lynch account no. W67-134180. Symbol/cusip account type 370442774 ; 07/15/2041 Please, walk me with this claim as I oject to the notice of Ojection to Individual Debt Claim.

My cellular telephone no. is 305-798-1515 and my work no. is 305-416-1460 in Miami Florida .

Sincerely,

Miguel A. Villalobos