**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
                                        :
In re                                   :          Chapter 11 Case No.
                                        :
MOTORS LIQUIDATION COMPANY, *et al.*,   :          09-50026 (REG)
        f/k/a General Motors Corp., *et al.*   :
                                        :
                       Debtors.         :          (Jointly Administered)
                                        :
----------------------------------------------------------------x

**NOTICE REGARDING**
**HEARINGS SCHEDULED FOR SEPTEMBER 24, 2010**
**AND ADJOURNMENT OF CERTAIN MATTERS**

PLEASE TAKE NOTICE that, as directed by the Bankruptcy Court and as

provided herein, the matters scheduled for September 24, 2010 at 9:45 a.m. (the "**September**

**24th Hearing**") will either be (i) submitted to the Bankruptcy Court for consideration or (ii)

adjourned.  **Accordingly, no hearing shall take place on September 24, 2010.**

I.      **MATTERS FOR WHICH THE DEBTORS WILL SUBMIT TO THE**
        **BANKRUPTCY COURT AN ORDER GRANTING THE REQUESTED**
        **RELIEF**

        A.      Motion of Debtors for Entry of Order Pursuant to 11 U.S.C. § 1121(d)
                Further Extending Exclusive Period in Which Debtor May Solicit
                Acceptances of a Chapter 11 Plan (the "**Extension of Exclusivity**
                **Motion**") [**Docket No. 6901**]

                <u>Responses Filed</u>:        None to date.

                <u>Replies Filed</u>:        None to date.

                <u>Additional Documents</u>:

                1.      Amended Notice of Hearing on Motion of Debtors for Entry of
                        Order Pursuant to 11 U.S.C. § 1121(d) Further Extending
                        Exclusive Period in Which Debtors May Solicit Acceptances of a
                        Chapter 11 Plan [**Docket No. 6903**]

**Status:**      The Debtors will submit to the Bankruptcy Court an order granting the Debtors' Extension of Exclusivity Motion.

B.      Second Motion of Debtors for Entry of Order Pursuant to 11 U.S.C. §§ 105(a) and 363 Resolving Disputes, Mutual Mistakes, and Ambiguities Arising Under Master Sale and Purchase Agreement (the "**Motion to Resolve Certain Disputes Under the MSPA**") [**Docket No. 6850**]

Responses Filed:      None to date.

Replies Filed:      None to date.

Additional Documents:      None to date.

**Status:**      The Debtors will submit to the Bankruptcy Court an order granting the Debtors' Motion to Resolve Certain Disputes Under the MSPA.

C.      Motion of Debtors for Entry of Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) Authorizing Exercise of Stock Powers to Approve Amendment to Certificate of Incorporation of General Motors Company (the "**Amendment of New GM's Charter Motion**") [**Docket No. 6817**]

Responses Filed:

1.      Response of Sharyl Y. Carter [**Docket No. 7068**] (the "**Carter Response**")

2.      Response of Edwin and Helen Doty in Support of the Debtors' Amendment of New GM's Charter Motion [Docket No. 7073] (the "**Doty Response**")

Replies Filed:      None to date.

Additional Documents:      None to date.

**Status:**      The Doty Response was filed in support of the Debtors' Amendment of New GM's Charter Motion. The Debtors do not consider the Carter Response to be a substantive objection. The Bankruptcy Court will consider the Debtors' Amendment of New GM's Charter Motion and the Carter Response upon submission.

II.    **DEBTORS' OMNIBUS OBJECTIONS TO CLAIMS**

The Debtors had scheduled a total of fifty-seven (57) omnibus objections to claims for the September 24th Hearing.  This includes eleven (11) omnibus objections to claims set forth in section II.A below, which have been carried over from prior hearings in which the Debtors and the corresponding objector(s) are still working out a resolution (collectively, the "**Continued Omnibus Objections to Claims**") and forty-six (46) omnibus objections to claims set forth in sections II.B through II.F below, which were originally scheduled for the September 24th Hearing (the "**September 24th Omnibus Objections to Claims**").

A.    *The Continued Omnibus Objections to Claims*

The following Continued Omnibus Objections to Claims have been adjourned to October 26, 2010 at 9:45 a.m. to the extent they are not resolved by the parties:

1.    Debtors' Seventeenth Omnibus Objection to Claims (Tax Claims Assumed by General Motors, LLC) [**Docket No. 5908**], with respect to Ohio Department of Taxation [**Docket No. 6107**], Department of Treasury of the State of Michigan [**Docket No. 6109**], and the Internal Revenue Service [**Informal Response**]

2.    Debtors' Eighteenth Omnibus Objection to Claims (Tax Claims Assumed by General Motors, LLC) [**Docket No. 5909**], with respect to City and County of San Francisco  [Informal Response]

3.    Debtors' Nineteenth Omnibus Objection to Claims (Tax Claims Assumed by General Motors, LLC) [**Docket No. 5911**], with respect to Fulton County Tax Commissioner [**Docket No. 6204**]

4.    Debtors' Twenty-Third Omnibus Objection to Claims (Claims Assumed by General Motors, LLC) [**Docket No. 5993**], with respect to Consumers Energy Company [**Informal Response**],

Impact Group [**Docket No. 6240**], and OCE North America, Inc. [**Docket No. 6270**]

5.     Debtors' Twenty-Seventh Omnibus Objection to Claims (Incorrectly Classified Claims) [**Docket No. 6250**], with respect to Rachel Kulis/Simpson [**Docket No. 6447**], Leon Johnson [**Docket No. 6446**], Marvin Echols [**Docket No. 6445**], Doyle Carmack [**Docket No. 6475**], Deborah Dilks [**Docket No. 6510**], and Michael T. Jones [**Docket No. 6513**]

6.     Debtors' Twenty-Eighth Omnibus Objection to Claims (Incorrectly Classified Claims) [**Docket No. 6251**], with respect to Acument Global Technologies, Inc. [**Docket No. 6453**]

7.     Debtors' Twenty-Ninth Omnibus Objection to Claims (Incorrectly Classified Claims) [**Docket No. 6252**], with respect to 295 Park Avenue [**Docket No. 6454**], Demassi Cadillac Co. Inc. [**Docket No. 6454**], Demassi Enterprises [**Docket No. 6454**], Barbara Allen [**Docket No. 6444**], Donna Santi [**Docket No. 6444**], and Brenda Digiandomenico [**Docket No. 6444**]

8.     Debtors' Thirtieth Omnibus Objection to Claims (Incorrectly Classified Claims) [**Docket No. 6253**], with respect John L. Remsen Personal Representative [**Docket No. 6454**], Pauline Demassi [**Docket No. 6454**], Nichole Brown [**Docket No. 6444**], Kelly Castillo [**Docket No. 6444**], and Lakinchapman LLC [**Docket No. 6444**]

9.     Debtors' Thirty-Second Omnibus Objection to Claims (Incorrectly Classified Claims) [**Docket No. 6255**], with respect to Robert A. Demassi Executor [**Docket No. 6454**], Valerie Evans [**Docket No. 6444**], and First United Inc. [**Docket No. 6978**] (Omnibus Objection to be withdrawn)

10.     Debtors' Thirty-Seventh Omnibus Objection to Claims (Claims with Insufficient Documentation) [**Docket No. 6260**], with respect to Hayman Management Co. [**Informal Response**]

11.     Debtors' Thirty-Eighth Omnibus Objection to Claims (Tax Claims assumed by General Motors, LLC) [**Docket No. 6261**], with respect to City of New York Department of Finance [**Informal Response**]

B.    *Omnibus Objection to Dealership Claims*

    1.    Debtors' Thirty-Ninth Omnibus Objection to Claims (Dealership Claims) [**Docket No. 6646**]

    <u>**Status:**</u>    The Debtors will submit to the Bankruptcy Court an order granting the Omnibus Objection to Dealership Claims with respect to all claimants who did not file a response before the response deadline or whose objection was resolved after communications with the Debtors and will adjourn the matter with respect to those who did file a response that remains unresolved.  A detailed list of the current status of the Omnibus Objection to Dealership Claims is set forth on **Exhibit "II.B"** annexed hereto.

C.    *Omnibus Objection to Beneficial Bondholder Claims*

    1.    Debtors' Fortieth Omnibus Objection to Claims (Duplicate Debt Claims) [**Docket No. 6650**]

    2.    Debtors' Forty-First Omnibus Objection to Claims (Duplicate Debt Claims) [**Docket No. 6651**]

    3.    Debtors' Forty-Second Omnibus Objection to Claims (Duplicate Debt Claims) [**Docket No. 6652**]

    4.    Debtors' Forty-Third Omnibus Objection to Claims (Duplicate Debt Claims) [**Docket No. 6653**]

    5.    Debtors' Forty-Fourth Omnibus Objection to Claims (Duplicate Debt Claims) [**Docket No. 6654**]

    6.    Debtors' Forty-Fifth Omnibus Objection to Claims (Duplicate Debt Claims) [**Docket No. 6655**]

    7.    Debtors' Forty-Sixth Omnibus Objection to Claims (Duplicate Debt Claims) [**Docket No. 6656**]

    8.    Debtors' Forty-Seventh Omnibus Objection to Claims (Duplicate Debt Claims) [**Docket No. 6657**]

    9.    Debtors' Forty-Eighth Omnibus Objection to Claims (Duplicate Debt Claims) [**Docket No. 6658**]

    10.    Debtors' Forty-Ninth Omnibus Objection to Claims (Duplicate Debt Claims) [**Docket No. 6659**]

11.    Debtors' Fiftieth Omnibus Objection to Claims (Duplicate Debt Claims) [**Docket No. 6660**]

12.    Debtors' Fifty-First Omnibus Objection to Claims (Duplicate Debt Claims) [**Docket No. 6661**]

13.    Debtors' Fifty-Second Omnibus Objection to Claims (Duplicate Debt Claims) [**Docket No. 6662**]

14.    Debtors' Fifty-Third Omnibus Objection to Claims (Duplicate Debt Claims) [**Docket No. 6663**]

15.    Debtors' Fifty-Fourth Omnibus Objection to Claims (Duplicate Debt Claims) [**Docket No. 6664**]

16.    Debtors' Fifty-Fifth Omnibus Objection to Claims (Duplicate Debt Claims) [**Docket No. 6665**]

17.    Debtors' Fifty-Sixth Omnibus Objection to Claims (Duplicate Debt Claims) [**Docket No. 6666**]

18.    Debtors' Fifty-Seventh Omnibus Objection to Claims (Duplicate Debt Claims) [**Docket No. 6667**]

19.    Debtors' Fifty-Eighth Omnibus Objection to Claims (Duplicate Debt Claims) [**Docket No. 6668**]

20.    Debtors' Fifty-Ninth Omnibus Objection to Claims (Duplicate Debt Claims) [**Docket No. 6669**]

21.    Debtors' Sixtieth Omnibus Objection to Claims (Duplicate Debt Claims) [**Docket No. 6670**]

22.    Debtors' Sixty-First Omnibus Objection to Claims (Duplicate Debt Claims) [**Docket No. 6671**]

23.    Debtors' Sixty-Second Omnibus Objection to Claims (Duplicate Debt Claims) [**Docket No. 6672**]

24.    Debtors' Sixth-Third Omnibus Objection to Claims (Duplicate Debt Claims) [**Docket No. 6673**]

25.    Debtors' Sixty-Fourth Omnibus Objection to Claims (Duplicate Debt Claims) [**Docket No. 6674**]

26.    Debtors' Sixty-Fifth Omnibus Objection to Claims (Duplicate Debt Claims) [**Docket No. 6675**]

27.    Debtors' Sixty-Sixth Omnibus Objection to Claims (Duplicate Debt Claims) [**Docket No. 6676**]

28.    Debtors' Sixty-Seventh Omnibus Objection to Claims (Duplicate Debt Claims) [**Docket No. 6677**]

29.    Debtors' Sixty-Eighth Omnibus Objection to Claims (Duplicate Debt Claims) [**Docket No. 6678**]

30.    Debtors' Sixty-Ninth Omnibus Objection to Claims (Duplicate Debt Claims) [**Docket No. 6679**]

31.    Debtors' Seventieth Omnibus Objection to Claims (Duplicate Debt Claims) [**Docket No. 6680**]

32.    Debtors' Seventy-First Omnibus Objection to Claims (Duplicate Debt Claims) [**Docket No. 6681**]

33.    Debtors' Seventy-Second Omnibus Objection to Claims (Duplicate Debt Claims) [**Docket No. 6682**]

34.    Debtors' Seventy-Third Omnibus Objection to Claims (Duplicate Debt Claims) [**Docket No. 6683**]

35.    Debtors' Seventy-Fourth Omnibus Objection to Claims (Duplicate Debt Claims) [**Docket No. 6684**]

36.    Debtors' Seventy-Fifth Omnibus Objection to Claims (Duplicate Debt Claims) [**Docket No. 6685**]

37.    Debtors' Seventy-Sixth Omnibus Objection to Claims (Duplicate Debt Claims) [**Docket No. 6686**]

**<u>Status:</u>**    The Debtors will submit to the Bankruptcy Court an order granting the Omnibus Objection to Beneficial Bondholder Claims with respect to all claimants who did not file a response before the response deadline or whose objection was resolved after communications with the Debtors and will adjourn the matter with respect to those who did file a response that remains unresolved.  A detailed list of the current status of the Omnibus Objection to Beneficial Bondholder Claims is set forth on **Exhibit "II.C"** annexed hereto.

D.     *Omnibus Objection to Property Damage Claims*

1.     Debtors' Seventy-Seventh Omnibus Objection to Claims (Property Damage Claims) [**Docket No. 6693**]

Responses Filed:              None to date.

**Status:**     The Debtors will submit to the Bankruptcy Court an order granting the Omnibus Objection to Property Damage Claims.

E.     *Omnibus Objection to Workers' Compensation Claims in Retained States*

1.     Debtors' Seventy-Eighth Omnibus Objection to Claims (Workers' Compensation Claims in Retained States - Georgia) [**Docket No. 6715**]

2.     Debtors' Seventy-Ninth Omnibus Objection to Claims (Workers' Compensation Claims in Retained States - New Jersey) [**Docket No. 6716**]

Responses Filed:              None to date.

**Status:**     The Debtors will submit to the Bankruptcy Court an order granting the Omnibus Objection to Workers' Compensation Claims in Retained States.

F.     *Omnibus Objection to Employee-Related Claims*

1.     Debtors' Eightieth Omnibus Objection to Claims (Supplemental Executive Retirement Benefits Claims of Former Executive Employees) [**Docket No. 6737**]

2.     Debtors' Eighty-First Omnibus Objection to Claims (Qualified Defined Benefit Pension Benefits Claims of Former Salaried and Hourly Employees) [**Docket No. 6738**]

3.     Debtors' Eighty-Second Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) [**Docket No. 6739**]

4.     Debtors' Eighty-Third Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) [**Docket No. 6740**]

5.      Debtors' Eighty-Fourth Omnibus Objection to Claims (Splinter
        Union Employee Claims Assumed by General Motors, LLC)
        [**Docket No. 6741**]

**Status:**         The Debtors will submit to the Bankruptcy Court an order
                    granting the Omnibus Objection to Employee-Related
                    Claims with respect to all claimants who did not file a
                    response before the response deadline or whose objection
                    was resolved after communications with the Debtors and
                    will adjourn the matter with respect to those who did file a
                    response that remains unresolved.  A detailed list of the
                    current status of the Omnibus Objection to Employee-
                    Related Claims is set forth on **Exhibit "II.F"** annexed
                    hereto.

## III.    INTERIM FEE APPLICATIONS

1.      Third Application of Weil, Gotshal & Manges LLP, as Attorneys
        for the Debtors, for Interim Allowance of Compensation for
        Professional Services Rendered and Reimbursement of Actual and
        Necessary Expenses Incurred from February 1 2010 through May
        31, 2010 (the "**Weil Fee Application**") [**Docket No. 6554**]

Responses Filed:

        a.      Fee Examiner's Report and Statement of Limited Objection
                to the Weil Fee Application [**Docket No. 6984**]

        b.      Response of the United States Trustee Regarding Third
                Interim Applications for Compensation and
                Reimbursement of Expenses [**Docket No. 6989**]

        c.      Fee Examiner's Summary and Recommendations [**Docket
                No. 7009**]

Replies Filed:              None to date.

Additional Documents:       None to date.

**Status:**         This matter is adjourned to October 26, 2010 at 9:45 a.m.

2.      First Interim Quarterly Application of Caplin & Drysdale,
        Chartered for Interim Compensation and Reimbursement of
        Expenses with Respect to Services Rendered as Counsel to the
        Official Committee of Unsecured Creditors Holdings Asbestos-

Related Claims for the Period October 6, 2009 through May 31, 2010 (the "**Caplin Application**") [**Docket No. 6553**]

Responses Filed:

a.    Fee Examiner's Report and Statement of Limited Objection to the Caplin Application [**Docket No. 6980**]

b.    Response of the United States Trustee Regarding Third Interim Applications for Compensation and Reimbursement of Expenses [**Docket No. 6989**]

c.    Fee Examiner's Amended Report and Statement of Limited Objection to the First Interim Fee Application of Caplin & Drysdale, Chartered [Amends Docket No. 6980] [**Docket No. 7006**]

d.    Fee Examiner's Summary and Recommendations [**Docket No. 7009**]

Replies Filed:            None to date.

Additional Documents:            None to date.

**Status:**            This matter is adjourned to October 26, 2010 at 9:45 a.m.

3.    Third Interim Application of the Claro Group, LLC, for Allowance of Compensation and Reimbursement of Expenses for the Period February 1, 2010 – May 31, 2010 (the "**Claro Group Application**") [**Docket No. 6506**]

Responses Filed:

a.    Fee Examiner's Report and Statement of Limited Objection to the Claro Group Application [**Docket No. 6974**]

b.    Response of the United States Trustee Regarding Third Interim Applications for Compensation and Reimbursement of Expenses [**Docket No. 6989**]

c.    Fee Examiner's Summary and Recommendations [**Docket No. 7009**]

Replies Filed:            None to date.

Additional Documents:         None to date.


**Status:**         This matter is adjourned to October 26, 2010 at 9:45 a.m.

4.         First Interim Application of Dean M. Trafelet, in His Capacity as
         Legal Representative for Future Asbestos Personal Injury
         Claimants, for Allowance of Interim Compensation and
         Reimbursement of Expenses Incurred for the Period from
         November 13, 2009 through May 31, 2010  (the "**Trafelet
         Application**")[**Docket No. 6350**]

Responses Filed:

         a.         Fee Examiner's Report and Statement of Limited Objection
                   to the Trafelet Application [**Docket No. 6975**]

         b.         Response of the United States Trustee Regarding Third
                   Interim Applications for Compensation and
                   Reimbursement of Expenses [**Docket No. 6989**]

         c.         Fee Examiner's Summary and Recommendations [**Docket
                   No. 7009**]

Replies Filed:         None to date.

Additional Documents:         None to date.


**Status:**         This matter is adjourned to October 26, 2010 at 9:45 a.m.

5.         Third Interim Application of Kramer, Levin Naftalis & Frankel
         LLP, as Counsel for the Official Committee of Unsecured
         Creditors, for Allowance of Compensation for Professional
         Services Rendered and for Reimbursement of Actual and
         Necessary Expenses Incurred for the Period February 2, 2010
         through May 31, 2010 (the "**Kramer Application**" [**Docket No.
         6538**]

Responses Filed:

         a.         Fee Examiner's Report and Statement of Limited Objection
                   to the Kramer Application [**Docket No. 6979**]

         b.         Response of the United States Trustee Regarding Third
                   Interim Applications for Compensation and
                   Reimbursement of Expenses [**Docket No. 6989**]

         c.      Fee Examiner's Summary and Recommendations [**Docket No. 7009**]

Replies Filed:         None to date.

Additional Documents:      None to date.

**Status:**      This matter is adjourned to October 26, 2010 at 9:45 a.m.

6.      Second Application of Plante & Moran, PLLC, as Accountants for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from February 1, 2010 through May 31, 2010 (the "**Plante Application**") [**Docket No. 6527**]

Responses Filed:

         a.      Fee Examiner's Report and Statement of Limited Objection to Plante Application [**Docket No. 6977**]

         b.      Response of the United States Trustee Regarding Third Interim Applications for Compensation and Reimbursement of Expenses [**Docket No. 6989**]

         c.      Fee Examiner's Summary and Recommendations [**Docket No. 7009**]

Replies Filed:         None to date.

Additional Documents:      None to date.

**Status:**      This matter is adjourned to October 26, 2010 at 9:45 a.m.

7.      First Interim Application of Stutzman, Bromberg, Esserman & Plifka, a Professional Corporation, for Allowance of Interim Compensation and Reimbursement of Expenses Incurred as Counsel for Dean M. Trafelet in his Capacity as Legal Representative for Future Asbestos Personal Injury Claimants for the Period from February 24, 2010 through May 31, 2010 (the "**Stutzman Application**") [**Docket No. 6352**]

Responses Filed:

         a.      Fee Examiner's Report and Statement of Limited Objection to the Stutzman Application [**Docket No. 6976**]

       b.      Response of the United States Trustee Regarding Third Interim Applications for Compensation and Reimbursement of Expenses [**Docket No. 6989**]

       c.      Fee Examiner's Summary and Recommendations [**Docket No. 7009**]

<u>Replies Filed</u>:      None to date.

<u>Additional Documents</u>:      None to date.

**<u>Status</u>:**      This matter is adjourned to October 26, 2010 at 9:45 a.m.

8.      Third Interim Fee Application of Brownfield Partners, LLC as Environmental Consultants to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2010 through May 31, 2010 [**Docket No. 6541**]

<u>Responses Filed</u>:

       a.      Fee Examiner's Preliminary Report on the Third Interim Fee Application of Brownfield Partners, LLC [**Docket No. 6973**]

       b.      Response of the United States Trustee Regarding Third Interim Applications for Compensation and Reimbursement of Expenses [**Docket No. 6989**]

       c.      Fee Examiner's Summary and Recommendations [**Docket No. 7009**]

<u>Replies Filed</u>:      None to date.

<u>Additional Documents</u>:      None to date.

**<u>Status</u>:**      This matter is adjourned to October 26, 2010 at 9:45 a.m.

IV.    **OTHER ADJOURNED MATTERS**

    A.    *Objection to Apartheid Claims*

       1.      Debtors' (i) Objection to Proofs of Claim Nos. 1206, 7587, and 10162 and, in the Alternative, (ii) Motion to Estimate Proofs of Claim Nos. 1206, 7587, and 10162 [**Docket No. 5845**] (the "**Apartheid Objection**")

Responses Filed:

2.      Response of Class Plaintiffs on Behalf of Balintulo And Botha
        Plaintiffs to Debtors' Apartheid Objection [**Docket No. 6097**] (the
        "**Apartheid Response**")

Replies Filed:

3.      Debtors' Reply to Apartheid Response and in the Alternative
        Motion to Estimate Proofs of Claim Nos. 1206, 7587, and 10162,
        and Response to Cross-Motion under Rule 9014 for Rule 7023
        Class Treatment [**Docket No. 6305**] ("**Debtors' Reply**")

4.      Class Plaintiffs' Response to Debtors' Reply [**Docket No. 6317**]

Additional Documents:  None to date.


**Status:**        This matter has been adjourned to November 9, 2010 at
                   2:00 p.m.

B.      *Anonymity Protocol*

        1.      Statement of the Official Committee of Unsecured Creditors
                Holding Asbestos-Related Claims Regarding the Anonymity
                Protocol [**Docket No. 6909**]

        Submissions Filed:

        2.      Letter filed by Stephen M. Juris on behalf of Multiple Objecting
                Section 524(g) Asbestos Trusts [**Docket No. 6911**]

        3.      Letter of the Official Committee of Unsecured Creditors [**Docket
                No. 6913**]

        4.      Letter of the Official Committee of Unsecured Creditors Holding
                Asbestos-Related Claims [**Docket No. 6982**]

        5.      Letter of the Debtors [**Docket 7007**]

        Responses Filed:

        6.      Letter of the Official Committee of Unsecured Creditors in
                Response to Letter of the Official Committee of Unsecured
                Creditors Holding Asbestos-Related Claims [**Docket No. 7012**]

Additional Documents:

7.    Order Pursuant to Bankruptcy Rule 2004 Authorizing the Official Committee of Unsecured Creditors of Motors Liquidation Company to Obtain Discovery from (i) the Claims Processing Facilities for Certain Trusts Created Pursuant to Bankruptcy Code Section 524(g), (ii) the Trusts, and (iii) General Motors LLC and the Debtors, dated August 24, 2010 [**Docket No. 6749**]

**Status:**    This matter is adjourned to October 21, 2010 at 2:00 p.m.

C.    Debtors' Third Omnibus Motion Pursuant to 11 U.S.C § 365 to Reject Certain Unexpired Leases of Nonresidential Real Property (Tricon Verizon Leasing Only) [**Docket No. 3044**]

Responses Filed:    None to date.

Replies Filed:    None to date.

Additional Documents:

1.    Order Granting Debtors' Third Omnibus Motion Pursuant to 11 U.S.C § 365 to Reject Certain Unexpired Leases of Nonresidential Real Property [**Docket No. 4182**]

**Status:**    This matter is adjourned to October 26, 2010 at 9:45 a.m.

D.    Motion of Shreveport Red River Utilities, LLC for Allowance and Payment of Post-petition Claim and Motion to Enforce Adequate Assurance of Payment Agreement Pursuant to 11 U.S.C. § 366(c) [**Docket No. 4527**]

Responses Filed:    None to date.

Replies Filed:    None to date.

Additional Documents:    None to date.

**Status:**    This matter is adjourned to October 26, 2010 at 9:45 a.m.

E.    Deutsche Bank AG's Motion for Relieve from Automatic Stay to Effect Setoff [**Docket No. 4529**]

Responses Filed:

1.      Debtors' Objection to Deutsche Bank AG's Motion for Relief from
        Automatic Stay to Effect Setoff and Cross-Motion for Immediate
        Payment [**Docket No. 6067**]

Replies Filed:

2.      Deutsche Bank AG's Reply in Further Support of the Motion for
        Relief from Automatic Stay to effect Setoff and Objection to
        Debtors' Cross-Motion for Immediate Payment [**Docket No. 6319**]

Additional Document(s):

**Status**:        This matter is adjourned to November 18, 2010 at 9:45 a.m.

F.      Motion of General Motors LLC to Enforce 363 Sale Order and Approved
        Deferred Termination Agreement [**Docket No. 6891**]

Responses Filed:

Replies Filed:                    None to date.

Additional Documents:

1.      Part I of Motion of General Motors LLC Pursuant to 11 U.S.C.
        § § 105 and 363 to Enforce 363 Sale Order and Approved Deferred
        Termination (Wind-Down) Agreement [**Docket No. 6892**]

2.      Part II of Motion of General Motors LLC Pursuant to 11 U.S.C.
        § § 105 and 363 to Enforce 363 Sale Order and Approved Deferred
        Termination (Wind-Down) Agreement [**Docket No. 6893**]

**Status:**        This matter is adjourned to October 4, 2010 at 11:30 a.m.

G.      Boyd Bryant's Motion for an Order Allowing Plaintiffs to File a Class
        Proof of Claim [**Docket No. 4560**]

Responses Filed:                  None to date.

Replies Filed:                    None to date.

Additional Documents:

1.      Memorandum of Law and Evidence in Support of Debtors' Motion
        for Preliminary Approval of Settlement, Including Claims
        Estimation, for Conditional Certification of Settlement Class, to
        Approve Cash Disbursement and Forms of Notice, and to Set
        Fairness Hearing [**Docket No. 6443**] (the "**Settlement Brief**")

**Status:**    This matter is adjourned to October 26, 2010 at 9:45 a.m. in light of the Settlement Brief which will be heard on the same day.

## V.    RESOLVED MATTERS

A.    General Motors, LLC's Motion (I) for Declaratory Relief Regarding the Status of a Certain Sublease or, in the Alternative, Relief from the Assumption and Assignment of a Certain Sublease to GM Pursuant to Rule 60(b) and (II) to Rescind the Agreement to Resolve Objection to Cure Notice Between GM and Knowledge Learning Corporation ("**New GM's Reconsideration Motion**") **[Docket No. 4895]**

Responses Filed:

1.    Knowledge Learning Corporation's Response **[Docket No. 5405]**

Replies Filed:

2.    Reply of General Motors, LLC's Reply **[Docket No. 5595]**

Additional Documents:

3.    Statement of the Creditors' Committee in connection with New GM's Reconsideration Motion **[Docket No. 5598]**

4.    Debtors' Statement in connection with New GM's Reconsideration Motion **[Docket No. 5603]**

**Status:**    A stipulation has been submitted by the parties resolving this matter.

## VI.    WITHDRAWN MATTERS

A.    Julie and David Brittingham's Application for an Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing and Directing (A) the Production of Documents and (B) the Oral Examination of Individuals Designated by the Debtors and Believed to Have Knowledge of the Relevant Matters **[Docket Nos. 3664, 3665]**

Responses Filed:        None to date.

Replies Filed:        None to date.

Additional Document(s):

1.      Withdrawal, Without Prejudice, of the Application of Julie and
        David Brittingham for an Order Pursuant to Rule 2004 of the
        Federal Rules of Bankruptcy Procedure Authorizing and Directing
        (A) the Production of Documents and (B) the Oral Examination of
        Individuals Designated by the Debtors and Believed to Have
        Knowledge of the Relevant Matters [**Docket No. 6962**]

**Status:**      This matter has been withdrawn.


Dated: New York, New York
       September 24, 2010


                              /s/ Joseph H. Smolinsky
                              Harvey R. Miller
                              Stephen Karotkin
                              Joseph H. Smolinsky

                              WEIL, GOTSHAL & MANGES LLP
                              767 Fifth Avenue
                              New York, New York 10153
                              Telephone: (212) 310-8000
                              Facsimile: (212) 310-8007

                              Attorneys for Debtors
                              and Debtors in Possession

**Exhibit II.B**

| Omnibus Objection | Type of Response | Docket No. | Objector | Status |
|---|---|---|---|---|
| Debtors' Thirty-Ninth Omnibus Objection to Claims (Dealership Claims) | Formal | 7034 | Gardner Chevrolet-Oldsmobile-Cadillac, Inc. | Adjourned to October 26, 2010 at 9:45 a.m. |
| Debtors' Thirty-Ninth Omnibus Objection to Claims (Dealership Claims) | Formal | 6987 | Serra Chevrolet, Inc. | Adjourned to October 26, 2010 at 9:45 a.m. |
| Debtors' Thirty-Ninth Omnibus Objection to Claims (Dealership Claims) | Formal | 7008 | West Covina Motors, Inc. | Adjourned to October 26, 2010 at 9:45 a.m. |
| Debtors' Thirty-Ninth Omnibus Objection to Claims (Dealership Claims) | Formal | 7035 | Coral Cadillac Inc. | Adjourned to October 26, 2010 at 9:45 a.m. |

**Exhibit II.C**

| Omnibus Objection | Type of Response | Docket No. | Objector | Status |
|---|---|---|---|---|
| Debtors' Forty-Eighth Omnibus Objection to Claims (Duplicate Debt Claims) | Informal | N/A | Eduardo Latour & Janelle Latour | **Resolved.** The Debtors will submit to the Bankruptcy Court an order granting the Omnibus Objection to Beneficial Bondholder Claims with respect to this claimant. |
| Debtors' Seventy-Third Omnibus Objection to Claims (Duplicate Debt Claims) | Informal | N/A | Thomas W. Davis | **Resolved.** The Debtors will submit to the Bankruptcy Court an order granting the Omnibus Objection to Beneficial Bondholder Claims with respect to this claimant. |
| Debtors' Sixty-First Omnibus Objection to Claims (Duplicate Debt Claims) | Formal | 7032 | Mario and Angela Torraca | Does not oppose Debtors' Omnibus Objection. The Debtors will submit to the Bankruptcy Court an order granting the Omnibus Objection to Beneficial Bondholder Claims with respect to this claimant. |
| Debtors' Seventy-First Omnibus Objection to Claims (Duplicate Debt Claims) | Formal | 7040 | Sharyn F. Weinstein | Adjourned to October 26, 2010 at 9:45 a.m. |
| Debtors' Forty-Seventh Omnibus Objection to Claims (Duplicate Debt Claims) | Formal | 6956 | Helga Harm | Adjourned to October 26, 2010 at 9:45 a.m. |
| Debtors' Fiftieth Omnibus Objection to Claims (Duplicate Debt Claims) | Informal | N/A | Frank Kubic | **Resolved.** The Debtors will submit to the Bankruptcy Court an order granting the Omnibus Objection to Beneficial Bondholder Claims with respect to this claimant. |
| Debtors' Sixty-Fifth Omnibus Objection to Claims (Duplicate Debt Claims) | Formal | 7028 | Diane Zonas and Nick Zonas | Adjourned to October 26, 2010 at 9:45 a.m. |
| Debtors' Forty-Ninth Omnibus Objection to Claims (Duplicate Debt Claims) | Formal | 6899 | Frances Caterina | Adjourned to October 26, 2010 at 9:45 a.m. |

| Omnibus Objection | Type of Response | Docket No. | Objector | Status |
|---|---|---|---|---|
| Debtors' Sixty-Ninth Omnibus Objection to Claims (Duplicate Debt Claims) | Formal | 7030, 7031 | Robert Slatus | **Resolved.** The Debtors will submit to the Bankruptcy Court an order granting the Omnibus Objection to Beneficial Bondholder Claims with respect to this claimant. |
| Debtors' Forty-Third Omnibus Objection to Claims (Duplicate Debt Claims) | Informal | N/A | Quentin and Phyllis I. Bowman | **Resolved.** The Debtors will submit to the Bankruptcy Court an order granting the Omnibus Objection to Beneficial Bondholder Claims with respect to this claimant. |
| Debtors' Fifty-Second Omnibus Objection to Claims (Duplicate Debt Claims) | Formal | 7025 | Herbert Bergman | **Resolved.** The Debtors will submit to the Bankruptcy Court an order granting the Omnibus Objection to Beneficial Bondholder Claims with respect to this claimant. |
| Debtors' Sixty-First Omnibus Objection to Claims (Duplicate Debt Claims) | Formal | 7071 | Marianne Lisenko | Adjourned to October 26, 2010 at 9:45 a.m. |
| Debtors' Sixty-Third Omnibus Objection to Claims (Duplicate Debt Claims) | Formal | 7080 | Miguel A. Villalobos | Adjourned to October 26, 2010 at 9:45 a.m. |
| Debtors' Seventy-Third Omnibus Objection to Claims (Duplicate Debt Claims) | Informal | N/A | Theda Greenberg | Does not oppose Debtors' Omnibus Objection. The Debtors will submit to the Bankruptcy Court an order granting the Omnibus Objection to Beneficial Bondholder Claims with respect to this claimant. |
| Debtors' Forty-Eighth Omnibus Objection to Claims (Duplicate Debt Claims) | Informal | N/A | Emanuel Maroulakis | Does not oppose Debtors' Omnibus Objection. The Debtors will submit to the Bankruptcy Court an order granting the Omnibus Objection to Beneficial Bondholder Claims with respect to this claimant. |
| Debtors' Sixty-Third Omnibus Objection to Claims (Duplicate Debt Claims) | Informal | N/A | MLPFS Cust James A. Locke IRRA | Does not oppose Debtors' Omnibus Objection. The Debtors will submit to the Bankruptcy Court an order granting the Omnibus Objection to Beneficial Bondholder Claims with respect to this claimant. |

| Omnibus Objection | Type of Response | Docket No. | Objector | Status |
|---|---|---|---|---|
| Debtors' Sixty-Third Omnibus Objection to Claims (Duplicate Debt Claims) | Informal | N/A | James A. Locke | Does not oppose Debtors' Omnibus Objection. The Debtors will submit to the Bankruptcy Court an order granting the Omnibus Objection to Beneficial Bondholder Claims with respect to this claimant. |

**Exhibit II.F**

| Omnibus Objection | Type of Response | Docket No. | Objector | Status |
|---|---|---|---|---|
| Debtors' Eightieth Omnibus Objection to Claims (Supplemental Executive Retirement Benefits Claims of Former Executive Employees) | Informal | N/A | Joyce Hartom | Adjourned to October 26, 2010 at 9:45 a.m. |
| Debtors' Eighty-Second Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) | Informal | N/A | Joe Richardson, Sr. | Adjourned to October 26, 2010 at 9:45 a.m. |
| Debtors' Eighty-Second Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) | Informal | N/A | Frances T. Felice | Adjourned to October 26, 2010 at 9:45 a.m. |
| Debtors' Eighty-Second Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) | Formal | 7022 | Walter J. Lawrence | Adjourned to October 26, 2010 at 9:45 a.m. |
| Debtors' Eighty-Third Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) | Informal | N/A | Joyce Hartom (4 proofs of claim) | Adjourned to October 26, 2010 at 9:45 a.m. |
| Debtors' Eighty-Third Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) | Informal | N/A | Balkrishna R. Patel | Adjourned to October 26, 2010 at 9:45 a.m. |
| Debtors' Eighty-Third Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) | Informal | N/A | Robert R Hickman | Adjourned to October 26, 2010 at 9:45 a.m. |
| Debtors' Eighty-Third Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) | Informal | N/A | Darlene M Schneider (2 proofs of claim) | Adjourned to October 26, 2010 at 9:45 a.m. |

| Omnibus Objection | Type of Response | Docket No. | Objector | Status |
|---|---|---|---|---|
| Debtors' Eighty-Third Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) | Formal | 6972, 7076 | Linda K Bellaire | Adjourned to October 26, 2010 at 9:45 a.m. |
| Debtors' Eighty-Third Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) | Informal | N/A | David E Turner (2 proofs of claim) | Adjourned to October 26, 2010 at 9:45 a.m. |
| Debtors' Eighty-Third Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) | Informal | N/A | Calvin H Purnell | Adjourned to October 26, 2010 at 9:45 a.m. |
| Debtors' Eighty-Third Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) | Formal | 6968 | Alfred Mcmullen | Adjourned to October 26, 2010 at 9:45 a.m. |
| Debtors' Eighty-Third Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) | Formal | 7044 | Paul Hansen | Adjourned to October 26, 2010 at 9:45 a.m. |
| Debtors' Eighty-Third Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) | Formal | 7074 | Joseph Cobble Jr. | Adjourned to October 26, 2010 at 9:45 a.m. |