# SHIRLEY E. DUNBAR

## 461 GYPSY LANE #66C

## YOUNGSTOWN, OHIO 44504

# OBJECTION TO

### RE: MOTION/M-242 AND ALL MOTIONS MENTIONED AND PERTAINING TO MOTION/M-242

### ATTACHED:

# OBJECTION STATEMENT

### TO: UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK CHAPTER 11 CASE NO. 09-50026 (REG)

ONLY THOSE ATTORNEYS WHO PRACTICE SUBTERFUGE AND DECEPTION WOULD HAVE THE AUDACITY TO SUBMIT A MOTION SUCH AS M-242 AND ALL MOTIONS THERE-IN.

IT'S PURPOSELY WRITTEN TO USURP THE AUTONOMY OF CLAIMANT/CLAIMANTS AND TRANSFER COMPLETE AUTONOMY TO THE ATTORNEY/ATTORNEYS OF SAID CLAIMANT/CLAIMANTS.

CLAIMANT/CLAIMANTS AFTER READING THE MOTION/M-242 AND ALL ADDITIONAL MOTIONS CONTAINED THEREIN HAS CONCLUDED THAT ONLY LAWYERS/ATTORNEYS WOULD UNDERSTAND THE LEGALESE.

GIVEN YOUR PROCEDURE TO AVALANCHE CLAIMANT/CLAIMANTS IN 74 PAGES OF PAPERWORK WHICH I REQUESTED AND HAVE NOT RECEIVED TIMELY, THERE ISN'T ANY WAY A CLAIMANT/CLAIMANTS WOULD UNDERSTAND MOTION, M-242 OR ALL ADDITIONAL MOTIONS WITHOUT A LAW DEGREE.

THIS COMPLETE DISREGARD TO CLAIMANT/CLAIMANTS PERMANENT AND TOTAL PROVEN BEYOND MEASURE DISABILITIES DISPLAYS THE KIND OF EVIL AND DASTARDLY ACTS THAT THE GOD I SERVE WILL REWARD YOU (ATTORNEYS) ACCORDINGLY TO YOUR DEEDS.

NOW IN MY ELDER YEARS WHEN I NEED MY PERMANENT AND TOTAL DISABILITY COMPENSATION, YOU ARE ATTEMPTING TO NEGATE WHAT HAS ALREADY BEEN GRANTED, BY TRYING TO INSTITUTE A POLICY YOU KNOW CLAIMANT/CLAIMANTS MAY MISS, THE OBJECTION DEADLINE TO THE MOTION, M-242 AND ALL OTHER MOTIONS MENTIONED IN THE LETTER.

THIS LETTER WAS SENT THE WEEK OF THE LABOR DAY WEEKEND. IS THIS DELIBERATE STRATEGY TO KEEP

**THIS LETTER WAS SENT THE WEEK OF THE <u>LABOR DAY WEEKEND</u>. IS THIS DELIBERATE STRATEGY TO KEEP CLAIMANT/CLAIMANTS <u>FROM FILING THE OBJECTION TO THE MOTION TIMELY</u>???**

**MY BODY HAS BEEN PERMANENTLY AND TOTALLY INJURED AND DAMAGED. MY INTELLIGENCE WASN'T DAMAGED!!!**

IT IS MY CONTENTION THAT <u>YOU</u> – (ATTORNEYS) <u>WANT</u> ALL CLAIMANT/CLAIMANTS WITH PERMANENT AND TOTAL DISABILITIES <u>TO</u> <u>MISS</u> <u>FILING</u> <u>THE</u> <u>OBJECTION</u> <u>TO</u> <u>THE</u> <u>MOTION/M-242</u> AND ANY OTHER MOTIONS BY THE SEPTEMBER 17, 2010 AT 4:00 PM EASTERN TIME.

THIS OBJECTION TO MOTION/M-242 AND ALL OTHER MOTIONS THEREIN WOULD REQUIRE ME TO EMPLOY ATTORNEY/ATTORNEYS <u>AT</u> <u>THIS</u> <u>LATE</u> <u>DATE</u> <u>TO</u> <u>FILE</u> <u>MY</u> <u>OBJECTION</u> TO MOTION/M-242 AND <u>ALL</u> <u>OTHER</u> <u>MOTIONS</u> <u>MENTIONED</u> <u>THEREIN</u> <u>BY</u> <u>ELECTRONIC</u> <u>MEANS</u> <u>ONLY</u>.

MY OBJECTION TO THE MOTION/M-242 AND ALL <u>OTHER</u> <u>MOTIONS</u> THEREIN IS

# NO! NO! UNEQUIVOCALLY NO! CONTINUE TO SEND CORRESPONDENCE BY UNITED STATES MAIL!

*Shirley E. Dunbar*

Signed in my presence this 16th day of Sept. 2010 by Shirley E. Dunbar.

Signed in my presence
by Shirley E. Dunbar.

*Susan E. Miles*



Susan E. Miles
Notary Public, State of Ohio
Commission Expires 4-26-11

# Dated: September 15, 2010

# Youngstown, Ohio

# Copy: U.S. Dept. of Justice

# Attn: Attorney General Erik Holder

# Washington Post

# Attn: Bob Woodard

# Sixty (60) Minutes

# ACLU

# Diane Sawyer – Nightly News

# MSNBC

# MSNBC

## ATTN: TAMRON

SHIRLEY E. DUNBAR

Sedgwick Claims Management Services, Inc
PO Box 69
Southfield, MI 48037-0069

| DATE | CHECK AMT | CHECK NO. |
|---|---|---|
| 09/08/2010 | 209.31 | 0001853744 |

| PAYEE | TAX ID |
|---|---|
| SHIRLEY E. DUNBAR | |

| SCMS UNIT | PAGE |
|---|---|
| 181 Sedgwick Claims Management Services | 001 |

*009332    0001853744 00001 OF 00002 OAM 100908 1012

SHIRLEY E. DUNBAR
461 GYPSY LANE APT 66C
YOUNGSTOWN  OH  44504

| Claimant Name | Loss Date | Claim Number | SSN |
|---|---|---|---|
| DUNBAR, SHIRLEY E.<br>  Amt Paid:        209.31        Description: Permanent Total Disability<br>  Dates: 08/30/2010 - 09/05/2010   Comment: | 09/04/1986 | 8318124803-0001-01 | |

E1091.FRM (02-28-01)

Sedgwick Claims Management Services, Inc
PO Box 69
Southfield, MI 48037-0069

| DATE | CHECK AMT | CHECK NO. |
|---|---|---|
| 09/08/2010 | 153.54 | 0001853745 |

| PAYEE | TAX ID |
|---|---|
| SHIRLEY E. DUNBAR | |

| SCMS UNIT | PAGE |
|---|---|
| 181 Sedgwick Claims Management Services | 001 |

009332        0001853745 00002 OF 00002 OAM 100908 1012

SHIRLEY E. DUNBAR
461 GYPSY LANE APT 66C
YOUNGSTOWN  OH  44504

| Claimant Name | Loss Date | Claim Number | SSN |
|---|---|---|---|
| DUNBAR, SHIRLEY E. | 04/24/1989 | 8318124802-0001-01 | |

Amt Paid:        153.54        Description: Permanent Total Disability
Dates: 08/30/2010 - 09/05/2010    Comment:

E1991.FRM (02-28-01)