

S. Robert Schrager
Direct Dial: 212.584.9416
rschrager@hodgsonruss.com

September 20, 2010

Clerk of the Court
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

    Re:   *Motors Liquidation Company, et al, f/k/a General Motors Corp., et al.*
            Case No. 09-50026-REG

Dear Sir/Madam

    I hereby request to be removed from all electronic and other service lists in the above-named case.

    S. Robert Schrager – rschrager@hodsgsonruss.com

    If you have any questions, please contact me

    Very truly yours,

    S. Robert Schrager



60 East 42nd Street ♦ New York, New York 10165 ♦ telephone 212.661.3535 ♦ facsimile 212.972.1677
Albany ♦ Boca Raton ♦ Buffalo ♦ Johnstown ♦ New York ♦ Palm Beach ♦ Toronto ♦ www.hodgsonruss.com
000161/01004 Litigation 7609980v1