**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
www.ctlegalsolutions.com

September 17, 2010

SEP 23 2010

Harvey R. Miller
Weil, Gotshal & Manges LLP
767 Fifth Avenue,
New York, NY 10153

Re: In re: Motors Liquidation Company, etc., et al., Debtors // To: Checker Motors Corporation

Case No. 09-50026

Dear Sir/Madam:

We are returning the Notice of Hearing which we received regarding the above captioned matter.

The Corporation Trust Company has filed a resignation of agent with the State of DE on 07/28/2010. Service can no longer be taken for this entity.

Very truly yours,

Scott LaScala
Section Head Process

Log# 517285086

FedEx Tracking# 791906544250

cc: Southern District: United States Bankruptcy Court
One Bowling Green,
New York, NY 10004-1408