540 Judy Avenue
Franklinville, NJ 08322

September 17, 2010

Honorable Robert E. Gerber, United States Bankruptcy Judge
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

Dear Honorable Mr. Gerber,

I recently was sent a Notice of Hearing for General Motors bankruptcy chapter 11 plan.

As a stockholder since 1956 recent decisions concerning General Motors have troubled and saddened me, but I had no one to share my concerns with.

My grandfather, George Kimmel Henry began as a salesman for Buick in 1903. He'd left the railroad, his first daughter had just died from the flu epidemic, and he got up out of a sick bed determined to provide for his family. He eventually bought the dealership, and survived during World War two selling parts. In 1953 he was awarded a silver trophy from General Motors commending him for distinguished sales achievement. I've inherited that trophy. When I was eleven years old he gave me five shares of General Motors Stock. (I include a copy of that certificate.) August 3, 1956.

Sometime in my twenties I was offered an option of reinvesting my dividends. At that time I received fifty cents a share quarterly. I agreed and my shares began to grow. In 1989 there was a stock split and I received a certificate for an additional five shares. (I include a copy of that certificate.) March 31, 1989.

I also include a summary of my holdings as of December 2006. At that time I had ten shares in certificate form and fifty two point seven dividend reinvestment shares. (I include a copy of that statement.)

In review I've never had plans to share my stock. I've planned to divide the stock between my three children as a small legacy from their great-grandfather. Now what can I tell them was the value of this man's life? What can I tell them about right and wrong, or is it all relative when a company can be taken over by the government, and then sold to new stockholders to repay the debt. The original stockholders like me left with nothing.

You are a Judge, Mr. Gerber. I want my stock. I am appealing to you to do the right thing and stand up to these forces.

Sincerely,
Carolyn Kline
Carolyn Kline









**Computershare**

Computershare Trust Company, N.A.
250 Royall Street
Canton Massachusetts 02021
Within the US, Canada & Puerto Rico    800 331 9922
Outside the US, Canada & Puerto Rico    781 575 3990
www.computershare.com/gm

003393

**IMPORTANT TAX RETURN DOCUMENT ENCLOSED**

CAROLYN KLINE
540 JUDY AVE
FRANKLINVILLE NJ  08322-3910

**Holder Account Number**

C  0000162001    IND



SSN/TIN Certified    Yes
Symbol    GM

001CS0006_RPS.DLTX.GMC.0251_8346/003393/003418/i

## General Motors Corporation - Statement of Holdings

If you want to make an optional cash purchase at this time, please make your check payable to Computershare. Please write your Holder Account Number and the Company name on the check or on your cover letter. Please send your check to: Computershare, P.O. Box 6006, Carol Stream, IL 60197-6006.

### Dividend Information

| Record Date | Payment Date | Class Description | Shares/Units Participating in Dividend Reinvestment | Dividend Rate ($) | Gross Dividend ($) | Taxes Withheld ($) | Net Dividend ($) |
|---|---|---|---|---|---|---|---|
| 17 Nov 2006 | 09 Dec 2006 | Common | 62.190000 | 0.250000 | 15.55 | | 15.55 |

**Transaction History**    From: 01 Jan 2006    To: 11 Dec 2006

| Date | Transaction Description | Transaction Amount ($) | Deduction Amount ($) | Deduction Type | Net Amount ($) | Price Per Share/Unit ($) | Total Transaction Shares/Units | Total Shares/Units Held |
|---|---|---|---|---|---|---|---|---|
| Plan Transactions Drip - Common Stock | | | | | | | | |
| 01 Jan 2006 | Balance Forward | | | | | | | 50.425000 |
| 15 Mar 2006 | Dividend | 15.11 | 0.03 | Comp Paid Fees | 15.11 | 21.561000 | 0.701000 | 51.126000 |
| 15 Jun 2006 | Dividend | 15.28 | 0.02 | Comp Paid Fees | 15.28 | 26.164000 | 0.584000 | 51.710000 |
| 14 Sep 2006 | Dividend | 15.43 | 0.02 | Comp Paid Fees | 15.43 | 32.133000 | 0.480000 | 52.190000 |
| 11 Dec 2006 | Dividend Reinvestment | 15.55 | 0.02 | Comp Paid Fees | 15.55 | 29.784800 | 0.522078 | 52.712078 |

**Summary of Holdings**    Date: 11 Dec 2006

| Class Description | Certificated Shares/Units Held By You | Direct Registration/ Book Shares/Units | Dividend Reinvestment Shares/Units | Total Shares/Units | Closing Price Per Share/Unit ($) | Value ($) |
|---|---|---|---|---|---|---|
| Drip - Common Stock | 10.000000 | 0.000000 | 52.712078 | 62.712078 | 29.980000 | 1,880.11 |



43UDR
**IMPORTANT TAX RETURN DOCUMENT ATTACHED**
Please see important PRIVACY NOTICE on reverse side of statement

G M C



001CD40019    00H5JA



☐ CORRECTED (if checked)

**Dividends and Distributions**

| 1a Total ordinary dividends | 1b Qualified dividends | OMB No. 1545-0110 |
|---|---|---|
| $  61.46 | | |

001CD40019         00H5JA

**IMPORTANT TAX RETURN DOCUMENT ATTACHED**
Please see important PRIVACY NOTICE on reverse side of statement



PAYER'S name, street address, city, state, and ZIP code
GENERAL MOTORS CORPORATION
C/O COMPUTERSHARE
P.O. BOX 43010
PROVIDENCE RI 02940-3010

RECIPIENT'S name, street address, city, state, ZIP code
CAROLYN KLINE
540 JUDY AVE
FRANKLINVILLE NJ 08322-3910

| | CORRECTED (if checked) | **Dividends and Distributions** |
|---|---|---|
| 1a Total ordinary dividends $ 61.46 | 1b Qualified dividends $ 61.46 | OMB No. 1545-0110 |
| 3 Nondividend distributions $ | 4 Federal income tax withheld $ | **2006** |
| 6 Foreign tax paid $ | 7 Foreign country or U.S. possession | Form **1099-DIV** |
| 8 Cash Liquidation Distribution $ | PAYER'S Federal identification number 38-0572515 | **Copy B** |
| RECIPIENT'S identification number ███-6334 | Account number (see instructions) C 0000162001 | **For Recipient** |

Summary of reportable income (Amounts Paid and/or Reinvested do not reflect deductions for tax withheld, if any)

| Amount Paid By Check/EFT $ 0 | Amount Reinvested $ 61.37 |
|---|---|
| Company Paid Fees $ 0.09 | Company Paid Service Charges $ |
| Discount on Reinvestment $ | |

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

Form 1099-DIV (keep for your records)

Department of the Treasury - Internal Revenue Service