HEARING DATE AND TIME: October 26, 2010 at 9:45 a.m. (Eastern Time)
RESPONSE DEADLINE: October 19, 2010 at 4:00 p.m. (Eastern Time)

> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                          :

In re                              :        Chapter 11 Case No.

                                       :

**MOTORS LIQUIDATION COMPANY,** *et al.*,  :       **09-50026 (REG)**
      **f/k/a General Motors Corp.,** *et al.*  :

                                       :

                    **Debtors.**     :        **(Jointly Administered)**

                                       :

------------------------------------------------------------x

## NOTICE OF DEBTORS' 105TH OMNIBUS OBJECTION TO CLAIMS
### (Claims with Insufficient Documentation)

      **PLEASE TAKE NOTICE** that on September 23, 2010, Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (the "**Debtors**"), filed their 105th omnibus objection to expunge certain claims (the "**105th Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the 105th Omnibus Objection to Claims will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **October 26, 2010 at 9:45**

**a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

        **PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE 105TH OMNIBUS OBJECTION TO CLAIMS TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN EXHIBIT "A" ANNEXED THERETO.**

        **PLEASE TAKE FURTHER NOTICE** that any responses to the 105th Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a CD-ROM or 3.5 inch disk, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and served in accordance with General Order M-399 and on (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 500 Renaissance Center, Suite 1400, Detroit, Michigan 48243 (Attn: Ted Stenger); (iii) General Motors, LLC, 400 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C. 20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of

unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Thomas

Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.);

(viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall

Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq.); (ix) the U.S.

Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007

(Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (x) Caplin & Drysdale, Chartered,

attorneys for the official committee of unsecured creditors holding asbestos-related claims, 375

Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn:  Elihu Inselbuch, Esq. and

Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100, Washington, DC 20005 (Attn:

Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); and (xi) Stutzman, Bromberg, Esserman

& Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the legal

representative for future asbestos personal injury claimants, 2323 Bryan Street, Suite 2200,

Dallas, Texas 75201 (Attn:  Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.), so as to

be received no later than **October 19, 2010 at 4:00 p.m. (Eastern Time)** (the "**Response**

**Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and

served with respect to the 105th Omnibus Objection to Claims or any claim set forth thereon, the

Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order

substantially in the form of the proposed order annexed to the 105th Omnibus Objection to

Claims, which order may be entered with no further notice or opportunity to be heard offered to

any party.

Dated: New York, New York
September 23, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                        :
In re                                   :    Chapter 11 Case No.
                                        :
MOTORS LIQUIDATION COMPANY, et al.,     :    09-50026 (REG)
        f/k/a General Motors Corp., et al.  :
                                        :
                        Debtors.        :    (Jointly Administered)
                                        :
------------------------------------------------------------x
```

## DEBTORS' 105TH OMNIBUS OBJECTION TO CLAIMS
### (Claims with Insufficient Documentation)

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.
CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE
EXHIBIT ANNEXED TO THIS OBJECTION.**

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully

represent:

<u>**Relief Requested**</u>

1.       The Debtors file this 105th omnibus objection to certain claims (the

"**105th Omnibus Objection to Claims**"), pursuant to section 502(b) of title 11, United States

Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure

(the "**Bankruptcy Rules**"), this Court's order approving procedures for the filing of omnibus

objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") [Docket

No. 4180], and this Court's order approving the procedures relating to the filing of proofs of

claim (the "**Bar Date Order**") [Docket No. 4079], seeking entry of an order disallowing and

expunging the claims listed on **Exhibit "A"** annexed hereto.[1]

2.       The Debtors have examined the proofs of claim identified on Exhibit "A"

and have made every effort to ascertain the validity of such claims.  In fact, prior to the filing of

this 105th Omnibus Objection to Claims, the Debtors sent a letter to each of the claimants listed

on Exhibit "A" requesting information that would permit the Debtors to understand the basis and

nature of their respective proofs of claim.  To date, the Debtors have not received any response.

3.       After careful review, the Debtors have determined that the proofs of claim

listed under the heading "*Claims to be Disallowed and Expunged*" (collectively, the "**Claims**

**with Insufficient Documentation**") fail to provide sufficient documentation to ascertain the

validity of such claims.  Pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rule

3007, and the Bar Date Order, the Debtors seek entry of an order disallowing and expunging

from the claims register the Claims with Insufficient Documentation.  Further, the Debtors

---

[1]       Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy
estates on the Debtors' claims register on the website maintained by the Debtors' claims agent,
www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab.  Creditors
without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden
City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by
calling The Garden City Group, Inc. at 1-703-286-6401.

reserve all of their rights to object on any other basis to any Claims with Insufficient

Documentation as to which the Court does not grant the relief requested herein.

## Jurisdiction

4.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

5.      On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**Realm/Encore Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Case Number 09-50026 (REG).  On September 15, 2009,

the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs,

which were amended on October 4, 2009.  On October 15, 2009, the Realm/Encore Debtors filed

their schedules of assets and liabilities and statements of financial affairs.

6.      On September 16, 2009, this Court entered an order [Docket No. 4079]

establishing November 30, 2009 as the deadline for each person or entity to file a proof of claim

in the Initial Debtors' cases, including governmental units.  On December 2, 2009, this Court

entered an order [Docket No. 4586] establishing February 1, 2010 as the deadline for each

person or entity to file a proof of claim in the Realm/Encore Debtors' cases (except

---

[2]      The Initial Debtors are Motors Liquidation Company (f/k/a General Motors Corporation), MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3]      The Realm/Encore Debtors are Remediation and Liability Management Company, Inc., and Environmental Corporate Remediation Company, Inc.

governmental units, as defined in section 101(27) of the Bankruptcy Code, for which the Court

established April 16, 2010 as the deadline to file proofs of claim).

7.      Furthermore, on October 6, 2009, this Court entered the Procedures Order,

which authorizes the Debtors, among other things, to file omnibus objections to no more than

100 claims at a time, under various grounds, including those set forth in Bankruptcy Rule

3007(d) and those additional grounds set forth in the Procedures Order.

### The Relief Requested Should Be Approved by the Court

8.      A proof of claim *must* "set forth the facts necessary to support the claim"

for it to receive the prima facie validity accorded under the Bankruptcy Rules.  *In re Chain*, 255

B.R. 278, 280 (Bankr. D. Conn. 2000) (internal quotation omitted); *In re Marino*, 90 B.R. 25, 28

(Bankr. D. Conn. 1988); *see Ashford v. Consol. Pioneer Mortgage*, 178 B.R. 222, 226 (B.A.P.

9th Cir. 1995), aff'd , 91 F.3d 151 (9th Cir. 1996); *In re Allegheny Int'l, Inc.*, 954 F.2d 167, 173-

74 (3d Cir. 1992).  Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a

claim may not be allowed to the extent that "such claim is unenforceable against the debtor and

property of the debtor, under any agreement or applicable law."  11 U.S.C. § 502(b)(1).

9.      The Claims with Insufficient Documentation fall far short of the standard

unambiguously required in the Bar Date Order.  Indeed, the Bar Date Order, requires, among

other things, that a proof of claim must "set forth with specificity the legal and factual basis for

the alleged [c]laim [and] include supporting documentation or an explanation as to why such

documentation is not available."  (Bar Date Ord. at 2.)[4]

10.     The Debtors have examined the proofs of claim identified on Exhibit "A"

and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed*

---

[4]      Notices of the Bar Date Order contained express references to this requirement.

*and Expunged*" do not include sufficient documentation to ascertain the nature or validity of these claims.  A reasonable opportunity was provided to each claimant to rectify the deficiencies.  Thus, the Debtors request that the Court disallow and expunge in their entirety the Claims with Insufficient Documentation.

## **Notice**

11.    Notice of this 105th Omnibus Objection to Claims has been provided to each claimant listed on Exhibit "A" and parties in interest in accordance with the Fourth Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures, dated August 24, 2010 [Docket No. 6750].  The Debtors submit that such notice is sufficient and no other or further notice need be provided.

12.    No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated: New York, New York
September 23, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT A

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ANNA J BENNINGTON<br>552 WHISPER LN<br><br>XENIA, OH 45385 | 15609 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| AUSTIN, JOANN<br>101 BILLINGS DR<br><br>EDINBORO, PA 16412 | 2906 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BABB, ILENE F<br>3327 N 57TH ST<br><br>MILWAUKEE, WI 53216 | 13923 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BATCHELOR, FLORA B<br>672 REN WALK<br><br>STONE MOUNTAIN, GA 30087 | 2927 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BELL, RHUETTA<br>201 W BIG BEAVER RD STE 600<br><br>TROY, MI 48084 | 19111 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

105th Omnibus Objection

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BENTFIELD, THERESA J<br>395 W BROWN ST APT 303<br><br>BEAVERTON, MI 48612 | 1706 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BETTY S POWELL<br>311 HOLLENCAMP AVE<br><br>DAYTON, OH 45427 | 13935 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BLUM, ROBERT L<br>6414 BACHMAN LN<br><br>GOODRICH, MI 48438 | 2198 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BOLYARD, JOHN<br>8855 COLLINS AVE APT 2C<br><br>SURFSIDE, FL 33154 | 16140 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BRENNAN, NOHORA<br>12205 GOSHEN RD LOT 215<br><br>SALEM, OH 44460 | 18224 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

105th Omnibus Objection

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BRIMMAGE, ELBERT G<br>PO BOX 622<br>WASHINGTON, NC 27889 | 2768 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BULLOCK, SUSAN M<br>41352 NORTHWIND DR U#19 B#3<br>CANTON, MI 48188 | 22086 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CALCATERRA, ANGELO C<br>16964 DRIFTWOOD DR<br>MACOMB, MI 48042 | 15589 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CHARLES WRIGHT<br>2344 LAWNDALE AVE<br>COLUMBUS, OH 43207 | 15304 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CHESLA, SANDRA G<br>6135 GLOUCESTER DR<br>CANTON, MI 48187 | 2903 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CHRISTIE SCISSUM<br>1107 RANDALL ST.<br><br>GADSDEN, AL 35901 | 4921 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| CHRISTINA A USSAT<br>11887 S WOLF CREEK PIKE<br><br>BROOKVILLE, OH 45309 | 14298 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| CORNELL SLAUGHTER<br>1403 COLLIER ST<br><br>JACKSON, MS 39213 | 15989 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| CRKVENAC, THOMAS J<br>5 LONGSPUR DR<br><br>WILMINGTON, DE 19808 | 17707 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| CUSTER, DIANA M<br>126 JOE WHEELER ST<br><br>ANGOLA, IN 46703 | 16588 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DANCY, MARY J<br>1436 ROE HUNT RD<br><br>LAUREL SPRINGS, NC 28644 | 13299 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| DANIEL E ALLEN<br>3012 BULAH AVE<br><br>KETTERING, OH 45429 | 14297 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| DARRELL ANDERSON<br>3232 LIV MOOR DR<br><br>COLUMBUS, OH 43227 | 14291 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| DARYL KOLAR<br>RD3 BOX 364<br><br>RUFFS DALE, PA 15679 | 13675 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| DE LOREAN, SALLY<br>PO BOX 3<br><br>FAR HILLS, NJ 07931 | 22121 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EARNEST SUMMERS<br>2253 FREEDOM AVE<br><br>MIMS, FL 32754 | 15594 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| ELLIOTT, JOY M<br>18 PLYMOUTH LANE<br><br>MANCHESTER, CT 06040 | 2909 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| ESPINOZA, ERNESTINA E<br>PO BOX 100901<br><br>SAN ANTONIO, TX 78201 | 15603 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| FLOYD JR, MAX J<br>316 W CRESTVIEW DR<br><br>MOORESVILLE, IN 46158 | 4580 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| GLEASON, CHERYL<br>427 W CHICAGO RD<br><br>COLDWATER, MI 49036 | 17281 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GLORIA PEART<br>64 BELMONT PARK<br>OLD HARBOUR POST OFFICE<br>ST CATHERINE JAMAICA<br>,<br>JAMAICA | 21694 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| GOODMAN, MICHAEL H<br>3719 S CHICAGO AVE APT 6<br>SOUTH MILWAUKEE, WI 53172 | 2489 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| GRAC, MARIANNE G<br>1838 WESTFIELD RD<br>CHARLESTON, SC 29407 | 14743 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| HARTGERINK, DENISE M<br>11067 SUNFIELD RD<br>SUNFIELD, MI 48890 | 13743 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| HERBERT, LINDA<br>715 ANDOVER ST SE<br>GRAND RAPIDS, MI 49548 | 4631 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HIAR, ALICE A<br>N5445 N RIVERVIEW RD<br><br>HESSEL, MI 49745 | 13059 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HILL, ELMER H<br>7038 TOMOTLEY RD<br><br>MARYVILLE, TN 37801 | 14279 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HUDDLESTON, SUSAN R<br>2616 GRANT ST<br><br>HOLLYWOOD, FL 33020 | 22094 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HYLAND, DOLORES M<br>7204 E GRAND RIVER AVE LOT 131<br>C/O VICKI WELLER<br>PORTLAND, MI 48875 | 4923 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| JAMES GROSS<br>862 LATHAM ST<br><br>DAYTON, OH 45408 | 14305 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JARROD E BAYLESS<br>757 ERNROE DRIVE<br><br>DAYTON, OH 45408 | 17279 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| JEANETTE R ROSE<br>133 BLACKBERRY RD<br><br>DAYTON, OH 45431 | 14730 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| JEWEL HALL<br>PO BOX 44482<br><br>RIO RANCHO, NM 87174 | 14283 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| JOHN J LEWIS<br>11236 BISHOP LN<br><br>TOMAHAWK, WI 54487 | 17718 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| JONES, DOROTHY V<br>29007 FOXBORO ST<br><br>WILLOWICK, OH 44095 | 2821 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JONES, RUDOLPH A<br>5166 POMEGRANATE AVE<br><br>SACRAMENTO, CA 95823 | 15233 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| JUDITH A PHILLIPS<br>PO BOX 671<br><br>CANFIELD, OH 44406 | 22080 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| KAHLE, SHARON A<br>130 RAINTRAIL RD<br><br>SEDONA, AZ 86351 | 22592 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| KEMP, DOUGLAS R<br>400 CASTLEBERRY RD<br><br>CLAYTON, NC 27527 | 19720 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| KERRIDGE, DAVID E<br>23113 BALL TRAIL<br><br>ATLANTA, MI 49709 | 4845 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

105th Omnibus Objection

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| KITCHEN, WILLARD A<br>3833 E WINDSONG DR<br><br>PHOENIX, AZ 85048 | 13914 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| KOHLMEIER, JUDY<br>7521 FALKENHEIN LN<br><br>BALDWIN, IL 62217 | 14599 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| KOLAR, DARYL LEE<br>125 KOLAR LANE<br><br>RUFFSDALE, PA 15679 | 13674 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| KONZER, MARIE<br>2751 SANTIA DR<br><br>TROY, MI 48085 | 19127 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| LELTON MARTIN<br>1878 COUNTY ROAD 284<br><br>COURTLAND, AL 35618 | 331 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LEONA G CLARK<br>7906 BERCHMAN DR<br><br>HUBER HEIGHTS, OH 45424 | 14311 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| LETO, FRED<br>25 RUE NOSTRADAMUS<br>ST REMY DE PROVENCE FRANCE 13210<br>,<br>FRANCE | 14747 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| LEWIS, NATHANIEL J<br>3455 TAMARACK TRL<br><br>MOUNT MORRIS, MI 48458 | 19701 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| LOHRER, GAYLORD E<br>3477 W JONES LAKE RD<br><br>GRAYLING, MI 49738 | 13060 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| LOUIS STANLEY<br>16175 JAMAICA AVE<br><br>LAKEVILLE, MN 55044 | 18203 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LOVE, EUGENE<br>PO BOX 1185<br><br>FLINT, MI 48501 | 14445 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MADISON, DOLORES F<br>1001 ERIE ST<br><br>PORT HURON, MI 48060 | 17185 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MALSON, GENEVIEVE M<br>30103 IROQUOIS DR<br><br>WARREN, MI 48088 | 18921 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MANSELL, JOSEPH L<br>2306 RIDGECREST CIR<br><br>HIAWASSEE, GA 30546 | 2784 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MARTEL, FLORENCE ANN<br>27776 EDGEPARK DR<br><br>NORTH OLMSTED, OH 44070 | 22116 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARTIN, WANDA C<br>PO BOX 957<br><br>DREXEL, NC 28619 | 2090 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MEYER, GENE L<br>145 MAJESTY LN<br><br>FAYETTEVILLE, GA 30215 | 19059 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MODERT, CLYDE D<br>3000 CLARCONA RD LOT 102<br><br>APOPKA, FL 32703 | 14815 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| NATHANIEL LEWIS<br>3455 TAMARACK TRL<br><br>MOUNT MORRIS, MI 48458 | 19702 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| NUNLEY, ALVIN H<br>5200 TUCSON DR<br><br>DAYTON, OH 45418 | 15800 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| PATRICIA ARNOLD<br>2368 GREENWOOD RD<br><br>LAPEER, MI 48446 | 1908 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PAYNE, THOMAS E<br>3090 RHODA ST<br><br>FLINT, MI 48507 | 14745 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PEART, GLORIA DOREEN<br>64 BELMONT PARK<br>OLD HARBOUR POST OFFICE<br>ST CATHERINE JAMAICA<br>,<br>JAMAICA | 21695 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PEREZ, EDWARD P<br>1432 YOUNG LN<br><br>LOCKHART, TX 78644 | 16137 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PICKERING, RONNY C<br>426 MERRICK ST<br><br>ADRIAN, MI 49221 | 2072 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

105th Omnibus Objection

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| PIKE, BLAIR E<br>23251 SHEPHERD LN<br><br>MACOMB, MI 48042 | 21485 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| POWELL, ROBERT L<br>4614 CLAUDIA DR<br><br>WATERFORD, MI 48328 | 2896 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PRATER, RANDY E<br>37740 BARTH ST<br><br>ROMULUS, MI 48174 | 13040 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ROBERT ADAMS<br>8868 OAK MEADOW DR UNIT 32<br><br>SAGINAW, MI 48609 | 16854 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ROBERT BILLE<br>436 WHITEHAVEN RD<br><br>GRAND ISLAND, NY 14072 | 15982 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SALLY WATKINS<br>2410 BAXTER RD APT 4<br><br>KOKOMO, IN 46902 | 4859 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| SAMUEL SHIPLEY<br>6039 WEAVER RD<br><br>BERLIN CENTER, OH 44401 | 2047 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| SAUTER, DANIEL J<br>6403 DEERFIELD RD<br><br>PALMYRA, MI 49268 | 17598 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| SHIPLEY, SAMUEL C<br>6039 WEAVER RD<br><br>BERLIN CENTER, OH 44401 | 2046 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| SPRAGUE, DENNIS<br>1632 TERRY DR<br><br>SAINT HELEN, MI 48656 | 2901 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| STANLEY, LOUIS W<br>16175 JAMAICA AVE<br>LAKEVILLE, MN 55044 | 18202 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| STOLTMAN, JODY G<br>2230 S 66TH ST<br>WEST ALLIS, WI 53219 | 17142 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| STONE-TANNER, OLEMA<br>4178 OLD TROY PIKE<br>DAYTON, OH 45404 | 13679 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SULLIVAN, WILLIAM N<br>1255 CAMINO DEL RANCHO<br>HEMET, CA 92543 | 4889 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SYLVESTER MULLINS<br>11779 TALBOTT<br>ST LOUIS, MO 63138 | 17595 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| TAVIOLE D BROWN<br>337 W HUDSON AVE<br><br>DAYTON, OH 45406 | 13206 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| TRIETSCH, BOBBIE JEAN<br>617 GRIBBLE SPRINGS RD<br><br>SANGER, TX 76266 | 4985 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| VAN BUREN, LOUVENIA R<br>18530 GLENWOOD BLVD<br><br>LATHRUP VILLAGE, MI 48076 | 4189 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| VIVIAN OWSLEY<br>8644 S.W. REESE ST.<br>LOT 150<br>ARCADIA, FL 34269 | 19731 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| WAUGH, MARY L<br>2114 17TH STREET LN W<br><br>BRADENTON, FL 34205 | 13157 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WHITE, CYNTHIA S<br>2301 SANTA ROSA AVE<br><br>AVON PARK, FL 33825 | 15638 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| WILLIAMS, JUDY A<br>PO BOX 36<br><br>ALGER, MI 48610 | 17574 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| WILLIE MCINTYRE<br>120 NEWBURG PL<br><br>JACKSON, MS 39206 | 14281 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| WRIGHT, CHARLES E<br>2344 LAWNDALE AVE<br><br>COLUMBUS, OH 43207 | 14739 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| ZAMORA, CORINA<br>11127 BARCLAY PT<br><br>SAN ANTONIO, TX 78254 | 14720 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

105th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | **100** | | **$0.00** | (S) | | |
| | | | **$0.00** | (A) | | |
| | | | **$0.00** | (P) | | |
| | | | **$0.00** | (U) | | |
| | | | **$0.00** | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
                                                    :
In re                                               :          **Chapter 11 Case No.**
                                                    :
**MOTORS LIQUIDATION COMPANY**, *et al.*,           :          **09-50026 (REG)**
        f/k/a **General Motors Corp.**, *et al.*    :
                                                    :
                        **Debtors.**                :          **(Jointly Administered)**
                                                    :
----------------------------------------------------------------x

### ORDER GRANTING DEBTORS' 105TH OMNIBUS OBJECTION TO CLAIMS
### (Claims with Insufficient Documentation)

Upon the 105th omnibus objection to expunge certain claims, dated September 23,

2010 (the "**105th Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a

General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the

"**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"),

Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this

Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in

these chapter 11 cases (the "**Procedures Order**") [Docket No. 4180], seeking entry of an order

disallowing and expunging the Claims with Insufficient Documentation on the grounds that such

claims fail to provide sufficient documentation to ascertain the validity of the claim, all as more

fully described in the 105th Omnibus Objection to Claims; and due and proper notice of the 105th

Omnibus Objection to Claims having been provided, and it appearing that no other or further

notice need be provided; and the Court having found and determined that the relief sought in the

---

[1]      Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such
terms in the 105th Omnibus Objection to Claims.

105th Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the 105th Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the 105th Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on **Exhibit "A"** (the "**Order Exhibit**") annexed hereto under the heading "*Claims to be Disallowed and Expunged*" are disallowed and expunged from the claims registry; and it is further

ORDERED that, if applicable, the 105th Omnibus Objection to Claims is adjourned with respect to the claims listed on the Order Exhibit annexed hereto under the heading "*Objection Adjourned*" (the "**Adjourned Claims**") to the date indicated on the Order Exhibit, subject to further adjournments (such actual hearing date, the "**Adjourned Hearing Date**"), and the Debtors' response deadline with respect to the Adjourned Claims shall be 12:00 noon (Eastern Time) on the date that is three (3) business days before the Adjourned Hearing Date; and it is further

ORDERED that, if applicable, the 105th Omnibus Objection to Claims is withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the heading "*Objection Withdrawn*"; and it is further

ORDERED that, if applicable, the 105th Omnibus Objection to Claims is withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the heading "*Claim Withdrawn*" as those claims have been withdrawn by the corresponding claimant; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object on any basis are expressly reserved with respect to, any claim listed on Exhibit "A" annexed to the 105th Omnibus Objection to Claims under the heading "*Claims to be Disallowed and Expunged*" that is not disallowed or expunged pursuant to this Order; and it is further

ORDERED that to the extent a disallowed and expunged claim is a workers' compensation claim with respect to an employee residing or employed in any state other than the states of Alabama, Georgia, New Jersey, and Oklahoma, the disallowance of such claim shall not affect the claimant's rights to continue receiving benefits from General Motors, LLC (f/k/a NGMCO, Inc.), the purchaser of substantially all the assets of General Motors Corporation; and it is further

ORDERED that to the extent a disallowed and expunged claim is for principal under a public debt security issued by the Debtors, the disallowance of such claim shall not affect the right of the claimant to participate in recoveries as a holder of securities under any proof of claim filed by an indenture trustee in respect of the subject issuance; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
　　　_____, 2010

_____
United States Bankruptcy Judge