> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
|  |  |
|---|---|
| In re | :     Chapter 11 Case No. |
| | : |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | :     09-50026 (REG) |
| f/k/a **General Motors Corp.,** *et al.* | : |
| | : |
| Debtors. | :     (Jointly Administered) |
| | : |

-------------------------------------------------------------x

### NOTICE OF DEBTORS' 107TH OMNIBUS OBJECTION TO CLAIMS
#### (Claims with Insufficient Documentation)

      **PLEASE TAKE NOTICE** that on September 23, 2010, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their 107th omnibus objection to expunge certain claims (the "**107th**

**Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the 107th

Omnibus Objection to Claims will be held before the Honorable Robert E. Gerber, United States

Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District

of New York, One Bowling Green, New York, New York 10004, on **October 26, 2010 at 9:45**

**a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

> **PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE 107TH OMNIBUS OBJECTION TO CLAIMS TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN EXHIBIT "A" ANNEXED THERETO.**

**PLEASE TAKE FURTHER NOTICE** that any responses to the 107th Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a CD-ROM or 3.5 inch disk, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and served in accordance with General Order M-399 and on (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 500 Renaissance Center, Suite 1400, Detroit, Michigan 48243 (Attn: Ted Stenger); (iii) General Motors, LLC, 400 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C. 20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of

unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Thomas

Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.);

(viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall

Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq.); (ix) the U.S.

Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007

(Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (x) Caplin & Drysdale, Chartered,

attorneys for the official committee of unsecured creditors holding asbestos-related claims, 375

Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn:  Elihu Inselbuch, Esq. and

Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100, Washington, DC 20005 (Attn:

Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); and (xi) Stutzman, Bromberg, Esserman

& Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the legal

representative for future asbestos personal injury claimants, 2323 Bryan Street, Suite 2200,

Dallas, Texas 75201 (Attn:  Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.), so as to

be received no later than **October 19, 2010 at 4:00 p.m. (Eastern Time)** (the "**Response**

**Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the 107th Omnibus Objection to Claims or any claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the 107th Omnibus Objection to Claims, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: New York, New York
      September 23, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
In re                                              :        **Chapter 11 Case No.**
                                                   :
**MOTORS LIQUIDATION COMPANY**, *et al.*,          :        **09-50026 (REG)**
        **f/k/a General Motors Corp.**, *et al.*   :
                                                   :
                        **Debtors.**               :        **(Jointly Administered)**
                                                   :
------------------------------------------------------------x

## DEBTORS' 107TH OMNIBUS OBJECTION TO CLAIMS
### (Claims with Insufficient Documentation)

---

THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.
CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE
EXHIBIT ANNEXED TO THIS OBJECTION.

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully

represent:

## Relief Requested

1.       The Debtors file this 107th omnibus objection to certain claims (the "**107th Omnibus Objection to Claims**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") [Docket No. 4180], and this Court's order approving the procedures relating to the filing of proofs of claim (the "**Bar Date Order**") [Docket No. 4079], seeking entry of an order disallowing and expunging the claims listed on **Exhibit "A"** annexed hereto.[1]

2.       The Debtors have examined the proofs of claim identified on Exhibit "A" and have made every effort to ascertain the validity of such claims.  In fact, prior to the filing of this 107th Omnibus Objection to Claims, the Debtors sent a letter to each of the claimants listed on Exhibit "A" requesting information that would permit the Debtors to understand the basis and nature of their respective proofs of claim.  To date, the Debtors have not received any response.

3.       After careful review, the Debtors have determined that the proofs of claim listed under the heading "*Claims to be Disallowed and Expunged*" (collectively, the "**Claims with Insufficient Documentation**") fail to provide sufficient documentation to ascertain the validity of such claims.  Pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rule 3007, and the Bar Date Order, the Debtors seek entry of an order disallowing and expunging from the claims register the Claims with Insufficient Documentation.  Further, the Debtors

---

[1]       Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab.  Creditors without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City Group, Inc. at 1-703-286-6401.

reserve all of their rights to object on any other basis to any Claims with Insufficient

Documentation as to which the Court does not grant the relief requested herein.

## Jurisdiction

4.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

5.      On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**Realm/Encore Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Case Number 09-50026 (REG).  On September 15, 2009,

the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs,

which were amended on October 4, 2009.  On October 15, 2009, the Realm/Encore Debtors filed

their schedules of assets and liabilities and statements of financial affairs.

6.      On September 16, 2009, this Court entered an order [Docket No. 4079]

establishing November 30, 2009 as the deadline for each person or entity to file a proof of claim

in the Initial Debtors' cases, including governmental units.  On December 2, 2009, this Court

entered an order [Docket No. 4586] establishing February 1, 2010 as the deadline for each

person or entity to file a proof of claim in the Realm/Encore Debtors' cases (except

---

[2]      The Initial Debtors are Motors Liquidation Company (f/k/a General Motors Corporation), MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3]      The Realm/Encore Debtors are Remediation and Liability Management Company, Inc., and Environmental Corporate Remediation Company, Inc.

governmental units, as defined in section 101(27) of the Bankruptcy Code, for which the Court

established April 16, 2010 as the deadline to file proofs of claim).

7.        Furthermore, on October 6, 2009, this Court entered the Procedures Order,

which authorizes the Debtors, among other things, to file omnibus objections to no more than

100 claims at a time, under various grounds, including those set forth in Bankruptcy Rule

3007(d) and those additional grounds set forth in the Procedures Order.

## The Relief Requested Should Be Approved by the Court

8.        A proof of claim *must* "set forth the facts necessary to support the claim"

for it to receive the prima facie validity accorded under the Bankruptcy Rules.  *In re Chain*, 255

B.R. 278, 280 (Bankr. D. Conn. 2000) (internal quotation omitted); *In re Marino*, 90 B.R. 25, 28

(Bankr. D. Conn. 1988); *see Ashford v. Consol. Pioneer Mortgage*, 178 B.R. 222, 226 (B.A.P.

9th Cir. 1995), aff'd , 91 F.3d 151 (9th Cir. 1996); *In re Allegheny Int'l, Inc.*, 954 F.2d 167, 173-

74 (3d Cir. 1992).  Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a

claim may not be allowed to the extent that "such claim is unenforceable against the debtor and

property of the debtor, under any agreement or applicable law."  11 U.S.C. § 502(b)(1).

9.        The Claims with Insufficient Documentation fall far short of the standard

unambiguously required in the Bar Date Order.  Indeed, the Bar Date Order, requires, among

other things, that a proof of claim must "set forth with specificity the legal and factual basis for

the alleged [c]laim [and] include supporting documentation or an explanation as to why such

documentation is not available."  (Bar Date Ord. at 2.)[4]

10.        The Debtors have examined the proofs of claim identified on Exhibit "A"

and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed*

---

[4]        Notices of the Bar Date Order contained express references to this requirement.

*and Expunged*" do not include sufficient documentation to ascertain the nature or validity of these claims.  A reasonable opportunity was provided to each claimant to rectify the deficiencies. Thus, the Debtors request that the Court disallow and expunge in their entirety the Claims with Insufficient Documentation.

## **Notice**

11.    Notice of this 107th Omnibus Objection to Claims has been provided to each claimant listed on Exhibit "A" and parties in interest in accordance with the Fourth Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures, dated August 24, 2010 [Docket No. 6750].  The Debtors submit that such notice is sufficient and no other or further notice need be provided.

12.    No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated: New York, New York
       September 23, 2010

                                        /s/ Joseph H. Smolinsky
                                        Harvey R. Miller
                                        Stephen Karotkin
                                        Joseph H. Smolinsky

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession

**<u>EXHIBIT A</u>**

**Exhibit A**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| AKERS, BRUCE<br>1287 ROCKHOUSE RD<br><br>PIKEVILLE, KY 41501 | 12049 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| ALBERTA JONES<br>632 ELLSWORTH DR<br><br>TROTWOOD, OH 45426 | 10077 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| ANN MCHUGH<br>APT 224<br>2330 MAPLE ROAD<br>BUFFALO, NY 14221 | 61832 | MLCS, LLC | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| ARABIAN, HAIG<br>29630 MUIRLAND DR<br><br>FARMINGTON HILLS, MI 48334 | 51345 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| BAILEY JR, SAM<br>1717 W 125TH ST<br><br>LOS ANGELES, CA 90047 | 12043 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BASSO, ANNA<br>15 PRIORY LN<br><br>PALM COAST, FL 32164 | 12559 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BERTELSEN, TERRY L<br>4215 FOREST RD<br><br>ST LOUIS PARK, MN 55416 | 63030 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BETTS, BRENDA S<br>510 N PEASE RD<br><br>VERMONTVILLE, MI 49096 | 16059 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BODE, JUANITA JOYCE<br>8085 SW BOND ST<br><br>TIGARD, OR 97224 | 61189 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BOOZER, PATRICIA A<br>470 QUINNIPIAC AVE<br><br>NEW HAVEN, CT 06513 | 62613 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BOYEA, HAROLD J<br>6201 MANNING RD<br><br>CHEBOYGAN, MI 49721 | 49659 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| BRADSHAW, LINDA H<br>PO BOX 463<br><br>COLLINSVILLE, OK 74021 | 11629 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| BRANT, EVELYN L<br>620 TOWN BANK RD APT A8<br><br>N CAPE MAY, NJ 08204 | 65317 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| BRET SANDERSON<br>4611 W 41ST PLACE<br><br>GARY, IN 46408 | 60907 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| BRUNGER KAROL M<br>16380 HILLTOP DRIVE<br><br>LINDEN, MI 48451 | 67459 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BULLARD, MAURICE E<br>505 MABLE MASON CV<br><br>LA VERGNE, TN 37086 | 62587 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CAMERON, SCOT<br>1339 OXFORD ST<br><br>PITTSBURGH, PA 15205 | 61690 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CARL E MILLER<br>1091  BUCKSKIN TR<br><br>XENIA, OH 45385 | 6567 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CHARLES E ALLEN<br>589 MOUND ROAD<br><br>WILMINGTON, OH 45177 | 12954 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CHARLIE CLARK JR<br>8711 STATE ROUTE 380<br><br>WILMINGTON, OH 45177 | 63122 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CHASE, JAMES W<br>160 S STATE HWY  M559 LOT 165<br><br>GWINN, MI 49841 | 64620 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| COLE, SHERRY L<br>2219 SANIBEL BOULEVARD<br><br>ST JAMES CITY, FL 33956 | 44168 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| COPELAND, MARK A<br>1107 S MADISON ST<br><br>ATHENS, AL 35611 | 61424 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CRAFT, ELIZABETH CONGE<br>PO BOX 68<br><br>OAK RIDGE, LA 71264 | 63645 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CRESPO, CARMEN<br>349 THIRD STREET APT #2<br><br>LYNDHURST, NJ 07071 | 11060 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DEANNA DALY<br>489 TALLWOOD ST UNIT B6<br><br>MARCO ISLAND, FL 34145 | 11728 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| DESBOROUGH, MARILYN M<br>11028 CEDAR VIEW RD<br><br>CHARLOTTE, NC 28226 | 7058 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| DINO SILVESTRI<br>3731 HIGHGATE TRL<br><br>BRIGHTON, MI 48114 | 61965 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| DOSER, DOUGLAS A<br>438 NANTUCKET POINTE DR<br><br>GROVER, MO 63040 | 6578 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| DOWNS ROBERT F<br>10333 WAYNE RD<br><br>LIVONIA, MI 48150 | 65382 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DUHON, BOBBY L<br>744 PRICE VALLEY RD<br><br>WALNUT GROVE, KY 42501 | 6993 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| DUVALL, JAMES R<br>142 KENYON RD<br><br>ALGONAC, MI 48001 | 28985 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| EARL L KNOX<br>1506 EARLHAM DR.<br><br>DAYTON, OH 45406 | 6564 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| FIERRO, PETE D<br>569 AVENIDA SEVILLA UNIT D<br><br>LAGUNA HILLS, CA 92637 | 11163 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| FRYE, FREDA<br>241 SAMUEL ST<br><br>ELYRIA, OH 44035 | 62770 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GAEDELE, MARY LYNNE<br>910 W MINER ST<br>ARLINGTON HEIGHTS, IL 60005 | 62521 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| GEORGIA SMITH<br>1450 NORTH DEQUINCY STREET<br>INDIANAPOLIS, IN 46201 | 61781 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| GOWARD, JEAN<br>6195 S CHAPIN RD<br>SAINT CHARLES, MI 48655 | 63333 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| GRIFFITHS, DAVID N<br>8158 BRENT AVE<br>INDIANAPOLIS, IN 46240 | 12271 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| GUAJARDO SAN JUANA<br>940 E ENON AVE<br>EVERMAN, TX 78140 | 62750 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HAGEN JR, PAUL E<br>6825 STROEBEL RD<br><br>SAGINAW, MI 48609 | 6719 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| HARPER, BARBARA A<br>3404 S FLORENCE AVE<br><br>TULSA, OK 74105 | 61764 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| HARRY HARRISON<br>3131 BELLRENG DR APT 3<br><br>NIAGARA FALLS, NY 14304 | 9551 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| HATTER, WILLA<br>15608 SHIRLEY AVE<br><br>MAPLE HEIGHTS, OH 44137 | 9704 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| HEARD JR, AARON<br>4850 S LAKE PARK AVE APT 2002<br><br>CHICAGO, IL 60615 | 65672 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HEMPEL STEVEN P<br>2 LE CHATEAUX CT<br><br>SAINT CHARLES, MO 63301 | 65571 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HERNET, TERRI L<br>7018 W MAIN ST<br><br>MILWAUKEE, WI 53214 | 63046 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HERRIMAN, DONALD W<br>12470 GLASGOW DR<br><br>ROMEO, MI 48065 | 63041 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HIGGINS, KATHRYN L<br>3237 W LOCUST ST<br><br>DAVENPORT, IA 52804 | 63040 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HOENKE, PAUL O<br>14885 AMMAN RD<br><br>CHESANING, MI 48616 | 6470 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HOOVER LYNNE W<br>PO BOX 19667<br><br>OKLAHOMA CITY, OK 73144 | 65534 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| JAMES HUCKABAY<br>550 W 6TH ST APT 22<br><br>MOUNTAIN HOME, AR 72653 | 62357 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| JAMES IDZIOR<br>356 W LINWOOD RD<br><br>LINWOOD, MI 48634 | 9545 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| JEAN BOLYARD<br>5453 VANALLEO DR<br><br>SAGINAW, MI 48638 | 12960 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| JEFFERSON, DAVID R<br>13108 TULLER ST<br><br>DETROIT, MI 48238 | 65676 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JIMMY WHITE<br>4943 FREE PIKE<br><br>DAYTON, OH 45416 | 5961 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| JOHNSON, ELLEN L<br>3131 N SQUIRREL RD APT 137<br><br>AUBURN HILLS, MI 48326 | 12312 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| JONES, ALBERTA A<br>632 ELLSWORTH DR<br><br>TROTWOOD, OH 45426 | 10076 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| JONES, ELTON L<br>1304 HAMMOND ST<br><br>LANSING, MI 48910 | 6040 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| JORZA, CHARLOTTE A<br>5095 PINE SHADOW CT<br><br>MINERAL RIDGE, OH 44440 | 12801 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| KARAS, ELIZABETH A<br>14004 12TH AVE<br><br>MARNE, MI 49435 | 6048 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| KAREN E MILLER<br>1091   BUCKSKIN TRAIL<br><br>XENIA, OH 45385 | 6568 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| KATHRYN HIGGINS<br>3237 W LOCUST ST<br><br>DAVENPORT, IA 52804 | 63039 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| KENSIK, ANTHONY W<br>7714 W 65TH ST<br><br>BEDFORD PARK, IL 60501 | 50570 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| KETCHMARK, DENNIS V<br>1506 KNIGHT AVE<br><br>FLINT, MI 48503 | 50171 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

107th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| KIM TEAGUE 53374 MARK DR SHELBY TOWNSHIP, MI 48316 | 7282 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| KLAUBURG, KENNETH C 2329 N RECKER RD UNIT 19 MESA, AZ 85215 | 63949 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| LAMBERT, DONALD W 9457 HEMENGER CT CLAY, MI 48001 | 6037 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| LAUDE, MARYJEANNE 55 BROAD ST APT 227 SAN LUIS OBISPO, CA 93405 | 7223 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| LEACH, JOYCE P 8090 CAIRN HWY ELK RAPIDS, MI 49629 | 11656 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LEWIS, JOHN J<br>11236 BISHOP LN<br><br>TOMAHAWK, WI 54487 | 11662 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| LOIS GAIGALAS<br>60 MAYWOOD AVE<br><br>BLOOMFIELD HILLS, MI 48304 | 65735 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| LONDO, FREDDIE S<br>6307 STEPHEN<br><br>BRIGHTON, MI 48116 | 65539 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MARCO, SUE E<br>APT 1304<br>11431 SPRINGHOLLOW ROAD<br>OKLAHOMA CITY, OK 73120 | 62509 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MCHALE, DOROTHY<br>59 PARKVIEW DR<br><br>AKRON, NY 14001 | 10124 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MCHUGH, ANN F<br>APT 224<br>2330 MAPLE ROAD<br>BUFFALO, NY 14221 | 61833 | MLCS Distribution Corporation | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MCHUGH, ANN F<br>2330 MAPLE RD<br>APT 224<br>WILLIAMSVILLE, NY 14221 | 61835 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MILLER, STEPHEN T<br>9855 HOLLY ST<br>RANCHO CUCAMONGA, CA 91701 | 9544 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| NIEMIEC, MARIA<br>2035 KEHOE RD<br>CLAYVILLE, NY 13322 | 7049 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| OPCZYNSKI, LINDA M<br>4443 COURTNEY RD<br>MONTROSE, MI 48457 | 6817 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| PAGE, MARGARET I<br>1630 INDIANA AVE<br><br>FLINT, MI 48506 | 9522 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PARTLOW, HELEN N<br>224 MCKINLEY ST<br><br>ELBERTON, GA 30635 | 62982 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PATRICIA TUR<br>231 LOSSON RD<br><br>CHEEKTOWAGA, NY 14227 | 65379 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PERNELL JAMES<br>1233 FRANKLIN LN<br><br>HENDERSON, NC 27537 | 43333 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| POORE, CARLOS R<br>706 LAWRENCE ST<br><br>NEW TAZEWELL, TN 37825 | 51110 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| PRICE, DAVID M<br>9520 MIDLOTHIAN DRIVE<br><br>BRENTWOOD, TN 37027 | 65248 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| RICE, WILLIAM R<br># 123<br>612 NORTH STATE ROAD<br>DAVISON, MI 48423 | 65305 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| RIDGEWAY, PATRICIA E<br>1510 BLACK EYED SUSAN LN L<br><br>VIENNA, VA 22182 | 62598 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| ROBINSON, WILMA J<br>1905 N ALDEN RD<br><br>MUNCIE, IN 47304 | 7024 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| SCHAMBER, KAREN<br>15677 73RD CIR N<br><br>MAPLE GROVE, MN 55311 | 62612 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

107th Omnibus Objection

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SZATKOWSKI, CAROL A<br>1586 STONY CREEK DR<br><br>ROCHESTER, MI 48307 | 7045 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| TALLEY, FERNELL F<br>737 SAINT NORBERT DR<br><br>CAHOKIA, IL 62206 | 62480 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| TROSEN, JANE E<br>7155 CURTIS RD<br><br>NORTHVILLE, MI 48168 | 61974 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| VAN HORN, NANCY D<br>PO BOX 133<br><br>ALGER, MI 48610 | 12961 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| VIOLA, CHARLES M<br>3213 ZAHER DR<br><br>AUBURN HILLS, MI 48326 | 29004 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WASHINGTON MICHELLE R<br>627 CAMPOLINA DR<br><br>GRAND PRAIRIE, TX 75052 | 64142 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| WEST, DEWELL<br>9607 PARK AVE<br><br>ALLEN PARK, MI 48101 | 5979 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| WHITE, DOLORES J<br>C/O FRANK B WHITE III<br>4049 SLATTERY RD<br>NORTH BRANCH, MI 48461 | 7046 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| WHORLEY, SHEILA M<br>529 W SAGER RD<br><br>HASTINGS, MI 49058 | 50125 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| WOODRUFF, WILLARD G<br>PO BOX 15<br><br>SYRACUSE, NY 13212 | 11655 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| *CLAIMS TO BE DISALLOWED AND EXPUNGED* | **100** | | $0.00 | (S) | | |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $0.00 | (U) | | |
| | | | $0.00 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
:
In re                                              :          **Chapter 11 Case No.**
:
**MOTORS LIQUIDATION COMPANY,** *et al.,*    :          **09-50026 (REG)**
        **f/k/a General Motors Corp.,** *et al.*     :
:
                              **Debtors.**          :          **(Jointly Administered)**
:
----------------------------------------------------------------x

## ORDER GRANTING DEBTORS' 107TH OMNIBUS OBJECTION TO CLAIMS
### (Claims with Insufficient Documentation)

Upon the 107th omnibus objection to expunge certain claims, dated September 23,

2010 (the "**107th Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a

General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the

"**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"),

Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this

Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in

these chapter 11 cases (the "**Procedures Order**") [Docket No. 4180], seeking entry of an order

disallowing and expunging the Claims with Insufficient Documentation on the grounds that such

claims fail to provide sufficient documentation to ascertain the validity of the claim, all as more

fully described in the 107th Omnibus Objection to Claims; and due and proper notice of the 107th

Omnibus Objection to Claims having been provided, and it appearing that no other or further

notice need be provided; and the Court having found and determined that the relief sought in the

---

[1]      Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such
terms in the 107th Omnibus Objection to Claims.

107th Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the 107th Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the 107th Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on **Exhibit "A"** (the "**Order Exhibit**") annexed hereto under the heading "*Claims to be Disallowed and Expunged*" are disallowed and expunged from the claims registry; and it is further

ORDERED that, if applicable, the 107th Omnibus Objection to Claims is adjourned with respect to the claims listed on the Order Exhibit annexed hereto under the heading "*Objection Adjourned*" (the "**Adjourned Claims**") to the date indicated on the Order Exhibit, subject to further adjournments (such actual hearing date, the "**Adjourned Hearing Date**"), and the Debtors' response deadline with respect to the Adjourned Claims shall be 12:00 noon (Eastern Time) on the date that is three (3) business days before the Adjourned Hearing Date; and it is further

ORDERED that, if applicable, the 107th Omnibus Objection to Claims is withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the heading "*Objection Withdrawn*"; and it is further

ORDERED that, if applicable, the 107th Omnibus Objection to Claims is withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the heading "*Claim Withdrawn*" as those claims have been withdrawn by the corresponding claimant; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object on any basis are expressly reserved with respect to, any claim listed on Exhibit "A" annexed to the 107th Omnibus Objection to Claims under the heading "*Claims to be Disallowed and Expunged*" that is not disallowed or expunged pursuant to this Order; and it is further

ORDERED that to the extent a disallowed and expunged claim is a workers' compensation claim with respect to an employee residing or employed in any state other than the states of Alabama, Georgia, New Jersey, and Oklahoma, the disallowance of such claim shall not affect the claimant's rights to continue receiving benefits from General Motors, LLC (f/k/a NGMCO, Inc.), the purchaser of substantially all the assets of General Motors Corporation; and it is further

ORDERED that to the extent a disallowed and expunged claim is for principal under a public debt security issued by the Debtors, the disallowance of such claim shall not affect the right of the claimant to participate in recoveries as a holder of securities under any proof of claim filed by an indenture trustee in respect of the subject issuance; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
　　　　＿＿＿＿＿＿＿＿, 2010

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
United States Bankruptcy Judge