HEARING DATE AND TIME: October 26, 2010 at 9:45 a.m. (Eastern Time)
RESPONSE DEADLINE: October 19, 2010 at 4:00 p.m. (Eastern Time)

---

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS
HERETO TO DETERMINE WHETHER THIS OBJECTION
AFFECTS YOUR CLAIM(S)**

---

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                    :
In re                               :        Chapter 11 Case No.
                                    :
MOTORS LIQUIDATION COMPANY, et al., :        09-50026 (REG)
     f/k/a General Motors Corp., et al.  :
                                    :
                      Debtors.      :        (Jointly Administered)
                                    :
-------------------------------------------------------------x
```

### NOTICE OF DEBTORS' 108TH OMNIBUS OBJECTION TO CLAIMS
#### (Claims with Insufficient Documentation)

**PLEASE TAKE NOTICE** that on September 23, 2010, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their 108th omnibus objection to expunge certain claims (the "**108th**

**Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the 108th

Omnibus Objection to Claims will be held before the Honorable Robert E. Gerber, United States

Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District

of New York, One Bowling Green, New York, New York 10004, on **October 26, 2010 at 9:45**

**a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

**PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE 108TH OMNIBUS OBJECTION TO CLAIMS TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN EXHIBIT "A" ANNEXED THERETO.**

**PLEASE TAKE FURTHER NOTICE** that any responses to the 108th Omnibus

Objection to Claims must be in writing, shall conform to the Federal Rules of Bankruptcy

Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy

Court (a) electronically in accordance with General Order M-399 (which can be found at

www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by

all other parties in interest, on a CD-ROM or 3.5 inch disk, in text-searchable portable document

format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the

customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable,

and served in accordance with General Order M-399 and on (i) Weil, Gotshal & Manges LLP,

attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R.

Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the Debtors, c/o

Motors Liquidation Company, 500 Renaissance Center, Suite 1400, Detroit, Michigan 48243

(Attn: Ted Stenger); (iii) General Motors, LLC, 400 Renaissance Center, Detroit, Michigan

48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham & Taft LLP, attorneys

for the United States Department of the Treasury, One World Financial Center, New York, New

York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States Department of the Treasury,

1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C. 20220 (Attn: Joseph Samarias,

Esq.); (vi) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th

Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein,

Esq.); (vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of

unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Thomas

Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.);

(viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall

Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq.); (ix) the U.S.

Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007

(Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (x) Caplin & Drysdale, Chartered,

attorneys for the official committee of unsecured creditors holding asbestos-related claims, 375

Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn:  Elihu Inselbuch, Esq. and

Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100, Washington, DC 20005 (Attn:

Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); and (xi) Stutzman, Bromberg, Esserman

& Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the legal

representative for future asbestos personal injury claimants, 2323 Bryan Street, Suite 2200,

Dallas, Texas 75201 (Attn:  Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.), so as to

be received no later than **October 19, 2010 at 4:00 p.m. (Eastern Time)** (the "**Response**

**Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the 108th Omnibus Objection to Claims or any claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the 108th Omnibus Objection to Claims, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: New York, New York
       September 23, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

HEARING DATE AND TIME: October 26, 2010 at 9:45 a.m. (Eastern Time)
RESPONSE DEADLINE: October 19, 2010 at 4:00 p.m. (Eastern Time)

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                    :
In re                               :     Chapter 11 Case No.
                                    :
MOTORS LIQUIDATION COMPANY, et al., :     09-50026 (REG)
    f/k/a General Motors Corp., et al. :
                                    :
                        Debtors.    :     (Jointly Administered)
                                    :
------------------------------------------------------------x
```

## DEBTORS' 108TH OMNIBUS OBJECTION TO CLAIMS
### (Claims with Insufficient Documentation)

<div style="border:1px solid">

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM. CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE EXHIBIT ANNEXED TO THIS OBJECTION.**

</div>

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

   Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully

represent:

## Relief Requested

1.      The Debtors file this 108th omnibus objection to certain claims (the

"**108th Omnibus Objection to Claims**"), pursuant to section 502(b) of title 11, United States

Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure

(the "**Bankruptcy Rules**"), this Court's order approving procedures for the filing of omnibus

objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") [Docket

No. 4180], and this Court's order approving the procedures relating to the filing of proofs of

claim (the "**Bar Date Order**") [Docket No. 4079], seeking entry of an order disallowing and

expunging the claims listed on **Exhibit "A"** annexed hereto.[1]

2.      The Debtors have examined the proofs of claim identified on Exhibit "A"

and have made every effort to ascertain the validity of such claims.  In fact, prior to the filing of

this 108th Omnibus Objection to Claims, the Debtors sent a letter to each of the claimants listed

on Exhibit "A" requesting information that would permit the Debtors to understand the basis and

nature of their respective proofs of claim.  To date, the Debtors have not received any response.

3.      After careful review, the Debtors have determined that the proofs of claim

listed under the heading "*Claims to be Disallowed and Expunged*" (collectively, the "**Claims

with Insufficient Documentation**") fail to provide sufficient documentation to ascertain the

validity of such claims.  Pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rule

3007, and the Bar Date Order, the Debtors seek entry of an order disallowing and expunging

from the claims register the Claims with Insufficient Documentation.  Further, the Debtors

---

[1]      Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab.  Creditors without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City Group, Inc. at 1-703-286-6401.

reserve all of their rights to object on any other basis to any Claims with Insufficient

Documentation as to which the Court does not grant the relief requested herein.

## Jurisdiction

4.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

5.      On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**Realm/Encore Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Case Number 09-50026 (REG).  On September 15, 2009,

the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs,

which were amended on October 4, 2009.  On October 15, 2009, the Realm/Encore Debtors filed

their schedules of assets and liabilities and statements of financial affairs.

6.      On September 16, 2009, this Court entered an order [Docket No. 4079]

establishing November 30, 2009 as the deadline for each person or entity to file a proof of claim

in the Initial Debtors' cases, including governmental units.  On December 2, 2009, this Court

entered an order [Docket No. 4586] establishing February 1, 2010 as the deadline for each

person or entity to file a proof of claim in the Realm/Encore Debtors' cases (except

---

[2]      The Initial Debtors are Motors Liquidation Company (f/k/a General Motors Corporation), MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3]      The Realm/Encore Debtors are Remediation and Liability Management Company, Inc., and Environmental Corporate Remediation Company, Inc.

governmental units, as defined in section 101(27) of the Bankruptcy Code, for which the Court

established April 16, 2010 as the deadline to file proofs of claim).

7.      Furthermore, on October 6, 2009, this Court entered the Procedures Order,

which authorizes the Debtors, among other things, to file omnibus objections to no more than

100 claims at a time, under various grounds, including those set forth in Bankruptcy Rule

3007(d) and those additional grounds set forth in the Procedures Order.

## The Relief Requested Should Be Approved by the Court

8.      A proof of claim *must* "set forth the facts necessary to support the claim"

for it to receive the prima facie validity accorded under the Bankruptcy Rules.  *In re Chain*, 255

B.R. 278, 280 (Bankr. D. Conn. 2000) (internal quotation omitted); *In re Marino*, 90 B.R. 25, 28

(Bankr. D. Conn. 1988); *see Ashford v. Consol. Pioneer Mortgage*, 178 B.R. 222, 226 (B.A.P.

9th Cir. 1995), aff'd , 91 F.3d 151 (9th Cir. 1996); *In re Allegheny Int'l, Inc.*, 954 F.2d 167, 173-

74 (3d Cir. 1992).  Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a

claim may not be allowed to the extent that "such claim is unenforceable against the debtor and

property of the debtor, under any agreement or applicable law."  11 U.S.C. § 502(b)(1).

9.      The Claims with Insufficient Documentation fall far short of the standard

unambiguously required in the Bar Date Order.  Indeed, the Bar Date Order, requires, among

other things, that a proof of claim must "set forth with specificity the legal and factual basis for

the alleged [c]laim [and] include supporting documentation or an explanation as to why such

documentation is not available."  (Bar Date Ord. at 2.)[4]

10.     The Debtors have examined the proofs of claim identified on Exhibit "A"

and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed*

---

[4]        Notices of the Bar Date Order contained express references to this requirement.

*and Expunged*" do not include sufficient documentation to ascertain the nature or validity of these claims.  A reasonable opportunity was provided to each claimant to rectify the deficiencies. Thus, the Debtors request that the Court disallow and expunge in their entirety the Claims with Insufficient Documentation.

<div align="center">**Notice**</div>

11.    Notice of this 108th Omnibus Objection to Claims has been provided to each claimant listed on Exhibit "A" and parties in interest in accordance with the Fourth Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures, dated August 24, 2010 [Docket No. 6750].  The Debtors submit that such notice is sufficient and no other or further notice need be provided.

12.    No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated: New York, New York
        September 23, 2010

<div style="margin-left:40%;">

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

</div>

**<u>EXHIBIT A</u>**

**Exhibit A**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ARTHUR WIGGINS<br>885 HIGHWAY 2393<br><br>MONTICELLO, KY 42633 | 9263 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| BATSON, OMAR R<br>5337 BUTTERNUT TREE CT<br><br>FLINT, MI 48532 | 65289 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| BETTY DAVIS<br>3481 NILES CORTLAND RD. LT28<br><br>CORTLAND, OH 44410 | 9289 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| BLEVINS JR, LOUIS<br>1831 MILLSBORO RD<br><br>MANSFIELD, OH 44906 | 60770 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| BOIKE, JACOB F<br>308 MAPLEBROOKE LN<br><br>CADILLAC, MI 49601 | 11348 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BRITTENHAM #252929, DENNIS E<br>GUS HARRISON ARF CORRECTIONAL FACILITY<br>2727 E. BEECHER ST<br>ADRIEN, MI 49221 | 8287 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BURKS, DORIS T<br>314 NELSON ST<br>PONTIAC, MI 48342 | 10490 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BUSCH, BERNARD E<br>8 HIDDEN TRL<br>LANCASTER, NY 14086 | 8186 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CINDERELLA F HARDY<br>51 TRACE LANE<br>SHELBYVILLE, KY 40065 | 12545 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CINDERELLA HARDY<br>51 TRACE LN<br>SHELBYVILLE, KY 40065 | 12544 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CONNOLLY, MICHAEL F<br>3584 ORCHARD HILL DR<br><br>CANFIELD, OH 44406 | 8021 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CORNELIA M PHILLIPS<br>1415 TANNER LN<br><br>WINTER SPRINGS, FL 32708 | 9178 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CORNELIA PHILLIPS<br>1415 TANNER LN<br><br>WINTER SPRINGS, FL 32708 | 9177 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CRAGUN, MAURICE G<br>8616 W 10TH ST APT 402<br><br>INDIANAPOLIS, IN 46234 | 12768 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CUNNINGHAM, ROBERT A<br>14707 NORTHVILLE RD APT 216<br><br>PLYMOUTH, MI 48170 | 8411 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DARELYN CLAUSE<br>5380 CHEW RD<br><br>SANBORN, NY 14132 | 6146 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DARELYN R CLAUSE<br>5380 CHEW RD<br><br>SANBORN, NY 14132 | 6147 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DAVID HOUGHTON<br>2012 S. COCHRAN AVE<br><br>CHARLOTTE, MI 48813 | 16149 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DAVIS, BETTY N<br>3481 NILES CORTLAND RD LT28<br><br>CORTLAND, OH 44410 | 9288 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DOWNS, CAROL D<br>1732 CRANBERRY LN NE APT 165<br><br>WARREN, OH 44483 | 11178 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

108th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EUGENE GEARITY<br>16731 US HIGHWAY 301 LOT 145<br><br>DADE CITY, FL 33523 | 45271 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| FRANK, MILAN C<br>653 BORKU<br>JABLONNENO 56164 CZECH REPUBLIC<br>,<br>CZECH (REP) | 32899 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| GAERTNER, BETTY B<br>TUSCANY AT MC CORMICK RANCH #302<br>9000 E SAN VICTOR DRIVE<br>SCOTTSDALE, AZ 85258 | 6161 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| GAIL D CROLEY<br>2125   MEADOW LANE<br><br>ARCANUM, OH 45304 | 30907 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| GERY, JOHN D<br>2325 S CARBON ST<br><br>ALLENTOWN, PA 18103 | 8419 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HALL, CURTIS<br>2608 GRADY CT<br><br>FLINT, MI 48505 | 61712 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HALLENBECK, ANN M<br>8780 W CUTLER RD<br><br>DEWITT, MI 48820 | 8800 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HARDY, BOBBY R<br>PO BOX 1441<br><br>HIRAM, GA 30141 | 33283 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HAYLES, LOYD T<br>331 COUNTRY CLUB BLVD<br><br>SLIDELL, LA 70458 | 32902 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| IORIO, JOHN M<br>251 ORCHARD CREEK LN<br><br>ROCHESTER, NY 14612 | 36137 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JIMMY L WHITE<br>4943 FREE PIKE<br>DAYTON, OH 45416 | 5960 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| KARAS, PAUL B<br>14004 12TH AVE<br>MARNE, MI 49435 | 6049 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| KELLEY, BRENDA J<br>593 TIMBERLINE ST<br>DECATUR, AR 72722 | 7749 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| KREZ, LEO V<br>5797 MYSTIC BND<br>BROWNSVILLE, TX 78526 | 6086 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| KUMMER, DAVID H<br>2653 BLUE STONE CIRCLE<br>KALAMAZOO, MI 49009 | 11267 | MLCS, LLC | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LEVON MANN SR<br>1837 AUBURN AVE<br><br>DAYTON, OH 45406 | 8709 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| LOUDON, ELIZABETH M<br>9146 GREGORY ST<br><br>CYPRESS, CA 90630 | 6260 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MANN SR,LEVON (NMI)<br>1837 AUBURN AVE<br><br>DAYTON, OH 45406 | 8710 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MARIANNE SPEED<br>705 MEADOWLANE DR<br><br>RIPLEY, OH 45167 | 8403 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MARK S MATLINGA<br>111 S BASSETT RD<br><br>LAPEER, MI 48446 | 6047 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MC CANN, DAVID M<br>6238 WINDORAH WAY<br><br>ORANGEVALE, CA 95662 | 9274 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MCDONALD, ISABEL G<br>125 DOYLE FARM LN<br><br>MOORESVILLE, NC 28115 | 10956 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MCELYEA, JAMES W<br>3210 NORTHWEST GRAND AVE.<br><br>PHOENIX, AZ 85017 | 7516 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MICHALSKI, HELEN A<br>2013 RIDGEVIEW LN<br><br>SENECA, SC 29678 | 36988 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MOORE-FULLER, STEPHANIE S<br>2011 CALIFORNIA ST APT 6A<br><br>MOUNTAIN VIEW, CA 94040 | 47996 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MORGAN, RUSSELL R<br>9808 COUNTY ROAD 528<br><br>BURLESON, TX 76028 | 2686 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| NEWMAN, MICHAEL P<br>1978 LOVELL CT<br><br>MILFORD, MI 48381 | 61360 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PATTON, FLOSSIE<br>345 N UPLAND AVE<br><br>DAYTON, OH 45417 | 8711 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PAYNE, MONICA M<br>60920 ROMEO PLANK RD<br><br>RAY, MI 48096 | 33537 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PERCIVAL, MADELIN<br>35 WILDWOOD CIR<br><br>FLETCHER, NC 28732 | 9156 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RANDOLPH BERTIE<br>PO BOX 405<br><br>BETHEL, OH 45106 | 8010 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| RANDOLPH BERTIE<br>PO BOX 405<br><br>BETHEL, OH 45106 | 8027 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| RANDOLPH, BERTIE<br>PO BOX 405<br><br>BETHEL, OH 45106 | 8009 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ROBERT K FOSTER<br>7226 TERUEL AVE<br><br>NEW PORT RICHIE, FL 34653 | 6380 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ROBERT SEXTON JR<br>3304 EVERGREEN DR<br><br>BAY CITY, MI 48706 | 7974 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ROBINSON, EVELYN H<br>4223 OLD BRANDON RD<br><br>PEARL, MS 39208 | 8691 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ROSE JUNGNITSCH<br>15250 W TOWNLINE RD<br><br>SAINT CHARLES, MI 48655 | 12518 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ROSINE, MARVIN L<br>507 LARCHMONT PL<br><br>AIKEN, SC 29801 | 8594 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ROSS, EVERETT P<br>10045 NICARAGUA DR<br><br>CUTLER BAY, FL 33189 | 11166 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ROSSI, ELVERA M<br>C/O DEBRA D ROSSI<br>6950 FAIRVIEW RD<br>AUSTINTOWN, OH 44515 | 6409 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SAYLOR, JIMMY R<br>5629 MACEY AVE APT S1<br><br>CINCINNATI, OH 45227 | 39329 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SEELOW, JOAN E<br>W4337 COUNTY RD S TRLR 59<br><br>HORICON, WI 53032 | 33523 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SHAVON E EVANS<br>2460 BRIER ST SE<br><br>WARREN, OH 44484 | 9283 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SMITH, BARBARA<br>3 WESTGATE DR<br><br>GRANITE CITY, IL 62040 | 9287 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SPEED, MARIANNE<br>705 MEADOWLANE DR<br><br>RIPLEY, OH 45167 | 8005 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| STEPHEN JOHNSON<br>18548 MYRON ST<br><br>LIVONIA, MI 48152 | 44067 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| STEWART GEORGE<br>11 BUNKER LN<br><br>THORNDALE, PA 19372 | 33292 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| TRISTANO, CARL F<br>518 PHEASANT TRL<br><br>ST CHARLES, IL 60174 | 43332 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| VANCE, LUNZIE L<br>5070 VILLAGE WOODS DR APT 3<br><br>MEMPHIS, TN 38116 | 8708 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| WARNER, CRAIG G<br>47 HAZEL ST<br><br>DANVILLE, AL 35619 | 45071 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WILCOX, RICHARD<br>14130 W 113TH TER<br><br>LENEXA, KS 66215 | 8106 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| WILLIAM R FREEMAN<br>735 GRISWOLD ST SE<br><br>GRAND RAPIDS, MI 49507 | 6207 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| WILLIAMS, IVAN V<br>1601 NW 103RD ST APT 276<br><br>MIAMI, FL 33147 | 9271 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| WYSONG, MARY B<br>6500 LUCAS LANE RR=4<br><br>HILLSBORO, OH 45133 | 9773 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| *CLAIMS TO BE DISALLOWED AND EXPUNGED* | **74** | | **$0.00**  (S)<br>**$0.00**  (A)<br>**$0.00**  (P)<br>**$0.00**  (U)<br>**$0.00**  (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
```
                                    :
In re                               :      Chapter 11 Case No.
                                    :
MOTORS LIQUIDATION COMPANY, et al., :      09-50026 (REG)
     f/k/a General Motors Corp., et al. :
                                    :
               Debtors.             :      (Jointly Administered)
                                    :
```
-----------------------------------------------------------------x

### ORDER GRANTING DEBTORS' 108TH OMNIBUS OBJECTION TO CLAIMS
### (Claims with Insufficient Documentation)

Upon the 108th omnibus objection to expunge certain claims, dated September 23,

2010 (the "**108th Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a

General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the

"**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"),

Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this

Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in

these chapter 11 cases (the "**Procedures Order**") [Docket No. 4180], seeking entry of an order

disallowing and expunging the Claims with Insufficient Documentation on the grounds that such

claims fail to provide sufficient documentation to ascertain the validity of the claim, all as more

fully described in the 108th Omnibus Objection to Claims; and due and proper notice of the 108th

Omnibus Objection to Claims having been provided, and it appearing that no other or further

notice need be provided; and the Court having found and determined that the relief sought in the

---

[1]     Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the 108th Omnibus Objection to Claims.

108th Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the 108th Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the 108th Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on **Exhibit "A"** (the "**Order Exhibit**") annexed hereto under the heading "*Claims to be Disallowed and Expunged*" are disallowed and expunged from the claims registry; and it is further

ORDERED that, if applicable, the 108th Omnibus Objection to Claims is adjourned with respect to the claims listed on the Order Exhibit annexed hereto under the heading "*Objection Adjourned*" (the "**Adjourned Claims**") to the date indicated on the Order Exhibit, subject to further adjournments (such actual hearing date, the "**Adjourned Hearing Date**"), and the Debtors' response deadline with respect to the Adjourned Claims shall be 12:00 noon (Eastern Time) on the date that is three (3) business days before the Adjourned Hearing Date; and it is further

ORDERED that, if applicable, the 108th Omnibus Objection to Claims is withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the heading "*Objection Withdrawn*"; and it is further

ORDERED that, if applicable, the 108th Omnibus Objection to Claims is withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the heading "*Claim Withdrawn*" as those claims have been withdrawn by the corresponding claimant; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly reserved

with respect to, any claim listed on Exhibit "A" annexed to the 108th Omnibus Objection to

Claims under the heading "*Claims to be Disallowed and Expunged*" that is not disallowed or

expunged pursuant to this Order; and it is further

ORDERED that to the extent a disallowed and expunged claim is a workers'

compensation claim with respect to an employee residing or employed in any state other than the

states of Alabama, Georgia, New Jersey, and Oklahoma, the disallowance of such claim shall not

affect the claimant's rights to continue receiving benefits from General Motors, LLC (f/k/a

NGMCO, Inc.), the purchaser of substantially all the assets of General Motors Corporation; and it

is further

ORDERED that to the extent a disallowed and expunged claim is for principal

under a public debt security issued by the Debtors, the disallowance of such claim shall not affect

the right of the claimant to participate in recoveries as a holder of securities under any proof of

claim filed by an indenture trustee in respect of the subject issuance; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
_____, 2010

_____
United States Bankruptcy Judge