**<u>EXHIBIT A</u>**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                   **:**

In re                                     **:**                **Chapter 11 Case No.**
                                                   **:**

**MOTORS LIQUIDATION COMPANY,** *et al.,*  **:**       **09-50026 (REG)**
        **f/k/a General Motors Corp.,** *et al.*    **:**
                                                   **:**

                     **Debtors.**         **:**              **(Jointly Administered)**
                                                   **:**
-------------------------------------------------------------x

### STIPULATION OF SETTLEMENT REGARDING
### MASTER SALE AND PURCHASE AGREEMENT

        This stipulation of settlement (the "**Stipulation of Settlement**") is entered into by

Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and its affiliated

debtors, as debtors in possession (collectively, the "**Debtors**") and General Motors, LLC (f/k/a

NGMCO, Inc.) ("**New GM**" and together with the Debtors, the "**Parties**"), for the purpose of

resolving certain mutual mistakes by the Parties and disputes and ambiguities arising under the

terms of that certain Master Sale and Purchase Agreement, by and among MLC, Saturn LLC,

Saturn Distribution Corporation and Chevrolet Saturn of Harlem, as Sellers, and New GM as

Purchaser, dated as of June 26, 2009 (the "**MSPA**").

### RECITALS

        **WHEREAS**, on June 26, 2009 the Parties entered into the MSPA and on July 10,

2009, the Debtors consummated the sale (the "**Closing**") of substantially all of their assets

pursuant thereto (the "**Sale**"); and

        **WHEREAS** certain issues arose by virtue of (i) mutual mistake by the Parties as

to the scheduling of certain assets under the MSPA, (ii) ambiguities or disputes under the MSPA

regarding property taxes and the allocation of responsibility with respect to environmental

services or remediation associated with certain real property, and (iii) ambiguity under the

MSPA regarding the Parties' rights with respect to certain claims arising under interest rate

swaps with Deutsche Bank AG ("**Deutsche Bank**"); and

**WHEREAS** in order to avoid the costs and uncertainties attendant to the

litigation of these issues, the Parties seek to resolve certain mutual mistakes, disputes, and

ambiguities with respect to and arising under the MSPA on the terms and conditions set forth

herein.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED** by and between

the Parties that:

## <u>AGREEMENT</u>

1.    <u>CVO Willow Run</u>.  Willow Run Company Vehicle Operations ("**CVO Willow**

**Run**") is located at 2901 Tyler Road, Ypsilanti, Michigan 48198.  Annexed hereto as <u>Schedule I</u>

is a legal description and map of the CVO Willow Run property.  Annexed hereto as <u>Schedule II</u>

is a schedule of the Debtors' estimates of the costs associated with environmental remediation

activities and monitoring of CVO Willow Run.  CVO Willow Run and all Liabilities[1] relating

thereto will constitute, respectively, Excluded Real Property and Retained Liabilities under the

MSPA; *provided, however*, that any liabilities relating to CVO Willow Run arising out of,

relating to, in respect of, or in connection with the use of CVO Willow Run by New GM during

the period commencing on the date of the Closing and continuing through the Saginaw Landfill

Transfer Date (as defined below), if such date occurs, shall be Assumed Liabilities; and *provided*

*further* that the effectiveness of this Paragraph 1 and the designation of CVO Willow Run as

Excluded Real Property and related liabilities as Retained Liabilities is expressly conditioned

---

[1] Capitalized terms used herein but not otherwise defined will have the meaning ascribed to such terms in the MSPA.

upon the successful transfer of the Saginaw Landfill (as defined below), as set forth in Paragraph 2 hereof.

2.    <u>Saginaw Landfill</u>.  Under the MSPA, New GM has the option to acquire the landfill owned by the Debtors and located at 2100 Veterans Memorial Parkway, Saginaw, Michigan 48603 (the "**Saginaw Landfill**").  Annexed hereto as <u>Schedule III</u> is a legal description and map of the Saginaw Landfill property.  Annexed hereto as <u>Schedule IV</u> is a schedule of the Debtors' estimates of the costs associated with the maintenance and environmental remediation of Saginaw Landfill.  Upon finalization of the subdivision and separation of the properties commonly known as GMPT – Saginaw Metal Casting and Saginaw Nodular Iron pursuant to the MSPA and the Master Lease Agreement (Subdivision Properties) dated July 10, 2010 between MLC and New GM,  and upon satisfaction of the regulatory requirements relating to the transfer of the Saginaw Landfill, New GM shall exercise the option to acquire the Saginaw Landfill in accordance with the MSPA.  On the date on which the Saginaw Landfill is conveyed to New GM (the "**Landfill Transfer Date**"), which shall only occur upon (i) the subdivision of the Saginaw Landfill in accordance with applicable law and (ii) the satisfaction of all regulatory requirements relating to the transfer, the Saginaw Landfill shall become Owned Real Property (a subset of Purchased Assets comprising real property) and all Liability arising out of, relating to, in respect of, or in connection with the use, ownership, or sale of the Saginaw Landfill after the Landfill Transfer Date shall be Assumed Liabilities; *provided, however*, that without affect on any other provision in this Stipulation of Settlement (except as to Paragraph 1 as set forth herein) in the event that the Saginaw Landfill is not successfully transferred to New GM, for any reason whatsoever (other than the Debtors' refusal to transfer the Saginaw Landfill to New GM or to use commercially reasonable efforts to cooperate with New

GM in obtaining the necessary third-party approvals applicable to the transfer of the Saginaw

Landfill), including, but not limited to New GM's failure to subdivide and satisfy the relevant

regulatory requirements relating to the transfer, (i) CVO Willow Run and the liabilities in

connection therewith shall remained Owned Real Property (a subset of Purchased Assets

comprising real property) and Assumed Liabilities to the extent set forth in this paragraph, and

(ii) the Saginaw Landfill and the Liabilities in connection therewith shall remain Excluded Real

Property and Retained Liabilities.  The Parties agree to use their commercially reasonable best

efforts to effectuate the transfer of the Saginaw Landfill in a timely manner.

      3.      <u>Invoices</u>.  Annexed hereto as <u>Schedule V</u> is a schedule of invoices (the

"**Invoices**") for environmental remediation services provided by third-party contractors with

respect to property (i) that was transferred to New GM pursuant to the MSPA and (ii) owned by

the Debtors.  New GM will assume liability for $1,513,658 in respect of the Invoices.

      4.      <u>Idled Plant Transportation and Disposal Costs</u>.  Annexed hereto as <u>Schedule VI</u> is

a list of facilities (the "**Idled Facilities**") and historical costs associated with the transportation

and disposal of hazardous waste produced in connection with the Facility Idling Process (as such

term is defined in that certain Master Lease Agreement (Excluded Manufacturing Assets) dated

July 10, 2009 between MLC and New GM) at the Idled Facilities (the "**Idled Plant**

**Transportation and Disposal Costs**").  New GM will assume one half of the Idled Plant

Transportation and Disposal Costs, which shall amount to $859,625.  Upon payment of its share

of the Idled Plant Transportation and Disposal Costs, New GM will have no further obligation to

pay the Debtors any amounts relating to the transportation and disposal of hazardous waste

produced in connection with the Facility Idling Process.

5.      Property Tax.  Annexed hereto as Schedule VII is a schedule of estimated real

property taxes (the "**Property Taxes**") relating to real property owned or leased by the Debtors,

and leased or occupied by New GM after the Closing, but handed back to the Debtors during the

2009 calendar year (the "**Facilities**").  New GM will assume liability for $696,145.41 in respect

of the Property Taxes relating to the period beginning as of the date that New GM handed over

the respective properties to the Debtors through December 31, 2009.  Upon payment of the

assumed Property Taxes by New GM, the allocation of Property Taxes on the Facilities for the

2009 calendar year between New GM and Debtors will be complete and final, except to the

extent that adjustment is required due to changes after the date hereof in the underlying total

property tax due for such period to taxing authorities.

6.      Properties.  Annexed hereto as Schedule VIII is a list of properties (the

"**Properties**") located in Indiana and Ohio. The Parties Agree that the Properties and all

liabilities relating thereto shall be Excluded Real Properties and Retained Liabilities,

respectively, and the titles to the Properties shall remain vested in the Debtors.

7.      Deutsche Bank Settlement.  On November 24, 2009, Deutsche Bank filed a

motion [Docket No. 4529] for relief from the automatic stay, asserting a right to setoff

$24,040,404 (the "**Swap Debt**") that it owes in respect of interest rate swap debt, against its

claim for $24,073,200 (the "**Bond Claim**") relating to the face value of the Debtors' bonds it

held as of the Commencement Date.  Upon completion of litigation with Deutsche Bank with

respect to the setoff, and to the extent that any proceeds of the Swap Debt become available to

either the Debtors or New GM, the Parties agree that (i) the Debtors will receive the first $9

million of such proceeds, and (ii) the balance of the recovery will be split evenly between the

Parties.  To the extent Deutsche Bank's right to setoff is validated, the Parties Agree that the

Swap Debt may be used to effectuate the setoff against the Bond Claim.

      8.     This Stipulation is subject in all respects to approval by the Bankruptcy Court.

Upon such approval, this Stipulation and Settlement shall be binding upon the Parties, and may

not be changed, altered, or modified except in writing, signed by the Parties or their duly

authorized attorneys and approved by the Bankruptcy Court.

      9.     The Bankruptcy Court shall retain jurisdiction to hear and determine all matters

arising from or related to the implementation, interpretation and/or enforcement of this

Stipulation of Settlement.

      10.    This Stipulation of Settlement may be executed in counterparts.


Stipulated and Agreed:

Dated:  September 2, 2010

**MOTORS LIQUIDATION COMPANY**      **GENERAL MOTORS, LLC**

By: /s/ Thomas A. Morrow _____     By: /s/ Russel S. Bratley _____
    Name: Thomas A. Morrow            Name:  Russel S. Bratley
    Title: Vice President                Title:  Director - Corporate Financial
                                      Planning and Analysis

## Schedule I

## Legal Description and Map of CVO Willow Run Property

Tax ID Number: **11-12-300-006**

Land situated in the **Township** of **Ypsilanti**, in the County of **Washtenaw**, State of **Michigan** is described as follows:

Part of Southeast 1/2, Section 12, Town 3 South, Range 7 East, Ypsilanti Township, Washtenaw County, Michigan commencing at Southeast corner of Section 12, thence South 87 degrees, 46 minutes, 46 seconds West along South line of Section 935.33 feet to point of beginning; thence continuing South 87 degrees, 46 minutes, 46 seconds West along South line of Section which is also the centerline of Tyler Road (proposed 120 feet wide) 1397.50 feet; thence North 00 degrees 00 minutes 25 seconds West 732.97 feet; thence North 89 degrees, 53 minutes, 1 minute East 192.96 feet; thence North 33 degrees, 3 minutes, 21 seconds East 305.54 feet to point that approximately the centerline of Willow Run Creek; thence along centerline in a Southerly direction in the Willow Run Creek the following courses and distance; South 16 degrees 47 minutes, 55 seconds East 173.21 feet; thence South 42 degrees, 9 minutes, 5 seconds East 284.61 feet; thence South 86 degrees, 11 minutes, 10 seconds East 300.66 feet; thence South 74 degrees, 6 minutes, 15 seconds East 157 feet; thence North 83 degrees, 10 minutes, 55 seconds East 185.31 feet; thence South 82 degrees, 54 minutes, 10 seconds East 250.92 feet; thence South 45 degrees, 40 minutes, 10 seconds East 181.74 feet; thence South 4 degrees, 51 minutes, 50 seconds West 188.68 feet; thence leaving the approximate centerline of the Willow Run Creek on course of South 61 degrees, 16 minutes, 45 seconds West 232.01 feet to a point that is on the North line of Tyler Road; thence South 1 degree, 16 minutes, 17 seconds East 60.01 feet; to point of beginning containing 22.06 more or less acres of land.

**Commonly known as:** 2901 Tyler Road, Ypsilanti, MI  48198

# Ypsilanti, MI –CVO – Vehicle Center
## 2901 Tyler Road, Ypsilanti, MI



## Schedule II

**CVO Willow Run Environmental Remediation and Monitoring Costs**

| Activities Related to Clean-up and Monitoring of CVO Willow Run | $ 7,542,403 |
| --- | --- |
| -Agreements/Work Plans/Risk Assessment/Reports | |
| -PACO 24 | |
| -PAOC 23 | |
| -PAOC 19 (Site Wide GW) | |
| -PAOC 18/29 - DNAPL/LNAPL | |
| -Contingency Cost | |

## Schedule III

**Legal Description and Map of Saginaw Landfill**

PART OF THE NORTHEAST QUARTER OF SECTION 5, TOWN 12 NORTH, RANGE 5 EAST, BUENA
VISTA TOWNSHIP, SAGINAW COUNTY, MICHIGAN; DESCRIBED AS COMMENCING AT THE
SOUTHEAST CORNER OF SAID SECTION; THENCE N00°02'00"W 313.43 FEET TO THE POINT OF
BEGINNING; THENCE S40°49'28"W 406.25 FEET; THENCE N88°42'22"W 1397.64 FEET; THENCE
N19°49'03"W 1729.07 FEET; THENCE N71°48'13"E 384.20 FEET; THENCE N82°11'16"E 203.32
FEET; THENCE N89°00'10"E 967.66 FEET; THENCE S75°52'26"E 130.59 FEET; THENCE
S45°59'32"E 160.63 FEET; THENCE S35°52'45"E 287.47 FEET; THENCE S53°09'33"E 139.38 FEET;
THENCE S82°25'28"E 194.04 FEET; THENCE S00°02'00"E 1029.72 FEET TO THE POINT OF
BEGINNING. CONTAINING 75.63 ACRES.

AND

PART OF THE NORTHEAST QUARTER OF SECTION 8, TOWN 12 NORTH, RANGE 5 EAST, BUENA
VISTA TOWNSHIP, SAGINAW COUNTY, MICHIGAN; DESCRIBED AS BEGINNING AT THE EAST
QUARTER CORNER OF SAID SECTION; THENCE S89°44'00"W 530.01 FEET ALONG THE EAST
WEST QUARTER LINE; THENCE N00°00'00"E 1502.00 FEET; THENCE N89°44'00"E 530.01 FEET;
THENCE S00°00'00"W 1502.00 FEET ALONG THE EAST SECTION LINE TO THE POINT OF
BEGINNING. CONTAINING 18.28 ACRES.

## Saginaw, MI – Nodular Iron - Landfill and Clay Cap Area



## Schedule IV

**Saginaw Iron Landfill Environmental Remediation and Maintenance Costs**

| | |
|---|---|
| **Cost Estimate for Entire SNI Property** (Net present value of future remediation) | **$8,355,199** |
| **Portion of Estimate Attributable to the Landfill** Activities Attributable to the Landfill -Agency Oversight -Landfill Cap OM&M -Landfill Closure -Contingency | **$3,758,193** |
| **Non-landfill Related Portion of Estimate** | **$4,597,006** |

## Schedule V

### Invoices

| Date | Number | Site | Vendor | Amount |
|------|--------|------|--------|--------|
| 6/30/2009 | 236-200906 | Allison Eagle Creek | Encore Environmental Consortium | 384.36 |
| 7/31/2009 | 236-200907 | Allison Eagle Creek | Encore Environmental Consortium | 356.80 |
| 6/26/2009 | 027-200906 | Allison Transmission | Encore Environmental Consortium | 20,721.05 |
| 7/27/2009 | E027-200907 | Allison Transmission | Encore Environmental Consortium | 39,590.22 |
| 6/26/2009 | OMM-027-200906 | Allison Transmission | Encore Environmental Consortium | 28,155.51 |
| 7/27/2009 | OMM027B-200907 | Allison Transmission | Encore Environmental Consortium | 39,114.06 |
| 6/10/2009 | 72 | Bedford | Sevenson Environmental Services, Inc. | 133,602.28 |
| 6/19/2009 | 73 | Bedford | Sevenson Environmental Services, Inc. | 95,613.39 |
| 7/2/2009 | 74 | Bedford | Sevenson Environmental Services, Inc. | 83,884.26 |
| 7/17/2009 | 75 | Bedford | Sevenson Environmental Services, Inc. | 85,595.03 |
| 6/30/2009 | 117A-200906 | Bedford | Encore Environmental Consortium | 289,052.70 |
| 7/31/2009 | 117A-200907 | Bedford | Encore Environmental Consortium | 279,192.66 |
| 7/8/2009 | 280667 E117 | Bedford | Encore Environmental Consortium | 7,810.88 |
| 7/31/2009 | OMM117B-200907 | Bedford | Encore Environmental Consortium | 29,570.87 |
| 6/12/2009 | OMM-E119-200906 | Defiance | Encore Environmental Consortium | 4,400.19 |
| 7/17/2009 | OMME119-PM406_200907 | Defiance | Encore Environmental Consortium | 12,734.98 |
| 7/31/2009 | 099-200907 | Desert Proving Grounds | Encore Environmental Consortium | 86,415.23 |
| 6/27/2009 | 31842E | Desert Proving Grounds | WDC Exploration & Wells | 6,375.00 |
| 6/30/2009 | 094-200906 | Doraville | Encore Environmental Consortium | 3,863.84 |
| 7/27/2009 | 123_PM036_200907 | Flint V8 | Encore Environmental Consortium | 436.80 |

| 6/19/2009 | E123-PM036_200906 | Flint V8 | Encore Environmental Consortium | 1,022.80 |
|---|---|---|---|---|
| 5/31/2009 | OMM053109F1246 | Flint V8 | Global Environmental Engineering, Inc. | 4,136.50 |
| 6/30/2009 | OMM063009F1246 | Flint V8 | Global Environmental Engineering, Inc. | 4,136.50 |
| 6/30/2009 | OMM123B-200906 | Flint V8 | Encore Environmental Consortium | 5,367.15 |
| 7/31/2009 | omm123b-200907 | Flint V8 | Encore Environmental Consortium | 10,382.49 |
| 6/19/2009 | 32629 | GMNA - Flint on Van Slyke | General Oil Company, Inc. | 1,340.00 |
| 7/11/2009 | 32718 | GMNA - Flint on Van Slyke | General Oil Company, Inc. | 1,528.75 |
| 6/30/2009 | 104B-200906 | GMNA - Flint on Van Slyke | Encore Environmental Consortium | 5,105.86 |
| 7/31/2009 | 104B-200907 | GMNA - Flint on Van Slyke | Encore Environmental Consortium | 2,801.08 |
| 6/8/2009 | 277765 E117 | GMPT - Bedford | Encore Environmental Consortium | 2,182.51 |
| 6/30/2009 | OMM117B-200906 | GMPT - Bedford | Encore Environmental Consortium | 24,941.88 |
| 6/30/2009 | 132-200906 | GMPT - Toledo | Encore Environmental Consortium | 1,848.03 |
| 7/31/2009 | 132-200907 | GMPT - Toledo | Encore Environmental Consortium | 3,117.99 |
| 6/30/2009 | OMM133B-200906 | GMPT - Tonawanda | Encore Environmental Consortium | 2,213.96 |
| 6/19/2009 | OMME133_PM412_200906 | GMPT - Tonawanda | Encore Environmental Consortium | 4,393.79 |
| 7/21/2009 | OMME133-PM412-200907 | GMPT - Tonawanda | Encore Environmental Consortium | 6,845.75 |
| 6/30/2009 | 134B-200906 | GMPT - Warren | Encore Environmental Consortium | 848.53 |
| 7/31/2009 | 134B-200907 | GMPT - Warren | Encore Environmental Consortium | 637.93 |
| 7/27/2009 | 088-200907 | Lansing 1 & 2 | Encore Environmental Consortium | 10,428.90 |
| 6/30/2009 | 088E-200906 | Lansing 1 & 2 | Encore Environmental Consortium | 902.80 |
| 7/27/2009 | 088E-200907 | Lansing 1 & 2 | Encore Environmental Consortium | 2,132.20 |
| 6/30/2009 | E_088D_130_200906 | Lansing 1 & 2 | Encore Environmental Consortium | 22,134.08 |
| 6/30/2009 | OMM088F-200906 | Lansing 1 & 2 | Encore Environmental Consortium | 7,417.99 |

| Date | Invoice | Location | Vendor | Amount |
|---|---|---|---|---|
| 7/31/2009 | OMM088F-200907 | Lansing 1 & 2 | Encore Environmental Consortium | 12,499.74 |
| 7/31/2009 | 109-200907 | Linden Assembly | Encore Environmental Consortium | 1,008.12 |
| 7/31/2009 | 090B-200907 | Lordstown | Encore Environmental Consortium | 5,479.62 |
| 7/17/2009 | OMME090-PM402_200907 | Lordstown | Encore Environmental Consortium | 1,809.22 |
| 2/25/2009 | E_090_PM402_200902 | Lordstown | Encore Environmental Consortium | 4,082.04 |
| 6/30/2009 | E_029_126_200906 | Metal Fab Grand Blanc | Encore Environmental Consortium | 3,837.11 |
| 7/31/2009 | E_029_126_200907 | Metal Fab Grand Blanc | Encore Environmental Consortium | 12,567.00 |
| 6/30/2009 | 097-200906 | Mid/Lux - Tarrytown | Encore Environmental Consortium | 19,870.24 |
| 7/29/2009 | 097-200907 | Mid/Lux - Tarrytown | Encore Environmental Consortium | 24,760.27 |
| 6/30/2009 | 101-200906 | Milford Proving Grounds | Encore Environmental Consortium | 3,038.85 |
| 6/30/2009 | 101A-200906 | Milford Proving Grounds | Encore Environmental Consortium | 8,710.64 |
| 7/31/2009 | 101A-200907 | Milford Proving Grounds | Encore Environmental Consortium | 5,446.75 |
| 7/31/2009 | 101G-200907 | Milford Proving Grounds | Encore Environmental Consortium | 133.43 |
| 7/31/2009 | 101I-200907 | Milford Proving Grounds | Encore Environmental Consortium | 1,652.26 |
| 8/14/2009 | 284448 | Milford Proving Grounds | Arcadis | 5,817.26 |
| 6/30/2009 | 131-200906 | SMCO | Encore Environmental Consortium | 8,372.80 |
| 7/31/2009 | 131-200907 | SMCO | Encore Environmental Consortium | 8,895.70 |
| 6/30/2009 | 143A-200906 | SPO (various) | Encore Environmental Consortium | 2,300.76 |
| 6/30/2009 | 167A-200906 | Tech Center | Encore Environmental Consortium | 6,799.29 |
| 7/31/2009 | 167A-200907 | Tech Center | Encore Environmental Consortium | 3,839.61 |
| | | | **Total** | **$1,513,658.29** |

## <u>Schedule VI</u>

### Idled Plant Transportation and Disposal Costs

**Historical transportation and disposal (T&D) costs experienced by GM:**

|  |  |  | Remove outliers |
|---|---|---|---|
| Doraville | $ | 82,074 | $ 82,074 |
| Grand Rapids | $ | 87,519 | $ 87,519 |
| Janesville | $ | 150,723 | $ 150,723 |
| Livonia | $ | 41,813 | low |
| Moraine | $ | 159,613 | high |
| Massena | $ | 138,176 | $138,176 |
|  |  |  |  |
| Average (rounded) |  |  | $115,000 |
|  |  |  |  |
| 15% Risk Management fee |  |  | $ 17,250 |
| (Suggested by Greg Mischley) |  |  |  |
|  |  |  |  |
| **Total est. T&D costs/plant** |  |  | **$132,250** |
|  |  |  |  |
| **Remaining Total Est. T&D Costs** |  |  | **$1,719,250** |

**Plants to be idled**

1  Wilmington Assembly
2  Pontiac Assembly
3  Mansfield Stamping
4  Parma Powertrain
5  Willow Run Powertrain
6  Fredericksburg Powertrain
7  Flint North
8  Pontiac Stamping
9  Grand Rapids Stamping
10  Livonia Powertrain
11  Indy Stamping
12  Shreveport Assembly
13  Shreveport Stamping

## <u>Schedule VII</u>

**Real Property Taxes**

**[Content on following page]**

| Line Number | File Number | State | Juris Cd | Parcel / Account | Location ID | 2009 Tax Year Real Property Taxes Paid During 2009 | 2009 Tax Year Real Property Taxes due after 12/31/09 | Turnover Date | MLC Days | MLC Tax Allocation | Estimated Settlement Value From GM | GM Tax Allocation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 247 | IN | Delaware | 1163780090000 | RG0900000-XXXX-XX-G | $ - | $ 299.70 | 8/28/2009 | 125 | $ 102.64 | $ 51.32 | $ 248.38 |
| 2 | 252 | IN | Delaware | 1116326001000 | RG2700000-XXXX-XX-G | $ - | 23,168.40 | 8/28/2009 | 125 | $ 7,934.38 | $ 3,967.19 | 19,201.21 |
| 3 | 253 | IN | Delaware | 1116328002000 | RG1000000-XXXX-XX-G | $ - | 29,496.00 | 8/28/2009 | 125 | $ 10,101.37 | $ 5,050.69 | 24,445.32 |
| 4 | 254 | IN | Delaware | 1116327001000 | RG1200000-XXXX-XX-G | $ - | $ 300.20 | 8/28/2009 | 125 | $ 102.81 | $ 51.41 | 248.80 |
| 5 | 255 | IN | Delaware | 1116327003000 | RG1300000-XXXX-XX-G | $ - | $ 463.90 | 8/28/2009 | 125 | $ 158.87 | $ 79.44 | 384.47 |
| 6 | 256 | IN | Delaware | 1116328001000 | RG1400000-XXXX-XX-G | $ - | $ 279.20 | 8/28/2009 | 125 | $ 95.62 | $ 47.81 | 231.39 |
| 7 | 257 | IN | Delaware | 1116328002000 | RG1500000-XXXX-XX-G | $ - | $ 195.20 | 8/28/2009 | 125 | $ 66.85 | $ 33.43 | 161.78 |
| 8 | 258 | IN | Delaware | 1116328003000 | RG1600000-XXXX-XX-G | $ - | $ 393.90 | 8/28/2009 | 125 | $ 134.90 | $ 67.45 | 326.45 |
| 9 | 259 | IN | Delaware | 1116328004000 | RG1700000-XXXX-XX-G | $ - | $ 205.70 | 8/28/2009 | 125 | $ 70.45 | $ 35.23 | 170.48 |
| 10 | 260 | IN | Delaware | 1116328005000 | RG1800000-XXXX-XX-G | $ - | $ 331.70 | 8/28/2009 | 125 | $ 113.60 | $ 56.80 | 274.90 |
| 11 | 261 | IN | Delaware | 1116328006000 | RG1900000-XXXX-XX-G | $ - | $ 170.70 | 8/28/2009 | 125 | $ 58.46 | $ 29.23 | 141.47 |
| 12 | 262 | IN | Delaware | 1116328007000 | RG0800000-XXXX-XX-G | $ - | $ - | 8/28/2009 | 125 | $ - | $ - | $ - |
| 13 | 263 | IN | Delaware | 1116328008000 | RG2000000-XXXX-XX-G | $ - | $ 170.70 | 8/28/2009 | 125 | $ 58.46 | $ 29.23 | 141.47 |
| 14 | 264 | IN | Delaware | 1116328009000 | RG2100000-XXXX-XX-G | $ - | $ 174.20 | 8/28/2009 | 125 | $ 59.66 | $ 29.83 | 144.37 |
| 15 | 265 | IN | Delaware | 1116354015000 | RG2100000-XXXX-XX-G | $ - | $ - | 8/28/2009 | 125 | $ - | $ - | $ - |
| 16 | 266 | IN | Delaware | 1116376001000 | RG2200000-XXXX-XX-G | $ - | 11,661.78 | 8/28/2009 | 125 | $ 3,993.76 | $ 1,996.88 | 9,664.90 |
| 17 | 267 | IN | Delaware | 1116378003000 | RG2400000-XXXX-XX-G | $ - | $ - | 8/28/2009 | 125 | $ - | $ - | $ - |
| 18 | 268 | IN | Delaware | 1116378004000 | RG2500000-XXXX-XX-G | $ - | $ 299.70 | 8/28/2009 | 125 | $ 102.64 | $ 51.32 | 248.38 |
| 19 | 269 | IN | Delaware | 1116378005000 | RG2600000-XXXX-XX-G | $ - | $ 299.70 | 8/28/2009 | 125 | $ 102.64 | $ 51.32 | 248.38 |
| 20 | 329 | IN | Delaware | 1116376002000-7000 | RG2300000-XXXX-XX-G | $ - | $ 10.00 | 8/28/2009 | 125 | $ 3.42 | $ 1.71 | 8.29 |
| 21 | 364 | MA | Framingham | 176.0-0431-0002.0 | R82600000-XXXX-NF-G | $ - | $ - | 9/25/2009 | 97 | $ - | $ - | $ - |
| 22 | 271 | MA | Sherborn | 0001-0000-0004 (6911-572) | R8270000X-XXXX-NF-G | $ 2,047.77 | $ 2,047.77 | 9/25/2009 | 97 | $ 1,088.40 | $ 544.20 | 3,551.34 |
| 23 | 97 | MI | Burton | 59-10-100-030 | RE3400000-XXXX-NF-G | $ 179.89 | $ 191.79 | 9/25/2009 | 97 | $ 98.78 | $ 49.39 | 322.29 |
| 24 | 98 | MI | Burton | 59-10-100-031 | RE3500000-XXXX-NF-G | $ 7,047.67 | $ 7,502.70 | 9/25/2009 | 97 | $ 3,866.81 | $ 1,933.41 | 12,616.97 |
| 25 | 511 | MI | Burton | 59-29-300-021 | R03200000-XXXX-NF-G | $ - | $ - | 9/18/2009 | 104 | $ - | $ - | $ - |
| 26 | 73 | MI | Burton | 59-29-300-024 | R03300000X-XXXX-NF-G | $ 4,245.75 | $ 1,983.06 | 9/18/2009 | 104 | $ 1,774.78 | $ 887.39 | 5,341.42 |
| 27 | 11 | MI | Delta Chtr Twnshp | 23-040-027-100-050-00 | RF8100000-XXXX-NF-G | $ 19,156.50 | 26,867.04 | 9/25/2009 | 97 | $ 12,230.91 | $ 6,115.46 | 39,908.09 |
| 28 | 241 | MI | Detroit | 14010133 | R08700000-XXXX-NF-G | $ 24,518.98 | $ - | 9/18/2009 | 104 | $ 6,986.23 | $ 3,493.12 | 21,005.87 |
| 29 | 242 | MI | Detroit | 16012943 | R09300000-XXXX-NF-G | $ 12,422.02 | $ - | 9/18/2009 | 104 | $ 3,539.42 | $ 1,769.71 | 10,652.31 |
| 30 | 243 | MI | Detroit | 24001402 | R09200000-XXXX-NF-G | $ 1,028.14 | $ - | 9/18/2009 | 104 | $ 292.93 | $ 146.48 | 881.67 |
| 31 | 293 | MI | Detroit | 02002155-6 | R14100000-XXXX-NF-G | $ 11,637.68 | $ - | 9/18/2009 | 104 | $ 3,315.94 | $ 1,657.97 | 9,979.71 |
| 32 | 380 | MI | Flint City | 20-00-189-132-4 | Flint Engine North | $ 720.20 | $ 438.13 | 8/28/2009 | 125 | $ 396.69 | $ 198.35 | 959.99 |
| 33 | 457 | MI | Flint City | 40-13-154-002-5 | Delphi Flint West | $ - | $ - | 10/31/2009 | 61 | $ - | $ - | $ - |
| 34 | 101 | MI | Flint City | 40-13-177-002-0 | Delphi Flint West | $ 455.02 | $ 274.53 | 10/31/2009 | 61 | $ 121.92 | $ 60.96 | 668.59 |
| 35 | 100 | MI | Flint City | 40-13-254-008-8 | BOC Die & Engineering | $ 4.74 | $ 2.85 | 10/31/2009 | 61 | $ 1.27 | $ 0.64 | 6.96 |
| 36 | 460 | MI | Flint City | 40-14-279-013-3 | Delphi Flint West | $ 527.68 | $ 318.16 | 10/31/2009 | 61 | $ 141.36 | $ 70.68 | 775.16 |
| 37 | 108 | MI | Flint City | 41-06-179-048-4 | R20600000-XXXX-NF-G | $ 2,210.70 | $ 1,344.95 | 8/28/2009 | 125 | $ 1,217.69 | $ 608.85 | 2,946.81 |
| 38 | 109 | MI | Flint City | 41-06-180-007-2 | R20700000-XXXX-NF-G | $ 37,177.00 | 22,817.86 | 8/28/2009 | 125 | $ 20,546.18 | $ 10,273.09 | 49,721.77 |
| 39 | 111 | MI | Flint City | 41-06-326-050-4 | R20800000-XXXX-NF-G | $ 14,959.22 | $ 9,100.90 | 8/28/2009 | 125 | $ 8,239.77 | $ 4,119.89 | 19,940.24 |
| 40 | 112 | MI | Flint City | 41-06-376-008-6 | R21000000-XXXX-NF-G | $ 9,635.06 | $ 5,861.76 | 8/28/2009 | 125 | $ 5,307.13 | $ 2,653.57 | 12,843.26 |
| 41 | 113 | MI | Flint City | 41-06-377-027-8 | R21100000-XXXX-NF-G | $ 234.18 | $ 141.25 | 8/28/2009 | 125 | $ 128.57 | $ 64.29 | 311.15 |
| 42 | 114 | MI | Flint City | 41-06-379-009-0 | R21300000-XXXX-NF-G | $ 8,142.82 | $ 4,963.92 | 8/28/2009 | 125 | $ 4,488.61 | $ 2,244.31 | 10,862.44 |
| 43 | 95 | MI | Flint City | 41-06-401-019 | R99100000-XXXX-NF-G | $ 19,318.02 | 11,752.74 | 8/28/2009 | 125 | $ 10,640.67 | $ 5,320.34 | 25,750.43 |
| 44 | 464 | MI | Flint City | 41-06-451-003-2 | R21500000-XXXX-NF-G | $ 1,197.46 | $ 728.50 | 8/28/2009 | 125 | $ 659.58 | $ 329.79 | 1,596.17 |
| 45 | 206 | MI | Flint City | 41-30-276-019-7 | R22100000-XXXX-NF-G | $ 100.90 | $ 121.73 | 9/18/2009 | 104 | $ 63.43 | $ 31.72 | 190.92 |
| 46 | 494 | MI | Flint Township | 47-31-452-045-4 | R19600000-XXXX-NF-G | $ 73,837.26 | 44,921.36 | 9/25/2009 | 97 | $ 31,560.51 | $ 15,780.26 | 102,978.37 |
| 47 | 314 | MI | Flint Township | 07-17-200-028(REALM) | RD8200000-XXXX-NF-G | $ - | $ - | 9/11/2009 | 111 | $ - | $ - | $ - |
| 48 | 330 | MI | Genesee | 11-18-100-002 | RE0400000-XXXX-UL-G | $ - | $ - | 9/4/2009 | 118 | $ - | $ - | $ - |
| 49 | 331 | MI | Genesee | 11-18-200-010 | RE0600000-XXXX-UL-G | $ - | $ - | 9/4/2009 | 118 | $ - | $ - | $ - |
| 50 | 332 | MI | Genesee | 11-18-200-011 | RE0600000-XXXX-UL-G | $ - | $ - | 9/4/2009 | 118 | $ - | $ - | $ - |
| 51 | 333 | MI | Genesee | 11-18-200-012 | RE0700000-XXXX-UL-G | $ - | $ - | 9/4/2009 | 118 | $ - | $ - | $ - |
| 52 | 334 | MI | Genesee | 11-18-400-006 | RE0800000-XXXX-UL-G | $ - | $ - | 9/4/2009 | 118 | $ - | $ - | $ - |
| 53 | 335 | MI | Genesee | 11-18-400-007 | RE0800000-XXXX-UL-G | $ - | $ - | 9/4/2009 | 118 | $ - | $ - | $ - |
| 54 | 14 | MI | Lansing City-Inghart | 33-01-01-17-101-023 | R26000000-XXXX-NF-G | $ 28,421.65 | $ 3,871.20 | 9/4/2009 | 118 | $ 10,439.88 | $ 5,219.94 | 27,072.91 |
| 55 | 15 | MI | Lansing City-Inghart | 33-01-01-17-176-001 | R26200000-XXXX-NF-G | $ 200.19 | $ 27.24 | 9/4/2009 | 118 | $ 73.53 | $ 36.77 | 190.67 |
| 56 | 185 | MI | Lansing Ctr Township | 33-021-01-07-426-001 | R29400000-XXXX-NF-G | $ 34,377.20 | 29,128.38 | 9/4/2009 | 118 | $ 20,530.57 | $ 10,265.29 | 53,240.30 |
| 57 | 186 | MI | Lansing Ctr Township | 33-021-01-18-226-001 | R29600000-XXXX-NF-G | $ 621.11 | $ 526.26 | 9/4/2009 | 118 | $ 370.93 | $ 185.47 | 961.91 |
| 58 | 187 | MI | Lansing Ctr Township | 33-021-01-18-227-001 | R28800000-XXXX-NF-G | $ 17,986.24 | 15,240.04 | 9/4/2009 | 118 | $ 10,741.65 | $ 5,370.83 | 27,855.46 |
| 59 | 188 | MI | Lansing Ctr Township | 33-021-01-18-276-001 | R28900000-XXXX-NF-G | $ 37.93 | $ 32.38 | 9/4/2009 | 118 | $ 22.73 | $ 11.37 | 58.95 |
| 60 | 189 | MI | Lansing Ctr Township | 33-021-01-18-277-001 | R28900000-XXXX-NF-G | $ 91.70 | $ 77.87 | 9/4/2009 | 118 | $ 54.82 | $ 27.41 | 142.16 |
| 61 | 190 | MI | Lansing Ctr Township | 33-021-01-18-278-001 | R28900000-XXXX-NF-G | $ 9,595.59 | $ 8,312.64 | 9/4/2009 | 118 | $ 5,789.51 | $ 2,894.76 | 15,013.48 |
| 62 | 191 | MI | Lansing Ctr Township | 33-021-01-18-277-007 | R28900000-XXXX-NF-G | $ 111.97 | $ 94.93 | 9/4/2009 | 118 | $ 66.89 | $ 33.45 | 173.46 |
| 63 | 192 | MI | Lansing Ctr Township | 33-021-01-18-277-003 | R29000000-XXXX-NF-G | $ 111.97 | $ 94.93 | 9/4/2009 | 118 | $ 66.89 | $ 33.45 | 173.46 |
| 64 | 193 | MI | Lansing Ctr Township | 33-021-01-18-278-007 | R29200000-XXXX-NF-G | $ 10,016.12 | $ 8,932.98 | 9/4/2009 | 118 | $ 6,126.01 | $ 3,063.01 | 15,886.10 |
| 65 | 476 | MI | Livonia | 46-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-001 | RB3100000-XXXX-NF-G | $ 123,984.42 | 55,319.20 | 9/4/2009 | 118 | $ 79,869.18 | $ 39,949.59 | 193,356.03 |
| 66 | 67 | MI | Milford Township | 63-L-16-19-100-030 | RF8300000-XXXX-NF-G | $ 8,959.03 | $ 1,873.50 | 9/4/2009 | 118 | $ 3,502.02 | $ 1,751.01 | 9,081.52 |
| 67 | 526 | MI | Milford Township | 63-L-16-19-100-048 | RF8800000-XXXX-NF-G | $ 14,049.43 | $ 2,849.94 | 9/4/2009 | 118 | $ 5,463.36 | $ 2,731.68 | 14,167.69 |
| 68 | 29 | MI | Pontiac | 63-64-14-17-384-003 | R35200000-XXXX-NF-G | $ 10,253.38 | $ 225.99 | 12/31/2009 | 0 | $ - | $ - | 10,479.37 |
| 69 | 29 | MI | Pontiac | 63-64-14-19-432-003 | R35500000-XXXX-NF-G | $ 2,625.69 | $ 57.87 | 9/11/2009 | 111 | $ 816.10 | $ 408.05 | 2,275.51 |
| 70 | 138 | MI | Pontiac | 63-64-14-19-432-003 | R35500000-XXXX-NF-G | $ 28,859.38 | $ 622.41 | 9/11/2009 | 111 | $ 8,965.70 | $ 4,482.85 | 24,998.94 |
| 71 | 139 | MI | Pontiac | 63-64-14-20-201-001 | R35600000-XXXX-NF-G | $ 542,736.76 | 11,963.38 | 9/11/2009 | 111 | $ 168,689.43 | $ 84,344.82 | 470,355.33 |
| 72 | 30 | MI | Pontiac | 63-64-14-20-201-011 | R36100000-XXXX-NF-G | $ 316.08 | $ 6.95 | 12/31/2009 | 0 | $ - | $ - | 323.03 |
| 73 | 31 | MI | Pontiac | 63-64-14-20-202-002 | R36100000-XXXX-NF-G | $ 81.35 | $ 1.77 | 12/31/2009 | 0 | $ - | $ - | 83.12 |
| 74 | 32 | MI | Pontiac | 63-64-14-20-202-005 | R36200000-XXXX-NF-G | $ 151.71 | $ 3.32 | 12/31/2009 | 0 | $ - | $ - | 155.03 |
| 75 | 33 | MI | Pontiac | 63-64-14-20-202-003 | R36300000-XXXX-NF-G | $ 65.81 | $ 1.42 | 12/31/2009 | 0 | $ - | $ - | 67.03 |
| 76 | 517 | MI | Pontiac | 63-64-14-29-401-004 | R37400000-XXXX-NF-G | $ 113.40 | $ 2.48 | 9/18/2009 | 104 | $ 33.02 | $ 16.51 | 99.37 |
| 77 | 514 | MI | Pontiac | 63-64-14-29-284-008 | R37500000-XXXX-NF-G | $ 223.13 | $ 4.89 | 9/18/2009 | 104 | $ 64.97 | $ 32.49 | 195.54 |
| 78 | 34 | MI | Pontiac | 63-64-14-29-452-008 | R37900000-XXXX-NF-G | $ 34,669.47 | $ 764.18 | 9/18/2009 | 104 | $ 10,096.16 | $ 5,048.08 | 30,385.57 |
| 79 | 516 | MI | Pontiac | 63-64-14-33-302-001 | R38000000-XXXX-NF-G | $ 21,089.57 | $ 463.65 | 8/28/2009 | 125 | $ 7,355.08 | $ 3,677.54 | 17,807.70 |
| 80 | 35 | MI | Pontiac | 63-64-14-33-302-003 | R38100000-XXXX-NF-G | $ 4,735.72 | $ 104.38 | 8/28/2009 | 125 | $ 1,653.23 | $ 826.61 | 4,001.50 |
| 81 | 515 | MI | Pontiac | 63-64-14-33-303-003 | R38500000-XXXX-NF-G | $ 346.57 | $ 7.62 | 8/28/2009 | 125 | $ 120.90 | $ 60.45 | 293.54 |
| 82 | 36 | MI | Pontiac | 63-64-14-33-303-017 | R38500000-XXXX-NF-G | $ 316.08 | $ 6.95 | 8/28/2009 | 125 | $ 110.30 | $ 55.15 | 267.72 |
| 83 | 152 | MI | Pontiac | 63-64-14-33-351-001 | R38600000-XXXX-NF-G | $ 4,480.50 | $ 98.73 | 8/28/2009 | 125 | $ 1,568.23 | $ 784.12 | 3,795.12 |
| 84 | 153 | MI | Pontiac | 63-64-14-33-351-012 | R38600000-XXXX-NF-G | $ 8,410.80 | $ 185.27 | 8/28/2009 | 125 | $ 2,941.48 | $ 1,470.74 | 7,118.33 |
| 85 | 194 | MI | Pontiac | 63-64-19-04-126-001 | R46500000-XXXX-NF-G | $ - | $ 28.34 | 9/11/2009 | 111 | $ 8.65 | $ 4.33 | 24.01 |
| 86 | 195 | MI | Pontiac | 63-64-19-04-126-002 | R46700000-XXXX-NF-G | $ 1,124.27 | $ 24.64 | 9/11/2009 | 111 | $ 393.51 | $ 196.76 | 962.40 |
| 87 | 196 | MI | Pontiac | 63-64-19-04-126-009 | R46800000-XXXX-NF-G | $ 2,141.50 | $ 47.18 | 8/28/2009 | 125 | $ 749.55 | $ 374.78 | 1,813.91 |
| 88 | 197 | MI | Saginaw City | 08-0002-00000 | R42600000-XXXX-20-G | $ - | $ 28.34 | 9/11/2009 | 111 | $ 8.65 | $ 4.33 | 24.01 |
| 89 | 165 | MI | Saginaw City | 19-2231-000001 | R48800000-XXXX-FG-G | $ 337,690.70 | 41,880.46 | 9/11/2009 | 111 | $ 129,760.19 | $ 64,995.09 | 314,576.10 |
| 90 | 370 | MI | Saginaw City | 19-2231-001-00 | R4G000000-XXXX-NF-G | $ - | $ - | 9/11/2009 | 111 | $ - | $ - | $ - |
| 91 | 166 | MI | Saginaw City | 19-2237-000000 | R48900000-XXXX-FG-G | $ 32,525.77 | $ 4,033.81 | 8/11/2009 | 142 | $ 12,498.40 | $ 6,249.20 | 30,299.38 |
| 92 | 167 | MI | Saginaw City | 21-08756-015-00 | R4B000000-XXXX-FG-G | $ 2,261.23 | $ 1,713.43 | 6/28/2009 | 186 | $ 1,361.14 | $ 680.58 | 3,293.89 |
| 93 | 385 | MI | Jackson | 31-140-03-03-00-0-0000 | R84400000-XXXX-59-G | $ 19.80 | $ - | 10/6/2009 | 86 | $ 4.66 | $ 2.33 | 16.60 |
| 94 | 448 | MO | Jackson | 31-140-03-03-00-0-0000 | R84400000-XXXX-59-G | $ - | $ - | 10/6/2009 | 86 | $ - | $ - | $ - |
| 95 | 180 | OH | Cleveland | 31-140-03-03-00-0-0000 | R84400000-XXXX-59-G | $ 3,538.72 | $ - | 10/6/2009 | 86 | $ 837.76 | $ 418.88 | 2,172.50 |
| 96 | 449 | MO | Jackson | 31-140-10-10-00-0-000 | R85000000-XXXX-59-G | $ - | $ - | 10/6/2009 | 86 | $ - | $ - | $ - |
| 97 | 98 | MI | Clark | 143-1 | R86400000-XXXX-35-G | $ 313,189.47 | $ - | 8/28/2009 | 125 | $ 107,260.09 | $ 53,630.05 | 259,569.43 |
| 98 | 9 | NJ | Cranford | 541-001 | R86500000-XXXX-XX-G | $ 93,460.05 | $ - | 8/28/2009 | 125 | $ 32,007.95 | $ 16,003.98 | 77,456.07 |
| 99 | 658 | NJ | Ewing | BLOCK 343 LOT 1 | R87500000-XXXX-20-G | $ 77,221.26 | $ - | 10/5/2009 | 87 | $ 20,521.81 | $ 10,260.91 | 66,960.36 |
| 100 | 16 | NY | Massena Town | 405889 6004-1-1.1 | RA9000000-XXXX-20-G | $ 376,233.53 | $ - | 10/6/2009 | 84 | $ 86,585.50 | $ 43,292.56 | 332,940.97 |
| 101 | 17 | NY | Massena Town | 405889 6004-2-1 | R92200000-XXXX-NF-G | $ 523.67 | $ - | 10/6/2009 | 84 | $ 120.50 | $ 60.25 | 463.41 |
| 102 | 178 | OH | Montgomery | J244-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 | R30400000-XXXX-20-G | $ - | 24,546.00 | 8/28/2009 | 125 | $ 5,648.94 | $ 2,824.47 | 21,721.53 |
| 103 | 179 | OH | Montgomery | J44-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 | R08200000-XXXX-20-G | $ - | 254,155.58 | 10/6/2009 | 84 | $ 64,490.64 | $ 32,245.32 | 221,910.28 |
| 104 | 179 | OH | Montgomery | J441-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 | RD5300000-XXXX-20-G | $ - | 145,464.34 | 10/6/2009 | 84 | $ 33,476.72 | $ 16,738.36 | 128,725.98 |
| 105 | 180 | OH | Montgomery | J44-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 | R41100000-XXXX-20-G | $ - | 275,902.64 | 10/6/2009 | 84 | $ 63,495.81 | $ 31,748.21 | 242,154.43 |
| 106 | 181 | OH | Montgomery | J44-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 | RD0400000-XXXX-20-G | $ - | $ 7,761.76 | 10/6/2009 | 84 | $ 1,786.27 | $ 893.14 | 6,868.63 |
| 107 | 660 | OH | Montgomery | J44-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 | R42800000-XXXX-20-G | $ - | $ - | 10/5/2009 | 87 | $ - | $ - | $ - |
| 108 | 663 | OH | Montgomery | N64-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 | RA2100000-XXXX-20-G | $ - | 13,557.50 | 8/28/2009 | 125 | $ 3,120.10 | $ 1,560.05 | 11,997.46 |
| 109 | 669 | OH | Montgomery | R72-00904-0033 | RE2000000-XXXX-NF-G | $ - | $ 19.44 | 10/6/2009 | 84 | $ 4.47 | $ 2.24 | 17.21 |
| 110 | 52 | PA | Allegheny | 385-N-400 | R91800000-XXXX-82-G | $263,747.79 | $ - | 10/6/2009 | 84 | $ 60,698.12 | $ 30,349.06 | 233,398.73 |
| | | IN | | 1236 | 332 Breezy Hill Lane Bedford | $ - | $ 1,876.20 | 8/28/2009 | 125 | $ 642.53 | $ 321.27 | 1,554.94 |
| | | IN | | 1609 | mount pleasant bedford | $ - | $ 1,323.00 | 8/28/2009 | 125 | $ 453.08 | $ 226.54 | 1,096.46 |
| | | IN | | 1302 | former delco chassis plant | $ 5,795.03 | $ 5,109.65 | 8/28/2009 | 125 | $ 3,734.48 | $ 1,867.24 | 9,037.84 |
| | | IN | | 1288 | 1723 n washington kokomo | $ - | $ 12,312.00 | 8/28/2009 | 125 | $ 4,216.44 | $ 2,108.22 | 10,203.78 |
| | | IN | | 1288 | 1723 n washington kokomo | $ - | $ 6,810.00 | 8/28/2009 | 125 | $ 2,332.19 | $ 1,166.10 | 5,643.90 |
| | | MI | | | modular property | $ - | $ - | | | $ - | $ - | $ - |
| | | MI | | | 63-64-19-03-126-008 | $ 1,112,767.24 | $ - | 9/11/2009 | 112 | $ 341,451.87 | $ 170,725.94 | 942,041.31 |
| | | MI | | | 63-64-19-03-126-008 | $ (408,953.60) | $ - | 9/11/2009 | 112 | $ (125,487.13) | $ (62,743.57) | (346,210.04) |
| | | | | | | | | | | $ - | $ - | $ - |
| | | | | | | | | | | $ - | $ - | $ - |
| | | | | | | | | | | $ - | $ - | $ - |
| | | | | | | $ 3,372,409.15 | $ 1,460,717.38 | | | $ 1,392,290.81 | $ 696,145.41 | $ 4,136,981.13 |

## Schedule VIII

## Properties

| TAX ID NUMBER | ADDRESS / LOCATION | Excluded Property List (if applicable) |
|---|---|---|
| Unknown | Allison Gas Turbine campus, having as an address 2701 West Raymond, Indianapolis, Indiana | |
| Unknown | Delphi Electrical and Electronic Management Systems campus, having as an address 2900 Scatterfield Road, Anderson, Indiana | |
| R72 00904 0033 | Dayton, Ohio parcel on Webster Street | |
| 47-06-11-100-048.000-009 | 1081 Breckenridge | |
| 47-06-11-100-064.000-009*[1] | 1119 Breckenridge | 1119 Breckinridge |
| 47-06-12-300-041.000-010* | 112 Bailey Scales Rd | 112 Bailey Scales; 115 Bailey Scales |
| 47-06-12-300-002.000-010*[2] | 126 Bailey Scales Rd | 126 Bailey Scales |
| 47-06-12-403-027.000-010 | 133 Bailey Lane | |
| 47-06-11-400-002.000-010* | 130 M St | "M" Street Church - 132 "M" Street |
| 47-06-11-400-003.000-010* | 132 M St | "M" Street Parsonage - 134 "M" Street |
| 47-06-02-400-069.000-009 | 145 Broomsage | |
| 47-06-02-200-035.000-009* | 1585 Peerless | 1585 Peerless |
| 47-06-02-200-001.000-009* | 1589 Peerless | 1589 Peerless |
| 47-06-11-400-063.000-010* | 222 N Madison | 228 Madison Street |
| 47-06-11-400-062.000-010* | 224 Madison | 224 Madison |
| 47-06-11-400-060.000-010* | 228 Madison | 222 Madison Street |
| 47-06-12-300-064.000-010* | 330 Robbins Way | 330 Robins Way |

[1] (*) Denotes a property already designated as an Excluded Real Property pursuant to the MSPA, as set forth on Section 2.2(b)(v) of the Sellers' Disclosure Schedule (as defined in the MSPA).

[2] This Property also includes the parcel designated as "Tract 14" on the plat mat following this schedule of Properties.

| | | |
|---|---|---|
| 47-06-12-200-008.000-009 | 452 Broomsage | |
| 47-06-12-200-009.000-009 | 472 Broomsage | |
| 47-06-11-100-027.000-009 | 530 North Jackson | |
| 47-06-12-300-078.000-010* | 624,626, 628 & 638 Riley | 624 Riley A; 624 Riley B; 626 Riley A; 626 Riley B; 628 Riley A; 628 Riley B; 638 Riley A; 638 Riley B |
| 47-06-12-300-067.000-010* | 630 Riley | 630 Riley A; 630 Riley B |
| 47-06-12-300-085.000-010* | 632 Riley | 632 Riley A; 632 Riley B; 634 Riley A; 634 Riley B; 636 Riley A; 636 Riley B; 637 Riley A; 637 Riley B |
| 47-06-12-300-087.000-010* | 634 Riley | 632 Riley A; 632 Riley B; 634 Riley A; 634 Riley B; 636 Riley A; 636 Riley B; 637 Riley A; 637 Riley B |
| 47-06-12-300-086.000-010* | 636 Riley | 632 Riley A; 632 Riley B; 634 Riley A; 634 Riley B; 636 Riley A; 636 Riley B; 637 Riley A; 637 Riley B |
| 47-06-12-300-079.000-010* | 637 Riley | 632 Riley A; 632 Riley B; 634 Riley A; 634 Riley B; 636 Riley A; 636 Riley B; 637 Riley A; 637 Riley B |
| 47-06-12-300-063.000-010* | 639 Riley | 639 Riley Blvd |
| 47-06-11-100-072.000-009* | 640 Jackson | 640 North Jackson |
| 47-06-12-300-077.000-010* | 640 Riley | 640 Riley A |
| 47-06-12-300-082.000-010* | 641 Riley | 641 Riley A; 641 Riley B; |
| 47-06-12-300-059.000-010* | 645 Riley | 643 Riley A; 643 Riley B; 645 Riley A; 645 Riley B |
| 47-06-12-300-089.000-010* | 659 Riley | 659 Riley |
| 47-06-11-100-076.000-009* | Bailey Scales Rd | Five Acres (Danny Wall's) – Vacant Lot Bailey Scales Road |
| 47-06-12-300-009.000-010* | Bailey Scales Rd | 402 Bailey Scales |
| 47-06-12-300-011.000-010* | Bailey Scales Rd | 402 Bailey Scales |
| 47-06-12-300-043.000-010 | Bailey Scales Rd | |
| 47-06-12-300-010.000-010* | 402 Bailey Scales Road | 402 Bailey Scales |
| 47-06-11-100-049.000-009* | Breckenridge | 1081 Breckinridge |
| 47-06-11-100-063.000-009* | Breckridge | 1119 Breckinridge |
| 47-06-12-200-006.000-009* | Broomsage Rd | 572 Broomsage |
| 47-03-34-900-002.000-006 | Bud Iked Rd | |
| 47-03-34-300-008.000-006 | Bud Iked Rd | |
| 47-03-33-100-005.000-006 | Bud Ikerd Rd | |

| | | |
|---|---|---|
| 47-03-34-400-010.000-006 | Bud Ikerd Rd | |
| 47-03-34-300-007.000-006 | Bud Ikerd Rd | |
| 47-06-02-400-071.000-009* | Dive Rd | 145 Broomsage |
| 47-06-02-400-012.000-009 | Dive Rd | |
| 47-06-03-200-004.000-009 | East Oolitic | |
| 47-06-02-400-080.000-009 | Mt Pleasant Rd | |
| 47-03-35-300-014.000-006 | Peerless Rd | |
| 47-03-35-300-021.000-006 | Peerless Rd | |
| 47-06-02-400-081.000-009 | Rawlins Mill Rd | |
| 47-06-11-100-013.000-009 | Rawlins Mill Rd | |
| 47-06-11-500-068.000-009* | Redbud St | Vacant Lot North of GM Plant – Breckenridge Road |
| 47-06-11-100-060.000-009* | Redbud St | 1081 Breckinridge |
| 47-06-11-100-061.000-009* | Redbud St | 1081 Breckinridge |
| 47-06-12-300-070.000-010* | Riley Blvd | 641 Riley Blvd. |
| 47-06-12-300-099.000-010* | Riley Blvd | 640 Riley B |
| 47-06-12-300-065.000-010 | Riley Blvd | |
| 47-06-12-300-081.000-010 | Riley Blvd | |
| 47-06-12-403-035.000-010 | Riley Blvd | |
| 47-06-12-403-042.000-010 | Riley Blvd | |
| 47-06-03-100-011.000-009 | RR 19 East Oolitic | |
| 47-06-11-100-074.000-009 | Vacant Lot on Breckinridge | |

