| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT | Docket No. 1891  17 June 2009 |
| SOUTHERN DISTRICT OF NEW YORK | Docket No. 3158  6 July 2009 |
| In Re: | Chapter 11 Case No. |
| GENERAL MOTORS CORP., et al., | 09-50026 (REG) |
| Debtors | (Jointly Administered) |
| RESPONDENT BOND HOLDER: | 7.20% Due 15 Jan 2011 ($ 20,000) |
| FRANCES H. CATERINA and All | Cusip/isin 370442BB0   Claim # 1 |
| Others Similarly Situated, et al | 7.70% Due 15 Apr 2016 ($ 6,000) |
| Objector/s | Cusip/isio 370442AU9   Claim # 2 |
| Ref. Claim # 14061  10/21/09 | (Frances H. Caterina - Rebuttal 9/9/10) |

## 2nd REPLY TO GM'S REPLY TO REBUTTAL TO DEBTORS MOTION TO DUPLICATIVE CLAIM

Frances H. Caterina, Bond Holder; and all others Similarly Situated, et al; do/does object and rebut Debtor's Objection to Individual Debt Claims thru 2nd Reply responding to Debtor's telephone Reply to Rebuttal as follows:

1) Prior US Sup Ct litigation does not make Claiment a serial litigant.

2) GM being agents Weil, Gotshal & Manges attorneys for the Debtor.

3) The Line: "Where rights secured by the Constitution are involved, their can be no rule making or legislation which abrogate then." (emphasis added) cite: Ernesto A. Miranda v State of Arizona, 348 US 433; 86 Sup Ct Rpt 1602; n73 p 1608

4) GM's agents, via telephone, replied to Claiment's Rebuttal as follows:
   1) 9/16/10 5:45 PM Agent R. Brooks: " He's/GM - They are not doing what you think call him back 9 AM - 9 PM".
   2) 9/20/10 8:17 PM Agent P. Falabella ? "We don't understand Rebuttal please explain ?"

5) The Court is to consider Voiding Claims of Individual Bond Holders in favor of WTC Trustee's Claim whereas Trustee has no personal money in GM Bonds and the Individual Claiments have over $ 27.2 Billion involved!

6) The Due Process of all individual Claiments must be protected as to hold the Constitutional Line established by Miranda is essential.

7) GM's Motion objecting to individual debt claims is over the line.

8) For the following reasons herein above stated the Debtor's are going over the Line not only in their proposed Motion Objecting to Individual Debt Claims; but also replying via telephone directly to Claiment's rebuttal, and the Court is requested to "Strike the Motion" as it clearly is abrogating the Constitutional Rights of all individual debt bondholder claiments.

Frances H. Caterina Bondholder Claiment requests the Court to protect the individual right to defend said claims in this Court. Respectfully cited.

Respondent Bond Holder Frances H. Caterina and All Others Similarly Situated

Dated: 21st Sept 2010
202 Kenyon Dr.
Peckville, PA. 18452

*Frances H Caterina*
Frances H. Caterina, et al
All Rights Reserved UCC 1-207 Explicit, In Pro Se
, without prejudice"   phone (570) 489-8741

(1)

```
UNITED STATES BANKRUPTCY COURT      :  Docket No. 1891   17 June 2009
SOUTHERN DISTRICT OF NEW YORK       :  Docket No. 3158    6 July 2009
                                    :
In Re:                              :  Chapter 11 Case No.
GENERAL MOTORS CORP., ET AL         :  09-50026 (REG)
                        Debtors     :  (Jointly Administered)
                                    :
RESPONDENT BOND HOLDER:             :  7.20% Due 15 Jan 2011 ($ 20,000)
FRANCES H. CATERINA AND  All        :  Cusip/oson 370442BB0    Claim # 1
Others Similarly Situated, et al    :  7.70% Due 15 Apr 2016 ($  6,000)
                        Objector/s  :  Cusip/isio 370442AU9    Claim # 2
Ref. Claim # 14061 10/21/09         :  (Frances H. Caterina - Rebuttal 9/9/10)
```

PROOF OF SERVICE 9/21/2010

I Frances H. Caterina, Objector/s, certify that I served thru United States Mail, First Class postage prepaid the following:

2nd REPLY TO GM,S REPLY TO REBUTTAL TO DEBTORS MOTION TO DUPLICIATIVE CLAIM

to the following:

✓ Chambers of Honorable Robert E. Gerber
United States Benkruptcy Court
One Bowling Green, Room 621
New York, New York        1004-1408

Kramer Levin Naftails & Frankel LLP
attorneys for the statutory committee
of unsecured creditors
1177 Avenue of the Americas
New York, New York    10036
(Attn: Jennifer Sharret, Esq.)

Weil, Gotshal & Manges LLP
attorneys for the Debtors
767 Fifth Avenue
New York, New York   10153
(Attn: Joseph H. Smolinshy, Esq)

Mailed on 21 September 2010

SO CERTIFIED:           *Frances H. Caterina*
                        Frances H. Caterina, Claiment Bond Holder

(2)

Thursday 9-16-10   5:45 PM

attorney Russell Brooks
at Weil Gotshal
212-310-8293
He's for GM
They are not doing what you think.
Call 9AM to 9PM



Did you come to hearing
        went over the line
                Cenial Filer

Don't Understand
Improper. To call Claimured
may have broken Law
1(212) 310-8050  2019  8:02 PM    GM

*****AUTO**5-DIGIT 18452
065-1905003        195/9649/6770
Emmett Caterina
419 Simpson St
Peckville, PA 18452-2237

2   9/20/10   8:12
CHICAGO, IL 60807
PRESORTED STANDARD U.S. POSTAGE PAID PERMIT NO. 1721

Improper com

Pabli Falabella
Atti
Weil Githshal

GM       8:18

which Bankruptcy one the who

Your committing a crime. This may get better! As time goes on
                                                      New Attorney

want to Settle?

(3)

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Docket No. 1891  17 June 2009<br>Docket No. 3158  6 July 2009 |
| In Re:<br>GENERAL MOTORS CORP., et al.,<br>Debtors. | Chapter 11 Case No.<br>09-50026 (REG)<br>(Jointly Administered) |
| RESPONDENT BOND HOLDER:<br>FRANCES H. CATERINA and All<br>Others Similarly Situated, et al<br>Objector/s<br>Ref. Claim # 14061  10/21/09 | 7.20% Due 15 Jan 2011 ($ 20,000)<br>Cusip/Isin 370442BB0  Claim # 1<br>7.70% Due 15 Apr 2016 ($ 6,000)<br>Cusip/isin 370442AU9  Claim # 2<br>(Frances H. Caterina) |

## REBUTTAL TO DEBTORS OBJECTION TO DUPLICATE CLAIM

Frances H. Caterina, Bond Holder; and all others Similarly Situated, et al; do/does object, oppose and rebut Debtors Objection to Individual Debt Claims as follows:

1) Claim is not dupliciative, but rather is one claim argued by the Claiment under Due Process (a Constitutional Right/ Standing), and by WTC a Trustee under separate issue.

2) WTC Trustee can not supersede Claiments asserted Due Process nor negate all filings as moot and the Court must consider both arguements as valid and Debtors can not negate one or the other for the convienance of litigation as this would in effect obstruct the assertion of Claiments Constitutional Rights violative of 18 USC 241 and 18 USC 242.

3) The Court is compelled to consider both the Claiments filings and WTC's Filings and only to disallow one or the other is unconstitutional and to expunge either is to deny 'Due Process' and criminal under 18 USC Sections 241 and 242.

4) Debtors through their Attorneys are not only stealing Claiments Money thru Bonds a so-called Secured investment; but are now also stealing their Constitutional Rights thru the guise of Bankruptcy!

5) For the following reasons stated hereinabove the Debtors Motion claiming "Claim is duplicative . . ." ought to be quashed and voided

Frances H. Caterina Bondholder and Claiment Rebutts Debtors objection to duplicative of claim as it must be allowed. Respectfully submitted.
Respondent Bond Holder Frances H. Caterina and All
Others Similarly Situated

*Frances H. Caterina*
Frances H. Caterina, et al

Dated 6th Sept 2010
202 Kenyon Dr.
Peckville, PA 18452

"All Rights Reserved UCC 1-207 Explicit.,
In Pro Se, without prejudice"
phone (570) 489-8741

(1)