```
UNITED STATES BANKRUPTCY COURT        :  Docket No. 1891   17 June 2009
SOUTHERN DISTRICT OF NEW YORK         :  Docket No. 3158    6 July 2009
                                      :
In Re:                                :  Chapter 11 Case No.
GENERAL MOTORS CORP., et al.,         :  09-50026 (REG)
                     Debtors          :  (Jointly Administered)
                                      :
RESPONDENT BOND HOLDER:               :  7.20% Due 15 Jan 2011  ($ 20,000)
                                      :  Cusip/isin 370442BB0   Claim # 1
FRANCES H. CATERINA and ALL           :
Others Similarly Situated, et al      :  7.70% Due 15 Apr 2016  ($  6,000)
                                      :  Cusip/isin 370442AU9   Claim #2
                     Objector/s       :
Ref. Claim # 14061  10/21/09          :  (Frances H. Caterina - Rebuttal 9/9/10
                                      :   2nd Reply to Debtors Telephone
                                      :   reply to Rebuttal 9/21/10)
```

## AUTHORIZATION TO SETTLE CLAIM

I, Frances H. Caterina, Claiment hereinabove, do hereby authorize Joseph R. Caterina, my husband, to settle this claim on my behalf for the entire Bond moneys with full interest to date being approximately - Thirty Thousand ($ 30,000) dollars.

SO CERTIFIED:     *Frances H. Caterina*
                  ─────────────────────────────
                  Frances H. Caterina, Claiment - Bondholder

DATE: 9/23/10     SS 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
                  $ 26,000  IRA Bonds  (see below)*
202 Kenyon Dr.              GM Corporation
Peckville, PA 18452
(570) 489-8741

Name and address where payment should be sent (if different from the above):

          *  Morgan Stanley/ Smith Barney  Attn:
             Michael Loughney c/o
             111 N. Washington Ave., Suit 201
             Scranton, PA. 18503
             Telephone number (570) 961-7735

FHC:jrc
9/23/10

(1)



# MorganStanley SmithBarney

**CLIENT STATEMENT** | For the Period August 1-31, 2010

Retirement Account: 620-034926-012

FRANCES H CATERINA
202 KENYON DR

## Holdings

### CORPORATE FIXED INCOME

#### CORPORATE BONDS

| Security Description | Face Value | Orig. Total Cost / Adj. Total Cost | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income / Accrued Income | Yield % |
|---|---|---|---|---|---|---|
| GENERAL MOTORS NOTES CUSIP 370442BB0 | 20,000.000 | Please Provide / Please Provide | $6,200.00 | N/A | — / — | — |
| Unit Price: $31.000; Coupon Rate 7.200%; Matures 01/15/11; Int. Semi-Annually Jan/Jul 15; In Default; Issued 01/11/01 | | | | | | |
| GENERAL MOTORS CUSIP 370442AU9 | 6,000.000 | Please Provide / Please Provide | 1,785.00 | | | |
| Unit Price: $29.750; Coupon Rate 7.700%; Matures 04/15/16; Int. Semi-Annually Apr/Oct 15; In Default; Issued 04/15/96 | | | | | | |

| | Percentage of Assets % | Orig. Total Cost / Adj. Total Cost | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income / Accrued Income | Yield % |
|---|---|---|---|---|---|---|
| TOTAL CORPORATE FIXED INCOME | 11.5% | $0.00 / $0.00 | $7,985.00 | $0.00 | $0.00 / $0.00 | — |

| | Percentage of Assets % | Total Cost | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income / Accrued Income | Yield % |
|---|---|---|---|---|---|---|
| **TOTAL ENDING MARKET VALUE** | 100.0% | $17,731.70 | $69,541.51 | $5,704.30 | $3,213.23 / $0.00 | 4.62% |

*Unrealized Gain/Loss Totals only reflect positions that have cost basis information available. Cash, MMF, Deposits and positions stating 'Please Provide' are not included.*

Handwritten: 12 = 267.77

PERSONAL ACCOUNTS | **RETIREMENT ACCOUNTS** | EDUCATION ACCOUNTS | TRUST ACCOUNTS | BUSINESS ACCOUNTS

038452 MSDDD037 041177

# Morgan Stanley

**RETIREMENT ACCOUNT**
**FOR MONTH ENDING NOVEMBER 30, 2002**

PAGE 3 OF 6

Account Number
620 034926 079

FRANCES H CATERINA
202 KENYON DR

## Corporate Fixed Income

### Corporate Bonds

| | | Current Price | Value | Pct of Assets | Est Yrly Income | Current Yield | Accruing Interest | Additional Information |
|---|---|---|---|---|---|---|---|---|
| 12,000 | HALLIBURTON COMPANY 6.000% FEB/AUG 01 DUE 08/01/06 | 94.000 | 11,280.00 | 12.5% | 720 | 6.38% | 238 | YIELD TO MATURITY 7.9170% MOODY BAA2   S&P A-  (-) ISSUE 07/16/01 |
| 20,000 | GENERAL MOTORS NOTES 7.200% JAN/JUL 15 DUE 01/15/11 CALLABLE | 98.249 | 19,649.80 | 21.7% | 1,440 | 7.32% | 540 | YIELD TO MATURITY 7.4950% MOODY A3   S&P BBB ISSUE 01/11/01 |

**Total Corporate Fixed Income**     $30,929.80    34.2%    $2,160    6.98%    $778

Net Change Since Last Statement      $30,929.80

*Watchlist and CreditWatch Indicators (\*) = developing/uncertain  (+) = On Watchlist/CreditWatch Upgrade  (-) = On Watchlist/CreditWatch Downgrade*
*For more information on Watchlist and CreditWatch Indicators, please go to our website at www.morganstanley.com/bondratings.*

## Mutual Funds

| | | Current Price | Value | Pct of Assets | Est Yrly Income | Distribution Rate | Fund Plan Number | Symbol | Dividend/ Cap Gains Option |
|---|---|---|---|---|---|---|---|---|---|

### Morgan Stanley Mutual Funds

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 133.593 | UTILITIES FUND B | 10.0500 | 1,342.60 | 1.5% | N/A | N/A | 065348730 | UTLBX | Reinv/Reinv |

**Total Mutual Funds**       $1,342.60    1.5%    N/A    N/A

Net Change Since Last Statement     $32.06

## Asset Summary

| | Value | Est Yrly Income |
|---|---|---|
| **Total Asset Value** | $90,501.30 | $5,101 |
| Total Net Change In Priced Assets Since Last Statement | $61,932.51 | |

EXHIBIT A

Investments and services are offered through Morgan Stanley DW Inc., member SIPC.

## Morgan Stanley

**RETIREMENT ACCOUNT**
**FOR MONTH ENDING SEPTEMBER 30, 2006**

PAGE 3 OF 9

FRANCES H CATERINA
202 KENYON DR

Account Number
620 034926 079

### Corporate Fixed Income**

**Corporate Bonds**

| | | Current Price | Value | Pct of Assets | Est Yrly Income | Current Yield | Accruing Interest | Additional Information |
|---|---|---|---|---|---|---|---|---|
| 20,000 | GENERAL MOTORS NOTES 7.200% JAN/JUL 15 DUE 01/15/11 | 92.125 | 18,425.00 | 15.0% | 1,440 | 7.81% | 299 | YIELD TO MATURITY 9.4700% MOODY CAA1 (-) S&P B- ISSUE 01/11/01 |
| 6,000 | GENERAL MOTORS 7.700% APR/OCT 15 DUE 04/15/16 | 87.125 | 5,227.50 | 4.3% | 462 | 8.83% | 211 | YIELD TO MATURITY 9.8070% MOODY CAA1 (-) S&P B- ISSUE 04/15/96 |
| **Total Corporate Fixed Income** | | | **$23,652.50** | **19.3%** | **$1,902** | **8.04%** | **$511** | |
| Net Change Since Last Statement | | | $5,727.50 | | | | | |

Watchlist and CreditWatch Indicators (*) = developing/uncertain   (+) = On Watchlist/CreditWatch Upgrade   (-) = On Watchlist/CreditWatch Downgrade
For more information on Watchlist and CreditWatch Indicators, please go to our website at www.morganstanley.com/bondratings.

### Mutual Funds

| | | Current Price | Value | Pct of Assets | Est Yrly Income | Distribution Rate | Fund Plan Number | Symbol | Dividend/Cap Gains Option |
|---|---|---|---|---|---|---|---|---|---|
| **Morgan Stanley Mutual Funds** | | | | | | | | | |
| 158.537 | UTILITIES FUND A | 15.0600 | 2,387.57 | 1.9% | N/A | N/A | 196221337 | UTLAX | Reinv/Reinv |
| **Total Mutual Funds** | | | **$2,387.57** | **1.9%** | **N/A** | **N/A** | | | |
| Net Change Since Last Statement | | | -36.79 | | | | | | |

### Asset Summary

| | Value | Est Yrly Income |
|---|---|---|
| **Total Asset Value** | $122,840.20 | $5,839 |
| Total Net Change In Priced Assets Since Last Statement | $12,615.46 | |

---

**The "Current Price" and "Value" figures shown for Fixed Income securities are representative values, which may not reflect the value that could actually be obtained in the market. See "Pricing of Securities" at the end of this statement.

Investments and services are offered through Morgan Stanley DW Inc., member SIPC.

EXHIBIT B

# MorganStanley SmithBarney

**CLIENT STATEMENT** | For the Period September 1-30, 2009

FRANCES H CATERINA
202 KENYON DR

## Holdings

### STOCKS

#### COMMON STOCKS (CONTINUED)

| Security Description | Quantity | Total Cost | Share Price | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Dividend Yield % |
|---|---|---|---|---|---|---|---|
| DNP SELECT INCOME INC (DNP) | 500.000 | 0.00 | 8.92 | 4,462.00 | 0.00 | 390.00 | 8.74 |
| Next Dividend Payable 10/13/09 | | | | | | | |
| EXELON CORP (EXC) | 200.000 | 0.00 | 49.62 | 9,924.00 | 0.00 | 420.00 | 4.23 |
| Next Dividend Payable 12/09 | | | | | | | |
| EXXON MOBIL CORP (XOM) | 200.000 | 0.00 | 68.61 | 13,722.00 | 0.00 | 336.00 | 2.44 |
| Next Dividend Payable 12/09 | | | | | | | |
| LSI CORP (LSI) | 2.000 | 0.00 | 5.49 | 10.98 | 0.00 | — | — |
| MEDCO HEALTH SOLUTIONS INC (MHS) | 12.000 | 0.00 | 55.31 | 663.72 | 0.00 | — | — |
| MERCK & CO (MRK) | 25.000 | 0.00 | 31.63 | 790.75 | 0.00 | 38.00 | 4.80 |
| Next Dividend Payable 10/01/09 | | | | | | | |
| NCR CORPORATION (NCR) | 6.000 | 0.00 | 13.82 | 82.92 | 0.00 | — | — |
| TERADATA CORP (TDC) | 6.000 | 0.00 | 27.52 | 165.12 | 0.00 | — | — |
| | Percentage of Assets % | Total Cost | | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income Accrued Income | Yield % |
| TOTAL STOCKS | 93.6% | $0.00 | | $59,537.91 | $0.00 | $3,004.46 $0.00 | 5.05 |

### CORPORATE FIXED INCOME

#### CORPORATE BONDS

| Security Description | Face Value | Orig. Total Cost Adj. Total Cost | Unit Price | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income Accrued Income | Yield % |
|---|---|---|---|---|---|---|---|
| GENERAL MOTORS NOTES | 20,000.000 | $0.00 | $15.25 | $3,050.00 | $0.00 | — | — |
| CUSIP 370442BB0 | | | | | | | |
| Coupon Rate 7.200%; Matures 01/15/11; Int. Semi-Annually Jan/Jul 15; In Default; Issued 01/11/01 | | | | | | | |
| GENERAL MOTORS | 6,000.000 | 0.00 | 15.25 | 915.00 | 0.00 | — | — |
| CUSIP 370442AU9 | | | | | | | |
| Coupon Rate 7.700%; Matures 04/15/16; Int. Semi-Annually Apr/Oct 15; In Default; Issued 04/15/96 | | | | | | | |

EXHIBIT "C"

Security Mark at Right

Retirement Account
# 620-034926-012

DST 00267758W