# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | ■ **Motors Liquidation Company, Case No. 09-50026**<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, on behalf of retirees & employees it represents<br><br>c/o Attorney Marianne Goldstein Robbins<br>Previant, Goldberg, Uelmen, Gratz, Miller & Brueggeman<br>1555 North River Center Dr. - Suite 202<br>Milwaukee, WI 53212<br>Tel: (414) 271-4500 |
| Claim Number (if known): | 59751 |
| Date Claim Filed: | November 27, 2009 |
| Total Amount of Claim Filed: | $13,742,000.00 (plus unliquidated amounts) |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor. This withdrawal applies only to the above claim. The IAMAW retains a general unsecured claim under its court approved settlement with MLC, dated June 28, 2010, which remains in full force and effect.

Dated: 9-21-10

Print Name: Marianne Goldstein Robbins

Title (if applicable): Attorney