# EXHIBIT D

**EXHIBIT D**

| | | |
|---|---|---|
| ABN/AMRO<br>175 W JACKSON BLVD<br>SUITE 400<br>CHICAGO, IL 60604 | AM ENT SV<br>REBECCA STRAND<br>2178 AXP FINANCIAL CENTER<br>MINNEAPOLIS, MN 55474 | BANC OF AM<br>KEVIN CARNEY<br>100 W 33RD ST<br>3RD FLOOR<br>NEW YORK, NY 10001 |
| BANK OF AMERICA, NA/GWIM TRUST OPERA<br>CORP ACTIONS DEPT<br>1201 MAIN ST<br>10TH FLOOR<br>DALLAS, TX 75202 | BARCLAYS CAPITAL INC./LE<br>GIOVANNA LAURELLA, V.P.<br>70 HUDSON STREET<br>7TH FLOOR<br>JERSEY CITY, NJ 07302 | BARCLAY'S CAPITAL, INC./FIXED INCOME<br>PAUL MCCARTHY; CORPORATE ACTIONS<br>70 HUDSON STREET<br>JERSEY CITY, NJ 07302 |
| BNP PARIBA BP<br>GENE BANFI<br>525 WASHINGTON BLVD<br>9TH FLOOR<br>JERSEY CITY, NJ 07310 | BNY CES<br>H. STEVE GRIFFITH<br>11486 CORPORATE BLVD<br>SUITE 375<br>ORLANDO, FL 32817 | BNY MELLON<br>ATTN: MARIA L. SASINOSKI<br>525 WILLIAM PENN PLACE<br>ROOM 0300<br>PITTSBURGH, PA 15259 |
| BNY/LONDON<br>LISA TOWNSEND-WRIGHT<br>525 WILLIAM PENN PLACE<br>SUITE 153-0300<br>PITTSBURGH, PA 15259 | BNYMELLON<br>ATTN: BETH M. STIFFLER<br>525 WILLIAM PENN PLACE<br>3RD FLOOR<br>PITTSBURGH, PA 15259 | BOFA/LASALLE<br>135 SOUTH LASALLE STREET<br>SUITE 1860<br>CHICAGO, IL 60603 |
| BROWN BROTHERS HARRIMAN & CO.<br>ATTN: JENNIFER PAYEA<br>NEW PORT TOWERS<br>525 WASHINGTON BLVD.<br>JERSEY CITY, NJ 07302 | C.L. KING & ASSOCIATES, INC.<br>CARRIE BUSH<br>9 ELK STREET<br>ALBANY, NY 12207 | CALDWELL<br>ATTN: KAY CARPENTER<br>201 CENTER ROAD<br>SUITE 2<br>VENICE, FL 34285 |
| CDS CLEARING<br>ATTN: LORETTA VERELLI<br>600 DE MAISONNEUVE BLVD WEST<br>SUITE 210<br>MONTREAL, QC H3A 3J2 | CGM/SAL BR<br>PATRICIA HALLER<br>333 W 34TH ST<br>3RD FLOOR<br>NEW YORK, NY 10001 | CITADEL DERIVATIVES GROUP, LLC<br>MARCIA BANKS, VICE PRESIDENT<br>131 SOUTH DEARBORN STREET<br>CHICAGO, IL 60603 |
| CLEARSTREAM BANKING LUXEMBOURG<br>42 AVENUE JF KENNEDY<br>L-1855 LUXEMBOURG | CREWS & ASSOCIATES<br>DON WINTON/ VICTORIA MASON<br>521 PRESIDENT CLINTON AVE<br>SUITE 800<br>LITTLE ROCK, AR 72201 | CS SEC USA<br>GLOBAL PROXY SERVICES<br>ATTN: ANTHONY MILO<br>7033 LOUIS STEVENS DR<br>RESEARCH TRIANGLE PARK, NC 27709 |
| DESERET TRUST CO<br>GATEWAY TOWER EAST<br>10 EAST SOUTH TEMPLE<br>SUITE 470<br>SALT LAKE CITY, UT 84133 | E*TRADE CAP MKTS/CHXL TRADING<br>ERIKA DILIBERTO<br>ONE FINANCIAL PLACE, STE 3030<br>440 S. LASALLE STREET<br>CHICAGO, IL 60605 | ESSEX RAD<br>440 S. LASALLE STREET<br>SUITE 1111<br>CHICAGO, IL 60605 |
| EUROCLEAR SA/NV<br>1, BOULEVARD DU ROI ALBERT II<br>B - 1210<br>BRUSSELS, | FIDUCIARY SSB<br>ATTN: PAM QUINN<br>1776 HERITAGE DRIVE, BLDG JAB5E,<br>NORTH QUINCY, MA 02171 | FIFTH THIRD BANK<br>ATTN: LANCE WELLS, MGR<br>5001 KINGSLEY DRIVE<br>MAIL DROP 1MOB2D<br>CINCINNATI, OH 45227 |
| FOLIO INVESTMENTS<br>JIM DETWILER / JAMES WILDESEN<br>ATTN: PROXY SERVICES<br>8180 GREENSBORO DRIVE, 8TH FL.<br>MCLEAN, VA 22102 | GOLDMAN SACHS & CO<br>30 HUDSON STREET<br>ATTN: MARC GROLEAU<br>JERSEY CITY, NJ 07302 | GOLDMAN SACHS EXECUTION & CLEARING LP<br>ATTN: ANTHONY BRUNO/PROXY DEPT<br>30 HUDSON STREET<br>JERSEY CITY, NJ 07302 |

| | | |
|---|---|---|
| HNB/FBO SC<br>ATTN: BEVERLY REYNOLDS<br>7 EASTON OVAL, EA4E62<br>COLUMBUS, OH 43219 | INTERACTIVE BROKERS<br>ATTN: KARIN MCCARTHY<br>8 GREENWICH OFFICE PARK<br>2ND FLOOR<br>GREENWICH, CT 06831 | J.P. MORGAN SECURITIES INC.<br>ATTN: JOHN HALLORAN, CORP. ACTIONS<br>500 STANTON CHRISTIANA ROAD<br>3RD FLOOR<br>NEWARK, DE 19713 |
| JEFFERIES & COMPANY, INC.<br>ATTN: CHARLES ERRIGO<br>HARBORSIDE FINANCIAL CENTER<br>705 PLAZA 3<br>JERSEY CITY, NJ 07311 | JPM/CCS2<br>ATTN: JACOB BACK<br>14201 DALLAS PKWY, 1 JIP<br>DALLAS, TX 75254 | JPMC/INTL<br>ATTN: NORE SCARLETT<br>4 NEW YORK PLAZA<br>11TH FLOOR<br>NEW YORK, NY 10004 |
| JPMC/RBS<br>ATTN: NORE SCARLETT<br>4 NEW YORK PLAZA<br>11TH FLOOR<br>NEW YORK, NY 10004 | KEYBANK NATIONAL ASSOCIATION<br>ATTN: KAREN BEDNARSKI<br>4900 TIEDEMAN ROAD<br>BROOKLYN, OH 44144 | KNIGHT CLEARING SERVICES LLC<br>ATTN: JANICA BRINK, VP<br>545 WASHINGTON BLVD.<br>JERSEY CITY, NJ 07310 |
| KOONCE SECURITIES, INC.<br>ATTN: G. SOHAN<br>6550 ROCK SPRING DR.<br>SUITE 600<br>BETHESDA, MD 20817 | LEGENT LLC<br>MEDIANT COMMUNICATIONS LLC<br>ATTN: STEPHANIE FITZHENRY<br>109 NORTH FIFTH STREET<br>SADDLE BROOK, NJ 07663 | LEHMAN BROTHERS, INC.<br>ATTN: JIM GARDINER - REORG<br>70 HUDSON STREET<br>JERSEY CITY, NJ 07302 |
| LEK SECURITIES CORP.<br>ATTN: DANIEL HANUKA<br>140 BROADWAY<br>29TH FLOOR<br>NEW YORK, NY 10005 | M&I MARSHALL & ILSLEY BANK/IPA<br>ATTN: JIM HILDEBRANDT<br>1000 NORTH WATER STREET<br>MILWAUKEE, WI 53202 | MEDIANT COMMUNICATIONS<br>REORG CENTER<br>ATTN: STEPHANIE FITZHENRY<br>109 NORTH 5TH STREET<br>SADDLE BROOK, NJ 07663 |
| MERRILL LYNCH, PIERCE, FENNER & SMITH<br>ATTN: VERONICA E. O'NEILL OR HENRY MORALES<br>101 HUDSON STREET<br>JERSEY CITY, NJ 07302 | MESIROW FINANCIAL, INC.<br>ATTN: GAIL CORTESE<br>353 NORTH CLARK STREET<br>CHICAGO, IL 60654 | MITSUBISHI UFJ TRUST & BANKING CORP.<br>ATTN: HOWARD ROSEN<br>420 FIFTH AVENUE<br>6TH FLOOR<br>NEW YORK, NY 10018 |
| MORGAN KEEGAN & COMPANY, INC.<br>ATTN: CAROL ANTLEY<br>50 NORTH FRONT STREET<br>MEMPHIS, TN 38103 | MORGAN STANLEY<br>ATTN: JONATHAN GOLDMAN<br>1300 THAMES STREET<br>7TH FLOOR<br>BALTIMORE, MD 21231 | MORGAN STANLEY<br>ISG OPERATIONS<br>ATTN: JONATHAN GOLDMAN<br>1300 THAMES STREET<br>THAMES STREET WHARF, 7TH FLOOR<br>BALTIMORE, MD 21231 |
| MORGAN STANLEY & CO. INCORPORATED<br>ATTN: DAN SPADACCINI<br>901 SOUTH BOND ST<br>6TH FLOOR<br>BALTIMORE, MD 21231 | NATIONAL FINANCIAL SERVICES LLC<br>ATTN: LOU TREZZA<br>200 LIBERTY STREET<br>NEW YORK, NY 10281 | NBCN INC.<br>DANIEL NTAP<br>1010 RUE DE LA GAUCHETIERE WEST<br>MONTREAL, QC  H3B 5J2 |
| NORTHERN TRUST<br>ATTN: PATRICK KRULL, CAPITAL STRUCTURES-C1N<br>801 S. CANAL STREET<br>CHICAGO, IL 60607 | NORTHERN TRUST<br>ATTN: ROBERT VALENTIN<br>801 S. CANAL STREET<br>FLOOR C-1N<br>CHICAGO, IL 60607 | OPTIONSXPRESS, INC<br>ATTN: SCOTT JOHNSON<br>311 W. MONROE STREET<br>SUITE 1000<br>CHICAGO, IL 60606 |
| PERSHING LLC, A SUBSIDIARY OF THE BNY MELLON CORP.<br>ATTN: CORPORATE ACTIONS<br>AL HERNANDEZ OR CHRISTOPHER VARGUS<br>1 PERSHING PLAZA<br>JERSEY CITY, NJ 07399 | PNC BANK<br>MAIL STOP F6F266022<br>8800 TINICUM BLVD<br>PHILADELPHIA, PA 19153 | RAYMOND JAMES & ASSOCIATES, INC.<br>ATTN: CHRISTINE PEARSON<br>P.O. BOX 14407<br>ST PETERSBURG, FL 33733 |

| | | |
|---|---|---|
| RBC DOMINION SECURITIES<br>ATTN: DESIREE DMELLO, SHAREHOLDER COMMUNICATIONS<br>277 FRONT STREET WEST<br>TORONTO, ON  M5J 2W7 | RELIANCE TRUST COMPANY/SWMS1<br>ATTN: LARRAINE LEWIS<br>7650 MAGNA DRIVE<br>BELLEVILLE, IL 62223 | RICHARDS, MERRILL & PETERSON, INC.<br>ATTN: THOMAS MCDONALD<br>ONE SKYWALK, US BK BLDG<br>422 WEST RIVERSIDE AVE<br>SPOKANE, WA 99201 |
| SCOTIA CAPITAL INC.<br>SCOTIA PLAZA<br>40 KING STREET WEST<br>23RD FLOOR<br>TORONTO ON M5W 2X6 | SEI PRIVATE TRUST COMPANY<br>ONE FREEDOM VALLEY DRIVE<br>OAKS, PA 19456 | SSB/FRANK<br>ATTN: RYAN WELLS<br>1776 HERITAGE DRIVE<br>JAB5WE<br>NORTH QUINCY, MA 02171 |
| STATE STREET CORPORATION<br>ATTN: DUSTIN TOPJIAN<br>GLOBAL SERVICES<br>ONE LINCOLN STREET<br>BUILDING JAB5E<br>NORTH QUINCY, MA 02171 | STOEVER, GLASS & CO., INC.<br>ATTN: EVA HRASTNIG-MIERAS<br>30 WALL STREET<br>NEW YORK, NY 10005 | SUNTRUST BANK<br>ATTN: JULIA COLANTUONO<br>P. O. BOX 105504<br>CENTER 3141<br>ATLANTA, GA 30348 |
| SWENEY CARTWRIGHT & COMPANY<br>ATTN: LAURA CHAPMAN<br>17 SOUTH HIGH STREET<br>ROOM 300<br>COLUMBUS, OH 43215 | TEXAS TREASURY SAFEKEEPING<br>ATTN: JANIE DOMINGUEZ<br>SETTLEMENTS & CUSTODY SERVICES<br>208 EAST 10TH STREET, 4TH FL.<br>AUSTIN, TX 78701 | THE BANK OF NEW YORK MELLON /BARCLAY<br>ATTN: MICHAEL KANIA, VP<br>525 WILLIAM PENN PLACE<br>PITTSBURGH, PA 15259 |
| TIMBER HILL, LLC<br>ATTN: KARIN MCCARTHY<br>8 GREENWICH OFFICE PARK<br>GREENWICH, CT 06831 | TRADITION ASIEL SECURITIES INC.<br>ATTN: EMIL SOLDATI, EXEC. DIRECTOR<br>75 PARK PLACE<br>NEW YORK, NY 10007 | UBS AG STAMFORD BRANCH/AS CUSTODIAN<br>ATTN: MICHAEL MARCIANO<br>677 WASHINGTON BLVD<br>9TH FLOOR<br>STAMFORD, CT 06901 |
| UBS SECURITIES LLC<br>ATTN: MICHAEL MARCIANO<br>480 WASHINGTON BLVD.<br>JERSEY CITY, NJ 07310 | UMB BANK, NATIONAL ASSOCIATION<br>ATTN: KAREN LIGHTFOOT, VP<br>928 GRAND BLVD.<br>MAILSTOP 1010404<br>KANSAS CITY, MO 64106 | UNION BANK & TRUST COMPANY<br>C/O PROXY TRUST<br>ATTN: TAMMY ENGLE<br>PO BOX 11126<br>HAUPPAUGE, NY 11788 |
| UNION BANK & TRUST COMPANY<br>C/O PROXYTRUST<br>ATTN: TAMMY ENGLE<br>HAUPPAUGE, NY 11788 | WILLIAM BLAIR & COMPANY, L.L.C.<br>ATTN: MARIUSZ NIEDBALEC<br>222 WEST ADAMS STREET<br>CHICAGO, IL 60606 | WILMINGTON TRUST CO.<br>ATTN: ANN DONALDSON<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 |